IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:20-cv-01023 |
| | ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| TENNESSEE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DR. LILY MORENO LEFFLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-00038 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| TENNESSEE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DR. JAMES BAILEY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-00122 |
| | ) | Judge Trauger |
| THE METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| TENNESSEE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Joint Motion to Consolidate Matters and to Extend Deadlines to Correspond to the Deadlines in the Bailey Matter filed in the Bailey case (Doc. No. 60) is hereby GRANTED. It is

hereby ORDERED that the above three cases are CONSOLIDATED for all purposes, including trial. All future filings shall be made under the lowest case number, which is the *Jane Doe* case, Case No. 3:20-cv-1023.

The trial and pretrial conference dates for the *Jane Doe* and *Leffler* cases are hereby VACATED, and a new order, setting the consolidated cases for trial on December 6, 2022, will be entered.

It is further ORDERED that, by December 17, 2021, the parties shall file a joint proposed case management order that resets the deadlines that will apply to all three consolidated cases.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge