IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
FOR THE MIDDLE DISTRICT
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JENAI HAYES,** | ) | No. 3:20-cv-01023 LEAD CASE |
| | ) | |
| **DR. LILY MORENO LEFFLER,** | ) | Judge Trauger |
| | ) | **(CONSOLIDATED)** |
| and | ) | |
| | ) | |
| **DR. JAMES BAILEY,** | ) | |
| **DR. PIPPA MERIWETHER, and** | ) | |
| **DR. DAMON CATHEY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **METROPOLITAN GOVERNMENT** | ) | |
| **OF NASHVILLE AND DAVIDSON** | ) | |
| **COUNTY, TENNESSEE and** | ) | |
| **DR. ADRIENNE BATTLE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

Defendants hereby give notice of the filing of the following depositions:

1. Dr. Adrienne Battle

2. Henry (Hank) Clay with Deposition Exhibit 4 attached

3. Lisa Spencer

4. Mary Ellen Zander with Deposition Exhibit 2 attached

5. Anthony Hall

6. Ashford Hughes

7. Christopher Barnes

8. Sharon Griffin

9. Brian Mells

10. Chris Henson

11. Renita Perry

12. Michelle Maultsby-Springer

        Respectfully submitted,

        */s/ J. Brooks Fox*
        J. Brooks Fox (BPR #16096)
        Benjamin A. Puckett (BPR #40042)
        Kelli F. Woodward (BPR #39538)
        Metropolitan Courthouse, Suite 108
        P.O. Box 196300
        Nashville, Tennessee 37219
        (615) 862-6375

## Certificate of Service

     I hereby certify that a true and accurate copy of the forgoing has been served via CM/ECF to: Ann Buntin Steiner, Steiner & Steiner, LLC, 613 Woodland Street, Nashville, TN 37206, and Jesse Ford Harbison, Jesse Ford Harbison Law, PLLC, 1109 N. 6th Street, Nashville, TN 37207 on July 27, 2022

        */s/ J. Brooks Fox*
        J. Brooks Fox

{N0485104.1}

Case 3:20-cv-01023   Document 149   Filed 07/27/22   Page 2 of 2 PageID #: 1917