JANE DOE

VS.

THE METROPOLITAN GOVERNMENT OF NASHVILLE, et al.

# DR. ADRIENNE BATTLE

## February 16, 2022





**Max Curry, B.C.R., LCR, RPR, CRI, CCR**

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

```
 1   IN UNITED STATES DISTRICT COURT FOR TENNESSEE
               FOR THE MIDDLE DISTRICT
 2            NASHVILLE DIVISION
     _____
 3   JANE DOE,
 4           Plaintiff,
     vs.                        Case No.
 5                              3:20-cv-10023
     THE METROPOLITAN           JURY DEMAND (6)
 6   GOVERNMENT OF NASHVILLE     Judge Trauger
     AND DAVIDSON COUNTY,        Magistrate Judge
 7   TENNESSEE and DR.          Holmes
     ADRIENNE BATTLE.           Lead Case
 8
             Defendants.
 9   _____
10   DR. LILY MORENO LEFFLER,
11           Plaintiff,
     vs.
12
     THE METROPOLITAN
13   GOVERNMENT OF NASHVILLE
     AND DAVIDSON COUNTY,
14   TENNESSEE and DR.
     ADRIENNE BATTLE.
15
             Defendants.
16   _____
17   DR. JAMES BAILEY,
     DR. PIPPA MERIWETHER,
18   and DR. DAMON CATHEY,
             Plaintiffs,
19   vs.
20
     THE METROPOLITAN
21   GOVERNMENT OF NASHVILLE
     AND DAVIDSON COUNTY,
22   TENNESSEE and DR.
     ADRIENNE BATTLE.
23
             Defendants.
24   _____
25        Elite-Brentwood Reporting Services
           www.elitereportingservices.com
```

```
 1
 2        A P P E A R A N C E S
 3
 4
     For the Plaintiffs, Bailey, Leffler,
 5   Meriwether and Jane Doe:
 6        MS. ANN B. STEINER
          Attorney at Law
 7        Steiner & Steiner
          613 Woodland Street
 8        Nashville, TN  37206
          (615)244-5063
 9        asteiner@steinerandsteiner.com
10
     For the Plaintiff, Cathey:
11
          MS. JESSE FORD HARBISON
12        Attorney at Law
          JESSIE HARBISON LAW, PLLC
13        P.O. Box 68251
          Nashville, TN  37206
14        (615)415-3285
          jesse@jesseharbisonlaw.com
15
16
     For the Defendants:
17
          MR. J. BROOKS FOX
18        Attorney at Law
          Department of Law
19        Metropolitan Courthouse, Suite 108
          P.O. Box 196300
20        Nashville, TN  37219
          (615)862-6050
21        brooks.fox@nashville.gov
22
23   Also Present:
24        MS. EMMA SMITH, law intern;
          MS. MARY CIEZADLO, Videographer
25        MR. JAMES LEJEUNE, Videographer
```

```
 1
 2
 3
 4
 5   _____
 6
 7
 8        Video Deposition of:
 9        DR. ADRIENNE BATTLE
10        Taken on behalf of Plaintiffs
          February 16, 2022
11
          Commencing at 9:16 a.m. CST
12
13
     _____
14
15
16
17
18
19
20
21
22   _____
          Elite-Brentwood Reporting Services
23         www.elitereportingservices.com
          Max Curry, B.C.R, LCR, RPR, CCR, CRI
24        Bachelor's Degree of Court Reporting
                 P.O. Box 292382
25          Nashville, Tennessee  37229
                 (615)595-0073
```

```
 1
 2        I N D E X
 3                                         Page
 4   Examination
     By Ms. Steiner                          8
 5
     Examination
 6   BY Ms. Harbison                        254
 7
 8
 9        E X H I B I T S
10                                         Page
11   Exhibit No. 1                          29
          Jane Doe versus Metropolitan
12        Government, Nashville, Davidson
          County, Tennessee, and Dr.
13        Adrienne Battle, First Amended
          Complaint, Document 42, filed
14        9-1-21
15   Exhibit No. 2                          90
          Jane Doe's termination letter,
16        Bates stamped MG 001059
17   Exhibit No. 3                         113
          May 4th, 2020, Lily Leffler's
18        termination letter
19   Exhibit No. 4                         129
          Spreadsheet of ED scores
20
     Exhibit No. 5                         147
21        Executive Office of Diversity,
          Equity and Inclusion job
22        description, Bates stamped MG
          000550 through -552
23
     Exhibit No. 6                         176
24        Tennessee Code Annotated
          49-5-511
25
```

Case 3:20-cv-01023 Document 149-1 Filed 05/27/22 Page 2 of 108 PageID #: 1919
*Elite-Brentwood Reporting Services  (615)595-0073*
*www.EliteReportingServices.com*

| | | |
|---|---|---|
| Exhibit No. 7 | | 182 |
| May 26, 2020, 5:00 p.m Board Agenda and packet, Metropolitan Board of Public Education Regular Meeting | | |
| Exhibit No. 8 | | 187 |
| May 4, 2020, letter of Dr. Bailey | | |
| Exhibit No. 9 | | 208 |
| List of priority schools at Metro Nashville | | |
| Exhibit No. 10 | | 219 |
| List of Priority Schools in Metro Davidson County | | |
| Exhibit No. 11 | | 254 |
| May 19th, 2020, Metro Davidson County Schools budget | | |
| Exhibit No. 12 | | 254 |
| June 30th, 2020, Metro Davidson County Schools budget | | |
| Exhibit No. 13 | | 262 |
| May 27, 2020, e-mail exchange, Bates SchoolsEmails 0001484 through -1492 | | |
| Exhibit No. 14 | | 267 |
| February 2020/2021 Budget Proposal for Metro Nashville Public Schools | | |
| Exhibit No. 15 | | 303 |
| Phased principal selection plan, Bates 00391 to -404 | | |
| Exhibit No. 16 | | 303 |
| June 21st, 2019, letter from Dr. Battle to Dr. Steele, Bates 00520 to -521 | | |
| Exhibit No. 17 | | 304 |
| June 7th, 2020, letter from Dr. Cathey to Dr. Battle, Bates Plaintiff's 00530 | | |

S T I P U L A T I O N S

The video deposition of DR. ADRIENNE BATTLE was taken by counsel for the Plaintiffs, by Notice, at the Law Offices of Metro Legal Department, 222 Second Avenue N., Suite 600, Nashville, Tennessee, on February 16, 2022, for all purposes under the Federal Rules of Civil Procedure.

All formalities as to caption, notice, statement of appearance, et cetera, are waived. All objections, except as to the form of the question, are reserved for the hearing, and that said deposition may be read and used in evidence in said cause of action in any trial thereon or any proceeding herein.

It is agreed that ROY M. CURRY, JR., B.C.R., LCR, RPR, CCR, CRI, Bachelor's Degree of Court Reporting, Notary Public and Court Reporter for the State of Tennessee, may swear the witness, and that the reading and signing of the completed deposition by the witness are not waived.

* * *

THE VIDEOGRAPHER: We are now on the record. Today is Wednesday, the 16th of February, 2022, and the time indicated on the video screen is 9:16 a.m.

This is the video deposition of Dr. Adrienne Battle in the matter of Doe, et al, versus Metropolitan Government of Nashville, et al, Case Number 3:20-cv-01023, filed in the U.S. District Court for Tennessee for the Middle District, Nashville Division.

The deposition is being held today at Metro Legal, Washington Square Building, at 222 Second Avenue North in Nashville, Tennessee.

My name is James Lejeune, the videographer; the court reporter is Max Curry, both in association with Elite-Brentwood Reporting Services.

Will counsel please introduce yourselves and state whom you represent.

MS. STEINER: My name is Ann Steiner, and I represent Jane Doe, Pippa Meriwether, James Bailey, and Lily Leffler, plaintiffs.

MS. HARBISON: My name is Jesse Harbison, and I represent Dr. Damon Cathey.

MR. FOX: And my name is Brooks Fox, and I represent the defendants.

THE VIDEOGRAPHER: Thank you. Will Mr. Curry please swear in the witness.

* * *

DR. ADRIENNE BATTLE, was called as a witness, and after having been first duly sworn, testified as follows:

EXAMINATION
QUESTIONS BY MS. STEINER:

Q. Could you please state your full name for the record.

**A. Adrienne Renee Battle.**

Q. And, Dr. Battle, you are the Director of Schools for Metro Nashville; is that correct?

**A. That's correct.**

Q. Okay. And you were the interim before you became the director, correct?

**A. Yes.**

Q. When did you become the Director of Schools?

**1   A.   The permanent director or the interim**
**2   director?**
3   Q.   Both.
**4   A.   The interim director in April of 2019,**
**5   and the permanent director in March of 2020.**
6   Q.   Did you have to interview for the
7   permanent position?
**8   A.   No.**
9   Q.   Okay.  And it was the school board who
10  appointed you to that position permanently in
11  March, correct?
**12  A.   Correct.**
13  Q.   At the time you were appointed in March
14  of 2020, had you been sued personally for any
15  constitutional violations?
**16  A.   No.**
17  Q.   Okay.  If you had been sued personally
18  for constitutional violations, do you -- did
19  -- would you believe that the school board
20  would have questioned you about those
21  lawsuits?
**22  A.   Can you repeat that question?**
23  Q.   If you had been sued for a
24  constitutional violation before you became the
25  permanent Director of Schools in March of 2020,

1   if something had occurred when you were the
2   interim and you were sued for that, do you
3   think the school board would have questioned
4   you about the circumstances of that lawsuit
5   before appointing you permanent director?
6         MR. FOX:  Objection to the form.
**7         THE WITNESS:  I'm not sure if they**
**8   would or if they would not have.**
9   BY MS. STEINER:
10  Q.   Is -- would a lawsuit, being sued
11  personally for a constitutional violation, is
12  that something that you would have not wanted
13  to have had happen before you became the
14  permanent Director of Schools?
**15  A.   I don't think that's something that, I**
**16  mean, you would ever want to have happen, but**
**17  if you're asking me -- I'm -- I'm not sure**
**18  exactly what you're asking, but it's -- it's**
**19  not something you would want to have happen.**
**20  But could it have happened?  Yes.**
21  Q.   Do you think it may -- if you had been
22  sued for a constitutional violation, do you
23  think it may have affected your ability to
24  become the permanent Director of Schools?
**25  A.   That's hard for me to imply given that**

**1   I'm not the person to make -- for the board**
**2   that makes that decision.**
3   Q.   Would you have wanted that on your
4   record going in to apply to be permanent
5   Director of Schools?
**6   A.   I don't think it would have -- I don't**
**7   think they would have -- it -- it's a matter,**
**8   but I don't think that it would have mattered**
**9   if it happened prior to.**
10  Q.   Okay.  So, then, you do not believe the
11  school board would have been concerned about
12  you being sued personally for a constitutional
13  violation when they are considering appointing
14  you Director of Schools?
**15  A.   I think that all things should be**
**16  considered before an appointment of a Director**
**17  of Schools, but I also think it's important**
**18  that as an interim director or employee of our**
**19  organization that we, you know, follow through**
**20  and do what's necessary for the good of the**
**21  organization, so.**
22  Q.   Okay.  So, do you think that if a claim
23  had been filed that you violated the civil
24  rights of someone, do you think that would
25  have hurt your chances to be Director of

1   Schools?
2         MR. FOX:  Objection to the form.
3   BY MS. STEINER:
4   Q.   Permanent Director of Schools?
**5   A.   I think all -- all -- all things should**
**6   be considered about an applicant for Director**
**7   of Schools.  I think that -- again, all things**
**8   should be considered.  I don't think that it**
**9   would have necessarily been, you know -- it**
**10  could have been a positive or a negative.  I'm**
**11  -- but I don't think it -- I think all things**
**12  should have been considered for who did become**
**13  the permanent schools, but may not have been a**
**14  determining factor on who that individual was**
**15  and would have been selected.**
16  Q.   What day, do you recall the actual date
17  that you became the permanent Director of
18  Schools?
**19  A.   Good question.  (Respite.)**
**20       I don't remember the exact date.  It was**
**21  March, the week of us returning from the**
**22  tornado and having to transition our**
**23  instructional model due to the pandemic.**
24  Q.   Okay.  So, it was sometime after the
25  tornado?

Case 3:20-cv-01023   Document 149-1   Filed 03/27/22   Page 4 of 108 PageID #: 1921
Elite-Brentwood Reporting Services (615)595-0073
www.EliteReportingServices.com                                          9..12

1 A. Yes.
2 Q. Okay. And I think the tornado, wasn't
3 that March 12th?
4 A. I do not remember the exact date.
5      MS. HARBISON: It was the 2nd.
6      MS. STEINER: The 2nd.
7 BY MS. STEINER:
8 Q. Okay. Do you know the -- I want to ask
9 you just a few questions about --
10      By the way, my name is Ann Steiner. I
11 represent the plaintiffs that were identified,
12 all except for Dr. Cathey. I'm going to ask
13 you a whole bunch of questions today.
14      If I get confusing with anything, just
15 stop me and I'll rephrase it. If you want to
16 add something to one of your responses later
17 on, feel free to do so. Okay? If you need to
18 take a break, take a break. That's fine too.
19 And, hopefully, this will not be all that
20 long.
21      What's the number of employees at Metro
22 Schools?
23 A. We employ over 11,000 employees.
24 Q. Okay. In fact, it's one of the largest
25 employers in the city, correct?

1 A. Correct.
2 Q. Okay. And how many are in Central
3 Office?
4 A. I do not have that approximation or an
5 actual number of how many are in the Central
6 Office.
7 Q. Do you have any idea? Like, is it
8 several hundred? Is it a couple thousand?
9 A. I would imagine it's several hundred.
10 Q. Several hundred?
11 A. Uh-huh.
12 Q. Okay. And do you know of anyone that
13 was in Central Office in March, the Spring of
14 2020, who had sued, had a lawsuit pending
15 against Metro Schools or who had alleged a
16 violation of Title VII, Title VI, or a FERPA
17 violation?
18 A. Can you repeat that question, please?
19 Q. When you became the Director of Schools
20 in Spring of 2020, did you have knowledge of
21 anyone in Central Office who had sued Metro
22 Schools for -- or who -- who had alleged a
23 violation of Title VII, Title VI, any sort of
24 retaliation claim?
25 A. Yes, I'm generally kept abreast of those

1 claims.
2 Q. How many did you have then?
3 A. I do not have a number that -- I would
4 rely on my HR department to give me the
5 estimate of how many are there.
6 Q. In the H -- in the Central, Central
7 Office --
8 A. Uh-huh.
9 Q. -- can you name one worker who you were
10 aware of who had a charge of discrimination
11 against Metro Schools for any reason or had
12 made one?
13 A. I'm -- I think the timeframe that Jenai
14 Hayes had one, and she was at the district
15 office during that time.
16 Q. Okay. Anybody else that you know of?
17 A. That was currently --
18 Q. Yes.
19 A. -- an employee? (Respite.)
20      I cannot recall any others at this
21 moment.
22 Q. Okay. Okay. And were you aware of any
23 employees who had sued -- were you aware of
24 any employees in Central Office who were kin
25 or related to a person who had sued for Title

1 VII violations or Title VI or any other title?
2 A. Can you repeat that?
3 Q. When you were the Director of Schools in
4 the Spring of 2020, meaning from, let's put it
5 from February through the end of the school
6 year 2020, were you aware of anyone in Central
7 Office who actually had a relative who had
8 filed a lawsuit against Metro Schools for some
9 form of -- of discrimination or retaliation?
10 A. Yes.
11 Q. Who was that?
12 A. I do know we had one employee, Lily
13 Leffler, who had a relative who sued the
14 district.
15 Q. Anybody else?
16 A. Not -- none that I can recall.
17 Q. Okay. In that same time period, the
18 Spring of -- of 2020 through the end of the
19 year, were you aware of anyone in the Central
20 Office who had made some sort of a
21 whistleblower claim about illegal activities
22 going on?
23 A. I'm sorry to keep asking this, but can
24 you repeat that question for me again?
25 Q. That's fine. That's fair game. Okay.

Case 3:20-cv-01023 Document 149-1 Filed 03/27/22 Page 5 of 108 PageID #: 1922
Elite Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com
13..16

1  I'm not -- I'm not a real English person, so
2  that's my downfall.  So, if I get confusing,
3  just let me know; I'll be happy to do so.
4  **A.    Sure.**
5  Q.    In the -- the Spring of 2020 --
6  **A.    Uh-huh.**
7  Q.    -- okay, meaning, from about March 1st
8  through the end of the school year 2020, were
9  you aware of anyone who worked in Central
10  Office who had made some sort of a
11  whistleblower claim that -- that anything was
12  going on illegal in Metro Schools who you were
13  aware of?
14  **A.    That filed a claim during that time or**
15  **that had just had a claim at any point in**
16  **time?**
17  Q.    No.  That had a claim who was actually
18  still there working in Central Office.
19  **A.    I don't know exact timeframe, but I do**
20  **know of one other employee that might fall in**
21  **that category.**
22  Q.    And who is that?
23  **A.    Schunn Turner.**
24  Q.    Okay.  Okay.  And what was her claim
25  about?

1  **A.    Um... (Respite.)**
2  **        If I remember correctly, it was about**
3  **pay and kind of where titles were slotted and**
4  **her concerns about who was paid what.  That's**
5  **-- that's one.**
6  **        Other than that, I would have to defer**
7  **to my HR department on any other specific**
8  **details.**
9  Q.    Okay.  Now, so then, Ms. Turner, was she
10  complaining about pay disparity between males
11  and females at Metro Schools?
12  **A.    I believe so.**
13  Q.    Okay.  And do you recall Dr. Cathey
14  complaining of -- of an -- an employee altering
15  the scores of the students?
16  **A.    Can you repeat that question?**
17  Q.    Were you aware of Dr. Cathey --
18  **A.    Uh-huh.**
19  Q.    -- Damon Cathey, complaining that a
20  teacher or principal was altering the scores
21  of the students?
22  **A.    I remember there was a principal**
23  **allegation concerning grades and course**
24  **credits for students.**
25  Q.    And was that concern expressed to you by

1  Dr. Cathey?
2  **A.    Yes, as the community superintendent he**
3  **and I did have conversations about that.**
4  Q.    Okay.  And is it illegal to alter
5  grades?
6  **A.    No, it's not completely illegal to alter**
7  **grades.  We do have an administrative procedure**
8  **by which an employee can offer opportunities**
9  **for students to improve grades or for our**
10  **grade factoring process.  So, there is -- we**
11  **do have an administrative procedure for**
12  **altering grades.**
13  Q.    Okay.  Now, in the Spring of 2020, were
14  you aware of anyone in Central Office who had
15  -- let me strike that a second, okay.
16  In      So, Ms. Hayes, you were aware that she
17  had made a discrimination claim against the
18  school system, correct?
19  **A.    Yes.  In my role, yes, I was aware.**
20  Q.    And was that based on the "Let's Make a
21  Slave Lesson" that was taught at her son's
22  school?
23  **A.    If I remember correctly, yes.**
24  Q.    Okay.  And the allegation was that that
25  violated Title VI of the federal laws,

1  correct?
2  **A.    I don't have the titles in front of me.**
3  Q.    But it was one of those titles, correct?
4  **A.    I'm -- I'm not sure.  I would have to go**
5  **back and review that information --**
6  Q.    Uh-huh.
7  **A.    -- but I do know the claim was around**
8  **something, a lesson that had been at her**
9  **child's school.**
10  Q.    Okay.  She thought it was discriminatory,
11  correct?
12  **A.    I can't put words in her mouth, but from**
13  **the nature of the lesson it is possible that**
14  **that was her claim.**
15  Q.    Okay.  And I'll get into this in more
16  detail later, but just right at the very
17  beginning, did you by any chance read what was
18  taught to the students?
19  **A.    Yes.**
20  Q.    Did you think it was discriminatory?
21  **A.    I think the -- the lesson -- I do not**
22  **think it was discriminatory.  I think that it**
23  **might have been not the most context-based,**
24  **timely lesson for students, of which we**
25  **followed up with the employees around.**

Case 3:20-cv-01023 Document 149-1 Filed 03/27/22 Page 6 of 108 PageID #: 1923
Elite-Brentwood Reporting Services * (615) 595-0073
www.EliteReportingServices.com                    17..20

1  Q.   Did you not find the language used to be
2  offensive?
3  **A.   I found the -- I don't think that I**
4  **would say I found the language offensive.  My**
5  **responsibility is to make an instructionally**
6  **and timely lesson-decision assessment based**
7  **upon my review.**
8  Q.   (Attorney reviews document.) (Respite.)
9     Okay.  We're going to go to our very
10  first share screen and see if it works.
11  **A.   Okay.**
12  Q.   Okay.  Can you see the screen?
13     MR. FOX:  Not yet.  Hold on.
14  BY MS. STEINER:
15  Q.   Okay.  Dr. Battle, I've pulled up a
16  document and let me tell you, let's go to the
17  very top of the page and see what it is.  It
18  says, "Jane Doe versus Metropolitan Government,
19  Nashville, Davidson County, Tennessee, and Dr.
20  Adrienne Battle, First Amended Complaint."
21  And this is the complaint with Jane Doe that I
22  filed on behalf of Jane Doe in this case.
23     And can you review this document and
24  then I want to ask you about one of the
25  paragraphs.

1     MS. STEINER:  I guess I have control,
2  don't I?
3     MR. FOX:  Yeah, we -- we can't
4  scroll down.  You'll have to.
5  BY MS. STEINER:
6  Q.   Are you familiar with this document?
7  **A.   Can you -- can you scroll down?**
8  Q.   Yeah.  (Attorney complies.)
9  **A.   (Witness reviews document.)**
10  **Are you asking me if I'm familiar with**
11  **the entire document?**
12  Q.   Yes.  And I want to ask you just about
13  one paragraph.
14  **A.   Okay.**
15  Q.   Okay.  Let's go back to paragraph 14.
16  Does this look -- the -- the complaint that
17  Ms. Hayes had was about a Willie Lynch speech,
18  correct?
19  **A.   Yes, I believe that is correct.**
20  Q.   Okay.  And in paragraph 14 of the
21  complaint, we've put in what is contained in
22  that speech, and it says:
23     I have the foolproof method for
24     controlling your black slaves.  I
25     guarantee every one of you that, if

1  installed correctly, it will control the
2  slaves for at least 300 years.
3     Okay.  And then it's called, "Let's Make
4  a Slave."
5     And do you see that?  The next paragraph,
6  it says:
7     Let us make a slave.  What do we
8     need?  First of all we need a black man,
9     a pregnant woman, and her baby boy.
10     Second, we will use the same basic
11     principal that we use in breaking a
12     horse combined with some more sustaining
13     facts.
14     What we do with horses is that we
15     break them from one form of life to
16     another; that is, we reduce them from
17     their natural state in nature.
18  Do you not find that offensive?
19  **A.   I find that in the context of where this**
20  **paragraph was used that it could have been**
21  **deemed inappropriate for younger students to**
22  **encounter and to interact with.**
23  Q.   Do you find it offensive?
24  **A.   I find it to be inappropriate for our --**
25  **kind of our pacing of lessons and the context**

1  **and the age level of our students to be able**
2  **to understand what is being stated here.**
3  Q.   The question is a little different.
4     Personally, do you find that offensive?
5  A.   Personally, I think... (Witness reviews
6  document.) (Respite.)
7     I mean, I -- again, I'm -- personally I
8  find it troubling that these types of
9  conversations and these approach -- approaches
10  were a part of our history.
11  Q.   Do you find it offensive?
12  **A.   I find it to be personally**
13  **inappropriate.  I find it -- I find it that --**
14  **I find it -- I wouldn't use the word**
15  **"offensive".  I find it troubling that these**
16  **types of approaches and -- and conversations**
17  **are part of our history.**
18  Q.   Okay.  So, you would not go so far to
19  say it's offensive to you?
20  **A.   I would not call it offensive.  I think**
21  **it's inappropriate.**
22  Q.   Okay.  And because you do know what the
23  term offensive means, correct?
24  **A.   Yes, I do.**
25     MR. FOX:  Objection to the form.

Case 3:20-cv-01023  Document 149-1  Filed 03/27/22  Page 7 of 108  PageID #: 1924
Elite Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com                    21..24

BY MS. STEINER:

1   BY MS. STEINER:
2   Q.   Okay.  And so, then, when I'm asking you
3   'Do you find it offensive' and you're saying
4   'I find it inappropriate', I assuming you mean
5   by that I don't find it offensive; I find it
6   inappropriate.  Is that what your response is?
7          MR. FOX:  Objection to the form.
8   That's not what she said.  She had a full
9   explanation.
10         **THE WITNESS:  I find it to be**
11  **inappropriate.**
12  BY MS. STEINER:
13  Q.   Do you -- do you find it offensive?  Yes
14  or no --
15         MR. FOX:  Objection to the form.
16  BY MS. STEINER:
17  Q.   -- and then you can explain?
18         MR. FOX:  Asked and answered.
19         **THE WITNESS:  I find it**
20  **inappropriate based upon our history, and**
21  **particularly in the context of where it was**
22  **used with students.**
23  BY MS. STEINER:
24  Q.   For my question, 'Do you find it
25  offensive', can you give me a "yes"/"no"

1   response?
2   **A.   I don't find it offensive.  I find it**
3   **inappropriate.**
4   Q.   Thank you.  Okay.
5       Now, for the second -- the -- like, the
6   one, two, three, fourth paragraph down, it
7   says:
8          For fear that our future?
9   generations may not understand the
10  principals of breaking both the
11  beasts together, the black and the
12  horse.  Accordingly, both a wild horse
13  and wild or natural black is dangerous
14  even if captured, for they will kill you
15  -- for they will have the tendency --
16  excuse me --
17  -- for they will have the tendency to
18  seek their customary freedom, and in
19  doing so might kill you in your sleep.
20  You cannot rest.  They sleep while
21  you're awake and are awake while you are
22  asleep.  They are dangerous near the
23  family house, and it requires too much
24  labor to watch them away from the house.
25  Above all, you cannot get them to work

1   in this natural state.  Hence, both the
2   horse and the black must be broken.
3   that is, breaking them from one form of
4   mental life to another:  keep the body,
5   take the mind.  In other words, break
6   the will to resist.
7          Take the meanest and most restless
8   black, strip him of his clothes in front
9   of others.  The female and black infant,
10  tar and feather them and set them afire.
11         The next step is to take a bull
12  whip and beat the remaining males to
13  the point of death in front of the
14  female and the infant.  Don't kill him,
15  but put the fear of God in him for he
16  can be useful for a future breeding.
17  What I've just read to you there, do you
18  find that offensive?
19  **A.   Again, I find the text to be**
20  **inappropriate and -- and one of the -- you**
21  **know, when we think about our history, it's --**
22  **it's a tough part of our history, and -- and**
23  **communications and -- and texts that is out**
24  **there.**
25         **And so, as educators it's just our**

1   **responsibility to make sure that our students**
2   **are interacting with appropriate texts given**
3   **the objectives of our lessons.**
4   Q.   And do you think this was appropriate to
5   be taught to a fourth grader -- fourth grade
6   class at Metro Schools?
7   **A.   I don't think this was the most**
8   **appropriate text to use.**
9   Q.   Uh-huh.  Okay.
10         And, once again, do you find it
11  personally offensive?
12         MR. FOX:  Objection to the form.
13         **THE WITNESS:  I find it**
14  **inappropriate.**
15  BY MS. STEINER:
16  Q.   Okay.  And I assume that means not
17  personally offensive, just inappropriate?
18  **A.   My response is that I feel like it's an**
19  **inappropriate text.**
20  Q.   Okay.
21         MS. STEINER:  Now, at the -- just for
22  the record, this is at the very bottom of the
23  page it says, Document 42, filed September 1st,
24  '21, and we're going to make that Exhibit 1 to
25  the testimony today, to the deposition today.

Case 3:20-cv-01023  Document 149-1  Filed 03/27/22  Page 8 of 108 PageID #: 1925
Elite Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com                                    25..28

1    MR. FOX:  No objection.
2    (WHEREUPON, a document was marked as
3  Exhibit No. 1.)
4  BY MS. STEINER:
5  Q.   So, then, in the Spring of -- in the
6  Spring of 2020, for the ones that you can
7  identify who were working at Central Office,
8  Jenai Hayes filed -- had -- had made a
9  complaint of discrimination under one of the
10  titles, whichever one it may be.
11    Lily Leffler was kin to a relative who
12  had sued Metro Schools.
13    Schunn Turner had complained of pay
14  disparity.
15    And Dr. Cathey had complained about a
16  problem with grading of the system, school
17  systems; is that correct?
18  **A.   Those are ones that I am aware of.**
19  Q.   Okay.
20  **A.   Not to say that there couldn't be**
21  **others, but I am aware of those.**
22  Q.   Okay.  So that's -- that's what I want
23  to know.
24    So, in the Spring of 2020, these were
25  the ones you were aware of, correct?

1  **A.   No, I'm not suggesting that they were**
2  **the only ones --**
3  Q.   Uh-huh.
4  **A.   -- I am aware of.  But again, I will**
5  **rely on my HR department for the -- the**
6  **specific documentation around which complaints**
7  **we had at that specific time.**
8  Q.   But today in your deposition, these are
9  the ones that you can recall, correct?
10  **A.   As a part of this depo -- deposition,**
11  **yes.**
12  Q.   Okay.  And can you think of anyone else
13  that worked in Central Office that would have
14  made any of these complaints that you knew
15  about then?
16  **A.   My -- what I would have to look at is**
17  **when someone may have exited the organization.**
18  **We had -- we definitely had other complaints.**
19  Q.   Uh-huh.
20  **A.   But your specific question is, and they**
21  **were working at the Central Office at the time.**
22  Q.   Yes, not -- I'm not interested in those
23  working at the school system --
24  **A.   Uh-huh.**
25  Q.   -- just at Central Office.

1  **A.   Uh-huh.**
2  Q.   Okay.  And so, these are the -- the --
3  the four that you can recall today, correct?
4  **A.   Those are four that I am aware of.**
5  Q.   Okay.  Now... (Attorney reviews
6  document.)
7    How many schools do you have at Metro
8  Nashville?  How many did you have in the Spring
9  of 2020?
10  **A.   We -- not including some of our charter**
11  **schools, I want to say -- and I'm kind of**
12  **estimating here.  We -- in the Spring of 2020**
13  **we probably had close to 140 schools, and**
14  **that's kind of an approximate.**
15  Q.   How many were high schools?
16  **A.   Oh, approximately 20, 24.  20 to 24.**
17  Q.   If there is an issue in the high school,
18  a discipline issue in a high school, who has
19  the final authority of what type discipline
20  that is meted out to the worker?
21  **A.   The Director of Schools makes final**
22  **recommendations, depending on the nature of**
23  **the discipline, they make the final**
24  **determination or recommend a disciplinary**
25  **action to the Board of Education.**

1  Q.   Okay.  Does the principal ever decide
2  what type of discipline to give to the workers
3  under him?
4  **A.   There are some scenarios --**
5  Q.   Uh-huh.
6  **A.   -- where that is true.  It depends on**
7  **the nature of the situation.  So, sometimes**
8  **that lies with the principal.  Sometimes it**
9  **could be the Director of Schools making that**
10  **determination or making a recommendation to**
11  **the Board of Education.**
12  Q.   Okay.  Now, associate superintendent, is
13  that a Central Office position or is that in
14  the schools?
15  **A.   That's a Central Office position.**
16  Q.   Okay.
17  **A.   It was a Central Office position.**
18  Q.   Okay.
19  **A.   And as a matter of fact, it wasn't**
20  **associate superintendent.  Those positions**
21  **were community superintendents.**
22  Q.   And that's the one, is that the position
23  that Ms. -- Dr. Meriwether and Dr. Cathey had?
24  **A.   They were once community superintendents.**
25  Q.   And when Metro Schools is hiring someone

Case 3:20-cv-01023 Document 149-1 Filed 05/27/22 Page 9 of 108 PageID #: 1926
Elite-Brentwood Reporting Services (615)595-0073
www.EliteReportingServices.com
29..32

1  like a teacher, does -- do you know if HR
2  checks their license, if Metro Schools has the
3  ability to do that?
4  **A.    Could you repeat that question?**
5  Q.    If you're hiring a teacher at Metro
6  Schools, do you check to see whether or not
7  they are certified?
8  **A.    When principals make recommendations for**
9  **teacher hires --**
10  Q.    Uh-huh.
11  **A.    -- they do work with HR to confirm their**
12  **licensure status.**
13  Q.    And who's responsible for doing that?
14  **A.    Human resources.**
15  Q.    Okay.  And is -- is there something
16  called a waiver that you can get to not have a
17  license?
18  **A.    There are various types of licensures**
19  **that are out there --**
20  Q.    Uh-huh.
21  **A.    -- that waive the initial requirements**
22  **and allows an applicant to obtain the**
23  **credentials needed for the position.**
24  Q.    Do you have a lot of teachers who are
25  teaching in Metro Schools that are on waivers,

1  or is that something that you don't really
2  want to do unless you have to?  'Cause I don't
3  know anything about it.  I don't know how it
4  works.
5  **A.    I would have to rely on our HR**
6  **department for specific numbers.**
7  **Do we have teachers who are on waivers?**
8  **Yes, I'm sure we do --**
9  Q.    Uh-huh.
10  **A.    -- or some type of non-permanent**
11  **licensure, but I would have to rely on the HR**
12  **department for those specific numbers.**
13  Q.    Do you know how that works?
14  **A.    I don't know the intimate details of how**
15  **it works, but I do know that there's a process**
16  **associated.**
17  Q.    Do you know whether or not you have to
18  -- the school system has to basically affirm
19  that you are having difficulties hiring
20  teachers?
21  **A.    That process has -- changes frequently**
22  **--**
23  Q.    Uh-huh.
24  **A.    -- particularly in where we've been with**
25  **the pandemic and -- and other places.  I would**

1  **have to rely on my HR department to respond to**
2  **that question.**
3  Q.    Okay.  Do you know how it comes about
4  that a waiver is requested?  I mean, does,
5  like, a principal say, I want this teacher in
6  the system; HR checks and then HR will say, We
7  need a waiver for this?
8  **A.    I would imagine typically there's some**
9  **sort of application process or recommendation**
10  **from the principal.**
11  Q.    And do you know who would be the person
12  requesting the waiver?  Would HR initiate that
13  or would someone else?
14  **A.    Yeah, again, I would rely on our HR**
15  **department for the specifics --**
16  Q.    Okay.
17  **A.    -- of that process.**
18  Q.    Okay.  And do you know, when they're
19  checking the license, is it -- is it true that
20  all the licenses are available to look at
21  online for all the teachers?
22  **A.    When they're processed, I believe**
23  **they're able to be viewed online.**
24  Q.    Okay.  And do you know whether or not HR
25  has the ability with their software to review

1  the licenses and what they are for the
2  different applicants online?
3  **A.    Yes, to a degree I believe they can.**
4  Q.    Do you know who's responsible for that?
5  **A.    Responsible for?**
6  Q.    Checking the licenses of the applicants.
7  Do you know who in HR would be responsible for
8  that?
9  **A.    Who's a specific person --**
10  Q.    Yes.
11  **A.    -- in Metro Nashville Public Schools?**
12  Q.    Yes.
13  **A.    It falls to our HR department and based**
14  **upon their structures --**
15  Q.    Uh-huh.
16  **A.    -- and how they assign responsibilities.**
17  **I don't know the specific person, but based**
18  **upon their structure there is someone who**
19  **would be responsible for that.**
20  Q.    Okay.  And because that's -- because
21  you're not going to just trust somebody saying,
22  I have a license.  There's someone up there in
23  HR who actually checks to see whether or not
24  the person is properly licensed for the
25  position you're putting them in, correct?

Elite-Brentwood Reporting Services
www.EliteReportingServices.com

1 A. So, going through the process, initially
2 the applicant is going to fill out their
3 information in our online system, and they
4 typically tell us what they have. That
5 information is in our system. Our principals
6 will interview, and then before or during or
7 after the process there is a verification
8 process with regards to licensure status.
9 Q. Okay. And someone in HR is responsible
10 for that verification, correct?
11 A. Well, the applicant is responsible for
12 submitting --
13 Q. Uh-huh.
14 A. -- the proper information and uploading
15 the information for the HR department to be
16 able to verify through the process.
17 Q. Okay. But someone in HR is responsible
18 for that verification?
19 A. No. Those verifications go to the State
20 Department of Education, so the State
21 Department -- we don't verify the licensure.
22 The State Department of Education does that.
23 Q. Okay. So, then, if someone comes in to
24 Metro Schools and says, I want to be a teacher
25 here, and they don't have the proper license

1 but they say they do and it goes to your HR
2 department, your HR department doesn't check
3 the license at all? You send it all to the
4 State?
5 A. Everything goes through the State. The
6 State is --
7 Q. Uh-huh.
8 A. -- the verifying body of licensure.
9 Q. Okay. And do you send a document off to
10 the State to say, We want this verified?
11 A. It depends on the nature of where the --
12 Q. Uh-huh.
13 A. -- employee is and what the requirements
14 are. Again, I would have to refer to my HR
15 department --
16 Q. Uh-huh.
17 A. -- on all those specifics. But each
18 waiver, the timing, all of it has a specific
19 process by which an employee would need to
20 verify information, upload information, and
21 wait for verification from the State Department
22 of Education.
23 Q. Okay. If you're getting a verification
24 through the State Department of Education,
25 does it come back on a document that says it

1 is verified that this employee does have this
2 license?
3 A. I mean, one example is if you're
4 submitting documentation for licensure, initial
5 licensure, that is a process that goes through
6 the State Department. There's documents from
7 the higher education institutions, so on and
8 so forth, the -- the granting body that goes
9 through the State that is a part of the online
10 system that when it is approved or posted that
11 can be viewed on that system.
12 Q. Okay. And it can be viewed at -- in the
13 HR department at Metro Schools that this
14 person has a certain license?
15 A. Yes.
16 Q. Okay. And your HR department does view
17 those documents to confirm that the teacher
18 does have the license, correct?
19 A. There -- there is an initial
20 verification process after the applicant has
21 gone through the process and/or been
22 recommended for a position.
23 Q. That occurs in HR, correct?
24 A. That is a part of the HR process.
25 Q. Okay. Now, if someone is transferring

1 to another position, does HR pull up the
2 employee file to see what license they have or
3 go online to see what their licenses are? Is
4 there someone responsible for that?
5 A. It is a part of the -- so, a position
6 can be -- as part of the hiring process or the
7 transfer process, we will, and along the way,
8 somewhere along the way verify that the
9 employee has the proper licensure to be in the
10 role that they're in.
11 Q. Okay. Do you ever look those up?
12 A. Typically my HR department does.
13 Q. Okay. But you have access to the -- the
14 license information as well, correct?
15 A. Yes, it's a public --
16 Q. Uh-huh.
17 A. -- website.
18 Q. Okay. Okay. Have you ever testified
19 before?
20 A. Yes.
21 Q. How many times?
22 A. Wait, let me go back. Testified as in
23 court or, like, doing a deposition?
24 Q. Let's do depositions first.
25 A. Deposition?

Case 3:20-cv-01023-BPL Document 149  Filed 07/27/22  Page 11 of 108 PageID #: 1928     37..40
E-Lite Services Reporting Service
www.EliteReportingServices.com

1  Q.   Uh-huh.
2  **A.   Yes, I've done a deposition.**
3  Q.   How many times?
4  **A.   Twice.**
5  Q.   What cases?
6  **A.   We -- a funding --**
7  Q.   The BEP?
8  **A.   The BEP.**
9  Q.   Okay.  That's pending in chancery court
10 right now?  That's pending in court, the BEP
11 lawsuit?
12 **A.   I don't know the legal terms around**
13 **where it is right now.**
14 Q.   Okay.
15 **A.   But that one, and then a -- a car**
16 **accident.  Those are --**
17 Q.   Okay.  Not related to your job --
18 **A.   No.**
19 Q.   -- duties at Metro?
20     So, you testified in a deposition one
21 time.  Have you ever testified in court?
22 **A.   I've testified in deposition twice, and**
23 **one time in court.**
24 Q.   Okay.  And what was the in-court?  Did
25 it have anything to do with your job at Metro

1  Schools?
2  **A.   No.**
3  Q.   Okay.  What type of a case did you
4  testify in?
5  **A.   Let me -- let me go back.  I want to**
6  **correct.**
7  Q.   Okay.
8  **A.   It was actually two in court, from a**
9  **divorce.**
10 Q.   Okay.  And the second one, what was
11 that?  What type of case was that?
12 **A.   In court?**
13 Q.   Yes.
14 **A.   It was a divorce and a car accident.**
15 Q.   Okay.  Now I want to ask you just a
16 little bit about your background.
17     Who -- what's your husband, what is his
18 name?
19 **A.   Darren Kennedy.**
20 Q.   And where does he work?
21 **A.   He works for a, how do you -- an**
22 **educational program organization is the best**
23 **way to describe it.**
24 Q.   Do they have any contracts with Metro
25 Schools?

1  **A.   They do not.**
2  Q.   And has he ever worked for Metro
3  Schools?
4  **A.   He has.**
5  Q.   Okay.  And when did he work for Metro
6  Schools?
7  **A.   I do not have his start date, but he**
8  **worked in Metro Schools for several years up**
9  **until around 2016.**
10 Q.   Okay.  And then did he go to this other
11 company?
12 **A.   No.  He went to another school district.**
13 Q.   What school district did he go to?
14 **A.   Williamson County Schools.**
15 Q.   Okay.  And when did he leave Williamson
16 County School District, approximately?
17 **A.   Approximately, I want to say 2019.**
18 Q.   Okay.
19 **A.   Could have been 2020, but I believe it**
20 **was 2019.**
21 Q.   Okay.  Now, do you have any family here
22 in Davidson County?
23 **A.   Yes.**
24 Q.   How many?
25 **A.   Many.  I'm born and raised in Nashville.**

1  Q.   Okay.  Now, do -- your brother, Coach
2  Battle, where does he currently work?
3  **A.   He currently works at Knowledge**
4  **Academies.**
5  Q.   And what is that?
6  **A.   It's a charter school.**
7  Q.   And is it connected to Metro?
8  **A.   It is a charter school under our LEA.**
9  Q.   Did he have to get -- do you know when
10 he began working at this charter school?
11 **A.   I do not.  I don't have a specific date**
12 **that I could give you.**
13 Q.   Okay.  Was it within the past year?
14 **A.   Yes.**
15 Q.   Okay.  And where did he work before
16 that?
17 **A.   Whitehouse Christian School.**
18 Q.   And is that a private school?
19 **A.   Yes.**
20 Q.   And where did he work before that?
21 **A.   He was probably in Metro Schools right**
22 **before that.**
23 Q.   Okay.  What's his position at the
24 charter school?
25 **A.   Coach.**

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 12 of 108 PageID #: 1929   41..44
E01023 - Brentwood Reporting Services                41..44
www.EliteReportingServices.com

1 Q. And what sports?
2 A. I believe just basketball.
3 Q. Does he teach any courses?
4 A. Not that I'm aware of.
5 Q. Does he work -- it is a full-time job?
6 A. I'm not sure. I don't know the
7 specifics of that.
8 Q. Do you know if he handles any fund-
9 raising for the school?
10 A. I'm not sure of his specific duties,
11 other than that he is the basketball coach.
12 Q. Okay. Now, if someone is hired by the
13 charter schools that's under the umbrella of
14 Metro Schools, does the hiring have to be
15 approved by Metro Schools?
16 A. No.
17 Q. Okay. Do you know who approved him
18 being hired at this charter school?
19 A. I don't. The charters have their own
20 hiring process.
21 Q. Now, if someone is non-renewed in their
22 job at Metro, are they eligible for rehire?
23 A. Yeah, there are circumstances where
24 someone is non-renewed and are eligible for
25 rehire.

1 Q. Okay. Can you tell me what those
2 circumstances would be?
3 A. The status of non-renewed just means
4 that in your current position you will not be
5 rehired or recontracted for the next year.
6 Q. Can -- is -- is there a certain category
7 of past workers that are not eligible for
8 rehire?
9 A. Can you ask that question again?
10 Q. Does Metro Schools have some procedure
11 where they can designate someone as being not
12 eligible for rehire?
13 A. Yes, we do.
14 Q. Okay. What -- how do you -- how does
15 that work?
16 A. Those recommendations come from the
17 supervisor or the school principal, and then
18 are either -- I mean, that's typically where
19 they come from. There's -- they're -- they're
20 typically recommended based upon their direct
21 supervisor.
22 Q. And so, does the direct supervisor tell
23 HR, This person is not eligible for rehire?
24 A. That's correct.
25 Q. Okay. Do you know whether or not your

1 brother was eligible for rehire at Metro
2 Schools?
3 A. You know, I don't -- I don't recall if
4 he was not eligible or not.
5 Q. Do -- were you aware that -- is -- is it
6 legal for a board member to contact HR to ask
7 that someone's status be changed from not
8 eligible for rehire to make them eligible for
9 rehire? Is that legal --
10      MR. FOX: Objection to the form.
11 BY MS. STEINER:
12 Q. -- or ethical for a board member to have
13 contact with a -- HR to try to change the
14 status of someone?
15 A. Our board members receive questions and
16 concerns all the time, and it is normal for
17 them to reach out to ask questions for
18 clarification on or support around a specific
19 concern that has been brought to them from one
20 of their constituents.
21 Q. Okay. I'm just -- I'm just kind of
22 asking you this, 'cause I -- I have no idea
23 what the answer is.
24      Is it ethical, though, does -- does --
25 does Metro Schools have any sort of parameters

1 around board members where you tell them, You
2 can do this but you can't do this? Do you
3 know?
4 A. I mean, our board members have a
5 specific duty and role --
6 Q. Uh-huh.
7 A. -- in their positions. I think they --
8 I don't think it's uncommon for a board member
9 to reach out and ask questions, whether it be
10 -- I mean, any department, including myself,
11 for questions or concerns that have been
12 raised to them.
13 Q. Okay. What about not asking questions,
14 but asking how to change a designation from
15 not eligible for rehire to eligible for
16 rehire?
17 A. I think it's appropriate for a board
18 member to be aware of what that process is.
19 Q. Okay. But is it appropriate for a board
20 member to say, I would like for you to change
21 a designation of not eligible for rehire to
22 eligible for rehire for a person?
23 A. No, typically -- typically it's about
24 kind of raising the question or sharing the
25 concern that has been brought to them and

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 13 of 108 PageID #: 1930    45..48
ELITE-Brentwood Reporting Services  *  (615)595-0073
www.EliteReportingServices.com

1  advising them of what the process is.
2  Q.   Were you aware that a board member
3  contacted Chris Barnes about the designation
4  of your brother being changed from not
5  eligible for rehire to eligible for rehire?
6  **A.   I'm aware that a board member asked him**
7  **about the process of that, yes.**
8  Q.   Who was the board member?
9  **A.   If I remember correctly, it was**
10 **Christiane Buggs.**
11 Q.   And how do you know about this?
12 **A.   I want to say Chris mentioned it to me.**
13 Q.   And what did she tell you?
14 **A.   What did he tell me?**
15 Q.   What did -- "he"?  Is -- is it a he?
16 **A.   Yeah.**
17 Q.   Mr. Buggs?
18 **A.   Uh-huh.**
19 Q.   What did he tell --
20 **A.   No.  Barnes.**
21 Q.   What -- okay.  A Mr. Barnes.
22       MR. FOX:  There may be two different
23 Chrises.
24       MS. STEINER:  Yeah.  True.
25 ///

1  BY MS. STEINER:
2  Q.   So, what did Mr. Barnes tell you?
3  **A.   That a board member reached out to**
4  **inquire about the process for that.**
5  Q.   And what did you tell Mr. Barnes?
6  **A.   That a board member is entitled --**
7  **entitled to knowing what the process is around**
8  **any employee, but I don't -- particularly when**
9  **it involves an HR matter, I don't insert**
10 **myself into that area.  So, I told him it's**
11 **okay to give her the procedure around what**
12 **that process looks like.**
13 Q.   And what is the process for changing
14 something from not eligible for rehire to
15 eligible?
16 **A.   I mean, there is an appeals process by**
17 **the employee to kind of question the status of**
18 **their non-rehire status.**
19 Q.   Do you know whether or not your brother
20 filed that with Metro Schools?
21 **A.   I think he did go through an appeals**
22 **process.**
23 Q.   Okay.  And now, I'm not talking -- I've
24 got a copy of the transcript --
25 **A.   Uh-huh.**

1  Q.   -- where he appealed whatever
2  disciplinary action was taken against him, but
3  when Chris Barnes was there did your brother
4  file any sort of request with Metro Schools to
5  have his designation as not eligible for
6  rehire changed to eligible?
7  **A.   I don't recall.**
8  Q.   Did you have any discussion with Chris
9  Barnes about why your brother was no longer at
10 Metro Schools?
11 **A.   I don't know that we discussed why he**
12 **wasn't there.  I mean, he's the HR manager, so**
13 **I'm sure he had access to lots of information.**
14 **     I am very clear with my team that**
15 **anything that involves a relative of mine, I**
16 **don't -- I don't manage.  I allow somebody**
17 **else to manage on behalf of the District.**
18 Q.   Did you have any discussions with Ms.
19 Buggs about why she had contacted Chris Barnes
20 about this?
21 **A.   No, I don't recall any discussions with**
22 **her.**
23 Q.   Did you have any discussions with your
24 brother about this request from, or
25 conversation with Mr. Barnes?

1  **A.   No.**
2  Q.   Okay.  Okay.  Do you know James Bailey?
3  **A.   I do.**
4  Q.   Okay.  And do you think he's honest?
5  **A.   (Respite.)**
6  **     I mean, I've had some concerning**
7  **conversations with him that reflect back to,**
8  **you know, questions around him being honest.**
9  Q.   Such as?
10 **A.   We've had a previous conversation where**
11 **he and -- he asked me or I wanted -- he asked**
12 **me -- he told me that our previous supervisor**
13 **asked him if we were dating, and I was kind of**
14 **taken back and floored by his comments.  And,**
15 **then, later he came back and told me he was**
16 **only kidding.**
17 **     And so, that's concerning to me when you**
18 **would either -- I mean, in that particular**
19 **situation that you would make something like**
20 **that up and suggest that it came from somebody**
21 **else, only to come back and tell me that it**
22 **wasn't true.**
23 Q.   Anything else?
24 **A.   With regard -- with -- with regards to**
25 **honesty, I don't have a specific -- another**

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 14 of 108 PageID #: 1931    49..52
Elite-Brentwood Reporting Service  (615)595-0073
www.EliteReportingServices.com

1  example at this moment, but I will tell you
2  that one was very concerning to me.
3  Q.  Okay.  And when did that occur?
4  A.  That occurred probably around 2015.
5  Q.  Did you report it to anyone?
6  A.  I did not.  I didn't report it to any of
7  our supervisors, no.
8  Q.  Okay.  Do you think he was a good
9  employee?
10  A.  I think Dr. Bailey was a long-time
11  employee of -- of MNPS, but I did have some
12  concerns around performance.
13  Q.  And what were those?
14  A.  The academic performance of our students
15  in particular.
16  Q.  Anything else?
17  A.  Well, more specifically, their ability
18  to achieve and grow at high rates with
19  students academically and behaviorally, and
20  just some kind of behavior SEL concerns of the
21  school as well.
22  Q.  Okay.  What were the behavior concerns
23  you had?
24  A.  We -- there were lots -- there were
25  several incidents with students' behavior

1  where there -- maybe they had kind of ran the
2  gamut of our disciplinary policy.
3  Q.  Such as?
4  A.  Such as fighting, such as skipping.  I
5  mean, the -- the codes that we have a part of
6  our student conduct in our handbook.
7  Q.  Okay.  Anything else with regard to the
8  students and Dr. Bailey?
9  A.  Anything else in regards to?
10  Q.  That you were concerned about?
11  A.  Well, those were some of my main
12  concerns.
13  Q.  Okay.  Now... (Attorney reviews
14  document.)
15      What about Pippa Meriwether, what type
16  of an employee was she?
17  A.  She was a long-time employee of MNPS as
18  well.  I will say that I had concerns around
19  performance with Pippa as well.  We had some --
20  we had some conversations about it, about where
21  we were and where we were trying to move our
22  District towards.  And so, we've -- we've had
23  some conversations around some needs with her
24  performance as well.  And -- and from the
25  gamut of -- I mean, I've been in multiple

1  roles as an employee with MNPS, so as a
2  principal and -- and thinking through for the
3  principal supervisor role to the colleague
4  role and to the supervisor role, there -- there
5  have been concerns.
6  Q.  Did James Bailey ever report to you as a
7  worker in the hierarchy?
8  A.  Indirectly, yes.  Meaning, that in our
9  community superintendent structure, I was -- I
10  was responsible for the schools in the
11  southeast quadrant of our District.  But I
12  also -- so that's kind of K-12 model.
13      I also had the responsibility of working
14  closely with all of our high schools across
15  the District.  So, whenever we broke up by
16  tier, I worked with all the high schools and,
17  of course, he was a high school principal.
18  Q.  Okay.  You did not give him his
19  evaluations, correct?
20  A.  That's correct.
21  Q.  Okay.  You've never given James Bailey
22  an evaluation, because you've never been
23  responsible for that, correct?
24  A.  I've never been his evaluator.
25  Q.  Okay.  Pippa Meriwether, same thing,

1  you've never given her an evaluation, because
2  you weren't responsible for it, correct?
3  A.  So, I was her supervisor for the year
4  that I was interim --
5  Q.  Uh-huh.
6  A.  -- director.  But that year was also the
7  year the pandemic hit and interrupted
8  everything we were doing around -- I mean,
9  everybody knows the story of what happened
10  there.  We had to send -- close our schools
11  for the last quarter of the school year.  So,
12  I was her direct supervisor for one year.
13  Q.  Okay.  And that would have been from the
14  date of the closing of the schools?
15  A.  2019 to 2020.
16  Q.  Okay.  Okay.  Now, and so, before the
17  2019 school year, you had no job supervision
18  over Dr. Meriwether, correct?
19  A.  That's correct.
20  Q.  Okay.  And the same thing with Lily
21  Leffler, before the 2019/2020 school year you
22  had no supervision over her job performance,
23  correct?
24  A.  I was not her direct supervisor.
25  Q.  Okay.  And who was her direct

Case 3:20-cv-01023-BRC-BLE-10 Document 149 Filed 07/27/22 Page 15 of 108 PageID #: 1932    53..56
Elite-Brentwood Reporting Services * 615.595.0073
www.EliteReportingServices.com

1 supervisor?
2 **A. Her direct supervisor was Damon. Damon**
3 **Cathey.**
4 Q. And who was Damon Cathey's supervisor?
5 **A. For 2019/2020, it was myself.**
6 Q. Uh-huh.
7 **A. Prior to that it was our chief of**
8 **schools.**
9 Q. And who was that?
10 **A. Sito Narcisse.**
11 Q. Okay. Okay. And the same thing for
12 Dr. Cathey, before the 2019/2020 school year,
13 you had no supervisory job responsibilities
14 with regard to him, correct?
15 **A. Super -- yes, that's correct.**
16 Q. So, up until the year 2019, the
17 school performance, the job performance of,
18 someone else had those responsibilities for
19 Dr. Meriwether, Dr. Cathey, Dr. Bailey, Ms. --
20 Dr. Leffler; is that correct?
21 **A. Someone else had the direct supervisory**
22 **role, yes.**
23 Q. Okay. And somebody else -- you were not
24 in their line of supervision from being direct
25 supervisor or supervisor of the supervisor up

1 until 20 -- sometime in 2019, correct?
2 **A. I was not their evaluator --**
3 Q. Okay.
4 **A. -- up until 2019/2020.**
5 Q. Okay. And if there was any issues with
6 their job performance, someone other than you
7 would have had to address those problems,
8 correct?
9 **A. Someone else other than me would have**
10 **had to address?**
11 Q. Uh-huh.
12 **A. Yes, within reason.**
13 Q. Okay.
14 **A. So, it's important to note that there**
15 **were four community superintendents and**
16 **upwards of 12 to 15 executive directors. So,**
17 **we did have norming sessions. We did talk**
18 **about the role of the executive directors. We**
19 **made changes together with those roles and**
20 **responsibilities. So, there were still times**
21 **for us to collaborate around all of the**
22 **employees that were in that role to norm how**
23 **we would supervise and evaluate.**
24 Q. But the job responsibility for actually
25 supervising Dr. Bailey, Dr. Meriwether, Dr.

1 Cathey, and Dr. Leffler fell to someone other
2 than you?
3 **A. Their direct supervisor is someone other**
4 **than me.**
5 Q. Okay. And their supervisor of their
6 direct supervisor was someone other than you?
7 **A. That's correct.**
8 Q. Okay. Same thing with Jenai Hayes, and
9 I'm going to call her Jane Doe throughout the
10 rest of this deposition. So, when I say Jane
11 Doe, you'll know I'm talking about Jenai Hayes;
12 is that correct?
13 **A. Okay.**
14 Q. Can we do that? It makes it easier when
15 we're filing pleadings in this. Okay?
16 **A. Uh-huh.**
17 Q. Jane Doe, you were not her supervisor,
18 correct?
19 **A. I was not her supervisor.**
20 Q. Okay. And who was her supervisor?
21 **A. Who was her direct supervisor?**
22 (Respite.)
23 I don't recall who her direct supervisor
24 was during that time.
25 Q. Okay. And do you know what her job

1 performance was like as Director of School
2 Choice?
3 **A. Yes. Because -- and again, I think it's**
4 **important to note here that there is no role**
5 **-- I mean, the -- the majority of our roles in**
6 **MNPS, they don't work in silos. So, it's**
7 **always important for us to cross collaborate**
8 **on everything.**
9 So, I know of her job performance
10 **because the work that she was doing was**
11 **directly with the schools that we supervise**
12 **and work with.**
13 Q. Do you know what her job performance was
14 like in 2019/2020?
15 **A. Are you referring to her evaluation or**
16 **are you referring to general knowledge of her**
17 **job performance?**
18 Q. Well, did she get an evaluation that
19 year?
20 **A. Which year was it?**
21 Q. 2019/2020.
22 **A. I believe that year we did -- we -- the**
23 **State Department waived evaluations.**
24 Q. Okay. Is that because of the pandemic?
25 **A. Correct.**

1  Q.    Okay.  And that's because -- so, then,
2  there were no evaluations given out to any
3  worker at Metro Schools, correct?
4  A.    I believe that was correct for that
5  school year.
6  Q.    Okay.  And the evaluations are used to
7  tell the workers where they may be having
8  issues and where they be -- may be excelling,
9  correct?
10  A.    Correct, as to provide that information.
11  Q.    Uh-huh.  Okay.  And none of the
12  employees were given any evaluations that
13  year, correct?
14  A.    No, that would not be accurate.
15  Q.    Uh-huh.
16  A.    There -- there was -- in some roles,
17  depending on the frequency and the State
18  requirements for evaluations, there could have
19  been some information leading up to, but we
20  did not finish nor finalize those evaluations
21  as a result of the pandemic.
22  Q.    Okay.  So, you have no idea what Dr.
23  Bailey, Dr. Meriwether, Dr. Cathey, Dr. Jenai
24  -- Jane Doe's, or Dr. Leffler's supervisors
25  would have put in the evaluations about them?

1  A.    No, that's not accurate.  If we're
2  talking about the 2019/2020 year?
3  Q.    Uh-huh.  Uh-huh.
4  A.    That would not be accurate.
5  Q.    Okay.
6  A.    That would not be accurate, because
7  during that particular school year I was the
8  direct supervisor for Pippa and for Damon and
9  -- for Pippa and for Damon.  And because of
10  our cabinet and chief structure, I was
11  provided updates around performance and where
12  our principals were in particular.
13  Q.    Okay.
14  A.    I also met frequently with the community
15  superintendents at -- at the time around the
16  performance of their executive director.  So,
17  it wasn't that we didn't have any knowledge.
18  We had knowledge.  We just did not finalize
19  the formal evaluation system.
20  Q.    Okay.  So, it wasn't where you -- did --
21  did you at any point in 2019/2020 sit down
22  with any of these plaintiffs and say, I'm not
23  happy with your job performance; you're not
24  doing well with X, Y, or Z?
25  A.    We had not come to that point before the

1  pandemic hit.  But did I have ongoing
2  conversations with the -- those employees
3  around concerns or needs?  Absolutely.
4  Q.    Who?  When?
5  A.    So, I met with the community
6  superintendents frequently, because I was
7  their direct supervisor, to provide updates,
8  but to also provide feedback around where we
9  were as an organization and what needs to
10  be made, and specifically what adjustments
11  they needed to make.
12  Q.    Okay.  So, did -- my question's a little
13  different.
14      Did you ever sit down with Dr. Meriwether
15  and say, I'm not happy with your job
16  performance because of X, Y, and Z?
17  A.    We didn't have that specific
18  conversation, but we had specific conversations
19  around a challenge or concern that was brought
20  to my attention.
21  Q.    And what was that challenge or concern
22  that was brought to your attention?
23  A.    I mean, several.  I mean, we -- there
24  were meetings where we were in and I was
25  asking for information and just follow-through

1  on our District's initiatives, and our -- one
2  time Damon Cathey said to me, I asked him, I
3  referred back to our district memo.  We sent
4  out a memo every week to keep everybody up to
5  date around where we were.
6      And he was questioning something.  I
7  said, I don't -- I don't understand the
8  question, because that just was in our
9  principal memo, and in that memo it required
10  us to do X, Y, and Z.
11      His response to me was, Well, I don't
12  read those.
13      And I said to him, I expect for you to
14  read those.  That's a part of your job
15  responsibility to read those in order to have
16  progressed to where we needed to be today.  I
17  mean, that's one example.
18      There was an example where -- I mean, I
19  had an example with Pippa and Damon where they
20  were recommending disciplinary action for two
21  different employees that it's my responsibility
22  -- it's my responsibility as the -- as the
23  director to take that information and dig into
24  it, where I had to coach them around where
25  they did not follow through on the

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 17 of 108 PageID #: 1934
E L I T E - B r o w n   R e p o r t i n g   &   V i d e o   S e r v i c e s
www.EliteReportingServices.com
61..64

1  expectations for coaching and supporting those
2  principles.  We had those conversations.
3      We had conversations, I had a
4  conversation with Pippa where we all met as a
5  team and agreed that when we broke out into
6  our groups, here's the expectations for every
7  quadrant.  I had to call Pippa because her
8  principals were calling me saying that they
9  were asking them do -- to do something
10  different than what I asked them to do.
11      So, these are all examples of
12  conversations that we had along the way.  I
13  called Pippa and had that conversation with
14  her.  So, we had frequent conversations about
15  -- around my concerns with their follow-
16  through, with their job performance.
17      I had a conversation with -- with Damon
18  around some concerns that was coming to me
19  around one of his direct reports, and I -- I
20  needed to know if he was going to be able to
21  coach and work her through that.
22      I had a specific school example where,
23  particularly in Damon's quadrant, that I was
24  getting a lot of complaints from teachers and
25  board members around what was going on in the

1  school, and unfortunately the executive
2  director nor the community superintendent
3  could manage the situation, and so I
4  personally had to go out and manage the
5  situation and to bring another department in
6  to support.  We had those conversations around
7  my concerns.
8      We had community meetings where as the
9  community superintendents, I expected for them
10  to be able to manage.  They were not managed
11  well.  I gave that feedback as well.  So, we
12  had various points in times where I provided
13  that feedback, particularly to my direct
14  reports during the 2019/2020 school year.
15  Q.   Okay.  As the Director of Schools, do
16  you understand the importance of keeping
17  documentation about what happens at the
18  schools?
19  A.   Do I?
20  Q.   Do you -- do you think documentation's
21  important?
22  A.   I mean, within reason I think
23  documentation is important.
24  Q.   Okay.  Because there have been tons,
25  over a hundred thousand documents and e-mails

1  produced in this case by Metro Schools, and we
2  have taken the time to tediously go through
3  all of them, and there's not a single e-mail,
4  a single note, a single anything dealing with
5  anything with the job performance with these
6  plaintiffs.  Did you know that?
7  A.   I know that it's possible that there's
8  not any documentations that I've produced,
9  because it's important for me to communicate.
10      See, there -- there are no -- my style
11  of leadership is that I'm going to communicate
12  with you, within reason, where my concerns
13  are, understanding that I have to keep the
14  mission of the organization moving forward.
15  And so, there -- there is, within reason,
16  times and opportunities for me to provide that
17  coaching and that feedback.
18      Again, I -- in -- during this time it
19  was important for me as a director, interim
20  director during that particular year, for me
21  to be as close as possible to our principals,
22  what was happening in schools, and to be a
23  support to our community superintendents.
24  Q.   Dr. Battle, you didn't keep a single
25  document and you don't have a single document,

1  you didn't make a single document that deals
2  with the job performance of any of these
3  plaintiffs, correct?
4  A.   I will not say that's correct.  I would
5  -- I haven't gone back to do that type of
6  review.
7  Q.   We have asked for all documents relevant
8  to this.
9      Are you telling me today in your
10  deposition that you may have documents out
11  there that are written that set forth problems
12  with the job performance of any of these
13  plaintiffs that you have not given to your
14  counsel yet?
15  A.   No.  What I'm telling you is, that I
16  have not reviewed what you're referring to.  I
17  haven't reviewed the -- all the documents that
18  you're now referring to, nor do I have them in
19  front of me to see.
20  Q.   Okay.  So, you're saying that perhaps
21  there are some documents produced that we just
22  missed?
23  A.   No.  What I'm saying to you is that I'm
24  not looking at the documents that you're
25  referring to.

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 18 of 108 PageID #: 1935   65..68
Elite-Brentwood Reporting Services  (615)595-0073
www.EliteReportingServices.com

1 Q. Okay. Well, take my -- let's do it this
2 way. There were over 98,000 documents
3 produced, and I'm not going to sit there -- it
4 would take you a week to go through them all.
5 Okay?
6 But we have gone through them. We've
7 taken the time to go through them. And so, I
8 have not seen any related to this, any
9 disciplinary issues.
10 And can you recall today specifically
11 writing out any document that's related to a
12 disciplinary issue with any of the plaintiffs?
13 **A. I don't recall that at --**
14 Q. Okay.
15 **A. -- at this moment. But it's also**
16 **important to note that the official evaluation**
17 **system for that year was waived.**
18 **I also want to point out that we were in**
19 **a year of shifting where I was taking on**
20 **double role as the Director of Schools, not**
21 **having a Chief of Schools, to supervising our**
22 **community superintendents.**
23 Q. Okay. That year too, was the testing
24 for the school children, the students waived?
25 **A. Yes, it was.**

1 Q. Okay. And so, and what was the testing
2 that was waived?
3 **A. We did not take TN Ready that particular**
4 **year. Of course, everyone remained virtual for**
5 **the remainder of that school year.**
6 Q. What's TN Ready?
7 **A. It's our State -- State standard**
8 **assessment.**
9 Q. Does it go by anything else, any other
10 symbols?
11 **A. It -- TN Ready is an umbrella. Some**
12 **people refer to it as TCAP.**
13 Q. TCAP. Okay.
14 And so, then, and is that the testing
15 that's done to see where the students, how
16 much they've learned that year and where they
17 are?
18 **A. I mean, in a standardized way, yes.**
19 Q. Uh-huh. Okay. And so, then, across
20 Metro Schools no one took those TCAP tests for
21 the year 2019 to 2020 school year?
22 **A. That's correct.**
23 Q. Okay. And in the Spring of 2020, you
24 knew Dr. Leffler was kin to Dr. Garcia,
25 correct?

1 **A. Yes.**
2 Q. Okay. And you knew Dr. Garcia had sued
3 the district for hostile work environment and
4 retaliation, correct?
5 **A. If those are her claims, yes.**
6 Q. Okay. And did you know that Dr. Garcia
7 claimed her position was eliminated due to the
8 budget within months of she -- her complaining
9 she was sexually harassed by Moe Carrasco?
10 **A. Can you repeat that question for me?**
11 Q. Did you know that Dr. Garcia claimed
12 that her job position with Metro Schools was
13 eliminated due to the budget within months of
14 her complaining of harassment, sexual
15 harassment by Moe Carrasco?
16 **A. Again, I don't remember all the**
17 **specifics and details of that. I would rely**
18 **on our HR team to answer. But I do recall**
19 **some allegation around her position and her**
20 **not being in the position as a result of the**
21 **allegations.**
22 Q. Did you know her job was eliminated due
23 to the budget?
24 **A. I'm -- I am aware that that particular**
25 **position no longer exists in the district.**

1 Q. Did you know it was eliminated due to the
2 budget?
3 **A. I don't know that I was aware of those**
4 **specific details. Again, I was not the**
5 **Director of Schools at that time, and I don't**
6 **go back and scrutinize their decisions.**
7 Q. Have you ever -- have you ever
8 questioned anyone at Metro Schools about Dr.
9 Leffler and whether or not she's -- could be
10 loyal to Metro Schools because of her cousin's
11 case or her relative's case?
12 **A. No, I do not recall such a conversation.**
13 Q. So, then, if someone says that you asked
14 them, Do you think Dr. Leffler is loyal to the
15 system because of Dr. Garcia's case, that's
16 not true?
17 **A. No.**
18 Q. Okay. Do you think it would be
19 inappropriate to question anyone about Dr.
20 Leffler's loyalty because of her relative's
21 case?
22 **A. No.**
23 Q. Do you know you can't retaliate against
24 someone because they're related to a person
25 who engaged in protected activity?

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 19 of 108 PageID #: 1936   69..72
E01023-B Deposition Reported Services
www.EliteReportingServices.com

1    A.    Ask me that question again?
2    Q.    Did you know that you cannot retaliate
3    against someone who's related to someone who
4    engaged --
5    A.    Yeah.
6    Q.    -- in protected activity?
7    A.    Uh-huh.
8    Q.    Okay.  And did you know that in the
9    Spring of 2020?
10   A.    Did I know what?
11   Q.    That you cannot retaliate against
12   someone who engages in protected activity?
13   A.    Yes.
14   Q.    Okay.  Now... (Attorney reviews
15   document.)
16        MR. FOX:  Ms. Steiner, off the
17   record a second.
18        MS. STEINER:  Yeah.
19        THE VIDEOGRAPHER:  We are off the
20   record at 10:29 a.m.
21        (Short break.)
22        THE VIDEOGRAPHER:  We are on the
23   record at 10:42 a.m.
24   BY MS. STEINER:
25   Q.    Dr. Battle, when you were appointed

1    interim director, was it a unanimous vote from
2    the school board?
3    A.    Yes.
4    Q.    Okay.  You can't recall anyone not
5    voting for you on that?
6    A.    No.  I recall the -- one of the board
7    members making a comment afterwards that just
8    to remind me around -- around just kind of how
9    things work as far as board votes and
10   decisions are concerned.
11   Q.    Do -- do you know the Ms. Boggs who's on
12   the board of directors, Ms. Boggs?  Buggs?
13   A.    Oh, yes, I do.
14   Q.    Okay.  And how well do you know her?  Is
15   she a friend?
16   A.    No, we've -- we've not known each, other
17   than through board/director relations.
18   Q.    And does your brother know Ms. Buggs?
19   A.    No, I don't think so.  I don't think,
20   you know, outside of just MNPS work, no, I
21   don't think so.
22   Q.    So, if he doesn't know Ms. Buggs and you
23   really don't know her that well, how did -- do
24   you know how Ms. Buggs came to call Chris
25   Barnes about your brother?

1    A.    I don't know.  I'm sure -- I mean, we
2    are in very public positions around what we do
3    and our performance and things of that nature,
4    so it's not uncommon for someone to know
5    educators, principals, directors without
6    knowing them personally.
7    Q.    And Ms. Buggs contacting Chris Barnes
8    about your brother, would you agree that that
9    is not related to her school board typical
10   duties?
11   A.    No, I mean, I think school board
12   members, I even get phone calls sometimes from
13   school board members about employees and
14   wanting to know their status and procedure and
15   what they can tell them they should be doing
16   if they have a particular concern.  So, I
17   don't think it's uncommon.
18   Q.    Okay.  Now, and I don't have the
19   policies in front of me, but -- but is it true
20   that -- that Metro Schools does have a policy
21   that prohibits retaliation?
22   A.    I -- again, I don't have the policies in
23   front of me either --
24   Q.    Uh-huh.
25   A.    -- but I'm sure we have something

1    related to that --
2    Q.    Uh-huh.
3    A.    -- in our -- in our policies.
4    Q.    And do you have a disciplinary policy?
5    A.    We have a -- a disciplinary
6    administrative procedure.
7    Q.    Okay.  And if you are having problems
8    with a principal that persists, do you know
9    whether or not the supervisor needs to
10   document the problem and then if it continues
11   then they start to write them up?
12   A.    There are certain scenarios where that
13   would be true, but they can also use other
14   forms of -- of documentation that they don't
15   have to create themselves.  So, we get data
16   reports.  We get attendance reports.  We get
17   reporting that also helps with the
18   conversations to move things forward.
19   Q.    Okay.  What is the disciplinary policy
20   for principals at Metro Schools?
21   A.    The disciplinary for a, like, that a
22   principal would go through or that a principal
23   would use on an employee?
24   Q.    That a principal would go through.
25   A.    For themselves?

Case 3:20-cv-01023-BJB-CHL Document 140 Filed 07/27/22 Page 20 of 108 PageID #: 1937     73..76
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com

1 Q. Yes.
2 A. If there's something that rises to
3 disciplinary action, there are lots of ways,
4 depending on the -- the incident or the nature
5 of the challenge.
6     There are counseling memos. There are
7 reprimands. There are recommendations for
8 leave. There are leave or suspension. There's
9 recommended for termination. There's also
10 abilities to non-renew a contract. So,
11 multiple paths available based upon the nature
12 of the concerns.
13 Q. Okay. Now, if a contract is not
14 renewed, typically is that because of some
15 sort of a performance issue?
16 A. I mean, it's inclusive -- it could also
17 include a performance issue, yes.
18 Q. Okay. What are some of the other
19 reasons that you would non-renew a contract if
20 it's not performance?
21 A. You could have a situation where there's
22 just not a good fit, right, where the skill
23 sets of the individual might not align to the
24 needs of that particular school, department,
25 learning community. That's just one other

1 example.
2 Q. Okay. What -- any other examples you
3 can give me for why you would non-renew a
4 contract?
5 A. It could be non-renewed due to
6 performance. It also could be a response to a
7 disciplinary action.
8 Q. Okay. Any other reason that a contract
9 would be non-renewed?
10 A. I mean, there -- there was multiple.
11 I'm... (Respite).
12 Q. Uh-huh. Okay, so it would be, you would
13 not renew a contract if it's just not a good
14 fit, you have disciplinary problems with the
15 worker would be another reason, and then just
16 performance disciplinary actions, correct?
17 A. Just a few examples, yes.
18 Q. Okay. Now, when you're dealing with a
19 worker and you're telling them why that they
20 are not -- that -- that they're losing their
21 job, do you have a duty for being honest with
22 them about the reason?
23 A. Yeah, with -- within reason. So, when
24 you're talking about -- you know, if you're
25 talking about termination, I mean, there's

1 typically going to be some specific examples
2 given. And when you're talking about kind of
3 a non-renewal of a contract or a transfer or
4 moving them to another role, you -- you -- you
5 would do that within reason, because you would
6 want to still be able to advance the mission
7 of the organization.
8     And so, the whole point is that there is
9 a concern or some issues, but we also might
10 see opportunities for you to lead in a
11 different capacity. And so, I think you --
12 we've got to be very balanced in our approach
13 with that feedback and -- and why or why not,
14 you know, a decision may be -- may be made.
15 Q. Okay. But when you're trying to make
16 these decisions, it's in the hopes that the
17 worker will go from one position where you
18 don't think they're doing a good job to a
19 position where they will do a good job,
20 correct?
21 A. Well, your -- your hope is that the
22 employee will, you know, reflect also on their
23 skill set and where they can have potentially
24 the greatest impact and give them the
25 opportunity to apply for other roles within

1 the organization.
2 Q. Okay. And so, to help the worker do
3 their best, is it correct that you try to tell
4 them the deficits that they had in the prior
5 job and why you are not -- you're -- you're
6 transferring them or moving them from that job
7 to another job?
8 A. Within reason. I mean, if -- if it's
9 something that doesn't rise to a level of
10 termination or disciplinary action, you might
11 have less of that. You might be --
12 Q. Uh-huh.
13 A. -- making a decision on the -- in the
14 best interest of the organization --
15 Q. Uh-huh.
16 A. -- and helping that employee reflect and
17 make a different determination around their
18 next --
19 Q. Uh-huh.
20 A. -- step or path as a professional.
21 Q. Okay. But you're not going to tell them
22 a lie? You're not going to lie to them about
23 the reason, correct?
24 A. I -- I would agree with that.
25 Q. Okay. And the reason that you do give

Case 3:20-cv-01023-BJD-MCR Document 140 Filed 07/27/22 Page 21 of 108 PageID #: 1938     77..80
E01023-BJD-MCR Reporting Services, Inc. 615-469-0073
www.EliteReportingServices.com

1  them, you try to be honest with it?
2  **A.   You try to be honest with it if -- you**
3  **know, with the information that you're**
4  **sharing.**
5  Q.   Okay.  Now, if not for the budget, would
6  any of these plaintiffs have lost their jobs?
7  **A.   If not for --**
8  Q.   For the budget.
9       MR. FOX:  Objection to the form.
10 BY MS. STEINER:
11 Q.   If not for budget issues that you were
12 having in the end of Spring of 2020, would any
13 of these plaintiffs have lost their job --
14      MR. FOX:  Objection to the form.
15 BY MS. STEINER:
16 Q.   -- or been transferred?
17 **A.   Yeah, so, as I explained earlier, I had**
18 **concerns about performance.  I had that ahead**
19 **of the budget.  Concerns, again, from many**
20 **different angles, again, not just as a direct**
21 **supervisor, but as a colleague, as someone who**
22 **supervised or worked under these individuals.**
23 **So, I had my concerns about performance.**
24 **      And then when we had to move into the**
25 **budget cuts, I -- I weighed out lots of**

1  **factors around what those changes may be, but**
2  **the budget cuts definitely contributed heavily**
3  **to the restructuring that I did lead within**
4  **the District.**
5  Q.   Okay.  So, then, if not for the budget
6  cuts, these plaintiffs probably would have
7  still continued in the jobs that they had,
8  correct?
9  **A.   No, that's not what I said.**
10 Q.   Okay.  Well, then, who would have not
11 continued in their position regardless of the
12 budget?
13 **A.   So, at the time of the year when the**
14 **pandemic happened, that was in March, we were**
15 **facing the budget crisis.**
16 **      What I'm communicating to you is that**
17 **that wasn't the first time that I considered**
18 **performance.  I had concerns around**
19 **performance.  In fact, that's why I also**
20 **served as kind of dually roled as the director**
21 **and -- and supervising the community**
22 **superintendents, so I could be closer to what**
23 **was happening in our schools and to be able to**
24 **provide the feedback that I've shared with you**
25 **already.**

1  Q.   Okay.  Let me ask my question again.
2  Who?  Names?  Who would not have continued in
3  their role of these plaintiffs if not for the
4  budget?
5  **A.   So, I want to be clear, because every**
6  **summer I go through this process of -- of our**
7  **restructuring.  And so, I always have to**
8  **consider, I always have to consider where our**
9  **-- skill sets of our leaders are and the**
10 **needs of the district.**
11 **      So, in -- with the budget crisis, it was**
12 **necessary for me to make adjustments.  That is**
13 **not to say that I did not have concerns about**
14 **the employee performance prior to the budget**
15 **and the restructuring.**
16 Q.   Who would have not continued in their
17 job but for the budget?
18 **A.   I mean, that's hard to predict because**
19 **of where the school year ended and the budget**
20 **crisis that we were facing.**
21 **      Did I have performance concerns prior to**
22 **the pandemic?  Absolutely.**
23 Q.   Okay.  Now, before the pandemic hit, you
24 were not the permanent Director of Schools,
25 correct?

1  **A.   That's correct.**
2  Q.   Okay.  Now... (Attorney reviews
3  document.)
4  I want to show you some documents here.
5  Let me see if I can... (Attorney reviews
6  document.)
7  Well, I think I lost my Zoom.
8       MS. HARBISON:  Here, let me see.  I
9  see you on there.  Maybe reduce that screen
10 that you're on.  Here (indicating). (Respite.)
11      There you are.  It's back there
12 (indicating).  It's just black.
13      MS. STEINER:  Okay.  Thank you.
14      MS. HARBISON:  You're welcome.
15 BY MS. STEINER:
16 Q.   Okay. (Attorney reviews document.)
17 (Respite.)
18      Okay.  Can y'all see?
19      MS. HARBISON:  Ann, stop.  Don't
20 look, Brook.
21      MR. FOX:  Oh, okay.
22      MS. HARBISON:  Yeah.
23      MR. FOX:  Is there something right
24 in front of me?
25      MS. HARBISON:  Yeah.

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 22 of 108 PageID #: 1939      81..84
EliteReporting Reporting Services, LLC
www.EliteReportingServices.com

1          MR. FOX:  Okay.
2          MS. HARBISON:  So, Ann, click on
3  that.
4          MS. STEINER:  Okay.
5          MS. HARBISON:  All right.  Now,
6  yeah.  Okay, there you go.  Sorry, Brook.
7          MR. FOX:  That's fine.
8  BY MS. STEINER:
9  Q.    Dr. Battle, can you see this document?
10  A.    I can.
11  Q.    Okay.  And is this the May 4th, 2020,
12  letter that you sent to Jenai Hayes?
13  A.    (Witness reviews document.) (Respite.)
14  Q.    Is this the letter that you sent to
15  Jenai Hayes?
16  A.    Yes, it appears to be a letter that --
17  Q.    Okay.
18  A.    -- I sent to her.
19  Q.    And did you read it before you signed
20  it?
21  A.    Yes.
22  Q.    Okay.  And is everything in it true and
23  accurate?
24  A.    (Witness reviews document.) (Respite.)
25        That all appears to be.

1  Q.    Okay.  And was the reorganization caused
2  by the budget?
3  A.    Yes.
4  Q.    Okay.  And did you know that Chris
5  Barnes had spoken with Ms. Hayes about several,
6  almost a week before this -- the date of this
7  letter?
8  A.    I -- that's possible that he had a
9  conversation with her.
10  Q.    Okay.  Do you know that he told her that
11  she had lost her job?
12  A.    No.
13  Q.    Okay.  Did you know that Ms. Hayes was
14  told that basically she was fired as of the end
15  of the year --
16          MR. FOX:  Objection to the form.
17  BY MS. STEINER:
18  Q.    -- by Chris Barnes?
19  A.    I don't know that that was his language,
20  but because of the reorganization that
21  specific position was not going to exist
22  moving to the next --
23  Q.    Uh-huh.
24  A.    -- school year.
25  Q.    Did you know that Ms. Hayes was tenured?

1  A.    Yes.
2  Q.    Okay.  And would you agree that you
3  cannot fire a tenured employee if they have
4  not done anything under the law to justify the
5  termination?
6  A.    I'm aware of the tenure law --
7  Q.    Uh-huh.
8  A.    -- which is referenced here in this
9  letter that she would be able to secure a
10  classroom teaching position.
11  Q.    Okay.  My question to you is different,
12  okay.
13        Did you know that if a teacher is
14  tenured, they cannot be fired unless it's one
15  of the reasons under the law?  I think it's
16  dishonest -- it's -- under the Tennessee code,
17  did you know that?
18  A.    I know that through the tenure law there
19  are, and discipline laws for tenured teachers,
20  there's specific reasons that termination
21  would not be -- it would not be characterized
22  as termination if an employee was moved or if
23  a position changed.
24  Q.    Okay.  For the -- if you have an
25  employee that's tenured, okay --

1  A.    Uh-huh.
2  Q.    -- would you agree that Ms. Hayes had
3  not done anything to justify a termination
4  because -- under the tenure laws?
5  A.    Again, I was not her direct supervisor.
6  This particular document references the
7  reorganization, the position not existing.
8  And so, therefore, the reason for this shift
9  is due to the reorganization, but she's
10  guaranteed a classroom position pursuant to
11  the law.
12  Q.    Okay.  The question is different, okay.
13        Would you agree that Ms. Hayes had not
14  done anything to justify a termination under
15  the tenure laws?
16  A.    Again, I was not her direct supervisor
17  to be able to provide you a direct response to
18  that question.
19  Q.    Okay.  The same thing with Dr. Bailey,
20  did you know he was tenured?
21  A.    I'm pretty sure he was tenured as well.
22  Q.    Okay.  And do you know -- do you have
23  any information about whether or not he had
24  done any actions that would justify a
25  termination under the tenure laws?

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 23 of 108  PageID #: 1940
Elite-Brentwood Reporting Service
www.EliteReportingServices.com          85..88

1  A.   So, I believe the communication for
2  Dr. Bailey was around not -- his contract not
3  being renewed for the upcoming school year due
4  to performance.
5  Q.   Okay.  And do you think it would have
6  been -- would it have been a policy and
7  procedure of Metro Schools to tell Dr. Bailey
8  that his contract was not being renewed due to
9  performance?
10  A.   Could you repeat that question, please.
11  Q.   Did Metro Schools have a duty for
12  telling Dr. Bailey his job was not being
13  renewed, his contract was not being renewed
14  due to performance?
15  A.   Yes, we do --
16  Q.   Uh-huh.
17  A.   -- provide those communications.
18  Q.   Okay.  And do you know who told Dr.
19  Bailey that?
20  A.   I believe his direct supervisor at the
21  time was Dr. Sharon Griffin who supervised.
22  Q.   Okay.
23  A.   So, it was one of his direct
24  supervisors.
25  Q.   Okay.

1       MS. STEINER:  Now, let's have Jenai
2  Hayes -- Jane Doe's termination letter marked
3  Exhibit Number 2.
4       MR. FOX:  No objection.
5       (WHEREUPON, a document was marked as
6  Exhibit No. 2.)
7  BY MS. STEINER:
8  Q.   And I want to show you another letter.
9  (Attorney reviews document.) (Respite.)
10       Can you see this letter, Doctor?
11  A.   Can you go a little bit bigger?
12  Q.   Yeah.
13  A.   I can see it, but I can't read it, if
14  that makes sense.
15  Q.   Is that a little better?
16  A.   (Witness reviews document.)
17       Yes, it's a little bit better.  (Witness
18  reviews document.) (Respite.)
19       Yep.
20  Q.   Okay.  And backing up just one second.
21  For Dr. Bailey, was it your understanding that
22  he was let go from Metro Schools because of
23  job performance?
24  A.   No.
25  Q.   Okay.

1  A.   His contract was non-renewed.
2  Q.   Non-renewed, okay.
3       And so, it wasn't an issue of
4  transferring him to another position.  He was
5  actually just non-renewed?
6  A.   He was non-renewed from his current
7  position.
8  Q.   Okay.  And --
9  A.   But was -- but was eligible to apply for
10  one.
11  Q.   Okay.  So, your understanding, Dr.
12  Bailey was not transferred.  He was just
13  non-renewed for job performance, correct?
14  A.   Yes.
15  Q.   Am I right on that?  Okay.
16       Now, is this -- and -- and you thought
17  that's what should have happened to him,
18  non-renewed for job performance, correct?
19  A.   Based upon the conversations and the
20  performance of the school and the status of
21  the school, I thought it was appropriate that
22  he be -- his contract not be renewed.
23  Q.   Okay.  Any other high school principals
24  that you did not non-renew their contracts?
25  A.   So, there was one other school where

1  actually made recommendation to the board to
2  close the school, and at -- which meant that
3  the contract of that principal was -- was
4  non-renewed.
5  Q.   Okay.  But that wasn't for performance.
6  That's because the school closed, correct?
7  A.   Uh-huh.  That's correct.
8  Q.   Okay.  So, then, any principals in the
9  middle schools that you recommended that their
10  contracts not be renewed for or that you
11  decided their contracts not be renewed because
12  of job performance?
13  A.   I don't -- I don't recall any other
14  recommendations coming to me for middle
15  school.
16  Q.   Okay.  What about grade school, any of
17  the principals in the grade school that you
18  decided to non-renew their contracts for job
19  performance?
20  A.   I don't recall any other ones for --
21  Q.   Okay.
22  A.   -- being recommended to me from
23  elementary school either.
24  Q.   Okay.  And how many schools total do you
25  have?

Case 3:20-cv-01023 Document 149  Filed 07/27/22  Page 24 of 108 PageID #: 1941      89..92
E01023 B Deposition Reported by Elite Services LLC 615 595-0073
www.EliteReportingServices.com

1   A.   About -- a little over 130.
2   Q.   Okay.
3   A.   So, 130, 140 at this time.  Again, it's
4   all about --
5   Q.   Uh-huh.
6   A.   -- timing of when we consolidated some
7   schools.
8   Q.   Okay.  So, of the 130, 140 schools,
9   there was only one principal that you
10  recommended his contract not be --
11  A.   Well, we also --
12  Q.   -- renewed for performance?
13  A.   -- we -- we actually had a few more than
14  that.  We had a -- a few others that were
15  impacted due to consolidations where we closed
16  their schools, and they also had to re-apply
17  for other positions --
18  Q.   Uh-huh.
19  A.   -- in the District.
20  Q.   Okay.  But that was not for job
21  performance, correct?
22  A.   That's correct.
23  Q.   Okay.  Were you the one that had the
24  ultimate decision about what would happen to
25  Dr. Bailey?

1   A.   As the Director of Schools, it is my
2   responsibility, but based upon the disciplinary
3   action -- excuse me, he was a non-renewal, so
4   that was my ultimate decision.
5   Q.   Okay.  Now, and, so then, if you
6   non-renew him and he's a principal, is it
7   accurate, then, that you would not want to put
8   him in another principal's position?
9   A.   No, that's not necessarily accurate.
10  Again, it's -- it's our responsibility to try
11  to get a -- assess the needs of the learning
12  community and match the skill sets of the
13  principal to meet those needs.  It's why we
14  also include and engage other stakeholders in
15  -- in the process.
16  Q.   Can you tell me any other high school,
17  middle school, or grade school in 2020 that
18  you would have wanted to put Dr. Bailey in as
19  principal, or that you considered putting --
20  A.   Well --
21  Q.   -- him in as principal?
22  A.   -- let's step back and think about the
23  process.  The process is that principals
24  self-identify the schools that they're
25  interested in.  Then as a result of that

1   process, we assess and we go through our
2   interview phases to determine if that leader
3   is the right leader to lead that school
4   forward.
5        And so, I -- I think that question might
6   be a little shortsighted in that suggesting
7   that I make that initial move, and the initial
8   move is actually with the principal
9   identifying where they think they might be the
10  best fit and the best leader.
11  Q.   Are you the ultimate decisionmaker as to
12  whether or not they get another position as
13  principal?
14  A.   I am the final decisionmaker of
15  principal, all principal selections.
16  Q.   Okay.  Did you know that Dr. Bailey had
17  applied for about, I believe it was either two
18  or three principal positions or assistant
19  principal positions -- positions?
20  A.   I was aware that he applied for at least
21  one.  I don't know if it was multiple, but at
22  least one other principal's position.
23  Q.   And were you the ultimate decisionmaker
24  that he would not get that position?
25  A.   No, because the -- the final round, I --

1   I only interview the candidates that come out
2   of the --
3   Q.   Okay.
4   A.   -- phased process, so I never
5   interviewed Dr. Bailey for the position.
6   Q.   Okay.  Now, Dr. Leffler's letter that
7   we've got up here, is this a true and accurate
8   copy of the letter that you sent to Dr.
9   Leffler?
10  A.   It appears to be.
11  Q.   Okay.  And is everything in this letter
12  true and accurate?
13  A.   It appears to be.
14  Q.   Okay.  And did Dr. Leffler as well lose
15  her position due to the budget?
16  A.   (Witness reviews document.)
17       So, Dr. Leffler's position was a part of
18  the district reorganization, of which she
19  would be eligible to re-apply for or to apply
20  for other selections, and if she was selected
21  be offered that position.
22  Q.   The reorganization was caused by the
23  budget issues, correct?
24  A.   Uh-huh.  That's correct.
25  Q.   Okay.  And so... (Attorney reviews

Case 3:20-cv-01023-JPM Document 149 Filed 07/27/22 Page 25 of 108 PageID #: 1942
E01023-B Deposition Reported by Elite Services
www.EliteReportingServices.com
93..96

1  document.)
2  And who was the person who made the
3  decision about eliminating the executive
4  director?
5  Well, let me ask you this, her position
6  as Executive Director School Support will be
7  eliminated.  Was her position actually
8  eliminated?
9  **A.    So, in its current state it was being**
10  **eliminated and then repurposed.  So, we -- we**
11  **did upgrade the roles and responsibilities of**
12  **the executive director position.**
13  Q.    And what was the difference between the
14  old executive director position and the new
15  one?
16  **A.    Yeah, significant in that it required**
17  **more instructional leadership capacity.  It**
18  **required a high level of collaboration across**
19  **departments.  It requires a -- a significant**
20  **amount of visibility across our students at**
21  **the schools and accountability with regards to**
22  **student outcomes.**
23  Q.    Okay.  Was there anything -- and who
24  actually made the decision to make the
25  executive directors re-apply for their

1  positions?
2  **A.    Ultimately, it was my decision.**
3  Q.    Okay.  And why did you decide that they
4  needed to re-apply as opposed to just
5  appointing the executive directors as the new
6  executive directors and give them a few job
7  duties?
8  **A.    So, the first reason, as you've talked**
9  **about already, was the reorganization that was**
10  **happening -- happening in the organization.**
11  **And with that reorganization, I was**
12  **essentially eliminating an additional tier of**
13  **school supervision.**
14  **And so, eliminating that position would**
15  **require us to review the -- the job**
16  **responsibilities and duties of an executive**
17  **director, because in essence, we had split**
18  **them out a little bit, adding the community**
19  **superintendent role and now some of those**
20  **responsibilities were going to be included in**
21  **the executive director position.**
22  **It's important to note that when you**
23  **apply for those positions and we want clarity**
24  **around what you're -- what role you'll**
25  **actually play, it was taking on a different**

1  **role because a hole tier supervision was being**
2  **removed from our organizational structure as a**
3  **result of the budget cuts.**
4  Q.    Okay.  Now, when the executive directors
5  reapplied for the executive director position
6  and it was -- had the same name, correct?
7  **A.    Well, no.  I -- I actually think we**
8  **changed the name of the position.**
9  Q.    What was it changed to?
10  **A.    At that time they were called Executive**
11  **Directors of School Support, and -- it was**
12  **EBSSI, Executive Directors of School Support**
13  **and Improvement.  And we retitled them to**
14  **simply Executive Directors of Schools.**
15  Q.    Okay.  Who made the decision that they
16  would have these interviews for the new
17  positions?
18  **A.    I did.**
19  Q.    Okay.  And who made the decision that
20  the interviews would be anonymous?
21  **A.    I'm not sure, can you clarify your**
22  **question?**
23  Q.    Who made the decision that the scoring
24  that the different interviewers gave each
25  candidate would be anonymous?

1  **A.    That's an HR function.**
2  Q.    Do you know who -- do you -- is it true
3  that when you interview for certain positions
4  like a principal's position that Metro Schools
5  keeps the -- the scores of each interviewer?
6  **A.    It's our practice to try to maintain --**
7  Q.    Uh-huh.
8  **A.    -- the documents from the interview**
9  **process.**
10  Q.    Okay.  And that's standard at Metro
11  Schools.  If you interview for a principal's
12  position, you can go in and see who
13  interviewed them and how they scored them?
14  **A.    Well, it depends on the level of the**
15  **position.**
16  Q.    Uh-huh.
17  **A.    So, we encourage our principals to do**
18  **that.  We have some departments that, you**
19  **know, based upon the type of position they may**
20  **or may not do that, but we try to in our**
21  **phased interview process, we try to maintain**
22  **that information because it's also information**
23  **that we leverage at different phases within**
24  **the interview process.**
25  Q.    Okay.  So, you typically try to keep the

Case 3:20-cv-01023-JPM Document 149 Filed 07/27/22 Page 26 of 108 PageID #: 1943   97..100
E01023-BDenwood-149 Elite Reporting Services - 061423 - Page 26 of 108 - 917b55e04e736924
www.EliteReportingServices.com

1 information about who interviewed the candidate
2 and what the score was from that interview,
3 correct?
4 **A. We -- we try to, but we do --**
5 Q. Uh-huh.
6 **A. -- a lot of interviewing.**
7 Q. Okay. And do you know whether or not
8 the EEOC requires you to keep the documentation
9 about promotions?
10 **A. I would rely to -- on my HR department**
11 **for their advice.**
12 Q. Do you know who in HR decided that the
13 interviews for the executive directors'
14 positions would be anonymous?
15 **A. I do not.**
16 Q. Okay. Were any other interviews that
17 were conducted in the Spring of 2020
18 anonymous?
19 **A. I don't have that recollection. Again,**
20 **I will refer you to our HR department for**
21 **that.**
22 Q. Do you know of any interviews or any
23 positions at Metro Schools where the
24 interviews were conducted anonymously, outside
25 the executive directors position?

1 **A. I would not necessarily know that,**
2 **because of -- because, one, I don't interview**
3 **every single employee within the district, nor**
4 **do I always see the behind-the-scenes**
5 **management of that capturing of those early**
6 **phase interviews. So, in essence, I don't --**
7 **I typically don't participate in the initial**
8 **interview phase.**
9 Q. Okay. Did you know that the people who
10 applied for executive director positions had
11 varying numbers of interviewers, meaning, one
12 may have had five interviewers and one may
13 have had three interviewers?
14 **A. I know we try to keep a standard range**
15 **in our interview process.**
16 Q. Okay. Did you know whether or not --
17 for instance, did you know that Chris Barnes
18 could not connect to the interview when he was
19 interviewing -- when everyone else was
20 interviewing Lily Leffler, and so he had to
21 connect with her the next day for his
22 interview?
23 **A. I'm not aware of those initial phase**
24 **logistics. I'm not aware of that.**
25 Q. Okay. Do you think it's fair to have

1 different numbers of interviewers and
2 different interviewers, different scores when
3 different people are -- are applying for the
4 same job?
5 **A. I think it's fair to have a fairly**
6 **standardized process by which we interview**
7 **employees. And again, there's a range, and we**
8 **have a range for other positions, including**
9 **our principal selection panel. So, as long as**
10 **we're within that range and kind of**
11 **standardization of practice, I think that's**
12 **appropriate.**
13 Q. Did you know anything about Chad High
14 interviewing for the position?
15 **A. Yes.**
16 Q. Do you know Chad High?
17 **A. I do know Chad High.**
18 Q. Okay. Did you have any discussion with
19 Chad High about interviewing for an executive
20 director's position?
21 **A. I did not.**
22 Q. Do you know how he got called in to
23 interview for that position?
24 **A. I know that there was, when we were**
25 **going through the restructure and the**

1 reorganization -- actually, we go through this
2 every day -- we are constantly talking about
3 how we recruit and retain high quality
4 leaders. And sometimes when you -- when we're
5 in that recruitment phase, it's important for
6 our employees to know when they have specific
7 skill sets that could benefit the organization
8 at large.
9 Q. Okay. You lost me there.
10 Did you have any contact with Chad High
11 about him applying for the executive
12 director --
13 **A. I did not.**
14 Q. -- positions?
15 Okay. Do you know who did and how he
16 came about to apply for that position? I'm
17 going to take his deposition later. I'm just
18 asking you, do you know?
19 **A. Yeah, if I'm -- if I'm not mistaken, my**
20 **chief of staff might have had a conversation**
21 **with him.**
22 Q. Who's your chief of staff?
23 **A. Hank Clay.**
24 Q. Okay. And do you know whether or not
25 Hank Clay asked Chad High to apply for that

Case 3:20-cv-01023-BJD-PDB Document 149 Filed 07/27/22 Page 27 of 108 PageID #: 1944    101..104
**E L I T E  Brentwood Reporting Service  (615) 595-0073**
**www.EliteReportingServices.com**

1  position?
2  A.   No, I'm not aware if there was a
3  specific ask for him to apply.
4  Q.   Do you know what happened?  Do you know
5  that Chad High's scores are missing?
6  A.   I've heard that his scores are missing.
7  Q.   Has Metro Schools conducted any sort of
8  an investigation, to your knowledge, to find
9  out what happened to Chad High's scores?
10  A.   I don't.  But I do know that during the
11  phased interviews his scores were available,
12  because I leveraged all of that information in
13  the next phase of interviews.
14  Q.   Okay.  Well, then, if they were
15  available, do you recall one of the scorers
16  giving him an exceptionally low score because
17  he didn't think he was qualified?
18  A.   No, because what I received -- I
19  received the -- some scores from each.  I
20  don't -- I don't get the individual greater
21  scores, if -- if you will.
22  Q.   Okay.  And how did you receive those?
23  A.   Chris Barnes, our Chief of HR.
24  Q.   Did he hand deliver it to you, or did
25  you get it by e-mail?  Did you get it in a

1  document?
2  A.   No, I think we -- I think we might have
3  met.  We might have met face to face.  We
4  might have met over our virtual platform just
5  to review where we were before we moved into
6  the next phase of interviews.
7  Q.   And did he give you a hardcopy showing
8  the scores?
9  A.   He didn't -- I don't think he handed me
10  a hardcopy.  I think I saw a hardcopy of the
11  version of the scores from the interviewees.
12  Q.   Okay.  And who had that hardcopy?
13  A.   At the time, Chris Barnes would have had
14  it as our Chief of HR.
15  Q.   And did it have -- what did it look
16  like?
17  A.   It had the phased one applicants and
18  where they scored in the process.
19  Q.   So, it was a composite score over each?
20  A.   Yes.
21  Q.   Okay.  And did you meet with him
22  personally and did he show you the document,
23  or was it on a Zoom meeting?
24  A.   I can't remember if it was face to face
25  or if it was on Zoom.  I mean, during that

1  time because of the pandemic, it could have
2  been either of the two.
3  Q.   Okay.  And do you recall the composite
4  score for Chad High?
5  A.   I don't remember the actual --
6  Q.   Uh-huh.
7  A.   -- score today, no.
8  Q.   Uh-huh.  Okay.  Now, do you recall
9  anything about the meeting with Chris Barnes,
10  about the day, the time, or anything?
11  A.   It was after the phase one interviews.
12  That -- that I'm pretty sure about.  So, they
13  went through the phase one interviews, and I
14  reviewed the candidates, and then we moved on
15  to the second phase.
16  Q.   And was Chad High interviewed in the
17  phase one interviews?
18  A.   To my understanding, yes, he was.
19  Q.   And what was the second phase?
20  A.   The second phase was with me.
21  Q.   Okay.  Did Chad High interview with you?
22  A.   He did.
23  Q.   Okay.  Now -- now, this document that
24  had the composite scores on there that Chris
25  Barnes had, has anyone from Metro asked him

1  where is this document that's got this
2  composite Chad High score on there?
3  A.   Has -- I can only speak for myself in
4  that I -- I've learned that he did not have
5  the scores, and by the time we knew the -- he
6  was -- Chris is no longer an employee of MNPS,
7  and so the only question I could ask was,
8  Where -- where are they?  How can we find
9  them, but to no resolve.
10  Q.   Why did Chris Barnes leave Metro
11  Schools?
12  A.   He -- his wife has been -- he -- he came
13  to us from North Carolina, and was right
14  before the pandemic getting ready to move.
15  His wife had some health concerns, so does his
16  son and -- and daughter to a degree, and so he
17  needed to be closer to home.
18  Q.   Okay.  Now, so then, under oath you're
19  testifying that you actually saw a document
20  that had the composite scores on there; is
21  that correct?
22  A.   Yes.
23  Q.   Okay.  That document has not been
24  produced in this cause; do you know that?
25  A.   Yes.

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 28 of 108 PageID #: 1945
Elite-Brentwood Reporting Services  (615)595-0073
www.EliteReportingServices.com
105..108

1 Q. Okay. And do you also -- and -- and to
2 your knowledge, have you asked anyone, because
3 you do realize that's an important document in
4 this lawsuit? Do you realize that?
5 **A. I would imagine that you would want to**
6 **see the scores, but as I've already referenced**
7 **during the interview process we did have the**
8 **scores.**
9 Q. Have you asked anyone at Metro Schools,
10 what happened to this document and why wasn't
11 it kept?
12 **A. The only person that I could have that**
13 **conversation with, which I did, was Chris**
14 **Barnes, who's now transferred to another**
15 **school district.**
16 Q. Okay. And what did you ask him?
17 **A. Just what -- what happened. Where --**
18 **where are the -- where are the documents?**
19 **Where's the form?**
20 Q. Okay. And what did he say?
21 **A. He doesn't have them. He doesn't know**
22 **what happened to them.**
23 Q. Okay. So, then, do you understand that
24 not only was his -- Chad High's individual
25 scores lost, but now these composite scores

1 that you claim you saw is lost as well? Do
2 you realize that? That's two documents that
3 have been lost?
4 **A. That -- that may be the case. I'm --**
5 **again, I'm not the beholder of that**
6 **information. I did not conduct the phase one**
7 **interviews, and so I would expect that our**
8 **team who conducts that would have that**
9 **information and be able to provide it.**
10 Q. Did you have any conversations with
11 anyone at Metro Schools about how these
12 documents are important and from this point on
13 they need to be saved --
14 **A. Oh --**
15 Q. -- by you?
16 **A. -- absolutely, that is a part of our --**
17 Q. Who did you --
18 **A. -- standard process, so.**
19 Q. -- talk to about these two documents?
20 MR. FOX: Objection. Let the
21 witness finish her answer.
22 **THE WITNESS: That is a part of our**
23 **process, and I -- I always reinforce just the**
24 **standardization of that. We try to maintain**
25 **as reasonably as possible our phased**

1 interview, our stakeholder interview, and the
2 feedback that we receive.
3 BY MS. STEINER:
4 Q. Who did you talk to at Metro Schools
5 specifically about the missing documents,
6 Chad High's scores and the composite scores
7 for everyone? Who did you talk to about the
8 problems with this?
9 **A. As I've already mentioned, the initial**
10 **conversation about the lost documents was had**
11 **with our previous chief of HR, which is Chris**
12 **Barnes.**
13 **We now have a new chief of HR, of which**
14 **we've continued those conversations around**
15 **making sure that we tighten up the process so**
16 **that we maintain all the documents that we**
17 **should maintain.**
18 MR. FOX: And objection. I'm not
19 sure the composite scores of everyone has been
20 lost. I think it's been produced. We
21 discussed it in Mr. Barnes's deposition, unless
22 --
23 MS. STEINER: I'm -- I'm sorry,
24 then, but I just -- I just didn't recall that.
25 MR. FOX: Well, it may be --

1 MS. STEINER: I'll check it and see
2 if was made an exhibit.
3 MR. FOX: -- it may be we have a
4 different interpretation of what we're talking
5 about, but.
6 **THE WITNESS: Of the --**
7 MS. STEINER: So, there was a hard
8 copy of the composite?
9 MR. FOX: It was my understanding,
10 I'll have to go back and look at Chris Barnes's
11 deposition, but I thought the spreadsheet with
12 the one that had comments out to the side was
13 a composite of multiple scores.
14 MS. STEINER: No, she said that that
15 was -- each score was totaled.
16 **THE WITNESS: That I said that?**
17 BY MS. STEINER:
18 Q. Yeah.
19 **A. That --**
20 Q. Yeah, let's show it to you.
21 MR. FOX: Yeah.
22 BY MS. STEINER:
23 Q. Let's show you this and see --
24 **A. Okay.**
25 Q. -- if this is the composite that you're

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 29 of 108 PageID #: 1946
E01023-B Deposition Reported by Elite Reporting Services 109..112
www.EliteReportingServices.com

1  talking about.
2      MS. STEINER:  And let's make Lily
3  Leffler's termination letter the next-numbered
4  exhibit.
5      MR. FOX:  Objection to form.
6      But this letter dated May 4th, 2020,
7  to Lily Leffler, there's no objection to that
8  coming in.
9      MS. STEINER:  Okay.
10     (WHEREUPON, a document was marked as
11  Exhibit No. 3.)
12  BY MS. STEINER:
13  Q.   (Attorney reviews document.) (Respite.)
14     Okay.  Dr. Battle, can you see this
15  screen here?
16  A.   **(Witness reviews document.)**
17     MR. FOX:  Let's see.
18     MS. STEINER:  Hang on a second, I'm
19  going to stop the share for just a second.
20  Okay?
21     MR. FOX:  Okay.
22     MS. STEINER:  I'll go back in and do
23  something real quick, because it's not --
24     MR. FOX:  Yeah, we -- we could see
25  it.  It just looks scrolled far right.

1      MS. STEINER:  Okay.  (Attorney
2  reviews document.)
3  BY MS. STEINER:
4  Q.   Okay.  Dr. Battle, do you see this
5  screen?  Can you see this, it's got Lily
6  Leffler at the top of the page?
7  A.   **Uh-huh.**
8  Q.   It's got candidate's name.  It's got
9  Karen Gallman under her, and then Lily again,
10  and then Chae Snorten?
11     Is this the form that -- the composite
12  form that Chris Barnes showed you?
13  A.   **Can you -- can you scroll over?**
14     MR. FOX:  To the right.
15  BY MS. STEINER:
16  Q.   If it works.  (Attorney reviews
17  document.)
18     MR. FOX:  Comments (indicating).
19     THE WITNESS:  Yeah.  (Witness reviews
20  document.)
21     I'm sorry, can you scroll back over
22  to the right?
23  BY MS. STEINER:
24  Q.   Tell me when to stop.
25  A.   Okay.  That's good.  (Witness reviews

1  document.)
2      Yes.  And so, with each one -- yeah, I
3  think this is the same thing.  (Witness reviews
4  document.)
5      Yeah, this -- I mean, it looks very
6  familiar.
7      MR. FOX:  Okay.  So, what's the
8  question that you're answering yes to?
9  BY MS. STEINER:
10  Q.   Is this the form that Chris Barnes
11  showed you that you've been testifying to?
12  A.   **Scroll back over one more time.  I just**
13  **want to see if there's one other thing on**
14  **here.**
15  Q.   (Attorney complies.)
16  A.   **(Witness reviews document.)**
17     **So, yes and no.  So, we went through --**
18  **we -- I saw this and then it was what**
19  **composite, like, just go through and just do**
20  **your formula.  What are the composite scores**
21  **for each of these individuals, like the**
22  **average score for each one.  And so, he did**
23  **show me the average score.**
24  Q.   So, you saw this form?
25  A.   **Uh-huh.**

1  Q.   And then you told him, Give me the
2  average score --
3  A.   **Uh-huh.**
4  Q.   -- for each one?
5  A.   **Yes.**
6  Q.   And that's a separate document?
7  A.   **It's not a separate document.  It is a**
8  **summarizing the information here.**
9  Q.   But it's on a separate piece of paper?
10  A.   **No, I'm not saying -- I'm not suggesting**
11  **it was on a separate sheet of paper.  What I'm**
12  **saying is, just go through and tell me, like,**
13  **summarize this for me so I have that**
14  **information to assess and move on to the next**
15  **phase of the interview.**
16  Q.   Is this the document that Chris Barnes
17  showed you?
18  A.   **This is the initial document that he**
19  **showed me.**
20  Q.   Did he show you any other documents?
21  A.   **No.  So, then, I said, Go in and**
22  **summarize it for me and just tell me,**
23  **generally speaking, where did the candidates**
24  **land.**
25  Q.   Did he give you any other --

1 A. He did not give, physically give me any
2 other document.
3 Q. Did you see any other document?
4 A. No.
5 Q. Okay. So, this is it?
6 A. This is it.
7 Q. Okay. So, then, I want you to go down,
8 let's look at this. You've got Carl Carter
9 here. You've got Renita Perry. It's got all
10 the candidates --
11 A. Uh-huh.
12 Q. -- here. Go all the way down. Do you
13 see Chad High?
14 A. I did not see him as you were scrolling.
15 Q. Okay. And so, then, from this document
16 Chad High is not scored on these --
17 A. Huh-uh.
18 Q. -- this document, is he?
19 A. Huh-uh.
20 Q. Okay. So, then, what score did Chris
21 Barnes tell you Chad High had?
22 A. He showed me scores for Chad High. And
23 again, I can't -- I can't recall. I mean,
24 there's hundreds of numbers on here. I don't
25 recall what his exact score was, but part of

1 our phased interview is that Chad would have
2 been required to go through phase one, just
3 like everyone else, before he would -- would
4 have been considered even for phase two.
5 Q. I may be wrong on this, but I think
6 Chris Barnes testified that Chad High's scores
7 were lost completely.
8 A. No, I saw Chad High's scores between
9 phase one and phase two. (Respite.)
10 Now, what happened beyond that, that --
11 Chris would have to testify to that. But we --
12 I review scores for every candidate before we
13 move them on to phase two.
14 Q. Okay. In this, I'm going to show you
15 something.
16 A. Okay.
17 Q. Do you see where Lily Leffler was
18 interviewed and it looks like the date's
19 May 22nd, and then she was interviewed again
20 on May 23rd, anonymous?
21 A. (Witness reviews document.)
22 I see that.
23 Q. Okay. Did you know that Lily Leffler,
24 for the first day of her interview did really
25 well, and did you know for the last interview

1 on May 23rd she did very poorly? Did you know
2 that?
3 A. No, I --
4 Q. Okay.
5 A. -- do not know that.
6 Q. Did you know that the last day was, I
7 believe, a Saturday and that that was her
8 conversation with Chris Barnes? Did you know
9 that?
10 A. No, I do not know that.
11 Q. Did you know that Chris Barnes didn't
12 ask her any of the interviewer questions? He
13 just talked?
14 A. No, I do not know that to be true.
15 Q. Okay. Can -- would you agree that an
16 interviewer cannot really score someone if they
17 don't ask them any questions?
18 A. Can you repeat that question?
19 Q. Can you -- can you agree as the Director
20 of Schools for Metro Schools that an
21 interviewer should not grade somebody or score
22 somebody if they haven't asked them any
23 questions?
24 A. So, part of the interview process is to
25 have a conversation and ask questions to the

1 interviewee.
2 Q. Would you agree that an interviewer at
3 Metro Schools should not score a candidate if
4 they haven't bothered to ask them any
5 questions?
6 A. I think our --
7 MR. FOX: Objection to the form.
8 THE WITNESS: I think our leaders
9 through the interview process should engage
10 with, have conversation with, and ask
11 questions as needed to anyone interviewing for
12 a question -- for -- for a position.
13 BY MS. STEINER:
14 Q. Has anyone told you that Chris Barnes
15 didn't ask any questions, but yet he scored
16 her?
17 A. Has anyone told me that?
18 Q. Yes.
19 A. No, I don't know that to be true.
20 MR. FOX: Object. Yeah, objection
21 to the form.
22 BY MS. STEINER:
23 Q. If that is true, should that be
24 investigated by Metro Schools?
25 MR. FOX: Objection to form.

Case 3:20-cv-01023-BResented140ReportingServicesge 31 of 108 PageID #: 1948 117..120
E01023-B Deposition of Adrienne Battle
www.EliteReportingServices.com

Page 121

1    THE WITNESS:  I'm not sure, because
2  I don't know that that would have -- I don't
3  know how much impact that would have had to
4  the final decision that was made.
5  BY MS. STEINER:
6    Q.   Okay.  So, then, you told Chris Barnes,
7  I want a composite for all these scores, and
8  he called you back and he gave you the scores,
9  how everyone scored?
10   A.   No.  This is an Excel spreadsheet.
11   Q.   Uh-huh.
12   A.   So, you can easily go in and just kind
13  of compute where everyone landed, and that's
14  what he did.
15   Q.   And did he give you the composites?
16   A.   We looked at them when we were either --
17  I don't -- again, I'm assuming we either met
18  in person; we either met virtually.  We walked
19  through it during that conversation to help
20  inform what would happen with the phase two
21  interviews.
22   Q.   So, then, there was another document
23  outside of this that you saw?
24   A.   No, I think I've answered that and told
25  you no.

Page 122

1    Q.   Okay.  So, he just orally told you what
2  the scores were?
3    A.   I think he did whatever he needed to do
4  on this one spreadsheet, and we went over what
5  those scores would be.
6    Q.   So, there's a spreadsheet that has the
7  scores on it, the composite scores?
8    A.   No, that's not what I said.  What I said
9  is he used this information to determine what
10  the sum score would have been, if that was --
11  if we were looking at the average score for
12  these applicants.
13   Q.   And how did he give that?  Was it an
14  Excel calculation?
15   A.   So, we were meeting.
16   Q.   Uh-huh.
17   A.   We were meeting to review the scores --
18   Q.   Uh-huh.
19   A.   -- from the phase one interview.  Part
20  of that was to look at the feedback received,
21  and I wanted to know if I'm looking at this,
22  it's a lot of information, I've got to make
23  some decisions, what are the summary scores
24  for this.  What, like, on average, where did
25  everyone score.

Page 123

1    Q.   And --
2    A.   And that's where we -- during that time
3  together, that's what we looked at.
4    Q.   Okay.  And so, then, was there a
5  document, whether it be an Excel spreadsheet,
6  whether it be a document on the computer,
7  whether it be a piece of paper that had the
8  composite scores on it?
9    A.   Not that Chris gave to me, no.
10   Q.   Did you see one?
11   A.   I saw where we were computing when we
12  were looking at this spreadsheet.
13   Q.   Did the spreadsheet have the composite
14  scores on them?
15   A.   No.
16   Q.   Okay.  So, then, how did he give you the
17  composite scores?
18   A.   As I've already communicated, he
19  computed them while we were in that
20  conversation to give me the average score.
21   Q.   So, then, he would have told you, for
22  instance, Renita Perry, average score 3.6?
23   A.   Around -- he would have said around 3.6,
24  yes.
25   Q.   Okay.  And so, he didn't write it down

Page 124

1  on a separate document?  He told you orally?
2    A.   We -- exactly.
3    Q.   Okay.  And when he told you orally what
4  the scores were, did you write them down?
5    A.   No.  I mean, we were probably, like,
6  capturing, you know, like, okay, you kind of
7  go in order for me what you've got and let's
8  walk through them.  But he did not physically
9  give me a document with that on there.
10   Q.   Okay.  So, then, if you're -- did you
11  make your decision as to who to hire based on
12  these scores?
13   A.   Not solely based on the scores.
14   Q.   Were you the final decisionmaker?
15   A.   I was the final decisionmaker.
16   Q.   Okay.  And so, then, did you consider
17  these scores?
18   A.   I absolutely did consider the scores.
19   Q.   Okay.  And so, then, if you're
20  considering the scores, how did you remember,
21  for instance, if he gave you Carl Carter, 3.6;
22  Renita Perry, 3.2 -- let's do it this way.
23       How did you remember what the composite
24  scores were by the time he got to the end of
25  all the people who had interviewed?

1  A.   As I've communicated, this is an Excel
2  spreadsheet.  You can create the formula to do
3  that.  You can drop the scores over and tell
4  it to average.  And so, he was doing some of
5  that as we were walking -- walking through
6  where the phase one interviews landed.
7  Q.   But he's telling you the composites,
8  correct?
9  A.   As he's -- as he's doing calculations,
10 yes.
11 Q.   How did you remember them?
12 A.   Because he was doing them on the -- on
13 the screen.
14 Q.   But how did you remember the different
15 ones?  If you -- even if you just had ten, how
16 did you remember who was the highest and who
17 was the lowest?  Did you not keep any
18 documentation?
19 A.   No, it wasn't -- wasn't necessary,
20 because the documentation was here.
21 Q.   Okay.
22 A.   And so, just like you're looking at on
23 this screen, as someone is calculating the
24 information he was able to capture that so
25 that I could see where everyone was landing,

1  but that wasn't the intent for this particular
2  document.
3  Q.   Okay.  Let's go through this:  Carl
4  Carter, 3.6; Perry, 3.2; Gibbs, 3.9; Shumate,
5  3.8; Turner, 3.1; Kovach, 3.7; Stewart, 3.6;
6  Hammond, 3.2; Cathey -- and I'm just making
7  these up -- 3.7; Felicia Everson-Tuggle, 3.2;
8  Wilson, 3.3; Ball, 2.8; Witty, 3.2; Diaz, 3.3;
9  Springer, 3.3; Leffler, 3.7; Gallman, 3.3;
10 Snorten, 3.5; Edwards, 3.8; Pippa Meriwether,
11 3.7; Conley, 3.2; Snorten, 3.5; Faegins, 3.7;
12 McGreal, 3.5; Woodard, 3.6; Shawn Lawrence,
13 3.5.
14      Okay.  Did you hear those?
15 A.   I did.
16 Q.   Is that how he gave you the information?
17      MR. FOX:  Objection to the form.
18 BY MS. STEINER:
19 Q.   Is that how he gave you the information?
20 A.   No.
21 Q.   How did he give it to you then?
22 A.   So, he's in the document, as I've -- as
23 I've explained.  He -- I say we go through the
24 -- the scores, and I'm just curious, how do
25 these scores average out.  He -- give me a

1  minute.  Again, I can't remember if we were in
2  person or virtually.
3      Give me a minute.  Let me just get in
4  the document real quick and see what that
5  looks like.  In the document, okay, so that I
6  could see where everybody landed accordingly,
7  but not a new document or to create something
8  differently for me to consider.  I just wanted
9  to know for my own purposes and informed
10 decisionmaking where they landed.
11 Q.   For the ones who applied for the
12 executive directors' positions, for the scores
13 I just gave you, can you give me back any of
14 them?
15 A.   No.
16      MR. FOX:  Objection to the form.
17      THE WITNESS:  No.  And that's also
18 not what we did.
19 BY MS. STEINER:
20 Q.   Okay.  Okay.  Can you explain from
21 looking at this document what you did?
22 A.   So --
23      MR. FOX:  Objection to the form.
24      THE WITNESS:  -- so, I didn't do it.
25 Chris was able to walk through it and to take

1  the individual scores and just kind of sum
2  them so that we could see what the sums and
3  the average scores were.
4  BY MS. STEINER:
5  Q.   And did he -- did he use an Excel?  Did
6  he add them up on this spreadsheet?
7  A.   I think he was doing a combination of the
8  -- of the two, just to make sure he was getting
9  them right.  And this, uh-huh.
10 Q.   He was doing a combination of
11 spreadsheet?
12 A.   Spreadsheet and just backing it up with
13 some calculations on some --
14 Q.   Did he handwrite down any of the scores?
15 A.   I -- not to my recognition.  We were --
16 we were definitely looking at a screen.  He
17 definitely did not give me any hardcopy
18 documents.
19      And again, that was additional
20 information that I wanted to help me make an
21 informed decision.
22 Q.   And did you actually look at his
23 calculations on the spreadsheet?
24 A.   I looked at the sum totals.
25 Q.   And can you tell me today what the sum

Case 3:20-cv-01023-BJD-PDB   Document 149   Filed 07/27/22   Page 33 of 108 PageID #: 1950
E01023-B Deposition Reporting Services, Inc.                125..128
www.EliteReportingServices.com

1   totals -- well, I know you probably couldn't
2   -- for any of those applicants were?  Do you
3   know who scored the highest?
4   **A.   I do not recall.**
5   Q.   Okay.  And were you the one, then, that
6   made the decision to add -- to hire Chad High?
7   **A.   I'm ultimately the decisionmaker --**
8   Q.   Okay.
9   **A.   -- for these decisions.**
10          MS. STEINER:  Can we have this
11  spreadsheet marked the next-numbered exhibit
12  to the deposition today?
13          MR. FOX:  Yes, no objection.
14          (WHEREUPON, a document was marked
15  Exhibit No. 4.)
16          MR. FOX:  Is that Number 3?
17          THE REPORTER:  That's Number 4.
18          MS. HARBISON:  4.
19          MR. FOX:  4.
20  BY MS. STEINER:
21  Q.   Okay.  Did you know that one of the
22  interviewers said Chad High could barely
23  answer the questions?
24  **A.   No, I'm not aware of that.**
25  Q.   Did you know that one of the

1   interviewers said that he probably gave him a
2   low score?
3   **A.   Can you ask me that question again?**
4   Q.   Did you -- did you know that one of the
5   interviewers testified that he probably gave
6   him a low score?
7   **A.   I've just learned that recently, but not**
8   **during this interview process.**
9   Q.   (Attorney reviews document.)
10          Okay.  Now... (Attorney reviews
11  document.)
12          Now, of the people who interviewed for
13  the executive director positions, I want to go
14  through these people with you.
15          Had Steve Ball, do you know who he is?
16  **A.   I do.**
17  Q.   Did you know him?
18          Okay.  Did -- had he engaged in any
19  protected activity that you were aware of in
20  the Spring of 2020 that you knew about, he
21  could have engaged in it before, but that you
22  knew of in 2020?
23  **A.   No, I don't recall.**
24  Q.   James Witty, do you know him?
25  **A.   James who?**

1   Q.   Witty?
2   **A.   Yes.**
3   Q.   Had he engaged in any protected
4   activity?
5   **A.   Not that I'm aware of.**
6   Q.   Okay.  What about Natalie Gibbs (sic),
7   Renita Perry, Lendozia Edwards, Chae Snorten,
8   Craig Hammon -- Hammond, Carl Carter, David
9   Kovach, Robin Shumate, Tracy McPherson, Susan
10  Cochran, had any of those people engaged in
11  protected activity that you knew of?
12  **A.   Not that I was aware of.**
13  Q.   Okay.  What about Chad High, Cecelia
14  Conley, Karen Desouza Gallman, Shawn Lawrence,
15  Felicia Tuggle, or Schunn -- Schunn Turner,
16  had they engaged in any protected activity
17  that you knew of?
18  **A.   Not that I was aware of.  I mentioned**
19  **earlier that I was aware Schunn had some --**
20  **had filed a complaint of some sort.**
21  Q.   Okay.  And Schunn was an associate
22  superintendent, correct?
23  **A.   She was a community super -- no, they**
24  **were associate superintendents at that time.**
25  Q.   Yeah.

1   **A.   Yes.**
2   Q.   And -- and she had been an associate
3   superintendent for how long?
4   **A.   For -- she was an associate**
5   **superintendent for the 2019/2020 school year.**
6   Q.   Okay.  And as an associate
7   superintendent, the executive directors
8   reported to her, correct?
9   **A.   Yes.**
10  Q.   Okay.  And so, she was chosen for an
11  executive director position, correct?
12  **A.   She was selected as an executive**
13  **director.**
14  Q.   At that point did she have her lawsuit
15  against Metro Schools for pay disparity?
16  **A.   I'm not sure of the exact timing.  I**
17  **believe she did.**
18  Q.   Okay.  And going from an associate
19  superintendent to an executive director
20  position is a step down, correct?
21  **A.   That's correct.**
22  Q.   Okay.  Now, of the people who were
23  executive directors, Tracy McPherson and
24  Susan Cochran were retiring, correct?
25  **A.   I know that Susan was officially**

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 34 of 108 PageID #: 1951
Elite-Brentwood Reporting Services ● 615.595.0073        129...132
www.EliteReportingServices.com

1  retiring.  I'm not sure of Tracy's specific
2  designation.
3  Q.   Robin Shumate, why was she not selected
4  as an executive director?
5  A.   So, we go through a phased interview
6  process.  And she was not selected, I would
7  imagine, based upon the phases of those
8  interviews.  But also, I have a lot of
9  institutional knowledge around the skill sets
10 and performances of our executive directors
11 and our principals.  And so, I also have the
12 obligation of layering that information in to
13 make an informed decision around our new
14 executive directors.
15 Q.   Had any of these individuals who had
16 applied for an executive director position,
17 had any of them -- were any of them kin to
18 someone who had sued Metro Schools for
19 retaliation and discrimination, other than
20 Lily Leffler?
21 A.   Can you just pull up that list again?
22 Q.   Let me tell you the list, because I
23 don't think the list on the Excel sheet is
24 accurate.
25      Steve Ball, James Witty, Natalie --

1  Natalyn Gibbs, Renita Perry, Lendozia Edwards,
2  Chae Snorten, Craig Hammond, Carl Carter,
3  David Kovach, Chad High, Cecilia Conley, Karen
4  Desouza Gallman, Shawn Lawrence, Felicia
5  Tuggle, Schunn Turner, Robin Shumate, Tracy
6  McPherson, Susan Cochran.
7  A.   I would actually have to rely upon my
8  HR team to -- who maintains that information
9  to advise me around if there were others.
10 There's one or two that I would want to ask
11 them about.
12 Q.   Okay.  I'm not asking you what your HR
13 team knows.
14      What I want to know is this:  Today, do
15 you know of any of these individuals who were
16 kin to someone who sued Metro Schools for
17 discrimination or retaliation, other than
18 Lily Leffler?
19 A.   I don't think so.  There's a possibility
20 of one other one, but I don't believe so.
21 Q.   Okay.  And back in the Spring of 2020,
22 did you know of any of these individuals who
23 were kin to someone who had sued Metro Schools
24 for discrimination, retaliation, other than
25 Lily Leffler?

1  A.   Again, not that I recall, but I've --
2  I've got a short tenure in this particular
3  role, so I can't reflect back to what other
4  directors have experienced, but not to my
5  knowledge.
6  Q.   Okay.  I'm asking for your knowledge
7  only.
8  A.   That's what I answered, not to my
9  knowledge.
10 Q.   Okay.  Now, were you the one who made
11 the decision to eliminate the associate
12 superintendent positions?
13 A.   Yes.
14 Q.   Okay.  Were you aware that -- that you
15 only had four associate superintendents,
16 correct?
17 A.   Yes.  And I was previously one of them,
18 yes.
19 Q.   Were you aware that Pippa Meriwether had
20 supported Dr. Bailey in his decisions with
21 regard to your brother and the discipline
22 meted out to him?
23 A.   I'm aware that Pippa was Dr. Bailey's
24 direct supervisor and would have, because of
25 the process, been a part of coaching

1  Principal Bailey.
2  Q.   Okay.  And were you aware that Dr.
3  Cathey had complained of -- of the
4  falsification of grades?  I think you
5  testified earlier you were, correct?
6  A.   At another school.
7  Q.   Uh-huh.
8  A.   So, just to be clear, he was --
9  Q.   Uh-huh.
10 A.   -- supervising a principal at another
11 school where he had some concerns about the
12 grading practices --
13 Q.   Okay.
14 A.   -- and a -- and a few other things.
15 Q.   When you say "another school", are you
16 talking about Williamson County or are you
17 talking --
18 A.   In Davidson County, but I'm --
19 Q.   A Davidson County school?
20 A.   -- I'm just trying to make sure we're
21 not confusing --
22 Q.   Uh-huh.
23 A.   -- those two incidents to be in the same
24 space, because they were not.
25 Q.   Okay.  And do you know that -- and I

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 35 of 108 PageID #: 1952    133...136
E01023 B Depositional Reporting Services, LLC
www.EliteReportingServices.com

1  think you've already said this, Schunn Turner
2  was an associate director -- superintendent
3  too, correct?
4  **A.   Yes.**
5  Q.   Okay.  And, then, the fourth one was --
6  what was her name, the fourth superintendent,
7  associate superintendent?
8  **A.   What year are you referring to?**
9  Q.   2020.
10 **A.   Michelle Springer.**
11 Q.   Okay.  And what is your relationship to
12 Ms. Springer?
13 **A.   Colleagues.**
14 Q.   Okay.  Are you friends with her?
15 **A.   I've been -- I've been -- I've been her**
16 **direct supervisor.**
17 Q.   Okay.  Are you also friends with her?
18 **A.   I -- I think we've maintained a -- a**
19 **very professional relationship.**
20 Q.   Are you friends with her, though?
21 **A.   I think we're friendly.  I think --**
22 Q.   Uh-huh.
23 **A.   -- we're very professional in our -- in**
24 **regards to both our professional and personal**
25 **lives.**

1  Q.   Do your families get together?
2  **A.   Our -- so, there are times where we're**
3  **at school events or other events where our**
4  **families both might be there.  We also do**
5  **outings with my entire cabinet, and we invite**
6  **our families to come and be a part of that --**
7  Q.   Uh-huh.
8  **A.   -- because our -- our work together**
9  **extends beyond what we just do within the**
10 **walls of our organization.**
11 Q.   Have you ever gone and met with Ms.
12 Springer outside of anything that's job
13 related for fun, like to go get lunch, to go
14 get dinner, to go on a vacation, to go to a
15 game?
16 **A.   I wouldn't go as far as the vacation.**
17 Q.   Uh-huh.
18 **A.   But, I mean, generally what colleagues**
19 **would do, grabbing lunch --**
20 Q.   Uh-huh.
21 **A.   -- going to a school event or a -- a**
22 **city event that, you know, helps us move**
23 **things along, absolutely.**
24 Q.   Okay.  Now --
25 **A.   And I don't think that would be uncommon**

1  for our colleagues and our teams.
2  Q.   When you eliminated the superintendent
3  position, the associate superintendent
4  position, Ms. Springer actually ended up with
5  a better job, didn't she?
6  **A.   Well, it depends on what you deem a**
7  **better --**
8  Q.   Higher pay?  Uh-huh.
9  **A.   -- a better job.**
10 Q.   Okay.  What job did she end up with?
11 **A.   She, if I remember correctly, she**
12 **interviewed to be an executive director.  And**
13 **then she also interviewed to be the chief of**
14 **student services.**
15 Q.   And was she hired as chief of student
16 services?
17 **A.   She was.**
18 Q.   And do you know how much that pays?
19 **A.   $185,000.**
20 Q.   Okay.  And she had not engaged in any
21 protected activity that you knew of, correct?
22 **A.   That's correct.**
23 Q.   She had nothing to do with your brother
24 losing his job, correct?
25 **A.   I don't -- I don't believe so.  I don't**

1  recall.
2  Q.   Okay.  So, of the four associate
3  superintendents, three had engaged in some
4  sort of activity that would have been
5  protected, and Ms. Mossey Springer had not and
6  she ended up with a better job, correct?
7      MR. FOX:  Objection to the form.
8      THE WITNESS:  She ended up going
9  through the interview process.
10 BY MS. STEINER:
11 Q.   Uh-huh.
12 **A.   And as a result of that interview**
13 **process and assessment, she was selected as**
14 **the Chief of Student Services.**
15 Q.   Okay.  Which is a better job, correct?
16 **A.   It is a higher paying job.  I don't know**
17 **your definition of a better job.**
18 Q.   Now, for Jenai Hayes, she had her
19 position eliminated too, correct?
20 **A.   Her position was repurposed, if you**
21 **will.**
22 Q.   And were you the one who made the
23 decision to repurpose her position and remove
24 Jenai Hayes from that position?
25 **A.   It was my decision for -- to make the**

Case 3:20-cv-01023-BJD-LLL   Document 149   Filed 07/27/22   Page 36 of 108 PageID #: 1953
E01023-B Deposition Reporting Services 615.595-0073   137...140
www.EliteReportingServices.com

1 decision regarding the position and to
2 reorganize in the state that we're currently
3 in.
4 Q. Okay. And why did you decide to
5 eliminate Jenai -- Jenai Hayes's position?
6 A. That specific position was repurposed
7 because we had some very specific needs as a
8 -- as a district. As we were responding to
9 the pandemic and as we were thinking through
10 our equity work and needing to put a very
11 targeted lens around our equity work in -- in
12 all things related to school choice and our
13 enrollment and just decisions, programmatic
14 decisions that we were making, including
15 expanding our opportunity to offer
16 professional development around our equity
17 work.
18 Q. And by "equity", what do you mean by
19 that? Equity, is that diversity?
20 A. It's diversity, equity and inclusion is
21 the -- what we've included in that.
22 Q. Okay. Do you know what Ms. -- Ms. Doe's
23 experience is with regard to equity and
24 inclusion?
25 A. I know a -- a little bit about her

1 background just simply because of the role she
2 was in prior to. And I believe she also was
3 eligible and did interview for that position
4 as well.
5 Q. Did you or anyone, to your knowledge,
6 ask Ms. Hayes or Jane Doe what her experience
7 was with regard to diversity and equity?
8 A. Again, I would have to rely on the team.
9 I did not conduct those specific interviews.
10 So, as a part of the interview process, that
11 would be a question for those -- for the team
12 that led that interview cycle.
13 Q. And for the interviews for Jenai Hayes,
14 how did you -- or for that position, how did
15 you learn of what was said in the interviews
16 and how the scores occurred?
17 A. That was not my responsibility. That --
18 that process was led by another chief.
19 Q. Did the other chief tell you what
20 occurred in the interviews?
21 A. No.
22 Q. And was that Hank Clay?
23 A. I believe so. That was Hank who did
24 that particular interview cycle.
25 Q. Okay. And who made the decision about

1 removing -- who made the decision about who
2 would be hired in the position of Equity
3 and Inclusion?
4 A. The chief of that department did.
5 Q. Did you have any input into that
6 decision?
7 A. No.
8 Q. Did you know that the job required a
9 master's?
10 A. I don't remember the specific job
11 requirements. We have hundreds of --
12 Q. Okay.
13 A. -- job descriptions.
14 Q. If -- if a job does require a master's
15 degree, should the person who's being put in
16 the job have a master's degree?
17 A. Well, it -- typically it will say -- it
18 will say what is preferred in the role.
19 Again, I don't remember that specific job
20 description, but we do try to at least state
21 what is preferred. Sometimes it will have
22 "required", and we try to stick to those as
23 much as possible, but our ultimate
24 responsibility is to select the -- the -- the
25 best candidate for those positions and to fill

1 those positions.
2 Q. Okay. And does it make a difference
3 whether or not it is required or whether or
4 not it is preferred?
5 A. Yeah, I would -- again --
6 Q. Uh-huh.
7 A. -- I would have to rely on my HR team to
8 make -- they make those determinations.
9 Sometimes when it's -- by law if it's a
10 certificated position, we do have requirements
11 that we have to meet by State law.
12 On our support-staff side we have lots
13 more flexibility around what those specific
14 job requirements are and what previous
15 training is required to be in them. So, some
16 of -- sometimes there are things that we might
17 add or prefer, but not necessarily require as
18 a part of the hiring process. There's a
19 different kind of level of requirement for
20 certificated versus support staff.
21 Q. Okay. And this was a certificated. The
22 Executive Officer of Equity, Diversity, and
23 Inclusion is certificated, correct?
24 A. No.
25 Q. It's not a certificated?

1 A. No. I believe that should be classified
2 as a support-staff position.
3 Q. Okay. Let me show you this document.
4 Can you see it?
5 A. Yes, I can.
6 Q. Okay. Good.
7 Okay. And is this the job description
8 of the Executive Officer of Diversity, Equity,
9 and Inclusion?
10 A. It appears to be.
11 Q. Okay.
12 A. And you can also see that it's
13 classified as a support position.
14 Q. Okay. And do you see down here under
15 "education", required minimum, master's
16 degree?
17 A. (Witness reviews document.)
18 Q. Do you see that?
19 A. I see that.
20 Q. Okay. And with regard to Metro Schools,
21 does that mean that the person who gets this
22 job needs a master's?
23 A. I mean, generally speaking we try to
24 follow what we have in our job description,
25 but ultimately if it's not a requirement by

1 the State, particularly in our support
2 positions, we try to make sure that we have
3 the -- best, most qualified candidate for
4 the position.
5 Q. Did you know Jenai Hayes has a master's
6 degree?
7 A. I -- I don't know her specific
8 credentials right off.
9 Q. Did the person who took the --
10 A. Can you --
11 Q. -- executive officer --
12 A. Can you scroll back down for just a
13 second?
14 Q. Yeah. (Attorney complies.)
15 A. (Witness reviews document.)
16 Q. Is that --
17 A. No, go -- can you scroll back up? Up,
18 up, up, up.
19 MR. FOX: The degree -- the degree.
20 THE WITNESS: (Witness reviews
21 document.)
22 Oh, okay. And so, if you look at
23 the education, it says, "Required minimum,
24 master's degree from an accredited college or
25 university preferred."

1 BY MS. STEINER:
2 Q. Okay. But that's under required
3 minimum, correct?
4 A. Uh-huh. Uh-huh. But it also says
5 "preferred".
6 Q. Okay.
7 MS. STEINER: Now, could we have
8 this job description marked the next-numbered
9 exhibit.
10 MR. FOX: No objection.
11 (WHEREUPON, a document was marked as
12 Exhibit No. 5.)
13 BY MS. STEINER:
14 Q. Who took over School Choice when Jenai
15 Hayes's position was eliminated?
16 A. That -- that department was restructured
17 a little bit where the new Director of
18 Diversity, Equity, and Inclusion led the work
19 in collaboration with our director of -- I'm
20 going to call them Enrollment. I know there's
21 a more specific title than enrollment, but
22 part of that department has someone who
23 specializes in looking at our projections in
24 enrollment and where seats might be available.
25 Q. Who is in charge of School Choice now?

1 A. Our director of equity -- our Director
2 of Diversity, Equity, and Inclusion.
3 Q. And that is Ashford Hughes?
4 A. That is correct.
5 Q. Okay. And that's what Ms. Hayes did?
6 A. That is what she did, and it is a part
7 of what he does.
8 Q. Okay. And what --
9 A. It's one of his many roles and
10 responsibilities.
11 Q. What else -- and had he had any
12 experience in -- in School Choice, to your
13 knowledge, before he got this position?
14 A. See, not -- from my awareness, not
15 specifically around School Choice.
16 What we were envisioning in this role
17 was the equity lens in our school choice
18 decision. So, it -- it requires us to think
19 about what we're doing as far as equity and
20 how can we meet the needs of all students when
21 they have those needs.
22 And so, a part of that under my vision
23 is the School Choice prior to process itself,
24 in conjunction with where our projections and
25 our enrollment will land year over year.

1  Q.   Okay.  Did Mr. Clay give you any reason
2  for why he did not hire Jenai Hayes in that
3  position?
4  A.   No.
5  Q.   Did he give you any reason for why he
6  hired Ashford Hughes in that position?
7  A.   After the recommendation was made, we
8  talked through what Ashford Hughes possessed
9  and why he would be a good fit for -- for the
10  position.
11      But I want to be clear that when it
12  comes to the principal selections, that's my
13  responsibility, as long -- as well as hiring
14  our chiefs and a few other positions.
15      But our -- my chiefs lead their
16  individual departments in their hiring
17  process.
18  Q.   Okay.  But did it have to be approved by
19  you ultimately?
20  A.   No.
21  Q.   Okay.  Did you know that Lisa Spencer
22  told Jenai Hayes -- did you know that Jenai
23  Hayes -- Hayes told Lisa Spencer that she
24  thought she had lost her job because of
25  retaliation?

1  A.   Repeat that question?
2  Q.   Did you know Jenai Hayes told Lisa
3  Spencer she thought she lost her job because
4  of retaliation?
5  A.   I don't recall being aware of that
6  specific conversation.
7  Q.   If -- if Jane Doe had said that to Lisa
8  Spencer, should it have been reported and
9  investigated?
10      MR. FOX:  Objection to the form.
11      THE WITNESS:  Well, if she reported
12  it to an HR manager, I would assume the
13  manager would have either responded to her or,
14  if need be, brought in other folks to look
15  into it.  But she -- she reported it to one of
16  our executive directors in HR.
17  BY MS. STEINER:
18  Q.   And is Lisa Spencer in HR?
19  A.   Yes.
20  Q.   Is she an executive director?
21  A.   She was at the time.
22  Q.   Okay.  And do you know whether or not
23  Lisa Spencer filed any formal acknowledgment
24  that Jane Doe had said she was being
25  retaliated against?

1  A.   I'm unaware.
2  Q.   Okay.  Did you know that Lisa Spencer
3  told Jane Doe, YOU don't want to say that.
4  That will get around to places you don't want
5  it to go, about the retaliation?
6  A.   I'm unaware.
7      MR. FOX:  Objection to the form.
8  BY MS. STEINER:
9  Q.   Okay.  Now, when Jane Doe made the
10  complaints about her son, do you recall -- the
11  whole issue of how to -- how to -- "How to
12  Make a Slave", the whole issue with regard to
13  that lesson, do you recall that making local
14  news?
15  A.   I do.
16  Q.   Do you recall it making national news?
17  A.   I can't say I recall it making national
18  news, but I do know it made local news.
19  Q.   Okay.  And do you know -- did it make
20  the papers as well, the press here?
21  A.   It may have.  I just don't recall.
22  Q.   Uh-huh.  Did you have -- did you
23  consider it to be an embarrassment to the
24  school?
25  A.   No, I didn't consider it an

1  embarrassment.  I think what was most
2  important is when there is a concern, we were
3  able to investigate it and deal with it
4  accordingly, and I think we're pretty prompt
5  in our response and following up with the
6  teachers and student teacher and university
7  that was involved.
8      And so, I didn't see it as an
9  embarrassment.  I saw it as an -- an
10  opportunity to coach and to provide feedback,
11  but also to, you know, hold those accountable
12  for our expectations for our instructional
13  texts that we use in our classrooms.
14  Q.   Do you know who reported the incident to
15  the press?
16  A.   I do not.
17  Q.   Did you make statements or have
18  discussions any -- with anyone about Jane Doe
19  reporting it to the press?
20  A.   I think Damon might have mentioned it to
21  me.  I think he was supervising the school at
22  the time.  But again, I think I definitely
23  didn't have that firsthand knowledge.  I think
24  Damon might have mentioned it to me.
25  Q.   And did Dr. -- you mean Dr. Cathey,

Case 3:20-cv-01023-BJD-PDB  Document 149  Filed 07/27/22  Page 39 of 108 PageID #: 1956  149...152
E01023-BJD Deposition Reported by Elite Reporting Services
www.EliteReportingServices.com

1  correct?
2  **A.  Yes.**
3  Q.   Okay.  And he mentioned to you that
4  Jane Doe had gone to the press about the "How
5  to Make a Slave"?
6  **A.   I think he was just trying to think**
7  **through, like, where did this all come from?**
8  **How might it have gotten there?  Who might it**
9  **involve?  Because he was doing the**
10 **investigation --**
11 Q.   Uh-huh.
12 **A.   -- at the school.  And so, I think he**
13 **might have, you know, suggested that maybe it**
14 **came from --**
15 Q.   Jane Doe?
16 **A.   Is it Jane Doe?**
17 Q.   Okay.  And he suggested that to you,
18 correct?
19 **A.   Uh-huh.**
20 Q.   Okay.  Is that a "yes" --
21 **A.   Yes.**
22 Q.   -- for the record?
23     You've done really well with that.  Most
24 of the time I stop people way before this.
25 Okay.  Now --

1     MR. FOX:  Off the record a second.
2  Sounded like you're about to go into another
3  topic.
4     MS. STEINER:  Go on to --
5     MR. FOX:  Yeah.  Well, or some type
6  of break.
7     MS. STEINER:  Okay.  Let's break.
8  That's fine.
9     THE VIDEOGRAPHER:  We are off the
10 record at 12:09 p.m.
11    (Lunch break.)
12    THE VIDEOGRAPHER:  We are on the
13 record at 1:20 p.m.
14 BY MS. STEINER:
15 Q.   Dr. Battle, I want to go back and ask
16 you just a couple of follow-ups about
17 something you had said earlier.
18    You said that Dr. Bailey had come up to
19 you and said, somebody asked him about whether
20 or not you two were dating; is that right?
21 **A.   That's correct.**
22 Q.   Okay.  And you said that happened in
23 2015?
24 **A.   Uh-huh.  Yes.**
25 Q.   Okay.  What year did you get divorced?

1  **A.   2015.**
2  Q.   Okay.  And what was your husband's name?
3  **A.   Dominique Koger.**
4  Q.   And -- and your new husband, what is his
5  name?
6  **A.   Darren Kennedy.**
7  Q.   Okay.  And is it -- is it true that you
8  actually were dating Mr. Kennedy while you
9  were married to Deon?
10 **A.   Dominique.**
11 Q.   Dominique?
12 **A.   No, that's not accurate.**
13 Q.   Do you recall Dr. Bailey, rather than
14 saying people thought he was dating you,
15 asking -- telling you that people were asking
16 him were you dating Darren Kennedy?
17 **A.   No, that is not accurate.**
18 Q.   Okay.  Do you recall Dr. Cathey coming
19 up to you and telling you that there were
20 rumors out there that you were dating Darren
21 Kennedy while you were married to your first
22 husband or second husband?
23 **A.   No.**
24 Q.   Do you recall anybody at any point
25 asking you or telling you that there were

1  rumors out there that you were dating Mr.
2  Kennedy?
3  **A.   No.**
4  Q.   Did Mr. Kennedy work for Metro Schools?
5  **A.   He did.**
6  Q.   Okay.  And in your domestic case, did
7  your husband accuse you of dating Mr. Kennedy
8  while you were married to him?
9  **A.   No, he did not.**
10 Q.   That allegation was not contained at all
11 in the divorce?
12 **A.   Not at all.**
13 Q.   Okay.  Do you recall anyone at any point
14 in time making any allegation that you were
15 dating Mr. Kennedy?
16 **A.   I don't recall any allegation of such.**
17 Q.   Okay.  Now, if a -- when you became the
18 Director of Schools or maybe even before that,
19 were you trained by Metro about the difference
20 between, like, a non-renewal and an elimination
21 of a position?
22 **A.   Trained by Metro Schools?**
23 Q.   Yes.
24 **A.   Not differently from the way I'd been**
25 **trained as a long-time administrator in the**

1  District.
2  Q.   Okay.  Were you aware, then, that there
3  were different code sections that apply, one
4  applies for a non-renewal and one applies if
5  it's an elimination of a position?
6  **A.   Can you ask that question again?**
7  Q.   Were you aware that there were different
8  Tennessee laws that apply, one for a
9  non-renewal and one for the elimination of a
10  position?
11  **A.   I am aware that those two things are**
12  **treated differently, yes.**
13  Q.   Okay.  And are you aware that if a
14  position is eliminated, it has to be approved
15  by the school board?
16  **A.   I'm aware that I have the authority to**
17  **make the hiring decisions of Metro Nashville**
18  **Public Schools, and while not required to get**
19  **approval from the school board, I did put it**
20  **before the school board for approval.  In this**
21  **particular situation it was not required, but**
22  **I did.**
23  Q.   Put what?
24  **A.   The reorganization.**
25  Q.   Okay.  Were you aware that if a position

1  is eliminated, if you reduce the number of a
2  non-licensed position or a teaching position
3  in the system, the board has to do that?
4  **A.   What I'm aware of in this particular**
5  **situation, that I put the approvals before the**
6  **board for approval.**
7  Q.   My question to you is different.  Okay?
8  **A.   Uh-huh.**
9  Q.   Did you know that the school board has
10  to approve the elimination of positions at
11  Metro Schools?
12  **A.   I'm aware that the school board**
13  **approves, particularly our budget, around the**
14  **number of FTEs we've had and how we budget for**
15  **those.**
16       MR. FOX:  Yeah.  Objection to the
17  form.
18  BY MS. STEINER:
19  Q.   So, I can't tell from that whether it's
20  yes or no.  I -- I have no idea what your
21  answer is to this.
22       MR. FOX:  Objection to the form.
23  BY MS. STEINER:
24  Q.   Do you know, and it could be "no", and
25  if that's the answer, that's fine.

1       Did you know that the school board has
2  got to approve the elimination of positions?
3       MR. FOX:  Objection to the form.
4  **THE WITNESS:  I am aware through our**
5  **budgeting process that the school board must**
6  **approve any adjustments in FTEs regard -- with**
7  **regards to our operating budget.**
8  BY MS. STEINER:
9  Q.   So, it's only if you -- if you lose a
10  full-time position they have to be aware of
11  it?
12  **A.   If we -- if any adjustments with regards**
13  **to our FTE has a direct impact to our budget,**
14  **our board has the final approval of that.**
15  Q.   Okay.  So, then, the board does not have
16  to approve the elimination of all positions,
17  correct?
18  **A.   So, if -- and I would -- again, would**
19  **allow my HR team to advise more in this area,**
20  **but if we have a change in our FTEs that goes**
21  **before the board for approval.**
22       MR. FOX:  Objection.  Let me object
23  to the extent this calls for a legal analysis
24  as well.
25  ///

1  BY MS. STEINER:
2  Q.   So, by FTEs, do you mean that if you
3  have a particular department or a particular
4  function, okay, if you have a particular
5  department or particular function and you have
6  ten people in that function and you decide,
7  I'm going to eliminate -- I'm going to
8  eliminate three of the positions, and let's
9  just name them chef one, chef two, chef three,
10  the chefs are gone, but I'm going to put in
11  their position vice-presidents, vice-president,
12  vice-president, vice-president.
13       And so, the function, the number of FTEs
14  in that function stays the same or that
15  department stays the same, is that the type
16  situation where you do not have to go in front
17  of the board?
18       MR. FOX:  Objection to the form.
19  **THE WITNESS:  Yeah, I typically do**
20  **not have to go to the board for approval when**
21  **I'm repurposing positions or I'm making**
22  **informed decisions based upon the approved**
23  **budget to carry out the functions of the**
24  **organization.**
25  ///

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 41 of 108 PageID #: 1958
Elite-Brentwood Reporting Services
www.EliteReportingServices.com
157..160

1  BY MS. STEINER:
2  Q.   And who told you that?
3  **A.   By State law I have the authority.**
4  Q.   Okay.  Let's pull up the State law real
5  quick.
6          MS. HARBISON:  Okay.  I'm going to
7  invite you guys again to the --
8          MR. FOX:  Yeah.
9          MS. HARBISON:  -- Zoom, because it --
10  it --
11          MR. FOX:  Yes, I'm --
12          MS. HARBISON:  Yeah.
13          MR. FOX:  It says, Meeting host will
14  let me in soon.
15          MS. HARBISON:  Yeah.  It, I think,
16  shut off because it was inactive.  (Attorney
17  reviews document.)
18          Okay.  I just sent it to you guys.
19  (Respite.)
20          MS. STEINER:  I've got to sign into
21  the browser again, I think.
22          MS. HARBISON:  Oh, it made me do
23  that, where I had to accept the Metro use
24  policy again.
25          (Respite.)

1          MS. HARBISON:  Has my e-mail come
2  through?
3          MR. FOX:  Yeah, I just -- just now
4  clicked on the wrong thing.  I clicked on the
5  old one.
6          MS. HARBISON:  Oh, okay.  I just
7  wanted to make sure --
8          MR. FOX:  Okay.  I want to click on
9  the new one.
10          MS. HARBISON:  I didn't --
11          MR. FOX:  I had too many Zoom
12  meetings opened all at the same time, I think.
13          MS. HARBISON:  Oh, okay.  I didn't
14  put a subject line, so I --
15          MR. FOX:  Here we go.
16          MS. HARBISON:  -- was nervous it
17  might have gotten caught by the spam.  There
18  you are.
19          MR. FOX:  Okay.  Okay.
20          (Respite.)
21          MR. FOX:  I don't see Ann, though.
22          MS. HARBISON:  Yeah, I think she's
23  joining now.
24          MR. FOX:  Okay.
25          MS. HARBISON:  There she is.

1          And, then, Ann, I'm going to make
2  you a host.  Okay.
3          MS. STEINER:  I can join again?
4          MS. HARBISON:  It looks like you're
5  in.  I think -- if you minimized it, remember,
6  it kind of -- there it is.  There it is.
7  Yeah.
8          MS. STEINER:  Things driving me
9  bananas.  Okay.  Here we go.
10  BY MS. STEINER:
11  Q.   Okay.  Dr. Battle, can you see what I've
12  put up on the screen?
13  **A.   (Witness reviews document.)**
14  **I can.**
15  Q.   Is this Tennessee Code Annotated
16  49-5-511?
17          MR. FOX:  Objection to the form that
18  this -- to the extent this is calling for a
19  legal analysis.
20  BY MS. STEINER:
21  Q.   Is that what this is, Dr. Battle?  Does
22  it look like a copy of Tennessee Code
23  Annotated 49-5-511?
24  **A.   Yes.**
25  Q.   Okay.  And does this show the reasons

1  for which you can actually fire or suspend a
2  teacher?
3  **A.   (Witness reviews document.)**
4  Q.   Under (a)(2)?
5  **A.   Yes.**
6  Q.   And the causes for which a teacher may
7  be dismissed or suspended are incompetence,
8  inefficiency, neglect of duty, unprofessional
9  conduct, and insubordination; is that correct?
10  **A.   That's correct.**
11  Q.   None of the plaintiffs have been charged
12  with any of those, correct?
13  **A.   That is correct.**
14  Q.   Okay.  And, then, if you go down to part
15  (b) that I scrolled down to here, and do you
16  see where it says (b)(1)?
17  **A.   Uh-huh.**
18  Q.   And it says, "When it becomes necessary
19  to reduce the number of teaching positions or
20  non-licensed positions in the system because
21  of a decrease in enrollment or for other good
22  reasons, the board shall be empowered to
23  dismiss such teachers or non-licensed
24  employees based on their level of
25  effectiveness."

Case 3:20-cv-01023  Document 140   Filed 07/27/22   Page 42 of 108 PageID #: 1959    161..164
Elite-Brentwood Reporting Service, 615.595.0073
www.EliteReportingServices.com

1    Do you see that?
2  **A.  I do.**
3  Q.   Okay.  And do you agree that that means
4  that the school board is the entity that has
5  to make the decision with regard to
6  eliminating positions?
7      MR. FOX:  Objection to the form.
8      **THE WITNESS:  Not the decision to --**
9  **not the recommendation to do so.  It**
10 **specifically says, When it becomes necessary to**
11 **reduce the number of teaching positions or --**
12 **or non-licensed positions in the system**
13 **because of a decrease in enrollment or for**
14 **other good reasons, the board shall be**
15 **empowered to dismiss such teachers or**
16 **non-licensed employees based on their level of**
17 **effectiveness determined by the evaluation**
18 **pursuant to the code.**
19 **And this particular one references**
20 **particularly the -- when -- when we are -- if**
21 **we were taking someone to the board for**
22 **termination, then the board does have to give**
23 **final approval for those employees.  So, I**
24 **have to make a recommendation to the board**
25 **with regards to termination for employees.**

1  BY MS. STEINER:
2  Q.   Okay.  I'm not talking about termination
3  right now.  I'm talking about the elimination
4  of a position.
5      MR. FOX:  Object to the form.  The
6  statute says "dismissed".
7  BY MS. STEINER:
8  Q.   I'm talking about the elimination of a
9  position, okay.
10     Would you agree that this statute means
11 that the school board is the one with the
12 authority to eliminate positions?
13     MR. FOX:  Objection to the form.
14     **THE WITNESS:  Well, with regards to**
15 **this, the positions we're referring to, those**
16 **positions were put before the board for**
17 **approval.**
18 BY MS. STEINER:
19 Q.   Was Jenai Hayes's position taken to the
20 board?
21 **A.   I believe her position was included.**
22 Q.   Was the executive directors taken in
23 front of the board?
24 **A.   Well, in those particular --**
25 **And I want to step back because going**

1  **back to Jenai Hayes's position and the**
2  **executive director's position, those positions**
3  **were not being eliminated.  Those positions**
4  **were being repurposed for the good of the**
5  **organization.**
6  Q.   And how -- where did you obtain your
7  information or your idea that if it's
8  repurposed --
9      Is -- is repurposing a position
10 different than eliminating a position?
11 **A.   It can be.  When you're talking about**
12 **the current position in the current state that**
13 **it's in, not being a standalone position but**
14 **being repurposed to in some ways encompass**
15 **that role with additional roles and**
16 **responsibilities.**
17 Q.   So, then, in the jargon that you're used
18 to in the school system, repurposing a
19 position is just completely different than
20 actually eliminating it, correct?
21 **A.   In most cases that would be true.**
22 Q.   Okay.  And you understand the difference
23 between the two if we use repurpose versus
24 elimination?
25 **A.   Yes.**

1  Q.   Okay.  Now, and who makes the decision
2  that a position is repurposed as opposed to
3  eliminated?
4  **A.   Well, when it comes to our**
5  **organizational structure, those will be my**
6  **decisions, unless it is something that should**
7  **be approved by the board.**
8  Q.   And who told you that it was going to be
9  your decision as to whether or not a position
10 is repurposed or qualifies as repurposed as
11 opposed to eliminated?
12 **A.   Can you restate that question?**
13 Q.   Who -- how -- how did you come up with
14 this idea about repurposed position versus
15 elimination of a position?  How do you define
16 the two?
17 **A.   Well, I -- as -- first of all, as the**
18 **Director of Schools, it is my responsibility**
19 **to make sure the operations and the structures**
20 **of our school district advance the mission of**
21 **the organization, and that requires me to**
22 **constantly review roles and responsibilities**
23 **and the impact that that's having on student**
24 **outcomes.**
25 **With regards to specific moves, I always**

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 43 of 108 PageID #: 1960
E-LITE-Brentwood Reporting Services  866-344-1695  00073
165..168
www.EliteReportingServices.com

1  refer back to our co-annotated.  I also seek
2  legal -- legal advisement when necessary to
3  make sure things are being applied in the
4  appropriate manner.
5  Q.   Okay.  When you make a decision about
6  something's going to be called repurposed as
7  opposed to elimination, what's the difference?
8  What are you looking at?  What's the criteria?
9  A.   The criteria for such a decision is
10  based upon the needs of the organization.  So,
11  and one position might be eliminated because
12  there is not a need for it or it's not
13  advancing the mission of the organization.
14      A position that would be repurposed is
15  one where if there -- it might exist in some
16  state but there are needs based upon the
17  district to expand those roles and
18  responsibilities.
19  Q.   Okay.  If you've got a position, and
20  let's just do --
21  A.   Uh-huh.
22  Q.   -- a hypothetical and see if you can
23  help me with this.  A position, executive
24  director position, ten job duties with it,
25  okay.  You say we're gonna eliminate that

1  determination about whether or not the job is
2  repurposed or whether or not it actually
3  qualifies as an elimination?
4  A.   As I've communicated, we use -- we use
5  it based upon the needs of the organization,
6  so we're -- we're measuring our impact and what
7  we're able to accomplish based upon the roles
8  and responsibilities of our leaders.
9  Q.   When I say "criteria" what I'm looking
10  at is, is there a document out there that
11  says, This is what you look at when you decide
12  whether or not a position is being eliminated
13  versus whether or not a position is being
14  repurposed, and it has, like, different
15  criteria on there.  Number one, how many of
16  the job duties are switched over?  Number two,
17  is it in the same department?  Number three,
18  is it same rate of pay?  Number four, is it
19  some other similarity between the two jobs?
20  Is there any criteria out there like that?
21  A.   So, those -- those conversations happen
22  in conjunction and collaboration with those
23  supervisors.  What are the needs?  Where are
24  we?  What -- what does that looks like in
25  position title, in position pay?  Those are

1  position; it's gone?
2  A.   Uh-huh.
3  Q.   Okay.  But then you've got another job
4  that you open up over here that's got maybe
5  five of those job duties with it, when does
6  the law -- the line get drawn between saying
7  it's a repurposed position or it's an
8  elimination of a position?  What are you
9  looking at?
10  A.   I'm looking at the needs of the
11  organization and -- and where -- where
12  outcomes have been.
13  Q.   What -- what I'm looking at is something
14  a little bit different.  When you're defining
15  something and saying, Yeah, that's an
16  elimination; that position, those job duties
17  got eliminated; or no, that's a repurposing,
18  this is a repurpose of that job, it's my
19  understanding from this you're the one that
20  makes that decision?
21  A.   Uh-huh.  It is -- it is -- it is always
22  my recommendations around what shifts we need
23  to make there, unless it's something specific
24  to a -- a different department, so.
25  Q.   Do you use any criteria for making the

1  conversations that would happen along the way.
2  But all of those are continually grounded in
3  the needs of the organization.
4  Q.   My question's different, okay.  I'm
5  sorry.  It could be meaning with my English,
6  but my question is very different, okay.
7      If you have a job that's coming in to
8  you that you think you're going to eliminate
9  and it's got ten job duties to it, then you've
10  got another job that you're going to add on
11  that's got maybe three of those job duties,
12  okay, and you're sitting there and you're
13  saying, Is this an elimination or is this a
14  repurposing, is there any document that you'd
15  go to that says to make the decision between
16  is it repurposed or it is an elimination, you
17  look at X, Y, and Z?
18  A.   That is a conversation I would have with
19  my HR team --
20  Q.   Okay.
21  A.   -- on making that determination on where
22  it would land, but it's ultimately my
23  recommendation around what we're seeking to
24  accomplish.
25  Q.   Do you know if HR has any sort of a

Case 3:20-cv-01023-BJD-LLL   Document 149   Filed 07/27/22   Page 44 of 108 PageID #: 1961
E01023-BJD-LLL Reported Services.com                                                    169...172
www.EliteReportingServices.com

1  document or criteria that they use to
2  determine whether or not it's going to be an
3  elimination or whether or not it's going to be
4  a repurposing?
5  **A.   I don't know that specifically.**
6  Q.   Okay.  Did you talk to anyone in HR
7  about the elimination of the executive
8  director positions --
9  **A.   That --**
10  Q.   -- or the repurposing?
11        MR. FOX:  Objection.  Objection to
12  form.
13        **THE WITNESS:  Yes.  We --**
14  BY MS. STEINER:
15  Q.   Who?
16  **A.   Chris Barnes was my chief of HR.  Mainly**
17  **Chris Barnes.  I mean, he has some other**
18  **members on his team who also are a part of**
19  **that -- a part of those types of**
20  **conversations.**
21  Q.   Did you talk to him about whether or not
22  the -- the jobs should be titled eliminations
23  or repurposing?
24  **A.   We did, yes.**
25  Q.   And what did he say?

1  **A.   That based upon what I was communicating**
2  **and what I was recommending, that we were on**
3  **target with that they were considered**
4  **eliminated, repurposed positions and so forth.**
5  Q.   What -- what did he say with regard to
6  that?
7  **A.   Exactly what I just communicated.**
8  Q.   I think I missed the last part of that,
9  if you don't mind.
10  **A.   He -- he communicated to me based upon**
11  **what my vision --**
12  Q.   Uh-huh.
13  **A.   -- was for the new structure --**
14  Q.   Uh-huh.
15  **A.   -- that we were moving into, if those**
16  **positions fell within those categories.**
17  Q.   So, he communicated to you that these
18  are going to be repurposed positions?
19  **A.   No.**
20  Q.   Okay.
21  **A.   I communicated what my vision was and**
22  **what I was thinking around our restructure and**
23  **where -- where I saw these positions as far as**
24  **categorization was concerned, of which he**
25  **affirmed that those would be considered and**

1  **classified in that manner.**
2  Q.   And when you say "classifications", did
3  you specifically ask him, Are these positions
4  eliminated or are they repurposed?
5  **A.   Yes.**
6  Q.   Okay.  And what did he say?
7  **A.   He confirmed the -- if they were**
8  **repurposed or if they were eliminated**
9  **positions.**
10  Q.   And what did he say, though?
11  **A.   Yes, they would be considered**
12  **repurposed, or yes, they would be considered**
13  **eliminated.**
14  Q.   Okay.  And so, then, who made the
15  decision about whether or not they were
16  actually going to be eliminated or repurposed?
17  Was that you?
18  **A.   Yes, those were, again, my**
19  **recommendations.**
20  Q.   Okay.  And if you were to go back to
21  your computer today, can you find any document
22  on there that says, if you are going to
23  repurpose a position, you look at X, Y, and Z,
24  and if you're going to eliminate it, it's
25  completely eliminated?

1  **A.   No.  But we did have that collaborative**
2  **conversation and also asked for a legal**
3  **review, if that would be in accordance to the**
4  **law.**
5        MS. STEINER:  Could we have this law
6  marked the next numbered exhibit.
7        (WHEREUPON, a document was marked as
8  Exhibit No. 6.)
9  BY MS. STEINER:
10  Q.   Okay.  Now I want to show you something
11  else.  (Attorney reviews document.)
12        I'm going to pull up what we've already
13  marked an exhibit, and this is the letter that
14  you sent to Lily Leffler that -- let me try to
15  zero in on this -- that I believe you
16  testified everything in this letter is true
17  and accurate, correct?
18        MR. FOX:  We don't see a letter.
19        MS. STEINER:  You don't see it?
20        MS. HARBISON:  You may be sharing
21  the wrong screen.
22        MS. STEINER:  Okay.  Shared.  Share
23  it again.  (Attorney reviews document.)
24  BY MS. STEINER:
25  Q.   Okay.  Can you see it now?

Case 3:20-cv-01023-BJD-LLL  Document 140  Filed 07/27/22  Page 45 of 108 PageID #: 1962   173...176
Elite Brook Reporting Services, Inc.
www.EliteReportingServices.com

1 A.   Yes.
2 Q.   And let me -- let me make this bigger
3 for you real quick.
4         MR. FOX:  Yeah.
5 BY MS. STEINER:
6 Q.   Okay.  Can you read that, Dr. Battle?
7         MR. FOX:  A little bit bigger.  Can
8 you make it bigger, Ms. Steiner?
9         MS. STEINER:  (Attorney complies.)
10 BY MS. STEINER:
11 Q.   Okay.  And I believe this is the letter
12 that we've already marked an exhibit.  I
13 believe you testified that everything in this
14 letter is true and accurate, correct?
15 A.   Yes, correct.
16 Q.   And that's your signature, correct?
17 A.   Correct.
18 Q.   Okay.  And do you see where it says,
19 "Dear Lily, this letters confirms the
20 conversation on April 29th, 2020, that due to
21 a district reorganization and budget impacts,
22 your position as Executive Director of School
23 Support with Metropolitan Nashville Public
24 Schools will be eliminated."
25     Is that correct?

1 A.   That's correct.
2 Q.   And is that true, her position was
3 eliminated?
4 A.   The -- the position was eliminated, and
5 then repurposed under a new job description.
6 Q.   So, was it eliminated or wasn't it?
7 A.   Her current position was being
8 eliminated.
9 Q.   Okay.  Okay.  And did the school board
10 approve the elimination of that position?
11 A.   And I'm trying to recall the approval I
12 put before the board.  I don't recall the
13 positions, but I do know I took a number of
14 the reorganization positions to the board for
15 approval.
16 Q.   And does that have to be done in an open
17 hearing, meaning, you can't go behind closed
18 doors and get them approved, correct, or do
19 you?
20 A.   So, in this particular case while there
21 was not a requirement for -- to do so, I did
22 publicly put that before the board.
23 Q.   So, you walked in front of the board and
24 you said, I would like to eliminate the
25 executive director positions?

1 A.   It was a part of one of our board
2 agendas with the board of education.
3 Q.   Okay.  And on that, was it you who went
4 in front of the board and said, We'd like to
5 eliminate the executive director positions?
6 A.   If I remember correctly, it was a part
7 of our consent agenda.
8 Q.   What does that mean?  Does that mean you
9 didn't speak and orally state that?
10 A.   If it's on our consent agenda, those are
11 not things that we discuss again on the board
12 floor.
13 Q.   Okay.  And do you know the date you
14 would have taken that to the --
15 A.   I do not recall the date, but I'm sure
16 our -- our team would have that specific date.
17 Q.   Okay.  Could... (Attorney reviews
18 document.)
19     I'm going to share another
20 document with you.  (Attorney reviews
21 document.)
22     Can you see this?
23 A.   Yes.
24 Q.   Okay.  And this is the May 26, 2020, and
25 let me see if I can figure this out. (Attorney

1 reviews document.)
2     Okay.  Is this what you're talking
3 about?
4 A.   (Witness reviews document.)
5     That is a part of what I'm ref --
6 referencing with regards to the school board
7 approval.
8 Q.   Is there another document?
9 A.   I mean, you're scanning through the --
10 the board packet, so --
11 Q.   Uh-huh.
12 A.   -- I would need to look through it to
13 see if there's anything in addition to this
14 included.  But that looks like it represents
15 the item that was on the board agenda.
16 Q.   Okay.  And do you see where executive
17 director position is not listed?
18 A.   I see that on here, but I've also
19 explained that that was a position that we
20 were repurposing into another role.  So, it's
21 important for us to give communication to our
22 employees around what will not exist the next
23 school year, which is the communication you
24 saw to Lily Leffler, but also how those
25 positions are being repurposed.

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 46 of 108 PageID #: 1963
E01023-B Deposition Reported by Elite Services
www.EliteReportingServices.com
177..180

1  Q.   So, you told Ms. Leffler that her job
2  had been eliminated, correct?
3  A.   In that communication it stated it was
4  being eliminated.
5  Q.   Okay.  And the elimination of her
6  position was not taken to the school board,
7  correct?
8  A.   Because those positions were being
9  repurposed.
10  Q.   Okay.  Why didn't you tell Ms. Leffler
11  her position was being repurposed?
12  A.   Because it required that all of those
13  that were currently in that position to
14  re-apply for those roles.
15  Q.   Why didn't you tell Ms. Leffler that her
16  position was not being eliminated, it was just
17  being repurposed?
18  A.   Well, as you see referenced in that
19  communication, there was a conversation that
20  happened with Ms. Leffler to advise her of the
21  reorganization and those positions would be
22  ending but they would be repurposed and
23  everyone would have to re-apply.
24  Q.   So, in the letter you sent her on May
25  4th it says that the -- the executive director

1  positions are going to be repurposed and she
2  can apply?
3  A.   In that letter it references a previous
4  conversation that was had with Lily Leffler.
5  Q.   Okay.
6       MS. STEINER:  Let's have this, the
7  board stuff, marked the next-numbered exhibit.
8       (WHEREUPON, a document was marked as
9  Exhibit No. 7.)
10  BY MS. STEINER:
11  Q.   And I'm going to go back to Ms.
12  Leffler's letter and talk to you again about
13  that.  (Attorney reviews document.)
14       MR. FOX:  What's the numbered
15  exhibit?
16       THE REPORTER:  7.
17  BY MS. STEINER:
18  Q.   Okay.  (Attorney reviews document.)
19       Okay.  In this letter of May 4th you did
20  not tell her that her position is being
21  repurposed, correct?
22  A.   That's -- in this letter on May 4th it
23  references that this letter confirmed the
24  conversations that happened on April 29th,
25  2020, about her current position and the --

1  the district reorganization, and that her
2  current role would be eliminated effective
3  June 30 because of the year-to-year contracts,
4  and that she was eligible to -- to be rehired
5  in other positions that she applied for.
6  Q.   Okay.  This letter does not tell her
7  that her position's being repurposed, correct?
8  A.   This letter references the conversation
9  had on April 29th in which all of that was
10  explained and what was happening with her
11  current position that was being eliminated.
12  Q.   So, did you talk to her on April 29th?
13  A.   I -- I -- if I recall correctly, the HR,
14  Chief of HR led that conversation.
15  Q.   And would that have been Chris Barnes?
16  A.   Yes.
17  Q.   And do you know what he said to her?
18  A.   I -- there was a -- if I remember
19  correctly, there was a -- a meeting with all
20  those impacted by the reorganization.  And so,
21  he was referencing -- in this particular
22  letter we were referencing that conversation
23  that happened on April 29th.
24  Q.   Do you know what he said to her?
25  A.   I know the basis of that conversation

1  was the reorganization that was happening
2  within the organization, because I wanted to
3  make sure everybody was aware before we moved
4  forward.
5  Q.   In this letter of May 4th, 2020, would
6  you agree that it is inaccurate that her
7  position was not eliminated?
8  A.   I would not agree with that.
9  Q.   Okay.  Would you agree that it's
10  inaccurate that it was not due to the budget?
11  A.   I would not agree with that.
12  Q.   Okay.  Now I want to share another
13  document with you.  (Attorney reviews
14  document.)
15       Okay.  Do you recognize this letter?
16  A.   I do.
17  Q.   Okay.  And is this the letter that you
18  sent to James Bailey on May 4th, 2020?
19  A.   It appears to be.
20  Q.   Is this letter accurate?
21  A.   (Witness reviews document.)
22       Yes, this appears to be accurate.
23  Q.   Okay.  And so, this tells Dr. Bailey
24  that due to the District's reorganization and
25  budget impact, his appointment is going to end

Case 3:20-cv-01023-BJD-LLL  Document 149  Filed 07/27/22  Page 47 of 108  PageID #: 1964
E01023-BJD  www.EliteReportingServices.com  181..184
www.EliteReportingServices.com

1 effective June 30th, 2020?
2 A. Your -- your -- let me backtrack. His -- his
3 position was not a direct impact to the
4 reorganization. His -- his non-renewal was
5 based upon performance.
6 So, I want to be -- I want to correct
7 and backtrack what I said initially, because
8 his was a little bit different from some of
9 the others and not a direct impact to the
10 District's reorganization.
11 Q. Would you agree that this letter does
12 not tell him that the elimination of his
13 appointment or the ending of his appointment
14 is based on performance?
15 A. Say that again?
16 Q. This letter does not tell Dr. Bailey
17 that he's lost his job because of performance?
18 A. This letter does not communicate that.
19 Q. Okay. And is it true that you never
20 told Dr. Bailey he's lost his job due to
21 performance?
22 A. The communication that went to Dr.
23 Bailey came from his direct supervisor, who
24 communicated to him that he was -- his
25 contract would not be renewed as a principal

1 at Whites Creek because of performance.
2 MR. FOX: Objection to the form,
3 using the phrase "lost his job".
4 BY MS. STEINER:
5 Q. Okay. Is this letter that you sent to
6 him inaccurate?
7 A. I think this letter does not represent
8 the specific reason for his non-renewal.
9 Again, we sent out many of these letters, and
10 it looks like this one got caught up in the
11 standardization and not adjusted to reflect
12 his specific position.
13 Q. Okay. But you read these letters before
14 you put the signature on there, don't you?
15 A. Yes.
16 Q. Okay. And did you read this letter
17 before you put your signature on there?
18 A. I'm sure I did. And again, we process a
19 lot of these letters.
20 Q. Uh-huh.
21 A. And so, that looks like something that
22 was just overlooked in the processing.
23 Q. Okay.
24 MS. STEINER: Now, could we have
25 this marked the next-numbered exhibit?

1 MR. FOX: No objection.
2 (WHEREUPON, a document was marked as
3 Exhibit No. 8.)
4 BY MS. STEINER:
5 Q. Now, I want to talk to you just a little
6 bit about Dr. Bailey.
7 Back before the incident with your
8 brother, would you consider yourself to be a
9 friend of both Dr. Bailey and Pippa
10 Meriwether?
11 A. I think we maintained a friendly,
12 professional relationship.
13 Q. Okay. And do you consider them both to
14 still be your friends?
15 MR. FOX: Objection to the form.
16 THE WITNESS: I think, well, Dr.
17 Bailey is no longer an employee of MNPS, and
18 so, we don't have any direct contact.
19 And Dr. Meriwether and I have
20 maintained a professional, friendly working
21 relationship.
22 BY MS. STEINER:
23 Q. February 16th, 2018, what happened at
24 that basketball game?
25 A. Which basketball game are you referring

1 to? I don't -- I don't -- again, I'm not
2 looking at a calendar. February 16th was?
3 Q. The date of -- four years ago today was
4 the date of the basketball game --
5 A. Okay.
6 Q. -- that your brother got in a fight at.
7 A. Uh-huh. Uh-huh.
8 Q. What happened at that game?
9 A. I don't know the intimate details of
10 what occurred. While I was in the facility, I
11 was not in that portion -- I was not in the
12 gym area when the incident occurred, but it is
13 -- it is my understanding that he had a
14 altercation with a parent after the game.
15 Q. Did anyone get hit?
16 A. Based upon what I recall, yes.
17 Q. Who?
18 A. Based upon my knowledge, both the parent
19 and my brother.
20 Q. Do you recall seeing anywhere that your
21 brother and I believe maybe some of the
22 assistant coaches held the parent down as your
23 brother hit him?
24 A. No, I don't recall that detail. Again,
25 I wasn't in the gym when this incident

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 48 of 108 PageID #: 1965
ELITE-Brentwood Reporting Services 615-595-0073
www.EliteReportingServices.com
185..188

1  happened.
2  Q.    Was it an important game being played
3  that night?
4  A.    I believe it was a tournament game.
5  Q.    Okay.  And Whites Creek lost, didn't
6  they?
7  A.    I believe they did.
8  Q.    Okay.  And did you know whether or not
9  your brother went back in the locker room and
10  kicked a player off the team?
11  A.    I don't know the -- the details of what
12  happened in the locker room.  I was not there.
13  Q.    Okay.  Did you contact anyone about this
14  fight?
15  A.    So, that evening as I was leaving, I was
16  actually not at work.  I was out on FMLA
17  'cause I had just had a baby.  I was leaving
18  the game with my newborn, and James Bailey
19  called me when I was walking out of the door.
20        He then communicated to me that there
21  was an altercation that involved my brother,
22  and I questioned him, What are you talking
23  about, I just left the gym.  So, I didn't see
24  anything, but I'll go back and see if I can
25  see what's happening.

1        So, I went back into the gym.  I really
2  didn't see anything other than a few folks
3  telling me that he was -- there was some
4  incident that happened, but I didn't see the
5  incident itself.  I went in; I came out.  I
6  wasn't able to gather any information.  And I
7  left after, again, Dr. Bailey informed me of
8  what happened.
9        The -- the -- that night I -- that night
10  or the next morning I did talk to Dr. Bailey
11  again, of which he was -- he kind of
12  communicated to me what he heard.  He kind of
13  asked, like, what do I do next?  What are the
14  next steps?
15        And I was like, Well, you're right,
16  because while I work with high schools, I'm
17  not your direct supervisor.  So, since you've
18  communicated it to me and I'm out right now,
19  I'm officially not working because I'm out on
20  FMLA, I will contact Pippa and let her know,
21  because she's your direct supervisor.
22        So, I believe I have might have texted
23  Pippa the next morning and said, Hey, call me
24  when you get a chance.  It was the same day as
25  our teacher fair, so I know she was tied up in

1  that.  Call me when you get a chance, I want
2  to update you on an incident that happened
3  last night.  And she called me, and I -- I
4  shared all the information with her.
5  Q.    Did you tell Pippa Meriwether that the
6  parent had no right to walk up to your brother
7  and that's what he gets because your brother
8  had a right to defend himself?
9  A.    No.  Our communication was the details
10  of the incident.  I explained to her exactly
11  what I've just shared, that I was walking out.
12  I heard this is what happened.  This is what
13  Dr. Bailey has told me.  This is what I know
14  so far, and I'm turning it over to you because
15  you're the direct supervisor of the school and
16  not myself, and I'm out right now, so I can't
17  -- I can't help in any way.
18  Q.    Did Sito Narcisse contact you at all and
19  tell you to stay out of the matter?
20  A.    No.
21  Q.    Okay.  Did anybody contact you and tell
22  you to stay out of this matter?
23  A.    No.
24  Q.    Did you contact Pippa Meriwether to tell
25  her that you were very upset with her for

1  contacting Dr. Narcisse about you, and that
2  Narcisse had strongly told you to stay out of
3  the matter?
4  A.    No.
5  Q.    Did you have any conversations with
6  Sito Narcisse?
7  A.    So, Pippa, that Saturday texted me and
8  said, Hey, Sito is going to call you because
9  people are talking about the incident at the
10  teacher fair.  And so, Sito called me to just
11  ask me, like, what did I know about this
12  situation.
13        And I told him exactly what I've
14  communicated to you.
15  Q.    Did you at any point tell Dr. Cathey
16  that your brother had a right to protect
17  himself and no one's going to punk your
18  brother?
19  A.    No, I don't recall such a conversation.
20  Q.    Do you think that would have been an
21  appropriate statement to make?
22  A.    To?
23  Q.    Dr. Cathey.
24  A.    No, I did everything that I could not to
25  have a conversation with anyone about this

1  particular situation.
2  Q.   Did you know Dr. Bailey was scared for
3  his job and his safety because of the incident
4  with your brother?  Did you know he was getting
5  threats?
6  A.   No.  I was unaware of him getting
7  threats.
8  Q.   Okay.  Did you know, receive any phone
9  calls from HR about retaliation going on
10 against Dr. Bailey because of the incident
11 with your brother?
12 A.   No.
13 Q.   What was the discipline that was taken
14 against your brother; do you know?
15 A.   I don't know all the details.  There --
16 there might have been a suspension and a
17 non-renewal, maybe.
18 Q.   And so, was the non-renewal based on
19 performance?
20 A.   I'm not -- I don't -- I don't know the
21 intimate details of the basis for the
22 decision.
23 Q.   Okay.  Did you know that there was an
24 allegation that your brother had mishandled
25 funds?

1  A.   I did hear there was an allegation.
2  Q.   What do you know about that?
3  A.   I don't know any other details for that.
4  Q.   Did you talk to your brother about the
5  fight?
6  A.   We talked a little bit about the fight.
7  Q.   And what did he tell you?
8  A.   He recounted to me what happened.  I
9  think it was after the game, a parent came
10 into the locker room, and I guess there was an
11 argument and there was physical contact.
12 Q.   Okay.  Now, with regard to the
13 discipline taken after -- against your
14 brother, was James Bailey, Dr. Bailey, the
15 person with the final authority?
16 A.   No.  I mean --
17 Q.   Who --
18 A.   -- ultimately the Director of Schools
19 makes that final determination.
20 Q.   Okay.  And who would have been the
21 Director of Schools?  Shawn Joseph?
22 A.   At the time it was Dr. Shawn Joseph.
23 Q.   Okay.  And do you know whether or not,
24 though, that Dr. Bailey had input into the
25 decision with regard to not renewing your

1  brother?
2  A.   Yeah, I'm not -- again, I was out on
3  FMLA --
4  Q.   Uh-huh.
5  A.   -- so I had no direct contact with
6  anyone and was not a part of the process.
7      What I do know about the process is
8  that depending on the nature of the incident
9  --
10 Q.   Uh-huh.
11 A.   -- there's an investigation that
12 happens.  Usually involves Employee Relations.
13 They work with the principal.  There is
14 generally a recommendation that comes from the
15 principal that goes to HR --
16 Q.   Uh-huh.
17 A.   -- who either confirms or adjusts, and
18 then that recommendation goes to the Director
19 of Schools, and the Director of Schools
20 ultimate -- ultimately reviews all the facts
21 and the information and makes a final
22 determination.
23 Q.   Okay.  Did you know there was an
24 administrative hearing on this?
25 A.   Yes.

1  Q.   Okay.  And did you know Dr. Bailey
2  represented Metro Schools, not Shawn Joseph?
3  A.   No, I don't know those -- all those
4  details.
5  Q.   Okay.  Do you think the discipline given
6  your brother was fair?
7  A.   Well, listen, I -- I -- I don't have all
8  the fact and the details.  I'm not sure of all
9  the information that Dr. Joseph reviewed.  And
10 being a Director that came after him, it's not
11 my responsibility to go back and review his
12 level of disciplinary action with any
13 particular incident.  And there's one director
14 at a time, and so I respect his process and
15 the process of the District for reviewing that
16 information and making an informed decision.
17 Q.   I'm asking you as his sister, did
18 you think the punishment given was fair?
19 A.   As a sister, I'll tell you that, like
20 any family member, I care about my brother.  I
21 care about his well-being.  I -- I care about
22 him.  So, of course I want the best for him,
23 and I want him to be able to continue to
24 impact the lives of kids like he's doing now,
25 but I have no authority to go back and review

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 50 of 108 PageID #: 1967
E-L-I-T-E   Reporting   Services
www.EliteReportingServices.com
193..196

1  Dr. Joseph's decisions and the evidence before
2  him. I don't have that information to make a
3  determination on if it was the right
4  disciplinary action or not.
5  Q.  Okay. Now, did you know Dr. Bailey was
6  Principal of the Year February 2020?
7  A.  For? Can you be more specific, because
8  we had --
9  Q.  Tennessee Association of Secondary
10  School Principals --
11  A.  For athletics?
12  Q.  -- named him -- named him Principal of
13  the Year.
14  A.  Can you give me the acronym again?
15  Q.  I guess it's TASSP.
16  A.  Okay. The -- so, that's an external
17  organization --
18  Q.  Uh-huh.
19  A.  -- who does a named principals and advise
20  -- supervisors of the year.
21  Q.  Did you know he was named Principal of
22  the Year at the time?
23  A.  I'm sure at the time -- I'm sure I was
24  aware at that point in time that he was named.
25  Q.  But did you --

1  A.  But again, that -- but again, that was
2  from an external organization.
3  Q.  And did you know... (Attorney reviews
4  document.)
5  Did -- did you know that Metro Schools
6  published on its website that he had been
7  given this award, and Metro Schools praised
8  him for Whites Creeks' tremendous academic
9  gains for working to improve the school's
10  culture and climate and for promoting a
11  positive work environment for faculty and
12  staff?
13  A.  I'm unaware of those communications.
14  Q.  Did you know in May of 2018, Dr. Bailey
15  won the Governor's Environmental Stewardship
16  Award?
17  A.  I don't recall that specifically, no.
18  Q.  Did you know in February of 2020 Renita
19  Perry and Sharon Griffith came to Whites Creek
20  and told plaintiff and his leadership team
21  that they were doing a great job and to keep
22  on doing what they were doing?
23  A.  Listen, as a -- a part of our coaching
24  model is we will give both commendations and
25  recommendations for our leaders. So, it

1  doesn't surprise me that there was a balanced
2  approach in our ability to provide feedback to
3  our employees.
4  And again, some of the organizations you
5  mentioned and referenced are external
6  organizations that might use different
7  criteria by which they name those individuals
8  for an award.
9  Q.  Did you know -- let's go back again,
10  okay. Did you know that Renita Perry and Dr.
11  Sharon Griffin came to Whites Creek and told
12  Dr. -- Dr. Bailey and his leadership team that
13  they were doing a great job and to keep on
14  doing what they're doing?
15  A.  No, I'm unaware. I was not there for
16  that visit, so I'm unaware of any specific
17  communications in that regard.
18  But, again, it doesn't surprise me that
19  they would provide both positive and -- and
20  critical feedback to move a school forward
21  during any visit.
22  Q.  Well, can you tell me why they gave only
23  positive at that point?
24  MR. FOX:  Objection to the form.
25  THE WITNESS:  Yeah, I was not there,

1  and I don't know that that's the only feedback
2  that they provided to the principal while he
3  was there. In fact, I'm -- I'm just hearing
4  what you're saying was communicated, and I
5  don't know that to be factual either.
6  BY MS. STEINER:
7  Q.  Sure.
8  Now, can you tell me the -- the dates
9  that negative feedback was given to Dr.
10  Bailey?
11  A.  I would have to rely on his -- on his
12  direct supervisors, who's responsible for the
13  feedback and evaluation process. Again, that
14  was not my direct responsibility.
15  Q.  Okay. Did you ever tell either Renita
16  Perry or Sharon Griffith that they needed to
17  sit down and counsel with Dr. Bailey about
18  certain areas?
19  A.  So, our process for, particularly with
20  my chiefs, is that we meet frequently and they
21  provide me updates and data points. We review
22  those to kind of monitor, progress monitor the
23  status of every school. And so, my feedback
24  would always be around, you know, where
25  schools are and -- and if they need a support

1  around any critical moves to help schools be
2  moved forward, and that could include feedback
3  directly to the principals.
4  Q.   Okay.  Did you keep any notes from any
5  of these meetings that I -- that you can get
6  to me that will say, Hey, I want you to talk
7  to Dr. Bailey about X, Y, and Z?
8  A.   I would have to -- I would have to
9  reference that if it was anything, but I'm
10  sure you have the documents that was pulled.
11  Q.   We don't have anything like that.
12      So, can you recall making any notes?
13  A.   I recall, so when we have our one-on-one
14  meetings, I require my chiefs to take any
15  notes and any follow-up actions, it's their
16  responsibility.  They build the agenda.
17  There's always time and space for director
18  items on there.  So, it would have been the
19  responsibility of the chief to capture any
20  notes, if there are any.
21  Q.   And who was the chief?
22  A.   Sharon Griffin.
23  Q.   Okay.  So, then, we can get Sharon
24  Griffin's notes for the Spring of 2020 and
25  that will show any discussions between you and

1  her about Dr. Bailey?
2  A.   If there are any.
3  Q.   Okay.
4  A.   She would be the one that would have
5  those.
6  Q.   And do you recall any discussions in the
7  Spring of 2020 with Dr. Griffin about James
8  Bailey?
9  A.   I recall conversations in the Spring of
10  2020, and I recall conversations prior to
11  Spring of 2020 around concerns of student
12  outcomes and leadership performance.
13  Q.   Related to Dr. Bailey?
14  A.   Correct.
15  Q.   Okay.  What about related to any other
16  principal?
17  A.   Yes, we talked about and surfaced all of
18  our school concerns.  In fact, even with the
19  community superintendents, those were
20  conversations that we had.
21  Q.   Okay.  Now, with regard to priority
22  schools, is that a heading that has just
23  gotten started, meaning, it wasn't in
24  existence in the year 2010, 2011, 2012?
25  A.   It's been in existence for a while.  I

1  can't put a date to how long ago --
2  Q.   Uh-huh.
3  A.   -- but it's been a -- a term that we've
4  used educationally, priority schools, low
5  performance schools, schools of innovation --
6  Q.   Uh-huh.
7  A.   -- for many years.
8  Q.   Okay.  And there have been some Metro
9  Schools that have been priority schools from
10  2015 on, through today, correct?
11  A.   There -- there may be some, but there's
12  also been some interruption in assessments
13  that have prolonged some of that.  But yes,
14  there -- there probably are a few schools that
15  that would be the case.
16  Q.   Okay.  (Attorney reviews document.)
17      Let me show you this real quick.  Let me
18  ask you a question about priority schools.
19  Priority schools can really, even though some
20  schools have, in high schools have middle
21  schools feeding into them where the kids are
22  not capable or -- or let me try to put this
23  right.
24      Some of the high schools have students
25  that are being fed into them that do not have

1  the social-economical advantages of other kids
2  in Metro Schools, correct?
3  A.   Can you -- can you restate that
4  question?
5      MR. FOX:  Objection to the form.
6  BY MS. STEINER:
7  Q.   Some of the schools come from poor areas
8  where the kids are not receiving the help or
9  not --
10      For instance, Hillsboro, how does
11  Hillsboro High School typically do?  Pretty
12  good?
13      MR. FOX:  Objection to the form.
14  BY MS. STEINER:
15  Q.   In terms of grades?
16  A.   So it -- it depends on the specific
17  measure you're -- you're referencing.  I mean,
18  we've --
19  Q.   Okay.
20  A.   That would depend.
21  Q.   Is whether or not a school a priority
22  school, is that at -- at par, it's not the
23  principal's fault?  It's more the fault of --
24  it's more a problem with the kids that they're
25  dealing with?

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 52 of 108 PageID #: 1969
E01023-B Deposition Reporting Service, Inc.
www.EliteReportingServices.com
201..204

1    MR. FOX:  Objection to the form.
2    **THE WITNESS:  We serve a very**
3    **diverse population of students in Metro**
4    **Nashville Public Schools.**
5    BY MS. STEINER:
6    Q.   Uh-huh.
7    **A.   It is our responsibility as educators**
8    **and support staff to grow students and to have**
9    **them on a path of success towards achievement.**
10   **So, regardless of how our students come to us,**
11   **we have an obligation to educate them and**
12   **equip them with the right skills, knowledge,**
13   **and character to be successful.**
14   Q.   Is it -- is it true, though, that
15   sometimes that job's a little bit more
16   difficult to perform based on the kids who are
17   entering the school and their past
18   experiences, their past education?
19   **A.   I think there is variation in where**
20   **students -- within a school and across**
21   **schools, where students may come to you**
22   **performing, but it -- we all still have an**
23   **obligation to make sure students are making**
24   **adequate -- adequate yearly progress.  So,**
25   **that measure doesn't change based upon the**

1    **population of schools that you're serving.**
2    Q.   Okay.  Would you agree, though, that
3    it's -- it's harder to be successful with a
4    child if they don't have the background,
5    fundamental skills that other kids have
6    entering high school?
7    **A.   Can you restate that question?  I want**
8    **to make sure I captured what you said**
9    **initially.**
10   Q.   Is it not true that it is more difficult
11   to educate a child if they don't have the
12   fundamentals in place when they enter high
13   school?
14   **A.   So, again, as a previous high school**
15   **principal who worked in a low-performing**
16   **school and was able to advance the growth and**
17   **achievement of our students, it -- it -- while**
18   **it might require additional -- additional**
19   **interventions and supports, it is possible to**
20   **grow every student.**
21   Q.   But it's more difficult if the child
22   does not have a good foundation, correct?
23   **A.   I think it might require additional**
24   **supports and interventions.**
25   Q.   Okay.  Let's -- can you see the screen?

1    **A.   Yes.**
2    Q.   Are these the list of the -- appear to
3    be a list of priority schools at Metro
4    Nashville?
5    **A.   You scroll really fast.**
6    Q.   Sorry.
7    **A.   (Witness reviews document.)**
8    **It looks -- it appears to be fairly**
9    **accurate.**
10   Q.   Okay.
11   **A.   And what was it -- were you referencing**
12   2019 or were you referencing 2021?  (Witness
13   reviews document.)
14   Q.   Is it a fair statement that you had
15   about 24 priority schools at Metro Nashville
16   from 2019 to 2021?
17   **A.   Again, I would need to actually count to**
18   **see what that number is.**
19   Q.   Yeah.  That's -- that's -- let's look at
20   this, let's see.  You want to count the first
21   page and then we'll go to the second one?
22   A.   You can keep scrolling.  (Witness reviews
23   document.)
24       You can keep scrolling.
25       There appears to be approximately 20 --

1    24 for 2019.
2        MS. STEINER:  Okay.  Can we have
3    this marked the next-numbered exhibit?
4        MR. FOX:  Yeah, no objection.
5        (WHEREUPON, a document was marked as
6    Exhibit No. 9.)
7    BY MS. STEINER:
8    Q.   Okay.  (Attorney reviews document.)
9        Now I want to show you something else.
10   (Attorney reviews document.)
11       This is a document that was provided by
12   Metro Legal or for the defendant in this case,
13   and it's a list of the priority schools and
14   the principals at them, and I want to go
15   through this with you.
16       It looks -- looks like it's got a list
17   of all the schools, and do you see where it
18   looks like some of the schools have been
19   priority from 2014?
20   **A.   I'm not able to see the year at the top**
21   **of the spreadsheet.**
22   Q.   Do you see where it says Inglewood?
23   **A.   I do.**
24   Q.   If you go across where it says
25   "priority" from 2014?

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 53 of 108 PageID #: 1970
Elite-Brentwood Reporting Services  615.595.0073  205..208
www.EliteReportingServices.com

1  A.   Yeah, I'll rely on the documents that
2  the team provided to you.
3  Q.   Does that seem about right to you, it's
4  been a priority since 2014?
5  A.   Yes.
6  Q.   Okay.  Now, I want to ask you --
7  A.   Uh-huh.
8  Q.   -- some questions about some of these
9  things.  First school listed is Alex Green.
10  Is that a priority school?
11  A.   Yes.
12  Q.   Okay.  And it's had the same principal
13  for the past, one, two, three, four, five,
14  six, seven years, correct?
15  A.   That's correct.
16  Q.   Okay.  Did you consider removing Robyn
17  Beard for performance?
18  A.   We considered -- we looked at -- we did
19  look at how long the principal had been there
20  and what our data was currently telling us, if
21  there had been any improvements or not with
22  regards to student performance.
23  Q.   And what did it show for Ms. Beard?
24  A.   That she had been here this number of
25  years, but they were showing -- if I remember

1  correctly, that they were showing some -- some
2  improvements, both in the data and
3  qualitatively based upon the supervisor's
4  school visits.
5  Q.   Let me ask you a question.
6  A.   Uh-huh.
7  Q.   For 2019, there wasn't any data for that
8  year, 2019 to 2020, correct --
9  A.   Uh-huh.
10  Q.   -- because there wasn't any testing?
11  A.   I believe, let's see, 2019 would be
12  accurate.  Let's see -- hold on.  That was a
13  testing issue.  2020 would -- would be the
14  case as well.
15       But you're referencing specifically TN
16  Ready through the State Department?
17  Q.   Uh-huh.
18  A.   We also have internal assessment
19  measures that we use even when the State makes
20  adjustments to their testing process.
21  Q.   Okay.  Let's -- let's look at these
22  other ones.  Why is Cecilia Conley no longer a
23  principal?  Did she get moved up to an
24  executive director position?
25  A.   Celia Conley is currently an executive

1  director.
2  Q.   And she was in a priority school, too,
3  principal, from 2015 to 2019, correct?
4  A.   Those dates sound accurate.
5  Q.   And she actually got promoted
6  from being the principal of a priority school
7  to being an executive director, correct?
8  A.   Yes, that seems to be correct.
9  Q.   Okay.  Now, what happened to Ronald
10  Wooding at Caldwell?  Do you know why he left
11  there?
12  A.   I don't recall.
13  Q.   Was he fired for poor performance?
14  A.   I -- I don't believe so.
15  Q.   Uh-huh.
16  A.   I believe because he's -- I don't know
17  exactly.  I wasn't his direct supervisor and
18  was not in that specific elementary space, but
19  I do recall him working in a different
20  capacity in the District.  So, I'm not sure
21  exactly the reason, but he was apparently
22  eligible for rehire within the school
23  district.
24  Q.   Okay.  Let's look at Cumberland High
25  School?

1  A.   Uh-huh.
2  Q.   Looks like an elementary school?
3  A.   Uh-huh.
4  Q.   Were any of these principals there fired
5  for poor performance?
6  A.   (Witness reviews document.)
7       As you can see, there was some natural
8  kind of turnover --
9  Q.   Uh-huh.
10  A.   -- with the principals here, likely not
11  resulting in the need for a leadership change.
12  Q.   Meaning, that none of these principals
13  were fired for poor performance, correct?
14  A.   Not to my knowledge.
15  Q.   Okay.  Haynes Middle School, were any of
16  these principals fired for poor performance?
17  A.   (Witness reviews document.)
18       So, um... (Witness reviews document.)
19       I'm not -- I don't recall any specifics
20  due to performance.
21  Q.   Okay.  Inglewood High -- Elementary
22  School, do you recall any of these principals
23  being fired for poor performance?
24  A.   (Witness reviews document.)
25       If I recall correctly, Jessica Harden

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 54 of 108  PageID #: 1971   209..212
E01023-B Deposition Reported of Terrace Brenda (6) 15.995-0073
www.EliteReportingServices.com

1   was non-renewed at the end of the year due to
2   performance.
3   Q.   Does this form not say she resigned?
4   A.   (Witness reviews document.)
5   Q.   Do you see under her name --
6   A.   Uh-huh.
7   Q.   -- resigned on August 13th --
8   A.   Yeah --
9   Q.   -- 2020?
10  A.   -- and I know there was some performance
11  issues.
12  Q.   Uh-huh.
13  A.   So, based upon the timing, it -- you
14  know, she could have resigned before then, but
15  I know that -- I know that there was some
16  performance issues.
17  Q.   Okay.
18  A.   She resigned, she actually did resign
19  from -- I don't believe she resigned from the
20  principalship.
21  Q.   Uh-huh.
22  A.   I think she ended up resigning from a
23  teaching position, if I remember correctly.
24  But again, I would have to rely on our HR team
25  for that information.

1   Q.   Okay.  For this school here?
2   A.   Uh-huh.
3   Q.   And this is Jere Baxter Middle School?
4   A.   Uh-huh.
5   Q.   Were any of these principals here fired
6   for poor performance?
7   A.   And again, not using the term "fired".
8   We did have one of the principals who was --
9   contract was not renewed at the end of the, I
10  guess it was the 2018 school year.
11  Q.   And who was that?
12  A.   Traci Sloss.
13  Q.   Okay.
14       MR. FOX:  Objection to the form,
15  using of the word "fired".
16  BY MS. STEINER:
17  Q.   Okay.  Kirkpatrick, were either of these
18  two let go for poor performance?
19  A.   Yeah, I don't recall in 2015.  I was a
20  principal myself, so I don't recall --
21  Q.   Okay.
22  A.   -- all of those intimate conversations.
23  Q.   Okay.  And now, Madison Middle School,
24  that's a priority school too, correct?
25  A.   That's correct.

1   Q.   Were any of these principals non-renewed
2   for performance?
3   A.   Yes, I believe Kelli Lorton was.
4   Q.   Okay.  Can you see where it says she had
5   left in 2016, not employed, resigned?
6   A.   Yeah, she might have resigned, but her
7   contract was being non-renewed for the next
8   year.
9   Q.   But she could have beat you to resign
10  before?
11  A.   She could have.
12  Q.   Okay.  Uh-huh.  Okay.  Maplewood High
13  School, any of these -- these individuals let
14  go for poor performance?
15  A.   Yes.  My understanding is that Keely
16  Jones was non-renewed for another year due to
17  performance.
18  Q.   Okay.  McMurray Middle School, any of
19  these, it's the same principal all years,
20  correct?
21  A.   Uh-huh.
22  Q.   So --
23  A.   Yes, according to the spreadsheet.
24  Q.   -- So, even though it's been a priority
25  school since 2015, the same principal stayed

1   there, correct?
2   A.   According to the sheet.  That is -- with
3   regards to principal leadership, that would be
4   correct.
5   Q.   Okay.  2015, McKissack Middle School?
6   A.   Uh-huh.
7   Q.   Darren Kennedy, is that your husband?
8   A.   That is.
9   Q.   Okay.  And, then, since he's been there,
10  none of these principals have been let go for
11  poor performance, correct?
12  A.   Not to my knowledge.
13  Q.   Okay.  Napier, it's the same principal,
14  so no one's been let go for poor performance,
15  correct?
16  A.   That's correct.  I mean, Napier, now
17  you're just -- you're referencing them just
18  due to leader -- principal leadership.  But, I
19  mean, I could have done this with a few other
20  schools, but Napier, for instance, has come
21  off the priority school list.
22  Q.   Okay.  Neely's Bend, no principal let go
23  there for performance, correct?
24  A.   Not to my knowledge.
25  Q.   Pearl Cohn, no one let go there for

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 55 of 108 PageID #: 1972
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
213...216

1 performance, correct?
2 A.   Not to my knowledge.
3 Q.   Robert Churchwell, no one let go there
4 for poor performance?
5 A.   Not to my knowledge.
6 Q.   Rosebank, no one let go for poor
7 performance, correct?
8 A.   Not to my knowledge.  Again, that's
9 another school that's exited priority school
10 status.
11 Q.   Uh-huh.
12     Tom Joy, no one let go there for poor
13 performance?
14 A.   Not to my knowledge.
15 Q.   Okay.  Same thing for J.P. Whitsitt,
16 correct?
17 A.   J.P. -- Justin Uppinghouse, and that's a
18 -- another school that has exited priority
19 school status.
20 Q.   Warner, no principal let go there for
21 poor performance, correct?  Excuse me, I'm
22 sorry.
23 A.   I think Denise, she might have ended up
24 --
25 Q.   Uh-huh.

1 A.   -- resigning and leaving on her own, but
2 I do know that there was some performance
3 issues as well.
4 Q.   Whites Creek, that's Dr. Bailey,
5 correct?
6 A.   Uh-huh.  Uh-huh.
7 Q.   Who made the decision to hire Brian
8 Mells to replace him?
9 A.   So, ultimately it is my decision, but
10 Brian Mells went through the same phased
11 interview process as all of our other principal
12 candidates.
13 Q.   And Wright Middle School, this is the
14 last one?
15 A.   Uh-huh.
16 Q.   No one let go there for poor
17 performance, correct?
18 A.   Not to my knowledge.
19 Q.   And the only principal you have ever
20 fired for poor performance is Dr. Bailey,
21 correct?
22     MR. FOX:  Objection to the form.
23     THE WITNESS:  Correct.  So, he was
24 not fired.
25 ///

1 BY MS. STEINER:
2 Q.   Non-renewed?
3 A.   He was non-renewed in his current role.
4 But there were also four or five other
5 principals whose schools were consolidated and
6 their contracts were non-renewed and their
7 principal positions.  And that's if we're only
8 talking about principalships.  There have been
9 other decisions made.
10     MS. STEINER:  Can we have that
11 marked the next numbered exhibit?
12     (WHEREUPON, a document was marked as
13 Exhibit No. 10.)
14 BY MS. STEINER:
15 Q.   Okay.  Now, the testing that's done at
16 the State level, what is that called, the
17 T something?
18 A.   TN Ready.
19 Q.   TN Ready?
20 A.   Uh-huh.
21 Q.   Okay.  You do not have any of the results
22 from TN Ready for 2020 because they weren't
23 taken that year, correct?
24 A.   I believe that year's accurate.
25 Q.   Okay.  So, whether or not Whites Creek

1 stayed on priority or came off priority, you
2 don't really know because you don't have the
3 testing?
4 A.   We don't have the standardized testing
5 from the State.
6 Q.   Uh-huh.
7 A.   But as I've previously communicated --
8 Q.   Uh-huh.
9 A.   -- we do administer informative
10 assessments within the District that give us
11 an indication of where students are performing
12 and where they're growing and where they're
13 not.
14 Q.   Who came up with the idea to fire -- or
15 to non-renew Dr. Bailey first, was it you or
16 Sharon Griffith?
17 A.   It was an ongoing conversation around
18 where we were and what was needed for the
19 school to move forward.
20 Q.   Okay.
21 A.   So, that was a collaborative
22 conversation around what might be the needs of
23 Whites Creek High School.  But again, we -- we
24 -- we had those conversations about schools --
25 Q.   Okay.

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 56 of 108 PageID #: 1973
Elite-Brentwood Reporting Services  (615) 595-0073    217..220
www.EliteReportingServices.com

1   A.   -- frequently throughout the year.
2   Q.   Okay.  Now, let me ask you this...
3   (Attorney reviews document.)
4       In discovery responses, I just want to
5   ask you if you're familiar with this, Metro
6   said that the ones who lost their jobs or had
7   their jobs eliminated were -- let me find this.
8   (Attorney reviews document.)
9       Damon Cathey, Michelle Springer, Schunn
10  Turner, Karen Desouza, Sonia Stewart, Dennis
11  Queen, Phyllis Dyer, and Jenai Hayes.  Okay.
12      Is that the individuals that you know of
13  who had their jobs eliminated?
14  **A.   Having their jobs eliminated --**
15  Q.   Uh-huh.
16  **A.   -- and/or repurposed.**
17      **Can you go through those names again?**
18  Q.   Okay.  Damon Cathey, Ms. Springer,
19  Schunn Turner, Karen Desouza, Sonia Stewart,
20  Dennis Queen, Phyllis Dyer, Jenai Hayes, have
21  to be Meriwether's in there too.
22  **A.   Yes.  That -- that sounds fairly**
23  **accurate.**
24  Q.   Okay.  And, then, Lily Leffler actually
25  lost her job, too, correct, or her --

1   **A.   Her job was eliminated and repurposed.**
2   Q.   Okay.  And do you know of these people,
3   Ms. Springer, she was promoted, correct?
4   **A.   Michelle Springer was a community --**
5   **associate superintendent.  She -- her position**
6   **was eliminated.  She was eligible, like the**
7   **other employees, to re-apply for the executive**
8   **director role or any other Central Office or**
9   **MNPS role that they sought fit, so.**
10  Q.   She ended up in a better position,
11  correct?  She -- better pay?
12  **A.   And I don't know either position better,**
13  **but the position --**
14  Q.   Uh-huh.
15  **A.   -- she's currently in does pay at a**
16  **higher rate.**
17  Q.   Okay.  And Dennis Queen, did he retire?
18  **A.   I don't know his official designation.**
19  **He's not -- he's not currently an employee of**
20  **MNPS.**
21  Q.   Okay.  Phyllis Dyer, did she retire?
22  **A.   I don't know her official coding on if**
23  **she retired or resigned.  I would have to rely**
24  **on HR for that information.**
25  Q.   Okay.  Now, the ones who lost their

1   jobs, let's leave out the ones who I think
2   have retired, we've got Damon Cathey,
3   Springer, Turner, Desouza, Sonia Stewart,
4   Jenai Hayes, Lily Leffler.
5       And I think that's about it.  Does that
6   sound about right?
7   **A.   That sounds about right.**
8   Q.   Okay.
9   **A.   I'm not looking at it, so.**
10  Q.   And of those people, one was promoted.
11  Of the seven that did not fair so -- as well
12  as Ms. Springer, the ones who were either
13  demoted or lost their jobs, of those seven did
14  you know that six had engaged in some sort of
15  protected activity?
16      MR. FOX:  Objection to the form.
17      **THE WITNESS:  Let me go back first,**
18  **because you led in with Dr. Springer being in**
19  **a higher paying position, and it's important**
20  **to note that everyone was eligible to apply**
21  **for any of those positions.**
22      **To my knowledge, Schunn Turner**
23  **originally applied for a position and**
24  **rescinded her application.  And if I'm not**
25  **mistaken, James Bailey also applied for a**

1   **higher position and a like position, but**
2   **eventually resigned.**
3       **So, I just, for the record, want to**
4   **make sure that's clear, that no one was**
5   **prohibited from applying for any of those**
6   **roles, whether they be at the same level,**
7   **higher level, or a different level in the**
8   **organization.**
9   BY MS. STEINER:
10  Q.   Dr. Battle, I hate to ask you this, but
11  this has been very long today.  I'd ask you
12  really to answer my question and don't -- I
13  don't need speeches about some other thing.  I
14  want, really just want my questions answered.
15      Of these seven people --
16      MR. FOX:  Objection to the form.
17  BY MS. STEINER:
18  Q.   -- if you took Cathey, Springer, Turner,
19  Desouza, Stewart, Queen, Dyer, Hayes, Leffler,
20  Meriwether, it's ten people, correct?
21  **A.   If you're counting, yes.**
22  Q.   Okay.  Ms. Springer ended up with a job
23  that pays more, okay.  We think Dennis Queen
24  and Phyllis Dyer both retired, okay.
25      Do you know out of the seven left

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 57 of 108 PageID #: 1974
E01023-B Document Reporting Services ... 221..224
www.EliteReportingServices.com

1 remaining that five had engaged in protected
2 activity?
3       MR. FOX: Objection to the form.
4 BY MS. STEINER:
5 Q.   Did you know that?
6 **A.   So, Sonia Stewart also resigned.**
7 Q.   Uh-huh. Did you know Sonia Stewart
8 complained that Dr. Carrasco sexually harassed
9 her?
10 **A.   I have -- I -- I later found that out,**
11 **yes.**
12 Q.   Okay. So, you knew that in the Spring
13 of 2020, correct?
14 **A.   No, I did not know that in the Spring of**
15 **2020.**
16 Q.   When did you find that out?
17 **A.   As the case kind of rolled around to me**
18 **as the Director of Schools --**
19 Q.   Uh-huh.
20 **A.   -- then I became more aware of those**
21 **intimate details of that particular area.**
22 Q.   Uh-huh. Do you realize, are you
23 familiar with the -- the math concepts of
24 statistics? You've probably taken a course in
25 statistics, haven't you?

1 **A.   I'm sure I have.**
2 Q.   Okay. And do you know that it's really
3 just not statistically possible of all the
4 workers you have in Central Office to lose
5 their jobs, to have the protected activity not
6 be a reason when the ones affected, five, it's
7 a bit like 60 percent, 70 percent had engaged
8 in some sort of protected activity?
9       MR. FOX: Objection to the form.
10 BY MS. STEINER:
11 Q.   Did you know that that's statistically
12 impossible?
13       MR. FOX: Objection to the form.
14 **THE WITNESS: And again, I think**
15 **you're referencing things out of context.**
16 **First and foremost, I do not make decisions**
17 **based upon those particular scenarios. I**
18 **understand the law and work closely with our**
19 **legal team, with our legal advisement, and**
20 **then our HR department.**
21 **What's most important is that as a**
22 **Director of Schools, I have to make sometimes**
23 **tough decisions, particularly in a budget**
24 **crisis, to create a structure that benefits**
25 **our kids and support our employees. And that**

1 is my primary responsibility, to make sure
2 we're advancing the mission of the
3 organization.
4 BY MS. STEINER:
5 Q.   Would you agree that if five out of
6 seven engaged in protected activity, that
7 would be -- that's the equivalent of, I guess,
8 somewhere around 67 percent, would you agree
9 that it is hard to conceive that that -- that
10 that protected activity did not enter into the
11 decision?
12       MR. FOX: Objection to the form.
13 **THE WITNESS: I -- I don't follow**
14 **that particular rationale, including the**
15 **timing of those potential allegations, of**
16 **which it sounds like the majority I -- I was**
17 **in a very different role during those**
18 **particular cases.**
19 BY MS. STEINER:
20 Q.   Okay. I want to talk to you just a
21 little bit about the budget.
22       Are you familiar with the budgets?
23 **A.   I am familiar with the budget. I am not**
24 **the expert with the budgeting process. That's**
25 **why I hire a chief financial officer.**

1 Q.   And who is that?
2 **A.   That is Chris Henson.**
3 Q.   Did he tell you to eliminate positions,
4 or did you tell him to eliminate positions?
5       MR. FOX: Objection to the form.
6 **THE WITNESS: Yeah, again, I --**
7 **you'd have to step back in that conversation.**
8 **The elimination and the reorganization that**
9 **you are referencing was a result of the budget**
10 **crisis that we were in as a city, and I was**
11 **asked by the Mayor's Office and the finance**
12 **team with Metro Government to look at cutting**
13 **about $100 million from our budget.**
14 BY MS. STEINER:
15 Q.   Okay. But as a fair statement, you
16 didn't have to cut a million -- hundred
17 million from your budget, correct?
18 **A.   We were requested to find about $100**
19 **million in our budget.**
20 Q.   But you never cut a hundred million from
21 your budget, correct?
22 **A.   We never cut a hundred million from our**
23 **budget because of the timing of the school**
24 **year.**
25 Q.   Uh-huh.

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 58 of 108 PageID #: 1975   225..228
E1023-B Document A Reported Service
www.EliteReportingServices.com

1  A.   And so, we -- this request came in
2  March, I believe it was late March, middle
3  March, with regards to making those cuts, and
4  it's very difficult to do when you're in that
5  point in time of a school year to find those
6  kind of savings leading into the new budget
7  cycle.
8  Q.   Let's look at the budget that was
9  adopted May 19th, 2020.
10  A.   Uh-huh.
11  Q.   Can you see this on the screen?
12  A.   I can.
13  Q.   Okay.  Let's go to the very first page
14  of this.  Do you see the -- the required -- I
15  want to ask you about the employee compensation
16  to begin with.
17  A.   Uh-huh.
18  Q.   Do you see the certificated salary step
19  increase?
20  A.   Uh-huh.
21  Q.   Was that going to be paid from funds
22  from Metro or funds from the Fund Balance?
23  A.   I don't understand your question,
24  because that is a -- as the way this budget is
25  structured, that is a number for us to be

1  aware of, and its implementation in the budget
2  would depend on if we could actually do that
3  or not.  So, what you see in the third column
4  are the proposed costs that we were reviewing
5  for building the -- the fiscal year budget.
6  Q.   Did you eventually get the certificated
7  step increase in the final budget?
8  A.   This was 2020.  (Witness reviews
9  document.)
10    I believe, and again, lots of -- several
11  budgets since then.  I believe this was a step
12  increase that might have happened midyear.  I
13  could be wrong on that, but I believe that was
14  -- one of the years there was a midyear step
15  increase.
16  Q.   So, this 5,400,100 --
17  A.   Uh-huh.  Uh-huh.
18  Q.   -- was not necessary to receive that --
19  those funds in this budget, correct?
20  A.   That's correct, it was not included.
21  Q.   Okay.  Now, do you see the certificated
22  insurance?  Three thousand --
23  A.   Uh-huh.
24  Q.   -- 3,800,000?
25  A.   Uh-huh.

1  Q.   Okay.  You didn't eat that, did you?
2  A.   Could you restate your question?
3  Q.   They didn't increase the insurance
4  premiums, did they?  Do you recall that?
5  A.   I believe we -- if -- and again, I'm
6  going based upon the document here.  If you see
7  the $3.8 million and this is our approved
8  budget, that means that we -- the insurance
9  increase went up, which meant that we had to
10  have an additional investment in keeping our
11  certificated insurance intact and in alignment
12  with the Insurance Trust Committee.
13  Q.   Do you remember the insurance company
14  saying, We're not increasing you, so you saved
15  this 3,800,000?
16  A.   I don't recall that.  On this particular
17  document, it appears as a cost.
18  Q.   Okay.  Now, let's go down here to
19  proposed changes, the -- the five jobs
20  eliminated from Central Office?
21  A.   Uh-huh.
22  Q.   The re-org saved a million dollars,
23  correct?
24  A.   That's correct.
25  Q.   Okay.  And a million dollars of a budget

1  that it actually ended up being 948-.
2    I'm going to pull up another document
3  for you real quick just to show you this.
4  (Attorney reviews document.)
5    Okay.  Do you recognize the final budget
6  here?
7  A.   (Witness reviews document.)
8    I'm going over, it's June 30, yes.
9  Q.   Okay.  Is that the final budget?
10  A.   If it's the June 30 date, that should be
11  the final.  That should be the final budget.
12  We do make amendments sometimes throughout the
13  year.
14  Q.   Okay.  Now, in this final budget, do you
15  see the insurance premiums, the 3,800,000?
16  A.   Yeah, so again, this is context, and
17  some -- sometimes we take things out of
18  context.  When we build the initial budget, we
19  have to account for all of our inflationary
20  costs for us to provide the same services to
21  our employees year after year.
22    And so, the original budget you showed
23  captured that, because our insurance trust at
24  the time likely met before the pandemic
25  anticipated that we would have an increase in

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 59 of 108 PageID #: 1976
229..232
Elite-Brentwood Reporting Service 615-595-0073
www.EliteReportingServices.com

1  our insurance for our certificated staff.
2      It is not a surprise to me that by the
3  time we did the final budget that the
4  Insurance Trust decided not to make that
5  determination.
6  Q.   Okay.  Do see the -- the final operating
7  budget that you're asking for is $948,873,000?
8  A.   I see that.
9  Q.   Okay.  And that includes the changes to
10  these positions that you're requesting,
11  correct?
12  A.   That's correct.
13  Q.   And you were able to probably run the
14  school with the 948 million you got, correct?
15  A.   Again, I would challenge the word
16  "properly run the school district".
17  Q.   Uh-huh.
18  A.   We are charged every year to do the best
19  we have with what we have -- what we've got.
20  Q.   Okay.  And do you see this down here at
21  the very bottom, "Central Office and District
22  provided services reduction"?
23  A.   Uh-huh.
24  Q.   Okay.  Do you see that 5 million with
25  that?

1  A.   Yes.
2  Q.   Okay.  Do -- doesn't -- it was my
3  understanding that Metro Schools always, if
4  you had to reduce, you reduced the contracted
5  services before you started reducing staff.
6  Do you recall that?
7  A.   That's not always the --
8  Q.   Uh-huh.
9  A.   -- method, methodology around --
10  Q.   Uh-huh.
11  A.   -- how we balance our budget or propose
12  a new budget.
13  Q.   Okay.  So, then, if -- if Chris Henson
14  had ever -- ever testified that you -- you
15  take out the contracted services before you
16  ever go into people, that's not true?
17  A.   No, it is my philosophy that as much as
18  possible we try to keep our school services as
19  whole as possible so that they can maintain
20  services.
21      Again, we're talking about a budget that
22  happened, a budget-building process that
23  happened during the pandemic.  And so, it's
24  important for us to make sure that the
25  continuity of operations in our school

1  buildings could continue.
2      Now, he might have also mentioned, and
3  might likely mention, that every year we do a
4  review of our contracts to make informed
5  decisions about our return on investment and
6  what areas we should adjust or adapt based
7  upon the needs of the organization.
8  Q.   Every year you know you're going to have
9  some sort of a decrease in the Central Office
10  and District provided -- provided services
11  reduction.  You've got that line filled in
12  every year on the budget, correct?
13  A.   Again, that is -- I can't confirm that,
14  because I haven't looked at every year's
15  budget.
16  Q.   Okay.  But, typically, that's what
17  happens?
18  A.   I, again, cannot confirm that.
19  Q.   Now, can you tell me why this 5 million
20  in Central Office and district provided
21  services was not known as of May 19th?  Do you
22  see where there's nothing in this budget for
23  that?
24  A.   Can you ask me the question again?
25  Q.   Can you see, I -- I just pulled up the

1  May 19th budget --
2  A.   Uh-huh.
3  Q.   -- and do you see where this -- that
4  $5 million reduction's not listed?
5      MR. FOX:  I'm sorry, Ms. Steiner, it
6  doesn't have the date on it.  Okay.
7      THE WITNESS:  (Witness reviews
8  document.)
9  BY MS. STEINER:
10  Q.   Do you see that, Dr. Battle?
11  A.   Yes, this is a budget-building process,
12  and so, it is our responsibility once we have
13  identified initial needs and adjustments to
14  begin to build that together, but that does
15  not equate to the level of which were funded.
16  And so, we have to go back and reconcile that
17  from the time we start the budget-building
18  process until the final approval.
19  Q.   Okay.  I'm going to ask you a simple
20  question here and let's see what -- what type
21  of response we get.
22      June 30th, let's go to the June 30th
23  budget.
24  A.   Uh-huh.
25  Q.   Do you see that?

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 60 of 108 PageID #: 1977   233..236
Elite-Brentwood Reporting Services
www.EliteReportingServices.com

1  A.  I sure do.
2  Q.  Okay.  Do you see the 5 million Central
3  Office and district provided services
4  reduction of 5 million?
5  A.  I do.
6  Q.  Would you agree that if that 5 million
7  was listed on the May 19th budget, you
8  wouldn't have needed to reduce the 1 million
9  it's -- in positions?
10  A.  I do not agree with that.
11  Q.  Okay.  Why not?
12  A.  Because by -- by this timeline in
13  June 30, we have to go back and balance
14  everything based upon the budget that we
15  receive from the Mayor/Metro Council.
16  Q.  Now, that did not make a whole -- I'm
17  sorry, I did not understand that too well.
18  Could you explain that to me again?
19  A.  So, let's talk about the budget process.
20  Q.  Uh-huh.
21  A.  So, our administrative team goes through
22  our annual process.  We're reviewing; we're
23  making decisions.  This particular year we're
24  hit by a pandemic in March.  We're asked from
25  Metro Government to look for about $100 million

1  in reductions in our budget.
2     It is a priority for me and my
3  administrative team to -- to -- to keep our
4  schools less impacted by the decisions we
5  make.  So, I am going to always look at
6  things, and we do it annually.  We look at
7  contracts, and we look at what we have Central
8  Office-wise because the direct -- direct
9  supports happen in our schools.
10     And so, when you see the reorganization,
11  again, that was a direct impact of the budget
12  cut that we were required to make.  So, we
13  make those adjustments, it goes before our
14  board, our board gives us feedback, we adjust.
15  We get feedback from the board and we adjust.
16  Right.  And so, that's why you see various
17  versions of this.
18     This particular year the budget process
19  was a little bit different because we were all
20  virtual, every -- the City's trying to figure
21  out how to make this happen.  The budget, once
22  we build this, this is prior to the Mayor
23  telling us or presenting to council what his
24  budget is.  The Mayor gives his budget to
25  Metro council.  Metro council makes a final

1  determination on how much of the funds are
2  coming to MNPS, and then MNPS adjusts to
3  balance our budget based upon the funding we
4  will receive from one year to the next.
5  Q.  Okay.  Let me go back.  Okay.  June
6  30th, 2020 --
7  A.  Uh-huh.
8  Q.  -- you've got 5 million listed in
9  District provided services reduction, correct?
10  A.  Uh-huh.
11  Q.  5 million.  Would you not agree that if
12  you had listed that 5 million on the May 19th
13  budget, okay, then the total proposed changes
14  would not have been 10 million?  It would have
15  been 15 million, okay?
16        MR. FOX:  Objection to the form.
17  BY MS. STEINER:
18  Q.  And would you agree that if you had --
19  rather than 1 million from Central Office
20  re-org, you could have taken 5 million off
21  contracted services?
22  A.  No, I disagree with that assessment.
23  Q.  Okay.  That's fine.
24  A.  Again, the process is that we build a
25  budget.  Our board approves the budget that we

1  have before we get allocation from the Mayor
2  and Metro council.
3     There is always a process after the
4  Mayor and Metro council approval, that we have
5  to go back and reconcile that based upon what
6  our true budget will be for that fiscal year.
7  Q.  Can you tell me why the contracted
8  services, the 5 million, was not in there in
9  the May budget?
10        MR. FOX:  Objection to form.
11        THE WITNESS:  If you scroll back
12  down to where there -- where that is.  Okay.
13  Is this the June 30 document?
14  BY MS. STEINER:
15  Q.  Let me find it real quick.
16  A.  Okay.
17  Q.  This is the May document.
18  A.  Okay.  Can I go to the June?
19  Q.  Now I'm going to show you June.
20  A.  Okay.
21  Q.  Here's June.  Can you tell me why the 5
22  million was not listed in May?
23  A.  Okay.  So, this is a variation of
24  things.  It -- it is likely that it's not just
25  contracts, but it's Central Office and

Case 3:20-cv-01023-JPM  Document 149  Filed 07/27/22  Page 61 of 108  PageID #: 1978  237..240
E01023-BB Litigation Reporting Services 615-595-0073
www.EliteReportingServices.com

1    District provided service reductions, which
2    means we had to go back and say, We've got to
3    find another $5 million that we have to cut
4    from our budget in order to balance our
5    budget. And so, with that we dig even deeper
6    around what adjustments do we need to make to
7    provide the needs of our students.
8    Q.   Okay. Now, in the final one --
9    A.   Uh-huh.
10   Q.   -- you actually had a lot of things that
11   you didn't think you would even get, correct?
12   You got the $15 increase per person hourly
13   wage increase, didn't you?
14   A.   Which wasn't a part of our initial
15   budget document.
16   Q.   But it's in the final one, isn't it?
17   A.   It -- it is likely in the final one.
18   Q.   Okay.
19   A.   I think that was the year that Metro
20   council approved that --
21   Q.   Okay.
22   A.   -- but specifically told us how to use
23   those funds.
24   Q.   And the certificated salary step
25   increases for everyone's in that final budget,

1    correct? Do you see the 5,000,400 at the top
2    of the page?
3    A.   So, again, that was an addition that
4    came directly from Metro council, who
5    identified for us specifically where those
6    funds should be used.
7    Q.   Okay. And the insurance is gone; the 3
8    million in the insurance is gone.
9        Now, I want to ask you something else.
10   Vacancies, okay?
11   A.   Uh-huh.
12   Q.   3 million is listed there. Did you know
13   that the real figure was somewhere over 10
14   million for vacancies?
15   A.   No, again, I would rely on my chief
16   financial officer for those accurate counts.
17   Q.   If you knew that that figure was really
18   somewhere around 10 million or higher, would
19   you agree that you could have kept the 1
20   million in savings in jobs?
21   A.   No, I don't agree, because we're -- we
22   are anticipating where we might be, and the
23   actuals, we always have to do our actual
24   balance throughout the year. So, no, I
25   couldn't have anticipated that.

1    Q.   Did Metro Schools save 50 million in the
2    Spring of 2020 because of COVID?
3    A.   Again, I would have to rely on our chief
4    financial officer. We were directed by Metro
5    Government to look for about 100 million in
6    reductions to our budget. But also, we were
7    instructed to do some things like freeze
8    travel and -- and try to get -- they needed us
9    to get our fund balance up as a part of their
10   accounting process.
11       Other than that, I will rely on the
12   expertise of our chief financial officer to
13   explain to you exactly how that process works.
14   Q.   Did you know anything about the -- the
15   property tax increase and how it affected the
16   -- the funds for Metro Schools?
17   A.   I -- I know a little bit about it.
18   Again, I have an expert in that space with our
19   chief financial officer who could explain that
20   impact at a greater detail than I could.
21   Q.   And could Mr. Booker explain it too?
22   A.   It is likely that Mr. Booker could also
23   explain it.
24   Q.   But just in the big overall picture, is
25   it a fair statement that you really didn't --

1    you came out financially pretty well in the
2    year of 2020 to 2021, correct?
3    A.   I don't think that's a fair statement.
4    Q.   Okay.
5    A.   I think that, again, going back to what
6    happened in 2020, specific to Nashville,
7    tornado, then the pandemic, I think there were
8    lots of unknowns across the country. And so,
9    it is our responsibility under the advisement
10   of Metro Government where they're anticipating
11   and forecasting that taxes, where they will
12   come in and the impact of that, that we align
13   accordingly.
14       Again, I think there were lots of
15   unknowns, but we were asked based upon their
16   projections and analysis to make the cuts that
17   I previously discussed.
18       Now, during that time later in the year
19   we did -- the Federal Government passed,
20   through grants for schools to recover, and
21   that was specific to recovery of the pandemic.
22   Q.   Did you know that the property tax that
23   Metro Schools got typically is about 230
24   million, but that for the Spring of 2020 it
25   was projected that they would get a little

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 62 of 108 PageID #: 1979   241..244
Elite Brentwood Reporting Services 615/595-0073
www.EliteReportingServices.com

1  over 432 million and they actually got 431
2  million?  Do you -- do you know, an increase of
3  almost 200 million?
4  **A.    Again, I would refer you to our chief**
5  **financial officer who tracks all of that**
6  **specific information.  It's important that --**
7  **that we're typically in arrears of receiving**
8  **that information after we've passed the month**
9  **of which those taxes are collected.**
10  Q.   Who --
11  **A.    So, I will -- I would rely and refer you**
12  **to him for those -- for that specific**
13  **information.**
14  Q.   Who made the decision that positions
15  were going to be eliminated?  Was that you?
16  **A.    With regards to the reorganization in**
17  **collaboration with my team and my chiefs, I**
18  **made the decision which positions would be a**
19  **part of the reorganization.**
20  Q.   Who -- my question is different.
21       Who made the decision that positions
22  were actually going to be eliminated?
23       MR. FOX:  Objection to the form.
24  **THE WITNESS:  Again, based upon the**
25  **needs of the organization, it is my**

1  **responsibility to determine or recommend to**
2  **the board when appropriate when we're**
3  **eliminating positions and/or repurposing them.**
4  BY MS. STEINER:
5  Q.   So, then, you made the decision that
6  you're going to eliminate positions?
7  **A.    I made the decision that I -- my**
8  **recommendation based upon which ones needed to**
9  **go to the board or not, which ones needed to**
10  **be eliminated and which ones needed to be**
11  **repurposed to move forward with the mission of**
12  **the organization.**
13  Q.   Okay.  My question is a little bit
14  smaller than that.  It's not quite as broad as
15  that.
16       You're the one who made the decision
17  we're going to eliminate positions?
18  **A.    In -- in collaboration with my -- my**
19  **team and my chiefs, I made the final**
20  **recommendation.**
21  Q.   Who's the first person that said, Hey,
22  we've gotta get rid of jobs here?  Who said
23  that?
24  **A.    No one said that.**
25  Q.   Okay.  Who's on your team?

1  **A.    I -- I employ 11,000 employees.  What do**
2  **you mean by --**
3  Q.   Well, you said it was on your team?
4  **A.    Yeah.  So, my -- my direct cabinet is my**
5  **chiefs.**
6  Q.   And who are they?
7  **A.    At the time, what year are you referring**
8  **to?  The 2020?**
9  Q.   The year that -- we went through this,
10  2020.
11  **A.    Okay.  Well, we've been talking about**
12  **several different years.**
13  Q.   Uh-huh.
14  **A.    So, 2020, my chiefs were, I've mentioned**
15  **Hank Clay was my Chief of Staff.  Chris Barnes**
16  **was my Chief of HR.  Sharon Griffin was my**
17  **Chief of Innovation.  Chris Henson was my**
18  **chief of -- my CFO.  And let me just think**
19  **through and make sure I'm not missing anybody.**
20  (Respite.)
21       HR, Chief of Staff, CFO, Schools,
22  Innovation.  I think that -- I think that
23  covers everyone.  You can repeat them back to
24  me if you want to just to confirm.
25  Q.   Well, you've got -- you've got Hank

1  Clay?
2  **A.    Uh-huh.**
3  Q.   Chris Barnes?
4  **A.    Uh-huh.**
5  Q.   Sharon Griffith and Chris Henson?
6  **A.    I think that -- I think that was the**
7  **team during 2020.**
8  Q.   Okay.  Now, did you know that the 1
9  million that you saved in salaries is only 1
10  percent of 1 percent of that budget?
11  **A.    I'm aware that due to the reorganization**
12  **we were able to capture about $1 million.**
13  Q.   Do you know that that's 1 percent of 1
14  percent of the budget?
15  **A.    If those are your calculations, but it**
16  **is a -- it is a percent of our budget, yes.**
17  Q.   Did you know that Barry Booker testified
18  that if he had been asked to find a million
19  dollars somewhere to keep this, you can find
20  savings of a million dollars; he said it could
21  be done?
22  **A.    Are you referring to back in 2020?**
23  Q.   Yes.  Did you know that?
24  **A.    No, I didn't.  And I will tell you that**
25  **all of our teams were consulted around what**

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 63 of 108 PageID #: 1980
Elite-Brentwood Reporting Service
www.EliteReportingServices.com
245..248

1  cuts could we make early on with the initial
2  cutting of the $100 million, and then it is my
3  responsibility as the Director of Schools to
4  make the most informed decisions about the
5  needs of our district and to move forward.  So,
6  I collaborate and I make the -- the decisions
7  based upon what the needs of the organization
8  are.
9  Q.   Did you know that there was a Firefly
10  contract that's listed in School Choice in
11  that department, and that it's listed at a
12  cost of, I believe, 180,000, when that was a
13  one-time cost and that it should have been
14  20,000?
15  A.   Again, I'm --
16  Q.   So, it was overstated by 160,000?  Did
17  you know that?
18  A.   Again, I'm not aware --
19       MR. FOX:  Objection to the form.
20       THE WITNESS:  I'm not aware of those
21  individual department budgets.  We --
22  BY MS. STEINER:
23  Q.   Uh-huh.
24  A.   -- I consulted with everyone where cuts
25  can be made.

1  Q.   Okay.
2  A.   And then made final approval of what we
3  were able to reduce in order to balance our
4  budget.
5  Q.   Did you talk to anyone about the
6  vacancies and how much money's in the
7  vacancies?
8  A.   We -- that's an ongoing conversation
9  throughout the year.
10  Q.   Okay.  How much money do you have in
11  vacancies right now?
12  A.   I don't have that number for you today.
13  Again, I would refer you to our chief
14  financial officer.
15  Q.   Approximately, how much do you have in
16  vacancies?
17  A.   Again, I don't have that number for you
18  right now.
19  Q.   How much did you have in vacancies at
20  any point since you've been interim director or
21  director?
22  A.   I -- I think -- so, the $3 million
23  estimate seems to be kind of what we are able
24  to capture as far as anticipated vacancies.
25  Q.   Okay.  Would you be surprised to know

1  that the figure is actually much greater than
2  that?
3  A.   Listen, I wouldn't be surprised, because
4  that's an estimate based upon the needs of the
5  organization, and it also depends on where we
6  are with stated vacancies.  It depends on what
7  time of year things shift or not.  It also has
8  to consider where we were with the pandemic.
9       And I'm going to state again, when the
10  pandemic initially hit there was lots of
11  unknowns for all of us.  And we were making
12  the most informed decisions for our
13  organization at the time to make sure that we
14  could carry forward and continue to educate
15  our students.
16  Q.   Would you be surprised to know that the
17  actual vacancy rate runs somewhere, and I may
18  be wrong on this 'cause it may be a lot
19  higher, somewhere around 10 million to maybe
20  higher?
21       MR. FOX:  Objection to the form.
22       THE WITNESS:  Yeah.
23  BY MS. STEINER:
24  Q.   And it's on a routine basis, because as
25  you get people in you have people leave?  So,

1  at any point in time that's what you've got?
2  A.   Again, I would rely on the expertise of
3  our financial team --
4  Q.   Okay.
5  A.   -- in providing those estimates and those
6  projections in order for us to budget
7  accordingly.
8  Q.   Did anyone have any discussions about
9  these budgets and whether or not there's a lot
10  of puff built in here, for instance, in the
11  vacancy rates or in the -- any discussion
12  about that?
13  A.   We have ongoing conversations about
14  where we can make adjustments or where new
15  needs have -- have shifted in order for us to
16  make those decision points.
17       But I think you're really trying to
18  simplify a really complex process, and I'm
19  going to give you an example, because our
20  teachers, depending on their years of
21  experience, based upon their degree, they're
22  going to make different salaries.  And so, we
23  have to try to average that of what that might
24  look like and then get our actuals.  So, it --
25  it could look different based upon the

Case 3:20-cv-01023-BJD-PDB  Document 140  Filed 07/27/22  Page 64 of 108 PageID #: 1981   249...252
EliteReportingServices.com
www.EliteReportingServices.com

1  individual who is hired in those positions.
2  And so, we generally have to look at estimates
3  in order to build our budget.
4  Q.  Okay.  Let's just look at one position,
5  the one that Springer, Ms. Springer filled.
6  A.  Okay.
7  Q.  185,000 per year, correct?
8  A.  That's correct.
9  Q.  And who held that position before her?
10  A.  The immediate past chief was Tony
11  Majors.
12  Q.  And when did he leave?
13  A.  So, he left in -- I guess it was the --
14  I think it was Spring of 2020.
15  Q.  Uh-huh.
16  A.  He left from the Chief of HR position --
17  Q.  Uh-huh.
18  A.  -- but had previously been the Chief of
19  Student Services --
20  Q.  Okay.
21  A.  -- and that position wasn't filled until
22  after the 2020 school year.
23       (Respite.)
24       MS. STEINER:  That's all.
25       MR. FOX:  Off the record for a

1  second.
2       THE VIDEOGRAPHER:  We are off the
3  record at 3:03 p.m.
4       (Short break.)
5       THE VIDEOGRAPHER:  We are on the
6  record at 3:16 p.m.
7       MS. STEINER:  For the record, I'd
8  like to offer as the next two exhibits, the
9  first one the May 19th, 2020, budget; and the
10  second one, the final budget, I think it's
11  June 30th, 2020, as the next exhibit.
12       THE REPORTER:  That will be 11 and
13  12.
14       (WHEREUPON, documents were marked as
15  Exhibit No. 11 and Exhibit No. 12.)
16
17       EXAMINATION
18  QUESTIONS BY MS. HARBISON:
19  Q.  All right.  Okay.  Good afternoon, Dr.
20  Battle.  My name is Jesse Harbison, and I
21  represent Dr. Damon Cathey in this case.
22  Okay.
23       I don't have a lot of questions, I don't
24  think.  But let me ask you, do you know that
25  the plaintiffs in this case requested certain

1  documents from both you and from Metro
2  regarding this matter?
3  A.  Can you -- is it possible for you to be
4  more specific?  Are you referring to as a part
5  of this process?
6  Q.  Yes.  As a part of this lawsuit.
7  A.  Yes.
8  Q.  Okay.  Did you personally do anything to
9  gather those documents that we requested?
10  A.  I don't recall personally doing anything
11  to gather documents.
12  Q.  Did you direct someone to try to find
13  the documents that we requested?
14  A.  I mean, it is a part of our process that
15  when we have requests, the team that needs --
16  or holds that information will share that
17  information back.
18  Q.  Okay.  But you personally did not do
19  anything to look for those, correct?
20  A.  No, I don't re- -- recall any personal
21  action.
22  Q.  Okay.  Are you aware that MNPS has a
23  smaller Central Office budget than similarly
24  sized school districts in other parts of the
25  nation?

1  A.  I'm aware that we have attempted to
2  direct as many of our resources and services
3  directly to students and staff in schools as
4  possible, and that our support hub serves as a
5  support hub to support our schools.  So, it --
6  it has been kind of our focus to keep as many
7  of those resources directly impacting students
8  as possible.
9  Q.  Okay.  So, your testimony is that
10  Central Office does not directly impact
11  students; is that correct?
12  A.  It does have an impact on students, but
13  the -- the most direct impact is going to
14  happen in the classroom.
15  Q.  Okay.  So, let me ask my question again.
16  And keep in mind, this is a "yes" or "no"
17  question, okay.
18  A.  Okay.
19  Q.  Just a "yes" or "no" answer.
20       Are you aware of the fact that MNPS has
21  a smaller Central Office budget than similarly
22  sized school districts in other areas of the
23  nation, yes or no?
24       MR. FOX:  Objection to the form.
25       THE WITNESS:  Yes, I can't give you

Case 3:20-cv-01023  Document 149  Filed 07/27/22  Page 65 of 108 PageID #: 1982
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com  253..256

1    a "yes" or "no". I can tell you that there
2    are some that might be larger; there are some
3    that might be the same size or similar to
4    MNPS.
5    BY MS. HARBISON:
6    Q.   Okay. Are you aware of the fact that
7    MNPS asked Allovue to study this and that
8    Allovue said that Metro's Central Office
9    budget was remarkably smaller than
10   similarly sized districts elsewhere in the
11   nation?
12   A.   I'm aware that ERS engaged in the study
13   to give us information about how we leverage
14   our funds. I think that's important for our
15   stakeholders to be aware of and a part of our
16   budget process.
17   Q.   Okay.
18   A.   And that is something that we're proud
19   of, that we're able to get as many direct
20   resources to our students.
21   Q.   Okay. I'm going to show you a document.
22   Let me pull it up, and it may take me a second
23   to find it. (Attorney reviews document.)
24         MS. HARBISON: Ann, I think you have
25   to make me the host again.

1          MS. STEINER: Okay. How do I do
2    that?
3          MS. HARBISON: I think if you hover
4    over my icon.
5          MS. STEINER: Uh-huh.
6          MS. HARBISON: And then click the
7    three buttons and then click "Make Host".
8          MS. STEINER: Got you.
9          MS. HARBISON: Okay.
10   BY MS. HARBISON:
11   Q.   Okay. So, I just shared my screen with
12   you, Dr. Battle, and I'm going to scroll up,
13   and I'm doing that intentionally.
14   Okay. Do you see my screen, Dr. Battle?
15   A.   I do.
16   Q.   Okay. This appears to be an e-mail from
17   Mark North to you, Hank Clay, Chris Henson,
18   and Sean Braisted, correct?
19   A.   Yes.
20   Q.   Okay. And this looks like it was sent
21   on May 27th, 2020, correct?
22   A.   That's correct.
23   Q.   Okay. And the subject is "Response to
24   Counsel Questions", correct?
25   A.   Yes.

1    Q.   Okay. I'm going to scroll down so that
2    you can see the whole e-mail.
3         Do you recall this e-mail exchange?
4    A.   It is definitely an e-mail to me.
5    Q.   Okay.
6    A.   And others.
7    Q.   On another note, this Dr.ARB@mnps.org, I
8    see that referred to throughout these e-mails
9    as Adrienne Battle private.
10        What does that mean? You have two
11   e-mail addresses?
12   A.   Well, for me it means that I've been an
13   employee in the District for a long time.
14   Q.   Uh-huh.
15   A.   And so, in shifting from one role to the
16   other, I need to be able to kind of prioritize
17   those internal documents I need to get to
18   sooner, as opposed to the almost 20 years I
19   spent in other capacities. And so, it just
20   helps me kind of go through those
21   communications.
22   Q.   Okay.
23   A.   Uh-huh.
24   Q.   I'm going to scroll down. There are
25   several attachments to this e-mail. First is

1    this capital needs information sheet, but
2    specifically I'm going to ask about these
3    questions from council office. And it looks,
4    to me, like these are questions from the
5    council and then answers. Does that look
6    accurate to you?
7    A.   That looks accurate thus far.
8    Q.   Okay. So, if you look at this question,
9    Question Request Number 47, it says, "Revenues
10   from other MNPS schools, how does the district
11   adjust resources to make sure the brunt of
12   lost revenues does not adversely impact
13   schools? Our Central Office resource is
14   scaled in relation to the enrollment in MNPS
15   schools."
16        Does that look accurate?
17   A.   Yes.
18   Q.   Okay. And, then, if you scroll down it
19   says, "With regard to Central Office costs,
20   last year MNPS studied the level of Central
21   Office spending with an internal analysis and
22   external study. We found that the MNPS
23   Central Office is a remarkably small amount of
24   the budget and far less than most peer school
25   systems."

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 66 of 108 PageID #: 1983
E01023-B Deposition Reported Services
www.EliteReportingServices.com
257..260

1    Is that correct?
2  **A.   That's correct.**
3  Q.   Okay.  So, if it's far less than more
4  peer school systems, why would that be a good
5  thing and something to be proud of?
6  **A.   Well, and again, it says "most", it**
7  **doesn't say all, but most peer school systems.**
8  **And that's a good thing in my summation,**
9  **because we want to make sure that we are**
10  **getting as many of our resources directly into**
11  **our schools.**
12  **Listen, I've been a school teacher.  I've**
13  **been a principal.  I know how impactful it is**
14  **on a daily basis have immediately and -- and**
15  **accessible resources to provide for my**
16  **students.  And so, that speaks to my goal as a**
17  **leader to make sure that that continues to be**
18  **the case for Metro Nashville Public schools.**
19  Q.   Okay.  So, most peer school systems have
20  a larger Central Office 'cause they just don't
21  know what's best for their students?
22  **A.   No.  They have to make the decisions**
23  **that are best for their organization.  And I**
24  **believe it is best for our organization to get**
25  **as many resources directly to our school -- to**

1  **our students as possible.**
2  Q.   Okay.
3  MS. HARBISON:  I'd like to make that
4  e-mail exchange the next numbered exhibit.
5  And I can tell you the Bates stamp, because
6  I'll probably forget it, is SchoolsEmails 1484
7  through 1492.
8  (WHEREUPON, a document was marked as
9  Exhibit No. 13.)
10  BY MS. HARBISON:
11  Q.   Okay.  Dr. Battle, I'm going to show you
12  another document.  Now, I'm not a numbers gal
13  and I'm a product of MNPS, so I can blame
14  y'all.
15  MR. FOX:  Objection.  Objection.
16  BY MS. HARBISON:
17  Q.   I turned out okay in some respects, but
18  not in that one.
19  **A.   I've been in the fifth grade.**
20  MR. FOX:  Yeah, my -- all three of
21  my kids are students at Hillsboro High School.
22  MS. STEINER:  Burros.
23  MR. FOX:  Burros.
24  BY MS. HARBISON:
25  Q.   So, bear with me.

1  **A.   Uh-huh.**
2  Q.   Can you see my screen, Dr. Battle?
3  **A.   I can.**
4  Q.   Okay.  And this appears to me to be the
5  2020/2021 Budget Proposal for MNPS, correct?
6  **A.   (Witness reviews document.)**
7  **That's what the title at the top states.**
8  Q.   Okay.
9  **A.   It looks like there's some**
10  **subcategories, but yes.**
11  Q.   Okay.  And it's dated February 17th,
12  2020, correct?
13  **A.   Uh-huh.  Yes.**
14  Q.   Have you seen this document before?
15  **A.   I have.  And I also note that**
16  **February 17th is pretty early on in our --**
17  Q.   Sure.
18  **A.   Yeah.**
19  Q.   But this is pre-pandemic, correct?
20  **A.   This is pre-pandemic.**
21  Q.   Okay.  We did not know at this point the
22  impact that COVID was going to have on us?
23  **A.   We didn't know the extent to which, yes.**
24  Q.   Okay.  So, it looks like down here that
25  it says that the baseline 2020/2021 budget as

1  of this date was 950,000 -- 950 million and
2  some odd dollars, correct?
3  **A.   Uh-huh.  That's correct.**
4  Q.   Okay.  So, that was the goal, correct?
5  **A.   No, I'm not going to -- I will not agree**
6  **that that was the goal.  It was just a**
7  **snapshot of where we were at this point in**
8  **time in our budgeting process.**
9  Q.   Okay.  But the baseline was 950-?
10  **A.   According to these early projections,**
11  **yes.**
12  Q.   Okay.  And you-all ended up pretty
13  close to that, correct, with that June 30th
14  budget?
15  **A.   I would have to refer you to my chief**
16  **financial officer and team who closely monitors**
17  **that particular information.**
18  Q.   Okay.  But do you know what the June
19  30th budget ended up be -- the operating
20  budget number ended up being?
21  **A.   I don't remember the exactly number.  I**
22  **do remember, again, having to make cuts in**
23  **order to balance the budget in order to**
24  **maintain our continuity of operations.**
25  Q.   Okay.  So, sitting here today as the

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 67 of 108  PageID #: 1984
Elite Reporting Services, Inc.
www.EliteReportingServices.com
261..264

1  Director of Schools you can't say that you
2  know in your head what that June 30th
3  operating budget was?
4  **A.   I can't give you the exact number.**
5  **Again, we've built --**
6  Q.   Okay.
7  **A.   -- a few budgets since then.**
8  Q.   I think we've made that an exhibit,
9  correct?  Yeah.  Let me see if I can find what
10  numbered exhibit that was, and we can go back
11  and look at it.
12        MS. STEINER:  12, I think.
13        MS. HARBISON:  Okay.  Ann, can you
14  share your screen?
15        MS. STEINER:  Yes.
16        MS. HARBISON:  I'm going to make you
17  a host.
18  BY MS. HARBISON:
19  Q.   So, I'm going to have Ann share this,
20  which is what I believe she made Exhibit 12.
21  **A.   Okay.**
22        MS. STEINER:  Can y'all see it?
23        **THE WITNESS:  Yes.**
24  BY MS. HARBISON:
25  Q.   Okay.  So, this is the June 30th --

1  **A.   Uh-huh.**
2  Q.   -- operating budget.
3  **A.   Uh-huh.**
4  Q.   And is this sometimes also called the
5  Mendes budget?  Bob Mendes helped to pass this
6  budget?
7  **A.   I'm -- I'm not sure.  I've not --**
8  Q.   Okay.
9  **A.   -- heard it referenced that way.**
10  Q.   You've never heard this budget referred
11  to as the Mendes budget?
12  **A.   No.  I'm not familiar with it being**
13  **called that.**
14  Q.   Okay.  So, if you scroll down here, the
15  total operating budget for baseline is
16  $948 million and some change, correct?
17  **A.   Yes.**
18  Q.   948.8 --
19  **A.   That's correct.**
20  Q.   -- correct?  Okay.
21        So, you got pretty close to that
22  baseline goal from February 2020, correct?
23  **A.   That seems to be accurate.**
24  Q.   Okay.
25        MS. HARBISON:  Can you make me the

1  host again?
2        And can I make that February budget
3  the next-numbered exhibit, please.
4        THE REPORTER:  That will be 14.
5        MS. HARBISON:  Thank you.
6        (WHEREUPON, a document was marked as
7  Exhibit No. 14.)
8        MS. HARBISON:  I'm going to write
9  that down or I'll forget.
10  BY MS. HARBISON:
11  Q.   Are you familiar with the principal
12  selection process for MNPS?
13  **A.   Yes.**
14  Q.   Okay.  I'm going to show you another
15  document.  (Attorney reviews document.)
16  (Respite.)
17        Okay, Dr. Battle.  Now, some of these
18  are a little sideways, so I'll scroll for you.
19  But this is the first page.  And it's titled
20  "Principal Selection Plan", although it is
21  sideways, correct?
22  **A.   Yes.**
23  Q.   Okay.  The rest of them are right ways
24  up.
25  **A.   Okay.**

1  Q.   And this, I think I can even show you if
2  you look to the side, it says "Selection
3  Workflow", correct?  And it's a -- looks to be
4  a list of tasks?
5  **A.   (Witness reviews document.)**
6  **Yes.**
7  Q.   Okay.  And, then, that continues for
8  several pages, correct?
9  **A.   Yes.**
10  Q.   Okay.  And, then, this document is an
11  outline of the selection process, correct?
12  **A.   Yes.**
13  Q.   Okay.
14  **A.   That's what the title is, yes.**
15  Q.   Okay.  Does this look to be an accurate
16  depiction of the principal selection process?
17  **A.   Is this document dated?**
18  Q.   Yeah.  Let me go back to that first
19  page.
20  **A.   Okay.**
21  Q.   It is -- it's dated, it looks,
22  November 18th, 2021.
23  **A.   Okay.**
24  Q.   Okay.  So, I'm going to go back.  So, as
25  of the date that this document is dated, which

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 68 of 108 PageID #: 1985
E1ite-Brown Court Reporting Services, Inc.
www.EliteReportingServices.com
265..268

1   I believe is November 18th, 2021, was this an
2   accurate depiction of the principal selection
3   process?  And let me know when you're ready to
4   scroll or for me to scroll and I will.
5   **A.   (Witness reviews document.)**
6   **     Yes, it looks like it represents.**
7   Q.   Okay.  Have you seen this document
8   before?
9   **A.   I believe I have.**
10  Q.   Okay.  And does this look like an
11  accurate depiction of the document that you've
12  seen in the past --
13  **A.   Yes.**
14  Q.   -- regarding the principal selection
15  process?
16  **A.   Yes.**
17  Q.   Yes, okay.
18       So, scrolling on, on the next page it
19  looks like this is a phased process, correct?
20  **A.   Uh-huh.**
21  Q.   So, there's a phase one, phase two,
22  phase three, phase four, correct?
23  **A.   That's correct.**
24  Q.   Okay.  And, then, as we continue to
25  scroll, there's a phase one spreadsheet, this

1   looks to be, with certain tasks that are
2   completed in phase one, correct?
3   **A.   That's correct.**
4   Q.   Okay.  And, then, going on to the next
5   page, similarly for phase two, it sets out
6   what needs to happen in phase two, correct?
7   **A.   Yes.**
8   Q.   Okay.  Same for phase three, correct?
9   **A.   Yes.**
10  Q.   Okay.  And, then, the same for phase
11  four, correct?
12  **A.   Yes.**
13  Q.   Do you know who drafted this document?
14  **A.   I can't tell you the owner of who**
15  **drafted it, no.**
16  Q.   Okay.  But this is a document that
17  you're familiar with, correct?
18  **A.   Yes.**
19  Q.   Is there any similar document for the
20  interview process for the executive directors
21  in Spring of 2020?
22  **A.   No.  But we modeled that process after**
23  **this phased process.**
24  Q.   Who is "we"?
25  **A.   Our HR team.  Our chiefs that were a**

1   part of the process, we just -- we -- this --
2   this is a typical kind of high-level leadership
3   process that we use.
4   Q.   Okay.  Who decided that you were going
5   to model the executive director search on this
6   phased process that we're looking at now?
7   **A.   We did as a team.  It's part of how we**
8   **phase our interviews.**
9   Q.   Okay.  When was that decision made?
10  **A.   It was after the pandemic and before the**
11  **actual interviews.**
12  Q.   Okay.  And did that occur in a meeting?
13  **A.   Actually, in fact, we've been using a**
14  **very similar process for many years --**
15  Q.   Okay.
16  **A.   -- with our executive directors, but we**
17  **were also clear that we were going to use the**
18  **same phased process for the repurpose of the**
19  **positions.**
20  Q.   Okay.  "When you say we were also
21  clear" --
22  **A.   Uh-huh.**
23  Q.   -- who is "we"?  I want names.
24  **A.   Sure.  Chris Barnes is our chief of HR.**
25  Q.   Uh-huh.

1   **A.   Myself.  And probably the two of us**
2   **mainly, that that would be the process that we**
3   **would follow.**
4   Q.   Okay.  And did you -- did someone
5   specifically say, We're going to model the
6   executive director search after the principal
7   selection search?
8   **A.   Yes, because that's what we've been**
9   **doing.**
10  Q.   Okay.
11  **A.   That has -- that has been our -- that**
12  **has been our process.**
13  Q.   Okay.  And how was that communicated to
14  the individuals involved in the interview and
15  selection process for that job?
16  **A.   Well, one, they were all aware of their**
17  **process because that's the process that we**
18  **went through as executive directors and as**
19  **associate or community superintendents.**
20       **And two, it's the process that they've**
21  **been trained on to implement for the principal**
22  **selection process and when they were involved**
23  **in the executive director selections**
24  **previously.**
25  Q.   Okay.  But how was that communicated to

Case 3:20-cv-01023-B Document 149 Filed 07/27/22 Page 69 of 108 PageID #: 1986     269..272
E01023-B Deposition Reporting Services, Inc. (214) 855-5970
www.EliteReportingServices.com

1  them?
2  A.   Through the meeting that we had with the
3  employees who were being impacted by the
4  reorganization.  Just being clear around what
5  this will look like, we will go through the --
6  the interview process again, which we're all
7  familiar with, is the phased interview process
8  within our organization.
9  Q.   Okay.  This document that we're looking
10  at now is the phased principal selection
11  process?
12  A.   That's correct.
13  Q.   Do -- does Metro maintain just a phased
14  process for any position?
15  A.   For -- for many positions we use the
16  phase interview process.  So, for instance,
17  our principals select all the teachers.  They
18  do that at the school level.  We encourage
19  them to also use a phased process and include
20  stakeholders.
21      So, it's something that we've tried to
22  integrate across our -- our organization, but
23  I can't guarantee that all positions, again, we
24  have hundreds of different job titles within
25  our organization, but particularly for

1  principal selections, executive director
2  selections and up, we use a phased process.
3  Q.   Why is there such a detailed document
4  for the principal selection process, but no
5  document for the executive director selection
6  process?
7  A.   Well, part of the reason is that our
8  executive directors are the ones who helped
9  craft and build this process, so that's not
10  unfamiliar to them as -- as -- as with regards
11  to how we interview and select for our
12  candidates.
13  Q.   Okay.  But wouldn't the criteria be
14  different for selecting an executive director
15  as opposed to selecting a principal?
16  A.   Not necessarily, because your executive
17  directors are supervising and coaching
18  principals, so there has to be some similarity
19  with regard to what we're looking for in those
20  roles.
21  Q.   Okay.  But just so that I'm clear, there
22  is no such document that was created by Metro
23  as it relates to the executive director job
24  search in 2020, correct?
25  A.   At this moment I'm -- I don't recall a

1  document specific to executive directors.
2  Q.   Okay.  And the reason that people knew
3  that it was a phased approach was because they
4  just knew?
5  A.   No.  They knew it because we talked
6  about it in advance, that we were going to
7  repurpose the position, we would go through
8  our phased interview process.  And their
9  familiarity with the phased interview process
10  itself.
11  Q.   Okay.  So, you told the people whose
12  jobs were being eliminated that it was going
13  to be the phased interview process?  Is that
14  what you're saying?
15  A.   We told -- we told them they're eligible
16  for --
17  Q.   Okay.
18  A.   -- applying for other Central Office
19  positions and other positions throughout the
20  organization and that we would use our
21  standard process to select those individuals.
22  Q.   Okay.  So, what I'm asking is not how
23  did you communicate to the people whose jobs
24  were eliminated what the phased process would
25  be or that there would be a phased process.

1      What I'm asking is, how did you
2  communicate that to the people that were
3  actually involved in the interview and
4  selection process for the executive director
5  job --
6  A.   So, the -- so, the interview --
7  Q.   -- not the people that interviewed.  The
8  people that were involved in the
9  decisionmaking.
10  A.   Again, these are all high-level
11  individuals who are part of these phased
12  interviews.  Part of that initial kind of
13  coming together as a panel is that we always
14  have a designee who kind of facilitates and
15  talks everyone through what the process is
16  going to look like moving forward.
17  Q.   Okay.  So, that -- did that occur at a
18  specific meeting that you recall?
19  A.   So, for the interviewees it -- it likely
20  happened during their phased panel interview.
21  Q.   They talked about that it would be a
22  phased panel interview during the phased panel
23  interview, not before?
24  A.   So, during the phased interview, they
25  talked about your role is in this particular

Case 3:20-cv-01023-B Document 140   Filed 07/27/22   Page 70 of 108   PageID #: 1987
E01023-B Document 140 Reported Service cle 70 of 108 Page 70
www.EliteReportingServices.com
273...276

1  interview process and what happens next.  So,
2  we do make our interviewers aware of that
3  process.
4  Q.   Okay.  "We make our interviewers aware of
5  the process."  Who is "we"?
6  A.   That is standard in our facilitation
7  process.  So, whoever the facilitator was
8  would have been the one to communicate that to
9  those who were interviewing.  And I might
10 remind us, that these are -- these are
11 individuals who interview frequently, so this
12 is not a brand new process to them.
13 Q.   Okay.  But you don't know who that
14 facilitator was that communicated it, correct?
15 A.   It -- it is likely someone from the HR
16 team, but it can be designated if for some
17 reason there's a conflict of schedules --
18 Q.   Okay.
19 A.   -- or something of that nature.
20 Q.   And you're not -- okay.  And you don't
21 know when that was communicated, correct?
22 A.   It is a part of the facilitation of that
23 phased interview process.
24 Q.   So, what -- what I'm asking is not what
25 does Metro normally do --

1  A.   Uh-huh.
2  Q.   -- I'm asking about in this specific
3  instance whether or not you know that it was
4  communicated to the interviewers that they
5  would be using a phased interview process for
6  the executive director role in the Spring of
7  2020, not what Metro normally does, not what
8  the process is?  Specifically this instance?
9  A.   And I will specifically respond with,
10 you would have to -- that will be a question
11 for our HR team to respond to --
12 Q.   Okay.
13 A.   -- because I'm not a part of the phase
14 one process.
15 Q.   Okay.  So, that leads to my next
16 question, which is:  Did you decide that there
17 would be a phased process for the executive
18 director job search?
19 A.   So, it was not necessarily a decision
20 point.  We were in agreement that we would use
21 the phased interview process, because that's
22 what we do through our principal selection
23 process, through our executive director
24 process, and through our at the time community
25 associate superintendent and community

1  superintendent process.
2  Q.   Okay.  But you did not write out a
3  phased interview plan the way that there --
4  the way that there was written out for the
5  principal selection process?
6  A.   It's a part of this process.  It follows
7  the same process.
8  Q.   Okay.  But this lists specific criteria
9  for principals, does it not?
10 A.   This is specific to principals, but what
11 you're asking me is do -- do we have this
12 phased process for every role in our
13 organization?
14     No.  Because once you're able to
15 standardize it, you know exactly what those
16 phases look like.  So, we don't have one of
17 these for the hundreds of positions that are in
18 our school district.
19 Q.   The executive director position is
20 pretty important, right?
21 A.   It is an important decision.
22 Q.   Okay.  So, looking, for example, on the
23 page of the principal selection phased
24 interview outline that we're discussing right
25 now, in phase three, for example, according to

1  this document, there's certain criteria to
2  meet the next selection phase and it gives,
3  for example, part one, a case study.
4      "Candidate reviews school-based data and
5  prepares a response case study, appendix D."
6  I'm just reading part one under the heading
7  "criteria to meet next selection phase,"
8  correct?  Is that what it says?
9  A.   That's what it says for our principal
10 selection process.
11 Q.   Okay.  And that is specific to a
12 principal position, correct?
13 A.   That's correct.
14 Q.   So, this document sets forth certain
15 criteria that individuals need to meet that
16 are specific to the principal job in order to
17 move on to the next phrase, correct?
18 A.   For the principal-selection process.
19 Q.   Okay.  There is no such document for the
20 executive-director process, correct, that --
21 A.   There is -- go ahead.
22 Q.   -- that sets forth specific criteria
23 that they need to fulfill to be able to move
24 on to the next phase, correct?
25 A.   I don't recall such a document for our

Case 3:20-cv-01023-Document-140--Filed-07/27/22-Page 71 of 108-PageID #: 1988
EliteReportingServices.com
www.EliteReportingServices.com
277..280

1  executive directors, nor do I recall that for
2  the other hundred positions in our
3  organization.
4  Q.    But I'm asking about executive
5  directors?
6  A.    And I'm being clear about where --
7  Q.    Okay.
8  A.    -- it exists and where it doesn't.
9  Q.    Okay.  That -- thank you, that was my
10  question.
11      Who decided that there were going to be
12  panel interviews for the executive director
13  job?
14  A.    Again, that's a part of our standard
15  process for these types of positions, and I
16  agreed that that was -- would be the process
17  we would follow for these new executive
18  director roles.
19  Q.    Okay.  So, again, we're talking about
20  something narrow here?  Not what does Metro
21  normally do, but who for the executive
22  director job in Spring of 2020 decided that it
23  was going to be a panel interview?
24  A.    Yeah.
25  Q.    So, it sounds -- so, name?  Do you

1  remember the name of the person that made that
2  decision?
3  A.    So, myself and Chris Barnes --
4  Q.    Okay.
5  A.    -- had this conversation.  He was my
6  Chief of Human Resources.
7  Q.    Okay.  Who decided who was going to be
8  on the panel?
9  A.    That came from our HR team, so Chris
10  Barnes leads that team and makes a
11  determination around who the panelists should
12  be.
13  Q.    Did you approve the panel?
14  A.    I don't recall if I -- if -- if I did.
15  I don't believe I was a part of the panel
16  selection process at all.
17  Q.    Okay.  Do you know if some of the
18  members of the panel were not educators?
19  A.    I know -- I do know now that everyone
20  wasn't a certificated educator.
21  Q.    Okay.
22  A.    But it's also important that the
23  executive director's job include --
24  encompasses everything, both instructionally
25  and operationally, around the supports of our

1  schools.
2  Q.    Okay.  I'm curious about the
3  conversations that you had with Chris Barnes
4  before the panel discussions, okay.
5      So, it sounds like you and Chris
6  discussed that there would be a panel
7  interview, correct?
8  A.    That -- that we would follow our phased
9  interview process.
10  Q.    Okay.  Which was not written down for
11  the executive directors, correct?
12  A.    Which models after our principal
13  selection process.
14  Q.    But it's a "yes" or a "no".  We've
15  already established that it's not written
16  down.
17  A.    There is not a separate document --
18  Q.    Okay.
19  A.    -- for executive directors.
20  Q.    So, you and Chris Barnes had that
21  discussion.  You and Chris Barnes discussed
22  that it was going to be a panel interview for
23  the initial round of interviews, correct?
24  A.    That it would -- there would be phases
25  to the interviews, and there would be an

1  initial panel interview.
2  Q.    Okay.
3  A.    And/or.
4  Q.    Chris Barnes and/or other members of the
5  HR team chose the panelists, correct?
6  A.    Yes.
7  Q.    Okay.  When was the next time that you
8  heard anything about the executive director
9  interviews and how they were going?
10  A.    Yeah, so, the HR team, once we knew we
11  were moving forward with our interview
12  process, the HR team facilitates that.  I
13  mean, they do it for principal selections as
14  well.  So, they scanned the applicants to
15  determine the pool.  They determine the panel.
16  They determine the dates and times.  They
17  facilitate the panel interviews.
18      And then I moved in once we know we're
19  ready for the next phase of the interview
20  process.
21  Q.    Okay.  So, earlier when you testified
22  that you and Chris discussed the scores, that
23  was the next time that you recall --
24  A.    That's correct.
25  Q.    -- discussing the executive director

Case 3:20-cv-01023-B Document 149 Filed 07/27/22 Page 72 of 108 PageID #: 1989
E01023-B Deposition Reported Service Page 72 of 108 Page 73
281..284
www.EliteReportingServices.com

1 interview process, correct?
2 A. Yes, that's... (Respite.)
3 Q. Okay. Did you have any one-off
4 conversations before that conversation with
5 Chris Barnes with any of the interview
6 panelists about how it was going, their
7 thoughts, anything like that?
8 A. No, I definitely didn't have any
9 conversations with any of the interview
10 panelists.
11 Q. Okay.
12 A. It's possible that in conversation Chris
13 and I just talked about, like, How is it
14 going, you know, moving along --
15 Q. Uh-huh.
16 A. -- what dates do we need to get on my
17 calendar. So, we probably had some general
18 conversations like that, but I'm not -- I'm
19 not part of the panel interviews.
20 Q. Okay. And you don't -- do you remember
21 specifically any of those conversations that
22 you're describing with Chris Barnes --
23 A. Uh-huh.
24 Q. -- or you're just assuming that they
25 happened?

1 A. I'm just assuming --
2 Q. Okay.
3 A. -- that those might have happened,
4 because it's important for me to know when
5 you're going to be done with those interviews
6 so that I can schedule. I think everybody can
7 imagine what my calendar looks like --
8 Q. Sure.
9 A. -- so I can schedule the number of
10 interviews that I was going to have to conduct
11 myself.
12 Q. Sure.
13 Before the panel interviews began, did
14 you give Chris any directive about what topics
15 you wanted covered during those interviews?
16 A. Generally speaking, no. I was clear and
17 I'm always clear with my chiefs that we have
18 to make sure that we are selecting the best,
19 strongest candidates --
20 Q. Uh-huh.
21 A. -- for the roles. And so, my team, they
22 constantly hear me say that. That's not even
23 just specific to the executive director role.
24 We've gotta make sure that we have strong
25 leaders who can help us, again, advance the

1 mission of the organization.
2 Q. Uh-huh. Okay.
3 But you don't remember telling him
4 specifically, Make sure you ask about this, or
5 I really want to hear about their experience
6 about Y or Z?
7 A. Yeah, he probably -- I -- I don't
8 remember any specific conversations like that.
9 We -- we were in the process of building a
10 leadership framework, and we had been in
11 several, outside of this process, planning
12 sessions around what we were looking for in
13 our leaders moving forward.
14 So, though that knowledge wouldn't have
15 been -- he would have been unaware of kind of
16 some of those domains and hearing conversation
17 around what type of leaders we needed to be
18 recruiting and retaining.
19 Q. Okay. Did any of the people who
20 interviewed reach out to you directly to talk
21 about the executive director position?
22 A. I don't recall anyone specifically
23 reaching out to me about it.
24 Q. Did you have any discussions with any of
25 the people who interviewed, specifically about

1 their interview, the executive director
2 position, et cetera?
3 A. The only conversations I had would have
4 been in the phased interviews with myself
5 where I likely asked them to reflect on how
6 the interview went. That would have been a
7 common question I would have asked, but not
8 outside of that process.
9 Q. Okay. Who decided ultimately who was
10 going to move on to the next phased -- phase
11 of the phased interview for the executive
12 director position?
13 A. Yeah, so there was an initial
14 collaboration with myself and Chris around the
15 -- the kind of outcome of those interviews.
16 Q. Uh-huh.
17 A. And, then, it was my responsibility to
18 kind of weigh and balance that out with
19 additional information that I have in my
20 disposal. Again, I've served in the District
21 in many capacities for many years. And
22 ultimately it was my decision who was moving
23 on to the next phase of the interview.
24 Q. Okay. How long have you known Chad
25 High?

1  A.  I've only -- so, large District.  Been
2  in this District a long time.
3  Q.  Uh-huh.
4  A.  I've known of him for many years, but I
5  had not worked closely with him until he
6  became an executive director.
7  Q.  Okay.  Do you know what kind of degree he
8  has?
9  A.  I would imagine he would have -- that's
10  a tough question.  Are you talking about
11  bachelor's, master's degree?
12  Q.  Uh-huh.  Just asking if you know.
13  A.  Yeah.  No, I -- I would just imagine he
14  has an administrative licensure to be in the
15  roles that he's been in.
16  Q.  Okay.  And he was a principal before he
17  became an executive director, correct?
18  A.  That's -- that's correct.
19  Q.  Do you know if he had ever been in
20  Central Office before he became an executive
21  director?
22  A.  Not to my knowledge.
23  Q.  Okay.  Celia Conley was a principal at a
24  school that was doing poorly before she became
25  an executive director, correct?

1  A.  I don't know that to be correct.
2  Q.  Antioch Middle, are you familiar with
3  it?
4  A.  I am familiar with Antioch Middle.
5  Q.  Okay.  And what's your impression about
6  how Antioch Middle was doing during 2019/2020?
7  A.  Yeah, I do know that their status
8  shifted during that time, but I also know
9  that, I recall that there were some areas by
10  which they had some growth as well.
11  Q.  Okay.  When you say "status shifted",
12  what do you mean?
13  A.  I think they became a priority school
14  around that time as well.
15  Q.  Okay.  And do you specifically recall
16  what areas of growth those were?
17  A.  I do not right off.
18  Q.  Okay.  Felicia Everson-Tuggle, she was
19  an outside hire, correct?
20  A.  She was an external hire.
21  Q.  Yeah.  So, what made you decide that
22  Felicia was going to move on to the next phase
23  of interviews?
24  A.  So, as a part of the process, she
25  applied; she interviewed.  Chris shared the

1  results of that interview with me.  I took the
2  time to -- to kind of look at some of her
3  information and her background to determine if
4  she was going to move on to the -- to the
5  second phase of the interviews.
6  So, just again, a combination of things,
7  you know, assessing where she was from her
8  previous position, what her role was, what she
9  had communicated that she had done and the
10  impacts of that, kind of leveraged all those
11  data points to determine.
12  Q.  Okay.  Did Chris provide any commentary
13  to you outside of the spreadsheet?
14  And let me ask that a different way.
15  When you and Chris met and you reviewed that
16  spreadsheet that we looked at earlier, did he
17  give you any sort of additional information to
18  provide some context about how certain people
19  performed during the interview?
20  A.  I don't recall anything outside of that.
21  Q.  Okay.  Are you aware that there are
22  certain applants that scored very highly on
23  the panel interview that were not chosen for a
24  second round interview?
25  A.  I'm aware that the interview, the phase

1  one interview scores were there and that was
2  one part of the determination on if they were
3  going to move -- move to phase two.  And so,
4  that information was -- was leveraged to kind
5  of further inform who would move on to the
6  phrase two interviews.
7  Q.  Okay.  What data points did you consider
8  when you decided who was going to move on to
9  this phase two of the interview?
10  A.  Again, I have a lot of historical
11  knowledge with regards to performance, with
12  regards to kind of the culture and climate of
13  the district, our ability -- ability to move
14  and not move student outcomes in various areas
15  of the district.
16  So, all those things were considered as
17  a part of, and the needs of the District
18  moving forward.  That also had to be
19  considered with regards to who was going to
20  move on to the phase two interviews.
21  Q.  So, you considered your past experience
22  with individuals when you decided whether you
23  were going to move them on to the phase two
24  interview, correct?
25  A.  It was also another component of

Case 3:20-cv-01023-BJB-CHL  Document 140  Filed 07/27/22  Page 74 of 108 PageID #: 1991    289..292
E01023-B Deposition Reporting Services, LLC (615) 595-0073
www.EliteReportingServices.com

1  determining who moved on to the phase two
2  interview, where -- you know, what kind of
3  leader, what type of impact, skill set the
4  individual would bring to the District, and
5  the direction that we were moving in, because
6  it was important for me that we move forward
7  with a very high level of instructional
8  knowledge and expertise as well in this role.
9  And so, I had to consider where we were going
10  as a District as we made the final
11  determinations for executive directors.
12  Q.  Okay.  We've touched a little bit
13  earlier on Dr. Cathey and the grade
14  falsification incident.  That was at
15  Stratford, correct?
16  A.  That's correct.
17  Q.  Okay.  Dr. Cathey recommended that Dr.
18  Steele be terminated, correct?
19  A.  I do not recall his specific
20  recommendation.
21  Q.  Okay.  Let me pull up a document for
22  you.  (Attorney reviews document.)
23      So, just let me know if you can see what
24  I just pulled up?
25  ///

1  A.  (Witness reviews document.)
2      I can.
3      MR. FOX:  Yes.
4  BY MS. HARBISON:
5  Q.  Okay.  I'm going to scroll down so you
6  can see that this is a letter from you,
7  correct?  Is that your signature?
8  A.  That's correct.
9  Q.  Okay.  And this is a letter from you to
10  Dr. Michael Steele, correct?
11  A.  That's correct.
12  Q.  And just so the record is clear, Dr.
13  Steele was the principal at Stratford during
14  the allegations of grade falsification,
15  correct?
16  A.  He was the executive principal at
17  Stratford.
18  Q.  Okay.
19  A.  Upper school.
20  Q.  Okay.  And the first sentence says, "Dr.
21  Damon Cathey, community superintendent of the
22  northeast quadrant, has recommended that you
23  receive disciplinary action up to and
24  including termination based on the findings of
25  an internal investigation," correct?

1  A.  Yes.
2  Q.  Okay.  So, Dr. Cathey recommended
3  termination?
4  A.  Dr. Cathey, as I stated, recommended
5  that you receive disciplinary action up to and
6  including termination based on the findings of
7  the internal invest -- findings of the
8  internal investigation.
9      So again, I would need to see the rest
10  of the letter, but typically that means that
11  there's some level of disciplinary action
12  coming.  It could span up to termination but
13  not --
14  Q.  Okay.
15  A.  -- necessarily.
16  Q.  Let me show you another document that
17  might help recall -- help your recollection,
18  refresh your recollection.  (Attorney reviews
19  document.)
20      Now, this is a letter from Dr. Cathey to
21  you, correct?
22  A.  Yes, it appears to be.
23  Q.  Okay.  And take a second and look at
24  that and let me know once you've had a chance
25  to review it.

1  A.  (Witness reviews document.)
2      Okay.
3  Q.  Okay.  Does this letter help refresh
4  your recollection about Dr. Cathey's
5  recommendation as it relates to Dr. Steele?
6  A.  This specific document at the end says
7  it was recommending action of termination.
8  Q.  Okay.  And just to scroll down, this is
9  signed by Dr. Cathey?
10  A.  It appears to be, yes.
11  Q.  And this is to you, correct?
12  A.  That's correct.
13  Q.  Okay.  You did not terminate Dr. Steele,
14  correct?
15  A.  Dr. Steele was not terminated as a
16  result of the final investigation review.
17  Q.  Okay.  And do you recall having a
18  conversation with Dr. Cathey where you said he
19  was to blame for the grade falsification?
20  A.  That Dr. Cathey was to blame?
21  Q.  Yes.
22  A.  I recall having a conversation with Dr.
23  Cathey about, as I reviewed all the
24  documentation, and I want to remind us that I
25  have tons of these come through on a yearly

Case 3:20-cv-01023-BJD-LLL  Document 140  Filed 07/27/22  Page 75 of 108 PageID #: 1992
EO1023-BJD  Deposition  Reported by Elite Reporting Services  293...296
www.EliteReportingServices.com

1  basis.  But as I was reviewing it, there were
2  some -- there was some feedback that I had to
3  give to Dr. Cathey about areas of improvement
4  for him and -- and then following through on
5  this particular investigation.
6      So, there were some references he made
7  to conversations he had with Dr. Steele that
8  -- that did not come through in the
9  investigation.  There were some follow-up
10 points that Dr. Cathey and I talked about that
11 was not all the way seen through.
12     And so, we did have some conversations
13 about his supervision of the school to make
14 sure that these particular allegations were
15 progress monitored all the way through the
16 school year and not a result of what happened
17 at the end of a school year.
18 Q.   Okay.  Do you recall specifically, not
19 generalities, but specifically what you told
20 Dr. Cathey, what feedback you gave to Dr.
21 Cathey?
22 A.   I told Dr. Cathey that I was reviewing
23 all of the information that I was provided and
24 there were some questions that I still had
25 about the supervision of what was happening

1  and his role in progress monitoring and
2  providing feedback to the principal.
3  Q.   Okay.  And sorry, I'm having a hard time
4  following.
5      So, you told Dr. Cathey --
6  A.   Uh-huh.
7  Q.   -- that he should have done something.
8  What was that?
9  A.   So, specifically, it was around the area
10 -- could you -- could you scroll down just a
11 little bit?
12 Q.   Yep.  (Attorney complies.)
13 A.   So... (Witness reviews document.)
14     So, a part of this was, 'cause I
15 consulted with Dr. Cathey around this a few
16 times, just the -- the -- the rules around
17 ingenuity, when it could be used and how he
18 could progress monitor to make sure that the
19 -- that this particular school was assigning
20 students appropriately and was making
21 significant progress with their credit bearing
22 courses.
23 Q.   Is that documented anywhere in a written
24 or verbal, like in a memo, a written warning,
25 anything like that?

1  A.   No.  Again, this was specific feedback
2  that I was giving to Dr. Cathey as a result of
3  this investigation, and as I was considering
4  all the pieces of evidence that were provided
5  to me.
6  Q.   Okay.  But Dr. Steele was the principal
7  at the school where the grade falsification
8  occurred, correct?
9  A.   That's correct.
10 Q.   Okay.  And are you aware that that is a
11 misdemeanor, grade falsification?
12 A.   I'm aware that we investigated the sit
13 -- situation and did all of our appropriate
14 reporting in order to fully investigate the
15 situation at hand.
16     MR. FOX:  Objection to the form.
17 BY MS. HARBISON:
18 Q.   Okay.  But are you aware that it's a
19 misdemeanor?
20     MR. FOX:  Objection.
21 BY MS. HARBISON:
22 Q.   That's a "yes" or a "no"?
23     MR. FOX:  Objection to the form.
24     THE WITNESS:  Again, I'm aware that
25 we went through our investigative process and

1  reported it as such so that things could be
2  investigated fully.
3  BY MS. HARBISON:
4  Q.   So you're not aware that it's a
5  misdemeanor?
6  A.   I'm aware that we went through our
7  investigative process.
8  Q.   Okay.  It's a "yes" or a "no".
9  A.   Again, I'm aware that we went through an
10 investigative process.  I would have to rely
11 on our HR department around any other
12 information that would be layered onto that
13 specific allegation.
14 Q.   Okay.
15     MS. STEINER:  Just for the record, I
16 think she's entitled to a response.
17     MS. HARBISON:  Yeah.
18     MS. STEINER:  And she's not.  She's
19 hitting all around the world, but she's not
20 responding.  It's a simple question.
21     Do you know that that's a violation
22 of the criminal laws, "yes" or "no".
23     MR. FOX:  Well, I objected because
24 it's -- it calls for a legal analysis.
25     MS. STEINER:  It's not -- it's not

Case 3:20-cv-01023-BJD-MCR   Document 149   Filed 07/27/22   Page 76 of 108 PageID #: 1993
E0102-3 Bennett Reporting Service (6 05 169 000 3        297..300
www.EliteReportingServices.com

Page 301

1  legal.  That's like saying, murder.  Do you
2  know murder is a violation of the criminal
3  laws?  Some of the things are so common.
4       That's what she's asking.  Do you
5  have a common layman's knowledge that that's a
6  violation of the criminal laws.
7       MR. FOX:  Okay.  Common layman.
8  Okay.
9       MS. STEINER:  And I think we're
10  entitled to that.
11       MR. FOX:  All right.  Well, ask --
12  ask that again.
13  BY MS. HARBISON:
14  Q.   Yeah.  Do you know whether or not grade
15  falsification is a violation of Tennessee law?
16  A.   I realize that certain situations can
17  rise to a violation of the law.
18  Q.   And Dr. Cathey is the one that reported
19  this up to you, correct?
20  A.   I believe that I received this report from
21  Dr. Cathey.
22  Q.   Okay.  Because he was concerned about
23  it, correct?
24  A.   Again, I can't speak for Dr. Cathey.  He
25  did bring this to my attention, and of which I

Page 302

1  asked for us to go ahead and investigate and
2  to look into it.
3  Q.   Okay.  What is the difference between a
4  community superintendent and an associate
5  superintendent?  I just want to make sure the
6  record's clear, because I think sometimes
7  we've been referring to them interchangeably --
8  A.   Uh-huh.
9  Q.   -- throughout the deposition.
10  A.   So, for about two or three years --
11  Q.   Uh-huh.
12  A.   -- there was a layer of supervisory --
13  of our supervisory model.  We had community
14  superintendents, what -- which refers to high-
15  level leadership within the District that is
16  focused on supporting quadrants of schools,
17  regardless -- excuse me, regardless of the
18  tier.
19       And so, community superintendents
20  supported from pre-K all the way through high
21  school.
22  Q.   Uh-huh.
23  A.   And the adjustment then came where we,
24  and through lots of feedback and data points
25  that we adjusted it to associate

Page 303

1  superintendents to focus more on a specific
2  tier.  So, associate superintendents were
3  assigned by elementary, middle, and high
4  school.
5  Q.   Okay.  Let me make sure that I've got it
6  -- clean this up a little bit.
7       MS. HARBISON:  Did I make the  phased
8  process Exhibit 15?  What's the last numbered
9  exhibit?
10       THE REPORTER:  The last one is 14.
11       MS. HARBISON:  Okay.  So, can I --
12  and what was that, the budget?
13       THE REPORTER:  The budget.
14       MS. HARBISON:  Okay.  So, can I make
15  that phased principal process Exhibit
16  Number 15, please.
17       (WHEREUPON, a document was marked as
18  Exhibit No. 15.)
19       MS. HARBISON:  The Dr. Battle,
20  June 21st, 2019, letter to Dr. Steele
21  Exhibit 16.
22       (WHEREUPON, a document was marked as
23  Exhibit No. 16.)
24       MS. HARBISON:  And the June 7th
25  letter from Dr. Cathey to Dr. Battle

Page 304

1  Exhibit 17.
2       MR. FOX:  No objection.
3       (WHEREUPON, a document was marked as
4  Exhibit No. 17.)
5  BY MS. HARBISON:
6  Q.   Did you and Dr. Cathey become community
7  superintendents at the same time?
8  A.   We did.
9  Q.   Okay.  Did Sito Narcisse make the
10  decision as to who to promote to the community
11  superintendent role?
12  A.   That process was a phased process as
13  well.
14  Q.   Okay.
15  A.   So, we went through two phases of
16  interviews, and the Director of Schools made
17  that final decision.
18  Q.   Okay.  And that was Shawn Joseph at the
19  time?
20  A.   That's correct.
21  Q.   Okay.  Do you know that when Dr. Cathey
22  was promoted to community superintendent, the
23  letter specifically cited his, quote,
24  Excellent leadership skills and relationship
25  building?

1   A.   I'm not aware of any --
2   Q.   Okay.
3   A.   -- particular personal letter that went
4   to Damon.
5   Q.   Okay.  Do you know that Dr. Cathey was
6   named Supervisor of the Year by the Tennessee
7   Principal's Association in 2019?
8   A.   I think I recall that.  And again,
9   that's an external organization to Metro
10  Nashville Public Schools.
11  Q.   Okay.  And that Dr. Cathey's been a
12  leader at his church since 1993?
13  A.   I'm unaware of his personal leadership
14  roles.
15  Q.   Okay.  Dr. Cathey has over 25 years
16  experience in public education.  Does that
17  sound right to you?
18  A.   That sounds --
19  Q.   Okay.
20  A.   -- fair.
21  Q.   He's been an assistant principal; do you
22  know?
23  A.   I believe he was assistant principal.
24  Q.   Okay.  And he's been a principal, right?
25  A.   Yes.  He's been a principal.

1   Q.   He's been an executive principal?
2   A.   Principal and executive principal are
3   the same thing.
4   Q.   Okay.  He held the executive director
5   position, as a matter of fact, in the past,
6   correct?
7   A.   That's correct.
8   Q.   He was a community superintendent and he
9   was an associate superintendent, correct?
10  A.   Community and associate are very
11  similar.
12  Q.   Okay.  But they're not the same,
13  correct?
14  A.   That's correct.
15  Q.   Okay.  Are you aware of any write-ups in
16  Dr. Cathey's file related to his performance?
17  A.   I'm not personally aware of write-ups in
18  his file.
19  Q.   Okay.
20       MS. HARBISON:  I think I may be done
21  if you want to get to the other one.
22       MS. STEINER:  Hang on one second.
23       MS. HARBISON:  We might --
24       MS. STEINER:  Could we talk for
25  just a second?

1        MR. FOX:  Yeah.
2        MS. HARBISON:  Yeah.
3        MR. FOX:  Off the record.  We can
4   take a break.
5        MS. HARBISON:  Yeah.
6        THE VIDEOGRAPHER:  We are off the
7   record at 4:08 p.m.
8        (Short break.)
9        THE VIDEOGRAPHER:  We are on the
10  record at 4:12 p.m.
11       MS. HARBISON:  Okay.
12  BY MS. HARBISON:
13  Q.   Dr. Battle, we're just about done.
14       Are you aware of any write-ups in Jane
15  Doe's file?
16  A.   Again, I'm not her direct -- I wasn't
17  her directed supervisor, so I'm unaware of
18  that information.
19  Q.   Okay.  So no, correct?
20  A.   Correct.
21  Q.   Okay.  So, I'm going to ask you a couple
22  questions similar to that, and what I'm asking
23  is whether you personally, Dr. Battle, whether
24  you are aware, okay?
25  A.   Okay.

1   Q.   Are you aware of any disciplinary
2   actions against Jane Doe?
3   A.   No.
4   Q.   Okay.  Are you aware of any write-ups in
5   Dr. Bailey's file?
6   A.   I personally am not aware.
7   Q.   Okay.  Are you aware of any disciplinary
8   actions against Dr. Bailey?
9   A.   I'm personally not aware.
10  Q.   Okay.  Are you aware of any write-ups in
11  Lily Leffler's file?
12  A.   I am personally not aware.
13  Q.   Okay.  Are you aware of any disciplinary
14  actions against Lily Leffler?
15  A.   I'm personally not aware.
16  Q.   Okay.  Are you aware of any write-ups in
17  Pippa Meriwether's file?
18  A.   I'm personally not aware.
19  Q.   Okay.  Are you aware of any disciplinary
20  actions against Pippa Meriwether?
21  A.   I'm personally not aware.
22       MS. HARBISON:  Is that all?
23       (Conference between co-counsel.)
24  BY MS. HARBISON:
25  Q.   Have you answered all of our questions

1 truthfully today?
**2 A. Yes.**
3 Q. Okay.
4    MS. HARBISON: No further questions.
5    MR. FOX: Okay. I guess we're done.
6 The witness would like the opportunity to read
7 and sign. Thank you.
8    THE VIDEOGRAPHER: This concludes
9 this deposition. The time is 4:13 p.m.
10    (An off-the-record discussion was
11 held.)
12    THE REPORTER: Ann, is two weeks
13 okay, or will you need this transcript sooner?
14    MS. STEINER: Oh yeah, two weeks is
15 fine.
16    MS. HARBISON: And I'll order a copy
17 of these.
18    THE REPORTER: Okay. Brooks, are you
19 going to need a copy as well?
20    MR. FOX: Yes.
21    THE REPORTER: Okay.
22    FURTHER DEPONENT SAITH NOT
23    (Proceedings concluded at 4:13 p.m. CST.)
24
25

1    REPORTER'S CERTIFICATE
2 STATE OF TENNESSEE
  COUNTY OF WILLIAMSON
3
4    I, Roy M. Curry, Jr., court reporter,
5 with offices in Franklin, Tennessee, hereby
6 certify that I reported the foregoing video
7 deposition of DR. ADRIENNE BATTLE by machine
8 shorthand to the best of my skills and
9 abilities, and thereafter the same was reduced
10 to typewritten form by me.   I am not related
11 to any of the parties named herein, nor related
12 to their counsel, and have no interest,
13 financial or otherwise, in the outcome of the
14 proceedings.
15    I further certify that in order for this
16 document to be considered a true and correct
   copy, it must bear my original signature and
17 that any unauthorized reproduction in whole or
   in part and/or transfer of this document is not
18 authorized, will not be considered authentic,
   and will be in violation of Tennessee Code
19 Annotated 3-914-104, Theft of Services.
20
   _____
21 ROY M. CURRY, JR., B.Q.R, LCR, RPR, CRI, CCR
   Bachelor's Degree of Court Reporting,
22 Licensed Court Reporter
   Registered Professional Reporter
23 Certified Reporting Instructor,
   Certified Court Reporter, and
24 Notary Public
   State of Tennessee At Large
25
   LCR #202 - Expires:    6/30/2022

1    C E R T I F I C A T E
2    I, DR. ADRIENNE BATTLE, having read the
   foregoing deposition, Pages 1 through 309, do
3 hereby certify said testimony is a true and
   accurate transcript, with the following changes
4 (if any):
5 PAGE   LINE        SHOULD HAVE BEEN
6 _____ _____ _____
7 _____ _____ _____
8 _____ _____ _____
9 _____ _____ _____
10 _____ _____ _____
11 _____ _____ _____
12 _____ _____ _____
13 _____ _____ _____
14 _____ _____ _____
15 _____ _____ _____
16 _____ _____ _____
17 _____ _____ _____
18
19
20    _____
       DR. ADRIENNE BATTLE
21
22 _____
   Notary Public
23
   My Commission Expires: _____
24
25

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 79 of 108 PageID #: 1996
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
309..311

## Exhibits

**Ex 01 - Dr. Adrienne Battle** 4:11 28:24 29:3

**Ex 02 - Dr. Adrienne Battle** 4:15 90:3,6

**Ex 03 - Dr. Adrienne Battle** 1:4,5 4:17 113:11

**Ex 05 - Dr. Adrienne Battle** 4:20 147:12

**Ex 06 - Dr. Adrienne Battle** 4:23 176:8

**Ex 07 - Dr. Adrienne Battle** 5:1 182:9

**Ex 08 - Dr. Adrienne Battle** 5:4 187:3

**Ex 11 - Dr. Adrienne Battle** 5:10 254:15

**Ex 12 - Dr. Adrienne Battle** 5:12 254:15 265:20

**Ex 13 - Dr. Adrienne Battle** 5:14 262:9

**Ex 14 - Dr. Adrienne Battle** 5:16 267:7

**Ex 15 - Dr. Adrienne Battle** 5:19 303:8,15,16,18

**Ex 16 - Dr. Adrienne Battle** 5:21 303:21,23

**Ex 17 - Dr. Adrienne Battle** 5:23 304:1,4

---

## $

**$1** 248:12

**$100** 228:13,18 237:25 249:2

**$15** 241:12

**$185,000** 139:19

**$3** 250:22

**$3.8** 231:7

**$5** 236:4 241:3

**$948** 266:16

**$948,873,000** 233:7

---

## (

**(a)(2)** 164:4

**(b)** 164:15

**(b)(1)** 164:16

---

## 1

**1** 28:24 29:3 237:8 239:19 242:19 248:8,9, 10,13

**10** 219:13 239:14 242:13, 18 251:19

**100** 243:5

**10:29** 73:20

**10:42** 73:23

**11** 254:12,15

**11,000** 13:23 247:1

**12** 58:16 254:13,15 265:12,20

**12:09** 154:10

**12th** 13:3

**13** 262:9

**130** 93:1,3,8

**13th** 213:7

**14** 22:15,20 267:4,7 303:10

**140** 31:13 93:3,8

**1484** 262:6

**1492** 262:7

**15** 58:16 239:15 303:8, 16,18

**16** 303:21,23

**160,000** 249:16

**16th** 7:4 187:23 188:2

**17** 304:1,4

**17th** 263:11,16

**180,000** 249:12

**185,000** 253:7

**18th** 268:22 269:1

**1993** 305:12

**19th** 229:9 235:21 236:1 237:7 239:12 254:9

**1:20** 154:13

**1st** 17:7 28:23

---

## 2

**2** 90:3,6

**2.8** 126:8

**20** 31:16 58:1 207:25 259:18

**20,000** 249:14

**200** 245:3

**2010** 202:24

**2011** 202:24

**2012** 202:24

**2014** 208:19,25 209:4

**2015** 53:4 154:23 155:1 203:10 211:3 214:19 215:25 216:5

**2016** 43:9 215:5

**2018** 187:23 198:14 214:10

**2019** 9:4 43:17,20 56:15, 17 57:16 58:1 70:21 207:12,16 208:1 210:7,8, 11 211:3 303:20 305:7

**2019/2020** 56:21 57:5,12 58:4 60:14,21 62:2,21

**66:14 132:5 290:6**

**2020** 9:5,14,25 14:14,20 16:4,6,18 17:5,8 19:13 29:6,24 31:9,12 43:19 56:15 70:21,23 73:9 81:12 85:11 94:17 101:17 113:6 130:20,22 134:21 137:9 177:20 179:24 182:25 184:5,18 185:1 197:6 198:18 201:24 202:7,10,11 210:8,13 213:9 219:22 225:13,15 229:9 230:8 239:6 243:2 244:2,6,24 247:8,10,14 248:7,22 253:14,22 254:9,11 258:21 263:12 266:22 270:21 274:24 278:7 281:22

**2020/2021** 263:5,25

**2021** 207:12,16 244:2 268:22 269:1

**2022** 7:5

**21** 28:24

**21st** 303:20

**222** 7:15

**22nd** 118:19

**230** 244:23

**23rd** 118:20 119:1

**24** 31:16 207:15 208:1

**25** 305:15

**26** 179:24

**27th** 258:21

**29th** 177:20 182:24 183:9,12,23

**2nd** 13:5,6

---

## 3

**3** 113:11 129:16 242:7,12

**3,800,000** 230:24 231:15 232:15

**3.1** 126:5

**3.2** 124:22 126:4,6,7,8,11

**3.3** 126:8,9

**3.5** 126:10,11,12,13

**3.6** 123:22,23 124:21 126:4,5,12

**3.7** 126:5,7,9,11

**3.8** 126:5,10

**3.9** 126:4

**30** 183:3 232:8,10 237:13 240:13

**300** 23:2

**30th** 185:1 236:22 239:6 254:11 264:13,19 265:2, 25

**3:03** 254:3

**3:16** 254:6

**3:20-cv-01023** 7:10

---

**4**

**4** 129:15,17,18,19

**42** 28:23

**431** 245:1

**432** 245:1

**47** 260:9

**49-5-511** 163:16,23

**4:08** 307:7

**4:12** 307:10

**4:13** 309:9,23

**4th** 85:11 113:6 181:25 182:19,22 184:5,18

---

**5**

**5** 147:12 233:24 235:19 237:2,4,6 239:8,11,12,20 240:8,21

**5,000,400** 242:1

**5,400,100** 230:16

**50** 243:1

---

**6**

**6** 176:8

**60** 226:7

---

**67** 227:8

---

**7**

**7** 182:9,16

**70** 226:7

**7th** 303:24

---

**8**

**8** 187:3

---

**9**

**9** 208:6

**948** 233:14

**948-** 232:1

**948.8** 266:18

**950** 264:1

**950,000** 264:1

**950-** 264:9

**98,000** 69:2

**9:16** 7:6

---

**A**

**a.m.** 7:6 73:20,23

**abilities** 77:10

**ability** 10:23 33:3 35:25 53:17 199:2 292:13

**abreast** 14:25

**absolutely** 63:3 83:22 110:16 124:18 138:23

**academic** 53:14 198:8

**academically** 53:19

**Academies** 44:4

**accept** 161:23

**access** 40:13 51:13

**accessible** 261:15

**accident** 41:16 42:14

**accomplish** 171:7 172:24

**accordance** 176:3

**account** 232:19

**accountability** 97:21

**accountable** 152:11

**accounting** 243:10

**accredited** 146:24

**accurate** 61:14 62:1,4,6 85:23 94:7,9 96:7,12 133:24 155:12,17 176:17 177:14 184:20,22 207:9 210:12 211:4 219:24 221:23 242:16 260:6,7, 16 266:23 268:15 269:2, 11

**accuse** 156:7

**achieve** 53:18

**achievement** 205:9 206:17

**acknowledgment** 150:23

**acronym** 197:14

**action** 31:25 51:2 64:20 77:3 78:7 80:10 94:3 196:12 197:4 255:21 294:23 295:5,11 296:7

**actions** 78:16 88:24 201:15 308:2,8,14,20

**activities** 16:21

**activity** 72:25 73:6,12 130:19 131:4,11,16 139:21 140:4 223:15 225:2 226:5,8 227:6,10

**actual** 12:16 14:5 107:5 242:23 251:17 271:11

**actuals** 242:23 252:24

**adapt** 235:6

**add** 13:16 128:6 129:6 144:17 172:10

**adding** 98:18

**addition** 180:13 242:3

**additional** 98:12 128:19 167:15 206:18,23 231:10 288:19 291:17

**address** 58:7,10

**addresses** 259:11

**adequate** 205:24

**adjust** 235:6 238:14,15 260:11

**adjusted** 186:11 302:25

**adjustment** 302:23

**adjustments** 63:10 83:12 159:6,12 210:20 236:13 238:13 241:6 252:14

**adjusts** 195:17 239:2

**administer** 220:9

**administrative** 19:7,11 76:6 195:24 237:21 238:3 289:14

**administrator** 156:25

**adopted** 229:9

**Adrienne** 7:8 8:9,17 21:20 259:9

**advance** 79:6 168:20 206:16 275:6 286:25

**advancing** 169:13 227:2

**advantages** 204:1

**adversely** 260:12

**advice** 101:11

**advise** 134:9 159:19 181:20 197:19

**advisement** 169:2 226:19 244:9

**advising** 49:1

**affected** 10:23 226:6 243:15

**affirm** 34:18

**affirmed** 174:25

**afire** 27:10

**afternoon** 254:19

**age** 24:1

**agenda** 179:7,10 180:15 201:16

**agendas** 179:2

**agree** 75:8 80:24 87:2 88:2,13 119:15,19 120:2 165:3 166:10 184:6,8,9,

Case 3:20-cv-01023-B Document 140 Filed 07/27/22 Page 81 of 108 PageID #: 1998
*Elite-Brentwood Reporting Services*
*www.EliteReportingServices.com*

i2

11 185:11 206:2 227:5,8
237:6,10 239:11,18
242:19,21 264:5

**agreed** 65:5 281:16

**agreement** 278:20

**ahead** 81:18 280:21
302:1

**Alex** 209:9

**align** 77:23 244:12

**alignment** 231:11

**allegation** 18:23 19:24
71:19 156:10,14,16
193:24 194:1 300:13

**allegations** 71:21
227:15 294:14 297:14

**alleged** 14:15,22

**Allovue** 257:7,8

**alter** 19:4,6

**altercation** 188:14
189:21

**altering** 18:14,20 19:12

**Amended** 21:20

**amendments** 232:12

**amount** 97:20 260:23

**analysis** 159:23 163:19
244:16 260:21 300:24

**and/or** 39:21 221:16
246:3 284:3,4

**angles** 81:20

**Ann** 7:23 13:10 84:19
85:2 162:21 163:1
257:24 265:13,19 309:12

**Annotated** 163:15,23

**annual** 237:22

**annually** 238:6

**anonymous** 99:20,25
101:14,18 118:20

**anonymously** 101:24

**answering** 115:8

**answers** 260:5

**anticipated** 232:25
242:25 250:24

**anticipating** 242:22
244:10

**Antioch** 290:2,4,6

**apparently** 211:21

**appealed** 51:1

**appeals** 50:16,21

**appears** 85:16,25 96:10,
13 145:10 184:19,22
207:8,25 231:17 258:16
263:4 295:22 296:10

**appendix** 280:5

**applicant** 12:6 33:22
37:2,11 39:20

**applicants** 36:2,6
106:17 122:12 129:2
284:14 291:22

**application** 35:9 223:24

**applied** 95:17,20 102:10
127:11 133:16 169:3
183:5 223:23,25 290:25

**applies** 157:4

**apply** 11:4 79:25 91:9
96:19 98:23 104:16,25
105:3 157:3,8 182:2
223:20

**applying** 103:3 104:11
224:5 275:18

**appointed** 9:10,13 73:25

**appointing** 10:5 11:13
98:5

**appointment** 11:16
184:25 185:13

**approach** 24:9 79:12
199:2 275:3

**approaches** 24:9,16

**appropriately** 298:20

**approval** 157:19,20
158:6 159:14,21 160:20
165:23 166:17 178:11,15
180:7 236:18 240:4
250:2

**approvals** 158:5

**approve** 158:10 159:2,6,
16 178:10 282:13

**approved** 39:10 45:15,

17 149:18 157:14 160:22
168:7 178:18 231:7
241:20

**approves** 158:13 239:25

**approximate** 31:14

**approximately** 31:16
43:16,17 207:25 250:15

**approximation** 14:4

**April** 9:4 177:20 182:24
183:9,12,23

**area** 50:10 159:19
188:12 225:21 298:9

**areas** 200:18 204:7
235:6 256:22 290:9,16
292:14 297:3

**argument** 194:11

**arrears** 245:7

**Ashford** 148:3 149:6,8

**asleep** 26:22

**assess** 94:11 95:1
116:14

**assessing** 291:7

**assessment** 21:6 70:8
140:13 210:18 239:22

**assessments** 203:12
220:10

**assign** 36:16

**assigned** 303:3

**assigning** 298:19

**assistant** 95:18 188:22
305:21,23

**associate** 32:12,20
131:21,24 132:2,4,6,18
135:11,15 137:2,7 139:3
140:2 222:5 272:19
278:25 302:4,25 303:2
306:9,10

**association** 7:19 197:9
305:7

**assume** 28:16 150:12

**assuming** 25:4 121:17
285:24 286:1

**athletics** 197:11

**attachments** 259:25

**attempted** 256:1

**attendance** 76:16

**attention** 63:20,22
301:25

**attorney** 21:8 22:8 31:5
54:13 73:14 84:2,5,16
90:9 96:25 113:13 114:1,
16 115:15 130:9,10
146:14 161:16 176:11,23
177:9 179:17,20,25
182:13,18 184:13 198:3
203:16 208:8,10 221:3,8
232:4 257:23 267:15
293:22 295:18 298:12

**August** 213:7

**authority** 31:19 157:16
161:3 166:12 194:15
196:25

**Avenue** 7:15

**average** 115:22,23 116:2
122:11,24 123:20,22
125:4 126:25 128:3
252:23

**awake** 26:21

**award** 198:7,16 199:8

**aware** 15:10,22,23 16:6,
19 17:9,13 18:17 19:14,
16,19 29:18,21,25 30:4
31:4 45:4 47:5 48:18
49:2,6 71:24 72:3 87:6
95:20 102:23,24 105:2
129:24 130:19 131:5,12,
18,19 135:14,19,23
136:2 150:5 157:2,7,11,
13,16,25 158:4,12 159:4,
10 184:3 197:24 225:20
230:1 248:11 249:18,20
255:22 256:1,20 257:6,
12,15 272:16 277:2,4
291:21,25 299:10,12,18,
24 300:4,6,9 305:1
306:15,17 307:14,24
308:1,4,6,7,9,10,12,13,
15,16,18,19,21

**awareness** 148:14

---

**B**

**baby** 23:9 189:17

**bachelor's** 289:11

**back** 20:5 22:15 38:25
40:22 42:5 52:7,14,15,21
64:3 68:5 72:6 84:11
94:22 112:10 113:22
114:21 115:12 121:8
127:13 134:21 135:3
146:12,17 154:15 166:25
167:1 169:1 175:20
182:11 187:7 189:9,24
190:1 196:11,25 199:9
223:17 228:7 236:16
237:13 239:5 240:5,11
241:2 244:5 247:23
248:22 255:17 265:10
268:18,24

**background** 42:16
142:1 206:4 291:3

**backing** 90:20 128:12

**backtrack** 185:2,7

**Bailey** 7:25 52:2 53:10
54:8 55:6,21 57:19 58:25
61:23 88:19 89:2,7,12,19
90:21 91:12 93:25 94:18
95:16 96:5 135:20 136:1
154:18 155:13 184:18,23
185:16,20,23 187:6,9,17
189:18 190:7,10 191:13
193:2,10 194:14,24
196:1 197:5 198:14
199:12 200:10,17 201:7
202:1,8,13 218:4,20
220:15 223:25 308:8

**Bailey's** 135:23 308:5

**balance** 229:22 234:11
237:13 239:3 241:4
242:24 243:9 250:3
264:23 288:18

**balanced** 79:12 199:1

**Ball** 126:8 130:15 133:25

**bananas** 163:9

**barely** 129:22

**Barnes** 49:3,20,21 50:2,
5 51:3,9,19,25 74:25
75:7 86:5,18 102:17
105:23 106:13 107:9,25
108:10 109:14 111:12
114:12 115:10 116:16
117:21 118:6 119:8,11
120:14 121:6 173:16,17
183:15 247:15 248:3
271:24 282:3,10 283:3,
20,21 284:4 285:5,22

**Barnes's** 111:21 112:10

**Barry** 248:17

**based** 19:20 21:6 25:20
36:13,17 46:20 77:11
91:19 94:2 100:19
124:11,13 133:7 160:22
164:24 165:16 169:10,16
171:5,7 174:1,10 185:5,
14 188:16,18 193:18
205:16,25 210:3 213:13
226:17 231:6 235:6
237:14 239:3 240:5
244:15 245:24 246:8
249:7 251:4 252:21,25
294:24 295:6

**baseline** 263:25 264:9
266:15,22

**basic** 23:10

**basically** 34:18 86:14

**basis** 183:25 193:21
251:24 261:14 297:1

**basketball** 45:2,11
187:24,25 188:4

**Bates** 262:5

**Battle** 7:8 8:9,17,18
21:15,20 44:2 67:24
73:25 85:9 113:14 114:4
154:15 163:11,21 177:6
224:10 236:10 254:20
258:12,14 259:9 262:11
263:2 267:17 303:19,25
307:13,23

**Baxter** 214:3

**bear** 262:25

**Beard** 209:17,23

**bearing** 298:21

**beasts** 26:11

**beat** 27:12 215:9

**began** 44:10 286:13

**begin** 229:16 236:14

**beginning** 20:17

**behalf** 21:22 51:17

**behavior** 53:20,22,25

**behaviorally** 53:19

**behind-the-scenes**
102:4

**beholder** 110:5

**Bend** 216:22

**benefit** 104:7

**benefits** 226:24

**BEP** 41:7,8,10

**big** 243:24

**bigger** 90:11 177:2,7,8

**bit** 42:16 90:11,17 98:18
141:25 147:17 170:14
177:7 185:8 187:6 194:6
205:15 226:7 227:21
238:19 243:17 246:13
293:12 298:11 303:6

**black** 22:24 23:8 26:11,
13 27:2,8,9 84:12

**blame** 262:13 296:19,20

**board** 9:9,19 10:3 11:1,
11 31:25 32:11 47:6,12,
15 48:1,4,8,17,19 49:2,6,
8 50:3,6 65:25 74:2,6,9,
12 75:9,11,13 92:1
157:15,19,20 158:3,6,9,
12 159:1,5,14,15,21
160:17,20 164:22 165:4,
14,21,22,24 166:11,16,
20,23 168:7 178:9,12,14,
22,23 179:1,2,4,11
180:6,10,15 181:6 182:7
238:14,15 239:25 246:2,
9

**board/director** 74:17

**Bob** 266:5

**body** 27:4 38:8 39:8

**Boggs** 74:11,12

**Booker** 243:21,22
248:17

**born** 43:25

**bothered** 120:4

**bottom** 28:22 233:21

**boy** 23:9

**Braisted** 258:18

**brand** 277:12

**break** 13:18 23:15 27:5
73:21 154:6,7,11 254:4
307:4,8

**breaking** 23:11 26:10
27:3

**breeding** 27:16

**Brian** 218:7,10

**bring** 66:5 293:4 301:25

**broad** 246:14

**broke** 55:15 65:5

**broken** 27:2

**Brook** 84:20 85:6

**Brooks** 8:3 309:18

**brother** 44:1 47:1 49:4
50:19 51:3,9,24 74:18,25
75:8 135:21 139:23
187:8 188:6,19,21,23
189:9,21 191:6,7 192:16,
18 193:4,11,14,24 194:4,
14 195:1 196:6,20

**brought** 47:19 48:25
63:19,22 150:14

**browser** 161:21

**brunt** 260:11

**budget** 71:8,13,23 72:2
81:5,8,11,19,25 82:2,5,
12,15 83:4,11,14,17,19
86:2 96:15,23 99:3
158:13,14 159:7,13
160:23 177:21 184:10,25
226:23 227:21,23 228:9,
13,17,19,21,23 229:6,8,
24 230:1,5,7,19 231:8,25
232:5,9,11,14,18,22
233:3,7 234:11,12,21
235:12,15,22 236:1,23
237:7,14,19 238:1,11,18,
21,24 239:3,13,25 240:6,
9 241:4,5,15,25 243:6
248:10,14,16 250:4
252:6 253:3 254:9,10
255:23 256:21 257:9,16
260:24 263:5,25 264:14,
19,20,23 265:3 266:2,5,
6,10,11,15 267:2 303:12,
13

**budget-building** 234:22
236:11,17

**budgeting** 159:5 227:24
264:8

**budgets** 227:22 230:11
249:21 252:9 265:7

E01023 - Bowden - Appellate Reporting Services - eXpedited i4
www.EliteReportingServices.com

**Buggs** 49:10,17 51:19 74:12,18,22,24 75:7

**build** 201:16 232:18 236:14 238:22 239:24 253:3 274:9

**building** 7:14 230:5 287:9 304:25

**buildings** 235:1

**built** 252:10 265:5

**bull** 27:11

**bunch** 13:13

**Burros** 262:22,23

**buttons** 258:7

**C**

**cabinet** 62:10 138:5 247:4

**calculating** 125:23

**calculation** 122:14

**calculations** 125:9 128:13,23 248:15

**Caldwell** 211:10

**calendar** 188:2 285:17 286:7

**call** 24:20 59:9 65:7 74:24 147:20 190:23 191:1 192:8

**called** 8:10 23:3 33:16 65:13 99:10 103:22 121:8 169:6 189:19 191:3 192:10 219:16 266:4,13

**calling** 65:8 163:18

**calls** 75:12 159:23 193:9 300:24

**candidate** 99:25 101:1 118:12 120:3 143:25 146:3 280:4

**candidate's** 114:8

**candidates** 96:1 107:14 116:23 117:10 218:12 274:12 286:19

**capable** 203:22

**capacities** 259:19

**288**:21

**capacity** 79:11 97:17 211:20

**capital** 260:1

**capture** 125:24 201:19 248:12 250:24

**captured** 26:14 206:8 232:23

**capturing** 102:5 124:6

**car** 41:15 42:14

**care** 196:20,21

**Carl** 117:8 124:21 126:3 131:8 134:2

**Carolina** 108:13

**Carrasco** 71:9,15 225:8

**carry** 160:23 251:14

**Carter** 117:8 124:21 126:4 131:8 134:2

**case** 7:10 21:22 42:3,11 67:1 72:11,15,21 110:4 156:6 178:20 203:15 208:12 210:14 225:17 254:21,25 261:18 280:3, 5

**cases** 41:5 167:21 227:18

**categories** 174:16

**categorization** 174:24

**category** 17:21 46:6

**Cathey** 8:2 13:12 18:13, 17,19 19:1 29:15 32:23 57:3,12,19 59:1 61:23 64:2 126:6 136:3 152:25 155:18 192:15,23 221:9, 18 223:2 224:18 254:21 293:13,17 294:21 295:2, 4,20 296:9,18,20,23 297:3,10,20,21,22 298:5, 15 299:2 301:18,21,24 303:25 304:6,21 305:5, 15

**Cathey's** 57:4 296:4 305:11 306:16

**caught** 162:17 186:10

**caused** 86:1 96:22

**Cecelia** 131:13

**Cecilia** 134:3 210:22

**Celia** 210:25 289:23

**Central** 14:2,5,13,21 15:6,24 16:6,19 17:9,18 19:14 29:7 30:13,21,25 32:13,15,17 222:8 226:4 231:20 233:21 235:9,20 237:2 238:7 239:19 240:25 255:23 256:10,21 257:8 260:13,19,20,23 261:20 275:18 289:20

**certificated** 144:10,20, 21,23,25 229:18 230:6, 21 231:11 233:1 241:24 282:20

**certified** 33:7

**cetera** 288:2

**CFO** 247:18,21

**Chad** 103:13,16,17,19 104:10,25 105:5,9 107:4, 16,21 108:2 109:24 111:6 117:13,16,21,22 118:1,6,8 129:6,22 131:13 134:3 288:24

**Chae** 114:10 131:7 134:2

**challenge** 63:19,21 77:5 233:15

**chance** 20:17 190:24 191:1 295:24

**chancery** 41:9

**chances** 11:25

**change** 47:13 48:14,20 159:20 205:25 212:11 266:16

**changed** 47:7 49:4 51:6 87:23 99:8,9

**changing** 50:13

**character** 205:13

**characterized** 87:21

**charge** 15:10 147:25

**charged** 164:11 233:18

**charter** 31:10 44:6,8,10, 24 45:13,18

**charters** 45:19

**check** 33:6 38:2 112:1

**checking** 35:19 36:6

**checks** 33:2 35:6 36:23

**chef** 160:9

**chefs** 160:10

**chief** 57:7 62:10 69:21 104:20,22 105:23 106:14 111:11,13 139:13,15 140:14 142:18,19 143:4 173:16 183:14 201:19,21 227:25 242:15 243:3,12, 19 245:4 247:15,16,17, 18,21 250:13 253:10,16, 18 264:15 271:24 282:6

**chiefs** 149:14,15 200:20 201:14 245:17 246:19 247:5,14 270:25 286:17

**child** 206:4,11,21

**child's** 20:9

**children** 69:24

**choice** 62 141:12 147:14,25 148:12,15,17, 23 249:10

**chose** 284:5

**chosen** 132:10 291:23

**Chris** 49:3,12 51:3,8,19 74:24 75:7 86:4,18 102:17 105:23 106:13 107:9,24 108:6,10 109:13 111:11 112:10 114:12 115:10 116:16 117:20 118:6,11 119:8, 8,11 120:14 121:6 123:9 127:25 173:16,17 183:15 228:2 234:13 247:15,17 248:3,5 258:17 271:24 282:3,9 283:3,5,20,21 284:4,22 285:5,12,22 286:14 288:14 290:25 291:12,15

**Chrises** 49:23

**Christian** 44:17

**Christiane** 49:10

**church** 305:12

**Churchwell** 217:3

**circumstances** 10:4 45:23 46:2
E01023 - Bence - Deposition - Reported by Jan Alcee - Page 84 of 108

www.EliteReportingServices.com

cited 304:23

city 13:25 138:22 228:10

City's 238:20

civil 11:23

claim 11:22 14:24 16:21 17:11,14,15,17,24 19:17 20:7,14 110:1

claimed 71:7,11

claims 15:1 71:5

clarification 47:18

clarify 99:21

clarity 98:23

class 28:6

classifications 175:2

classified 145:1,13 175:1

classroom 87:10 88:10 256:14

classrooms 152:13

Clay 104:23,25 142:22 149:1 247:15 248:1 258:17

clean 303:6

clear 51:14 83:5 136:8 149:11 224:4 271:17,21 273:4 274:21 281:6 286:16,17 294:12 302:6

click 85:2 162:8 258:6,7

clicked 162:4

climate 198:10 292:12

close 31:13 56:10 67:21 92:2 264:13 266:21

closed 92:6 93:15 178:17

closely 55:14 226:18 264:16 289:5

closer 82:22 108:17

closing 56:14

clothes 27:8

co-annotated 169:1

co-counsel 308:23

coach 44:1,25 45:11

64:24 65:21 152:10

coaches 188:22

coaching 65:1 67:17 135:25 198:23 274:17

Cochran 131:10 132:24 134:6

code 87:16 157:3 163:15,22 165:18

codes 54:5

coding 222:22

Cohn 216:25

collaborate 58:21 60:7 249:6

collaboration 97:18 147:19 171:22 245:17 246:18 288:14

collaborative 176:1 220:21

colleague 55:3 81:21

colleagues 137:13 138:18 139:1

collected 245:9

college 146:24

column 230:3

combination 128:7,10 291:6

combined 23:12

commendations 198:24

comment 74:7

commentary 291:12

comments 52:14 112:12 114:18

Committee 231:12

common 288:7 301:3,5, 7

communicate 67:9,11 185:18 275:23 276:2 277:8

communicated 123:18 125:1 171:4 174:7,10,17, 21 185:24 189:20 190:12,18 192:14 200:4 220:7 272:13,25 277:14,

21 278:4 291:9

communicating 82:16 174:1

communication 89:1 180:21,23 181:3,19 185:22 191:9

communications 27:23 89:17 198:13 199:17 259:21

community 19:2 32:21, 24 55:9 58:15 62:14 63:5 66:2,8,9 67:23 69:22 77:25 82:21 94:12 98:18 131:23 202:19 222:4 272:19 278:24,25 294:21 302:4,13,19 304:6,10,22 306:8,10

company 43:11 231:13

compensation 229:15

complained 29:13,15 136:3 225:8

complaining 18:10,14, 19 71:8,14

complaint 21:20,21 22:16,21 29:9 131:20

complaints 30:6,14,18 65:24 151:10

completed 270:2

completely 19:6 118:7 167:19 175:25

complex 252:18

complies 22:8 115:15 146:14 177:9 298:12

component 292:25

composite 106:19 107:3,24 108:2,20 109:25 111:6,19 112:8, 13,25 114:11 115:19,20 121:7 122:7 123:8,13,17 124:23

composites 121:15 125:7

compute 121:13

computed 123:19

computer 123:6 175:21

computing 123:11

conceive 227:9

concepts 225:23

concern 18:25 47:19 48:25 63:19,21 75:16 79:9 152:2

concerned 11:11 54:10 74:10 174:24 301:22

concerns 18:4 47:16 48:11 53:12,20,22 54:12, 18 55:5 63:3 65:15,18 66:7 67:12 77:12 81:18, 19,23 82:18 83:13,21 108:15 136:11 202:11,18

concluded 309:23

concludes 309:8

conduct 54:6 110:6 142:9 164:9 286:10

conducted 101:17,24 105:7

conducts 110:8

conference 308:23

confirm 33:11 39:17 235:13,18 247:24

confirmed 175:7 182:23

confirms 177:19 195:17

conflict 277:17

confusing 13:14 17:2 136:21

conjunction 148:24 171:22

Conley 126:11 131:14 134:3 210:22,25 289:23

connect 102:18,21

connected 44:7

consent 179:7,10

considered 11:16 12:6, 8,12 82:17 94:19 118:4 174:3,25 175:11,12 209:18 292:16,19,21

consolidated 93:6 219:5

consolidations 93:15

constantly 104:2 168:22 286:22

Case 3:20-cv-01023-BJD-MCR Document 140 Filed 07/27/22 Page 85 of 108 PageID #: 2002 i6
E01023-BJD-MCR Reporting Services.com
www.EliteReportingServices.com

constituents 47:20

constitutional 9:15,18, 24 10:11,22 11:12

consulted 248:25 249:24 298:15

contact 47:6,13 104:10 187:18 189:13 190:20 191:18,21,24 194:11 195:5

contacted 49:3 51:19

contacting 75:7 192:1

contained 22:21 156:10

context 23:19,25 25:21 226:15 232:16,18 291:18

context-based 20:23

continually 172:2

continue 196:23 235:1 251:14 269:24

continued 82:7,11 83:2, 16 111:14

continues 76:10 261:17 268:7

continuity 234:25 264:24

contract 77:10,13,19 78:4,8,13 79:3 89:2,8,13 91:1,22 92:3 93:10 185:25 214:9 215:7 249:10

contracted 234:4,15 239:21 240:7

contracts 42:24 91:24 92:10,11,18 183:3 219:6 235:4 238:7 240:25

contributed 82:2

control 22:1 23:1

controlling 22:24

conversation 51:25 52:10 63:18 65:4,13,17 72:12 86:9 104:20 109:13 111:10 119:8,25 120:10 121:19 123:20 150:6 172:18 176:2 177:20 181:19 182:4 183:8,14,22,25 192:19, 25 220:17,22 228:7 250:8 282:5 285:4,12

conversations 19:3 24:9,16 52:7 54:20,23 63:2,18 65:2,3,12,14 66:6 76:18 91:19 110:10 111:14 171:21 172:1 173:20 182:24 192:5 202:9,10,20 214:22 220:24 252:13 283:3 285:4,9,18,21 287:8 288:3 297:7,12

copy 50:24 96:8 112:8 163:22 309:16,19

correct 8:19,20,22 9:11, 12 13:25 14:1 19:18 20:1,3,11 22:18,19 24:23 29:17,25 30:9 31:3 36:25 37:10 39:18,23 40:14 42:6 46:24 55:19,20,23 56:2,18,19,23 57:14,15, 20 58:1,8 59:7,12,18 60:25 61:3,4,9,10,13 68:3,4 70:22,25 71:4 78:16 79:20 80:3,23 82:8 83:25 84:1 91:13,18 92:6,7 93:21,22 96:23,24 99:6 101:3 108:21 125:8 131:22 132:8,11,20,21, 24 135:16 136:5 137:3 139:21,22,24 140:6,15, 19 144:23 147:3 148:4 153:1,18 154:21 159:17 164:9,10,12,13 167:20 176:17 177:14,15,16,17, 25 178:1,18 181:2,7 182:21 183:7 185:6 202:14 203:10 204:2 206:22 209:14,15 210:8 211:3,7,8 212:13 214:24, 25 215:20 216:1,4,11,15, 16,23 217:1,7,16,21 218:5,17,21,23 219:23 221:25 222:3,11 224:20 225:13 228:17,21 230:19,20 231:23,24 233:11,12,14 235:12 239:9 241:11 242:1 244:2 253:7,8 255:19 256:11 258:18,21,22,24 261:1,2 263:5,12,19 264:2,3,4,13 265:9 266:16,19,20,22 267:21 268:3,8,11 269:19,22,23 270:2,3,6,8,11,17 273:12 274:24 277:14,21 280:8, 12,13,17,20,24 283:7,11,

23 284:5,24 285:1 289:17,18,25 290:1,19 292:24 293:15,16,18 294:7,8,10,11,15,25 295:21 296:11,12,14 299:8,9 301:19,23 304:20 306:6,7,9,13,14 307:19,20

correctly 18:2 19:23 23:1 49:9 139:11 179:6 183:13,19 210:1 212:25 213:23

cost 231:17 249:12,13

costs 230:4 232:20 260:19

council 237:15 238:23, 25 240:2,4 241:20 242:4 260:3,5

counsel 7:21 68:14 200:17 258:24

counseling 77:6

count 207:17,20

counting 224:21

country 244:8

counts 242:16

County 21:19 43:14,16, 22 136:16,18,19

couple 14:8 154:16 307:21

courses 45:3 298:22

court 7:11,18 40:23 41:9, 10,21,23 42:8,12

cousin's 72:10

covered 286:15

covers 247:23

COVID 243:2 263:22

craft 274:9

Craig 131:8 134:2

create 76:15 125:2 127:7 226:24

created 274:22

credentials 33:23 146:8

credit 298:21

credits 18:24

Creek 186:1 189:5 198:19 199:11 218:4 219:25 220:23

Creeks' 198:8

criminal 300:22 301:2,6

crisis 82:15 83:11,20 226:24 228:10

criteria 169:8,9 170:25 171:9,15,20 173:1 199:7 274:13 279:8 280:1,7,15, 22

critical 199:20 201:1

cross 60:7

CST 309:23

culture 198:10 292:12

Cumberland 211:24

curious 126:24 283:2

current 46:4 91:6 97:9 167:12 178:7 182:25 183:2,11 219:3

Curry 7:18 8:6

customary 26:18

cut 228:16,20,22 238:12 241:3

cuts 81:25 82:2,6 99:3 229:3 244:16 249:1,24 264:22

cutting 228:12 249:2

cycle 142:12,24 229:7

---

**D**

daily 261:14

Damon 8:2 18:19 57:2,4 62:8,9 64:2,19 65:17 152:20,24 221:9,18 223:2 254:21 294:21 305:4

Damon's 65:23

dangerous 26:13,22

Darren 42:19 155:6,16, 20 216:7

data 76:15 200:21 209:20 210:2,7 280:4 291:11 292:7 302:24

date 12:16,20 13:4 43:7 44:11 56:14 64:5 86:6 179:13,15,16 188:3,4 203:1 232:10 236:6 264:1 268:25

date's 118:18

dated 113:6 263:11 268:17,21,25

dates 200:8 211:4 284:16 285:16

dating 52:13 154:20 155:8,14,16,20 156:1,7, 15

daughter 108:16

David 131:8 134:3

Davidson 21:19 43:22 136:18,19

day 12:16 102:21 104:2 107:10 118:24 119:6 190:24

deal 152:3

dealing 67:4 78:18 204:25

deals 68:1

Dear 177:19

death 27:13

decide 32:1 98:3 141:4 160:6 171:11 278:16 290:21

decided 92:11,18 101:12 233:4 271:4 281:11,22 282:7 288:9 292:8,22

decision 11:2 79:14 80:13 93:24 94:4 97:3,24 98:2 99:15,19,23 121:4 124:11 128:21 129:6 133:13 135:11 140:23,25 141:1 142:25 143:1,6 148:18 165:5,8 168:1,9 169:5,9 170:20 172:15 175:15 193:22 194:25 196:16 218:7,9 227:11 245:14,18,21 246:5,7,16 252:16 271:9 278:19 279:21 282:2 288:22 304:10,17

decisionmaker 95:11, 14,23 124:14,15 129:7

decisionmaking 127:10 276:9

decisions 72:6 74:10 79:16 122:23 129:9 135:20 141:13,14 157:17 160:22 168:6 197:1 219:9 226:16,23 235:5 237:23 238:4 249:4,6 251:12 261:22

decrease 164:21 165:13 235:9

deem 139:6

deemed 23:21

deeper 241:5

defend 191:8

defendant 208:12

defendants 8:4

defer 18:6

deficits 80:4

define 168:15

defining 170:14

definition 140:17

degree 36:3 108:16 143:15,16 145:16 146:6, 19,24 252:21 289:7,11

deliver 105:24

demoted 223:13

Denise 217:23

Dennis 221:10,20 222:17 224:23

Deon 155:9

department 15:4 18:7 30:5 34:6,12 35:1,15 36:13 37:15,20,21,22 38:2,15,21,24 39:6,13,16 40:12 48:10 60:23 66:5 77:24 101:10,20 143:4 147:16,22 160:3,5,15 170:24 171:17 210:16 226:20 249:11,21 300:11

departments 97:19 100:18 149:16

depend 204:20 230:2

depending 31:22 61:17 77:4 195:8 252:20

depends 32:6 38:11 100:14 139:6 204:16 251:5,6

depiction 268:16 269:2, 11

depo 30:10

DEPONENT 309:22

deposition 7:7,13 28:25 30:8,10 40:23,25 41:2, 20,22 59:10 68:10 104:17 111:21 112:11 129:12 302:9 309:9

depositions 40:24

describe 42:23

describing 285:22

description 143:20 145:7,24 147:8 178:5

descriptions 143:13

designate 46:11

designated 277:16

designation 48:14,21 49:3 51:5 133:2 222:18

designee 276:14

Desouza 131:14 134:4 221:10,19 223:3 224:19

detail 20:16 188:24 243:20

detailed 274:3

details 18:8 34:14 71:17 72:4 188:9 189:11 191:9 193:15,21 194:3 196:4,8 225:21

determination 31:24 32:10 80:17 171:1 172:21 194:19 195:22 197:3 233:5 239:1 282:11 292:2

determinations 144:8 293:11

determine 95:2 122:9 173:2 246:1 284:15,16 291:3,11

determined 165:17

determining 12:14 293:1

development 141:16

Diaz 126:8

difference 97:13 144:2 156:19 167:22 169:7 302:3

differently 127:8 156:24 157:12

difficult 205:16 206:10, 21 229:4

difficulties 34:19

dig 64:23 241:5

dinner 138:14

direct 46:20,22 56:12,24, 25 57:2,21,24 59:3,6,21, 23 62:8 63:7 65:19 66:13 81:20 88:5,16,17 89:20, 23 135:24 137:16 159:13 185:3,9,23 187:18 190:17,21 191:15 195:5 200:12,14 211:17 238:8, 11 247:4 255:12 256:2, 13 257:19 307:16

directed 243:4 307:17

direction 293:5

directive 286:14

directly 60:11 201:3 242:4 256:3,7,10 261:10, 25 287:20

director 8:18,22,24 9:1, 2,4,5,25 10:5,14,24 11:5, 14,16,18,25 12:4,6,17 14:19 16:3 31:21 32:9 56:6 60:1 62:16 64:23 66:2,15 67:19,20 69:20 72:5 74:1 82:20 83:24 94:1 97:4,6,12,14 98:17, 21 99:5 102:10 104:12 119:19 130:13 132:11, 13,19 133:4,16 137:2 139:12 147:17,19 148:1 150:20 156:18 168:18 169:24 173:8 177:22 178:25 179:5 180:17 181:25 194:18,21 195:18,19 196:10,13 201:17 210:24 211:1,7 222:8 225:18 226:22 249:3 250:20,21 265:1 271:5 272:6,23 274:1,5, 14,23 276:4 278:6,18,23 279:19 281:12,18,22

E.001023 - Depositional Reported Servicer | Page 87 of 108

www.EliteReportingServices.com

i8

284:8,25 286:23 287:21
288:1,12 289:6,17,21,25
304:16 306:4

**director's** 103:20 167:2
282:23

**directors** 58:16,18 74:12
75:5 97:25 98:5,6 99:4,
11,12,14 101:25 132:7,
23 133:10,14 135:4
150:16 166:22 270:20
271:16 272:18 274:8,17
275:1 281:1,5 283:11,19
293:11

**directors'** 101:13
127:12

**disagree** 239:22

**disciplinary** 31:24 51:2
54:2 64:20 69:9,12 76:4,
5,19,21 77:3 78:7,14,16
80:10 94:2 196:12 197:4
294:23 295:5,11 308:1,7,
13,19

**discipline** 31:18,19,23
32:2 87:19 135:21
193:13 194:13 196:5

**discovery** 221:4

**discrimination** 15:10
16:9 19:17 29:9 133:19
134:17,24

**discriminatory** 20:10,
20,22

**discuss** 179:11

**discussed** 51:11 111:21
244:17 283:6,21 284:22

**discussing** 279:24
284:25

**discussion** 51:8 103:18
252:11 283:21 309:10

**discussions** 51:18,21,
23 152:18 201:25 202:6
252:8 283:4 287:24

**dishonest** 87:16

**dismiss** 164:23 165:15

**dismissed** 164:7 166:6

**disparity** 18:10 29:14
132:15

**disposal** 288:20

**district** 7:11,12 15:14
16:14 43:12,13,16 51:17
54:22 55:11,15 64:3
71:3,25 82:4 83:10 93:19
96:18 102:3 109:15
141:8 157:1 168:20
169:17 177:21 183:1
196:15 211:20,23 220:10
233:16,21 235:10,20
237:3 239:9 241:1 249:5
259:13 260:10 279:18
288:20 289:1,2 292:13,
15,17 293:4,10 302:15

**District's** 64:1 184:24
185:10

**districts** 255:24 256:22
257:10

**diverse** 205:3

**diversity** 141:19,20
142:7 144:22 145:8
147:18 148:2

**Division** 7:12

**divorce** 42:9,14 156:11

**divorced** 154:25

**Doctor** 90:10

**document** 21:8,16,23
22:6,9,11 24:6 28:23
29:2 31:6 38:9,25 54:14
67:25 68:1 69:11 73:15
76:10 84:3,6,16 85:9,13,
24 88:6 90:5,9,16,18
96:16 97:1 106:1,22
107:23 108:1,19,23
109:3,10 113:10,13,16
114:2,17,20 115:1,4,16
116:6,7,16,18 117:2,3,
15,18 118:21 121:22
123:5,6 124:1,9 126:2,2,
127:4,5,7,21 129:14
130:9,11 145:3,17
146:15,21 147:11 161:17
163:13 164:3 171:10
172:14 173:1 175:21
176:7,11,23 179:18,20,
21 180:1,4,8 182:8,13,18
184:13,14,21 187:2
198:4 203:16 207:7,13,
23 208:5,8,10,11 212:6,
17,18,24 213:4 219:12
221:3,8 230:9 231:6,17
232:2,4,7 236:8 240:13,
17 241:15 257:21,23
262:8,12 263:6,14 267:6,

15 268:5,10,17,25 269:5,
7,11 270:13,16,19 273:9
274:3,5,22 275:1 280:1,
14,19,25 283:17 293:21,
22 294:1 295:16,19
296:1,6 298:13 303:17,
22 304:3

**documentation** 30:6
39:4 66:17,23 76:14
101:8 125:18,20 296:24

**documentation's** 66:20

**documentations** 67:8

**documented** 298:23

**documents** 39:6,17
66:25 68:7,10,17,21,24
69:2 84:4 100:8 109:18
110:2,12,19 111:5,10,16
116:20 128:18 201:10
209:1 254:14 255:1,9,11,
13 259:17

**Doe** 7:8,24 21:18,21,22
59:9,11,17 142:6 150:7,
24 151:3,9 152:18 153:4,
15,16 308:2

**Doe's** 61:24 90:2 141:22
307:15

**dollars** 231:22,25
248:19,20 264:2

**domains** 287:16

**domestic** 156:6

**Dominique** 155:3,10,11

**door** 189:19

**doors** 178:18

**double** 69:20

**downfall** 17:2

**Dr.arb@mnps.org**
259:7

**drafted** 270:13,15

**drawn** 170:6

**driving** 163:8

**drop** 125:3

**dually** 82:20

**due** 12:23 71:7,13,22
72:1 78:5 88:9 89:3,8,14
93:15 96:15 177:20
184:10,24 185:20 212:20

213:1 215:16 216:18
248:11

**duly** 8:11

**duties** 41:19 45:10 75:10
98:7,16 169:24 170:5,16
171:16 172:9,11

**duty** 48:5 78:21 89:11
164:8

**Dyer** 221:11,20 222:21
224:19,24

---

**E**

---

**e-mail** 67:3 105:25 162:1
258:16 259:2,3,4,11,25
262:4

**e-mails** 66:25 259:8

**earlier** 81:17 131:19
136:5 154:17 284:21
291:16 293:13

**early** 102:5 249:1 263:16
264:10

**easier** 59:14

**easily** 121:12

**eat** 231:1

**EBSSI** 99:12

**educate** 205:11 206:11
251:14

**education** 31:25 32:11
37:20,22 38:22,24 39:7
145:15 146:23 179:2
205:18 305:16

**educational** 42:22

**educationally** 203:4

**educator** 282:20

**educators** 27:25 75:5
205:7 282:18

**Edwards** 126:10 131:7
134:1

**EEOC** 101:8

**effective** 183:2 185:1

**effectiveness** 164:25
165:17

**elementary** 92:23
211:18 212:2,21 303:3

Elite-Brentwood Reporting Services
www.EliteReportingServices.com

i9

**eligible** 45:22,24 46:7, 12,23 47:1,4,8 48:15,21, 22 49:5 50:14,15 51:5,6 91:9 96:19 142:3 183:4 211:22 222:6 223:20 275:15

**eliminate** 135:11 141:5 160:7,8 166:12 169:25 172:8 175:24 178:24 179:5 228:3,4 246:6,17

**eliminated** 71:7,13,22 72:1 97:7,8,10 139:2 140:19 147:15 157:14 158:1 167:3 168:3,11 169:11 170:17 171:12 174:4 175:4,8,13,16,25 177:24 178:3,4,6,8 181:2,4,16 183:2,11 184:7 221:7,13,14 222:1, 6 231:20 245:15,22 246:10 275:12,24

**eliminating** 97:3 98:12, 14 165:6 167:10,20 246:3

**elimination** 156:20 157:5,9 158:10 159:2,16 166:3,8 167:24 168:15 169:7 170:8,16 171:3 172:13,16 173:3,7 178:10 181:5 185:12 228:8

**eliminations** 173:22

**Elite-brentwood** 7:19

**embarrassment** 151:23 152:1,9

**employ** 13:23 247:1

**employed** 215:5

**employee** 11:18 15:19 16:12 17:20 18:14 19:8 38:13,19 39:1 40:2,9 50:8,17 53:9,11 54:16,17 55:1 76:23 79:22 80:16 83:14 87:3,22,25 102:3 108:6 187:17 195:12 222:19 229:15 259:13

**employees** 13:21,23 15:23,24 20:25 58:22 61:12 63:2 64:21 75:13 103:7 104:6 164:24 165:16,23,25 180:22 199:3 222:7 226:25 232:21 247:1 273:3

**employers** 13:25

**empowered** 164:22 165:15

**encompass** 167:14

**encompasses** 282:24

**encounter** 23:22

**encourage** 100:17 273:18

**end** 16:5,18 17:8 81:12 86:14 124:24 139:10 184:25 213:1 214:9 296:6 297:17

**ended** 83:19 139:4 140:6,8 213:22 217:23 222:10 224:22 232:1 264:12,19,20

**ending** 181:22 185:13

**engage** 94:14 120:9

**engaged** 72:25 73:4 130:18,21 131:3,10,16 139:20 140:3 223:14 225:1 226:7 227:6 257:12

**engages** 73:12

**English** 17:1 172:5

**enrollment** 141:13 147:20,21,24 148:25 164:21 165:13 260:14

**enter** 206:12 227:10

**entering** 205:17 206:6

**entire** 22:11 138:5

**entitled** 50:6,7 300:16 301:10

**entity** 165:4

**environment** 71:3 198:11

**Environmental** 198:15

**envisioning** 148:16

**equate** 236:15

**equip** 205:12

**equity** 141:10,11,16,18, 19,20,23 142:7 143:2 144:22 145:8 147:18 148:1,2,17,19

**equivalent** 227:7

**ERS** 257:12

**essence** 98:17 102:6

**essentially** 98:12

**established** 283:15

**estimate** 15:5 250:23 251:4

**estimates** 252:5 253:2

**estimating** 31:12

**et al** 7:8,10

**ethical** 47:12,24

**evaluate** 58:23

**evaluation** 55:22 56:1 60:15,18 62:19 69:16 165:17 200:13

**evaluations** 55:19 60:23 61:2,6,12,18,20,25

**evaluator** 55:24 58:2

**evening** 189:15

**event** 138:21,22

**events** 138:3

**eventually** 224:2 230:6

**Everson-tuggle** 126:7 290:18

**everyone's** 241:25

**evidence** 197:1 299:4

**exact** 12:20 13:4 17:19 117:25 132:16 265:4

**EXAMINATION** 8:13 254:17

**examples** 65:11 78:2,17 79:1

**Excel** 121:10 122:14 123:5 125:1 128:5 133:23

**Excellent** 304:24

**excelling** 61:8

**exceptionally** 105:16

**exchange** 259:3 262:4

**excuse** 26:16 94:3 217:21 302:17

**equivalent** 227:7

**executive** 58:16,18 62:16 66:1 97:3,6,12,14, 25 98:5,6,16,21 99:4,5, 10,12,14 101:13,25 102:10 103:19 104:11 127:12 130:13 132:7,11, 12,19,23 133:4,10,14,16 139:12 144:22 145:8 146:11 150:16,20 166:22 167:2 169:23 173:7 177:22 178:25 179:5 180:16 181:25 210:24,25 211:7 222:7 270:20 271:5,16 272:6,18,23 274:1,5,8,14,16,23 275:1 276:4 278:6,17,23 279:19 281:1,4,12,17,21 282:23 283:11,19 284:8, 25 286:23 287:21 288:1, 11 289:6,17,20,25 293:11 294:16 306:1,2,4

**executive-director** 280:20

**exhibit** 28:24 29:3 90:3,6 112:2 113:4,11 129:11, 15 147:9,12 176:6,8,13 177:12 182:7,9,15 186:25 187:3 208:3,6 219:11,13 254:11,15 262:4,9 265:8,10,20 267:3,7 303:8,9,15,18, 21,23 304:1,4

**exhibits** 254:8

**exist** 86:21 169:15 180:22

**existence** 202:24,25

**existing** 88:7

**exists** 71:25 281:8

**exited** 30:17 217:9,18

**expand** 169:17

**expanding** 141:15

**expect** 64:13 110:7

**expectations** 65:1,6 152:12

**expected** 66:9

**experience** 141:23 142:6 148:12 252:21 287:5 292:21 305:16

**experienced** 135:4

Case 3:20-cv-01023-BDocumenta1nd Reportid 07/27/2 Service Page 89 of 108 PageID #: 2006
E01023-B Document 140 Filed 07/27/22 Page 89 of 108
www.EliteReportingServices.com    i110

**experiences** 205:18

**expert** 227:24 243:18

**expertise** 243:12 252:2 293:8

**explain** 25:17 127:20 237:18 243:13,19,21,23

**explained** 81:17 126:23 180:19 183:10 191:10

**explanation** 25:9

**expressed** 18:25

**extends** 138:9

**extent** 159:23 163:18 263:23

**external** 197:16 198:2 199:5 260:22 290:20 305:9

---

**F**

**face** 106:3,24

**facilitate** 284:17

**facilitates** 276:14 284:12

**facilitation** 277:6,22

**facilitator** 277:7,14

**facility** 188:10

**facing** 82:15 83:20

**fact** 13:24 32:19 82:19 196:8 200:3 202:18 256:20 257:6 271:13 306:5

**factor** 12:14

**factoring** 19:10

**factors** 82:1

**facts** 23:13 195:20

**factual** 200:5

**faculty** 198:11

**Faegins** 126:11

**fair** 16:25 102:25 103:5 190:25 192:10 196:6,18 207:14 223:11 228:15 243:25 244:3 305:20

**fairly** 103:5 207:8 221:22

**fall** 17:20

**falls** 36:13

**falsification** 136:4 293:14 294:14 296:19 299:7,11 301:15

**familiar** 22:6,10 115:6 221:5 225:23 227:22,23 266:12 267:11 270:17 273:7 290:2,4

**familiarity** 275:9

**families** 138:1,4,6

**family** 26:23 43:21 196:20

**fast** 207:5

**fault** 204:23

**fear** 26:8 27:15

**feather** 27:10

**February** 7:5 16:5 187:23 188:2 197:6 198:18 263:11,16 266:22 267:2

**fed** 203:25

**federal** 19:25 244:19

**feedback** 63:8 66:11,13 67:17 79:13 82:24 111:2 122:20 152:10 199:2,20 200:1,9,13,23 201:2 238:14,15 297:2,20 298:2 299:1 302:24

**feeding** 203:21

**feel** 13:17 28:18

**Felicia** 126:7 131:15 134:4 290:18,22

**fell** 59:1 174:16

**female** 27:9,14

**females** 18:11

**FERPA** 14:16

**fight** 188:6 189:14 194:5,6

**fighting** 54:4

**figure** 179:25 238:20 242:13,17 251:1

**file** 40:2 51:4 306:16,18 307:15 308:5,11,17

**filed** 7:10 11:23 16:8 17:14 21:22 28:23 29:8 50:20 131:20 150:23

**filing** 59:15

**fill** 37:2 143:25

**filled** 235:11 253:5,21

**final** 31:19,21,23 95:14, 25 121:4 124:14,15 159:14 165:23 194:15,19 195:21 230:7 232:5,9,11, 14 233:3,6 236:18 238:25 241:8,16,17,25 246:19 250:2 254:10 293:10 296:16 304:17

**finalize** 61:20 62:18

**finance** 228:11

**financial** 227:25 242:16 243:4,12,19 245:5 250:14 252:3 264:16

**financially** 244:1

**find** 21:1 23:18,19,23,24 24:4,8,11,12,13,14,15 25:3,4,5,10,13,19,24 26:2 27:18,19 28:10,13 105:8 108:8 175:21 221:7 225:16 228:18 229:5 240:15 241:3 248:18,19 255:12 257:23 265:9

**findings** 294:24 295:6,7

**fine** 13:18 16:25 85:7 154:8 158:25 239:23 309:15

**finish** 61:20 110:21

**fire** 87:3 164:1 220:14

**fired** 86:14 87:14 211:13 212:4,13,16,23 214:5,7, 15 218:20,24

**Firefly** 249:9

**firsthand** 152:23

**fiscal** 230:5 240:6

**fit** 77:22 78:14 95:10 149:9 222:9

**flexibility** 144:13

**floor** 179:12

**floored** 52:14

**FMLA** 189:16 190:20 195:3

**focus** 256:6 303:1

**focused** 302:16

**folks** 150:14 190:2

**follow** 11:19 64:25 145:24 227:13 272:3 281:17 283:8

**follow-** 65:15

**follow-through** 63:25

**follow-up** 201:15 297:9

**follow-ups** 154:16

**foolproof** 22:23

**forecasting** 244:11

**foremost** 226:16

**forget** 262:6 267:9

**form** 10:6 12:2 16:9 23:15 24:25 25:7,15 27:3 28:12 47:10 81:9,14 86:16 109:19 113:5 114:11,12 115:10,24 120:7,21,25 126:17 127:16,23 140:7 150:10 151:7 158:17,22 159:3 160:18 163:17 165:7 166:5,13 173:12 186:2 187:15 199:24 204:5,13 205:1 213:3 214:14 218:22 223:16 224:16 225:3 226:9,13 227:12 228:5 239:16 240:10 245:23 249:19 251:21 256:24 299:16,23

**formal** 62:19 150:23

**forms** 76:14

**formula** 115:20 125:2

**forward** 67:14 76:18 95:4 184:4 199:20 201:2 220:19 246:11 249:5 251:14 276:16 284:11 287:13 292:18 293:6

**found** 21:3,4 225:10 260:22

**foundation** 206:22

**fourth** 26:6 28:5 137:5,6

**Fox** 8:3 10:6 12:2 21:13

E101023-BDocument140PDB Reported Services page 90 of 108 • 00173
www.EliteReportingServices.com

i11

22:3 24:25 25:7,15,18 28:12 29:1 47:10 49:22 73:16 81:9,14 84:21,23 85:1,7 86:16 90:4 110:20 111:18,25 112:3,9,21 113:5,17,21,24 114:14, 18 115:7 120:7,20,25 126:17 127:16,23 129:13,16,19 140:7 146:19 147:10 150:10 151:7 154:1,5 158:16,22 159:3,22 160:18 161:8, 11,13 162:3,8,11,15,19, 21,24 163:17 165:7 166:5,13 173:11 176:18 177:4,7 182:14 186:2 187:1,15 199:24 204:5, 13 205:1 208:4 214:14 218:22 223:16 224:16 225:3 226:9,13 227:12 228:5 236:5 239:16 240:10 245:23 249:19 251:21 253:25 256:24 262:15,20,23 294:3 299:16,20,23 300:23 301:7,11 304:2 307:1,3 309:5,20

**framework** 287:10

**free** 13:17

**freedom** 26:18

**freeze** 243:7

**frequency** 61:17

**frequent** 65:14

**frequently** 34:21 62:14 63:6 200:20 221:1 277:11

**friend** 74:15 187:9

**friendly** 137:21 187:11, 20

**friends** 137:14,17,20 187:14

**front** 20:2 27:8,13 68:19 75:19,23 84:24 160:16 166:23 178:23 179:4

**FTE** 159:13

**FTES** 158:14 159:6,20 160:2,13

**fulfill** 280:23

**full** 8:15 25:8

**full-time** 45:5 159:10

**fully** 299:14 300:2

**fun** 138:13

**function** 100:1 160:4,5, 6,13,14

**functions** 160:23

**fund** 229:22 243:9

**fund-** 45:8

**fundamental** 206:5

**fundamentals** 206:12

**funded** 236:15

**funding** 41:6 239:3

**funds** 193:25 229:21,22 230:19 239:1 241:23 242:6 243:16 257:14

**future** 26:8 27:16

---

## G

**gains** 198:9

**gal** 262:12

**Gallman** 114:9 126:9 131:14 134:4

**game** 16:25 138:15 187:24,25 188:4,8,14 189:2,4,18 194:9

**gamut** 54:2,25

**Garcia** 70:24 71:2,6,11

**Garcia's** 72:15

**gather** 190:6 255:9,11

**gave** 66:11 99:24 121:8 123:9 124:21 126:16,19 127:13 130:1,5 199:22 297:20

**general** 60:16 285:17

**generalities** 297:19

**generally** 14:25 116:23 138:18 145:23 195:14 253:2 286:16

**generations** 26:9

**get allocation** 240:1

**Gibbs** 126:4 131:6 134:1

**give** 15:4 25:25 32:2 44:12 50:11 55:18 78:3 79:24 80:25 98:6 106:7 116:1,25 117:1 121:15 122:13 123:16,20 124:9 126:21,25 127:3,13 128:17 149:1,5 165:22 180:21 197:14 198:24 220:10 252:19 256:25 257:13 265:4 286:14 291:17 297:3

**giving** 105:16 299:2

**goal** 261:16 264:4,6 266:22

**God** 27:15

**good** 11:20 12:19 53:8 77:22 78:13 79:18,19 114:25 145:6 149:9 164:21 165:14 167:4 204:12 206:22 254:19 261:4,8

**gotta** 246:22 286:24

**Government** 7:9 21:18 228:12 237:25 243:5 244:10,19

**Governor's** 198:15

**grabbing** 138:19

**grade** 19:10 28:5 92:16, 17 94:17 119:21 262:19 293:13 294:14 296:19 299:7,11 301:14

**grader** 28:5

**grades** 18:23 19:5,7,9,12 136:4 204:15

**grading** 29:16 136:12

**granting** 39:8

**grants** 244:20

**great** 198:21 199:13

**greater** 105:20 243:20 251:1

**greatest** 79:24

**Green** 209:9

**Griffin** 89:21 199:11 201:22 202:7 247:16

**Griffin's** 201:24

**Griffith** 198:19 200:16

220:16 248:5

**grounded** 172:2

**groups** 65:6

**grow** 53:18 205:8 206:20

**growing** 220:12

**growth** 206:16 290:10, 16

**guarantee** 22:25 273:23

**guaranteed** 88:10

**guess** 22:1 194:10 197:15 214:10 227:7 253:13 309:5

**guys** 161:7,18

**gym** 188:12,25 189:23 190:1

---

## H

**Hammon** 131:8

**Hammond** 126:6 131:8 134:2

**hand** 105:24 299:15

**handbook** 54:6

**handed** 106:9

**handles** 45:8

**handwrite** 128:14

**Hang** 113:18 306:22

**Hank** 104:23,25 142:22, 23 247:15,25 258:17

**happen** 10:13,16,19 93:24 121:20 171:21 172:1 238:9,21 256:14 270:6

**happened** 10:20 11:9 56:9 82:14 91:17 105:4,9 109:10,17,22 118:10 154:22 181:20 182:24 183:23 187:23 188:8 189:1,12 190:4,8 191:2, 12 194:8 211:9 230:12 234:22,23 244:6 276:20 285:25 286:3 297:16

**happening** 67:22 82:23 98:10 183:10 184:1 189:25 297:25

**happy** 17:3 62:23 63:15

**harassed** 71:9 225:8

**harassment** 71:14,15

**Harbison** 8:1,2 13:5 84:8,14,19,22,25 85:2,5 129:18 161:6,9,12,15,22 162:1,6,10,13,16,22,25 163:4 176:20 254:18,20 257:5,24 258:3,6,9,10 262:3,10,16,24 265:13, 16,18,24 266:25 267:5,8, 10 294:4 299:17,21 300:3,17 301:13 303:7, 11,14,19,24 304:5 306:20,23 307:2,5,11,12 308:22,24 309:4,16

**hard** 10:25 83:18 112:7 227:9 298:3

**hardcopy** 106:7,10,12 128:17

**Harden** 212:25

**harder** 206:3

**hate** 224:10

**Hayes** 15:14 19:16 22:17 29:8 59:8,11 85:12,15 86:5,13,25 88:2,13 90:2 140:18,24 142:6,13 146:5 148:5 149:2,22,23 150:2 221:11,20 223:4 224:19

**Hayes's** 141:5 147:15 166:19 167:1

**Haynes** 212:15

**head** 265:2

**heading** 202:22 280:6

**health** 108:15

**hear** 126:14 194:1 286:22 287:5

**heard** 105:6 190:12 191:12 266:9,10 284:8

**hearing** 178:17 195:24 200:3 287:16

**heavily** 82:2

**held** 7:13 188:22 253:9 306:4 309:11

**helped** 266:5 274:8

**helping** 80:16

**helps** 76:17 138:22 259:20

**Henson** 228:2 234:13 247:17 248:5 258:17

**Hey** 190:23 192:8 201:6 246:21

**hierarchy** 55:7

**high** 31:15,17,18 53:18 55:14,16,17 91:23 94:16 97:18 103:13,16,17,19 104:3,10,25 107:4,16,21 108:2 117:13,16,21,22 129:6,22 131:13 134:3 190:16 203:20,24 204:11 206:6,12,14 211:24 212:21 215:12 220:23 262:21 288:25 293:7 302:20 303:3

**High's** 105:5,9 109:24 111:6 118:6,8

**high-** 302:14

**high-level** 271:2 276:10

**higher** 39:7 139:8 140:16 222:16 223:19 224:1,7 242:18 251:19, 20

**highest** 125:16 129:3

**highly** 291:22

**Hillsboro** 204:10,11 262:21

**hire** 124:11 129:6 149:2 218:7 227:25 290:19,20

**hired** 45:12,18 139:15 143:2 149:6 253:1

**hires** 33:9

**hiring** 32:25 33:5 34:19 40:6 45:14,20 144:18 149:13,16 157:17

**historical** 292:10

**history** 24:10,17 25:20 27:21,22

**hit** 56:7 63:1 83:23 188:15,23 237:24 251:10

**hitting** 300:19

**hold** 21:13 152:11

210:12

**holds** 255:16

**hole** 99:1

**home** 108:17

**honest** 52:4,8 78:21 81:1,2

**honesty** 52:25

**hope** 79:21

**hopes** 79:16

**horse** 23:12 26:12 27:2

**horses** 23:14

**host** 161:13 163:2 257:25 258:7 265:17 267:1

**hostile** 71:3

**hourly** 241:12

**house** 26:23,24

**hover** 258:3

**HR** 15:4 18:7 30:5 33:1, 11 34:5,11 35:1,6,12,14, 24 36:7,13,23 37:9,15,17 38:1,2,14 39:13,16,23,24 40:1,12 46:23 47:6,13 50:9 51:12 71:18 100:1 101:10,12,20 105:23 106:14 111:11,13 134:8, 12 144:7 150:12,16,18 159:19 172:19,25 173:6, 16 183:13,14 193:9 195:15 213:24 222:24 226:20 247:16,21 253:16 270:25 271:24 277:15 278:11 282:9 284:5,10, 12 300:11

**hub** 256:4,5

**Hughes** 148:3 149:6,8

**Huh-uh** 117:17,19

**Human** 33:14 282:6

**hundred** 14:8,9,10 66:25 228:16,20,22 281:2

**hundreds** 117:24 143:11 273:24 279:17

**hurt** 11:25

**husband** 42:17 155:4,22 156:7 216:7

**husband's** 155:2

**hypothetical** 169:22

---

**I**

**icon** 258:4

**idea** 14:7 47:22 61:22 158:20 167:7 168:14 220:14

**identified** 13:11 236:13 242:5

**identify** 29:7

**identifying** 95:9

**illegal** 16:21 17:12 19:4, 6

**imagine** 14:9 35:8 109:5 133:7 286:7 289:9,13

**immediately** 261:14

**impact** 79:24 121:3 159:13 168:23 171:6 184:25 185:3,9 196:24 238:11 243:20 244:12 256:10,12,13 260:12 263:22 293:3

**impacted** 93:15 183:20 238:4 273:3

**impactful** 261:13

**impacting** 256:7

**impacts** 177:21 291:10

**implement** 272:21

**implementation** 230:1

**imply** 10:25

**importance** 66:16

**important** 11:17 58:14 60:4,7 66:21,23 67:9,19 69:16 98:22 104:5 109:3 110:12 152:2 180:21 189:2 223:19 226:21 234:24 245:6 257:14 279:20,21 282:22 286:4 293:6

**impossible** 226:12

**impression** 290:5

**improve** 19:9 198:9

**improvement** 99:13

297:3

**improvements** 209:21 210:2

**in-court** 41:24

**inaccurate** 184:6,10 186:6

**inactive** 161:16

**inappropriate** 23:21,24 24:13,21 25:6,11,20 26:3 27:20 28:14,17,19 72:19

**inappropriate'** 25:4

**incident** 77:4 152:14 187:7 188:12,25 190:4,5 191:2,10 192:9 193:3,10 195:8 196:13 293:14

**incidents** 53:25 136:23

**include** 77:17 94:14 201:2 273:19 282:23

**included** 98:20 141:21 166:21 180:14 230:20

**includes** 233:9

**including** 31:10 48:10 103:8 141:14 227:14 294:24 295:6

**inclusion** 141:20,24 143:3 144:23 145:9 147:18 148:2

**inclusive** 77:16

**incompetence** 164:7

**increase** 229:19 230:7, 12,15 231:3,9 232:25 241:12,13 243:15 245:2

**increases** 241:25

**increasing** 231:14

**indicating** 84:10,12 114:18

**indication** 220:11

**Indirectly** 55:8

**individual** 12:14 77:23 105:20 109:24 128:1 149:16 249:21 253:1 293:4

**individuals** 81:22 115:21 133:15 134:15,22 199:7 215:13 221:12

272:14 275:21 276:11 277:11 280:15 292:22

**inefficiency** 164:8

**infant** 27:9,14

**inflationary** 232:19

**inform** 121:20 292:5

**information** 20:5 37:3,5, 14,15 38:20 40:14 51:13 61:10,19 63:25 64:23 81:3 88:23 100:22 101:1 105:12 110:6,9 116:8,14 122:9,22 125:24 126:16, 19 128:20 133:12 134:8 167:7 190:6 191:4 195:21 196:9,16 197:2 213:25 222:24 245:6,8, 13 255:16,17 257:13 260:1 264:17 288:19 291:3,17 292:4 297:23 300:12 307:18

**informative** 220:9

**informed** 127:9 128:21 133:13 160:22 190:7 196:16 235:4 249:4 251:12

**ingenuity** 298:17

**Inglewood** 208:22 212:21

**initial** 33:21 39:4,19 95:7 102:7,23 111:9 116:18 232:18 236:13 241:14 249:1 276:12 283:23 284:1 288:13

**initially** 37:1 185:7 206:9 251:10

**initiate** 35:12

**initiatives** 64:1

**innovation** 203:5 247:17,22

**input** 143:5 194:24

**inquire** 50:4

**insert** 50:9

**installed** 23:1

**instance** 102:17 123:22 124:21 204:10 216:20 252:10 273:16 278:3,8

**institutional** 133:9

**institutions** 39:7

**instructed** 243:7

**instructional** 12:23 97:17 152:12 293:7

**instructionally** 21:5 282:24

**insubordination** 164:9

**insurance** 230:22 231:3, 8,11,12,13 232:15,23 233:1,4 242:7,8

**intact** 231:11

**integrate** 273:22

**intent** 126:1

**intentionally** 258:13

**interact** 23:22

**interacting** 28:2

**interchangeably** 302:7

**interest** 80:14

**interested** 30:22 94:25

**interim** 8:21 9:1,4 10:2 11:18 56:4 67:19 74:1 250:20

**internal** 210:18 259:17 260:21 294:25 295:7,8

**interpretation** 112:4

**interrupted** 56:7

**interruption** 203:12

**interventions** 206:19,24

**interview** 9:6 37:6 95:2 96:1 100:3,8,11,21,24 101:2 102:2,8,15,18,22 103:6,23 107:21 109:7 111:1 116:15 118:1,24, 25 119:24 120:9 122:19 130:8 133:5 140:9,12 142:3,10,12,24 218:11 270:20 272:14 273:6,7, 16 274:11 275:8,9,13 276:3,6,20,22,23,24 277:1,11,23 278:5,21 279:3,24 281:23 283:7,9, 22 284:1,11,19 285:1,5,9 288:1,6,11,23 291:1,19, 23,24,25 292:1,9,24 293:2

**interviewed** 96:5 100:13 101:1 107:16 118:18,19 124:25 130:12 139:12,13 276:7 287:20,25 290:25

**interviewee** 120:1

**interviewees** 106:11 276:19

**interviewer** 100:5 119:12,16,21 120:2

**interviewers** 99:24 102:11,12,13 103:1,2 129:22 130:1,5 277:2,4 278:4

**interviewing** 101:6 102:19,20 103:14,19 120:11 277:9

**interviews** 99:16,20 101:13,16,22,24 102:6 105:11,13 106:6 107:11, 13,17 110:7 121:21 125:6 133:8 142:9,13,15, 20 271:8,11 276:12 281:12 283:23,25 284:9, 17 285:19 286:5,10,13, 15 288:4,15 290:23 291:5 292:6,20 304:16

**intimate** 34:14 188:9 193:21 214:22 225:21

**introduce** 7:21

**invest** 295:7

**investigate** 152:3 299:14 302:1

**investigated** 120:24 150:9 299:12 300:2

**investigation** 105:8 153:10 195:11 294:25 295:8 296:16 297:5,9 299:3

**investigative** 299:25 300:7,10

**investment** 231:10 235:5

**invite** 138:5 161:7

**involve** 153:9

**involved** 152:7 189:21 272:14,22 276:3,8

**involves** 50:9 51:15 195:12

**www.EliteReportingServices.com**

**issue** 31:17,18 69:12 77:15,17 91:3 151:11,12 210:13

**issues** 58:5 61:8 69:9 79:9 81:11 96:23 213:11, 16 218:3

**item** 180:15

**items** 201:18

---

### J

**J.P.** 217:15,17

**James** 7:17,25 52:2 55:6,21 130:24,25 133:25 184:18 189:18 194:14 202:7 223:25

**Jane** 7:24 21:18,21,22 59:9,10,17 61:24 90:2 142:6 150:7,24 151:3,9 152:18 153:4,15,16 307:14 308:2

**jargon** 167:17

**Jenai** 15:13 29:8 59:8,11 61:23 85:12,15 90:1 140:18,24 141:5 142:13 146:5 147:14 149:2,22 150:2 166:19 167:1 221:11,20 223:4

**Jere** 214:3

**Jesse** 8:1 254:20

**Jessica** 212:25

**job** 41:17,25 45:5,22 56:17,22 57:13,17 58:6, 24 59:25 60:9,13,17 62:23 63:15 64:14 65:16 67:5 68:2,12 71:12,22 78:21 79:18,19 80:5,6,7 81:13 83:17 86:11 89:12 90:23 91:13,18 92:12,18 93:20 98:6,15 103:4 138:12 139:5,9,10,24 140:6,15,16,17 143:8,10, 13,14,16,19 144:14 145:7,22,24 147:8 149:24 150:3 169:24 170:3,5,16,18 171:1,16 172:7,9,10,11 178:5 181:1 185:17,20 186:3 193:3 198:21 199:13 221:25 222:1 224:22 272:15 273:24 274:23

**job's** 205:15

**jobs** 81:6 82:7 171:19 173:22 221:6,7,13,14 223:1,13 226:5 231:19 242:20 246:22 275:12,23

**join** 163:3

**joining** 162:23

**Jones** 215:16

**Joseph** 194:21,22 196:2, 9 304:18

**Joseph's** 197:1

**Joy** 217:12

**June** 183:3 185:1 232:8, 10 236:22 237:13 239:5 240:13,18,19,21 254:11 264:13,18 265:2,25 303:20,24

**justify** 87:4 88:3,14,24

**Justin** 217:17

---

### K

**K-12** 55:12

**Karen** 114:9 131:14 134:3 221:10,19

**Keely** 215:15

**keeping** 66:16 231:10

**Kelli** 215:3

**Kennedy** 42:19 155:6,8, 16,21 156:2,4,7,15 216:7

**kicked** 189:10

**kidding** 52:16

**kids** 196:24 203:21 204:1,8,24 205:16 206:5 226:25 262:21

**kill** 26:14,19 27:14

**kin** 15:24 29:11 70:24 133:17 134:16,23

**kind** 18:3 23:25 31:11,14 47:21 48:24 50:17 52:13 53:20 54:1 55:12 74:8 79:2 82:20 103:10 121:12 124:6 128:1

144:19 163:6 190:11,12 200:22 212:8 225:17 229:6 250:23 256:6 259:16,20 271:2 276:12, 14 287:15 288:15,18 289:7 291:2,10 292:4,12 293:2

**Kirkpatrick** 214:17

**knew** 30:14 70:24 71:2 108:5 130:20,22 131:11, 17 139:21 225:12 242:17 275:2,4,5 284:10

**knowing** 50:7 75:6

**knowledge** 14:20 44:3 60:16 62:17,18 105:8 109:2 133:9 135:5,6,9 142:5 148:13 152:23 188:18 205:12 212:14 216:12,24 217:2,5,8,14 218:18 223:22 287:14 289:22 292:11 293:8 301:5

**Koger** 155:3

**Kovach** 126:5 131:9 134:3

---

### L

**labor** 26:24

**land** 116:24 148:25 172:22

**landed** 121:13 125:6 127:6,10

**landing** 125:25

**language** 21:1,4 86:19

**large** 104:8 289:1

**larger** 257:2 261:20

**largest** 13:24

**late** 229:2

**law** 87:4,6,15,18 88:11 144:9,11 161:3,4 170:6 176:4,5 226:18 301:15, 17

**Lawrence** 126:12 131:14 134:4

**laws** 19:25 87:19 88:4, 15,25 157:8 300:22 301:3,6

**lawsuit** 10:4,10 14:14 16:8 41:11 109:4 132:14 255:6

**lawsuits** 9:21

**layer** 302:12

**layered** 300:12

**layering** 133:12

**layman** 301:7

**layman's** 301:5

**LEA** 44:8

**lead** 79:10 82:3 95:3 149:15

**leader** 95:2,3,10 216:18 261:17 293:3 305:12

**leaders** 83:9 104:4 120:8 171:8 198:25 286:25 287:13,17

**leadership** 67:11 97:17 198:20 199:12 202:12 212:11 216:3,18 271:2 287:10 302:15 304:24 305:13

**leading** 61:19 229:6

**leads** 278:15 282:10

**learn** 142:15

**learned** 70:16 108:4 130:7

**learning** 77:25 94:11

**leave** 43:15 77:8 108:10 223:1 251:25 253:12

**leaving** 189:15,17 218:1

**led** 142:12,18 147:18 183:14 223:18

**Leffler** 7:25 16:13 29:11 56:21 57:20 59:1 70:24 72:9,14 96:9,14 102:20 113:7 114:6 118:17,23 126:9 133:20 134:18,25 176:14 180:24 181:1,10, 15,20 182:4 221:24 223:4 224:19 308:14

**Leffler's** 61:24 72:20 96:6,17 113:3 182:12 308:11

**left** 189:23 190:7 211:10 215:5 224:25 253:13,16

**legal** 7:14 41:12 47:6,9
159:23 163:19 169:2
176:2 208:12 226:19
300:24 301:1

**Lejeune** 7:17

**Lendozia** 131:7 134:1

**lens** 141:11 148:17

**lesson** 19:21 20:8,13,21,
24 151:13

**lesson-decision** 21:6

**lessons** 23:25 28:3

**letter** 85:12,14,16 86:7
87:9 90:2,8,10 96:6,8,11
113:3,6 176:13,16,18
177:11,14 181:24 182:3,
12,19,22,23 183:6,8,22
184:5,15,17,20 185:11,
16,18 186:5,7,16 294:6,9
295:10,20 296:3 303:20,
25 304:23 305:3

**letters** 177:19 186:9,13,
19

**level** 24:1 80:9 97:18
100:14 144:19 164:24
165:16 196:12 219:16
224:6,7 236:15 260:20
273:18 293:7 295:11
302:15

**leverage** 100:23 257:13

**leveraged** 105:12
291:10 292:4

**license** 33:2,17 35:19
36:22 37:25 38:3 39:2,
14,18 40:2,14

**licensed** 36:24

**licenses** 35:20 36:1,6
40:3

**licensure** 33:12 34:11
37:8,21 38:8 39:4,5 40:9
289:14

**licensures** 33:18

**lie** 80:22

**lies** 32:8

**life** 23:15 27:4

**Lily** 7:25 16:12 29:11
56:20 102:20 113:2,7
114:5,9 118:17,23

133:20 134:18,25 176:14
177:19 180:24 182:4
221:24 223:4 308:11,14

**Lisa** 149:21,23 150:2,7,
18,23 151:2

**list** 133:21,22,23 207:2,3
208:13,16 216:21 268:4

**listed** 180:17 209:9
236:4 237:7 239:8,12
240:22 242:12 249:10,11

**listen** 196:7 198:23
251:3 261:12

**lists** 279:8

**lives** 137:25 196:24

**local** 151:13,18

**locker** 189:9,12 194:10

**logistics** 102:24

**long** 13:20 103:9 132:3
149:13 203:1 209:19
224:11 259:13 288:24
289:2

**long-time** 53:10 54:17
156:25

**longer** 51:9 71:25 108:6
187:17 210:22

**looked** 121:16 123:3
128:24 209:18 235:14
291:16

**Lorton** 215:3

**lose** 96:14 159:9 226:4

**losing** 78:20 139:24

**lost** 81:6,13 84:7 86:11
104:9 109:25 110:1,3
111:10,20 118:7 149:24
150:3 185:17,20 186:3
189:5 221:6,25 222:25
223:13 260:12

**lot** 33:24 65:24 101:6
122:22 133:8 186:19
241:10 251:18 252:9
254:23 292:10

**lots** 51:13 53:24 77:3
81:25 144:12 230:10
244:8,14 251:10 302:24

**low** 105:16 130:2,6 203:4

**low-performing** 206:15

**lowest** 125:17

**loyal** 72:10,14

**loyalty** 72:20

**lunch** 138:13,19 154:11

**Lynch** 22:17

---

### M

**made** 15:12 16:20 17:10
19:17 29:8 30:14 58:19
63:10 79:14 92:1 97:2,24
99:15,19,23 112:2 121:4
129:6 135:10 140:22
142:25 143:1 149:7
151:9,18 161:22 175:14
218:7 219:9 245:14,18,
21 246:5,7,16,19 249:25
250:2 265:8,20 271:9
282:1 290:21 293:10
297:6 304:16

**Madison** 214:23

**main** 54:11

**maintain** 100:6,21
110:24 111:16,17 234:19
264:24 273:13

**maintained** 137:18
187:11,20

**maintains** 134:8

**majority** 60:5 227:16

**Majors** 253:11

**make** 11:1 19:20 21:5
23:3,7 28:1,24 31:23
33:8 47:8 52:19 63:11
68:1 79:15 80:17 83:12
95:7 97:24 113:2 122:22
124:11 128:8,20 133:13
136:20 140:25 144:2,8
146:2 151:12,19 152:17
153:5 157:17 162:7
163:1 165:5,24 168:19
169:3,5 170:23 172:15
177:2,8 184:3 192:21
197:2 205:23 206:8
224:4 226:16,22 227:1
232:12 233:4 234:24
235:4 237:16 238:5,12,
13,21 241:6 244:16
247:19 249:1,4,6 251:13
252:14,16,22 257:25
258:7 260:11 261:9,17,

22 262:3 264:22 265:16
266:25 267:2 277:2,4
286:18,24 287:4 297:13
298:18 302:5 303:5,7,14
304:9

**makes** 11:2 31:21 59:14
90:14 168:1 170:20
194:19 195:21 210:19
238:25 282:10

**making** 32:9,10 74:7
80:13 111:15 126:6
141:14 151:13,16,17
156:14 160:21 170:25
172:21 196:16 201:12
205:23 229:3 237:23
251:11 298:20

**males** 18:10 27:12

**man** 23:8

**manage** 51:16,17 66:3,4,
10

**managed** 66:10

**management** 102:5

**manager** 51:12 150:12,
13

**manner** 169:4 175:1

**Maplewood** 215:12

**March** 9:5,11,13,25
12:21 13:3 14:13 17:7
82:14 229:2,3 237:24

**Mark** 258:17

**marked** 29:2 90:2,5
113:10 129:11,14 147:8,
11 176:6,7,13 177:12
182:7,8 186:25 187:2
208:3,5 219:11,12
254:14 262:8 267:6
303:17,22 304:3

**married** 155:9,21 156:8

**master's** 143:9,14,16
145:15,22 146:5,24
289:11

**match** 94:12

**math** 225:23

**matter** 7:8 11:7 32:19
50:9 191:19,22 192:3
255:2 306:5

**mattered** 11:8

**Max** 7:18

**Mayor** 238:22,24 240:1,4

**Mayor's** 228:11

**Mayor/metro** 237:15

**Mcgreal** 126:12

**Mckissack** 216:5

**Mcmurray** 215:18

**Mcpherson** 131:9 132:23 134:6

**meanest** 27:7

**meaning** 16:4 17:7 55:8 102:11 172:5 178:17 202:23 212:12

**means** 24:23 28:16 46:3 165:3 166:10 231:8 241:2 259:12 295:10

**meant** 92:2 231:9

**measure** 204:17 205:25

**measures** 210:19

**measuring** 171:6

**meet** 94:13 106:21 144:11 148:20 200:20 280:2,7,15

**meeting** 106:23 107:9 122:15,17 161:13 183:19 271:12 273:2 276:18

**meetings** 63:24 66:8 162:12 201:5,14

**Mells** 218:8,10

**member** 47:6,12 48:8, 18,20 49:2,6,8 50:3,6 196:20

**members** 47:15 48:1,4 65:25 74:7 75:12,13 173:18 282:18 284:4

**memo** 64:3,4,9 298:24

**memos** 77:6

**Mendes** 266:5,11

**mental** 27:4

**mention** 235:3

**mentioned** 49:12 111:9 131:18 152:20,24 153:3 199:5 235:2 247:14

**Meriwether** 7:24 32:23 54:15 55:25 56:18 57:19 58:25 61:23 63:14 126:10 135:19 187:10,19 191:5,24 224:20 308:20

**Meriwether's** 221:21 308:17

**met** 62:14 63:5 65:4 106:3,4 121:17,18 138:11 232:24 291:15

**meted** 31:20 135:22

**method** 22:23 234:9

**methodology** 234:9

**Metro** 7:14 8:19 13:21 14:15,21 15:11 16:8 17:12 18:11 28:6 29:12 31:7 32:25 33:2,5,25 36:11 37:24 39:13 41:19, 25 42:24 43:2,5,8 44:7, 21 45:14,15,22 46:10 47:1,25 50:20 51:4,10 61:3 67:1 70:20 71:12 72:8,10 75:20 76:20 89:7,11 90:22 100:4,10 101:23 105:7 107:25 108:10 109:9 110:11 111:4 119:20 120:3,24 132:15 133:18 134:16,23 145:20 156:4,19,22 157:17 158:11 161:23 196:2 198:5,7 203:8 204:2 205:3 207:3,15 208:12 221:5 228:12 229:22 234:3 237:25 238:25 240:2,4 241:19 242:4 243:1,4,16 244:10, 23 255:1 261:18 273:13 274:22 277:25 278:7 281:20 305:9

**Metro's** 257:8

**Metropolitan** 7:9 21:18 177:23

**Michael** 294:10

**Michelle** 137:10 221:9 222:4

**middle** 7:12 92:9,14 94:17 203:20 212:15 214:3,23 215:18 216:5 218:13 229:2 290:2,4,6 303:3

**midyear** 230:12,14

**million** 228:13,16,17,19, 20,22 231:7,22,25 233:14,24 235:19 236:4 237:2,4,6,8,25 239:8,11, 12,14,15,19,20 240:8,22 241:3 242:8,12,14,18,20 243:1,5 244:24 245:1,2,3 248:9,12,18,20 249:2 250:22 251:19 264:1 266:16

**mind** 27:5 174:9 256:16

**mine** 51:15

**minimized** 163:5

**minimum** 145:15 146:23 147:3

**minute** 127:1,3

**misdemeanor** 299:11, 19 300:5

**mishandled** 193:24

**missed** 68:22 174:8

**missing** 105:5,6 111:5 247:19

**mission** 67:14 79:6 168:20 169:13 227:2 246:11 287:1

**mistaken** 104:19 223:25

**MNPS** 53:11 54:17 55:1 60:6 74:20 108:6 187:17 222:9,20 239:2 255:22 256:20 257:4,7 260:10, 14,20,22 262:13 263:5 267:12

**model** 12:23 55:12 198:24 271:5 272:5 302:13

**modeled** 270:22

**models** 283:12

**Moe** 71:9,15

**moment** 15:21 53:1 69:15 274:25

**money** 250:10

**money's** 250:6

**monitor** 200:22 298:18

**monitored** 297:15

**monitoring** 298:1

**monitors** 264:16

**month** 245:8

**months** 71:8,13

**morning** 190:10,23

**Mossey** 140:5

**mouth** 20:12

**move** 54:21 76:18 81:24 95:7,8 108:14 116:14 118:13 138:22 199:20 220:19 246:11 249:5 280:17,23 288:10 290:22 291:4 292:3,5,8,13,14, 20,23 293:6

**moved** 87:22 106:5 107:14 184:3 201:2 210:23 284:18 293:1

**moves** 168:25 201:1

**moving** 67:14 79:4 80:6 86:22 174:15 276:16 284:11 285:14 287:13 288:22 292:18 293:5

**multiple** 54:25 77:11 78:10 95:21 112:13

**murder** 301:1,2

## N

**named** 197:12,19,21,24 305:6

**names** 83:2 221:17 271:23

**Napier** 216:13,16,20

**Narcisse** 57:10 191:18 192:1,2,6 304:9

**narrow** 281:20

**Nashville** 7:9,12,15 8:19 21:19 31:8 36:11 43:25 157:17 177:23 205:4 207:4,15 244:6 261:18 305:10

**Natalie** 131:6 133:25

**Natalyn** 134:1

**nation** 255:25 256:23 257:11

**national** 151:16,17

**natural** 23:17 26:13 27:1 212:7

**nature** 20:13 23:17 31:22 32:7 38:11 75:3 77:4,11 195:8 277:19

**necessarily** 12:9 94:9 102:1 144:17 274:16 278:19 295:15

**needed** 33:23 63:11 64:16 65:20 98:4 108:17 120:11 122:3 200:16 220:18 237:8 243:8 246:8,9,10 287:17

**needing** 141:10

**Neely's** 216:22

**negative** 12:10 200:9

**neglect** 164:8

**nervous** 162:16

**newborn** 189:18

**news** 151:14,16,18

**next-numbered** 113:3 129:11 147:8 182:7 186:25 208:3 267:3

**night** 189:3 190:9 191:3

**non-licensed** 158:2 164:20,23 165:12,16

**non-permanent** 34:10

**non-rehire** 50:18

**non-renew** 77:10,19 78:3 91:24 92:18 94:6 220:15

**non-renewal** 79:3 94:3 156:20 157:4,9 185:4 186:8 193:17,18

**non-renewed** 45:21,24 46:3 78:5,9 91:1,2,5,6, 13,18 92:4 213:1 215:1, 7,16 219:2,3,6

**norm** 58:22

**normal** 47:16

**norming** 58:17

**North** 7:15 108:13 258:17

**northeast** 294:22

**note** 58:14 60:4 67:4 69:16 98:22 223:20 259:7 263:15

**notes** 201:4,12,15,20,24

**November** 268:22 269:1

**number** 7:10 13:21 14:5 15:3 90:3 129:16,17 158:1,14 160:13 164:19 165:11 171:15,16,17,18 178:13 207:18 209:24 229:25 250:12,17 260:9 264:20,21 265:4 286:9 303:16

**numbered** 176:6 182:14 219:11 262:4 265:10 303:8

**numbers** 34:6,12 102:11 103:1 117:24 262:12

---

## O

**oath** 108:18

**object** 120:20 159:22 166:5

**objected** 300:23

**objection** 10:6 12:2 24:25 25:7,15 28:12 29:1 47:10 81:9,14 86:16 90:4 110:20 111:18 113:5,7 120:7,20,25 126:17 127:16,23 129:13 140:7 147:10 150:10 151:7 158:16,22 159:3,22 160:18 163:17 165:7 166:13 173:11 186:2 187:1,15 199:24 204:5, 13 205:1 208:4 214:14 218:22 223:16 224:16 225:3 226:9,13 227:12 228:5 239:16 240:10 245:23 249:19 251:21 256:24 262:15 299:16, 20,23 304:2

**objectives** 28:3

**obligation** 133:12 205:11,23

**obtain** 33:22 167:6

**occur** 53:3 271:12 276:17

**occurred** 10:1 53:4 142:16,20 188:10,12 299:8

**occurs** 39:23

**odd** 264:2

**off-the-record** 309:10

**offensive** 21:2,4 23:18, 23 24:4,11,15,19,20,23 25:3,5,13 26:2 27:18 28:11,17

**offensive'** 25:25

**offer** 19:8 141:15 254:8

**offered** 96:21

**office** 14:3,6,13,21 15:7, 15,24 16:7,20 17:10,18 19:14 29:7 30:13,21,25 32:13,15,17 222:8 226:4 228:11 231:20 233:21 235:9,20 237:3 239:19 240:25 255:23 256:10,21 257:8 260:3,13,19,21,23 261:20 275:18 289:20

**Office-wise** 238:8

**officer** 144:22 145:8 146:11 227:25 242:16 243:4,12,19 245:5 250:14 264:16

**official** 69:16 222:18,22

**officially** 132:25 190:19

**one's** 192:17 216:14

**one-off** 285:3

**one-on-one** 201:13

**one-time** 249:13

**ongoing** 63:1 220:17 250:8 252:13

**online** 35:21,23 36:2 37:3 39:9 40:3

**open** 170:4 178:16

**opened** 162:12

**operating** 159:7 233:6 264:19 265:3 266:2,15

**operationally** 282:25

**operations** 168:19 234:25 264:24

**occurred** 10:1 53:4 142:16,20 188:10,12 299:8

**opportunities** 19:8 67:16 79:10

**opportunity** 79:25 141:15 152:10 309:6

**opposed** 98:4 168:2,11 169:7 259:18 274:15

**orally** 122:1 124:1,3 179:9

**order** 64:15 124:7 241:4 250:3 252:6,15 253:3 264:23 280:16 299:14 309:16

**organization** 11:19,21 30:17 42:22 63:9 67:14 79:7 80:1,14 98:10 104:7 138:10 160:24 167:5 168:21 169:10,13 170:11 171:5 172:3 184:2 197:17 198:2 224:8 227:3 235:7 245:25 246:12 249:7 251:5,13 261:23,24 273:8,22,25 275:20 279:13 281:3 287:1 305:9

**organizational** 99:2 168:5

**organizations** 199:4,6

**original** 232:22

**originally** 223:23

**outcome** 288:15

**outcomes** 97:22 168:24 170:12 202:12 292:14

**outings** 138:5

**outline** 268:11 279:24

**overlooked** 186:22

**overstated** 249:16

**owner** 270:14

---

## P

**p.m.** 154:10,13 254:3,6 307:7,10 309:9,23

**pacing** 23:25

**packet** 180:10

**pages** 268:8

**paid** 18:4 229:21

E01023 - Brown v. Reporting Services Page 97 of 108
www.EliteReportingServices.com

**pandemic** 12:23 34:25 56:7 60:24 61:21 63:1 82:14 83:22,23 107:1 108:14 141:9 232:24 234:23 237:24 244:7,21 251:8,10 271:10

**panel** 103:9 276:13,20, 22 281:12,23 282:8,13, 15,18 283:4,6,22 284:1, 15,17 285:19 286:13 291:23

**panelists** 282:11 284:5 285:6,10

**paper** 116:9,11 123:7

**papers** 151:20

**par** 204:22

**paragraph** 22:13,15,20 23:5,20 26:6

**paragraphs** 21:25

**parameters** 47:25

**parent** 188:14,18,22 191:6 194:9

**part** 24:10,17 27:22 30:10 39:9,24 40:5,6 54:5 64:14 96:17 110:16, 22 117:25 119:24 122:19 135:25 138:6 142:10 144:18 147:22 148:6,22 164:14 173:18,19 174:8 179:1,6 180:5 195:6 198:23 241:14 243:9 245:19 255:4,6,14 257:15 271:1,7 274:7 276:11,12 277:22 278:13 279:6 280:3,6 281:14 282:15 285:19 290:24 292:2,17 298:14

**participate** 102:7

**parts** 255:24

**pass** 266:5

**passed** 244:19 245:8

**past** 44:13 46:7 205:17, 18 209:13 253:10 269:12 292:21 306:5

**path** 80:20 205:9

**paths** 77:11

**pay** 18:3,10 29:13 132:15 139:8 171:18,25 222:11,

15

**paying** 140:16 223:19

**pays** 139:18 224:23

**Pearl** 216:25

**peer** 260:24 261:4,7,19

**pending** 14:14 41:9,10

**people** 70:12 102:9 103:3 124:25 130:12,14 131:10 132:22 153:24 155:14,15 160:6 192:9 222:2 223:10 224:15,20 234:16 251:25 275:2,11, 23 276:2,7,8 287:19,25 291:18

**percent** 226:7 227:8 248:10,13,14,16

**perform** 205:16

**performance** 53:12,14 54:19,24 56:22 57:17 58:6 60:1,9,13,17 62:11, 16,23 63:16 65:16 67:5 68:2,12 75:3 77:15,17,20 78:6,16 81:18,23 82:18, 19 83:14,21 89:4,9,14 90:23 91:13,18,20 92:5, 12,19 93:12,21 185:5,14, 17,21 186:1 193:19 202:12 203:5 209:17,22 211:13 212:5,13,16,20, 23 213:2,10,16 214:6,18 215:2,14,17 216:11,14, 23 217:1,4,7,13,21 218:2,17,20 292:11 306:16

**performances** 133:10

**performed** 291:19

**performing** 205:22 220:11

**period** 16:17

**permanent** 9:1,5,7,25 10:5,14,24 11:4 12:4,13, 17 83:24

**permanently** 9:10

**Perry** 117:9 123:22 124:22 126:4 131:7 134:1 198:19 199:10 200:16

**persists** 76:8

**person** 11:1 15:25 17:1 35:11 36:9,17,24 39:14 46:23 48:22 72:24 97:2 109:12 121:18 127:2 143:15 145:21 146:9 194:15 241:12 246:21 282:1

**personal** 137:24 255:20 305:3,13

**personally** 9:14,17 10:11 11:12 24:4,5,7,12 28:11,17 66:4 75:6 106:22 255:8,10,18 306:17 307:23 308:6,9, 12,15,18,21

**phase** 102:6,8,23 104:5 105:13 106:6 107:11,13, 15,17,19,20 110:6 116:15 118:2,4,9,13 121:20 122:19 125:6 269:21,22,25 270:2,5,6, 8,10 271:8 273:16 278:13 279:25 280:2,7, 24 284:19 288:10,23 290:22 291:5,25 292:3,9, 20,23 293:1

**phased** 96:4 100:21 105:11 106:17 110:25 118:1 133:5 218:10 269:19 270:23 271:6,18 273:7,10,13,19 274:2 275:3,8,9,13,24,25 276:11,20,22,24 277:23 278:5,17,21 279:3,12,23 283:8 288:4,10,11 303:7, 15 304:12

**phases** 95:2 100:23 133:7 279:16 283:24 304:15

**philosophy** 234:17

**phone** 75:12 193:8

**phrase** 186:3 280:17 292:6

**Phyllis** 221:11,20 222:21 224:24

**physical** 194:11

**physically** 117:1 124:8

**picture** 243:24

**piece** 116:9 123:7

**pieces** 299:4

**Pippa** 7:24 54:15,19 55:25 62:8,9 64:19 65:4, 7,13 126:10 135:19,23 187:9 190:20,23 191:5, 24 192:7 308:17,20

**place** 206:12

**places** 34:25 151:4

**plaintiff** 198:20

**plaintiffs** 7:25 13:11 62:22 67:6 68:3,13 69:12 81:6,13 82:6 83:3 164:11 254:25

**plan** 267:20 279:3

**planning** 287:11

**platform** 106:4

**play** 98:25

**played** 189:2

**player** 189:10

**pleadings** 59:15

**point** 17:15 27:13 62:21, 25 69:18 79:8 110:12 132:14 155:24 156:13 192:15 197:24 199:23 229:5 250:20 252:1 263:21 264:7 278:20

**points** 66:12 200:21 252:16 291:11 292:7 297:10 302:24

**policies** 75:19,22 76:3

**policy** 54:2 75:20 76:4, 19 89:6 161:24

**pool** 284:15

**poor** 204:7 211:13 212:5, 13,16,23 214:6,18 215:14 216:11,14 217:4, 6,12,21 218:16,20

**poorly** 119:1 289:24

**population** 205:3 206:1

**portion** 188:11

**position** 9:7,10 32:13, 15,17,22 33:23 36:25 39:22 40:1,5 44:23 46:4 71:7,12,19,20,25 79:17, 19 82:11 86:21 87:10,23 88:7,10 91:4,7 94:8 95:12,22,24 96:5,15,17,

21 97:5,7,12,14 98:14,21
99:5,8 100:4,12,15,19
101:25 103:14,20,23
104:16 105:1 120:12
132:11,20 133:16 139:3,
4 140:19,20,23,24 141:1,
5,6 142:3,14 143:2
144:10 145:2,13 146:4
147:15 148:13 149:3,6,
10 156:21 157:5,10,14,
25 158:2 159:10 160:11
166:4,9,19,21 167:1,2,9,
10,12,13,19 168:2,9,14,
15 169:11,14,19,23,24
170:1,7,8,16 171:12,13,
25 175:23 177:22 178:2,
4,7,10 180:17,19 181:6,
11,13,16 182:20,25
183:11 184:7 185:3
186:12 210:24 213:23
222:5,10,12,13 223:19,
23 224:1 253:4,9,16,21
273:14 275:7 279:19
280:12 287:21 288:2,12
291:8 306:5

**position's** 183:7

**positions** 32:20 48:7
75:2 93:17 95:18,19
98:1,23 99:17 100:3
101:14,23 102:10 103:8
104:14 127:12 130:13
135:12 143:25 144:1
146:2 149:14 158:10
159:2,16 160:8,21
164:19,20 165:6,11,12
166:12,15,16 167:2,3
173:8 174:4,16,18,23
175:3,9 178:13,14,25
179:5 180:25 181:8,21
182:1 183:5 219:7
223:21 228:3,4 233:10
237:9 245:14,18,21
246:3,6,17 253:1 271:19
273:15,23 275:19 279:17
281:2,15

**positive** 12:10 198:11
199:19,23

**possessed** 149:8

**possibility** 134:19

**posted** 39:10

**potential** 227:15

**potentially** 79:23

**practice** 100:6 103:11

**practices** 136:12

**praised** 198:7

**pre-k** 302:20

**pre-pandemic** 263:19,
20

**predict** 83:18

**prefer** 144:17

**preferred** 143:18,21
144:4 146:25 147:5

**pregnant** 23:9

**premiums** 231:4 232:15

**prepares** 280:5

**presenting** 238:23

**press** 151:20 152:15,19
153:4

**pretty** 88:21 107:12
152:4 204:11 244:1
263:16 264:12 266:21
279:20

**previous** 52:10,12
111:11 144:14 182:3
206:14 291:8

**previously** 135:17 220:7
244:17 253:18 272:24

**primary** 227:1

**principal** 18:20,22 23:11
32:1,8 35:5,10 46:17
55:2,3,17 64:9 76:8,22,
24 92:3 93:9 94:6,13,19,
21 95:8,13,15,18,19
103:9 136:1,10 149:12
185:25 195:13,15 197:6,
12,21 200:2 202:16
206:15 209:12,19 210:23
211:3,6 214:20 215:19,
25 216:3,13,18,22
217:20 218:11,19 219:7
261:13 267:11,20 268:16
269:2,14 272:6,21
273:10 274:1,4,15
278:22 279:5,23 280:9,
12,16 283:12 284:13
289:16,23 294:13,16
298:2 299:6 303:15
305:21,23,24,25 306:1,2

**principal's** 94:8 95:22
100:4,11 204:23 305:7

**principal-selection**
280:18

**principals** 26:10 33:8
37:5 62:12 65:8 67:21
75:5 76:20 91:23 92:8,17
94:23 100:17 133:11
197:10,19 201:3 208:14
212:4,10,12,16,22 214:5,
8 215:1 216:10 219:5
273:17 274:18 279:9,10

**principalship** 213:20

**principalships** 219:8

**principles** 65:2

**prior** 11:9 57:7 80:4
83:14,21 142:2 148:23
202:10 238:22

**prioritize** 259:16

**priority** 202:21 203:4,9,
18,19 204:21 207:3,15
208:13,19,25 209:4,10
211:2,6 214:24 215:24
216:21 217:9,18 220:1
238:2 290:13

**private** 44:18 259:9

**problem** 29:16 76:10
204:24

**problems** 58:7 68:11
76:7 78:14 111:8

**procedure** 19:7,11
46:10 50:11 75:14 76:6
89:7

**proceedings** 309:23

**process** 19:10 34:15,21
35:9,17 37:1,7,8,16
38:19 39:5,20,21,24
40:6,7 45:20 48:18 49:1,
7 50:4,7,12,13,16,22
83:6 94:15,23 95:1 96:4
100:9,21,24 102:15
103:6 106:18 109:7
110:18,23 111:15 119:24
120:9 130:8 133:6
135:25 140:9,13 142:10,
18 144:18 148:23 149:17
159:5 186:18 195:6,7
196:14,15 200:13,19
210:20 218:11 227:24
234:22 236:11,18
237:19,22 238:18 239:24
240:3 243:10,13 252:18
255:5,14 257:16 264:8

**processed** 35:22

**processing** 186:22

**produced** 67:1,8 68:21
69:3 108:24 111:20

**product** 262:13

**professional** 80:20
137:19,23,24 141:16
187:12,20

**program** 42:22

**programmatic** 141:13

**progress** 200:22 205:24
297:15 298:1,18,21

**progressed** 64:16

**prohibited** 224:5

**prohibits** 75:21

**projected** 244:25

**projections** 147:23
148:24 244:16 252:6
264:10

**prolonged** 203:13

**promote** 304:10

**promoted** 211:5 222:3
223:10 304:22

**promoting** 198:10

**promotions** 101:9

**prompt** 152:4

**proper** 37:14,25 40:9

**properly** 36:24 233:16

**property** 243:15 244:22

**Proposal** 263:5

267:12 268:11,16 269:3,
15,19 270:20,22,23
271:1,3,6,14,18 272:2,
12,15,17,20,22 273:6,7,
11,14,16,19 274:2,4,6,9
275:8,9,13,21,24,25
276:4,15 277:1,3,5,7,12,
23 278:5,8,14,17,21,23,
24 279:1,5,6,7,12
280:10,18,20 281:15,16
282:16 283:9,13 284:12,
20 285:1 287:9,11 288:8
290:24 299:25 300:7,10
303:8,15 304:12

**processed** 35:22

**propose** 234:11

**proposed** 230:4 231:19 239:13

**protect** 192:16

**protected** 72:25 73:6,12 130:19 131:3,11,16 139:21 140:5 223:15 225:1 226:5,8 227:6,10

**proud** 257:18 261:5

**provide** 61:10 63:7,8 67:16 82:24 88:17 89:17 110:9 152:10 199:2,19 200:21 232:20 241:7 261:15 291:12,18

**provided** 62:11 66:12 200:2 208:11 209:2 233:22 235:10,20 237:3 239:9 241:1 297:23 299:4

**providing** 252:5 298:2

**public** 36:11 40:15 75:2 157:18 177:23 205:4 261:18 305:10,16

**publicly** 178:22

**published** 198:6

**puff** 252:10

**pull** 40:1 133:21 161:4 176:12 232:2 257:22 293:21

**pulled** 21:15 201:10 235:25 293:24

**punishment** 196:18

**punk** 192:17

**purposes** 127:9

**pursuant** 88:10 165:18

**put** 16:4 20:12 22:21 27:15 61:25 94:7,18 141:10 143:15 157:19,23 158:5 160:10 162:14 163:12 166:16 178:12,22 186:14,17 203:1,22

**putting** 36:25 94:19

---

### Q

**quadrant** 55:11 65:7,23 294:22

**quadrants** 302:16

**qualified** 105:17 146:3

**qualifies** 168:10 171:3

**qualitatively** 210:3

**quality** 104:3

**quarter** 56:11

**Queen** 221:11,20 222:17 224:19,23

**question** 9:22 12:19 14:18 16:24 18:16 24:3 25:24 30:20 33:4 35:2 46:9 48:24 50:17 64:8 71:10 72:19 73:1 83:1 87:11 88:12,18 89:10 95:5 99:22 108:7 115:8 119:18 120:12 130:3 142:11 150:1 157:6 158:7 168:12 172:6 203:18 204:4 206:7 210:5 224:12 229:23 231:2 235:24 236:20 245:20 246:13 256:15,17 260:8,9 278:10,16 281:10 288:7 289:10 300:20

**question's** 63:12 172:4

**questioned** 9:20 10:3 72:8 189:22

**questioning** 64:6

**questions** 8:14 13:9,13 47:15,17 48:9,11,13 52:8 119:12,17,23,25 120:5, 11,15 129:23 209:8 224:14 254:18,23 258:24 260:3,4 297:24 307:22 308:25 309:4

**quick** 113:23 127:4 161:5 177:3 203:17 232:3 240:15

**quote** 304:23

---

### R

**raised** 43:25 48:12

**raising** 45:9 48:24

**ran** 54:1

**range** 102:14 103:7,8,10

**rate** 171:18 222:16 251:17

**rates** 53:18 252:11

**rationale** 227:14

**re-** 255:20

**re-apply** 93:16 96:19 97:25 98:4 181:14,23 222:7

**re-org** 231:22 239:20

**reach** 47:17 48:9 287:20

**reached** 50:3

**reaching** 287:23

**read** 20:17 27:17 64:12, 14,15 85:19 90:13 177:6 186:13,16 309:6

**reading** 280:6

**ready** 70:3,6,11 108:14 210:16 219:18,19,22 269:3 284:19

**real** 17:1 113:23 127:4 161:4 177:3 203:17 232:3 240:15 242:13

**realize** 109:3,4 110:2 225:22 301:16

**reapplied** 99:5

**reason** 15:11 58:12 66:22 67:12,15 78:8,15, 22,23 79:5 80:8,23,25 88:8 98:8 149:1,5 186:8 211:21 226:6 274:7 275:2 277:17

**reasons** 77:19 87:15,20 163:25 164:22 165:14

**recall** 12:16 15:20 16:16 18:13 30:9 31:3 47:3 51:7,21 59:23 69:10,13 71:18 72:12 74:4,6 92:13,20 105:15 107:3,8 111:24 117:23,25 129:4 130:23 135:1 140:1 150:5 151:10,13,16,17, 21 155:13,18,24 156:13, 16 178:11,12 179:15 183:13 188:16,20,24 192:19 198:17 201:12,13 202:6,9,10 211:12,19 212:19,22,25 214:19,20 231:4,16 234:6 255:10,

20 259:3 274:25 276:18 280:25 281:1 282:14 284:23 287:22 290:9,15 291:20 293:19 295:17 296:17,22 297:18 305:8

**receive** 47:15 105:22 111:2 193:8 230:18 237:15 239:4 294:23 295:5

**received** 105:18,19 122:20 301:20

**receiving** 204:8 245:7

**recently** 130:7

**recognition** 128:15

**recognize** 184:15 232:5

**recollection** 101:19 295:17,18 296:4

**recommend** 31:24 246:1

**recommendation** 32:10 35:9 92:1 149:7 165:9,24 172:23 195:14, 18 246:8,20 293:20 296:5

**recommendations** 31:22 33:8 46:16 77:7 92:14 170:22 175:19 198:25

**recommended** 39:22 46:20 77:9 92:9,22 93:10 293:17 294:22 295:2,4

**recommending** 64:20 174:2 296:7

**reconcile** 236:16 240:5

**recontracted** 46:5

**record** 7:4 8:16 11:4 28:22 73:17,20,23 153:22 154:1,10,13 224:3 253:25 254:3,6,7 294:12 300:15 307:3,7, 10

**record's** 302:6

**recounted** 194:8

**recover** 244:20

**recovery** 244:21

**recruit** 104:3

---

**recruiting** 287:18

**recruitment** 104:5

**reduce** 23:16 84:9 158:1 164:19 165:11 234:4 237:8 250:3

**reduced** 234:4

**reducing** 234:5

**reduction** 233:22 235:11 237:4 239:9

**reduction's** 236:4

**reductions** 238:1 241:1 243:6

**ref** 180:5

**refer** 38:14 70:12 101:20 169:1 245:4,11 250:13 264:15

**reference** 201:9

**referenced** 87:8 109:6 181:18 199:5 266:9

**references** 88:6 165:19 182:3,23 183:8 297:6

**referencing** 180:6 183:21,22 204:17 207:11,12 210:15 216:17 226:15 228:9

**referred** 64:3 259:8 266:10

**referring** 60:15,16 68:16,18,25 137:8 166:15 187:25 247:7 248:22 255:4 302:7

**refers** 302:14

**reflect** 52:7 79:22 80:16 135:3 186:11 288:5

**refresh** 295:18 296:3

**regard** 52:24 54:7 57:14 135:21 141:23 142:7 145:20 151:12 159:6 165:5 174:5 194:12,25 199:17 202:21 260:19 274:19

**rehire** 45:22,25 46:8,12, 23 47:1,8,9 48:15,16,21, 22 49:5 50:14 51:6 211:22

**rehired** 46:5 183:4

**reinforce** 110:23

**related** 15:25 41:17 69:8, 11 72:24 73:3 75:9 76:1 138:13 141:12 202:13,15 306:16

**relates** 274:23 296:5

**relation** 260:14

**relations** 74:17 195:12

**relationship** 137:11,19 187:12,21 304:24

**relative** 16:7,13 29:11 51:15

**relative's** 72:11,20

**relevant** 68:7

**rely** 15:4 30:5 34:5,11 35:1,14 71:17 101:10 134:7 142:8 144:7 200:11 209:1 213:24 222:23 242:15 243:3,11 245:11 252:2 300:10

**remainder** 70:5

**remained** 70:4

**remaining** 27:12 225:1

**remarkably** 257:9 260:23

**remember** 12:20 13:4 18:2,22 19:23 49:9 71:16 106:24 107:5 124:20,23 125:11,14,16 127:1 139:11 143:10,19 163:5 179:6 183:18 209:25 213:23 231:13 264:21,22 282:1 285:20 287:3,8

**remind** 74:8 277:10 296:24

**remove** 140:23

**removed** 99:2

**removing** 143:1 209:16

**Renee** 8:17

**renew** 78:13

**renewed** 77:14 89:3,8, 13 91:22 92:10,11 93:12 185:25 214:9

**renewing** 194:25

**Renita** 117:9 123:22

124:22 131:7 134:1 198:18 199:10 200:15

**reorganization** 86:1,20 88:7,9 96:18,22 98:9,11 104:1 157:24 177:21 178:14 181:21 183:1,20 184:1,24 185:4,10 228:8 238:10 245:16,19 248:11 273:4

**reorganize** 141:2

**repeat** 9:22 14:18 16:2, 24 18:16 33:4 71:10 89:10 119:18 150:1 247:23

**rephrase** 13:15

**replace** 218:8

**report** 53:5,6 55:6 301:20

**reported** 132:8 150:8, 11,15 152:14 300:1 301:18

**reporter** 7:18 129:17 182:16 254:12 267:4 303:10,13 309:12,18,21

**reporting** 7:20 76:17 152:19 299:14

**reports** 65:19 66:14 76:16

**represent** 7:22,24 8:2,4 13:11 186:7 254:21

**represented** 196:2

**represents** 180:14 269:6

**reprimands** 77:7

**repurpose** 140:23 167:23 170:18 175:23 271:18 275:7

**repurposed** 97:10 140:20 141:6 167:4,8,14 168:2,10,14 169:6,14 170:7 171:2,14 172:16 174:4,18 175:4,8,12,16 178:5 180:25 181:9,11, 17,22 182:1,21 183:7 221:16 222:1 246:11

**repurposing** 160:21 167:9,18 170:17 172:14 173:4,10,23 180:20

246:3

**request** 51:4,24 229:1 260:9

**requested** 35:4 228:18 254:25 255:9,13

**requesting** 35:12 233:10

**requests** 255:15

**require** 98:15 143:14 144:17 201:14 206:18,23

**required** 64:9 97:16,18 118:2 143:8,22 144:3,15 145:15 146:23 147:2 157:18,21 181:12 229:14 238:12

**requirement** 144:19 145:25 178:21

**requirements** 33:21 38:13 61:18 143:11 144:10,14

**requires** 26:23 97:19 101:8 148:18 168:21

**rescinded** 223:24

**resign** 213:18 215:9

**resigned** 213:3,7,14,18, 19 215:5,6 222:23 224:2 225:6

**resigning** 213:22 218:1

**resist** 27:6

**resolve** 108:9

**resource** 260:13

**resources** 33:14 256:2,7 257:20 260:11 261:10, 15,25 282:6

**respect** 196:14

**respects** 262:17

**Respite** 12:19 15:19 18:1 21:8 24:6 52:5 59:22 78:11 84:10,17 85:13,24 90:9,18 113:13 118:9 161:19,25 162:20 247:20 253:23 267:16 285:2

**respond** 35:1 278:9,11

**responded** 150:13

Elite-Brentwood Reporting Services (615) 595-0073

www.EliteReportingServices.com

responding 141:8
300:20

response 25:6 26:1
28:18 64:11 78:6 88:17
152:5 236:21 258:23
280:5 300:16

responses 13:16 221:4

responsibilities 36:16
57:13,18 58:20 97:11
98:16,20 148:10 167:16
168:22 169:18 171:8

responsibility 21:5 28:1
55:13 58:24 64:15,21,22
94:2,10 142:17 143:24
149:13 168:18 196:11
200:14 201:16,19 205:7
227:1 236:12 244:9
246:1 249:3 288:17

responsible 33:13 36:4,
5,7,19 37:9,11,17 40:4
55:10,23 56:2 200:12

rest 26:20 59:10 267:23
295:9

restate 168:12 204:3
206:7 231:2

restless 27:7

restructure 103:25
174:22

restructured 147:16

restructuring 82:3 83:7,
15

result 61:21 71:20 94:25
99:3 140:12 228:9
296:16 297:16 299:2

resulting 212:11

results 219:21 291:1

retain 104:3

retaining 287:18

retaliate 72:23 73:2,11

retaliated 150:25

retaliation 14:24 16:9
71:4 75:21 133:19
134:17,24 149:25 150:4
151:5 193:9

retire 222:17,21

retired 222:23 223:2

224:24

retiring 132:24 133:1

retitled 99:13

return 235:5

returning 12:21

revenues 260:9,12

review 20:5 21:7,23
35:25 68:6 98:15 106:5
118:12 122:17 168:22
176:3 196:11,25 200:21
235:4 295:25 296:16

reviewed 68:16,17
107:14 196:9 291:15
296:23

reviewing 196:15 230:4
237:22 297:1,22

reviews 21:8 22:9 24:5
31:5 54:13 73:14 84:2,5,
16 85:13,24 90:9,16,18
96:16,25 113:13,16
114:2,16,19,25 115:3,16
118:21 130:9,10 145:17
146:15,20 161:17 163:13
164:3 176:11,23 179:17,
20 180:1,4 182:13,18
184:13,21 195:20 198:3
203:16 207:7,13,22
208:8,10 212:6,17,18,24
213:4 221:3,8 230:8
232:4,7 236:7 257:23
263:6 267:15 268:5
269:5 280:4 293:22
294:1 295:18 296:1
298:13

rid 246:22

rights 11:24

rise 80:9 301:17

rises 77:2

Robert 217:3

Robin 131:9 133:3 134:5

Robyn 209:16

role 19:19 40:10 48:5
55:3,4 57:22 58:18,22
60:4 69:20 79:4 83:3
98:19,24 99:1 135:3
142:1 143:18 148:16
167:15 180:20 183:2
219:3 222:8,9 227:17

259:15 276:25 278:6
279:12 286:23 291:8
293:8 298:1 304:11

roled 82:20

roles 55:1 58:19 60:5
61:16 79:25 97:11 148:9
167:15 168:22 169:17
171:7 181:14 224:6
274:20 281:18 286:21
289:15 305:14

rolled 225:17

Ronald 211:9

room 189:9,12 194:10

Rosebank 217:6

round 95:25 283:23
291:24

routine 251:24

rules 298:16

rumors 155:20 156:1

run 233:13,16

runs 251:17

_____

**S**

safety 193:3

SAITH 309:22

salaries 248:9 252:22

salary 229:18 241:24

Saturday 119:7 192:7

save 243:1

saved 110:13 231:14,22
248:9

savings 229:6 242:20
248:20

scaled 260:14

scanned 284:14

scanning 180:9

scared 193:2

scenarios 32:4 76:12
226:17

schedule 286:6,9

schedules 277:17

school 9:9,19 10:3 11:11
16:5 17:8 19:18,22 20:9
29:16 30:23 31:17,18
34:18 43:12,13,16 44:6,
8,10,17,18,24 45:9,18
46:17 53:21 55:17 56:11,
17,21 57:12,17 60:1 61:5
62:7 65:22 66:1,14 69:24
70:5,21 74:2 75:9,11,13
77:24 83:19 86:24 89:3
91:20,21,23,25 92:2,6,
15,16,17,23 94:16,17
95:3 97:6 98:13 99:11,12
109:15 132:5 136:6,11,
15,19 138:3,21 142:12
147:14,25 148:12,15,17,
23 151:24 152:21 153:12
157:15,19,20 158:9,12
159:1,5 165:4 166:11
167:18 168:20 177:22
178:9 180:6,23 181:6
191:15 197:10 199:20
200:23 202:18 204:11,
21,22 205:17,20 206:6,
13,14,16 209:9,10 210:4
211:2,6,22,25 212:2,15,
22 214:1,3,10,23,24
215:13,18,25 216:5,21
217:9,18,19 218:13
220:19,23 228:23 229:5
233:14,16 234:18,25
249:10 253:22 255:24
256:22 260:24 261:4,7,
12,19,25 262:21 273:18
279:18 289:24 290:13
294:19 297:13,16,17
298:19 299:7 302:21
303:4

school's 198:9

school-based 280:4

schools 8:19,25 9:25
10:14,24 11:5,14,17
12:1,4,7,13,18 13:22
14:15,19,22 15:11 16:3,8
17:12 18:11 28:6 29:12
31:7,11,13,15,21 32:9,
14,25 33:2,6,25 36:11
37:24 39:13 42:1,25
43:3,6,8,14 44:21 45:13,
14,15 46:10 47:2,25
50:20 51:4,10 55:10,14,
16 56:10,14 57:8 60:11
61:3 66:15,18 67:1,22
69:20,21 70:20 71:12
72:5,8,10 75:20 76:20
82:23 83:24 89:7,11

90:22 92:9,24 93:7,8,16 94:1,24 97:21 99:14 100:4,11 101:23 105:7 108:11 109:9 110:11 111:4 119:20 120:3,24 132:15 133:18 134:16,23 145:20 156:4,18,22 157:18 158:11 168:18 177:24 190:16 194:18,21 195:19 196:2 198:5,7 200:25 201:1 202:22 203:4,5,9,14,18,19,20, 21,24 204:2,7 205:4,21 206:1 207:3,15 208:13, 17,18 216:20 219:5 220:24 225:18 226:22 234:3 238:4,9 243:1,16 244:20,23 247:21 249:3 256:3,5 260:10,13,15 261:11,18 265:1 283:1 302:16 304:16 305:10

**Schoolsemails** 262:6

**Schunn** 17:23 29:13 131:15,19,21 134:5 137:1 221:9,19 223:22

**score** 101:2 105:16 106:19 107:4,7 108:2 112:15 115:22,23 116:2 117:20,25 119:16,21 120:3 122:10,11,25 123:20,22 130:2,6

**scored** 100:13 106:18 117:16 120:15 121:9 129:3 291:22

**scorers** 105:15

**scores** 18:15,20 100:5 103:2 105:5,6,9,11,19,21 106:8,11 107:24 108:5, 20 109:6,8,25 111:6,19 112:13 115:20 117:22 118:6,8,12 121:7,8 122:2,5,7,17,23 123:8, 14,17 124:4,12,13,17,18, 20,24 125:3 126:24,25 127:12 128:1,3,14 142:16 284:22 292:1

**scoring** 99:23

**screen** 7:6 21:10,12 84:9 113:15 114:5 125:13,23 128:16 163:12 176:21 206:25 229:11 258:11,14 263:2 265:14

**scroll** 22:4,7 114:13,21 115:12 146:12,17 207:5 240:11 258:12 259:1,24 260:18 266:14 267:18 269:4,25 294:5 296:8 298:10

**scrolled** 113:25 164:15

**scrolling** 117:14 207:22, 24 269:18

**scrutinize** 72:6

**Sean** 258:18

**search** 271:5 272:6,7 274:24 278:18

**seats** 147:24

**Secondary** 197:9

**sections** 157:3

**secure** 87:9

**seek** 26:18 169:1

**seeking** 172:23

**SEL** 53:20

**select** 143:24 273:17 274:11 275:21

**selected** 12:15 96:20 132:12 133:3,6 140:13

**selecting** 274:14,15 286:18

**selection** 103:9 267:12, 20 268:2,11,16 269:2,14 272:7,15,22 273:10 274:4,5 276:4 278:22 279:5,23 280:2,7,10 282:16 283:13

**selections** 95:15 96:20 149:12 272:23 274:1,2 284:13

**self-identify** 94:24

**send** 38:3,9 56:10

**sense** 90:14

**sentence** 294:20

**separate** 116:6,7,9,11 124:1 283:17

**September** 28:23

**serve** 205:2

**served** 82:20 288:20

**serves** 256:4

**service** 241:1

**services** 7:20 139:14,16 140:14 232:20 233:22 234:5,15,18,20 235:10, 21 237:3 239:9,21 240:8 253:19 256:2

**serving** 206:1

**sessions** 58:17 287:12

**set** 27:10 68:11 79:23 293:3

**sets** 77:23 83:9 94:12 104:7 133:9 270:5 280:14,22

**sexual** 71:14

**sexually** 71:9 225:8

**share** 21:10 113:19 176:22 179:19 184:12 255:16 265:14,19

**shared** 82:24 176:22 191:4,11 258:11 290:25

**sharing** 48:24 81:4 176:20

**Sharon** 89:21 198:19 199:11 200:16 201:22,23 220:16 247:16 248:5

**Shawn** 126:12 131:14 134:4 194:21,22 196:2 304:18

**sheet** 116:11 133:23 216:2 260:1

**shift** 88:8 251:7

**shifted** 252:15 290:8,11

**shifting** 69:19 259:15

**shifts** 170:22

**short** 73:21 135:2 254:4 307:8

**shortsighted** 95:6

**show** 84:4 90:8 106:22 112:20,23 115:23 116:20 118:14 145:3 163:25 176:10 201:25 203:17 208:9 209:23 232:3 240:19 257:21 262:11 267:14 268:1 295:16

**showed** 114:12 115:11 116:17,19 117:22 232:22

**showing** 106:7 209:25 210:1

**Shumate** 126:4 131:9 133:3 134:5

**shut** 161:16

**sic** 131:6

**side** 112:12 144:12 268:2

**sideways** 267:18,21

**sign** 161:20 309:7

**signature** 177:16 186:14,17 294:7

**signed** 85:19 296:9

**significant** 97:16,19 298:21

**silos** 60:6

**similar** 257:3 270:19 271:14 306:11 307:22

**similarity** 171:19 274:18

**similarly** 255:23 256:21 257:10 270:5

**simple** 236:19 300:20

**simplify** 252:18

**simply** 99:14 142:1

**single** 67:3,4,24,25 68:1 102:3

**sister** 196:17,19

**sit** 62:21 63:14 69:3 200:17 299:12

**Sito** 57:10 191:18 192:6, 8,10 304:9

**sitting** 172:12 264:25

**situation** 32:7 52:19 66:3,5 77:21 157:21 158:5 160:16 192:12 193:1 299:13,15

**situations** 301:16

**size** 257:3

**sized** 255:24 256:22 257:10

**skill** 77:22 79:23 83:9 94:12 104:7 133:9 293:3

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

**skills** 205:12 206:5 304:24

**skipping** 54:4

**slave** 19:21 23:4,7 151:12 153:5

**slaves** 22:24 23:2

**sleep** 26:19,20

**Sloss** 214:12

**slotted** 18:3

**small** 260:23

**smaller** 246:14 255:23 256:21 257:9

**snapshot** 264:7

**Snorten** 114:10 126:10, 11 131:7 134:2

**social-economical** 204:1

**software** 35:25

**solely** 124:13

**someone's** 47:7

**something's** 169:6

**son** 108:16 151:10

**son's** 19:21

**Sonia** 221:10,19 223:3 225:6,7

**sooner** 259:18 309:13

**sort** 14:23 16:20 17:10 35:9 47:25 51:4 77:15 105:7 131:20 140:4 172:25 223:14 226:8 235:9 291:17

**sought** 222:9

**sound** 211:4 223:6 305:17

**Sounded** 154:2

**sounds** 221:22 223:7 227:16 281:25 283:5 305:18

**southeast** 55:11

**space** 136:24 201:17 211:18 243:18

**spam** 162:17

**span** 295:12

**speak** 108:3 179:9 301:24

**speaking** 116:23 145:23 286:16

**speaks** 261:16

**specializes** 147:23

**specific** 18:7 30:6,7,20 34:6,12 36:9,17 38:18 44:11 45:10 47:18 48:5 52:25 63:17,18 65:22 72:4 79:1 86:21 87:20 104:6 105:3 133:1 141:6, 7 142:9 143:10,19 144:13 146:7 147:21 150:6 168:25 170:23 179:16 186:8,12 197:7 199:16 204:16 211:18 244:6,21 245:6,12 255:4 275:1 276:18 278:2 279:8,10 280:11,16,22 286:23 287:8 293:19 296:6 299:1 300:13 303:1

**specifically** 53:17 63:10 69:10 111:5 148:15 165:10 173:5 175:3 198:17 210:15 241:22 242:5 260:2 272:5 278:8, 9 285:21 287:4,22,25 290:15 297:18,19 298:9 304:23

**specifics** 35:15 38:17 45:7 71:17 212:19

**speech** 22:17,22

**speeches** 224:13

**Spencer** 149:21,23 150:3,8,18,23 151:2

**spending** 260:21

**spent** 259:19

**split** 98:17

**spoken** 86:5

**sports** 45:1

**spreadsheet** 112:11 121:10 122:4,6 123:5,12, 13 125:2 128:6,11,12,23 129:11 208:21 215:23 269:25 291:13,16

**Spring** 14:13,20 16:4,18 17:5 19:13 29:5,6,24 31:8,12 70:23 73:9 81:12 101:17 130:20 134:21 201:24 202:7,9,11 225:12,14 243:2 244:24 253:14 270:21 278:6 281:22

**Springer** 126:9 137:10, 12 138:12 139:4 140:5 221:9,18 222:3,4 223:3, 12,18 224:18,22 253:5

**Square** 7:14

**staff** 104:20,22 144:20 198:12 205:8 233:1 234:5 247:15,21 256:3

**stakeholder** 111:1

**stakeholders** 94:14 257:15 273:20

**stamp** 262:5

**standalone** 167:13

**standard** 70:7 100:10 102:14 110:18 275:21 277:6 281:14

**standardization** 103:11 110:24 186:11

**standardize** 279:15

**standardized** 70:18 103:6 220:4

**start** 43:7 76:11 236:17

**started** 202:23 234:5

**state** 7:22 8:15 23:17 27:1 37:19,20,22 38:4,5, 6,10,21,24 39:6,9 60:23 61:17 70:7 97:9 141:2 143:20 144:11 146:1 161:3,4 167:12 169:16 179:9 210:16,19 219:16 220:5 251:9

**stated** 24:2 181:3 251:6 295:4

**statement** 192:21 207:14 228:15 243:25 244:3

**statements** 152:17

**states** 263:7

**statistically** 226:3,11

**statistics** 225:24,25

**status** 33:12 37:8 46:3 47:7,14 50:17,18 75:14 91:20 200:23 217:10,19 290:7,11

**statute** 166:6,10

**stay** 191:19,22 192:2

**stayed** 215:25 220:1

**stays** 160:14,15

**Steele** 293:18 294:10,13 296:5,13,15 297:7 299:6 303:20

**Steiner** 7:23 8:14 10:9 12:3 13:6,7,10 21:14 22:1,5 25:1,12,16,23 28:15,21 29:4 47:11 49:24 50:1 73:16,18,24 81:10,15 84:13,15 85:4,8 86:17 90:1,7 111:3,23 112:1,7,14,17,22 113:2, 9,12,18,22 114:1,3,15,23 115:9 120:13,22 121:5 126:18 127:19 128:4 129:10,20 140:10 147:1, 7,13 150:17 151:8 154:4, 7,14 158:18,23 159:8 160:1 161:1,20 163:3,8, 10,20 166:1,7,18 173:14 176:5,9,19,22,24 177:5, 8,9,10 182:6,10,17 186:4,24 187:4,22 200:6 204:6,14 205:5 208:2,7 214:16 219:1,10,14 224:9,17 225:4 226:10 227:4,19 228:14 236:5,9 239:17 240:14 246:4 249:22 251:23 253:24 254:7 258:1,5,8 262:22 265:12,15,22 300:15,18, 25 301:9 306:22,24 309:14

**step** 27:11 80:20 94:22 132:20 166:25 228:7 229:18 230:7,11,14 241:24

**steps** 190:14

**Steve** 130:15 133:25

**Stewardship** 198:15

**Stewart** 126:5 221:10,19 223:3 224:19 225:6,7

Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com

stick 143:22

stop 13:15 84:19 113:19
114:24 153:24

story 56:9

Stratford 293:15 294:13,
17

strike 19:15

strip 27:8

strong 286:24

strongest 286:19

strongly 192:2

structure 36:18 55:9
62:10 99:2 168:5 174:13
226:24

structured 229:25

structures 36:14 168:19

student 54:6 97:22
139:14,15 140:14 152:6
168:23 202:11 206:20
209:22 253:19 292:14

students 18:15,21,24
19:9 20:18,24 23:21 24:1
25:22 28:1 53:14,19 54:8
69:24 70:15 97:20
148:20 203:24 205:3,8,
10,20,21,23 206:17
220:11 241:7 251:15
256:3,7,11,12 257:20
261:16,21 262:1,21
298:20

students' 53:25

studied 260:20

study 257:7,12 260:22
280:3,5

stuff 182:7

style 67:10

subcategories 263:10

subject 162:14 258:23

submitting 37:12 39:4

success 205:9

successful 205:13
206:3

sued 9:14,17,23 10:2,10,
22 11:12 14:14,21 15:23,
25 16:13 29:12 71:2

133:18 134:16,23

suggest 52:20

suggested 153:13,17

suggesting 30:1 95:6
116:10

sum 122:10 128:1,24,25

summarize 116:13,22

summarizing 116:8

summary 122:23

summation 261:8

summer 83:6

sums 128:2

super 57:15 131:23

superintendent 19:2
32:12,20 55:9 66:2 98:19
131:22 132:3,5,7,19
135:12 137:2,6,7 139:2,3
222:5 278:25 279:1
294:21 302:4,5 304:11,
22 306:8,9

superintendents 32:21,
24 58:15 62:15 63:6 66:9
67:23 69:22 82:22
131:24 135:15 140:3
202:19 272:19 302:14,19
303:1,2 304:7

supervise 58:23 60:11

supervised 81:22 89:21

supervising 58:25
69:21 82:21 136:10
152:21 274:17

supervision 56:17,22
57:24 98:13 99:1 297:13,
25

supervisor 46:17,21,22
52:12 55:3,4 56:3,12,24
57:1,2,4,25 59:3,5,6,17,
19,20,21,23 62:8 63:7
76:9 81:21 88:5,16 89:20
135:24 137:16 185:23
190:17,21 191:15 211:17
305:6 307:17

supervisor's 210:3

supervisors 53:7 61:24
89:24 171:23 197:20
200:12

supervisory 57:13,21
302:12,13

support 47:18 66:6
67:23 97:6 99:11,12
144:20 145:13 146:1
177:23 200:25 205:8
226:25 256:4,5

support-staff 144:12
145:2

supported 135:20
302:20

supporting 65:1 302:16

supports 206:19,24
238:9 282:25

surfaced 202:17

surprise 199:1,18 233:2

surprised 250:25 251:3,
16

Susan 131:9 132:24,25
134:6

suspend 164:1

suspended 164:7

suspension 77:8
193:16

sustaining 23:12

swear 8:6

switched 171:16

sworn 8:11

symbols 70:10

system 19:18 29:16
30:23 34:18 35:6 37:3,5
39:10,11 62:19 69:17
72:15 158:3 164:20
165:12 167:18

systems 29:17 260:25
261:4,7,19

---

T

taking 69:19 98:25
165:21

talk 58:17 110:19 111:4,7
173:6,21 182:12 183:12
187:5 190:10 194:4
201:6 227:20 237:19
250:5 287:20 306:24

talked 98:8 119:13 149:8
194:6 202:17 275:5
276:21,25 285:13 297:10

talking 50:23 59:11 62:2
78:24,25 79:2 104:2
112:4 113:1 136:16,17
166:2,3,8 167:11 180:2
189:22 192:9 219:8
234:21 247:11 281:19
289:10

talks 276:15

tar 27:10

target 174:3

targeted 141:11

tasks 268:4 270:1

TASSP 197:15

taught 19:21 20:18 28:5

tax 243:15 244:22

taxes 244:11 245:9

TCAP 70:12,13,20

teach 45:3

teacher 18:20 33:1,5,9
35:5 37:24 39:17 87:13
152:6 164:2,6 190:25
192:10 261:12

teachers 33:24 34:7,20
35:21 65:24 87:19 152:6
164:23 165:15 252:20
273:17

teaching 33:25 87:10
158:2 164:19 165:11
213:23

team 51:14 65:5 71:18
110:8 134:8,13 142:8,11
144:7 159:19 172:19
173:18 179:16 189:10
198:20 199:12 209:2
213:24 226:19 228:12
237:21 238:3 245:17
246:19,25 247:3 248:7
252:3 255:15 264:16
270:25 271:7 277:16
278:11 282:9,10 284:5,
10,12 286:21

teams 139:1 248:25

tediously 67:2

telling 68:9,15 78:19

ELITE-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

89:12 125:7 155:15,19, 25 190:3 209:20 238:23 287:3

**tells** 184:23

**ten** 125:15 160:6 169:24 172:9 224:20

**tendency** 26:15,17

**Tennessee** 7:11,16 21:19 87:16 157:8 163:15,22 197:9 301:15 305:6

**tenure** 87:6,18 88:4,15, 25 135:2

**tenured** 86:25 87:3,14, 19,25 88:20,21

**term** 24:23 203:3 214:7

**terminate** 296:13

**terminated** 293:18 296:15

**termination** 77:9 78:25 80:10 87:5,20,22 88:3, 14,25 90:2 113:3 165:22, 25 166:2 294:24 295:3,6, 12 296:7

**terms** 41:12 204:15

**testified** 8:11 40:18,22 41:20,21,22 118:6 130:5 136:5 176:16 177:13 234:14 248:17 284:21

**testify** 42:4 118:11

**testifying** 108:19 115:11

**testimony** 28:25 256:9

**testing** 69:23 70:1,14 210:10,13,20 219:15 220:3,4

**tests** 70:20

**text** 27:19 28:8,19

**texted** 190:22 192:7

**texts** 27:23 28:2 152:13

**thing** 55:25 56:20 57:11 59:8 88:19 115:3,13 162:4 217:15 224:13 261:5,8 306:3

**things** 11:15 12:5,7,11 74:9 75:3 76:18 136:14 138:23 141:12 144:16

157:11 163:8 169:3 179:11 209:9 226:15 232:17 238:6 240:24 241:10 243:7 251:7 291:6 292:16 300:1 301:3

**thinking** 55:2 141:9 174:22

**thought** 20:10 91:16,21 112:11 149:24 150:3 155:14

**thoughts** 285:7

**thousand** 14:8 66:25 230:22

**threats** 193:5,7

**tied** 190:25

**tier** 55:16 98:12 99:1 302:18 303:2

**tighten** 111:15

**time** 7:5 9:13 15:15 16:17 17:14,16 30:7,21 41:21,23 47:16 59:24 62:15 64:2 67:2,18 69:7 72:5 82:13,17 89:21 93:3 99:10 106:13 107:1,10 108:5 115:12 123:2 124:24 131:24 150:21 152:22 153:24 156:14 162:12 194:22 196:14 197:22,23,24 201:17 229:5 232:24 233:3 236:17 244:18 247:7 251:7,13 252:1 259:13 264:8 278:24 284:7,23 289:2 290:8,14 291:2 298:3 304:7,19 309:9

**timeframe** 15:13 17:19

**timeline** 237:12

**timely** 20:24 21:6

**times** 40:21 41:3 58:20 66:12 67:16 138:2 284:16 298:16

**timing** 38:18 93:6 132:16 213:13 227:15 228:23

**title** 14:16,23 15:25 16:1 19:25 147:21 171:25 263:7 268:14

**titled** 173:22 267:19

**titles** 18:3 20:2,3 29:10 273:24

**TN** 70:3,6,11 210:15 219:18,19,22

**today** 7:4,13 13:13 28:25 30:8 31:3 64:16 68:9 69:10 107:7 128:25 129:12 134:14 175:21 188:3 203:10 224:11 250:12 264:25 309:1

**told** 50:10 52:12,15 86:10,14 89:18 116:1 120:14,17 121:6,24 122:1 123:21 124:1,3 149:22,23 150:2 151:3 161:2 168:8 181:1 185:20 191:13 192:2,13 198:20 199:11 241:22 275:11,15 297:19,22 298:5

**Tom** 217:12

**tons** 66:24 296:25

**Tony** 253:10

**top** 21:17 114:6 208:20 242:1 263:7

**topic** 154:3

**topics** 286:14

**tornado** 12:22,25 13:2 244:7

**total** 92:24 239:13 266:15

**totaled** 112:15

**totals** 128:24 129:1

**touched** 293:12

**tough** 27:22 226:23 289:10

**tournament** 189:4

**Traci** 214:12

**tracks** 245:5

**Tracy** 131:9 132:23 134:5

**Tracy's** 133:1

**trained** 156:19,22,25 272:21

**training** 144:15

**transcript** 50:24 309:13

**transfer** 40:7 79:3

**transferred** 81:16 91:12 109:14

**transferring** 39:25 80:6 91:4

**transition** 12:22

**travel** 243:8

**treated** 157:12

**tremendous** 198:8

**troubling** 24:8,15

**true** 32:6 35:19 49:24 52:22 72:16 75:19 76:13 85:22 96:7,12 100:2 119:14 120:19,23 155:7 167:21 176:16 177:14 178:2 185:19 205:14 206:10 234:16 240:6

**trust** 36:21 231:12 232:23 233:4

**truthfully** 309:1

**Tuggle** 131:15 134:5

**turned** 262:17

**Turner** 17:23 18:9 29:13 126:5 131:15 134:5 137:1 221:10,19 223:3, 22 224:18

**turning** 191:14

**turnover** 212:8

**type** 31:19 32:2 34:10 42:3,11 54:15 68:5 100:19 154:5 160:15 236:20 287:17 293:3

**types** 24:8,16 33:18 173:19 281:15

**typical** 75:9 271:2

**typically** 35:8 37:4 40:12 46:18,20 48:23 77:14 79:1 100:25 102:7 143:17 160:19 204:11 235:16 244:23 245:7 295:10

---

**U**

**U.S.** 7:11

**uh-huh** 14:11 15:8 17:6
18:18 20:6 28:9 30:3,19,
24 31:1 32:5 33:10,20
34:9,23 36:15 37:13
38:7,12,16 40:16 41:1
48:6 49:18 50:25 56:5
57:6 58:11 59:16 61:11,
15 62:3 70:19 73:7 75:24
76:2 78:12 80:12,15,19
86:23 87:7 88:1 89:16
92:7 93:5,18 96:24
100:7,16 101:5 107:6,8
114:7 115:25 116:3
117:11 121:11 122:16,18
128:9 136:7,9,22 137:22
138:7,17,20 139:8
140:11 144:6 147:4
151:22 153:11,19 154:24
158:8 164:17 169:21
170:2,21 174:12,14
180:11 186:20 188:7
195:4,10,16 197:18
203:2,6 205:6 209:7
210:6,9,17 211:15 212:1,
3,9 213:6,12,21 214:2,4
215:12,21 216:6 217:11,
25 218:6,15 219:20
220:6,8 221:15 222:14
225:7,19,22 228:25
229:10,17,20 230:17,23,
25 231:21 233:17,23
234:8,10 236:2,24
237:20 239:7,10 241:9
242:11 247:13 248:2,4
249:23 253:15,17 258:5
259:14,23 263:1,13
264:3 266:1,3 269:20
271:22,25 278:1 285:15,
23 286:20 287:2 288:16
289:3,12 298:6 302:8,11,
22

**ultimate** 93:24 94:4
95:11,23 143:23 195:20

**ultimately** 98:2 129:7
145:25 149:19 172:22
194:18 195:20 218:9
288:9,22

**umbrella** 45:13 70:11

**unanimous** 74:1

**unaware** 151:1,6 193:6
198:13 199:15,16 287:15
305:13 307:17

**uncommon** 48:8 75:4,
17 138:25

**understand** 24:2 26:9
64:7 66:16 109:23
167:22 226:18 229:23
237:17

**understanding** 67:13
90:21 91:11 107:18
112:9 170:19 188:13
215:15 234:3

**unfamiliar** 274:10

**university** 146:25 152:6

**unknowns** 244:8,15
251:11

**unprofessional** 164:8

**upcoming** 89:3

**update** 191:2

**updates** 62:11 63:7
200:21

**upgrade** 97:11

**upload** 38:20

**uploading** 37:14

**Upper** 294:19

**Uppinghouse** 217:17

**upset** 191:25

**upwards** 58:16

_____

**V**

**vacancies** 242:10,14
250:6,7,11,16,19,24
251:6

**vacancy** 251:17 252:11

**vacation** 138:14,16

**variation** 205:19 240:23

**varying** 102:11

**verbal** 298:24

**verification** 37:7,10,18
38:21,23 39:20

**verifications** 37:19

**verified** 38:10 39:1

**verify** 37:16,21 38:20
40:8

**verifying** 38:8

**version** 106:11

**versions** 238:17

**versus** 7:9 21:18 144:20
167:23 168:14 171:13

**VI** 14:16,23 16:1 19:25

**vice-president** 160:11,
12

**vice-presidents** 160:11

**video** 7:6,7

**view** 39:16

**viewed** 35:23 39:11,12

**VII** 14:16,23 16:1

**violated** 11:23 19:25

**violation** 9:24 10:11,22
11:13 14:16,17,23
300:21 301:2,6,15,17

**violations** 9:15,18 16:1

**virtual** 70:4 106:4 238:20

**virtually** 121:18 127:2

**visibility** 97:20

**vision** 148:22 174:11,21

**visit** 199:16,21

**visits** 210:4

**vote** 74:1

**votes** 74:9

**voting** 74:5

_____

**W**

**wage** 241:13

**wait** 38:21 40:22

**waive** 33:21

**waived** 60:23 69:17,24
70:2

**waiver** 33:16 35:4,7,12
38:18

**waivers** 33:25 34:7

**walk** 124:8 127:25 191:6

**walked** 121:18 178:23

**walking** 125:5 189:19
191:11

**walls** 138:10

**wanted** 10:12 11:3 52:11
94:18 122:21 127:8
128:20 162:7 184:2
286:15

**wanting** 75:14

**Warner** 217:20

**warning** 298:24

**Washington** 7:14

**watch** 26:24

**ways** 77:3 167:14 267:23

**website** 40:17 198:6

**Wednesday** 7:4

**week** 12:21 64:4 69:4
86:6

**weeks** 309:12,14

**weigh** 288:18

**weighed** 81:25

**well-being** 196:21

**whichever** 29:10

**whip** 27:12

**whistleblower** 16:21
17:11

**Whitehouse** 44:17

**Whites** 186:1 189:5
198:8,19 199:11 218:4
219:25 220:23

**Whitsitt** 217:15

**wife** 108:12,15

**wild** 26:12,13

**Williamson** 43:14,15
136:16

**Willie** 22:17

**Wilson** 126:8

**Witty** 126:8 130:24 131:1
133:25

**woman** 23:9

**won** 198:15

**Woodard** 126:12

**Wooding** 211:10

**word** 24:14 214:15

233:15

**words** 20:12 27:5

**work** 26:25 33:11 42:20
43:5 44:2,15,20 45:5
46:15 60:6,10,12 65:21
71:3 74:9,20 138:8
141:10,11,17 147:18
156:4 189:16 190:16
195:13 198:11 226:18

**worked** 17:9 30:13 43:2,
8 55:16 81:22 206:15
289:5

**worker** 15:9 31:20 55:7
61:3 78:15,19 79:17 80:2

**workers** 32:2 46:7 61:7
226:4

**Workflow** 268:3

**working** 17:18 29:7
30:21,23 44:10 55:13
187:20 190:19 198:9
211:19

**works** 21:10 34:4,13,15
42:21 44:3 114:16
243:13

**world** 300:19

**Wright** 218:13

**write** 76:11 123:25 124:4
267:8 279:2

**write-ups** 306:15,17
307:14 308:4,10,16

**writing** 69:11

**written** 68:11 279:4
283:10,15 298:23,24

**wrong** 118:5 162:4
176:21 230:13 251:18

---

### Y

---

**y'all** 84:18 262:14 265:22

**year** 16:6,19 17:8 44:13
46:5 56:3,6,7,11,12,17,
21 57:12,16 60:19,20,22
61:5,13 62:2,7 66:14
67:20 69:17,19,23 70:4,
5,16,21 82:13 83:19
86:15,24 89:3 132:5
137:8 148:25 154:25
180:23 197:6,13,20,22

202:24 208:20 210:8
213:1 214:10 215:8,16
219:23 221:1 228:24
229:5 230:5 232:13,21
233:18 235:3,8,12
237:23 238:18 239:4
240:6 241:19 242:24
244:2,18 247:7,9 250:9
251:7 253:7,22 260:20
297:16,17 305:6

**year's** 219:24 235:14

**year-to-year** 183:3

**yearly** 205:24 296:25

**years** 23:2 43:8 188:3
203:7 209:14,25 215:19
230:14 247:12 252:20
259:18 271:14 288:21
289:4 302:10 305:15

**yes"/"no** 25:25

**you-all** 264:12

**younger** 23:21

---

### Z

---

**Zoom** 84:7 106:23,25
161:9 162:11

Case 3:20-cv-01023-Document 48-1 Filed 07/27/22 Page 108 of 108 PageID #: 2025
Elite-Brentwood Reporting Services · (615) 595-0073
www.EliteReportingServices.com