IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
FOR THE MIDDLE DISTRICT
NASHVILLE DIVISION
_____

JANE DOE,                          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   No. 3:20-CV-01023
                                   )   Jury Demand
THE METROPOLITAN                   )   Judge Trauger
GOVERNMENT OF NASHVILLE AND        )   Magistrate Judge
DAVIDSON COUNTY, TENNESSEE         )   Holmes
AND DR. ADRIENNE BATTLE            )   <u>Lead Case</u>
                                   )
        Defendants.                )
_____)
DR. LILY MORENO LEFFLER,           )
                                   )
        Plaintiff,                 )
v.                                 )
                                   )
THE METROPOLITAN                   )
GOVERNMENT OF NASHVILLE AND        )
DAVIDSON COUNTY, TENNESSEE,        )
AND DR. ADRIENNE BATTLE            )
                                   )
        Defendants.                )
_____)
                                   )
DR. JAMES BAILEY,                  )
DR. PIPPA MERIWETHER, and          )
DR. DAMON CATHEY,                  )
                                   )
        Plaintiffs,                )
v.                                 )
                                   )
METROPOLITAN GOVERNMENT            )
OF NASHVILLE AND DAVIDSON          )
COUNTY, TENNESSEE and              )
DR. ADRIENNE BATTLE,               )
                                   )
        Defendants.                )


_____

The Deposition of:   HENRY PATRICK RYLE CLAY
                     March 29, 2022



```
_____

                    JANIE W. GARLAND
                  Briggs & Associates
          222 Second Avenue North, Suite 340M
                Nashville, Tennessee 37201
                    (615)714-5350

_____
```

```
1              The deposition of HENRY PATRICK RYLE CLAY
     was taken by counsel for the Plaintiffs, by notice,
2    at the law offices of Metro Legal, Nashville,
     Tennessee, on March 29th, 2022, pursuant to the
3    provisions of the Federal Rules of Civil Procedure.
               All formalities as to notice, caption,
4    certificate, reading and signing of the deposition
     are waived.  All objections, except as to the form of
5    the questions, are reserved to the hearing.

6    _____

7    APPEARANCES:

8    For the Plaintiffs:

9        Dr. James Bailey
         Dr. Lily Leffler
10       Dr. Pippa Meriwether
         Jane Doe
11
                        Ann Buntin Steiner
12                      Attorney at Law
                        Steiner & Steiner, LLC
13                      613 Woodland Street
                        Nashville, TN 37206
14                      asteiner@steinerandsteiner.com

15   For the Plaintiff:

16       Dr. Damon Cathey

17
                        Jesse Ford Harbison
18                      Attorney at Law
                        Jesse Harbison Law, PLLC
19                      P.O. Box 68251
                        Nashville, TN 37206
20                      jesse@jesseharbisonlaw.com

21

22   For the Defendants:
                        J. Brooks Fox
23                      Department of Law
                        Metropolitan Courthouse, Suite 108
24                      P.O. Box 196300
                        Nashville, TN 37219
25                      brooks.fox@nashville.gov
```

1                            <u>INDEX</u>

2    Examination by Ms. Steiner . . . . . . . .  Page   5
     Examination by Ms. Harbison . . . . . . . .  Page 200
3    Redirect Examination by Ms. Steiner . . . .  Page 218

4

5                          <u>EXHIBITS</u>

6    No. 1 Operating Budget 2020-2021  . . . . .  Page   50

7    No. 2 Operating Budget 2019-2020  . . . . .  Page   52

8    No. 3 School board agenda 5/26/20 . . . . .  Page   71

9    No. 4 MG 001350 document  . . . . . . . . .  Page   72

10   No. 5 MNPS Organizational Structure MG
            001057  . . . . . . . . . . . . . . .  Page   83
11

12   No. 6 Ashford Hughes application  . . . . .  Page  131

13   No. 7 Record Check Search . . . . . . . . .  Page  133

14   No. 8 LinkedIn – Ashford Hughes . . . . . .  Page  141

15   No. 9 Ashford Hughes resumé . . . . . . . .  Page  142

16   No. 10 MNPS Organizational Structure  . . .  Page  169

17   No. 11 LinkedIn Profile (Collective)  . . .  Page  202

18

19

20

21

22

23

24

25

<u>HENRY PATRICK RYLE CLAY,</u>

called as a witness and, having been first duly

sworn, was deposed as follows:

<u>EXAMINATION BY MS. STEINER:</u>

    Q.   Would you please state your full name for

the record?

    A.   Sure.  It's Henry Patrick Ryle Clay,

R-Y-L-E.

    Q.   That's good, because every time I refer to

you in this case, I call you Henry Clay.

    A.   Well, he was my great, great, great,

whatever uncle.

    Q.   Are you serious?  Off the record for a

second.

        (Off-the-record discussion held.)

BY MS. STEINER:

    Q.   Okay.  Is it Mr. Clay, Dr. Clay?

    A.   It's mister.

    Q.   Mr. Clay.  Okay.  Now, I do not have your

CV, and I was looking for it online and couldn't

find it --

    A.   Okay.

    Q.   So I'm going to ask you --

    A.   I'm on LinkedIn.

    Q.   Are you on LinkedIn?

1    A.    Yes.

2    Q.    Okay.  I could not find that.  Tell me a

3    little bit about your background.

4    A.    Yeah.  Be glad to.  So from Georgia, I

5    went to undergrad and graduate school at the

6    University of Georgia.  I have undergrad degrees in

7    social work and international affairs, graduate

8    degrees in social work and public administration.

9    Came up to Nashville in 2009 to follow my wife, and

10   worked for the Comptroller of the Treasury, and then

11   went over to the State Department of Education when

12   they won Race to the Top to help on education issues

13   in 2011.

14          And then in 2012, I came to run Race at

15   the Top at Metro Nashville Public Schools.  In 2013,

16   switched over to be head of government relations for

17   the school district for about five years, and then

18   went to go run a statewide nonprofit called

19   Communities in Schools of Tennessee for two years.

20   And then returned to MNPS in 2019, July of 2019, as

21   Dr. Battle's chief of staff, and I've been in that

22   position since then.

23   Q.    And Dr. Battle asked you to return to

24   Metro -- (Court Reporter asks for clarification.)

25   Was that a position that you applied for or was that

1  a position that Dr. Battle put you in?

2      A.   I submitted an application, but it was an

3  appointment.

4      Q.   Meaning that you did not have to -- does

5  an appointment mean that you don't have to compete

6  against other applicants that --

7      A.   It --

8      Q.   -- are actually appointed?

9      A.   It depends on the situation.  In my case,

10  I'm not sure she considered other applicants, but

11  she interviewed me and talked and then appointed me

12  to the position.

13      Q.   Did she tell you she really wasn't

14  considering any other applicants?

15      A.   She did not.

16      Q.   She did?

17      A.   She did not.

18      Q.   Then what makes you think that?

19      A.   I would say I don't know if she considered

20  other applicants.

21      Q.   Did you know her before July of 2019?

22      A.   I had met her before, but didn't know her

23  well.  She and I had -- she was principal when I was

24  first at the district, and then she, I believe, was

25  over priority schools when I was in government

```
 1    relations, but we didn't know each other well.
 2         Q.    How did you come about to apply for the
 3    job as chief of staff?
 4         A.    I talked with her about some of her
 5    vision, and we saw there was a lot of alignment
 6    between what she hoped to do for the district, and I
 7    felt like I had some skills to be able to help out.
 8    I guess that would be it.
 9         Q.    Was that in the interview?
10         A.    Yeah.
11         Q.    My question is a little different.  What
12    caused you to even apply for the job of chief of
13    staff, did someone contact you?
14         A.    Yeah.  She contacted me.
15         Q.    So Dr. Battle contacted you and asked you
16    to apply for the job?
17         A.    That's right.
18         Q.    So that's why you were pretty sure you had
19    the job, correct?
20         A.    I wouldn't say that.  I guess what I'm
21    trying to say is, I don't know if she considered
22    other people, I don't know -- I don't know what her
23    deliberation process was at the time, but I felt
24    like I had something to add and she ended up hiring
25    me.
```

1      Q.    Have you ever testified before?

2      A.    I have.

3      Q.    How many times?

4      A.    Once.

5      Q.    What type of case?

6      A.    It was a deposition for the adequacy of

7  funding case.

8      Q.    The one that's going on in chancery court

9  right now?

10     A.    I'm not sure of the exact legal position

11  of it, but I believe --

12     Q.    Recently?

13     A.    Uh-huh.

14     Q.    Now, there's only one thing I'm going to

15  stop you at, and that is when you go uh-huh, it

16  makes a terrible record, and so you need to say yes

17  or no, and I'll stop you every time you do that,

18  because it's common, everyone does that.

19         And as you know, my name is Ann Steiner,

20  and I represent four of the plaintiffs in this

21  lawsuit, and Jesse Harbison represents Dr. Cathey.

22  I'm going to ask you a whole bunch of questions

23  today, if you don't understand anything I've asked

24  you, tell me to rephrase it, because I'm not that

25  familiar with your job --

1    A.    Yeah.

2    Q.    -- and so I may be confusing on some of my

3 questions, and I'll be happy to rephrase it until we

4 are on the same page about what the question is.

5         If you want to go back and change your

6 answer later in the deposition, if you think of

7 something that's different, or if you think

8 something is inaccurate, please feel free to do so;

9 is that okay?

10   A.    Yes.

11   Q.    Thank you.  Now, when you handled federal

12 contracts or governmental contracts, did that

13 include the budget?

14   A.    To clarify, I did not handle government

15 contracts.  I was the government relations director.

16 Yes, it did involve the budget.

17   Q.    That's the budget from Metro Schools?

18   A.    Correct.

19   Q.    And would you deal with the Metro

20 government?

21   A.    Yes.

22   Q.    Okay.  And so then in the budget process,

23 it's -- tell me how that works between what Metro

24 Schools is doing with regard to the budget and

25 getting it approved by Metro Government, how does

1  that coordinate?

2      A.  Would you rephrase?  Do you want me to go

3  through the budget process, what do you mean?

4      Q.  For instance, supposing if you had a

5  budget of 914 million, is it -- do you pull up the

6  budget from the previous year and then figure out

7  what you want, and then you go back and forth to

8  Metro to tell them, this is what we think we're

9  going to put in our budget, how does that work?

10      A.  The way that we've identified, it's

11  happened various ways over the years.  The way that

12  we handle it is we set objectives that we want

13  students to achieve, the strategies that we feel

14  like will achieve those objectives, and then the

15  resources behind those new investments that would be

16  required, kind of an aspirational budget.

17          We also go back and look at the prior

18  year's budget and determine in there whether there

19  are changes that need to be made in there, depending

20  on the situation of the year that we are in.

21      Q.  Okay.  And when you say "aspirational

22  budget," what does that mean to you?

23      A.  That means that if money were not a

24  limiting factor, what are all of the strategies that

25  would be necessary for achievement.

1     Q.   And so then do you send that figure of

2  what the aspirational budget is to Metro?

3     A.   Yes.  What we do is, we present that

4  information to the public, hold a public hearing,

5  public comment periods, then the school board

6  ultimately approves that direction.  That's public

7  information.  The mayor goes through his or her

8  deliberation, and then they determine what the total

9  amount of funding or new finding would be.

10     Q.   My question is a little different, though,

11  because it seems like to me, if you're putting in

12  the aspirational budget of everything that you could

13  possibly want to make the schools run properly,

14  correct?

15     A.   We seek -- it's not literally every single

16  thing, but it is -- but it is a wide variety of

17  things that would be as aspirational would feel

18  could be realistic.

19     Q.   And do you before it goes in front of the

20  school board, did your office or did anyone with

21  Metro Schools have any contact with the Metro

22  Government to see whether or not this aspirational

23  budget -- to discuss it?

24     A.   We're in constant contact with both the

25  mayor finance office, metro finance office, and

metro counsel trying to convey; A, what we're doing
with our -- the investments that they have given,
and then, B, advocating for increased investment to
help serve our students to move forward past that.

Q.  Is this done typically by e-mail?

A.  I would not -- it may occasionally --
e-mail exchanges may occur, but I think more
typically it's through meetings or both public
meetings with metro council and then one-on-one
meetings with the mayor's administration.

Q.  And do you have any documents that you
present in these meetings that show the aspirational
budget?

A.  Yes.

Q.  Okay.  And that's a yearly thing, correct,
every year?

A.  That is correct.

Q.  Okay.  And is it correct, too, that you
don't necessarily get your aspirational budget
approved?

A.  Yes.

Q.  Okay.  And from my -- it seems like from
looking at everything, that it's fairly common for
the aspirational budget not to be approved in that
you're given something under that?

1       A.    That's accurate.

2       Q.    Okay.  And who does your job dealing with

3  government currently?

4       A.    That position is vacant. (Court Reporter

5  asks for clarification.)

6       Q.    In the spring of 2020, who handled your

7  job?

8       A.    Which job, the chief of staff job?

9       Q.    No.  The governmental relations?

10      A.    Mark North.

11      Q.    Okay.  And he reports to you?

12      A.    He did at the time.

13      Q.    And does he still work for Metro?

14      A.    He does.

15      Q.    What is his position now?

16      A.    High school athletics director.

17      Q.    How long has his position been vacant?

18      A.    I believe since October of 2021.

19      Q.    So did he hold that position from the

20  2019/2020 school year until October of 2021?

21      A.    Yes.

22      Q.    Okay.  Do you know why he left?

23      A.    We asked him -- he has expertise in

24  athletics.  That's a core vision for previous

25  achievement and he had value to add to that.

1     Q.    Are you looking for someone to fill the

2  job of government relations?

3     A.    I am.

4     Q.    Have you been interviewing since October

5  of 2021?

6     A.    No, I have not.  No.

7     Q.    So is it -- if you haven't interviewed

8  anyone, have you gotten any applications?

9     A.    It's not been posted yet.

10     Q.    Okay.  So you're not looking for anyone

11  yet?

12           MR. FOX:  Objection to the form.

13           THE WITNESS:  So would you rephrase the

14  question?

15  BY MS. STEINER:

16     Q.    Are you actively looking for someone to

17  take over Mark North's position in government

18  relations?

19     A.    If your question is, have I posted the

20  position, no, I have not.  Have I been thinking

21  about potential pools of applicants, yes, I have.

22     Q.    And --

23     A.    For when we post.

24     Q.    When you're thinking of the potential

25  pools, are you thinking of particular individuals?

1     A.   More qualifications of what I would want

2     to have that might be demonstrated through an

3     individual person.

4          Q.   Have you thought of any individual person

5     that you can name filling that position?

6          A.   Yes.

7          Q.   Who?

8          A.   Evan Freeman.

9          Q.   Have you told Mr. Freeman that?

10         A.   I talked to him to see if ever he would be

11    interested in applying for the position.

12         Q.   Does he work for Metro Schools currently?

13         A.   No.

14         Q.   Have you talked to Dr. Battle about

15    contacting Evan Freeman about that job?

16         A.   Yes.

17         Q.   And did she say, fine --

18         A.   Wait. I'm sorry.  I talked to Dr. Battle

19    about what?

20         Q.   About contacting Evan Freeman about the

21    governmental contract or governmental relations job?

22         A.   There -- I haven't posted a position.  I

23    did talk with her about -- about whether -- about

24    reaching out to see if someone of like his

25    background could be interested in the job and

1  whether that was the type of person we would want to

2  apply for the job that we post in the future.

3      Q.   Did she say, yes, go on and contact him?

4          MR. FOX:  Objection to the form.

5  BY MS. STEINER:

6      Q.   What was her response back?

7      A.   I'm trying to recall.  I wouldn't be able

8  to recall her exact response.

9      Q.   Well, after you talked to her, had you

10  contacted him before you contacted her?

11     A.   I don't remember the order.

12     Q.   But you have talked to Mr. Freeman to see

13  whether or not he's interested in the job?

14     A.   I talked to Mr. Freeman to see -- he lives

15  in Chattanooga, to see if someone with a federal

16  background could be -- whether we wanted someone

17  with more of a federal background or whether we

18  wanted somebody with more of a state background.

19     Q.   And where does he work now?

20     A.   I believe that he works for -- I can't

21  remember the precise name, but the equivalent of the

22  electric service in Chattanooga.

23     Q.   And what does he do for the electric

24  service?

25     A.   I don't know precisely.  I believe it's a

1  governmental relations role.

2      Q.   So how did you come about to even know

3  Mr. Freeman to contact him about this job?

4      A.   He used to work for Senator Alexander, and

5  I knew him from that role.

6      Q.   Did you work for Senator Alexander?

7      A.   No.

8      Q.   So he had a political job in Alexander's

9  office?

10     A.   I don't know how it would be classified,

11 whether it was political.  His job was to work with

12 areas of the state of Tennessee as a representative

13 for Senator Alexander.

14     Q.   What was his -- when was the last time he

15 worked for Senator Alexander?

16     A.   I wouldn't know precisely.  Maybe a couple

17 of years.

18     Q.   What was his job position for Senator

19 Alexander?

20     A.   As I said a minute ago, I'm not sure

21 exactly, but I think it's like district

22 representative, field representative.

23     Q.   And what was it about Mr. Freeman as being

24 a field representative that makes you think he could

25 do this job?

1     A.   I don't know if he could do the job.  I

2 wasn't interviewing him that same way.  What I was

3 trying to get a sense of is, there are a lot -- we

4 only have one government relations position in the

5 district, I was trying to determine whether there

6 should be more of a federal focus, more of a state

7 focus, more of a local focus, where that balance

8 would be.

9     Q.   So are you looking for someone to fill

10 that job that has political connections?

11    A.   I'm looking for someone to fill that job

12 who would be able have great relationships with

13 people.  I'm not sure yet, because I have not posted

14 an interview for the job, where the balance of

15 existing political relationships or whether they

16 have the ability to create those relationships, I'm

17 not sure.

18    Q.   Okay.  Did you make the decision to hire

19 Mark North?

20    A.   No.

21    Q.   And Mark North, he is Steve North's son,

22 correct?

23    A.   I believe that's right.

24    Q.   And JoAnn North's son?

25    A.   Accurate.

1    Q.   And JoAnn North was the assessor of

2    property here, correct?

3    A.   I don't know what her position was.

4    Q.   She had a political role for Metro

5    Government, correct?

6    A.   I don't know that.

7    Q.   You don't know that she was a high

8    official at --

9    A.   I do know she was a high official.  I

10   thought it was a high-ranking state official.  That

11   was before my time here in Nashville.

12   Q.   Okay.  Did you know Steve North was a

13   judge here?

14   A.   I was aware of that.

15   Q.   So both of Mark North's parents were

16   politically connected, correct?

17   A.   That seems to be right.  I don't know the

18   extent of their connections.

19   Q.   Okay.  Is there something about, and I

20   don't mean this negatively, I'm just trying to

21   figure out, is there something about hiring someone

22   that's got political connections that makes them

23   more attractive to your office?

24       MR. FOX:  Objection to the form.

25       THE WITNESS:  The -- it would certainly

1    depend on the position.  If I'm hiring for a

2    government relations position that's trying to have

3    influence upon Metro council, to mayor's office,

4    state legislature, state department of education,

5    governor's office, federal -- the full extent of the

6    federal government, I would expect that that would

7    be someone that would have knowledge of and the

8    potential to develop those relationships, which may

9    include some history of those relationships.

10   BY MS. STEINER:

11       Q.   Okay.

12       A.   But to be very clear, they -- I'm not

13   looking -- I would not seek someone just because

14   they have political connection.

15       Q.   Have you served on any political

16   committees or actions, or anything like that?

17       A.   In my personal role or...

18       Q.   Yes.

19       A.   Back in college, I was president of the

20   Young Democrats at Young Harris College.

21       Q.   Anything with the democratic party here?

22       A.   Trying to remember precisely.  I am a

23   member of the democratic party, I don't believe I

24   have any official role in anything.

25       Q.   Have you worked on any campaigns?

1     A.    I volunteered for campaigns as a college

2  student.

3     Q.    What about as an adult here in Nashville?

4     A.    No, not that I'm aware of.

5     Q.    Okay.  I want to ask you just a little bit

6  about the budget when you were dealing back and

7  forth with Metro.  Who at Metro did you deal with

8  about the budget in the mayor's office?

9     A.    It was a variety of people, and depends on

10  what time frame you're looking for.  Obviously,

11  administrations have changed.

12     Q.    What about the last time that you served

13  in governmental relations, what year was that?

14     A.    That was 2017.

15     Q.    In 2017, who was it in the mayor's office

16  that you were dealing with?

17     A.    The mayor, Mayor Briley, his chief of

18  staff, his education liaison, the finance director,

19  various members of the finance staff for general

20  government.

21     Q.    So who is it that you would call to say,

22  this is my aspirational budget, or would it be the

23  presentation?

24     A.    The -- it would be a combination, so

25  publicly available presentations, and then at

1    different stages, we would present to the mayor.  At

2    that time, they had a public hearing, and so there

3    would be a public hearing.  But one important

4    distinction, at that time, under the previous

5    administration of Metro Nashville Public Schools,

6    they did not do the aspirational budget.  They had

7    --

8         Q.   But they do that now, correct?

9         A.   That's accurate.

10        Q.   Did you attend those?

11        A.   Attend which?

12        Q.   Where the aspirational budget is being

13   presented.

14        A.   Not every single one, but the majority of

15   them.

16        Q.   So even though now you are chief of staff,

17   you still go in and attend those budget hearings

18   with Metro?

19        A.   Yes.

20        Q.   For the budget, my understanding of this,

21   and correct me if I'm wrong, but the budget is not

22   like a financial statement, because it doesn't have

23   like the exact figures typically, it's more of a

24   gross amount that you think you're going to need,

25   correct?

1    A.    Yes.

2    Q.    Okay.  And it's got -- I don't know what

3  the term would be built into the budget, but it's

4  got areas that have funding that you can move from

5  maybe one area to another, correct?

6    A.    I would not say that's...

7    Q.    Is it correct, though, that it's not exact

8  figures and that the budget department can find

9  areas to cut out of the budget if they are asked to

10  do so?

11    A.    I'm trying to understand -- would you

12  rephrase your question?

13        MR. FOX:  Objection.

14  BY MS. STEINER:

15    Q.    Is it true that if you ask the budget

16  department -- and is there something called the

17  budget department?

18    A.    Yes.

19    Q.    Is that the department Chris Henson and

20  Barry Booker are in?

21    A.    The Barry Booker Bronze is one of the

22  departments that Chris Henson runs.

23    Q.    And is it true that if you -- they would

24  be the experts on what is in that budget and how

25  they could cut different areas?

1     A.   They would be some of the experts in that

2   they are responsible for the finances of the

3   district.  It would depend on what we call the

4   budget owners to determine what the policy positions

5   are of the district.

6     Q.   What's a budget owner?

7     A.   That would be -- that would be someone who

8   is responsible for the programmatic implementation

9   of that area, so a simple -- relatively simple

10   example would be if we have school nurses that are

11   out in schools with salaries, that would roll up

12   into the person who is responsible for school

13   nurses.

14     Q.   Okay.  And it's my understanding that the

15   different areas are called departments?

16     A.   There is not --

17     Q.   Or they're also called another word, and I

18   can't --

19     A.   Division?

20     Q.   Division.  School choice, is that a

21   division or a department?

22     A.   It might be an office.  These aren't

23   exactly precise terms.

24     Q.   If it has an account number in the budget,

25   such as 1725, would that be -- have a budget owner

1  to it?

2       A.   Yes.

3       Q.   Okay.  And would that be the director of

4  that department?

5       A.   I would have to look at the specific

6  budget to know who the responsible party would be.

7       Q.   Okay.  Let's see if I can get in this

8  meeting.  Hang on a second.

9            (Off-the-record discussion held.)

10 BY MS. STEINER:

11      Q.   Okay.  Mr. Clay, can you see this

12 Metropolitan Nashville Public School fiscal year

13 2020 to '21 operating budget?

14      A.   I can.

15      Q.   Okay.

16           MR. FOX:  And that's Ms. Steiner scrolling

17 down, so she'll -- I don't have the ability to

18 scroll down.  She'll scroll for us.

19           THE WITNESS:  Ms. Steiner, I know you're

20 rightly jumping around in my history.  During the

21 2020, 2021 operating budget, I was the chief of

22 staff, not government relations during that time

23 period.

24 BY MS. STEINER:

25      Q.   That's fine.  That's fine.  I want to ask

```
1   you a question about this.  These budgets look like
2   the budgets, though, that you used when you were
3   there, correct?  In government relations, correct?
4       A.   Yes.
5       Q.   I want to ask you this, and let's go down
6   to where all the different headings are.  Let me go
7   back just one second.  The numbering at the bottom
8   of this is MG000694, correct?
9       A.   That is -- yes.  I'm not familiar with
10  what that means, but...
11      Q.   It's Bates stamped for the lawyers so we
12  know where to find them in the records, I guess.
13           MR. FOX:  It's our own page numbering
14  system.
15  BY MS. STEINER:
16      Q.   Okay.  Now, I want to ask you about this.
17  Do you see the numbers on the side, the account
18  number?
19      A.   Yes.
20      Q.   For instance, human resources, 1200?
21      A.   Yes.
22      Q.   Is that a function number?  Do you all
23  call that a function number or department?
24      A.   Account number would be the most specific.
25  This may be a question -- it may be a term of art
```

 1    that the budget team uses.  I'm not sure.  But

 2    function or account number.

 3         Q.   Human resources and talent services, is

 4    that a department?

 5         A.   Yes.

 6         Q.   Employee relations, is that a department?

 7         A.   No.  That would probably be more of an

 8    office of human capital.

 9         Q.   There's not anything called human capital.

10         A.   Forgive me.  Human resources and talent

11    services.

12         Q.   Okay.  Chief of staff, is that a

13    department?

14         A.   I would say it's more of an office.

15         Q.   Who does it report to?

16         A.   The director of school, but you may be --

17    who was responsible for that budget, and I am.

18         Q.   So for chief of staffs, would they have

19    had a budget owner?

20         A.   Yes.

21         Q.   Okay.  Same thing, everything that's

22    bolded here that's got -- such as chief of staff,

23    employee benefits, chief operating officer,

24    purchasing fiscal services, school audit, financial

25    operations, school choice, do they all have their

1  own individual budget owner?

2      A.    I believe that's correct.

3      Q.    So then those budget owners, you could

4  contact them and ask them, where can you make a cut

5  in this budget, if you wanted to, correct?

6      A.    It would be a variety of people.  They

7  would be one of the people that might have knowledge

8  and information over it.

9      Q.    Do you know whether or not any of the

10  budget managers were contacted in the spring of 2020

11  to ask them about whether or not they could make

12  budgets so you did not have to reduce out the

13  1 million in jobs in central office?

14      A.    Do I know if any budget owners were?

15      Q.    Yes.

16      A.    Probably.  What was the second part of

17  your question?

18      Q.    Okay.  Do you know whether or not any of

19  the budget owners were contacted about their budget

20  in the spring of 2020 to see whether or not they

21  could make cuts in their budget so that you would

22  not have to reduce out -- let me stop this a second.

23  Did you know that was a reduction of jobs in central

24  office due to the budget?

25      A.    Yes.

1     Q.   And was that the reason the jobs were

2  reduced out, the budget?

3     A.   There -- it would depend on the specific

4  job.  I believe there were a variety of reasons, but

5  that was one of them.

6     Q.   Okay.  Associate superintendent, what was

7  the reason?

8     A.   That, and a general reorganization.

9     Q.   Okay.  So it wasn't just the budget?

10    A.   There -- correct.  It was budget and

11  general reorganization.

12    Q.   Okay.  What about director of school

13  choice?

14    A.   Budget.

15    Q.   And no other reason, correct?

16    A.   I want to make sure I'm being very precise

17  and remembering correctly.

18    Q.   That's why I'm asking you.

19    A.   Yes.  That was purely a budget reason.

20    Q.   Okay.  Did anyone, to your knowledge,

21  contact any of the budget owners in the spring of

22  2020 to see whether or not they could make cuts in

23  their budget?

24    A.   Yes.

25    Q.   Who did the contacting and who did they

1   contact?

2      A.   I would not know the comprehensive list of

3   that, because it's a complicated, fast-moving

4   process.  Certainly -- certainly Chris Henson would

5   have been involved.  I would have been involved.

6   Dr. Battle would have been involved.  I would not

7   have recollection of what specific people were

8   contacted for that.

9      Q.   But Chris Henson was contacted and asked

10   to contact the department heads to see whether or

11   not they could make cuts in the budget?

12      A.   I wouldn't know that precisely.  It was --

13   I wouldn't characterize that he was contacted to ask

14   to contact every single budget owner to figure out

15   if there were cuts that they planned to make for

16   their budget.  It is a regular process in each

17   budget year for us to determine if there are areas

18   of the budget that budget owners feel like could be

19   reduced.  So that is a quarterly process that leads

20   up to -- so we would have that information leading

21   up to individual moments that may come up.

22      Q.   I'm not talking about regular parts of the

23   budget where you look and see whether or not you can

24   just cut areas because it's superfluous or whatever.

25   What I'm asking you is something different.  Was

1  Chris Henson contacted to say, talk to any budget

2  manager about whether or not you have a reduction so

3  we do not have to reduce out jobs such as director

4  of school choice or the associate superintendents?

5      A.   That would -- we would have had the

6  information leading into that about potential cuts,

7  different areas and so...

8      Q.   Did any -- this is --

9          MR. FOX:  Objection.  Let him finish

10  answering.

11         THE WITNESS:  And so if the -- so that

12  information would inform any future decision that we

13  would be making about budgets.

14  BY MS. STEINER:

15     Q.   Okay.  How did you get the potential cuts?

16  Was it a document that someone gave you?

17     A.   The potential cuts?  During each of the

18  quarterly budget meetings, Mr. Booker leads those,

19  and he identifies if there are areas to cut and I"m

20  not sure if it is a document.

21     Q.   My question to you is different.  Did you,

22  or anyone to your knowledge, contact anyone in the

23  department?  That means Chris Henson, Barry Booker

24  or anyone else to say, hey, we're going to start

25  eliminating jobs due to the budget, is there any

1   other area that you know of that we can cut instead?

2       A.   The way that you're phrasing the question

3   is not how it would work, in general.  We -- you

4   have to take in context of many years of cutting the

5   budget, because of not, as you mentioned earlier,

6   getting our aspirational budget, in fact, getting

7   less than even the inflationary pressure, so the --

8   so we try as much as possible to cut from what at

9   that time was known as the central office instead of

10   school-based budgets.  Unfortunately, many things

11   have been cut over the years and we provide most of

12   our services through people, and so I'm not -- so

13   many cuts have been made over the years and we're

14   basically down to people.

15       Q.   Back to my question.  My question is, in

16   the spring of 2020, did you or anyone to your

17   knowledge contact anyone from Chris Henson or Barry

18   Booker's office to say, we are going to cut jobs, is

19   there any area we can cut out instead of the jobs?

20       A.   That just isn't how it works because --

21       Q.   Is that -- so then is that answer a no?

22       A.   No, in that -- I don't remember any

23   specific questions like that.

24       Q.   Okay.

25       A.   Because that's not how it works.

1    Q.   Okay.  Well, so then you cut jobs without
2    knowing whether or not there may be other areas to
3    cut?
4    A.   That's not what I said.
5    Q.   Okay.
6    A.   What you're asking is -- if you're asking
7    did we have information to be able to determine
8    where we had made extensive cuts for the past many
9    years in public education and when we are facing
10   such a monumental hurdle, what we had to do to be
11   able to get to there, that was a collective
12   knowledge that we had built over a period of time.
13   It wouldn't have been as simple as one specific
14   moment asking for people to make that type of
15   determination.
16   Q.   Now, the 1 million that you cut in jobs,
17   that was one percent of one percent of the budget,
18   correct?
19   A.   I would have to do the math, but that
20   sounds accurate.
21   Q.   And you said you had a monumental hurdle,
22   what was the monumental hurdle?
23   A.   At that time, we were entering the first
24   phases of the pandemic.  As you may recall,
25   everything was unknown at the time.  The monumental

hurdle to which I was referring was that the City of
Nashville had asked Metro schools during the last
quarter of the fiscal year to cut $100 million from
our budget.

Q. Okay. Now, $100 million from what budget?

A. From the operating budget.

Q. So rather than getting, if you've got
914 million in the year 2018 to 2019, you were only
going to get 814 million?

A. Well, they were asking to only spend 814
million in actual expenses.

Q. Okay. So then you were -- you got cut
down from 914 million to 814 million?

A. That -- the way you phrase it is not
accurate. What we -- we were asked to look at
making $100 million reduction in our actual
expenses.

Q. And your actual expenses that you said you
had for the year before was 914 million.

A. It would have been for that current year
that we were in, 914 million. So for the current
year, it was 914 million, about, that we were
operating within. They were asking for us to
actually spend the equivalent of 814 million.

Q. Okay. And that's why you were having the

1  budget issues and having to eliminate the position

2  of director of school choice?

3      A.   Yes.

4      Q.   Okay.  And if you hadn't had that, would

5  you have eliminated the position of director of

6  school choice?

7      A.   No.

8      Q.   In fact, that's a very important position,

9  isn't it?

10     A.   The functions of that office are very

11 important.  It would be difficult to say if that

12 actual position was crucial to that.

13     Q.   Do you know my client, (name spoken off

14 record)?

15     A.   I do.

16     Q.   Okay.  We're going to call her Jane Doe

17 throughout this deposition, okay?  Is that okay?

18 Can we agree to that?

19     A.   Agreed.

20     Q.   Now, Jane Doe, do you know what type of

21 job she did, what type of performer she was as

22 director of school choice?

23     A.   I would not have access to that

24 information now.

25     Q.   Do you have any e-mails, text messages,

```
 1   letters from Metro Government saying that you have
 2   to cut from 914 million down to 814 million in your
 3   budget?
 4           MR. FOX:  Objection to the form.
 5           THE WITNESS:  I would assume that there
 6   were e-mails to that effect.  I don't recall
 7   specifically what they would have been.  And to
 8   clarify, they always talked about it in terms of
 9   cutting $100 million per budget.  They didn't phrase
10   it in the way that you just did.
11   BY MS. STEINER:
12       Q.   But that was your understanding of it,
13   correct?
14       A.   Accurate.
15       Q.   Now, did -- who was it that told you this?
16       A.   It was majority -- the majority of the
17   time, it was the director of finance for general
18   government, Kevin Crumbo.
19       Q.   Kevin, what was his last name?
20       A.   Crumbo, C-R-U-M-B-O.
21       Q.   Okay.  And if you had not had to cut your
22   budget down to 814 million, would you have gotten
23   rid of the associate director job?  Excuse me,
24   associate superintendent jobs.
25       A.   Those were positions that -- it was a
```

1    variety of factors including organizational changes,

2    but the budget certainly pressed on the point

3    further.

4        Q.    Would you have gotten rid of those jobs if

5    not for the budget?

6        A.    Yes.

7        Q.    Okay.  So the budget really had no bearing

8    on the elimination of those jobs, correct?

9        A.    That's not accurate.  They -- it was a

10   factor in the timing, it was a factor in the context

11   of the situation.  It was a combination between

12   those things, those two things.

13       Q.    Okay.  Now, let me go to this budget that

14   I've shown you.  Now, do you see school choice,

15   1725?

16       A.    Yes.

17       Q.    Did you know that Jane Doe was the

18   director of school choice?

19       A.    Yes.

20       Q.    So she would have been the --

21       A.    Well, let me clarify.  Would you go back

22   to the top of which budget this is?

23          MR. FOX:  Scroll up.

24   BY MS. STEINER:

25       Q.    Do you need the first page?

1     A.   Yes, ma'am.  So for the fiscal year 2021,

2 I do not believe that she was the director of school

3 choice that year.

4     Q.   Was she the director of school choice when

5 this budget was adopted on June 30th, 2020?

6     A.   I'm not aware of precisely which date she

7 was not in that position.

8     Q.   Was she the director of school choice in

9 the spring of 2020?

10     A.   Yes.

11     Q.   So when this budget was being put

12 together, was she the budget owner for school

13 choice?

14     A.   Yes.

15     Q.   Now, I want to ask you about something.

16 Did you have anything to do with the budget managers

17 going in and having the budgets approved?

18     A.   That's a broad question.  Would you

19 rephrase that a little bit more specifically?

20     Q.   Are you there when the budget managers

21 present their budgets?

22     A.   Not in all cases.

23     Q.   Were you there when Jane Doe presented the

24 school choice budget?

25     A.   I don't recall precisely.  I don't have

1 recollection of it.

2     Q.   If she says you were present, would you

3 dispute that?

4     A.   No.

5     Q.   Now, I want to ask you a question about

6 this and I want to find out whether or not you know

7 this.  Do why see this contracted services under

8 school choice number 9, which if you go across, it's

9 got $178,000 and says, school choice

10 software/Firefly?

11     A.   I do see that.

12     Q.   Did you know that Jane Doe had removed

13 that from the budget because it was only 20,000 that

14 was required for that that year?

15     A.   I don't have specific recollection of

16 that.

17     Q.   Did you know that -- when she presents her

18 budget to Metro schools, who does she present it to?

19         MR. FOX:  Objection to the form.

20 BY MS. STEINER:

21     Q.   Do you know?

22     A.   I would assume -- no, I don't know, is the

23 answer to your question.  I don't know precisely.  I

24 would assume that it would be Barry Booker, head

25 over the budget office.

1      Q.   Okay.

2      A.   I would also point out that you cannot

3 take any sole budget function in an isolated silo.

4      Q.   Now, did you know that Jane Doe watched

5 them change her budget to reduce that to 20,000 for

6 school choice?

7      A.   No.

8      Q.   Do you know that in the final budget, it

9 was increased back to 178,000?

10     A.   No.

11     Q.   Do you have any idea how that could have

12 occurred?

13     A.   No.

14         MR. FOX:  Objection to the form.

15 BY MS. STEINER:

16     Q.   Would you agree that if the only thing

17 that's being paid to Firefly that year is 20,000,

18 that that's an overage in this budget of $157,000?

19     A.   I would have to know much more specifics.

20 For example, was it replaced with a different

21 expense, was that a different contractor being used.

22 I wouldn't have those details.

23     Q.   Okay.  Has anyone from your office or

24 anyone at Metro Schools investigated what should

25 have been the amount paid for Firefly and why did it

1  get changed in the budget?

2      A.   I have not investigated and I wouldn't be

3  aware of -- I'm not aware of any other.

4      Q.   Did you know Jane Doe was contacted by

5  people in her office after she lost her job due to

6  the budget, telling her, we've got 178,000 in our

7  budget for Firefly that we don't know how to spend

8  the money and they could have kept you?  Did you

9  know that happened?

10         MR. FOX:  Objection to the form.

11         THE WITNESS:  No.  I don't know that.

12  BY MS. STEINER:

13     Q.   Would you agree that if they had an

14  overpayment of 158,000 in school choice, they could

15  have funded Jane Doe's job?

16     A.   That isn't how the budget works.  The

17  budget is a totality, and you have to think of

18  everything in context of the entire budget.

19     Q.   If you had asked a budget manager, can you

20  make cuts in your department, and they told you,

21  well, we've got 178,000 targeted for a particular

22  contract that's going to be decreased to 20,000,

23  would you have expected that budget manager to tell

24  you that?

25         A.   That was a long question.  Would you

1  repeat it?

2      Q.   Would you expect a budget manager to tell

3  you if there is 158,000 that's in the budget that's

4  not needed for a contract?

5      A.   To tell me, no.

6      Q.   Would you expect them to tell Metro

7  Schools it's not needed?

8      A.   Yes.  But a budget owner is only one

9  percent of the process, so you're asking about a

10 very specific example that I don't have the

11 knowledge of, but the budget owner is only one

12 portion of the total information.

13     Q.   Okay.  Now, let's get back to this, and I

14 want to make sure, because I don't think -- in the

15 meetings in the spring of 2020, did you or anyone to

16 your knowledge, talk to anyone in the budget

17 department to see whether or not there were other

18 cuts that could be made before you start hitting

19 personnel?

20         MR. FOX:  Objection to the form.

21         THE WITNESS:  The -- so in the spring of

22 2020, there are a series of budget meetings leading

23 up to the formation of the budget, and in those,

24 yes, we would expect budget owners to bring forward

25 potential savings, and that information helps to

1  inform the situation.

2  BY MS. STEINER:

3      Q.  Mr. Clay, the question to you is a little

4  different, and this is what I want the answer to.

5  In the spring of 2020, did you or anyone to your

6  knowledge contact anyone from budget to see whether

7  or not there were any other cuts that could be made

8  before you started cutting personnel?

9          MR. FOX:  Objection to the form.

10          THE WITNESS:  That's just not how it

11  works.  I mean, we have an entire system that has a

12  variety of input to the information, and so the idea

13  that you may do something before cuts to personnel,

14  that's just -- it had to be taken in totality.

15  BY MS. STEINER:

16      Q.  So then are you telling me that you cut

17  personnel before you go in to see whether or not

18  there's fluff somewhere else in the Metro budget?

19      A.  That there's what?

20      Q.  Fluff.  Extra funds that you could cut.

21  Is that what you're telling me?

22      A.  In -- for what we are trying to do, we

23  always try to be as efficient as possible, so we

24  don't expect there to be fluff in the budget.  This

25  is after years of underfunding, inadequate funding

1   that made us cut extensively for years and years,

2   and so -- and it's not any one particular situation,

3   it's the totality of the budget, and so we try to be

4   as efficient as possible.

5       Q.   Do you cut personnel before you go in to

6   see whether or not there's contracted services or

7   any other area that you can cut?

8       A.   There have been actually extensive reviews

9   to the contracted services over the past several

10  years leading up to that budget that analyzed

11  whether there were places to be cut, so, yes, those

12  occurred before we made cuts to personnel.

13      Q.   And did you tell Barry Booker and Chris

14  Henson in the spring of 2020, can you find 1 million

15  in cuts somewhere so we don't have to cut out these

16  jobs?

17      A.   It wasn't $1 million, it was $100 million

18  in cuts we were making, so we cut bus services with

19  a contracted vendor.  It would be difficult for me

20  to remember at this point all the things that we

21  cut.

22      Q.   Let's go back.  I want to tell you what

23  I'm interested in here.  Do you see this budget,

24  final budget, operating budget, fiscal year, and

25  then you go down here, okay, do you see the proposed

1    changes of the reductions that you've got here?

2        A.    Yes, ma'am.

3        Q.    Do you see central office reorg, five

4    jobs, savings of 1 million?

5        A.    I do.

6        Q.    That's what I'm talking to you about.  I

7    want to talk to you about the central office reorg.

8    Bus drivers are not in central office, correct?

9        A.    Well, again, that's the totality of the

10   budget.

11       Q.    I want to talk to you about central

12   office, okay?  Let's talk about central office.  You

13   cut five jobs from central office, correct?

14       A.    According to this document, there was a

15   reduction of five full-time equivalent positions.

16       Q.    Okay.  And that was at a savings of $1

17   million, correct?

18       A.    Yes.

19       Q.    Did you talk to anyone in Chris Henson's

20   office to say, we're going to cut five jobs from

21   central office and we're only going to save

22   1 million, can you find the 1 million someplace

23   else?

24       A.    Exactly in this document that you're

25   pointing to there's a total of $15.2 million in

1    reductions that we made, so, yes, I guess you're

2    helping me remember.

3        Q.    My question is different, okay?  Did you

4    ask anyone, rather than cutting out $1 million here,

5    can you find $1 million someplace else?

6              MR. FOX:  Objection to the form.

7              THE WITNESS:  Yes, Ms. Steiner.  So if you

8    see here, thank you for bringing this to my

9    attention, there are $820,000 in savings to the

10   central office and the IT transfer to capital, waste

11   disposal a centralized point there.  That's

12   $250,000.  That right there adds up to $1.2 million.

13   BY MS. STEINER:

14       Q.    Let me stop you, okay?  You've got a

15   million listed here, correct?

16       A.    Yes.

17       Q.    Did you look for a million anyplace else

18   other than these areas that are listed here?

19             MR. FOX:  Objection to the form.

20             THE WITNESS:  We went through the entire

21   budget and found $15.2 million in savings, 14.2

22   separate from these five positions you're referring

23   to.  So, yes, obviously, we went through the budget

24   to find this.

25   BY MS. STEINER:

```
1        Q.    Let me tell you this and maybe we can cut

2    through the chase here.  Mr. Hansen's and

3    Mr. Battle's depositions have both been taken --

4        A.    Okay.

5        Q.    -- and both have said, we were never asked

6    to find an additional million, and if we had, we

7    could have found it.

8              MR. FOX:  Objection to the form.

9    BY MS. STEINER:

10       Q.    Okay.  So did anyone from your office ask

11   Chris Henson or Barry Booker, or anybody from their

12   office, if they had $1 million they could find so

13   you would not have to eliminate these jobs?

14             MR. FOX:  Objection to the form.

15   BY MS. STEINER:

16       Q.    Yes or no?

17       A.    Our -- our --

18       Q.    Yes or no and then you can explain.

19             MR. FOX:  Objection to the form.  It's

20   asked and answered multiple times.

21             THE WITNESS:  We found $15.2 million in

22   savings just in this budget alone, not counting the

23   actual that we reduced, so the idea that it's

24   just -- that the only thing that we did was these

25   five positions, it has to be taken into totality.
```

BY MS. STEINER:

    Q.   I want to ask you specifically, okay, and I think you understand my question, don't you?

    A.   I'm answering it to the best of my ability.

    Q.   I want to know about the 1 million, specifically the 1 million, did you ask anyone in the budget department, we are going to cut five jobs, is there any other area that you can find, because they're saying you never asked them.

           MR. FOX:  Objection to the form.

           THE WITNESS:  I don't know how it's possible not to have asked and found those things out.  Remember, this is not just one moment in time, this is leading up.  We had this information.  We cut $15.2 million from the budget.

BY MS. STEINER:

    Q.   You always cut items from the budget, didn't you?

    A.   I'm not sure that's accurate.

    Q.   Have you ever had a year that you've been there that's been zero in cuts?

    A.   We always -- first of all, would you define what you mean by "cuts?"

    Q.   The proposed changes, this area here where

1   you've got the 15 million listed here, you've always

2   got that in every single budget, don't you?

3        A.   Well, first of all, I don't have knowledge

4   of every single budget of Metro Schools, do we

5   always try to find efficiencies?  Yes, we do.

6        Q.   Do you always, every year, have items cut

7   from the budget in that category?

8             MR. FOX:  Objection.

9   BY MS. STEINER:

10       Q.   That you know of?

11            MR. FOX:  Objection to the form.

12            THE WITNESS:  I really would not, without

13  being able to review the documents, I wouldn't know

14  the answer.  Do we always try to go through and find

15  inefficiencies in the budget?  Yes, we do.

16            MS. STEINER:  Can we have this marked

17  Exhibit Number 1.  It's the final budget here.

18                      (WHEREUPON, the

19                      previously-mentioned document was

20                      marked as Exhibit Number 1.)

21  BY MS. STEINER:

22       Q.   So are you telling me then under oath

23  today that there may have been a budget that you

24  were involved with that the total, the proposed

25  changes where the cuts came out to be zero?

1      A.   No.  That's not at all what I'm saying.

2      Q.   Okay.

3      A.   I was just saying I don't have a specific

4   memory of all of those documents.  I'd be glad to

5   review any documents that you have to give you an

6   answer to that.

7      Q.   Okay.  I'm going to pull up some of those

8   older ones in just a bit.

9           And am I sharing this?  Can you see this?

10     A.   I can see a document that says October --

11  or April 19, 2019 budget. (Disruption occurred.)

12          MS. STEINER:  Hang on one second.

13  BY MS. STEINER:

14     Q.   Can you see this April 19, 2019 budget?

15     A.   Yes.

16     Q.   Let's go down to the very first page of

17  this.  Do you see the savings there, the proposed

18  changes?  You've got 7,761,000 in that year,

19  correct?

20     A.   Yes.

21     Q.   So then -- it just seems so basic that

22  every year you're going to have some changes that

23  reduce things out when you have a $914 million

24  budget, correct?

25     A.   I agree that every year we make

1    efficiencies.  This year was half the amount that we

2    had to make in the year you were first asking me

3    about.

4         Q.   So the year that we're talking about was

5    more akin to 7 to 8 million that had to make that

6    was additional?

7         A.   It would appear, yes.

8         Q.   Let's make the April 19, 2019 Exhibit

9    Number 2.

10                  (WHEREUPON, the

11                  previously-mentioned document was

12                  marked as Exhibit Number 2.)

13         MR. FOX:  No objection.

14    BY MS. STEINER:

15         Q.   Okay.  Now, did you know that Barry Booker

16    testified that if he had been asked to find an

17    additional one million, he could have?

18         A.   No.

19         MR. FOX:  Objection to the form.

20    BY MS. STEINER:

21         Q.   Did you know that Mr. Henson testified the

22    same way, I believe?

23         A.   No.

24         MR. FOX:  Objection to the form.

25    BY MS. STEINER:

1    Q.   Would you agree that if they could find an

2  additional one million in other areas that you would

3  not have had to eliminate Jane Doe's job?

4    A.   Would you repeat that question?

5    Q.   Would you agree that if you had found that

6  extra one million in other areas, you would not have

7  eliminated Jane Doe's job?

8         MR. FOX:  Objection to the form.

9         THE WITNESS:  It's a hypothetical that I

10  don't know the answer to.

11  BY MS. STEINER:

12    Q.   What do you do as chief of staff?

13    A.   What are my job duties?

14    Q.   Yes.

15    A.   In the broadest sense, my goal is to enact

16  the vision that the director of school sets for the

17  district and help lever reorganization to achieve

18  those objectives.  I can go into more specifics if

19  needed.

20    Q.   Did you work alongside Dr. Battle with

21  regard to this reorg and budget issue?

22    A.   I did, for components of it.

23    Q.   Okay.  What components did you work on?

24    A.   Let's see, I worked alongside the decision

25  to move the school option function under my team

1    under a different position.  I worked with her on

2    some components of the reorganization around how we

3    are overseeing schools.  I worked with her some on

4    reorganizing the human resources department.

5    There's an additional position in school

6    administration that I worked with her on.  That

7    reorganization, that position went away, as well.

8         Q.    Now, did you work with her about

9    eliminating the associate superintendent positions?

10        A.    Yes.

11        Q.    Why was that done?

12        A.    It was done for a combination of reasons.

13   The budgetary reason that we've already talked

14   about, as well as organizational changes and

15   reasons.

16        Q.    What were the organizational reasons?

17        A.    We were trying to streamline our reporting

18   to make the supervision of the schools as efficient

19   and effective as possible, and trying to ensure that

20   our -- that there was great alignment between our

21   academic and curriculum work, as well as school

22   supervision.

23        Q.    As a practical matter, you had four

24   associate superintendents, correct?

25        A.    Yes.

          1          Q.    And the executive directors reported to
          2    the associate superintendents, correct?
          3          A.    Yes.    Executive director is a broad term,
          4    but in the way that you're thinking of it, yes.
          5          Q.    Okay.    And then the associate
          6    superintendents reported to who?
          7          A.    At that point, there was a vacant -- well,
          8    there was one vacant and one interim position, so
          9    they reported to the director of schools at that
         10    point, but that's because there was a vacancy in the
         11    chief of school position.
         12          Q.    Okay.    So then the executive -- the
         13    associate superintendents reported to the chief of
         14    schools?
         15          A.    Yes, but that position was vacant.
         16          Q.    Okay.    And is that the one that was filled
         17    by Mason Bellamy?
         18          A.    Yes, but it was actually a combined chief
         19    role.    There was a combination of the chief of
         20    academics role and the chief of schools role, so it
         21    was a combined, consolidated position.    Does that
         22    make sense?
         23          Q.    Let's go back.    We're in the spring of
         24    2020?
         25          A.    Uh-huh.

1      Q.    Executive directors report to the

2  associate superintendents, and the associate

3  superintendents reported to who?

4      A.    They reported to a vacant position.

5      Q.    And what was the vacant position?

6      A.    Chief of schools.

7      Q.    Who did the chief of schools report to?

8      A.    The director of schools.

9      Q.    How long had that position been vacant?

10     A.    Since the summer of 2019.

11     Q.    And what had Metro done to fill that

12 position?

13     A.    Would you rephrase your question?

14     Q.    What had Metro Schools done to fill that

15 position?  Had they advertised for it, had

16 applicants for it, had they interviewed for it?

17     A.    At that point in 2020, I don't believe so.

18 I think Dr. Battle was still determining what she

19 needed in the position.  I believe she believed that

20 she -- initially -- eventually ended up posting for

21 the position.

22     Q.    And so she posted for the chief of schools

23 position?

24     A.    Yes.

25     Q.    And who is the chief of schools now?

```
 1        A.    We do not have that position any longer.

 2        Q.    Did anyone get hired as chief of schools?

 3        A.    No.

 4        Q.    So even though she posted for it, it was

 5   never filled?

 6        A.    No.  I'm sorry, that's not what I was

 7   saying.  What I was saying is, she ended up

 8   combining the efficiencies that we talked about.

 9   She ended combining the chief of academics with the

10   chief of school position to create this newly

11   combined and expanded role to help create

12   efficiencies for the district.

13        Q.    So then she never advertised for the chief

14   of schools position?

15        A.    What do you mean by advertise?

16        Q.    There was never a posting, we've got a

17   chief of schools opening here, it was a combined

18   position that was posted, correct?

19        A.    I believe that's accurate.  I believe

20   that's accurate.  I'm not trying to be difficult.  I

21   just don't understand.

22        Q.    And the combined position, what was it

23   called?

24        A.    Chief of academics in schools.

25        Q.    Okay.  And who was in that position?
```

```
1        A.    Dr. Mason Bellamy.

2        Q.    Okay.  And who was the chief of academics

3   back in the spring of 2020?

4        A.    It was an interim position.  It was

5   Dr. David Williams.

6        Q.    Okay.  So then in the spring of 2020, the

7   associate superintendents were reporting directly to

8   the director os schools, correct?

9        A.    Correct.

10        Q.    And in the 2020 through 2021 school year,

11   the executive directors were reporting to this

12   combined position?

13        A.    That's correct.

14        Q.    That Mason Bellamy filled?

15        A.    That's correct.

16        Q.    And Mason Bellamy was reporting to the

17   director of schools?

18        A.    That's correct.

19        Q.    Now, when the executive directors were

20   reporting to the associate superintendents, were

21   they giving them the same information that they now

22   give to Mason Bellamy?

23        A.    I would not have insight into that.

24        Q.    Okay.  Do you know whether or not Mason

25   Bellamy is providing the director of schools with
```

1  the same information that the associate

2  superintendent provided her?

3      A.   I'm not sure the extent of the information

4  that the associate -- that the superintendents give

5  to the director of schools.

6      Q.   Can you tell me, organizationally, why --

7  whether or not there were any comparisons above of

8  the job to see whether or not associate

9  superintendents were the jobs you needed to reduce

10 out as opposed to some other position?

11     A.   Comparison of other types of jobs?

12     Q.   Anything in central office?

13     A.   We obviously looked for a variety of

14 positions.

15     Q.   Such as?

16     A.   Such as ones that we've already referred

17 to of the school options.  We looked at executive

18 officer of -- it was a human resources.  I can't

19 remember the precise title.

20     Q.   Organizational development?

21     A.   That sounds right.  And executive officer

22 that was also in the school administration that I

23 believe had to do with maybe continuous improvement.

24 I can't remember the precise title.

25     Q.   Federal contracts?

1        A.    No.  That's not the one I'm referring to.

2        Q.    Now, the question is different.  Are you

3  telling me that you compared associate

4  superintendent, the elimination of those jobs to the

5  executive officer of organizational development to

6  see which one you needed to eliminate?

7        A.    I'm not sure I understand your question.

8  So those would be in separate departments.  There

9  would not be a comparable position to the associate

10  superintendent position.

11        Q.    Did you make the decision along with Dr.

12  Battle to eliminate those four associate

13  superintendents?

14        A.    That was her decision.  I helped to

15  advise.

16        Q.    And what was your advice?

17        A.    That there seemed to be efficiencies

18  gained with that and a clear line of the supervision

19  between the principal and the administration.

20        Q.    Explain that.  What do you mean?

21        A.    Instead of having an extra layer, so

22  instead of having the director of schools, the chief

23  of schools, four different supervisors who then

24  supervised something like 15 other supervisors, to

25  them reach principals, it made more sense to ensure

1   there was a closer line and that one of those

2   elements wasn't needed anymore, and that was the

3   community superintendent role.

4        Q.   Did you hire any outside agencies to come

5   in to help you to see whether or not that role was

6   needed?

7        A.   No.

8        Q.   Did you do any sort of studies to see what

9   the actual reporting structure was from the

10  superintendents to the director?

11       A.   Formal study, no, but extensive expertise

12  in that area from the director of schools.

13       Q.   Dr. Battle?

14       A.   Correct.

15       Q.   So it was Dr. Battle who just basically

16  decided that?

17       A.   Dr. Battle through her extensive

18  experience in each of those levels.

19       Q.   Now, we asked for Metro to produce all

20  documents related to this reorg and budget problem

21  and we didn't get a whole lot.  Did you keep any

22  notes about what you were discussing and why you

23  were eliminating the associate superintendent

24  positions?

25       A.   No.

```
 1              MR. FOX:  Objection to the form.

 2              THE WITNESS:  And let me clarify.

 3    Whatever we did have, we provided, but that would be

 4    the extent to my notes.

 5              MS. STEINER:  Did the court reporter get

 6    the no at the very beginning?

 7              THE COURT REPORTER:  Yes, I did.

 8    BY MS. STEINER:

 9         Q.   And so let me show you the two documents I

10    did get.  And I want to see if you know what they

11    are and when they were created.  This is the first

12    one.  Can you see this?

13         A.   Yes.

14         Q.   Do you know what this is?

15         A.   Looks like either an agenda or -- agenda

16    for the school board.

17         Q.   And the date is May 26, 2020?

18         A.   Yes.

19         Q.   And if you go down to the very bottom, it

20    says MG 000167; is that correct?

21         A.   Yes.

22         Q.   Let's go to almost the tail end of this.

23    This looks like just a typical meeting, correct?

24    Are you familiar with this?

25         A.   Yes.  It was standard.
```

1      Q.   Do you attend those meetings?

2      A.   I do.

3      Q.   And so you're familiar with the school

4   board agenda, correct?

5      A.   Yes.

6      Q.   Did you see Chris Henson is the secretary?

7      A.   Yes.

8      Q.   I want to ask you a question about that

9   real quick.  If you're the secretary, that means

10  you're a member of the board, aren't you?

11     A.   No.

12     Q.   Did you know that he gives his signature

13  to an employee in the school board department and

14  she uses it to stamp his signature on documents?

15     A.   No.  I'm not aware of that.

16     Q.   Do you see any sort of a conflict with

17  Mr. Henson being the board secretary?

18     A.   No.

19     Q.   Okay.  Are you -- do you see this, it's

20  called central office reorganization plan?

21     A.   I do.

22     Q.   Have you seen this before?

23     A.   I'm reviewing.  That looks familiar.

24     Q.   Do you know who typed it?

25     A.   No.

1      Q.    At the bottom of the page, says MG 000181?

2      A.    I see that.

3      Q.    Do you know who provided the information

4  that was put in here?

5      A.    I don't recall.

6      Q.    Do you know why it's a different type than

7  the rest of the board agenda?

8      A.    The rest -- the way that the board agenda

9  is put together is through collating several

10  documents, and so the previous documents that you

11  just scrolled through, for example, were the

12  contracts.  Those are produced by the contracts

13  office.  The board agenda is produced by the -- the

14  top page of the agenda, the index, is provided by

15  the board, the board office.  I don't know if in

16  this document that you have pulled up, whether

17  there's the Powerpoint from any presentations that

18  were made.  Oftentimes, there's a Powerpoint that's

19  made by the program area, so a lot of people

20  contribute to the documents that go into this.

21      Q.    Now, do you see this central office

22  reorganization plan?

23      A.    I do.

24      Q.    Do you recall specifically seeing this in

25  the spring of 2020?

```
 1        A.    I -- I don't remember.

 2        Q.    Okay.  And just for the record, you can't

 3   tell me who provided the information in this central

 4   office reorganization plan, correct?

 5        A.    I would assume human resources and/or

 6   Metro Legal advising, but I can't -- I don't have a

 7   specific memory of this.

 8        Q.    Do you recall any discussion with the

 9   school board about the central office reorganization

10   plan and whether it was necessary or not necessary

11   or any of the details about it?

12        A.    Yes.

13        Q.    What?

14        A.    Those were made -- and Dr. Battle, she

15   regularly has one-on-ones with school board members

16   to talk through the business of the school district

17   that come between the school board meetings, and she

18   talked about the reorganization plan during those.

19        Q.    How do you know that?

20        A.    Well, let me be more specific.  I know

21   that she planned to talk to them during that time.

22   I did not sit in on them.

23        Q.    Were you present?

24        A.    No.

25        Q.    Okay.  So Dr. Battle will go to the
```

```
 1   individual school board members that's not in a

 2   public meeting and discuss the reorg?

 3       A.   So is your question does Dr. Battle also,

 4   in addition to school board meetings, have

 5   individual meetings with individual school board

 6   members on a regular basis, yes, she does do that.

 7       Q.   And you -- Dr. Battle, I assume told you

 8   she was going to go and talk to these individual

 9   board members about her central office reorg plan?

10       A.   About the plan before to see if they had

11   individual questions, to see -- yeah, to see if they

12   had individual questions.

13       Q.   And do you know what was said to the board

14   members?

15            MR. FOX:   Objection.

16            THE WITNESS:   No.

17   BY MS. STEINER:

18       Q.   Do you know if she met with all of them

19   individually?

20       A.   I know that in -- I don't remember for the

21   specific one.  Her regular practice is to invite

22   every single board member to generally a 30-minute

23   session, and board members, of course, are their own

24   bosses.  They can choose whether they show up or

25   not.
```

1    Q.   Are the sessions individually?  Her one on

2  one with the board member?

3    A.   That's accurate.  Probably during this

4  time, it was over Teams because of the pandemic.

5    Q.   And in these meetings, Dr. Battle told you

6  that she was going to discuss her central office

7  reorg plan with each one?

8    A.   That's correct.

9    Q.   Was she going to get their approval for

10  whether or not she should do the plan?

11    A.   Approval wouldn't have been appropriate,

12  because that would be an action by the board.  She

13  wanted to make sure that if they had questions that

14  she was able to answer those.

15    Q.   Do you know whether or not they had any

16  questions in any of these private meetings?

17    A.   I wasn't in the individual meetings.

18    Q.   Okay.  In the actual public hearing, were

19  you present?

20    A.   In the public school board meeting?

21    Q.   Yes.

22    A.   I probably was.  I don't remember

23  specifically, but I generally go to them.

24    Q.   Do you recall that there was no discussion

25  about the central office reorg plan?

1       A.    Was there discussion about the budget?

2       Q.    About the central office reorganization

3   plan.

4       A.    I wouldn't remember.  I don't remember

5   back then what was discussed in that particular

6   school board meeting.  There's about 20 school board

7   meetings a year, and I can't remember all of them.

8       Q.    Okay.  Would it surprise you to know that

9   in the transcript of the hearing, there is really

10  very little, if none, discussion about the central

11  office reorg plan?

12      A.    Surprise?  I'm not sure I would

13  characterize it that way.  It's typical that the

14  board goes through a lot of items.  They have

15  extensive discussion about budgets, and so in any

16  one particular meeting, can't take into isolation,

17  you have to take into consideration all the meetings

18  that occurred so...

19      Q.    Did you know that the school board has to

20  approve the elimination of a position?

21           MR. FOX:  Objection to the form.

22           THE WITNESS:  I'm not sure that's

23  accurate.

24  BY MS. STEINER:

25      Q.    Why is that not accurate?

```
 1              MR. FOX:  Objection to the form.

 2              THE WITNESS:  I'm not sure what exactly

 3   their role is around there.  The role of the school

 4   board, of course, is to approve the budget.  I would

 5   imagine that we also wanted to be transparent and

 6   that's why this is in there.

 7   BY MS. STEINER:

 8       Q.   Do you know whether or not there's a legal

 9   requirement that the school board approve the

10   elimination of a position?

11              MR. FOX:  Objection to the form.

12              THE WITNESS:  I don't remember that

13   specific requirement of not.

14   BY MS. STEINER:

15       Q.   In the one-on-one meetings that Dr. Battle

16   has with the school board members, have you ever

17   attended one of those?

18       A.   I don't -- no, I haven't.

19       Q.   No, or you can't recall?

20       A.   I cannot recall a specific time that I've

21   joined them.

22       Q.   Do you know whether or not in these

23   meetings, would the school board members be allowed

24   to ask questions about why particular positions are

25   being eliminated?
```

1    A.   Yes.

2    Q.   And in these meetings, would the school

3  board members be allowed to tell Dr. Battle either

4  why or why not they would be for the plan?

5    A.   Would you say that again?

6    Q.   In these meetings, would the school board

7  members be allowed to tell Dr. Battle what they

8  actually think about the plan?

9    A.   I kind of -- the way that you're asking

10  that doesn't make sense to me, because the school

11  board members oversee the district, so we don't tell

12  them what we allow or don't allow, so could a school

13  board member express their thoughts on it?  Yes,

14  they could.  That's their decision.

15    Q.   So a school board member in the private

16  meeting with Dr. Battle then could say, I'm not

17  approving this, or I am approving this and give the

18  reasons to Dr. Battle?

19    A.   Generally, from my understanding of those

20  meetings, it's a time to ask questions, have

21  discussion about it, make sure that the information

22  is clear.  I'm not in them, so I don't know the

23  extent to which they say approve or not approve.

24  That's really a vote that they take on in the public

25  meeting.

```
 1        Q.    Now, this is one of the documents that we
 2   got that has anything about central office reorg
 3   plan on it.
 4        A.    Okay.
 5        Q.    And the defendant actually pointed us to
 6   these documents and said -- because we asked for the
 7   documents on central office reorg, but I want to
 8   show you one other, too.
 9             MS. STEINER:  And we're going to offer the
10   school board minutes as Exhibit Number 3.
11                       (WHEREUPON, the
12                       previously-mentioned document was
13                       marked as Exhibit Number 3.)
14             MR. FOX:  No objection.
15   BY MS. STEINER:
16        Q.    Can you see this?
17        A.    I can.
18        Q.    Good.  This is another document that was
19   produced that we found.
20        A.    Okay.
21        Q.    It is Bates stamped MG 001350.  Do you
22   recognize this document?
23        A.    It looks familiar.
24        Q.    Do you know who created this document?
25        A.    I don't know for sure.  Maybe Dr. Barnes,
```

1   the chief of human resources, or it came from his

2   office. I can't remember precisely. Maybe Lisa

3   Spencer from his office.

4       Q. So you think Ms. Spencer may have created

5   that?

6       A. Maybe. I wouldn't have specific knowledge

7   of it.

8       Q. Did you check this to see whether or not

9   the information provided in this document is

10   accurate?

11       A. I wouldn't have -- I would be relying on

12   other people to provide the information. I probably

13   checked it against my general knowledge, but I would

14   have knowledge, for example, of the people's

15   benefits, et cetera.

16         MS. STEINER: Could we have this marked

17   Exhibit Number 4 to your deposition?

18         MR. FOX: No objection.

19             (WHEREUPON, the

20             previously-mentioned document was

21             marked as Exhibit Number 4.)

22         MR. FOX: Ms. Steiner, it's been about an

23   hour and a half.

24         MS. STEINER: If you need to take a break,

25   that's fine.

```
 1            MR. FOX:  If you're changing to another
 2   exhibit, I thought maybe it's a good time.
 3            MS. STEINER:  We'll take a break.  I
 4   didn't mean if you need to take a break.  We can
 5   take a break.  Sorry.
 6            (Brief break observed.)
 7   BY MS. STEINER:
 8        Q.   Mr. Clay, so then you were actually
 9   consulting with and advising Dr. Battle about the
10   elimination of the associate superintendent
11   positions?
12        A.   Yes.
13        Q.   And it's my understanding from your
14   testimony, that you did not know the information
15   that the executive directors would provide to those
16   associate superintendents?
17        A.   That's contract.
18        Q.   And you do not know the information that
19   the associate superintendents would provide to Dr.
20   Battle?
21        A.   And to further give specifics, I wouldn't
22   know the full information.  There's some of the
23   information I would know, of course.
24        Q.   Such as?
25        A.   Such as information that they presented
```

1    during cabinet meetings, information that might come

2    to my attention, nothing -- nothing regular.  I was

3    not in their chain of command.

4          Q.    And you do not know what the executive

5    directors provide now to Mason Bellamy, correct?

6          A.    Correct.

7          Q.    Okay.  And you don't know the information

8    Mason Bellamy provides to Dr. Battle?

9          A.    Not the full extent.

10         Q.    Can you tell me why -- did you advise her

11   to eliminate those positions?

12         A.    Advise -- yes.

13         Q.    Why?

14         A.    As I believe we answered earlier, it's a

15   combination between the budget and the efficiencies

16   of operations.

17         Q.    Would you have eliminated those positions,

18   associate superintendent positions in the spring of

19   2020 if you did not have a budget issue?

20         A.    Perhaps, but that's a hypothetical

21   situation that -- we weren't in that situation.  We

22   were in the budget crisis that we were in.

23         Q.    So there's a chance then that those

24   positions would not have been eliminated if you did

25   not have the budget problems?

1    A.    There's a chance for anything.

2          MR. FOX:  Objection to the form.

3          THE WITNESS:  Yes, that's possible, but

4    our plan was to eliminate those positions.

5    BY MS. STEINER:

6    Q.    Now, can you tell me, X-ing out the

7    budget, give me the other reason why the associate

8    superintendent positions were eliminated.

9    A.    We eliminated those positions because we

10   wanted to have a more streamline form of

11   communication from the school principal through the

12   director of schools.  We also wanted a more

13   consolidated strategic way of aligning both the

14   academics and the school supervision.

15   Q.    What was the second part again?

16   A.    A more streamlined -- a more strategic way

17   of integrating both the academic side of the house

18   with the school supervision, so the curriculum with

19   those who would be implementing the curriculum.

20   Q.    Now, in everyday language, what do you

21   mean?

22   A.    What I mean is, we want principals who are

23   responsible for educating students and implementing

24   curriculum to have an alignment between their

25   ultimate supervisor being over both the curriculum

1    and the school supervision.

2         Q.    What's the difference between curriculum

3    and school supervision?

4         A.    So curriculum is what they teach, school

5    supervision would be the person's direct support,

6    boss, the line of command.

7         Q.    So you want the principals to have an

8    alignment with what they teach and who they report

9    to?

10        A.    That's accurate.

11        Q.    Is that correct?  Is that what you're

12   saying?

13        A.    Yes.

14        Q.    Okay.  So the principals, what they teach

15   did not change any in the school years, correct?

16        A.    No, that's not accurate at all.  In the

17   current school year, we implemented an entire --

18   well, in the 2020/2021 school year during that

19   pandemic, the year we've been talking about most of

20   the time, we had the adoption of virtual learning, a

21   new curriculum through that, entirely new way of

22   operating and delivering that curriculum.

23   Basically, through that pandemic, everything

24   changed.

25        Q.    Okay.  Now, the principals --

```
1          A.    In addition to that, now we're also

2    building toward literacy adoption, which had been

3    scheduled for that year, '20/'21, and then they had

4    to freeze that because of the pandemic and that is

5    being implemented at the current year.

6          Q.    Okay.  The principals in 2020 reported to

7    the executive directors, correct?

8          A.    That's correct.

9          Q.    With regard to what they taught, correct?

10          A.    With -- say that again.

11          Q.    Okay.  The principals, you said you wanted

12    them to have something with regard to who they

13    report to to align with regard to what they teach

14    and who their boss was.

15          A.    Uh-huh.

16          Q.    So in the spring of 2020, their boss was

17    the executive directors, correct?

18          A.    Yeah.  To clarify, my comment was we

19    wanted -- we separately, under the previous

20    administration, and up to that point, had a separate

21    chief of academics and a chief of schools.  At that

22    point, they also had the extra bureaucracy of a

23    whole 'nother layer between the chief of schools and

24    the executive directors, and then the principals.

25    We were trying to, for a variety of reasons, to
```

1  streamline that for information purposes for each,

2  so you would have those who are directing the

3  curriculum under the chief of academics, and then

4  separately the principals' actual supervisors were

5  the executive directors.  That has remained

6  consistent, to your question, but it is now that

7  person reports to the -- to those who also oversee

8  the curriculum.

9      Q.   Chief of academics handles the curriculum?

10     A.   Correct.  It did back then.

11     Q.   Chief of schools handles what?

12     A.   Principal supervision.  So deciding who

13  principals are.

14     Q.   And in the spring of 2020, you did not

15  have a chief of academics, correct?

16     A.   No, that's not correct.  We had an interim

17  chief of academics.

18     Q.   Interim.  But you did not have a chief of

19  schools?

20     A.   That is correct.

21     Q.   So then in terms of academics or

22  supervisors, the executive directors were out of it

23  because the principals reported to either the chief

24  of academics or the chief of schools?  Is that what

25  you're telling me?

1          A.   No.  That wouldn't be -- that would not be

2     an accurate description.  So first of all, we're all

3     one organization.  It's Metro Nashville Public

4     Schools.  There are a variety of departments.  And

5     the education delivered by an individual teacher to

6     a classroom full of kids, that teacher reports to

7     either an assistant super -- excuse me, assistant

8     principal or principal who reports to the executive

9     director who reports at that time to the community

10    superintendent, associate superintendent who

11    reported to a vacant position, then Dr. Battle.  The

12    --

13         Q.   Okay.  So then, let me stop you there.

14    The principals actually would report to the

15    executive directors?

16         A.   Yes.

17         Q.   And today, the principals report to the

18    executive directors?

19         A.   That is accurate, but the executive

20    directors report to a person that aligns the

21    curriculum instruction with it.  So that's unified

22    and --

23         Q.   And the chief of academics was who?

24         A.   Interim chief of academics was Dr. David

25    Williams.

1      Q.    Who is the chief now?

2      A.    Well, those are combined positions as we

3   are trying to create efficiencies, and it's

4   Dr. Mason Bellamy, as chief of academics and

5   schools.  It's a combined position.

6      Q.    Okay.  And do the principals report to the

7   executive directors, the executive directors report

8   to Mason?

9      A.    That's accurate.

10     Q.    Do the executive directors report to Mason

11  any different information than what they reported to

12  the associate superintendents in the spring of 2020?

13     A.    As I said before, I don't know all the

14  information that they presented to the former --

15  probably depends on style of -- the previous

16  associate superintendents may not have asked for the

17  same kind of information that the new chief of

18  academics and schools does.

19     Q.    Can you tell me specifically why it's

20  better to have them reporting to one person as

21  opposed to four?

22     A.    Yeah.  When you think about, we're trying

23  to impact what is happening in the classroom, so we

24  have a way of offering to try to remove as many

25  layers as possible between those two, and so the

```
 1   chief of academics and schools now has direct --
 2   there's only one layer between the principal and the
 3   chief of academics and schools, so it's way easier
 4   to communicate that information.  You don't have
 5   four -- you don't have the variance of four
 6   different people trying to influence, you know,
 7   goodness, about 15 executive directors, but you're
 8   also, Ms. Steiner, trying to -- I want to make sure,
 9   can you hear what I'm saying?
10        Q.   Hang on a second.  Go on.  Go on.
11        A.   So you also don't want the -- you want the
12   principals to have individualized level of support.
13   That's why it's important to have, you know, as many
14   executive directors as we do.
15        Q.   Did you, when you were advising Dr.
16   Battle, talk to any of the associate superintendents
17   about what their job duties were and how it could be
18   streamlined?
19        A.   No.  That would have been unnecessary.
20   Dr. Battle was one of them immediately prior to
21   becoming superintendent.
22        Q.   What did Dr. Battle tell you about
23   streamlining the associate superintendent jobs out?
24        A.   She talked about the same things I just
25   referenced, that it's really important for the
```

1    principals to have as direct of a connection, all

2    the things I just told you about.

3         Q.    But the principals are still reporting to

4    the executive directors?

5         A.    Who have a fewer layer between them and

6    the chief of academics and schools.

7         Q.    Did she give you any other information

8    other than the teachers, the principals have a

9    direct out?

10        A.    I mean, I just gave you a whole bunch of

11   information.  So she talked about -- I'm trying to

12   remember all of the things.  So one, it being clear,

13   we are trying to be very consistent in our schools

14   to make sure that there is a very high level of

15   service for each of the students.  And so it was

16   much easier to do that between the chief of

17   academics and schools talking directly to the

18   principal supervisor.

19        Q.    Talking directly to the executive

20   director?

21        A.    Which is a principal supervisor.

22        Q.    Okay.  And did Dr. Battle give you any

23   reason why the executive directors could not speak

24   to the director of schools, who would have been

25   David Williams, in the spring of 2020?

```
1        A.    I assume you mean the interim chief of
2   academics?
3        Q.    Yes.
4        A.    Why -- no, again, we're one organization.
5   We all talk all the time.  Our effort was to try to
6   make it even more collaborative, even more
7   streamline.
8        Q.    Hang on a second.  Here is a chart that's
9   been produced.  Its got MG 001057 at the bottom of
10  the page.
11       A.    Repeat the numbers again.
12       Q.    MG 001057.
13       A.    I see that.
14       Q.    And it is the org chart, and it looks like
15  it's January 20th -- January 2020; is that correct?
16       A.    I see that at the bottom, right.
17             MS. STEINER:  And we're going to offer
18  this as Exhibit Number 5, and I think I've offered
19  Number 4, correct?
20                          (WHEREUPON, the
21                          previously-mentioned document was
22                          marked as Exhibit Number 5.)
23             MS. STEINER:  Okay.  It's going to be
24  offered as Exhibit Number 5 to this deposition
25  today.
```

```
 1              MR. FOX:  No objection.
 2  BY MS. STEINER:
 3       Q.   And if you can see here, the executive
 4  directors are reporting to the associate
 5  superintendents.
 6       A.   Uh-huh.
 7       Q.   And they are reporting to Dr. Battle, and
 8  the chief academic officer is reporting to Dr.
 9  Battle, correct?
10       A.   The interim chief academic officer is
11  reporting to Dr. Battle, and the associate
12  superintendents on this org chart are reporting to
13  Dr. Battle; however, it doesn't include the vacant
14  position which would be in between the
15  superintendents and Dr. Battle.
16       Q.   Did you have any discussions with Dr.
17  Battle about just filling the vacant position?
18       A.   And not reducing that --
19       Q.   Yes.
20       A.   Of course, that was included.
21       Q.   Why did you do that?
22       A.   Why did I do what?
23       Q.   Why didn't you just fill the vacant
24  position?
25       A.   For the reasons that I have spent a good
```

```
 1   bit of time.  I'll be glad to repeat explaining,

 2   and -- yeah, that's why.

 3        Q.   Were the teachers not having, and the

 4   principals not having a clear consistent high level

 5   of service in the spring of 2020?

 6        A.   We felt that it could be higher.  We're

 7   always trying to improve.

 8        Q.   Why did you feel what way?

 9        A.   Why did I -- let's see.  We felt like

10   there could be a clearer line of communication

11   between a combined role of chief of academics and

12   schools to the executive directors to the

13   principals.  It just removes -- you know, it's like

14   the childhood game of telephone, it removes the

15   ability for some people to correctly get the

16   information or lack of consistency.

17        Q.   Was there any problems, lack of

18   consistency, and do you know what that was?

19        A.   I would have to defer to Dr. Battle on

20   that.

21        Q.   Okay.  With regard to the information

22   coming over wrong, do you know what that was?

23        A.   Say it again.

24        Q.   Information was being given wrong,

25   incorrectly, do you know what that was?
```

1      A.    I don't have like a specific example off

2   the top of my head.

3      Q.    Do you have any notes that say, we are

4   going to have to eliminate these positions because

5   there's a lack of inconsistency and some of the

6   information is being given wrong?

7      A.    No.  That would just be general knowledge.

8      Q.    Okay.  Did Dr. Battle give you specifics

9   of any information being given wrong?

10     A.    I'm trying to recall.  I can't think of a

11  good example off the top of my head two years later.

12     Q.    This is your deposition, and it's the only

13  time I have to question about this.  Did you prepare

14  for this deposition?

15     A.    Yes.

16     Q.    Did you look at any documents?

17     A.    I looked at my calendar to remind myself

18  of the dates.

19     Q.    Anything else?

20     A.    No.

21     Q.    Okay.  Did you look at any notes?

22     A.    No.

23     Q.    You didn't have any notes?

24     A.    That's right.

25     Q.    Okay.  Did you know that -- did you know

1  that Dr. Battle had a brother, Coach Battle?

2      A.   Do I know that she has a brother, Coach

3  Battle, yes.

4      Q.   Did you know he worked for Metro Schools?

5      A.   I do know that.

6      Q.   Did you know he lost his job with Metro

7  Schools?

8      A.   I do know that.

9      Q.   Did you know he lost his job for getting

10 in a fight with a parent?

11     A.   I did not know that.

12     Q.   Did you know he lost his job for

13 mishandling funds?

14     A.   I did not know that.

15     Q.   Did you know that he's trying to come back

16 to work for Metro Schools?

17     A.   I did not know that.

18     Q.   Did you know that Pippa Meriwether was the

19 superintendent over the principal who made the

20 decision to fire Coach Battle, non-renew his

21 contract?

22     A.   I believe that you say that.  That was

23 when I was not with the district.

24     Q.   Did you know that when you eliminated

25 Pippa Meriwether's job that she was a superintendent

1    who approved Dr. Bailey's decision to non-renew

2    Coach Battle's brother -- or Coach Battle?

3         A.   I believe you when you say it, but, no, I

4    wasn't in the district when that happened.

5         Q.   Did you know it in the spring of 2020 that

6    this had occurred?

7         A.   Did I know about Dr. -- about Coach

8    battle?

9         Q.   Yes.

10        A.   I'm trying to remember when I knew that.

11   I don't think -- again, I don't -- I believe you

12   when you're telling me that Pippa was -- Dr.

13   Meriwether was over the principal who did it, but I

14   wasn't with the district at the time, so I can't --

15        Q.   I'm not asking about that time, I'm asking

16   you in the spring of 2020, did you know that Pippa

17   Meriwether was involved in the decision to non-renew

18   Coach Battle?

19        A.   I believe you, but I don't know that.  The

20   reason I'm saying that is because I would assume

21   human resources would have been involved, I assume

22   the superintendent.  I believe they had a chief of

23   schools at the time.  I don't know the extent to

24   which Dr. Meriwether was overseeing that school at

25   the time.  I just -- I wasn't around.  I don't know

1 that answer. I did not know it at the time.

2 Q. Did you know Dr. Bailey was the principal

3 over Coach Battle?

4 A. Did I -- yeah, because he was at White's

5 Creek and that was the principal at White's Creek,

6 right?

7 Q. Yes.

8 A. I believe you.

9 Q. Okay. Did you know that the principal

10 would be the person responsible for non-renewing a

11 teacher or a coach under him, correct?

12 A. I don't -- I'm not on the HR side, so I'm

13 a little fuzzy. I want to make sure I'm really

14 specific. I would imagine that a principal was

15 involved. I don't know whether technically the

16 super -- the director of schools who non-renews or

17 whether technically it's HR, so I can't answer

18 precisely what you're saying. I do know that he was

19 a principal at the time.

20 Q. Do you know whether or not he would have

21 any input into the decision to non-renew a teacher

22 under him?

23 A. I wasn't -- I mean, I don't have any

24 direct knowledge of that.

25 Q. Okay. Let's ask you this then, what about

1 Renita Perry, would she have any input over the

2 decision to non-renew Dr. Bailey?

3     A.   I don't know when she came to the

4 district.

5     Q.   Assuming that she was over Dr. Bailey at

6 the time, he was non-renewed, would Renita Perry

7 have had any input into that?

8     A.   As executive director?

9     Q.   Yes.

10     A.   I'm not sure when she came to the

11 district.  I don't know who was overseeing her at

12 the time.  If you're telling me that an executive

13 director was over the -- that she was the executive

14 director over Dr. Bailey at the time, I would hope

15 that she would have some input in it, but I just --

16 I wasn't in the district and I don't know the answer

17 to that.

18     Q.   Would you have hoped Dr. Bailey would have

19 had some input over non-renewing Coach Battle?

20     A.   Input?

21     Q.   Yes.

22     A.   I would assume that a principal would have

23 some sort of input into the teachers at his or her

24 school.

25     Q.   Did you know Schunn Turner had complained

1    about disparity in pay, that the females weren't

2    making as much as the males?

3        A.   Are you talking about Dr. Schunn Turner?

4        Q.   Yes.

5        A.   Just to make sure I'm clear.  Yes, I

6    believe that that was a lawsuit that she had with

7    the previous superintendent.

8        Q.   Did you know about that when her position

9    was eliminated?

10       A.   Yes.

11       Q.   Okay.  Did you know that Damon Cathey had

12    complained about falsification of grades?

13       A.   No.

14       Q.   Did you know that Damon Cathey had been

15    questioned by Dr. Battle about why -- whether Lily

16    Leffler was loyal to the schools?

17       A.   No.

18       Q.   Did you know who Lily Leffler was?

19       A.   That she was an executive director?

20       Q.   Yes.

21       A.   Yeah.

22       Q.   Did you ever hear any complaints about her

23    job performance?

24       A.   That wouldn't be something I'm involved

25    with, and, no is the answer.

1  Q. Okay.  In the reorganization that was

2 discussed, did you ever hear anything about Lily

3 Leffler's job performance?

4  A. No.

5  Q. Okay.  Did you know that Lily Leffler was

6 kin to Vanessa Garcia?

7  A. I have since found that out, yes.

8  Q. When you say "since," what do you mean?

9 What's the time limit on that?

10  A. I really don't know when I came to that

11 information.  Maybe -- maybe when Dr. Garcia talked

12 about it.  I'm sorry, I just don't have a time

13 reference on that.

14  Q. Who told you about it?

15  A. Maybe T.C. Weber who was a community

16 member.

17  Q. Do you ever talk to T.C. Weber?

18  A. T.C. Weber?

19  Q. Uh-huh.

20  A. Yes.  On occasion, I talk to him.

21  Q. Do you talk to him a lot, pass on

22 information to him?

23  A. No.

24  Q. Do you have any idea who his source is?

25  A. For what?

1    Q.    For his information on Dads Gone Wild?

2    A.    No, I don't know.

3    Q.    Okay.  Did you know Jane Doe had made a

4    Title VI complaint against the school system?

5    A.    Did I know -- say that again.

6    Q.    Did you know Jane Doe had made a complaint

7    about that lesson taught at Waverly Belmont called,

8    How to Make a Slave?

9    A.    I know that a Jane Doe did, yes.

10   Q.    Did you know about that when her position

11   was being eliminated?

12   A.    Whose position?

13   Q.    Jane Doe's as executive director of school

14   choice?

15   A.    So I want to be really precise --

16         MR. FOX:  Objection to the form.

17         THE WITNESS:  So I know that a Jane Doe

18   brought a case about the Waverly Belmont.  I did not

19   know at the time who that Jane Doe was.

20   BY MS. STEINER:

21   Q.    Did you know -- did you hear about the

22   lesson, How to Make a Slave?

23   A.    Yes.

24   Q.    Did you know that a parent, who is also a

25   teacher, complained about that?

```
 1        A.   No, I did not know that.

 2        Q.   Did you know that Jane Doe complained

 3   about that lesson when it occurred because her son

 4   was in that classroom?

 5        A.   I'm not sure at the time, I do know that

 6   Jane Doe did, I think file a lawsuit, I believe

 7   that's the correct term.

 8        Q.   Did you know that she had complained about

 9   that at all in the spring of 2020?

10        A.   No.

11        Q.   Okay.  Do you know what it means to punk

12   somebody?  Have you ever heard that term?

13        A.   I think I've heard that term.

14        Q.   What does what mean?

15        A.   I would assume prank them.  Prank them

16   would be I guess how I would describe it.

17        Q.   Prank them?

18        A.   Uh-huh.

19        Q.   Did you hear Dr. Battle make any comments

20   about, nobody is going to punk her brother?

21        A.   No.  I've never heard that.

22        Q.   Okay.  Have you heard Dr. Battle talk at

23   all about her brother?

24        A.   Yes.

25        Q.   What does she say?
```

1    A.    That she's obviously his sister, that

2  she -- that he went on to be a coach at another

3  school, and that he -- I've heard a good bit from

4  the deputy mayor about just -- community members

5  about him being a good coach.  That's about the

6  extent of it.

7    Q.    Where is he coaching?

8    A.    I'm not sure.

9    Q.    Is it in a Metro school?

10    A.    No.

11    Q.    Did you know that --

12    A.    Well, let me -- I'm not sure where he is

13  coaching.  If you're asking, is he at a district-run

14  school, I'm almost sure that's not the case.

15    Q.    Okay.  Is a charter school district-run?

16    A.    No, it's not.

17    Q.    Okay.  Is a charter school connected to

18  Metro schools, though?

19    A.    It depends.  Some charter schools are

20  approved by the school board and they've part of the

21  school district, some charter schools are approved

22  by the state board, and then the school board

23  invites them back in and they're part of the

24  district.  Some charter schools are appealed -- are

25  denied by the local school board, appealed to the

1   state school board, and then the local school board

2   does not invite them to be back part of it.  And,

3   now, there are some charter schools that apply to

4   the state commission and can take either of those

5   two paths.

6       Q.   What did the deputy mayor say about Coach

7   Battle?

8       A.   That he had coached her son and that he

9   was a really great coach.

10       Q.   Okay.  Do you think a coach that beats up

11   a parent would be a really great coach?

12       A.   I have no idea about --

13       Q.   Do you think a coach who misuses funds

14   would be a really great coach.

15       A.   I have no idea about the specifics of any

16   of this.

17       Q.   Do you know whether or not Coach Battle

18   has tried to work for Metro Schools again?

19       A.   I believe that he has.

20       Q.   How do you know that?

21       A.   Well, let me -- would you rephrase your

22   question again?

23       Q.   Did you know that Coach Battle has tried

24   to work for Metro Schools again?

25       A.   I don't know the precise answer to that

1  question.  I believe that, and I don't know the

2  nature of whether he was asked to apply or what, but

3  I believe that he applied or that he was in the

4  consideration for Pearl-Cohn High School, but I

5  don't get into the specifics on coaches, I just

6  heard that.

7       Q.    Who did you hear it from?

8       A.    Mark North.

9       Q.    And do you know when you are non-renewed,

10  your contract is non-renewed, are you eligible for

11  rehire?

12       A.    Depends on the situation.

13       Q.    Do you know whether or not Coach Battle

14  was eligible for rehire?

15       A.    I don't know.

16       Q.    Do you know whether or not his designation

17  needed to be changed before he could be considered

18  for Pearl-Cohn?

19       A.    I don't know.

20       Q.    Was he considered for Pearl-Cohn sometime

21  after the spring of 2020?

22       A.    I don't know the timeline on it.

23       Q.    So then I take it then at Metro Schools,

24  it's okay if you have coaches that beat up a parent?

25       A.    No, I wouldn't --

1          MR. FOX:  Objection to the form.

2          THE WITNESS:  I would never ever phrase

3    something like that.  You're asking the question, do

4    I know about any specifics?  No, I don't know.

5    BY MS. STEINER:

6        Q.    Do -- when you say he was in the

7    consideration for it, do you know whether or not he

8    interviewed for the position?

9        A.    I don't know.

10       Q.    Do you know whether or not he was asked to

11   come in to interview for that job?

12       A.    No, I don't know.

13       Q.    But Mark North is the one that told you

14   this?

15       A.    Yes.

16       Q.    Okay.  Now, did you have any discussions

17   with Dr. Battle -- let me back up just a second.

18   When she's meeting with the school board members,

19   did she ever meet with several at the same time?

20       A.    No, that's against -- no, is the answer.

21   And because that's against state law.

22       Q.    But she would meet with each one

23   individually.

24       A.    Sorry.  Let me correct that.

25       Q.    Uh-huh.

```
 1        A.    So she almost always met with them

 2    individually.  She -- there were a couple of

 3    occasions during emergency situations where she had

 4    one-way calls with several of them so that -- the

 5    state law means that they can't communicate with

 6    each other in a non-public meeting.  But she was

 7    providing information to all of them at the same

 8    time, but they couldn't communicate with each other

 9    about it.

10        Q.    But they could communicate with her?

11        A.    Right.

12        Q.    And she could communicate with the other

13    board members?

14        A.    Rephrase your question.

15        Q.    There were no prohibitions on what Dr.

16    Battle would tell the other board members?

17        A.    Yeah, that's correct.

18        Q.    So if one board member tells her, I'm

19    voting for this because of X, Y and Z, Dr. Battle

20    has no prohibition on contacting another board

21    member and saying, Jane over here is going to vote

22    for this based on X, Y and Z?

23        A.    That's a hypothetical that I've never seen

24    occur.

25              MR. FOX:  Objection to the form.
```

1          THE WITNESS:  If you're talking about like

2   can she legally -- is she legally able to do that, I

3   don't know the answer to that.  That's not something

4   she does.

5   BY MS. STEINER:

6          Q.   What parameters are put on Dr. Battle that

7   you know of that's in policy or anything else that's

8   written down and says, you cannot tell a board

9   member X, Y or Z; is there anything?

10          A.   I'm not aware of anything like that.

11          Q.   Okay.  So what Dr. Battle does --

12          A.   I would elaborate on that.  I'm not aware

13   of anything like that because we follow what's in

14   state law.  I don't think there's anything in state

15   law that would speak to that.

16          If you're talking about practice, I'm not

17   aware of any practice that she's ever had of talking

18   to other school board members about how other school

19   board members plan to take action.

20          Q.   But routinely she talks to the school

21   board members about the items that are appearing

22   before them, correct?

23          A.   She routinely -- yes, to answer questions

24   they may have to clarify information, to make sure

25   that we are prepared to have the information at the

1    school board meeting if they were to ask about that

2    on the board floor, yes.

3        Q.    And what protection, what parameters are

4    put around Dr. Battle to make sure that she doesn't

5    cross any lines with regard to what she says or

6    doesn't say to the school board members?

7        A.    I'm not sure what lines you might be

8    referring to, because I'm not aware of anything in

9    state law about that, so that question doesn't make

10   sense to me.

11       Q.    Well, is it legal for Dr. Battle to talk

12   to one board member, find out what the board member

13   is going to vote, and then go to another board

14   member and tell them?

15           MR. FOX:   Objection to the form.

16   BY MS. STEINER:

17       Q.    Is that legal?

18       A.    I'm not an attorney, so I can't say

19   whether that's legal or not.   I'm not aware of

20   anything that would prohibit it, but it's not part

21   of our practice.

22       Q.    Were you told at all that three of these

23   associate superintendents -- let me strike that.

24   Let me go back a second.   Are you aware that if

25   someone complains of discrimination, they're

1    protected under the retaliation provisions?

2         A.    I have some general knowledge of it.  I'm

3    not an expert at it.

4         Q.    And are you aware that there is also

5    whistleblower laws that when someone refuses to do

6    something or report something that they think is

7    illegal, they're protected under the law?

8         A.    I'm not aware of the full extent of it,

9    but I believe what you're saying.

10        Q.    Did you know in the spring of 2020, that

11   Dr. Battle considered three of the associate

12   superintendents to be in a protective category, and

13   that would be Damon Cathey, Pippa Meriwether and

14   Schunn Turner?

15             MR. FOX:  Objection to the form.

16   BY MS. STEINER:

17        Q.    Did you know what?

18        A.    What protected category?

19        Q.    Do you know that she considered Schunn

20   Turner to be protected because she complained of

21   disparities in pay?

22             MR. FOX:  Objection to the form.

23             THE WITNESS:  No, I wouldn't be aware of

24   that.

25   BY MS. STEINER:

1      Q.    Did you know that Metro schools was

2  prohibited by law from retaliating against Schunn

3  Turner for her complaints of disparity in pay?

4      A.    I believe you, but I'm not aware of any

5  retaliation.

6      Q.    Were you aware that Schunn Turner was

7  eliminated from her position as an associate

8  superintendent?

9      A.    Yes.

10     Q.    Were you aware that Pippa Meriwether was

11 eliminated from her position?

12     A.    Yes.

13     Q.    Were you aware that three of the four

14 superintendents Dr. Battle considered to have

15 engaged in protected activity?

16          MR. FOX:  Objection to the form.

17          THE WITNESS:  What protected -- so, no, is

18 the answer.  What protected activity for the other

19 two?

20 BY MS. STEINER:

21     Q.    Let me stop you on that.  Did you know

22 that Dr. Battle considered Dr. Meriwether to be

23 protected because of the actions she took in her

24 brother's situation?

25     A.    I'm not --

1          MR. FOX:  Objection to the form.

2          THE WITNESS:  No, I'm not aware of that.

3     BY MS. STEINER:

4          Q.   If you are being asked to consult with Dr.

5     Battle about the elimination of positions, do you

6     think it would have been fair to tell you three of

7     these positions that she wants to eliminate?  Three

8     of the individuals who are in the positions she

9     wants to eliminate.  There's four in the position,

10    she wants to eliminate all four, three of those

11    people, 75 percent of the people had engaged in her

12    mind in protective activity?

13         MR. FOX:  Objection to the form.

14    BY MS. STEINER:

15         Q.   Do you think she should have told you

16    that?

17         A.   So it's related to the positions, not the

18    people?

19         Q.   Uh-huh.

20         A.   So I don't understand your question.

21         Q.   If you are being consulted about should

22    she or should she not eliminate the associate

23    superintendent positions --

24         A.   Uh-huh.

25         Q.   You know there are four of them --

```
 1        A.    Uh-huh.

 2        Q.    -- do you think Dr. Battle should have

 3   told you that she considered three to have engaged

 4   in protected activity?

 5             MR. FOX:  Objection to the form.

 6             THE WITNESS:  I'm not sure I understand

 7   all the protected activity.  If I'm just answering

 8   myself, if seems like if we were to be discussing

 9   individuals instead of the position, that would

10   be -- we're not talking about individuals, you're

11   talking about the position so I don't --

12   BY MS. STEINER:

13        Q.    Okay.  I just want to know your opinion.

14   Do you want to know this or don't you want to know

15   this?  Okay.  You're being asked your opinion about

16   whether or not to eliminate the associate

17   superintendent's jobs, okay?

18        A.    So, that, to me --

19        Q.    And you're asking -- they're asking you

20   for your opinion on that, do you think it's fair, do

21   you think it's right for the person asking you that

22   to say, oh, by the way, three of these four have

23   engaged in protected activity, or is that something

24   you just don't even care about?

25             MR. FOX:  Objection to the form.
```

```
 1              THE WITNESS:  That's just -- the phrasing
 2   of that just doesn't make sense, because we're
 3   talking about the positions, not the people, so the
 4   people in them --
 5   BY MS. STEINER:
 6         Q.   Don't matter?
 7         A.   -- aren't relevant to the conversation.
 8         Q.   The people in them lose their jobs,
 9   correct?
10         A.   Our job is to protect the interest of the
11   students.  That was not in our strategic -- for all
12   the reasons I explained earlier, that position was
13   not necessary to achieve any of the objectives we
14   were trying to seek.
15         Q.   I would really like to know this.  If
16   you're asked to fire someone, if you were asked to
17   fire someone by somebody else, would you not think
18   it's fair to know whether or not the person may have
19   done something that would cause the other person to
20   want to retaliate?
21         A.   I wasn't asked to fire anyone.
22         Q.   I'm just asking you that.  In general, if
23   you were asked to fire somebody, would you not want
24   to know whether or not the person has done something
25   that somebody else may want to retaliate against
```

```
 1   them for?
 2        A.   If I'm in a position where I'm their
 3   supervisor and therefore would be in a position to
 4   fire them, then I would expect that I would probably
 5   already know that, so that question just doesn't
 6   make sense to me.
 7        Q.   Schunn Turner, let's just talk about
 8   Schunn Turner, okay?
 9        A.   By the way, it's Dr. Schunn Turner.
10        Q.   Schunn Turner.
11        A.   Yeah.
12        Q.   Do you think that it would be fair to fire
13   her for her complaints of pay disparity?
14        A.   No.
15        Q.   Do you think it would be fair to eliminate
16   her position after she has made a complaint of pay
17   disparity?
18        A.   That -- those are disconnected.
19        Q.   Okay.  Did you know that by law they can
20   be connected?
21        A.   I believe you.
22             MR. FOX:  Objection to the form.
23   BY MS. STEINER:
24        Q.   Can you -- do you know that a person may
25   want to retaliate against someone and they feel like
```

1  the easiest way to do it is to eliminate their

2  position?

3          MR. FOX:  Objection to the form.

4          THE WITNESS:  No.  Those are all the

5  hypothetical situations that...

6  BY MS. STEINER:

7      Q.   Now, do you think Dr. Battle should have

8  told you that three of these -- and if the answer is

9  no, say it, okay?  Do you think Dr. Battle should

10  have told you that three of these associate

11  superintendents whose jobs she eliminated, she

12  considered to have engaged in protected activity?

13          MR. FOX:  Objection to the form.

14          THE WITNESS:  We were talking about the

15  position themselves, so...

16  BY MS. STEINER:

17      Q.   Is that a no.

18      A.   We were talking about the position itself.

19      Q.   Do you think, yes or no, that Dr. Battle

20  should have told you that three of the four

21  associate superintendents had complained about --

22  had engaged in protected activity?

23          MR. FOX:  Objection to the form.

24          THE WITNESS:  We were --

25  BY MS. STEINER:

1      Q.   It's yes, no.  Just yes or no.

2      A.   It doesn't make sense to the situation

3  that we're -- we're talking about positions.

4      Q.   Okay.  Okay.  Now, going to ask you this

5  one more time, and if you don't understand it,

6  that's fine.  We'll go with that record when we try

7  the case, okay?  But do you think Dr. Battle should

8  have told you that three of these four associate

9  superintendents had engaged in protected activity in

10 her mind?

11          MR. FOX:  Objection to the form.

12          THE WITNESS:  We were looking at

13 positions, not people, so I just don't understand

14 how that's relevant.

15 BY MS. STEINER:

16     Q.   Do you understand whether or not -- can

17 you answer that yes or no?

18     A.   Do I understand the question?

19     Q.   Can you answer that yes or no?  Do you

20 think that's important for you to know?  If it's no,

21 that's fine.

22     A.   It just is irrelevant to the situation.

23     Q.   It's irrelevant.  Okay.  Now, executive

24 directors --

25     A.   Uh-huh.

1      Q.    -- those positions were not eliminated,

2  correct?

3      A.    That's correct.

4      Q.    They stayed in the budget, correct?

5      A.    That's correct.

6      Q.    And can you tell me why you hired two new

7  executive directors?  Did you know they went from 13

8  to 15?

9      A.    I'm trying to remember.  I think -- yes, I

10  can answer that.

11      Q.    Why?

12      A.    I believe that we were trying to have

13  support positions, because we want to make it as

14  easy as possible for the principals to focus on

15  educating the students, and so we have executive

16  directors who were overseeing a large number of

17  schools, kind of the instructional supervision of

18  them, and then we had a different set of executive

19  directors that were there to help ensure that the

20  operational needs of the schools were supported in a

21  really easy way so the principal can keep on doing

22  his or her job.

23      Q.    The new ones, what did they do?

24      A.    So you're getting a little outside of my

25  specific wheelhouse.  I believe what you're talking

1    about during this timeline was the support

2    positions, that they would be there to help support

3    the schools in the way I just described.

4        Q.   Okay.  And so you added two new ones that

5    were doing different job duties, support for the

6    schools, correct?

7        A.   I believe that's correct.

8        Q.   And the other executive director stayed

9    the same, correct?

10       A.   In general, I think there was a few tweaks

11   here and there, and I believe some people retired.

12       Q.   Okay.  Now, do you know why Lily Leffler

13   was not interviewed for an executive director's

14   position?

15       A.   I wasn't aware that she wasn't

16   interviewed.

17       Q.   Do you know why she wasn't hired as an

18   executive director?

19       A.   No, I don't know.  I think you just said

20   she didn't interview for the position.

21       Q.   She wasn't interviewed.

22       A.   I don't know.  I believe what you're

23   telling me, but I don't know.

24       Q.   Did you know that the defendant claimed

25   that you were the decision-maker with regard to the

1   executive directors?

2       A.   No.  That doesn't make sense.

3            MR. FOX:  Objection to the form.

4   BY MS. STEINER:

5       Q.   Okay.  Let me hand you this.  I have some

6   hard copies of some things.  Were you the hiring

7   manager for the -- hang on a second.

8            Okay.  But you were -- it seems like to

9   me, as chief of staff, you were probably the main

10  one talking to Dr. Battle about the reorg, as

11  opposed to someone else, correct?

12      A.   Yes.

13      Q.   Okay.  And that's your duty, correct?

14      A.   Yes.

15      Q.   Now, did you know that Jane Doe applied

16  for the position of -- well, the job that Ashford

17  Hughes got?

18      A.   The executive officer for diversity,

19  equity inclusion?

20      Q.   Yes.

21      A.   Did I know that -- and to clarify, are we

22  talking about -- I think we referred to two

23  different Jane Doe earlier -- Jane Does earlier.

24      Q.   There's only one Jane Doe.

25      A.   Okay.  You're telling me that, so am I

1    aware that who you referred to at the beginning of

2    the deposition about a specific name applied for

3    that position, yes, I do know she applied for that.

4            Q.    Was she qualified?

5            A.    She was qualified to be interviewed.

6            Q.    Okay.  If you're qualified to be

7    interviewed, does that mean you're qualified for the

8    job?

9            A.    It generally means that you made -- had

10   the basic level of qualifications.

11           Q.    For the job?

12           A.    For the job.

13           Q.    Okay.  Was it the same thing with the

14   executive directors, if you went in for an interview

15   for one of those executive director positions, you

16   were qualified?

17           A.    I would assume so, but I wasn't involved

18   in that interview process.

19           Q.    Is that what it typically means, you don't

20   interview the people who aren't qualified?

21           A.    No.  There are many factors that would

22   drive whether you decide who all to interview for a

23   particular job, so it wouldn't -- generally, I would

24   hope that we don't, as a practice, interview people

25   who aren't qualified, but that's part of the

1   interview process, too, to determine those

2   qualifications.

3       Q.   Okay.  Now, when you interview someone,

4   when you were interviewing the people for the

5   executive officer of equity, diversity and

6   inclusion, how long were the interviews?

7       A.   They were generally somewhere around 30

8   minutes.

9       Q.   And would you ask them background

10  information, like why do they want the job?

11      A.   Probably so.  I'm trying to remember all

12  the specific questions but...

13      Q.   Do you ask them about their experience and

14  jobs before they got there?

15      A.   Yes.

16      Q.   Do you ask them about anything that may

17  affect their background like criminal records?

18      A.   No, I wouldn't ask that.

19      Q.   Okay.  Do you want to know about criminal

20  records?

21      A.   I believe that comes up later in the

22  process when we do a background check of the

23  employee, so, yes, it is part of the process.  I

24  think that's right.

25      Q.   Do the applicants have to fill out

1    information online?

2        A.    For what?

3        Q.    For the position?

4        A.    To apply for the job?

5        Q.    Yes.

6        A.    Yes.  They end up submitting an

7    application for a job.

8        Q.    And do you have access to that

9    information?

10       A.    Yes.

11       Q.    Does that ask whether or not they've ever

12   been convicted of a crime?

13       A.    I'm not sure about that.  I believe that

14   the background check -- well, I know that the

15   background check comes up later on in the process,

16   because it requires employees to go through -- I'm

17   not sure all of the question on the application.  We

18   use a standard application that is kind of the same

19   for all types of employees for the district, so I'm

20   not sure the full extent of that.

21       Q.    Now, when you interviewed the people, how

22   many did you actually interview?

23       A.    Three.

24       Q.    And who were those three?

25       A.    Dr. Turner, Jane Doe and Mr. Hughes.

1      Q.   Okay.  Now we've asked for the interview

2   notes and there's not any, are there?

3      A.   I don't keep -- I don't take or keep them.

4      Q.   Did you know that the EEOC requires

5   documentation with regard to hiring and promotions

6   kept?

7           MS. STEINER:  Objection to the form.

8           THE WITNESS:  Not a legal expert on that.

9   I don't actually usually take notes in interviews.

10  I'm really concentrating on listening to the

11  employees, so I don't even know if they were kept --

12  if they were created.

13  BY MS. STEINER:

14     Q.   Now, for Ashford Hughes, why did he get --

15  did you think Jane Doe was qualified for the job?

16     A.   I thought that she was -- I wanted to

17  interview her to find out more, and during her -- in

18  her application and during her interview, she

19  focused on one component of the job that was more

20  limited and more related to just a small piece of

21  the job.  She did not express knowledge or expertise

22  in the main part of the job, which is diversity,

23  equity and inclusion.

24     Q.   Did you know she had a background in

25  diversity, equity and inclusion?

1    A.   You would have to tell me more about that.
2  My understanding is that she had -- during her
3  interview, what she expressed was much more about
4  school options that were related to the other job
5  that she held.
6    Q.   Okay.  Now, did the job position request
7  that the applicant have a master's degree?
8    A.   I would have to look at it.  There may
9  have been like a -- it would be nice if you had
10  these additional qualifications.  If you have it,
11  I'll be glad to look at it.
12    Q.   Did you know whether or not Jane Doe has a
13  master's?
14    A.   I believe I remember that.
15    Q.   Did you know whether or not Schunn Turner
16  has a master's?
17    A.   I know she has a doctorate, I would assume
18  she got a master's along the way.
19    Q.   Did you know Ashford Hughes does not have
20  a master's?
21    A.   Yes.
22    Q.   Okay.  When you interviewed Ashford
23  Hughes, tell me what it was that he had engaged in
24  the year before you interviewed him that made you
25  think he was good for the job.  I want to focus on

1    the year before.

2       A.    The year before.

3       Q.    Uh-huh.

4       A.    So I'm trying to get my years lined up.

5    So he had been in the mayor's office running for the

6    entire City of Nashville, their diversity, equity

7    and inclusion work. I believe immediately prior to

8    that, he was working for a U.S. presidential

9    campaign and advising on diversity, equity and

10   inclusion issues in the communities around

11   Tennessee.

12       Q.    What U.S. presidential campaign was he

13   working on?

14       A.    I believe it was Michael Bloomberg.

15       Q.    Did he tell you that?

16       A.    I -- well, I mean, obviously during the

17   interview, yes, he did.

18       Q.    Did you check his references on that?

19       A.    No.

20       Q.    Was he in the mayor's office before he

21   came in for the interview with you?

22       A.    Immediately prior, is that what you mean?

23       Q.    Yes.

24       A.    No. The mayoral administrations had

25   changed.

```
1        Q.    Do you know what he had done the year

2   before he came in to interview with you?

3        A.    I thought I just answered.  Worked some

4   for the Michael Bloomberg campaign.

5        Q.    Okay.  Any other job in the year before

6   that?

7        A.    I'm trying to remember.  No, I don't

8   remember specifically.

9        Q.    Was he paid a salary by the Bloomberg

10  campaign?

11       A.    I didn't get into that with him.

12       Q.    Okay.  Did you know Ashford Hughes through

13  the work with the democratic party?

14       A.    Say that again.

15       Q.    Did you know Ashford Hughes through his

16  work through the democratic party?

17       A.    I did not know him at the time for that.

18       Q.    Did you or anyone at Metro schools or

19  Metro government contact Ashford Hughes to tell him

20  to apply for that position?

21       A.    Yes.

22       Q.    Who?

23       A.    I did.

24       Q.    Why did you contact him?

25       A.    I seek to build the best possible pool of
```

        1   candidates for which to interview, and certainly

        2   someone of Mr. Hughes's caliber to work with Metro

        3   government would be someone that I would like to be

        4   considered for interview pool, application pool.

        5       Q.   Did you have any discussions with Dr.

        6   Battle and Ashford Hughes?

        7       A.   Yes.

        8       Q.   Did she like Ashford Hughes, as well?

        9       A.   What do you mean by "like?"

       10       Q.   Did she think he should be in that

       11   position?

       12       A.   That would not be what we talked about.

       13   What we talked about was, you know, thinking about

       14   the role, the type of qualifications we'd want in

       15   the role, and then let her know that I was reaching

       16   out to him to be a part of the applicant pool.

       17       Q.   Did she tell you to reach out to him or

       18   did you decide to reach out to him?

       19       A.   I decided to reach out to him.

       20       Q.   Now, did anyone at all tell you that you

       21   could not hire Jane Doe in that position because she

       22   has a lawsuit against Metro?

       23       A.   No.

       24       Q.   Did you hear any rumors that other

       25   personnel at Metro schools were told that?

```
 1        A.    No.

 2        Q.    Okay.  Now, I want to show you what's been

 3   produced.  Hang on a second.

 4              Okay.  Can you see this document that's

 5   got at the very top of the page, Ashford R. Hughes?

 6              MR. FOX:  No.  It's like your folder.

 7              THE WITNESS:  Technology is good until

 8   it's not.

 9              MR. FOX:  Yes.

10   BY MS. STEINER:

11        Q.    Can you see this?

12        A.    Yes, I can.

13        Q.    Does this have candidate name, Ashford R.

14   Hughes at the top of the page?

15        A.    Yes.

16        Q.    MG 000183?

17        A.    Yes, ma'am.

18        Q.    If you're hiring someone that works in the

19   school system --

20              MR. FOX:  Looks like for the record,

21   you're scrolling down to 184.

22              MS. STEINER:  Excuse me?  What was that?

23              MR. FOX:  Looks like you scrolled down to

24   184, is what you were going to ask him about.  183

25   was the page above.
```

BY MS. STEINER:

Q.   Okay.  If you are interviewing from someone to work in the school system, is it important to know whether or not they have a criminal record?

A.   When I'm interviewing?

Q.   Yes.

A.   Not at this point.

Q.   Do you care if the applicants have a criminal record?

A.   At a specific point or in general?

Q.   In general, do you care?

A.   I care to the extent to which it would impact their ability to do their job.

Q.   Okay.  What happens if they have, I think two DUIs, does that enter the picture?

A.   That sounds like a hypothetical situation. Are you referring to something?

Q.   I'm asking a hypothetical.  What do you do if someone is interviewing and they have two DUIs?

A.   Depends on the situation.

Q.   What happens if they have a possession charge, too?

A.   Again, depends on the situation.

Q.   What happens if they also have a

1    possession of weapons charge?

2         A.    It depends on the situation.

3         Q.    Did you know whether or not Ashford Hughes

4    had any of these in his record?

5         A.    What I was aware of when the background

6    check was done, that there were some things that

7    were brought to my attention, asked about whether

8    they would be disqualifying for the position.  The

9    answer to that was no.  And I asked about general

10   timeframe, and it was some point younger in his

11   youth.  Obviously, we're in the business of -- we

12   try to build staff that reflect our students and not

13   everybody is perfect.  We have a school board member

14   who I think has some of those same issues that are

15   on the school board, so it depends on the context of

16   the situation.

17        Q.    So -- and you knew Ashford Hughes did not

18   have a master's, correct?

19        A.    Yes.

20        Q.    And let's go -- did you see his

21   application that he filed online, by any chance,

22   that we are looking at right now?

23        A.    I think I would have been given the resumé

24   from this.  I'm not sure of the actual application.

25        Q.    Do you see -- I want to ask you one

1  question first.

2      A.    Okay.

3      Q.    He doesn't have a master's, do you see

4  where he's talking about his education?

5      A.    Do I see that on the page?

6      Q.    Yes.

7      A.    Yes.

8      Q.    See where it says Tennessee State

9  University, he's got a political science -- that's

10 not in -- that has nothing to do with diversity,

11 correct?

12     A.    You're talking about his undergraduate

13 degree --

14     Q.    Yes.

15     A.    -- whether it has to do with diversity?

16     Q.    Yes.

17     A.    I'm not sure there was a position back

18 then -- I mean, a degree back then from universities

19 about that.  Yes, I definitely believe that

20 political science, our entire political system, our

21 setting of laws, policies, has an extreme amount to

22 do with how we think about how those policies apply

23 to our students and diversity, equity and inclusion.

24     Q.    Did you see his GPA is 2.5 out of 4?

25     A.    I do see that.

1    Q.   Do you think that's adequate for a high

2  level position at Metro schools?

3    A.   Yes.

4    Q.   And equates --

5    A.   Let me just clarify.  He got the degree,

6  so, yes.

7    Q.   The 2.5 equates to, what would you say, a

8  C plus?

9    A.   Sounds like it.

10   Q.   That's not the best grade, though, will

11  you agree to that?

12   A.   Is a C less an A?  Yes, I agree to that.

13   Q.   Is a C less a B minus?

14   A.   Is a C less than a B minus, yes, that's

15  correct.

16   Q.   And a C is less than a lot of grades a

17  student can make, correct?

18   A.   A C is less than a B or an A, that's

19  correct.

20   Q.   Now, let's go back up here.  Do you see

21  this where it's asking him for his driver's license

22  number, and it says, have you been convicted of any

23  traffic or any moving violations, and he says yes?

24   A.   I do see that.

25   Q.   And they want to know what.  And he says a

1   DUI and speeding with marijuana possession; do you

2   see that?

3       A.   I do see that.

4       Q.   Did you question him at all about those?

5       A.   No.

6       Q.   Would you agree that a DUI in 2006 and

7   2004 speeding with marijuana possession is not a

8   traffic violation?

9       A.   I'm not an attorney, I don't know what the

10  answer to that is.

11       MR. FOX:  Objection to the form.

12  BY MS. STEINER:

13       Q.   This says, have you ever been convicted of

14  a criminal offense other than a minor traffic

15  violation, and he reveals a 1999 misdemeanor,

16  possession of a weapon, registered weapon; do you

17  see that?

18       A.   I do see that.

19       Q.   Did you question him at all about that?

20       A.   No, I did not.

21       Q.   Okay.  So then you don't know whether or

22  not the weapon was a machine gun or a handgun or

23  what it was, correct?

24       A.   That's correct.

25       Q.   Okay.  And did you see where it says, have

1    you been convicted of a felony or misdemeanor and

2    you have to identify them.  Would you agree that in

3    that section, he did not identify the DUI or the

4    marijuana possession?

5         A.   I guess I'm confused.  He did reveal -- I

6    mean, it's obviously on the application --

7         Q.   Sure.

8         A.   -- so he shared that.  And then what was

9    your question after that?

10        Q.   It's not in the right spot, is it?  It's

11   not in the spot where you put your misdemeanors and

12   felonies.

13        A.   Let me read that again.  So a DUI, in that

14   moving vehicle thing?

15        Q.   Yes.  No.  It's not -- DUI is criminal.

16   Do you want me to go on down?

17        A.   Wait.  Wait.  This here, court case in

18   which was heard includes speeding, driving without a

19   license or improper registration.  I can see how

20   someone could get easily confused by this.

21        Q.   Let's go down a second, okay?  Have you

22   been convicted of a felony or misdemeanor, do you

23   think he could also be confused on that when it says

24   to list them?

25        A.   It says, have you been convicted of a

1 felony or misdemeanor and he answers, yes.

2     Q.   And he reveals the weapon.

3     A.   But he doesn't say -- he's already listed

4 the other thing, so I don't understand how that -- I

5 guess he is conveying that to us there.

6     Q.   Did you know about this when you

7 interviewed him?

8     A.   No.

9     Q.   Did you know about this when you hired

10 him?

11     A.   Yes.

12     Q.   How did you find out about it?

13     A.   Through the background check.

14     Q.   Do you do the background checks on the

15 candidates that you are thinking about hiring?

16     A.   No, because it requires action from them,

17 it requires them to spend money, and that's why we

18 keep the job open to make sure we get people all the

19 way through the process.

20     Q.   Did you get back the results of the

21 background check?

22     A.   Yes.

23     Q.   Did you see them?

24     A.   No.  I -- no.

25     Q.   Who -- did anybody talk to you about the

```
 1   background check and what was on it?

 2        A.    Yes.

 3        Q.    Who?

 4        A.    Ms. Spencer.  Lisa Spencer.

 5        Q.    And what did Ms. Spencer tell you was on

 6   the background check?

 7        A.    This information that you're relating

 8   here.

 9        Q.    Did she tell you anything else?

10        A.    No.

11        Q.    If someone --

12        A.    I mean, I'm sorry, let me -- not that I

13   can recall specifically.  It's been a while.

14        Q.    Did Ms. Spencer talk to you about anything

15   else other than the background?

16        A.    I don't know what you're asking.  We

17   talked about the application, we talked about -- she

18   gave me the -- gave me the candidates who applied.

19   I mean, I talk to Ms. Spencer all the time, so I'm

20   not sure what you're asking.

21        Q.    Did she talk to you about where he had

22   worked the year before?

23        A.    No.

24        Q.    Okay.  Did you do any checking to make

25   sure, or did Ms. Spencer do any checking to make
```

```
 1   sure that what Ashford Hughes was telling you was
 2   accurate?
 3        A.   Have general knowledge of him, so that
 4   would be irrelevant.
 5        Q.   Did you do a check to see whether or not
 6   he had any lawsuits pending against him?
 7        A.   Not that I'm aware of.
 8        Q.   Did you know whether or not he had had
 9   some issues with loans from a company called Cash
10   One that he had not paid back?
11        A.   Ms. Steiner, no, and that wouldn't be
12   something that would normally come up in the course
13   of doing business about his personal finances.
14        Q.   Would you want to know if your applicant
15   is going to a place called Cash One to borrow funds?
16        A.   No.   That's none of my business.
17        Q.   So if your applicant is going to a loan
18   shark, would you want to know it?
19        A.   If my candidate is going to a loan shark?
20        Q.   Uh-huh.
21        A.   What is that term?
22        Q.   Loan shark.
23        A.   I'm not trying to be difficult, I
24   literally don't know what that means.
25        Q.   Okay.   It means somebody that loans you
```

```
 1   money at a high interest rate because you're a poor

 2   --

 3        A.   Like a credit card company?

 4        Q.   Or a Cash One.  Company called Cash One.

 5        A.   Oh, like Advance Financial?

 6        Q.   Yes.

 7        A.   Somebody's personal finances are none of

 8   my business.

 9        Q.   Okay.  Let's have this marked Exhibit

10   Number 6, the Ashford Hughes.

11             MR. FOX:   No objection.

12                       (WHEREUPON, the

13                       previously-mentioned document was

14                       marked as Exhibit Number 6.)

15   BY MS. STEINER:

16        Q.   Okay.  I'll see if I can share the screen

17   with you.  I may not be able to.  Hang on one

18   second.  Can you see this criminal record, case

19   search?

20        A.   Yes.

21        Q.   I just want to ask you, these may be the

22   ones that he listed and they may not be.  Did you

23   know that Ashford Hughes, and it's got his name up

24   there at the top of the page, correct?

25        A.   Yes.
```

1       Q.   Did you know that he pled guilty to the

2  possession or casual exchange on May 4 -- May 25,

3  2004?

4       A.   Okay.  Yes, I'm seeing that.

5       Q.   Did you know that when you interviewed

6  him?

7       A.   When I interviewed him, no.

8       Q.   And here is another one, May 25, 2004,

9  charged with DUI, and it looks like he was convicted

10  on reckless driving; did you know that?

11      A.   Not at the time.

12      Q.   May 25th, 2004, he was convicted of the

13  implied -- violating the implied consent law; did

14  you know that?

15      A.   No.

16      Q.   Do you know what that is?

17      A.   No, I'm not sure.

18      Q.   Sure.  Did you know that on May 25th,

19  2004, he was also charged with driving with his

20  license suspended?

21      A.   No.

22      Q.   Okay.

23      A.   Are those all from the same event?

24      Q.   Did you know that on January 15th, 2008,

25  he was charged again with DUI and convicted of DUI?

1    A.    I see that here.  Not at the time of the

2    interview.

3    Q.    Did you know that on January 13th, 1999,

4    he was charged with unlawful possession of a weapon?

5    A.    Not at the time.

6    Q.    Okay.  Do you think you should have known

7    about this?

8    A.    Through the interview process?  We try to

9    be really blind to those types of things, and

10    interview people based on their merits and

11    experience and qualifications, and then once we have

12    kind of a -- I don't know what the technical term

13    is, but a preferred candidate, then we do a

14    background check, he obviously provided in his

15    application.

16    Q.    Did you know that Schunn Turner and Jane

17    Doe had nothing like this in their records?

18    A.    No.  We hadn't done -- they had had

19    background checks, I presume, as part of their

20    previous appointment with MNPS, but it wouldn't have

21    come up at that time.

22    Q.    Okay.  We're going to have that chart

23    marked as Exhibit Number 7 to your deposition.

24              (WHEREUPON, the

25              previously-mentioned document was

1                     marked as Exhibit Number 7.)

2              MR. FOX:  No objection.

3    BY MS. STEINER:

4         Q.    Do you check -- hang on a second.  Okay.

5    Let me see if I can get this to share with you.  Do

6    you have access to LinkedIn?

7         A.    Do I have access to LinkedIn?

8         Q.    Yes.

9         A.    Right now?

10        Q.    For the past few years, do you have

11   access?

12        A.    Yes.

13        Q.    Do you use LinkedIn to check on your

14   candidates, what they're doing?

15        A.    Not explicitly.  But do I sometimes do

16   LinkedIn searches, yes, I do.

17        Q.    Did you do that for Ashford Hughes?

18        A.    I don't remember specifically.

19        Q.    Let me ask you this.

20        A.    Okay.

21        Q.    You have the ability to do that if you

22   want to, though, correct?

23        A.    Like do I have the technical ability

24   myself to search on LinkedIn?

25        Q.    Yes.

```
1          A.    Yes.

2          Q.    And if you had wanted to look up

3    Mr. Hughes on LinkedIn, you could have, correct?

4          A.    Yes.

5          Q.    Are you friends with him on LinkedIn?

6          A.    I don't have -- I don't know.  I might be.

7    I have a good many connection on LinkedIn.

8          Q.    Let me show you his LinkedIn account.

9    Does that look like Ashford Hughes?

10         A.    It does.

11         Q.    Let's go down just a little bit.  Do you

12   see his experience here he's got listed?

13         A.    Yes, uh-huh.

14         Q.    And he says he's worked at Metro schools

15   from June 2020 through the present.

16         A.    Okay.

17         Q.    And before that, he says he works for a

18   company called, Blueprint Solutions Group, LLC.

19         A.    I see that.

20         Q.    He worked there from October 2019 through

21   June of 2020.

22         A.    It doesn't say that.

23         Q.    He says he worked there to the present.

24         A.    Yeah.

25         Q.    Says he's worked there for two years and
```

1    six months, correct?

2         A.    That is what's on the page.

3         Q.    Okay.  And it says he was there from

4    October 2019, I assume through at least June 2020

5    when he came to work for Metro.

6         A.    I don't know.

7         Q.    Do you know whether or not the executive

8    officer for diversity, equity and inclusion can have

9    other employment while working for Metro schools?

10        A.    I don't, but I don't think there is any

11   issue with that.

12        Q.    Do you know how many hours he is spending

13   with Blueprint Solutions Group?

14        A.    I don't know whether he is currently or

15   not, so --

16             MR. FOX:  Objection to the form.

17   BY MS. STEINER:

18        Q.    Did you know he was working for this

19   company called Blueprint Solutions Groups, LLC?

20             MR. FOX:  Objection to the form.

21             THE WITNESS:  I don't remember that.  I

22   don't remember.

23   BY MS. STEINER:

24        Q.    Okay.  You said you also had a resumé of

25   his?

1     A.   Uh-huh.

2     Q.   And did that have listed on it his job?

3     A.   I can't remember at this point.

4     Q.   Do you know whether or not anybody from

5 Metro schools looked to see whether or not Blueprint

6 Solutions Group, LLC even exists?

7     A.   I don't know, because what we were basing

8 our -- what I was basing my judgment on was his work

9 in the mayor's office, and so that -- the mayor's

10 administration changed when Mayor Cooper beat Mayor

11 Briley after Mayor Briley took over for Major Berry,

12 and so as -- what happens during those transitions,

13 public servants that are working for the mayoral

14 administration generally end up losing their jobs.

15     Q.   Now, do you know whether or not when you

16 were hiring Ashford Hughes, did you know that he

17 claimed to have worked at this company called

18 Blueprint Solutions Group, LLC?

19     A.   I'm not sure -- no, I don't remember

20 knowing that.

21     Q.   Would you be surprised to know that that

22 company is not a limited liability company, LLC,

23 doesn't exist under Tennessee Secretary of State's

24 website?

25     A.   I didn't look that up, so I don't know

1   whether it's true or not.

2       Q.   Would you be surprised to know that it

3   looks like it's a company that he claims he runs?

4       A.   Wait, what?  Say it again.

5       Q.   Did you know that he claimed to run his

6   own business before he came in to work for Metro

7   schools?

8       A.   I believe he mentioned that he did some

9   consulting between public servants.  As

10   administrations change, you try to put together

11   different work to be able to make money, so that

12   doesn't surprise me.

13       Q.   Do you know whether or not his different

14   work even brought in any contracts?

15       A.   That wouldn't be of relevance to me.

16       Q.   So then if Ashford Hughes basically did

17   very little work from October 2019 through June of

18   2020, that would have no bearing on your decision?

19       A.   I think the original plan that factors way

20   outside Mr. Hughes control, he worked for Mayor

21   Megan Berry, who had a scandal and left office

22   unexpectedly.  She would have still been in office

23   at the time we were hiring for this position, and so

24   I'm sure he fully expected to be in that role, then

25   transition to Mayor Briley, and Mayor Briley ended

1  up losing to Mayor Cooper in that race, so I could

2  understand that somebody may not be able to piece

3  together work during that time.

4       Q.   When he worked for the chief diversity,

5  equity and inclusion officer for Metro government --

6       A.   He didn't work for them, he was the chief

7  diversity, equity and inclusion officer.

8       Q.   When he was that, he was only in that

9  position for a little bit less than two years,

10  correct?

11       A.   Because they changed the title of it, so

12  if you notice there, he started with, according to

13  this sheet, with Mayor Berry's administration, 2015,

14  and early 2018, she, to her great credit, saw the

15  need for creating that chief diversity, equity and

16  inclusion officer, and then put him in that role,

17  and then, like I just mentioned, there was a change

18  on the mayoral administration, so it makes sense

19  that that wouldn't continue past the changes in

20  those administrations.

21       Q.   Okay.

22       A.   I'm not sure that position currently

23  exists with Metro government.

24       Q.   Okay.  Senior adviser to the mayor on

25  labor and workforce development.  Are you familiar

1    with that office in the state labor workforce and

2    development?

3         A.   Yes.

4         Q.   And that is more focused on, I believe

5    workers' comp and unemployment.

6         A.   You're referring to the state position?

7         Q.   The state labor and workforce development.

8         A.   I don't have a sense of knowledge about

9    the state's department of labor and workforce

10   development.

11        Q.   Do you know what the mayor's office on

12   labor and workforce development was focused on?

13        A.   That was about being inclusive, creating

14   diverse people working with the city, making sure

15   that the very diverse community that is Nashville is

16   included in decision-making and that we are trying

17   to -- that the city was trying to include them in

18   the advancements the city was making.

19        Q.   Do you see in his LinkedIn account

20   anything in here about working for Lamar Alexander

21   or Bloomberg?  It wasn't Lamar Alexander.

22   Bloomberg.

23        A.   Two different African-American gentlemen.

24   Mr. Freeman working for Lamar Alexander.  Mr. Hughes

25   worked for Michael Bloomberg, and, no, I do not see

1   that in there.

2       Q.   Okay.

3       MS. STEINER:  Could we have this marked

4   Exhibit Number 8.

5                 (WHEREUPON, the

6                 previously-mentioned document was

7                 marked as Exhibit Number 8.)

8       THE WITNESS:  In your application packet

9   you pulled up, I know that a resumé is generally

10   included in that.  Was it included in the packet

11   that you just used as an exhibit?

12   BY MS. STEINER:

13       Q.   This is all I've got.  Now, there's a

14   resumé here and we're going to open that up in just

15   a second.  I don't know whether it came with that

16   packet.

17       A.   I believe that you attach it, to my

18   understanding, if the system is correct.  That was

19   at the top of that.

20       Q.   Can you see it?

21       A.   I can.

22       Q.   Is that it?  It takes up the whole page,

23   Ashford Hughes?

24       A.   Yes.

25       Q.   Okay.  Have you seen this before?

```
 1          A.   It looks familiar.

 2          Q.   Do you think you saw this when he was

 3     applying there?

 4          A.   I would assume so, yes.

 5          Q.   Okay.  And this is Bates stamped MG

 6     000476.

 7          A.   Yes.

 8          Q.   Through MG 000478.

 9          MS. STEINER:  We're going to mark that

10     Exhibit Number 9.

11                         (WHEREUPON, the

12                         previously-mentioned document was

13                         marked as Exhibit Number 9.)

14          MR. FOX:  No objection.

15     BY MS. STEINER:

16          Q.   Okay.  Do you see, it says that he worked

17     for the office of the mayor as chief diversity,

18     equity and inclusion officer from 2015 to present?

19          A.   I see.

20          Q.   Technically that's not correct, though,

21     correct?

22          A.   That's correct.

23          Q.   And you knew that when you saw this,

24     correct?

25          A.   Yeah.  Yes.  I would have known that it --
```

1    it's common knowledge that the mayoral

2    administrations change and that his was tied to the

3    mayoral administration.

4         Q.   But, also -- yeah, because it's not

5    through the present, and on top of that, he wasn't

6    chief diversity, equity and inclusion officer the

7    whole time, correct?

8         A.   Are you basing that off of the LinkedIn

9    profile --

10        Q.   Yes?

11        A.   -- or his employment records with the

12   city?

13        Q.   His LinkedIn profile.

14        A.   I agree that according to what you just

15   showed me about the LinkedIn profile and now his

16   resumé, that -- that those are broken out into two

17   separate positions on LinkedIn and one position here

18   on his resumé.  I've not -- so, yes, I do agree.

19        Q.   Okay.  And --

20        A.   You see there, too, here is where he puts

21   the senior adviser for diversity, workplace and

22   inclusion.  Those were overlapping timeframes, and

23   so I do see where he is breaking that out on the

24   resumé.

25        Q.   And he worked as the political director

1   for the Tennessee democratic party, correct?

2       A.   According to what's on his resumé, that's

3   correct.

4       Q.   And he lists Megan Berry as his reference,

5   correct?

6       A.   What you're showing me right there, that's

7   just giving his experience.

8       Q.   Okay.  Did you see this when --

9       A.   One second.  Would you go back to the

10  bottom of the resumé?

11      Q.   Yeah.

12      A.   So one thing that he has here that has a

13  concentration of African-American studies and public

14  policy, so that gets further to his educational

15  background.  You were asking about that earlier

16  around political science, and it looks like here he

17  has also a concentration of that in African-American

18  studies.

19      Q.   And he left out his political science,

20  didn't he?

21      A.   He has public policy.  Those are often

22  synonymous.

23      Q.   Those are what?

24      A.   Those are often synonymous.

25      Q.   Okay.

1      A.    Just depends on the term of art that the

2   school uses.

3      Q.    He is African-American, correct?

4      A.    I would -- yes, he is.  Let's have his

5   resume marked the next-numbered exhibit.

6          MR. FOX:   No objection.

7   BY MS. STEINER:

8      Q.    And African-American studies, that could

9   be the history, not necessarily dealing with

10  diversity, correct?

11     A.    The history is inextricably linked to

12  diversity.  I mean, those things, you cannot untwine

13  those.  We have 400 or a millennia of oppression of

14  people and 400 years in this country, so I would

15  expect the history would be intertwined.

16     Q.    Do you know whether or not the

17  African-American studies, what years it even dealt

18  with?

19     A.    I'm not a curriculum expert on Tennessee

20  State University, no.

21     Q.    Okay.  Did you have any discussions with

22  Ashford Hughes about what the concentration was

23  about?

24     A.    No.  By that point, he had gained so much

25  experience that that wasn't my focus.

1      Q.   Did you -- when you contacted Ashford

2   Hughes to come in and apply for the job, what did

3   you tell him?

4      A.   I told him that this was a position that

5   the previous administration had -- had repurposed or

6   got rid of, not sure exactly what they did, that we

7   were contemplating whether we'd be able to bring the

8   position back, and that if we did, you know -- I

9   can't remember if I asked him like what advice he

10  would have for like creating the job, but I told him

11  I would let him know once posted and asked if he'd

12  want to apply.

13     Q.   Did you contact Jane Doe and ask her if

14  she wanted to apply?

15     A.   I might have.  I don't remember

16  specifically.  I think we were trying to make -- HR

17  was trying to make sure they were aware of all of

18  the vacant positions.  I don't remember if I did,

19  and I don't know if anyone else --

20     Q.   Did you contact Schunn Turner?

21     A.   She reached out to me right away asking

22  about it, and I invited her to apply like I did for

23  Mr. Hughes.

24     Q.   Okay.  If you do the criminal record

25  check, does that mean that you're thinking about

1    hiring the person?

2         A.   It does.  It kind of progresses to the

3    next stage, but depending on the answers, may not

4    move forward.

5         Q.   Did you do the record check -- are you the

6    one that asks for the checks?

7         A.   Yes.  So I let Ms. Spencer know -- I

8    believe this is how it works, that he was maybe the

9    preferred candidate, is how we would say that, and

10   then she went through the process that includes the

11   candidate, of getting the background checks done,

12   and then she communicates with our vendor who does

13   it, works with TPI, et cetera.

14        Q.   So you don't do the criminal records check

15   until you know they're the preferred candidate, and

16   that's to save money, correct?

17        A.   Well, it's not our money.  It would be --

18   it would be superfluous to do that before you got to

19   that stage, or else, at what point do you do it?

20   Anybody who applies for the position, and it just

21   gets messy.

22             MR. FOX:  Objection to the form.

23   BY MS. STEINER:

24        Q.   So you knew by the time that the record

25   check was ordered that he was the preferred

1  candidate?

2      A.   Yeah, that's correct.

3      Q.   Now, do you know -- did you make any

4  comments to Chris Henson when you were talking to

5  him about the elimination of the central office

6  positions, did you tell him, as well, in that

7  conversation that you were adding in an executive

8  officer of equity, inclusion and diversity?

9      A.   Yes.

10      Q.   And did you tell him that Ashford Hughes

11  was going to get the job?

12      A.   No.  I don't remember making that comment.

13  Might have been something related to -- you know,

14  obviously, he knew Mr. Hughes from his extensive

15  work with Metro city government, might have

16  mentioned that I was inviting him to apply, but I

17  don't remember specifically.

18      Q.   Did you tell Chris Henson that you were

19  inviting anyone else to apply?  Is that a no?

20      A.   Thank you.  No.

21      Q.   You've done very well.

22      A.   Do you all typically break for lunch just

23  so I'm mentally prepared?

24      Q.   Yes.  Hang on a second.  I'm two steps

25  away from -- okay.  Here we go.  Let's see if I can

1   do this.  Okay.  Do you see this?  It looks like

2   it's Ashford Hughes' application again.

3       A.   Ashford, yes, I see that.

4       Q.   And it is Bates stamped at the bottom of

5   the page.  It starts MG 000183.

6       A.   Yes, I see that.

7       Q.   Let's go down to external services; do you

8   see this?

9       A.   I do.

10      Q.   It looks like -- that's the screening that

11  you're talking about?

12      A.   The background check?

13      Q.   Yes.

14      A.   Yes.

15      Q.   And this page is Bates stamped MG 000197.

16      A.   Okay.

17      Q.   Do you see where the requested background

18  check was requested on May 28th, 2020?

19      A.   I do see that.

20      Q.   So then sometime on May 28th, 2020, he

21  would have been the candidate that you wanted for

22  the job?

23      A.   It sounds like that's the case.

24      Q.   Okay.  Now, and did you tell Lisa Spencer

25  to do a background check on Jane Doe?

1      A.   No.

2      Q.   Did -- but you told me that you did a

3  background check on Jane Doe -- you interviewed

4  them?

5      A.   I interviewed them, yes.

6      Q.   Did you do a background check on anyone

7  else?

8      A.   For this job, no.

9      Q.   Okay.  Do you know why -- and would it

10  have been Lisa Spencer who would have done the

11  background checks?

12      A.   She would have ordered or someone from her

13  office would have ordered the background checks.

14      Q.   Do you know why she would have ordered

15  background checks on Priscilla Denise Puente,

16  P-U-E-N-T-E?

17      A.   I'm not sure who that person is.

18      Q.   Do you know why she would have ordered a

19  background check on Jonathan Marc, M-A-R-C Bolding?

20      A.   I'm not sure who that person is.

21      Q.   Okay.  But you didn't tell her to do that?

22      A.   No.

23      Q.   You only told her to do one background

24  check and that was on Ashford Hughes?

25      A.   That's correct.  We can do one background

1    check on the person if we think, if we move in a

2    different direction, then we might order another

3    background check.

4        Q.   Okay.

5        A.   I also don't know if an additional check

6    would have been necessary if Ms. Jane Doe or Dr.

7    Turner were selected since they, at that point,

8    would have been continuous appointment to MNPS.

9        Q.   Okay.  Now, do you recall calling Jane Doe

10   for the interview for the job that you hired her

11   for -- that you didn't hire her for.  Excuse me.

12   Strike that.  Do you recall contacting Jane Doe to

13   come in for the interview?

14       A.   Yes.

15       Q.   And you wanted to interview that day,

16   didn't you?

17       A.   You know, it's difficult to recall back

18   then.  Possibly.

19       Q.   Okay.  And did you wait to decide who was

20   going to be the front runner until you interviewed

21   all three, Schunn Turner, Ashford Hughes and Jane

22   Doe?

23       A.   Jane Doe?

24       Q.   Jane Doe.  Thank you.

25       A.   Yes.  I wait to see what information is

1    gathered during the interview process.

2         Q.    Now, did you know that Ms. Doe recorded

3    you when you called her for the same-day interview?

4         A.    No, I was not aware of that.

5         Q.    And did you know that it looks like -- let

6    me back up a second.  (Playing audio recording)

7         Q.    Is that your voice?

8         A.    Yes.

9         Q.    Is that your conversation with Jane Doe?

10        A.    Yes.

11        Q.    And the recorder has a date on this and

12   it's May 29th, 2020; does that sound about right?

13        A.    I would have to go back and look at my

14   calendar.  I believe you.

15        Q.    Okay.  And assuming that it's May 29th,

16   2020, you had already ordered the criminal record

17   check on Ashford Hughes the day before, correct?

18        A.    I would have to -- I saw the document that

19   you put in front of me.  I would have to go back and

20   check on that.

21        Q.    Okay.  And so did anyone tell you have to

22   interview Jane Doe because otherwise it will look

23   like you're retaliating against her for her Title VI

24   complaint?

25        A.    No.

1      Q.    Did Dr. Battle or anyone else at Metro

2    schools tell you that you needed to interview Jane

3    Doe?

4      A.    No.

5      Q.    Did anyone -- when did you interview

6    Schunn Turner, by the way?

7      A.    Also on the same day.  I conducted all

8    three interviews the same day.

9      Q.    So you ordered the criminal background

10    check on Ashford Hughes before you even interviewed

11    him.

12      A.    I would have to go back and review.

13      Q.    If those are the dates, May 28th, order of

14    the background check, and May 29th, the interview,

15    you ordered -- if those are correct, then you

16    ordered his criminal background check before you did

17    his interview?

18      A.    So I don't order the background checks.

19    That's done by human resources.

20      Q.    You request it.

21      A.    I don't know when I requested.  I would

22    assume it would be done after the interview.  I see

23    the date that you put before me.

24      Q.    Mr. Clay, isn't it true from the word go,

25    Hank -- isn't it true, Mr. Clay, that from the word

```
1   go, Ashford Hughes was the person who was going to
2   get that job?
3        A.   No.  I don't know why you would say that.
4        Q.   Okay.  Did Dr. Battle tell you that you
5   needed to hire Ashford Hughes and you did not need
6   to hire Jane Doe?
7        A.   No.
8        Q.   Did she tell you you did not need to hire
9   Schunn Turner?
10       A.   No.
11       Q.   Okay.
12            MS. STEINER:  Good time to break if you
13   want to for just a second.  About 40 minutes; is
14   that okay?
15            MR. FOX:  Okay.
16            (Lunch break observed.)
17   BY MS. STEINER:
18       Q.   Okay.  Do you recall in the budget meeting
19   when Jane Doe presented the budget, do you recall
20   whether or not -- were you like her supervisor over
21   her diversity office, school choice?
22       A.   No, but that question is a couple of
23   sentences.  One, no, I was not her supervisor.  She
24   reported through student services.  They had a
25   different supervisor.  Two, her office was not the
```

```
 1   diversity office, it was just the school choice
 2   office.
 3        Q.   I messed that up.  Thank you.  Do you
 4   recall when she presented her budget, and I think --
 5   do you know who Kevin Knapp is?
 6        A.   Yes.
 7        Q.   Would she have presented her budget to
 8   Kevin Knapp?
 9        A.   I would assume it would be Kevin and
10   Barry, but maybe just one of the two of them.
11        Q.   Okay.  Would Kevin Knapp have put changes
12   in the system, the computer system?
13        A.   Would -- is your question, would he have
14   been the one to put changes in the computer system?
15        Q.   Yes.
16        A.   I'm not sure how it was set up then.
17   Sometimes budget owners would do that, and then
18   there is also the documents, though, sometimes
19   mistakes happen between transmitting different
20   documents.
21        Q.   Okay.  If Jane Doe were to testify that
22   she gave her budget to Kevin Knapp and she watched
23   him literally put it in the system, the computer
24   system, would you have any reason to differ from
25   that?
```

```
 1        A.    No.

 2        Q.    Did you personally tell anybody to

 3   increase the Firefly contract back up to the 185?

 4        A.    No.

 5        Q.    Do you know who did that?

 6        A.    No.

 7        Q.    Can you give me any reason why that would

 8   have occurred?

 9        A.    I don't know why it occurred, but if I had

10   to guess, it was just a mistake.

11        Q.    Do you know when the mistake was caught,

12   by any chance?

13        A.    No.

14        Q.    Okay.

15        A.    If it was a mistake.  Again, I wasn't in

16   those conversations.

17        Q.    Did you know --

18        A.    Speaking of, would you go back and remind

19   me, what was the date that you give me for that

20   recording you played earlier?

21        Q.    May 29th.

22        A.    That -- I was trying to remember.  That

23   seems late.  Would you look again?  I didn't see

24   what you had given me for that.

25        Q.    It says May 29th, 2020 at 8:10 a.m.
```

```
 1      A.    I -- you know, the only thing I reviewed
 2  going back for this was my calendar, and I remember
 3  the interviews that we conducted were earlier, like
 4  May 19, so I don't know why -- if that was a
 5  recording set up -- do you think she could have
 6  recorded me on her computer and then played -- then
 7  she made that secondary recording at that point?
 8  Regardless, the interviews were on May 19th.
 9      Q.    The interviews were May 19th?
10      A.    Yes.
11      Q.    How do you know that now?
12      A.    Because I went back and looked at my
13  calendar to make sure my memory was not off.
14      Q.    And do you have the calendar with you?
15      A.    Just on my phone, yeah.
16      Q.    Can you pull that up?
17      A.    Sure.  Let me turn it back on.
18            What do you need to see?
19      Q.    Let me see your calendar.
20      A.    You can scroll up.  You'll see the other
21  interviews during the day.
22      Q.    Did you really actually interview Ashford
23  Hughes?
24      A.    Yeah.
25      Q.    Can we have a copy of this, of your
```

1  calendar?

2          MR. FOX:  Maybe a screen shot or

3  something.

4          THE WITNESS:  Do I send that to Brook?

5          MR. FOX:  Yeah, send it to me and I'll

6  forward.

7          MS. STEINER:  Can we break just a minute?

8          MR. FOX:  Yes.

9          (Brief break observed.)

10 BY MS. STEINER:

11     Q.   Did Jane Doe interview on a day different

12 than everyone else?

13     A.   No, it was all on the same day.

14     Q.   If she said that you called her on one day

15 to interview and she said she couldn't make it, it

16 needed to be another day, did you check your

17 calendar to see if there could be some other day for

18 Jane Doe?

19     A.   I mean, in the audio you played for me,

20 she said no that didn't happen.

21     Q.   Okay.  Okay.  Okay.

22     A.   Obviously, you heard that she was debating

23 about whether she could do it that day and then

24 decided to.  It may be in -- you know, you were

25 pulling up like the record of when all the contacts

1    were made -- well, that was probably just specific

2    to Mr. Hughes.  But you may be able to see that, at

3    least when I interviewed him.

4         Q.   Okay.  Okay.

5         A.   And she mentions her son's fourth grade

6    graduation.  That also gave me the clue, it's like,

7    that happens earlier in May, so we were out of

8    school by May 29th.

9         Q.   Okay.  Now, when the two executive

10   director jobs were added, do you know whether or not

11   those jobs would have been at the cost of about

12   135,000 apiece?

13        A.   That sounds reasonable, maybe without

14   benefits.

15        Q.   With benefits, would have been how much?

16        A.   We usually estimate about 30 percent,

17   additional.  Depends on what the actual is, of

18   course.

19        Q.   Would that be about 40,000 extra?

20        A.   Sounds about right.

21        Q.   So that would be about 175 apiece?

22        A.   Uh-huh.

23        Q.   So for a total saving of cost of 350; is

24   that about right?

25        A.   Sounds about right.

1     Q.    350,000?

2     A.    I would have to refer to Mr. Henson for

3  the specific -- or to HR for the specific.

4     Q.    So then if you're saving about a million

5  in the central reorg docs, you're actually paying

6  out an additional 350.

7          MR. FOX:   Objection to the form.

8  BY MS. STEINER:

9     Q.    Correct?

10    A.    This -- the document you were looking at

11 shows reductions, and that doesn't take into account

12 like the net amount, if that makes sense.

13    Q.    Okay.  Was Chris Henson, Barry Booker,

14 would you consider them to be the experts, go-to

15 people at Metro about the budget?

16    A.    Yes.

17    Q.    Who is doing the school choice job duties?

18    A.    The team, so the people who were actually

19 processing it are still -- you know, that's still

20 the process.  That responsibility for leadership and

21 oversight ended up being a part of the executive

22 office of diversity, equity and inclusion position.

23 That's a component of it.

24    Q.    Did you know that Jane Doe was promoted, I

25 guess, or taxed by Karl Dean to be on the diversity

task force for MNPS?

A.   So that's going back a ways.  What I do remember is that MNPS put together, probably in relation, but Mayor Dean, a committee to look at diversity issues and included a lot of people.  I would expect she probably was on there.

Q.   Do you know that Jessie Register put her on the diversity task force, as well?

A.   Yeah, yeah.  Yes.

Q.   Did you know that she was responsible for writing all the diversity policies that were changed because of anything that came out of the department of civil rights?

A.   I would not characterize that as all the diversity policies.  She was, from my understanding, involved with writing school choice type policies, and I'm not sure if she, because we have different title issues that was dealt with, there were several things beyond that scope.  Unfortunately, the things that you're bringing up, too, are things I don't believe she brought up in her interview, but I know Jane Doe and I know -- I have great feelings about her.

Q.   Did you ask her in her interview, do you have any experience in diversity that's not school

1   choice?

2        A.   I was -- they're mainly open-ended

3   questions.  I'm trying to remember the precise

4   questions that we asked, but she would have had

5   plenty of opportunity to bring those things up, and

6   plus I'm generally familiar with her work as being a

7   colleague of hers for many years.

8        Q.   Would you agree she puts forth very good

9   work?

10       A.   I would say that I never had any reason to

11  doubt her work and enjoyed being a colleague with

12  her.

13       Q.   Did you think she was honest?

14       A.   I have no reason to have ever doubted her

15  honesty.

16       Q.   Did she seem competent as the director of

17  school choice?

18       A.   I did not have direct oversight of her

19  work, but I never had any reason to doubt her

20  competence.

21       Q.   Now, I want to ask you just about

22  nonrenewing a contract.  Have you ever non-renewed

23  somebody that's in your division?

24       A.   So first of all, that's not -- that's not

25  the phrase for the employees, we're at-will

1    employees.

2        Q.    Uh-huh.  Excuse me?

3        A.    We are at-will employees.  That's not --

4    that's not the phrase that -- nonrenewing a

5    contract, like what you're referring to, is more

6    like a principal or maybe a superintendent.  She, to

7    my understanding, is a tenured teacher, but that

8    wouldn't have been the phrase I would use.

9        Q.    So in your department --

10       A.    Uh-huh.

11       Q.    -- you do not non-renew contracts?

12       A.    In my department, I do not non-renew

13   contracts.  So the employees with whom I work, I

14   don't believe anybody has a contract.

15       Q.    Okay.  Did you know -- are you familiar

16   with nonrenewing a contract at Metro schools?

17       A.    In terms of like principals?

18       Q.    Yes.

19       A.    Uh-huh.  I'm generally aware of the

20   concept.  I'm not an expert on it.

21       Q.    But you're chief of staff, so you do have

22   some knowledge pertaining to that, correct?

23       A.    Some knowledge, yes.

24       Q.    Okay.  Now, if you non-renew a contract,

25   is that the same as a transfer or are those

1    different?

2         A.    Is that the same as a transfer?

3              MR. FOX:  Objection to the form.

4              THE WITNESS:  Seems to me that those would

5    be different, but that's getting into pretty precise

6    technical definitions that I don't have full

7    knowledge to answer on.

8              MS. STEINER:  Do you know why Dr. Bailey

9    lost his job as principal at White's Creek?

10        A.    No.

11        Q.    Okay.  Do you have -- is there a cabinet

12   at Metro schools?

13        A.    Yes, we kind of use that term.  It goes in

14   and out with leadership team.

15        Q.    In the spring of 2020, who was on the

16   cabinet?

17        A.    You would have each of the chiefs.  At

18   that point, we were, I think using the associate

19   superintendents, community superintendents there, as

20   well as some of the executive officers, I believe.

21        Q.    Okay.  But then when you were discussing

22   the reorg, it wasn't then in front of the cabinet,

23   it wasn't in front of the whole cabinet, it was just

24   in front of you, Dr. Battle and who else?

25        A.    It would be Mr. Henson, who was at that

1    time the chief operating officer, and the chief of

2    human resources.  That would be Dr. Barnes.  I'm

3    sure we, probably at various times, included Metro

4    legal and probably at times Ms. Spencer for the

5    operations of human resources.  Lisa Spencer.

6         Q.   You don't have any notes from the

7    discussions about the reorg, correct?

8         A.   No, ma'am.

9         Q.   You don't have any notes from your

10   interviews of the people who came in and interviewed

11   for the executive officer of equity, inclusion and

12   diversity?

13        A.   That's correct.  I did not keep any notes

14   from that.  I did not create any notes.

15        Q.   Has anyone asked you whether or not any of

16   these decisions were made in retaliation, outside

17   counsel?

18        A.   Outside of you, you mean?

19        Q.   Uh-huh.

20        A.   No.

21        Q.   I want to go back and ask you about an

22   exhibit.  We're already made it an exhibit.  Are we

23   still hooked up?  Let me share this with you real

24   quick.  Okay.  Now I think we've already marked this

25   as an exhibit.  I'm just -- let me tell you the

1    number.  This should be Exhibit 4.  I just want to

2    ask you a couple of questions about this.  Who

3    became the chief of academics in schools?

4         A.   That's Dr. Mason Bellamy.

5         Q.   Who became the executive director of

6    school support?

7         A.   That position became -- so can you scroll

8    up a little bit?  So the one you're referencing

9    here, there were two executive director of school

10   supports at the time, and we're re-purposing one of

11   those positions, so I believe that position under

12   this chart went away.  It's a little confusing

13   looking at this.

14        Q.   Okay.  So executive director of school

15   support went away?

16        A.   There is still an executive director of

17   schools.  Wait.  Wait.  Wait.  That is -- excuse me.

18    I misspoke earlier.  Those were those two positions

19   that we talked about extensively this morning of the

20   executive directors of principal supervision,

21   there's a couple like support.  I believe that's

22   what that is referencing.

23        Q.   Okay.  Chief of academics in schools is

24   Mason Bellamy?

25        A.   Correct.

1      Q.   Executive director of school support is

2  referencing what?

3      A.   It would have been -- so if you recall the

4  org chart and all the executive directors under the

5  chief of academics in schools, remember we were

6  talking about the one that became like the help to

7  schools outside of the direct supervision, it would

8  have been one of those roles.

9      Q.   Okay.  Executive office of diversity,

10  equity and inclusion is Ashford Hughes?

11     A.   Mr. Hughes, yes.

12     Q.   And then executive director of federal

13  programs to executive officer of state, local and

14  philanthropic investments?

15     A.   Yes, ma'am.

16     Q.   Who is that?

17     A.   That's Dr. Carrie Randolph.

18     Q.   Is she serving in that position?

19     A.   Yes.

20     Q.   What's the approximate salary of that

21  position; do you know?

22     A.   150,000.  I'm trying to remember if it

23  was -- I think it was 150, I don't believe it was

24  155, but it was either 150 or 155.

25     Q.   What does this mean, executive director of

1    federal programs to executive officer of state,

2    local and -- does that mean the job got changed to

3    that?

4         A.   It did.  It became a much more expanded

5    role.

6         Q.   And did the salary increase, too?

7         A.   It did, commiserate with becoming

8    executive officer rather than executive director,

9    but much of that funding comes from the federal

10    funding, not the operating budget.  Some of it comes

11    from the operating budget.

12         Q.   Who is the executive director of charter

13    schools, who was that?

14         A.   Dennis Queen.

15         MR. FOX:  For the record, what page number

16    is this?  What's the Bates number?

17         MS. STEINER:  MG 001350.

18    BY MS. STEINER:

19         Q.   Okay.  Now, I'm not sure this is the exact

20    same organizational chart, but I'm going to show it

21    to you and we'll mark it as a separate exhibit.  Do

22    you see this one, it's Bates stamped at the

23    bottom -- or it's dated March 2021?

24         A.   Yes.

25         Q.   Do you see on the far left-hand side where

1    it says executive directors, elementary 4, and then

2    middle 2, high 2, and then school operations 4?

3          A.   I do see that.  Do you need to get the

4    document number on here?

5               MR. FOX:  Do you have a Bates number at

6    the bottom?

7               MS. STEINER:  It doesn't have one.

8    BY MS. STEINER:

9          Q.   Is that what you were talking about,

10   school operations for?

11         A.   Yes, ma'am.  It says operations here, but

12   school support.  It's a different way to say it.

13         Q.   This school operations that's on this

14   overall chart, organizational chart, is the

15   operations that's referred to in Exhibit 4, I

16   believe that we were discussing just a second ago,

17   correct?

18         A.   Yes, ma'am.

19         Q.   Okay.

20              THE COURT REPORTER:  Did you want to mark

21   that as an exhibit?

22              MS. STEINER:  Yes.  Let's mark that.

23                        (WHEREUPON, the

24                        previously-mentioned document was

25                        marked as Exhibit Number 10.)

BY MS. STEINER:

Q.    Okay.  Would you agree that Jane Doe was qualified for the job of executive officer of equity, inclusion -- diversity, equity and inclusion?

A.    Yes.  I would agree that she was qualified enough for me to interview her.

Q.    Did you -- do you know who Chad High is?

A.    I do.

Q.    Did you contact him to tell him to come in for an interview for the executive director position?

A.    Yes.  I contacted him to help make sure that we had the qualified pool of applicants as that process was ongoing.

Q.    Did anyone ask you to contact him?

A.    Dr. Battle and I conferred about it.

Q.    Who brought up the subject first, you or Dr. Battle?

A.    I don't know.  I don't know.  He had expressed a passion for serving the hearts and minds of a broader school community.  I can't remember precisely if it was Dr. Battle first or me first that had the idea.

Q.    Do you know if the interviews were already

1  going on?

2      A.    Yes.  They were already going on.

3      Q.    Did you contact anyone else outside Chad

4  High?

5      A.    No, I did not.

6      Q.    And did you know Chad High was actually

7  chosen for one of those positions?

8      A.    Yes, I am aware of that.

9      Q.    Did you ever see what his scores were for

10  his interview?

11      A.    No.  I was not involved in that part of

12  the interview process.

13      Q.    Did you hear about the missing scores?

14      A.    I have since heard about it from counsel,

15  but I did not know about it at the time.

16      Q.    Okay.  Did Dr. Battle, at any point, tell

17  you that some of the scores were missing?

18      A.    No.

19      Q.    Did she ever express any concern to you

20  about being upset about scores being missing?

21      A.    No.

22      Q.    Has there been any investigation at Metro

23  schools about why or how the scores ended up

24  missing?

25      A.    No, not that I'm aware of.

1       Q.   Did you know that some of the interviewers

2  of Chad High said that he was not doing well at all

3  in the interview?

4       A.   No, not aware of that.

5       Q.   Do you know -- did you have discussion

6  with Dr. Battle about the interviews for executive

7  director being anonymous?

8       A.   No, I did not.

9       Q.   Do you know why they were anonymous?

10      A.   I'm not an expert on that process.  My

11 suspicion is that they are anonymous so that they

12 didn't get attributed to one person, people were

13 able to share their thoughts.

14      Q.   Did you know that Chris Barnes missed some

15 of the interviews?

16      A.   No.  I don't think I was aware of that.

17      Q.   Did you know he was hospitalized?

18      A.   That he was hospitalized?

19      Q.   Uh-huh.  During the time period that the

20 interviews were going on.

21      A.   I'm trying to remember.  I know that there

22 were some health issues.  I can't remember.  I can't

23 remember that.

24      Q.   Why is Chris Barnes no longer at Metro

25 schools?

1      A.   His wife had significant health issues.

2    She -- they continued to -- his family continued to

3    live in North Carolina while his son was a senior

4    and then graduated from high school.  He had

5    planned -- he and his family had planned to move to

6    Nashville following his son's senior graduation, and

7    then his -- but then his wife's medical conditions

8    continued to deteriorate, and so they couldn't do

9    that.  He ended up making the decision that he had

10   to go home to be a good husband and father to his

11   daughter and wife.

12     Q.   Okay.  Do you know if, as the chief of

13   human resources, he needed any sort of a license?

14     A.   I'm not aware of needing a license for

15   that job.

16     Q.   And you do not have sort of an

17   administrative license, correct?

18     A.   No, ma'am.  I'm not on the administrative

19   side.

20     Q.   And administrative side would be those who

21   have input into the teachers, the teachers and

22   schools, correct?

23     A.   Yes, ma'am.

24     Q.   And if you have a license, that's so you

25   understand the workings of the school better,

1   correct?

2       A.   You would have to ask the state why they

3   decide to have a license.  I'm not sure all the

4   reasons, but that sounds right.

5       Q.   What is your understanding about when a

6   license is needed and why?

7       A.   I don't know that.

8       Q.   Okay.

9       A.   I do know one of the times that you need

10  it is when you are conducting a teacher evaluation,

11  for obvious reasons.

12      Q.   Did you interview Michelle Maultsby

13  Springer --

14      A.   No.

15      Q.   -- for her job?

16      A.   I'm trying to remember if I was on the

17  panel or not.  I don't think I was.

18      Q.   Have you actually served on panels,

19  interview panels?

20      A.   What do you mean by that?

21      Q.   You said you didn't know if you were on

22  her panel or not.  Have you in the past been on a

23  panel?

24      A.   Yes, ma'am.  I was CEO of a statewide

25  nonprofit and hired dozens of people, as well as

1    MNPS, yes.

2         Q.    Have you been on any interview panels at

3    MNPS?

4         A.    Yes.

5         Q.    When you're on those panels, have you been

6    trained on what to do when you're on those panels?

7         A.    No.

8         Q.    Did you keep notes about any of your

9    interviews when you were on those panels?

10        A.    No.

11        Q.    Have you ever kept notes of an interview

12   while you've been at MNPS?

13        A.    No, ma'am.  I --

14        Q.    Have you ever kept any notes --

15             MR. FOX:  Objection.  Let him finish his

16   answer.

17             THE WITNESS:  I have a fairly good memory.

18   Usually we're talking about the subject right at the

19   moment.  I don't remember keeping notes on

20   interviews -- making notes on interviews.

21   BY MS. STEINER:

22        Q.    And you've been trained that that would be

23   the proper course when you're interviewing someone?

24        A.    I'm not -- no, I've not been trained.  I'm

25   not sure it is the proper course.

1      Q.    Okay.  And Ashford Hughes, was it his
2   experience at the mayor's office that caused you to
3   hire him over Jane Doe?
4      A.    Yes.
5      Q.    Anything else?
6      A.    No.  I mean, that was the most extensive
7   exact -- you know, almost very, very similar
8   analogous job that we were looking to create, so,
9   no, that was by far the main attribute.
10     Q.    Did you ask him at all about his
11  experience with school choice?
12     A.    I probably did.  I would have to review --
13  try to remember what questions I asked, but that
14  was -- that is a minor, but important part of the
15  job, and I don't believe that he had experience in
16  school choice.
17     Q.    Did you know that he was contacting Jane
18  Doe to get her advice on how to do things after he
19  took over?
20     A.    Yes.  I was vaguely aware.  She also
21  continued to be an employee of the school district,
22  and so I also am aware that -- you know, she had
23  been a long-time person in that job, and many people
24  ended up e-mailing her after she left that job.
25     Q.    Because they needed her advice, correct?

```
 1        A.    They ended up e-mailing her because they

 2   didn't know that she had changed jobs yet.  She

 3   would often correct them and then send them on to

 4   Mr. Hughes.  You know, I never doubted that Jane Doe

 5   had a lot to offer the district, so not surprised of

 6   that fact.

 7        Q.    Would you agree that she is much higher

 8   qualified than just a teaching job?  Not to say

 9   anything is wrong about a teaching job, but --

10        A.    A teaching job is the highest possible job

11   you could have in the district.

12        Q.    Sure.

13        A.    It is everything for us.

14        Q.    But it doesn't pay like director of school

15   choice, correct?

16        A.    It depends on the teaching job.  We now

17   have teaching jobs -- maybe.  I would have to review

18   her salary.  But we have PhD teachers that are

19   making $100,000 now, and so it would have to depend

20   on the job.  I kind of suspect that you're right,

21   that she made more money.  I'm not trying to change

22   that, but it depends on the job and the

23   circumstances.

24        Q.    Okay.  Well, would you agree that Jane Doe

25   is qualified for administrative jobs?
```

1    A.    Yes.

2    Q.    And she is definitely qualified for a

3    teaching job, correct?

4    A.    I don't hire teachers.  I would think so.

5    I believe she has a teaching license.  She was a

6    tenured teacher.  I have no reason to suspect she

7    wouldn't be qualified for that.

8    Q.    Okay.

9    A.    But I've also not supervised her and have

10   not reviewed her performance.

11   Q.    But you know she is qualified for

12   administrative jobs at MNPS, correct?

13   A.    Which, administrative can be used as a lay

14   term and as a very specific term.  Which case are

15   you using it now?  I don't know if she has an

16   administrative license.  Is that what you're asking?

17   Q.    No.  I'm not asking that.

18   A.    Are you asking, is she qualified to work

19   in some jobs at the support hub, what we used to

20   call central office, yes.

21   Q.    As an executive director or director?

22   A.    It would depend on the job and the job

23   qualifications, but I would expect that, yes, she

24   would have the qualifications.

25   Q.    Did you know that she applied for about 20

 1   jobs?

 2        A.   No, I was not aware of that.

 3        Q.   Okay.  Did you know that she was told she

 4   wasn't offered a job because she had sued the

 5   district?

 6        A.   No.

 7             MR. FOX:  Objection to the form.

 8             THE WITNESS:  No.

 9   BY MS. STEINER:

10        Q.   Okay.  Did you have any input into the

11   decision -- and I think I asked this, to have the

12   executive directors reapply for their jobs?

13        A.   That wouldn't have been my main call.  Did

14   I have any input?  Probably, because there was so

15   much movement happening in that area, that it seemed

16   to be -- it would be my advice now, that that's the

17   fairest way to do it.

18        Q.   Why?

19        A.   Because you had community superintendents,

20   associate superintendents who were overseeing those

21   people.  You had several retirements.  There were

22   just a lot of moving pieces at the same time, and we

23   owe it to our students to get it right and make the

24   right selections to the best of our ability.

25        Q.   You also owe it to your employees, too,

correct?

    A.    We care deeply about our employees, but what -- we are only doing this in service of our students.

    Q.    Can you tell me what was the service of the students in eliminating the director of school choice?

    A.    Well, unfortunately, it was budgetary and we didn't want to cut a school nurse, we didn't want to cut a social worker directly serving students, so we always try to cut at what used to be called central office before we cut any services directly going to schools.  Everybody has a valuable position.  We're in a lawsuit with the State right now over adequacy of funding.  We are underfunded.

    Q.    Did you get the COVID money, the COVID funds; do you know?

    A.    Did we get --

    Q.    Funds from the federal government for COVID, 26 million?

    A.    Yes.

    Q.    Okay.  And was that -- did that go directly to Metro schools?

    A.    No.

    Q.    Where did it go?

    1        A.    The State of Tennessee.

    2        Q.    So the 26 million that you got from the

    3   federal government for COVID, Metro schools turned

    4   around and gave it to the State of Tennessee?

    5        A.    No, ma'am, that's not what you asked.

    6        Q.    Okay.

    7        A.    You asked if Metro schools was directly

    8   given that money from the federal government.

    9   That's not how federal funds --

   10        Q.    You got it from the State of Tennessee?

   11        A.    Yes, ma'am.

   12        Q.    Okay.  So the State of Tennessee gave you

   13   the 26 million in COVID funding?

   14        A.    Yes, ma'am.  And to be clear, they did not

   15   just give us 26 million.  There was a budgeted

   16   amount of $26 million to which, if we had eligible

   17   expenses, we first had to submit a budget that was

   18   approved or not approved to the State.  We then

   19   spent down funds based on that approved budget.

   20   When we spent down funds, we submitted documentation

   21   to get reimbursed from the State for those federal

   22   funds.  So they did not deposit a check for

   23   $26 million into our bank account, it was the

   24   process I just described.

   25        Q.    Okay.  So Metro schools would have to

1   actually spend the money and then they apply to get

2   refunded back from the State?

3       A.   But first, prior to that, we had to have

4   an approved budget spending plan.

5       Q.   That's 26 million that was available that

6   was over and above the approved amount in the

7   budget, correct?

8       A.   That is accurate.

9       Q.   And that's for 2020, 2021 school year,

10  correct?

11      A.   The federal government approved those

12  funds to be used from -- it came late in the summer.

13  I would have to remember the precise date, but

14  eligible expenses from the beginning of the pandemic

15  through I think school year '23, maybe school year

16  '22.  I would have to remember.  There was a lot of

17  moving parts.

18      Q.   So that's from the beginning of the spring

19  of 2020.

20      A.   Well, to remember --

21      Q.   -- beginning of the pandemic?

22      A.   Just to remind you, we did not know

23  whether any of those funds would have existed at the

24  beginning of the pandemic.  They were approved by

25  congress later on.  The State took a while in

1  figuring out what their application would be like.

2  They took a while to determine whether our

3  application was approved, and so my guess is

4  probably well into the fall before we actually got

5  approved.

6      Q.   Would it have been reflected in the school

7  board meeting's minutes when it was approved?

8      A.   Probably.  The State had varying

9  requirements of what they were required the school

10 board to approve.  I don't know if that would have

11 been in the school board minutes.

12     Q.   If it's in the school board minutes, would

13 it have been approved about that time?

14     A.   About what time?

15     Q.   Whatever time it's in the school board

16 minutes.

17     A.   Maybe not.  I mean, the minutes obviously

18 take a little while to get out, so it just depends

19 on when it was -- the timing of everything.  I would

20 have to go back and look at all that.

21     Q.   If the school board minutes have this

22 approval of the federal funds in it, would it have

23 been approved either sometime shortly before those

24 minutes?

25     A.   Depends on what "shortly" is defined, but

1    around that time, yes.

2         Q.    Okay.  Now, can you see this that I'm

3    showing you right now?

4         A.    Yes, ma'am.

5         Q.    It's a document that starts 0001492?

6         A.    Yes.

7         Q.    It is from Adrienne Battle to Mark North

8    and to you.  You're on there.  And it's questions

9    about the budget due by 4:00 p.m., see that?

10        A.    Yes.

11        Q.    It's dated May 5th, 2020.

12        A.    Yes.

13        Q.    I'm going to ask you just a couple of

14   questions.  Is this a document that would have been

15   prepared by Mark North?

16        A.    Probably in consultation with the broader

17   team.

18        Q.    Who's the broader team?

19        A.    It would be Mr. Henson, me, Dr. Battle,

20   depending on -- I'm trying to remember.  Depending

21   on who else the questions were targeted to.

22        Q.    Okay.  I'm going to ask you about one of

23   these.  Have you seen this document recently?

24        A.    Not recently.

25        Q.    But you do recognize this?

1     A.    Seems familiar, yes.

2     Q.    Does it appear to be accurate?

3     A.    I would have to go through it and read it.

4     Q.    Let's go through it then.  Tell me when

5 you're through.  Start up here at 1.

6     A.    You can keep on going down.  There's no

7 reason to think it's not accurate, if that helps

8 you.

9     Q.    Am I going too fast?

10     A.    It looks -- I'm confident that's accurate.

11     Q.    Do you know how many employees you have in

12 central office?

13     A.    No, because central office is a

14 difficult -- for example, I believe our social

15 workers might be counted as central office, but

16 they're a hundred percent serving schools.

17     Q.    How many do you think is in central

18 office?

19     A.    Somewhere around 300, but that's purely a

20 guess.

21     Q.    Okay.  I want to ask you about this number

22 4 regarding your department's departmental savings;

23 do you see the a and b?

24     A.    Yes, ma'am.

25     Q.    Is that information correct?

1          A.    Let me read it.  Is this -- I'm confused,

2    because this is saying from fiscal year 2020, and if

3    this was May 5th, 2020, we would have been talking

4    about the budget for fiscal year 2021, so this is

5    looking backwards, not at the fiscal year 2021

6    budget.  Are you in agreement with that?  So I

7    guess, what's your question here?

8          Q.    My question is this, do you see he says,

9    as a result of the spending freeze and the fact that

10   schools have been off campus due to COVID-19, that

11   indicates it's spring of 2020, doesn't it.

12         A.    I agree with that.

13         Q.    MNPS will save approximately $52 million

14   by the end of fiscal year 2020; is that correct?

15         A.    Yes, that's familiar.

16         Q.    And that 52 million could have funded the

17   1 million in jobs, why not?

18         A.    No, ma'am.  First of all, that was -- when

19   we present a budget, you have to think about

20   recurring dollars.  Those are talking about one-time

21   savings in the extremely unusual situation of

22   COVID-19 and the first part of that pandemic that

23   resulted in those $52 million of savings, and so

24   that was a one-time thing.  So, for example, you

25   know, light bills, et cetera, just different when

1   school buildings are closed, custodial contracts,

2   plus we were trying to save a hundred million

3   dollars in one time based on what the city had

4   requested.

5       Q.   Okay.  Now, the 52 million in savings,

6   where did that go?

7       A.   To -- you would have to ask Mr. Henson,

8   but they either went to -- if -- okay.  So

9   everything is a projection when you set the budget

10  in the fiscal year ahead.  There are two sides to

11  the equation.  One are the budget expenses, which is

12  what our budget is made up of, what you commonly

13  think of it, and then the city, Metro general

14  government, estimates the taxes to be brought in,

15  and so it depends on -- you know, of course, we need

16  a balanced budget.  If we spend -- if the city takes

17  in exactly as much revenue as forecasted and we

18  spend exactly what we had budgeted, then would be no

19  net change.  If the city brought in exactly as much

20  tax revenue as it projected and we reduced our

21  actual expenses by 50 million, that would go into

22  our debt fund.  If we reduced our spending by

23  52 million and the city's projections came in $52

24  million less than they had projected, then there

25  would be no net change because the revenue wouldn't

1    be there to go into our fund balance.  So it just

2    depends on the situation.

3        Q.   So it's possible that 52 million went in

4    the fund balance?

5        A.   It is possible that some number of that, I

6    would have to --

7        Q.   Now, despite the fact that's just a

8    one-time occurring amount, would you agree that that

9    one-time occurred amount may be able to fund the

10   jobs for one year?

11       A.   No, ma'am.  Because that's not a fiscally

12   responsible way to do budgeting, but I also have to

13   point out that we don't get to decide where the

14   funding comes from for our budget.  Different

15   mayoral administrations have had different

16   philosophies of operating.

17       Q.   Okay.  Now, what is your budget today; do

18   you know?

19       A.   It's just over a billion dollars, like a

20   billion 16, something like that, in the operating

21   budget.

22       Q.   So it's over 999 million?

23       A.   Yes, ma'am.

24       Q.   Okay.  Back in 2020, the 2020, '21 budget

25   was somewhere around 933 million, correct?

1    A.   Yes, ma'am.

2    Q.   So you've had quite an increase in the

3 budget amounts from the spring of 2020 through the

4 present date, correct?

5    A.   So kind of.  In terms of actual real

6 dollars, yes, you're correct.  Between fiscal year

7 '21 and fiscal year -- excuse me.  Fiscal year '20

8 and '21, 914 and 933, something like that, that

9 actually, because of the inflationary pressures the

10 district faced, I think we had to make cuts during

11 that point in our actual services to be able to

12 maintain that funding amount.  Then you are correct

13 there is a very historic increase in the current

14 fiscal year that we're operating.  Almost all of

15 that went to increasing teacher salaries and into

16 the classroom.

17    Q.   Would you agree that Pippa Meriwether was

18 qualified as an associate superintendent?

19    A.   I did not supervise her.  I don't know.

20    Q.   Would you agree, and I may have asked you

21 this, that Lily Leffler qualifies as an executive

22 director?

23    A.   I didn't supervise her and I didn't review

24 her performance.

25    Q.   Okay.  Now, I'm just going to ask you this

1  question.  Do you think that Metro schools could

2  have found a million dollars somewhere in the budget

3  so it could have kept these jobs, if it had looked?

4       A.    I think your question assumes that

5  anything that we would have cut from would have been

6  of lesser importance than where we did cut from.  We

7  made the best possible decisions we had with the

8  information we had at the time.

9       Q.    Did you have vacancies?

10      A.    Yes.

11      Q.    And do you know that the vacancies are

12  often funded through the budget?

13      A.    Say that again.

14      Q.    The vacancies are funded through the

15  budget, so even though you may not have somebody in

16  a job position, you're receiving the money from

17  Metro government?

18      A.    Yes, I did know what, but you may not know

19  that that also covers expenses where you might have

20  gone over in other areas.  So if you had -- for

21  example, we get a lot of -- we're very fortunate to

22  serve all the students who come to us.  We had an

23  influx of students from Honduras one year.  Well,

24  that would go into helping to offset those increased

25  expenses in those areas.

1     Q.   So is it true then that every year when

2   you pass the budget, you know you're going to have

3   vacancies that aren't going to be filled and you can

4   use that money elsewhere?

5     A.   What we do, we take a very conservative

6   approach -- to get to the idea that you're looking

7   at, if you pull back up, I'll be glad to walk

8   through this with you, the budget that you had

9   earlier.

10     Q.   Which one?

11     A.   Fiscal year '21.

12     Q.   Okay.  Can you see it?

13     A.   Yes, ma'am.  Scroll back up.  All right.

14   You see under employee compensation the bold

15   headline?

16     Q.   Yes.

17     A.   And then you see right at the bottom where

18   it says subtotal, vacancy turnover?

19     Q.   Yes.

20     A.   That's where we're estimating that idea

21   that you just took of, of the $3 million.

22     Q.   Did you know that that estimate is very

23   low compared to what it should be?

24     A.   Well, that's making a lot of assumptions

25   --

```
 1            MR. FOX:  Objection to the form.

 2            THE WITNESS:  We are budgeting for the

 3    future time.  It is our desire to hire all the

 4    positions that we have.  It may, at times, come in

 5    lower, it may come in higher.  It would be, in my

 6    opinion, irresponsible to make that too much higher

 7    because you don't know that to be a fact.  You're

 8    trying to hire all these positions.  In a budget,

 9    you will have some -- and so if you scroll back down

10    on this, this is the same one that we were showing,

11    the $1 million reduction, that 15,221,000 really

12    should be 18,221,000 because we assumed that cut at

13    the top, as well.

14    BY MS. STEINER:

15        Q.   Okay.  But that assumption is a pretty

16    good assumption to make because you know you're

17    going to have jobs that aren't going to be filled?

18        A.   I don't know anything --

19        Q.   Okay.  Well --

20        A.   -- about the vacancies.

21        Q.   Okay.  Let's talk about the unfilled

22    position that we had in central office that got

23    merged into Mason Bellamy's job.

24        A.   Yes, ma'am.

25        Q.   That job was unfilled for a whole year,
```

1  wasn't it?

2      A.   Yes, but it wasn't necessarily planned to

3  be that way.

4      Q.   Was it funded in the budget?

5      A.   Yes.

6      Q.   And it would have been funded for way over

7  100,000, correct?

8      A.   It would be funded for the total cost of

9  the salary and the benefits, which, yes, would be

10  over 100,000.

11      Q.   And that's just one job in central office

12  that has 300?

13      A.   Well, but you have to remember, your

14  question was, do -- did we know at the beginning of

15  that year that it was going to be vacant for that

16  year.  The answer to that is no, we didn't know what

17  was going to happen.  And if your question for that

18  particular example, I believe we ended up filling

19  that job in July, and so it would have been an

20  incorrect assumption to think that it would have

21  been unfilled for the whole next year.

22      Q.   Okay.  When you're doing these

23  assumptions, okay, what is the margin of error for

24  vacancies?  What's the margin of error on that?

25      A.   You would have to ask Mr. Henson or Mr.

1  Booker.

2       Q.    Okay.  So they would be the pros on that,

3  not you, correct?

4       A.    They would be the pros, but I have some

5  experience in it, and so I try to rely on them.  It

6  would be awful -- there have been times under the

7  previous administration, unfortunately I wasn't with

8  the district at the time, that there was a time that

9  the school district went over budget, had to go back

10  to metro council and ask for an additional mid-year

11  kind of emergency allocation of funds.  We are very

12  sensitive and being very conservative not to have to

13  go back and do that.  So any decision that we make

14  is not just a one-off decision, you have to take it

15  into totality of the entire district.

16       Q.    I want to ask you this about property

17  taxes.  Property taxes in Metro Nashville got raised

18  tremendously against the people who live here,

19  correct, for 2020?  2021?

20            MR. FOX:  Objection to the form.

21  BY MS. STEINER:

22       Q.    Do you remember that?

23       A.    I remember that property taxes went up.

24  They were still much less than our peer districts

25  around the city -- around the state, excuse me.  And

1    I remember that then the property tax reappraisal

2    occurred and I know my personal property taxes

3    actually went down in comparison.

4        Q.    Do you live in Davidson County?

5        A.    I do.

6        Q.    What is your home address?  I'm entitled

7    to know it.

8        A.    Well, it's obviously public record.  ███

9    ████████████████  Nashville, Tennessee, 37212.  Let

10   me make sure I'm being very precise here, the

11   property taxes, when it was reappraised, went down

12   less than what the -- it was less than what it was

13   when it was reappraised.  So is your question, do I

14   know that property taxes went up, yes, I do know.

15       Q.    You said yours went down, though, when you

16   were making this example, correct?

17       A.    Yes.  So it went up when it was -- when

18   the property tax occurred, then the reappraisal

19   happened and went down below where the property tax

20   went up, if I'm remembering correctly.  But higher

21   than the original level from the beginning.  So the

22   reappraisal affected different houses in different

23   communities differently.

24       Q.    Did you --

25       A.    The total amount -- I'm sure you know the

1    reappraisal --

2        Q.    Did you --

3        A.    -- cannot generate more tax revenue than

4    what was -- than what was generated before the

5    reappraisal.

6        Q.    Did you contest your assessment?

7        A.    I did not in this last round.  I did --

8        Q.    Let's see what you got here.  Okay.  Let's

9    see.  Hang on.  Okay.  Let's see what you were in

10   2021.  2021, it looks like you were at 6,665,

11   correct?

12       A.    I would have to come around and look.  I

13   don't remember off the top of my head.

14       Q.    Let's see where you were in 2020.  Looks

15   like you're right, you went down.

16       A.    It happens differently in different --

17       Q.    So you went down from 7,193.64 to 6,000.

18       A.    I bet if you look before that, it was

19   lower.  It went up and then back down in between, so

20   the year before that, it was lower than that.  If

21   you're in east Nashville -- anyway.

22            MR. FOX:  Depends on --

23   BY MS. STEINER:

24       Q.    You were only at 5,300 before that.  Did

25   you know some of the houses here got assessed

1  40 percent higher than they were?

2         MR. FOX:  Objection to the form.

3  BY MS. STEINER:

4      Q.   Did you know that?

5      A.   I'm not an expert on the property tax

6  history.

7      Q.   Okay.  Did you have any discussions with

8  anyone about your taxes?

9      A.   No, ma'am, I did not.

10     Q.   Okay.

11     A.   Are you aware of the tax law that says

12  that when you do a property reappraisal, you cannot

13  collect overall taxes that was there before the

14  appraisal?  So even though everybody's -- not

15  everybody's.  Even though the majority of the

16  county's property values increased, there were some

17  areas of the county that property values increased

18  dramatically and other areas where it didn't

19  increase quite as dramatically.  So they have to net

20  that out, and so the per amount -- that's what

21  happened.

22         MR. FOX:  So the amount collected is the

23  same.

24         THE WITNESS:  The amount collected has to

25  be the same.  I don't know how we got off on this

1    tangent.

2    BY MS. STEINER:

3        Q.    Just a tangent.

4        A.    Do I know that the property taxes

5    increased in Nashville?  Yes, I do.  Do I know that

6    that went to help to fund things like our school

7    system?  Yes, I do know that.

8        Q.    And do you know that it went up

9    tremendously for some of the citizens of Nashville?

10            MR. FOX:  Objection to the form.

11            THE WITNESS:  I know that I am thankful to

12   have a mayor and Metro council who value public

13   education, invest in education.  I don't know

14   everybody's individual -- I imagine that would be

15   true for some people, that their taxes did go up

16   tremendously.

17   BY MS. STEINER:

18       Q.    Did Dr. Battle ever give you any idea or

19   say any statements to you about Lily Leffler and her

20   job performance?

21       A.    No.

22       Q.    Did she say anything to you about Pippa

23   Meriwether and her job performance?

24       A.    No.

25       Q.    Did she say anything to you about Dr.

1  Cathey and his job performance?

2      A.   No.

3      Q.   Did she say anything to you about Jane Doe

4  and her job performance?

5      A.   No.

6      Q.   Did she say the elimination of those

7  positions were based, at any part, the associate

8  director -- associate superintendent positions were

9  based, in any part, on the job performance of Pippa

10 Meriwether, Damon Cathey or Schunn Turner?

11     A.   She never told me that, no.

12     Q.   And you were in her office to discuss all

13 aspects of that elimination of those positions,

14 correct?

15     A.   I'm not sure I could characterize as all

16 aspects.  There are probably aspects I don't know

17 of.  I'm not privy to all information.  I was there

18 to discuss thinking about how to respond to a budget

19 crisis, the efficient operation of the organization,

20 et cetera.

21     Q.   And when you were responding to the budget

22 crisis, you personally never asked anyone in the

23 budget department about what they thought could be a

24 good method to respond to the budget crisis?

25     A.   No.  I wouldn't say that.  We had

1    extensive conversations about the $18 million worth

2    of savings that year that we were able to re-purpose

3    to other goods, so, obviously, we had extensive

4    conversations.

5         Q.   Did you tell Chris Henson when you told

6    him that you were going to reduce out the 1 million

7    in jobs that Michelle Maultsby Springer was also

8    being hired into the position that she ultimately

9    got?

10        A.   No.  I would have no way of knowing that

11   at the time.

12             MS. STEINER:  That's it.  I have no more.

13             MR. FOX:  Okay.

14             (Brief break observed.)

15   EXAMINATION BY MS. HARBISON:

16        Q.   Mr. Clay, my name is Jesse Harbison and I

17   represent Dr. Cathey.  I just have a couple of

18   questions for you.  Earlier you mentioned your

19   LinkedIn account.  Do you have your phone where you

20   could pull that up and show us your LinkedIn

21   account?

22        A.   Yes.

23        Q.   When you Google your name, it doesn't seem

24   to come up.

25        A.   Did for me.  Would you like me to take a

1    screen shot?

2        Q.    Can you just hand me your phone?

3        A.    Sure.

4        Q.    Oh, you're on there as Henry.

5        A.    Yeah.  Both of my names, but I think it

6    says Hank in parentheses.  I just Googled Hank Clay

7    on LinkedIn and it came up.

8        Q.    If your attorney asked you to get a screen

9    shot of that, would you be able to do that and send

10   it to him?

11            MR. FOX:  If I did.

12   BY MS. HARBISON:

13       Q.    Would you know how to do that?

14       A.    Yes, I would.

15            MS. HARBISON:  Could we get a screen shot

16   of that?

17            MR. FOX:  I will ask him.

18   BY MS. HARBISON:

19       Q.    Thank you.  Okay.  Can you screen shot it

20   now and send it to your attorney?

21       A.    Are you looking for my experience part?

22       Q.    Do the whole thing.

23       A.    So the way that it's set up --

24       Q.    But not the --

25       A.    -- is that my experience is pretty

1   extensive, so it goes through several pages.

2       Q.   That's fine.

3       A.   Okay.

4       Q.   If you could e-mail to Brook, and, Brook,

5   could you e-mail it to me.

6           MS. HARBISON:  And then we can make it an

7   exhibit.  Thank you, Brook.

8           (Off-the-record discussion held.)

9   BY MS. HARBISON:

10      Q.   Back on the record.  So your attorney just

11  forwarded -- or Metro's attorney just forwarded

12  those to me, so we'll make those the next-numbered

13  exhibit, those screen shots of the LinkedIn profile.

14                      (WHEREUPON, the

15                      previously-mentioned document was

16                      marked as Exhibit Number 11.)

17          MR. FOX:  Collective Exhibit 11.

18  BY MS. HARBISON:

19      Q.   How did you know Chad High before you

20  reached out to him about the executive director job?

21      A.   He was a principal.

22      Q.   Okay.  Do you interact with principals

23  often?

24      A.   Yes, but we have a lot of principals.

25  But, yeah, I interact with him a pretty good bit.

    1        Q.    Did you -- well, let me ask it this way.
    2   Why did you specifically know Chad as a principal as
    3   opposed to any of the other many principals that are
    4   employed by MNPS?
    5        A.    I do know lots of other principals.
    6        Q.    That wasn't my question.
    7        A.    Say it again.  Rephrase it.
    8        Q.    Okay.  Why -- when you say you knew Chad
    9   because he was a principal --
   10        A.    Uh-huh.
   11        Q.    -- why did he stick out to you as an
   12   executive director candidate as opposed to the many
   13   other principals at MNPS?
   14        A.    I think we might have been looking for
   15   someone who -- so Steve Ball was retiring as
   16   executive director.  He did not apply for the job.
   17   And Steve had been in an elementary executive
   18   director role, so I think we were looking for an
   19   elementary principal, and Chad had expressed
   20   background and an interest in helping beyond a
   21   school, and so he just came to mind.  I wouldn't
   22   have expertise in how somebody would be selected
   23   over another person, but that's the answer to your
   24   question.
   25        Q.    You said he had an interest in what

1  school?

2      A.    In helping other schools beyond his

3  school.  He had a passion for -- we are trying to

4  create a culture that cared deeply about employees,

5  and he was -- he had independently talked about ways

6  that he might be able to help support the -- put it

7  in a better way, the social emotional support of our

8  employees, in general.

9      Q.    How do you know that?

10     A.    He had reached out about it.  I'm trying

11 to remember who -- Dr. Norris, Elisa Norris, had --

12 he had -- her job has evolved over the years, but

13 she -- one of her jobs was to help advise

14 principals, and she had developed, you know, a close

15 relationship for those who sought that kind of

16 support, and mentioned that -- that he had kind of

17 like had this interest, and we didn't have a

18 position for that, but then when we were thinking

19 about the executive director, it's like, I wonder if

20 this could be interesting, and then we ended up

21 reaching out to him and he went through the process.

22     Q.    So he had an interest in the social

23 emotional aspect of the other employees at MNPS?

24     A.    Yeah.  So let me make sure I'm really

25 clear.  So I don't oversee the executive directors,

1  didn't oversee the process, wasn't involved with it

2  except to the extent that I reached out to Mr. High

3  to see if he wanted to apply for the position.

4  Other people may have reached out to other people.

5  I don't know.  But that's the answer to your

6  question.

7      Q.   Okay.  I want to make sure I understand

8  this.

9      A.   Yeah.

10      Q.   At some point, Elisa Norris told you that

11  Chad High was interested in the social emotional

12  well-being of other employees; is that right?

13      A.   Yes.  That goes back way before all the

14  stuff we're talking about, but, yes, that's correct.

15      Q.   Okay.  When did she tell you that?

16      A.   I would be guessing, but probably

17  somewhere in the fall of 2019, be my guess.

18      Q.   What does that mean?

19      A.   So are you familiar with social emotional

20  learning?

21      Q.   I am, but what does that mean as it

22  relates to Chad High?

23      A.   What does that mean as it relates to his

24  interest, or what do you mean?

25      Q.   Yeah.  I just don't know.  Does that mean

1 that he is a shoulder to cry on, does that mean that

2 he's someone that people call when they are dealing

3 with a problem?  I mean, it's just kind of vague.

4 What does "interest in social emotional learning"

5 mean?  I'm talking, can you explain to me what that

6 means as it relates to Chad High?

7      A.   So I think what you're trying to get to

8 is, why did his name pop to my mind.

9      Q.   Well, no, that's not what I'm trying to

10 get to.  I'll tell you what I'm trying to get to.

11      A.   Please rephrase your question.

12      Q.   So Chad High, when you say that he was

13 interested in social emotional learning or social

14 emotional well-being of other employees, can you --

15 let me ask it this way.  Can you give me a specific

16 example?

17      A.   It would be, we want our employees to feel

18 motivated and they want to focus on the work that

19 they have.  Our employees have very complicated

20 lives, very complicated work, and when he originally

21 talked to me about the idea of like how can we

22 better support so the employees, you know, have a

23 place -- have an ability to deal with all the

24 complexities of their lives that they're dealing

25 with.  It wasn't -- I think it's difficult to

1  explain because we don't have a position that does

2  that.  We didn't have a position that did it.

3  It just -- it's a more vague concept about how can

4  we support our employees.

5      Q.   Because he had a vague concept about

6  supporting his coworkers, that was what made you

7  want to reach out to him; is that correct?

8      A.   That was one of the things that made me

9  wonder, I wonder if this person could be someone who

10 can help lead their peers and support their peers.

11 I believe that he went into -- I'm not sure which

12 position he went into, but it just crossed my mind

13 and I mentioned it.  I don't remember if I was the

14 first one to mention it or not, but I ended up being

15 the one to reach out to him to see if he wanted to

16 apply.

17     Q.   Elisa Norris --

18     A.   Uh-huh.

19     Q.   -- did you talk to her about the fact you

20 were going to reach out to him?

21     A.   I'm trying to remember specifically.  I

22 don't know if I did at that point.  I did reach out

23 to her when she had let me know he was interested.

24 I mean, lots of people try to talk to me all the

25 time, and I did follow up with her to let her know

1  how our conversation went, and there wasn't a

2  position like that at the moment.

3  　　　Q.　　She let you know that he was interested in

4  the executive director position?

5  　　　A.　　No, ma'am, the vague one that you were

6  referring to earlier.

7  　　　Q.　　Okay.　Did you ever have a discussion with

8  Elisa Norris as it relates to Chad High possibly

9  being plugged into one of the executive director

10 roles?

11 　　　A.　　I don't specifically remember that one way

12 or the other.　There's nothing that sticks out in my

13 mind.

14 　　　Q.　　But it's possible that it happened, you

15 just don't remember?

16 　　　A.　　It's possible.

17 　　　Q.　　Okay.　Do you know whether Elisa Norris

18 was on the interview panel for the executive

19 directors?

20 　　　A.　　I don't know who were on those panels.

21 　　　Q.　　Okay.　You said that you did discuss the

22 executive director application process with Dr.

23 Battle, correct?

24 　　　A.　　No.　Maybe.　Depends on which component

25 you're talking about.　I did discuss with her the

```
 1   desire to expand the pool a little bit later on.  I
 2   don't know the details of executive director
 3   process.
 4        Q.   Tell me everything that you remember about
 5   that conversation.
 6        A.   What I recall is that, you know, the
 7   interviews -- she was gathering the people as
 8   they're going through the interview process.  We had
 9   a certain number of executive director positions
10   that we needed to support our students.  They had
11   not yet found the right fit for those, and so while
12   that process was still ongoing, we were discussing,
13   well, I wonder if Chad might be an interested person
14   to -- for him to apply and to interview through that
15   process.
16        Q.   When you say they had not yet found the
17   right fit, what do you mean by that?
18        A.   You would have to ask her, like her
19   full -- like knowledge of that.  I'm not sure who
20   all applied, but what I mean from that is that we
21   had a certain number of positions to fill to be able
22   to support our schools, and they were still in the
23   deliberative process and wanted to expand that, at
24   least to Mr. High.  I don't know if there was other
25   people.
```

1      Q.     Did Dr. Battle specifically mention Chad

2  High as somebody that --

3      A.     We both discussed -- I can't recall who

4  had the idea first to reach out to him.

5      Q.     Okay.  It could have been either of you?

6      A.     Uh-huh.

7      Q.     Is that a yes?

8      A.     Yes.  Thank you.

9      Q.     At this point, do you know whether the

10  initial round of interviews had been conducted when

11  you had this conversation with Dr. Battle?

12      A.     No, I'm not precisely aware.  It was --

13  the contextual clues would lead me to something

14  happened because they had some level of information.

15      Q.     There had already been some interviews

16  conducted?

17      A.     Yes.

18      Q.     Do you know anything about the scoring

19  process for those interviews?

20      A.     I'm sorry, I don't.

21      Q.     Do you know that several people

22  interviewed for the executive director job who

23  weren't already executive directors but had been

24  executive directors in the past?

25      A.     No.

1     Q.   Don't you think that if somebody has

2  served in a job in the past, actually been promoted

3  above that job, that they're probably qualified to

4  go back to the position of executive director?

5     A.   I don't know.  It would have to depend on

6  supervisory experience, and I just don't know the

7  knowledge of that.

8     Q.   So when you say "supervisory experience",

9  does that mean --

10    A.   Excuse me.  I don't have experience

11 supervising those people, so I wouldn't have insight

12 into what their qualifications and what background

13 were, and, you know, there's two separate standards.

14 Whether you're qualified for a job is one standard,

15 whether you rise to the top to be the person who

16 should be selected I think is the standard we need

17 for our students.

18    Q.   Okay.  How do you determine whether that

19 somebody meets that standard, whether you rise to

20 the top, as you say?

21    A.   It would be a variety of inputs and

22 information.  I would assume -- I wasn't involved in

23 the executive director search, but for positions

24 that I am involved with, I would be looking at their

25 resumé, their experience, knowledge of how they

1    performed, knowledge of what we're trying to achieve

2    with the position, knowledge of what we hope that

3    person to do, et cetera.

4         Q.   If someone is seen as perhaps like a

5    squeaky wheel with MNPS, someone who complains,

6    could they maybe not rise to the top because they

7    might not be the right cultural fit?

8         A.   No, ma'am.  Because we're a public

9    organization and people have the right to express

10   what they want.  They do commonly.  We have public

11   comment at our school board meetings.  Many of our

12   employees comment there.  That's not something that

13   we take into consideration.

14        Q.   Okay.  Do you remember anything else about

15   the conversation with Dr. Battle regarding the pool

16   of candidates for the executive director position

17   that you haven't already told me?

18        A.   I'm trying to think back.  No, that's

19   everything that I can remember.

20        Q.   Are you familiar with a contract that

21   Metro had -- well, actually before we go there, you

22   own another house, correct?  Not just the one on

23   ███████████████ ?

24        A.   Yes.

25        Q.   Which one is your primary home?

```
1        A.    ████████████

2        Q.    And the other one at ████████████

3   ███████, is that the address?

4        A.    For the other house?

5        Q.    Uh-huh.

6        A.    Yes.

7        Q.    Is that a rental property?

8        A.    Yes.

9        Q.    Okay.  And the property taxes there did go

10  up, correct?

11       A.    I would have to go back and look.

12       Q.    Okay.  Well, if I told you that on the

13  trustee's website it says that in 2020, the tax levy

14  was $4,382.45, and in 2021, the tax levy was

15  $4,545.68, would you have any reason to deny that?

16       A.    No, I mean, I'll be glad to look at it.

17             MR. FOX:  Objection.  I just think this is

18  getting pretty far afield.

19  BY MS. HARBISON:

20       Q.    Okay.  So on the -- at the ███████ house

21  for the 2020 -- 2019 tax year, your property tax was

22  $5,376.90, correct?

23       A.    Okay.

24       Q.    And in 2020, in December of 2020, it was

25  $7,193.64, correct?
```

```
1        A.    And then it went down, right?

2        Q.    And that's about 34 percent, correct?

3        A.    Am I reading that correctly that it went

4   --

5        Q.    That's not my question.  That's not my

6   question.  So between 2019 and 2020, it went up

7   about 34 percent, correct?

8        A.    Yeah, I don't disagree with that.

9        Q.    Okay.  Thank you.

10        A.    And then it went down --

11        Q.    Okay.  That wasn't my question.

12        A.    But that's what we were talking about

13   earlier.

14        Q.    Are you familiar with a contract that

15   Metro had with Meharry regarding COVID-19 testing?

16        A.    I am familiar.  Well, sorry.  I answered

17   before you finished.

18        Q.    Okay.  This was a contract for about

19   $18 million for Meharry to provide COVID testing and

20   related services, correct?

21        A.    I would not characterize it that way.

22   COVID testing was one of the things they were

23   involved with, but it was a comprehensive COVID

24   response package.

25        Q.    One of those things was building a
```

1  website?

2      A.   That was a minor part of it, but, yeah,

3  that was one of them.

4      Q.   It was minor, but they charged about $1.75

5  million to build that website; is that correct?

6      A.   I would have to go back and look, but that

7  sounds about correct.

8      Q.   Do you remember the controversy about this

9  issue?

10     A.   Yes.

11     Q.   Okay.  Because the website was so

12  expensive?

13     A.   I remember the controversy was we have an

14  extreme life-changing event of COVID 19, we were in

15  the absolute peak at that point heading into

16  November and December of 2019.  We were trying to do

17  everything possible to get our students back to

18  school, building a comprehensive system to do so.

19  We did it.  We got schools back in-person education

20  as soon as possible.  We have kept them open since

21  then, and the comprehensive strategy worked, and I

22  am aware that some people have tried to take issue

23  with that, yes.

24     Q.   Do you think $1.7 million is a reasonable

25  amount to pay for a website that is a very simple

1  website?

2      A.    I'm not a technology expert.  The website,

3  to my understanding, is a -- complete information on

4  it, the background, it would be approved by -- the

5  contract was approved by the school board and then

6  went on to be approved by the State, and then went

7  on to be -- the expenses to be reviewed by our

8  programs team, and then went on to be approved for

9  reimbursement by the State.  So, yes, it did go

10  though all of those.

11      Q.    We're at the tail end of the day so let's

12  focus on the question, answer the question that's

13  asked, okay?  So the contract was a no-bid contract;

14  is that correct?

15      A.    The contract was an emergency contract.

16      Q.    It was a no-bid contract, correct?

17      A.    The contract was an emergency contract

18  that was a sole-source vendor.

19      Q.    There were no bids for --

20      A.    That's not the phrase that we use.  We

21  call it a sole-source vendor.

22      Q.    Were there bids for the contract?

23      A.    From other vendors?

24      Q.    Uh-huh.

25      A.    No, because it's a sole-source contract.

1    Q.    With Meharry.

2    A.    With Meharry.

3    Q.    You did not get bids from anyone else for

4    that contract?

5    A.    Yes, that's correct.

6    Q.    Now, the reason I'm asking you about this

7    is, it seems that you're the person that discussed

8    this in front of the school board; does that sound

9    familiar?

10    A.    That's accurate.

11    Q.    Why were you chosen to discuss the Meharry

12    contract at the school board meeting?

13    A.    As chief of staff, this issue cut across

14    multiple departments and I was helping to coordinate

15    that response.

16    Q.    And this was in 2020 when this contract

17    was awarded, correct?

18    A.    That's accurate.

19    Q.    Okay.  And it was for about $18 million

20    total, correct?

21    A.    The contract award was for that, the

22    actual expenses came in about 20 percent less than

23    that.

24    Q.    Okay.  Are you aware that one of the

25    subcontractors that worked on this contract posted a

1  picture of himself with a Ferrari on Instagram

2  saying something about, chalk it up to the game?

3      A.   I'm aware of that report.  I didn't look

4  at the Instagram post myself, but, yes, I'm aware of

5  that report.

6      Q.   Okay.  So in 2020, Metro awarded an

7  $18 million contract to -- for profit entity

8  affiliated with Meharry, correct?

9      A.   That's correct.

10     Q.   Including $1.7 million for Meharry to

11 build a website, correct?

12     A.   That's correct.

13     Q.   Okay.  I don't have anything further.

14 REDIRECT EXAMINATION BY MS. STEINER:

15     Q.   Where did you get the funds to pay for

16 that contract?

17     A.   Those were federal funds.  Those were

18 one-time expense -- for a one-time -- one-time

19 funds.

20          MS. STEINER:  Okay.  Thank you.

21           FURTHER THIS DEPONENT SAITH NOT

22

23

24

25

```
1                    REPORTER'S CERTIFICATION

2

3    STATE OF TENNESSEE      )
     COUNTY OF DAVIDSON       )
4

5

6         I, Janie W. Garland, LCR#111, licensed court

7    reporter, in and for the State of Tennessee do hereby

8    certify that the above deposition was reported by me

9    Via Zoom and that the foregoing pages of the

10   transcript is a true and accurate record to the best

11   of my knowledge, skills, and ability.

12

13        I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17

18        I further certify that I am duly licensed by the

19   Tennessee Board of Court Reporting as a Licensed

20   Court Reporter as evidenced by the LCR number

21   following my name below.

22                              Janie W. Garland

23        _____

24             Janie W. Garland, LCR#111

25
```

BY MS. HARBISON: [5] 201/12
201/18 202/9 202/18 213/19
BY MS. STEINER: [81] 5/16 15/15
17/5 21/10 24/14 26/10 26/24 27/15
32/14 37/14 38/24 40/20 41/15 42/12
44/2 44/15 47/13 47/25 48/9 48/15
49/1 49/17 50/9 50/21 51/13 52/14
52/20 52/25 53/11 62/8 66/17 68/24
69/7 69/14 71/15 73/7 75/5 84/2 93/20
98/5 100/5 101/16 102/16 102/25
103/20 104/3 104/14 105/12 106/5
107/23 108/6 108/16 108/25 109/15
112/4 116/13 121/10 122/1 126/12
131/15 134/3 136/17 136/23 141/12
142/15 145/7 147/23 154/17 158/10
160/8 168/18 169/8 170/1 175/21
179/9 192/14 194/21 196/23 197/3
198/2 198/17
MR. FOX: [87] 15/12 17/4 20/24 24/13
26/16 27/13 32/9 37/4 38/23 40/19
41/14 42/10 43/20 44/9 47/6 47/19
48/8 48/14 48/19 49/11 50/8 50/11
52/13 52/19 52/24 53/8 62/1 66/15
68/21 69/1 69/11 71/14 72/18 72/22
73/1 75/2 84/1 93/16 98/1 99/25
101/15 102/15 102/22 103/16 104/1
104/13 105/5 105/25 107/22 108/3
108/13 108/23 109/1 112/3 121/6
121/9 121/20 121/23 126/11 131/11
134/2 136/16 136/20 142/14 145/6
147/22 154/14 158/2 158/5 158/8
160/7 164/3 168/15 169/5 175/15
179/7 192/1 194/20 196/22 197/2
197/22 198/10 200/13 201/11 201/17
202/17 213/17
MS. HARBISON: [2] 201/15 202/6
MS. STEINER: [21] 50/16 51/12 62/5
71/9 72/16 72/24 73/3 83/17 83/23
116/7 121/22 141/3 142/9 154/12
158/7 164/8 168/17 169/7 169/22
200/12 218/20
THE COURT REPORTER: [2] 62/7
169/20
THE WITNESS: [43] 15/13 20/25
26/19 32/11 37/5 42/11 43/21 44/10
47/7 47/20 48/21 49/12 50/12 53/9
62/2 66/16 68/22 69/2 69/12 75/3
93/17 98/2 100/1 102/23 103/17 104/2
105/6 106/1 108/4 108/14 108/24
109/12 116/8 121/7 136/21 141/8
158/4 164/4 175/17 179/8 192/2
197/24 198/11

**$**

$1 [6] 45/17 46/16 47/4 47/5 48/12
192/11
$1 million [1] 192/11
$1.2 [1] 47/12
$1.2 million [1] 47/12
$1.7 [2] 215/24 218/10
$1.7 million [1] 215/24
$1.75 [1] 215/4
$100 [5] 35/3 35/5 35/16 37/9 45/17
$100,000 [1] 177/19
$15.2 [4] 46/25 47/21 48/21 49/16
$15.2 million [1] 48/21
$157,000 [1] 41/18
$178,000 [1] 40/9
$18 [4] 200/1 214/19 217/19 218/7

$18 million [4] 200/1 214/19 217/19
218/7
$250,000 [1] 47/12
$26 [2] 181/16 181/23
$26 million [2] 181/16 181/23
$3 [1] 191/21
$4,382.45 [1] 213/14
$4,545.68 [1] 213/15
$5,376.90 [1] 213/22
$52 [3] 186/13 186/23 187/23
$52 million [1] 186/23
$7,193.64 [1] 213/25
$820,000 [1] 47/9
$914 [1] 51/23
$914 million [1] 51/23

**'**

'20 [2] 77/3 189/7
'20/21 [1] 77/3
'21 [6] 26/13 77/3 188/24 189/7 189/8
191/11
'22 [1] 182/16
'23 [1] 182/15
'nother [1] 77/23

**0**

0001492 [1] 184/5
000167 [1] 62/20
000181 [1] 64/1
000183 [2] 121/16 149/5
000197 [1] 149/15
000476 [1] 142/6
000478 [1] 142/8
001057 [3] 4/10 83/9 83/12
001350 [3] 4/9 71/21 168/17
01023 [1] 1/5

**1**

1 million [10] 29/13 34/16 45/14 46/4
46/22 46/22 49/6 49/7 186/17 200/6
10 [2] 4/16 169/25
100,000 [2] 193/7 193/10
108 [1] 3/23
11 [3] 4/17 202/16 202/17
111 [2] 219/6 219/24
1200 [1] 27/20
13 [1] 110/7
131 [1] 4/12
133 [1] 4/13
135,000 [1] 159/12
13th [1] 133/3
14.2 [1] 47/21
141 [1] 4/14
142 [1] 4/15
15 [4] 50/1 60/24 81/7 110/8
15,221,000 [1] 192/11
150 [2] 167/23 167/24
150,000 [1] 167/22
155 [2] 167/24 167/24
158,000 [2] 42/14 43/3
15th [1] 132/24
16 [1] 188/20
169 [1] 4/16
1725 [2] 25/25 38/15
175 [1] 159/21
178,000 [3] 41/9 42/6 42/21
18,221,000 [1] 192/12
183 [1] 121/24
1839A [1] 195/8
184 [2] 121/21 121/24

185 [1] 156/3
19 [8] 51/11 51/14 52/8 157/4 186/10
186/22 214/15 215/14
196300 [1] 3/24
1999 [2] 126/15 133/3
19th [2] 157/8 157/9

**2**

2.5 [2] 124/24 125/7
20 [3] 4/8 68/6 178/25
20 percent [1] 217/22
20,000 [4] 40/13 41/5 41/17 42/22
200 [1] 4/2
2004 [5] 126/7 132/3 132/8 132/12
132/19
2006 [1] 126/6
2008 [1] 132/24
2009 [1] 6/9
2011 [1] 6/13
2012 [1] 6/14
2013 [1] 6/15
2015 [2] 139/13 142/18
2017 [2] 22/14 22/15
2018 [2] 35/8 139/14
2019 [15] 6/20 6/20 7/21 35/8 51/11
51/14 52/8 56/10 135/20 136/4 138/17
205/17 213/21 214/6 215/16
2019-2020 [1] 4/7
2019/2020 [1] 14/20
202 [1] 4/17
2020 [64] 4/7 14/6 14/20 26/13 26/21
29/10 29/20 30/22 33/16 39/5 39/9
43/15 43/22 44/5 45/14 55/24 56/17
58/3 58/6 58/10 62/17 64/25 74/19
77/6 77/16 78/14 80/12 82/25 83/15
85/5 88/5 88/16 94/9 97/21 102/10
135/15 135/21 136/4 138/18 149/18
149/20 152/12 152/16 156/25 164/15
182/9 182/19 184/11 186/2 186/3
186/11 186/14 188/24 188/24 189/3
194/19 196/14 213/13 213/21 213/24
213/24 214/6 217/16 218/6
2020-2021 [1] 4/6
2020/2021 [1] 76/18
2021 [16] 4/6 14/18 14/20 15/5 26/21
39/1 58/10 76/18 168/23 182/9 186/4
186/5 194/19 196/10 196/10 213/14
2022 [1] 1/24 3/2
20th [1] 83/15
218 [1] 4/3
222 [1] 2/9
25 [2] 132/2 132/8
25th [2] 132/12 132/18
26 [2] 62/17 181/15
26 million [4] 180/20 181/2 181/13
182/5
2615 [1] 213/2
28th [3] 149/18 149/20 153/13
29 [1] 1/24
29th [7] 3/2 152/12 152/15 153/14
156/21 156/25 159/8

**3**

30 [1] 114/7
30 percent [1] 159/16
30-minute [1] 66/22
300 [2] 185/19 193/12
30th [1] 39/5
34 percent [2] 214/2 214/7
340M [1] 2/9

**3**

350 [2] 159/23 160/6
350,000 [1] 160/1
37201 [1] 2/9
37206 [2] 3/13 3/19
37212 [1] 195/9
37219 [1] 3/24
3:20-CV-01023 [1] 1/5

**4**

40 [1] 154/13
40 percent [1] 197/1
40,000 [1] 159/19
400 [2] 145/13 145/14
4:00 p.m [1] 184/9

**5**

5,300 [1] 196/24
5/26/20 [1] 4/8
50 [1] 4/6
50 million [1] 187/21
52 [2] 4/7 188/3
52 million [3] 186/16 187/5 187/23
5350 [1] 2/10
5th [2] 184/11 186/3

**6**

6,000 [1] 196/17
6,665 [1] 196/10
613 [1] 3/13
615 [1] 2/10
68251 [1] 3/19

**7**

7,193.64 [1] 196/17
7,761,000 [1] 51/18
71 [1] 4/8
714-5350 [1] 2/10
72 [1] 4/9
75 percent [1] 104/11

**8**

8 million [1] 52/5
814 [3] 35/10 35/24 37/2
814 million [3] 35/9 35/13 37/22
83 [1] 4/10
8:10 a.m [1] 156/25

**9**

914 [1] 189/8
914 million [7] 11/5 35/8 35/13 35/19 35/21 35/22 37/2
933 [1] 189/8
933 million [1] 188/25
999 [1] 188/22

**A**

a.m [1] 156/25
ability [10] 19/16 26/17 49/5 85/15 122/14 134/21 134/23 179/24 206/23 219/11
able [20] 8/7 17/7 19/12 34/7 34/11 50/13 67/14 100/2 131/17 138/11 139/2 146/7 159/2 172/13 188/9 189/11 200/2 201/9 204/6 209/21
about [247]
above [5] 59/7 121/25 182/6 211/3 219/8
absolute [1] 215/15
academic [4] 54/21 75/1 84/8 84/10

academics [25] 55/20 57/9 57/24 58/2 75/14 77/21 78/3 78/9 78/15 78/17 78/21 78/24 79/23 79/24 80/4 80/18 81/1 81/3 82/6 82/17 83/2 85/11 166/3 166/23 167/5
access [5] 36/23 115/8 134/6 134/7 134/11
according [4] 46/14 139/12 143/14 144/2
account [10] 25/24 27/17 27/24 28/2 135/8 140/19 160/11 181/23 200/19 200/21
accurate [27] 14/1 19/25 23/9 34/20 35/15 37/14 38/9 49/20 57/19 57/20 67/3 68/23 68/25 72/10 76/10 76/16 79/2 79/19 80/9 130/2 182/8 185/2 185/7 185/10 217/10 217/18 219/10
achieve [5] 11/13 11/14 53/17 106/13 212/1
achievement [2] 11/25 14/25
across [2] 40/8 217/13
action [4] 67/12 100/19 128/16 219/15
actions [2] 21/16 103/23
actively [1] 15/16
activity [9] 103/15 103/18 104/12 105/4 105/7 105/23 108/12 108/22 109/9
actual [14] 35/11 35/16 35/18 36/12 48/23 61/9 67/18 78/4 123/24 159/17 187/21 189/5 189/11 217/22
actually [21] 7/8 35/24 45/8 55/18 70/8 71/5 73/8 79/14 115/22 116/9 157/22 160/5 160/18 171/6 174/18 182/1 183/4 189/9 195/3 211/2 212/21
add [2] 8/24 14/25
added [2] 111/4 159/10
adding [1] 148/7
addition [2] 66/4 77/1
additional [10] 48/6 52/6 52/17 53/2 54/5 117/10 151/5 159/17 160/6 194/10
address [2] 195/6 213/3
adds [1] 47/12
adequacy [2] 9/6 180/15
adequate [1] 125/1
administration [14] 6/8 13/10 23/5 54/6 59/22 60/19 77/20 137/10 137/14 139/13 139/18 143/3 146/5 194/7
administrations [6] 22/11 118/24 138/10 139/20 143/2 188/15
administrative [7] 173/17 173/18 173/20 177/25 178/12 178/14 178/16
adopted [1] 39/5
adoption [2] 76/20 77/2
ADRIENNE [4] 1/7 1/13 1/21 184/7
adult [1] 22/3
Advance [1] 131/5
advancements [1] 140/18
advertise [1] 57/15
advertised [2] 56/15 57/13
advice [5] 60/16 146/9 176/18 176/25 179/16
advise [4] 60/15 74/10 74/12 204/13
adviser [2] 139/24 143/21
advising [4] 65/6 73/9 81/15 118/9
advocating [1] 13/3
affairs [1] 6/7
affect [1] 114/17
affected [1] 195/22
affiliated [1] 218/8
afield [1] 213/18

African [6] 140/23 144/13 144/17 145/3 145/8 145/17
African-American [6] 140/23 144/13 144/17 145/3 145/8 145/17
after [10] 17/9 42/5 44/25 97/21 107/16 127/9 137/11 153/22 176/18 176/24
again [22] 46/9 70/5 75/15 77/10 83/4 83/11 85/23 88/11 93/5 96/18 96/22 96/24 119/14 122/24 127/13 132/25 138/4 149/2 156/15 156/23 190/13 203/7
against [12] 7/6 72/13 93/4 98/20 98/21 103/2 106/25 107/25 120/22 130/6 152/23 194/18
agencies [1] 61/4
agenda [8] 4/8 62/15 62/15 63/4 64/7 64/8 64/13 64/14
ago [2] 18/20 169/16
agree [21] 36/18 41/16 42/13 51/25 53/1 53/5 125/11 125/12 126/6 127/2 143/14 143/18 162/8 170/2 170/6 177/7 177/24 186/12 188/8 189/17 189/20
Agreed [1] 36/19
agreement [1] 186/6
ahead [1] 187/10
akin [1] 52/5
Alexander [8] 18/4 18/6 18/13 18/15 18/19 140/20 140/21 140/24
Alexander's [1] 18/8
align [1] 77/13
aligning [1] 75/13
alignment [4] 8/5 54/20 75/24 76/8
aligns [1] 79/20
all [71] 3/3 3/4 11/24 27/6 27/22 28/25 39/22 45/20 49/23 50/3 51/1 51/4 61/19 66/18 68/7 68/17 76/16 79/2 79/2 80/13 82/1 82/12 83/5 83/5 94/9 94/23 99/7 101/22 104/10 105/7 106/11 108/4 113/22 114/11 115/17 115/19 120/20 126/4 126/19 128/18 129/19 132/23 141/13 146/17 148/22 151/21 153/7 158/13 158/25 161/11 161/14 162/24 167/4 172/2 174/3 176/10 183/20 186/18 189/14 190/22 191/13 192/3 192/8 199/12 199/15 199/17 205/13 206/23 207/24 209/20 216/10
allocation [1] 194/11
allow [2] 70/12 70/12
allowed [3] 69/23 70/3 70/7
almost [5] 62/22 95/14 99/1 176/7 189/14
alone [1] 48/22
along [2] 60/11 117/18
alongside [2] 53/20 53/24
already [12] 54/13 59/16 107/5 128/3 152/16 165/22 165/24 170/25 171/2 210/15 210/23 212/17
also [31] 11/17 25/17 41/2 59/22 66/3 69/5 75/12 77/1 77/22 78/7 81/8 81/11 93/24 102/4 122/25 127/23 132/19 136/24 143/4 144/17 151/5 153/7 155/18 159/6 176/20 176/22 178/9 179/25 188/12 190/19 200/7
always [11] 37/8 44/23 49/18 49/23 50/1 50/5 50/6 50/14 85/7 199/1 180/11
am [18] 15/3 21/22 28/17 51/9 70/17 112/25 171/8 176/22 185/9 198/11 205/21 211/24 214/3 216/14 215/22

# A

am... [3]  219/13 219/15 219/18
American [6]  140/23 144/13 144/17 145/3 145/8 145/17
amount [16]  12/9 23/24 41/25 52/1 124/21 160/12 181/16 182/6 188/8 188/9 189/12 195/25 197/20 197/22 197/24 215/25
amounts [1]  189/3
analogous [1]  176/8
analyzed [1]  45/10
Ann [2]  3/11 9/19
anonymous [3]  172/7 172/9 172/11
another [12]  24/5 25/17 71/18 73/1 95/2 99/20 101/13 132/8 151/2 158/16 203/23 212/22
answer [29]  10/6 33/21 40/23 44/4 50/14 51/6 53/10 67/14 89/1 89/17 90/16 91/25 96/25 98/20 100/3 100/23 103/18 108/8 109/17 109/19 110/10 123/9 126/10 164/7 175/16 193/16 203/23 205/5 216/12
answered [4]  48/20 74/14 119/3 214/16
answering [3]  32/10 49/4 105/7
answers [2]  128/1 147/3
any [112]  7/14 12/21 13/11 15/8 16/4 21/15 21/24 21/25 29/9 29/14 29/18 30/21 32/1 32/8 32/12 32/25 33/19 33/22 36/25 41/3 41/11 42/3 44/7 45/2 45/7 49/9 51/5 57/1 59/7 61/4 61/8 61/21 63/16 64/17 65/8 65/11 67/15 67/16 68/15 76/15 80/11 81/16 82/7 82/22 84/16 85/17 86/3 86/9 86/16 86/21 86/23 89/21 89/23 90/1 90/7 91/22 92/24 94/19 96/15 98/4 98/16 100/17 101/5 103/4 106/13 116/2 119/5 120/5 120/24 123/4 123/21 125/22 125/23 129/24 129/25 130/6 136/10 138/14 145/21 148/3 155/24 156/7 156/12 161/25 162/10 162/19 165/6 165/9 165/13 165/14 165/15 171/16 171/19 171/22 173/13 175/2 175/8 175/14 179/10 179/14 180/12 182/23 194/13 197/7 198/18 198/19 199/7 199/9 203/3 213/15 219/14 219/15
anybody [6]  48/11 128/25 137/4 147/20 156/2 163/14
anymore [1]  61/2
anyone [35]  12/20 15/8 15/10 30/20 32/22 32/22 32/24 33/16 33/17 41/23 41/24 43/15 43/16 44/5 44/6 46/19 47/4 48/10 49/7 57/2 106/21 119/18 120/20 146/19 148/19 150/6 152/21 153/1 153/5 165/15 170/16 171/3 197/8 199/22 217/3
anyplace [1]  47/17
anything [33]  9/23 21/16 21/21 21/24 28/9 39/16 59/12 71/2 75/1 86/19 92/2 100/7 100/9 100/10 100/13 100/14 101/8 101/20 114/16 129/9 129/14 140/20 161/12 176/5 177/9 190/5 192/18 198/22 198/25 199/3 210/18 212/14 218/13
anyway [1]  196/21
apiece [2]  159/12 159/21
appealed [2]  95/24 95/25
appear [2]  52/7 185/2
APPEARANCES [1]  3/7
appearing [1]  100/21

applicant [4]  117/7 120/16 130/14 130/17
applicants [9]  7/6 7/10 7/14 7/20 15/21 56/16 114/25 122/9 170/14
application [17]  4/12 7/2 115/7 115/17 115/18 116/18 120/4 123/21 123/24 127/6 129/17 133/15 141/8 149/2 183/1 183/3 208/22
applications [1]  15/8
applied [8]  6/25 97/3 112/15 113/2 113/3 129/18 178/25 209/20
applies [1]  147/20
apply [20]  8/2 8/12 8/16 17/2 96/3 97/2 115/4 119/20 124/22 146/2 146/12 146/14 146/22 148/16 148/19 182/1 203/16 205/3 207/16 209/14
applying [2]  16/11 142/3
appointed [2]  7/8 7/11
appointment [4]  7/3 7/5 133/20 151/8
appraisal [1]  197/14
approach [1]  191/6
appropriate [1]  67/11
approval [3]  67/9 67/11 183/22
approve [6]  68/20 69/4 69/9 70/23 70/23 183/10
approved [23]  10/25 13/20 23/24 39/17 88/1 95/20 95/21 181/18 181/18 181/19 182/4 182/6 182/11 182/24 183/3 183/5 183/7 183/13 183/23 216/4 216/5 216/6 216/8
approves [1]  12/6
approving [2]  70/17 70/17
approximate [1]  167/20
approximately [1]  186/13
April [3]  51/11 51/14 52/8
April 19 [2]  51/14 52/8
are [133]  3/4 3/5 5/13 5/25 7/8 10/4 11/19 11/20 11/24 15/1 15/16 15/25 19/3 19/9 23/16 24/9 24/20 25/2 25/5 25/10 25/15 27/6 31/17 32/19 33/18 34/9 36/10 39/20 43/22 44/16 44/22 46/8 47/9 47/18 49/8 50/22 53/13 54/3 60/2 62/11 62/24 63/19 64/12 66/23 67/1 69/24 75/22 78/2 78/13 79/4 80/2 80/3 82/3 82/13 84/4 84/7 84/12 86/3 91/3 95/19 95/21 95/24 95/24 96/3 97/9 97/10 100/6 100/21 100/25 101/3 101/24 102/4 104/4 104/8 104/21 104/25 107/18 108/4 112/21 113/21 116/2 122/2 122/18 123/14 123/22 128/15 131/7 132/23 135/5 137/13 139/25 140/16 143/8 143/16 144/21 144/23 144/24 147/5 153/13 153/15 160/19 161/20 163/3 163/15 163/25 165/22 172/11 174/10 177/18 178/14 178/18 180/13 180/15 186/6 186/20 187/1 187/10 187/11 189/12 190/11 190/14 192/2 194/11 197/11 199/16 201/21 203/3 204/3 205/19 206/2 212/20 214/14 217/24
area [10]  24/5 25/9 33/1 33/19 45/7 49/9 49/25 61/12 64/19 179/15
areas [17]  18/12 24/4 24/9 24/25 25/15 31/17 31/24 32/7 32/19 34/2 47/18 53/2 53/6 190/20 190/25 197/17 197/18
aren't [7]  25/22 63/10 106/7 113/20 113/25 191/3 192/17
around [15]  26/20 54/2 69/3 88/25 101/4 114/7 118/10 144/16 181/4

184/1 185/19 188/25 194/25 194/25 196/12
art [2]  27/25 145/1
as [137]  3/3 3/4 5/2 5/3 6/20 8/3 9/19 12/17 18/12 18/20 18/23 22/1 22/3 25/25 28/22 32/3 33/5 33/8 33/8 33/9 34/13 34/13 34/24 36/21 44/23 44/23 45/4 45/4 50/20 52/12 53/12 54/7 54/14 54/14 54/18 54/19 54/21 54/21 54/23 57/2 59/10 59/15 59/16 71/10 71/13 72/21 73/24 73/25 74/14 80/2 80/4 80/13 80/20 80/24 80/25 81/13 81/14 82/1 83/18 83/22 83/24 90/8 91/2 91/2 93/13 103/7 110/13 110/14 111/17 112/9 112/10 113/24 120/8 131/14 133/19 133/23 134/1 137/12 138/9 141/7 141/11 142/13 142/17 143/25 144/4 148/6 161/8 161/14 162/6 162/16 163/25 164/2 164/9 164/19 164/20 165/25 168/21 169/21 169/25 170/14 173/12 174/25 174/25 178/13 178/14 178/21 185/15 186/9 187/17 187/17 187/19 187/20 189/18 189/21 192/13 197/19 199/15 201/4 202/16 203/2 203/2 203/11 203/12 203/15 205/21 205/23 206/6 208/8 209/7 210/2 211/20 212/4 215/20 215/20 217/13 219/19 219/20
Ashford [38]  4/12 4/14 4/15 112/16 116/14 117/19 117/22 119/12 119/15 119/19 120/6 120/8 121/5 121/13 123/3 123/17 130/1 131/10 131/23 134/17 135/9 137/16 138/16 141/23 145/22 146/1 148/10 149/2 149/3 150/24 151/21 152/17 153/10 154/1 154/5 157/22 167/10 176/1
ask [51]  5/23 9/22 22/5 24/15 26/25 27/5 27/16 29/4 29/11 31/13 39/1 40/5 47/4 48/10 49/2 49/7 63/8 69/24 70/20 89/25 101/1 109/4 114/9 114/13 114/16 114/18 115/11 121/24 123/25 131/21 134/19 146/13 161/24 162/21 165/21 166/2 170/16 174/2 176/10 184/13 184/22 185/21 187/7 189/25 193/25 194/10 194/16 201/17 203/1 206/15 209/18
asked [40]  6/23 8/15 9/23 14/23 24/9 31/9 35/2 35/15 42/19 48/5 48/20 49/10 49/13 52/16 61/19 71/6 80/16 97/2 98/10 104/4 105/15 106/16 106/16 106/21 106/23 116/1 123/7 123/9 146/9 146/11 162/4 165/15 176/13 179/11 181/5 181/7 189/20 199/22 201/8 216/13
asking [28]  30/18 31/25 34/6 34/6 34/14 35/10 35/23 43/9 52/2 70/9 88/15 88/15 95/13 98/3 105/19 105/19 105/21 106/22 122/19 125/21 129/16 129/20 144/15 146/21 178/16 178/17 178/18 217/6
asks [3]  6/24 14/5 147/6
aspect [1]  204/23
aspects [3]  199/13 199/16 199/16
aspirational [13]  11/16 11/21 12/2 12/12 12/17 12/22 13/12 13/19 13/24 22/22 23/6 23/12 33/6
assessed [1]  196/25
assessment [1]  196/6
assessor [1]  20/1
assistant [2]  79/7 79/7

**A**

associate [45]  30/6 32/4 37/23 37/24
54/9 54/24 55/2 55/5 55/13 56/2 56/2
58/7 58/20 59/1 59/4 59/8 60/3 60/9
60/12 61/23 73/10 73/16 73/19 74/18
75/7 79/10 80/12 80/16 81/16 81/23
84/4 84/11 101/23 102/11 103/7
104/22 105/16 108/10 108/21 109/8
164/18 179/20 189/18 197/7 199/8
Associates [1]  2/8
assume [17]  37/5 40/22 40/24 65/5
66/7 83/1 88/20 88/21 90/22 94/15
113/17 117/17 136/4 142/4 153/22
155/9 211/22
assumed [1]  192/12
assumes [1]  190/4
assuming [2]  90/5 152/15
assumption [3]  192/15 192/16 193/20
assumptions [2]  191/24 193/23
asteiner [1]  3/14
athletics [2]  14/16 14/24
attach [1]  141/17
attend [4]  23/10 23/11 23/17 63/1
attended [1]  69/17
attention [3]  47/9 74/2 123/7
attorney [8]  3/12 3/18 101/18 126/9
201/8 201/20 202/10 202/11
attractive [1]  20/23
attribute [1]  176/9
attributed [1]  172/12
audio [2]  152/6 158/19
audit [1]  28/24
available [2]  22/25 182/5
Avenue [5]  2/9 195/9 212/23 213/1
213/3
award [1]  217/21
awarded [2]  217/17 218/6
aware [41]  20/14 22/4 39/6 42/3 42/3
63/15 100/10 100/12 100/17 101/8
101/19 101/24 102/4 102/8 102/23
103/4 103/6 103/10 103/13 104/2
111/15 113/1 123/5 130/7 146/17
152/4 163/19 171/8 171/25 172/4
172/16 173/14 176/20 176/22 179/2
197/11 210/12 215/22 217/24 218/3
218/4
away [5]  54/7 146/21 148/25 166/12
166/15
awful [1]  194/6

**B**

back [57]  10/5 11/7 11/17 17/6 21/19
22/6 27/7 33/15 38/21 41/9 43/13
45/22 55/23 58/3 68/5 78/10 87/15
95/23 96/2 98/17 101/24 124/17
124/18 125/20 128/20 130/10 144/9
146/8 151/17 152/6 152/13 152/19
153/12 156/3 156/18 157/2 157/12
157/17 161/2 165/21 182/2 183/20
188/24 191/7 191/13 192/9 194/9
194/13 196/19 202/10 205/13 211/4
212/18 213/11 215/6 215/17 215/19
background [41]  6/3 16/25 17/16 17/17
17/18 114/9 114/17 114/22 115/14
115/15 116/24 123/5 128/13 128/14
128/21 129/1 129/6 129/15 133/14
133/19 144/15 147/11 149/12 149/17
149/25 150/3 150/6 150/11 150/13
150/15 150/19 150/23 150/25 151/3
153/9 153/14 153/16 153/18 203/20

211/12 216/4
backwards [1]  186/5
BAILEY [8]  1/16 3/9 89/2 90/2 90/5
90/14 90/18 164/8
Bailey's [1]  88/1
balance [4]  19/7 19/14 188/1 188/4
balanced [1]  187/16
Ball [1]  203/15
bank [1]  181/23
Barnes [4]  71/25 165/2 172/14 172/24
Barry [10]  24/20 24/21 32/23 33/17
40/24 45/13 48/11 52/15 155/10
160/13
based [7]  33/10 99/22 133/10 181/19
187/3 199/7 199/9
basic [2]  51/21 113/10
basically [4]  33/14 61/15 76/23 138/16
basing [3]  137/7 137/8 143/8
basis [1]  66/6
Bates [8]  27/11 71/21 142/5 149/4
149/15 168/16 168/22 169/5
battle [90]  1/7 1/13 1/21 6/23 7/1 8/15
16/14 16/18 31/6 53/20 56/18 60/12
61/13 61/15 61/17 65/14 65/25 66/3
66/7 67/5 69/15 70/3 70/7 70/16 70/18
73/9 73/20 74/8 79/11 81/16 81/20
81/22 82/22 84/7 84/9 84/11 84/13
84/15 84/17 85/19 86/8 87/1 87/1 87/3
87/20 88/2 88/8 88/18 89/3 90/19
91/15 94/19 94/22 96/7 96/17 96/23
97/13 98/17 99/16 99/19 100/6 100/11
101/4 101/11 102/11 103/14 103/22
104/5 105/2 108/7 108/9 108/19 109/7
112/10 120/6 153/1 154/4 164/24
170/17 170/19 170/23 171/16 172/6
184/7 184/19 198/18 208/23 210/1
210/11 212/15
Battle's [3]  6/21 48/3 88/2
be [217]  6/4 6/16 8/7 8/8 10/2 10/3
11/15 11/19 11/25 12/9 12/17 12/18
13/24 16/2 16/10 16/25 17/7 17/16
18/10 19/6 19/8 19/12 20/17 21/7
21/12 22/22 22/24 23/3 24/3 24/24
25/1 25/7 25/7 25/10 25/22 25/25 26/3
26/6 27/24 27/25 27/25 28/7 28/16
29/6 29/7 31/18 32/13 34/2 34/7 34/10
36/11 40/24 42/2 42/22 43/18 44/7
44/14 44/23 44/24 45/3 45/11 45/19
48/25 50/25 51/4 57/20 60/8 60/9
60/17 62/3 65/20 67/12 69/5 69/23
70/3 70/4 70/7 72/11 75/19 76/5 79/1
79/1 81/17 82/13 83/23 84/14 85/1
85/6 85/10 86/7 89/10 91/24 93/15
94/16 95/2 96/2 96/11 96/14 97/17
97/17 101/7 102/12 102/13 102/20
102/23 103/22 105/8 105/10 107/3
107/12 107/15 107/20 111/2 113/5
113/6 117/9 117/11 120/3 120/3
120/10 120/12 120/16 123/8 127/23
130/4 130/11 130/23 131/17 131/21
131/22 133/9 135/6 137/21 138/2
138/11 138/15 138/24 139/2 145/9
145/15 146/7 147/17 147/18 151/20
153/22 155/9 158/16 158/17 158/24
159/2 159/19 159/21 160/14 160/25
164/5 164/25 165/2 166/1 173/10
173/20 175/22 176/21 178/7 178/13
179/16 179/16 180/1 181/14 182/12
183/1 184/19 185/2 185/15 187/14
187/18 187/25 188/1 188/9 189/11

191/3 191/7 191/23 192/5 192/7
192/12 192/17 193/3 193/8 193/9
193/15 194/2 194/4 194/6 197/25
198/14 199/23 201/9 203/22 204/6
204/20 205/16 205/17 206/17 207/9
209/13 209/21 211/15 211/16 211/21
211/24 212/7 213/16 216/4 216/6
216/7 216/7 216/8
bearing [2]  38/7 138/18
beat [2]  97/24 137/10
beats [1]  96/10
became [5]  166/3 166/5 166/7 167/6
168/4
because [67]  5/9 9/18 9/24 12/11 19/13
21/13 23/22 31/3 31/24 33/5 33/20
33/25 40/13 43/14 49/10 55/10 67/4
67/12 70/10 71/6 75/9 77/4 78/23 86/4
88/20 89/4 94/3 98/21 99/19 100/13
101/8 102/20 103/23 106/2 110/13
115/16 120/21 128/16 131/1 137/7
139/11 143/4 152/22 157/12 161/12
161/17 176/25 177/1 179/4 179/14
179/19 185/13 186/2 187/25 188/11
189/9 192/7 192/12 192/16 203/9
207/1 207/5 210/14 212/6 212/8
215/11 216/25
becoming [2]  81/21 168/7
been [85]  5/2 6/21 14/17 15/4 15/9
15/20 31/5 31/5 31/6 33/11 33/13
34/13 35/20 37/7 38/20 41/25 45/8
48/3 49/21 49/22 50/23 52/16 56/9
67/11 72/22 74/24 76/19 77/2 81/19
82/24 83/9 88/21 91/14 104/6 115/12
117/9 118/5 121/2 123/23 125/22
126/13 127/1 127/22 127/25 129/13
138/22 148/13 149/21 150/10 151/6
151/8 155/14 159/11 159/15 163/8
167/3 167/8 171/22 174/22 175/2
175/5 175/12 175/22 175/24 176/23
179/13 183/6 183/11 183/13 183/23
184/14 186/3 186/10 190/5 193/6
193/19 193/21 194/6 203/14 203/17
210/5 210/10 210/15 210/23 211/2
before [46]  7/21 7/22 9/1 12/19 17/10
20/11 35/19 43/18 44/8 44/13 44/17
45/5 45/12 63/22 66/10 80/13 97/17
100/22 114/14 117/24 118/1 118/2
118/20 119/2 119/5 129/22 135/17
138/6 141/25 147/18 152/17 153/10
153/16 153/23 180/12 183/4 183/23
196/4 196/18 196/20 196/24 197/13
202/19 205/13 212/21 214/17
beginning [8]  62/6 113/1 182/14 182/18
182/21 182/24 193/14 195/21
behind [1]  11/15
being [34]  18/23 23/12 30/16 39/11
41/17 41/21 50/13 63/17 69/25 75/25
77/5 82/12 85/24 86/6 86/9 93/11 95/5
104/4 104/21 105/15 140/13 160/21
162/6 162/11 171/20 171/20 172/7
194/12 195/10 200/8 205/12 206/14
207/14 208/9
believe [59]  7/24 9/11 14/18 17/20
17/25 19/23 21/23 29/2 30/4 39/2
52/22 56/17 56/19 57/19 57/19 59/23
74/14 87/22 88/3 88/11 88/19 88/22
89/8 91/6 94/6 96/19 97/1 97/3 102/9
103/4 107/21 110/12 110/25 111/7
111/11 111/22 114/21 115/13 117/14
118/7 118/14 124/19 138/8 140/4

**B**

believe... [15] 141/17 147/8 152/14
161/21 163/14 164/20 166/11 166/21
167/23 169/16 176/15 178/5 185/14
193/18 207/11
believed [1] 56/19
Bellamy [11] 55/17 58/1 58/14 58/16
58/22 58/25 74/5 74/8 80/4 166/4
166/24
Bellamy's [1] 192/23
Belmont [2] 93/7 93/18
below [2] 195/19 219/21
benefits [5] 28/23 72/15 159/14 159/15
193/9
Berry [3] 137/11 138/21 144/4
Berry's [1] 139/13
best [6] 49/4 119/25 125/10 179/24
190/7 219/10
bet [1] 196/18
better [4] 80/20 173/25 204/7 206/22
between [21] 8/6 10/23 38/11 54/20
60/19 65/17 74/15 75/24 76/2 77/23
80/25 81/2 82/5 82/16 84/14 85/11
138/9 155/19 189/6 196/19 214/6
beyond [3] 161/19 203/20 204/2
bid [2] 216/13 216/16
bids [3] 216/19 216/22 217/3
billion [2] 188/19 188/20
bills [1] 186/25
bit [11] 6/3 22/5 39/19 51/8 85/1 95/3
135/11 139/9 166/8 202/25 209/1
blind [1] 133/9
Bloomberg [6] 118/14 119/4 119/9
140/21 140/22 140/25
Blueprint [5] 135/18 136/13 136/19
137/5 137/18
board [74] 4/8 12/5 12/20 62/16 63/4
63/10 63/13 63/17 64/7 64/8 64/13
64/15 64/15 65/9 65/15 65/17 66/1
66/4 66/5 66/9 66/13 66/22 66/23 67/2
67/12 67/20 68/6 68/6 68/14 68/19
69/4 69/9 69/16 69/23 70/3 70/6 70/11
70/13 70/15 71/10 95/20 95/22 95/22
95/25 96/1 96/1 98/18 99/13 99/16
99/18 99/20 100/8 100/18 100/19
100/21 101/1 101/2 101/6 101/12
101/12 101/13 123/13 123/15 183/7
183/10 183/11 183/12 183/15 183/21
212/11 216/5 217/8 217/12 219/19
bold [1] 191/14
bolded [1] 28/22
Bolding [1] 150/19
Booker [10] 24/20 24/21 32/18 32/23
40/24 45/13 48/11 52/15 160/13 194/1
Booker's [1] 33/18
borrow [1] 130/15
boss [3] 76/6 77/14 77/16
bosses [1] 66/24
both [10] 12/24 13/8 20/15 48/3 48/5
75/13 75/17 75/25 201/5 210/3
bottom [10] 27/7 62/19 64/1 83/9 83/16
144/10 149/4 168/23 169/6 191/17
Box [2] 3/19 3/24
break [11] 72/24 73/3 73/4 73/5 73/6
148/22 154/12 154/16 158/7 158/9
200/14
breaking [1] 143/23
Brief [3] 73/6 158/9 200/14
Briggs [1] 2/8
Briley [5] 22/17 137/11 137/11 138/25

138/25
bring [3] 43/24 146/7 162/5
bringing [2] 47/8 161/20
broad [2] 39/18 55/3
broader [3] 170/22 184/16 184/18
broadest [1] 53/15
broken [1] 143/16
Bronze [1] 24/21
Brook [4] 158/4 202/4 202/4 202/7
Brooks [1] 3/22
brooks.fox [1] 3/25
brother [5] 87/1 87/2 88/2 94/20 94/23
brother's [1] 103/24
brought [7] 93/18 123/7 138/14 161/21
170/18 187/14 187/19
budget [186] 4/6 4/7 10/13 10/16 10/17
10/22 10/24 11/3 11/5 11/6 11/9 11/16
11/18 11/22 12/2 12/12 12/23 13/13
13/19 13/24 22/6 22/8 22/22 23/6
23/12 23/17 23/20 23/21 24/3 24/8
24/9 24/15 24/17 24/24 25/4 25/6
25/24 25/25 26/6 26/13 26/21 28/1
28/17 28/19 29/1 29/3 29/5 29/10
29/14 29/19 29/19 29/21 29/24 30/2
30/9 30/10 30/14 30/19 30/21 30/23
31/11 31/14 31/16 31/17 31/18 31/18
31/23 32/1 32/18 32/25 33/5 33/6
34/17 35/4 35/5 36/1 37/3 37/9
37/22 38/2 38/5 38/7 38/13 38/22 39/5
39/11 39/12 39/16 39/20 39/24 40/13
40/18 40/25 41/3 41/5 41/8 41/18 42/1
42/6 42/7 42/16 42/17 42/18 42/19
42/23 43/2 43/3 43/8 43/11 43/16
43/22 43/23 43/24 44/6 44/18 44/24
45/3 45/10 45/23 45/24 45/24 46/10
47/21 47/23 48/22 49/8 49/16 49/18
50/2 50/4 50/7 50/15 50/17 50/23
51/11 51/14 51/24 53/21 61/20 68/1
69/4 74/15 74/19 74/22 74/25 75/7
110/4 154/18 154/19 154/4 155/7
155/17 155/22 160/15 168/10 168/11
181/17 181/19 182/4 182/7 184/9
186/4 186/6 186/19 187/9 187/11
187/12 187/16 188/14 188/17 188/21
188/24 189/3 190/2 190/12 190/15
191/2 191/8 192/8 193/4 194/9 199/18
199/21 199/23 199/24
budgetary [2] 54/13 180/8
budgeted [2] 181/15 187/18
budgeting [2] 188/12 192/2
budgets [8] 27/1 27/2 29/12 32/13
33/10 39/17 39/21 68/15
build [4] 119/25 123/12 215/5 218/11
building [3] 77/2 214/25 215/18
buildings [1] 187/1
built [2] 24/3 34/12
bunch [2] 9/22 82/10
Buntin [1] 3/11
bureaucracy [1] 77/22
bus [2] 45/18 46/8
business [6] 65/16 123/11 130/13
130/16 131/8 138/6

**C**

C-R-U-M-B-O [1] 37/20
cabinet [5] 74/1 164/11 164/16 164/22
164/23
calendar [8] 86/17 152/14 157/2 157/13
157/14 157/19 158/1 158/17
caliber [1] 120/2

call [9] 5/10 22/21 25/3 27/23 36/16
178/20 179/13 206/2 216/21
called [18] 5/2 6/18 24/16 25/15 25/17
28/9 57/23 63/20 93/7 130/9 130/15
131/4 135/18 136/19 137/17 152/3
158/14 180/11
calling [1] 151/9
calls [1] 99/4
came [19] 6/9 6/14 50/25 72/1 90/3
90/10 92/10 118/21 119/2 136/5 138/6
141/15 161/12 165/10 182/12 187/23
201/7 203/21 217/22
campaign [4] 118/9 118/12 119/4
119/10
campaigns [2] 21/25 22/1
campus [1] 186/10
can [80] 16/5 24/4 24/8 26/7 26/11
26/14 29/4 31/23 33/1 33/19 36/18
42/19 45/7 45/14 46/22 47/5 48/1
48/18 49/9 50/16 51/9 51/10 51/14
53/18 59/6 62/12 66/24 71/16 71/17
73/4 74/10 75/6 80/19 81/9 84/3 96/4
100/2 107/19 107/24 109/16 109/19
110/6 110/10 110/21 121/4 121/11
121/12 125/17 127/19 129/13 131/16
131/18 134/5 136/8 141/20 141/21
148/25 150/25 156/7 157/16 157/20
157/25 158/7 166/7 178/13 180/5
184/2 185/6 191/3 191/12 201/2
201/19 202/6 206/5 206/14 206/15
206/21 207/3 207/10 212/19
can't [21] 17/20 25/18 59/18 59/24 65/2
65/6 68/7 68/16 69/19 72/2 86/10
88/14 89/17 99/5 101/18 137/3 146/9
170/22 172/22 172/22 210/3
candidate [9] 121/13 130/19 133/13
147/9 147/11 147/15 148/1 149/21
203/12
candidates [5] 120/1 128/15 129/18
134/14 212/16
cannot [6] 41/2 69/20 100/8 145/12
196/3 197/12
capital [3] 28/8 28/9 47/10
caption [1] 3/3
card [1] 131/3
care [5] 105/24 122/9 122/12 122/13
180/2
cared [1] 204/4
Carolina [1] 173/3
Carrie [1] 167/17
case [13] 1/7 5/10 7/9 9/5 9/7 93/11
95/14 109/7 127/17 131/18 149/23
178/14 219/16
cases [1] 39/22
Cash [4] 130/9 130/15 131/4 131/4
casual [1] 132/2
category [3] 50/7 102/12 102/18
CATHEY [9] 1/17 3/16 9/21 91/11
91/14 102/13 199/1 199/10 200/17
caught [1] 156/11
cause [1] 106/19
caused [2] 8/12 176/2
central [33] 29/13 29/23 33/9 46/3 46/7
46/8 46/11 46/12 46/21 47/10
59/12 63/20 64/21 65/3 65/9 66/9 67/6
67/25 68/2 68/10 71/2 71/7 148/5
160/5 178/20 180/12 185/12 185/13
185/15 185/17 192/22 193/11
centralized [1] 47/11
CEO [1] 174/24

# C

certain [2]  209/9 209/21
certainly [5]  20/25 31/4 31/4 38/2 120/1
certificate [1]  3/4
CERTIFICATION [1]  219/1
certify [3]  219/8 219/13 219/18
cetera [5]  72/15 147/13 186/25 199/20
 212/3
Chad [15]  170/8 171/3 171/6 172/2
 202/19 203/2 203/8 203/19 205/11
 205/22 206/6 206/12 208/8 209/13
 210/1
chain [1]  74/3
chalk [1]  218/2
chance [4]  74/23 75/1 123/21 156/12
chancery [1]  9/8
change [9]  10/5 41/5 76/15 138/10
 139/17 143/2 177/21 187/19 187/25
changed [10]  22/11 42/1 76/24 97/17
 118/25 137/10 139/11 161/11 168/2
 177/2
changes [11]  11/19 38/1 46/1 49/25
 50/25 51/18 51/22 54/14 139/19
 155/11 155/14
changing [2]  73/1 215/14
characterize [5]  31/13 68/13 161/14
 199/15 214/21
charge [2]  122/23 123/1
charged [5]  132/9 132/19 132/25 133/4
 215/4
chart [9]  83/8 83/14 84/12 133/22
 166/12 167/4 168/20 169/14 169/14
charter [7]  95/15 95/17 95/19 95/21
 95/24 96/3 168/12
chase [1]  48/2
Chattanooga [2]  17/15 17/22
check [36]  4/13 72/8 114/22 115/12
 115/15 118/18 123/6 128/13 128/21
 129/1 129/6 130/5 133/14 134/4
 134/13 146/25 147/5 147/14 147/25
 149/12 149/18 149/25 150/3 150/6
 150/19 150/24 151/1 151/3 151/5
 152/17 152/20 153/10 153/14 153/16
 158/16 181/22
checked [1]  72/13
checking [2]  129/24 129/25
checks [8]  128/14 133/19 147/6 147/11
 150/11 150/13 150/15 153/18
chief [69]  6/21 8/3 8/12 14/8 22/17
 23/16 26/21 28/12 28/18 28/22 28/23
 53/12 55/11 55/13 55/18 55/19 55/20
 56/6 56/7 56/22 56/25 57/2 57/9 57/10
 57/13 57/17 57/24 58/2 60/22 72/1
 77/21 77/21 77/23 78/3 78/9 78/11
 78/15 78/17 78/18 78/23 78/24 79/23
 79/24 80/1 80/4 80/17 81/1 81/3 82/6
 82/16 83/1 84/8 84/10 85/11 88/22
 112/9 139/4 139/6 139/15 142/17
 143/6 163/21 165/1 165/1 166/3
 166/23 167/5 173/12 217/13
chiefs [1]  164/17
childhood [1]  85/14
choice [29]  25/20 28/25 30/13 32/4
 36/2 36/6 36/22 38/14 38/18 39/3 39/4
 39/8 39/13 39/24 40/8 40/9 41/6 42/14
 93/14 154/21 155/1 160/17 161/16
 162/1 162/17 176/11 176/16 177/15
 180/7
choose [1]  66/24
chosen [2]  171/7 217/11

Chris [17]  24/19 24/22 31/4 31/9 32/1
 32/23 33/17 45/13 46/19 48/11 63/6
 148/4 148/18 160/13 172/14 172/24
 200/5
circumstances [1]  177/23
citizens [1]  198/9
city [12]  35/1 118/6 140/14 140/17
 140/18 143/12 148/15 187/3 187/13
 187/16 187/19 194/25
city's [1]  187/23
civil [2]  3/3 161/13
claimed [3]  111/24 137/17 138/5
claims [1]  138/3
clarification [2]  6/24 14/5
clarify [8]  10/14 37/8 38/21 62/2 77/18
 100/24 112/21 125/5
classified [1]  18/10
classroom [4]  79/6 80/23 94/4 189/16
CLAY [15]  1/24 3/1 5/1 5/7 5/10 5/17
 5/17 5/19 26/11 44/3 73/8 153/24
 153/25 200/16 201/6
clear [8]  21/12 60/18 70/22 82/12 85/4
 91/5 181/14 204/25
clearer [1]  85/10
client [1]  36/13
close [1]  204/14
closed [1]  187/1
closer [1]  61/1
clue [1]  159/6
clues [1]  210/13
coach [21]  83/1 87/2 87/20 88/2 88/2
 88/7 88/18 89/3 89/11 90/19 95/2 95/5
 96/6 96/9 96/10 96/11 96/13 96/14
 96/17 96/23 97/13
coached [1]  96/8
coaches [2]  97/5 97/24
coaching [2]  95/7 95/13
Cohn [3]  97/4 97/18 97/20
collaborative [1]  83/6
collating [1]  64/9
colleague [2]  162/7 162/11
collect [1]  197/13
collected [2]  197/22 197/24
collective [3]  4/17 34/11 202/17
college [3]  21/19 21/20 22/1
combination [5]  22/24 38/11 54/12
 55/19 74/15
combined [9]  55/18 55/21 57/11 57/17
 57/22 58/12 80/2 80/5 85/11
combining [2]  57/8 57/9
come [18]  8/2 18/2 31/21 61/4 65/17
 74/1 87/15 98/11 130/12 133/21 146/2
 151/13 170/10 190/22 192/4 192/5
 196/12 200/24
comes [5]  114/21 115/15 168/9 168/10
 188/14
coming [1]  85/22
command [2]  74/3 76/6
comment [5]  12/5 77/18 148/12 212/11
 212/12
comments [2]  94/19 148/4
commiserate [1]  168/7
commission [1]  96/4
committee [1]  161/4
committees [1]  21/16
common [3]  9/18 13/23 143/1
commonly [2]  187/12 212/10
communicate [5]  81/4 99/5 99/8 99/10
 99/12
communicates [1]  147/12

communication [2]  75/11 85/10
communities [3]  6/19 118/10 195/23
community [8]  61/3 79/9 92/15 95/4
 140/15 164/19 170/22 179/19
comp [1]  140/5
company [9]  130/9 131/3 131/4 135/18
 136/19 137/17 137/22 137/22 138/3
comparable [1]  60/9
compared [2]  60/3 191/23
comparison [2]  59/11 195/3
comparisons [1]  59/7
compensation [1]  191/14
compete [1]  7/5
competence [1]  162/20
competent [1]  162/16
complained [7]  90/25 91/12 93/25 94/2
 94/8 102/20 108/21
complains [2]  101/25 212/5
complaint [4]  93/4 93/6 107/16 152/24
complaints [3]  91/22 103/3 107/13
complete [1]  216/3
complexities [1]  206/24
complicated [3]  31/3 206/19 206/20
component [3]  116/19 160/23 208/24
components [3]  53/22 53/23 54/2
comprehensive [4]  31/2 214/23 215/18
 215/21
Comptroller [1]  6/10
computer [4]  155/12 155/14 155/23
 157/6
concentrating [1]  116/10
concentration [3]  144/13 144/17 145/22
concept [3]  163/20 207/3 207/5
concern [1]  171/19
conditions [1]  173/7
conducted [4]  153/7 157/3 210/10
 210/16
conducting [1]  174/10
conferred [1]  170/17
confident [1]  185/10
conflict [1]  63/16
confused [4]  127/5 127/20 127/23
 186/1
confusing [2]  10/2 166/12
congress [1]  182/25
connected [3]  20/16 95/17 107/20
connection [3]  21/14 82/1 135/7
connections [3]  19/10 20/18 20/22
consent [1]  132/13
conservative [2]  191/5 194/12
consider [1]  160/14
consideration [4]  68/17 97/4 98/7
 212/13
considered [12]  7/10 7/19 8/21 97/17
 97/20 102/11 102/19 103/14 103/22
 105/3 108/12 120/4
considering [1]  7/14
consistency [2]  85/16 85/18
consistent [3]  78/6 82/13 85/4
consolidated [2]  55/21 75/13
constant [1]  12/24
consult [1]  104/4
consultation [1]  184/16
consulted [1]  104/21
consulting [2]  73/9 138/9
contact [20]  8/13 12/21 12/24 17/3 18/3
 29/4 30/21 31/1 31/10 31/14 32/22
 33/17 44/6 119/19 119/24 146/13
 146/20 170/10 170/16 171/3
contacted [13]  8/14 8/15 17/10 17/10

**C**

contacted... [9]  29/10 29/19 31/8 31/9
31/13 32/1 42/4 146/1 170/13
contacting [6]  16/15 16/20 30/25 99/20
151/12 176/17
contacts [1]  158/25
contemplating [1]  146/7
contest [1]  196/6
context [4]  33/4 38/10 42/18 123/15
contextual [1]  210/13
continue [1]  139/19
continued [4]  173/2 173/2 173/8 176/21
continuous [2]  59/23 151/8
contract [32]  16/21 42/22 43/4 73/17
87/21 97/10 156/3 162/22 163/5
163/14 163/16 163/24 212/20 214/14
214/18 216/5 216/13 216/13 216/15
216/15 216/16 216/17 216/17 216/22
216/25 217/4 217/12 217/16 217/21
217/25 218/7 218/16
contracted [4]  40/7 45/6 45/9 45/19
contractor [1]  41/21
contracts [10]  10/12 10/12 10/15 59/25
64/12 64/12 138/14 163/11 163/13
187/1
contribute [1]  64/20
control [1]  138/20
controversy [2]  215/8 215/13
conversation [7]  106/7 148/7 152/9
208/1 209/5 210/11 212/15
conversations [3]  156/16 200/1 200/4
convey [1]  13/1
conveying [1]  128/5
convicted [9]  115/12 125/22 126/13
127/1 127/22 127/25 132/9 132/12
132/25
Cooper [2]  137/10 139/1
coordinate [2]  11/1 217/14
copies [1]  112/6
copy [1]  157/25
core [1]  14/24
correct [153]  8/19 10/18 12/14 13/15
13/17 13/18 19/22 20/2 20/5 20/16
23/8 23/21 23/25 24/5 24/7 27/3 27/3
27/8 29/2 29/5 30/10 30/15 34/18
37/13 38/8 46/8 46/13 46/17 47/15
51/19 51/24 54/24 55/2 57/18 58/8
58/9 58/13 58/15 58/18 61/14 62/20
62/23 63/4 65/4 67/8 74/5 74/6 76/11
76/15 77/7 77/8 77/9 77/17 78/10
78/15 78/16 78/20 83/15 83/19 84/9
89/11 94/7 98/24 99/17 100/22 106/9
110/2 110/3 110/4 110/5 111/6 111/7
111/9 112/11 112/13 123/18 124/11
125/15 125/17 125/19 126/23 126/24
131/24 134/22 135/3 136/1 139/10
141/18 142/20 142/21 142/22 142/24
143/7 144/1 144/3 144/5 145/3 145/10
147/16 148/2 150/25 152/17 153/15
160/9 163/22 165/7 165/13 166/25
169/17 173/17 173/22 174/1 176/25
177/3 177/15 178/3 178/12 180/1
182/7 182/10 185/25 186/14 188/25
189/4 189/6 189/12 193/7 194/3
194/19 195/16 196/11 199/14 205/14
207/7 208/23 212/22 213/10 213/22
213/25 214/2 214/7 214/20 215/5
215/7 216/14 216/16 217/5 217/17
217/20 218/8 218/9 218/11 218/12
correctly [4]  30/17 85/15 195/20 214/3

cost [3]  159/11 159/23 193/8
could [9]  6/2 12/12 12/18 16/25 17/16
18/24 19/1 24/25 29/3 29/11 29/21
30/22 31/11 31/18 41/11 42/8 42/14
43/18 44/7 44/20 48/7 48/12 52/17
53/1 70/12 70/14 70/16 72/16 81/17
82/23 85/6 85/10 97/17 99/10 99/12
120/21 127/20 127/23 135/3 139/1
141/3 145/8 157/5 158/17 158/23
177/11 186/16 190/1 190/3 199/15
199/23 200/20 201/15 202/4 202/5
204/20 207/9 210/5 212/6
couldn't [4]  5/20 99/8 158/15 173/8
council [4]  13/9 21/3 194/10 198/12
counsel [5]  3/1 13/1 165/17 171/14
219/14
counted [1]  185/15
counting [1]  48/22
country [1]  145/14
county [6]  1/7 1/13 1/20 195/4 197/17
219/3
county's [1]  197/16
couple [7]  18/16 99/2 154/22 166/2
166/21 184/13 200/17
course [9]  66/23 69/4 73/23 84/20
130/12 159/18 175/23 175/25 187/15
court [9]  1/1 6/24 9/8 14/4 62/5 127/17
219/6 219/19 219/20
Courthouse [1]  3/23
covers [1]  190/19
COVID [12]  180/16 180/16 180/20
181/3 181/13 186/10 186/22 214/15
214/19 214/22 214/23 215/14
COVID-19 [3]  186/10 186/22 214/15
coworkers [1]  207/6
create [7]  19/16 57/10 57/11 80/3
165/14 176/8 204/4
created [4]  62/11 71/24 72/4 116/12
creating [3]  139/15 140/13 146/10
credit [2]  131/3 139/14
Creek [3]  89/5 89/5 164/9
crime [1]  115/12
criminal [12]  114/17 114/19 122/5
122/10 126/14 127/15 131/18 146/24
147/14 152/16 153/9 153/16
crisis [4]  74/22 199/19 199/22 199/24
cross [1]  101/5
crossed [1]  207/12
crucial [1]  36/12
Crumbo [2]  37/18 37/20
cry [1]  206/1
cultural [1]  212/7
culture [1]  204/4
current [5]  35/20 35/21 76/17 77/5
189/13
currently [4]  14/3 16/12 136/14 139/22
curriculum [14]  54/21 75/18 75/19
75/24 75/25 76/2 76/4 76/21 76/22
78/3 78/8 78/9 79/21 145/19
custodial [1]  187/1
cut [41]  24/9 24/25 29/4 31/24 32/19
33/1 33/8 33/11 33/18 33/19 34/1 34/3
34/16 35/3 35/12 37/2 37/21 44/16
44/20 45/1 45/5 45/7 45/11 45/15
45/18 45/21 46/13 46/20 48/1 49/8
49/16 49/18 50/6 180/9 180/10 180/11
180/12 190/5 190/6 192/12 217/13
cuts [20]  29/21 30/22 31/11 31/15 32/6
32/15 32/17 33/13 34/8 42/20 43/18
44/7 44/13 45/12 45/15 45/18 49/22

49/24 50/25 189/10
cutting [4]  33/4 37/9 44/8 47/4
CV [2]  1/5 5/20

**D**

Dads [1]  93/1
DAMON [6]  1/17 3/16 91/11 91/14
102/13 199/10
date [7]  39/6 62/17 152/11 153/23
156/19 182/13 189/4
dated [2]  168/23 184/11
dates [2]  86/18 153/13
daughter [1]  173/11
David [3]  58/5 79/24 82/25
DAVIDSON [5]  1/7 1/13 1/20 195/4
219/3
day [13]  151/15 152/3 152/17 153/7
153/8 157/21 158/11 158/13 158/14
158/16 158/17 158/23 216/11
deal [3]  10/19 22/7 206/23
dealing [6]  14/2 22/6 22/16 145/9 206/2
206/24
dealt [2]  145/17 161/18
Dean [2]  160/25 161/4
debating [1]  158/22
debt [1]  187/22
December [2]  213/24 215/16
decide [5]  113/22 120/18 151/19 174/3
188/13
decided [3]  61/16 120/19 158/24
deciding [1]  78/12
decision [18]  19/18 32/12 53/24 60/11
60/14 70/14 87/20 88/1 88/17 89/21
90/2 111/25 138/18 140/16 173/9
179/11 194/13 194/14
decision-maker [1]  111/25
decision-making [1]  140/16
decisions [2]  165/16 190/7
decreased [1]  42/22
deeply [2]  180/2 204/4
defendant [2]  71/5 111/24
Defendants [4]  1/8 1/14 1/22 3/22
defer [1]  85/19
define [1]  49/24
defined [1]  183/25
definitely [2]  124/19 178/2
definitions [1]  164/6
degree [4]  117/7 124/13 124/18 125/5
degrees [2]  6/6 6/8
deliberation [2]  8/23 12/8
deliberative [1]  209/23
delivered [1]  79/5
delivering [1]  76/22
Demand [1]  1/5
democratic [5]  21/21 21/23 119/13
119/16 144/1
Democrats [1]  21/20
demonstrated [1]  16/2
denied [1]  95/25
Denise [1]  150/15
Dennis [1]  168/14
deny [1]  213/15
department [25]  3/23 6/11 21/4 24/8
24/16 24/17 24/19 25/21 26/4 27/23
28/4 28/6 28/13 31/10 32/23 42/20
43/17 49/8 54/4 63/13 140/9 161/12
163/9 163/12 199/23
department's [1]  185/22
departmental [1]  185/22
departments [5]  24/22 25/15 60/8 79/4

**D**

departments... [1] 217/14
depend [6] 21/1 25/3 30/3 177/19
178/22 211/5
depending [4] 11/19 147/3 184/20
184/20
depends [19] 7/9 22/9 80/15 95/19
97/12 122/21 122/24 123/2 123/15
145/1 159/17 177/16 177/22 183/18
183/25 187/15 188/2 196/22 208/24
DEPONENT [1] 218/21
deposed [1] 5/3
deposit [1] 181/22
deposition [13] 1/24 3/1 3/4 9/6 10/6
36/17 72/17 83/24 86/12 86/14 113/2
133/23 219/8
depositions [1] 48/3
deputy [2] 95/4 96/6
describe [1] 94/16
described [2] 111/3 181/24
description [1] 79/2
designation [1] 97/16
desire [2] 192/3 209/1
despite [1] 188/7
details [3] 41/22 65/11 209/2
deteriorate [1] 173/8
determination [1] 34/15
determine [9] 11/18 12/8 19/5 25/4
31/17 34/7 114/1 183/2 211/18
determining [1] 56/18
develop [1] 21/8
developed [1] 204/14
development [7] 59/20 60/5 139/25
140/2 140/7 140/10 140/12
did [349]
didn't [31] 7/22 8/1 37/9 49/19 61/21
73/4 84/23 86/23 111/20 119/11
137/25 139/6 144/20 150/21 151/11
151/16 156/23 158/20 172/12 174/21
177/2 180/9 180/9 189/23 189/23
193/16 197/18 204/17 205/1 207/2
218/3
differ [1] 155/24
difference [1] 76/2
different [40] 8/11 10/7 12/10 23/1
24/25 25/15 27/6 31/25 32/7 32/21
41/20 41/21 44/4 47/3 54/1 60/2 60/23
64/6 80/11 81/6 110/18 111/5 112/23
138/11 138/13 140/23 151/2 154/25
155/19 158/11 161/17 164/1 164/5
169/12 186/25 188/14 188/15 195/22
195/22 196/16
differently [2] 195/23 196/16
difficult [7] 36/11 45/19 57/20 130/23
151/17 185/14 206/25
direct [7] 76/5 81/1 82/1 82/9 89/24
162/18 167/7
directing [1] 78/2
direction [2] 12/6 151/2
directly [7] 58/7 82/17 82/19 180/10
180/12 180/23 181/7
director [74] 10/15 14/16 22/18 26/3
28/16 30/12 32/3 36/2 36/5 36/22
37/17 37/23 38/18 39/2 39/4 39/8
53/16 55/3 55/9 56/8 58/8 58/17 58/25
59/5 60/22 61/10 61/12 75/12 79/9
82/20 82/24 89/16 90/8 90/13 90/14
91/19 93/13 111/8 111/18 113/15
143/25 159/10 162/16 166/5 166/9
166/14 166/16 167/1 167/12 167/25

168/8 168/12 170/11 172/7 177/14
178/21 178/21 180/6 189/22 199/8
202/20 203/12 203/16 203/18 204/19
208/4 208/9 208/22 209/2 209/9
210/22 211/4 211/23 212/16
director's [1] 111/13
directors [37] 55/1 56/1 58/11 58/19
73/15 74/5 77/7 77/17 77/24 78/5
78/22 79/15 79/18 79/20 80/7 80/7
80/10 81/7 81/14 82/4 82/23 84/4
85/12 109/24 110/7 110/16 110/19
112/1 113/14 166/20 167/4 169/1
179/12 204/25 208/19 210/23 210/24
disagree [1] 214/8
disconnected [1] 107/18
discrimination [1] 101/25
discuss [8] 12/23 66/2 67/6 199/12
199/18 208/21 208/25 217/11
discussed [4] 68/5 92/2 210/3 217/7
discussing [5] 61/22 105/8 164/21
169/16 209/12
discussion [11] 5/15 26/9 65/8 67/24
68/1 68/10 68/15 70/21 172/5 202/8
208/7
discussions [6] 84/16 98/16 120/5
145/21 165/7 197/7
disparities [1] 102/21
disparity [4] 91/1 103/3 107/13 107/17
disposal [1] 47/11
dispute [1] 40/3
disqualifying [1] 123/8
Disruption [1] 51/11
distinction [1] 23/4
district [32] 1/1 1/1 6/17 7/24 8/6 18/21
19/5 25/3 25/5 53/17 57/12 65/16
70/11 87/23 88/4 88/14 90/4 90/11
90/16 95/13 95/15 95/21 95/24 115/19
176/21 177/5 177/11 179/5 189/10
194/8 194/9 194/15
district-run [2] 95/13 95/15
districts [1] 194/24
diverse [2] 140/14 140/15
diversity [31] 112/18 114/5 116/22
116/25 118/6 118/9 124/10 124/15
124/23 136/8 139/4 139/7 139/15
142/17 143/6 143/21 145/10 145/12
148/8 154/21 155/1 160/22 160/25
161/5 161/8 161/11 161/15 161/25
165/12 167/9 170/4
division [5] 1/2 25/19 25/20 25/21
162/23
do [319]
docs [1] 160/5
doctorate [1] 117/17
document [29] 4/9 32/16 32/20 46/14
46/24 50/19 51/10 52/11 64/16 71/12
71/18 71/22 71/24 72/9 72/20 83/21
121/4 131/13 133/25 141/6 142/12
152/18 160/10 169/4 169/24 184/5
184/14 184/23 202/15
documentation [2] 116/5 181/20
documents [16] 13/11 50/13 51/4 51/5
61/20 62/9 63/14 64/10 64/10 64/20
71/1 71/6 71/7 76/16 155/18 155/20
DOE [50] 1/3 3/10 36/16 36/20 38/17
39/23 40/12 41/4 42/4 93/3 93/6 93/9
93/17 93/19 94/2 94/6 112/15 112/23
112/24 115/25 116/15 117/12 120/21
133/17 146/13 149/25 150/3 151/6
151/9 151/12 151/22 151/23 151/24

152/2 152/9 152/22 153/3 154/6
154/19 155/21 158/11 158/18 160/24
161/22 170/2 176/3 176/18 177/4
177/24 199/3
Doe's [4] 42/15 53/3 53/7 93/13
does [46] 7/4 9/18 10/25 11/9 11/22
14/2 14/13 14/14 16/12 17/19 17/23
28/15 40/18 55/21 66/3 66/6 80/18
94/14 94/25 96/2 100/4 100/11 112/23
113/7 115/11 117/19 121/13 122/16
135/9 135/10 146/25 147/2 147/12
152/12 167/25 168/2 185/2 205/18
205/21 205/23 205/25 206/1 206/4
207/1 211/9 217/8
doesn't [20] 23/22 70/10 84/13 101/4
101/6 101/9 106/2 107/5 109/2 112/2
124/3 128/3 135/22 137/23 138/12
160/11 169/7 177/14 186/11 200/23
doing [10] 10/24 13/1 110/21 111/5
130/13 134/14 160/17 172/2 180/3
193/22
dollars [5] 186/20 187/3 188/19 189/6
190/2
don't [175] 7/5 7/19 8/21 8/22 8/22 9/23
13/19 17/11 17/25 18/10 19/1 20/3
20/6 20/7 20/17 20/20 21/23 24/2
26/17 33/22 37/6 39/25 39/25 40/15
40/22 40/23 42/7 42/11 43/10 43/14
44/24 45/15 49/3 49/12 50/2 50/3 51/3
53/10 56/17 57/21 64/5 64/15 65/1
65/6 66/20 67/22 68/4 69/12 69/18
70/11 70/12 70/22 71/25 74/7 80/13
81/4 81/5 81/11 86/1 88/11 88/11
88/19 88/23 88/25 89/12 89/15 89/23
90/3 90/11 90/16 92/10 92/12 93/2
96/25 97/1 97/5 97/15 97/19 97/22
98/4 98/9 98/12 100/3 100/14 104/20
105/11 105/14 105/24 106/6 109/5
109/13 111/19 111/22 111/23 113/19
113/24 116/3 116/3 116/9 116/11
119/7 126/9 126/21 128/4 129/16
130/24 133/12 134/18 135/6 135/6
136/6 136/10 136/10 136/14 136/21
136/22 137/7 137/19 137/25 140/8
141/15 146/15 146/18 146/19 147/14
148/12 148/17 151/5 153/18 153/21
154/3 156/9 157/4 161/20 163/14
164/6 165/6 165/9 167/23 170/20
170/20 172/16 174/7 174/17 175/19
176/15 178/4 178/15 183/10 188/13
189/19 192/7 192/18 196/13 197/25
198/13 199/16 204/25 205/5 205/25
207/1 207/13 207/22 208/11 208/15
208/20 209/2 209/24 210/20 211/1
211/5 211/6 211/10 214/8 218/13
done [15] 13/5 54/11 54/12 56/11
56/14 106/19 106/24 119/1 123/6
133/18 147/11 148/21 150/10 153/19
153/22
doubt [2] 162/11 162/19
doubted [2] 162/14 177/4
down [30] 26/17 26/18 27/5 33/14
35/13 37/2 37/22 45/25 51/16 62/19
100/8 121/21 121/23 127/16 127/21
135/11 149/7 181/19 181/20 185/6
192/9 195/3 195/11 195/15 195/19
196/15 196/17 196/19 214/1 214/10
dozens [1] 174/25
DR [98] 1/7 1/9 1/13 1/16 1/16 1/17
1/21 3/9 3/9 3/10 3/16 5/17 6/21 6/23

**D**

DR... [84] 7/1 8/15 9/21 16/14 16/18 31/6 53/20 56/18 60/11 61/13 61/15 61/17 65/14 65/25 66/3 66/7 67/5 69/15 70/3 70/7 70/16 70/18 73/9 73/19 74/8 79/11 81/15 81/20 81/22 82/22 84/7 84/8 84/11 84/13 84/15 84/16 85/19 86/8 87/1 88/7 88/12 88/24 90/5 91/15 92/11 94/19 94/22 98/17 99/15 99/19 100/6 101/4 101/11 102/11 103/14 103/22 103/22 104/4 105/2 107/9 108/7 108/9 108/19 109/7 112/10 115/25 120/5 151/6 153/1 154/4 167/17 170/17 170/19 170/23 171/16 172/6 184/19 198/18 198/25 200/17 208/22 210/1 210/11 212/15

Dr. [17] 58/1 58/5 71/25 79/24 80/4 88/1 89/2 90/2 90/14 90/18 91/3 100/11 164/8 164/24 165/2 166/4 204/11

Dr. Bailey [5] 89/2 90/2 90/14 90/18 164/8

Dr. Bailey's [1] 88/1

Dr. Barnes [2] 71/25 165/2

Dr. Battle [2] 100/11 164/24

Dr. David [2] 58/5 79/24

Dr. Mason [3] 58/1 80/4 166/4

Dr. Norris [1] 204/11

Dr. Schunn [1] 91/3

dramatically [2] 197/18 197/19

drive [1] 113/22

driver's [1] 125/21

drivers [1] 46/8

driving [3] 127/18 132/10 132/19

due [5] 29/24 32/25 42/5 184/9 186/10

DUI [8] 126/1 126/6 127/3 127/13 127/15 132/9 132/25 132/25

DUIs [2] 122/16 122/20

duly [2] 5/2 219/18

during [21] 26/20 26/22 32/17 35/2 65/18 65/21 67/3 74/1 76/18 99/3 111/1 116/17 116/18 117/2 118/16 137/12 139/3 152/1 157/21 172/19 189/10

duties [4] 53/13 81/17 111/5 160/17

duty [1] 112/13

**E**

e-mail [4] 13/5 13/7 202/4 202/5

e-mailing [2] 176/24 177/1

e-mails [2] 36/25 37/6

each [11] 8/1 31/16 32/17 61/18 67/7 78/1 82/15 98/22 99/6 99/8 164/17

earlier [14] 33/5 74/14 106/12 112/23 112/23 144/15 156/20 157/3 159/7 166/18 191/9 200/18 208/6 214/13

early [1] 139/14

easier [2] 81/3 82/16

easiest [1] 108/1

easily [1] 127/20

east [1] 196/21

easy [2] 110/14 110/21

educating [2] 75/23 110/15

education [10] 6/11 6/12 21/4 22/18 34/9 79/5 124/4 198/13 198/13 215/19

educational [1] 144/14

EEOC [1] 116/4

effect [1] 37/6

effective [1] 54/19

efficiencies [7] 50/5 52/1 57/8 57/12

efficient [4] 44/23 45/4 54/18 199/19

effort [1] 83/5

either [9] 62/15 70/3 78/23 79/7 96/4 167/24 183/23 187/8 210/5

elaborate [1] 100/12

electric [2] 17/22 17/23

elementary [3] 169/1 203/17 203/19

elements [1] 61/2

eligible [4] 97/10 97/14 181/16 182/14

eliminate [15] 36/1 48/13 53/3 60/6 60/12 74/11 75/4 86/4 104/7 104/9 104/10 104/22 105/16 107/15 108/1

eliminated [14] 36/5 53/7 69/25 74/17 74/24 75/8 75/9 87/24 91/9 93/11 103/7 103/11 108/11 110/1

eliminating [4] 32/25 54/9 61/23 180/6

elimination [9] 38/8 60/4 68/20 69/10 73/10 104/5 148/5 199/6 199/13

Elisa [5] 204/11 205/10 207/17 208/8 208/17

else [24] 32/24 44/18 46/23 47/5 47/17 86/19 100/7 106/17 106/25 112/11 129/9 129/15 146/19 147/19 148/19 150/7 153/1 158/12 164/24 171/3 176/5 184/21 212/14 217/3

elsewhere [1] 191/4

emergency [4] 99/3 194/11 216/15 216/17

emotional [7] 204/7 204/23 205/11 205/19 206/4 206/13 206/14

employed [1] 203/4

employee [7] 28/6 28/23 63/13 114/23 176/21 191/14 219/14

employees [20] 115/16 115/19 116/11 162/25 163/1 163/3 163/13 179/25 180/2 185/11 204/4 204/8 204/23 205/12 206/14 206/17 206/19 206/22 207/4 212/12

employment [2] 136/9 143/11

enact [1] 53/15

end [5] 62/22 115/6 137/14 186/14 216/11

ended [14] 8/24 56/20 57/7 57/9 138/25 160/21 162/2 171/23 173/9 176/24 177/1 193/18 204/20 207/14

engaged [8] 103/15 104/11 105/3 105/23 108/12 108/22 109/9 117/23

enjoyed [1] 162/11

enough [1] 170/7

ensure [3] 54/19 60/25 110/19

enter [1] 122/16

entering [1] 34/23

entire [7] 42/18 44/11 47/20 76/17 118/6 124/20 194/15

entirely [1] 76/21

entitled [1] 195/6

entity [1] 218/7

equates [2] 125/4 125/7

equation [1] 187/11

equity [19] 112/19 114/5 116/23 116/25 118/6 118/9 124/23 136/8 139/5 139/7 139/15 142/18 143/6 148/8 160/22 165/11 167/10 170/14 170/4

equivalent [3] 17/21 35/24 46/15

error [2] 193/23 193/24

estimate [2] 159/16 191/22

estimates [1] 187/14

estimating [1] 191/20

et [5] 72/15 147/13 186/25 199/20

212/3

evaluation [1] 174/10

Evan [3] 16/8 16/15 16/20

even [16] 8/12 18/2 23/16 33/7 57/4 83/6 83/6 105/24 116/11 137/6 138/14 145/17 153/10 190/15 197/14 197/15

event [2] 132/23 215/14

eventually [1] 56/20

ever [21] 9/1 16/10 49/21 69/16 91/22 92/2 92/17 94/12 98/2 98/19 100/17 115/11 126/13 162/14 162/22 171/9 171/19 175/11 175/14 198/18 208/7

every [13] 5/9 9/17 12/15 13/16 23/14 31/14 50/2 50/4 50/6 51/22 51/25 66/22 191/1

everybody [2] 123/13 180/13

everybody's [3] 197/14 197/15 198/14

everyday [1] 75/20

everyone [2] 9/18 158/12

everything [12] 12/12 13/23 28/21 34/25 42/18 76/23 177/13 183/19 187/9 209/4 212/19 215/17

evidenced [1] 219/20

evolved [1] 204/12

exact [6] 9/10 17/8 23/23 24/7 168/19 176/7

exactly [8] 18/21 25/23 46/24 69/2 146/6 187/17 187/18 187/19

Examination [6] 4/2 4/2 4/3 5/4 200/15 218/14

example [13] 25/10 41/20 43/10 64/11 72/14 86/1 86/11 185/14 186/24 190/21 193/18 195/16 206/16

except [2] 3/4 205/2

exchange [1] 132/2

exchanges [1] 13/7

excuse [9] 37/23 79/7 121/22 151/11 163/2 166/17 189/7 194/25 211/10

executive [93] 55/1 55/3 55/12 56/1 58/11 58/19 59/17 59/21 60/5 73/15 74/4 77/7 77/17 77/24 78/5 78/22 79/8 79/15 79/18 79/19 80/7 80/7 80/10 81/7 81/14 82/4 82/19 82/23 84/3 85/12 90/8 90/12 90/13 91/19 93/13 109/23 110/7 110/15 110/18 111/8 111/13 111/18 112/1 112/18 113/14 113/15 114/5 136/7 148/7 159/9 160/21 164/20 165/11 166/5 166/9 166/14 166/16 166/20 167/1 167/4 167/9 167/12 167/13 167/25 168/1 168/8 168/8 168/12 169/1 170/3 170/11 172/6 178/21 179/12 189/21 202/20 203/12 203/16 203/17 204/19 204/25 208/4 208/9 208/18 208/22 209/2 209/9 210/22 210/23 210/24 211/4 211/23 212/16

exhibit [34] 50/17 50/20 52/8 52/12 71/10 71/13 72/17 72/21 73/2 83/18 83/22 83/24 131/9 131/14 133/23 134/1 141/4 141/7 141/11 142/10 142/13 145/5 165/22 165/22 165/25 166/1 168/21 169/15 169/21 169/25 202/7 202/13 202/16 202/17

EXHIBITS [1] 4/5

exist [1] 137/23

existed [1] 182/23

existing [1] 19/15

exists [2] 137/6 139/23

expand [2] 209/1 209/23

expanded [2] 57/11 168/4

**E**

expect [9]  21/6 43/2 43/6 43/24 44/24 107/4 145/15 161/6 178/23
expected [2]  42/23 138/24
expense [2]  41/21 218/18
expenses [11]  35/11 35/17 35/18 181/17 182/14 187/11 187/21 190/19 190/25 216/7 217/22
expensive [1]  215/12
experience [17]  61/18 114/13 133/11 135/12 144/7 145/25 161/25 176/2 176/11 176/15 194/5 201/21 201/25 211/6 211/8 211/10 211/25
expert [7]  102/3 116/8 145/19 163/20 172/10 197/5 216/2
expertise [4]  14/23 61/11 116/21 203/22
experts [3]  24/24 25/1 160/14
explain [4]  48/18 60/20 206/5 207/1
explained [1]  106/12
explaining [1]  85/1
explicitly [1]  134/15
express [4]  70/13 116/21 171/19 212/9
expressed [3]  117/3 170/21 203/19
extensive [10]  34/8 45/8 61/11 61/17 68/15 148/14 176/6 200/1 200/3 202/1
extensively [2]  45/1 166/19
extent [12]  20/18 21/5 59/3 62/4 70/23 74/9 88/23 95/6 102/8 115/20 122/13 205/2
external [1]  149/7
extra [5]  44/20 53/6 60/21 77/22 159/19
extreme [2]  124/21 215/14
extremely [1]  186/21

**F**

faced [1]  189/10
facing [1]  34/9
fact [7]  33/6 36/8 177/6 186/9 188/7 192/7 207/19
factor [3]  11/24 38/10 38/10
factors [3]  38/1 113/21 138/19
fair [5]  104/6 105/20 106/18 107/12 107/15
fairest [1]  179/17
fairly [2]  13/23 175/17
fall [2]  183/4 205/17
falsification [1]  91/12
familiar [17]  9/25 27/9 62/24 63/3 63/23 71/23 139/25 142/1 162/6 163/15 185/1 186/15 205/19 212/20 214/14 214/16 217/9
family [2]  173/2 173/5
far [3]  168/25 176/9 213/18
fast [2]  31/3 185/9
fast-moving [1]  31/3
father [1]  173/10
federal [19]  3/3 10/11 17/15 17/17 19/6 21/5 21/6 59/25 167/12 168/1 168/9 180/19 181/3 181/8 181/9 181/21 182/11 183/22 218/17
feel [7]  10/8 11/13 12/17 31/18 85/8 107/25 206/17
feelings [1]  161/22
felonies [1]  127/12
felony [3]  127/1 127/22 128/1
felt [4]  8/7 8/23 85/6 85/9
females [1]  91/1
Ferrari [1]  218/1

few [2]  111/10 134/10
fewer [1]  82/5
field [2]  18/22 18/24
fight [1]  87/10
figure [4]  11/6 12/1 20/21 31/14
figures [2]  23/23 24/8
figuring [1]  183/1
file [1]  94/6
filed [1]  123/21
fill [8]  15/1 19/9 19/11 56/11 56/14 84/23 114/25 209/21
filled [5]  55/16 57/5 58/14 191/3 192/17
filling [3]  16/5 84/17 193/18
final [3]  41/8 45/24 50/17
finance [5]  12/25 12/25 22/18 22/19 37/17
finances [1]  25/2 130/13 131/7
financial [3]  23/22 28/24 131/5
financially [1]  219/15
find [19]  5/21 6/2 24/8 27/12 40/6 45/14 46/22 47/5 47/24 48/6 48/12 49/9 50/5 50/14 52/16 53/1 101/12 116/17 128/12
finding [1]  12/9
fine [7]  16/7 26/25 26/25 72/25 109/6 109/21 202/2
finish [2]  32/9 175/15
finished [1]  214/17
fire [7]  87/20 106/16 106/17 106/21 106/23 107/4 107/12
Firefly [5]  40/10 41/17 41/25 42/7 156/3
first [21]  5/2 7/24 34/23 38/25 49/23 50/3 51/16 52/2 62/11 79/2 124/1 162/24 170/18 170/23 170/23 181/17 182/3 186/18 186/22 207/14 210/4
fiscal [15]  26/12 28/24 35/3 39/1 45/24 186/2 186/4 186/5 186/14 187/10 189/6 189/7 189/7 189/14 191/11
fiscally [1]  188/11
fit [3]  209/11 209/17 212/7
five [8]  6/17 46/3 46/13 46/15 46/20 47/22 48/25 49/8
floor [1]  101/2
fluff [1]  44/18 44/20 44/24
focus [8]  19/6 19/7 19/7 110/14 117/25 145/25 206/18 216/12
focused [3]  116/19 140/4 140/12
folder [1]  121/6
follow [3]  6/9 100/13 207/25
following [2]  173/6 219/21
follows [1]  5/3
force [2]  161/1 161/8
Ford [1]  3/17
forecasted [1]  187/17
foregoing [1]  219/9
Forgive [1]  28/10
form [55]  3/4 15/12 17/4 20/24 37/4 40/19 41/14 42/10 43/20 44/9 47/6 47/19 48/8 48/14 48/19 49/11 50/11 52/19 52/24 53/8 62/1 68/21 69/1 69/11 75/2 75/10 93/16 98/1 99/25 101/15 102/15 102/22 103/16 104/1 104/13 105/5 105/25 107/22 108/3 108/13 108/23 109/11 112/3 116/7 126/11 136/16 136/20 147/22 160/7 164/3 179/7 192/1 194/20 197/2 198/10
Formal [1]  61/11
formalities [1]  3/3
formation [1]  43/23

former [1]  80/14
forth [3]  11/7 22/7 162/8
fortunate [1]  190/21
forward [4]  13/4 43/24 147/4 158/6
forwarded [2]  202/11 202/11
found [10]  47/21 48/7 48/21 49/13 53/5 71/19 92/7 190/2 209/11 209/16
four [14]  9/20 54/23 60/12 60/23 80/21 81/5 81/5 103/13 104/9 104/10 104/25 105/22 108/20 109/8
fourth [1]  159/5
Fox [1]  3/22
frame [1]  22/10
free [1]  10/8
Freeman [9]  16/8 16/9 16/15 16/20 17/12 17/14 18/3 18/23 140/24
freeze [1]  77/4 186/9
friends [1]  135/5
front [7]  12/19 151/20 152/19 164/22 164/23 164/24 217/8
full [10]  5/5 21/5 46/15 73/22 74/9 79/6 102/8 115/20 164/6 209/19
full-time [1]  46/15
fully [1]  138/24
function [5]  27/22 27/23 28/2 41/3 53/25
functions [1]  36/10
fund [5]  187/22 188/1 188/4 188/9 198/6
funded [7]  42/15 186/16 190/12 190/14 193/7 193/6 193/8
funding [10]  9/7 12/9 24/4 44/25 168/9 168/10 180/15 181/13 188/14 189/12
funds [17]  44/20 87/13 96/13 130/15 180/17 180/19 181/9 181/19 181/20 181/22 182/12 182/23 183/22 194/11 218/15 218/17 218/19
further [7]  38/3 73/21 144/14 218/13 218/21 219/13 219/18
future [3]  17/2 32/12 192/3
fuzzy [1]  89/13

**G**

gained [2]  60/18 145/24
game [2]  85/14 218/2
Garcia [2]  92/6 92/11
GARLAND [3]  2/8 219/6 219/24
gathered [1]  152/1
gathering [1]  209/7
gave [8]  32/16 82/10 129/18 129/18 155/22 159/6 181/4 181/12
general [26]  22/19 30/8 30/11 33/3 37/17 72/13 86/7 102/2 106/22 111/10 122/11 122/12 123/9 130/3 187/13 204/8
generally [10]  66/22 67/23 70/19 113/9 113/23 114/7 137/14 141/9 162/6 163/19
generate [1]  196/3
generated [1]  196/4
gentlemen [1]  140/23
Georgia [2]  6/4 6/6
get [44]  13/19 19/3 26/7 32/15 34/11 35/9 42/1 43/13 57/2 61/21 62/5 62/10 67/9 85/15 97/5 116/14 118/4 119/11 127/20 128/18 128/20 134/5 148/11 154/2 169/3 172/12 176/18 179/23 180/16 180/18 181/21 182/1 183/18 188/13 190/21 191/6 201/8 201/15 206/7 206/10 206/10 215/17 217/3

# G

get... [1] 218/15
gets [2] 144/14 147/21
getting [9] 10/25 33/6 33/6 35/7 87/9 110/24 147/11 164/5 213/18
give [14] 51/5 58/22 59/4 70/17 73/21 75/7 82/7 82/22 86/8 156/7 156/19 181/15 198/18 206/15
given [8] 13/2 13/25 85/24 86/6 86/9 123/23 156/24 181/8
gives [1] 63/12
giving [2] 58/21 144/7
glad [6] 6/4 51/4 85/1 117/11 191/7 213/16
go [68] 6/18 9/15 10/5 11/2 11/7 11/17 17/3 23/17 27/5 27/6 38/13 38/21 40/8 44/17 45/5 45/22 45/25 50/14 51/16 53/18 55/23 62/19 62/22 64/20 65/25 66/8 67/23 81/10 81/10 101/13 101/24 109/6 115/16 123/20 125/20 127/16 127/21 135/11 144/9 148/25 149/7 152/13 152/19 153/12 153/24 154/1 156/18 160/14 165/21 173/10 180/22 180/25 183/20 185/3 185/4 187/6 187/21 188/1 190/24 194/9 194/13 198/15 211/4 212/21 213/9 213/11 215/6 216/9
go-to [1] 160/14
goal [1] 53/15
goes [6] 12/7 12/19 68/14 164/13 202/1 205/13
going [59] 5/23 9/8 9/14 9/22 11/9 23/24 32/24 33/18 35/9 36/16 39/17 42/22 46/20 46/21 49/8 51/7 51/22 66/8 67/6 67/9 71/9 83/17 83/23 86/4 94/20 99/21 101/13 109/4 121/24 130/15 130/17 130/19 133/22 141/14 142/9 148/11 151/20 154/1 157/2 161/2 168/20 171/1 171/2 172/20 180/13 184/13 184/22 185/6 185/9 189/25 191/2 191/3 192/17 192/17 193/15 193/17 200/6 207/20 209/8
gone [2] 93/1 190/20
good [17] 5/9 71/18 73/2 84/25 86/11 95/3 95/5 117/25 121/7 135/7 154/12 162/8 173/10 175/17 192/16 199/24 202/25
goodness [1] 81/7
goods [1] 200/3
Google [1] 200/23
Googled [1] 201/6
got [39] 20/22 24/2 24/4 28/22 35/7 35/12 40/9 42/6 42/21 46/1 47/14 50/1 50/2 51/18 57/16 71/2 83/9 112/17 114/14 117/18 121/5 124/9 125/5 131/23 135/12 141/13 146/6 147/18 168/2 181/2 181/10 183/4 192/22 194/17 196/8 196/25 197/25 200/9 215/19
gotten [3] 15/8 37/22 38/4
government [33] 1/6 1/12 1/19 6/16 7/25 10/14 10/15 10/20 10/25 12/22 14/3 15/2 15/17 19/4 20/5 21/2 21/6 22/20 26/22 27/3 37/1 37/18 119/19 120/3 139/5 139/23 148/15 180/19 181/3 181/8 182/11 187/14 190/17
governmental [6] 10/12 14/9 16/21 16/21 18/1 22/13
governor's [1] 21/5
GPA [1] 124/24

# H

had [165] 7/22 7/23 8/7 8/18 8/24 11/4 14/25 17/9 18/8 20/4 23/2 23/6 28/19 32/5 34/8 34/10 34/12 34/21 35/2 35/19 36/4 37/21 37/21 38/7 40/12 42/13 42/19 44/14 48/6 48/12 49/15 49/21 52/2 52/5 52/16 53/3 53/5 54/23 56/9 56/11 56/14 56/15 56/15 56/16 59/23 66/10 66/12 67/13 67/15 76/20 77/2 77/3 77/20 77/22 78/16 87/1 88/6 88/22 90/7 90/19 90/25 91/6 91/11 91/14 93/3 93/6 94/8 96/8 99/3 100/17 104/11 108/21 108/22 109/9 110/18 113/9 116/24 117/2 117/9 117/23 118/5 118/24 119/1 123/4 129/21 130/6 130/8 130/8 130/10 133/17 133/18 133/18 135/2 136/24 138/21 145/24 146/5 146/5 152/16 154/24 156/9 156/24 162/4 162/10 162/19 170/14 170/20 170/24 173/1 173/4 173/5 173/9 176/15 176/22 177/2 177/5 179/4 179/19 179/21 181/16 181/17 182/3 183/8 187/3 187/18 187/24 188/15 189/2 189/10 190/3 190/7 190/8 190/20 190/22 191/8 192/22 194/9 199/25 200/3 203/17 203/19 203/25 204/3 204/5 204/10 204/11 204/12 204/14 204/16 204/17 204/22 207/5 207/23 209/8 209/10 209/16 209/21 210/4 210/10 210/11 210/14 210/15 210/23 212/21 214/15
hadn't [2] 36/4 133/18
half [2] 52/1 72/23
hand [3] 112/5 168/25 201/2
handgun [1] 126/22
handle [2] 10/14 11/12
handled [2] 10/11 14/6
handles [2] 78/9 78/11
hang [10] 26/8 51/12 81/10 83/8 112/7 121/3 131/17 134/4 148/24 196/9
Hank [3] 153/25 201/6 201/6
Hansen's [1] 48/2
happen [2] 155/19 158/20 193/17
happened [7] 11/11 42/9 88/4 195/19 197/21 208/14 210/14
happening [2] 80/23 179/15
happens [6] 122/15 122/22 122/25 137/12 159/7 196/16
happy [1] 10/3
Harbison [6] 3/17 3/18 4/2 9/21 200/15 200/16
hard [1] 112/6
Harris [1] 21/20

# G

has [43] 14/17 14/23 19/10 25/24 41/23 44/11 48/25 65/15 68/19 69/16 71/2 78/5 81/1 87/2 96/18 96/19 96/23 99/20 106/24 107/16 117/12 117/16 117/17 120/22 123/14 124/10 124/15 124/21 144/12 144/12 144/17 144/21 152/11 163/14 165/15 171/22 178/5 178/15 180/13 193/12 197/24 204/12 211/1
have [389]
haven't [4] 15/7 16/22 69/18 212/17
having [6] 5/2 35/25 36/1 39/17 60/21 60/22 85/3 85/4
he [175] 5/11 14/11 14/12 14/13 14/14 14/19 14/22 14/23 14/25 16/10 16/12 17/14 17/19 17/20 17/23 18/4 18/8 18/14 18/24 19/1 19/21 31/13 32/19 52/16 52/17 63/12 87/4 87/6 87/9 87/12 89/4 89/18 89/20 90/6 95/2 95/3 95/7 95/12 95/13 96/8 96/8 96/19 97/2 97/3 97/3 97/17 97/20 98/6 98/7 98/10 116/14 117/23 117/25 118/5 118/8 118/12 118/15 118/17 118/20 118/20 119/1 119/2 119/9 120/10 123/21 124/3 125/5 125/23 125/25 126/15 127/3 127/5 127/8 127/23 128/1 128/2 128/3 128/5 129/21 130/6 130/8 130/10 131/22 132/1 132/19 132/19 132/25 133/4 133/14 135/14 135/17 135/17 135/20 135/23 135/23 136/3 136/5 136/12 136/14 136/18 137/16 138/3 138/3 138/5 138/6 138/8 138/8 138/20 138/24 139/4 139/6 139/6 139/8 139/8 139/12 142/2 142/16 143/5 143/20 143/23 143/25 144/4 144/12 144/16 144/19 144/20 144/21 145/3 145/4 145/24 146/9 147/8 147/25 148/14 149/20 155/13 170/20 172/2 172/17 172/18 173/4 173/5 173/9 173/9 173/13 176/15 176/17 176/18 186/8 202/21 203/9 203/11 203/16 203/21 203/25 204/3 204/5 204/5 204/6 204/10 204/12 204/16 204/21 204/22 205/3 206/1 206/12 206/20 207/11 207/12 207/15 207/23 208/3
he'd [1] 146/11
he's [9] 17/13 87/15 124/4 124/9 128/3 135/12 135/14 135/25 206/2
head [5] 6/16 40/24 86/2 86/11 196/13
heading [1] 215/15
headings [1] 27/6
headline [1] 191/15
heads [1] 31/10
health [2] 172/22 173/1
hear [8] 81/9 91/22 92/2 93/21 94/19 97/7 120/24 171/13
heard [9] 94/12 94/13 94/21 94/22 95/3 97/6 127/18 158/22 171/14
hearing [6] 3/5 12/4 23/2 23/3 67/18 68/9
hearings [1] 23/17
hearts [1] 170/21
held [4] 5/15 26/9 117/5 202/8
help [14] 6/12 8/7 13/4 53/17 57/11 61/5 110/19 111/2 167/6 170/13 198/6 204/6 204/13 207/10
helped [1] 60/14
helping [5] 47/2 190/24 203/20 204/2 217/14

**H**

helps [2]  43/25 185/7
HENRY [6]  1/24 3/1 5/1 5/7 5/10 201/4
Henson [21]  24/19 24/22 31/4 31/9
32/1 32/23 33/17 45/14 48/11 52/21
63/6 63/17 148/4 148/18 160/2 160/13
164/25 184/19 187/7 193/25 200/5
Henson's [1]  46/19
her [116]  7/21 7/22 7/22 8/4 8/4 8/22
12/7 16/23 17/6 17/8 17/9 17/10 20/3
36/16 40/17 41/5 42/5 42/5 42/6 54/1
54/3 54/6 54/8 59/2 60/14 61/17 66/9
66/21 67/1 67/6 74/10 90/11 90/23
91/8 91/22 93/10 94/3 94/20 94/23
96/8 99/10 99/18 103/3 103/7 103/11
103/23 104/11 107/13 107/13 107/16
109/10 110/22 116/17 116/17 116/18
116/18 117/2 120/15 139/14 146/13
146/22 150/12 150/21 150/23 151/10
151/11 152/3 152/23 152/23 154/20
154/21 154/23 154/25 155/4 155/7
155/22 157/6 158/14 159/5 161/7
161/21 161/23 161/24 161/24 162/6
162/11 162/12 162/14 162/18 162/19
170/7 174/15 174/22 176/18 176/24
176/25 177/1 177/18 178/9 178/10
189/19 189/23 189/24 189/19 198/23
199/4 199/12 204/12 204/13 207/19
207/23 207/25 207/25 208/25 209/18
209/18
here [45]  20/2 20/11 20/13 21/21 22/3
28/22 45/23 45/25 46/1 47/4 47/8
47/15 47/18 48/2 49/25 50/1 50/17
57/17 64/4 83/8 84/3 99/21 111/11
125/20 127/17 129/8 132/8 133/1
135/12 140/20 141/14 143/17 143/20
144/12 144/16 148/25 166/9 169/4
169/11 185/5 186/7 194/18 195/10
196/8 196/25
hereby [1]  219/7
hers [1]  162/7
hey [1]  32/24
high [24]  14/16 20/7 20/9 20/10 82/14
85/4 97/4 125/1 131/1 169/2 170/8
171/4 171/6 172/2 173/4 202/19 205/2
205/11 205/22 206/6 206/12 208/8
209/24 210/2
high-ranking [1]  20/10
higher [6]  85/6 177/7 192/5 192/6
195/20 197/1
highest [1]  177/10
him [65]  14/23 16/10 17/3 17/10 18/3
18/5 19/2 32/9 89/11 89/22 92/20
92/21 92/22 95/5 117/24 119/11
119/17 119/19 119/24 120/16 120/17
120/18 120/19 121/24 125/21 126/4
126/19 128/7 128/10 130/3 130/6
132/6 132/7 135/5 139/16 146/3 146/4
146/9 146/10 146/11 148/5 148/6
148/10 148/16 153/11 155/23 159/3
170/10 170/10 170/13 170/16 175/15
176/3 176/10 200/6 201/10 201/17
202/20 202/25 204/21 207/7 207/15
207/20 209/14 210/4
himself [1]  218/1
hire [11]  19/18 61/4 120/21 151/11
154/5 154/6 154/8 176/3 178/4 192/3
192/8
hired [7]  57/2 110/6 111/17 128/9
151/10 174/25 200/8

hiring [10]  8/24 20/21 21/1 112/6 116/5
121/18 128/25 129/8 137/16 138/23 147/1
his [78]  12/7 14/15 14/17 16/24 18/11
18/14 18/18 22/17 22/18 37/19 63/12
63/14 72/1 72/3 87/6 87/9 87/12 87/20
90/23 92/24 93/1 95/1 97/16 110/22
118/18 119/15 123/4 123/10 123/20
124/4 124/12 124/24 125/21 130/13
131/23 132/19 133/14 135/8 135/12
136/25 137/2 137/8 138/5 138/13
140/19 143/2 143/11 143/13 143/15
143/18 144/2 144/4 144/7 144/14
144/19 145/4 148/14 153/16 153/17
164/9 171/9 171/10 173/1 173/2 173/3
173/5 173/6 173/7 173/7 173/10
175/15 176/1 176/10 199/1 204/2
205/23 206/8 207/6
historic [1]  189/13
history [6]  21/9 26/20 145/9 145/11
145/15 197/6
hitting [1]  43/18
hold [2]  12/4 14/19
Holmes [1]  1/7
home [3]  173/10 195/6 212/25
Honduras [1]  190/23
honest [1]  162/13
honesty [1]  162/15
hooked [1]  165/23
hope [3]  90/14 113/24 212/2
hoped [2]  8/6 90/18
hospitalized [2]  172/17 172/18
hour [1]  72/23
hours [1]  136/12
house [4]  75/17 212/22 213/4 213/20
houses [2]  195/22 196/25
how [57]  8/2 9/3 10/23 10/25 11/9
14/17 18/2 18/10 24/24 32/15 33/3
33/20 33/25 41/11 42/7 42/16 44/10
49/12 54/2 56/9 65/19 81/17 93/8
93/22 94/16 96/20 100/18 109/14
114/6 115/21 124/22 124/22 127/19
128/4 128/12 136/12 147/8 147/9
155/16 157/11 159/15 171/23 176/18
181/9 185/11 185/17 197/25 199/18
201/13 202/19 203/22 204/9 206/21
207/3 208/1 211/18 211/25
however [1]  84/13
HR [4]  89/12 89/17 146/16 160/3
hub [1]  178/19
Hughes [45]  4/12 4/14 4/15 112/17
115/25 116/14 117/19 117/23 119/12
119/15 119/19 120/6 120/8 121/5
121/14 123/3 123/17 130/1 131/10
131/23 134/17 135/3 135/9 137/16
138/16 138/20 140/24 141/23 145/22
146/2 146/23 148/10 148/14 150/24
151/21 152/17 153/10 154/1 154/5
157/23 159/2 167/10 167/11 176/1
177/4
Hughes' [1]  149/2
Hughes's [1]  120/2
huh [27]  9/13 9/15 55/25 77/15 84/6
92/19 94/18 98/25 104/19 104/24
105/1 109/25 118/3 130/20 135/13
137/1 159/22 163/2 163/10 163/19
165/19 172/19 203/10 207/18 210/6
213/5 216/24
human [14]  27/20 28/3 28/8 28/9 28/10
54/4 59/18 65/5 72/1 88/21 153/19
165/2 165/5 173/13

hundred [2]  185/16 187/2
hurdle [4]  34/10 34/21 34/22 35/1
husband [1]  173/10
hypothetical [6]  53/9 74/20 99/23 108/5
122/17 122/19

**I**

I'd [1]  51/4
I'll [9]  9/17 10/3 85/1 117/11 131/16
158/5 191/7 206/10 213/16
I'm [162]  5/23 5/24 7/10 8/20 9/10 9/14
9/22 9/24 16/18 17/7 18/20 19/11
19/13 19/16 20/20 21/1 21/12 22/4
23/21 24/11 27/9 28/1 30/16 30/18
31/22 31/25 33/12 39/6 42/3 45/23
46/6 49/4 49/20 51/1 51/7 57/6 57/20
59/3 60/1 60/7 63/15 63/23 68/12
68/22 69/2 70/16 70/22 81/9 82/11
86/10 88/10 88/15 88/15 88/20 89/12
89/12 89/13 90/10 91/5 91/24 92/12
94/5 95/8 95/12 95/14 99/18 100/10
100/12 100/16 101/7 101/8 101/18
101/19 102/2 102/8 103/4 103/25
104/2 105/6 105/7 106/22 107/2 107/2
110/9 114/11 115/13 115/16 115/19
116/10 118/4 119/7 122/6 122/19
123/24 124/17 126/9 127/5 129/12
129/19 130/7 130/23 132/4 132/17
137/19 138/24 139/22 145/19 148/23
148/24 150/17 150/20 155/16 161/17
163/2 162/6 163/19 163/20 165/2
165/25 167/22 168/19 168/20 171/25
172/10 172/21 173/14 173/18 174/3
174/16 175/24 175/24 177/21 178/17
184/2 184/13 184/20 184/22 185/10
186/1 189/25 195/6 195/10 195/20
195/25 197/5 199/15 199/17 204/10
204/24 206/5 206/9 206/10 207/11
207/21 209/19 210/12 210/20 212/18
216/2 217/6 218/3 218/4
I've [13]  6/21 9/23 38/14 69/20 83/18
94/13 94/21 95/3 99/23 141/13 143/18
175/24 178/9
idea [12]  41/11 44/12 48/23 92/24
96/12 96/15 170/24 191/6 191/20
198/18 206/21 210/4
identified [1]  11/10
identifies [1]  32/19
identify [2]  127/2 127/3
illegal [1]  102/7
imagine [3]  69/5 89/14 198/14
immediately [3]  81/20 118/7 118/22
impact [2]  80/23 122/14
implementation [1]  25/8
implemented [2]  76/17 77/5
implementing [2]  75/19 75/23
implied [2]  132/13 132/13
importance [1]  190/6
important [8]  23/3 36/8 36/11 81/13
81/25 109/20 122/4 176/14
improper [1]  127/19
improve [1]  85/7
improvement [1]  59/23
inaccurate [1]  10/8
inadequate [1]  44/25
include [4]  10/13 21/9 84/13 140/17
included [6]  84/20 140/16 141/10
141/10 161/5 165/3
includes [2]  127/18 147/10
including [2]  38/1 218/10

**I**

inclusion [20]  112/19 114/6 116/23
116/25 118/7 118/10 124/23 136/8
139/5 139/7 139/16 142/18 143/6
143/22 148/8 160/22 165/11 167/10
170/4 170/5
inclusive [1]  140/13
inconsistency [1]  86/5
incorrect [1]  193/20
incorrectly [1]  85/25
increase [5]  156/3 168/6 189/2 189/13
197/19
increased [6]  13/3 41/9 190/24 197/16
197/17 198/5
increasing [1]  189/15
independently [1]  204/5
index [2]  4/1 64/14
indicates [1]  186/11
individual [13]  16/3 16/4 29/1 31/21
66/1 66/5 66/5 66/8 66/11 66/12 67/17
79/5 198/14
individualized [1]  81/12
individually [4]  66/19 67/1 98/23 99/2
individuals [4]  15/25 104/8 105/9
105/10
inefficiencies [1]  50/15
inextricably [1]  145/11
inflationary [2]  33/7 189/9
influence [2]  21/3 81/6
influx [1]  190/23
inform [2]  32/12 44/1
information [56]  12/4 12/7 29/8 31/20
32/6 32/12 34/7 36/24 43/12 43/25
44/12 49/15 58/21 59/1 59/3 64/3 65/3
70/21 72/9 72/12 73/14 73/18 73/22
73/23 73/25 74/1 74/7 78/1 80/11
80/14 80/17 81/4 82/7 82/11 85/16
85/21 85/24 86/6 86/9 92/11 92/22
93/1 99/7 100/24 100/25 114/10 115/1
115/9 129/7 151/25 185/25 190/8
199/17 210/14 211/22 216/3
ing [1]  75/6
initial [1]  210/10
initially [1]  56/20
input [11]  44/12 89/21 90/1 90/7 90/15
90/19 90/20 90/23 173/21 179/10
179/14
inputs [1]  211/21
insight [2]  58/23 211/11
Instagram [2]  218/1 218/4
instance [2]  11/4 27/20
instead [6]  33/1 33/9 33/19 60/21 60/22
105/9
instruction [1]  79/21
instructional [1]  110/17
integrating [1]  75/17
interact [2]  202/22 202/25
interest [8]  106/10 131/1 203/20 203/25
204/17 204/22 205/24 206/4
interested [10]  16/11 16/25 17/13 45/23
205/11 206/13 207/23 208/3 209/13
219/15
interesting [1]  204/20
interim [7]  55/8 58/4 78/16 78/18 79/24
83/1 84/10
international [1]  6/7
intertwined [1]  145/15
interview [52]  8/9 19/14 98/1 111/20
113/14 113/18 113/20 113/22 113/24
114/1 114/3 115/22 116/1 116/17
116/18 117/3 118/17 118/21 119/2
120/1 120/4 133/2 133/8 133/10
151/10 151/13 151/15 152/1 152/3
152/22 153/2 153/5 153/14 153/17
153/22 157/22 158/11 158/15 161/21
161/24 170/7 170/11 171/10 171/12
172/3 174/12 174/19 175/2 175/11
208/18 209/8 209/14
interviewed [22]  7/11 15/7 56/16 98/8
111/13 111/16 111/21 113/5 113/7
115/21 117/22 117/24 128/7 132/5
132/7 150/3 150/5 151/20 153/10
159/3 165/10 210/22
interviewers [1]  172/1
interviewing [7]  15/4 19/2 114/4 122/2
122/6 122/20 175/23
interviews [19]  114/6 116/9 153/8
157/3 157/8 157/9 157/21 165/10
170/25 172/6 172/15 172/20 175/9
175/20 175/20 209/7 210/10 210/15
210/19
invest [1]  198/13
investigated [2]  41/24 42/2
investigation [1]  171/22
investment [1]  13/3
investments [3]  11/15 13/2 167/14
invite [2]  66/21 96/2
invited [1]  146/22
invites [1]  95/23
inviting [2]  148/16 148/19
involve [1]  10/16
involved [11]  31/5 31/5 31/6 50/24
88/17 88/21 89/15 91/24 113/17
161/16 171/11 205/1 211/22 211/24
214/23
irrelevant [3]  109/22 109/23 130/4
irresponsible [1]  192/6
is [311]
isn't [5]  33/20 36/9 42/16 153/24
153/25
isolated [1]  41/3
isolation [1]  68/16
issue [6]  53/21 74/19 136/11 215/9
215/22 217/13
issues [9]  6/12 36/1 118/10 123/14
130/9 161/5 161/18 172/22 173/1
it [425]
It just [1]  207/3
it's [103]  5/7 5/18 9/18 10/23 11/10
12/15 13/8 13/23 15/9 17/25 18/21
23/23 24/2 24/3 24/7 25/14 27/11
27/13 28/14 31/3 31/24 40/8 43/7 45/2
45/3 48/19 48/23 49/12 50/17 53/9
63/19 64/6 68/13 70/20 72/22 73/2
73/13 74/14 79/3 80/3 80/5 80/19 81/3
81/13 81/25 83/15 83/23 85/13 86/12
89/17 95/16 97/24 101/20 104/17
105/20 105/21 106/18 107/9 109/1
109/20 109/23 121/6 121/8 125/21
127/6 127/10 127/10 127/15 129/13
131/23 138/1 138/3 143/1 143/4
147/17 149/2 151/17 152/12 152/15
159/6 166/12 168/22 168/23 169/12
183/12 183/15 184/5 184/8 184/11
185/7 186/11 188/3 188/19 188/22
195/8 201/23 204/19 206/3 206/25
207/3 208/14 208/16 216/25
items [4]  49/18 50/6 68/14 100/21
Its [1]  83/9
itself [1]  108/18

**J**

JAMES [2]  1/16 3/9
JANE [55]  1/3 3/10 36/16 36/20 38/17
39/23 40/12 41/4 42/4 42/15 53/3 53/7
93/3 93/6 93/9 93/13 93/17 93/19 94/2
94/6 99/21 112/15 112/23 112/23
112/24 115/25 116/15 117/12 120/21
133/16 146/13 149/25 150/3 151/6
151/9 151/12 151/21 151/23 151/24
152/9 152/22 153/2 154/6 154/19
155/21 158/11 158/18 160/24 161/22
170/2 176/3 176/17 177/4 177/24
199/3
JANIE [3]  2/8 219/6 219/24
January [4]  83/15 83/15 132/24 133/3
January 13th [1]  133/3
January 15th [1]  132/24
January 2020 [1]  83/15
January 20th [1]  83/15
jesse [5]  3/17 3/18 3/20 9/21 200/16
jesseharbisonlaw.com [1]  3/20
Jessie [1]  161/7
JoAnn [2]  19/24 20/1
job [108]  8/3 8/12 8/16 8/19 9/25 14/2
14/7 14/8 14/8 15/2 16/15 16/21 16/25
17/2 17/13 18/3 18/8 18/11 18/18
18/25 19/1 19/10 19/11 19/14 30/4
36/21 37/23 42/5 42/15 53/3 53/7
53/13 59/8 81/17 87/6 87/9 87/12
87/25 91/23 92/3 98/11 106/10 110/22
111/5 112/16 113/8 113/11 113/12
113/23 114/10 115/4 115/7 116/15
116/19 116/21 116/22 117/4 117/6
117/25 119/5 122/14 128/18 137/2
146/2 146/10 148/11 149/22 150/8
151/10 154/2 160/17 164/9 168/2
170/3 173/15 174/15 176/8 176/15
176/23 176/24 177/8 177/9 177/10
177/10 177/16 177/20 177/22 178/3
178/22 178/22 179/4 190/16 192/23
192/25 193/11 193/19 198/20 198/23
199/1 199/4 199/9 202/20 203/16
204/12 210/22 211/2 211/3 211/14
jobs [42]  29/13 29/23 30/1 32/3 32/25
33/18 33/19 34/1 34/16 37/24 38/4
38/8 45/16 46/4 46/13 46/20 48/13
49/9 59/9 59/11 60/4 81/23 105/17
106/8 108/11 114/14 137/14 159/10
159/11 177/2 177/17 177/25 178/12
178/19 179/1 179/12 186/17 188/10
190/3 192/17 200/7 204/13
joined [1]  69/21
Jonathan [1]  150/19
judge [3]  1/6 1/6 20/13
judgment [1]  137/8
July [3]  6/20 7/21 193/19
jumping [1]  26/20
June [5]  39/5 135/15 135/21 136/4
138/17
June 2020 [1]  135/15
Jury [1]  1/5
just [103]  20/20 21/13 22/5 27/7 30/9
31/24 33/20 37/10 44/10 44/14 48/22
48/24 49/14 51/3 51/8 51/21 57/21
61/15 62/23 64/11 65/2 81/24 82/2
82/10 84/17 84/23 85/13 86/7 88/25
90/15 91/5 92/12 95/4 97/5 98/17
105/7 105/13 105/24 106/1 106/2
106/22 107/5 107/7 109/1 109/13
109/22 111/3 111/19 116/20 119/3

## J

just... [53]  125/5 131/21 135/11 139/17
141/11 141/14 143/14 144/7 145/1
147/20 148/22 154/13 155/1 155/10
156/10 157/15 158/7 159/1 162/21
164/23 165/25 166/1 169/16 177/8
179/22 181/15 181/24 182/22 183/18
184/13 186/25 188/1 188/7 188/19
189/25 191/21 193/11 194/14 198/3
200/17 201/2 201/6 202/10 202/11
203/21 205/25 206/3 207/3 207/12
208/15 211/6 212/22 213/17

## K

Karl [1]  160/25
keep [8]  61/21 110/21 116/3 116/3
128/18 165/13 175/8 185/6
keeping [1]  175/19
kept [7]  42/8 116/6 116/11 175/11
175/14 190/3 215/20
Kevin [7]  37/18 37/19 155/5 155/8
155/9 155/11 155/22
kids [1]  79/6
kin [1]  92/6
kind [14]  11/6 70/9 80/17 110/17
115/18 133/12 147/2 164/13 177/20
189/5 194/11 204/15 204/16 206/3
Knapp [4]  155/5 155/8 155/11 155/22
knew [7]  18/5 88/10 123/17 142/23
147/24 148/14 203/8
know [360]
knowing [1]  34/2 137/20 200/10
knowledge [29]  21/7 29/7 30/20 32/22
33/17 34/12 43/11 43/16 44/6 50/3
72/6 72/13 72/14 86/7 89/24 102/2
116/21 130/3 140/8 143/1 163/22
163/23 164/7 209/19 211/7 211/25
212/1 212/2 219/11
known [3]  33/9 133/6 142/25

## L

labor [5]  139/25 140/1 140/7 140/9
140/12
lack [3]  85/16 85/17 86/5
Lamar [3]  140/20 140/21 140/24
language [1]  75/20
large [1]  110/16
last [5]  18/14 22/12 35/2 37/19 196/7
late [2]  156/23 182/12
later [6]  10/6 86/11 114/21 115/15
182/25 209/1
law [15]  3/2 3/12 3/18 3/18 3/23 98/21
99/5 100/14 100/15 101/9 102/7 103/2
107/19 132/13 197/11
laws [2]  102/5 124/21
lawsuit [5]  9/21 91/6 94/6 120/22
180/14
lawsuits [1]  130/6
lawyers [1]  27/11
lay [1]  178/13
layer [4]  60/21 77/23 81/2 82/5
layers [1]  80/25
LCR [3]  219/6 219/20 219/24
lead [3]  1/7 207/10 210/13
leadership [2]  160/20 164/14
leading [5]  31/20 32/6 43/22 45/10
49/15
leads [2]  31/19 32/18
learning [4]  76/20 205/20 206/4 206/13
least [3]  136/4 159/3 209/24

LEFFLER [8]  1/9 3/9 91/16 91/18 92/5
111/12 189/21 198/19
Leffler's [1]  92/3
left [5]  14/22 138/21 144/19 168/25
176/24
left-hand [1]  168/25
legal [9]  3/2 9/10 65/6 69/8 101/11
101/17 101/19 116/8 165/4
legally [2]  100/2 100/2
legislature [1]  21/4
less [12]  33/7 125/12 125/13 125/14
125/16 125/18 139/9 187/24 194/24
195/12 195/12 217/22
lesser [1]  190/6
lesson [3]  93/7 93/22 94/3
let [42]  27/6 29/22 32/9 38/13 38/21
47/14 48/1 62/2 62/9 65/20 79/13
95/12 96/21 98/17 98/24 101/23
101/24 103/21 112/5 120/15 125/5
127/13 129/12 134/5 134/19 135/8
146/11 147/7 152/5 157/17 157/19
165/23 165/25 175/15 186/1 195/9
203/1 204/24 206/15 207/23 207/25
208/3
let's [29]  26/7 27/5 43/13 45/22 46/12
51/16 52/8 53/24 55/23 62/22 85/9
89/25 107/7 123/20 125/20 127/21
131/9 135/11 145/4 148/25 149/7
169/22 185/4 192/21 196/8 196/8
196/9 196/14 216/11
letters [1]  37/1
level [7]  81/12 82/14 85/4 113/10 125/2
195/21 210/14
levels [1]  61/18
lever [1]  53/17
levy [2]  213/13 213/14
liability [1]  137/22
liaison [1]  22/18
license [11]  125/21 127/19 132/20
173/13 173/14 173/17 173/24 174/3
174/6 178/5 178/16
licensed [3]  219/6 219/18 219/19
life [1]  215/14
life-changing [1]  215/14
light [1]  186/25
like [82]  8/7 8/24 11/14 12/11 13/22
16/24 18/21 21/16 23/22 23/23 27/1
31/18 33/23 60/24 62/15 62/23 83/14
85/9 85/13 86/1 98/3 100/1 100/10
100/13 105/8 106/15 107/25 112/8
114/10 114/17 117/9 120/3 120/8
120/9 121/6 121/20 121/23 122/17
125/9 131/3 131/5 132/9 133/17
134/23 135/9 138/3 139/17 144/16
146/9 146/10 146/22 149/1 149/10
149/23 152/5 152/23 154/20 157/3
158/25 159/6 160/12 163/5 163/6
163/17 166/21 167/6 177/14 183/1
188/19 188/20 189/8 196/10 196/15
198/6 200/25 204/17 204/19 206/21
208/2 209/18 209/19 212/4
LILY [9]  1/9 3/9 91/15 91/18 92/2 92/5
111/12 189/21 198/19
limit [1]  92/9
limited [2]  116/20 137/22
limiting [1]  11/24
Linden [1]  213/2
line [4]  60/18 61/1 76/6 85/10
lined [1]  118/4
lines [2]  101/5 101/7

linked [1]  145/11
LinkedIn [22]  4/14 4/17 5/24 5/25 134/6
134/7 134/13 134/16 134/24 135/3
135/5 135/7 135/8 140/19 143/8
143/13 143/15 143/17 200/19 200/20
201/7 202/13
Lisa [5]  72/2 129/4 149/24 150/10
165/5
list [2]  31/2 127/24
listed [7]  47/15 47/18 50/1 128/3
131/22 135/12 137/2
listening [1]  116/10
lists [1]  144/4
literacy [1]  77/2
literally [3]  12/15 130/24 155/23
little [16]  6/3 8/11 12/10 22/5 39/19
44/3 68/10 89/13 110/24 135/11
138/17 139/9 166/8 166/12 183/18
209/1
live [3]  173/3 194/18 195/4
lives [3]  17/14 206/20 206/24
LLC [6]  3/12 135/18 136/19 137/6
137/18 137/22
loan [3]  130/17 130/19 130/22
loans [2]  130/9 130/25
local [5]  19/7 95/25 96/1 167/13 168/2
long [5]  14/17 42/25 56/9 114/6 176/23
long-time [1]  176/23
longer [2]  57/1 172/24
look [24]  11/17 26/5 27/1 31/23 35/15
47/17 86/16 86/21 117/8 117/11 135/2
135/9 137/25 152/13 152/22 156/23
161/4 183/20 196/12 196/18 213/11
213/16 215/6 218/3
looked [6]  59/13 59/17 86/17 137/5
157/12 190/3
looking [20]  5/20 13/23 15/1 15/10
15/16 19/9 19/11 21/13 22/10 109/12
123/22 160/10 166/13 176/8 186/5
191/6 201/21 203/14 203/18 211/24
looks [17]  62/15 62/23 63/23 71/23
83/14 121/20 121/23 132/9 138/3
142/1 144/16 149/1 149/10 152/5
185/10 196/10 196/14
lose [1]  106/8
losing [2]  137/14 139/1
lost [5]  42/5 87/6 87/9 87/12 164/9
lot [14]  8/5 19/3 61/21 64/19 68/14
92/21 125/16 161/5 177/5 179/22
182/16 190/21 191/24 202/24
lots [2]  203/5 207/24
low [1]  191/23
lower [3]  192/5 196/19 196/20
loyal [1]  91/16
lunch [2]  148/22 154/16

## M

M-A-R-C [1]  150/19
ma'am [25]  39/1 46/2 121/17 165/8
167/15 169/11 169/18 173/18 173/23
174/24 175/13 181/5 181/11 181/14
184/4 185/24 186/18 188/11 188/23
189/1 191/13 192/24 197/9 208/5
212/8
machine [1]  126/22
made [27]  11/19 33/13 34/8 43/18 44/7
45/1 45/12 47/1 60/25 64/18 64/19
65/14 87/19 93/3 93/6 107/16 113/9
117/24 157/7 159/1 165/16 165/22
177/21 187/12 190/7 207/6 207/8

**M**

Magistrate [1] 1/6
mail [4] 13/5 13/7 202/4 202/5
mailing [2] 176/24 177/1
mails [2] 36/25 37/6
main [4] 112/9 116/22 176/9 179/13
mainly [1] 162/2
maintain [1] 189/12
Major [1] 137/11
majority [4] 23/14 37/16 37/16 197/15
make [59] 12/13 19/18 29/4 29/11
29/21 30/16 30/22 31/11 31/15 34/14
42/20 43/14 51/25 52/2 52/5 52/8
54/18 55/22 60/11 67/13 70/10 70/21
81/8 82/14 83/6 89/13 91/5 93/8 93/22
94/19 100/24 101/4 101/9 106/2 107/6
109/2 110/13 112/2 125/17 128/18
129/24 129/25 138/11 146/16 146/17
148/3 157/13 158/15 170/13 179/23
189/10 192/6 192/16 194/13 195/10
202/6 202/12 204/24 205/7
maker [1] 111/25
makes [6] 7/18 9/16 18/24 20/22
139/18 160/12
making [13] 32/13 35/16 45/18 91/2
140/14 140/16 140/18 148/12 173/9
175/20 177/19 191/24 195/16
males [1] 91/2
manager [5] 32/2 42/19 42/23 43/2
112/7
managers [3] 29/10 39/16 39/20
many [18] 9/3 33/4 33/10 33/13 34/8
80/24 81/13 113/21 115/22 135/7
136/12 162/7 176/23 185/11 185/17
203/3 203/12 212/11
Marc [1] 150/19
March [3] 1/24 3/2 168/23
March 2021 [1] 168/23
margin [2] 193/23 193/24
marijuana [3] 126/1 126/7 127/4
mark [13] 14/10 15/17 19/19 19/21
20/15 97/8 98/13 142/9 168/21 169/20
169/22 184/7 194/15
marked [18] 50/16 50/20 52/12 71/13
72/16 72/21 83/22 131/9 131/14
133/23 134/1 141/3 141/7 142/13
145/5 165/24 169/25 202/16
Mason [14] 55/17 58/1 58/14 58/16
58/22 58/24 74/5 74/8 80/4 80/8 80/10
166/4 166/24 192/23
master's [7] 117/7 117/13 117/16
117/18 117/20 123/18 124/3
math [1] 34/19
matter [2] 54/23 106/6
Maultsby [2] 174/12 200/7
may [55] 10/2 13/6 13/7 21/8 27/25
27/25 28/16 31/21 34/2 34/24 44/13
50/23 62/17 72/4 80/16 100/24 106/18
106/25 107/24 114/16 117/8 131/17
131/21 131/22 132/2 132/2 132/8
132/12 132/18 139/2 147/3 149/18
149/20 152/12 152/15 153/13 153/14
156/21 156/25 157/4 157/8 157/9
158/24 159/2 159/7 159/8 184/11
186/3 188/9 189/20 190/15 190/18
192/4 192/5 205/4
maybe [21] 18/16 24/5 48/1 59/23
71/25 72/2 72/6 73/2 92/11 92/11
92/15 147/8 155/10 158/2 159/13
163/6 177/17 182/15 183/17 208/24

mayor [19] 12/7 12/25 22/17 22/17
23/1 95/4 96/6 137/10 137/10 137/11
138/20 138/25 138/25 139/1 139/13
139/24 142/17 161/4 198/12
mayor's [10] 13/10 21/3 22/8 22/15
118/5 118/20 137/9 137/9 140/11
176/2
mayoral [6] 118/24 137/13 139/18
143/1 143/3 188/15
me [122] 6/2 7/11 7/11 8/14 8/25 9/24
10/23 11/2 12/11 23/21 27/6 28/10
29/22 37/23 38/13 38/21 43/5 44/16
44/21 45/19 47/2 47/14 48/1 50/22
52/2 59/6 60/3 62/2 62/9 65/3 65/20
70/10 74/10 75/6 75/7 78/25 79/7
79/13 80/19 88/12 90/12 95/12 96/21
98/17 98/24 101/10 101/23 101/24
103/21 105/18 107/6 110/6 111/23
112/5 112/9 112/25 117/1 117/23
121/22 125/5 127/13 127/16 129/12
129/18 129/18 134/5 134/19 135/8
138/12 138/15 143/15 144/6 146/21
150/2 151/11 152/6 152/19 153/23
156/7 156/19 156/19 156/24 157/6
157/17 157/19 158/5 158/19 159/6
163/2 164/4 165/23 165/25 166/17
170/7 170/23 180/5 184/19 185/4
186/1 189/7 194/25 195/10 199/11
200/25 200/25 201/2 202/5 202/12
203/1 204/24 206/5 206/15 206/15
206/21 207/8 207/23 207/24 209/4
210/3 211/10 212/17 219/8
me the [1] 129/18
mean [46] 7/5 11/3 11/22 20/20 44/11
49/24 57/15 60/20 73/4 75/21 75/22
82/10 83/1 89/23 92/8 94/14 113/7
118/16 118/22 120/9 124/18 127/6
129/12 129/19 145/12 146/25 158/19
165/18 167/25 168/2 174/20 176/6
183/17 205/18 205/21 205/23 205/24
205/25 206/1 206/3 206/5 207/24
209/17 209/20 211/9 213/16
Meaning [1] 7/4
means [11] 11/23 27/10 32/23 63/9
94/11 99/5 113/9 113/19 130/24
130/25 206/6
medical [1] 173/7
meet [2] 98/19 98/22
meeting [13] 26/8 62/23 66/2 67/20
68/6 68/16 70/16 70/25 98/18 99/6
101/1 154/18 217/12
meeting's [1] 183/7
meetings [23] 13/8 13/9 13/10 13/12
32/18 43/15 43/22 63/1 65/17 66/4
66/5 67/5 67/16 67/17 68/7 68/17
69/15 69/23 70/2 70/6 70/20 74/1
212/11
meets [1] 211/19
Megan [2] 138/21 144/4
Meharry [7] 214/15 214/19 217/1 217/2
217/11 218/8 218/10
member [14] 21/23 63/10 66/22 67/2
70/13 70/15 92/16 99/18 99/21 100/9
101/12 101/12 101/14 123/13
members [20] 22/19 65/15 66/1 66/6
66/9 66/14 66/23 69/16 69/23 70/3
70/7 70/11 95/4 98/18 99/13 99/16
100/18 100/19 100/21 101/6
memory [4] 51/4 65/7 157/13 175/17

mentally [1] 148/23
mention [2] 207/14 210/1
mentioned [18] 33/5 50/19 52/11 71/12
72/20 83/21 131/13 133/25 138/8
139/17 141/6 142/12 148/16 169/24
200/18 202/15 204/16 207/13
mentions [1] 159/5
merged [1] 192/23
merits [1] 133/10
MERIWETHER [12] 1/16 3/10 87/18
88/13 88/17 88/24 102/13 103/10
103/22 189/17 198/23 199/10
Meriwether's [1] 87/25
messages [1] 36/25
messed [1] 155/3
messy [1] 147/21
met [3] 7/22 66/18 99/1
method [1] 199/24
metro [77] 3/2 6/15 6/24 10/17 10/19
10/23 10/25 11/8 12/2 12/21 12/21
12/25 13/1 13/9 14/13 16/12 20/4 21/3
22/7 22/7 23/5 23/18 35/2 37/1 40/18
41/24 43/6 44/18 50/4 56/11 56/14
61/19 65/6 79/3 87/4 87/6 87/16 95/9
95/18 96/18 96/24 97/23 103/1 119/18
119/19 120/2 120/22 120/25 125/2
135/14 136/5 136/9 137/5 138/6 139/5
139/23 148/15 153/1 160/15 163/16
164/12 165/3 171/22 172/24 180/23
181/3 181/7 181/25 187/13 190/1
190/17 194/10 194/17 198/12 212/21
214/15 218/6
Metro's [1] 202/11
METROPOLITAN [5] 1/6 1/12 1/19
3/23 26/12
MG [13] 4/9 4/10 62/20 64/1 71/21
83/9 83/12 121/16 142/5 142/8 149/5
149/15 168/17
MG000694 [1] 27/8
Michael [3] 118/14 119/4 140/25
Michelle [2] 174/12 200/7
mid [1] 194/10
mid-year [1] 194/10
middle [2] 1/1 169/2
might [16] 16/2 25/22 29/7 74/1 101/7
135/6 146/15 148/13 148/15 151/2
185/15 190/19 203/14 204/6 209/13
212/7
millennia [1] 145/13
million [76] 11/5 29/13 34/16 35/3 35/5
35/8 35/9 35/11 35/13 35/13 35/16
35/19 35/21 35/22 35/24 37/2 37/2
37/9 37/22 45/14 45/17 45/17 46/4
46/17 46/22 46/22 46/25 47/4 47/5
47/12 47/15 47/17 47/21 48/6 48/12
48/21 49/6 49/7 49/16 50/1 51/23 52/5
52/17 53/2 53/6 160/4 180/20 181/2
181/13 181/15 181/16 181/23 182/5
186/13 186/16 186/17 186/23 187/2
187/5 187/21 187/23 187/24 188/3
188/22 188/25 190/2 191/21 192/11
200/1 200/6 214/19 215/5 215/24
217/19 218/7 218/10
mind [6] 104/12 109/10 203/21 206/8
207/12 208/13
minds [1] 170/21
minor [4] 126/14 176/14 215/2 215/4
minus [2] 125/13 125/14
minute [3] 18/20 66/22 158/7
minutes [10] 71/10 114/8 154/13 183/7

**M**

minutes... [6] 183/11 183/12 183/16 183/17 183/21 183/24
misdemeanor [4] 126/15 127/1 127/22 128/1
misdemeanors [1] 127/11
mishandling [1] 87/13
missed [1] 172/14
missing [4] 171/13 171/17 171/20 171/24
misspoke [1] 166/18
mistake [3] 156/10 156/11 156/15
mistakes [1] 155/19
mister [1] 5/18
misuses [1] 96/13
MNPS [16] 4/10 4/16 6/20 133/20 151/8 161/1 161/3 175/1 175/3 175/12 178/12 186/13 203/4 203/13 204/23 212/5
moment [4] 34/14 49/14 175/19 208/2
moments [1] 31/21
money [13] 11/23 42/8 128/17 131/1 138/11 147/16 147/17 177/21 180/16 181/8 182/1 190/16 191/4
months [1] 136/1
monumental [4] 34/10 34/21 34/22 34/25
more [36] 13/7 16/1 17/17 17/18 19/6 19/6 19/7 20/23 23/23 28/7 28/14 39/19 41/19 52/5 53/18 60/25 65/20 75/10 75/12 75/16 75/16 83/6 83/6 109/5 116/17 116/19 116/20 117/1 117/3 140/4 163/5 168/4 177/21 196/3 200/12 207/3
MORENO [1] 1/9
morning [1] 166/19
most [4] 27/24 33/11 76/19 176/6
motivated [1] 206/18
move [6] 13/4 24/4 53/25 147/4 151/1 173/5
movement [1] 179/15
moving [5] 31/3 125/23 127/14 179/22 182/17
Mr [12] 5/17 5/19 26/11 44/3 48/2 153/24 153/25 167/11 193/25 193/25 200/16 205/2
Mr. [25] 16/9 17/12 17/14 18/3 18/23 32/18 48/3 52/21 63/17 73/8 115/25 120/2 135/3 138/20 140/24 140/24 146/23 148/14 159/2 160/2 164/25 177/4 184/19 187/7 209/24
Mr. Battle's [1] 48/3
Mr. Booker [1] 32/18
Mr. Clay [1] 73/8
Mr. Freeman [6] 16/9 17/12 17/14 18/3 18/23 140/24
Mr. Henson [6] 52/21 63/17 160/2 164/25 184/19 187/7
Mr. High [1] 209/24
Mr. Hughes [8] 115/25 135/3 138/20 140/24 146/23 148/14 159/2 177/4
Mr. Hughes's [1] 120/2
Ms [14] 4/2 4/2 4/3 5/4 26/16 72/4 72/22 81/8 129/4 129/5 152/2 165/4 200/15 218/14
Ms. [8] 26/19 47/7 129/14 129/19 129/25 130/11 147/7 151/6
Ms. Jane [1] 151/6
Ms. Spencer [4] 129/14 129/19 129/25 147/7

Ms. Steiner [3] 26/19 47/7 130/11
much [15] 33/8 41/19 82/16 91/2 117/3 145/24 159/15 168/4 168/9 177/7 179/15 187/17 187/19 192/6 194/24
multiple [2] 48/20 217/14
my [75] 5/11 6/9 7/9 8/11 9/19 10/2 12/10 13/22 20/11 21/17 22/22 23/20 25/14 26/20 32/21 33/15 33/15 36/13 47/3 47/8 49/3 49/4 53/13 53/15 53/25 62/4 70/19 72/13 73/13 74/2 77/18 86/2 86/11 86/17 110/24 117/2 118/4 123/7 130/16 130/19 131/8 137/8 141/17 145/25 152/13 157/2 157/12 157/13 157/15 161/15 163/7 163/12 172/10 179/13 179/16 183/3 186/8 192/5 195/2 196/13 200/16 201/5 201/21 201/25 203/6 205/17 206/8 207/12 208/12 214/5 214/5 214/11 216/3 219/11 219/21
myself [4] 86/17 105/8 134/24 218/4

**N**

name [13] 5/5 9/19 16/5 17/21 36/13 37/19 113/2 121/13 131/23 200/16 200/23 206/8 219/21
names [1] 201/5
NASHVILLE [25] 1/2 1/6 1/12 1/20 2/9 3/2 3/13 3/19 3/24 6/9 6/15 20/11 22/3 23/5 26/12 35/2 79/3 118/6 140/15 173/6 194/17 195/9 196/21 198/5 198/9
nashville.gov [1] 3/25
nature [1] 97/2
necessarily [3] 13/19 145/9 193/2
necessary [5] 11/25 65/10 65/10 106/13 151/6
need [14] 9/16 11/19 23/24 38/25 72/24 73/4 139/15 154/5 154/8 157/18 169/3 174/9 187/15 211/16
needed [16] 43/4 43/7 53/19 56/19 59/9 60/6 61/2 61/6 97/17 153/2 154/5 158/16 173/13 174/6 176/25 209/10
needing [1] 173/14
needs [1] 110/20
negatively [1] 20/20
net [4] 160/12 187/19 187/25 197/19
never [13] 48/5 49/10 57/5 57/13 57/16 94/21 98/2 99/23 162/10 162/19 177/4 199/11 199/22
new [8] 11/15 12/9 76/21 76/21 80/17 110/6 110/23 111/4
newly [1] 57/10
next [4] 145/5 147/3 193/21 202/12
next-numbered [2] 145/5 202/12
nice [1] 117/9
no [214] 1/5 4/6 4/7 4/8 4/9 4/10 4/12 4/13 4/14 4/15 4/16 4/17 9/17 14/9 15/6 15/6 15/20 16/13 18/7 19/20 22/4 28/7 30/15 33/21 33/22 36/7 38/7 40/4 40/22 41/7 41/10 41/13 42/11 43/5 48/16 48/18 51/1 52/13 52/18 52/23 57/3 57/6 60/1 61/7 61/11 61/25 62/6 63/11 63/15 63/18 63/25 65/24 66/16 67/24 69/18 69/19 71/14 72/18 76/16 78/16 79/1 81/19 83/4 84/1 86/7 86/20 86/22 88/3 91/13 91/17 91/25 92/4 92/23 93/2 94/1 94/10 94/21 95/10 95/16 96/12 96/15 97/25 98/4 98/12 98/20 98/20 99/15 99/20 102/23 103/17 104/2 107/14 108/4 108/9

108/17 108/19 109/1 109/1 109/17 109/19 109/20 111/19 112/2 113/21 114/18 118/19 118/24 119/7 120/23 121/1 121/6 123/9 125/6 126/20 127/15 128/8 128/16 128/24 128/24 129/10 129/23 130/11 130/16 131/11 132/7 132/15 132/17 132/21 133/18 134/2 137/19 138/18 140/25 142/14 145/6 145/20 145/24 148/12 148/19 148/20 150/1 150/8 150/22 152/4 152/25 153/4 154/3 154/7 154/10 154/22 154/23 156/1 156/4 156/6 156/13 158/13 158/20 162/14 164/10 165/8 165/20 171/5 171/11 171/18 171/21 171/25 172/4 172/8 172/16 172/24 173/18 174/14 175/7 175/10 175/13 175/24 176/6 176/9 178/6 178/17 179/2 179/6 179/8 180/24 181/5 185/6 185/13 186/18 187/18 187/25 188/11 193/16 197/9 198/21 198/24 199/2 199/5 199/11 199/25 200/10 200/10 200/12 206/9 208/5 208/24 210/12 210/25 212/8 212/18 213/16 216/13 216/16 216/19 216/25
nobody [1] 94/20
non [16] 87/20 88/1 88/17 89/10 89/16 89/21 90/2 90/6 90/19 97/9 97/10 99/6 162/22 163/11 163/12 163/24
non-bid [2] 216/13 216/16
non-public [1] 99/6
non-renew [8] 87/20 88/1 88/17 89/21 90/2 163/11 163/12 163/24
non-renewed [4] 90/6 97/9 97/10 162/22
non-renewing [2] 89/10 90/19
non-renews [1] 89/16
none [3] 68/10 130/16 131/7
nonprofit [2] 6/18 174/25
nonrenewing [3] 162/22 163/4 163/16
normally [1] 130/12
Norris [6] 204/11 204/11 205/10 207/17 208/8 208/17
North [11] 2/9 14/10 19/19 19/21 20/1 20/12 97/8 98/13 173/3 184/7 184/15
North's [4] 15/17 19/21 19/24 20/15
not [352]
notes [16] 61/22 62/4 86/3 86/21 86/23 116/2 116/9 165/6 165/9 165/13 165/14 175/8 175/11 175/14 175/19 175/20
nothing [5] 74/2 74/2 124/10 133/17 208/12
notice [3] 3/1 3/3 139/12
November [1] 215/16
now [80] 5/9 9/9 9/14 10/11 14/15 17/19 23/8 23/16 27/16 34/16 35/5 36/20 36/24 37/15 38/13 38/14 39/15 40/5 41/4 43/13 52/15 54/8 56/25 58/19 58/21 60/2 61/19 64/21 71/1 74/5 75/6 75/20 76/25 77/1 78/6 80/1 81/1 96/3 98/16 108/7 109/4 109/23 111/12 112/15 114/3 115/21 116/1 116/14 117/6 120/20 121/2 123/22 125/20 134/9 137/15 141/13 143/15 148/3 149/24 151/9 152/2 157/11 159/9 162/21 163/24 165/24 168/19 177/16 177/19 178/15 179/16 180/15 184/2 184/3 187/5 188/7 188/17 189/25 201/20 217/6
number [41] 25/24 27/18 27/22 27/23

**N**

number... [37]  27/24 28/2 40/8 50/17
50/20 52/9 52/12 71/10 71/13 72/17
72/21 83/18 83/19 83/22 83/24 110/16
125/22 131/10 131/14 133/23 134/1
141/4 141/7 142/10 142/13 166/1
168/15 168/16 169/4 169/5 169/25
185/21 188/5 202/16 209/9 209/21
219/20
numbered [2]  145/5 202/12
numbering [2]  27/7 27/13
numbers [2]  27/17 83/11
nurse [1]  180/9
nurses [2]  25/10 25/13

**O**

oath [1]  50/22
objection [67]  15/12 17/4 20/24 24/13
32/9 37/4 40/19 41/14 42/10 43/20
44/9 47/6 47/19 48/8 48/14 48/19
49/11 50/8 50/11 52/13 52/19 52/24
53/8 62/1 66/15 68/21 69/1 69/11
71/14 72/18 75/2 84/1 93/16 98/1
99/25 101/15 102/15 102/22 103/16
104/1 104/13 105/5 105/25 107/22
108/3 108/13 108/23 109/11 112/3
116/7 126/11 131/11 134/2 136/16
136/20 142/14 145/6 147/22 160/7
164/3 175/15 179/7 192/1 194/20
197/2 198/10 213/17
objections [1]  3/4
objectives [4]  11/12 11/14 53/18
106/13
observed [4]  73/6 154/16 158/9 200/14
obvious [1]  174/11
obviously [13]  22/10 47/23 59/13 95/1
118/16 123/11 127/6 133/14 148/14
158/22 183/17 195/8 200/3
occasion [1]  92/20
occasionally [1]  13/6
occasions [1]  99/3
occur [2]  13/7 99/24
occurred [11]  41/12 45/12 51/11 68/18
88/6 94/3 156/8 156/9 188/9 195/2
195/18
occurring [1]  188/8
October [7]  14/18 14/20 15/4 51/10
135/20 136/4 138/17
October 2019 [2]  135/20 136/4
off [13]  5/13 5/15 26/9 36/13 86/1
86/11 143/8 157/13 186/10 194/14
196/13 197/25 202/8
offense [1]  126/14
offer [3]  71/9 83/17 177/5
offered [3]  83/18 83/24 179/4
offering [1]  80/24
office [73]  12/20 12/25 12/25 18/9
20/23 21/3 21/5 22/8 22/15 25/22 28/8
28/14 29/13 29/24 33/9 33/18 36/10
40/25 41/23 42/5 46/3 46/7 46/8 46/12
46/12 46/13 46/20 46/21 47/10 48/10
48/12 59/12 63/20 64/13 64/15 64/21
65/4 65/9 66/9 67/6 67/25 68/2 68/11
71/2 71/7 72/2 72/3 118/5 118/20
137/9 138/21 138/22 140/1 140/11
142/17 148/5 150/13 154/21 154/25
155/1 155/2 160/22 167/9 176/2
178/20 180/12 185/12 185/13 185/15
185/18 192/22 193/11 199/12
officer [21]  28/23 59/18 59/21 60/5
84/8 84/10 112/18 114/5 136/8 139/5
139/7 139/16 142/18 143/6 148/8
165/1 165/11 167/13 168/1 168/8
170/3
officers [1]  164/20
offices [1]  3/2
official [4]  20/8 20/9 20/10 21/24
offset [1]  190/24
often [5]  144/21 144/24 177/3 190/12
202/23
Oftentimes [1]  64/18
oh [3]  105/22 131/5 201/4
okay [255]
older [1]  51/8
once [3]  9/4 133/11 146/11
one [114]  9/8 9/14 13/9 13/9 19/4 23/3
23/14 24/5 24/21 27/7 29/7 30/5 34/13
34/17 34/17 43/8 43/11 45/2 49/14
51/12 52/17 53/2 53/6 55/8 55/8 55/16
60/1 60/6 61/1 62/12 65/15 66/21 67/1
67/2 67/7 68/16 69/15 69/15 69/17
71/1 71/8 79/3 80/20 81/2 81/20 82/12
83/4 98/13 98/22 99/4 99/18 101/12
109/5 112/10 112/24 113/15 116/19
123/25 130/10 130/15 131/4 131/4
131/17 132/8 143/17 144/9 144/12
147/6 150/23 150/25 154/23 155/10
155/14 158/14 166/8 166/10 167/6
167/8 168/22 169/7 171/7 172/12
174/9 184/22 186/20 186/24 187/3
187/11 188/8 188/9 188/10 190/23
191/10 192/10 193/11 194/14 204/13
207/8 207/14 207/15 208/5 208/9
208/11 211/14 212/22 212/25 213/2
214/22 214/25 215/3 217/24 218/18
218/18 218/18
one million [1]  53/6
one-off [1]  194/14
one-time [7]  186/20 186/24 188/8
188/9 218/18 218/18 218/18
one-way [1]  99/4
ones [6]  51/8 59/16 65/15 110/23 111/4
131/22
ongoing [2]  170/15 209/12
online [3]  5/20 115/1 123/21
only [18]  9/14 19/4 35/8 35/10 40/13
41/16 43/8 43/11 46/21 48/24 81/2
86/12 112/24 139/8 150/23 157/1
180/3 196/24
open [4]  128/18 141/14 162/2 215/20
open-ended [1]  162/2
opening [1]  57/17
operating [15]  4/6 4/7 26/13 26/21
28/23 35/6 35/23 45/24 76/22 165/1
168/10 168/11 188/16 188/20 189/14
operation [1]  199/19
operational [1]  110/20
operations [8]  28/25 74/16 165/5 169/2
169/10 169/11 169/13 169/15
opinion [4]  105/13 105/15 105/20 192/6
opportunity [1]  162/5
opposed [5]  59/10 80/21 112/11 203/3
203/12
oppression [1]  145/13
option [1]  53/25
options [2]  59/17 117/4
order [4]  17/11 151/2 153/13 153/18
ordered [9]  147/25 150/12 150/13
150/14 150/18 152/16 153/9 153/15
153/16

org [3]  83/14 84/12 167/4
organization [4]  79/3 83/4 199/19 212/9
organizational [9]  4/10 4/16 38/1 54/14
54/16 59/20 60/5 168/20 169/14
organizationally [1]  59/6
original [2]  138/19 195/21
originally [1]  206/20
os [1]  58/8
other [60]  7/6 7/10 7/14 7/20 8/1 8/22
30/15 33/1 34/2 42/3 43/17 44/7 45/7
47/18 49/9 53/2 53/6 59/10 59/11
60/24 71/8 72/12 75/7 82/7 82/8 99/6
99/8 99/9 99/16 100/18 100/18
103/18 106/19 111/8 117/4 119/5
120/24 126/14 128/4 129/15 136/9
157/20 158/17 190/20 197/18 200/3
203/3 203/5 203/13 204/2 204/23
205/4 205/4 205/12 206/14 208/12
209/24 213/2 213/4 216/23
otherwise [1]  152/22
our [56]  11/9 13/2 13/4 27/13 33/6
33/12 35/4 35/16 42/6 48/17 48/17
54/17 54/20 54/20 75/4 82/13 83/5
101/21 106/10 106/11 123/12 124/20
124/20 124/23 137/8 147/12 147/17
179/23 179/24 180/2 180/3 181/23
183/2 185/14 187/12 187/20 187/22
187/22 188/1 188/14 189/11 192/3
194/24 198/6 204/7 206/17 206/19
207/4 208/1 209/10 209/22 211/17
212/11 212/11 215/17 216/7
out [59]  8/7 11/6 16/24 20/21 24/9
25/11 29/12 29/22 30/2 31/14 32/3
33/19 40/6 41/2 45/15 47/4 49/14
50/25 51/23 59/10 75/6 78/22 81/23
82/9 92/7 101/12 114/25 116/17
120/16 120/17 120/18 120/19 124/24
128/12 143/16 143/23 144/19 146/21
159/7 160/6 161/12 164/14 183/1
183/18 188/13 197/20 200/6 202/20
203/11 204/10 204/21 205/2 205/4
207/7 207/15 207/20 207/22 208/12
210/4
outcome [1]  219/16
outside [7]  61/4 110/24 138/20 165/16
165/18 167/7 171/3
over [37]  6/11 6/16 7/25 11/11 15/17
29/8 33/11 33/13 34/12 40/25 45/9
67/4 75/25 85/22 87/19 88/13 89/3
90/1 90/5 90/13 90/14 90/19 99/21
137/11 154/20 176/3 176/19 180/15
182/6 188/19 188/22 190/20 193/6
193/10 194/9 203/23 204/12
overage [1]  41/18
overall [2]  169/14 197/13
overlapping [1]  143/22
overpayment [1]  42/14
oversee [4]  70/11 78/7 204/25 205/1
overseeing [5]  54/3 88/24 90/11 110/16
179/20
oversight [2]  160/21 162/18
owe [2]  179/23 179/25
own [5]  27/13 29/1 66/23 138/6 212/22
owner [8]  25/6 25/25 28/19 29/1 31/14
39/12 43/8 43/11
owners [8]  25/4 29/3 29/14 29/19 30/21
31/18 43/24 155/17

**P**

P-U-E-N-T-E [1]  150/16

# P

p.m [1] 184/9
P.O [2] 3/19 3/24
package [1] 214/24
packet [3] 141/8 141/10 141/16
page [31] 4/2 4/2 4/3 4/6 4/7 4/8 4/9
4/10 4/12 4/13 4/14 4/15 4/16 4/17
10/4 27/13 38/25 51/16 64/1 64/14
83/10 121/5 121/14 121/25 124/5
131/24 136/2 141/22 149/5 149/15
168/15
pages [2] 202/1 219/9
paid [4] 41/17 41/25 119/9 130/10
pandemic [9] 34/24 67/4 76/19 76/23
77/4 182/14 182/21 182/24 186/22
panel [4] 174/17 174/22 174/23 208/18
panels [7] 174/18 174/19 175/2 175/5
175/6 175/9 208/20
parameters [2] 100/6 101/3
parent [4] 87/10 93/24 96/11 97/24
parentheses [1] 201/6
parents [1] 20/15
part [19] 29/16 75/15 95/20 95/23 96/2
101/20 113/25 114/23 116/22 120/16
133/19 160/21 171/11 176/14 186/22
199/7 199/9 201/21 215/2
particular [8] 15/25 42/21 45/2 68/5
68/16 69/24 113/23 193/18
parties [1] 219/14
parts [2] 31/22 182/17
party [6] 21/21 21/23 26/6 119/13
119/16 144/1
pass [2] 92/21 191/2
passion [2] 170/21 204/3
past [8] 13/4 34/8 45/9 134/10 139/19
174/22 210/24 211/2
paths [1] 96/5
PATRICK [4] 1/24 3/1 5/1 5/7
pay [8] 91/1 102/21 103/3 107/13
107/16 177/14 215/25 218/15
paying [1] 160/5
peak [1] 215/15
Pearl [3] 97/4 97/18 97/20
Pearl-Cohn [3] 97/4 97/18 97/20
peer [1] 194/24
peers [2] 207/10 207/10
pending [1] 130/6
people [50] 8/22 19/13 22/9 29/6 29/7
31/7 33/12 33/14 34/14 42/5 64/19
72/12 81/6 85/15 104/11 104/11
104/18 106/3 106/4 106/8 109/13
111/11 113/20 113/24 114/4 115/21
128/18 133/10 140/14 145/14 160/15
160/18 161/5 165/10 172/12 174/25
176/23 179/21 194/18 198/15 205/4
205/4 206/2 207/24 209/7 209/25
210/21 211/11 212/9 215/22
people's [1] 72/14
per [2] 37/9 197/20
percent [10] 34/17 34/17 43/9 104/11
159/16 185/16 197/1 214/2 214/7
217/22
perfect [1] 123/13
performance [9] 91/23 92/3 178/10
189/24 198/20 198/23 199/1 199/4
199/9
performed [1] 212/1
performer [1] 36/21
perhaps [2] 74/20 212/4
period [3] 26/23 34/12 172/19

periods [1] 12/5
Perry [2] 90/1 90/6
person [27] 16/3 16/4 17/1 25/12 78/7
79/20 80/20 89/10 105/21 106/18
106/19 106/24 107/24 147/1 150/17
150/20 151/1 154/1 172/12 176/23
203/23 207/9 209/13 211/15 212/3
215/19 217/7
person's [1] 76/5
personal [4] 21/17 130/13 131/7 195/2
personally [2] 156/2 199/22
personnel [3] 41/9 44/8 44/13 44/17
45/5 45/12 120/25
pertaining [1] 163/22
phases [1] 34/24
PhD [1] 177/18
philanthropic [1] 167/14
philosophies [1] 188/16
phone [3] 157/15 200/19 201/2
phrase [7] 35/14 37/9 98/2 162/25
163/4 163/8 216/20
phrase that [1] 163/4
phrasing [2] 33/2 106/1
picture [2] 122/16 218/1
piece [2] 116/20 139/2
pieces [1] 179/22
PIPPA [11] 1/16 3/10 87/18 87/25
88/12 88/16 102/13 103/10 189/17
198/22 199/9
place [2] 130/15 206/23
places [1] 45/11
Plaintiff [1] 1/4 1/10 3/15
plaintiffs [4] 1/18 3/1 3/8 9/20
plan [19] 63/20 64/22 65/4 65/10 65/18
66/9 66/10 67/7 67/10 67/25 68/3
68/11 70/4 70/8 71/3 75/4 100/19
138/19 182/4
planned [5] 31/15 65/21 173/5 173/5
193/2
played [3] 156/20 157/6 158/19
Playing [1] 152/6
please [3] 5/5 10/8 206/11
pled [1] 132/1
plenty [1] 162/5
PLLC [1] 3/18
plugged [1] 208/9
plus [3] 125/8 162/6 187/2
point [25] 38/2 41/2 45/20 47/11 55/7
55/10 56/17 77/20 77/22 122/8 122/11
123/10 137/3 145/24 147/19 151/7
157/7 164/18 171/16 188/13 189/11
205/10 207/22 210/9 215/15
pointed [1] 71/5
pointing [1] 46/25
policies [5] 124/21 124/22 161/11
161/15 161/16
policy [4] 25/4 100/7 144/14 144/21
political [14] 18/8 18/11 19/10 19/15
20/4 20/22 21/14 21/15 124/9 124/20
124/20 143/25 144/16 144/19
politically [1] 20/16
pool [7] 119/25 120/4 120/4 120/16
170/14 209/1 212/15
pools [2] 15/21 15/25
poor [1] 131/1
pop [1] 206/8
portion [1] 43/12
position [113] 6/22 6/25 7/1 7/12 9/10
14/4 14/15 14/17 14/19 15/17 15/20
16/5 16/11 16/22 18/18 19/4 20/3 21/1

21/2 36/1 36/5 36/8 36/12 39/7 54/1
54/5 54/7 55/8 55/11 55/15 55/21 56/4
56/5 56/9 56/12 56/15 56/19 56/21
56/23 57/1 57/10 57/14 57/18 57/22
57/25 58/4 58/12 59/10 60/9 60/10
68/20 69/10 79/1 80/5 84/14 84/17
84/24 91/8 93/10 93/12 98/8 103/7
103/11 104/9 105/9 105/11 106/12
107/2 107/3 107/16 108/2 108/15
108/18 111/14 111/20 112/16 113/3
115/3 117/6 119/20 120/11 120/21
123/8 124/17 125/2 138/23 139/9
139/22 140/6 143/17 146/4 146/8
147/20 160/22 166/7 166/11 167/18
167/21 170/12 180/14 190/16 192/22
200/8 204/18 205/3 207/1 207/2
207/12 208/2 208/4 211/4 212/2
212/16
positions [45] 25/4 37/25 46/15 47/22
48/25 54/9 59/14 61/24 69/24 73/11
74/11 74/17 74/18 74/24 75/4 75/8
75/9 80/2 86/4 104/5 104/7 104/8
104/17 104/23 106/3 109/3 109/13
110/1 110/13 111/2 113/15 143/17
146/18 148/6 166/11 166/18 171/7
192/4 192/8 199/7 199/8 199/13 209/9
209/21 211/23
possession [8] 122/22 123/1 126/1
126/7 126/16 127/4 132/2 133/4
possible [17] 33/8 44/23 45/4 49/13
54/19 75/3 80/25 110/14 119/25
177/10 188/3 188/5 190/7 208/14
208/16 215/17 215/20
possibly [3] 12/13 151/18 208/8
post [3] 15/23 17/2 218/4
posted [9] 15/9 15/19 16/22 19/13
56/22 57/4 57/18 146/11 217/25
posting [2] 56/20 57/16
potential [7] 15/21 15/24 21/8 32/6
32/15 32/17 43/25
Powerpoint [2] 64/17 64/18
practical [1] 54/23
practice [5] 66/21 100/16 100/17
101/21 113/24
prank [3] 94/15 94/15 94/17
precise [11] 17/21 25/23 30/16 59/19
59/24 93/15 96/25 162/3 164/5 182/13
195/10
precisely [11] 17/25 18/16 21/22 31/12
39/6 39/25 40/23 72/2 89/18 170/23
210/12
preferred [4] 133/13 147/9 147/15
147/25
prepare [1] 86/13
prepared [3] 100/25 148/23 184/15
present [14] 12/3 13/12 23/1 39/21
40/2 40/18 65/23 67/19 135/15 135/23
142/18 143/5 186/19 189/4
presentation [1] 22/23
presentations [2] 22/25 64/17
presented [7] 23/13 39/23 73/25 80/14
154/19 155/4 155/7
presents [1] 40/17
president [1] 21/19
presidential [2] 118/8 118/12
pressed [1] 38/2
pressure [1] 33/7
pressures [1] 189/9
presume [1] 133/19
pretty [6] 8/18 164/5 192/15 201/25

## P

pretty... [2] 202/25 213/18
previous [10] 11/6 14/24 23/4 64/10
77/19 80/15 91/7 133/20 146/5 194/7
previously [11] 50/19 52/11 71/12
72/20 83/21 131/13 133/25 141/6
142/12 169/24 202/15
previously-mentioned [11] 50/19 52/11
71/12 72/20 83/21 131/13 133/25
141/6 142/12 169/24 202/15
primary [1] 212/25
Primrose [4] 195/9 212/23 213/1
213/20
principal [25] 7/23 60/19 75/11 78/12
79/8 79/8 81/2 82/18 82/21 87/19
88/13 89/2 89/5 89/9 89/14 89/19
90/22 110/21 163/6 164/9 166/20
202/21 203/2 203/9 203/19
principals [27] 60/25 75/22 76/7 76/14
76/25 77/6 77/11 77/24 78/13 78/23
79/14 79/17 80/6 81/12 82/1 82/3 82/8
85/4 85/13 110/14 163/17 202/22
202/24 203/3 203/5 203/13 204/14
principals' [1] 78/4
prior [5] 11/17 81/20 118/7 118/22
182/3
priority [1] 7/25
Priscilla [1] 150/15
private [2] 67/16 70/15
privy [1] 199/17
probably [22] 28/7 29/16 67/3 67/22
72/12 80/15 107/4 112/9 114/11 159/1
161/3 161/6 165/3 165/4 176/12
179/14 183/4 183/8 184/16 199/16
205/16 211/3
problem [2] 61/20 206/3
problems [2] 74/25 85/17
Procedure [1] 3/3
process [30] 8/23 10/22 11/3 31/4
31/16 31/19 43/9 113/18 114/1 114/22
114/23 115/15 128/19 133/8 147/10
152/1 160/20 170/15 171/12 172/10
181/24 204/21 205/1 208/22 209/3
209/8 209/12 209/15 209/23 210/19
processing [1] 160/19
produce [1] 61/19
produced [5] 64/12 64/13 71/19 83/9
121/3
profile [5] 4/17 143/9 143/13 143/15
202/13
profit [1] 218/7
program [1] 64/19
programmatic [1] 25/8
programs [3] 167/13 168/1 216/8
progresses [1] 147/2
prohibit [1] 101/20
prohibited [1] 103/2
prohibition [1] 99/20
prohibitions [1] 99/15
projected [2] 187/20 187/24
projection [1] 187/9
projections [1] 187/23
promoted [2] 160/24 211/2
promotions [1] 116/5
proper [2] 175/23 175/25
properly [1] 12/13
property [18] 20/2 194/16 194/17
194/23 195/1 195/2 195/11 195/14
195/18 195/19 197/5 197/12 197/16
197/17 198/4 213/7 213/9 213/21

proposed [4] 45/25 49/25 50/24 51/17
pros [2] 194/2 194/4
protect [1] 106/10
protected [14] 102/1 102/7 102/18
102/20 103/15 103/17 103/18 103/23
105/4 105/7 105/23 108/12 108/22
109/9
protection [1] 101/3
protective [2] 102/12 104/12
provide [6] 33/11 72/12 73/15 73/19
74/5 214/19
provided [7] 59/2 62/3 64/3 64/14 65/3
72/9 133/14
provides [1] 74/8
providing [2] 58/25 99/7
provisions [2] 3/3 102/1
public [26] 6/8 6/15 12/4 12/4 12/5 12/6
13/8 23/2 23/3 23/5 26/12 34/9 66/2
67/18 67/20 70/24 79/3 99/6 137/13
138/9 144/13 144/21 195/8 198/12
212/8 212/10
publicly [1] 22/25
Puente [1] 150/15
pull [5] 11/5 51/7 157/16 191/7 200/20
pulled [2] 64/16 141/9
pulling [1] 158/25
punk [2] 94/11 94/20
purchasing [1] 28/24
purely [2] 30/19 185/19
purpose [1] 200/2
purposes [1] 78/1
purposing [1] 166/10
pursuant [1] 3/2
put [18] 7/1 11/9 39/11 64/4 64/9 100/6
101/4 127/11 138/10 139/16 152/19
153/23 155/11 155/14 155/23 161/3
161/7 204/6
puts [2] 143/20 162/8
putting [1] 12/11

## Q

qualifications [9] 16/1 113/10 114/2
117/10 120/14 133/11 178/23 178/24
211/12
qualified [20] 113/4 113/5 113/6 113/7
113/16 113/20 113/25 116/15 170/3
170/6 170/14 177/8 177/25 178/2
178/7 178/11 178/18 189/18 211/3
211/14
qualifies [1] 189/21
quarter [1] 35/3
quarterly [2] 31/19 32/18
Queen [1] 168/14
question [59] 8/11 10/4 12/10 15/14
15/19 24/12 27/1 27/25 29/17 32/21
33/2 33/15 33/15 39/18 40/5 40/23
42/25 44/3 47/3 49/3 53/4 56/13 60/2
60/7 63/8 66/3 78/6 86/13 96/22 97/1
98/3 99/14 101/9 104/20 107/5 109/18
115/17 124/1 126/4 126/19 127/9
154/22 155/13 186/7 186/8 190/1
190/4 193/14 193/17 195/13 203/6
203/24 205/6 206/11 214/5 214/6
214/11 216/12 216/12
questioned [1] 91/15
questions [20] 3/5 9/22 10/3 33/23
66/11 66/12 67/13 67/16 69/24 70/20
100/23 114/12 162/3 162/4 166/2
176/13 184/8 184/14 184/21 200/18
quick [2] 63/9 165/24

quite [2] 189/2 197/19

## R

R-Y-L-E [1] 5/8
race [3] 6/12 6/14 139/1
raised [1] 194/17
Randolph [1] 167/17
ranking [1] 20/10
rate [1] 131/1
rather [3] 35/7 47/4 168/8
re [2] 166/10 200/2
re-purpose [1] 200/2
re-purposing [1] 166/10
reach [9] 60/25 120/17 120/18 120/19
207/7 207/15 207/20 207/22 210/4
reached [5] 146/21 202/20 204/10
205/2 205/4
reaching [3] 16/24 120/15 204/21
read [3] 127/13 185/3 186/1
reading [2] 3/4 214/3
real [3] 63/9 165/23 189/5
really [19] 7/13 38/7 50/12 68/9 70/24
81/25 89/13 92/10 93/15 96/9 96/11
96/14 106/15 110/21 116/10 133/9
157/22 192/11 204/24
reapply [1] 179/12
reappraisal [6] 195/1 195/18 195/22
196/1 196/5 197/12
reappraised [2] 195/11 195/13
reason [17] 30/1 30/7 30/15 30/19
54/13 75/7 82/23 88/20 155/24 156/7
162/10 162/14 162/19 178/6 185/7
213/15 217/6
reasonable [2] 159/13 215/24
reasons [10] 30/4 54/12 54/15 54/16
70/18 77/25 84/25 106/12 174/4
174/11
recall [22] 17/7 17/8 34/24 37/6 39/25
64/5 64/24 65/8 67/24 69/19 69/20
86/10 129/13 151/9 151/12 151/17
154/18 154/19 155/4 167/3 209/6
210/3
receiving [1] 190/16
recently [3] 9/12 184/23 184/24
reckless [1] 132/10
recognize [2] 71/22 184/25
recollection [3] 31/7 40/1 40/15
record [24] 4/13 5/6 5/13 5/15 9/16
26/9 36/14 65/2 109/6 121/20 122/5
122/10 123/4 131/18 146/24 147/5
147/24 152/16 158/25 168/15 195/8
202/8 202/10 219/10
recorded [2] 152/2 157/6
recorder [1] 152/11
recording [4] 152/6 156/20 157/5 157/7
records [6] 27/12 114/17 114/20
133/17 143/11 147/14
recurring [1] 186/20
Redirect [2] 4/3 218/14
reduce [7] 29/12 29/22 32/3 41/5 51/23
59/9 200/6
reduced [5] 30/2 31/19 48/23 187/20
187/22
reducing [1] 84/18
reduction [5] 29/23 32/2 35/16 46/15
192/11
reductions [3] 46/1 47/1 160/11
refer [2] 5/9 160/2
reference [2] 92/13 144/4

# R

referenced [1] 81/25
references [1] 118/18
referencing [3] 166/8 166/22 167/2
referred [4] 59/16 112/22 113/1 169/15
referring [8] 35/1 47/22 60/1 101/8
122/18 140/6 163/5 208/6
reflect [1] 123/12
reflected [1] 183/6
refunded [1] 182/2
refuses [1] 102/5
regard [9] 10/24 53/21 77/9 77/12
77/13 85/21 101/5 111/25 116/5
regarding [3] 185/22 212/15 214/15
Regardless [1] 157/8
Register [1] 161/7
registered [1] 126/16
registration [1] 127/19
regular [5] 31/16 31/22 66/6 66/21 74/2
regularly [1] 65/15
rehire [2] 97/11 97/14
reimbursed [1] 181/21
reimbursement [1] 216/9
related [7] 61/20 104/17 116/20 117/4
148/13 214/20 219/13
relates [4] 205/22 205/23 206/6 208/8
relating [1] 129/7
relation [1] 161/4
relations [14] 6/16 8/1 10/15 14/9 15/2
15/18 16/21 18/1 19/4 21/2 22/13
26/22 27/3 28/6
relationship [1] 204/15
relationships [5] 19/12 19/15 19/16
21/8 21/9
relatively [1] 25/9
relevance [1] 138/15
relevant [2] 106/7 109/14
rely [1] 194/5
relying [1] 72/11
remained [1] 78/5
remember [66] 17/11 17/21 21/22
33/22 45/20 47/2 49/14 59/19 59/24
65/1 66/20 67/22 68/4 68/4 68/7 69/12
72/2 82/12 88/10 110/9 114/11 117/14
119/7 119/8 134/18 136/21 136/22
137/3 137/19 146/9 146/15 146/18
148/12 148/17 156/22 157/2 161/3
162/3 167/5 167/22 170/22 172/21
172/22 172/23 174/16 175/19 176/13
182/13 182/16 182/20 184/20 193/13
194/22 194/23 195/1 196/13 204/11
207/13 207/21 208/11 208/15 209/4
212/14 212/19 215/8 215/13
remembering [2] 30/17 195/20
remind [3] 86/17 156/18 182/22
remove [1] 80/24
removed [1] 40/12
removes [2] 85/13 85/14
renew [8] 87/20 88/1 88/17 89/21 90/2
163/11 163/12 163/24
renewed [4] 90/6 97/9 97/10 162/22
renewing [2] 89/10 90/19
renews [1] 89/16
Renita [1] 90/1 90/6
rental [1] 213/7
reorg [15] 46/3 46/7 53/21 61/20 66/2
66/9 67/7 67/25 68/11 71/2 71/7
112/10 160/5 164/22 165/7
reorganization [12] 30/8 30/11 53/17
54/2 54/7 63/20 64/22 65/4 65/9 65/18
68/2 92/1
reorganizing [1] 54/4
repeat [4] 43/1 53/4 83/11 85/1
rephrase [11] 9/24 10/3 11/2 15/13
24/12 39/19 56/13 96/21 99/14 203/7
206/11
replaced [1] 41/20
report [14] 28/15 56/1 56/7 76/8 77/13
79/14 79/17 79/20 80/6 80/7 80/10
102/6 218/3 218/5
reported [12] 55/1 55/6 55/9 55/13 56/3
56/4 77/6 78/23 79/11 80/11 154/24
219/8
reporter [5] 6/24 14/4 62/5 219/7
219/20
REPORTER'S [1] 218/22
reporting [14] 54/17 58/7 58/11 58/16
58/20 61/9 80/20 82/3 84/4 84/7 84/8
84/11 84/12 219/19
represent [2] 9/20 200/17
representative [4] 18/12 18/22 18/22
18/24
represents [1] 9/21
repurposed [1] 146/5
request [2] 117/6 153/20
requested [4] 149/17 149/18 153/21
187/4
required [3] 11/16 40/14 183/9
requirement [2] 69/9 69/13
requirements [1] 183/9
requires [4] 115/16 116/4 128/16
128/17
reserved [1] 3/5
resources [13] 11/15 27/20 28/3 28/10
54/4 59/18 65/5 72/1 88/21 153/19
165/2 165/5 173/13
respond [2] 199/18 199/24
responding [1] 199/21
response [4] 17/6 17/8 214/24 217/15
responsibility [1] 160/20
responsible [9] 25/2 25/8 25/12 26/6
28/17 75/23 89/10 161/10 188/12
rest [2] 64/7 64/8
result [1] 186/9
resulted [1] 186/23
results [1] 128/20
resume [1] 145/5
resumé [11] 4/15 123/23 136/24 141/9
141/14 143/16 143/18 143/24 144/2
144/10 211/25
retaliate [3] 106/20 106/25 107/25
retaliating [2] 103/2 152/23
retaliation [3] 102/1 103/5 165/16
retired [1] 111/11
retirements [1] 179/21
retiring [1] 203/15
return [1] 6/23
returned [1] 6/20
reveal [1] 127/5
reveals [2] 126/15 128/2
revenue [4] 187/17 187/20 187/25
196/3
review [6] 50/13 51/5 153/12 176/12
177/17 189/23
reviewed [3] 157/1 178/10 216/7
reviewing [1] 63/23
reviews [1] 45/8
rid [3] 37/23 38/4 146/6
right [37] 8/17 9/9 19/23 20/17 47/12
59/21 83/16 86/24 89/6 99/11 105/21
114/24 123/22 127/10 134/9 144/6
146/21 152/12 159/20 159/24 159/25
174/4 175/18 177/20 179/23 179/24
180/14 184/3 191/13 191/17 196/15
205/12 209/11 209/17 212/7 212/9
214/1
rightly [1] 26/20
rights [1] 161/13
rise [3] 211/15 211/19 212/6
role [20] 18/1 18/5 20/4 21/17 21/24
55/19 55/20 55/20 57/11 61/3 61/5
69/3 69/3 85/11 120/14 120/15 138/24
139/16 168/5 203/18
roles [2] 167/8 208/10
roll [1] 25/11
round [2] 196/7 210/10
routinely [2] 100/20 100/23
Rules [1] 3/3
rumors [1] 120/24
run [6] 6/14 6/18 12/13 95/13 95/15
138/5
runner [1] 151/20
running [1] 118/5
runs [2] 24/22 138/3
RYLE [4] 1/24 3/1 5/1 5/7

# S

said [19] 18/20 34/4 34/21 35/18 48/5
66/13 71/6 77/11 80/13 111/19 136/24
158/14 158/15 158/20 172/2 174/21
195/15 203/25 208/21
SAITH [1] 218/21
salaries [2] 25/11 189/15
salary [5] 119/9 167/20 168/6 177/18
193/9
same [26] 10/4 19/2 28/21 52/22 58/21
59/1 80/17 81/24 98/19 99/7 111/9
113/13 115/18 123/14 132/23 152/3
153/7 153/8 158/13 163/25 164/2
168/20 179/22 192/10 197/23 197/25
same-day [1] 152/3
save [4] 46/21 147/16 186/13 187/2
saving [1] 159/23 160/4
savings [12] 43/25 46/4 46/16 47/9
47/21 48/22 51/17 185/22 186/21
186/23 187/5 200/2
saw [5] 8/5 139/14 142/2 142/23
152/18
say [55] 7/19 8/20 8/21 9/16 11/21
16/17 17/3 22/21 24/6 28/14 32/1
32/24 33/18 36/11 46/20 70/5 70/16
70/23 77/10 85/23 86/3 87/22 88/3
92/8 93/5 94/25 96/6 98/6 101/6
101/18 105/22 108/9 119/14 125/7
128/3 135/22 138/4 147/9 154/3
162/10 169/12 177/8 190/13 198/19
198/22 198/25 199/3 199/6 199/25
203/7 203/8 206/12 209/16 211/8
211/20
saying [14] 37/1 49/10 51/1 51/3 57/7
57/7 76/12 81/9 88/20 89/18 99/21
102/9 186/2 218/2
says [29] 40/2 40/9 51/10 62/20 64/1
100/8 101/5 124/8 125/22 125/23
125/25 126/13 126/25 127/23 127/25
135/14 135/17 135/23 135/25 136/3
142/16 156/25 169/1 169/11 186/8
191/18 197/11 201/6 213/13
scandal [1] 138/21

S

scheduled [1] 77/3
school [145] 4/8 6/5 6/17 12/5 12/20
14/16 14/20 25/10 25/12 25/20 26/12
28/16 28/24 28/25 30/12 32/4 33/10
36/2 36/6 36/22 38/14 38/18 39/2 39/4
39/8 39/12 39/24 40/8 40/9 41/6 42/14
53/16 53/25 54/5 54/21 55/11 57/10
58/10 59/17 59/22 62/16 63/3 63/13
65/9 65/15 65/16 65/17 66/1 66/4 66/5
67/20 68/6 68/6 68/19 69/3 69/9 69/16
69/23 70/2 70/6 70/10 70/12 70/15
71/10 75/11 75/14 75/18 76/1 76/3
76/4 76/15 76/17 76/18 88/24 90/24
93/4 93/13 95/3 95/9 95/14 95/15
95/17 95/20 95/21 95/22 95/25 96/1
96/1 97/4 98/18 100/18 100/18 100/20
101/1 101/6 117/4 121/19 122/3
123/13 123/15 145/2 154/21 155/1
159/8 160/17 161/16 161/25 162/17
166/6 166/9 166/14 167/1 169/2
169/10 169/12 169/13 170/22 173/4
173/25 176/11 176/16 176/21 177/14
180/6 180/9 182/9 182/15 182/15
183/6 183/9 183/11 183/12 183/15
183/21 187/1 194/9 198/6 203/21
204/1 204/3 211/14 215/18 216/5
217/8 217/12

school-based [1] 33/10
schools [102] 6/15 6/19 7/25 10/17
10/24 12/13 12/21 16/12 23/5 25/11
35/2 40/18 41/24 43/7 50/4 54/3 54/18
55/9 55/14 55/20 56/6 56/7 56/8 56/14
56/22 56/25 57/2 57/14 57/17 57/24
58/8 58/17 58/25 59/5 60/22 60/23
61/12 75/12 77/21 77/23 78/11 78/19
78/24 79/4 80/5 80/18 81/1 81/3 82/6
82/13 82/17 82/24 85/12 87/4 87/7
87/16 88/23 89/16 91/16 95/18 95/19
95/21 95/24 96/3 96/18 96/24 97/23
103/1 110/17 110/20 111/3 111/6
119/18 120/25 125/2 135/14 136/9
137/5 138/7 153/2 163/16 164/12
166/3 166/17 166/23 167/5 167/7
168/13 171/23 172/25 173/22 180/13
180/23 181/3 181/7 181/25 185/16
186/10 190/1 204/2 209/22 215/19
Schunn [17] 90/25 91/3 102/14 102/19
103/2 103/6 107/7 107/8 107/9 107/10
117/15 133/16 146/20 151/21 153/6
154/9 199/10
science [4] 124/9 124/20 144/16
144/19
scope [1] 161/19
scores [5] 171/9 171/13 171/17 171/20
171/23
scoring [1] 210/18
screen [7] 131/16 158/2 201/1 201/8
201/15 201/19 202/13
screening [1] 149/10
scroll [7] 26/18 26/18 38/23 157/20
166/7 191/13 192/9
scrolled [2] 64/11 121/23
scrolling [2] 26/16 121/21
search [4] 4/13 131/19 134/24 211/23
searches [1] 134/16
second [23] 2/9 5/14 26/8 27/7 29/16
29/22 51/12 75/15 81/10 83/8 98/17
101/24 112/7 121/3 127/21 131/18
134/4 141/15 144/9 148/24 152/6

secondary [1] 157/7
secretary [4] 63/6 63/9 63/17 137/23
section [1] 127/3
see [115] 12/22 16/10 16/24 17/12
17/14 17/15 26/7 26/11 27/17 29/20
30/22 31/10 31/23 38/14 40/7 40/11
43/17 44/6 44/17 45/6 45/23 45/25
46/3 47/8 51/9 51/10 51/14 51/17
53/24 59/8 60/6 61/5 61/8 62/10 62/12
63/6 63/16 63/19 64/2 64/21 66/10
66/11 66/11 71/16 72/8 83/13 83/16
84/3 85/9 121/4 121/11 123/20 123/25
124/3 124/5 124/8 124/24 124/25
125/20 125/24 126/2 126/3 126/17
126/18 126/25 127/19 128/23 130/5
131/16 131/18 133/1 134/5 135/12
135/19 137/5 140/19 140/25 141/20
142/16 142/19 143/20 143/23 144/8
148/25 149/1 149/3 149/6 149/8
149/17 149/19 151/25 153/22 156/23
157/18 157/19 157/20 158/7 159/2
168/22 168/25 169/3 171/9 184/2
184/9 185/23 186/8 191/12 191/14
191/17 196/8 196/9 196/9 196/14
205/3 207/15
seeing [2] 64/24 132/4
seek [4] 12/15 21/13 106/14 119/25
seem [2] 162/16 200/23
seemed [2] 60/17 179/15
seems [10] 12/11 13/22 20/17 51/21
105/8 112/8 156/23 164/4 185/1 217/7
seen [5] 63/22 99/23 141/25 184/23
212/4
selected [3] 151/7 203/22 211/16
selections [1] 179/24
Senator [5] 18/4 18/6 18/13 18/15
18/18
send [6] 12/1 158/4 158/5 177/3 201/9
201/20
senior [4] 139/24 143/21 173/3 173/6
sense [13] 19/3 53/15 55/22 60/25
70/10 101/10 106/2 107/6 109/2 112/2
139/18 140/8 160/12
sensitive [1] 194/12
sentences [1] 154/23
separate [6] 47/22 60/8 77/20 143/17
168/21 211/13
separately [2] 77/19 78/4
series [1] 43/22
servants [2] 137/13 138/9
serve [2] 13/4 190/22
served [4] 21/15 22/12 174/18 211/2
service [6] 17/22 17/24 82/15 85/5
180/3 180/5
services [13] 28/3 28/11 28/24 33/12
40/7 45/6 45/9 45/18 149/7 154/24
180/12 189/11 214/20
serving [4] 167/18 170/21 180/10
185/16
session [1] 66/23
sessions [1] 67/1
set [6] 11/12 110/18 155/16 157/5
187/9 201/23
sets [1] 53/16
setting [1] 124/21
several [8] 45/9 64/9 98/19 99/4 161/18
179/21 202/1 210/21
share [4] 131/16 134/5 165/23 172/13

shared [1] 127/8
sharing [1] 51/9
shark [3] 130/18 130/19 130/22
she [187] 7/10 7/11 7/13 7/13 7/15
7/16 7/17 7/19 7/23 7/23 7/24 8/6 8/14
8/21 8/24 16/17 17/3 20/4 20/7 20/9
36/21 36/21 38/20 39/2 39/4 39/6 39/8
39/12 40/2 40/17 40/18 42/5 56/18
56/19 56/20 56/22 57/4 57/7 57/9
57/13 63/14 65/14 65/17 65/21 66/6
66/8 66/18 67/6 67/9 67/10 67/12
67/14 81/24 82/7 82/11 87/2 87/25
90/1 90/3 90/5 90/10 90/13 90/15 91/6
91/19 94/8 94/25 95/2 98/19 98/22
99/1 99/2 99/3 99/6 99/12 100/2 100/2
100/4 100/20 100/23 101/4 101/5
102/19 102/20 103/23 104/7 104/8
104/10 104/15 104/22 104/22 105/3
107/16 108/11 108/11 111/15 111/17
111/20 111/21 113/3 113/4 113/5
116/16 116/18 116/21 116/24 117/2
117/3 117/5 117/17 117/18 120/8
120/10 120/17 120/21 129/9 129/17
129/21 138/22 139/14 146/14 146/21
147/10 147/12 150/12 150/14 150/18
154/8 154/23 155/4 155/7 155/22
155/22 157/5 157/7 158/14 158/15
158/15 158/20 158/22 158/23 159/5
161/6 161/10 161/15 161/17 161/21
162/4 162/8 162/13 162/16 163/6
167/18 170/6 171/19 173/2 176/20
176/22 176/24 177/2 177/2 177/7
177/21 178/2 178/5 178/5 178/6
178/11 178/15 178/18 178/23 178/25
179/3 179/3 179/4 198/22 198/25
199/3 199/6 199/11 200/8 204/13
204/14 205/15 207/23 208/3 209/7
she'll [2] 26/17 26/18
she's [3] 95/1 98/18 100/17
sheet [1] 139/13
shortly [2] 183/23 183/25
shot [5] 158/2 201/1 201/9 201/15
201/19
shots [1] 202/13
should [17] 19/6 41/24 67/10 104/15
104/21 104/22 105/2 108/7 108/9
108/20 109/7 120/10 133/6 166/1
191/23 192/12 211/16
shoulder [1] 206/1
show [8] 13/12 62/9 66/24 71/8 121/2
135/8 168/20 200/20
showed [1] 143/15
showing [3] 144/6 184/3 192/10
shown [1] 38/14
shows [1] 160/11
side [6] 27/17 75/17 89/12 168/25
173/19 173/20
sides [1] 187/10
signature [2] 63/12 63/14
significant [1] 173/1
signing [1] 3/4
silo [1] 41/3
similar [1] 176/7
simple [4] 25/9 25/9 34/13 215/25
since [9] 6/22 14/18 15/4 56/10 92/7
92/8 151/7 171/14 215/20
single [6] 12/15 23/14 31/14 50/2 50/4
66/22
sister [1] 95/1
sit [1] 65/22

S

situation [18]  7/9 11/20 38/11 44/1 45/2
74/21 74/21 97/12 103/24 109/2
109/22 122/17 122/21 122/24 123/2
123/16 186/21 188/2

situations [2]  99/3 108/5

six [1]  136/1

skills [2]  8/7 219/11

Slave [2]  93/8 93/22

small [1]  116/20

so [270]

social [11]  6/7 6/8 180/10 185/14 204/7
204/22 205/11 205/19 206/4 206/13
206/13

software [1]  40/10

software/Firefly [1]  40/10

sole [4]  41/3 216/18 216/21 216/25

sole-source [3]  216/18 216/21 216/25

Solutions [5]  135/18 136/13 136/19
137/6 137/18

some [51]  8/4 8/7 10/2 21/9 25/1 51/7
51/22 54/2 54/3 59/10 73/22 85/15
86/5 90/15 90/19 90/23 95/19 95/21
95/24 96/3 102/2 111/11 112/5 112/6
119/3 123/6 123/10 123/14 130/9
138/8 158/17 163/22 163/23 164/20
168/10 171/17 172/1 172/14 172/22
178/19 188/5 192/9 194/4 196/25
197/16 198/9 198/15 205/10 210/14
210/15 215/22

somebody [13]  17/18 94/12 106/17
106/23 106/25 130/25 139/2 162/23
190/15 203/22 210/2 211/1 211/19

Somebody's [1]  131/7

someone [34]  8/13 15/1 15/16 16/24
17/15 17/16 19/9 19/11 20/21 21/7
21/13 25/7 32/16 101/25 102/5 106/16
106/17 107/25 112/11 114/3 120/2
120/3 121/18 122/3 122/20 127/20
129/11 150/12 175/23 203/15 206/2
207/9 212/4 212/5

someplace [2]  46/22 47/5

something [29]  8/24 10/7 10/8 13/25
20/19 20/21 24/16 31/25 39/15 44/13
60/24 77/12 91/24 98/3 100/3 102/6
102/6 105/23 106/19 106/24 122/18
130/12 148/13 158/3 188/20 189/8
210/13 212/12 218/2

sometime [3]  97/20 149/20 183/23

sometimes [3]  134/15 155/17 155/18

somewhere [7]  44/18 45/15 114/7
185/19 188/25 190/2 205/17

son [5]  19/21 19/24 94/3 96/8 173/3

son's [2]  159/5 173/6

soon [1]  215/20

sorry [8]  16/18 57/6 73/5 92/12 98/24
129/12 210/20 214/16

sort [5]  61/8 63/16 90/23 173/13
173/16

sought [1]  204/15

sound [2]  152/12 217/8

sounds [10]  34/20 59/21 122/17 125/9
149/23 159/13 159/20 159/25 174/4
215/7

source [4]  92/24 216/18 216/21 216/25

speak [2]  82/23 100/15

Speaking [1]  156/18

specific [26]  26/5 27/24 30/3 31/7
33/23 34/13 40/15 43/10 51/3 65/7
65/20 66/21 69/13 69/20 72/6 86/1

89/14 110/25 113/2 114/12 122/11
159/1 160/3 160/3 178/14 206/15

specifically [16]  37/7 39/19 49/2 49/7
64/24 67/23 80/19 119/8 129/13
134/18 146/16 148/17 203/2 207/21
208/11 210/1

specifics [7]  41/19 53/18 73/21 86/8
96/15 97/5 98/4

speeding [3]  126/1 126/7 127/18

Spencer [13]  72/3 72/4 129/4 129/4
129/5 129/14 129/19 129/25 147/7
149/24 150/10 165/4 165/5

spend [7]  35/10 35/24 42/7 128/17
182/1 187/16 187/18

spending [4]  136/12 182/4 186/9
187/22

spent [3]  84/25 181/19 181/20

spoken [1]  36/13

spot [2]  127/10 127/11

spring [29]  14/6 29/10 29/20 30/21
33/16 39/9 43/15 43/21 44/5 45/14
55/23 58/3 58/6 64/25 74/18 77/16
78/14 80/12 82/25 85/5 88/5 88/16
94/9 97/21 102/10 164/15 182/18
186/11 189/3

Springer [2]  174/13 200/7

squeaky [1]  212/5

staff [15]  6/21 8/3 8/13 14/8 22/18
22/19 23/16 26/22 28/12 28/22 53/12
112/9 123/12 163/21 217/13

staffs [1]  28/18

stage [2]  147/3 147/19

stages [1]  23/1

stamp [1]  63/14

stamped [6]  27/11 71/21 142/5 149/4
149/15 168/22

standard [5]  62/25 115/18 211/14
211/16 211/19

standards [1]  211/13

start [3]  32/24 43/18 185/5

started [2]  44/8 139/12

starts [2]  149/5 184/5

state [39]  5/5 6/11 17/18 18/12 19/6
20/10 21/4 21/4 95/22 96/1 96/4 98/21
99/5 100/14 100/14 101/9 124/8 140/1
140/6 140/7 145/20 167/13 168/1
174/2 180/14 181/1 181/4 181/10
181/12 181/18 181/21 182/2 182/25
183/8 194/25 216/6 216/9 219/3 219/7

state's [2]  137/23 140/9

statement [1]  23/22

statements [1]  198/19

STATES [1]  1/1

statewide [2]  6/18 174/24

stayed [2]  110/4 111/8

Steiner [14]  3/11 3/12 3/12 4/2 4/3 5/4
9/19 26/16 26/19 47/7 72/22 81/8
130/11 218/14

steinerandsteiner.com [1]  3/14

steps [1]  148/24

Steve [4]  19/21 20/12 203/15 203/17

stick [1]  203/11

sticks [1]  208/12

still [12]  14/13 23/17 56/18 82/3 138/22
160/19 160/19 165/23 166/16 194/24
209/12 209/22

stop [6]  9/15 9/17 29/22 47/14 79/13
103/21

strategic [3]  75/13 75/16 106/11

strategies [2]  11/13 11/24

strategy [1]  215/21

streamline [3]  54/17 75/10 78/1 83/7

streamlined [2]  75/16 81/18

streamlining [1]  81/23

Street [1]  3/13

strike [2]  101/23 151/12

structure [3]  4/10 4/16 61/9

student [3]  22/2 125/17 154/24

students [17]  11/13 13/4 75/23 82/15
106/11 110/15 123/12 124/23 179/23
180/4 180/6 180/10 190/22 190/23
209/10 211/17 215/17

studies [5]  61/8 144/13 144/18 145/8
145/17

study [1]  61/11

stuff [1]  205/14

style [1]  80/15

subcontractors [1]  217/25

subject [2]  170/18 175/18

submit [1]  181/17

submitted [2]  7/2 181/20

submitting [1]  115/6

subtotal [1]  191/18

such [8]  25/25 28/22 32/3 34/10 59/15
59/16 73/24 73/25

sued [1]  179/4

Suite [2]  2/9 3/23

summer [2]  56/10 182/12

super [2]  79/7 89/16

superfluous [2]  31/24 147/18

superintendent [24]  30/6 37/24 54/9
59/2 60/4 60/10 61/3 61/23 73/10
74/18 75/8 79/10 79/10 81/21 81/23
87/19 87/25 88/22 91/7 103/8 104/23
163/6 189/18 199/8

superintendent's [1]  105/17

superintendents [31]  32/4 54/24 55/2
55/6 55/13 56/2 56/3 58/7 58/20 59/4
59/9 60/13 61/10 73/16 73/19 80/12
80/16 81/16 84/5 84/12 84/15 101/23
102/12 103/14 108/11 108/21 109/9
164/19 164/19 179/19 179/20

supervise [2]  189/19 189/23

supervised [2]  60/24 178/9

supervising [1]  211/11

supervision [12]  54/18 54/22 60/18
75/14 75/18 76/1 76/3 76/5 78/12
110/17 166/20 167/7

supervisor [7]  75/25 82/18 82/21 107/3
154/20 154/23 154/25

supervisors [4]  60/23 60/24 78/4 78/22

supervisory [2]  211/6 211/8

support [20]  76/5 81/12 110/13 111/1
111/2 111/5 166/6 166/15 166/21
167/1 169/12 178/19 204/6 204/7
204/16 206/22 207/4 207/10 209/10
209/22

supported [1]  110/20

supporting [1]  207/6

supports [1]  166/10

supposing [1]  11/4

sure [71]  5/7 7/10 8/18 9/10 18/20
19/13 19/17 28/1 30/16 32/20 43/14
49/20 59/3 60/7 67/13 68/12 68/22
69/2 70/21 71/25 81/8 82/14 89/13
90/10 91/5 94/5 95/8 95/12 95/14
100/24 101/4 101/7 105/6 115/13
115/17 115/20 123/24 124/17 127/7
128/18 129/20 129/25 130/1 132/17
132/18 137/19 138/24 139/22 140/14

**S**

sure... [22]  146/6 146/17 150/17
150/20 155/16 157/13 157/17 161/17
165/3 168/19 170/13 174/3 175/25
177/12 195/10 195/25 199/15 201/3
204/24 205/7 207/11 209/19
surprise [3]  68/8 68/12 138/12
surprised [3]  137/21 138/2 177/5
suspect [2]  177/20 178/6
suspended [1]  132/20
suspicion [1]  172/11
switched [1]  6/16
sworn [1]  5/3
synonymous [2]  144/22 144/24
system [14]  27/14 44/11 93/4 121/19
122/3 124/20 141/18 155/12 155/12
155/14 155/23 155/24 198/7 215/18

**T**

T.C [3]  92/15 92/17 92/18
tail [2]  62/22 216/11
take [22]  15/17 33/4 41/3 68/16 68/17
70/24 72/24 73/3 73/4 73/5 96/4 97/23
100/19 116/3 116/9 160/11 183/18
191/5 194/14 200/25 212/13 215/22
taken [4]  3/1 44/14 48/3 48/25
takes [2]  141/22 187/16
talent [2]  28/3 28/10
talk [25]  16/23 32/1 43/16 46/7 46/11
46/12 46/19 65/16 65/21 66/8 81/16
83/5 92/17 92/20 92/21 94/22 101/11
107/7 128/25 129/14 129/19 129/21
192/21 207/19 207/24
talked [22]  7/11 8/4 16/10 16/14 16/18
17/9 17/12 17/14 37/8 54/13 57/8
65/18 81/24 82/11 92/11 120/12
120/13 129/17 129/17 166/19 204/5
206/21
talking [32]  31/22 46/6 52/4 76/19
82/17 82/19 91/3 100/1 100/16 100/17
105/10 105/11 106/3 108/14 108/18
109/3 110/25 112/10 112/22 124/4
124/12 148/4 149/11 167/6 169/9
175/18 186/3 186/20 205/14 206/5
208/25 214/12
talks [1]  100/20
tangent [2]  198/1 198/3
targeted [2]  42/21 184/21
task [2]  161/1 161/8
taught [2]  77/9 93/7
tax [11]  187/20 195/1 195/18 195/19
196/3 197/5 197/11 213/13 213/14
213/21 213/21
taxed [1]  160/25
taxes [12]  187/14 194/17 194/17
194/23 195/2 195/11 195/14 197/8
197/13 198/4 198/15 213/9
teach [4]  76/4 76/8 76/14 77/13
teacher [9]  79/5 79/6 89/11 89/21
93/25 163/7 174/10 178/6 189/15
teachers [7]  82/8 85/3 90/23 173/21
173/21 177/18 178/4
teaching [7]  177/8 177/9 177/10 177/16
177/17 178/3 178/5
team [7]  28/1 53/25 160/18 164/14
184/17 184/18 216/8
Teams [1]  67/4
technical [3]  133/12 134/23 164/6
technically [3]  89/15 89/17 142/20
technology [2]  121/7 216/2

telephone [1]  85/14
tell [54]  6/2 7/13 9/24 10/23 11/8 42/23
43/2 43/5 43/6 45/13 45/22 48/1 59/6
65/3 70/3 70/7 70/11 74/10 75/6 80/19
81/22 99/16 100/8 101/14 104/6 110/6
117/1 117/23 118/15 119/19 120/17
120/20 129/5 129/9 146/3 148/6
148/10 148/18 149/24 150/21 152/21
153/2 154/4 154/8 156/2 165/25
170/10 171/16 180/5 185/4 200/5
205/15 206/10 209/4
telling [11]  42/6 44/16 44/21 50/22 60/3
78/25 88/12 90/12 111/23 112/25
130/1
tells [1]  99/18
TENNESSEE [21]  1/1 1/7 1/13 1/20
2/9 3/2 6/19 18/12 118/11 124/8
137/23 144/1 145/19 181/1 181/4
181/10 181/12 195/9 219/3 219/7
219/19
tenured [2]  163/7 178/6
term [12]  24/3 27/25 55/3 94/7 94/12
94/13 130/21 133/12 145/1 164/13
178/14 178/14
terms [5]  25/23 37/8 78/21 163/17
189/5
terrible [1]  9/16
testified [3]  9/1 52/16 52/21
testify [1]  155/21
testimony [1]  73/14
testing [3]  214/15 214/19 214/22
text [1]  36/25
than [27]  33/7 35/7 47/4 47/18 64/6
80/11 82/8 125/14 125/16 125/18
126/14 129/15 139/9 158/12 168/8
177/8 187/24 190/6 194/24 195/12
195/12 195/21 196/3 196/4 196/20
197/1 217/22
thank [10]  10/11 47/8 148/20 151/24
155/3 201/19 202/7 210/8 214/9
218/20
thankful [1]  198/11
that [1192]
that's [163]  5/9 8/17 8/18 9/8 10/7
10/17 12/6 13/15 14/1 14/24 19/23
20/22 21/2 23/9 24/6 26/16 26/25
26/25 28/21 28/22 29/2 30/18 33/25
34/4 35/25 36/8 38/9 39/18 41/17
41/18 42/22 43/3 43/3 44/10 44/14
46/6 46/9 47/11 49/20 49/22 51/1
55/10 57/6 57/19 57/20 58/13 58/15
58/18 60/1 64/18 66/1 67/3 67/8 68/22
69/6 70/14 70/24 72/25 73/17 74/20
75/3 76/10 76/16 77/8 78/16 79/21
80/9 81/13 83/8 85/2 86/24 94/7 95/5
95/14 98/20 98/21 99/17 99/23 100/3
100/7 100/7 101/19 106/1 109/6
109/14 109/20 109/21 110/3 110/5
111/7 112/13 113/25 114/24 121/4
124/9 125/1 125/10 125/14 125/18
126/24 128/17 130/16 142/20 142/22
144/2 144/6 147/16 148/2 149/10
149/23 150/25 153/19 160/19 160/23
161/2 161/25 162/23 162/24 162/24
163/3 163/4 164/5 165/13 166/4
166/21 167/17 169/13 169/15 173/24
179/16 181/5 181/9 182/5 182/9
182/18 185/10 185/19 186/15 188/7
188/11 191/20 191/24 193/11 197/20
200/12 202/2 203/23 205/5 205/14

206/9 212/12 212/18 214/2 214/5
214/5 214/12 216/12 216/20 217/5
217/10 217/18 218/9 218/12
their [40]  20/18 28/25 29/19 29/21
30/23 31/16 39/21 48/11 66/23 67/9
69/3 70/13 70/14 74/3 75/24 77/14
77/16 81/17 106/8 107/2 108/1 114/13
114/17 118/6 122/14 122/14 133/10
133/17 133/19 137/14 172/13 179/12
183/1 198/15 206/24 207/10 207/10
211/12 211/24 211/25
them [61]  11/8 20/22 23/15 27/12 29/4
29/4 29/11 30/5 41/5 43/6 49/10 58/21
60/25 65/21 65/22 66/18 67/23 68/7
69/21 70/12 70/22 77/12 80/20 81/20
82/5 94/15 94/15 94/17 95/23 96/2
99/1 99/4 99/7 100/22 101/14 104/25
106/4 106/8 107/1 107/4 110/18 114/9
114/13 114/16 116/3 127/2 127/24
128/16 128/17 128/23 139/6 140/17
150/4 150/5 155/10 160/14 177/3
177/3 194/5 215/3 215/20
themselves [1]  108/15
then [104]  6/10 6/14 6/17 6/20 6/22
7/11 7/18 7/24 10/22 11/6 11/7 11/14
12/1 12/5 12/8 13/3 13/9 22/25 29/3
33/21 34/1 35/12 44/16 45/25 48/18
50/22 51/21 55/5 55/12 57/13 58/6
60/23 68/5 70/16 73/8 74/23 77/3
77/24 78/3 78/10 78/21 79/11 79/13
89/25 95/22 96/1 97/23 97/23 101/13
107/4 110/18 120/15 124/18 124/18
126/21 127/8 133/11 133/13 138/16
138/24 139/16 139/17 147/10 147/12
149/20 151/2 151/18 153/15 155/16
155/17 157/6 157/6 158/23 160/4
164/21 164/22 167/12 169/1 169/2
173/4 173/7 173/7 177/3 181/18 182/1
185/4 187/13 187/18 187/24 189/12
191/1 191/17 195/1 195/18 196/19
202/6 204/18 204/20 214/1 214/10
215/21 216/5 216/6 216/8
there [124]  8/5 11/18 11/18 11/19
16/22 19/3 19/5 20/19 20/21 23/2
24/16 25/16 27/3 30/3 30/4 30/10
31/15 31/17 32/19 32/25 33/19 34/2
34/11 37/5 39/20 39/23 43/3 43/17
43/22 44/7 44/24 45/8 45/11 46/14
47/9 47/11 47/12 49/9 49/22 50/23
51/7 54/20 55/7 55/8 55/10 55/19
57/16 59/7 60/8 60/17 61/1 67/24 68/1
68/9 69/3 69/6 79/4 79/13 82/14 85/10
85/17 96/3 99/2 99/15 100/9 102/4
104/25 110/19 111/2 111/10 111/1
113/21 114/14 116/2 117/8 123/6
124/17 128/5 131/24 135/20 135/23
135/25 136/3 136/10 139/12 139/17
141/1 142/3 143/20 144/6 155/18
158/17 161/6 161/18 164/11 164/19
166/9 166/16 171/22 172/21 179/14
179/21 181/15 182/16 184/8 187/10
187/24 188/1 189/13 194/6 194/8
197/13 197/16 199/16 199/17 201/4
208/1 209/24 210/15 212/12 212/21
213/9 216/19 216/22
there's [25]  9/14 28/9 44/18 44/19 45/6
46/25 54/5 64/17 64/18 68/6 69/8
73/22 74/23 75/1 81/2 86/5 100/14
104/9 112/24 116/2 141/13 166/21
185/6 208/12 211/13

**T**

therefore [1] 107/3

these [30] 13/12 25/22 27/1 45/15 47/18 47/22 48/13 48/24 66/8 67/5 67/16 69/22 70/2 70/6 71/6 86/4 101/22 104/7 105/22 108/8 108/10 109/8 117/10 123/4 131/21 165/16 184/23 190/3 192/8 193/22

they [141] 6/12 12/8 13/2 19/15 21/12 21/14 23/2 23/6 23/6 23/8 24/9 24/23 24/25 25/1 25/2 28/18 28/25 29/6 29/11 29/20 30/22 30/25 31/11 31/15 35/10 35/23 37/7 37/8 37/9 38/9 42/8 42/13 42/14 42/20 48/12 48/12 53/1 55/9 56/4 56/15 56/16 58/21 58/21 62/10 62/11 66/10 66/11 66/24 66/24 67/13 67/15 68/14 70/4 70/7 70/14 70/23 70/24 73/25 76/4 76/8 76/8 76/14 77/3 77/9 77/12 77/13 77/22 80/11 80/14 84/7 88/22 99/5 99/8 99/10 100/24 101/1 102/6 107/19 107/25 110/4 110/7 110/23 111/2 114/7 114/10 114/14 115/6 116/11 116/12 122/4 122/15 122/20 122/22 122/25 123/8 125/25 131/22 133/18 139/11 146/6 146/17 151/7 154/24 171/2 172/9 172/11 172/11 173/2 173/8 174/2 176/25 177/1 177/1 181/14 181/22 182/1 182/24 183/2 183/9 187/8 187/24 194/2 194/4 194/24 197/1 197/19 199/23 206/2 206/18 206/19 209/10 209/16 209/22 210/14 211/25 212/6 212/6 212/10 212/10 214/22 215/4

they're [13] 25/17 49/10 95/23 101/25 102/7 105/19 134/14 147/15 162/2 185/16 206/24 209/8 211/3

they've [2] 95/20 115/11

thing [13] 9/14 12/16 13/15 28/21 41/16 48/24 113/13 127/14 128/4 144/12 157/1 186/24 201/22

things [23] 12/17 33/10 38/12 38/12 45/20 49/13 51/23 81/24 82/2 82/12 112/6 123/6 133/9 145/12 161/19 161/19 161/20 162/5 176/18 198/6 207/8 214/22 214/25

think [86] 7/18 10/6 10/7 11/8 13/7 18/21 18/24 23/24 42/17 43/14 49/3 56/18 70/8 72/4 80/22 83/18 86/10 88/11 94/6 94/13 96/10 96/13 100/14 102/6 104/6 104/15 105/2 105/20 105/21 106/17 107/12 107/15 108/7 108/9 108/19 109/7 109/20 110/9 111/10 111/19 112/22 114/24 116/15 117/25 120/10 122/15 123/14 123/23 124/22 125/1 127/23 133/6 136/10 138/19 142/2 146/16 151/1 155/4 157/5 162/13 164/18 165/24 167/23 172/16 174/17 178/4 179/11 182/15 185/7 185/17 186/19 187/13 189/10 190/1 190/4 193/20 201/5 203/14 203/18 206/7 206/25 211/1 211/16 212/18 213/17 215/24

thinking [9] 15/20 15/24 15/25 55/4 120/13 128/15 146/25 199/18 204/18

this [195] 5/10 9/20 11/8 12/22 13/5 18/3 18/25 20/20 22/22 23/20 26/7 26/11 27/1 27/5 27/8 27/16 27/25 29/5 29/22 32/8 36/17 37/15 38/13 38/22 39/5 39/11 40/6 40/7 40/7 41/18 43/13 44/4 44/24 45/20 45/23 46/14 46/24 47/8 47/24 48/1 48/22 49/14 49/15 49/15 49/25 50/16 51/9 51/9 51/14 51/17 52/1 53/21 57/10 58/11 61/20 62/11 62/12 62/14 62/22 62/23 62/24 63/19 63/22 64/16 64/20 64/21 64/24 65/3 65/7 67/3 69/6 70/17 70/17 71/1 71/16 71/18 71/22 71/24 72/8 72/9 72/16 83/18 83/24 84/12 86/12 86/13 86/14 88/6 89/25 96/16 98/14 99/19 99/22 105/14 105/15 106/15 109/4 111/1 112/5 121/4 121/11 121/13 122/8 123/24 125/21 126/13 127/17 127/20 128/6 128/9 129/7 131/9 131/18 133/7 133/17 134/5 134/19 136/18 137/3 137/17 138/23 139/13 139/13 141/3 141/13 141/25 142/2 142/5 142/23 144/8 145/14 146/4 147/8 149/1 149/1 149/8 149/15 150/8 152/11 157/2 157/25 160/10 165/23 165/24 166/1 166/2 166/12 166/13 166/19 167/25 168/16 168/19 168/22 169/13 169/13 179/11 180/3 183/21 184/2 184/14 184/23 184/25 185/21 186/1 186/2 186/3 186/4 186/8 189/21 189/25 191/8 192/10 192/10 194/16 195/16 196/7 197/25 203/1 204/17 204/20 205/8 206/15 207/9 210/9 210/11 213/17 214/18 215/8 217/6 217/8 217/13 217/16 217/16 217/25 218/21 219/16

those [105] 11/14 11/15 19/16 21/8 21/9 23/10 23/17 29/3 32/18 37/25 38/4 38/8 38/12 38/12 41/22 43/23 45/11 49/13 51/4 51/7 53/18 60/4 60/8 60/12 61/1 61/18 63/1 64/12 65/14 65/18 67/14 69/17 70/19 73/15 74/11 74/17 74/23 75/4 75/9 75/19 78/2 78/7 80/2 80/25 96/4 104/10 107/18 108/4 110/1 113/15 114/1 115/24 123/14 124/22 126/4 132/23 133/9 137/12 139/20 143/16 143/22 144/21 144/23 144/24 145/12 145/13 153/13 153/15 156/16 159/11 162/5 163/25 164/4 166/11 166/18 166/18 167/8 171/7 173/20 175/5 175/6 175/9 179/20 181/21 182/11 182/23 183/2 186/20 186/24 190/25 199/6 199/13 202/12 202/12 202/13 204/15 208/20 209/11 210/19 211/11 214/25 216/10 218/17 218/17

though [15] 12/10 23/16 24/7 27/2 57/4 95/18 125/10 134/22 142/20 155/18 190/15 195/15 197/14 197/15 216/10

thought [6] 16/4 20/10 73/2 116/16 119/3 199/23

thoughts [2] 70/13 172/13

three [16] 101/22 102/11 103/13 104/6 104/7 104/10 105/3 105/22 108/8 108/10 108/20 109/8 115/23 115/24 151/21 153/8

through [45] 11/3 12/7 13/8 16/2 33/12 47/20 47/23 48/2 50/14 58/10 61/17 64/9 64/11 65/16 68/14 75/11 76/21 76/23 115/16 119/12 119/15 119/16 128/13 128/19 133/8 135/15 135/20 136/4 138/17 142/8 143/5 147/10 154/24 182/15 185/3 185/4 185/5 189/3 190/12 190/14 191/8 202/1 204/21 209/8 209/14

throughout [1] 36/17

tied [1] 143/2

time [79] 5/9 8/23 9/17 14/12 18/14 20/11 22/10 22/12 23/12 23/4 26/22 33/9 34/12 34/23 34/23 35/7 37/14 46/15 49/14 65/21 67/4 69/20 70/20 73/2 76/20 79/9 83/5 85/1 86/13 88/14 88/15 88/23 88/25 89/1 89/19 90/6 90/12 90/14 92/9 92/12 93/19 94/5 98/19 99/8 109/5 119/17 129/19 132/11 133/1 133/5 133/21 138/23 139/3 143/7 147/24 154/12 165/1 166/10 171/15 172/19 176/23 179/22 183/13 183/14 183/15 184/1 186/20 186/24 187/3 188/8 188/9 190/8 192/3 194/8 194/8 200/11 207/25 218/18 218/18 218/18

timeframe [1] 123/10

timeframes [1] 143/22

timeline [2] 97/22 111/1

times [7] 9/3 48/20 165/3 165/4 174/9 192/4 194/6

timing [2] 38/10 183/19

title [6] 59/19 59/24 93/4 139/1 152/23 161/18

TN [3] 3/13 3/19 3/24

today [5] 9/23 50/23 79/17 83/25 188/17

together [5] 39/12 64/9 138/10 139/3 161/3

told [26] 16/9 37/15 42/20 66/7 67/5 82/2 92/14 98/13 101/22 104/15 105/3 108/8 108/10 108/20 109/8 120/25 146/4 146/10 150/2 150/23 179/3 199/11 200/5 205/10 212/17 213/12

too [10] 13/18 71/8 114/1 122/23 143/20 161/20 168/6 179/25 185/9 192/6

took [6] 103/23 137/11 176/19 182/25 183/2 191/21

top [16] 6/12 6/15 38/22 64/14 86/2 86/11 121/5 121/14 131/24 141/19 143/5 192/13 196/13 211/15 211/20 212/6

total [8] 12/8 43/12 46/25 50/24 159/23 193/8 195/25 217/20

totality [6] 42/17 44/14 45/3 46/9 48/25 194/15

toward [1] 77/2

TPI [1] 147/13

traffic [3] 125/23 126/8 126/14

trained [3] 175/6 175/22 175/24

transcript [2] 68/9 219/10

transfer [3] 47/10 163/25 164/2

transition [1] 138/25

transitions [1] 137/12

transmitting [1] 155/19

transparent [1] 69/5

Trauger [1] 1/6

Treasury [1] 6/10

tremendously [3] 194/18 198/9 198/16

tried [3] 96/18 96/23 215/22

true [8] 24/15 24/23 138/1 153/24 153/25 191/1 198/15 219/10

trustee's [1] 213/13

try [15] 33/8 44/23 45/3 50/5 50/14 80/24 83/5 109/6 123/12 133/8 138/10 176/13 180/11 194/5 207/24

trying [53] 8/21 13/1 17/7 19/3 19/5 20/20 21/2 21/22 24/11 44/22 54/17

**T**

trying... [42] 54/19 57/20 77/25 80/3
80/22 81/6 81/8 82/11 82/13 85/7
86/10 87/15 88/10 106/14 110/9
110/12 114/11 118/4 119/7 130/23
140/16 140/17 146/16 146/17 156/22
162/3 167/22 172/21 174/16 177/21
184/20 187/2 192/8 204/3 204/10
206/7 206/9 206/10 207/21 212/1
212/18 215/16
turn [1] 157/17
turned [1] 181/3
Turner [19] 90/25 91/3 102/14 102/20
103/3 103/6 107/7 107/8 107/9 107/10
115/25 117/15 133/16 146/20 151/7
151/21 153/6 154/9 199/10
turnover [1] 191/18
tweaks [1] 111/10
two [24] 6/19 38/12 62/9 80/25 86/11
96/5 103/19 110/6 111/4 112/22
122/16 122/20 135/25 139/9 140/23
143/16 148/24 154/25 155/10 159/9
166/9 166/18 187/10 211/13
type [8] 9/5 17/1 34/14 36/20 36/21
64/6 120/14 161/16
typed [1] 63/24
types [3] 59/11 115/19 133/9
typical [2] 62/23 68/13
typically [5] 13/5 13/8 23/23 113/19
148/22

**U**

U.S [2] 118/8 118/12
uh [27] 9/13 9/15 55/25 77/15 84/6
92/19 94/18 98/25 104/19 104/24
105/1 109/25 118/3 130/20 135/13
137/1 159/22 163/2 163/10 163/19
165/19 172/19 203/10 207/18 210/6
213/5 216/24
uh-huh [27] 9/13 9/15 55/25 77/15 84/6
92/19 94/18 98/25 104/19 104/24
105/1 109/25 118/3 130/20 135/13
137/1 159/22 163/2 163/10 163/19
165/19 172/19 203/10 207/18 210/6
213/5 216/24
ultimate [1] 75/25
ultimately [2] 12/6 200/8
uncle [1] 5/12
under [17] 13/25 23/4 40/7 50/22 53/25
54/1 77/19 78/3 89/11 89/22 102/1
102/7 137/23 166/11 167/4 191/14
194/6
underfunded [1] 180/15
underfunding [1] 44/25
undergrad [2] 6/5 6/6
undergraduate [1] 124/12
understand [15] 9/23 24/11 49/3 57/21
60/7 104/20 105/6 109/5 109/13
109/16 109/18 128/4 139/2 173/25
205/7
understanding [11] 23/20 25/14 37/12
70/19 73/13 117/2 141/18 161/15
163/7 174/5 216/3
unemployment [1] 140/5
unexpectedly [1] 138/22
unfilled [3] 192/21 192/25 193/21
unfortunately [4] 33/10 161/19 180/8
194/7
unified [1] 79/21
UNITED [1] 1/1

universities [1] 124/18
University [3] 6/6 124/9 145/20
unknown [1] 34/25
unlawful [1] 133/4
unnecessary [1] 81/19
until [5] 10/3 14/20 121/7 147/15
151/20
untwine [1] 145/12
unusual [1] 186/21
up [77] 6/9 8/24 11/5 25/11 31/20
31/21 31/21 38/23 43/23 45/10 47/12
49/15 51/7 56/20 57/7 64/16 66/24
77/20 96/10 97/24 98/17 114/21 115/6
115/15 118/4 125/20 130/12 131/23
133/21 135/2 137/14 137/25 139/1
141/9 141/14 141/22 152/6 155/3
155/16 156/3 157/5 157/16 157/20
158/25 160/21 161/20 161/21 162/5
165/23 166/8 170/18 171/23 173/9
176/24 177/1 185/5 187/12 191/7
191/13 193/18 194/23 195/14 195/17
195/20 196/19 198/8 198/15 200/20
200/24 201/7 201/23 204/20 207/14
207/25 213/10 214/6 218/2
upon [1] 21/3
upset [1] 171/20
us [10] 26/18 31/17 35/23 45/1 71/5
128/5 177/13 181/15 190/22 200/20
use [6] 115/18 134/13 163/8 164/13
191/4 216/20
used [8] 18/4 27/2 41/21 141/11 178/13
178/19 180/11 182/12
uses [3] 28/1 63/14 145/2
using [2] 164/18 178/15
usually [3] 116/9 159/16 175/18

**V**

vacancies [6] 190/9 190/11 190/14
191/3 192/20 193/24
vacancy [2] 55/10 191/18
vacant [14] 14/4 14/17 55/7 55/8 55/15
56/4 56/5 56/9 79/11 84/13 84/17
84/23 146/18 193/15
vague [4] 206/3 207/3 207/5 208/5
vaguely [1] 196/12
valuable [1] 180/13
value [2] 14/25 198/12
values [2] 197/16 197/17
Vanessa [1] 92/6
variance [1] 81/5
variety [10] 12/16 22/9 29/6 30/4 38/1
44/12 59/13 77/25 79/4 211/21
various [3] 11/11 22/19 165/3
varying [1] 183/8
vehicle [1] 127/14
vendor [4] 45/19 147/12 216/18 216/21
vendors [1] 216/23
very [29] 21/12 30/16 36/8 36/10 43/10
51/16 62/6 62/19 68/10 82/13 82/14
121/5 138/17 140/15 148/21 162/8
176/7 176/7 178/14 189/13 190/21
191/5 191/22 194/11 194/12 195/10
206/19 206/20 215/25
VI [2] 93/4 152/23
Via [1] 219/9
violating [1] 132/13
violation [2] 126/8 126/15
violations [1] 125/23
virtual [1] 76/20
vision [3] 8/5 14/24 53/16

voice [1] 152/7
volunteered [1] 22/1
vote [3] 70/24 99/21 101/13
voting [1] 99/19

**W**

wait [9] 16/18 127/17 127/17 138/4
151/19 151/25 166/17 166/17 166/17
waived [1] 3/4
walk [1] 191/7
want [67] 10/5 11/2 11/7 11/12 12/13
16/1 17/1 22/5 26/25 27/5 27/16 30/16
39/15 40/5 40/6 43/14 44/4 45/22 46/7
46/11 49/2 49/6 62/10 63/8 71/7 75/22
76/7 81/8 81/11 81/11 89/13 93/15
105/13 105/14 105/14 106/20 106/23
106/25 107/25 110/13 114/10 114/19
117/25 120/14 121/2 123/25 125/25
127/16 130/14 130/18 131/21 134/22
146/12 154/13 162/21 165/21 166/1
169/20 180/9 180/9 185/21 194/16
205/7 206/17 206/18 207/7 212/10
wanted [17] 17/16 17/18 29/5 67/13
69/5 75/10 75/12 77/11 77/19 116/16
135/2 146/14 149/21 151/15 205/3
207/15 209/23
wants [3] 104/7 104/9 104/10
was [416]
wasn't [33] 7/13 19/2 30/9 45/17 61/2
67/17 88/4 88/14 88/25 89/23 90/16
106/21 111/15 111/15 111/17 111/21
113/17 140/21 143/5 145/25 156/15
164/22 164/23 179/4 193/1 193/2
194/7 203/6 205/1 206/25 208/1
211/22 214/11
waste [1] 47/10
watched [2] 41/4 155/22
Waverly [2] 93/7 93/18
way [41] 11/10 11/11 19/2 33/2 35/14
37/10 52/22 55/4 64/8 68/13 70/9
75/13 75/16 76/21 80/24 81/3 85/8
99/4 105/22 107/9 108/1 110/21 111/3
117/18 128/19 138/19 153/6 169/12
179/17 188/12 193/3 193/6 200/10
201/23 203/1 204/7 205/13 206/15
208/11 214/21 219/15
ways [3] 11/11 161/2 204/5
we [268]
we'd [2] 120/14 146/7
we'll [4] 73/3 109/6 168/21 202/12
we're [37] 11/8 12/24 13/1 32/24 33/13
36/16 46/20 46/21 52/4 55/23 71/9
77/1 79/2 80/22 83/4 83/17 85/6
105/10 106/2 109/3 109/3 123/11
133/22 141/14 142/9 162/25 165/22
166/10 175/18 180/14 189/14 190/21
191/20 205/14 212/1 212/8 216/11
we've [9] 11/10 42/6 42/21 54/13 57/16
59/16 76/19 116/1 165/24
weapon [5] 126/16 126/16 126/22
128/2 133/4
weapons [1] 123/1
Weber [3] 92/15 92/17 92/18
website [9] 137/24 213/13 215/1 215/5
215/11 215/25 216/1 216/2 218/11
well [50] 5/11 7/23 8/1 17/9 34/1 35/10
38/21 42/21 46/9 50/3 54/7 54/14
54/21 55/7 65/20 76/18 80/2 95/12
96/21 101/11 112/16 115/14 118/16
120/8 147/17 148/6 148/21 159/1

**W**

well... [22] 161/8 164/20 172/2 174/25 177/24 180/8 182/20 183/4 190/23 191/24 192/13 192/19 193/13 195/8 203/1 205/12 206/9 206/14 209/13 212/21 213/12 214/16
well-being [2] 205/12 206/14
went [41] 6/5 6/11 6/18 47/20 47/23 54/7 95/2 110/7 113/14 147/10 157/12 166/12 166/15 187/8 188/3 189/15 194/9 194/23 195/3 195/11 195/14 195/15 195/17 195/19 195/20 196/15 196/17 196/19 198/6 198/8 204/21 207/11 207/12 208/1 214/1 214/3 214/6 214/10 216/6 216/6 216/8
were [178] 8/18 11/23 20/15 22/6 22/16 27/2 29/10 29/14 29/19 30/1 30/4 31/7 31/15 34/23 35/8 35/10 35/12 35/15 35/21 35/22 35/23 35/25 37/6 37/25 39/23 40/2 43/17 44/7 45/11 45/18 48/5 50/24 52/2 54/16 54/17 58/7 58/11 58/19 58/20 59/7 59/9 61/22 61/23 62/11 64/11 64/18 65/14 65/23 67/18 73/8 74/22 74/22 75/8 77/25 78/4 78/22 81/15 81/17 85/3 99/2 99/15 101/1 101/22 103/6 103/10 103/13 105/8 106/14 106/16 106/23 108/14 108/18 108/24 109/12 110/1 110/12 110/16 110/19 110/20 111/5 111/25 112/6 112/8 112/9 113/16 114/4 114/6 114/7 115/24 116/11 116/12 117/4 120/25 121/24 123/6 123/7 137/7 137/16 138/23 143/22 144/15 146/7 146/16 146/17 148/4 148/7 148/18 151/7 154/20 155/21 157/3 157/8 157/9 158/24 159/1 159/7 159/10 160/10 160/18 161/11 161/18 164/18 164/21 165/16 166/9 166/18 167/5 169/9 169/16 170/25 171/2 171/9 171/17 172/9 172/12 172/20 172/22 174/21 175/9 176/8 179/20 179/21 182/24 183/9 184/21 187/2 192/10 194/24 195/16 196/9 196/10 196/14 196/24 197/1 197/16 199/7 199/8 199/12 199/21 200/2 200/6 203/18 204/18 207/20 208/5 208/20 209/12 209/22 211/13 214/12 214/22 215/14 215/16 216/19 216/22 217/11 218/17 218/17
weren't [3] 74/21 91/1 210/23
West [1] 213/2
what [245]
what's [11] 25/6 76/2 92/9 100/13 121/2 136/2 144/2 167/20 168/16 186/7 193/24
whatever [4] 5/12 31/24 62/3 183/15
wheel [1] 212/5
wheelhouse [1] 110/25
when [108] 6/11 7/23 7/25 9/15 10/11 11/21 15/23 15/24 18/14 22/6 27/2 34/9 39/4 39/11 39/20 39/23 40/17 51/23 58/19 62/11 80/22 81/15 87/23 87/24 88/3 88/4 88/10 88/12 90/3 90/10 91/8 92/8 92/10 92/11 93/10 94/3 97/9 98/6 98/18 102/5 109/6 114/3 114/4 114/22 115/21 117/22 122/6 123/5 127/23 128/6 128/9 132/5 132/7 136/5 137/10 137/15 139/4 139/8 142/2 142/23 144/8 146/1 148/4 152/3 153/5 153/21 154/19 155/4

156/11 158/25 159/3 159/9 164/21 174/5 174/10 175/5 175/6 175/9 175/23 181/20 183/7 183/19 185/4 186/18 186/25 187/9 191/1 193/22 195/11 195/13 195/15 195/17 195/17 197/12 199/21 200/5 200/23 203/8 204/18 205/15 206/2 206/12 206/20 207/23 209/16 210/10 211/8 217/16
where [37] 17/19 19/7 19/14 23/12 27/6 27/12 29/4 31/23 34/8 49/25 50/25 95/7 95/12 99/3 107/2 124/4 124/8 125/21 126/25 127/11 129/21 143/20 143/23 149/17 168/25 180/25 187/6 188/13 190/6 190/19 191/17 191/20 195/19 196/14 197/18 200/19 218/15
WHEREUPON [11] 50/18 52/10 71/11 72/19 83/20 131/12 133/24 141/5 142/11 169/23 202/14
whether [85] 11/18 12/22 16/23 17/1 17/13 17/16 17/17 18/11 19/5 19/15 29/9 29/11 29/18 29/20 30/22 31/10 31/23 32/2 34/2 40/6 43/17 44/6 44/17 45/6 45/11 58/24 59/7 59/8 61/5 64/16 65/10 66/24 67/10 67/15 69/8 69/22 72/8 89/15 89/17 89/20 91/15 96/17 97/2 97/13 97/16 98/7 98/10 101/19 105/16 106/18 106/24 109/16 113/22 115/11 117/12 117/15 122/4 123/3 123/7 124/15 126/21 130/5 130/8 136/7 136/14 137/4 137/5 137/15 138/1 138/13 141/15 145/16 146/7 154/20 158/23 159/10 165/15 182/23 183/2 208/17 210/9 211/14 211/15 211/19 211/19
which [26] 14/8 21/8 23/11 35/1 38/22 39/6 40/8 60/6 70/23 77/2 82/21 84/14 88/24 116/22 120/1 122/13 127/18 178/13 178/14 181/16 187/11 191/10 193/9 207/11 208/24 212/25
while [8] 129/13 136/9 173/3 175/12 182/25 183/2 183/18 209/11
whistleblower [1] 102/5
White's [3] 89/4 89/5 164/9
who [107] 14/2 14/6 16/7 19/12 22/7 22/15 22/21 25/7 25/12 26/6 28/15 28/17 30/25 30/25 37/15 40/18 55/6 56/3 56/7 56/25 57/25 58/2 60/23 61/15 63/24 64/3 65/3 71/24 75/19 75/22 76/8 77/12 77/14 78/2 78/7 78/12 79/8 79/9 79/10 79/23 80/1 82/5 82/24 87/19 88/1 88/13 89/16 90/11 91/18 92/14 92/15 92/24 93/19 93/24 96/13 97/7 104/8 110/16 113/1 113/20 113/22 113/25 115/24 119/22 123/14 128/25 129/3 129/18 138/21 147/12 147/20 150/10 150/17 150/20 151/19 154/1 155/5 156/5 160/17 160/18 164/15 164/24 164/25 165/10 166/2 166/5 167/16 168/12 168/13 170/8 170/18 173/20 179/20 184/21 190/22 194/18 198/12 203/15 204/11 204/15 207/9 208/20 209/19 210/3 210/22 211/15 212/5
Who's [1] 184/18
whole [10] 9/22 61/21 77/23 82/10 141/22 143/7 164/23 192/25 193/21 201/22
whom [1] 163/13
whose [3] 93/12 108/11

why [57] 8/18 14/22 30/18 35/25 40/7 41/25 54/11 59/6 61/22 64/6 68/25 69/6 69/24 70/4 70/4 74/10 74/13 75/7 80/19 81/13 82/23 83/4 84/21 84/22 84/23 85/2 85/8 85/9 91/15 110/6 110/11 111/12 111/17 114/10 116/14 119/24 128/17 150/9 150/14 150/18 154/3 156/7 156/9 157/4 164/8 171/23 172/9 172/24 174/2 174/6 179/18 186/17 203/2 203/8 203/11 206/8 217/11
wide [1] 12/16
wife [3] 6/9 173/1 173/11
wife's [1] 173/7
Wild [1] 93/1
will [9] 11/14 65/25 125/10 152/22 162/25 163/3 186/13 192/9 201/17
Williams [3] 58/5 79/25 82/25
within [1] 35/23
without [4] 34/1 50/12 127/18 159/13
witness [1] 5/2
won [1] 6/12
wonder [4] 204/19 207/9 207/9 209/13
Woodland [1] 3/13
word [3] 25/17 153/24 153/25
work [39] 6/7 6/8 11/9 14/13 16/12 17/19 18/4 18/6 18/11 33/3 53/20 53/23 54/8 54/21 87/16 96/18 96/24 118/7 119/13 119/16 120/2 122/3 136/5 137/8 138/6 138/11 138/14 138/17 139/3 139/6 148/15 162/6 162/9 162/11 162/19 163/13 178/18 206/18 206/20
worked [22] 6/10 18/15 21/25 53/24 54/1 54/3 54/6 87/4 119/3 129/22 135/14 135/20 135/23 135/25 137/17 138/20 139/4 140/25 142/16 143/25 215/21 217/25
worker [1] 180/10
workers [1] 185/15
workers' [1] 140/5
workforce [5] 139/25 140/1 140/7 140/9 140/12
working [8] 118/8 118/13 136/9 136/18 137/13 140/14 140/20 140/24
workings [1] 173/25
workplace [1] 143/21
works [10] 10/23 17/20 33/20 33/25 42/16 44/11 121/18 135/17 147/8 147/13
worth [1] 200/1
would [319]
wouldn't [31] 8/20 17/7 18/16 31/12 31/13 34/13 41/22 42/2 50/13 67/11 68/4 72/6 72/11 73/21 79/1 91/24 97/25 102/23 113/23 114/18 130/11 133/20 138/15 139/19 163/8 178/7 179/13 187/25 199/25 203/21 211/11
writing [2] 161/11 161/16
written [1] 100/8
wrong [6] 23/21 85/22 85/24 86/6 86/9 177/9

**X**

X-ing [1] 75/6

**Y**

yeah [29] 6/4 8/10 8/14 10/1 66/11 77/18 80/22 85/2 89/4 91/21 99/17 107/11 135/24 142/25 143/4 144/11

| | Zoom [1] 219/9 | |
|---|---|---|
| **Y** | | |

yeah... [13]  148/2 157/15 157/24 158/5
161/9 161/9 201/5 202/25 204/24
205/9 205/25 214/8 215/2
year [62]  11/6 11/20 13/16 14/20 22/13
26/12 31/17 35/3 35/8 35/19 35/20
35/22 39/1 39/3 40/14 41/17 45/24
49/21 50/6 51/18 51/22 51/25 52/1
52/2 52/4 58/10 68/7 76/17 76/18
76/19 77/3 77/5 117/24 118/1 118/2
119/1 119/5 129/22 182/9 182/15
182/15 186/2 186/4 186/5 186/14
187/10 188/10 189/6 189/7 189/7
189/14 190/23 191/1 191/11 192/25
193/15 193/16 193/21 194/10 196/20
200/2 213/21
year's [1]  11/18
yearly [1]  13/15
years [22]  6/17 6/19 11/11 18/17 33/4
33/11 33/13 34/9 44/25 45/1 45/1
45/10 76/15 86/11 118/4 134/10
135/25 139/9 145/14 145/17 162/7
204/12
yes [242]
yet [6]  15/9 15/11 19/13 177/2 209/11
209/16
you [1070]
You'll [1]  157/20
you're [82]  12/11 13/25 15/10 15/24
22/10 23/24 26/19 33/2 34/6 34/6 43/9
44/21 46/24 47/1 47/22 51/22 55/4
63/3 63/9 63/10 70/9 73/1 76/11 78/25
81/7 88/12 89/18 90/12 95/13 98/3
100/1 100/16 102/9 105/10 105/15
105/19 106/16 110/24 110/25 111/22
112/25 113/6 113/7 121/18 121/21
124/12 129/7 129/16 129/20 131/1
140/6 144/6 146/25 149/11 152/23
160/4 160/5 161/20 163/5 163/21
166/8 175/5 175/6 175/23 177/20
178/16 184/8 185/5 189/6 190/16
191/2 191/6 192/7 192/16 193/22
196/15 196/21 201/4 206/7 208/25
211/14 217/7
you've [11]  35/7 46/1 47/14 49/21 50/1
50/1 51/18 148/21 175/12 175/22
189/2
Young [2]  21/20 21/20
younger [1]  123/10
your [86]  5/5 5/19 6/3 9/25 10/5 12/20
13/19 14/2 14/6 15/19 20/23 24/12
29/17 30/20 32/22 33/16 35/18 37/2
37/12 37/21 40/23 41/23 42/20 43/16
44/5 48/10 56/13 60/7 60/16 66/3
72/17 73/13 78/6 86/12 96/21 97/10
99/14 104/20 105/13 105/15 105/20
112/13 121/6 127/9 127/11 130/14
130/17 133/23 134/13 138/18 141/8
152/7 152/9 155/13 157/19 157/25
158/16 162/23 163/9 165/9 174/5
175/8 179/25 185/22 186/7 188/17
190/4 193/13 193/17 195/6 195/13
196/6 197/8 200/18 200/19 200/20
200/23 201/2 201/8 201/20 202/10
203/23 205/5 206/11 212/25 213/21
yours [1]  195/15
youth [1]  123/11

| **Z** | | |

zero [2]  49/22 50/25

| Position | Classification | Salary | benefits | Total Amount |
|---|---|---|---|---|
| Associate Superintendent | Removal | $620,000.00 | $113,336.00 | $733,336.00 |
| Chief of Academics | Repurpose | $185,000.00 | $33,818.00 | $218,818.00 |
| Executive Officer of Student Services to Executive Director of Student Services | Downgrade | $27,789.00 | $5,079.82 | $32,868.82 |
| Exec Ofcr Schools and Academics | Repurpose | $140,000.00 | $25,592.00 | $165,592.00 |
| Dir School Choice | Repurpose | $115,886.35 | $21,184.02 | $137,070.37 |
| Exec Ofcr HR Organizational Development | Removal | $140,000.00 | $25,592.00 | $165,592.00 |
| Executive Director of Charter Schools | Removal | $147,344.90 | $26,934.65 | $174,279.55 |
| Total | | $1,376,020.25 | $251,536.49 | $1,627,556.74 |
| | | | | |
| Position | Classification | Salary | benefits | Total Amount |
| Chief of Academic and Schools | Repurpose | $185,000.00 | $33,818.00 | $218,818.00 |
| Executive Director of School Support | Repurpose | $126,000.00 | $23,032.00 | $149,032.00 |
| Executive Officer of Divesity, Equity and Inclusion | Repurpose | $145,000.00 | $26,506.00 | $171,506.00 |
| Executive Director of Federal programs to Executive officer of State, local and Philanthropic investments | Upgrade | budgeted | | |
| Total | | $456,000.00 | $83,356.00 | $539,356.00 |

| | |
|---|---|
| Total savings | $1,088,200.74 |