```
1    IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
                    FOR THE MIDDLE DISTRICT
2                      NASHVILLE DIVISION
     _____
3    JANE DOE,                        )
                                      )
4           Plaintiff,                )
                                      )
5    v.                               )   No. 3:20-CV-01023
                                      )   Jury Demand
6    THE METROPOLITAN                 )   Judge Trauger
     GOVERNMENT OF NASHVILLE AND      )   Magistrate Judge
7    DAVIDSON COUNTY, TENNESSEE       )   Holmes
     AND DR. ADRIENNE BATTLE          )   Lead Case
8                                     )
            Defendants.               )
9    _____)
     DR. LILY MORENO LEFFLER,         )
10                                    )
            Plaintiff,                )
11   v.                               )
                                      )
12   THE METROPOLITAN                 )
     GOVERNMENT OF NASHVILLE AND      )
13   DAVIDSON COUNTY, TENNESSEE,      )
     AND DR. ADRIENNE BATTLE          )
14                                    )
            Defendants.               )
15   _____)
                                      )
16   DR. JAMES BAILEY,                )
     DR. PIPPA MERIWETHER, and        )
17   DR. DAMON CATHEY,                )
                                      )
18          Plaintiffs,               )
     v.                               )
19                                    )
     METROPOLITAN GOVERNMENT          )
20   OF NASHVILLE AND DAVIDSON        )
     COUNTY, TENNESSEE and            )
21   DR. ADRIENNE BATTLE,             )
                                      )
22          Defendants.               )

23   _____

24   The Deposition of:   LISA GAY SPENCER
                          April 8, 2022
25
```

1

2

3

4

5

6

7
_____

8
JANIE W. GARLAND

Briggs & Associates

9
222 Second Avenue North, Suite 340M

Nashville, Tennessee 37201

10
(615)714-5350

11
_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          The deposition of Lisa Gay Spencer was
taken by counsel for the Plaintiffs, by notice, at
2    the law offices of Metro Legal, in Nashville,
Tennessee, on April 8, 2022, pursuant to the
3    provisions of the Federal Rules of Civil Procedure.
          All formalities as to notice, caption,
4    certificate, reading and signing of the deposition
are not waived.  All objections, except as to the
5    form of the questions, are reserved to the hearing.

6    _____

7    APPEARANCES:

8    For the Plaintiffs:

9       Dr. James Bailey
Dr. Lily Leffler
10      Dr. Pippa Meriwether
Jane Doe
11
Ann Buntin Steiner
12                          Attorney at Law
Steiner & Steiner, LLC
13                          613 Woodland Street
Nashville, TN 37206
14                          asteiner@steinerandsteiner.com

15   For the Plaintiff:

16      Dr. Damon Cathey

17
Jesse Ford Harbison
18                          Attorney at Law
Jesse Harbison Law, PLLC
19                          P.O. Box 68251
Nashville, TN 37206
20                          jesse@jesseharbisonlaw.com

21

22   For the Defendants:
J. Brooks Fox
23                          Department of Law
Metropolitan Courthouse, Suite 108
24                          P.O. Box 196300
Nashville, TN 37219
25                          brooks.fox@nashville.gov

1                           INDEX

2   Examination by Ms. Steiner  . . . . . . . .  Page    5

3   Examination by Ms. Harbison . . . . . . . .  Page  150

4   Redirect Examination by Ms. Steiner . . . .  Page  187

5

6                          EXHIBITS

7   No. 1 Audio recording I . . . . . . . . . .  Page   82

8   No. 2 7/1/15 Handbook 7/1/15  . . . . . . .  Page   95

9   No. 3 MNPS Employees Salary Schedule  . . .  Page  118

10  No. 4 (Late-filed) Worksheet Ms. Johnson
          would have prepared for Jane Doe
11        (if exists) . . . . . . . . . . . . .  Page  124

12  No. 5 E-mail 6/1/20 . . . . . . . . . . . .  Page  158

13  No. 6 E-mail 6/30/20  . . . . . . . . . . .  Page  166

14  No. 7 E-mail 6/17/20  . . . . . . . . . . .  Page  182

15  No. 8 E-mail 7/1/20 . . . . . . . . . . . .  Page  185

16  No. 9 Excel spreadsheet . . . . . . . . . .  Page  192

17

18

19

20

21

22

23

24

25

1          <u>LISA GAY SPENCER</u>,

2     called as a witness and, having been first duly

3     sworn, was deposed as follows:

4     <u>EXAMINATION BY MS. STEINER</u>:

5          Q.    Could you please state your full name for

6     the record?

7          A.    Lisa Gay Spencer.

8          Q.    Okay.  Now, Ms. Spencer, what is your home

9     address?

10         A.    ████ ██████████ ████████████ █████,

11    Franklin 37064.

12         Q.    How long have you lived there?

13         A.    22 years.

14         Q.    So no plans of moving in the near future,

15    correct?

16         A.    No, ma'am.

17         Q.    Now, Ms. Spencer, my name is Anne Steiner.

18    I know we have met before?

19         A.    Yes, ma'am.

20         Q.    I represent four plaintiffs who have sued

21    Metro for retaliation, and that would be -- one is

22    (name spoken off record) who we will refer to as

23    Jane Doe, so if you hear me say Jane Doe, I'm

24    referring to (name spoken off record), is that okay?

25         A.    Yes, ma'am.

1      Q.   I represent Dr. James Bailey, I represent

2   Dr. Pippa Meriwether and I represent Dr. Lily

3   Leffler.

4      A.   Okay.

5      Q.   To my right is Jesse Harbison and she

6   represents Dr. Damon Cathey.

7           Okay.  Now, I'm going to ask you a whole

8   bunch of questions today.  If you don't understand

9   my question, just stop me and I will go back and

10  rephrase it for you.  I want you to answer to the

11  best of your ability.  If you need a break at any

12  point in time, just say so and we will break.

13  Hopefully, this will not last much longer than the

14  morning, okay?

15          Now, how many times have you given a

16  deposition?

17     A.   Two.

18     Q.   Are you sure about that?

19     A.   I believe that's correct.

20     Q.   Because I thought that when I took your

21  deposition in the Garcia matter, you had given a

22  deposition --

23     A.   I'm asking myself.  I'm sorry, there was

24  one other deposition.

25     Q.   So you've given three depositions?

```
1        A.    Three.

2        Q.    Okay.

3        A.    You're correct.

4        Q.    This would be the fourth, correct?

5        A.    Yes.

6        Q.    Now, the other two times, who -- the other

7   three times, one was Garcia, in the Garcia matter,

8   correct?

9        A.    Yes.

10       Q.    And the other two were in what case or

11  what matter?

12       A.    One was a personal injury case.

13       Q.    Uh-huh.

14       A.    One was an employment case at State

15  Government.

16       Q.    And was that Tennessee State Government?

17       A.    Yes, ma'am.

18       Q.    And were you -- do you know why you were

19  deposed in that case?

20       A.    I had peripheral contact with the case

21  itself.  I was an assistant to an individual who was

22  involved.

23       Q.    Was the individual sued in their

24  individual capacity?

25       A.    No, ma'am.
```

1     Q.    The person you were the assistant to, were

2  they the one filing the lawsuit?

3     A.    No.

4     Q.    Were they the one who made the decision

5  about -- was it a discrimination case?

6     A.    It was an employment case, but it wasn't a

7  discrimination case.

8     Q.    Was it like breach of contract?

9     A.    Harassment case.

10     Q.    Harassment based on what?

11     A.    Sex.

12     Q.    Do you recognize that that is a

13  discrimination claim?

14     A.    You're correct.  Under Title VII, it's a

15  discrimination claim.

16     Q.    Was the person you worked for, were they

17  being charged with harassment?

18     A.    No.

19     Q.    How was the person you worked for involved

20  in the case?

21     A.    Our department investigated the case.

22     Q.    Okay.  And did you have any -- who was the

23  plaintiff?

24     A.    It was years ago.  Let me try to remember

25  her name.  It is not coming to me.  I apologize.  If

1    I think of it, I will say it later, but it is not
2    coming to me.
3        Q.    Do you know what court it was filed in?
4        A.    I think all of our cases were filed in
5    chancery court.
6        Q.    Davidson County Chancery?
7        A.    Yes, ma'am.
8        Q.    Do you know who any of the lawyers were?
9        A.    It was so long ago, and I was so little
10   involved that I probably just blocked it out of my
11   mind.
12       Q.    I'm going to stop.  This is the only thing
13   I'm going to stop you about in the deposition.  I
14   saw you over there shaking your head, the court
15   reporter cannot take that down, so any time that you
16   go -- if you shake your head, I may not even see it
17   because I may be looking another direction, or if
18   you go uh-huh or huh-uh, that's the only time I'll
19   stop you and say, could you please say yes or no for
20   the record and then you can explain, okay?
21       A.    Okay.  I'm sorry.  I was shaking my head
22   at myself for not being able to remember the answer
23   to the question.
24       Q.    Okay.  Now, do you know who the attorney
25   was in the AG's office?

1    A.    Tall guy, blond hair, Zach.

2    Q.    Was the state defended by the attorney

3  general's office?

4    A.    Yes.

5    Q.    Who was you supervisor?

6    A.    At the time, my supervisor was Deborah

7  Story.

8    Q.    For the State of Tennessee?

9    A.    She was the commissioner of human

10  resources at the time.

11    Q.    Okay.  What was your job title for the

12  State?

13    A.    At that time, I was the executive

14  assistant to the commissioner.

15    Q.    That would have been executive assistant

16  to Deborah Story?

17    A.    Uh-huh.

18    Q.    Is that a yes?

19    A.    Yes, ma'am.

20    Q.    And I don't mean to be rude.  It's just

21  that I'm going to catch on that every time you say

22  that, okay?

23        MR. FOX:  It just makes the record

24  clearer.  It's easier for everyone to read it later.

25        THE WITNESS:  I understand.

BY MS. STEINER:

    Q.    Tell me a little bit about your background.  Are you from Tennessee?

    A.    No, ma'am.

    Q.    Where are you from?

    A.    Texas.

    Q.    And when did you come to Tennessee?

    A.    1983.

    Q.    Tell me about your educational background.

    A.    I have a college degree.  I have a bachelor's degree from the University of North Texas, and I have a master's degree from Tennessee Tech.

    Q.    What is your bachelor's degree in?

    A.    English.

    Q.    And your master's, what is that in?

    A.    The program of study is called a professional studies and the concentration is human resources leadership.

    Q.    When did you get your master's?

    A.    2016.

    Q.    When did you graduate from North Texas?

    A.    1983.

    Q.    Okay.  You do not have a teaching degree, correct?

1     A.   No, ma'am, I do not.

2     Q.   And you do not have an administrative

3 license, correct?

4     A.   I do not.

5     Q.   Okay.  Now, did you say you came to

6 Tennessee in 1983?

7     A.   Yes.

8     Q.   Okay.  So you came here soon as you

9 graduated from north Texas?

10    A.   I graduated, I got married, I moved.

11    Q.   Okay.  And when you got to Tennessee, that

12 would have been 1983, approximately 1983, correct?

13    A.   Yes, ma'am.

14    Q.   When you got to Tennessee in 1983, what

15 was the first job you had?

16    A.   I worked at Service Merchandise.

17    Q.   And what was your position?

18    A.   I sold jewelry.

19    Q.   How long did you do that?

20    A.   Several years.

21    Q.   From 1983 until approximately when?

22    A.   1989.

23    Q.   Okay.  Is that about when Service

24 Merchandise closed?

25    A.   I think Service Merchandise didn't close

1    until the end of the '90s.  I left there because I
2    was also, at that point, working full time.
3         Q.   And when you were at Service Merchandise,
4    did you have any HR duties?
5         A.   No.  I sold jewelry.
6         Q.   Did you have any employees that reported
7    to you?
8         A.   I did not.
9         Q.   Tell me about the other job you had that
10   you were working full time at?
11        A.   I was at the Tennessee Board of Regents.
12        Q.   Who was your direct report?
13        A.   I started there under Dr. Burt Bach.
14        Q.   And who did you end with?
15        A.   Dr. Howell Todd.
16        Q.   Todd, T-O-D-D?
17        A.   T-O-D-D.
18        Q.   What years did you work for the Tennessee
19   Board of Regents?
20        A.   1988 to 1991, I believe, when I went --
21   yeah, 1991.
22        Q.   So just about three years?
23        A.   Uh-huh.  Yes, ma'am.
24        Q.   And what was your job title?
25        A.   I was the executive assistant to the vice

1  chancellor for academic affairs. And I was later

2  executive assistant to the vice chancellor for

3  administration, and the assistant vice chancellor

4  for personnel.

5      Q.  Say what again, because you lost me.

6      A.  Sorry. So I started in the academic

7  affairs office under the vice chancellor for

8  academic affairs. I moved to the office of the vice

9  chancellor for administration, and the assistant

10  vice chancellor for personnel.

11      Q.  Okay. And what is your husband's name?

12      A.  Paul.

13      Q.  Paul Spencer.

14      A.  Yes, ma'am.

15      Q.  What does he do?

16      A.  He is an architect?

17      Q.  Is he from Tennessee?

18      A.  He is not.

19      Q.  Where does he work?

20      A.  He works for Gould Turner, G-O-U-L-D.

21      Q.  Did you have any connections to any of the

22  individuals with the Board of Regents when you

23  started working there?

24      A.  I did not.

25      Q.  Did your husband or any other relative

```
 1    have any connections?
 2         A.    No, ma'am.
 3         Q.    Has your husband had any contract with the
 4    State of Tennessee?
 5         A.    No, ma'am.
 6         Q.    Okay.  What type structures does your
 7    husband design?
 8         A.    Hospitals.
 9         Q.    Okay.  Now, do you have any children here
10    in Tennessee?
11         A.    No.
12         Q.    Do you have any children?
13         A.    Yes, ma'am.
14         Q.    How many do you have?
15         A.    I have one.
16         Q.    Who is that?
17         A.    His name is Richard Perry Spencer.
18         Q.    And where does Richard live?
19         A.    Austin, Texas.
20         Q.    Okay.  Do you have any other relatives
21    here in middle Tennessee?
22         A.    I do not.
23         Q.    Does your husband have any relatives here
24    in middle Tennessee?
25         A.    No, ma'am.
```

1    Q.   Now, why did you leave the Tennessee Board

2 of Regents?

3    A.   I was transferred to Columbia State

4 Community College.

5    Q.   When you were with the Board of Regents,

6 did you have any HR duties?

7    A.   In the vice chancellor's office working

8 for the assistant commissioner for personnel -- or

9 the assistant vice chancellor for personnel.

10    Q.   What were your HR duties there?

11    A.   HR policies, recordkeeping, everything was

12 manual then, so we did a lot of paperwork.

13    Q.   Did you know that the EEOC requires you to

14 keep records related to promotions, hirings and

15 firings?

16    A.   Yes, ma'am.

17    Q.   Did you know that's a violation of federal

18 law if you don't keep those record?

19    A.   Yes, ma'am.

20    Q.   Did you know that when you worked at Metro

21 schools?

22    A.   Yes, ma'am.

23    Q.   Does Metro schools have a policy that

24 requires that it keep the records related to hiring,

25 firing, promotions?

1     A.    We keep all of that in our HR information

2  system.

3     Q.    If records are missing, is there some sort

4  of an investigation that is conducted to find out

5  why the records may be missing?

6     A.    Help me with what kind of records.

7     Q.    Records related to hiring, firing or

8  promotions.

9     A.    Are you asking about what's in the HR

10  information system or are you asking about

11  documentation?

12     Q.    I'm asking about either one.  If you have

13  documentation that's related to hiring and firing

14  and promotions, does Metro schools maintain those

15  documents?

16     A.    Metro schools maintains an employee file.

17     Q.    Okay.  Anything else?

18     A.    The applicant tracking systems that Metro

19  has used over the years.

20     Q.    Anything else?

21     A.    And then the HR IS systems themselves of

22  which there's been two since I've been there.

23     Q.    I'm going to come back to this topic in

24  just a little bit.  I want to go on with your

25  background.  When you went to Columbia State

1    Community College, what was your position there?

2         A.    I was the training coordinator in the job

3    training office.

4         Q.    Did you have any job duties for hiring and

5    firing?

6         A.    No.

7         Q.    How long did you stay at Columbia State?

8         A.    1992 to 1997 -- 1991 to 1997.

9         Q.    And did your job duties stay the same the

10   whole time you were there?

11        A.    They did.

12        Q.    Then where did you do?

13        A.    Midstate Automotive.

14        Q.    What did you do for Midstate Automotive?

15        A.    I worked for the president of the company

16   in a variety of capacities.

17        Q.    Where is Midstate located?

18        A.    Midstate was located in the old Castner

19   Knott building on Craighead Street.

20        Q.    And what was your job title?

21        A.    Executive assistant to the president.

22        Q.    Did you have any job duties for HR policy?

23        A.    Yes, ma'am.

24        Q.    Okay.  Who was the president?

25        A.    When I went to work for Midstate, the

president was Bill Cook.

Q.   Did it change?

A.   It did.

Q.   To who?

A.   We had an interim president named David Plucinskiy, P-L-U-C-I-N-S-K-Y.  And then the last few years, it was Roger McCabe, M-C-C-A-B-E.

Q.   And when you left Midstate Automotive, where did you go?

A.   Fairgrounds Speedway.

Q.   What did you do at Fairgrounds Speedway?

A.   I more or less ran the place.  I was the office manager.  That was the most interesting job of my career.

Q.   Is that state run or local?

A.   It's run by the Nashville Fair Board. It's owned by the National Fair Board, it's run by a management company, the fair board hires every year.

Q.   How long did you stay there?

A.   One season.

Q.   Okay.  Now, why did you leave the job at Midstate auto?

A.   O'Reilly Auto Parts bought Midstate in the fall of 2001.

Q.   Why did you leave the job at the

1  fairgrounds?

2      A.    14 hour days, seven days a week.

3      Q.    Okay.  Where did you go after you left the

4  fairgrounds?

5      A.    A consulting company called the HR Group.

6      Q.    The HR Group?

7      A.    Yes, ma'am.

8      Q.    Where were they located?

9      A.    Brentwood.

10      Q.    What did you do for them?

11      A.    I worked on executive searches, I worked

12  on HR policy manuals, I worked on basic -- if

13  clients needed, you know, different things, I was

14  sort of a resource for clients.  I also did the

15  billing and several other things for the president

16  of the company.

17      Q.    When you say you worked on policy manuals,

18  was that for customers --

19      A.    It was for clients, yes, ma'am.

20      Q.    -- of the HR Group?

21      A.    Yes, ma'am.

22      Q.    Okay.  Did you have training in the

23  discrimination laws?

24      A.    Yes, ma'am.

25      Q.    Okay.  Does that include Title VII, Title

```
1   VI, Americans with Disabilities Act?

2       A.    Title VII, ADA.

3       Q.    Anything else?  Title VII, ADA, do you

4   recall any other laws that you've been trained in?

5       A.    Are you asking about at that particular

6   time or in general?

7       Q.    Let's just say in general.  What are you

8   trained in, what laws are you trained in?

9       A.    So Title VII.

10      Q.    Uh-huh.

11      A.    The ADA, FMLA, there's Title VII, and

12  equal employment opportunity kind of go together.

13      Q.    Anything else that you can tell me about?

14      A.    So I attended employment seminars

15  frequently.  There was employment law in my master's

16  program.

17      Q.    What I'm asking you is, what laws do you

18  understand and know about, and right now I've got

19  Title VII, FMLA, ADA, any other laws out there

20  that's employment related?

21      A.    The portions of the Tennessee state law

22  that apply to extended leave, the portions of the

23  Tennessee state law that apply to the things that

24  are relevant to my work at Metro government.

25      Q.    Anything else?
```

1    A.    Specifically, I'm not coming up with like

2    a list of...

3    Q.    Okay.  How long did you work for the HR

4    Group?

5    A.    Four years.

6    Q.    What were those years?

7    A.    2002 to 2006.

8    Q.    Why did you leave?

9    A.    I went to work for State government.

10   Q.    State government?

11   A.    Yes, ma'am.

12   Q.    Who hired you to work for State

13   government?

14   A.    Deborah Story.

15   Q.    And was she the commissioner of HR?

16   A.    She was.

17   Q.    For what department?

18   A.    Human resources department.  It was called

19   the department of personnel in 2016.

20   Q.    How long did you stay working for State

21   government?

22   A.    Until 2015.

23   Q.    Where did you go in 2015?

24   A.    Propel Change.

25   Q.    What does that mean?

```
 1        A.    It's the name of a consulting company.

 2        Q.    Okay.  Why did you leave the State?

 3        A.    The commissioner of human resources at the

 4   time wanted to implement a program that I felt was

 5   not ethical.

 6        Q.    Who was the HR -- you said the who of HR?

 7        A.    The commissioner.

 8        Q.    Who was the commissioner?

 9        A.    Rebecca Hunter.

10        Q.    What happened to Deborah Story?

11        A.    Deborah left State government when

12   Governor Bredesen left State government.  The

13   commissioners are appointed by the governor and they

14   only serve the governor's term.

15        Q.    Okay.  So then when Bredesen left the

16   governor's office, Deborah Story left?

17        A.    Yes.

18        Q.    Did you leave at the same time?

19        A.    I did not.

20        Q.    You stayed and you worked under Rebecca

21   Hunter?

22        A.    Yes.

23        Q.    Okay.  And she was under -- who was the

24   governor then?

25        A.    Bill Haslam.
```

1    Q.   And what did she want you to do that you

2  thought was unethical?

3    A.   It was an assessment, it was a personality

4  test that she wanted to give all of our employees,

5  and then based their development plans on the

6  results of the personality test.

7    Q.   And why did you think that was unethical?

8    A.   Because the personality test itself did

9  not have what's called test, retest validity, which

10  means that a person could take it once and get one

11  result, and take it again another time and get a

12  different result, so basing someone's required

13  development on the results of the test.

14    Q.   How did you know it did not have test,

15  retest validity?

16    A.   It's documented in many, many places.

17    Q.   So did you Google it or something and you

18  read that it did not have test, retest validity?

19    A.   I did look it up, but I also talked to

20  some people at MTSU that work in the industrial --

21  psychology division, and they said it's a fairly

22  well-known fact that that particular test, which the

23  Myers-Briggs test, does not have a high degree of

24  rest, retest validity.

25    Q.   Do you think it's important for tests that

1  are given to employees or workers that they be

2  valid?

3       A.   I think if you're going to use an

4  assessment to make decisions about a person's

5  employment, it should not be something that the

6  results could change literally the next day.

7       Q.   Is there a place where you can send tests

8  to, such as Murfreesboro, where the workers will

9  look at the test and tell you whether or not it's

10  valid or not valid with regard to retest validity?

11       A.   So test, retest validity actually comes

12  with years of results from texts.  You can't -- if I

13  were to create a test and send it to them and say,

14  does this have test, retest validity, they would

15  tell me that they couldn't answer that question,

16  they'd have to have years of results to answer that

17  question.

18       Q.   Do you try to use tests that have years of

19  results to make sure they're going to be valid?

20       A.   Yes, ma'am.

21       Q.   Do you think that's fair to the employees

22  who might be applying for a position that the test

23  is considered to be valid?

24       A.   Yes, ma'am.

25       Q.   And where do you get the tests from, where

1  do you find them?

2       A.   There are companies all over the place

3  that sell all sorts of assessments for employment.

4  There is any number of them.

5       Q.   Okay.  So then you can go on -- because I

6  don't understand anything about this.  So you

7  actually can go online or you can go wherever and

8  there's a list of companies that will give you

9  particular tests for a particular area; am I right

10 on that?

11      A.   I don't know that there is like a market

12 place such that you're describing, but there are

13 companies that provides assessments for

14 organizations to use to help determine strengths,

15 personality traits, tendencies.

16      Q.   I'm sorry.  (interruption occurred.)

17 Sorry about that.

18      A.   That's okay.  Myers-Briggs is considered

19 to be a personality test.

20      Q.   What about testing for stuff like

21 interviews, questions that should be asked in an

22 interview?

23      A.   I'm not aware of any tests for questions

24 to be asked in an interview.

25      Q.   Do you agree that those testings, though,

1    need to have some sort of a set -- if you're going

2    to apply testings, it needs to be applied equally

3    across the board to everyone that's applying for the

4    job?

5        A.   So, yes.  If you are assessing anything

6    for a person, as part of an employment application,

7    if you're using a standardized test of any kind, you

8    should use the same standardized test for all.  It

9    would only be if you're doing that, not everyone

10   does that.

11       Q.   And should the same evaluators be used?

12   Meaning, do you understand the concept that if Brook

13   Fox evaluates one person and Jesse Harbison

14   evaluates the same person using the same tests, the

15   same questions, they may end up with different

16   results?

17       A.   So I think I would want to clarify that an

18   assessment is something specific.  It's not a set of

19   interview questions.  An assessment is something

20   designed to understand if you have a technical

21   skill.  For example, an Excel test, what is your

22   level of skill in Excel.  Or it is designed to

23   determine a personality trait, a level of judgment,

24   a -- something about you, but it is separate and

25   apart from a set of interview questions.

1    Q.   Do you think interview questions need to
2  be scored fairly?
3    A.   I think that if you are scoring interview
4  questions, which not everyone does, then you should
5  try to be fair and equitable about how you score.
6    Q.   Do you recognize that different
7  individuals may have different scoring techniques?
8    A.   Yes.
9    Q.   Meaning one may score more harshly or
10  lower than another individual who may give primarily
11  higher scores; do you recognize that?
12    A.   Yes.  That does happen.
13    Q.   Does Metro schools do assessments on its
14  workers?
15    A.   Not that I'm aware of.  Not assessments in
16  the context of which we are discussing assessments.
17    Q.   Okay.  Now, got you going to work for
18  Propel Change, I think that was the last one we
19  discussed.  What years did you work there?
20    A.   2016, 2017.
21    Q.   Then where did you go?
22    A.   I went to Metro.
23    Q.   And who hired you to come to Metro?
24    A.   Deborah Story.
25    Q.   How were you hired?

1       A.    Through an interview process.

2       Q.    Do you know if other people interviewed,

3 too?

4       A.    Yes, ma'am.

5       Q.    Do you know whether or not the interviews

6 were scored?

7       A.    I do not know what Deborah's process was.

8       Q.    Were you requested to come to work for

9 Metro?

10      A.    Deborah called me and said -- she asked me

11 what I was doing, and I told her.  And she said, I

12 have this job that I really want to fill, and I

13 said, I'm loving what I'm doing, I don't want to do

14 that, and she called me back about six weeks later

15 and she said, do you still love what you do, and I

16 said yes.  And then it was probably four or five

17 months after that that my family situation changed,

18 I needed to come in off the road, and so I looked at

19 Metro's website and lo and behold, the job that she

20 had talked to me about months before was actually

21 posted, so I applied for it.

22      Q.    What was Ms. Story's position?

23      A.    She was the chief of human resources.

24      Q.    When you interviewed, who did you

25 interview with?

1      A.    I interviewed with her.

2      Q.    Anyone else?

3      A.    No.

4      Q.    Who was the director of schools?

5      A.    Dr. Joseph.

6      Q.    So then you started at Metro schools in

7  what year?

8      A.    2017.

9      Q.    And you're still there today, correct?

10     A.    Yes, ma'am.

11     Q.    When you started in 2017, what was your

12 position?

13     A.    HR partner for strategic initiatives.

14     Q.    What is your current position?

15     A.    Executive officer for human resources.

16     Q.    When did you become executive officer for

17 human resources?

18     A.    In October of this year -- or October of

19 2021.

20     Q.    And does that mean you are in charge of

21 HR?

22     A.    It does not.

23     Q.    What department are you in charge of?

24     A.    I'm in charge of three divisions within

25 HR.

1    Q.    And what are those divisions?

2    A.    The employee resource center, the

3    compensation office, and what we call HR

4    administration, which encompasses compensation

5    strategy and job descriptions and position numbers.

6    Q.    Does it have anything to do with

7    discipline problems with workers?

8    A.    Very seldom.

9    Q.    Who handles that in HR?

10   A.    The employee relations division.

11   Q.    And who is in charge of that?

12   A.    Mary Ellen Zander.

13   Q.    And who is in charge of the discrimination

14   policies?

15   A.    The policy themselves?

16   Q.    Uh-huh.

17   A.    The board policy is a -- the board voted

18   on that policy.  I think it's the TSBA

19   discrimination policy, but the board voted on it.

20   The employee relations division assists in -- I hate

21   the word "enforcement," but the enforcement of that

22   policy.

23   Q.    That would be Mary --

24   A.    Mary Ellen Zander.

25   Q.    Do you have any meetings with Mary Ellen

1    Zander to discuss the discrimination claims that may

2    be filed?

3         A.    No, ma'am.

4         Q.    Before you became the executive officer,

5    executive officer of what again?

6         A.    Human resources.

7         Q.    Of human resources.  What was your job?

8         A.    The executive director for human resources

9    administration.

10        Q.    And when did you have that?

11        A.    That was all of the year before.  I'm

12   trying to remember.

13        Q.    October of 2020 through '21?

14        A.    Actually it would have been July.

15        Q.    July of 2020 through October of '21?

16        A.    I think that's right.

17        Q.    What did you do before you were the

18   executive director of HR administration?

19        A.    I'm trying to think my way through the

20   dates and the job titles.  I've done a lot of the

21   same things over the time that I've been there,

22   except for picking up supervision of those three

23   divisions, but it seems like my job title has

24   changed every time I looked up.  So it was business

25   partner, then it was director of strategic

1  initiatives, I think.  Then it was executive

2  director for HR administration and then it was

3  executive officer.

4      Q.   What did you do as a business partner?

5      A.   So the original job was -- project

6  management was the largest part of it.

7      Q.   What would be a project?

8      A.   So for instance, putting together the

9  calendar for HR managers or HR business partners, at

10 the time, to use for ensuring that we had all of our

11 transfers and our hires and our new hires, and we

12 call it the transfer window, so the transfer window

13 process, we have to start at a certain time that's

14 more or less convergent with budgets being built,

15 and then throughout the next three or four months,

16 according to the dates in the state statute, we have

17 to be sure that anyone who is being nonrenewed gets

18 noticed and processed and transfers get made and new

19 hires get brought in and all the things.

20     Q.   Okay.  So when you first came on there,

21 you worked with nonrenewals, transfers?

22     A.   I worked on the process.  I didn't work on

23 the actual -- like I didn't do the nonrenewals, I

24 was the person who helped put the standard operating

25 process together.

1      Q.   What was the standard operating process

2  for nonrenewals?

3      A.   The standard process for nonrenewals

4  follows the state statute which says that you have

5  to notify employees of their nonrenewal by the last

6  day of school, you know, making sure that all the

7  information up to that point gets handled.

8      Q.   And did you then help draft the policy

9  that Metro schools uses for nonrenewal?

10             MR. FOX:   Objection to the form.

11             THE WITNESS:   I worked on the process.

12  The procedure has historically been done by the

13  chief of HR.

14  BY MS. STEINER:

15      Q.   That would have been Ms. Story?

16      A.   At that time, yes.

17      Q.   And, now, who is the chief of HR?

18      A.   Melissa Roberge.

19      Q.   Who was it before Ms. Roberge?

20      A.   Chris Barnes.

21      Q.   And who was it before Chris Barnes?

22      A.   Tony Majors.

23      Q.   Who was it before Tony Majors?

24      A.   Deborah Story.

25      Q.   Gotcha.   Now, have you ever been fired

```
1   from any job?
2        A.    Yes.
3        Q.    Where?
4        A.    The assistant commissioner for human
5   resources at the State of Tennessee.
6        Q.    Who fired you?
7        A.    Rebecca Hunter.
8        Q.    Why did she fire you?
9        A.    Because I disagreed with her.  I felt like
10  the program she wanted to implement was unethical.
11       Q.    And what reason did Ms. Hunter give for
12  firing you?
13       A.    Our leadership styles do not match.
14       Q.    Okay.  Did you file any complaint?
15       A.    I did not.
16       Q.    Did you file any lawsuit?
17       A.    I did not.
18       Q.    Have you ever been a part of any lawsuit
19  outside the depositions that we've discussed?
20       A.    I have not.
21       Q.    One deposition was the claim against the
22  State of Tennessee, correct?
23       A.    Yes.
24       Q.    Who was the commissioner then, was it
25  Rebecca Hunter or was it Deborah Story?
```

1      A.    Deborah Story.

2      Q.    And then the third one was Vanessa

3  Garcia's case, correct?

4      A.    Yes.

5      Q.    And then the fourth one is this case

6  today?

7      A.    Yes.

8      Q.    Have you ever testified in court?

9      A.    No.

10     Q.    Now, I apologize ahead of time, I ask

11  everybody this question, and I'm pretty sure I know

12  the answer ahead of time.  You have never been

13  charged with any crime?

14     A.    No, ma'am.

15     Q.    When you first went to work for Metro

16  schools, what was your pay?

17     A.    91.

18     Q.    Thousand?

19     A.    Yes.

20     Q.    What's your current pay?

21     A.    155.

22     Q.    When you changed positions to be the

23  executive director of HR, who was the executive

24  director of HR?

25     A.    There wasn't one.

1    Q.   How long had there not been an executive
2  director of HR?
3    A.   In that realm, there had not been an
4  executive director in two years.
5    Q.   And the pay for that position is 155?
6    A.   For the executive director?
7    Q.   Yes.
8    A.   No.
9    Q.   What was the pay for the executive
10 director?  And I could be getting confused here.
11   A.   So could I.  And I seldom actually look at
12 my paycheck, so a hundred and -- I want to say 130
13 when I went into that role.
14   Q.   That would be in the summer of 2020?
15   A.   No.  That would have been -- sorry, that
16 would have been in the summer of 2019, because Dr.
17 Majors put me in that job.  That would have been in
18 the summer of 2019.
19   Q.   So is the summer of 2019, you were put in
20 the position of executive director of HR
21 administration?
22   A.   Yes.
23   Q.   I had that as July 20th through October?
24   A.   That's my fault.  It was 2019, because Dr.
25 Majors actually put me in that role, and then I did

```
 1   not change titles again until October of last year.

 2        Q.    October of 2021?

 3        A.    Yes.

 4        Q.    What is your current title?

 5        A.    Executive officer of HR.

 6        Q.    That's a promotion, correct?

 7        A.    It was.

 8        Q.    Who was the executive officer of HR?

 9        A.    There was not one.

10        Q.    But that's the job that Chris Barnes did?

11        A.    No.  Chris Barnes was the chief of HR.

12        Q.    Chief of HR.  Okay.  So in October of

13   2021, there was not an executive officer of HR?

14        A.    Correct.

15        Q.    And had that position ever existed before?

16        A.    Yes.

17        Q.    How long had it gone without being filled?

18   That could be a terrible question.  Did that

19   position actually exist in the budget in the years

20   leading up to October of '21?

21        A.    It has not been in the budget since 2019.

22        Q.    Did you apply for the job?

23        A.    I did not.

24        Q.    Did anyone else apply for the job?

25        A.    No.
```

1    Q.   Was the job posted?

2    A.   Yes.  But the way that our applicant

3  tracking system works, we have to post a job in

4  order to fill a job.

5    Q.   So it was posted, but you knew it was your

6  job; is that what you're saying?

7    A.   Yes.

8    Q.   Okay.  Good.  And who told you that you

9  were going to get that job?

10    A.   Dr. Battle.

11    Q.   And when you applied for that job, who got

12  your job as executive director of HR?

13    A.   No one.

14    Q.   Is that job currently open?

15    A.   No.

16    Q.   Has it been eliminated?

17    A.   My job -- the executive director of HR job

18  basically became the executive officer job.  So I'm

19  doing all of the things I did as the executive

20  director of administration and a few more.

21    Q.   What are you doing extra?

22    A.   Executive officers are cabinet level

23  officers, so cabinet meetings and additional

24  responsibilities that go with that, most committees,

25  more meetings.

1    Q.   Anything else?

2    A.   It's the representation, you -- the

3  executive officer of a division represents the

4  division if the chief can't be there, which is why I

5  have lots more meetings.

6    Q.   And the increase in pay was about -- how

7  many was that between the two, executive director

8  and executive officer?

9    A.   At the time, it was probably around 6 or

10  $7,000.

11    Q.   And now what's the difference?

12    A.   Well, so the salary that I had in October

13  of 2021 went to 155 and there it has stayed.

14    Q.   From 130?

15    A.   No, ma'am.  We had had step increases and

16  COLA in that interim period, so my salary had gone

17  up.

18    Q.   As executive director of HR

19  administration, what was your highest salary?

20    A.   I want to say it was around 142, 143,

21  somewhere in there.

22    Q.   So it's about a $13,000 increase for you?

23    A.   I don't do math in my head very well, but

24  if 143 is right, then, yeah, that is right, 12.

25    Q.   Now, how did Dr. Battle contact you about

```
 1   this position?
 2        A.   So I was in a meeting with Dr. Battle and
 3   Dr. Barnes where Dr. Barnes told -- that's when Dr.
 4   Barnes told me he was leaving and when Dr. Battle
 5   told me that Ms. Roberge would be coming in as the
 6   new chief.
 7        Q.   And how did she tell you?
 8        A.   That Ms. Roberge was coming in as the new
 9   chief?
10        Q.   That you were getting promoted to being
11   the executive officer?
12        A.   She said -- so Dr. Barnes said he was
13   leaving, I looked at Dr. Battle and said, what do
14   you need for me to do, and she said, I'm going to
15   bring in Melissa Roberge as the chief of HR and
16   general counsel, which is a role we've not had
17   before.  And I said in a single word, I said
18   hallelujah.  And she said, we're probably going to
19   do some other reorganization within HR, and I'm
20   going to need you to do other things, and I said,
21   yes, ma'am, whatever you need me to do.  And then
22   Hank Clay called me and he said Dr. Battle wants you
23   to take the executive officer role, and I said,
24   okay, if that's what Dr. Battle wants, that is what
25   I will do.
```

1    Q.    When did he call you to tell you this?

2    A.    Probably a day or two after the meeting.

3    Q.    So it would have been sometime in October,

4    you believe?

5    A.    It was late September, mid September, late

6    September.  We had about a two-or-three-week

7    transition period with Dr. Barnes before he left and

8    Melissa came.

9    Q.    So sometime in late September of '21?

10   A.    Uh-huh.

11   Q.    That you were told that you had this

12   promotion, correct?

13   A.    Yes.

14   Q.    Because this is a promotion, correct?

15   A.    It is a promotion.

16   Q.    Both in terms of pay and job

17   responsibilities, correct?

18   A.    Yes, ma'am.

19   Q.    Do you know if -- do you how much Chris

20   Barnes made?

21   A.    $185,000 a year.

22   Q.    And how much does Ms. Roberge make?

23   A.    $185,000 a year.

24   Q.    So she basically took over Chris Barnes'

25   position?

```
 1        A.    She did, but Dr. Battle added to that
 2   position, the general counsel work, as well.  We've
 3   never had a general counsel, so Melissa has two
 4   roles.
 5        Q.    Was that job posted?
 6        A.    No.
 7        Q.    Can you tell me any other jobs in HR that
 8   were changed in the spring of 2020 through the
 9   present that were not posted?
10        A.    There should not have been any.  I don't
11   believe there were any, because Dr. Battle chooses
12   her leadership teams.  Every other job in the
13   district, we post, we advertise.
14        Q.    But even though you may post a job, it
15   doesn't necessarily mean that you're accepting
16   applications, correct, because your job got posted?
17        A.    We have a means within the system, because
18   we have to use the applicant tracking system to move
19   people.  It's an integration process, a system
20   integration process that moves people into the HR
21   information system.  So you have to build the job
22   within the applicant tracking system, put somebody
23   in it, and move them in order to get them into the
24   HR IS correctly.
25        Q.    Was Ms. Roberge's job posted?
```

1   A. No. It went the same way. It was

2 posted -- she did actually have to apply for it,

3 because she was not even a Metro employee -- or an

4 MNPS employee, so we didn't have an application on

5 her. She had to apply for it, but it was not

6 publicly posted.

7   Q. When you say, not publicly posted, what do

8 you mean?

9   A. I didn't go out on the website for other

10 applications to come in, because it was part of Dr.

11 Battle's leadership.

12   Q. So but it was posted?

13   A. The technical term is posted, but I think

14 what you're -- what confuses people even in our

15 division sometimes, the technical term is posting,

16 because that's what the system calls putting a job

17 up, but you have to determine whether then you

18 advertise that job internally or externally for

19 other applicants.

20   Q. When you advertise it internally, what

21 does that mean?

22   A. That means that individuals within MNPS

23 can apply for the job.

24   Q. And when you advertise it externally, what

25 does that mean?

1      A.    Individuals external to MNPS can apply for

2  the job.

3      Q.    So if it's advertised externally, can

4  internal candidates still apply?

5      A.    Yes.

6      Q.    So if it's advertised externally, every

7  citizen around here can apply for that job including

8  people who still -- who work for MNPS, correct?

9      A.    Yes.

10      Q.    And if it's advertised internally, it's

11  only for people who work at MNPS?

12      A.    Yes.

13      Q.    Okay.  Your job was advertised as

14  executive officer -- was advertised internally,

15  correct, or was it externally?

16      A.    It would have been internal.

17      Q.    Did anyone apply other than you?

18      A.    Not that I know of.

19      Q.    How long was it advertised?

20      A.    I don't know that I know the answer to

21  that.

22      Q.    Okay.  But it's my understanding that you

23  were told you had that job, correct?

24      A.    Mr. Clay called me and said, Dr. Battle

25  would like for you to do this, and I said, of

1    course, I will do this.

2        Q.    Did you interview with Dr. Battle?

3        A.    No.

4        Q.    Had you filled out any application online

5    for that job?

6        A.    No.

7        Q.    Okay.  You said that Dr. Battle is

8    entitled to hire her, what was it you called it,

9    management team?

10        A.    Her leadership team, her cabinet.

11        Q.    Okay.  Would the associate superintendents

12    be on the cabinet?

13        A.    I don't remember whether they were or not.

14        Q.    Okay.  Who currently is on the cabinet?

15        A.    The current cabinet is Chiefs and

16    executive officers.

17        Q.    Do you know who they are?

18        A.    Yes, ma'am.

19        Q.    Who?

20        A.    I'd have to count in my head.  So Chief

21    Roberge, human resources; Chief Chris Henson,

22    finance; Chief of Staff Hank Clay; Chief of

23    Academics in Schools, Mason Bellamy; Chief of

24    Strategy Keri Randolph; Chief Operating Officer

25    Maura Sullivan.  We don't have a chief of innovation

1  anymore, she retired in January.  I'm counting my

2  way across the org chart in my head.  And then David

3  Williams is the executive officer for academics or

4  curriculum and instruction, I think is the actual

5  terminology.

6        Q.    Anyone else that you can think of?

7        A.    Elisa Norris is the executive officer for

8  strategy and performance management.  Renita Perry

9  is the executive officer for renovation.  Ken Stark

10 is the executive officer for operations.

11             I knew I forgot a chief.  Michelle

12 Springer is the chief of student services.

13       Q.    And that was a new job, correct, chief of

14 student services?

15       A.    Yes.  That job was created in the summer

16 of 2019.

17       Q.    How do you know that?

18       A.    Because I was there.  It was part of --

19 Dr. Springer became the chief in 2019.

20       Q.    Meaning, were you in some of the meetings

21 with Dr. Battle when that was discussed?

22       A.    No, ma'am.

23       Q.    But you knew that's when she got that job?

24       A.    Yes.

25       Q.    Okay.  Gotcha.  Do you mean 2020 instead

1  of 2019 for Michelle Springer?

2       A.   Maybe I do.  Hold on.  Yes.  Because

3  Dr. Majors was still there in 2019, so Dr. Springer

4  did not take that job until 2020.  You are correct.

5       Q.   Did she -- was that job posted; do you

6  know?

7       A.   I don't know.

8       Q.   Do you know if anyone else applied for

9  that job?

10      A.   Wait a minute.  Wait a minute.  Let me

11  think.  That job was posted.  I believe that job was

12  posted and there were other candidates.

13      Q.   Sure.  Do you know whether or not

14  Ms. Springer was told, though, by Dr. Battle that

15  she wanted her to apply for that position?

16      A.   I don't know the answer to that.

17      Q.   Okay.  Maura Sullivan, was she new to

18  Metro schools?

19      A.   She is new to Metro schools.

20      Q.   And the job that she came in on, did that

21  exist in 2019, 2020?

22      A.   It did not.

23      Q.   And she was the chief operating officer?

24      A.   She is the chief operating officer.

25      Q.   And do you know whether or not she was

1    contacted by anyone from Metro schools about the

2    position?

3        A.   I do not know how she found out about the

4    job or -- I don't.

5        Q.   And was the chief operating officer a new

6    position?

7        A.   Yes.

8        Q.   And did it take the place of any old

9    position that you know of?

10       A.   Chief Henson had both finance and

11   operations, and Dr. Battle made the decision to

12   leave all of finance with Chief Henson and pull Ken

13   Stark's division of operations under a new chief.

14       Q.   Okay.  So Chris Henson's salary stayed the

15   same, correct?

16       A.   Yes.  He is still the chief financial

17   officer.  He is still chief.

18       Q.   So what they did was they pulled some of

19   his job duties and gave them to Ms. Sullivan and she

20   got the title COO?

21       A.   Yes.

22       Q.   Do you know how much she makes?

23       A.   All the chiefs make $185,000.

24       Q.   So that's a completely new position for

25   185, correct, that did not exist prior to the school

1  year 2020 through 2021?

2      A.    Yes.  But it is not funded from the

3  operating budget.

4      Q.    How is it funded?

5      A.    It's funded through ESSER.

6      Q.    And that's the federal funds, correct?

7      A.    Yes.

8      Q.    And who made the decision to fund it

9  through ESSER?

10     A.    I don't know the answer to that.

11     Q.    How much did Metro schools get through

12 ESSER?

13     A.    You're asking the wrong person.

14     Q.    Do you know whether or not it was

15 26 million?

16     A.    I -- you truly are asking the wrong

17 person.

18     Q.    Do you know of any other positions that

19 are funded through ESSER?

20     A.    There are many positions funded through

21 ESSER right now.

22     Q.    Are those central office positions, some

23 of those?

24     A.    Not many of them.  Most of them are in

25 schools.

1    Q.    Okay.  But you do have some central office

2  positions that are funded?

3    A.    There are some.

4    Q.    Do you know any other ones other that Ms.

5  Sullivan's that's funded through ESSER?

6    A.    Not off the top of my head.

7    Q.    How do you know that there's other central

8  office jobs funded through ESSER, did you hear that

9  in meetings?

10   A.    The reason that I know it is, the process

11 for posting a position involves identifying what we

12 call a costing allocation, and the costing

13 allocation tells us whether it's operating money,

14 grant money, ESSER money, Cares Act money.

15   Q.    Uh-huh.

16   A.    And I see those as they go by, because my

17 team are the people that enter them.

18   Q.    And so the chief operating officer

19 position is funded through ESSER?

20   A.    Yes.

21   Q.    And you've seen other central office

22 positions that have come in through there that are

23 funded through ESSER?

24   A.    Yes.

25   Q.    Was ESSER used so that the employees would

1   not lose their jobs, was that part of the reason for

2   the funding?

3        A.   ESSER money has to be used to -- there are

4   certain restrictions on ESSER money.  So it has to

5   be related from recovery from the pandemic whether

6   it's learning-related recovery or

7   operational-related recovery, it has to be linked to

8   recovery from the pandemic.

9        Q.   Would that also apply if you have a job

10  that you can't afford because of the pandemic

11  that -- like they did with all the small businesses,

12  you took out a loan to help pay for your workers

13  during the pandemic, is that how this ESSER worked,

14  too?

15       A.   I don't know that I would -- I don't know

16  that I would qualify that it's exactly the same

17  thing.  I think the purpose of the funding for

18  schools specifically was to ensure that students

19  were receiving all of the services that students

20  need to receive in order to recover, if you will,

21  from the pandemic.

22       Q.   Now, Ms. Sullivan at chief operating

23  officer, what does she do?

24       A.   She is responsible for a number of student

25  facing divisions like transportation, nutrition

1    services, textbooks, the facilities and maintenance

2    team reports to her, the warehouse team reports to

3    her, the boundary planning team reports under

4    operations.

5        Q.   So then if you have some sort of a

6    reporting structure where the schools would report

7    to the person in central office, then that was

8    something that probably could be put on the ESSER

9    funds?

10       A.   My understanding is that when they

11   spiraled ESSER funds to the schools, they told the

12   principals to use those monies as additional

13   supports for things like instructional specialists,

14   interventionists, those people who could help with

15   what's termed as learning loss.  There are some

16   positions, for instance, we have one -- one of the

17   laws requires a tutoring program, so we have a

18   tutoring -- what they call the high dosage tutoring

19   program.  I believe the director of that program is

20   funded through ESSER.

21       Q.   Now, Ms. Sullivan, her whole salary is

22   funded through ESSER, correct?

23       A.   To the best of my knowledge, yes.

24       Q.   And she is like a chief operating officer

25   over different areas of the schools, correct?

1     A.    Different areas that support the schools.

2     Q.    And you also have other officers that

3 would support the schools, correct, in central

4 office?

5     A.    That's the purpose of the support hub is

6 to support the schools.

7     Q.    And would the associate superintendent

8 support the schools?

9     A.    They did support the schools.

10     Q.    Do the executive directors support the

11 schools?

12     A.    Yes, that's their job.

13     Q.    Did school choice support the schools?

14     A.    School choice supports families in

15 choosing schools, would be my definition of school

16 choice, but I don't work with school choice.

17     Q.    Now, other than Ms. Sullivan, anyone else

18 on the cabinet or in the cabinet that's being paid

19 through ESSER funds?

20     A.    I'm trying to remember.  It's possible

21 that Chief Randolph's salary is also funded through

22 ESSER, but I am not certain about that.

23     Q.    And what was his position again?

24     A.    Chief -- Keri Randolph is the chief of

25 strategy.

```
1         Q.    How much does he make?

2         A.    She.  It's 185.

3         Q.    Was that a new position?

4         A.    Yes.

5         Q.    So that did not exist in the 2019, 2020

6    school budget, correct?

7         A.    It did not.

8         Q.    Okay.  What was it called again?

9         A.    I believe they call it chief of strategy

10   or chief of strategic investments, one or the other.

11        Q.    Any other position funded through ESSER

12   that's in the cabinet?

13        A.    I don't think so, but I'm not a hundred

14   percent certain.

15        Q.    Is your job funded through ESSER?

16        A.    It is not.

17        Q.    How is your job funded?

18        A.    It's funded through local funds, operating

19   budget.

20        Q.    How is Dr. Battle's salary funded?

21        A.    Dr. Battle is on the operating budget.

22        Q.    Is that local funds?

23        A.    Yes.  Those two terms are interchangeable

24   within our world.  Chris Henson would tell you to

25   use the term operating budget.
```

1    Q.   Now, I want to ask you a couple of

2  questions about nonrenewals.

3    A.   Before you start that series, could I have

4  a glass of water?

5         MR. FOX:  We've been going almost an hour

6  and a half.

7         MS. STEINER:  Let's break.

8         (Brief break observed.)

9  BY MS. STEINER:

10   Q.   Ms. Spencer, are you the one that actually

11 draws up the organization charts?

12   A.   I have the program for making the

13 organization charts, yes.

14   Q.   And in the 2020, 2021 school year, did you

15 attend any of meetings about the reorg?

16   A.   No.

17   Q.   Okay.  For nonrenewals, I believe you

18 said, and correct me if I'm wrong, but when you

19 first went to work for Metro, that you worked with

20 the policy for the nonrenewals, correct?

21   A.   I worked on the standard operating

22 process.

23   Q.   Standard operating process.  Did you

24 develop a standard operating process?

25   A.   We developed a calendar timeline, if you

1   will, that just helped everyone know what was the

2   date that principals had to tell HR, what was the

3   date that HR sent back approvals, what was the date

4   that principals had to tell teachers, those sorts of

5   things, when did the letters go now.

6       Q.   Okay.  So then if -- what was your

7   understanding of why a teacher would be nonrenewed

8   or an employee would be nonrenewed?  What was your

9   understanding of that?  Was it for performance?

10      A.   A teacher can be nonrenewed for

11  performance if we have documentation.  A teacher can

12  be nonrenewed if a principal changes the

13  programmatic structure within their school, a

14  teacher can be nonrenewed if there is a district

15  initiative that removes a program or changes a

16  program.

17      Q.   Okay.  So if you do not have a change in a

18  program and you do not have any other changes going

19  on in the school, the teacher can be nonrenewed if

20  there's documentation, and I assume that's related

21  to job performance?

22      A.   Yes.  Teachers are generally -- if a

23  principal wants to nonrenew a teacher, then -- for

24  performance, then we ask to see documentation that

25  that principal has been working with that teacher

1  over the course of time to improve performance.

2      Q.   And does the documentation then get into

3  your office?

4      A.   To my office individually, no.

5      Q.   Who would it go to?

6      A.   The HR managers work with the principals

7  during the budget process, and the executive

8  directors are also involved in that obviously.

9      Q.   How many employees report to you?

10      A.   23.

11      Q.   Okay.  Do you have HR managers reporting

12  to you?

13      A.   I do not.

14      Q.   Who do they report to?

15      A.   They report -- at the moment they report

16  to Amber Tyus, T-Y-U-S.

17      Q.   And back in 2019 to 2020, who did they

18  report to?

19      A.   In '19, '20, if Dr. Majors was there, they

20  reported to Dr. Majors.

21      Q.   But when you -- in your time working for

22  Metro schools, you helped implement this policy,

23  this reporting policy, correct?

24      A.   I helped write the standard operating

25  procedure for implementation of the policy.

1      Q.   Okay.  And in the standard operating

2  procedure, you had in there that if you nonrenew a

3  teacher, make sure that there is the proper

4  documentation to show that the principal has worked

5  with the teacher to try to improve the problem?

6      A.   Yes.  The nonrenewal guidance for teachers

7  does include that.

8      Q.   And what about for nonrenewal for

9  principals, is that any different or should you just

10 use the same principal?

11     A.   Nonrenewal for administrators is not part

12 of our standard nonrenewal process.  We do teachers.

13     Q.   Who does the nonrenewal for principals?

14     A.   Nonrenewal of administrators is a

15 conversation between the executive director, the

16 chief of academics in schools and the director of

17 schools.

18     Q.   Do you need a paper trail?

19     A.   Again, I don't do those.  I know that we

20 have had principals on plans of assistance.

21     Q.   Now, I've heard of that.  Tell me what a

22 plan of assistance is.

23     A.   A plan of assistance is truly a plan that

24 says to a principal, here is an area in which you

25 have opportunity to grow, here are means and methods

1    for that growth, here are some timelines.  It's

2    administered by the executive director who the

3    principal reports to.

4         Q.   And so then if there's issues with job

5    performance with a principal, they need to be put on

6    a plan of assistance, correct?

7         A.   They don't have to be put on a plan of

8    assistance.  The executive director can work with

9    them in the same way that -- you don't necessarily

10   start with a plan of assistance, let me put it that

11   way.  If there's a minor issue, then the executive

12   director might just work with the principal.  If

13   it's something more significant, there might be a

14   plan of assistance.

15        Q.   Okay.  But if the problem persists or if

16   it's something that may affect the job of the

17   principal, they need to be put on one of these plans

18   of assistance?

19        A.   There's not an absolute requirement to be

20   put on a plan.

21        Q.   But it's the best practice, correct?

22        A.   If it's the right thing to do, given the

23   circumstances, then I would say yes.

24        Q.   Now, when you nonrenew, is the teacher

25   told that their contract is actually being

     1  nonrenewed?

     2       A.   Yes.

     3       Q.   And meaning you don't nonrenew somebody

     4  and not tell them, just leave them guessing as to

     5  what happened?

     6       A.   I would certainly hope not.

     7       Q.   Okay.

     8       A.   The process is that teachers are notified.

     9       Q.   Okay.  Did you know that teachers under

    10  the Tenure Act is defined as administrators, too,

    11  anyone that's certificated?

    12       A.   Yes.

    13       Q.   So then if you're nonrenewing a

    14  certificated worker or a tenured worker, is it

    15  Metro's policy that you tell them that they are

    16  being nonrenewed in the letter?

    17       A.   Yes, but it's different for tenured and

    18  nontenured.  So a tenured employee will be told, if

    19  we have to nonrenew a tenured teacher, which is

    20  seldom, then the process is different in terms of

    21  what they're told and how they move the next year to

    22  a different place.  A nontenured employee isn't

    23  necessarily -- what is the word I'm looking for,

    24  guaranteed a space.

    25       Q.   If you're nontenured, you have to reapply,

1  correct?

2      A.    Yes.  Correct.

3      Q.    If Metro schools decides not to hire you,

4  you don't have a job, correct?

5      A.    Correct.

6      Q.    So if you're nonrenewed -- do you know

7  whether or not -- whether or not it's even possible

8  to nonrenew a tenured teacher or do they have to be

9  transferred?

10     A.    We actually call it something different.

11 We call it -- it's a word -- it's a made-up word.

12 It's not called nonrenewed, it's a different word.

13 It basically means that that person -- we will find

14 that person a role, so a tenured person, if they are

15 being displaced out of a school -- that's not the

16 right word either, it will come to me.  It's

17 un-something.

18         MR. FOX:  Objection to the form that I

19 think it calls for a legal analysis -- to the extent

20 it calls for a legal analysis.

21 BY MS. STEINER:

22     Q.    Ms. Spencer, is it true that if the

23 teacher is tenured, you can actually go through a

24 disciplinary process to fire them if you want to?

25     A.    Yes.

1     Q.   And they have to be told of the charges,

2  correct?

3     A.   Yes.

4     Q.   And then they have to be told of their

5  rights, appeal rights, too, correct?

6     A.   Yes.

7     MR. FOX:  Objection to the form.

8  BY MS. STEINER:

9     Q.   Then they can -- the school board makes a

10  decision about whether or not to terminate the

11  tenured person, correct?

12     A.   Yes.

13     Q.   And that's whether you're tenured as a

14  teacher that's actually in the schools teaching or

15  tenured as an administrator who's got the

16  certification, correct?

17     A.   Tenure is tenure.

18     Q.   Okay.  Whether you're an administrator or

19  a teacher, it's treated the same, correct?

20     A.   To the best of my knowledge, yes.

21     Q.   And you cannot nonrenew the contract of a

22  tenured person, correct?

23     A.   That's why we call it something different.

24     Q.   So then if you had somebody who you

25  actually are transferring, that's different than

1  nonrenewing a contract, correct?

2          MR. FOX:  Objection to this whole line of

3  questioning, to the extent it calls for a legal

4  analysis, but if there's something she knows in her

5  field, I think that's reasonable.

6          MS. STEINER:  I object to speaking

7  objections.

8          MR. FOX:  Objection to the form.

9  BY MS. STEINER:

10     Q.    Okay.  Ms. Spencer, is it correct that if

11  you transfer a teacher from one school to the other,

12  you tell them, you're being transferred?  For

13  instance, if you wanted to move someone from

14  Hillsboro to Hillwood, you would say, Dr. Burnette,

15  you're being moved from the math department at

16  Hillsboro and we're going to put you in the math

17  department at Hillwood, correct?

18     A.    If we have to do that, then, yes, we do.

19     Q.    That's not a nonrenewal, correct?

20     A.    It is not.

21     Q.    And you would never tell Dr. Burnette who

22  is teaching at Hillsboro, Dr. Burnette, we are going

23  to nonrenew you, nonrenew your contract, but by the

24  way, we're transferring you.  That's actually a

25  transfer, isn't it?

1    A.   If you're transferring someone, if you are

2   affirmatively transferring someone, you have made

3   the decision they are moving, which happens very

4   seldom.

5    Q.   Okay.

6    A.   Then there is not a nonrenewal process

7   that goes with that, you're simply moving them from

8   one place to another.  But it does not happen often,

9   it happens generally at the beginning of the school

10  year if enrollments in one school are up and

11  enrollments in another school are down and we have

12  to move people, that's generally when that happens.

13   Q.   Okay.  Now, if somebody is actually being

14  transferred into a teaching position, in your

15  policy, is there a deadline for telling them when

16  they are going to be transferred?

17   A.   So if a teacher has applied for a transfer

18  during the open transfer window, then we process all

19  of those before the 15th of June.

20   Q.   Okay.  That's what I thought.  And if you

21  are literally -- if you've made the decision to

22  transfer someone from one position to a teaching

23  position, do you also tell them where they're going

24  by June 15th?

25   A.   I'm going to say that that would be the

standard.  I will also say that given all the
considerations of principals filling jobs, we don't
always know exactly the place.  What we know is that
we will have a place.  We can say to a teacher, we
have one or two things left, we're going to get you
a place, but we don't always know, particularly if
something happens, if something strange happens.
But the concept is that transfers happen before the
15th of June and then you start filling everything
else.

Q.  Okay.  Now, Dr. Battle, is she the one who
has the ultimate authority about whether or not
someone is being nonrenewed if they're a principal?

A.  Yes.  She approves the nonrenewals.

Q.  If she says somebody is nonrenewed, does
anybody in the school system have the ability to
say, no, they are not nonrenewed?

A.  No.

Q.  Okay.  Meaning her word is the law there
at Metro schools, correct?

A.  Meaning all of us report in some fashion
up to Dr. Battle and Dr. Battle makes those final
decisions.

Q.  Okay.  Now, did you also know that the
elimination of a position, if it also requires --

1   eliminations of positions need to be approved by the

2   school board?

3           MR. FOX:  Objection to the form.

4           THE WITNESS:  The school board approves

5   the budget every year that has the number of

6   positions in it.  The school board approves the

7   budget every year that has the number of positions

8   in it.

9   BY MS. STEINER:

10      Q.   Were you aware of any time that Metro

11  eliminated a position and did not have it approved

12  by the school board?

13      A.   I think there might have been some

14  question about what was in the operating budget in

15  2018, 2019.

16      Q.   And what positions was eliminated?

17      A.   I think the question was around the

18  positions in HR.

19      Q.   What position?

20      A.   The executive directors for leadership.

21      Q.   That was Dr. Garcia?

22      A.   Yes, ma'am.

23      Q.   And would you agree that a federal judge

24  found that Metro violated the state law when it

25  eliminated Dr. Garcia's position and did not have it

1    approved by the school board?

2              MR. FOX:   Objection to the form.

3    BY MS. STEINER:

4         Q.   Did you know that?

5         A.   I don't know that I did, honestly.

6         Q.   When that -- did anybody come into your

7    department and say, we made an error when we had --

8    we did not have the school board eliminate these

9    positions and we've got to make sure in the future

10   we do it properly?  Did anyone do that, 2018 through

11   the present, that you know of?

12        A.   I know that we pay a lot of attention to

13   the number of positions that are in the operating

14   budget.  We have meetings with every department

15   quarterly to ensure that the positions that are in

16   the budget are the positions that are filled.

17        Q.   Did anyone ever -- was there any

18   investigation or were you ever told that the

19   elimination of the position that Dr. Garcia had was

20   not done properly?

21        A.   There was a lot of conversation about that

22   as Dr. Garcia's lawsuit went forward.

23        Q.   And as her lawsuit went forward, did you

24   know -- do you know who Lily Leffler is?

25        A.   I do.

1      Q.    Did you know that she was kin to Dr.

2   Garcia?

3      A.    I had heard that.  I don't know how.

4      Q.    Who did you hear that from?

5      A.    Hallway gossip.  I don't know how they're

6   related but I have heard that they're related.

7      Q.    Was that common knowledge?

8      A.    I don't know.

9      Q.    Did you ever hear Dr. Battle questioning

10  anyone about Lily Leffler's loyalty to MNPS because

11  of her connection to Dr. Garcia and Dr. Garcia's

12  lawsuit?

13     A.    No, ma'am.

14     Q.    Do you know that you cannot retaliate

15  against someone because of their association with

16  someone who is engaged in protected activity?

17     A.    I do know that.

18     Q.    Do you know whether or not Dr. Battle know

19  that?

20     A.    I couldn't speak to that.

21     Q.    If there is retaliation that is going on

22  at Metro schools, should that be brought to your

23  attention?

24     A.    If there is retaliation specific to any

25  activity within Metro schools, it should be brought

1  to the attention of any administrator.  That's what

2  the policy says, is that any employee who feels that

3  they're being retaliated against can go to any

4  administrator.

5      Q.  Okay.  In your cabinet meetings, since

6  you've been a member of the cabinet, since I believe

7  October of 2021?

8      A.  Yes, ma'am.

9      Q.  Have there been any discussions about

10 retaliation at Metro schools?

11     A.  No.

12     Q.  Should the letter to the teacher that

13 tells them they're being nonrenewed state in that

14 letter, you are being nonrenewed?

15     A.  Yes.

16     Q.  Okay.  Do you know who Jane Doe is?

17     A.  You said at the beginning that that's how

18 you would refer to (name spoken off record).

19     Q.  Okay.  We're going to leave her name out

20 from this point on, okay?  Did you know her back in

21 '19 -- 2019, 2020?

22     A.  I met her in 2019, 2020.

23     Q.  Did you know she was the director of

24 school choice?

25     A.  Not when I met her, but I did know that

1    later.

2         Q.   Did you know that she had a child that

3    attended Metro schools?

4         A.   I did not.

5         Q.   Did you know that her child was in that

6    class -- do you now know that she had a child that

7    attended Metro schools?

8         A.   I do now know that.

9         Q.   When did you find out that she had a child

10   that was at Metro schools?

11        A.   Somewhere in the time period after she

12   received notice that the director of school choice

13   position was being eliminated.  She actually said,

14   and I can't remember whether it was a conversation

15   or an e-mail, but she said something about her child

16   and a situation, and that was the first that I knew

17   that she had a child who had been in any kind of

18   situation in the schools.

19        Q.   Okay.  Now, a little bit a while ago, you

20   said that a charge of retaliation should be brought

21   to any administrator, correct?

22        A.   A charge of discrimination or retaliation

23   should be reported to anyone.

24        Q.   And if it's reported to you, do you have a

25   job duty for processing the claim?

1    A.   If a person reports retaliation to me,

2  then I have a duty to report.

3    Q.   Who would you report to?

4    A.   I would go to my chief and the director of

5  employee relations and say this employee has made a

6  charge.

7    Q.   And the chief would be Dr. Battle?

8    A.   No, the chief of HR.

9    Q.   Who would be?

10    A.   At the moment would be Melissa Roberge.

11    Q.   Who was the other person you'd go to?

12    A.   Mary Ellen Zander, the director of

13  employee relations.

14    Q.   Okay.  If someone tells you that they're

15  being retaliated against, do you have a job duty for

16  asking them what are they talking about and trying

17  to figure out exactly what it involves, or would you

18  immediately refer them to -- or would you go to the

19  director of -- would you go to Ms. Roberge and to

20  Ms. Alexander?

21    A.   It is my practice to, number one, give the

22  employee the resources that they need to make a

23  formal complaint, and, number two, to report to my

24  chief and the director of employee relations that

25  this employee has reported to me that they are being

1    retaliated against.

2        Q.    Then is it your understanding that those

3    complaints are investigated?

4        A.    Yes, ma'am.

5        Q.    Now, were you familiar with the Let's Make

6    a Slave issue that occurred at Waverly Belmont, the

7    lesson?

8        A.    Not until I heard about it at a board

9    meeting one night.

10        Q.    Was it brought up at the board meeting by

11    angry parents?

12        A.    Yes.

13        Q.    Did this board meeting occur shortly after

14    the lesson was taught at Metro schools?

15        A.    I believe so.

16        Q.    And did the lesson make both national and

17    local news?

18        A.    I know it made the local news.  I don't

19    know if it made national news.

20        Q.    Do you know who reported it to the press?

21        A.    I don't.

22        Q.    Did you hear any statements made that Jane

23    Doe reported it to the press?

24        A.    No, ma'am.

25        Q.    Did you know that Jane Doe filed a

1  complaint about that lesson?

2      A.    I did not know that until after -- I do

3  know it now, I did not know it at the time.

4      Q.    When did you find out that she had filed a

5  complaint about the lesson?

6      A.    After her position was eliminated out of

7  the 2021 budget.

8      Q.    And who did you find out about it from?

9      A.    Again, I can't remember whether it was a

10  conversation or an e-mail that she mentioned it.

11      Q.    Did she also state that -- did she convey

12  to you that she thought she was being retaliated

13  against because of that complaint?

14      A.    Yes.   Not in those exact words, but, yes.

15      Q.    But she told you enough that you knew that

16  she thought -- Jane Doe thought she was being

17  retaliated against when her position was being

18  eliminated because of her complaints about the Let's

19  Make a Slave?

20      A.    Yes.

21      Q.    Okay.  And did you give her -- did you

22  report that to anyone?

23      A.    I did tell Dr. Barnes that she had said

24  that.

25      Q.    Did she say that in front of Dr. Barnes?

1    A.   I do not know the answer to that.

2    Q.   Would you have told him if he heard the

3  complaint, too?

4    A.   Yes.  I would have said that she has said

5  it again.

6    Q.   Did you tell him that she said it again to

7  me?

8    A.   I remember saying to him that she had said

9  it and expressing to him that I was surprised

10 because I did not know at the time that her child

11 had been the child that was the subject of the

12 complaint.  I truly did not know that.

13   Q.   Do you recall in the termination

14 hearing -- you were there, correct?

15   A.   It was not a hearing.

16   Q.   The call?

17   A.   The conference call where Dr. Barnes told

18 her her position was not going to exist.

19   Q.   Did she also in that call say, this is

20 retaliation?

21   A.   I honestly don't remember.  She said many

22 things in that call.  She was very, very upset, very

23 upset in that call.  I honestly don't remember all

24 the things that she said.  I do remember that she

25 said -- no, I don't remember that she used the word

1    "retaliation" in that call.  I just remember she was

2    very upset.

3         Q.   Do you recall Chris Barnes telling her in

4    that conversation that it was not retaliation?

5         A.   I don't recall off the top of my head.  If

6    you have a transcript or an audio...

7         Q.   I do.  Have you listened to the transcript

8    of the audios?

9         A.   No.

10        Q.   Have you heard them at all?

11        A.   No.

12        Q.   Do you recall telling Jane Doe that she

13   should not complain about the retaliation?

14        A.   No.

15        Q.   Did you tell her that she -- did you take

16   her complaint of retaliation to be something that's

17   more personal to her as opposed to a reorg?

18        A.   I don't think that I -- I don't think that

19   I put those two things together, necessarily.  She

20   was -- she was struggling -- she continued to say

21   that Dr. Battle was angry with her or Dr. Battle

22   didn't like her or Dr. Battle was doing this for a

23   personal reason, and my response to her was that I

24   had never heard Dr. Battle say that.

25        Q.   And would you agree that a personal reason

```
1   would include, could include her complaints about
2   the lesson that her child was taught?
3       A.    Personal reasons can include many things.
4       Q.    Including personal retaliation --
5       A.    Including feelings --
6       Q.    -- including --
7       A.    -- of retaliation, yes.
8       Q.    Okay.  (playing audio.)
9             Do you recognize that voice?
10      A.    Yes, ma'am.
11      Q.    Who is that?
12      A.    That's Dr. Chris Barnes.
13      Q.    And what does this sound like to you?
14  (playing audio.)
15            Whose voice is what?  Is that Jane Doe?
16  (playing audio.)
17            Do you recognize this?
18      A.    Yes.
19      Q.    What is this?
20      A.    This is the video conference that
21  Dr. Barnes had with Jane Doe.
22      Q.    And were you present?
23      A.    I was there listening.
24      Q.    I want to move on.  I'm not going to move
25  on to the tail end.  Because this goes on for ten
```

```
1    minutes.  At the tail end, does this sound like the
2    same conversation?  (playing audio.)
3            Let me stop you there.  Was this a
4    conversation where you could view Jane Doe?  Was it
5    a Zoom?
6        A.   It was a Teams call or a Skype call or
7    whatever we had at the time.
8        Q.   Could you see her?
9        A.   I think so.  I think I remember that we
10   could see her.  Not everybody that we talked to had
11   a camera, but I think I remember that Jane Doe did.
12       Q.   Did she appear to be upset to you?
13       A.   She was definitively upset.
14       Q.   And was she crying?
15       A.   Yes.
16       Q.   Let's go on.  (playing audio.)
17           Let me stop a second.  Did you hear that
18   portion of the tape?
19       A.   I did.
20       Q.   And that was from about nine minutes to
21   about 11 minutes on this tape.
22           Ms. Spencer, did you hear Ms. Jane Doe say
23   that she thought this was retali- and then she kind
24   of stopped it, and she said enough that Chris Barnes
25   understood that she thought she was being retaliated
```

 1  against, correct?

 2       A.   He said if he thought it were retaliatory.

 3       Q.   Okay.  Meaning Chris Barnes knew that Ms.

 4  Doe was claiming that the action was retaliatory.

 5  He understood what she was saying?

 6            Let me go just a little further with that

 7  question.  Did you understand that the issue of

 8  whether or not she was being retaliated against came

 9  up in this termination conversation?

10       A.   So I would not characterize it as a

11  termination conversation given that he did talk to

12  her about coming to talk to him and finding a new

13  place.  She kept saying, is someone mad at me, and

14  Dr. Barnes said, this is not about you, it's about

15  resources and how we efficiently run the district.

16       Q.   You understood in your conversations with

17  Jane Doe that she thought she was being retaliated

18  against for the Let's Make Slave complaint she made,

19  collect?

20       A.   She said that later.

21       Q.   And you understood that she was making

22  that complaint, correct?

23       A.   Yes.

24       Q.   And was that later the same day or

25  later -- a week later?

1          A.    I honestly don't remember.

2          Q.    Okay.  Was it sometime within that time

3     frame?

4          A.    It was in that time frame.

5          Q.    And you went back to Mr. Barnes and said

6     she's making that complaint again of retaliation,

7     correct?

8          A.    And I said to Dr. Barnes, she has said she

9     thinks this is retaliation for a complaint that she

10    made.

11         Q.    And what did he say to you?

12         A.    And he said, then we'll investigate that.

13         Q.    Do you know if it was investigated?

14         A.    Honestly, at that point, I was out of it.

15         Q.    Who would have done the investigation?

16         A.    Ms. Zander.

17         Q.    Did Ms. Zander ever contact you to ask you

18    any questions about what Jane Doe told you about

19    retaliation?

20         A.    I don't remember that she did.

21         Q.    Did you direct Jane Doe to any other

22    person or department at Metro schools to file a

23    complaint?

24         A.    I would have said to her, if you think

25    that there is valid retaliation, you should go talk

1    to Mary Ellen Zander in employee relations.

2         Q.    Did you tell Ms. Doe that?

3         A.    I honestly do not remember if I said it to

4    her like that.

5         Q.    Now, in the call that you had with Jane

6    Doe and Mr. Barnes, do you recall him telling her

7    that she could apply for other jobs at Metro

8    schools?

9         A.    Yes.

10        Q.    Would you agree that in that conversation,

11   there was not any discussion about transferring her

12   to another position?

13        A.    I do not believe that there was.

14        Q.    And if she applied for another job and did

15   not get another job, she basically was gone from

16   Metro schools, correct?

17        A.    I remember him saying, we'll find you a

18   place.

19        Q.    Did he find her a place?

20        A.    She became a teacher at J.T. Moore.

21        Q.    Did Chris Barnes find that for her?

22        A.    I don't know that Dr. Barnes specifically

23   found that for her, but that's the job that she had.

24        Q.    Did you or Chris Barnes find any job for

25   Jane Doe?

1    A.    She applied for any number of jobs, but I

2  did not find her a job.

3    Q.    She applied for about 30 jobs, didn't she?

4    A.    I don't know how many, but there was a

5  number.

6    Q.    Okay.  Do you know her credentials, her

7  educational background?

8    A.    Not off the top of my head.

9    Q.    Do you know what her job performance was

10  like when she was at Metro schools?

11    A.    I honestly don't.  I had met her maybe

12  three times before this particular conversation.

13  And the first two times, I thought she was someone

14  else.

15    MS. STEINER:  Exhibit 1 is going to be

16  this -- it's called termination on our records with

17  Chris Barnes, and we'll make that Exhibit 1.

18                    (WHEREUPON, the

19                    previously-mentioned document was

20                    marked as Exhibit Number 1.)

21    MR. FOX:  No objection to it being

22  exhibited.  Our only objection is the use of

23  termination, use of the word "termination" in this

24  case.

25    MS. STEINER:  The court reporter can name

1   it however you think is appropriate.  We've got

2   Chris Barnes' termination on it just so we can

3   figure out what it is.  Maybe it should just be

4   Barnes.  Audio recording I.  Is that okay, Brook?

5        MR. FOX:  Yes.

6   BY MS. STEINER:

7        Q.   Okay.  Tell me again what Chris Barnes

8   said to you when she said -- when you told him Jane

9   Doe was claiming -- I believe you said for the

10  second time, that she was being retaliated against

11  for that complaint about the lesson, let's Make a

12  Slave.  What did he say?

13       A.   I believe that what I said was, if she had

14  said it a second time, I would have gone back to

15  Dr. Barnes, but I said to him, she thinks that she

16  is being retaliated against because of something

17  that had to do with her child that I didn't even

18  know had happened.  And Dr. Barnes said, then we

19  need to deal with the retaliation piece as an

20  investigation.

21       Q.   And did you know that Jane Doe thought Dr.

22  Battle was the one that was engaging in the

23  retaliation?

24       A.   What I remember that she said to me was,

25  is Dr. Battle mad at me, is she angry at me.  That's

1    what has stuck with me.

2         Q.   And did you take that to mean that she

3    thought Dr. Battle was the one engaging in the

4    retaliation?

5         A.   Not so much as I -- again, I didn't know

6    her well.  I didn't know that this had gone on.  It

7    was -- I kept saying, she has never said -- I have

8    never heard her say that she is angry with you about

9    something.  I just -- I wasn't -- I didn't really

10   know where she was coming from with that.

11        Q.   Did you tell Dr. Battle what Jane Doe had

12   said?

13        A.   I don't believe I've ever talked to Dr.

14   Battle about it.

15        Q.   Did you know that she applied for the

16   position of restorative practice?

17        A.   The Restorative practice assistant job?

18        Q.   Yes.

19        A.   Yes.

20        Q.   Who was the person who would made the

21   decision about whether or not they were hired into

22   or not hired into that position?

23        A.   The hiring manager for restorative

24   practice is Anthony Hall.

25        Q.   Okay.  Was there a Gloria Hall?

1      A.    Gloria Hill.

2      Q.    Hill. Was she over that position?

3      A.    She was probably the recruiter for that

4 position.

5      Q.    What department did she work at?

6      A.    She worked in human resources.

7      Q.    And what about Ms. Johnson?

8      A.    Angela Johnson was the HR manager.

9      Q.    And how did her job duties mesh with that

10 of Ms. Hill?

11      A.    So Gloria would have been the TeleNet

12 position partner who worked on support hub jobs.

13 Angela was the HR manager for support hub, so they

14 worked together to fill support hub positions.

15      Q.    And would they recommend that someone be

16 hired in a particular position or can they hire

17 someone in a particular position?

18      A.    They don't make the recommendation. The

19 hiring manager, which is the person in the

20 department who wants to hire a person, makes the

21 recommendation.

22      Q.    And then it goes up to --

23      A.    It goes to them for processing.

24      Q.    For processing. And then they either

25 approve or don't approve it, correct?

1     A.    They process it.

2     Q.    Now, were you aware that Jane Doe applied

3 for the position of restorative practice?

4     A.    Yes, I did know that.

5     Q.    Were you aware that I believe Anthony Hall

6 wanted to hire her in that position?

7     A.    Yes.

8     Q.    And were you aware that Ms. Hill and Ms.

9 Johnson had approved that?

10     A.    I don't know that they had approved it.  I

11 know that there was a lot of conversation back and

12 forth about it.

13     Q.    Okay.  Why was there conversation back and

14 forth about it?

15     A.    Because the salary that Jane Doe would

16 have earned would have far exceeded the salaries of

17 anyone else in that job, and when that happens, it's

18 the hiring manager's responsibility to say -- or the

19 HR manager's responsibility to say to the hiring

20 manager, this person's salary is going to throw

21 your -- what we call salary equity, the average, if

22 you will, of all of the other people in a role, and

23 it's going to affect your budget, is that what you

24 want to do.

25     Q.    Okay.  And who did you say that to?

```
 1        A.    The HR manager would say it to the hiring
 2   manager.
 3        Q.    Okay.  And do you recall any statement
 4   being made by you to the HR managers or the hiring
 5   manager or anybody that they could not hire Jane Doe
 6   into that position because she had a lawsuit against
 7   the district?
 8        A.    No, I did not say that.
 9        Q.    Would you agree that if you did say that,
10   that is retaliation?
11             MR. FOX:  Objection to the form.
12   BY MS. STEINER:
13        Q.    Was that nod yes?
14        A.    You can't not hire somebody because
15   they're suing the district.
16        Q.    And as of October 10, 2020, did you know
17   that Ms. Doe had filed a lawsuit on behalf of her
18   son against the district?
19        A.    On behalf of her son?
20        Q.    Yes.  Well, did you know she was making a
21   claim against the district?
22        A.    I knew she was making a claim against the
23   district.  I don't know that I necessarily knew it
24   was on behalf of her son.
25        Q.    And did you know she was making a claim by
```

1    October 10th of 2020 that she was being retaliated

2    against?

3        A.   Probably.

4        Q.   Now --

5        A.   You're asking about a specific date and

6    that's really what's throwing me off.

7        Q.   Okay.  Now, restorative practice, what's

8    the typical pay there?

9        A.   Restorative practice assistants are

10   generally paid -- they are a pay grade nine, which

11   starts right now around roughly $20 an hour.

12        Q.   About 40,000 a year?

13        A.   Roughly.

14        Q.   How much does a teacher make?

15        A.   A starting teacher makes 45.

16        Q.   And how much would Ms. Doe have made in

17   this restorative practice position?

18        A.   She was -- it was going to be way up at

19   the top end of the range.

20        Q.   Which is what?

21        A.   In fact, it might have exceeded the top of

22   the range.  I'm trying to remember whether it would

23   have exceeded the top of the range.  That could have

24   been the issue.  But that position goes from about

25   70,000 -- that pay grade, not that position, that

1  pay grade goes -- not 70, about 40,000 to probably

2  about 55 or 60 off the top of my head.

3      Q.   What is the pay grade number?

4      A.   It's pay grade nine.  I would need a pay

5  grade in front of me to actually answer that

6  question.

7      Q.   Okay.  Now, was there any sort of a rule

8  or regulation that -- do you know if Jane Doe was

9  considered salary or support when she was director

10  of school choice?

11      A.   It's my recollection that that was a

12  support role and she was salaried because she was a

13  director.  I believe it was a support role.

14      Q.   If a support person loses their job

15  because of any sort of a reduction, are they

16  supposed to be put into -- if their job is

17  eliminated, are they supposed to be put into a

18  position with the closest pay as to what she

19  received?

20      A.   There is not a rule that says that if a

21  support employee loses their job we have to place

22  them anywhere.  What the compensation policy says or

23  the compensation procedure says is, that if an

24  employee moves between pay grades, a promotion is

25  generally 10 percent, but a person cannot be paid

1    below the minimum of the pay grade.  They cannot be

2    paid above the maximum the of pay grade.

3         Q.   Let me show you this.  Let me see if I can

4    show you this.  Hang on a second.  You know what,

5    let me just do it this way.  Why don't we do it this

6    way because you see this.

7              Can you see this?  This is probably easier

8    any way.  Do you recognize this document?  Do you

9    recognize this?  Wait a second.  Is this the support

10   employee handbook?

11        A.   It is.

12        Q.   Effective July 1st, 2015?

13        A.   That's what it says.

14        Q.   Let me show you Page 14.  Does this appear

15   to be accurate?  I'll slow down if you want me to.

16        A.   It looks like the support employee

17   handbook.

18        Q.   Page 14 has something at a very top of the

19   page called Reorganizations and Displacements.  Is

20   that correct?

21        A.   Yes.  That's there.

22        Q.   Okay.  And does that say in a

23   reorganization or displacement any affected employee

24   who is retained will be placed at the step closest

25   to but not less than their current rate of pay?

1    A.    Provided that they can't make more than

2    the maximum for the pay grade of the position to

3    which they are placed, yes.

4    Q.    Okay.  And does that mean that they need

5    to be placed at the step closest to their current

6    rate of pay?

7    A.    So a support employee going into a support

8    employee role, yes.

9    Q.    Okay.  And Jane Doe was support, correct?

10   A.    She was.

11   Q.    Can you tell me who at Metro schools was

12   responsible for seeing that she would be placed at

13   the step closest to but not less than her current

14   rate of pay?  Who handled that?

15   A.    So the HR manager that would have been

16   responsible for any job that she had applied for

17   that was on the support pay scale at the time.

18   Q.    Does this, in the handbook, say anything

19   about she had to apply for the job?

20   A.    So that actually, in the reorganizations

21   and displacement affected who is retained will be

22   placed at the step closest to but not less than

23   their current rate of pay.  That is the support

24   employee handbook, so it applies to support

25   positions.

1    Q.   Okay.  So as it's applying to support

2  positions, can you tell me who at Metro schools was

3  responsible for seeing Jane Doe was placed at a step

4  closest to but not less than her current rate of

5  pay?

6    A.   Had she been placed in a support position,

7  the HR manager would have made sure that that

8  happened.

9    Q.   Who was that?

10    A.   Depending on what support position it was,

11  it could have been any one of them.

12    Q.   I want to know who at Metro schools

13  said -- was told, Jane Doe has lost her job because

14  of reorg.  She is support, so we need to place her

15  at the step closest to her current rate of pay.  Who

16  did that?  Did anybody?

17         MR. FOX:  Objection to the form.

18         THE WITNESS:  In a case like that, if a

19  support employee is placed into another support

20  role, they would be placed at the step closest to or

21  not less than their current rate of pay.  In the

22  situation that she was in, she went to a

23  certificated role, which is a different pay scale.

24  BY MS. STEINER:

25    Q.   I want to ask you this, though.  My

1   question is very different.  Did anyone at Metro

2   schools place her in a support role that was closest

3   to but not less than her current rate of pay?  And

4   did anyone at Metro schools even look for that

5   position that you know of?

6              MR. FOX:  Objection to the form.

7              THE WITNESS:  It is my understanding that

8   she was placed into a teaching position because she

9   was a tenured teacher.

10  BY MS. STEINER:

11     Q.   Did anyone -- I'm going to ask this again.

12  Listen to this carefully.  Did anyone at Metro

13  schools make any effort to see whether or not Jane

14  Doe would be placed at the step closest to but not

15  less than her current rate of pay?

16             MR. FOX:  Objection to the form.

17  BY MS. STEINER:

18     Q.   If so, who was it?

19     A.   We didn't place any of those people.

20     Q.   I want to know about Jane Doe.

21             MR. FOX:  Objection to the form.

22  BY MS. STEINER:

23     Q.   Did anyone at Metro schools look to see

24  where she could be placed in a support position that

25  was the closest to her current rate of pay?

1    A.    She was offered the opportunity to
2  interview for any number of positions.
3    Q.    Did anyone from Metro schools look to see
4  where she could be placed -- that is the last time
5  I'm going to ask you this, okay?  Did anyone from
6  Metro schools look to see whether or not there were
7  any positions where she could be placed that were
8  support positions that were closest to her current
9  rate of pay --
10            MR. FOX:  Objection to the form.
11  BY MS. STEINER:
12    Q.    -- that you know of?
13    A.    Not that I know of.
14    Q.    Okay.  Did anyone tell Jane Doe, hey,
15  you're support, so we have to place you at the step
16  closest to but not less than your current rate of
17  pay?
18            MR. FOX:  Objection to the form.
19            THE WITNESS:  I don't know the answer to
20  that question.
21  BY MS. STEINER:
22    Q.    Do you know what her current rate of pay
23  was when she was a director of school choice?
24    A.    Not off the top of my head.
25    Q.    Does about 115,000 a year sound about

1  right?

2      A.    That would have been on the director pay

3  scale.

4            MS. STEINER:  Let's have this support

5  staff handbook marked Exhibit Number 2.

6            MR. FOX:  No objection.

7                    (WHEREUPON, the

8                    previously-mentioned document was

9                    marked as Exhibit Number 2.)

10 BY MS. STEINER:

11     Q.    What pay scale was she on when she was

12 director of school support, what was her number?

13     A.    Director of school choice?

14     Q.    School choice.

15     A.    Directors are pay grade 15.

16     Q.    Okay.  Did anyone tell Jane Doe, you can't

17 have this position because you're at a higher pay

18 scale?

19     A.    I don't know.

20     Q.    If Jane Doe had gotten the position of --

21 if she had gotten the position of restorative

22 practice, did anyone contact her to tell her the pay

23 for this position is less, will you take less?

24     A.    I don't know.

25     Q.    Did you know that the teaching position

1    she was placed in was much lower than what she made

2    as director of school choice?

3         A.    Yes.

4               MR. FOX:   Objection to the form.

5    BY MS. STEINER:

6         Q.    Do you know what she made as a teacher?

7         A.    I don't know what she makes as a

8    teacher -- or made as a teacher.

9         Q.    Okay.   Is the teacher salary running -- do

10   you know what grade pay she is on as a teacher?

11        A.    It would depend on what her degree is.

12   The teachers are paid based on their degrees.

13        Q.    If they had chosen to hire her in

14   restorative practice in that position, was there

15   anything preventing that?

16        A.    There wasn't anything to prevent that.   We

17   just have an obligation to say to the department,

18   here are the circumstances, you decide.

19        Q.    And what did you say about the

20   circumstances?

21        A.    We said that her salary would be far in

22   excess of all of the other restorative practice

23   assistants, and did they have the budget for that.

24        Q.    And did you tell them how much in excess?

25        A.    Angela would have told them that.

1    Q.   Did you discuss that with Angela?

2    A.   I believe that Angela and I did have a

3 conversation about that.

4    Q.   Is that Angela Johnson?

5    A.   Yes.

6    Q.   Did you also tell Angela Johnson that you

7 didn't want her hired in that position because she'd

8 filed a lawsuit?

9    A.   I do not remember saying that.

10   Q.   Did you tell Ms. Johnson you did not want

11 her in that position because she had made a claim of

12 retaliation?

13   A.   I do not remember saying that.

14   Q.   Did you tell Ms. Johnson that you did not

15 want her in that position because she had complained

16 about the Let's Make a Slave lesson given to her

17 child?

18   A.   I do not remember saying that.

19   Q.   If Ms. Johnson says that you said that,

20 would you dispute it?

21   A.   Yes.

22   Q.   Okay.  Did you know that it was said in HR

23 that you said you cannot hire Jane Doe because she

24 has a lawsuit?

25   A.   No.

1    Q.   Okay.  If Jane Doe had gone into the

2  restorative practice position, how much would she

3  have been paid?

4    A.   I don't remember.  I just remember it was

5  close to the top of the pay grade.

6    Q.   And that's pay grade 9?

7    A.   Yes.

8    Q.   Okay.  Hang on.  Does the director of

9  schools have to be honest with what she tells the

10 employees with regard to whether or not they have

11 their jobs for the next year, does she have to be

12 honest, does she have to give them an accurate

13 reason for why they are no longer employed or they

14 have lost their particular position at Metro

15 schools?

16   A.   I don't know that there is a policy that

17 says that she has to tell them why.

18   Q.   Okay.  But she has to be honest about

19 whether or not it's a nonrenewal or transfer or an

20 elimination of the position, correct?  She should be

21 honest.

22   A.   We should all strive to be honest in our

23 dealings and our communications.

24   Q.   Did you know Dr. Bailey who was principal

25 at White's Creek?

1        A.    I do not know Dr. Bailey.

2        Q.    Did you know Coach Battle?

3        A.    No.  I do not know Coach Battle.

4        Q.    Did you know Dr. Battle's brother was a

5    coach?

6        A.    I do know it.  I did not know it until

7    after an incident.

8        Q.    Okay.  Was the incident when he allegedly

9    or when he beat up the parent?

10       A.    When he allegedly struck a parent.

11       Q.    So you knew back when that occurred that

12   Coach Battle was Dr. Battle's brother?

13       A.    Yes.  I found out after it happened that

14   he was related to Dr. Battle.

15       Q.    What was Dr. Battle's position when this

16   occurred?

17       A.    As I recall, she was an associate

18   superintendent.

19       Q.    And do you know whether or not, as an

20   associate superintendent, did she have supervisory

21   authority over Dr. Bailey, who was the principal at

22   White's Creek?

23       A.    If my memory serves, Dr. Battle had the

24   southeast clusters, which would not have included

25   White's Creek.

1      Q.    Were you aware -- did this incident happen

2  in 2018 or 2017 -- 2018, does that sound right?

3      A.    Somewhere in that.  I honestly couldn't

4  tell you the date.

5      Q.    When the incident occurred, do you recall

6  any discussion about Dr. Battle wanting to retaliate

7  against Dr. Bailey?

8      A.    No.

9      Q.    Do you recall any complaints made to HR

10  about the retaliation against Dr. Bailey by Dr.

11  Battle?

12      A.    Against Dr. Bailey?  No.

13      Q.    Do you recall any complaints of

14  retaliation by Dr. Battle against Dr. Bailey?

15      A.    No.  But I would not have known about

16  things like that.  Those are outside the purview of

17  the work that I do.

18      Q.    Did you know by any chance, and you may

19  not, but did you know that the complaints were taken

20  as high as Dr. Joseph?

21      A.    I didn't know there were complaints, so I

22  don't know.

23      Q.    Do you know whether or not there were any

24  parameters put around Dr. Battle's actions so that

25  she could not retaliate?

 1      A.    I don't know the answer to these

 2   questions.

 3      Q.    Okay.   Did you have any dealings with the

 4   issue regarding -- let me see if I can find it.   Did

 5   you know that Dr. Battle was angry with Dr. Bailey

 6   for nonrenewing her brother?

 7      A.    No.

 8      Q.    Did you know Coach Battle was nonrenewed?

 9      A.    This -- there was a board meeting where

10   there was a bunch of protests, and I can't remember

11   whether it was about a disciplinary action or a

12   nonrenewal, but it was -- I mean, it was a board

13   meeting, it wasn't like somebody said to me, they're

14   nonrenewing Coach Battle.

15      Q.    What happened at that board meeting, best

16   you can recall?

17      A.    There were parents with varying opinions,

18   as happens at every board meeting.

19      Q.    And varying opinions about what?

20      A.    About Dr. Battle being -- or not Dr.

21   Battle.   Coach Battle being wonderful and good for

22   the kids and Coach Battle allegedly having a

23   physical altercation with a parent.

24      Q.    Did you know there was also an allegation

25   that he had mishandled funds?

```
1        A.    No, ma'am.

2        Q.    I believe you've already testified to

3   this, but I just want to make it clear.  If Coach

4   Battle is nonrenewed and he reports to Dr. Bailey,

5   is Dr. Bailey the principal responsible for making

6   the decision about the nonrenewal?

7        A.    In general, yes, that's how that would

8   work.

9        Q.    And then it goes to HR for approval,

10  correct?

11       A.    Yes.

12       Q.    Do you know whether or not that particular

13  nonrenewal went up to Shawn Joseph?

14       A.    I don't.  Nonrenewals, in general are

15  supposed to go to the director just so the director

16  knows.

17       Q.    Okay.

18       A.    I helped put the process together, but I

19  don't administer the process.

20       Q.    Okay.  Now, were you aware of the slew of

21  lawsuits that were filed about 2017 against Metro

22  schools?

23       A.    Yes.

24       Q.    Okay.  And besides Dr. Garcia, there were

25  multiple other lawsuits, correct?
```

```
 1        A.    Correct.

 2        Q.    And one dealt with a principal, didn't it?

 3   Did it not?

 4        A.    I believe so.

 5        Q.    Who was the principal, what was his name?

 6        A.    I believe there was a lawsuit by

 7   Dr. Braden.

 8        Q.    Against Dr. Braden, correct?

 9        A.    Yes.

10        Q.    How do you know about that?

11        A.    I heard about it on the news.

12        Q.    Did you hear about it in your office?

13        A.    Peripherally.  Again, those are things

14   that are outside the work that I do.  I deal with

15   employee data, employee relations issues do not live

16   in my world.

17        Q.    Did you know whether or not Dr. Battle was

18   the superintendent for that area?

19        A.    I honestly don't know whether she was or

20   not.

21        Q.    Did you hear any discussion that Dr.

22   Battle did not investigate the complaints of sexual

23   harassment against Braden because he was her teacher

24   when she was in school?

25        A.    I don't know that I've ever heard that.
```

1     Q.   Do you recall the individuals who

2   complained about the sexual assault or reported the

3   sexual harassment all getting fired?

4     A.   What I remember about that case is almost

5   entirely what you read in the news.

6     Q.   Okay.

7     A.   Again, I don't deal in employee relations

8   issues.

9     Q.   Did you have any discussions with any

10   other hiring individuals at Metro schools about any

11   application of Jane Doe?

12     A.   She applied for a number of positions that

13   were open.  She interviewed for several of them.  We

14   were trying to keep track of who had applied for and

15   interviewed for, you know, everything.

16     Q.   Do you recall any other hiring person

17   saying they wanted to hire Jane Doe, outside

18   Mr. Hall, Anthony Hall, I believe?

19     A.   I don't know that there was any other

20   recommendation for hire, if that's what you're

21   asking.

22     Q.   Can you tell me why, do you have any idea

23   why someone, assuming that they're qualified and has

24   applied for so many positions, I think she applied

25   for like 30, didn't get a single one?

         A.   That's really hard to say.

         Q.   Okay.  Did you know by any chance that
Pippa Meriwether was Dr. Bailey's supervisor, and
that she approved the nonrenewal of Coach Battle?

         A.   If Dr. Meriwether was the associate
superintendent or the community superintendent for
that area, then it would have been her
responsibility to approve that.

         Q.   Do you know why -- do you know who made
the decision to reorg central office?

         A.   Which time?

         Q.   In the year -- it's been reorg'd a lot,
correct?  If that yes?  You're laughing. you're
smiling now.  Is that correct?

         A.   Yes.

         Q.   Is it a fair statement that just about
every year it gets reorg'd somehow or another,
correct?

         A.   I don't know that I would say every year,
but certainly as superintendents or directors of
school change, things change, and as efficiencies
are found, things might move.

         Q.   Now, do you know why central office was
reorg'd from the year 2019 to 2020 to the 2020, 2021
school year?

     A.    It was my understanding that Dr. Battle
was looking for efficiencies, looking for a more
streamlined reporting structure in the division of
schools.

     Q.    Who told you that?

     A.    Dr. Barnes said it multiple times.

     Q.    Did it have anything to do with the
budget?

     A.    I believe they are also looking to save
some money given to budget situation.

     Q.    Okay.  Do you know why she made the
decisions she made, Dr. Battle?

     A.    Dr. Battle and I have never talked about
that.

     Q.    Now, it's my understanding that you were
on the interview panel for executive directors; is
that correct?

     A.    I facilitated about half of those
interviews.  I was out of town for the other half.

     Q.    What does that mean, facilitated?

     A.    So we were, at the time, virtual, learning
to be virtual, which was not a lot of fun.  What we
discovered was that particularly in a situation like
that, having someone who was on to make sure that
all the technology worked, that the candidate got

1   in, that, you know, everything was like it was

2   supposed to be, was easier on everyone than the

3   person running the interview trying to do that.

4       Q.   So you didn't actually score any of the

5   candidates?

6       A.   I did not.

7       Q.   And do you know how the individuals were

8   picked who would serve on the panel?

9       A.   I believe that Dr. Barnes was looking for

10   a cross section of administrators.

11       Q.   Do you know if Mr. Barnes served on the

12   panel?

13       A.   Dr. Barnes was on the panel.

14       Q.   Do you know, if you're the facilitator,

15   you're trying to make sure everyone is hooked up

16   right and everyone can hear everything, correct?

17       A.   Yes.

18       Q.   Did you also make sure that the scores

19   were coming in right?

20       A.   I did not have access to the scores.

21       Q.   Okay.  Did you know that some of the

22   scores were missing?

23       A.   I didn't have access to them, so there's

24   no way for me to know that.

25       Q.   Do you know today that some of the scores

1  are missing?

2      A.    Missing, as in somebody didn't score?

3      Q.    They're gone.  Nobody can give you where

4  these scores are or what they were.  They're gone.

5  Did you know that?

6      A.    In terms of -- I do know what you're

7  talking about.  So Dr. Barnes created the scoring

8  forms using a Microsoft platform called Microsoft

9  Forms, which was attached to his active directory

10  account at MNPS.

11      Q.    Okay.

12      A.    When Dr. Barnes left, and his active

13  directory account was disabled, then all of that

14  forms data went away.

15      Q.    So that would be all the scores?

16      A.    If he did not save them anywhere else, it

17  would be everything.

18      Q.    Okay.

19      A.    And I think we didn't realize that would

20  happen.  I figured out it had happened because we

21  also lost the link to our exit surveys, which he had

22  created.

23      Q.    Did you go back in and un-disable his

24  account?

25      A.    I did not.

 1      Q.   Okay.  So did anyone go back in to try to

 2  recreate his account?

 3      A.   I don't know.

 4      Q.   Okay.  Do you know whether or not you can

 5  go back in and -- did anyone call Microsoft to say,

 6  hey, we've got an issue here, we want this account

 7  back up again?

 8      A.   I don't know.

 9      Q.   When did Dr. Barnes leave?

10      A.   In October of '21.

11      Q.   So by the time -- so this happened

12  sometime after he had left in October of '21,

13  correct?

14      A.   Yes.

15      Q.   So before October of 2021, his account had

16  not been disabled and you should have been able to

17  pull up those scores, correct?

18      A.   Absent any other technology issue that I

19  would not have known about.

20      Q.   Okay.  Do you recall Dr. Barnes having

21  issues logging into the account?

22      A.   Dr. Barnes had issues logging into his

23  account frequently.

24           MS. STEINER:  Can we stop for just a

25  second?  We're going to break for lunch.

1              (Lunch break observed.)

2    BY MS. STEINER:

3        Q.    Ms. Spencer, I'm trying to pull up the pay

4    scales the best we can, for the support.  Let me

5    back up a second and show you where I got this.

6    This is on Metro Nashville --

7    mnps.org/careers/resources, okay?  Is this Metro

8    schools' website?

9        A.    It is.

10       Q.    Would this be the support employee salary

11   schedule?

12       A.    For this year, yes.

13       Q.    I just want to talk to you just briefly

14   about this for this year and then we'll see if we

15   can find it for last year.  I think you said she

16   would have been on step nine; is that correct?

17       A.    So the way that the pay scales are

18   constructed, what you see across the top where it

19   says SCH001 to SCH016, those are the pay grades.

20   Down the side where it says 1 through 26, those are

21   the steps within the grades.

22       Q.    So she would have been SCH --

23       A.    Are we talking about the restorative

24   practice assistant?

25       Q.    Yes.

         A.    Those are SCH009, what we call pay grade

nine.

         Q.    And that would have been this year, and it

runs anywhere from 19.99 to 29.98; is that correct?

         A.    Correct.

         Q.    So it runs up to about 60,000?

         A.    Are you calculating on 2080 hours a year?

         Q.    Yeah.

         A.    Remember, any position that's not 12

months, you have to calculate on the number hours

per year that the position is.

         Q.    Okay.  Okay.  So would restorative

practice be counted as nine months of the year?

         A.    I believe restorative practice assistants

fall into what we call ten-month employees, which is

a school year.

         Q.    So they only get paid for ten months?

         A.    Yes.

         Q.    And the school choice was paid for 12

months?

         A.    That was a 12-month position.

         Q.    Where was school choice on this schedule?

         A.    If it was a director position, it was on

pay grade 15.

         Q.    Okay.  That's over here from 100,000 to

1   150,000, correct?

2       A.   Yes.

3       Q.   So if she, Jane Doe, had gone to the

4   restorative practices position, she would have been

5   in grade SCH009, correct?

6       A.   If she had gone from that position --

7   well, if she had been hired as a restorative

8   practice assistant, period, it would have been pay

9   grade nine.

10      Q.   So she would have received pay somewhere

11  from 19.99 to 29.98 per hour, correct?

12      A.   That is the pay grade for that job.

13      Q.   And she would not have been paid off that

14  scale, correct?

15      A.   That is correct.  We do not pay people

16  over the top of the pay grade.

17      Q.   Okay.  So she would have been -- if she

18  had been hired, she would have made somewhere

19  between 19.99 and 29.98 an hour, correct?

20      A.   Yes.

21      Q.   Okay.  Do you know where she would have

22  fallen in this pay grade?

23      A.   I don't remember exactly, because we were

24  not calculating off of the original support salary.

25  She was a teacher already when she applied, and when

1    you move from one salary schedule to another, from

2    the certificated salary schedule to the support, or

3    the support to the certificated, we have to go back

4    to your current hourly rate and calculate from

5    there.

6        Q.    Okay.  At the time that she was director

7    of school choice, that was support, though, correct?

8        A.    I believe that was a support job.

9        Q.    And that would have been an SCH015,

10   correct?

11       A.    Yes.

12       Q.    And then restorative practices would have

13   been a SCH008, correct?

14       A.    Yes.

15       Q.    So she was going from SCH015 and if she

16   had been hired as restorative practice, she would

17   have been somewhere in SCH009, correct, because she

18   is going from support to support?

19       A.    If it had happened that way, but remember

20   she had gone into the teaching position on the

21   certificated scale when she applied for the RPA

22   position.

23       Q.    Okay.  And what difference would that make

24   now?

25       A.    So when we move someone between the pay

1   scales --

2        Q.   Uh-huh.

3        A.   -- we're looking at -- first of all, we

4   have to go back to the hourly rate to determine, you

5   know, like-to-like.

6        Q.   Okay.

7        A.   And then we have to look at the number of

8   hours per year and all that, and determine whether

9   or not that individual would still fall into the

10  right pay scale.

11       Q.   Okay.  Let's pull up then the -- hang on a

12  second.  Let's pull up -- is this the certified

13  employee?

14       A.   Yes.  That's the teacher pay scale.

15       Q.   Which one of these pay scales did she fall

16  on?

17       A.   I don't know, because I don't know what

18  her degree is.

19       Q.   She has a master's.

20       A.   Straight master's and not a master's plus?

21       Q.   No.

22       A.   Then do you know how many years she has,

23  because that's the next thing you have to know.

24       Q.   Okay.  If she has a master's, does it fall

25  in the second column?

1     A.    It's 201MA.

2     Q.    Okay.  And master's plus means?

3     A.    A master's plus means you have a master's

4 degree plus 45 hours.

5     Q.    Of what?

6     A.    Of additional college study.

7     Q.    Okay.  So anywhere on this pay scale, it

8 looks like the top levels would be anywhere from

9 66,000 to 82,000, correct?  She does not have a PhD

10 or EDS, so it would have been somewhere from 66 to

11 77 at the highest level, correct?

12     A.    Yes.

13     Q.    Okay.  So assuming that she is a teacher

14 and she's at 66 to 77, can you tell me how that

15 would have transferred over to be a support in

16 restorative?

17     A.    So we would have taken whatever her annual

18 salary is and taken that down by dividing it by the

19 number of hours per year that a teacher works to get

20 an hourly rate.

21     Q.    Okay.  That would have been, for instance,

22 if she's on the master's right here, 201MA, let's

23 put her somewhere around 15 years, step 15, so if

24 she was at 66,804, you divide that by what number?

25     A.    Teachers are 1507.5.

1        Q.    1507.5?

2        A.    Yes.

3        Q.    Okay.  And after you divide that, then

4   what do you do?

5        A.    So that gives you their hourly rate.

6        Q.    Okay.

7        A.    Then you look to see is it a promotion or

8   demotion, and this would have been a demotion from

9   teacher to restorative practice assistant, and then

10  you calculate -- and the number of hours per year,

11  we moved all of the ten-month support employees this

12  year to 1507, so the number of hours per year should

13  have been the same.

14       Q.    So what you do is -- she was somewhere

15  around 66,000 as a teacher, so you take the 66,804,

16  you divide it by 1,507.5 and come up with an hourly

17  rate of about 44, does that sound about right?

18       A.    Yes.

19       Q.    So what do you do with the 44.31 as the

20  hourly rate?

21       A.    So then can you go back to the support?

22       Q.    Yes.  Hang on.  I think I can.  Hang on a

23  second.  Here we go.  Now, we go to the support,

24  okay?

25       A.    And what is the step 25 on pay grade nine?

1    Q.    29.98.

2    A.    That's where she would have landed.

3    Q.    So 29.98, so it would be a lower rate of

4  pay?

5    A.    Uh-huh.

6    Q.    Is that yes?

7    A.    Yes.

8    Q.    Did anyone to your knowledge ask Jane Doe

9  if she would accept that lower rate of pay?

10   A.    I do not know the answer to that.

11   Q.    Do you have any idea why she wanted to be

12 restorative practices specialist?

13   A.    Was it a specialist or an assistant?

14   Q.    It was specialist.

15   A.    There is a difference.

16   Q.    What's the difference?

17   A.    So I've been under the impression all

18 morning that we were talking about a restorative

19 practices assistant.

20   Q.    No.

21   A.    If it was restorative practices

22 specialist, that is a 12-month job. I believe it's

23 a 12-month job, and it is grade 12, so she still

24 would have been at the top of the scale.

25   Q.    But the scale does go as high as it needed

1  to go; is that correct?

2      A.    Yeah.   If it's a specialist job, I believe

3  those are grade 12 jobs.

4      Q.    Okay.   We are going to mark the support

5  and the certificated pay scale as the combined

6  next-numbered exhibit.   I will provide the court

7  reporter a copy and -- it's already been done.

8                      (WHEREUPON, the

9                      previously-mentioned document was

10                     marked as Exhibit Number 3.)

11     MR. FOX:   No objection.

12 BY MS. STEINER:

13     Q.    Okay.   Now, hang on one second.   Is the

14 restorative practices specialist a higher position

15 and duties as opposed to that of a teacher?

16     A.    I think they are different in a number of

17 ways.   It would be...

18     Q.    If my client Jane Doe were to testify that

19 she believes it's higher in responsibility, would

20 you contradict that statement?

21     A.    I would say that a teacher has a

22 responsibility for the content for a classroom of

23 students throughout the day.   A restorative practice

24 specialist has responsibility to assist several

25 restorative practices assistants throughout the

district in ensuring that students are served
correctly, so from that perspective, it could be
considered a higher responsibility job.

Q.   If Jane Doe were to say the position she
applied for as restorative practices specialist was
going to pay more than her teaching position, would
you have any reason to differ from that?

A.   Based on the calculations we just did, it
would have been right about the same.

Q.   About the same.  Now, when you told the --
who was it that was in charge of approving Anthony
Hall's request to hire Jane Doe in that position,
what was that, did you say?

A.   That would have been Angela Johnson.

Q.   Okay.  Did Ms. Johnson tell you that Jane
Doe -- they wanted to hire her as a restorative
practices specialist?

A.   Angela told me that they wanted to hire
her and that she was concerned about the salary
because it was going to be so much higher than
everybody else who has that job.

Q.   Did you ask her why or how?

A.   Well, it's part of the analysis that we do
when we're moving -- when we're transferring
employees.

1    Q.   Did you do an analysis?

2    A.   She did.

3    Q.   Did she send it to you?

4    A.   I don't know that she sent it to me, but

5    we talked about it.

6    Q.   Was the analysis done for restorative

7    practices specialist or restorative practices

8    assistant's job?

9    A.   It was done for whichever job she had

10   applied for.

11   Q.   Do you know which one it was done for?

12   A.   It makes more sense to me that it would

13   have been the specialist job.

14   Q.   What degrees do you need to be an

15   assistant?

16   A.   I think you need a bachelor's degree.

17   Q.   Is it possible you just need a high school

18   degree?

19   A.   It's possible you just need a high school

20   diploma, but I want to say you need a bachelor's

21   degree.

22   Q.   For a specialist position, what degree do

23   you need?

24   A.   I'd have to look at the job description.

25   I don't know off the top of my head.

1    Q.    Would you agree that Jane Doe is highly

2  overqualified for a restorative practices assistant?

3    A.    For an assistant, yes, I would say that as

4  a teacher with more than 15 years.

5    Q.    And did you think at all when you were

6  contacted about Jane Doe in this restorative

7  practices position that she was overqualified for

8  the position that you were being told about?

9    A.    It might have occurred to me, given that

10  she had been a director in another department, that

11  she was more than qualified.

12    Q.    Okay.  Do you believe today after

13  reviewing all this that you were contacted about the

14  restorative practices specialist position as opposed

15  to the restorative practices assistant position?

16    A.    Again, it makes more sense to me that it

17  was the specialist because the assistant is a

18  school-based position.

19    Q.    And the specialist --

20    A.    The specialist is a district office-based

21  position.

22    Q.    And the specialist is about the same pay

23  and higher duties than a teacher, correct?

24    A.    Once you get past the midpoint of the job,

25  it's about the same pay.

1     Q.   Okay.

2     A.   It's different duties for sure.

3     Q.   And I assume that when Ms. Johnson

4 contacted you about this, you would have had access

5 to pull up Jane Doe's job, her rate of pay and the

6 pay scale for the specialist, correct?

7     A.   That's part of what Angela would have put

8 together.  We actually have a form that we use.

9     Q.   So did Ms. Johnson put that form together?

10    A.   As far as I know, she did.

11    Q.   Did she send it to you?

12    A.   I don't remember whether she sent it to me

13 or not, but that's what she would have used to

14 determine the pay rate.

15    Q.   Okay.  And that's what she used to tell

16 you that she was -- she would be highly over paid

17 for the position?

18    A.   That she would be at the top of the pay

19 scale and that there are other people in that same

20 role across the district who don't make past -- much

21 past the midpoint if at all.

22    Q.   And so the difference would have been from

23 about the midpoint, which would be --

24    A.   Step 13.

25    Q.   Step 13, how much is that per hour?  Do

1  you know off the top of your head?

2      A.    I do not.

3      Q.    Let's look it up real quick.  That's

4  certificated.

5      A.    That's certificated.

6      Q.    Here we go.  Let's go into the support

7  salary.  Where would this be on here, 15?

8      A.    13.

9      Q.    Okay.  So midpoint would have been about

10  12 to 13, which is about 42 to $43 an hour?

11      A.    I'm sorry.  I can't see it.  Thank you.

12      Q.    Was it grade 12 or 13?

13      A.    It's a grade 12.

14      Q.    So 12 would be $36.57, and 13 would be

15  37.14?

16      A.    Yes.  On today's pay scale.

17      Q.    And what was the pay scale that we figured

18  out; do you recall, for teaching?

19      A.    What did you say, 44 something?

20      Q.    Yes.  Would you agree that the difference

21  in pay looks like it's just running may be about $8

22  an hour at the most, probably more akin to 7, $7 to

23  $6 an hour?

24      A.    Yes.

25      Q.    Okay.  Do you know if -- what level the

1   person they hired into that position is at?

2       A.   I don't.

3       Q.   Could we have the worksheet that

4   Ms. Johnson would have prepared for Jane Doe marked

5   the next-numbered exhibit.

6                    (WHEREUPON, the

7                    previously-mentioned document was

8                    marked as Late-filed Exhibit

9                    Number 4.)

10          MR. FOX:  Do we know it exists?

11          THE WITNESS:  I started to say, do you

12  have it?

13          MS. STEINER:  No one produced it to me.  I

14  don't have it.  I don't have access to the files.

15          MR. FOX:  I don't know that --

16          THE WITNESS:  I don't -- when I do them, I

17  don't save them.  It's like you're doing it just to

18  get a number and then you move on to the next one.

19  It's a template that we use.  So I don't know

20  whether it's saved anywhere or not, honestly.

21          MS. STEINER:  I would request that if it

22  is saved that a copy be marked Exhibit Number 4 to

23  the deposition.

24  BY MS. STEINER:

25      Q.   Did you think that there may be reasons,

particular reasons why Ms. Doe would want to be a
restorative practices specialist that you may not
know of?

    A.    Can you rephrase that?

    Q.    Did you think that there may be -- did you
do any investigation to see whether or not there was
any other reason out there that Jane Doe may want to
be a restorative practices specialist that you
didn't know about?

    A.    No.

    Q.    Do you have the ability to ask her if she
will accept a salary under the pay scale?

    A.    The HR manager would have had the ability
to ask her that question.

    Q.    Was she asked that question?

    A.    I do not know.

    Q.    So then Metro schools had the ability to
say, Jane Doe, we would like to offer you this
position but you'd be at the top rate of the pay
scale, would you accept something a little bit less?

    A.    They could have asked that question.  I do
not know if they did.

    Q.    Do you know -- can you give me any reason
today why that question would not have been asked?

    A.    So every department has to think about a

1    number of things when they make a final

2    recommendation for hire.  One of those things is,

3    where the other people in that particular job sit on

4    the pay scale, and whether you're going to offer

5    someone what becomes an anomaly of an outlier kind

6    of salary, and the other thing is, do you have

7    enough money in your budget to cover that salary.

8        Q.    Okay.  My question is a little different.

9    My question was more akin to, can you think of any

10   reason why they would not ask Jane Doe, would you

11   accept this position at a lower rate of pay?

12           MR. FOX:  Object to the form.

13   BY MS. STEINER:

14       Q.    So it's not out there as an anomaly?

15       A.    It's my favorite word.

16       Q.    You got it pretty good.  I figured if you

17   could, I could.

18       A.    I think that the only reason they would

19   not do that is that it's just not standard practice

20   to ask someone to take a job at a salary lower than

21   that.

22       Q.    But there's nothing that you know of that

23   would stop them from doing that.

24       A.    I don't know that we could have told them

25   that they couldn't do that.

1        Q.    Okay.  And that actually then would put

2    the choice in Jane Doe's court, correct?

3        A.    Technically, yes.

4        Q.    Okay.  And did you at any point tell

5    anybody at Metro schools Jane Doe cannot be hired in

6    any position because she has a lawsuit and/or a

7    claim against Metro schools?

8             MR. FOX:  Objection to the form.

9             THE WITNESS:  I don't believe I've ever

10   told anybody that Jane Doe cannot be hired.

11   BY MS. STEINER:

12       Q.    Did you ever -- or accept a position?

13       A.    No, ma'am.

14       Q.    Did you ever hear Dr. Battle or anyone

15   else in administration at Metro schools say, you

16   cannot hire Jane Doe because she has a lawsuit

17   against the school?

18       A.    No, ma'am.  I've never heard Dr. Battle

19   say that.  I don't believe I've heard anybody else

20   say that.

21       Q.    Did you ever tell Jane Doe that if she

22   tries to make her -- the elimination of her position

23   personal, that that will come out in places you

24   don't want it to come out and it's going to show?

25       A.    So Jane Doe and I had a conversation one

1    day, probably the fifth or sixth conversation that

2    we had had, and every conversation, she went back to

3    what did I do wrong, somebody is mad at me and

4    making it all about what she thought was all about

5    her, and I kept saying, this is essentially a

6    business decision, this is not about you, this is

7    not personal.  What I was trying to do was counsel

8    her in the way that she was referring to it so that

9    it -- so that when she talked, people would think

10   she was talking about her skills and her abilities

11   and why people should hire her, not constantly

12   saying, they did this to me.  I was trying to help

13   her.

14        Q.   Okay.  When she was saying, they did this

15   to me, that was in context of, this is retaliation

16   because I complained about my son?

17        A.   Or this is -- why is Dr. Battle mad at me.

18   That's what she kept asking me and kept saying,

19   she's never told me that she's mad at you.

20        Q.   But Jane Doe also told you that Dr. Battle

21   was mad at her because she complained about the

22   lesson that was given to her son, correct?

23        A.   She did not say Dr. Battle.  She just

24   said, this is -- at one point, she said, this is

25   about -- this is because I filed a complaint.

1    Q.   Okay.

2    A.   But we --

3    Q.   So when you --

4         MR. FOX:  Objection.  Let the witness

5    finish her answer.

6         THE WITNESS:  We were trying to help her

7    help herself in her interviews, and maybe she didn't

8    like advice.  I don't know.

9    BY MS. STEINER:

10        Q.   So when you were counseling her about this

11   help, about how -- did you tell her, you're going to

12   hurt yourself down the road if you make this

13   personal?

14        A.   That's probably about what I said was, if

15   you -- what I was trying to convey to her was that

16   continually saying that this was because I did

17   something -- somebody thinks I did something wrong,

18   this is about anything, you know, anything about her

19   instead of focusing on the job she was interviewing

20   for, focusing on her skill sets, her abilities, all

21   of those things, interviewers are listening for,

22   what do I know how to do.  That's what they want to

23   hear, and that's what I was trying to convey to her.

24        Q.   Now, can you see how Jane Doe would have

25   taken your comment to mean, if she continues to

1    state that she's being retaliated against, that's

2    going to hurt her down the road because she's making

3    it personal?

4         A.    Say that a different way.

5         Q.    Do you see how Jane Doe could have taken

6    your comments about how she is taking this personal

7    when she's complaining about, this is being done in

8    retaliation, and that she is going to hurt herself,

9    when you stated she's going to hurt herself down the

10   road if she makes this personal, can you see how

11   Jane Doe took that to mean that she better not make

12   any more complaints of retaliation?

13        A.    So she made the connection in her head

14   that what I was trying to convey to her about how to

15   do an interview meant that it would hurt her

16   otherwise because of her retaliation complaint.

17   Have mercy.  I can see where she would go there,

18   yes.

19        Q.    Now, is it fair that you did not use the

20   term "interview" when you said this could hurt you

21   down the road?  You did not make the statement, in

22   an interview, you just said, you making this

23   personal can hurt you down the road?

24        A.    I honestly don't remember the exact words

25   that I used, but we were talking about interviews.

1    Q.   Isn't it true that if you work at Metro

2    schools and you do make a complaint of retaliation,

3    you're not long for working at Metro schools; is

4    that correct?

5    A.   I think I have to object to the premise

6    there.

7    Q.   Okay.  Let's go back and look then.  Did

8    you know that with -- who was the principal that you

9    said earlier that had sexually harassed, was accused

10   of sexually harassing anyone that walked in his

11   office just about?

12   A.   Principal Braden.

13       MR. FOX:  Objection to the form.

14   BY MS. STEINER:

15   Q.   Did you know that everyone that had

16   complained about Braden lost their jobs?

17   A.   No.

18   Q.   Did you know that Vanessa Garcia

19   complained of sexual harassment and she lost her

20   job; is that correct?

21   A.   I did know that she had complained.

22   Q.   Okay.  Did you know about the Vickie

23   Crawford case where she had complained that the

24   supervisor grabbed her head and stuck it to his

25   crotch, and did you know that when she complained

1    about that and other things, she lost her job?

2        A.    I don't know who Vickie Crawford is.

3        Q.    Okay.  Did you know that Scott Lindsey

4    complained that when he wanted to do a investigation

5    of some of the harassment complaints, he lost his

6    job?

7        A.    Mr. Lindsey lost his job for a number of

8    reasons.

9        Q.    Were you involved in that?

10       A.    I wasn't involved in it, but it happened

11   all around me.

12       Q.    It happened where?

13       A.    All around me.

14       Q.    Did you know that he filed a lawsuit

15   claiming he had been retaliated against?

16       A.    Yes.

17       Q.    Did you know that -- I believe her name is

18   Euna McGruder filed a lawsuit against Metro schools?

19       A.    I don't know Ms. McGruder.

20       Q.    Okay.  Did you keep track of anything that

21   you told Jane Doe in your conversations with her?

22       A.    Keep track?

23       Q.    Did you keep any sort of a diary of, I

24   spoke to Jane Doe on this day and she said X, Y and

25   Z?

1      A.   No.  (playing audio.)

2  BY MS. STEINER:

3      Q.   Is that your voice, Ms. Spencer, on this

4  tape?

5      A.   I think so.

6           MR. FOX:  Objection.  It's not a tape.

7           MS. STEINER:  Audio?

8           MR. FOX:  Audio.

9           THE WITNESS:  I believe that is.

10 BY MS. STEINER:

11     Q.   Is that Jane Doe's voice?

12     A.   Yes.

13     Q.   Okay.  I'm going to move up to where I

14 need to be.  Hang on a second.  I'm in the wrong

15 spot.  Hang on a second.  Here we go.  (playing

16 audio.)

17          Let me stop you there.  What did you mean,

18 it's going to come out in places you don't want it

19 to come out and it's going to show?

20     A.   So when people are interviewing and all

21 they talk about is negative things about their

22 former boss or negative things about their

23 organization or just negative things in general, it

24 doesn't make them look like the kind of employee you

25 want to have.  You want people in an interview who

1    are positive, forward thinking, talking about their

2    abilities, talking about what they know how to do,

3    not talking about, they don't want me, they don't

4    like me, whatever it is.

5        Q.   Okay.  Did you think that Jane Doe was

6    going to walk in and interview for a job with Metro

7    schools and say to the interviewer, Dr. Battle

8    doesn't like me?

9        A.   I didn't think she was necessarily going

10   to say, Dr. Battle doesn't like me, but what I was

11   trying to convey to her, again, I was very concerned

12   about her, she was very upset, was to help herself

13   to be objective about what was going on, to

14   understand the business need and to put herself out

15   there as positively as she could.

16       Q.   When you said, that's going to come out in

17   places you don't want it to come out, what places

18   are you referring to?

19       A.   So when people's attitudes are negative

20   when they are feeling that things are -- when

21   people -- that they feel that people are against

22   them, that they feel like something has happened

23   because of a personal reason, that tends to come out

24   in the ways that they say things.  It tends to come

25   out in tone of voice, it tends to come out in words,

1    it shows when people think that they have been done

2    wrong.

3        Q.   Do you know of any procedure, any

4    protection, any decision made by Metro schools that

5    would protect Jane Doe from retaliation?

6        A.   So, yes.  Obviously, Jane Doe is protected

7    by all of the statutes and all of the policies that

8    say that we don't retaliate.

9        Q.   My question is a little different.  Do you

10   know of anything that was done by Metro schools to

11   go into the school that she was put in to tell her

12   supervisor, you cannot retaliate against her?

13       A.   So we have a policy that says you don't

14   retaliate against employees.

15       Q.   Did you know that she complained several

16   times about retaliation at the school she was placed

17   at?

18       A.   I'm thinking, because there's a lot in

19   this timeline, and I'm trying to think.  I want to

20   say her resignation letter definitely said that.  I

21   want to say that there might have been one e-mail

22   that I saw previous to her resignation that said

23   that.

24       Q.   How would you have --

25       A.   Might, being a big word.

1      Q.    How would you have seen the e-mail, was it

2    sent to you or did you get a copy of it or was it

3    forwarded?

4      A.    I was probably copied on something.

5      Q.    How did you see her resignation letter?

6      A.    Resignations come to what we call our

7    end-employment log, and when a principal -- when a

8    principal enters an individual who has resigned,

9    they go into our -- it's a form, and they go in and

10   fill out the form and they attach the resignation

11   letter to the form, and it just so happened that

12   that particular end-employment log, I was looking

13   for something else and noticed that she had

14   resigned.

15     Q.    Was that in Jane Doe's file that you were

16   looking?

17     A.    No.  It was in the end-employment log

18   file.

19     Q.    And when you saw she resigned, you saw

20   that she was complaining of retaliation, correct?

21     A.    Her resignation letter definitely said she

22   was resigning because.

23     Q.    Did you report that to anybody?

24     A.    I made sure that chief of HR knew.

25     Q.    That would have been who?

1        A.    Ms. Roberge.

2        Q.    Okay.  And do you know of any

3   investigation that occurred?

4        A.    I don't.  Again, those investigations are

5   outside my purview.

6        Q.    Okay.  Should an investigation have

7   occurred?

8        A.    I would think if there was a claim of

9   retaliation, that if there hadn't been an

10  investigation up to that point, and I don't know

11  whether there was, it's possible that there had

12  already been one, I don't know.

13       Q.    Now, for the executive directors, you

14  didn't score anyone for those, correct?

15       A.    No.

16       Q.    Do you recall Lily Leffler's interview?

17       A.    Trying to remember which ones I was there

18  for and which ones I wasn't.  Do you know what date

19  it was?

20       Q.    I'll see if I can put that up for you.

21       A.    I'm sorry.  I went on vacation literally

22  right in the middle of that.

23       Q.    It would have been May 22nd.

24       A.    If it was May 22nd, then I would not have

25  participated in that.

1     Q.    And even if you were present, you did not

2     score any of the candidates, correct?

3     A.    Correct.

4     Q.    Do you know who did score Lily Leffler?

5     A.    I would hope everyone on the interview

6     panel.

7     Q.    Do you know who, though, was on the

8     interview panel?

9     A.    Gosh.  Elisa Norris, Dr. Barnes, Ken

10    Stark.  I want to say there was probably at least

11    one more.

12    Q.    Assuming that there's five scorers for Ms.

13    Leffler, Dr. Leffler?

14    A.    Five feels right.  Five feels like the

15    number of panelists that there were.

16    Q.    Yes.  Do you recall having five panelists?

17    A.    That feels like the right number.  I'm

18    just trying to remember who the rest were.  David

19    Williams was one.

20    Q.    Do you know if the interviewers were

21    certificated?

22    A.    If Ken Stark wasn't interviewing, not all

23    of them.

24    Q.    Do you know whether or not they were

25    interviewing for certificated positions where the

1    individuals were going to be dealing directly with

2    the schools?

3         A.    Executive director position is a

4    certificated position.  Certificated admin position

5    is what it's called.

6         Q.    Who picked who was going to be the

7    scorers?

8         A.    I believe Dr. Barnes picked the panel.

9         Q.    Do you know whether or not there was any

10   legal requirement that the people picking the

11   employees to go into a certificated job were

12   certificated?

13        A.    No, ma'am.

14        Q.    Do you know what experience the

15   interviewers had with the executive director's

16   position?

17        A.    All of them interact daily with those

18   positions.

19        Q.    Okay.  Even if you interact daily, do you

20   have any idea whether or not they had a good working

21   knowledge of what an executive director did?

22        A.    Well, if they interacted with them daily,

23   yes, they would know what --

24        Q.    For instance, a legal secretary may

25   interact with a lawyer on a daily basis, but it

1    doesn't necessarily mean the legal secretary should

2    be picking lawyers for the firm; do you see what I'm

3    saying?  Do you know whether or not the people on

4    the panel had the skills to understand the duties

5    required in the certificated position?

6         A.    I believe that they did.  They were all

7    executives in the organization.

8         Q.    Okay.  But they were not all certificated?

9         A.    No.

10         Q.    Now, do you know -- did you say you were

11   gone on May 21?

12         A.    You said May 22nd, and if I remember

13   correctly, I was there for the interviews on the

14   20th and I want to say the morning of the 21st, then

15   I was out.

16         Q.    Okay.  Did you hear that Chris Barnes was

17   not available for Lily Leffler's interview?

18         A.    No.

19         Q.    Okay.  Did you hear that Chris Barnes

20   interviewed Lily Leffler the next day?

21         A.    Like separately?

22         Q.    Yes.

23         A.    No.  But I was out of town, too, so...

24         Q.    As the facilitator, should that have been

25   brought to your attention that it was not working,

1    the Teams meeting, and that he had to interview her

2    separately?

3              MR. FOX:  Objection to the form.

4              THE WITNESS:  Since I wasn't there

5    facilitating, I don't know why he would have

6    necessarily told me that.

7    BY MS. STEINER:

8         Q.   Were all the individuals who were allowed

9    in for an interview, were they all qualified for the

10   position?

11        A.   Yes.

12        Q.   Okay.  Did you know Ms. Leffler?

13        A.   I do know Ms. Leffler.

14        Q.   Did you ever hear anyone complain that she

15   had difficulty getting along with others?

16        A.   I don't know that I've heard that about

17   her.

18        Q.   Okay.  Did you get along with her fine?

19        A.   I do get along with her fine.

20        Q.   Okay.  Does she seem to be professional to

21   you?

22        A.   I've had very few dealings with her, but

23   I've not seen her act unprofessionally.

24        Q.   Did you know Dr. Meriwether?

25        A.   Yes.

1     Q.    Did you know that she was interviewing for

2     an executive director position which is what she

3     used to supervisor?

4     A.    Yes.

5     Q.    Okay.  Do you know why Chad High was

6     contacted about this position?

7     A.    I do not.

8     Q.    As a facilitator, were you told that Chad

9     High was going to be applying for the position?

10    A.    Yes.

11    Q.    Who told you that?

12    A.    It was either Dr. Barnes or Mr. Clay, and

13    I can't remember which.

14    Q.    Did they indicate to you that he was the

15    choice that Dr. Battle wanted for that position?

16    A.    No.  They called and said -- whichever one

17    of them it was, and I cannot remember honestly which

18    it was, but they called and said, we need one more

19    interview set up tomorrow morning.  I said, okay,

20    who is it, and they said Chad High, so I set up the

21    interview.

22    Q.    Do you know who picked Chad High?

23    A.    I don't.

24    Q.    Did you know that -- do you know the

25    procedure that's typically used when you hire

1   principals?

2      A.   Yes.

3      Q.   What is it?

4      A.   Long and involved.

5      Q.   Does it have an interview panel?

6      A.   Yes.

7      Q.   How many people are typically on the

8   panel?

9      A.   An interview panel for a principal can be

10   anywhere from five or six people to -- I had at

11   least 15, 16 on one of them.

12      Q.   Any more than one where you had 15 or 16?

13      A.   There were several that I had double digit

14   numbers because they -- principal interview panels

15   may have -- there is a central office core team,

16   then there may be one or two executive directors.

17   There are school employees, there are community

18   people, there are parents.

19      Q.   Did you know that Pippa Meriwether had to

20   interview in front of about 15 to 16 panelists?

21      A.   That doesn't surprise me.

22      Q.   Did you know she found that to be very

23   intimidating?

24      A.   I did not know that.

25      Q.   Did you know she found that to be

1   intimidating and felt like it was being done to

2   intimidate her personally?

3       A.   No, ma'am.

4       Q.   Okay.  Do you know anything about the

5   disciplinary policy at Metro schools?

6       A.   A little bit.

7       Q.   I think we've already talked about that

8   for principals, correct, about the plan, performance

9   plan.

10      A.   So a performance is not disciplinary.

11      Q.   Okay.  What is a performance plan?

12      A.   A plan of assistance is not a disciplinary

13  action.  A plan of assistance is truly a plan to

14  help an individual with whatever they're struggling

15  with.

16      Q.   And if there is not a plan of assistance,

17  that means that the supervisor did not see that the

18  employee was struggling in any area, correct?

19      A.   I don't think that that's exactly what I

20  said.  If there is not a plan of assistance but

21  there is a disciplinary issue, disciplinary issues

22  are different.  Disciplinary issues are that you

23  violated policy in some way, not that you are

24  struggling to get parent stakeholder involvement in

25  your budget.

1        Q.    If a supervisor is having problems with

2   the principal, they need to enter a plan of

3   assistance, correct?

4        A.    If a supervisor sees that a principal is

5   having difficulty with some -- some -- what I would

6   call programmatic area, that they have difficulty

7   planning or they have difficulty getting projects

8   finished, then that's what a plan of assistance

9   helps with.

10       Q.    Okay.  Did anyone give you any reason why

11  Dr. Bailey had his contract nonrenewed?

12       A.    My understanding was that Dr. Griffin felt

13  that the achievement scores at his school were not

14  moving in a positive direction.

15       Q.    And that's why his contract was

16  nonrenewed?

17       A.    Yes.

18       Q.    And that --

19       A.    That's my understanding.  I could be

20  completely wrong.

21       Q.    And that was your understanding was that

22  his contract was nonrenewed?

23       A.    I'm trying to remember if he was tenured

24  or not.  If he was tenured, it wouldn't have been a

25  nonrenewal, it would have been that he could be

1    placed in another position.  If he was not tenured,

2    it would have been a nonrenewal.

3        Q.    It would have been Dr. Battle's call,

4    correct?

5        A.    Ultimately, yes.

6        Q.    And if she testified under oath she

7    nonrenewed him, he was a nonrenewal, correct?

8            MR. FOX:  Objection to the form.

9            THE WITNESS:  If she said he was

10   nonrenewed, then he was nonrenewed.

11   BY MS. STEINER:

12       Q.    Do you know of anybody, or you, who looked

13   at any position to transfer him into?

14       A.    I remember looking at his licensure and

15   seeing that his teaching certificate had expired.

16       Q.    Okay.  So then he could not be transferred

17   into a teaching position, correct?

18       A.    Correct.

19       Q.    You knew that, correct?

20       A.    After all of this happened, yes.

21       Q.    After all what happened?

22       A.    After all the notices were given.

23       Q.    Okay.  And do you know whether or not

24   Dr. Bailey was still at -- did this occur sometime

25   in May through June of 2020 that you found out he

1  was not licensed?

2       A.    Yes.

3       Q.    Did you tell anyone that?

4       A.    I told Dr. Barnes that.

5       Q.    And that meant that he could not be

6  transferred into a teaching position, correct?

7       A.    Right.

8       Q.    So then there wasn't any need for Metro to

9  look at transferring him into a teaching position,

10 correct, because he couldn't do it legally?

11      A.    You have to have an active teaching

12 license in order to be a teacher.

13      Q.    When you told Dr. Barnes that you could

14 not transfer Dr. Bailey into a teaching position

15 because he is not licensed, did Dr. Barnes agree

16 with you?

17      A.    He said, well, if he's not licensed, then

18 he can't be a teacher.

19      Q.    Okay.  Vacancies, last area.  It's my

20 understanding that when you first came to Metro,

21 there was no way to track vacancies, correct?

22      A.    It was a lot more difficult than it is

23 today.

24      Q.    And you set up the procedure that you

25 would use to track those vacancies, correct?

1    A.    I don't know that I set up the procedure

2    to track vacancies.  We've tracked vacancies using

3    the budgeting program that we brought online two

4    years ago.

5    Q.    Can you pull up, for instance today, and

6    tell me how many vacancies there are at Metro

7    schools?

8    A.    Can I clarify what you mean by vacancies?

9    Q.    Positions that are in the budget that are

10   not filled?

11   A.    Okay.  So in the budgeting program, every

12   position on the operating budget is listed in that

13   budgeting program either by a school or by a

14   department, and it is listed as either vacant or it

15   has a person in it.

16   Q.    And do you know how many vacant positions

17   central office typically has?

18   A.    We call it support hub.  Support hub

19   encompasses bus drivers and everything else, so I

20   honestly couldn't tell you what a typical number

21   would be.

22   Q.    How many employees do you have in central

23   office?

24   A.    That's hard to answer, and it's been hard

25   to answer every way it's been asked, because central

```
1    office or support hub gets defined differently by
2    different people.  I can tell you how many
3    certificated employees there are versus how many
4    support employees there are --
5         Q.   Okay.
6         A.   -- but in terms of how people work in
7    central office, I --
8         Q.   How many certificated?
9         A.   I looked the other day.  There were 6,880
10   certificated, 426 certificated admin, and around
11   3,000 support employees.
12        Q.   Do the support employees, they didn't all
13   work in central office, correct?
14        A.   They don't.  Some of them work in schools.
15        Q.   And admin, they don't all work in central
16   office.
17        A.   That includes principals and assistant
18   principals.
19        Q.   How many high schools are in Metro
20   schools; do you know?
21        A.   I'd have to count them.
22        Q.   Don't worry.
23        A.   Like I said, I live in the world of
24   employee data.
25        Q.   What jobs did you look for in the system
```

1  in terms of -- did you personally spend any time

2  looking for jobs for Jane Doe to do?

3       A.   No.

4       Q.   I think that is it.  One more question.

5  Do you by any chance know the dollar figure of the

6  vacancies by any chance?

7       A.   No, ma'am.

8  EXAMINATION BY MS. HARBISON:

9       Q.   All right.  Ms. Spencer, I just have a few

10 questions, but I think it may be easier for me to

11 show the exhibits via Zoom.  If we could go off the

12 record just a few minutes.

13          (Brief break observed.)

14 BY MS. HARBISON:

15      Q.   Okay.  So, Ms. Spencer, we met earlier,

16 but my name is Jesse Harbison.  I represent Damon

17 Cathey in this case.  Do you know Dr. Cathey?

18      A.   I do.

19      Q.   How do you know him?

20      A.   We're colleagues.

21      Q.   So did you meet him through your

22 employment with Metro?

23      A.   I did.

24      Q.   What's your impression of Dr. Cathey?

25      A.   I like Damon.

1    Q.   Does he have a good reputation within the

2   schools, to the best of your knowledge?

3    A.   I don't know that I have heard negative

4   things about him necessarily.

5    Q.   Does he appear to you to have friends

6   within the school system?

7    A.   He has close colleagues.  Friend is a word

8   that I use rather sparingly, but he has close

9   colleagues.

10    Q.   Sure.  Friendly within the confines of

11   someone being a coworker; is that fair to say?

12    A.   Right.  He is a friendly person.

13    Q.   Okay.  We covered this a little bit

14   earlier, but tell me when you first or how you first

15   learned that the associate superintendent job was

16   being eliminated.

17    A.   Dr. Barnes called me the day before and

18   said, I am going to send however many meeting

19   invitations.  There's going to be a reorganization.

20   I need you to sit in these meetings as a witness to

21   listen.

22    Q.   Did you keep any notes from those meetings

23   by any chance?

24    A.   I did not.

25    Q.   Why did you need to be there as a witness?

1    A.   I think that Dr. Barnes wanted -- he

2  wanted someone besides just him to hear what he was

3  saying.  He wanted, in the instances where we

4  could -- we had supervisors in the room, as well.

5  We -- when you're given news like that, it's very

6  difficult for people to absorb, and they don't

7  always remember exactly what was said, so sometimes

8  it's better to have more than one person.

9    Q.   At some point, did you learn that the

10  executive directors were going to have to reapply

11  for their jobs?

12    A.   Dr. Barnes, I think he told them -- I want

13  to say he told them in those meetings that all of

14  the jobs would be open for application.

15    Q.   When you say, all of the jobs would be

16  open for application, what do you mean?

17    A.   So the available positions, the executive

18  director positions and the other -- anything else

19  that was coming up would be open for application.

20    Q.   So let's back up just a little bit,

21  though.  Did you know that people that were in the

22  executive director role as of spring semester of

23  2020 were going to have to reapply for their jobs to

24  continue as executive directors going into the next

25  school year?

1    A.   That were -- yeah, that was part of the

2    conversations that he and I had the day before.

3    Q.   Okay.  Were you responsible for drafting

4    the new organizational chart after the

5    reorganization?

6    A.   I have the software for doing

7    organizational charts, and so when there is a

8    change, they will send the information to me and I

9    will put it together, so I'm not suggesting an

10   organization, I'm not creating, I am basically

11   memorializing what has been given to me.

12   Q.   Who gave you the information to draft the

13   organizational chart after the 2020 reorganization?

14   A.   Dr. Barnes.

15   Q.   Do you recall there being a delay between

16   when the organizational chart was supposed to be

17   released and when it actually was released?

18   A.   I do.

19   Q.   What do you mean about that?

20   A.   Exactly that.

21   Q.   Do you know what caused the delay?

22   A.   I do not.

23   Q.   I'm going to share my screen with you,

24   hopefully.  Okay.  Let me know when you can see my

25   screen, Ms. Spencer.

1    A.    Okay.

2    Q.    Take a second and look at this first part

3  of this screen and let me know when you've had a

4  chance to read that and then I'll scroll down so you

5  can sort of put it in context.

6    A.    Uh-huh.

7    Q.    Okay.  Have you finished reading what's on

8  the screen now?

9    A.    Uh-huh.

10    Q.    This is Bates stamped SchoolsEmails 13286.

11  Have you seen this document before, Ms. Spencer?

12    A.    Yes.

13    Q.    What is this document?

14    A.    It's an e-mail exchange between Dr.

15  Felicia Everson-Tuggle and me.

16    Q.    Who is Dr. Everson-Tuggle?

17    A.    Dr. Everson-Tuggle is one of our executive

18  directors.

19    Q.    Currently?

20    A.    Yes.

21    Q.    Do you know what Dr. Everson-Tuggle was

22  doing professionally prior to the 2020, 2021 school

23  year?

24    A.    I believe she was an employee of the

25  Department of Education.

1      Q.   So she was an outside hire for the

2 executive director role?

3      A.   Yes.

4      Q.   Do you know how it came to be that she

5 applied for an executive director role with MNPS?

6      A.   I do not.

7      Q.   In this e-mail that you sent on June 1st,

8 you say, Dr. Everson-Tuggle, thank you for reaching

9 out and your continued interest in MNPS.  I believe

10 that Dr. Barnes is finalizing the selections with

11 the director early this week and I anticipate that

12 he or I will contact you as soon as that is

13 complete.  Do you see that?

14      A.   I do.

15      Q.   And this was sent on June 1st, 2020,

16 correct?

17      A.   That's what it says.

18      Q.   At 9:00 p.m.

19      A.   Yes.

20      Q.   Looks like you were burning the midnight

21 oil a little bit that day?

22      A.   All that summer.

23      Q.   Tell me more about that.

24      A.   We had a lot to accomplish.  In additional

25 to our regular work, we were also trying to figure

1    out what the school was going to look like the next

2    year and all the things that we needed to be doing

3    about pandemic.

4         Q.   Was there some confusion about what the

5    school was going to look like the next year?

6         A.   It was just simply a matter of, you know,

7    that was the time period when we were being -- we

8    were being given instructions from the federal

9    government, the state government, the local

10   government about, you can go in this building, you

11   can't go in this building, you can open the school,

12   you can't open the school.  We had to know how we

13   were going to do school the following year.  We knew

14   we had to do school, we had 80,000 kids to take care

15   of, we just had to figure out how to do school.

16        Q.   Was there any confusion about what the

17   organizational structure was going to be for the

18   following school year?

19        A.   I don't think I would say that, I think

20   the director knew what she wanted the organization

21   to look like.  We were all just doing a lot of

22   additional work outside of our normal.

23        Q.   How did you know that Dr. Barnes was

24   finalizing the selections with the director early

25   this week, meaning the week of June 1st, 2020?

1      A.    I would imagine that Dr. Barnes had said

2    to me, we're finishing up, finalizing, getting ready

3    to make offers, director has made her selections,

4    whatever it is that he would have said.

5      Q.    Do you specifically remember that

6    conversation, though?

7      A.    Not necessarily.

8      Q.    Did you and Dr. Barnes have any

9    discussions regarding the panel interviews for the

10   executive director role and specifically how

11   different people performed in those panel

12   interviews?

13     A.    We might have had casual conversation

14   about them, but I wasn't scoring, I wasn't

15   selecting, so it's not like he was saying to me, do

16   you think we should recommend this person, because

17   that was not my role.

18     Q.    Did he say to you anything regarding his

19   opinion about how certain people performed in the

20   panel interviews?

21     A.    I don't remember a specific -- like

22   so-and-so did X kind of conversation, if that's what

23   you're asking.

24     Q.    Is it your understanding that there was a

25   second round of interviews for the executive

1    director position, meaning there was a panel

2    interview and then some people went on to a

3    second-round interview?

4        A.   I believe that's true.

5        Q.   Okay.  Do you know what the second

6    interview entailed, meaning who was there?

7        A.   The second interviews would have been Dr.

8    Battle and whoever she would have asked to

9    participate.

10       Q.   How did you know that?

11       A.   That's Dr. Battle's standard practice when

12   she is going to make a hiring decision, is that

13   panelists interview a group, if you will, and then

14   she does a second round.  That's how she does

15   principals, as well.

16           MS. HARBISON:  I'm going to make this the

17   next-numbered exhibit.

18                    (WHEREUPON, the

19                    previously-mentioned document was

20                    marked as Exhibit Number 5.)

21           MR. FOX:  No objection.

22   BY MS. HARBISON:

23       Q.   Did you discuss with Dr. Barnes how people

24   were chosen or how candidates were chosen to

25   participate in the second round of interviews for

1    the executive director jobs?

2         A.    Not specifically, no.  He gave me a list.

3         Q.    Do you still have that list?

4         A.    I doubt it.

5         Q.    Why did he give you a list?

6         A.    Because he was trying to get all those

7    interviews set up.  Melissa Bryant would have

8    actually ended up setting them up.

9         Q.    Okay.  Setting up the second round of

10   interviews?

11        A.    Right.  Anything that's an interview with

12   the director, her assistant sets up.

13        Q.    Okay.  So tell me if I'm wrong about this,

14   but it sounds like what you're saying is, he gave

15   you the list so that you could arrange or schedule

16   this --

17        A.    So we could get them all, yeah.

18        Q.    I'm going to share my screen with you one

19   more time.  Okay.  Will you take a look at that and

20   let me know when you've had a chance to read it.

21        A.    Okay.

22        Q.    Okay.  And this e-mail is -- or this

23   document is Bates stamped SchoolsEmails 0013303.

24   Have you seen this document before, Ms. Spencer?

25        A.    Yes.

1     Q.   Okay.  What is this document?

2     A.   This was notification to the interview

3 panel that Chad High was going to be interviewed the

4 following day.

5     Q.   Okay.  You sent this e-mail to the panel,

6 correct?

7     A.   I did.

8     Q.   And you sent it on June 3rd, 2020,

9 correct?

10    A.   Yes.

11    Q.   And you sent it to Ken Stark, Elisa

12 Norris, Sharon Griffin and David Williams, and you

13 cc'd Chris Barnes, right?

14    A.   Yes.

15    Q.   And I think we've established those are

16 the members of the interview panel for the executive

17 director panel interviews, correct?

18    A.   Yes.  Dr. Griffin was the one that I

19 couldn't remember.

20    Q.   Okay.  So this was sent on the 3rd, but

21 the e-mail we just looked at on the 1st said that

22 Dr. Barnes was finalizing the selection, correct?

23    A.   It said I believed he was.

24    Q.   Do you know why Mr. High was put into this

25 candidate pool after the selections were already

1  being made?

2      A.   I do not.

3      Q.   This says that you, if Dr. Barnes can't

4  join, you are going to take his place, correct?

5      A.   Yes.  He did ask me if I could take his

6  place in that one if he couldn't be there.

7      Q.   Do you remember if you did take his place?

8      A.   I believe that I did.

9      Q.   Okay.  What do you remember about Chad

10 High's interview?

11     A.   I had not met him up to that point.  I

12 remember thinking he was an experienced principal

13 and seemed to have a good feel for what an executive

14 director did.  You know, I don't know that I would

15 say that I remember a whole lot more than that.  I

16 don't remember actual words or phrases.

17     Q.   If someone -- if one of the other

18 panelists testified or said that he could barely

19 answer the questions, would you agree with that?

20     A.   I don't know that I would agree with that.

21 I think that he answered the questions as adequately

22 as anyone else.

23     Q.   Were you in any of the other interviews as

24 a scorer?

25     A.   As a scorer, I was not.

1      Q.    Why was he chosen instead of Lily Leffler?

2      A.    I don't know.  I don't know.

3      Q.    Describe to me how you logged your scores

4 for the panel interview for Chad High.

5      A.    So Dr. Barnes had the form.  I honestly

6 can't remember whether I logged a score or not,

7 because I hadn't scored all the rest of them, but I

8 might have because Dr. Barnes wasn't there.  I do

9 not remember.  But Dr. Barnes had the electronic

10 form that he sent everyone.  It was a link.

11      Q.    Are you --

12      A.    -- and just went in a filled it out.

13      Q.    Are you saying it's possible that you

14 didn't score Chad High?

15      A.    I do not remember.  It is possible that I

16 did; it is possible that I did not.

17      Q.    Did this take place via Teams, the

18 interview?

19      A.    Teams or Skype, one or the other.  We were

20 in the midst of switching.

21      Q.    Did the other panelists discuss Chad

22 High's interview after the interview concluded, that

23 you know of?

24      A.    Not with me.

25      Q.    Did you discuss it individually with any

1  of the other panelists after the interview?

2      A.    No.

3      Q.    Can you give me any reason why Chad High

4  would score higher on the interview panel scores

5  than Lily Leffler?

6      A.    I cannot.

7      Q.    Okay.  Can you give me any reason why Chad

8  High would score higher than Damon Cathey on the

9  interview scores?

10      A.    Everybody scores differently, everybody

11  makes a different impression.  I can't tell you why

12  one person would score higher or lower than another.

13      Q.    Did you know that Dr. Cathey had one of

14  the highest scores?

15           MR. FOX:  Objection to the form.

16           THE WITNESS:  One of the...

17  BY MS. HARBISON:

18      Q.    So on the interview panel -- do you know

19  that we have the scores, some of them?

20      A.    I thought you said that they were missing.

21      Q.    Well, some of them are missing.  One of

22  them actually, Chad High's.  Does that surprise you?

23      A.    Nothing about our technology surprises me.

24  I did not know that Dr. Cathey scored higher than

25  anybody, or had a higher score or whatever it was

1  that you said.  I didn't see the scores.

2      Q.    Okay.  We have -- what's been produced to

3  us are the scores for everyone, other than Chad

4  High; did you know that?

5      A.    I did not.

6      Q.    Okay.  Of the scores that we have, Dr.

7  Cathey is one of the highest scoring applicants; did

8  you know that?

9          MR. FOX:  Objection to the form.

10         THE WITNESS:  No.

11 BY MS. HARBISON:

12     Q.    So do you know why Chad High was chosen

13 instead of Damon Cathey?

14     A.    I don't know why.  I know that Dr. Battle

15 has the final authority to make the decisions about

16 those kinds of positions.

17     Q.    Have you ever heard Dr. Battle comment

18 about Dr. Cathey in any way?

19     A.    No.

20     Q.    Have you ever heard Dr. Battle comment

21 about any of the plaintiffs in this case in any way?

22     A.    No.

23     Q.    Whether positive or negative?

24     A.    It's not Dr. Battle's style to make

25 comments about people.

1     Q.   What is her style?

2     A.   Her style is very professional, very

3 formal.  She does not gossip.  She does not talk

4 about people.

5     Q.   So if other people said she did gossip,

6 they're lying?

7         MR. FOX:  Objection to the form.

8         THE WITNESS:  If others said that she does

9 gossip, they have a different impression of Dr.

10 Battle than I have.  In my experience, she does not

11 act that way.

12 BY MS. HARBISON:

13     Q.   So you're speaking solely from your

14 personal experience in your dealings with Dr.

15 Battle, correct?

16     A.   That's all I can speak to is my experience

17 with her.  I've never heard her say something about

18 another person.

19     Q.   Why would you not have scored Chad High's

20 interview if you were one of the panelists for his

21 executive director panel interview?

22     A.   If I didn't score, it would have been

23 because I didn't score the rest of them, so that

24 would have been consistent.

25     Q.   Meaning you did not sit in on any of the

1   other panels?

2       A.   Meaning I listened to several of the early

3   ones.  I was on vacation for half of them, so I

4   didn't hear them, so rather than make me a panelist,

5   Dr. Barnes asked me to facilitate those I could be

6   present for.

7       Q.   So let me make sure I understand.  It's

8   possible that you did not score Chad High's

9   interview because you did not score anyone else's

10  interview, correct?

11      A.   Correct.

12      Q.   So it's possible that Chad High was

13  scored, if he was scored at all, by a different

14  number of panelists than all the other interviewees,

15  correct?

16      A.   That is possible.

17      Q.   Okay.

18          MS. HARBISON:  I'm going to make this

19  e-mail the next-numbered exhibit, the e-mail Bates

20  stamped SchoolsEmails 13303, and I believe we're on

21  Exhibit 6.

22                      (WHEREUPON, the

23                      previously-mentioned document was

24                      marked as Exhibit Number 6.)

25  BY MS. HARBISON:

1    Q.   Did you know that Dr. Cathey, at some

2  point, submitted a records request to Metro

3  regarding the executive director interviews?

4    A.   Yes.

5    Q.   How did you learn about that?

6    A.   Records requests come to me.

7    Q.   Okay.  Tell me about your role in

8  completing records requests.

9    A.   So the public records office sends records

10  requests to me, and then my job is basically to

11  either gather the information, if I have it, or try

12  to get it from other people who might have it, and

13  send it back to the records office when it's all

14  finished.

15    Q.   Why is that -- why are you responsible for

16  that?

17    A.   Because employee records are part of the

18  purview of my job.  The employee resource center is

19  where employee records are technically created, the

20  employee files that we have, that information is

21  placed in files through the employees in the

22  employee resource center.  Employee data goes to the

23  employee resource center.  Most of the employee --

24  or most of the public records requests that we get

25  are for a single employee's file, or, you know, a --

1    people who want salary lists or things like that.

2    And so several years ago, the determination was made

3    that it would be best to have only a single person

4    in the department who was sort of corralling all of

5    that, and it happened to be me.

6        Q.    What training do you have in responding to

7    records requests?

8        A.    So the initial public records statute, the

9    one that was created in 2008 or 2009, somewhere in

10   there, the general counsel for the Tennessee

11   Department of Human Resources was one of the people

12   who helped draft that, who helped create all the

13   training for that, and our department responded to

14   public records requests for employee files for all

15   state employees, so she actually trained me on how

16   to redact a file, how to, you know, create a

17   response, all of those things.

18       Q.    You're talking about when you worked at

19   the State, correct?

20       A.    Uh-huh.

21            MR. FOX:  Is that yes?

22            THE WITNESS:  Yes.

23   BY MS. HARBISON:

24       Q.    I'm going to show you my screen.  So, Ms.

25   Spencer, let me know when you've had a chance to

1   look at what's on the screen now, and then when

2   you're ready for me to keep scrolling.

3       A.   Keep scrolling.  Keep scrolling.  Keep

4   going.  Okay.

5       Q.   And the document that we are looking at

6   Bates labeled SchoolsEmails 13262 through 13263.

7   Ms. Spencer, have you seen this document before?

8       A.   Yes.

9       Q.   What is this document?

10      A.   This is an e-mail from -- at the top is an

11  e-mail from me to Dr. Barnes.  At the bottom is an

12  e-mail from Dr. Barnes to me, and somewhere is an

13  e-mail from Nicole Reid to Dr. Barnes about Dr.

14  Cathey's request for all of the records related to

15  the executive director position.

16      Q.   And these were sent -- Dr. Cathey's e-mail

17  to Nicole Reid was sent on June 17th, 2020.  It was

18  forwarded to you by Dr. Barnes on the same day,

19  correct?

20      A.   Yes.

21      Q.   And then you responded on the same day,

22  correct?

23      A.   Yes.

24      Q.   All on June 17, 2020, correct?  Who is

25  Nicole Reid?

1     A.    Nicole Reid is the public records officer

2    in the communications department.

3     Q.    How do you all divvy up the

4    responsibilities for responding to records requests,

5    if at all, you and Nicole Reid?

6     A.    So Nicole's responsibility is to

7    communicate with the requester on one end and with

8    whatever department she needs to on the other end.

9     Q.    Okay.  So she is not actually responsible

10    for gathering the documents, correct?

11     A.    In general, no.

12     Q.    Okay.  In this case, that responsibility,

13    and when I say, in this case, I'm referring to Dr.

14    Cathey's records requests, that responsibility would

15    have fallen to you?

16     A.    It would have fallen to our department.

17     Q.    Why did you respond to Mr. Barnes or

18    Dr. Barnes and say, mercy?

19     A.    Because that was a lot of information

20    requested.

21     Q.    Meaning the number 1 through 11?

22     A.    Yes.  3.

23     Q.    Were you annoyed that Dr. Cathey had sent

24    this?

25     A.    No, not annoyed, it was just a lot.

1     Q.    What did you -- so let me ask it this way.

2  In Dr. Cathey's e-mail it says, the Tennessee Open

3  Records Act requires a response within seven days,

4  correct?

5     A.    Yes.

6     Q.    Is that your understanding about the time

7  to respond to this records request?

8     A.    Unless you need more time in which case

9  you can tell the requester that you need more time.

10    Q.    Do you know if anyone told Dr. Cathey that

11 they needed more time?

12    A.    I don't remember.

13    Q.    What did you do after you received this

14 e-mail?

15    A.    I would have started gathering the

16 information that I had access to, and I would have

17 asked Dr. Barnes for the information that he had

18 access to.

19    Q.    How would you gather the information that

20 you had access to?  Well, actually, let me ask this

21 question.  Of these 11 categories of documents,

22 which categories did you have access to without

23 needing to ask anyone else for access?

24    A.    I would have had the applicant rosters,

25 the posting dates.

1      Q.   Well, hold on, so the applicant roster,

2  that's paragraph three, correct?

3      A.   Yes.

4      Q.   Okay.  Go ahead.  Or are you talking about

5  paragraph six?  Why don't we do it this way.  Did

6  you have access to the category of documents

7  described in paragraph one without having to ask

8  anyone else for access?

9      A.   No.

10      Q.   So what did you do to gather the

11  information described in paragraph one of Dr.

12  Cathey's records request?

13      A.   I would have asked Dr. Barnes for it.

14      Q.   And did you ask Dr. Barnes?

15      A.   Dr. Barnes and I talked about this.  We

16  talked about gathering the stuff.  I remember

17  pulling out of the applicant tracking system, the

18  lists of candidates, the posting dates.

19      Q.   Well, we're talking specifically about

20  interview notes right now.

21      A.   So interview notes, I would have said to

22  Dr. Barnes, that's in your stuff.  I don't have

23  that.

24      Q.   When you say, in your stuff, what stuff

25  are you referring to?

1      A.   So any interview notes, if there were

2  notes on the score sheets, and the score sheets, and

3  all of that would have been with his form.

4      Q.   When you say, form, what are you referring

5  to?

6      A.   The form that he gave to all of the

7  panelists for scoring, the electronic form that they

8  use to score.

9      Q.   Okay.

10      A.   That was attached to his One Drive account

11  that none of the rest of us could see.

12      Q.   Okay.  So your understanding was that

13  people filled out the form and it went to his One

14  Drive account in the cloud, correct?

15      A.   Correct.

16      Q.   Okay.  Did you ask the panelists whether

17  they had notes that were not contained in the One

18  Drive account?

19      A.   I did not.

20      Q.   Do you know if Dr. Barnes did?

21      A.   I do not know.

22      Q.   Is it fair to say that if those

23  interviewers had kept interview notes, for example

24  on their own computers or on a legal pad,

25  handwritten notes, anything like that, that that

1    would have been responsive to Dr. Cathey's records

2    request?

3         A.   Perhaps.  Strengths and wonderings is --

4    that's terminology that was used in principal

5    interviews.  Those are part of the official

6    principal interview documentation.  So I don't know

7    that that's something that was used here.  Note

8    sheets might go to what you're saying.

9         Q.   Well, it says, all interview notes,

10   correct?  So if they had kept interview notes, then

11   it would be responsive to this records request,

12   correct?

13        A.   Yes, but I don't whether they did or not.

14        Q.   Because to the best of your knowledge, no

15   one was asked, correct?

16        A.   I did not ask anyone.

17        Q.   How about paragraph two, did you have the

18   documents responsive to paragraph two without

19   needing to ask anyone else?

20        A.   No.

21        Q.   Who did you ask regarding the documents

22   described in category -- in the category of

23   paragraph two?

24        A.   I would have asked Dr. Barnes to provide

25   those.

1    Q.   And did you ask Dr. Barnes?

2    A.   I said, Dr. Barnes, do you have the

3    interview scores, that's part of this request.

4    Q.   Do you know if he gave those to you?

5    A.   I don't remember whether he gave them to

6    me.  I'm not sure whether I fully answered this one

7    or whether both of us answered this one.  I do not

8    remember.

9    Q.   Is it your understanding that if there

10   were interview scores, they would have been in

11   Dr. Barnes' One Drive account?

12   A.   They should have been contained in the --

13   within Microsoft Forms.  Generally what spits out in

14   responses is a spreadsheet.

15   Q.   I just want to make sure this is clear for

16   the record.  Microsoft Forms is an online form

17   program, correct?

18   A.   Yes.

19   Q.   And people can enter data into Microsoft

20   Forms, correct?

21   A.   Yes.

22   Q.   And then whoever created the form can go

23   in and export a spreadsheet, correct?

24   A.   Yes.

25   Q.   And that will show all the data that's

1   been input into the form, correct?

2        A.   Yes.

3        Q.   So when we're talking about the scores and

4   a spreadsheet that's generated from the scores,

5   we're talking about something that's generated

6   directly from Microsoft --

7        A.   Forms.

8        Q.   -- forms, correct?

9        A.   Yes.

10       Q.   So any interview scores, to the best of

11  your knowledge, would have been in Microsoft Forms,

12  correct?

13       A.   Yes.

14       Q.   How about paragraph three, did you have

15  the -- all the documents responsive to paragraph

16  three without needing to ask anyone else?

17       A.   Yes.

18       Q.   So did you produce the applicant roster?

19       A.   I believe that I did.

20       Q.   Where would that have been within your

21  files?

22       A.   The applicant roster would have come from

23  the applicant tracking system.

24       Q.   What is the applicant tracking system,

25  does it have a name?

1     A.    Taleo, T-A-L-E-O.

2     Q.    Taleo.  Does MNPS still use Taleo?

3     A.    Yes.

4     Q.    Okay.  Does Taleo retain -- well, how long

5 does Taleo retain data; do you know?

6     A.    Indefinitely, as far as I know.

7     Q.    But the interview scores would not have

8 been in Taleo, correct?

9     A.    Correct.

10    Q.    Taleo gathers applicant data?

11    A.    Taleo is the system where an applicant --

12 a job is posted internally or externally, applicants

13 apply, the information about those applicants, their

14 actual application information is contained --

15    Q.    In Taleo?

16    A.    Yes.

17    Q.    Paragraph four, would you have had all the

18 information responsive to the documents described in

19 paragraph four without needing to ask someone else?

20    A.    I would not.

21    Q.    Who would have had that information

22 described in paragraph four?

23    A.    Dr. Barnes.

24    Q.    Did you ask Dr. Barnes for those interview

25 notes for interviews after May 27th described in

1    paragraph four?

2        A.    Again, Dr. Barnes and I discussed this

3    entire request.

4        Q.    Okay.  To the best of your knowledge, any

5    such interview notes, if they existed, that you

6    produced in response to this records request would

7    have been contained in Microsoft Forms, correct?

8        A.    Unless Dr. Barnes collected other things

9    from other people and gave them to me.

10       Q.    Okay.  Do you recall if he did that?

11       A.    I don't.

12       Q.    And you kind of answered my question

13   before I asked it, but did you go to any panelists

14   and ask them if they had interview notes for

15   interviews after May 27th that would not be

16   contained in Microsoft Forms?

17       A.    I don't believe that I did.  It's entirely

18   possible that I would have e-mailed people, but I

19   don't remember doing it.

20       Q.    Okay.  So paragraph five, all interview

21   scores for interviews after May 27th.  Is that also

22   a category of information that you asked Dr. Barnes

23   if he had documents related to that paragraph five?

24       A.    Yes.

25       Q.    Do you know if he gave those to you?

1  A. Again, I don't remember whether he gave me

2 all this stuff or whether he sent part of it to

3 Nicole and I sent part of it to Nicole.

4  Q. To the best of your knowledge, any

5 interview scores that were produced to Dr. Cathey

6 for interviews after May 27th would have been pulled

7 from Microsoft Forms, correct?

8  A. Yes.

9  Q. Okay.  Did you have the applicant rosters

10 described in paragraph six?

11  A. I should have.

12  Q. Okay.  Do you recall whether you

13 specifically pulled applicant rosters for interviews

14 after May 27th?

15  A. I don't remember whether I pulled them

16 separately or that I just pulled an applicant roster

17 for the executive director's positions.

18  Q. Meaning for all of them --

19  A. Right.

20  Q. -- correct?  Okay.  May 27th was after the

21 interviews were already under way, correct?

22  A. Yes.

23  Q. Do you know of anyone that that would have

24 applied to that -- this paragraph six, other than

25 Chad High?  Let me ask it a better way.  Do you know

1    of anyone who applied for the executive director

2    role after May 27th other than Chad High?

3         A.   I think it's entirely possible other

4    people applied for the role, because it was still

5    open.

6         Q.   Okay.  Did you have the documents or

7    information responsive to paragraph seven without

8    having to ask someone else for those documents for

9    information?

10        A.   That information comes from Taleo, so I

11   can access that.

12        Q.   So you were able to pull that from Taleo,

13   correct?

14        A.   So I would be able to pull that from

15   Taleo.

16        Q.   Would you have been able to pull the

17   information described in paragraph eight from Taleo,

18   as well?

19        A.   Yes.

20        Q.   Okay.  How about paragraph nine, would you

21   have been able to pull the applicant roster for the

22   executive director, principal support job from

23   Taleo?

24        A.   Yes.

25        Q.   Okay.  Paragraph 10, All forms that were

1  completed and/or submitted for scoring.  Did you ask

2  Dr. Barnes about that?

3       A.   That would have been in his materials.

4       Q.   Did you ask anyone else about that?

5       A.   I don't remember asking anyone else about

6  that.

7       Q.   What about paragraph 11, do you know who

8  gathered the information, if anyone did, responsive

9  to the request in paragraph 11?

10      A.   I would have pulled all of my e-mails.  I

11 might have pulled calendars that would have shown

12 the actual interview schedule.  The others would

13 have been asked to pull their e-mails.

14      Q.   The others, meaning each individual

15 identified in paragraph ten?

16      A.   Dr. Stark, Dr. William, Dr. Norris, Dr.

17 Barnes, Dr. Griffin.

18      Q.   Who would have told those individuals to

19 search their e-mails and pull any responsive

20 e-mails?

21      A.   It would have been either me or Dr. Barnes

22 or potentially Nicole.  She might have reached out

23 to the group of listed people and asked them for

24 their e-mails.

25      Q.   Okay.  So this records request was sent on

1   June 17th, 2020, correct?

2        A.   Yes.

3             MS. HARBISON:  I'm going to make this the

4   next-numbered exhibit.

5                      (WHEREUPON, the

6                      previously-mentioned document was

7                      marked as Exhibit Number 7.)

8             MR. FOX:  No objection.  Seven.

9   BY MS. HARBISON:

10       Q.   Okay.  Ms. Spencer, I'm going to show you

11  another document.  All right.  Ms. Spencer, just let

12  me know when you can see my screen, and once you've

13  had a chance to look at what's on the screen, let me

14  know when you're ready for me to scroll.

15       A.   Okay.  Okay.  Okay.

16       Q.   Okay.  What we're looking at Bates labeled

17  SchoolEmails 13889 through 13891.  Have you seen

18  this document before, Ms. Spencer?

19       A.   Yes.

20       Q.   What is this document?

21       A.   This is a series of e-mails.

22       Q.   Related to?

23       A.   To records requests.

24       Q.   It begins with a records request from an

25  individual named Darlene Reese, correct?

1    A.   Yes.

2    Q.   Do you know who that is?

3    A.   I do not.

4    Q.   Okay.  But she is also requesting

5 information related to the executive director

6 position and the application for that position,

7 correct?

8    A.   Yes.

9    Q.   Or applications for that position.  She

10 sent this, looks like the day before Dr. Cathey sent

11 his, correct?  She sent it on June 16th, 2020?

12    A.   Uh-huh.

13    Q.   Nicole Reid sent you an e-mail on

14 June 23rd and said that she wanted to follow up on

15 Darlene Reese's June 16th request and stated that

16 the response date was approaching, correct?

17    A.   Yes.

18    Q.   And then again on July 1st, Nicole Reid

19 sent you an e-mail and said that this request was

20 overdue, correct?

21    A.   Yes.

22    Q.   Why was it overdue at that point?

23    A.   That was the two -- the last two weeks of

24 June, first part of July.  We were -- a group of us

25 were at the Martin Center planning for the next

1    school year.

2         Q.    Okay.

3         A.    All day, every day.

4         Q.    Okay.

5         A.    Somewhere in the middle of all of that, my

6    computer died.

7         Q.    Okay.

8         A.    It was the most frustrating week of my

9    life, I think.  I literally had to give it to IT for

10   a week.

11        Q.    You described that in this e-mail,

12   July 1st e-mail, to Nicole Reid, correct?

13        A.    Yes.

14        Q.    What did your laptop being inoperable have

15   to do with responding to -- well, let me ask it this

16   way.  Were there some documents that were responsive

17   to Dr. Cathey's records requests that were contained

18   only on your laptop and nowhere else?

19        A.    They were contained on the systems

20   available through my laptop.

21        Q.    Were those systems remote systems or were

22   they on the laptop itself?

23        A.    So they were network systems.

24        Q.    Okay.

25        A.    So e-mail, Taleo, the things you have to

1   be on the network -- on a network computer to

2   access.

3      Q.   Okay.  Do you know if at this point Dr.

4   Barnes had sent you the interview scores for the

5   executive director interviews?

6      A.   I honestly do not remember.

7      Q.   Okay.  And he responded and said, should I

8   send my stuff directly -- he, being Chris Barnes,

9   responded to you in an e-mail and said, should I

10   send my stuff directly to her, correct?

11      A.   He did.

12      Q.   Do you know who he's referring to there?

13      A.   To Nicole.

14      MS. HARBISON:  I'm going to make this the

15   next-numbered exhibit.  Exhibit 8.

16                (WHEREUPON, the

17                previously-mentioned document was

18                marked as Exhibit Number 8.)

19      MR. FOX:  No objection.

20   BY MS. HARBISON:

21      Q.   Do you have any idea why Chad High's

22   scores are missing?

23      A.   I do not.

24      Q.   You said that Chris Barnes, once he left,

25   I think there was something that you referred to,

1    some sort of online system that was no longer

2    accessible perhaps after he left; what was that?

3        A.   So after Dr. Barnes left, his active

4    directory account, which is the account inside of

5    our system that gives us access to everything, it's

6    our e-mail, address, it gives us access to

7    everything.  When a person leaves, that account is

8    immediately shut down, and access to the things that

9    they had in other Microsoft systems, like Microsoft

10   Forms, goes away.

11       Q.   Do you know if there is anyone that you

12   can call to see if that account can be reactivated?

13       A.   We actually tried to get the exit

14   interview that he had created.  We talked to IT

15   about whether or not that could be recovered in some

16   way.  And at the point that we asked the question, I

17   think that his account had been closed for more than

18   30 days at which point everything had been deleted.

19       Q.   So it was your understanding that it was

20   still accessible but things had been deleted?

21       A.   So the way that I understand it, it's the

22   way that I understand it, is that the information in

23   a One Drive account, that the account itself is

24   deleted at the end of 30 days after a person leaves

25   the district.

1      Q.    And you said he left in October of 2021,

2   correct?

3      A.    He left in later September or early

4   October, because Ms. Roberge came in October.

5      Q.    So this records request was submitted over

6   a year before he left, correct?

7      A.    Yes.

8      Q.    So if Chad High's scores were in Microsoft

9   Forms, there was a period of over a year when they

10  could have been retrieved from his forms account,

11  correct?

12     A.    Correct.

13           MS. HARBISON:  I don't have any other

14  questions.

15           MS. STEINER:  I've got one.  Just real

16  quick, I promise.

17  REDIRECT EXAMINATION BY MS. STEINER:

18     Q.    If you know everything is going to be

19  deleted within 30 days, what type procedure has

20  Metro schools set up to grab the documents before 30

21  days runs?

22     A.    So the person's supervisor gets a notice

23  that the One Drive account is available if they want

24  to -- you know, if there is information they need to

25  gather, and it says at the end of 30 days, this is

going to be deleted. I think what none of us

realized until Dr. Barnes left, and then again when

one of my employees left that had done some of the

same sorts of forms, was that the information from

not just -- your One Drive account is basically

where your documents get stored. I don't think any

of us realized that stuff from Microsoft Forms also

stored there, and also disappeared. I think that

was a disconnect for me personally. I will say

that.

     Q.   One Drive, if you have a One Drive

account, other people can access the same One Drive,

correct?

     A.   We all have a personal One Drive account.

     Q.   But you also have a joint one, too, don't

you?

     A.   There's a SharePoint account that you can

share documents back and forth.

     Q.   Okay. And how do you know -- how do you

tell the employees what to put on their personal

versus what to put on their shared one?

     A.   So everything that you create, you can

save -- it will automatically -- automatically, not

being a technical term, but goes to your One Drive,

or you can choose to save it on a network drive of

1    some sort.  The HR department has a shared network

2    drive that all the documents on that drive are

3    available to all of the employees in our department

4    so that we can all see, for instance standard

5    operating processes and, you know, templates and

6    things like that, but your individual drive is the

7    default setting.

8        Q.   Okay.  For the default setting, for

9    instance, you, do you not share that with your

10   assistants?

11       A.   I don't have an assistant.

12       Q.   Did Dr. Barnes have an assistant?

13       A.   He did for part of the time he was there.

14       Q.   Who was that?

15       A.   Kelly Colewell.

16       Q.   Do you know whether or not he shared his

17   One Drive with his assistant?

18       A.   You can't share your whole One Drive with

19   anybody.  You can share individual documents or

20   folders.  Like you can deliberately go share one,

21   but you can't just share your One Drive without

22   sharing your user name and password, which is

23   against the rules.

24       Q.   Who would have gotten the 30-day notice on

25   Dr. Barnes' account, who was the supervisor?

1      A.    Dr. Battle.

2      Q.    Okay.  Last question, I want to ask you

3  this.  This was e-mailed to, I believe, Jane Doe.

4      A.    I'm sorry, I can't see it.

5      Q.    Do you recognize this?  It's something

6  that we call vacancies by function, and I think

7  that's what it was called, and it was e-mailed out

8  --

9      A.    That looks like a finance report.

10     Q.    -- to a whole bunch of people, I believe,

11  just about everybody.  Do you recognize this?

12     A.    That looks like something that comes out

13  of budget and finance.

14     Q.    Would you have gotten a copy of this?

15     A.    Potentially.

16     Q.    And does this show the jobs that are

17  vacant for a particular time period?

18     A.    It would show -- I'm sorry, let me lean

19  over the table if you don't mind.  Can you take me

20  all the way to the top?  It does not say vacancies.

21     Q.    Top of the page, it was titled MNPS

22  vacancies by function, June 2020.

23     A.    Okay.  Thank you.  So that then would be

24  budgeted positions unfilled at that point.

25     Q.    Is this something that is commonly sent to

1  certain people in central office?

2      A.   It's not commonly sent, no.

3      Q.   But it is sent?

4      A.   I have seen it before, but it's not...

5      Q.   Does this show the function, department,

6  the job type and the salary for the job?

7      A.   So what that looks like to me is a report

8  that budget would have run that would have shown the

9  vacancy, FTE's, and whatever salary -- the total

10  salary for all vacancies on that line, as I see some

11  that are pretty big numbers.

12      Q.   For instance, you've got ES counselors,

13  looks like there's 15 of those at a cost of

14  1,170,000, correct?

15      A.   Right.  So you would take the 1,170,000

16  and divide it by 15 to get the average cost per

17  counselor.

18      Q.   Sure.  And for 260 days, that's a retired

19  person; is that correct?

20      A.   No, ma'am.  260 days is a full-time

21  position, all year, 12 months.

22      Q.   Then if you go down here at the very

23  bottom, it's got teachers listed that are vacant,

24  correct?

25      A.   It does.

1      Q.    Then if you go all the way down to the

2  very bottom, it's got the total of the positions and

3  it's about a thousand, correct?

4      A.    Does that say 1,022?

5      Q.    Yes.  .92.  And then it's got the cost of

6  $65,914,998, correct?

7      A.    Yes.

8      Q.    And so this basically is saying that as of

9  June 1st -- as of June of 2020, if you add up the

10 vacancies, you've got 1,023 vacancies and the total

11 salaries for all the vacancies is running

12 somewhere -- almost 66 million, correct?

13     A.    That's what that appears to say.

14     Q.    Okay.  And vacancies tend to --

15           MS. STEINER:  Let's have that marked the

16 next-numbered exhibit.

17           MR. FOX:  No objection.

18                     (WHEREUPON, the

19                     previously-mentioned document was

20                     marked as Exhibit Number 9.)

21 BY MS. STEINER:

22     Q.    And you did not score anyone that you

23 recall?

24     A.    I don't recall scoring anyone.

25     Q.    That's all.  Thank you for your time.

FURTHER THIS DEPONENT SAITH NOT

```
 1                  REPORTER'S CERTIFICATION

 2

 3   STATE OF TENNESSEE     )
     COUNTY OF DAVIDSON     )
 4

 5

 6        I, Janie W. Garland, LCR#111, licensed court

 7   reporter, in and for the State of Tennessee do hereby

 8   certify that the above deposition was reported by me

 9   and that the foregoing pages of the transcript is a

10   true and accurate record to the best of my knowledge,

11   skills, and ability.

12

13        I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17

18        I further certify that I am duly licensed by the

19   Tennessee Board of Court Reporting as a Licensed

20   Court Reporter as evidenced by the LCR number

21   following my name below.

22                              Janie W. Garland

23        _____

24            Janie W. Garland, LCR#111

25
```

1

2                   **E R R A T A   P A G E**

3

4          I, Lisa Spencer, having read the foregoing
   deposition, Pages 1 through 192, do hereby certify
5   said testimony is a true and accurate transcript,
   with the following changes (if any):

6

7   PAGE    LINE            SHOULD HAVE BEEN

8   _____   _____      _____

9   _____   _____      _____

10  _____   _____      _____

11  _____   _____      _____

12  _____   _____      _____

13  _____   _____      _____

14  _____   _____      _____

15  _____   _____      _____

16  _____   _____      _____

17  _____   _____      _____

18  _____   _____      _____

19  _____   _____      _____

20

21                    _____

22                         Lisa Spencer

23

24

25

BY MS. HARBISON: [9] 150/14
158/22 163/17 164/11 165/12 166/25
168/23 182/9 185/20
BY MS. STEINER: [30] 11/1 34/14
56/9 62/21 63/8 64/9 67/9 68/3 83/6
87/12 92/14 93/10 93/17 93/22 94/11
94/21 95/10 96/5 110/2 118/12 124/24
126/13 127/11 129/9 131/14 133/2
133/10 141/7 146/11 192/21
MR. FOX: [39] 10/23 34/10 56/5 62/18
63/7 64/2 64/8 67/3 68/2 82/21 83/5
87/11 92/17 93/6 93/16 93/21 94/10
94/18 95/6 96/4 118/11 124/10 124/15
126/12 127/8 129/4 131/13 133/6
133/8 141/3 146/8 158/21 163/15
164/9 165/7 168/21 182/8 185/19
192/17
MS. HARBISON: [5] 158/16 166/18
182/3 185/14 187/13
MS. STEINER: [11] 56/7 64/6 82/15
82/25 95/4 109/24 124/13 124/21
133/7 187/15 192/15
THE WITNESS: [17] 10/25 34/11 67/4
92/18 93/7 94/19 124/11 124/16 127/9
129/6 133/9 141/4 146/9 163/16
164/10 165/8 168/22

## $

$13,000 [1] 40/22
$185,000 [3] 42/21 42/23 49/23
$20 [1] 88/11
$36.57 [1] 123/14
$43 [1] 123/10
$6 [1] 123/23
$65,914,998 [1] 192/6
$7 [1] 123/22
$7,000 [1] 40/10
$8 [1] 123/21

## '

'19 [2] 58/19 70/21
'20 [1] 58/19
'21 [6] 32/13 32/15 38/20 42/9 109/10
109/12
'90s [1] 13/1

## .

.92 [1] 192/5

## 0

0013303 [1] 159/23
01023 [1] 1/5

## 1

1,022 [1] 192/4
1,023 [1] 192/10
1,170,000 [2] 191/14 191/15
1,507.5 [1] 116/16
10 [2] 87/16 180/25
10 percent [1] 89/25
100,000 [1] 111/25
108 [1] 3/23
10th [1] 88/1
11 [5] 78/21 170/21 171/21 181/7
181/9
111 [2] 194/6 194/24
115,000 [1] 94/25
118 [1] 4/9
12 [10] 40/24 111/9 111/19 117/23

118/3 123/10 123/12 123/13 123/14
191/21
12-month [3] 111/21 117/22 117/23
124 [1] 4/11
13 [6] 122/24 122/25 123/8 123/10
123/12 123/14
130 [2] 37/12 40/14
13262 [1] 169/6
13263 [1] 169/6
13286 [1] 154/10
13303 [1] 166/20
13889 [1] 182/17
13891 [1] 182/17
14 [3] 20/2 90/14 90/18
142 [1] 40/20
143 [2] 40/20 40/24
15 [13] 4/8 4/8 95/15 111/24 115/23
115/23 121/4 123/7 143/11 143/12
143/20 191/13 191/16
150 [1] 4/3
150,000 [1] 112/1
1507 [1] 116/12
1507.5 [2] 115/25 116/1
155 [3] 36/21 37/5 40/13
158 [1] 4/12
15th [3] 65/19 65/24 66/9
16 [3] 143/11 143/12 143/20
166 [1] 4/13
16th [2] 183/11 183/15
17 [1] 169/24
17th [2] 169/17 182/1
182 [1] 4/14
185 [3] 4/15 49/25 55/2
187 [1] 4/4
19.99 [3] 111/4 112/11 112/19
192 [2] 4/16 195/4
196300 [1] 3/24
1983 [7] 11/8 11/23 12/6 12/12 12/12
12/14 12/21
1988 [1] 13/20
1989 [1] 12/22
1991 [3] 13/20 13/21 18/8
1992 [1] 18/8
1997 [2] 18/8 18/8
1st [8] 90/12 155/7 155/15 156/25
160/21 183/18 184/12 192/9

## 2

20 [4] 4/12 4/13 4/14 4/15
2001 [1] 19/24
2002 [1] 22/7
2006 [1] 22/7
2008 [1] 168/9
2009 [1] 168/9
2015 [3] 22/22 22/23 90/12
2016 [3] 11/21 22/19 28/20
2017 [5] 28/20 30/8 30/11 100/2
102/21
2018 [4] 67/15 68/10 100/2 100/2
2019 [16] 37/16 37/18 37/19 37/24
38/21 47/16 47/19 48/1 48/3 48/21
55/5 58/17 67/15 70/21 70/22 105/24
201MA [2] 115/1 115/22
2020 [30] 32/13 32/15 37/14 43/8
47/25 48/4 48/21 50/1 55/5 56/14
58/17 70/21 70/22 87/16 88/1 105/24
105/24 146/25 152/23 153/13 154/22
155/15 156/25 160/8 169/17 169/24
182/1 183/11 190/22 192/9
2021 [12] 30/19 38/2 38/13 40/13 50/1

56/14 70/7 74/7 105/24 109/15 154/22
187/1
2022 [2] 1/24 3/2
2080 [1] 111/7
20th [2] 37/23 140/14
21 [1] 140/11
21st [1] 140/14
22 [1] 5/13
222 [1] 2/9
22nd [3] 137/23 137/24 140/12
23 [1] 58/10
23rd [2] 183/14
25 [1] 116/25
26 [1] 110/20
26 million [1] 50/15
260 [2] 191/18 191/20
27th [7] 177/25 178/15 178/21 179/6
179/14 179/20 180/2
29.98 [5] 111/4 112/11 112/19 117/1
117/3

## 3

3,000 [1] 149/11
30 [7] 82/3 104/25 186/18 186/24
187/19 187/20 187/25
30-day [1] 189/24
3292 [1] 5/10
340M [1] 2/9
37.14 [1] 123/15
37064 [1] 5/11
37201 [1] 2/9
37206 [2] 3/13 3/19
37219 [1] 3/24
3:20-CV-01023 [1] 1/5
3rd [2] 160/8 160/20

## 4

40,000 [2] 88/12 89/1
42 [1] 123/10
426 [1] 149/10
44 [2] 116/17 123/19
44.31 [1] 116/19
45 [2] 88/15 115/4

## 5

5350 [1] 2/10
55 [1] 89/2

## 6

6,880 [1] 149/9
6/1/20 [1] 4/12
6/17/20 [1] 4/14
6/30/20 [1] 4/13
60 [1] 89/2
60,000 [1] 111/6
613 [1] 3/13
615 [1] 2/10
66 [2] 115/10 115/14
66 million [1] 192/12
66,000 [2] 115/9 116/15
66,804 [2] 115/24 116/15
68251 [1] 3/19

## 7

7/1/15 [2] 4/8 4/8
7/1/20 [1] 4/15
70 [1] 89/1
70,000 [1] 88/25
714-5350 [1] 2/10
77 [2] 115/11 115/14

**8**

80,000 [1] 156/14
82 [1] 4/7
82,000 [1] 115/9

**9**

91 [1] 36/17
95 [1] 4/8
9:00 p.m [1] 155/18

**A**

abilities [3] 128/10 129/20 134/2
ability [6] 6/11 66/16 125/11 125/13
125/17 194/11
able [6] 9/22 109/16 180/12 180/14
180/16 180/21
about [192] 6/18 8/5 9/13 11/2 11/9
12/23 13/9 13/22 17/9 17/10 17/12
21/5 21/13 21/18 25/4 26/6 26/17
26/20 27/24 28/5 29/14 29/20 40/6
40/22 40/25 42/6 49/1 49/3 54/22 56/2
56/15 59/8 63/10 66/12 67/14 68/21
69/10 70/9 71/15 72/16 73/8 74/1 74/5
74/8 74/18 76/13 77/1 78/20 78/21
79/12 79/14 79/14 80/18 80/18 81/11
82/3 83/11 84/8 84/14 84/21 85/7
86/12 86/14 88/5 88/12 88/24 89/1
89/2 91/19 93/20 94/25 94/25 96/19
97/3 97/6 98/18 100/6 100/10 100/15
101/11 101/19 101/20 102/6 102/21
103/10 103/11 103/12 104/2 104/4
104/10 105/16 106/13 106/18 108/7
109/19 110/14 110/23 111/6 116/17
116/17 117/18 119/9 119/10 119/19
120/5 121/6 121/8 121/13 121/22
121/25 122/4 122/23 123/9 123/10
123/21 125/9 125/25 128/4 128/4
128/6 128/10 128/16 128/21 128/25
129/10 129/11 129/14 129/18 129/18
130/6 130/7 130/14 130/25 131/11
131/16 131/22 132/1 133/21 133/21
133/22 134/1 134/2 134/3 134/12
134/13 135/16 141/16 142/6 143/20
144/4 144/7 144/8 151/4 153/19
155/23 156/3 156/4 156/10 156/16
157/14 157/19 159/13 161/9 163/23
164/15 164/18 164/21 164/25 165/4
165/17 167/5 167/7 168/18 169/13
171/6 172/4 172/15 172/16 172/19
174/17 176/3 176/5 176/14 177/13
180/20 181/2 181/4 181/5 181/7
186/15 190/11 192/3
above [2] 90/2 194/8
Absent [1] 109/18
absolute [1] 60/19
absorb [1] 152/6
academics [3] 14/1 14/6 14/8
academics [3] 46/23 47/3 59/16
accept [5] 117/9 125/12 125/20 126/11
127/12
accepting [1] 43/15
access [17] 107/20 107/23 122/4
124/14 171/16 171/18 171/20 171/22
171/23 172/6 172/8 180/11 185/2
186/5 186/6 186/8 188/12
accessible [2] 186/2 186/20
accomplish [1] 155/24
according [1] 33/16
account [26] 108/10 108/13 108/24
90/2 109/6 109/15 109/21 109/23

173/10 173/14 173/18 175/11 186/4
186/4 186/7 186/12 186/17 186/23
186/23 187/10 187/23 188/5 188/12
188/14 188/17 189/25
accurate [4] 90/15 98/12 194/10 195/5
accused [1] 131/9
achievement [1] 145/13
across [4] 27/3 47/2 110/18 122/20
act [6] 21/1 51/14 61/10 141/23 165/11
171/3
action [4] 79/4 101/11 144/13 194/15
actions [1] 100/24
active [4] 108/9 108/12 147/11 186/3
activity [2] 69/16 69/25
actual [5] 33/23 47/4 161/16 177/14
181/12
actually [29] 25/11 26/7 29/20 32/14
37/11 37/25 38/19 44/2 56/10 60/25
62/10 62/23 63/14 63/25 64/24 65/13
71/13 89/5 91/20 107/4 122/8 127/1
153/17 159/8 163/22 168/15 170/9
171/20 186/13
ADA [4] 21/2 21/3 21/11 21/19
add [1] 192/9
added [1] 43/1
additional [5] 39/23 53/12 115/6 155/24
156/22
address [2] 5/9 186/6
adequately [1] 161/21
admin [3] 139/4 149/10 149/15
administer [1] 60/2
administered [1] 60/2
administration [10] 14/3 14/9 31/4 32/9
32/18 33/2 37/21 39/20 40/19 127/15
administrative [1] 12/2
administrator [5] 63/15 63/18 70/1 70/4
71/21
administrators [4] 59/11 59/14 61/10
107/10
ADRIENNE [3] 1/7 1/13 1/21
advertise [4] 43/13 44/18 44/20 44/24
advertised [6] 45/3 45/6 45/10 45/13
45/14 45/19
advice [1] 129/8
affairs [3] 14/1 14/7 14/8
affect [2] 60/16 86/23
affected [2] 90/23 91/21
affirmatively [1] 65/2
afford [1] 52/10
after [31] 3/3 29/17 42/2 71/11 73/13
74/2 74/6 99/7 99/13 109/12 116/3
121/12 146/20 146/21 146/22 153/4
153/13 160/25 162/22 163/1 171/13
177/25 178/15 178/21 179/6 179/14
179/20 180/2 186/2 186/3 186/24
AG's [1] 9/25
again [24] 14/5 24/11 32/5 38/1 54/23
55/8 59/19 74/9 75/5 75/6 80/6 83/7
84/5 93/11 103/13 104/7 109/7 121/16
134/11 137/4 178/2 179/1 183/18
188/2
against [33] 35/21 69/15 70/3 72/15
73/1 74/13 74/17 79/1 79/8 79/18
83/10 83/16 87/6 87/18 87/21 87/22
88/2 100/7 100/10 100/12 100/14
102/21 103/8 103/23 127/7 127/17
130/1 132/15 132/18 134/21 135/12
135/14 189/23
ago [5] 8/24 9/9 71/19 148/4 168/2
agree [10] 26/25 67/23 76/25 81/10

87/9 121/1 123/20 147/15 161/19
161/20
ahead [3] 36/10 36/12 172/4
akin [2] 123/22 126/9
Alexander [1] 72/20
all [100] 3/3 3/4 9/4 17/1 24/4 26/2 26/3
27/8 32/11 33/10 33/19 34/6 39/19
49/12 49/23 52/11 52/19 65/18 66/1
66/21 75/23 76/10 86/22 96/22 98/22
104/3 106/25 108/13 108/15 114/3
114/8 116/11 117/17 121/5 121/13
122/21 128/4 128/4 129/20 132/11
132/13 133/20 135/7 135/7 138/22
139/17 140/6 140/8 141/8 141/9
146/20 146/21 146/22 149/12 149/15
150/9 152/13 152/15 155/22 156/2
156/21 159/6 159/17 162/7 165/16
166/13 166/14 167/13 168/4 168/12
168/14 168/17 169/14 169/24 170/3
170/5 173/3 173/6 174/9 175/25
176/15 177/17 178/20 179/2 179/18
180/25 181/10 182/11 184/3 184/5
188/14 189/2 189/3 189/4 190/20
191/10 191/21 192/1 192/11 192/25
allegation [1] 101/24
allegedly [5] 99/8 99/10 101/22
allocation [2] 51/12 51/13
allowed [1] 141/8
almost [5] 56/5 104/4 192/12
along [3] 141/15 141/18 141/19
already [7] 102/2 112/25 118/7 137/12
144/7 160/25 179/21
also [25] 13/2 20/14 24/19 52/9 54/2
54/21 58/8 65/23 66/1 66/24 66/25
74/11 75/19 97/6 101/24 106/9 107/18
108/21 120/20 155/25 178/21 183/4
188/7 188/8 188/15
altercation [1] 101/23
always [3] 66/3 66/6 152/7
am [7] 26/9 54/22 151/18 153/10
194/13 194/15 194/18
Amber [1] 58/16
Americans [1] 21/1
analysis [6] 62/19 62/20 64/4 119/23
120/1 120/6
Angela [10] 85/8 85/13 96/25 97/1 97/2
97/4 97/6 119/14 119/18 122/7
angry [5] 73/11 76/21 83/25 84/8 101/5
Ann [1] 3/11
Anne [1] 5/17
annoyed [2] 170/23 170/25
annual [1] 115/17
anomaly [2] 126/5 126/14
another [9] 9/17 24/11 28/10 65/8
65/11 81/12 81/14 81/15 92/19 105/17
113/1 121/10 146/1 163/12 165/18
182/11
answer [17] 6/10 9/22 25/15 25/16
36/12 45/20 48/16 50/10 75/1 89/5
94/19 101/1 117/10 129/5 148/24
148/25 161/19
answered [4] 161/21 175/6 175/7
178/12
Anthony [4] 84/24 86/5 104/18 119/11
anticipate [1] 155/11
any [132] 6/11 8/22 9/8 9/15 13/4 13/6
14/21 14/21 14/25 15/1 15/3 15/9
15/12 15/20 15/23 16/6 18/4 18/22
21/4 21/19 26/4 26/23 27/7 31/25 35/1
35/14 35/16 35/18 36/13 43/17 43/10

**A**

any... [101]  43/11 46/4 49/8 50/18 51/4 55/11 56/15 57/18 59/9 67/10 68/17 69/24 70/1 70/2 70/3 70/9 71/17 71/21 73/22 80/18 80/21 81/11 81/24 82/1 87/3 89/7 89/15 90/8 90/23 91/16 92/11 93/13 93/19 94/2 94/7 100/6 100/9 100/13 100/18 100/23 101/3 103/21 104/9 104/19 104/10 104/16 104/19 104/22 105/2 107/4 109/18 111/9 117/11 119/7 125/6 125/7 125/23 126/9 127/4 127/6 130/12 132/23 135/3 135/3 135/4 137/2 138/2 139/9 139/20 143/12 144/18 145/10 146/13 147/8 150/1 150/5 150/6 151/22 151/23 156/16 157/8 161/23 162/25 163/3 163/7 164/18 164/21 164/21 165/25 173/1 176/10 178/4 178/13 179/4 181/19 185/21 187/13 188/6 194/14 194/15 195/5

anybody [11]  66/16 68/6 87/5 92/16 127/5 127/10 127/19 136/23 146/12 163/25 189/19

anymore [1]  47/1

anyone [50]  30/2 33/17 38/24 45/17 47/6 48/8 49/1 54/17 61/11 68/10 68/17 69/10 71/23 74/22 86/17 93/1 93/4 93/11 93/12 93/23 94/3 94/5 94/14 95/16 95/22 109/1 109/5 117/8 127/14 131/10 137/14 141/14 145/10 147/3 161/22 166/9 171/10 171/23 172/8 174/16 174/19 176/16 179/23 180/1 181/4 181/5 181/8 186/11 192/22 192/24

anything [22]  17/17 17/20 21/3 21/13 21/25 26/6 27/5 31/6 40/1 91/18 96/15 96/16 106/7 129/18 129/18 132/20 135/10 144/4 152/18 157/18 159/11 173/25

anywhere [7]  89/22 108/16 111/4 115/7 115/8 124/20 143/10

apart [1]  27/25

apologize [2]  8/25 36/10

appeal [1]  63/5

appear [3]  78/12 90/14 151/5

APPEARANCES [1]  3/7

appears [1]  192/13

applicant [17]  17/18 39/2 43/18 43/22 171/24 172/1 172/17 176/18 176/22 176/23 176/24 177/10 177/11 179/9 179/13 179/16 180/21

applicants [4]  44/19 164/7 177/12 177/13

application [9]  27/6 44/4 46/4 104/11 152/14 152/16 152/19 177/14 183/6

applications [3]  43/16 44/10 183/9

applied [23]  27/2 29/21 39/11 48/8 65/17 81/14 82/1 82/3 84/15 86/2 91/16 104/12 104/14 104/24 104/24 112/25 113/21 119/5 120/10 155/5 179/24 180/1 180/4

applies [1]  91/24

apply [17]  21/22 21/23 27/2 38/22 38/24 44/2 44/5 44/23 45/1 45/4 45/7 45/17 48/15 52/9 81/7 91/19 177/13

applying [4]  25/22 27/3 92/1 142/9

appointed [1]  23/13

approaching [1]  183/16

appropriate [1]  83/1

approval [1]  102/9

approvals [1]  57/3

approve [3]  85/25 85/25 105/8

approved [6]  67/1 67/11 68/1 86/9 86/10 105/4

approves [3]  66/14 67/4 67/6

approving [1]  119/11

approximately [2]  12/12 12/21

April [2]  1/24 3/2

architect [1]  14/16

are [134]  3/4 3/5 6/18 11/3 11/5 17/3 17/9 17/10 21/5 21/7 21/8 21/24 23/13 25/1 26/2 26/12 27/5 28/3 28/16 30/20 30/23 31/1 39/21 39/22 46/17 48/4 50/16 50/19 50/20 50/22 50/24 51/2 51/3 51/17 51/22 52/3 53/15 55/23 56/10 57/22 58/8 59/25 60/1 61/8 61/15 62/14 63/25 64/22 65/1 65/3 65/10 65/15 65/16 65/21 66/17 68/13 68/15 68/16 68/16 70/14 72/16 72/25 73/3 88/9 88/10 89/15 89/17 91/3 95/15 96/12 96/18 98/13 100/16 102/14 103/13 103/14 105/22 106/9 108/1 108/4 110/17 110/19 110/20 110/23 111/1 111/7 115/25 118/3 118/4 118/16 119/1 122/19 129/21 133/20 134/1 134/18 134/19 134/20 134/20 134/21 137/4 143/7 143/17 143/17 143/18 144/22 144/22 144/23 148/6 148/9 148/9 149/3 149/4 149/19 160/15 161/4 162/11 162/13 163/21 164/3 167/15 167/17 167/19 167/25 169/5 172/4 172/25 173/4 174/5 185/22 189/2 190/16 191/11 191/23

area [7]  26/9 59/24 103/18 105/7 144/18 145/6 147/19

areas [2]  53/25 54/1

around [11]  40/9 40/20 45/7 67/17 88/11 100/24 115/23 116/15 132/11 132/13 149/10

arrange [1]  159/15

as [97]  3/3 3/4 5/2 5/3 5/22 12/8 25/8 27/6 33/4 37/23 39/12 39/19 40/18 41/5 41/8 41/15 43/2 45/13 51/16 53/12 53/15 61/4 61/10 63/13 63/15 68/22 68/23 76/17 79/10 82/20 83/19 84/5 87/16 89/18 92/1 95/9 96/2 96/6 96/7 96/8 96/10 99/17 99/19 100/20 100/20 101/18 105/20 105/21 108/2 111/13 112/7 113/16 116/15 116/19 117/25 117/25 118/5 118/10 118/15 119/5 119/16 121/3 121/14 122/10 122/10 124/8 126/14 134/15 134/15 140/24 142/8 148/14 151/20 151/25 152/4 152/22 152/24 155/12 155/12 158/15 158/20 161/21 161/22 161/23 161/25 166/24 177/6 177/6 180/18 182/7 185/18 191/10 192/8 192/9 192/20 194/19 194/20

ask [35]  6/7 36/10 56/1 57/24 80/17 92/25 93/11 94/5 117/8 119/22 125/11 125/14 126/10 126/20 161/5 171/1 171/20 171/23 172/7 172/14 173/16 174/16 174/19 174/21 175/1 176/16 177/19 177/24 178/14 179/25 180/8 181/1 181/4 184/15 190/2

asked [18]  26/21 26/24 29/10 125/15 125/21 125/24 148/25 158/8 166/5 171/17 172/13 174/15 174/24 178/13 178/22 181/13 181/23 186/16

asking [14]  6/23 17/9 17/10 17/12 21/5

**B**

Bach [1]  13/13

bachelor's [4]  11/11 11/14 120/16 120/20

back [24]  6/9 17/23 29/14 57/3 58/17 70/20 80/5 83/14 86/11 86/13 99/11 108/23 109/1 109/5 109/7 110/5 113/3 114/4 116/21 128/2 131/7 152/20 167/13 188/18

background [4]  11/3 11/9 17/25 82/7 BAILEY [16]  1/16 3/9 6/1 98/24 99/1 99/21 100/7 100/10 100/12 100/14 101/5 102/4 102/5 145/11 146/24 147/14

Bailey's [1]  105/3

barely [1]  161/18

Barnes [92]  34/20 34/21 38/10 38/11 41/3 41/3 41/4 41/12 42/7 42/20 74/23

**(right column, top)**

21/17 50/13 50/16 72/16 88/5 104/21 128/18 157/23 181/5

assault [1]  104/2

assessing [1]  27/5

assessment [4]  24/3 25/4 27/18 27/19

assessments [5]  26/3 26/13 28/13 28/15 28/16

assist [1]  118/24

assistance [14]  59/20 59/22 59/23 60/6 60/8 60/10 60/14 60/18 144/12 144/13 144/16 144/20 145/3 145/8

assistant [28]  7/21 8/1 10/14 10/15 13/25 14/2 14/3 14/9 16/8 16/9 18/21 35/4 84/17 110/24 112/8 116/9 117/13 117/19 120/15 121/2 121/3 121/15 121/17 149/17 159/12 189/11 189/12 189/17

assistant's [1]  120/8

assistants [5]  88/9 96/23 111/14 118/25 189/10

assists [1]  31/20

associate [6]  46/11 54/7 99/17 99/20 105/5 151/15

Associates [1]  2/8

association [1]  69/15

assume [2]  57/20 122/3

assuming [3]  104/23 115/13 138/12

asteiner [1]  3/14

attach [1]  136/10

attached [2]  108/9 173/10

attend [1]  56/15

attended [2]  21/14 71/3 71/7

attention [4]  68/12 69/23 70/1 140/25

attitudes [1]  134/19

attorney [3]  3/12 3/18 9/24 10/2

audio [12]  4/7 76/6 77/8 77/14 77/16 78/2 78/16 83/4 133/1 133/7 133/8 133/16

audios [1]  76/8

Austin [1]  15/19

authority [3]  66/12 99/21 164/15

auto [2]  19/22 19/23

automatically [2]  188/23 188/23

Automotive [3]  18/13 18/14 19/8

available [5]  140/17 152/17 184/20 187/23 189/3

Avenue [1]  2/9

average [2]  86/21 191/16

aware [8]  26/23 28/15 67/10 86/2 86/5 86/8 100/1 102/20

away [2]  108/14 186/10

**B**

Barnes... [81]  74/25 75/17 76/3 77/12 77/21 78/24 79/3 79/14 80/5 80/8 81/6 81/21 81/22 81/24 82/17 83/4 83/7 83/15 83/18 106/6 107/9 107/11 107/13 108/7 108/12 109/9 109/20 109/22 138/9 139/8 140/16 140/19 142/12 147/4 147/13 147/15 151/17 152/1 152/12 153/14 155/10 156/23 157/1 157/8 158/23 160/13 160/22 161/3 162/5 162/8 162/9 166/5 169/11 169/12 169/13 169/18 170/17 170/18 171/17 172/13 172/14 172/15 172/22 173/20 174/24 175/1 175/2 177/23 177/24 178/2 178/8 178/22 181/2 181/17 181/21 185/4 185/8 185/24 186/3 188/2 189/12

Barnes' [4]  42/24 83/2 175/11 189/25

based [6]  8/10 24/5 96/12 119/8 121/18 121/20

basic [1]  20/12

basically [8]  39/18 42/24 62/13 81/15 153/10 167/10 188/5 192/8

basing [1]  24/12

basis [1]  139/25

Bates [5]  154/10 159/23 166/19 169/6 182/16

BATTLE [71]  1/7 1/13 1/21 39/10 40/25 41/2 41/4 41/13 41/22 41/24 43/1 43/11 45/24 46/2 46/7 47/21 48/14 49/11 55/21 66/11 66/22 66/22 69/9 69/18 72/7 76/21 76/21 76/22 76/24 83/22 83/25 84/3 84/11 84/14 99/2 99/3 99/12 99/14 99/23 100/6 100/11 100/14 101/5 101/8 101/14 101/20 101/21 101/21 101/22 102/4 103/17 103/22 105/4 106/1 106/12 106/13 127/14 127/18 128/17 128/20 128/23 134/7 134/10 142/15 158/8 164/14 164/17 164/20 165/10 165/15 190/1

Battle's [9]  44/11 55/20 99/4 99/12 99/15 100/24 146/3 158/11 164/24

be [156]  5/21 7/4 9/17 10/20 17/5 25/1 25/5 25/19 25/22 25/23 26/19 26/21 32/2 33/7 33/17 36/22 37/10 37/14 38/18 40/4 41/5 46/12 52/3 52/5 52/7 53/8 54/15 57/7 57/8 57/10 57/12 57/14 57/19 60/5 60/7 60/13 60/17 60/19 61/18 62/8 63/1 63/4 65/16 65/25 67/1 69/22 69/25 71/20 71/23 72/7 72/9 72/10 76/16 78/12 82/15 83/3 85/15 88/18 89/16 89/17 89/25 90/1 90/15 90/24 91/5 91/12 91/21 92/20 93/14 93/24 94/4 94/7 96/21 98/9 98/11 98/18 98/20 98/22 106/22 107/2 108/15 108/17 110/10 111/13 115/8 115/15 117/3 117/11 118/17 119/2 119/20 120/14 122/16 122/18 122/23 123/7 123/14 123/14 123/21 124/22 124/25 125/1 125/5 125/8 125/19 127/5 127/10 133/14 134/13 139/1 139/6 140/2 141/20 142/9 143/9 143/16 143/22 143/25 145/19 145/25 146/16 147/5 147/12 147/18 148/21 150/10 151/19 151/25 152/14 152/15 152/19 153/16 155/4 156/2 156/17 160/3 161/6 166/5 168/3 168/5 174/11 178/15 180/14 185/1 186/12 186/15 187/18 188/1 190/23

beat [1]  99/9

became [4]  32/4 39/18 47/19 81/20

because [74]  6/20 9/17 13/1 14/5 24/8 26/5 35/9 37/16 37/24 42/14 43/11 43/16 43/17 44/3 44/10 44/16 47/18 48/2 51/16 52/10 69/10 69/15 74/13 74/18 75/10 77/25 83/16 86/15 87/6 87/14 89/12 89/15 90/6 92/13 93/8 95/17 97/7 97/11 97/15 97/23 103/23 108/20 112/23 113/17 114/17 114/23 119/20 121/17 127/6 127/16 128/16 128/21 128/25 129/16 130/2 130/16 134/23 135/18 136/22 143/14 147/10 147/15 148/25 157/16 159/6 162/7 162/8 165/23 166/9 167/17 170/19 174/14 180/4 187/4

become [1]  30/16

becomes [1]  126/5

been [107]  5/2 10/15 12/12 17/22 17/22 21/4 32/14 32/21 34/12 34/15 34/25 35/18 36/12 37/1 37/3 37/15 37/16 37/17 38/21 39/16 42/3 43/10 45/16 56/5 57/25 67/13 70/6 70/9 71/7 75/11 85/11 88/24 91/15 92/6 92/11 95/2 98/3 105/7 105/12 109/16 109/16 110/16 110/22 111/3 112/4 112/7 112/8 112/13 112/17 112/18 113/9 113/13 113/16 113/17 115/10 115/21 116/8 116/13 117/17 117/24 118/7 119/9 119/14 120/13 121/10 122/22 123/9 125/24 132/15 135/1 135/21 136/25 137/9 137/12 137/23 140/24 145/24 145/25 146/2 146/3 148/24 148/25 153/11 158/7 164/2 165/22 165/24 173/3 174/1 175/10 175/12 176/1 176/11 176/20 177/8 178/7 179/6 180/16 180/21 181/3 181/13 181/21 186/17 186/18 186/20 187/10 195/7

before [27]  5/18 29/20 32/4 32/11 32/17 34/19 34/21 34/23 38/15 41/17 42/7 56/3 65/19 66/8 82/12 109/15 151/17 153/2 154/11 159/24 169/7 178/13 182/18 183/10 187/6 187/20 191/4

beginning [2]  65/9 70/17

begins [1]  182/24

behalf [3]  87/17 87/19 87/24

behold [1]  29/19

being [47]  8/17 9/22 33/14 33/17 38/17 41/10 54/18 60/25 61/16 62/15 64/12 64/15 65/13 66/13 70/3 70/13 70/14 71/13 72/15 72/25 74/12 74/16 74/17 78/25 79/8 79/17 82/21 83/10 83/16 87/4 88/1 101/20 101/21 121/8 130/1 130/7 135/25 144/1 151/11 151/16 153/15 156/7 156/8 161/1 184/14 185/8 188/24

believe [43]  6/19 13/20 42/4 43/11 48/11 53/19 55/9 56/17 70/6 73/15 81/13 83/9 83/13 84/13 86/5 89/13 97/2 102/2 103/4 103/6 104/18 106/9 107/9 111/14 113/8 117/22 118/2 121/12 127/9 127/19 132/17 133/9 139/8 140/6 154/24 155/9 158/4 161/8 166/20 176/19 178/17 190/3 190/10

believed [1]  160/23

believes [1]  118/19

Bellamy [1]  46/23

Belmont [1]  73/6

below [2]  90/1 194/21

besides [2]  102/24 152/2

best [13]  6/11 53/23 60/21 63/20 101/15 110/14 151/2 168/3 174/14 176/10 178/4 179/4 194/10

better [3]  130/11 152/8 179/25

between [7]  40/7 59/15 89/24 112/19 113/25 153/15 154/14

big [2]  135/25 191/11

Bill [2]  19/1 23/25

billing [1]  20/15

bit [8]  11/2 17/24 71/19 125/20 144/6 151/13 152/20 155/21

blocked [1]  9/10

blond [1]  10/1

board [82]  13/11 13/19 14/22 16/1 16/5 19/16 19/17 19/18 27/3 31/17 31/17 31/19 63/9 67/2 67/4 67/6 67/12 68/1 68/8 73/8 73/10 73/13 101/9 101/12 101/15 101/18 194/19

boss [1]  133/22

both [4]  42/16 49/10 73/16 175/7

bottom [3]  169/11 191/23 192/2

bought [1]  19/23

boundary [1]  53/3

Box [2]  3/19 3/24

Braden [5]  103/7 103/8 103/23 131/12 131/16

breach [1]  8/8

break [7]  6/11 6/12 56/7 56/8 109/25 110/1 150/13

Bredesen [2]  23/12 23/15

Brentwood [1]  20/9

Brief [2]  56/8 150/13

briefly [1]  110/13

Briggs [3]  2/8 24/23 26/18

bring [1]  41/15

Brook [2]  27/12 83/4

Brooks [1]  3/22

brooks.fox [1]  3/25

brother [2]  99/4 99/12 101/6

brought [7]  33/19 69/22 69/25 71/20 73/10 140/25 148/3

Bryant [1]  159/7

budget [24]  38/19 38/21 50/3 55/6 55/19 55/21 55/25 58/7 67/5 67/7 67/14 68/14 68/16 74/7 86/23 96/23 106/8 106/10 126/7 144/25 148/9 148/12 190/13 191/8

budgeted [1]  190/24

budgeting [3]  148/3 148/11 148/13

budgets [1]  33/14

build [1]  43/21

building [3]  18/19 156/10 156/11

built [1]  33/14

bunch [3]  6/8 101/10 190/10

Buntin [1]  3/11

Burnette [3]  64/14 64/21 64/22

burning [1]  155/20

Burt [1]  13/13

bus [1]  148/19

business [5]  32/24 33/4 33/9 128/6 134/14

businesses [1]  52/11

**C**

cabinet [11]  39/22 39/23 46/10 46/12 46/14 46/15 54/18 54/18 55/12 70/5 70/6

calculate [3]  111/10 113/4 116/10

C

calculating [2]  111/7 112/24
calculations [1]  119/8
calendar [2]  33/9 56/25
calendars [1]  181/11
call [28]  31/3 33/12 42/1 51/12 53/18
55/9 62/10 62/11 63/23 75/16 75/17
75/19 75/22 75/23 76/1 78/6 78/6 81/5
86/21 109/5 111/1 111/15 136/6 145/6
146/3 148/18 186/12 190/6
called [20]  5/2 11/17 20/5 22/18 24/9
29/10 29/14 41/22 45/24 46/8 55/8
62/12 82/16 90/19 108/8 139/5 142/16
142/18 151/17 190/7
calls [4]  44/16 62/19 62/20 64/3
came [9]  12/5 12/8 33/20 42/8 48/20
79/8 147/20 155/4 187/4
camera [1]  78/11
can [75]  9/20 21/13 25/7 26/5 26/7
26/7 43/7 44/23 45/1 45/3 45/7 47/6
57/10 57/11 57/14 57/19 60/8 62/23
63/9 66/4 70/3 77/3 82/25 83/2 85/16
90/3 90/7 91/11 92/2 101/4 101/16
104/22 107/16 108/3 109/4 109/24
110/4 110/15 115/14 116/21 116/22
125/4 125/23 126/9 129/24 130/10
130/17 130/23 137/20 143/9 148/5
148/8 149/2 153/24 154/5 156/10
156/11 163/3 163/7 165/16 171/9
175/19 175/22 180/11 182/12 186/12
186/12 188/12 188/22 188/25
189/4 189/19 189/20 190/19
can't [20]  25/12 40/4 52/10 71/14 74/9
87/14 91/1 95/16 101/10 123/11
142/13 147/18 156/11 156/12 161/3
162/6 163/11 189/18 189/21 190/4
candidate [2]  106/25 160/25
candidates [6]  45/4 48/12 107/5 138/2
158/24 172/18
cannot [12]  9/15 63/21 69/14 89/25
90/1 97/23 127/5 127/10 127/16
135/12 142/17 163/6
capacities [1]  18/16
capacity [1]  7/24
caption [1]  3/3
care [4]  156/14
career [1]  19/14
careers [1]  110/7
carefully [1]  93/12
Cares [1]  51/14
case [24]  1/7 7/10 7/12 7/14 7/19 7/20
8/5 8/6 8/7 8/9 8/20 8/21 36/3 36/5
82/24 92/18 104/4 131/23 150/17
164/21 170/12 170/13 171/8 194/16
cases [1]  9/4
Castner [1]  18/18
casual [1]  157/13
catch [1]  10/21
categories [2]  171/21 171/22
category [4]  172/6 174/22 174/22
178/22
CATHEY [17]  1/17 3/16 6/6 150/17
150/17 150/24 163/8 163/13 163/24
164/7 164/13 164/18 167/1 170/23
171/10 179/5 183/10
Cathey's [7]  169/14 169/16 170/14
171/2 172/12 174/1 184/17
caused [1]  153/21
cc'd [1]  160/13
center [5]  31/2 167/18 167/22 167/23
183/25
central [16]  50/22 51/1 51/7 51/21 53/7
54/3 105/10 105/23 143/15 148/17
148/22 148/25 149/7 149/13 149/15
191/1
certain [6]  33/13 52/4 54/22 55/14
157/19 191/1
certainly [1]  61/6 105/20
certificate [2]  3/4 146/15
certificated [21]  61/11 61/14 92/23
113/2 113/3 113/21 118/5 123/4 123/5
138/21 138/25 139/4 139/4 139/11
139/12 140/5 140/8 149/3 149/8
149/10 149/10
certification [2]  63/16 194/1
certified [1]  114/12
certify [4]  194/8 194/13 194/18 195/4
Chad [21]  142/5 142/8 142/20 142/22
160/3 161/9 162/4 162/14 162/21
163/3 163/7 163/22 164/3 164/12
165/19 166/8 166/12 179/25 180/2
185/21 187/8
chance [9]  100/18 105/2 150/5 150/6
151/23 154/4 159/20 168/25 182/13
chancellor [7]  14/1 14/2 14/3 14/7 14/9
14/10 16/9
chancellor's [1]  16/7
chancery [2]  9/5 9/6
change [9]  19/2 22/24 25/6 28/18 38/1
57/17 105/21 105/21 153/8
changed [4]  29/17 32/24 36/22 43/8
changes [4]  57/12 57/15 57/18 195/5
characterize [1]  79/10
charge [9]  30/20 30/23 30/24 31/11
31/13 71/20 71/22 72/6 119/11
charged [2]  8/17 36/13
charges [1]  63/1
chart [4]  47/2 153/4 153/13 153/16
charts [3]  56/11 56/13 153/7
chief [24]  29/23 34/13 34/17 38/11
38/12 40/4 41/6 41/9 41/15 46/20
46/21 46/22 46/22 46/23 46/24 46/25
47/11 47/12 47/13 47/19 48/23 48/24
49/5 49/10 49/12 49/13 49/16 49/17
51/18 52/22 53/24 54/21 54/24 54/24
55/9 55/10 59/16 72/4 72/7 72/8 72/24
136/24
chiefs [2]  46/15 49/23
child [11]  71/2 71/5 71/6 71/9 71/15
71/17 75/10 75/11 77/2 83/17 97/17
children [2]  15/9 15/12
choice [16]  54/13 54/14 54/16 54/16
70/24 71/12 89/10 94/23 95/13 95/14
96/2 111/19 111/22 113/7 127/2
142/15
choose [1]  188/25
chooses [1]  43/11
choosing [1]  54/15
chosen [5]  96/13 158/24 158/24 162/1
164/12
Chris [23]  34/20 34/21 38/10 38/11
42/19 42/24 46/21 49/14 55/24 76/3
77/12 78/24 79/3 81/21 81/24 82/17
83/2 83/7 140/16 140/19 160/13 185/8
185/24
circumstances [3]  60/23 96/18 96/20
citizen [1]  45/7
Civil [1]  3/3
claim [10]  8/13 8/15 35/21 71/25 87/21
87/22 87/25 97/11 127/7 137/8
claiming [3]  79/4 83/9 132/15
claims [1]  32/1
clarify [2]  27/17 148/8
class [1]  71/6
classroom [1]  118/22
Clay [4]  41/22 45/24 46/22 142/12
clear [2]  102/3 175/15
clearer [1]  10/24
client [1]  118/18
clients [3]  20/13 20/14 20/19
close [4]  12/25 98/5 151/7 151/8
closed [2]  12/24 186/17
closest [13]  89/18 90/24 91/5 91/13
91/22 92/4 92/15 92/20 93/2 93/14
93/25 94/8 94/16
cloud [1]  173/14
clusters [1]  99/24
coach [10]  99/2 99/3 99/5 99/12 101/8
101/14 101/21 101/22 102/3 105/4
COLA [1]  40/16
Colewell [1]  189/15
colleagues [3]  150/20 151/7 151/9
collect [1]  79/19
collected [1]  178/8
college [4]  11/10 16/4 18/1 115/6
Columbia [3]  16/3 17/25 18/7
column [1]  114/25
combined [1]  118/5
come [22]  11/7 17/23 28/23 29/8 29/18
44/10 51/22 62/16 68/6 116/16 127/23
127/24 133/18 133/19 134/16 134/17
134/23 134/24 134/25 136/6 167/6
176/22
comes [3]  25/11 180/10 190/12
coming [9]  8/25 9/2 22/1 41/5 41/8
79/12 84/10 107/19 152/19
comment [3]  129/25 164/17 164/20
comments [2]  130/6 164/25
commissioner [9]  10/9 10/14 16/8
22/15 23/3 23/7 23/8 35/4 35/24
commissioners [1]  23/13
committees [1]  39/24
common [1]  69/7
commonly [2]  190/25 191/2
communicate [1]  170/7
communications [2]  98/23 170/2
community [4]  16/4 18/1 105/6 143/17
companies [3]  26/2 26/8 26/13
company [5]  18/15 19/18 20/5 20/16
23/1
compensation [4]  31/3 31/4 89/22
89/23
complain [2]  76/13 141/14
complained [11]  97/15 104/2 128/16
128/21 131/16 131/19 131/21 131/23
131/25 132/4 135/15
complaining [2]  130/7 136/20
complaint [17]  35/14 72/23 74/1 74/5
74/13 75/3 75/12 76/16 79/18 79/22
80/6 80/9 80/23 83/11 128/25 130/16
131/2
complaints [10]  73/3 74/18 77/1 100/9
100/13 100/19 100/21 103/22 130/12
132/5
complete [1]  155/13
completed [1]  181/1
completely [2]  49/24 145/20
completing [1]  167/8
computer [2]  184/6 185/1
computers [1]  173/24

**C**

concentration [1]  11/18
concept [2]  27/12 66/8
concerned [2]  119/19 134/11
concluded [1]  162/22
conducted [1]  17/4
conference [2]  75/17 77/20
confines [1]  151/10
confused [1]  37/10
confuses [1]  44/14
confusion [2]  156/4 156/16
connection [2]  69/11 130/13
connections [2]  14/21 15/1
considerations [1]  66/2
considered [4]  25/23 26/18 89/9 119/3
consistent [1]  165/24
constantly [1]  128/11
constructed [1]  110/18
consulting [2]  20/5 23/1
contact [5]  7/20 40/25 80/17 95/22
155/12
contacted [5]  49/1 121/6 121/13 122/4
142/6
contained [4]  173/17 175/12 177/14
178/7 178/16 184/17 184/19
content [1]  118/22
context [3]  28/16 128/15 154/5
continually [1]  129/16
continue [1]  152/24
continued [2]  76/20 155/9
continues [1]  129/25
contract [9]  8/8 15/3 60/25 63/21 64/1
64/23 145/11 145/15 145/22
contradict [1]  118/20
convergent [1]  33/14
conversation [20]  59/15 68/21 71/14
74/10 76/4 78/2 78/4 79/9 79/11 81/10
82/12 86/11 86/13 97/3 127/25 128/1
128/2 157/6 157/13 157/22
conversations [3]  79/14 132/21 153/2
convey [5]  74/11 129/15 129/23 130/14
134/11
COO [1]  49/20
Cook [1]  19/1
coordinator [1]  18/2
copied [1]  136/4
copy [4]  118/7 124/22 136/2 190/14
core [1]  143/15
corralling [1]  168/4
correct [164]  5/15 6/19 7/3 7/4 7/8 8/14
11/25 12/3 12/12 30/9 35/22 36/3 38/6
38/14 42/12 42/14 42/17 43/16 45/8
45/15 45/23 47/13 48/4 49/15 49/25
50/6 53/22 53/25 54/3 55/6 56/18
56/20 58/23 60/6 60/21 62/1 62/2 62/4
62/5 63/2 63/5 63/11 63/16 63/19
63/22 64/1 64/10 64/17 64/19 66/20
71/21 75/14 79/1 79/22 80/7 81/16
85/25 90/20 91/9 98/20 102/10 102/25
103/1 103/8 105/13 105/14 105/18
106/17 107/16 109/13 109/17 110/16
111/4 111/5 112/1 112/5 112/11
112/14 112/15 112/19 113/7 113/10
113/13 113/17 115/9 115/11 118/1
121/23 122/6 127/2 128/22 131/4
131/20 136/20 137/14 138/2 138/3
144/8 144/18 145/3 146/4 146/7
146/17 146/18 146/19 147/6 147/10
147/21 147/25 149/13 155/16 160/6
160/9 160/17 160/22 161/4 165/15
166/10 166/11 166/15 168/19 169/19
169/22 169/24 170/10 171/4 172/2
173/14 173/15 174/10 174/12 174/15
175/17 175/20 175/23 176/1 176/8
176/12 177/8 177/9 178/7 179/7
179/20 179/21 180/13 182/1 182/25
183/7 183/11 183/16 183/20 184/12
185/10 187/2 187/6 187/11 187/12
188/13 191/14 191/19 191/24 192/3
192/6 192/12
correctly [3]  43/24 119/2 140/13
cost [3]  191/13 191/16 192/5
costing [2]  51/12 51/12
could [6]  5/5 9/19 24/10 25/6 37/10
37/11 38/18 53/8 53/14 56/3 77/1 78/4
78/8 78/10 81/7 87/5 88/23 92/11
93/24 94/4 94/7 100/25 119/2 124/3
125/21 126/17 126/17 126/24 130/5
130/20 134/15 145/19 145/25 146/16
147/5 147/13 150/11 152/4 159/15
159/17 161/5 161/18 166/5 173/11
186/15 187/10
couldn't [8]  25/15 69/20 100/3 126/25
147/10 148/20 160/19 161/6
counsel [7]  3/1 41/16 43/2 43/3 128/7
168/10 194/14
counseling [1]  129/10
counselor [1]  191/17
counselors [1]  191/15
count [2]  46/20 149/21
counted [1]  111/13
counting [1]  47/1
COUNTY [5]  1/7 1/13 1/20 9/6 194/3
couple [1]  56/1
course [2]  46/1 58/1
court [11]  1/1 9/3 9/5 9/14 36/8 82/25
118/6 127/2 194/6 194/19 194/20
Courthouse [1]  3/23
cover [1]  126/7
covered [1]  151/11
coworker [1]  151/11
Craighead [1]  18/19
Crawford [2]  131/23 132/2
create [4]  25/13 168/12 168/16 188/22
created [7]  47/15 108/7 108/22 167/19
168/9 175/22 186/14
creating [1]  153/10
credentials [1]  82/6
Creek [3]  98/25 99/22 99/25
crime [1]  36/13
cross [1]  107/10
crotch [1]  131/25
crying [1]  78/14
current [18]  30/14 36/20 38/4 46/15
90/25 91/5 91/13 91/23 92/4 92/15
92/21 93/3 93/15 93/25 94/8 94/16
94/22 113/4
currently [3]  39/14 46/14 154/19
curriculum [1]  47/4
customers [1]  20/18
CV [1]  1/5

**D**

daily [4]  139/17 139/19 139/22 139/25
DAMON [7]  1/17 3/16 6/6 150/16
150/25 163/8 164/13
Darlene [2]  182/25 183/15
data [8]  103/15 108/14 149/24 167/22
175/19 175/25 177/5 177/10
date [1]  57/2 57/3 57/3 88/5 100/4

dates [4]  32/20 33/16 171/25 172/18
David [4]  19/5 47/2 138/18 160/12
DAVIDSON [5]  1/7 1/13 1/20 9/6 194/3
day [19]  25/6 34/6 42/2 79/24 118/23
128/1 132/24 140/20 149/9 151/17
153/2 155/21 160/4 169/18 169/21
183/10 184/3 184/3 189/24
days [10]  20/2 20/2 171/3 186/18
186/24 187/19 187/21 187/25 191/18
191/20
deadline [1]  65/15
deal [3]  83/19 103/14 104/7
dealing [1]  139/1
dealings [4]  98/23 101/3 141/22 165/14
dealt [1]  103/2
Deborah [11]  10/6 10/16 22/14 23/10
23/11 23/16 28/24 29/10 34/24 35/25
36/1
Deborah's [1]  29/7
decide [1]  96/18
decides [1]  62/3
decision [12]  8/4 49/11 50/8 63/10 65/3
65/21 84/21 102/6 105/10 128/6 135/4
158/12
decisions [4]  25/4 66/23 106/12 164/15
default [2]  189/7 189/8
Defendants [4]  1/8 1/14 1/22 3/22
defended [1]  10/2
defined [2]  61/10 149/1
definitely [2]  135/20 136/21
definition [1]  54/15
definitively [1]  78/13
degree [13]  11/10 11/11 11/12 11/14
11/24 24/23 96/11 114/18 115/4
120/16 120/18 120/21 120/22
degrees [2]  96/12 120/14
delay [2]  153/15 153/21
deleted [5]  186/18 186/20 186/24
187/19 188/1
deliberately [1]  189/20
Demand [1]  1/5
demotion [2]  116/8 116/8
department [27]  3/23 8/21 22/17 22/18
22/19 30/23 64/15 64/17 68/7 68/14
80/22 85/5 85/20 96/17 121/10 125/25
148/14 154/25 168/4 168/11 168/13
170/2 170/8 170/16 189/1 189/3 191/5
depend [1]  96/11
Depending [1]  92/10
DEPONENT [1]  193/1
deposed [2]  5/3 7/19
deposition [12]  1/24 3/1 3/4 6/16 6/21
6/22 6/24 9/13 35/21 124/23 194/8
195/4
depositions [2]  6/25 35/19
Describe [1]  162/3
described [9]  172/7 172/11 174/22
177/18 177/22 177/25 179/10 180/17
184/11
describing [1]  26/12
description [1]  120/24
descriptions [1]  31/5
design [1]  15/7
designed [2]  27/20 27/22
determination [1]  168/2
determine [6]  26/14 27/23 44/17 114/4
114/8 122/14
develop [1]  56/24
developed [1]  56/16

**D**

development [2]  24/5 24/13
diary [1]  132/23
did [366]
didn't [30]  12/25 33/22 33/23 44/4 44/9
76/22 82/3 83/17 84/5 84/6 84/9 93/19
97/7 100/21 103/2 104/25 107/4
107/23 108/2 108/19 125/9 129/7
134/9 137/14 149/12 162/14 164/1
165/22 165/23 166/4
died [1]  184/6
differ [1]  119/7
difference [6]  40/11 113/23 117/15
117/16 122/22 123/20
different [28]  20/13 24/12 27/15 28/6
28/7 53/25 54/1 59/9 61/17 61/20
61/22 62/10 62/12 63/23 63/25 92/23
93/1 118/16 122/2 126/8 130/4 135/9
144/22 149/2 157/11 163/11 165/9
166/13
differently [2]  149/1 163/10
difficult [2]  147/22 152/6
difficulty [4]  141/15 145/5 145/6 145/7
digit [1]  143/13
diploma [1]  120/20
direct [2]  13/12 80/21
direction [2]  9/17 145/14
directly [4]  139/1 176/6 185/8 185/10
director [66]  30/4 32/8 32/18 32/25
33/2 36/23 36/24 37/2 37/4 37/6 37/10
37/20 39/12 39/17 39/20 40/7 40/18
53/19 59/15 59/16 60/2 60/8 60/12
70/23 71/12 72/4 72/12 72/19 72/24
89/9 89/13 94/23 95/2 95/12 95/13
96/2 98/8 102/15 102/15 111/23 113/6
121/10 139/3 139/21 142/2 152/18
152/22 155/2 155/5 155/11 156/20
156/24 157/3 157/10 158/1 159/1
159/12 160/17 161/14 165/21 167/3
169/15 180/1 180/22 183/5 185/5
director's [2]  139/15 179/17
directors [11]  54/10 58/8 67/20 95/15
105/20 106/16 137/13 143/16 152/10
152/24 154/18
directory [3]  108/9 108/13 186/4
Disabilities [1]  21/1
disable [1]  108/23
disabled [2]  108/13 109/16
disagreed [1]  35/9
disappeared [1]  188/8
disciplinary [8]  62/24 101/11 144/5
144/10 144/12 144/21 144/21 144/22
discipline [1]  31/7
disconnect [1]  188/9
discovered [1]  106/23
discrimination [9]  8/5 8/7 8/13 8/15
20/23 31/13 31/19 32/1 71/22
discuss [5]  32/1 97/1 158/23 162/21
162/25
discussed [4]  28/19 35/19 47/21 178/2
discussing [1]  28/16
discussion [3]  81/11 100/6 103/21
discussions [3]  70/9 104/9 157/9
displaced [1]  62/15
displacement [2]  90/23 91/21
Displacements [1]  90/19
dispute [1]  97/20
district [14]  1/1 1/1 43/13 57/14 79/15
87/7 87/15 87/18 87/21 87/23 119/1
121/20 122/20 186/25

divide [4]  115/24 116/3 116/16 191/16
dividing [1]  115/18
division [9]  1/2 24/21 31/10 31/20 40/3
40/4 44/15 49/13 106/3
divisions [4]  30/24 31/1 32/23 52/25
divvy [1]  170/3
do [296]
document [21]  82/19 90/8 95/8 118/9
124/7 154/11 154/13 158/19 159/23
159/24 160/1 166/23 169/5 169/7
169/9 182/6 182/11 182/18 182/20
185/17 192/19
documentation [8]  17/11 17/13 57/11
57/20 57/24 58/2 59/4 174/6
documented [1]  24/16
documents [17]  17/15 170/10 171/21
172/6 174/18 174/21 176/15 177/18
178/23 180/6 180/8 184/16 187/20
186/8 188/18 189/2 189/19
DOE [72]  1/3 3/10 4/10 5/23 5/23
70/16 73/23 73/25 74/16 76/12 77/15
77/21 78/4 78/11 78/22 79/4 79/17
80/18 80/21 81/2 81/6 81/25 83/9
83/21 84/11 86/2 86/15 87/5 87/17
88/16 89/8 91/9 92/3 92/13 93/14
93/20 94/14 95/16 95/20 97/23 98/1
104/11 104/17 112/3 117/8 118/18
119/4 119/12 119/16 121/1 121/6
124/4 125/1 125/7 125/18 126/10
127/5 127/10 127/16 127/21 127/25
128/20 129/24 130/5 130/11 132/21
132/24 134/5 135/5 135/6 150/2 190/3
Doe's [4]  122/5 127/2 133/11 136/15
does [65]  14/15 14/19 15/6 15/18 15/23
16/23 17/14 20/25 22/25 24/23 25/14
27/10 28/4 28/12 28/13 30/20 30/22
31/6 42/22 44/21 44/25 52/23 55/1
58/2 59/7 59/13 65/8 66/15 77/13 78/1
88/14 90/14 90/22 91/4 91/18 94/25
98/8 98/11 98/12 100/2 106/20 114/24
115/9 116/17 117/25 141/20 143/5
151/1 151/5 158/14 158/14 163/22
165/3 165/3 165/8 165/10 176/25
177/2 177/4 177/5 190/16 190/20
191/5 191/25 192/4
doesn't [6]  43/15 133/24 134/8 134/10
140/1 143/21
doing [13]  27/9 29/11 29/13 39/19
39/21 76/22 124/17 126/23 153/6
154/22 156/2 156/21 178/19
dollar [1]  150/5
don't [133]  6/8 10/20 16/18 26/6 26/11
29/13 40/23 43/10 45/20 46/13 46/25
48/7 48/16 49/4 50/10 52/15 52/15
54/16 55/13 59/19 60/7 60/9 61/3 62/4
66/2 66/6 68/5 69/3 69/5 69/8 73/18
73/21 75/21 75/23 75/25 76/5 76/18
76/18 80/1 80/20 81/22 82/4 82/11
84/13 85/18 85/25 86/10 87/23 90/5
94/19 95/19 95/24 96/7 98/4 98/16
100/22 101/1 102/14 102/19 103/19
103/25 104/7 104/19 105/19 109/3
109/8 112/23 114/17 114/17 120/4
120/25 122/12 122/20 124/2 124/14
124/14 124/15 124/16 124/17 124/19
126/24 127/9 127/19 127/24 129/8
130/24 132/2 132/19 133/18 134/3
134/3 134/17 135/8 135/13 137/4
137/10 137/12 141/5 141/16 142/23
144/19 148/1 149/14 149/15 149/22

151/3 152/6 156/19 157/21 161/14
161/16 161/20 162/2 162/22 164/14
171/12 172/5 172/22 174/6 174/13
175/5 178/11 178/17 178/19 179/1
179/15 181/5 187/13 188/6 188/15
189/11 190/19 192/24
done [13]  32/20 34/12 68/20 80/15
118/7 120/6 120/9 120/11 130/7 135/1
135/10 144/1 188/3
dosage [1]  53/18
double [1]  143/13
doubt [1]  159/4
down [14]  9/15 65/11 90/15 110/20
115/18 129/12 130/2 130/9 130/21
130/23 154/4 186/8 191/22 192/1
DR [144]  1/7 1/9 1/13 1/16 1/16 1/17
1/21 3/9 3/9 3/10 3/16 6/2 6/2 6/6
37/16 37/24 39/10 40/25 41/2 41/3
41/4 41/13 41/22 41/24 42/7 43/1
43/11 44/10 45/24 46/2 46/7 47/21
48/14 49/11 55/20 55/21 58/19 58/20
64/14 64/21 64/22 66/11 66/22 66/22
67/21 67/25 68/19 68/22 69/1 69/9
69/11 69/11 69/18 72/7 76/21 76/21
76/22 76/24 77/12 83/21 83/25 84/3
84/11 84/13 98/24 99/1 99/4 99/12
99/14 99/15 99/21 99/23 100/6 100/10
100/14 100/24 101/5 101/20 101/20
102/4 102/5 102/24 103/17 103/21
105/3 105/5 106/1 106/12 106/13
109/9 127/14 127/18 128/17 128/20
128/23 134/7 134/10 138/13 139/8
141/24 142/15 145/12 146/3 147/15
157/10 150/24 154/14 154/21 158/7
158/11 160/18 163/13 163/24 164/6
164/14 164/17 164/18 164/20 164/24
165/9 165/14 167/1 169/11 169/12
169/13 169/16 170/13 170/23 171/2
171/10 172/11 174/1 177/24 178/2
178/8 178/22 179/5 181/16 181/17
183/10 184/17 185/3 189/12 190/1
Dr. [81]  6/1 13/13 13/15 30/5 41/3 41/3
41/12 47/19 48/3 48/3 74/23 74/25
75/17 77/21 79/14 80/8 81/22 83/15
83/18 100/7 100/10 100/12 100/14
100/20 101/5 103/7 103/8 106/6 107/9
107/13 108/7 108/12 109/20 109/22
138/9 142/12 145/11 146/24 147/4
147/13 147/14 151/17 152/1 152/12
153/14 154/16 154/17 155/8 155/10
156/23 157/1 157/8 158/23 160/22
161/3 162/5 162/8 162/9 166/5 169/13
169/18 170/18 171/17 172/13 172/14
172/15 172/22 173/20 174/24 175/1
175/2 175/11 177/23 181/2 181/16
181/16 181/16 181/21 186/3 188/2
189/25
Dr. Bailey [8]  100/7 100/10 100/12
100/14 101/5 145/11 146/24 147/14
Dr. Barnes [55]  41/3 41/3 41/12 74/23
74/25 75/17 77/21 79/14 80/8 81/22
83/15 83/18 106/6 107/9 107/13 108/7
108/12 109/20 109/22 138/9 142/12
147/4 147/13 151/17 152/1 152/12
153/14 155/10 156/23 157/1 157/8
158/23 160/22 161/3 162/5 162/8
162/9 166/5 169/13 169/18 170/18
171/17 172/13 172/14 172/15 172/22
173/20 174/24 175/1 175/2 177/23
181/2 181/21 186/3 188/2

**D**

Dr. Barnes' [2]  175/11 189/25
Dr. Braden [2]  103/7 103/8
Dr. Burt [1]  13/13
Dr. Everson-Tuggle [3]  154/16 154/17 155/8
Dr. Howell [1]  13/15
Dr. James [1]  6/1
Dr. Joseph [2]  30/5 100/20
Dr. Majors [1]  48/3
Dr. Norris [1]  181/16
Dr. Springer [2]  47/19 48/3
Dr. Stark [1]  181/16
Dr. William [1]  181/16
draft [3]  34/8 153/12 168/12
drafting [1]  153/3
draws [1]  56/11
drive [19]  173/10 173/14 173/18 175/11 186/23 187/23 188/5 188/11 188/11 188/12 188/14 188/24 188/25 189/2 189/2 189/6 189/17 189/18 189/21
drivers [1]  148/19
duly [2]  5/2 194/18
during [3]  52/13 58/7 65/18
duties [12]  13/4 16/6 16/10 18/4 18/9 18/22 49/19 85/9 118/15 121/23 122/2 140/4
duty [3]  71/25 72/2 72/15

**E**

e-mail [29]  4/12 4/13 4/14 4/15 71/15 74/10 135/21 136/1 154/14 155/7 159/22 160/5 160/21 166/19 166/19 169/10 169/11 169/12 169/13 169/16 171/2 171/14 183/13 183/19 184/11 184/12 184/25 185/9 186/6
e-mailed [3]  178/18 190/3 190/7
e-mails [6]  181/10 181/13 181/19 181/20 181/24 182/21
each [1]  181/14
earlier [3]  131/9 150/15 151/14
early [4]  155/11 156/24 166/2 187/3
earned [1]  86/16
easier [4]  10/24 90/7 107/2 150/10
EDS [1]  115/10
Education [1]  154/25
educational [2]  11/9 82/7
EEOC [1]  16/13
Effective [1]  90/12
efficiencies [2]  105/21 106/2
efficiently [1]  79/15
effort [1]  93/13
eight [1]  180/17
either [8]  17/12 62/16 85/24 142/12 148/13 148/14 167/11 181/21
electronic [2]  162/9 173/7
eliminate [1]  68/8
eliminated [9]  19/16 67/11 67/16 67/25 71/13 74/6 74/18 89/17 151/16
elimination [4]  66/25 68/19 98/20 127/22
eliminations [1]  67/1
Elisa [3]  47/7 138/9 160/11
Ellen [5]  31/12 31/24 31/25 72/12 81/1
else [31]  17/17 17/20 21/3 21/13 21/25 30/2 38/24 40/1 47/6 48/8 54/17 66/10 82/14 86/17 108/16 119/21 127/15 127/19 136/13 148/19 152/18 161/22 171/23 172/8 174/19 176/16 177/19 180/8 181/4 181/5 184/18

else's [1]  166/9
employed [1]  98/13
employee [45]  17/16 31/2 31/10 31/20 44/3 44/4 57/8 61/18 61/22 70/2 72/5 72/5 72/13 72/22 72/24 72/25 81/1 89/21 89/24 90/10 90/16 90/23 91/7 91/8 91/24 92/19 103/15 103/15 104/7 110/10 114/13 133/24 144/18 149/24 154/24 167/17 167/18 167/19 167/20 167/22 167/22 167/23 167/23 168/14 194/14
employee's [1]  167/25
employees [25]  4/9 13/6 24/4 25/1 25/21 34/5 51/25 58/9 98/10 111/15 116/11 119/25 135/14 139/11 143/17 148/22 149/3 149/4 149/11 149/12 167/21 168/15 188/3 188/20 189/3
employment [13]  7/14 8/6 21/12 21/14 21/15 21/20 20/5 26/3 27/6 136/7 136/12 136/17 150/22
encompasses [2]  31/4 148/19
end [13]  13/1 13/14 27/15 77/25 78/1 88/19 136/7 136/12 136/17 170/7 170/8 186/24 187/25
end-employment [3]  136/7 136/12 136/17
ended [1]  159/8
enforcement [3]  31/21 31/21
engaged [1]  69/16
engaging [2]  83/22 84/3
English [1]  11/15
enough [3]  74/15 78/24 126/7
enrollments [2]  65/10 65/11
ensure [2]  52/18 68/15
ensuring [2]  33/10 119/1
entailed [1]  158/6
enter [3]  51/17 145/2 175/19
enters [1]  136/8
entire [1]  178/3
entirely [1]  104/5 178/17 180/3
entitled [1]  46/8
equal [1]  21/12
equally [1]  27/2
equitable [1]  28/5
equity [1]  86/21
error [1]  68/7
ES [1]  191/12
essentially [1]  128/5
ESSER [22]  50/5 50/9 50/12 50/19 50/21 51/5 51/8 51/14 51/19 51/23 51/25 52/3 52/4 52/13 53/8 53/11 53/20 53/22 54/19 54/22 55/11 55/15
established [1]  160/15
ethical [1]  23/5
Euna [1]  132/18
evaluates [2]  27/13 27/14
evaluators [1]  27/11
even [9]  9/16 43/14 44/3 44/14 62/7 83/17 93/4 138/1 139/19
ever [17]  34/25 35/18 36/8 38/15 68/17 68/18 69/9 80/17 84/13 103/25 127/9 127/12 127/14 127/21 141/14 164/17 164/20
Everson [5]  154/15 154/16 154/17 154/21 155/8
Everson-Tuggle [2]  154/15 154/21
every [16]  10/21 19/18 32/24 43/12 45/6 67/5 67/7 68/14 101/18 105/17 105/19 125/25 128/2 148/11 148/25 184/3

everybody [6]  36/11 78/10 119/21 163/10 163/10 190/11
everyone [12]  10/24 27/3 27/9 28/4 57/1 107/2 107/15 107/16 131/15 138/5 162/10 164/3
everything [12]  16/11 66/9 104/15 107/1 107/16 108/17 148/19 186/5 186/7 186/18 187/18 188/22
evidenced [1]  194/20
exact [2]  74/14 130/24
exactly [7]  52/16 66/3 72/17 112/23 144/19 152/7 153/20
Examination [6]  4/2 4/3 4/4 5/4 150/8 187/17
example [2]  27/21 173/23
exceeded [3]  86/16 88/21 88/23
Excel [3]  4/16 27/21 27/22
except [2]  3/4 32/22
excess [2]  96/22 96/24
exchange [1]  154/14
executive [75]  10/13 10/15 13/25 14/2 18/21 20/11 30/15 30/16 32/4 32/5 32/8 32/18 33/1 33/3 36/23 36/23 37/1 37/4 37/6 37/9 37/20 38/5 38/8 38/13 39/12 39/17 39/18 39/19 39/22 40/3 40/7 40/8 40/18 41/11 41/23 45/14 46/16 47/3 47/7 47/9 47/10 54/10 58/7 59/15 60/2 60/8 60/11 67/20 106/16 137/13 139/3 139/15 139/21 142/2 143/16 152/10 152/17 152/22 152/24 154/17 155/2 155/5 157/10 157/25 159/1 160/16 161/13 165/21 167/3 169/15 179/17 180/1 180/22 183/5 185/5
executives [1]  140/7
exhibit [22]  82/15 82/17 82/20 95/5 95/9 118/6 118/10 124/5 124/8 124/22 158/17 158/20 166/19 166/21 166/24 182/4 182/7 185/15 185/15 185/18 192/16 192/20
exhibited [1]  82/22
exhibits [2]  4/6 150/11
exist [5]  38/19 48/21 49/25 55/5 75/18
existed [2]  38/15 178/5
exists [2]  4/11 124/10
exit [2]  108/21 186/13
experience [4]  139/14 165/10 165/14 165/16
experienced [1]  161/12
expired [1]  146/15
explain [1]  9/20
export [1]  175/23
expressing [1]  75/9
extended [1]  21/22
extent [2]  62/19 64/3
external [1]  45/1
externally [6]  44/18 44/24 45/3 45/6 45/15 177/12
extra [1]  39/21

**F**

facilitate [1]  166/5
facilitated [2]  106/18 106/20
facilitating [1]  141/5
facilitator [3]  107/14 140/24 142/8
facilities [1]  53/1
facing [1]  52/25
fact [2]  24/22 88/21
fair [9]  19/16 19/17 19/18 25/21 28/5 105/16 130/19 151/11 173/22

**F**

fairgrounds [4]  19/10 19/11 20/1 20/4
fairly [2]  24/21 28/2
fall [5]  19/24 111/15 114/9 114/15
114/24
fallen [3]  112/22 170/15 170/16
familiar [1]  73/5
families [1]  54/14
family [1]  29/17
far [4]  86/16 96/21 122/10 177/6
fashion [1]  66/21
fault [1]  37/24
favorite [1]  126/15
federal [5]  3/3 16/17 50/6 67/23 156/8
feel [3]  134/21 134/22 161/13
feeling [1]  134/20
feelings [1]  77/5
feels [4]  70/2 138/14 138/14 138/17
Felicia [1]  154/15
felt [4]  23/4 35/9 144/1 145/12
few [5]  19/7 39/20 141/22 150/9 150/12
field [1]  64/5
fifth [1]  128/1
figure [5]  72/17 83/3 150/5 155/25
156/15
figured [3]  108/20 123/17 126/16
file [8]  17/16 35/14 35/16 80/22 136/15
136/18 167/25 168/16
filed [13]  4/10 9/3 9/4 32/2 73/25 74/4
87/17 97/8 102/21 124/8 128/25
132/14 132/18
files [5]  124/14 167/20 167/21 168/14
176/21
filing [1]  8/2
fill [4]  29/12 39/4 85/14 136/10
filled [6]  38/17 46/4 68/16 148/10
162/12 173/13
filling [2]  66/2 66/9
final [3]  66/22 126/1 164/15
finalizing [4]  155/10 156/24 157/2
160/22
finance [5]  46/22 49/10 49/12 190/9
190/13
financial [1]  49/16
financially [1]  194/15
find [13]  17/4 26/1 62/13 71/9 74/4
74/8 81/17 81/19 81/21 81/24 82/2
101/4 110/15
finding [1]  79/12
fine [2]  141/18 141/19
finish [1]  129/5
finished [3]  145/8 154/7 167/14
finishing [1]  157/2
fire [2]  35/8 62/24
fired [3]  34/25 35/6 104/3
firing [5]  16/25 17/7 17/13 18/5 35/12
firings [1]  16/15
firm [1]  140/2
first [13]  5/2 12/15 33/20 36/15 56/19
71/16 82/13 114/3 147/20 151/14
151/14 154/2 183/24
five [8]  29/16 138/12 138/14 138/14
138/16 143/10 178/20 178/23
FMLA [2]  21/11 21/19
focusing [2]  129/19 129/20
folders [1]  189/20
follow [1]  183/14
following [5]  156/13 156/18 160/4
194/21 195/5
follows [2]  5/3 34/4

Ford [1]  3/17
foregoing [2]  194/9 195/4
forgot [1]  47/11
form [38]  3/5 34/10 62/18 63/7 64/8
67/3 68/2 87/11 92/17 93/6 93/16
93/21 94/10 94/18 96/4 122/8 122/9
126/12 127/8 131/13 136/9 136/10
136/11 141/3 146/8 162/5 162/10
163/15 164/9 165/7 173/3 173/4 173/6
173/7 173/13 175/16 175/22 176/1
formal [2]  72/23 165/3
formalities [1]  3/3
former [1]  133/22
forms [18]  108/8 108/9 108/14 175/13
175/16 175/20 176/7 176/8 176/11
178/7 178/16 179/17 180/25 186/10
187/9 187/10 188/4 188/7
forth [3]  86/12 86/14 188/18
forward [5]  68/22 68/23 134/1
forwarded [2]  136/3 169/18
found [8]  49/3 67/24 81/23 99/13
105/22 143/22 143/25 146/25
four [8]  5/20 22/5 29/16 33/15 177/17
177/19 177/22 178/1
fourth [2]  7/4 36/5
Fox [2]  3/22 27/13
frame [2]  80/3 80/4
Franklin [1]  5/11
frequently [2]  21/15 109/23
Friend [1]  151/7
friendly [2]  151/10 151/12
friends [1]  151/5
front [3]  74/25 89/5 143/20
frustrating [1]  184/8
FTE's [1]  191/9
full [4]  5/5 13/2 13/10 191/20
full-time [1]  191/20
fully [1]  175/6
fun [1]  106/22
function [3]  190/6 190/22 191/5
fund [1]  50/8
funded [18]  50/2 50/4 50/5 50/19 50/20
51/2 51/5 51/8 51/19 51/23 53/20
53/22 54/21 55/11 55/15 55/17 55/18
55/20
funding [2]  52/2 52/17
funds [7]  50/6 53/9 53/11 54/19 55/18
55/22 101/25
further [4]  79/6 193/1 194/13 194/18
future [2]  5/14 68/9

**G**

G-O-U-L-D [1]  14/20
Garcia [9]  6/21 7/7 7/7 67/21 68/19
69/2 69/11 102/24 131/18
Garcia's [4]  36/3 67/25 68/22 69/11
GARLAND [3]  2/8 194/6 194/24
gather [4]  167/11 171/19 172/10
187/25
gathered [1]  181/8
gathering [3]  170/10 171/15 172/16
gathers [1]  177/10
gave [10]  49/19 153/12 159/2 159/14
173/6 175/4 175/5 178/9 178/25 179/1
GAY [4]  1/24 3/1 5/1 5/7
general [10]  21/6 21/7 41/16 43/2 43/3
102/7 102/14 133/23 168/10 170/11
general's [1]  10/3
generally [6]  57/22 65/9 65/12 88/10
89/25 175/13

generated [2]  176/4 176/5
get [28]  11/20 24/10 24/11 25/25 33/18
33/19 39/9 43/23 50/11 58/2 66/5
81/15 104/25 111/17 115/19 121/24
124/18 136/2 141/18 141/19 144/24
159/6 159/17 167/12 167/24 186/13
188/6 191/16
gets [5]  33/17 34/7 105/17 149/1
187/22
getting [6]  37/10 41/10 104/3 141/15
145/7 157/2
give [14]  24/4 26/8 28/10 35/11 72/21
74/21 98/12 108/3 125/23 145/10
159/5 163/3 163/7 184/9
given [15]  6/15 6/21 6/25 25/1 60/22
66/1 79/11 97/16 106/10 121/9 128/22
146/22 152/5 153/11 156/8
gives [3]  116/5 186/5 186/6
glass [1]  56/4
Gloria [3]  84/25 85/1 85/11
go [56]  6/9 9/16 9/18 17/24 19/9 20/3
21/12 22/23 26/5 26/7 26/7 28/21
39/24 44/9 51/16 57/5 58/5 62/23 70/3
72/4 72/11 72/18 72/19 78/16 79/6
80/25 102/15 108/23 109/1 109/5
113/3 114/4 116/21 116/23 116/23
117/25 118/1 123/6 123/6 130/17
131/7 133/15 135/11 136/9 136/9
139/11 150/11 156/10 156/11 172/4
174/8 175/22 178/13 189/20 191/22
192/1
goes [10]  65/7 77/25 85/22 85/23 88/24
89/1 102/9 167/22 186/10 188/24
going [77]  6/7 9/12 9/13 10/21 17/23
25/3 25/19 27/1 28/17 39/9 41/14
41/18 41/20 56/5 57/18 64/16 64/22
65/16 65/23 65/25 66/5 69/21 70/19
75/18 77/24 82/15 86/20 86/23 88/18
91/7 93/11 94/5 109/25 113/15 113/18
118/4 119/6 119/20 126/4 127/24
129/11 130/2 130/8 130/9 133/13
133/18 133/19 134/6 134/9 134/13
134/16 139/1 139/6 142/9 151/18
151/19 152/10 152/23 152/24 153/23
156/1 156/5 156/13 156/17 158/12
158/16 159/18 160/3 161/4 166/18
168/24 169/4 182/3 182/10 185/14
187/18 188/1
gone [12]  38/17 40/16 81/15 83/14
84/6 98/1 108/3 108/4 112/3 112/6
113/20 140/11
good [6]  39/8 101/21 126/16 139/20
151/1 161/13
Google [1]  24/17
Gosh [1]  138/9
gossip [4]  69/5 165/3 165/5 165/9
got [22]  12/10 12/11 12/14 21/18 28/17
39/11 43/16 47/23 49/20 63/15 68/9
83/1 106/25 109/6 110/5 126/16
187/15 191/12 191/23 192/2 192/5
192/10
Gotcha [2]  34/25 47/25
gotten [4]  95/20 95/21 189/24 190/14
Gould [1]  14/20
government [15]  1/6 1/12 1/19 7/15
7/16 21/24 22/9 22/10 22/13 22/21
23/11 23/12 156/9 156/19 156/9
governor [3]  23/12 23/13 23/24
governor's [2]  23/14 23/16
grab [1]  187/20

**G**

grabbed [1] 131/24
grade [25] 88/10 88/25 89/1 89/3 89/4
89/5 90/1 90/2 91/2 95/15 96/10 98/5
98/6 111/1 111/24 112/5 112/9 112/12
112/16 112/22 116/25 117/23 118/3
123/12 123/13
grades [3] 89/24 110/19 110/21
graduate [1] 11/22
graduated [2] 12/9 12/10
grant [1] 51/14
Griffin [4] 145/12 160/12 160/18 181/17
181/23 183/24
grow [1] 59/25
growth [1] 60/1
guaranteed [1] 61/24
guessing [1] 61/4
guidance [1] 59/6
guy [1] 10/1

**H**

had [147] 6/21 7/20 12/15 13/9 15/3
19/5 29/20 33/10 37/1 37/3 37/23
38/15 38/17 40/12 40/15 40/15 40/16
41/16 42/6 42/11 43/3 44/5 45/23 46/4
49/10 57/2 57/4 59/2 59/20 63/24 68/7
68/19 69/3 71/2 71/6 71/9 71/17 71/17
74/4 74/23 75/8 75/11 76/24 77/21
78/7 78/10 81/5 81/23 82/11 83/13
83/17 83/18 84/6 84/11 86/9 86/10
87/6 87/17 91/16 91/19 92/6 95/20
95/21 96/13 97/11 97/15 98/1 99/23
101/25 104/14 108/20 108/21 109/12
109/15 109/22 112/3 112/6 112/7
112/18 113/16 113/19 113/20 120/9
121/10 122/4 125/13 125/17 127/25
128/2 128/2 131/9 131/15 131/21
131/23 132/15 136/13 137/11 139/15
139/20 140/4 141/1 141/15 141/22
143/10 143/12 143/13 143/19 145/11
146/15 152/4 153/2 154/3 155/24
156/12 156/14 156/14 156/15 157/1
157/13 159/20 161/11 162/5 162/9
163/13 163/25 168/25 170/23 171/16
171/17 171/20 171/24 173/17 173/23
174/10 177/17 177/21 178/14 178/23
182/13 184/9 185/4 186/9 186/14
186/17 186/18 186/20 188/3
hadn't [2] 137/9 162/7
hair [1] 10/1
half [4] 56/6 106/18 106/19 166/3
Hall [5] 84/24 84/25 86/5 104/18
104/18
Hall's [1] 119/12
hallelujah [1] 41/18
Hallway [1] 69/5
handbook [6] 4/8 90/10 90/17 91/18
91/24 95/5
handled [2] 34/7 91/14
handles [1] 31/9
handwritten [1] 173/25
hang [8] 90/4 98/8 114/11 116/22
116/22 118/13 133/14 133/15
Hank [2] 41/22 46/22
happen [5] 28/12 65/8 66/8 100/1
108/20
happened [16] 23/10 61/5 83/18 92/8
99/13 101/15 108/20 109/11 113/19
132/10 132/12 134/22 136/11 146/20

146/21 168/5
happens [7] 65/3 65/9 65/12 66/7 66/7
86/17 101/18
harassed [1] 131/9
harassing [1] 131/10
harassment [7] 8/9 8/10 8/17 103/23
104/3 131/19 132/5
Harbison [7] 3/17 3/18 4/3 6/5 27/13
150/8 150/16
hard [3] 105/1 148/24 148/24
harshly [1] 28/9
has [49] 15/3 17/19 32/23 34/12 38/21
39/16 40/13 43/3 52/3 52/4 52/7 57/25
59/4 65/17 66/12 67/5 67/7 72/5 72/25
75/4 80/8 84/1 84/7 90/18 92/13 97/24
98/17 98/18 104/23 114/19 114/22
114/24 118/21 118/24 119/21 125/25
127/6 127/16 134/22 136/8 148/15
148/17 151/7 151/8 153/11 157/3
164/15 187/19 189/1
Haslam [1] 23/25
hate [1] 31/20
have [332]
having [10] 5/2 101/22 106/24 109/20
138/16 145/1 145/5 172/7 180/8 195/4
he [103] 14/15 14/16 14/17 14/18
14/19 14/20 41/4 41/12 41/22 42/1
42/7 49/16 49/17 55/1 75/2 79/2 79/2
79/5 79/11 80/11 80/12 81/19 83/12
99/8 99/9 99/10 99/14 101/25 102/4
103/23 108/16 108/21 109/12 132/4
132/5 132/14 132/15 141/1 141/5
142/14 145/23 145/24 145/25 146/1
146/7 146/9 146/10 146/16 146/25
147/5 147/10 147/15 147/17 147/18
151/1 151/5 151/7 151/8 151/12 152/1
152/2 152/3 152/12 152/13 153/2
155/12 157/4 157/15 157/18 159/2
159/5 159/6 159/14 160/23 161/5
161/6 161/12 161/18 161/21 162/1
162/10 166/13 171/17 173/6 175/4
175/5 178/10 178/23 178/25 179/1
179/2 185/7 185/8 185/11 185/24
186/2 186/14 187/1 187/3 187/6
189/13 189/13 189/16
he's [2] 147/17 185/12
head [15] 9/14 9/16 9/21 40/23 46/20
47/2 51/6 76/5 82/8 89/2 94/24 120/25
123/1 130/13 131/24
hear [17] 5/23 51/8 69/4 69/9 73/22
78/17 78/22 103/12 103/21 107/16
127/14 129/23 140/16 140/19 141/14
152/2 166/4
heard [17] 59/21 69/3 69/6 73/8 75/2
76/10 76/24 84/8 103/11 103/25
127/18 127/19 141/16 151/3 164/17
164/20 165/17
hearing [3] 3/5 75/14 75/15
help [11] 17/6 26/14 34/8 52/12 53/14
128/12 129/6 129/7 129/11 134/12
144/14
helped [7] 33/24 57/1 58/22 58/24
102/18 168/12 168/12
helps [1] 145/9
Henson [4] 46/21 49/10 49/12 55/24
Henson's [1] 49/14
her [148] 8/25 29/11 30/1 35/9 43/12
44/5 46/8 46/10 46/10 48/15 53/2 53/3
53/21 64/4 66/19 68/23 69/11 70/19
70/20 70/22 70/25 71/5 71/15 74/6

74/17 74/18 74/21 75/10 75/18 75/18
76/3 76/15 76/16 76/17 76/21 76/22
76/23 77/1 77/2 78/8 78/10 79/12
80/24 81/4 81/6 81/11 81/19 81/21
81/23 82/2 82/6 82/6 82/9 82/11 83/17
84/6 84/8 85/9 86/6 87/17 87/19 87/24
91/13 92/4 92/13 92/14 92/15 93/2
93/3 93/15 93/25 94/8 94/22 95/12
95/22 95/22 96/11 96/13 96/21 97/7
97/11 97/15 97/16 101/6 103/23 105/7
114/18 115/17 115/23 119/6 119/16
119/19 119/22 122/5 125/11 125/14
127/22 127/22 128/5 128/8 128/10
128/10 128/11 128/13 128/21 128/22
129/5 129/6 129/7 129/10 129/11
129/15 129/18 129/24 129/20 129/23
130/2 130/13 130/14 130/15 130/16
131/19 131/24 132/1 132/17 132/21
134/11 134/12 135/11 135/12 135/20
135/22 136/5 136/21 141/1 141/17
141/18 141/19 141/22 141/23 144/2
157/3 159/12 165/1 165/2 165/17
165/17 185/10
here [19] 12/8 15/9 15/21 15/23 37/10
45/7 59/24 59/25 60/1 96/18 109/6
111/25 115/22 116/23 123/6 123/7
133/15 174/7 191/22
hereby [2] 194/7 195/4
herself [5] 129/7 130/8 130/9 134/12
134/14
hey [2] 94/14 109/6
high [22] 24/23 53/18 100/20 117/25
120/17 120/19 142/5 142/9 142/20
142/22 149/19 160/3 160/24 162/4
162/14 163/3 163/8 164/4 164/12
166/12 179/25 180/2
High's [7] 161/10 162/22 163/22
165/19 166/8 185/21 187/8
higher [12] 28/11 95/17 118/14 118/19
119/3 119/20 121/23 163/4 163/8
163/12 163/24 163/25
highest [4] 40/19 115/11 163/14 164/7
highly [2] 121/1 122/16
Hill [4] 85/1 85/2 85/10 86/8
Hillsboro [3] 64/14 64/16 64/22
Hillwood [2] 64/14 64/17
him [17] 75/2 75/6 75/8 75/9 79/12
81/6 81/17 83/8 83/15 146/7 146/13
147/9 150/19 150/21 151/4 152/2
161/11
hire [19] 46/8 62/3 85/16 85/20 86/6
87/5 87/14 96/13 97/23 104/17 104/20
119/12 119/16 119/18 126/2 127/16
128/11 142/25 155/1
hired [13] 22/12 28/23 28/25 84/21
84/22 85/16 97/7 112/7 112/18 113/16
124/1 127/5 127/10
hires [4] 19/18 33/11 33/11 33/19
hiring [13] 16/24 17/7 17/13 18/4 84/23
85/19 86/18 86/19 87/1 87/4 104/10
104/16 158/12
hirings [1] 16/14
his [35] 15/17 49/19 54/23 103/5 108/9
108/12 108/23 109/2 109/15 109/22
131/10 131/24 132/5 132/7 145/11
145/13 145/15 145/22 146/14 146/15
157/18 161/4 161/5 161/7 165/20
173/3 173/10 173/13 181/3 183/11
186/3 186/17 187/10 189/16 189/17
historically [1] 34/12

**H**

hold [2] 48/2 172/1
Holmes [1] 1/7
home [1] 5/8
honest [5] 98/9 98/12 98/18 98/21 98/22
honestly [15] 68/5 75/21 75/23 80/1 80/14 81/3 82/11 100/3 103/19 124/20 130/24 142/17 148/20 162/5 185/6
hooked [1] 107/15
hope [2] 61/6 138/5
hopefully [2] 6/13 153/24
Hospitals [1] 15/8
hour [9] 20/2 56/5 88/11 112/11 112/19 122/25 123/10 123/22 123/23
hourly [6] 113/4 114/4 115/20 116/5 116/16 116/20
hours [7] 111/7 111/10 114/8 115/4 115/19 116/10 116/12
how [93] 5/12 6/15 8/19 12/19 15/14 18/7 19/19 22/3 22/20 24/14 28/5 28/25 37/1 38/17 40/6 40/25 41/7 42/19 42/22 45/19 47/17 49/3 49/22 50/4 50/11 51/7 52/13 55/1 55/17 55/20 58/9 61/21 69/3 69/5 70/17 79/15 82/4 85/9 88/14 88/16 96/24 98/2 102/7 103/10 107/7 114/22 115/14 119/22 122/25 129/11 129/22 129/24 130/15 130/6 130/10 130/14 134/2 135/24 136/1 136/5 143/7 148/6 148/16 148/22 149/2 149/3 149/6 149/8 149/19 150/19 151/14 155/4 156/12 156/15 156/23 157/10 157/19 158/10 158/14 158/23 158/24 162/3 167/5 168/15 168/16 170/3 171/19 174/17 176/14 177/4 180/20 188/19 188/19
Howell [1] 13/15
however [2] 83/1 151/18
HR [63] 13/4 16/6 16/10 16/11 17/1 17/9 17/21 18/22 20/5 20/6 20/12 20/20 22/3 22/15 23/6 23/6 30/13 30/21 30/25 31/3 31/9 32/18 33/2 33/9 33/9 34/13 34/17 36/23 36/24 37/2 37/20 38/5 38/8 38/11 38/12 38/13 39/12 39/17 40/18 41/15 41/19 43/7 43/20 43/24 57/2 57/3 58/6 58/11 67/18 72/8 85/8 85/13 86/19 87/1 87/4 91/15 92/7 97/22 100/9 102/9 125/13 136/24 189/1
hub [7] 54/5 85/12 85/13 85/14 148/18 148/18 149/1
huh [15] 7/13 9/18 9/18 10/17 13/23 21/10 31/16 42/10 51/15 114/2 117/5 154/6 154/9 168/20 183/12
huh-uh [1] 9/18
human [14] 10/9 11/18 22/18 23/3 29/23 30/15 30/17 32/6 32/7 32/8 35/4 46/21 85/6 168/11
hundred [2] 37/12 55/13
Hunter [5] 23/9 23/21 35/7 35/11 35/25
hurt [7] 129/12 130/2 130/8 130/9 130/15 130/20 130/23
husband [4] 14/25 15/3 15/7 15/23
husband's [1] 14/11

**I**

I'd [3] 46/20 120/24 149/21
I'll [4] 9/18 90/15 137/20 154/4
I'm [59] 5/23 6/7 6/23 6/23 9/12 9/13
I've [16] 17/22 21/18 32/20 32/21 59/21 84/13 103/25 117/17 127/9 127/18 127/19 141/16 141/22 141/23 165/17 187/15
idea [4] 104/22 117/11 139/20 185/21
identified [1] 181/15
identifying [1] 51/11
imagine [1] 157/1
immediately [2] 72/18 186/8
implement [3] 23/4 35/10 58/22
implementation [1] 58/25
important [1] 24/25
impression [4] 117/17 150/24 163/11 165/9
improve [1] 58/1 59/5
incident [4] 99/7 99/8 100/1 100/5
include [5] 20/25 59/7 77/1 77/1 77/3
included [1] 99/24
includes [1] 149/17
including [4] 45/7 77/4 77/5 77/6
increase [2] 40/6 40/22
increases [1] 40/15
Indefinitely [1] 177/6
INDEX [1] 4/1
indicate [1] 142/14
individual [11] 7/21 7/23 7/24 28/10 114/9 136/8 144/14 181/14 182/25 189/6 189/19
individually [2] 58/4 162/25
individuals [10] 14/22 28/7 44/22 45/1 104/1 104/10 107/7 139/1 141/8 181/18
industrial [1] 24/20
information [27] 17/1 17/10 34/7 43/21 153/8 153/12 167/1 167/20 170/19 171/16 171/17 171/19 172/11 177/13 177/14 177/18 177/21 178/22 180/7 180/9 180/10 180/17 181/8 183/5 186/22 187/24 188/4
initial [1] 168/8
initiative [1] 57/15
initiatives [2] 30/13 33/1
injury [1] 7/12
innovation [1] 46/25
inoperable [1] 184/14
input [1] 176/1
inside [1] 186/4
instance [9] 33/8 53/16 64/13 115/21 139/24 148/5 189/4 189/9 191/12
instances [1] 152/3
instead [4] 47/25 129/19 162/1 164/13
instruction [1] 47/4
instructional [1] 53/13
instructions [1] 156/8
integration [2] 43/19 43/20
interact [3] 139/17 139/19 139/25
interacted [1] 139/22
interchangeable [1] 55/23
interest [1] 155/9
interested [1] 194/15

interesting [1] 19/13
interim [2] 19/5 40/16
internal [2] 45/4 45/16
internally [5] 44/18 44/20 45/10 45/14 177/12
interruption [1] 26/16
interventionists [1] 53/14
interview [68] 26/22 26/24 27/19 27/25 28/1 28/3 29/1 29/25 46/2 94/2 106/16 107/3 130/15 130/20 130/22 133/25 134/6 137/16 138/5 138/8 140/17 141/1 141/9 142/19 142/21 143/5 143/9 143/14 143/20 158/2 158/3 158/6 158/13 159/11 160/2 160/16 161/10 162/4 162/18 162/22 162/22 163/1 163/4 163/9 163/18 165/20 165/21 166/9 166/10 172/20 172/21 173/1 173/23 174/6 174/9 174/10 175/3 175/10 176/10 177/7 177/24 178/5 178/14 178/20 179/5 181/12 184/4 186/14
interviewed [7] 29/2 29/24 30/1 104/13 104/15 140/20 160/3
interviewees [1] 166/14
interviewer [1] 134/7
interviewers [4] 129/21 138/20 139/15 173/23
interviewing [5] 129/19 133/20 138/22 138/25 142/1
interviews [25] 26/21 29/5 106/19 129/7 130/25 140/13 157/9 157/12 157/20 157/25 158/7 158/25 159/7 159/10 160/17 161/23 167/3 174/5 177/25 178/15 178/21 179/6 179/13 179/21 185/5
intimidate [1] 144/2
intimidating [2] 143/23 144/1
investigate [2] 80/12 103/22
investigated [3] 8/21 73/3 80/13
investigation [9] 17/4 68/18 80/15 83/20 125/6 132/4 137/3 137/6 137/10
investigations [1] 137/4
investments [1] 55/10
invitations [1] 151/19
involved [7] 7/22 8/19 9/10 58/8 132/9 132/10 143/4
involvement [1] 144/24
involves [2] 51/11 72/17
is [347]
isn't [3] 61/22 64/25 131/1
issue [8] 60/11 73/6 79/7 88/24 101/4 109/6 109/18 144/21
issues [7] 60/4 103/15 104/8 109/21 109/22 144/21 144/22
it [383]
it's [99] 8/14 10/20 10/24 19/16 19/17 19/17 23/1 24/16 24/21 24/25 25/9 27/18 31/18 40/2 40/22 43/19 45/3 45/6 45/10 45/15 45/22 50/5 51/13 52/6 52/16 54/20 55/2 55/18 60/1 60/13 60/16 60/21 60/22 61/7 62/7 62/11 62/11 62/12 62/12 62/16 63/19 71/24 79/14 82/16 86/17 86/23 89/4 89/11 92/1 98/19 105/12 106/15 115/1 117/22 118/2 118/7 118/19 119/23 120/19 121/25 122/2 123/13 123/21 124/17 124/19 124/20 126/14 126/15 126/19 127/24 133/6 133/18 133/19 136/9 137/11 139/5 147/19 148/24 148/25 152/5 152/8 154/14 157/15

**I**

it's... [16] 162/13 164/24 166/7 166/12 167/13 178/17 180/3 186/5 186/21 190/5 191/2 191/4 191/23 192/2 192/3 192/5
its [1] 28/13
itself [4] 7/21 24/8 184/22 186/23

**J**

J.T [1] 81/20
JAMES [3] 1/16 3/9 6/1
JANE [71] 1/3 3/10 4/10 5/23 5/23 70/16 73/22 73/25 74/16 76/12 77/15 77/21 78/4 78/11 78/22 79/17 80/18 80/21 81/5 81/25 83/8 83/21 84/11 86/2 86/15 87/5 89/8 91/9 92/3 92/13 93/13 93/20 94/14 95/16 95/20 97/23 98/1 104/11 104/17 112/3 117/8 118/18 119/4 119/12 119/15 121/1 121/6 122/5 124/4 125/7 125/18 126/10 127/2 127/5 127/10 127/16 127/21 127/25 128/20 129/24 130/5 130/11 132/21 132/24 133/11 134/5 135/5 135/6 136/15 160/2 190/3
JANIE [3] 2/8 194/6 194/24
January [1] 47/1
jesse [6] 3/17 3/18 3/20 6/5 27/13 150/16
jessehaarbisonlaw.com [1] 3/20
jewelry [2] 12/18 13/5
job [116] 10/11 12/15 13/9 13/24 18/2 18/4 18/9 18/20 18/22 19/13 19/21 19/25 27/4 29/12 29/19 31/5 32/7 32/20 32/23 33/5 35/1 37/17 38/10 38/22 38/24 39/1 39/3 39/4 39/6 39/9 39/11 39/12 39/14 39/17 39/17 39/18 42/16 43/5 43/12 43/14 43/16 43/21 43/25 44/16 44/18 44/23 45/2 45/7 45/13 45/23 46/5 47/13 47/15 47/23 48/4 48/5 48/9 48/11 48/11 48/20 49/4 49/19 52/9 54/12 55/15 55/17 57/21 60/4 60/16 62/4 71/25 72/15 81/14 81/15 81/23 81/24 82/2 82/9 84/17 85/9 86/17 89/14 89/16 89/21 91/16 91/19 92/13 112/12 113/8 117/22 117/23 118/2 119/3 119/21 120/8 120/9 120/13 120/24 121/24 122/5 126/3 126/20 129/19 131/20 132/1 132/6 132/7 134/6 139/11 151/15 167/10 167/18 177/12 180/22 191/6 191/6
jobs [19] 43/7 51/8 52/1 66/2 81/7 82/1 82/3 85/12 98/11 118/3 131/16 149/25 150/2 152/11 152/14 152/15 152/23 159/1 190/16
Johnson [14] 4/10 85/7 85/8 86/9 97/4 97/6 97/10 97/14 97/19 119/14 119/15 122/3 122/9 124/4
join [1] 161/4
joint [1] 188/15
Joseph [3] 30/5 100/20 102/13
judge [3] 1/6 1/6 67/23
judgment [1] 27/23
July [7] 32/14 32/15 37/23 90/12 183/18 183/24 184/12
July 1st [1] 184/12
June [18] 65/19 65/24 66/9 146/25 155/7 155/15 156/25 160/8 169/17 169/24 182/1 183/11 183/14 183/15 183/24 190/22 192/9 192/9

June 15th [1] 65/24
June 16th [2] 183/11 183/15
June 17 [1] 169/24
June 17th [1] 169/17
June 1st [4] 155/7 155/15 156/25 192/9
June 2020 [1] 190/22
June 23rd [1] 183/14
June 3rd [1] 160/8
Jury [1] 1/5
just [55] 6/9 6/12 9/10 10/20 10/23 13/22 17/24 21/7 57/1 59/9 60/12 61/4 76/1 79/6 83/2 83/3 84/9 90/5 96/17 98/4 102/3 102/15 105/16 109/24 110/13 110/13 119/8 120/17 120/19 123/21 124/17 126/19 128/23 130/22 131/11 133/23 136/11 138/18 150/9 150/12 152/2 152/20 156/6 156/15 156/21 160/21 162/12 170/25 175/15 179/16 182/11 187/15 188/5 189/21 190/11

**K**

keep [13] 16/14 16/18 16/24 17/1 104/14 132/20 132/22 132/23 151/22 169/2 169/3 169/3 169/3
Kelly [1] 189/15
Ken [5] 47/9 49/12 138/9 138/22 160/11
kept [7] 79/13 84/7 128/5 128/18 128/18 173/23 174/10
Keri [2] 46/24 54/24
kids [2] 101/22 156/14
kin [1] 69/1
kind [9] 17/6 21/12 27/7 71/17 78/23 126/5 133/24 157/22 178/12
kinds [1] 164/16
knew [13] 39/5 47/11 47/23 71/16 74/15 79/3 87/22 87/23 99/11 136/24 146/19 156/13 156/20
Knott [1] 18/19
know [288]
knowledge [11] 53/23 63/20 69/7 117/8 139/21 151/2 174/14 176/11 178/4 179/4 194/10
known [3] 24/22 100/15 109/19
knows [2] 64/4 102/16

**L**

labeled [2] 169/6 182/16
landed [1] 33/6
laptop [4] 184/14 184/18 184/20 184/22
largest [1] 37/8
last [10] 6/13 19/6 28/18 34/5 38/1 94/4 110/15 147/19 183/23 190/2
late [5] 4/10 42/5 42/5 42/9 124/8
Late-filed [2] 4/10 124/8
later [10] 9/1 10/24 14/1 29/14 71/1 79/20 79/24 79/25 79/25 187/3
laughing [1] 105/13
law [11] 3/2 3/12 3/18 3/18 3/23 16/18 21/15 21/21 21/23 66/19 67/24
laws [6] 20/23 21/4 21/8 21/17 21/19 53/17
lawsuit [15] 8/2 35/16 35/18 68/22 68/23 69/12 87/6 87/17 97/8 97/24 103/6 127/6 127/16 132/14 132/18
lawsuits [2] 102/21 102/25
lawyer [1] 139/25
lawyers [2] 9/8 140/2
LCR [3] 194/6 194/20 194/24

Lead [1] 1/7
leadership [2] 11/19 35/13 43/12 44/11 46/10 67/20
leading [1] 38/20
lean [1] 190/18
learn [2] 152/9 167/5
learned [1] 151/15
learning [3] 52/6 53/15 106/21
learning-related [1] 52/6
least [2] 138/10 143/11
leave [11] 16/1 19/21 19/25 21/22 22/8 23/2 23/18 49/12 61/4 70/19 109/9
leaves [2] 186/7 186/24
leaving [2] 41/4 41/13
LEFFLER [12] 1/9 3/9 6/3 68/24 138/4 138/13 138/13 140/20 141/12 141/13 162/1 163/5
Leffler's [3] 69/10 137/16 140/17
left [19] 13/1 19/8 20/3 23/11 23/12 23/15 23/16 42/7 66/5 108/12 109/12 185/24 186/2 186/3 187/1 187/3 187/6 188/2 188/3
legal [8] 3/2 62/19 62/20 64/3 139/10 139/24 140/1 173/24
legally [1] 147/10
less [13] 19/12 33/14 90/25 91/13 91/22 92/4 92/21 93/3 93/15 94/16 95/23 95/23 125/20
lesson [9] 73/7 73/14 73/16 74/1 74/5 77/2 83/11 97/16 128/22
let [26] 8/24 48/10 60/10 78/3 78/17 79/6 90/3 90/3 90/5 90/14 101/4 110/4 129/4 133/17 153/24 154/3 159/20 166/7 168/25 171/1 171/20 179/25 182/11 182/13 184/15 190/18
let's [17] 21/7 56/7 73/5 74/18 78/16 79/18 83/11 95/4 97/16 114/11 114/12 115/22 123/3 123/6 131/7 152/20 192/15
letter [7] 61/16 70/12 70/14 135/20 136/5 136/11 136/21
letters [1] 57/5
level [5] 27/22 27/23 39/22 115/11 123/25
levels [1] 115/8
license [2] 12/3 147/12
licensed [6] 147/1 147/15 147/17 194/6 194/18 194/19
licensure [1] 146/14
life [1] 184/9
like [60] 8/8 22/1 26/11 26/20 32/3 33/23 35/9 45/25 52/11 52/25 53/13 53/24 76/22 77/13 78/1 81/4 82/10 90/16 92/18 100/16 101/13 104/25 106/23 107/1 114/5 114/5 115/8 123/21 124/17 125/18 129/8 133/24 134/4 134/8 134/10 134/22 138/14 138/17 140/21 144/1 149/23 150/25 152/5 155/20 156/1 156/5 156/21 157/15 157/21 159/14 168/1 173/25 183/10 186/9 189/6 189/20 190/9 190/12 191/7 191/13
LILY [11] 1/9 3/9 6/2 68/24 69/10 137/16 138/4 140/17 140/20 162/1 163/5
Lindsey [2] 132/3 132/7
line [3] 64/2 191/10 195/7
link [2] 108/21 162/10
linked [1] 52/7
LISA [6] 1/24 3/1 5/1 5/7 195/4 195/22

**L**

list [6]   22/2 26/8 159/2 159/3 159/5 159/15
listed [4]   148/12 148/14 181/23 191/23
listen [2]   93/12 151/21
listened [2]   76/7 166/2
listening [2]   77/23 129/21
lists [2]   168/1 172/18
literally [4]   25/6 65/21 137/21 184/9
little [12]   9/9 11/2 17/24 71/19 79/6 125/20 126/8 135/9 144/6 151/13 152/20 155/21
live [3]   15/18 103/15 149/23
lived [1]   5/12
LLC [1]   3/12
lo [1]   29/19
loan [1]   52/12
local [6]   19/15 55/18 55/22 73/17 73/18 156/9
located [3]   18/17 18/18 20/8
log [3]   136/7 136/12 136/17
logged [3]   162/3 162/6
logging [2]   109/21 109/22
long [13]   5/12 9/9 12/19 18/7 19/9 22/3 22/20 37/1 38/17 45/19 131/3 143/4 177/4
longer [3]   6/13 98/13 186/1
look [22]   24/19 25/9 37/11 93/4 93/23 94/3 94/6 114/7 116/7 120/24 123/3 131/7 133/24 147/9 149/25 154/2 156/1 156/5 156/21 159/19 169/1 182/13
looked [6]   29/18 32/24 41/13 146/12 149/9 160/21
looking [13]   9/17 61/23 106/2 106/2 106/9 107/9 114/3 136/12 136/16 146/14 150/2 169/5 182/16
looks [9]   90/16 115/8 123/21 155/20 183/10 190/9 190/12 191/7 191/13
lose [1]   52/1
loses [2]   89/14 89/21
loss [1]   53/15
lost [9]   14/5 92/13 98/14 108/21 131/16 131/19 132/1 132/5 132/7
lot [14]   16/12 32/20 68/12 68/21 86/11 105/12 106/22 135/18 147/22 155/24 156/21 161/15 170/19 170/25
lots [1]   40/5
love [1]   29/15
loving [1]   29/13
lower [7]   28/10 96/1 117/3 117/9 126/11 126/20 163/12
loyalty [1]   69/10
lunch [2]   109/25 110/1
lying [1]   165/6

**M**

M-C-C-A-B-E [1]   19/7
ma'am [49]   5/16 5/19 5/25 7/17 7/25 9/7 10/19 11/4 12/1 12/13 13/23 14/14 15/2 15/5 15/13 15/25 16/16 16/19 16/22 18/23 20/7 20/19 20/21 20/24 22/11 25/20 25/24 29/4 30/10 32/3 36/14 40/15 41/21 42/18 46/18 47/22 67/22 69/13 70/8 73/4 73/24 77/10 102/1 127/13 127/18 139/13 144/3 150/7 191/20
mad [6]   79/13 83/25 128/3 128/17 128/19 128/21
made [34]   8/4 33/18 42/20 49/11 50/8

62/11 65/2 65/21 68/7 72/5 73/18 73/19 73/22 79/18 80/10 84/20 87/4 88/16 92/7 96/1 96/6 96/8 97/11 100/9 105/9 106/11 106/12 112/18 130/13 135/4 136/24 157/3 161/1 168/2
made-up [1]   62/11
Magistrate [1]   1/6
mail [29]   4/12 4/13 4/14 4/15 71/15 74/10 135/21 136/1 154/14 155/7 159/22 160/5 160/21 166/19 166/19 169/10 169/11 169/12 169/13 169/16 171/2 171/14 183/13 183/19 184/11 184/12 184/25 185/9 186/6
mailed [3]   178/18 190/3 190/7
mails [6]   181/10 181/13 181/19 181/20 181/24 182/21
maintain [1]   17/14
maintains [1]   17/16
maintenance [1]   53/1
Majors [7]   34/22 34/23 37/17 37/25 48/3 58/19 58/20
make [43]   25/4 25/19 42/22 49/23 55/1 59/3 68/9 72/22 73/5 73/16 74/19 79/18 82/17 83/11 85/18 88/14 91/1 93/13 97/16 102/3 106/24 107/15 107/18 113/23 122/20 126/1 127/22 129/12 130/11 130/21 131/2 133/24 157/3 158/12 158/16 164/15 164/24 166/4 166/7 166/18 175/15 182/3 185/14
makes [11]   10/23 49/22 63/9 66/22 85/20 88/15 96/7 120/12 121/16 130/10 163/11
making [11]   34/6 56/12 79/21 80/6 87/20 87/22 87/25 102/5 128/4 130/2 130/22
management [4]   19/18 33/6 46/9 47/8
manager [12]   19/13 84/23 85/8 85/13 85/19 86/20 87/1 87/2 87/5 91/15 92/7 125/13
manager's [2]   86/18 86/19
managers [4]   33/9 58/6 58/11 87/4
manual [1]   16/12
manuals [2]   20/12 20/17
many [22]   6/15 15/14 24/16 24/16 40/7 50/20 50/24 58/9 75/21 77/3 82/4 104/24 114/22 143/7 148/6 148/16 148/22 149/2 149/3 149/8 149/19 151/18
mark [1]   118/4
marked [13]   82/20 95/5 95/9 118/10 124/4 124/8 124/22 158/20 166/24 182/7 185/18 192/15 192/20
market [1]   26/11
married [1]   12/10
Martin [1]   183/25
Mary [6]   31/12 31/23 31/24 31/25 72/12 81/1
Mason [1]   46/23
master's [12]   11/12 11/16 11/20 21/15 114/19 114/20 114/20 114/24 115/2 115/3 115/3 115/22
match [1]   35/13
materials [1]   181/3
math [3]   40/23 64/15 64/16
matter [4]   6/21 7/7 7/11 156/6
Maura [2]   46/25 48/17
maximum [1]   90/2 91/2
may [32]   9/16 9/17 17/5 27/15 28/7 28/9 28/10 32/1 43/14 60/16 100/18

123/21 124/25 125/2 125/5 125/7 137/23 137/24 139/24 140/11 140/12 143/15 143/16 146/25 150/10 177/25 178/15 178/21 179/6 179/14 179/20 180/2
maybe [4]   48/2 82/11 83/3 129/7
McCabe [1]   19/7
McGruder [2]   132/18 132/19
me [129]   5/23 6/9 8/24 8/25 9/2 11/2 11/9 13/9 14/5 17/6 21/13 25/15 29/10 29/10 29/14 29/20 37/17 37/25 41/4 41/5 41/14 41/21 41/22 43/7 45/24 48/10 56/18 59/21 60/10 62/16 72/1 72/25 75/7 78/3 78/17 79/6 79/13 83/7 83/24 83/25 83/25 84/1 88/6 89/5 90/3 90/3 90/5 90/14 90/15 91/11 92/2 101/4 101/13 104/22 107/24 110/4 115/14 119/18 120/4 120/12 121/9 121/16 122/12 124/13 125/23 128/3 128/12 128/15 128/17 128/18 128/19 132/11 132/13 133/17 134/3 134/4 134/8 134/10 141/6 143/21 148/6 150/10 151/14 151/17 153/8 153/11 153/24 154/3 154/15 155/23 157/2 157/15 159/2 159/3 159/20 161/5 162/3 162/24 163/3 163/7 163/23 166/4 166/5 166/7 167/6 167/7 167/10 168/5 168/15 168/25 169/2 169/11 169/12 171/1 171/20 175/6 178/9 179/1 179/25 181/21 182/12 182/13 182/14 184/15 188/9 190/18 190/19 191/7 194/8
mean [19]   10/20 22/25 30/20 43/15 44/8 44/21 44/25 47/25 84/2 91/4 101/12 106/20 129/25 130/11 133/17 140/1 148/8 152/16 153/19
meaning [15]   27/12 28/9 47/20 61/3 66/19 66/21 79/3 156/25 158/1 158/6 165/25 166/2 170/21 179/18 181/14
means [8]   24/10 43/17 44/22 59/25 62/13 115/2 115/3 144/17
meant [2]   130/15 147/5
meet [1]   150/21
meeting [11]   41/2 42/2 73/9 73/10 73/13 101/9 101/13 101/15 101/18 141/1 151/18
meetings [12]   31/25 39/23 39/25 40/5 47/20 51/9 56/15 68/14 70/5 151/20 151/22 152/13
Melissa [6]   34/18 41/15 42/8 43/3 72/10 159/7
member [1]   70/6
members [1]   160/16
memorializing [1]   153/11
memory [1]   99/23
mentioned [10]   74/10 82/19 95/8 118/9 124/7 158/19 166/23 182/6 185/17 192/19
Merchandise [4]   12/16 12/24 12/25 13/3
mercy [2]   130/17 170/18
MERIWETHER [7]   1/16 3/10 6/2 105/3 105/5 141/24 143/19
mesh [1]   85/9
met [6]   5/18 70/22 70/25 82/11 150/15 161/11
methods [1]   59/25
Metro [69]   3/2 5/21 16/20 16/23 17/14 17/16 17/18 21/24 28/13 28/22 28/23 29/9 30/6 34/9 36/15 44/3 48/18 48/19

**M**

Metro... [51]  49/1 50/11 56/19 58/22 62/3 66/20 67/10 67/24 69/22 69/25 70/10 71/3 71/7 71/10 73/14 80/22 81/7 81/16 82/10 91/11 92/2 92/12 93/1 93/4 93/12 93/23 94/3 94/6 98/14 102/21 104/10 110/6 110/7 125/17 127/5 127/7 127/15 131/1 131/3 132/18 134/6 135/4 135/10 144/5 147/8 147/20 148/6 149/19 150/22 167/2 187/20

Metro's [2]  29/19 61/15

METROPOLITAN [4]  1/6 1/12 1/19 3/23

Michelle [2]  47/11 48/1

Microsoft [15]  108/8 108/8 109/5 175/13 175/16 175/19 176/6 176/11 178/7 178/16 179/7 186/9 186/9 187/8 188/7

mid [1]  42/5

middle [5]  1/1 15/21 15/24 137/22 184/5

midnight [1]  155/20

midpoint [4]  121/24 122/21 122/23 123/9

midst [1]  162/20

Midstate [8]  18/13 18/14 18/17 18/18 18/25 19/8 19/22 19/23

might [15]  25/22 60/12 60/13 67/13 88/21 105/22 121/9 135/21 135/25 157/13 162/8 167/12 174/8 181/11 181/22

million [2]  50/15 192/12

mind [2]  9/11 190/19

minimum [1]  90/1

minor [1]  60/11

minute [2]  48/10 48/10

mishandled [1]  101/25

missing [8]  17/3 17/5 107/22 108/1 108/2 163/20 163/21 185/22

MNPS [12]  4/9 44/4 44/22 45/1 45/8 45/11 69/10 108/10 155/5 155/9 177/2 190/21

mnps.org [1]  110/7

mnps.org/careers/resources [1]  110/7

moment [2]  58/15 72/10

money [8]  51/13 51/14 51/14 51/14 52/3 52/4 106/10 126/7

monies [1]  53/12

month [5]  111/15 111/21 116/11 117/22 117/23

months [8]  29/17 29/20 33/15 111/10 111/13 111/17 111/20 191/21

Moore [1]  81/20

more [31]  19/12 28/9 33/14 39/20 39/25 40/5 60/13 76/17 91/1 106/2 119/6 120/12 121/4 121/11 121/16 123/22 126/9 130/12 138/11 142/18 143/12 147/22 150/4 152/8 155/23 159/19 161/15 171/8 171/9 171/11 186/17

MORENO [1]  1/9

morning [4]  6/14 117/18 140/14 142/19

most [7]  19/13 39/24 50/24 123/22 167/23 167/24 184/8

move [12]  43/18 43/23 61/21 64/13 65/12 77/24 77/24 105/22 113/1 113/25 124/18 133/13

moved [4]  12/10 14/8 64/15 116/11

moves [2]  43/20 89/24

moving [5]  5/14 65/3 65/7 119/24 145/14

Mr. [9]  45/24 80/5 81/6 104/18 107/11 132/7 142/12 160/24 170/17

Mr. Barnes [4]  80/5 81/6 107/11 170/17

Mr. Clay [2]  45/24 142/12

Mr. Hall [1]  104/18

Mr. High [1]  160/24

Mr. Lindsey [1]  132/7

Ms [44]  4/2 4/3 4/4 4/10 5/4 5/8 5/17 29/22 34/19 35/11 42/22 51/4 56/10 62/22 64/10 72/19 78/22 78/22 79/3 80/16 80/17 86/8 86/8 97/10 97/19 110/3 122/9 132/19 133/3 138/12 141/12 141/13 150/8 150/9 150/15 153/25 154/11 159/24 168/24 169/7 182/10 182/11 182/18 187/17

Ms. [22]  34/15 41/5 41/8 43/25 48/14 49/19 52/22 53/21 54/17 72/20 81/2 85/7 85/10 87/17 88/16 97/14 119/15 122/3 124/4 125/1 137/1 187/4

Ms. Alexander [1]  72/20

Ms. Doe [4]  81/2 87/17 88/16 125/1

Ms. Hill [1]  85/10

Ms. Johnson [5]  85/7 97/14 119/15 122/3 124/4

Ms. Roberge [4]  41/5 41/8 137/1 187/4

Ms. Roberge's [1]  43/25

Ms. Springer [1]  48/14

Ms. Story [1]  34/15

Ms. Sullivan [4]  49/19 52/22 53/21 54/17

MTSU [1]  24/20

much [5]  6/13 42/19 42/22 49/22 50/11 55/1 84/5 88/14 88/16 96/1 96/24 98/2 119/20 122/20 122/25

multiple [2]  102/25 106/6

Murfreesboro [1]  25/8

my [75]  5/17 6/5 6/9 9/10 9/21 10/6 19/14 21/15 21/24 29/17 32/19 32/23 37/12 37/24 39/17 40/16 40/23 45/22 46/20 47/1 47/2 51/6 51/16 53/10 53/23 54/15 58/4 63/20 72/4 72/21 72/23 76/5 76/23 82/8 89/2 89/11 92/25 93/7 94/24 99/23 103/16 106/1 106/15 118/18 120/25 126/8 126/9 126/15 128/16 135/9 137/5 145/12 145/19 147/19 150/16 153/23 153/24 157/17 159/18 165/10 165/16 167/10 167/18 168/24 178/12 181/10 182/12 184/5 184/8 184/20 185/8 185/10 188/3 194/10 194/21

Myers [2]  24/23 26/18

Myers-Briggs [2]  24/23 26/18

myself [2]  6/23 9/22

**N**

name [17]  5/5 5/17 5/22 5/24 8/25 14/11 15/17 23/1 70/18 70/19 82/25 103/5 132/17 150/16 176/25 189/22 194/21

named [2]  19/5 182/25

NASHVILLE [11]  1/2 1/6 1/12 1/20 2/9 3/2 3/13 3/19 3/24 19/16 110/6

nashville.gov [1]  3/25

national [3]  19/17 73/16 73/19

near [1]  5/14

necessarily [10]  43/15 60/9 61/23 76/19 87/23 134/9 140/1 141/6 151/4

157/7

need [21]  6/11 27/1 28/1 41/14 41/20 41/21 52/20 59/18 60/5 60/17 67/1 72/22 83/19 89/4 91/4 92/14 120/14 120/16 120/17 120/19 120/20 120/23 133/14 134/14 142/18 145/2 147/8 151/20 151/25 171/8 171/9 187/24

needed [5]  20/13 29/18 117/25 156/2 171/11

needing [4]  171/23 174/19 176/16 177/19

needs [2]  27/2 170/8

negative [6]  133/21 133/22 133/23 134/19 151/3 164/23

network [5]  184/23 185/1 185/1 188/25 189/1

never [10]  36/12 43/3 64/21 76/24 84/7 84/8 106/13 127/18 128/19 165/17

new [13]  33/11 33/18 41/6 41/8 47/13 48/17 48/19 49/5 49/13 49/24 55/3 79/12 153/4

news [6]  73/17 73/18 73/19 103/11 104/5 152/5

next [18]  25/6 33/15 61/21 98/11 114/23 118/6 124/5 124/18 140/20 152/24 156/1 156/5 158/17 166/19 182/4 183/25 185/15 192/16

next-numbered [7]  118/6 124/5 158/17 166/19 182/4 185/15 192/16

Nicole [12]  169/13 169/17 169/25 170/1 170/5 179/3 179/3 181/22 183/13 183/18 184/12 185/13

Nicole's [1]  170/6

night [1]  73/9

nine [9]  78/20 88/10 89/4 110/16 111/2 111/13 112/9 116/25 180/20

no [101]  1/5 4/7 4/8 4/9 4/10 4/12 4/13 4/14 4/15 4/16 5/14 5/16 7/25 8/3 8/18 9/19 11/4 12/1 13/5 15/2 15/5 15/11 15/25 18/6 30/3 32/3 36/9 36/14 37/8 37/15 38/11 38/25 39/13 39/15 40/15 43/6 44/1 46/3 46/6 47/22 56/16 58/4 66/17 66/18 69/13 70/11 72/8 73/24 75/25 76/9 76/11 76/14 82/21 87/8 95/6 97/25 98/13 99/3 100/8 100/12 100/15 101/7 102/1 107/24 114/21 117/20 118/11 124/13 125/10 127/13 127/18 131/17 133/1 136/17 137/15 139/13 140/9 140/18 140/23 142/16 144/3 147/21 150/3 150/7 158/21 159/2 163/2 164/10 164/19 164/22 170/11 170/25 172/9 174/14 174/20 182/8 185/19 186/1 191/2 191/20 192/17

Nobody [1]  108/3

nod [1]  87/13

none [2]  173/11 188/1

nonrenew [9]  57/23 59/2 60/24 61/3 61/19 62/8 63/21 64/23 64/23

nonrenewal [18]  34/5 34/9 59/6 59/8 59/11 59/12 59/13 59/14 64/19 65/6 98/19 101/12 102/6 102/13 105/4 145/25 146/2 146/7

nonrenewals [9]  33/21 33/23 34/2 34/3 56/2 56/17 56/20 66/14 102/14

nonrenewed [24]  33/17 57/7 57/8 57/10 57/12 57/14 57/19 61/1 61/16 62/6 62/12 66/13 66/15 66/17 70/13 70/14 101/8 102/4 145/11 145/16 145/22 146/7 146/10 146/10

**N**

nonrenewing [4] 61/13 64/1 101/6
101/14
nontenured [3] 61/18 61/22 61/25
normal [1] 156/22
Norris [4] 47/7 138/9 160/12 181/16
north [4] 2/9 11/11 11/22 12/9
not [281]
Note [1] 174/7
notes [13] 151/22 172/20 172/21 173/1
173/2 173/17 173/23 173/25 174/9
174/10 177/25 178/5 178/14
nothing [2] 126/22 163/23
notice [5] 3/1 3/3 71/12 187/22 189/24
noticed [2] 33/18 136/13
notices [1] 146/22
notification [1] 160/2
notified [1] 61/8
notify [1] 34/5
now [54] 5/8 5/17 6/7 6/15 7/6 9/24
12/5 15/9 16/1 19/21 21/18 28/17
34/17 34/25 36/10 40/11 40/25 50/21
52/22 53/21 54/17 56/1 57/5 59/21
60/24 65/13 66/11 66/24 71/6 71/8
71/19 73/5 74/3 81/5 86/2 88/4 88/7
88/11 89/7 102/20 105/14 105/23
106/15 113/24 116/23 118/13 119/10
129/24 130/19 137/13 140/10 154/8
169/1 172/20
nowhere [1] 184/18
number [40] 26/4 52/24 67/5 67/7
68/13 72/21 72/23 82/1 82/5 82/20
89/3 94/2 95/5 95/9 95/12 104/12
111/10 114/7 115/19 115/24 116/10
116/12 118/10 118/16 124/9 124/18
124/22 126/1 132/7 138/15 138/17
148/20 158/20 166/14 166/24 170/21
182/7 185/18 192/20 194/20
numbered [7] 118/6 124/5 158/17
166/19 182/4 185/15 192/16
numbers [3] 31/5 143/14 191/11
nutrition [1] 52/25

**O**

O'Reilly [1] 19/23
oath [1] 146/6
object [3] 64/6 126/12 131/5
objection [32] 34/10 62/18 63/7 64/2
64/8 67/3 68/2 82/21 82/22 87/11
92/17 93/6 93/16 93/21 94/10 94/18
95/6 96/4 118/11 127/8 129/4 131/13
133/6 141/3 146/8 158/21 163/15
164/9 165/7 182/8 185/19 192/17
objections [2] 3/4 64/7
objective [1] 134/13
obligation [1] 96/17
observed [3] 56/8 110/1 150/13
obviously [2] 58/8 135/6
occur [2] 73/13 146/24
occurred [8] 26/16 73/6 99/11 99/16
100/5 121/9 137/3 137/7
October [20] 30/18 30/18 32/13 32/15
37/23 38/1 38/2 38/12 38/20 40/12
42/3 70/7 87/16 88/1 109/10 109/12
109/15 187/1 187/4 187/4
October 10 [1] 87/16
October 10th [1] 88/1
off [15] 5/22 5/24 29/18 51/6 70/18
76/5 82/8 88/6 89/2 94/24 112/13
112/24 120/25 123/1 150/11

offer [2] 125/18 126/4
offered [1] 94/1
offers [1] 157/3
office [32] 9/25 10/3 14/7 14/8 16/7
18/3 19/13 23/16 31/3 50/22 51/1 51/8
51/21 53/7 54/4 58/3 58/4 103/12
105/10 105/23 121/20 131/11 143/15
148/17 148/23 149/1 149/7 149/13
149/16 167/9 167/13 191/1
office-based [1] 121/20
officer [27] 30/15 30/16 32/4 32/5 33/3
38/5 38/8 38/14 39/18 40/3 40/8 41/11
41/23 45/14 46/24 47/3 47/7 47/9
47/10 48/23 48/24 49/5 49/17 51/18
52/23 53/24 170/1
officers [4] 39/22 39/23 46/16 54/2
offices [1] 3/2
official [1] 174/5
often [1] 65/8
oil [1] 155/21
okay [222]
old [2] 18/18 49/8
once [4] 24/10 121/24 182/12 185/24
one [98] 5/21 6/24 7/7 7/12 7/14 8/2
8/4 15/15 17/12 19/20 24/10 27/13
28/9 28/18 35/21 36/2 36/5 36/25 38/9
39/13 53/16 53/16 55/10 56/10 60/17
64/11 65/8 65/10 65/22 66/5 66/11
72/21 73/9 83/22 84/3 92/11 103/2
104/25 113/1 114/15 118/13 120/11
124/13 124/18 126/2 127/25 128/24
135/21 137/12 138/11 138/19 142/16
142/18 143/11 143/12 143/16 150/4
152/8 154/17 159/18 160/18 161/6
161/17 162/19 163/12 163/13 163/16
163/21 164/7 165/20 168/9 168/11
170/7 172/7 172/11 173/10 173/13
173/17 174/15 175/6 175/7 175/11
186/23 187/15 187/23 188/3 188/5
188/11 188/11 188/12 188/14 188/15
188/21 188/24 189/17 189/18 189/20
189/21
ones [4] 51/4 137/17 137/18 166/3
online [5] 26/7 46/4 148/3 175/16 186/1
only [10] 9/12 9/18 23/14 27/9 45/11
82/22 111/17 126/18 168/3 184/18
open [10] 39/14 65/18 104/13 152/14
152/16 152/19 156/11 156/12 171/2
180/5
operating [23] 33/24 34/1 46/24 48/23
48/24 49/5 50/3 51/13 51/18 52/22
53/24 55/18 55/21 55/24 56/21 56/23
56/24 58/24 59/1 67/14 68/13 148/12
189/5
operational [1] 52/7
operational-related [1] 52/7
operations [4] 47/10 49/11 49/13 53/4
opinion [1] 157/19
opinions [2] 101/17 101/19
opportunity [4] 21/12 59/25 94/1
opposed [3] 76/17 118/15 121/14
order [4] 39/4 43/23 52/20 147/12
org [1] 47/2
organization [6] 56/11 56/13 133/23
140/7 153/10 156/20
organizational [5] 153/4 153/7 153/13
153/16 156/17
organizations [1] 26/14
original [1] 33/5 112/24
other [67] 6/24 7/6 7/6 7/10 13/9 14/25

15/20 20/15 21/4 21/19 29/2 41/19
41/20 43/7 43/12 44/9 44/19 45/17
48/12 50/18 51/4 51/4 51/7 51/21 54/2
54/17 55/10 55/17 57/18 64/11 72/11
80/21 81/7 86/22 96/22 102/25 104/10
104/16 104/19 106/19 109/18 122/19
125/7 126/3 126/6 132/1 149/9 152/18
161/17 161/23 162/19 162/21 163/1
164/3 165/5 166/1 166/14 167/12
170/8 178/8 178/9 179/24 180/2 180/3
186/9 187/13 188/12
others [4] 141/15 165/8 181/12 181/14
otherwise [1] 130/16
our [28] 8/21 9/4 17/1 24/4 33/10 33/11
33/11 35/13 39/2 44/14 55/24 59/12
82/16 82/22 98/22 98/23 108/21 136/6
136/9 154/17 155/25 156/22 163/23
168/13 170/16 186/5 186/6 189/3
out [46] 9/10 17/4 21/19 44/9 46/4 49/3
52/12 62/15 70/19 71/9 72/17 74/4
74/6 74/8 80/14 83/9 103/6 106/19
108/20 123/18 125/7 126/14 127/23
127/24 133/18 133/19 134/14 134/16
134/17 134/23 134/25 134/25 136/10
140/15 140/23 146/25 155/9 156/1
156/15 162/12 172/17 173/13 175/13
181/22 190/7 190/12
outcome [1] 194/10
outlier [1] 126/5
outside [7] 35/19 100/16 103/14 104/17
137/5 155/1 156/22
over [16] 9/14 17/19 26/2 32/21 42/24
53/25 58/1 85/2 99/21 111/25 112/16
115/15 122/16 187/5 187/9 190/19
overdue [2] 183/20 183/22
overqualified [2] 121/2 121/7
own [1] 173/24
owned [1] 19/17

**P**

P-L-U-C-I-N-S-K-Y [1] 19/6
p.m [1] 155/18
P.O [2] 3/19 3/24
pad [1] 173/24
page [17] 4/2 4/3 4/4 4/7 4/8 4/9 4/11
4/12 4/13 4/14 4/15 4/16 90/14 90/18
90/19 190/21 195/7
pages [2] 194/9 195/4
paid [10] 54/18 88/10 89/25 90/2 96/12
98/3 111/17 111/19 112/13 122/16
pandemic [6] 52/5 52/8 52/10 52/13
52/21 156/3
panel [23] 106/16 107/8 107/12 107/13
138/6 138/8 139/8 140/4 143/5 143/8
143/9 157/9 157/11 157/20 158/1
160/3 160/5 160/16 160/17 162/4
163/4 163/18 165/21
panelist [1] 166/4
panelists [12] 138/15 138/16 143/20
158/13 161/18 162/21 163/1 165/20
166/14 173/7 173/16 178/13
panels [2] 143/14 166/1
paper [1] 59/18
paperwork [1] 16/12
paragraph [24] 172/2 172/5 172/7
172/11 174/17 174/18 174/23 176/14
176/15 177/17 177/19 177/22 178/1
178/20 178/23 179/10 179/24 180/7
180/17 180/20 180/25 181/7 181/9
181/15

P

parameters [1] 100/24
parent [4] 99/9 99/10 101/23 144/24
parents [3] 73/11 101/17 143/18
part [18] 27/6 33/6 35/18 44/10 47/18
52/1 59/11 119/23 122/7 153/1 154/2
167/17 174/5 175/3 179/2 179/3
183/24 189/13
participate [2] 158/9 158/25
participated [1] 137/25
particular [13] 21/5 24/22 26/9 26/9
82/12 85/16 85/17 98/14 102/12 125/1
126/3 136/12 190/17
particularly [2] 66/6 106/23
parties [1] 194/14
partner [4] 30/13 32/25 33/4 85/12
partners [1] 33/9
Parts [1] 19/23
password [1] 189/22
past [3] 121/24 122/20 122/21
Paul [2] 14/12 14/13
pay [77] 36/16 36/20 37/5 37/9 40/6
42/16 52/12 68/12 88/8 88/10 88/25
89/1 89/3 89/4 89/4 89/18 89/24 90/1
90/2 90/25 91/2 91/6 91/14 91/17
91/23 92/5 92/15 92/21 92/23 93/3
93/15 93/25 94/9 94/17 94/22 95/2
95/11 95/15 95/17 95/22 96/10 98/5
98/6 110/3 110/17 110/19 111/1
111/24 112/8 112/10 112/12 112/15
112/16 112/22 113/25 114/10 114/14
114/15 115/7 116/25 117/4 117/9
118/5 119/6 121/22 121/25 122/5
122/6 122/14 122/18 123/16 123/17
123/21 125/12 125/19 126/4 126/11
paycheck [1] 37/12
people [50] 24/20 29/2 43/19 43/20
44/14 45/8 45/11 51/17 53/14 65/12
86/22 93/19 112/15 122/19 126/3
128/9 128/11 130/20 133/25 134/21
134/21 135/1 139/10 140/3 143/7
143/10 143/18 149/2 149/6 152/6
152/21 157/17 157/19 158/2 158/23
164/25 165/4 165/5 167/12 168/1
168/11 173/13 175/19 178/9 178/18
180/4 181/23 188/12 190/10 191/1
people's [1] 134/19
per [8] 111/11 112/11 114/8 115/19
116/10 116/12 122/25 191/16
percent [2] 55/14 89/25
performance [11] 47/8 57/9 57/11
57/21 57/24 58/1 60/5 82/9 144/8
144/10 144/11
performed [2] 157/11 157/19
perhaps [2] 174/3 186/2
period [7] 40/16 42/7 71/11 112/8
156/7 187/9 190/17
peripheral [1] 7/20
Peripherally [1] 103/13
Perry [2] 15/17 47/8
persists [1] 60/15
person [37] 8/1 8/16 8/19 24/10 27/6
27/13 27/14 33/24 50/13 50/17 53/7
62/13 62/14 62/14 63/11 63/22 72/1
72/11 80/22 84/20 85/19 85/20 89/14
89/25 104/16 107/3 124/1 148/15
151/12 152/8 157/16 163/12 165/18
168/3 186/7 186/24 191/19
person's [3] 25/4 86/20 187/22
personal [17] 7/12 76/17 76/23 76/25

77/3 77/4 127/23 128/7 129/13 130/3
130/6 130/10 130/23 134/23 165/14
188/14 188/20
personality [6] 24/3 24/6 24/8 26/15
26/19 27/23
personally [3] 144/2 150/1 188/9
personnel [5] 14/4 14/10 16/8 16/9
22/19
perspective [1] 119/2
PhD [1] 115/9
phrases [1] 161/16
physical [1] 101/23
picked [4] 107/8 139/6 139/8 142/22
picking [3] 32/22 139/10 140/2
piece [1] 83/19
PIPPA [5] 1/16 3/10 6/2 105/3 143/19
place [22] 19/12 25/7 26/2 26/12 49/8
61/22 65/8 66/3 66/4 66/6 79/13 81/18
81/19 89/21 92/14 93/2 93/19 94/15
161/4 161/6 161/7 162/17
placed [18] 90/24 91/3 91/5 91/12
91/22 92/3 92/6 92/19 92/20 93/8
93/14 93/24 94/4 94/7 96/1 135/16
146/1 167/21
places [5] 24/16 127/23 133/18 134/17
134/17
plaintiff [4] 1/4 1/10 3/15 8/23
plaintiffs [5] 1/18 3/1 3/8 5/20 164/21
plan [18] 59/22 59/23 59/23 60/6 60/7
60/10 60/14 60/20 144/8 144/9 144/11
144/12 144/13 144/13 144/16 144/20
145/2 145/8
planning [3] 53/3 145/7 183/25
plans [4] 5/14 24/5 59/20 60/17
platform [1] 108/8
playing [7] 77/8 77/14 77/16 78/2 78/16
133/1 133/15
please [2] 5/5 9/19
PLLC [1] 1/16
plus [4] 114/20 115/2 115/3 115/4
point [16] 6/12 13/2 34/7 70/20 80/14
127/4 128/24 137/10 152/9 161/11
167/2 183/22 185/3 186/16 186/18
190/24
policies [3] 16/11 31/14 135/7
policy [22] 16/23 18/22 20/12 20/17
31/15 31/17 31/18 31/19 31/22 34/8
56/20 58/22 58/23 58/25 61/15 65/15
70/2 89/22 96/18 135/13 144/5 144/23
pool [1] 160/25
portion [1] 78/18
portions [2] 21/21 21/22
position [119] 12/17 18/1 25/22 29/22
30/12 30/14 31/5 37/5 37/20 38/15
38/19 41/1 42/25 43/2 48/15 49/2 49/6
49/9 49/24 51/11 51/19 54/23 55/3
55/11 65/14 65/22 65/23 66/25 67/11
67/19 67/25 68/9 71/13 74/6 74/17
75/18 81/12 84/16 84/22 85/2 85/4
85/12 85/16 85/17 86/3 86/6 87/6
88/17 88/24 88/25 89/18 91/2 92/6
92/10 93/5 93/8 93/24 95/17 95/20
95/21 95/23 95/25 96/14 97/7 97/11
97/15 98/2 98/14 98/20 99/15 111/9
111/11 111/21 111/23 112/4 112/6
113/20 113/22 118/14 119/4 119/6
119/12 120/22 121/7 121/8 121/14
121/15 121/18 121/21 122/17 124/1
125/19 126/11 127/6 127/12 127/22

139/3 139/4 139/4 139/16 140/5
141/10 142/2 142/6 142/9 142/15
146/1 146/13 146/17 147/6 147/9
147/14 148/12 158/1 169/15 183/6
183/6 183/9 191/21
positions [34] 36/22 50/18 50/20 50/22
51/2 51/22 53/16 67/1 67/6 67/7 67/16
67/18 68/8 68/13 68/15 68/16 85/14
91/25 92/2 94/2 94/7 94/8 104/12
104/24 138/25 139/18 148/9 148/16
152/17 152/18 164/16 179/17 190/24
192/2
positive [3] 134/1 145/14 164/23
positively [1] 134/15
possible [13] 54/20 62/7 120/17 120/19
137/11 162/13 162/15 162/16 166/8
166/12 166/16 178/18 180/3
post [3] 39/3 43/13 43/14
posted [16] 29/21 39/1 39/5 43/5 43/9
43/16 43/25 44/2 44/6 44/7 44/12
44/13 48/5 48/11 48/12 177/12
posting [4] 44/15 51/11 171/25 172/18
potentially [2] 181/22 190/15
practice [22] 60/21 72/2 84/16 84/17
84/24 86/3 86/7 88/9 88/17 95/22
96/14 96/22 98/2 110/24 111/13
111/14 112/8 113/16 116/9 118/23
126/19 158/11
practices [17] 112/4 113/12 117/12
117/19 117/21 118/14 118/25 119/5
119/17 120/7 120/7 121/2 121/7
121/14 121/15 125/2 125/8
premise [1] 131/5
prepared [2] 4/10 124/4
present [5] 43/9 68/11 77/22 138/1
166/6
president [6] 18/15 18/21 18/24 19/1
19/5 20/15
press [2] 73/20 73/23
pretty [3] 36/11 126/16 191/11
prevent [1] 96/16
preventing [1] 96/15
previous [1] 135/22
previously [9] 82/19 95/8 118/9 124/7
158/19 166/23 182/6 185/17 192/19
previously-mentioned [9] 82/19 95/8
118/9 124/7 158/19 166/23 182/6
185/17 192/19
primarily [1] 28/10
principal [28] 57/12 57/23 57/25 59/4
59/10 59/24 60/3 60/5 60/12 60/17
66/13 98/24 99/21 102/5 103/2 103/5
131/8 131/12 136/7 136/8 143/9
143/14 145/2 145/4 161/12 174/4
174/6 180/22
principals [13] 53/12 57/2 57/4 58/6
59/9 59/13 59/20 66/2 143/1 144/8
149/17 149/18 158/15
prior [2] 49/25 154/22
probably [15] 9/10 29/16 40/9 41/18
42/2 53/8 85/3 88/3 89/1 90/7 123/22
128/1 129/14 136/4 138/10
problem [2] 59/5 60/15
problems [2] 31/7 145/1
procedure [10] 3/3 34/12 58/25 59/2
89/23 135/3 142/25 147/24 148/1
187/19
process [24] 29/1 29/7 33/13 33/22
33/25 34/1 34/3 34/11 43/19 43/20
51/10 56/22 56/23 56/24 58/7 59/12

**P**

process... [8] 61/8 61/20 62/24 65/6 65/18 86/1 102/18 102/19
processed [1] 33/18
processes [1] 189/5
processing [3] 71/25 85/23 85/24
produce [1] 176/18
produced [4] 124/13 164/2 178/6 179/5
professional [3] 11/18 141/20 165/2
professionally [1] 154/22
program [15] 11/17 21/16 23/4 35/10 53/17 53/19 53/19 56/12 57/15 57/16 57/18 148/3 148/11 148/13 175/17
programmatic [2] 57/13 145/6
project [2] 33/5 33/7
projects [1] 145/7
promise [1] 187/16
promoted [1] 41/10
promotion [6] 38/6 42/12 42/14 42/15 89/24 116/7
promotions [4] 16/14 16/25 17/8 17/14
Propel [2] 22/24 28/18
proper [1] 59/3
properly [2] 68/10 68/20
protect [1] 135/5
protected [2] 69/16 135/6
protection [1] 135/4
protests [1] 101/10
provide [2] 118/6 174/24
Provided [1] 91/1
provides [1] 26/13
provisions [1] 3/3
psychology [1] 24/21
public [5] 167/9 167/24 168/8 168/14 170/1
publicly [2] 44/6 44/7
pull [13] 49/12 109/17 110/3 114/11 114/12 122/5 148/5 180/12 180/14 180/16 180/21 181/13 181/19
pulled [7] 49/18 179/6 179/13 179/15 179/16 181/10 181/11
pulling [1] 172/17
purpose [2] 52/17 54/5
pursuant [1] 3/2
purview [3] 100/16 137/5 167/18
put [29] 33/24 37/17 37/19 37/25 43/22 53/8 60/5 60/7 60/10 60/17 60/20 64/16 76/19 89/16 89/17 100/24 102/18 115/23 122/7 122/9 127/1 134/14 135/11 137/20 153/9 154/5 160/24 188/20 188/21
putting [1] 33/8 44/16

**Q**

qualified [3] 104/23 121/11 141/9
qualify [1] 52/16
quarterly [1] 68/15
question [24] 6/9 9/23 25/15 25/17 36/11 38/18 67/14 67/17 79/7 89/6 93/1 94/20 125/14 125/15 125/21 125/24 126/8 126/9 135/9 150/4 171/21 178/12 186/16 190/2
questioning [2] 64/3 69/9
questions [16] 3/5 6/8 26/21 26/23 27/15 27/19 27/25 28/1 28/4 56/2 80/18 101/2 150/10 161/19 161/21 187/14
quick [2] 123/3 187/16

**R**

ran [1] 19/12
Randolph [2] 46/24 54/24
Randolph's [1] 54/21
range [3] 88/19 88/22 88/23
rate [25] 90/25 91/6 91/14 91/23 92/4 92/15 92/21 93/3 93/15 93/25 94/9 94/16 94/22 113/4 114/4 115/20 116/5 116/17 116/20 117/3 117/9 122/5 122/14 125/19 126/11
rather [2] 151/8 166/4
reached [1] 181/22
reaching [1] 155/8
reactivated [1] 186/12
read [6] 10/24 24/18 104/5 154/4 159/20 195/4
reading [2] 3/4 154/7
ready [3] 157/2 169/2 182/14
real [2] 123/3 187/15
realize [1] 108/19
realized [2] 188/2 188/7
really [4] 29/12 84/9 88/6 105/1
realm [1] 37/3
reapply [3] 61/25 152/10 152/23
reason [15] 35/11 51/10 52/1 76/23 76/25 98/13 119/7 125/7 125/23 126/10 126/18 134/23 145/10 163/3 163/7
reasonable [1] 64/5
reasons [4] 77/3 124/25 125/1 132/8
Rebecca [4] 23/9 23/20 35/7 35/25
recall [23] 21/4 75/13 76/3 76/5 76/12 81/6 87/3 99/17 100/5 100/9 100/13 101/16 104/1 104/16 109/20 123/18 137/16 138/16 153/15 178/10 179/12 192/23 192/24
receive [1] 52/20
received [4] 71/12 89/19 112/10 171/13
receiving [1] 52/19
recognize [9] 8/12 28/6 28/11 77/9 77/17 90/8 90/9 190/5 190/11
recollection [1] 89/11
recommend [2] 85/15 157/16
recommendation [4] 85/18 85/21 104/20 126/2
record [10] 5/6 5/22 5/24 9/20 10/23 16/18 70/18 150/12 175/16 194/10
recording [2] 4/7 83/4
recordkeeping [1] 16/11
records [34] 16/14 16/24 17/3 17/5 17/6 17/7 82/16 167/2 167/6 167/8 167/9 167/9 167/13 167/17 167/19 167/24 168/7 168/8 168/14 169/14 170/1 170/4 170/14 171/3 171/7 172/12 174/1 174/17 176/8 181/25 182/23 182/24 184/17 187/5
recover [1] 52/20
recovered [1] 186/15
recovery [4] 52/5 52/6 52/7 52/8
recreate [1] 109/2
recruiter [1] 85/3
redact [1] 97/8
Redirect [2] 4/4 187/17
reduction [1] 89/15
Reese [1] 182/25
Reese's [1] 183/15
refer [3] 5/22 70/18 72/18
referred [1] 185/25
referring [7] 5/24 128/8 134/18 170/13 172/25 173/4 185/12

regard [2] 25/10 98/10
regarding [5] 101/4 157/9 157/18 167/3 174/21
Regents [5] 13/11 13/19 14/22 16/2 16/5
regular [1] 155/25
regulation [1] 89/8
Reid [8] 169/13 169/17 169/25 170/1 170/5 183/13 183/18 184/12
related [17] 16/14 16/24 17/7 17/13 21/20 52/5 52/6 52/7 57/20 69/6 69/6 99/14 169/14 178/23 182/22 183/5 194/13
relations [8] 31/10 31/20 72/5 72/13 72/24 81/1 103/15 104/7
relative [1] 14/25
relatives [2] 15/20 15/23
released [2] 153/17 153/17
relevant [1] 21/24
remember [61] 8/24 9/22 32/12 46/13 54/20 71/14 74/9 75/8 75/21 75/23 75/24 75/25 76/1 78/9 78/11 80/1 80/20 81/3 81/17 83/24 88/22 97/9 97/13 97/18 98/4 98/4 101/10 104/4 111/9 112/23 113/19 122/12 130/24 137/17 138/18 140/12 142/13 142/17 145/23 146/14 152/7 157/5 157/21 160/19 161/7 161/9 161/12 161/15 161/16 162/6 162/9 162/15 171/12 172/16 175/5 175/8 178/19 179/1 179/15 181/5 185/6
remote [1] 184/21
removes [1] 57/15
Renita [1] 47/8
renovation [1] 47/9
reorg [4] 56/15 76/17 92/14 105/10
reorg'd [3] 105/12 105/17 105/24
reorganization [5] 41/19 90/23 151/19 153/5 153/13
reorganizations [2] 90/19 91/20
rephrase [2] 6/10 125/4
report [15] 13/12 53/6 58/9 58/14 58/15 58/15 58/16 66/21 72/2 72/3 72/23 74/22 136/23 190/9 191/7
reported [9] 13/6 58/20 71/23 71/24 72/25 73/20 73/23 104/2 194/8
reporter [5] 9/15 82/25 118/7 194/7 194/20
REPORTER'S [1] 193/2
reporting [5] 53/6 58/11 58/23 106/3 194/19
reports [6] 53/2 53/2 53/3 60/3 72/1 102/4
represent [5] 5/20 6/1 6/1 6/2 150/16
representation [1] 40/2
represents [2] 6/6 40/3
reputation [1] 151/1
request [17] 119/12 124/21 167/2 169/14 171/7 172/12 174/2 174/11 175/3 178/3 178/6 181/9 181/25 182/24 183/15 183/19 187/5
requested [2] 29/8 170/20
requester [2] 170/7 171/9
requesting [1] 183/4
requests [10] 167/6 167/8 167/10 167/24 168/7 168/14 170/4 170/14 182/23 184/17
required [2] 24/12 140/5
requirement [2] 60/19 139/10
requires [5] 16/13 16/24 53/17 66/25

**R**

requires... [1] 171/3
reserved [1] 3/5
resignation [5] 135/20 135/22 136/5 136/10 136/21
Resignations [1] 136/6
resigned [3] 136/8 136/14 136/19
resigning [1] 136/22
resource [5] 20/14 31/2 167/18 167/22 167/23
resources [17] 10/10 11/19 22/18 23/3 29/23 30/15 30/17 32/6 32/7 32/8 35/5 46/21 72/22 79/15 85/6 110/7 168/11
respond [2] 170/17 171/7
responded [4] 168/13 169/21 185/7 185/9
responding [3] 168/6 170/4 184/15
response [5] 76/23 168/17 171/3 178/6 183/16
responses [1] 175/14
responsibilities [3] 39/24 42/17 170/4
responsibility [10] 86/18 86/19 105/8 118/19 118/22 118/24 119/3 170/6 170/12 170/14
responsible [8] 52/24 91/12 91/16 92/3 102/5 153/3 167/15 170/9
responsive [9] 174/1 174/11 174/18 176/15 177/18 180/7 181/8 181/19 184/16
rest [5] 24/24 138/18 162/7 165/23 173/11
restorative [36] 84/16 84/17 84/23 86/3 88/7 88/9 88/17 95/21 96/14 96/22 98/2 110/23 111/12 111/14 112/4 112/7 113/12 113/16 115/11 116/9 117/12 117/18 117/21 118/14 118/23 118/25 119/5 119/16 120/6 120/7 121/2 121/6 121/14 121/15 125/2 125/8
restrictions [1] 52/4
result [2] 24/11 24/12
results [7] 24/6 24/13 25/6 25/12 25/16 25/19 27/16
retain [1] 177/4 177/5
retained [2] 90/24 91/21
retali [1] 78/23
retaliate [6] 69/14 100/6 100/25 135/8 135/12 135/14
retaliated [13] 70/3 72/15 73/1 74/12 74/17 78/25 79/8 79/17 83/10 83/16 88/1 130/1 132/15
retaliation [34] 5/21 69/21 69/24 70/10 71/20 71/22 72/1 75/20 76/1 76/4 76/13 76/16 77/4 77/7 80/6 80/9 80/19 80/25 83/19 83/23 84/4 87/10 97/12 100/10 100/14 128/15 130/8 130/12 130/16 131/2 135/5 135/16 136/20 137/9
retaliatory [2] 79/2 79/4
retest [7] 24/9 24/15 24/18 24/24 25/10 25/11 25/14
retired [2] 47/1 191/18
retrieved [1] 187/10
reviewing [1] 121/13
Richard [2] 15/17 15/18
right [30] 6/5 21/18 26/9 32/16 40/24 40/24 50/21 60/22 62/16 88/11 95/1 100/2 107/16 107/19 114/10 115/22 116/17 119/9 137/22 138/14 138/17 147/7 150/9 151/12 159/11 160/13
172/20 179/19 182/11 191/15
rights [2] 63/5 63/5
road [7] 5/10 29/18 129/12 130/2 130/10 130/21 130/23
Roberge [11] 34/18 34/19 41/5 41/8 41/15 42/22 46/21 72/10 72/19 137/1 187/4
Roberge's [1] 43/25
Roger [1] 19/7
role [21] 37/13 37/25 41/16 41/23 62/14 86/22 89/12 89/13 91/8 92/20 92/23 93/2 122/20 152/22 155/2 155/5 157/10 157/17 167/7 180/2 180/4
roles [1] 43/4
room [1] 152/4
roster [5] 172/1 176/18 176/22 179/16 180/21
rosters [3] 171/24 179/9 179/13
roughly [2] 88/11 88/13
round [5] 157/25 158/3 158/14 158/25 159/9
RPA [1] 113/21
rude [1] 10/20
rule [2] 89/7 89/20
rules [2] 3/3 189/23
run [5] 19/15 19/16 19/17 79/15 191/8
running [4] 96/9 107/3 123/21 192/11
runs [3] 111/4 111/6 187/21

**S**

S-O-U-T-H-A-L-L [1] 5/10
said [101] 23/6 24/21 29/10 29/11 29/13 29/15 29/16 41/12 41/12 41/13 41/14 41/17 41/17 41/18 41/20 41/22 41/23 45/24 45/25 46/7 56/18 70/17 71/13 71/15 71/20 74/23 75/4 75/4 75/6 75/8 75/21 75/24 75/25 78/24 79/2 79/14 79/20 80/5 80/8 80/8 80/12 80/24 81/3 83/8 83/8 83/9 83/13 83/14 83/15 83/18 83/24 84/7 84/12 92/13 96/21 97/19 97/22 97/23 101/13 106/6 110/15 128/24 128/24 129/14 130/20 130/22 131/9 132/24 134/16 135/20 135/22 136/21 140/12 142/16 142/18 142/19 142/20 144/20 146/9 147/17 149/23 151/18 152/7 157/1 157/4 160/21 160/23 161/18 163/20 164/1 165/5 165/8 172/21 175/2 183/14 183/19 185/7 185/9 185/24 187/1 195/5
SAITH [1] 193/1
salaried [1] 89/12
salaries [2] 86/16 192/11
salary [29] 4/9 40/12 40/16 40/19 49/14 53/21 54/21 55/20 86/15 86/20 86/21 89/9 96/9 96/21 110/10 112/24 113/1 113/2 115/18 119/19 123/7 125/12 126/6 126/7 126/20 168/1 191/6 191/9 191/10
same [26] 18/9 23/18 27/8 27/11 27/14 27/14 27/15 32/21 44/1 49/15 52/16 59/10 60/9 63/19 78/2 79/24 116/13 119/9 119/10 121/22 121/25 122/19 169/18 169/21 188/4 188/12
save [5] 106/9 108/16 124/17 188/23 188/25
saved [2] 124/20 124/22
saw [4] 9/14 135/22 136/19 136/19
say [82] 5/23 6/12 9/1 9/19 9/19 10/21 12/5 14/5 20/17 21/7 25/13 37/12
40/20 44/7 60/23 64/14 65/25 66/1 66/4 66/17 68/7 72/5 74/25 75/19 76/20 76/24 78/22 80/11 83/12 84/8 86/18 86/19 86/25 87/1 87/8 87/9 90/22 91/18 96/17 96/19 105/1 105/19 109/5 118/21 119/4 119/13 120/20 121/3 123/19 124/11 125/18 127/15 127/19 127/20 128/23 130/4 134/7 134/10 134/24 135/8 135/20 135/21 138/10 140/10 140/14 151/11 152/13 152/15 155/8 156/19 157/18 161/15 165/17 170/13 170/18 172/24 173/4 173/22 188/9 190/20 192/4 192/13
saying [39] 6 75/8 79/5 79/13 81/17 84/7 97/9 97/13 97/18 104/17 128/5 128/12 128/18 128/18 129/16 140/3 152/3 157/15 159/14 162/13 174/8 192/8
says [18] 34/4 59/24 66/15 70/2 89/20 89/22 89/23 90/13 97/19 98/17 110/19 110/20 135/13 155/17 161/3 171/2 174/9 187/25
scale [20] 91/17 92/23 95/3 95/11 95/18 112/14 113/21 114/10 114/14 115/7 117/24 117/25 118/5 122/6 122/19 123/16 123/17 125/12 125/20 126/4
scales [4] 14/4 110/17 114/1 114/15
SCH [1] 110/22
SCH001 [1] 110/19
SCH008 [1] 113/13
SCH009 [3] 111/1 112/5 113/17
SCH015 [2] 113/9 113/15
SCH016 [1] 110/19
schedule [7] 4/9 110/11 111/22 113/1 113/2 159/15 181/12
school [59] 34/6 49/25 54/13 54/14 54/15 54/16 55/6 56/14 57/13 57/19 62/15 63/9 64/11 65/9 65/10 65/11 66/16 67/2 67/4 67/6 67/12 68/1 68/8 70/24 71/12 89/10 94/23 95/12 95/13 95/14 96/2 103/24 105/21 105/25 111/16 111/19 111/22 113/7 120/17 120/19 121/18 127/17 135/11 135/16 143/17 145/13 148/13 151/6 152/25 154/22 156/1 156/5 156/11 156/12 156/13 156/14 156/15 156/18 184/1
school-based [1] 121/18
SchoolEmails [1] 182/17
schools [77] 16/21 16/23 17/14 17/16 28/13 30/4 30/6 34/9 36/16 46/23 48/18 48/19 49/1 50/11 50/25 52/18 53/6 53/11 53/25 54/1 54/3 54/6 54/8 54/9 54/11 54/13 54/15 58/22 59/16 59/17 62/3 63/14 66/20 69/22 69/25 70/10 71/3 71/7 71/10 71/8 73/14 80/22 81/8 81/16 82/10 91/11 92/2 92/12 93/2 93/4 93/13 93/23 94/3 94/6 98/9 98/15 102/22 104/10 106/4 125/17 127/5 127/7 127/15 131/2 131/3 132/18 134/7 135/4 135/10 139/2 144/5 148/7 149/14 149/19 149/20 151/2 187/20
schools' [1] 110/8
SchoolsEmails [4] 154/10 159/23 166/20 169/6
score [21] 28/5 28/9 107/4 108/2 137/14 138/2 138/4 162/6 162/14 163/4 163/8 163/12 163/25 165/22 165/23 166/8 166/9 173/2 173/2 173/8

**S**

score... [1] 192/22
scored [7] 28/2 29/6 162/7 163/24 165/19 166/13 166/13
scorer [2] 161/24 161/25
scorers [2] 138/12 139/7
scores [29] 28/11 107/18 107/20 107/22 107/25 108/4 108/15 109/17 145/13 162/3 163/4 163/9 163/10 163/14 163/19 164/1 164/3 164/6 175/3 175/10 176/3 176/4 176/10 177/7 178/21 179/5 185/4 185/22 187/8
scoring [8] 28/3 28/7 108/7 157/14 164/7 173/7 181/1 192/24
Scott [1] 132/3
screen [9] 153/23 153/25 154/3 154/8 159/18 168/24 169/1 182/12 182/13
scroll [2] 154/4 182/14
scrolling [3] 169/2 169/3 169/3
search [1] 181/19
searches [1] 20/11
season [1] 19/20
second [22] 2/9 78/17 83/10 83/14 90/4 90/9 109/25 110/5 114/12 114/25 116/23 118/13 133/14 133/15 154/2 157/25 158/3 158/7 158/14 158/14 158/25 159/9
second-round [1] 158/3
secretary [2] 139/24 140/1
section [1] 107/10
see [35] 9/16 51/16 57/24 78/8 78/10 90/3 90/6 90/7 93/13 93/23 94/3 94/6 101/4 110/14 110/18 116/7 123/11 125/6 129/24 130/5 130/10 130/17 136/5 137/20 140/2 144/17 153/24 155/13 164/1 173/11 182/12 186/12 189/4 190/4 191/10
seeing [3] 91/12 92/3 146/15
seem [1] 141/20
seemed [1] 161/13
seems [1] 32/23
seen [8] 51/21 136/1 141/23 154/11 159/24 169/7 182/17 191/4
sees [1] 145/4
seldom [4] 31/8 37/11 61/20 65/4
selecting [1] 157/15
selection [1] 160/22
selections [4] 155/10 156/24 157/3 160/25
sell [1] 26/3
semester [1] 152/22
seminars [1] 21/14
send [9] 25/7 25/13 120/3 122/11 151/18 153/8 167/13 185/8 185/10
sends [1] 167/9
sense [2] 120/12 121/16
sent [26] 57/3 120/4 122/12 136/2 155/7 155/15 160/5 160/8 160/11 160/20 162/10 169/16 169/17 170/23 179/2 179/3 181/25 183/10 183/10 183/11 183/13 183/19 185/4 190/25 191/2 191/3
separate [1] 27/24
separately [3] 140/21 141/2 179/16
September [5] 42/5 42/5 42/6 42/9 187/3
series [2] 56/3 182/21
serve [2] 23/14 107/8
served [2] 107/11 119/1

serves [1] 99/23
Service [4] 12/16 12/23 12/25 13/3
services [4] 47/12 47/14 52/19 53/1
set [9] 27/1 27/18 27/25 142/19 142/20 147/24 148/1 159/7 187/20
sets [2] 129/20 159/12
setting [4] 159/8 159/9 189/7 189/8
seven [4] 20/2 171/3 180/7 182/8
several [8] 12/20 20/15 104/13 118/24 135/15 143/13 166/2 168/2
Sex [1] 8/11
sexual [4] 103/22 104/2 104/3 131/19
sexually [2] 131/9 131/10
shake [1] 9/16
shaking [2] 9/14 9/21
share [8] 153/23 159/18 188/18 189/9 189/18 189/19 189/20 189/21
shared [3] 188/21 189/1 189/16
SharePoint [1] 188/17
sharing [1] 189/22
Sharon [1] 160/12
Shawn [1] 102/13
she [302]
she'd [1] 97/7
she's [9] 80/6 115/14 115/22 128/19 128/19 130/1 130/2 130/7 130/9
sheets [3] 173/2 173/2 174/8
shortly [1] 73/13
should [29] 25/5 26/21 27/8 27/11 28/4 43/10 59/9 69/22 69/25 70/12 71/20 71/23 76/13 80/25 83/3 98/20 98/22 109/16 116/12 128/11 137/6 140/1 140/24 157/16 175/12 179/11 185/7 185/9 195/7
show [14] 59/4 90/3 90/4 90/14 110/5 127/24 133/19 150/11 168/24 175/25 182/10 190/16 190/18 191/5
shown [2] 181/11 191/8
shows [1] 135/1
shut [1] 186/8
side [1] 110/20
significant [1] 60/13
signing [1] 3/4
simply [2] 65/7 156/6
since [5] 17/22 38/21 70/5 70/6 141/4
single [4] 41/17 104/25 167/25 168/3
sit [3] 126/3 151/20 165/25
situation [9] 29/17 71/16 71/18 92/22 106/10 106/23
six [5] 29/14 143/10 172/5 179/10 179/24
sixth [1] 128/1
skill [3] 27/21 27/22 129/20
skills [3] 128/10 140/4 194/11
Skype [2] 78/6 162/19
Slave [5] 73/6 74/19 79/18 83/12 97/16
slew [1] 102/20
slow [1] 90/15
small [1] 172/13
smiling [1] 105/14
so [218]
software [1] 153/6
sold [2] 12/18 13/5
solely [1] 165/13
some [34] 17/3 24/20 27/1 41/19 47/20 49/18 50/22 51/1 51/3 53/5 53/15 60/1 66/21 67/13 106/10 107/21 107/25 132/5 144/23 145/5 145/5 149/14 152/9 156/4 158/2 163/19 163/21 167/1 184/16 186/1 186/15 188/3

189/1 191/10
somebody [10] 43/22 61/3 63/24 65/13 66/15 87/14 101/13 108/2 128/3 129/17
somehow [1] 105/17
someone [22] 64/13 65/1 65/2 65/22 66/13 69/15 69/16 72/14 79/13 82/13 85/15 85/17 104/23 106/24 113/25 126/5 126/20 151/11 152/2 161/17 177/19 180/8
someone's [1] 24/12
something [33] 24/17 25/5 27/18 27/19 27/24 53/8 60/13 60/16 62/10 62/17 63/23 64/4 66/7 66/7 71/15 76/16 83/16 84/9 90/18 123/19 125/20 129/17 129/17 134/22 136/4 136/13 165/17 174/7 176/5 185/25 190/5 190/12 190/25
sometime [5] 42/3 42/9 80/2 109/12 146/24
sometimes [2] 44/15 152/7
somewhere [13] 40/21 71/11 100/3 112/10 112/18 113/17 115/10 115/23 116/14 168/9 169/12 184/5 192/12
son [5] 87/18 87/19 87/24 128/16 128/22
soon [2] 12/8 155/12
sorry [10] 6/23 9/21 14/6 26/16 26/17 37/15 123/11 137/21 190/4 190/18
sort [11] 17/3 20/14 27/1 53/5 89/7 89/15 132/23 154/5 168/4 186/1 189/1
sorts [3] 26/3 57/4 188/4
sound [5] 77/13 78/1 94/25 100/2 116/17
sounds [1] 159/14
Southall [1] 5/10
southeast [1] 99/24
space [1] 61/24
sparingly [1] 151/8
speak [2] 69/20 165/16
speaking [2] 64/6 165/13
specialist [20] 117/12 117/13 117/14 117/22 118/2 118/14 118/24 119/5 119/17 120/7 120/13 120/22 121/14 121/17 121/19 121/20 121/22 122/6 125/2 125/8
specialists [1] 53/13
specific [4] 27/18 69/24 88/5 157/21
specifically [8] 22/1 52/18 81/22 157/5 157/10 159/2 172/19 179/13
Speedway [2] 19/10 19/11
SPENCER [26] 1/24 3/1 5/1 5/7 5/8 5/17 14/13 15/17 56/10 62/22 64/10 78/22 110/3 133/3 150/9 150/15 153/25 154/11 159/24 168/25 169/7 182/10 182/11 182/18 195/4 195/22
spend [2] 150/1
spiraled [1] 53/11
spits [1] 175/13
spoke [1] 132/24
spoken [3] 5/22 5/24 70/18
spot [1] 133/15
spreadsheet [4] 4/16 175/14 175/23 176/4
spring [1] 43/8 152/22
Springer [5] 47/12 47/19 48/1 48/3 48/14
staff [2] 46/22 95/5
stakeholder [1] 144/24
stamped [3] 154/10 159/23 166/20

**S**

standard [13]  33/24 34/1 34/3 56/21
56/23 56/24 58/24 59/1 59/12 66/1
126/19 158/11 189/4
standardized [2]  27/7 27/8
Stark [5]  47/9 138/10 138/22 160/11
181/16
Stark's [1]  49/13
start [4]  33/13 56/3 60/10 66/9
started [7]  13/13 14/6 14/23 30/6 30/11
124/11 171/15
starting [1]  88/15
starts [1]  88/11
state [33]  5/5 7/14 7/16 10/2 10/8
10/12 15/4 16/3 17/25 18/7 19/15
21/21 21/23 22/9 22/10 22/12 22/20
23/2 23/11 23/12 33/16 34/4 34/5
35/22 67/24 70/13 74/11 130/1 156/9
168/15 168/19 194/3 194/7
stated [2]  130/9 183/15
statement [4]  87/3 105/16 118/20
130/21
statements [1]  73/22
STATES [1]  1/1
statute [3]  33/16 34/4 168/8
statutes [1]  135/7
stay [4]  18/7 18/9 19/19 22/20
stayed [3]  23/20 40/13 49/14
Steiner [8]  3/11 3/12 3/12 4/2 4/4 5/4
5/17 187/17
steinerandsteiner.com [1]  3/14
step [15]  40/15 90/24 91/5 91/13 91/22
92/3 92/15 92/20 93/14 94/15 110/16
115/23 116/25 122/24 122/25
steps [1]  110/21
still [14]  29/15 30/9 45/4 45/8 48/3
49/16 49/17 114/9 117/23 146/24
159/3 177/2 180/4 186/20
stop [9]  6/9 9/12 9/13 9/19 78/3 78/17
109/24 126/23 133/17
stopped [1]  78/24
stored [2]  188/6 188/8
Story [10]  10/7 10/16 22/14 23/10
23/16 28/24 34/15 34/24 35/25 36/1
Story's [1]  29/22
Straight [1]  114/20
strange [1]  66/7
strategic [3]  30/13 32/25 55/10
strategy [5]  31/5 46/24 47/8 54/25 55/9
streamlined [1]  106/3
Street [2]  3/13 18/19
strengths [2]  26/14 174/3
strive [1]  98/22
struck [1]  99/10
structure [4]  53/6 57/13 106/3 156/17
structures [1]  15/6
struggling [4]  76/20 144/14 144/18
144/24
stuck [2]  84/1 131/24
student [3]  47/12 47/14 52/24
students [4]  52/18 52/19 118/23 119/1
studies [1]  11/18
study [2]  11/17 115/6
stuff [9]  26/20 172/16 172/22 172/24
172/24 179/2 185/8 185/10 188/7
style [3]  164/24 165/1 165/2
styles [1]  35/13
subject [1]  75/11
submitted [3]  167/2 181/1 187/5
such [3]  25/8 26/12 178/5

sued [2]  5/20 7/23
suggesting [1]  153/9
suing [1]  87/15
Suite [2]  2/9 3/23
Sullivan [6]  46/25 48/17 49/19 52/22
53/21 54/17
Sullivan's [1]  51/5
summer [6]  37/14 37/16 37/18 37/19
47/15 155/22
superintendent [7]  54/7 99/18 99/20
103/18 105/6 105/6 151/15
superintendents [2]  46/11 105/20
supervision [1]  32/22
supervisor [11]  10/5 10/6 105/3 131/24
135/12 142/3 144/17 145/1 145/4
187/22 189/25
supervisors [1]  152/4
supervisory [1]  99/20
support [58]  54/1 54/3 54/5 54/6 54/8
54/10 54/10 54/13 85/12 85/13 85/14
89/9 89/12 89/13 89/14 89/21 90/9
90/16 91/7 91/7 91/9 91/17 91/23
91/24 92/1 92/6 92/10 92/14 92/19
92/19 93/2 93/24 94/8 94/15 95/4
95/12 110/4 110/10 112/24 113/2
113/3 113/7 113/8 113/18 113/18
115/15 116/11 116/21 116/23 118/4
123/6 148/18 148/18 149/1 149/4
149/11 149/12 180/22
supports [2]  53/13 54/14
supposed [5]  89/16 89/17 102/15 107/2
153/16
sure [19]  6/18 25/19 33/17 34/6 36/11
48/13 59/3 68/9 92/7 106/24 107/15
107/18 122/2 136/24 151/10 166/7
175/6 175/15 191/18
surprise [2]  143/21 163/22
surprised [1]  75/9
surprises [1]  163/23
surveys [1]  108/21
switching [1]  162/20
sworn [1]  5/3
system [16]  17/2 17/10 39/3 43/17
43/18 43/19 43/21 43/22 44/16 66/16
149/25 151/6 172/17 176/23 176/24
177/11 186/1 186/5
systems [7]  17/18 17/21 184/19 184/21
184/21 184/23 186/9

**T**

T-A-L-E-O [1]  177/1
T-O-D-D [2]  13/16 13/17
T-Y-U-S [1]  58/16
table [1]  190/19
tail [2]  77/25 78/1
take [20]  9/15 24/10 24/11 41/23 48/4
49/8 76/15 84/2 95/23 116/15 126/20
154/2 156/14 159/19 161/4 161/5
161/7 162/17 190/19 191/15
taken [6]  3/1 100/19 115/17 115/18
129/25 130/5
taking [1]  130/6
Taleo [15]  177/1 177/2 177/2 177/4
177/5 177/8 177/9 177/11 177/15
180/10 180/12 180/15 180/17 180/23
184/25
talk [6]  79/11 79/12 80/25 110/13
133/21 165/3
talked [11]  24/19 29/20 78/10 84/13
106/13 120/5 128/9 144/7 172/15

talking [14]  72/16 108/7 110/23 117/18
128/10 130/25 134/1 134/2 134/3
168/18 172/4 172/19 176/3 176/5
Tall [1]  10/1
tape [4]  78/18 78/21 133/4 133/6
taught [2]  73/14 77/2
teacher [41]  57/7 57/10 57/11 57/14
57/19 57/23 57/25 59/3 59/5 60/24
61/19 62/8 62/23 63/14 63/19 64/1
65/17 66/4 70/12 81/20 88/14 88/15
93/9 96/6 96/8 96/8 96/9 96/10 103/23
112/25 114/14 115/13 115/19 116/9
116/15 118/15 118/21 121/4 121/23
147/12 147/18
teachers [9]  57/4 57/22 59/6 59/12
61/8 61/9 96/12 115/25 191/23
teaching [16]  11/24 63/14 64/22 65/14
65/22 93/8 95/25 113/20 119/6 123/18
146/15 146/17 147/6 147/9 147/11
147/14
team [7]  46/9 46/10 51/7 53/2 53/2
53/3 143/15
teams [5]  43/12 78/6 141/1 162/17
162/19
Tech [1]  11/13
technical [4]  27/20 44/13 44/15 188/24
technically [2]  127/3 167/19
techniques [1]  28/7
technology [3]  106/25 109/18 163/23
TeleNet [1]  85/11
tell [54]  11/2 11/9 13/9 21/13 25/9
25/15 41/7 42/1 43/7 55/24 57/2 57/4
59/21 61/4 61/15 64/12 64/21 65/23
74/23 75/6 76/15 81/2 83/7 84/11
91/11 92/2 94/14 95/16 95/22 96/24
97/6 97/10 97/14 98/17 100/4 104/22
115/14 119/15 122/15 127/4 127/21
129/11 135/11 147/3 148/6 148/20
149/2 151/14 155/23 159/13 163/11
167/7 171/9 188/20
telling [4]  65/15 76/3 76/12 81/6
tells [4]  51/13 70/13 72/14 98/9
template [1]  124/19
templates [1]  189/5
ten [5]  77/25 111/15 111/17 116/11
181/15
ten-month [2]  111/15 116/11
tend [1]  192/14
tendencies [1]  26/15
tends [3]  134/23 134/24 134/25
TENNESSEE [31]  1/1 1/7 1/13 1/20
2/9 3/2 7/16 10/8 11/3 11/7 11/12 12/6
12/11 12/14 13/11 13/18 14/17 15/4
15/10 15/21 15/24 16/1 21/21 21/23
35/5 35/22 168/10 171/2 194/3 194/7
194/19
tenure [3]  61/10 63/17 63/17
tenured [15]  61/14 61/17 61/18 61/19
62/8 62/14 62/23 63/11 63/13 63/15
63/22 93/9 145/23 145/24 146/1
term [6]  23/14 44/13 44/15 55/25
130/20 188/24
termed [1]  53/15
terminate [1]  63/10
termination [7]  75/13 79/9 79/11 82/16
82/23 82/23 83/2
terminology [2]  47/5 174/4
terms [6]  42/16 55/23 61/20 108/6
149/6 150/1

**T**

terrible [1]  38/18

test [18]  24/4 24/6 24/8 24/9 24/13 24/14 24/18 24/22 24/23 25/9 25/11 25/13 25/14 25/22 26/19 27/7 27/8 27/21

testified [4]  36/8 102/2 146/6 161/18

testify [1]  118/18

testimony [1]  195/5

testing [1]  26/20

testings [2]  26/25 27/2

tests [7]  24/25 25/7 25/18 25/25 26/9 26/23 27/14

Texas [5]  11/6 11/12 11/22 12/9 15/19

textbooks [1]  53/1

texts [1]  25/12

than [37]  6/13 28/10 45/17 54/17 63/25 90/25 91/1 91/13 91/22 92/4 92/21 93/3 93/15 94/16 96/1 107/2 119/6 119/20 121/4 121/11 121/23 126/20 143/12 147/22 152/8 161/15 163/5 163/8 163/12 163/24 164/3 165/10 166/4 166/14 179/24 180/2 186/17

thank [4]  123/11 155/8 190/23 192/25

that [1011]

that's [90]  6/19 9/18 16/17 17/13 21/20 25/21 26/18 27/3 32/16 33/13 37/24 38/6 38/10 41/3 41/24 44/16 47/23 49/24 50/6 51/5 54/5 54/12 54/18 55/12 57/20 61/11 62/15 63/13 63/14 63/23 63/25 64/5 64/19 64/24 65/12 65/20 70/1 70/17 76/16 77/12 81/23 83/25 88/6 90/13 90/21 98/6 102/7 104/20 105/1 111/9 111/25 114/14 114/23 117/2 122/7 122/13 122/15 123/3 123/5 128/18 129/14 129/22 129/23 130/1 134/16 142/25 144/19 145/8 145/15 145/19 148/24 155/17 157/22 158/4 158/11 158/14 159/11 165/16 172/2 172/22 174/4 174/7 175/3 175/25 176/4 176/5 190/7 191/18 192/13 192/25

their [33]  7/23 24/5 34/5 52/1 54/12 57/13 60/25 63/4 69/15 89/14 89/16 89/21 90/25 91/5 91/23 92/21 96/12 98/11 98/14 116/5 131/16 133/21 133/22 134/1 152/11 152/23 173/24 177/13 181/13 181/19 181/24 188/20 188/21

them [64]  20/10 25/13 26/1 26/4 43/23 43/23 49/19 50/24 50/24 51/17 60/9 61/4 61/4 61/15 62/24 64/12 65/7 65/15 65/23 70/13 72/16 72/18 76/10 85/23 89/22 92/11 96/24 96/25 98/12 98/17 104/13 107/23 108/16 124/16 124/17 126/23 126/24 133/24 134/22 138/23 139/17 139/22 142/17 143/11 149/14 149/21 152/12 152/13 157/14 159/8 159/17 162/7 163/19 163/21 163/22 165/23 166/3 166/4 175/5 178/9 178/14 179/15 179/18 181/23

themselves [1]  17/21 31/15

then [89]  9/20 16/12 17/21 18/12 19/6 23/15 23/24 24/5 26/5 28/4 28/21 29/16 30/6 32/25 33/1 33/2 33/15 34/8 35/24 36/2 36/5 37/25 40/24 41/21 44/17 47/2 53/5 53/7 57/6 57/23 57/24 58/2 60/4 60/11 60/23 61/13 61/20 63/4 63/9 63/24 64/18 65/6 65/18 66/9 72/2 73/2 78/23 80/12 83/18 85/22

85/24 102/9 105/7 108/13 110/14 113/12 114/7 114/11 114/22 116/3 116/7 116/9 116/21 124/18 125/17 127/1 131/7 137/24 140/14 143/16 145/8 146/10 146/16 147/8 147/17 154/4 158/2 158/13 167/10 169/1 169/21 174/10 175/22 183/18 188/2 190/23 191/22 192/1 192/5

there [141]  5/12 6/23 9/14 13/1 13/13 14/23 16/10 17/3 17/22 18/11 18/10 19/19 21/15 21/19 25/7 26/2 26/4 26/11 26/12 28/19 30/9 32/21 33/20 36/25 37/1 37/3 38/9 38/13 40/4 40/13 40/21 43/10 43/11 47/18 48/3 48/12 50/20 51/3 51/22 52/3 53/15 57/14 58/19 59/2 59/3 60/13 65/6 65/15 66/19 67/13 68/17 68/21 69/21 69/24 70/9 75/14 77/23 78/3 80/25 81/11 81/13 82/4 84/25 86/11 86/13 88/8 89/7 89/20 90/21 94/6 96/14 96/16 98/16 100/21 100/23 101/9 101/10 101/17 101/24 102/24 103/6 104/19 113/5 117/15 122/19 124/25 125/5 125/6 125/7 126/14 130/17 131/6 133/17 134/15 135/21 137/8 137/9 137/11 137/11 137/17 138/10 138/15 139/9 140/13 141/4 143/13 143/15 143/16 143/17 143/17 143/18 144/16 144/20 144/21 147/8 147/21 148/6 149/3 149/4 149/9 151/25 153/7 153/15 156/4 156/16 157/24 158/1 158/6 161/6 162/8 168/10 173/1 175/9 184/16 185/12 185/25 186/11 187/9 187/24 188/8 189/13

there's [16]  17/22 21/11 26/8 51/7 57/20 60/4 60/11 60/19 64/4 107/23 126/22 135/18 138/12 151/19 188/17 191/13

these [8]  60/17 68/8 101/1 108/4 114/15 151/20 169/16 171/21

they [133]  8/2 8/4 8/16 18/11 20/8 23/13 24/21 25/1 25/14 25/15 27/15 46/13 46/17 49/18 49/18 51/16 52/11 53/10 53/11 53/18 54/9 55/9 58/14 58/15 58/15 58/17 58/19 60/5 60/7 60/17 61/15 61/21 62/8 62/14 63/1 63/4 63/9 65/3 65/16 66/17 72/16 72/22 72/25 84/21 85/13 85/15 85/16 85/18 85/24 86/1 86/10 87/5 88/10 89/15 89/17 90/1 91/1 91/3 91/4 92/20 96/13 96/23 98/10 98/13 98/13 104/17 106/9 108/4 111/17 118/16 119/16 119/18 124/1 125/21 125/22 126/1 126/10 126/18 126/25 128/12 128/14 129/22 133/21 134/2 134/3 134/3 134/20 134/21 134/22 134/24 135/1 136/9 136/9 136/10 138/24 139/20 139/22 139/23 140/6 140/6 140/8 141/9 142/14 142/16 142/18 142/20 143/14 145/2 145/6 145/7 149/12 149/14 149/15 152/6 153/8 163/20 165/9 171/11 173/7 173/17 174/10 174/13 175/10 175/12 178/5 178/14 184/19 184/22 184/23 186/9 187/9 187/23 187/24

they'd [1]  25/16

they're [16]  25/19 61/21 65/23 66/13 69/5 69/6 70/3 70/13 72/14 87/15 101/13 104/23 108/3 108/4 144/14 165/6

thing [5]  9/12 52/17 60/22 114/23 126/6

things [36]  20/13 20/15 21/23 32/21 33/19 39/19 41/20 53/13 57/5 66/5 75/22 75/24 76/19 77/3 100/16 103/13 105/21 105/22 126/1 126/2 129/21 132/1 133/21 133/22 133/23 134/20 134/24 151/4 156/2 168/1 168/17 178/8 184/25 186/8 186/20 189/6

think [71]  9/1 9/4 12/25 24/7 24/25 25/3 25/21 27/17 28/1 28/3 28/18 31/18 32/16 32/19 33/1 44/13 47/4 47/6 48/11 52/17 55/13 62/19 64/5 67/13 67/17 76/18 76/18 78/9 78/9 78/11 80/24 83/1 104/24 108/19 110/15 116/22 118/16 120/16 121/5 124/25 125/5 125/25 126/9 126/18 128/9 131/5 133/5 134/5 134/9 135/1 135/19 137/8 144/7 144/19 150/4 150/10 152/1 152/12 156/19 156/19 157/16 160/15 161/21 180/3 184/9 185/25 186/17 188/1 188/6 188/8 190/6

thinking [3]  134/1 135/18 161/12

thinks [3]  80/9 83/15 129/17

third [1]  36/2

this [188]  6/13 7/4 9/12 17/23 25/14 26/6 29/12 30/18 36/5 36/11 41/1 42/1 42/11 42/14 45/25 46/1 52/13 58/22 58/23 64/2 70/20 72/5 72/25 73/13 75/19 76/22 77/13 77/17 77/19 77/20 77/25 78/1 78/3 78/21 78/23 79/9 79/14 80/9 82/12 82/16 82/23 84/6 86/20 88/17 90/3 90/4 90/5 90/5 90/6 90/7 90/7 90/8 90/9 90/9 90/14 91/18 92/25 93/11 93/12 94/5 95/4 95/17 95/23 99/15 100/1 101/9 102/3 109/6 109/11 110/5 110/6 110/7 110/10 110/12 110/14 110/14 111/3 111/22 112/22 114/12 115/7 116/8 116/11 121/6 121/13 122/4 123/7 125/18 126/11 128/5 128/6 128/6 128/12 128/14 128/15 128/17 128/24 128/24 128/25 129/10 129/12 129/16 129/18 130/6 130/7 130/10 130/20 130/22 132/24 133/3 135/19 142/6 146/20 146/24 150/17 151/13 154/2 154/3 154/10 154/11 154/13 155/7 155/11 155/15 156/10 156/11 156/25 157/16 158/16 159/13 159/16 159/22 159/22 159/24 160/1 160/2 160/5 160/20 160/24 161/3 162/17 164/21 166/18 169/7 169/9 169/10 170/12 170/13 170/24 171/1 171/7 171/13 171/20 172/5 172/15 174/11 175/3 175/6 175/7 175/15 178/2 178/6 179/2 179/24 181/25 182/3 182/18 182/20 182/21 183/10 183/19 184/11 184/15 185/3 185/14 187/5 187/25 190/3 190/3 190/5 190/11 190/14 190/16 190/25 191/5 192/8 193/1 194/16

those [53]  16/18 17/14 22/6 26/25 31/1 32/22 50/22 50/23 51/16 53/12 53/14 55/23 57/4 59/19 65/19 66/22 73/2 74/14 76/19 93/19 100/16 103/13 106/18 109/17 110/19 110/20 111/1 118/3 126/2 129/21 137/4 137/14 139/17 147/25 151/22 152/13 157/11 159/6 160/15 164/16 166/5 168/17 173/22 174/5 174/25 175/4 177/13 177/24 178/25 180/8 181/18 184/21 191/13

**T**

though [8]  26/25 43/14 48/14 92/25 113/7 138/7 152/21 157/6
thought [15]  6/20 24/2 65/20 74/12 74/16 74/16 78/23 78/25 79/2 79/17 82/13 83/21 84/3 128/4 163/20
thousand [2]  36/18 192/3
three [12]  6/25 7/1 7/7 13/22 30/24 32/22 33/15 42/6 82/12 172/2 176/14 176/16
through [35]  29/1 32/13 32/15 32/19 37/23 43/8 50/1 50/5 50/9 50/11 50/19 50/20 51/5 51/8 51/19 51/22 51/23 53/20 53/22 54/19 54/21 55/11 55/15 55/18 62/23 68/10 110/20 146/25 150/21 167/21 169/6 170/21 182/17 184/20 195/4
throughout [3]  33/15 118/23 118/25
throw [1]  86/20
throwing [1]  88/6
time [50]  6/12 9/15 9/18 10/6 10/10 10/13 10/21 13/2 13/10 18/10 21/6 23/4 23/18 24/11 32/21 32/24 33/10 33/13 34/16 36/10 36/12 40/9 58/1 58/21 67/10 71/11 74/3 75/10 78/7 80/2 80/4 83/10 83/14 91/17 94/4 105/11 106/21 109/11 113/6 150/1 156/7 159/19 171/6 171/8 171/9 171/11 189/13 190/17 191/20 192/25
timeline [2]  56/25 135/19
timelines [1]  60/1
times [7]  6/15 7/6 7/7 82/12 82/13 106/6 135/16
title [14]  8/14 10/11 13/24 18/20 20/25 20/25 21/2 21/3 21/9 21/11 21/19 32/23 38/4 49/20
titled [1]  190/21
titles [2]  32/20 38/1
TN [3]  3/13 3/19 3/24
today [8]  6/8 30/9 36/6 107/25 121/12 125/24 147/23 148/5
today's [1]  123/16
Todd [2]  13/15 13/16
together [9]  21/12 33/8 33/25 76/19 85/14 102/18 122/8 122/9 153/9
told [40]  29/11 39/8 41/3 41/4 41/5 42/11 45/23 48/14 53/11 60/25 61/18 61/21 63/1 63/4 68/18 74/15 75/2 75/17 80/18 83/8 92/13 96/25 106/5 119/10 119/18 121/8 126/24 127/10 128/19 128/20 132/21 141/6 142/8 142/11 147/4 147/13 152/12 152/13 171/10 181/18
tomorrow [1]  142/19
tone [1]  134/25
Tony [2]  34/22 34/23
too [7]  29/3 52/14 61/10 63/5 75/3 140/23 188/15
took [4]  6/20 42/24 52/12 130/11
top [21]  51/6 76/5 82/8 88/19 88/21 88/23 89/2 90/18 94/24 98/5 110/18 112/16 115/8 117/24 120/25 122/18 123/1 125/19 169/10 190/20 190/21
topic [1]  17/23
total [3]  191/9 192/2 192/10
town [2]  106/19 140/23
track [6]  104/14 132/20 132/22 147/21 147/25 148/2
tracked [1]  148/2
tracking [7]  17/18 39/3 43/18 43/22

172/17 176/23 176/24
trail [1]  59/18
trained [4]  21/4 21/8 21/8 168/15
training [5]  18/2 18/3 20/22 168/6 168/13
trait [1]  27/23
traits [2]  27/12 27/23
transcript [4]  76/6 76/7 194/9 195/5
transfer [10]  33/12 33/12 64/11 64/25 65/17 65/18 65/22 98/19 146/13 147/14
transferred [8]  16/3 62/9 64/12 65/14 65/16 115/15 146/16 147/6
transferring [7]  63/25 64/24 65/1 65/2 81/11 119/24 147/9
transfers [4]  33/11 33/18 33/21 66/8
transition [1]  42/7
transportation [1]  52/25
Trauger [1]  1/6
treated [1]  63/19
tried [1]  186/13
tries [1]  127/22
true [5]  62/22 131/1 158/4 194/10 195/5
truly [4]  50/16 59/23 75/12 144/13
try [6]  8/24 25/18 28/5 59/5 109/1 167/11
trying [22]  32/12 32/19 54/20 72/16 88/22 104/14 107/3 107/15 110/3 128/7 128/12 129/6 129/15 129/23 130/14 134/11 135/19 137/17 138/18 145/23 155/25 159/6
TSBA [1]  31/18
Tuggle [5]  154/15 154/16 154/17 154/21 155/8
Turner [1]  14/20
tutoring [3]  53/17 53/18 53/18
two [21]  6/17 7/6 7/10 17/22 37/4 40/7 42/2 42/6 43/3 55/23 66/5 72/23 76/19 82/13 143/16 148/3 174/17 174/18 174/23 183/23 183/23
two-or-three-week [1]  42/6
type [3]  15/6 187/19 191/6
typical [2]  88/8 148/20
typically [3]  142/25 143/7 148/17
Tyus [1]  58/16

**U**

uh [15]  7/13 9/18 9/18 10/17 13/23 21/10 31/16 42/10 51/15 114/2 117/5 154/6 154/9 168/20 183/12
uh-huh [14]  7/13 9/18 10/17 13/23 21/10 31/16 42/10 51/15 114/2 117/5 154/6 154/9 168/20 183/12
ultimate [1]  66/12
Ultimately [1]  146/5
un [2]  62/17 108/23
un-disable [1]  108/23
un-something [1]  62/17
under [12]  8/14 13/13 14/7 23/20 23/23 49/13 53/3 61/9 117/17 125/12 146/6 179/21
understand [12]  6/8 10/25 21/18 26/6 27/12 27/20 79/7 134/14 140/4 166/7 186/21 186/22
understanding [17]  45/22 53/10 57/7 57/9 73/2 93/7 106/1 106/15 145/12 145/19 145/21 147/20 157/24 171/6 173/12 175/9 186/19
understood [4]  78/25 79/5 79/16 79/21

unethical [3]  24/2 24/7 35/10
unfilled [1]  190/24
UNITED [1]  1/1
University [1]  11/11
Unless [2]  171/8 178/8
unprofessionally [1]  141/23
until [9]  12/21 13/1 22/22 38/1 48/4 73/8 74/2 99/6 188/2
up [51]  22/1 24/19 27/15 32/22 32/24 34/7 38/20 40/17 44/17 56/11 62/11 65/10 66/22 73/10 79/9 85/22 88/18 99/9 102/13 107/15 109/7 109/17 110/3 110/5 111/6 111/4 114/12 116/16 122/5 123/3 133/13 137/10 137/20 142/19 142/20 147/24 148/1 148/5 152/19 152/20 157/2 159/7 159/8 159/8 159/9 159/12 161/11 170/3 183/14 187/20 192/9
upset [6]  75/22 75/23 76/2 78/12 78/13 134/12
us [10]  51/13 66/21 164/3 173/11 175/7 183/24 186/5 186/6 188/1 188/7
use [18]  25/3 25/18 26/14 27/8 33/10 43/18 53/12 55/25 59/10 82/22 82/23 122/8 124/19 130/19 147/25 151/8 173/8 177/2
used [12]  17/19 27/11 51/25 52/3 75/25 122/13 122/15 130/25 142/3 142/25 174/4 174/7
user [1]  189/22
uses [1]  34/9
using [4]  27/7 27/14 108/8 148/2

**V**

vacancies [16]  147/19 147/21 147/25 148/2 148/2 148/6 148/8 150/6 190/6 190/20 190/22 191/10 192/10 192/10 192/11 192/14
vacancy [1]  191/9
vacant [4]  148/14 148/16 190/17 191/23
vacation [2]  137/21 166/3
valid [6]  25/2 25/10 25/10 25/19 25/23 80/25
validity [7]  24/9 24/15 24/18 24/24 25/10 25/11 25/14
Vanessa [2]  36/2 131/18
variety [1]  18/16
varying [2]  101/17 101/19
versus [2]  149/3 188/21
very [18]  31/8 40/23 65/3 75/22 75/22 75/22 76/2 90/18 93/1 134/11 134/12 141/22 143/22 152/5 165/2 165/2 191/22 192/2
VI [1]  21/1
via [2]  150/11 162/17
vice [8]  13/25 14/2 14/3 14/7 14/8 14/10 16/7 16/9
Vickie [2]  131/22 132/2
video [1]  77/20
view [1]  78/4
VII [7]  8/14 20/25 21/2 21/3 21/9 21/11 21/19
violated [2]  67/24 144/23
violation [1]  16/17
virtual [2]  106/21 106/22
voice [5]  77/9 77/15 133/3 133/11 134/25
voted [2]  31/17 31/19

**W**

waived [1] 3/4
walk [1] 134/6
walked [1] 131/10
want [41] 6/10 17/24 24/1 27/17 29/12
29/13 37/12 40/20 56/1 62/24 77/24
86/24 90/15 92/12 92/25 93/20 97/7
97/10 97/15 102/3 109/6 110/13
120/20 125/1 125/7 127/24 129/22
133/18 133/25 133/25 134/3 134/17
135/19 135/21 138/10 140/14 152/12
168/1 175/15 187/23 190/2
wanted [17] 23/4 24/4 35/10 48/15
64/13 86/6 104/17 117/11 119/16
119/18 132/4 142/15 152/1 152/2
152/3 156/20 183/14
wanting [1] 100/6
wants [4] 41/22 41/24 57/23 85/20
warehouse [1] 53/2
was [513]
wasn't [13] 8/6 36/25 84/9 96/16
101/13 132/10 137/18 138/22 141/4
147/8 157/14 157/14 162/8
water [1] 56/4
Waverly [1] 73/6
way [33] 32/19 39/2 44/1 47/2 60/9
60/11 64/24 88/18 90/5 90/6 90/8
107/24 110/17 113/19 128/8 130/4
144/23 147/21 148/25 164/18 164/21
165/11 171/1 172/5 179/21 179/25
184/16 186/16 186/21 186/22 190/20
192/1 194/15
ways [2] 118/17 134/24
we [152] 5/18 5/22 6/12 16/12 17/1
19/5 28/16 28/18 31/3 33/10 33/11
33/13 33/16 39/3 40/15 42/6 43/13
43/13 43/17 43/18 44/4 46/25 51/11
53/16 53/17 56/25 57/11 57/24 59/12
59/19 61/19 62/10 62/11 62/13 63/23
64/18 64/18 64/22 65/11 65/18 66/2
66/3 66/4 66/4 66/4 66/6 68/7 68/7
68/8 68/10 68/12 68/14 78/7 78/9
78/10 79/15 83/2 83/18 86/21 89/21
90/5 92/14 93/19 94/15 96/16 96/21
98/22 104/13 106/21 106/22 108/19
108/20 109/6 109/24 110/4 110/14
110/23 111/1 111/15 112/15 112/23
113/3 113/25 114/3 114/7 115/17
116/11 116/23 116/23 117/18 118/4
119/8 119/23 120/5 122/8 122/8 123/6
123/17 124/3 124/10 124/19 125/18
126/24 128/2 129/2 129/6 130/25
133/15 135/8 135/13 136/6 142/18
148/3 148/18 150/11 150/15 151/13
152/3 152/4 152/5 155/24 155/25
156/2 156/7 156/7 156/12 156/12
156/13 156/14 156/14 156/15 156/21
157/13 157/16 159/17 160/21 162/19
163/19 164/2 164/6 167/20 167/24
169/5 172/5 172/15 183/24 186/13
186/14 186/16 188/14 189/4 190/6
we'll [4] 80/12 81/17 82/17 110/14
we're [16] 41/18 64/16 64/24 66/5
70/19 109/25 114/3 119/24 119/24
150/20 157/2 166/20 172/19 176/3
176/5 182/16
we've [10] 35/19 41/16 43/2 56/5 68/9
83/1 109/6 144/7 148/2 160/15
website [3] 29/19 44/9 110/8
week [8] 20/2 42/6 79/25 155/11

156/25 156/25 184/8 184/10
weeks [2] 29/14 183/23
well [20] 24/22 40/12 40/23 43/2 84/6
87/20 112/7 119/23 139/22 147/17
152/4 158/15 163/21 171/20 172/1
172/19 174/9 177/4 180/18 184/15
well-known [1] 24/22
went [21] 13/20 17/25 18/25 22/9 28/22
36/15 37/13 40/13 44/1 56/19 68/22
68/23 80/5 92/22 102/13 108/14 128/2
137/21 158/2 162/12 173/13
were [129] 7/10 7/18 7/18 8/1 8/1 8/4
8/16 9/4 9/8 13/3 13/10 16/5 16/10
18/10 20/8 22/6 25/13 28/25 29/6 29/8
32/17 37/19 39/9 41/10 42/11 43/8
43/9 43/11 45/23 46/13 47/20 48/12
52/19 67/10 68/18 73/5 75/14 77/22
79/2 84/21 86/2 86/5 86/8 94/6 94/7
94/8 100/1 100/19 100/21 100/23
101/17 102/20 102/21 102/24 104/13
104/14 106/15 106/21 107/7 107/19
107/22 108/4 112/23 117/18 118/18
119/4 121/5 121/8 121/13 129/6
129/10 130/25 132/9 136/15 138/1
138/15 138/18 138/20 138/24 139/1
139/11 140/6 140/8 140/10 141/8
141/8 141/9 142/8 143/13 145/13
146/22 149/9 152/10 152/21 152/23
153/1 153/3 155/20 155/25 156/7
156/8 156/13 156/21 158/24 158/24
160/25 161/23 162/19 163/20 165/20
169/16 170/23 173/1 173/17 175/10
179/5 179/21 180/12 180/25 183/24
183/25 184/16 184/16 184/17 184/19
184/21 184/21 184/23 187/8
what [234]
what's [13] 17/9 24/9 36/20 40/11
53/15 88/6 88/7 117/16 150/24 154/7
164/2 169/1 182/13
whatever [9] 41/21 78/7 115/17 134/4
144/14 157/4 163/25 170/8 191/9
when [122] 6/20 11/7 11/20 11/22
12/11 12/14 12/21 12/23 13/3 13/20
14/22 16/5 16/20 17/25 18/25 19/8
20/17 23/11 23/15 29/24 30/11 30/16
32/10 33/20 36/15 36/22 37/13 39/11
41/3 41/4 42/1 44/7 44/20 44/24 47/21
47/23 53/10 56/18 57/5 58/21 60/24
65/12 65/15 67/24 68/6 68/7 70/25
71/9 74/4 74/17 82/10 83/8 83/8 86/17
89/9 94/23 95/11 99/8 99/9 99/10
99/11 99/15 100/5 103/24 108/12
109/9 112/25 112/25 113/21 113/25
119/10 119/24 119/24 121/5 122/3
129/10 130/7 130/9 130/20 131/25
132/4 133/20 134/16 134/19 134/20
134/20 135/1 136/7 136/7 136/19
142/25 147/13 147/20 151/14 152/5
152/15 153/7 153/16 153/17 153/24
154/3 156/7 158/11 159/20 167/13
168/18 168/25 169/1 170/13 172/24
173/4 176/3 182/12 182/14 186/7
187/9 188/2
where [45] 11/5 14/19 15/18 18/12
18/17 19/9 20/3 20/8 22/23 25/7 25/8
25/25 25/25 28/21 35/3 41/3 53/6
65/23 75/17 78/4 84/10 93/24 94/4
94/7 101/9 108/3 110/5 110/18 110/20
111/22 112/21 117/2 123/7 126/3

130/17 131/23 132/12 133/13 138/25
143/12 152/3 167/19 176/20 177/11
188/6
WHEREUPON [9] 82/18 95/7 118/8
124/6 158/18 166/22 182/5 185/16
192/18
wherever [1] 26/7
whether [56] 25/9 29/5 44/17 46/13
48/13 48/25 50/14 51/13 52/5 62/7
62/7 63/10 63/13 63/18 66/12 69/18
71/14 74/9 79/8 84/21 88/22 93/13
94/6 98/10 98/19 99/19 100/23 101/11
102/12 103/17 103/19 109/4 114/8
122/12 124/20 125/6 126/4 137/11
138/24 139/9 139/20 140/3 146/23
162/6 164/23 173/16 174/13 175/5
175/6 175/7 179/1 179/2 179/12
179/15 186/15 189/16
which [37] 17/22 24/9 24/22 28/4 28/16
31/4 34/4 40/4 41/16 59/24 61/19 65/3
85/19 88/10 88/20 91/3 92/23 99/24
105/11 106/22 108/9 108/21 111/15
114/15 120/11 122/23 123/10 137/17
137/18 142/2 142/13 142/17 171/8
171/22 186/4 186/18 189/22
whichever [2] 120/9 142/16
while [1] 71/19
White's [3] 98/25 99/22 99/25
who [128] 5/20 5/22 7/6 7/21 8/4 8/22
9/8 9/24 10/5 13/12 13/14 15/16 18/24
19/4 22/12 23/6 23/6 23/8 23/23 25/22
28/10 28/23 29/24 30/4 31/9 31/11
31/13 33/17 33/24 34/17 34/19 34/21
34/23 35/6 35/24 36/23 38/8 39/8
39/11 45/8 45/8 45/11 46/14 46/17
46/19 50/8 53/14 58/5 58/14 58/17
59/13 60/2 63/24 64/21 66/11 68/24
69/4 69/16 70/2 70/16 71/17 72/3 72/9
72/11 73/20 74/8 77/11 80/15 84/20
84/20 85/12 85/20 86/25 90/24 91/11
91/14 91/21 92/2 92/9 92/12 92/15
105/9 106/5 106/24 107/8 119/11
119/21 122/20 131/8 132/2 133/25
136/8 136/25 138/4 138/7 138/18
139/6 139/6 141/8 142/11 142/20
142/22 146/12 153/12 154/16 158/6
167/12 168/1 168/4 168/12 168/12
169/24 174/21 177/21 180/1 181/7
181/18 183/2 185/12 189/14 189/24
189/25
who's [1] 63/15
whoever [2] 158/8 175/22
whole [7] 6/7 18/10 53/21 64/2 161/15
189/18 190/10
Whose [1] 77/15
why [48] 7/18 16/1 17/5 19/21 19/25
22/8 23/2 24/7 35/8 40/4 57/7 63/23
86/13 90/5 98/13 98/17 104/22 104/23
105/9 105/23 106/11 117/11 119/22
125/1 125/24 126/10 128/11 128/17
141/5 142/5 145/10 145/15 151/25
159/5 160/24 162/1 163/3 163/7
163/11 164/12 164/14 165/19 167/15
167/15 170/17 172/5 183/22 185/21
will [31] 5/22 6/9 6/12 6/13 9/1 25/8
26/8 41/25 46/1 52/20 57/1 61/18
62/13 62/16 66/1 66/4 86/22 90/24
91/21 95/23 118/6 125/12 127/23
153/8 153/9 155/12 158/13 159/19

## W

will... [3]  175/25 188/9 188/23
William [1]  181/16
Williams [3]  47/3 138/19 160/12
window [3]  33/12 33/12 65/18
within [17]  30/24 41/19 43/17 43/22
44/22 55/24 57/13 69/25 80/2 110/21
151/1 151/6 151/10 171/3 175/13
176/20 187/19
without [8]  38/17 171/22 172/7 174/18
176/16 177/19 180/7 189/21
witness [4]  5/2 129/4 151/20 151/25
wonderful [1]  101/21
wonderings [1]  174/3
Woodland [1]  3/13
word [13]  31/21 41/17 61/23 62/11
62/11 62/12 62/16 66/19 75/25 82/23
126/15 135/25 151/7
words [4]  74/14 130/24 134/25 161/16
work [32]  13/18 14/19 18/25 21/24 22/3
22/9 22/12 24/20 28/17 28/19 29/8
33/22 36/15 43/2 45/8 45/11 54/16
56/19 58/6 60/8 60/12 85/5 100/17
102/8 103/14 131/1 149/6 149/13
149/14 149/15 155/25 156/22
worked [22]  8/16 8/19 12/16 16/20
18/15 20/11 20/11 20/12 20/17 23/20
33/21 33/22 34/11 52/13 56/19 56/21
59/4 85/6 85/12 85/14 106/25 168/18
worker [2]  61/14 61/14
workers [5]  25/1 25/8 28/14 31/7 52/12
working [10]  13/2 13/10 14/23 16/7
22/20 57/25 58/21 131/3 139/20
140/25
works [3]  14/20 39/3 115/19
worksheet [2]  4/10 124/3
world [3]  55/24 103/16 149/23
worry [1]  149/22
would [228]
wouldn't [1]  145/24
write [1]  58/24
wrong [9]  50/13 50/16 56/18 128/3
129/17 133/14 135/2 145/20 159/13

## Y

yeah [6]  13/21 40/24 111/8 118/2 153/1
159/17
year [44]  19/18 30/7 30/18 32/11 38/1
42/21 42/23 50/1 56/14 61/21 65/10
67/5 67/7 88/12 94/25 98/11 105/12
105/17 105/19 105/24 105/25 110/12
110/14 110/15 111/3 111/7 111/11
111/13 111/16 114/8 115/19 116/10
116/12 116/12 152/25 154/23 156/2
156/5 156/13 156/18 184/1 187/6
187/9 191/21
years [20]  5/13 8/24 12/20 13/18 13/22
17/19 19/7 22/5 22/6 25/12 25/16
25/18 28/19 37/4 38/19 114/22 115/23
121/4 148/4 168/2
yes [199]
you [913]
you'd [2]  72/11 125/19
you're [42]  7/3 8/14 25/3 26/12 27/1
27/7 27/9 30/9 39/6 43/15 44/14 50/13
61/13 61/25 62/6 63/13 63/18 64/12
64/15 65/1 65/7 88/5 94/15 95/17
104/20 105/13 105/13 107/14 107/15
108/6 124/17 126/4 129/11 131/3
152/5 157/23 159/14 165/13 168/18

169/2 174/8 182/14
you've [12]  6/25 21/4 51/21 65/21 70/6
102/2 154/3 159/20 168/25 182/12
191/12 192/10
your [97]  5/5 5/8 6/11 6/20 9/14 9/16
10/11 11/2 11/9 11/14 11/16 11/20
12/17 13/12 13/24 14/11 14/25 15/3
15/6 15/23 16/10 17/24 18/1 18/9
18/20 27/21 30/11 30/14 32/7 36/16
36/20 38/4 39/5 39/12 40/19 43/16
45/13 52/12 55/15 55/17 57/6 57/8
58/3 58/21 64/23 65/14 68/6 69/22
70/5 73/2 79/16 86/21 86/23 94/16
103/12 113/4 117/8 123/1 126/7
129/25 130/6 132/21 133/3 140/25
144/25 145/21 150/21 150/24 151/2
155/9 157/24 162/3 165/13 165/14
167/7 171/6 172/22 172/24 173/12
174/14 175/9 176/11 176/20 178/4
179/4 184/14 184/18 186/19 188/5
188/6 188/24 189/6 189/9 189/18
189/21 189/22 192/25
yourself [1]  129/12

## Z

Zach [1]  10/1
Zander [7]  31/12 31/24 32/1 72/12
80/16 80/17 81/1
Zoom [2]  78/5 150/11