```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                    NASHVILLE DIVISION

 3  ----------------------------------------------------
    JANE DOE,                      )
 4                                 )
              Plaintiff,           )
 5                                 )
    VS.                            )   No. 3:20-CV-01023
 6                                 )   Jury Demand
    THE METROPOLITAN GOVERNMENT    )   Judge Trauger
 7  OF NASHVILLE AND DAVIDSON      )   Magistrate Judge
    COUNTY, TENNESSEE, AND         )   Holmes
 8  DR. ADRIENNE BATTLE,           )   Lead Case
                                   )
 9            Defendant.           )
    ----------------------------)
10  DR. LILY MORENO LEFFLER,       )
                                   )
11            Plaintiff,           )
                                   )
12  VS.                            )
                                   )
13  THE METROPOLITAN GOVERNMENT    )
    OF NASHVILLE AND DAVIDSON      )
14  COUNTY, TENNESSEE, AND         )
    DR. ADRIENNE BATTLE,           )
15                                 )
              Defendants.          )
16  ----------------------------)
    DR. JAMES BAILEY,              )
17  DR. PIPPA MERIWETHER and       )
    DR. DAMON CATHEY,              )
18                                 )
              Plaintiffs,          )
19                                 )
    VS.                            )
20                                 )
    METROPOLITAN GOVERNMENT OF     )
21  NASHVILLE AND DAVIDSON         )
    COUNTY, TENNESSEE and          )
22  DR. ADRIENNE BATTLE,           )
                                   )
23            Defendants.          )
    ----------------------------------------------------
24            DEPOSITION OF ASHFORD HUGHES
                  Taken on April 11, 2022
25
```

**Page 2**

Page

```
1
2  -------------------------------------------------
3  PREPARED BY:
4  CRISTI G. WATSON, LCR
     Briggs & Associates
5  222 Second Avenue North, Suite 340M
     Nashville, Tennessee  37201
6  Cristicr@bellsouth.net
     615-424-0999
7
8  -------------------------------------------------
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

Page

```
1                A P P E A R A N C E S
2
   FOR PLAINTIFFS BAILEY, LEFFLER,
3  MERIWETHER, DOE:
4  Ann Buntin Steiner
     Attorney at Law
5  Steiner & Steiner, LLC
     613 Woodland Street
6  Nashville, Tennessee 37204
     Asteiner@steinerandsteiner.com
7
8  FOR PLAINTIFF CATHEY:
9  Jesse Ford Harbison
     Attorney at Law
10 Jesse Harbison Law, PLLC
     P.O. Box 68251
11 Nashville, Tennessee 37206
     jesse@jesseharbisonlaw.com
12
   FOR THE DEFENDANTS:
13
   J. Brooks Fox
14 Attorney at Law
     Metropolitan Courthouse, Suite 108
15 P.O. 196300
     Nashville, Tennessee 37219
16 brooks.fox@nashville.gov
17 -------------------------------------------------
18                I N D E X
19 Examination by Ms. Steiner            5
   Examination by Ms. Harbison          89
20 Further Examination by Ms. Steiner   93
21
22                E X H I B I T S
23 Ex. 1 - Application                  29
   Ex. 2 - LinkedIn profile61
   Ex. 3 - Record check from criminal court   63
24 Ex. 4 - Resume                       89
25
```

**Page 4**

Page

```
1                S T I P U L A T I O N S
2
3       The deposition of ASHFORD HUGHES was taken on
4  the 11th day of April, 2022, by notice, on behalf of
5  the plaintiff, via Zoom, beginning at approximately
6  9:00 a.m. for all purposes allowed under the Tennessee
7  Rules of Civil Procedure.
8       It is agreed that Cristi G. Watson, LCR, may
9  swear the witness, take the deposition by stenographic
10 means and afterwards reduce same to typewritten form.
11      All formalities as to notice, caption,
12 certificate, and signing, et cetera, of the deposition
13 are waived.  All objections, except as to the form of
14 the questions, are reserved to the hearing of said
15 matter.
16
17
18 (Unless previously provided, all proper names are
19 spelled phonetically to the best of the court
20 reporter's ability.)
21
22
23
24
25
```

**Page 5**

Page

```
1                ASHFORD HUGHES,
2  having been duly sworn, testified as follows:
3                EXAMINATION
4  BY MS. STEINER:
5       Q.   Would you state your full name for the
6  record?
7       A.   Ashford Rolland Hughes.
8       Q.   Have you ever given a deposition before?
9       A.   No, ma'am.
10      Q.   Have you ever testified before?
11      A.   No, ma'am.
12      Q.   Have you ever been involved in a lawsuit
13 before?
14      A.   No, ma'am.
15      Q.   My name is Ann Steiner.  I am the
16 attorney for Jane Doe.  We're going to call her Jane
17 Doe.  Anytime you see the name -- you hear Jane Doe, it
18 means (name redacted).  I also represent Dr. Pippa
19 Meriwether and represent Dr. James Bailey, and I
20 represent Dr. Lily Leffler.  Jesse Harbison is on this,
21 too.  She represents Dr. Damon Cathey.  We represent
22 them all in discrimination retaliation claims against
23 Metro schools.  Were you aware of that?  Mr. Hughes?
24           (Technical interruption.)
25           THE WITNESS:  I think I am frozen. Can
```

Page 6
Page

1 you hear me now?  Let me try another way to get on.
2 One second, please.  Are you able to hear me now?
3         MS. STEINER:  Yes.
4    Q.    Mr. Hughes, I am going to ask you a whole
5 bunch of questions today.  Hopefully, it won't be that
6 long.  If you don't understand one of my questions, let
7 me know and I will go back and rephrase it for you.
8 Only thing I will stop you for is if you go uh-huh or
9 nod.  I will make you say yes or no so the court
10 reporter can take it down and we will have a clear
11 record for trial.  Okay?
12   A.    Yes, ma'am.
13   Q.    Are you married?
14   A.    Yes, ma'am.
15   Q.    What is your wife's name?
16   A.    Her name is Victoria Christiansen Hughes.
17   Q.    Where do you live?
18   A.    I live at ████████████████████,
19 Circle, Nashville, Tennessee.
20   Q.    What is your zip?
21   A.    37214.
22   Q.    Do you have any children?
23   A.    Yes.
24   Q.    How many and what are their ages?
25   A.    Two young boys ages three and nine.

Page 7
Page

1    Q.    Nine year old -- where does he go to
2 school?
3    A.    Stanford Montessori Elementary School.
4    Q.    Is that connected to Metro schools?
5    A.    It is.  It is a public school.
6    Q.    To get in Stanford did you have to go
7 through some sort of lottery?
8    A.    Yes, ma'am.
9    Q.    Tell me is that the lottery that you run?
10   A.    I supervised the team that manages the
11 school options process, yes, ma'am.
12   Q.    Is Stanford one of the best in Metro?
13   A.    Repeat the question.
14   Q.    Is Stanford one of the best montessori
15 schools in Metro Nashville?
16   A.    Not certain.  If I were to quantify is
17 one school better than the other, it is one of two
18 public montessori schools we do have.
19   Q.    What is the other one?
20   A.    The other montessori that is public is
21 Hull Jackson.
22   Q.    Your nine year old -- did you have to
23 apply through the lottery you run to get him in that
24 school?
25   A.    Yes, ma'am.

Page 8
Page

1    Q.    Did you make the decision to put him
2 there?
3    A.    My wife and I made the decision that we
4 would try to get him into Stanford along with several
5 other schools.
6    Q.    What were the other schools?
7    A.    I do not have that off the top of my head
8 right now.  I can ask my wife.
9    Q.    Were they Metro schools or private
10 schools?
11   A.    Metro schools.
12   Q.    To get in to Stanford, did you have to
13 apply to the lottery that you run?
14   A.    To get in, yes.  At the time I was not in
15 the school right then, but, yes, we did apply through
16 the lottery process.
17   Q.    Was Jane Doe running the process then?
18   A.    I don't have the answer to that.  I am
19 not certain.  I am not certain of that answer.
20   Q.    When did your child get in Stanford?
21   A.    He is in the third grade now.  I don't
22 have that correct answer.  2018.
23   Q.    Where did he go to grade school?
24   A.    He did not -- sorry, repeat the question.
25   Q.    Where did he go to first grade?

Page 9
Page

1    A.    Stanford Montessori.
2    Q.    Where did he go to kindergarten?
3    A.    Stanford Montessori.
4    Q.    Did he go to pre-kindergarten?
5    A.    He did not.
6    Q.    When you applied for kindergarten, he
7 applied for the montessori school, correct?
8    A.    Yes, ma'am.
9    Q.    How many parents applied for that school?
10   A.    I don't have that information in front of
11 me to.
12   Q.    Is it a fair statement a lot more apply
13 than actually get in?
14   A.    Again, I don't have the information in
15 front of me to say yes or no to that.
16   Q.    That's what you run now, correct?
17   A.    I supervise the team that manages the
18 school options process and implements.
19   Q.    You can't tell me today under oath
20 whether or not more parents apply to get their kids in
21 the montessori schools than actually get in?
22   A.    I can't.  To give you a just answer on
23 that, no, I --
24   Q.    Is it possible you have empty desks and
25 empty seats in the montessori schools then?

Page 10

1      A.    Let me make sure I heard that. Is it
2 possible we have empty schools in the montessori
3 schools?
4      Q.    Or more places for children than you
5 actually have applications?
6      A.    I think I would need to think about that
7 and look at the process. Stanford and all our schools
8 that are choice options have many families seeking to
9 get entry into them, and it is a school by school basis
10 to understand who is getting in, how many applications
11 are going in, particularly since COVID has passed, so I
12 would need to dig deep to give you a specific answer to
13 that that is factual.
14      Q.    Seems like to me you would have more
15 parents applying for the better schools than actually
16 could get in, and you are in charge of that, and you
17 are telling me today under oath you don't know, you
18 have no idea about the application numbers?
19      A.    Again, I would push back against the
20 premise, and I know I haven't said Stanford is the
21 better school. I would push back on the premise of any
22 school being better than any one school. I don't have
23 that information.
24           We made the decision to send our son
25 where we thought was best for our son, but I cannot

Page 11

1 provide for you right now the specific numbers as to
2 which schools have more kids going in and which others
3 without looking at the information directly in front of
4 me.
5      Q.    Do you know whether or not montessori
6 schools are known for preparing kids for high
7 school and college than other schools such as Whites
8 Creek?
9      A.    I can't speak to that. Every family
10 makes their own decision.
11      Q.    So you are in charge of School Choice.
12 You don't know whether or not some of the schools at
13 Metro, such as Whites Creek, Pearl-Cohn versus
14 Hillsboro, Hillwood or montessoris have better scores
15 in general?
16      A.    I believe the question that you asked me
17 was around which schools are better. I can't answer
18 that question. I don't often, you know, necessarily
19 when I manage the team -- we don't look at scores of
20 the schools. We have families provide choices in which
21 they know are available for them and help them apply.
22      Q.    If your child did not go to the
23 montessori school, what school is he zoned for?
24      A.    I would need to look at my information.
25 I can't say off the top of my head.

Page 12

1      Q.    Do you know what high school he is zoned
2 for?
3      A.    I believe again the community we live in
4 I believe is McGavock.
5      Q.    Do you know if McGavock is not known as
6 being a good school in terms of preparing the kids for
7 college?
8      A.    Again, that's an opinion based question.
9 I can't speak to what some people feel is better school
10 or not better school.
11      Q.    So do you know anything about the testing
12 for these schools and how they do empirically with
13 regard to the SATs, the ACTs compared to each other?
14      A.    I cannot. I do not have that information
15 off the top of my head. That's not been a school
16 option question we deal with.
17      Q.    You and your wife made the decision to
18 put your son in Stanford, as opposed to the grade
19 school that he is zoned for, correct?
20      A.    Yes, ma'am.
21      Q.    Tell me why.
22      A.    We made the decision based off trying to
23 understand what the system was, didn't really
24 understand how to go through the process, and my wife
25 said, hey, these are schools I believe look well to us,

Page 13

1 let's try to get him in. I believe that's the process
2 we took.
3      Q.    My question was a little different. You
4 said these are schools that look well to you. Why do
5 they look well to you compared to the school he was
6 zoned for?
7      A.    I would have to reconnect with my wife.
8 She is the main person in our household, and we try to
9 do this together. I think it was just trying to figure
10 out what the system was. We didn't really understand
11 it, so we looked at the options available to us. I
12 have a nephew that went to montessori school in
13 Knoxville and we thought why not give it a try.
14      Q.    You didn't know what the system was; you
15 didn't understand the system when you put your child in
16 that school, correct?
17      A.    We did not know how to go through the
18 process of identifying which schools we wanted our kids
19 to go to because we were first time parents going
20 through the process. We asked friends and went in and
21 tried to research ourselves as we were trying to decide
22 which school we wanted to send our child to.
23      Q.    Isn't it true you identified the schools
24 you thought would give your child a better education?
25      A.    Isn't it true -- repeat the question one

Page 14

1 more time.

2    Q.    Isn't it true you and your wife attempted
3 to identify the schools that would give your child the
4 better education?

5    A.    I think we wanted to find a school that
6 we were comfortable with that we thought would best
7 benefit our son, and we tried to figure out what that
8 looks like for us being new parents to this.  So I
9 can't exactly say what our full methodology was, but we
10 were learning and we were new, and this was the choice
11 we chose or were able to choose.

12    Q.    Do you know any more about the procedure
13 at Metro schools and how to place your child in a Metro
14 school today as of today's date?

15    A.    Do I know more now?  (Audio distortion.)

16    Q.    You went out for a second.

17    A.    I said, yes, I do know more now.

18    Q.    How do you know more now?

19    A.    Because first I manage school options
20 team now, and I've had to do research and understand
21 that process.  I have had to help some families walk
22 through that process themselves, so obviously going on
23 the time I have been here now supervising that team, I
24 have been able to really understand more about the
25 process, the system, and everything that goes on.

Page 15

1    Q.    Before you took the job as Executive
2 Officer of Diversity, Equity and Inclusion, did you
3 have any knowledge about how that job was run in terms
4 of School Choice?

5    A.    Let me make sure.  Did I have any
6 understanding how the job of chief of Diversity,
7 Equity, and Inclusion officer was run or the office of
8 School Choice?

9    Q.    Officer of School Choice.

10    A.    Up until that time I did not.

11    Q.    Did you know you were going to be given
12 School Choice when you were hired on as executive
13 officer of diversity, inclusion -- and what was the
14 other term?

15    A.    Diversity, Equity, and Inclusion.

16    Q.    Did you know you would be given the
17 School Choice when you took that job?

18    A.    At the onset in the first interview I did
19 not know.

20    Q.    When you went in to interview for the
21 School Choice job, how did you know there was going to
22 be an opening?

23    A.    I fall back on the premise I did not take
24 an interview for specifically the School Choice.  I
25 took an interview to apply for -- to come for the job

Page 16

1 for diversity -- for the Executive Officer for
2 Diversity, Equity, and Inclusion.

3    Q.    How did you know that job position was
4 open?

5    A.    I believe several months before I came on
6 as I was transitioning from another job, I was asked
7 would I be interested in interviewing for the position.

8    Q.    Who asked you that?

9    A.    I believe I had a meeting in mid April,
10 early April with Mr. Hank Clay.

11    Q.    Was that the first you knew that there
12 was going to be an opening?

13    A.    Yes, ma'am.

14    Q.    Did he ask you to come in for an
15 interview, for a meeting, or was it -- where did the
16 meeting take place?

17    A.    I do not remember off the top.  It may
18 have been -- I don't want to speculate.  I do not
19 recall off the top of my head.  Might have been a phone
20 call, but I was on the road at the time working with
21 Michael Bloomberg at the time, so I do not recall where
22 it was at specifically as of right now.

23    Q.    So it was a phone call and you were out
24 of town, correct?

25    A.    I can't say that.  I don't remember.  I

Page 17

1 don't recall right now where we met, if we met in
2 person or not right now.  It's been some time ago.

3    Q.    Why did you have this contact with Hank
4 Clay?

5    A.    As I said he asked what was I working on
6 right now, would I be interested in applying for the
7 position that might be upcoming.

8    Q.    What did you tell him?

9    A.    If I recall, I told him what I was
10 working on right then and that I would be interested.

11    Q.    What did you tell him you were working on
12 right then?

13    A.    Just with Michael Bloomberg at the time.

14    Q.    What did you tell him about Michael
15 Bloomberg?

16    A.    I don't recall.

17    Q.    Did he ask you any questions about your
18 background?

19    A.    Yes, ma'am.

20    Q.    In that phone call?

21    A.    Again, I hate to speculate if it was a
22 phone call.  I just don't remember the term of
23 communication at this time.

24    Q.    How long did you speak with Mr. Clay in
25 this mid-April 2020 meeting?

Page 18

1    A.    I don't recall.  Most of the time -- I
2 can't give you an honest number, timeline right now.
3    Q.    What did you do for Michael Bloomberg?
4    A.    For several months I served within his
5 team within our state team.  We did some national work
6 around DE&I space cultivating leadership within black
7 and brown communities and doing a lot of political
8 organizing across the state and in some of the southern
9 areas.
10    Q.    Were you paid for that job?
11    A.    Yes, ma'am.
12    Q.    What were you paid?
13    A.    I would have to go through my tax records
14 to say what the full contract was.
15    Q.    I want to know approximate.
16    A.    Okay.  Again, it's been a while.  I don't
17 have the full approximate.  I would have to go back and
18 look through my contract I had with them.
19    Q.    Was it a part-time job or full-time job?
20    A.    It was my full-time.  It was full-time
21 contractual.
22    Q.    And how many hours a week did you work
23 for Bloomberg and when did you start working for
24 Bloomberg?
25    A.    I believe I started working for Bloomberg

Page 19

1 November or October of 2019, and I can't recall exactly
2 how many hours a week I was working.  I would have to
3 again look at my contract.  I believe it might have
4 been 30 or 40 hours a week, but I had a contract with
5 them I was working.  I would have to go back and look
6 for that information.
7    Q.    Paid by salary or hourly?
8    A.    I was paid via contract.
9    Q.    Was it an hourly rate or a salary rate?
10    A.    It was an hourly rate.
11    Q.    What was your hourly rate?
12    A.    Again, I need to go back and look at the
13 contract.  I can't recall.
14    Q.    Was it $500 an hour?  Was it $100 an
15 hour?  Was it $20 an hour?  Do you have any idea?
16    A.    I just don't remember.
17    Q.    You don't know if it was $500 an hour or
18 $15 an hour?
19    A.    I don't, ma'am.  I would need to look at
20 my records just to verify to give you an honest
21 assessment.
22    Q.    You possibly could have made $500 an hour
23 working for Mr. Bloomberg?
24    A.    I can't give you an honest assessment on
25 that to answer the question the way you asked it.

Page 20

1    Q.    Could it have been a thousand dollars an
2 hour?
3    A.    I can't give you an honest answer without
4 looking at my records to assess.
5    Q.    Could it have been 2000 an hour?
6    A.    Again, I would have to look at my
7 records.  It's been almost two-plus years.  I would
8 need to look at the records to see what that contract
9 was with the Bloomberg team.
10    Q.    Did you work anyplace else from October
11 2019 until you went to work for Metro schools?
12    A.    I cannot say that I did.
13    Q.    You can answer anything as long as it's
14 truthful.
15    A.    Exactly.  I cannot say that I did work
16 for anybody in between that time that I was on a paid
17 contract for.
18    Q.    Who did you work for?
19    A.    As I said earlier, Michael Bloomberg.
20    Q.    Anybody else?
21    A.    I cannot recall right now anybody else
22 that I would have worked for in between the time that I
23 was under contract for.
24    Q.    Did you know Hank Clay before you came in
25 for the interview?

Page 21

1    A.    I did.
2    Q.    How did you know him for -- in years past
3    A.    I have known him for -- in years past
4 through mutual friends, through political politics.
5    Q.    You knew him politically, correct?
6    A.    Yes.
7    Q.    You are both members of the democratic
8 party?
9    A.    Yes, I am.  I am a member of the
10 democratic party.  I cannot speak to what Hank Clay is
11 a member of at this time.
12    Q.    Did you know that he is a democrat?
13    A.    When we met I believe we met in
14 democratic circles, but, again, I am speaking -- you
15 asked me a question.  I am speaking to what Ashford is
16 100 percent aware of.  I can't say Hank Clay is still
17 with the democratic party.  I don't know.  We met years
18 ago in democratic political circles.
19    Q.    When you were hired to work for Metro
20 schools as an executive officer, was Hank Clay still
21 actively involved in the democratic party?
22    A.    I can't answer that question.  That would
23 be a question Hank Clay would have to answer.
24    Q.    You don't know that?
25    A.    I do not know.  I cannot speak to Hank

Page 22

1 Clay what he is part of outside of the professional
2 realm.
3      Q.     How many interviews did you have for the
4 job?
5      A.     Off the top of my head, I am thinking I
6 would need to go back through my calendar.  At least
7 three interviews.
8      Q.     Who were they with?
9      A.     I know the chief of HR at the time, the
10 chief of schools of innovation at the time.  There were
11 I believe a couple of other people, but I can't recite
12 who all those individuals were at this time.  I know
13 those stuck out.
14      Q.     Who was the chief of HR?
15      A.     Mr. Chris Barnes.
16      Q.     Who was the chief of schools innovations?
17      A.     Dr. Sharon Griffin.
18      Q.     Do you recall interviewing with Hank
19 Clay?
20      A.     Yes.  He was on (audio distortion) -- I'm
21 sorry.
22      Q.     Do you recall interviewing with Hank
23 Clay?
24      A.     Yes.  He was on a couple of the latter
25 end interviews I did.

Page 23

1      Q.     You got me a little confused because Hank
2 Clay said he is the only one that interviewed you.
3      A.     Hmm.
4      Q.     You are saying you literally went in for
5 an interview with Chris Barnes, you went in for Sharon
6 Griffin?
7      A.     I did not.  I remember the interviews I
8 had before.  Scope of interviews I had included those
9 individuals.
10      Q.     So when you came in to interview for
11 Metro schools, you had an interview with Chris Barnes,
12 an interview with Sharon Griffin, and an interview with
13 Hank Clay?
14      A.     No.  What I am telling you is that over a
15 period of time I had an interview with a panel of
16 people, Chris Barnes, Dr. Sharon Griffin, and I think
17 there were maybe two other people on there.  I don't
18 remember those faces or those names right now, but it
19 was a panel that I went through.
20      Q.     Did you interview solely with Hank Clay?
21      A.     I don't believe so.  I can't recall off
22 the top of my head.
23      Q.     You went to a panel interview that had --
24 correct me if I am wrong -- Chris Barnes, Sharon
25 Griffin, Hank Clay on the panel?

Page 24

1      A.     I believe, as I said in my earlier
2 testimony, the first interview that I had with -- I
3 don't believe -- I can't recall off the top of my head
4 if Hank was there.  I know those two individuals and
5 two others.  I know in the latter interviews Mr. Clay
6 was a part of the interview process.
7      Q.     Now, it sounds like you had several
8 interviews that started out solely with Chris Barnes,
9 Sharon Griffin to begin with and then turned into a
10 group interview with all three, Griffin, Barnes and
11 Clay?  Is that what you are saying?
12      A.     I believe -- as I said earlier, there
13 were multiple besides Mr. Barnes and Ms. Griffin on my
14 very first interview I believe, and then leading up to
15 the final interviews it was -- I don't recall if it was
16 at the end one person or two people on there.  I would
17 need to go back and look at my calendar to verify.
18 There has been a lot since then that's taken place.  I
19 can't specifically give you minute details of the who,
20 when, and where for all of those details.
21      Q.     Do you know if anyone else who applied
22 for that job was interviewed by a panel other than you?
23      A.     I don't know.  I can't speak to that.
24 I can't speak to their methodology.
25      Q.     Did you know Hank Clay testified he was

Page 25

1 the only one to interview you?
2      A.     I can't speak to that.
3      Q.     I want to talk about how the interview
4 occurred.  Was it live or by Zoom or telephone or some
5 other method?
6      A.     By Zoom.
7      Q.     So do you know if it was recorded?
8      A.     I can't remember.
9      Q.     Do you know the date of your first
10 interview?
11      A.     I can't remember.
12      Q.     Do you know the date of your second
13 interview and how it was done?
14      A.     Again, I don't remember off the top of my
15 head.  It was something I would have to dig deep into
16 my calendar to find.
17      Q.     Do you know the date of your third
18 interview?
19      A.     I do not have that in front of me, no,
20 ma'am.
21      Q.     Under oath today isn't it true you really
22 weren't interviewed?
23      A.     I would definitely push back against that
24 and say that is absolutely false.  I was interviewed,
25 multiple interviews.

Case 3:20-cv-01023   Document 149-6   Filed 07/27/22   Page 7 of 39 PageID #: 2662

Page 26

1    Q.    Did you fill out an application?
2    A.    **Absolutely.**
3    Q.    Was it filled out on line?
4    A.    **The application was filled out on line.**
5    Q.    Did Mr. Clay tell you why he wanted you
6 to apply for this position?
7    A.    **He did not that I recall.**
8    Q.    I am going to share a screen with you
9 hopefully.  Can you see this screen?
10   A.    **I can.**
11   Q.    Good.  Let's go up to the top and go
12 through this and ask if you recognize this.  This was
13 produced to me by Metro schools.  You see at the bottom
14 of the page where it says MG000183?
15   A.    **Yes, ma'am.**
16   Q.    I want to ask you questions about this.
17 Says at the top Ashford R. Hughes applied for job of
18 Executive Officer of Diversity, Equity, and Inclusion,
19 correct?
20   A.    **Yes, ma'am.**
21   Q.    Let's go down to the very bottom.  These
22 are all numbered in line, and the last one is MG000202,
23 correct?
24   A.    **Yes, ma'am.**
25   Q.    Does this look like the information you

Page 27

1 filled out on line to apply for this job?
2    A.    **Without seeing it really in front of me,**
3 **that looks like -- I can't recall because I don't know**
4 **exactly where you are pulling it from or what all you**
5 **are getting ready to show me, so I can't yes or no**
6 **unless I put on my glasses.**
7    Q.    Put on your glasses.  I am moving this up
8 and down.  Stop me if you want me to and tell me
9 there's something else --
10   A.    **Repeat the question.**
11   Q.    Does this look like the information that
12 you provided to Metro schools?
13   A.    **Possibly so.**
14   Q.    I want to ask you, this supposedly has in
15 it everything that occurred.  See May 5th, 2021, it
16 says application process starts.  Does that sound about
17 like the date that you filed?
18   A.    **I can't recall.  If that's time stamped,**
19 **then that's the time stamp, but I can't recall.**
20   Q.    Do you see where it says events on the
21 side?
22   A.    **Where it says events?**
23   Q.    Yes, events on the second column over.
24 It has dates, details?
25   A.    **Okay.**

Page 28

1    Q.    See that?
2    A.    **I do now.**
3    Q.    A lot of this is May 5, the date you
4 applied.
5    A.    **Okay.**
6    Q.    Says you applied on line.  They sent you
7 correspondence.  Then a recruiter reviewed your
8 process.  Status changed to under consideration and
9 step manager review.  See that May 27, 2020?
10   A.    **Yes, ma'am.**
11   Q.    Know what that means?
12   A.    **Say that again.**
13   Q.    It says May 27, 2020, status changed to
14 under consideration.  Do you see that?
15   A.    **I do.**
16   Q.    Then it goes to May 27 at 2:40 p.m. at
17 the top.  Says moved to step offer.  Does that sound
18 like approximately the date you were offered the job?
19   A.    **I can't say yes or no.  I don't have**
20 **recollection.**
21   Q.    May 28 they did a pre-employment
22 screening on you.  Then May 28 says candidate accepted;
23 you accepted the offer.  See that?
24   A.    **I do.**
25   Q.    Do you know what's missing from here, Mr.

Page 29

1 Hughes?
2    A.    **I am listening.**
3    Q.    Do you know what's missing from here?
4    A.    **Are you looking for an answer from me?**
5    Q.    Yes.  Do you see anything missing from
6 this?  They kept track of everything that happened with
7 your application.  I want to know if you know that it
8 doesn't have any interview dates on here?
9    A.    **I can't speculate to any of that or why**
10 **or why not.  I don't have any answer for you for that.**
11   Q.    Let's have this marked Exhibit No. 1 to
12 your deposition today.  While the court reporter is
13 marking it, I will ask some questions about it.
14   A.    **Could you say the last part?  You went**
15 **out on my end.**
16   Q.    I want this marked as an exhibit to your
17 deposition today.  The court reporter is marking it
18 Exhibit No. 1 so we know what it is that I have spoken
19 with you about.
20   A.    **Okay.**
21         MR. FOX:  No objection.
22              (Exhibit No. 1 was marked.)
23 BY MS. STEINER:
24   Q.    Mr. Hughes, where are you from?
25   A.    **Knoxville.**

Page 30

1    Q.    Where did you go to high school?
2    A.    I went to Carter High School.
3    Q.    Is that a public school there?
4    A.    It is a public school.
5    Q.    What year did you graduate from high
6  school?
7    A.    1997.
8    Q.    Where did you go to college?
9    A.    Tennessee State University.
10   Q.    What years did you attend TSU?
11   A.    1997 until 2005 and undergrad.
12   Q.    Flunk any courses there?
13   A.    I did.
14   Q.    What did you flunk?
15   A.    I can't recall off the top of my head.  I
16  would need to look at my transcripts.
17   Q.    Were you kicked out a few semesters?
18   A.    Was I kicked -- I don't believe I was
19  kicked out any semesters, no, ma'am.
20   Q.    When you flunked the courses, did you
21  have to go back in and retake them?
22   A.    Some I did, yes, ma'am.
23   Q.    Do you recall how many you actually
24  flunked?
25   A.    I don't recall off the top of my head.

Page 31

1    Q.    Were you ever put on administrative
2  leave, or whatever they call it at TSU, because of
3  grades?
4    A.    I was never put on leave.  I believe -- I
5  may stand corrected -- I may have been put on
6  probation, but I was never on leave.
7    Q.    What does probation at TSU mean?
8    A.    I can't recall that now.  I don't know.
9  I would have to look at the specific language of that.
10  It's been decades, so I don't know, to be honest.
11   Q.    What years were you put on probation?
12   A.    I don't remember.  I don't have that
13  information in front of me.
14   Q.    Was it more than -- is TSU on quarter or
15  semester system?
16   A.    I believe on the semester.
17   Q.    How many semesters were you on probation?
18   A.    I don't recall.
19   Q.    Does probation mean you can still attend
20  school, but if you don't do well, they will put you out
21  of school for a bit of time?
22   A.    I don't have the full definitive
23  information on that.  It was a red flag for me that I
24  needed to get my academics in order.
25   Q.    From 1997 to 2005, was there any extended

Page 32

1  period of time you did not attend TSU?
2    A.    If I am thinking right, I believe so.
3    Q.    What years?
4    A.    I don't have that in front of me.  I
5  would have to again go back 20-something years ago.  I
6  would have to dig deep to get all that information.
7    Q.    Was there any probation?
8    A.    Not necessarily because of probation,
9  just some things I was going through at the time as
10  well.
11   Q.    What things were you going through at the
12  time?
13   A.    My best friend was killed by gun violence
14  in Knoxville, and I had another friend killed by gun
15  violence around eight months later.
16   Q.    Who was your best friend?  What was his
17  name?  I am sorry I have to ask.
18   A.    My best friend's name was James Evans,
19  Jr.
20   Q.    Who else died from gun violence?
21   A.    My other friend's name was Tony Curtis.
22   Q.    Was it separate incidents where they were
23  killed?
24   A.    Yes, ma'am.
25   Q.    In Knoxville?

Page 33

1    A.    Yes, ma'am.
2    Q.    What year was Mr. Evans killed?
3    A.    Latter 1998.
4    Q.    What year was Tony Curtis killed?
5    A.    I want to say '99.
6    Q.    Was it gang related?
7    A.    It was not.
8    Q.    It was just a fluke?
9    A.    I guess if you want to call it a fluke.
10  My friend Tony Curtis was killed over an argument about
11  a young lady.  My best friend was killed in an
12  attempted robbery.
13   Q.    Was your friend being robbed?
14   A.    My friend was one of several that were
15  being robbed at the time.  He unfortunately ran the
16  wrong way.
17   Q.    Did they catch the robbers?
18   A.    They have not.
19   Q.    So your friend James Evans, Jr. was
20  somewhere where he and several others were robbed at
21  gunpoint?
22   A.    Yes, ma'am.
23   Q.    In Knoxville?
24   A.    Yes, ma'am.
25   Q.    Where were they in Knoxville when they

Page 34

1 were robbed at gunpoint?
2      A.     In the backyard of one of our friend's
3 homes.
4      Q.     Did it have anything to do with drugs or
5 any other sort of violence?
6      A.     It did not.
7      Q.     Why did they come in the backyard of a
8 home to rob people?
9      A.     I can't answer that question.  I wish I
10 knew, but I don't have the answer to that question.  I
11 wish I knew so he would still be alive today.
12      Q.     It is my understanding that you carried a
13 gun, correct?
14      A.     There was one point in time after his
15 death I did carry a gun, yes, ma'am.
16      Q.     The questions I have asked you about
17 today about TSU and whether or not you flunked a course
18 at TSU and about the guns, did anyone at Metro schools
19 ask you these questions in your interview?
20      A.     I want to go back and say there was not
21 guns with an S.  There was one gun that I had.
22 Everything that was in my -- that I was asked to put in
23 any type of resume -- I put in multiple resumes --
24 always includes my background.
25      Q.     The question is different.  Did anyone at

Page 35

1 Metro schools ask you questions about TSU and your
2 grades there or whether or not you flunked a class or
3 were put on probation?
4      A.     Not that I recall.
5      Q.     If they had asked you that, would you
6 have told them exactly what you just told me?
7      A.     As far as my recollection, I would be
8 honest with them, and if I needed to go back and get
9 further information, then I would have gone back and
10 gotten further information.
11      Q.     You were charged with carrying a weapon,
12 correct?
13      A.     Yes, ma'am.
14      Q.     Was it registered?
15      A.     Yes, ma'am.
16      Q.     Who was it registered to?
17      A.     If I recall right, again -- I can't even
18 recall.
19      Q.     What type of weapon was it?
20      A.     I believe it was a nine millimeter.
21      Q.     Is that a gun, nine millimeter gun?
22      A.     I believe that's the caliber of a gun,
23 yes, ma'am.
24      Q.     Who owned the gun?
25      A.     I actually purchased the gun.

Page 36

1      Q.     Who did you buy it from?
2      A.     At a gun sale thing in Knoxville.  Not a
3 gun sale thing, but one of the gun shows.
4      Q.     How old were you when you bought it?
5      A.     I think I was 19 or 20 maybe.  I don't
6 recall.
7      Q.     Did you have any other guns besides the
8 nine millimeter?
9      A.     No, ma'am.
10      Q.     Did you have it registered in your name?
11      A.     I don't remember.
12      Q.     Were you charged with some sort of a
13 criminal violation with regard to that gun?
14      A.     Yes, ma'am.
15      Q.     What were you charged with?
16      A.     Possession of a weapon.
17      Q.     Where were you when you were charged with
18 this?
19      A.     In Nashville.
20      Q.     How old were you when you were charged
21 with this?
22      A.     I don't recall.  Nineteen or 20, maybe 20
23 at the time.
24      Q.     Did anyone from Metro schools question
25 you at all about -- did you plead guilty to the

Page 37

1 possession of the gun?
2      A.     I believe so.
3      Q.     Did anyone at Metro schools ask you at
4 all about that conviction?
5      A.     I don't recall.
6      Q.     Was it Metro police or TSU police?  Who
7 actually arrested you for that?
8      A.     I believe Metro police.
9      Q.     What caused them to arrest you for the
10 possession of a weapon?
11      A.     I can't speak solely for the police.  We
12 were pulled over because they said I had a broken
13 taillight.  So this goes to the broken taillight police
14 theory that was in place for several decades that is
15 now no longer there, and upon pulling us over and
16 checking for my license and registration, they said I
17 had a gun underneath the seat.  Then it escalated from
18 there.
19      Q.     They searched the vehicle then?
20      A.     Yes, ma'am.
21      Q.     You pled guilty to possession of a
22 weapon?
23      A.     Yes, ma'am.  If I am thinking about my
24 records right, yes, ma'am.
25      Q.     They pulled you over for broken

Page 38

1 taillight. Did they charge you with anything else?
2    A.    I can't recall.
3    Q.    Had you ever been charged criminally
4 before?
5    A.    Yes, ma'am.
6    Q.    For what?
7    A.    I have two other charges. One is a DUI
8 and the other is possession of marijuana.
9    Q.    Do you have any criminal charges out of
10 Knox County?
11    A.    I do not.
12    Q.    Do you have any other criminal charges
13 other than the two DUIs and the possession?
14    A.    Not that I recall.
15    Q.    Could you tell me the circumstances of
16 the DUIs?
17    A.    The DUI, not DUIs. Driving while
18 drinking. I want to say 2005 or 2006 I have a DUI
19 where I got into a wreck after having too much to
20 drink.
21    Q.    So you hit another vehicle?
22    A.    Yes, ma'am.
23    Q.    How much damage was done to the other
24 vehicle?
25    A.    I can't recall.

Page 39

1    Q.    Did you total it?
2    A.    I can't recall.
3    Q.    Was there a lawsuit?
4    A.    No, ma'am.
5    Q.    Do you know what you registered on the
6 DUI machine?
7    A.    I can't recall.
8    Q.    You have only been charged one time with
9 DUI and that was 2005 or 2006?
10    A.    As far as driving under the influence of
11 alcohol, yes. I believe -- I guess my possession of
12 marijuana was a DUI. I don't have my paperwork in
13 front of me, but I know there was another charge I had
14 that was associated with marijuana.
15    Q.    Were you under the influence when you
16 were charged with possession of marijuana?
17    A.    At the time I was not.
18    Q.    Were you charged with DUI at the time you
19 were in possession of marijuana?
20    A.    I don't remember what I was specifically
21 charged with, but I do remember that the officer said
22 that he smelled marijuana and that he was going to -- I
23 can't remember how he phrased it, but I would be going
24 to jail because of that. I don't have all of my exact
25 records in front of me to tell you verbatim. I haven't

Page 40

1 looked at them for some time, to be honest.
2    Q.    Did you go to jail?
3    A.    I did.
4    Q.    How much time did you have to stay in
5 jail?
6    A.    A couple of hours until I had my friends
7 bond me out.
8    Q.    For the DUI that you had in 2005, 2006,
9 did you have to go to jail?
10    A.    I believe I did just that day until I
11 bonded out or may have been I had to do another 24
12 hours at some point in time after that. I don't fully
13 remember.
14    Q.    I want to ask you about some of the
15 things you put for personal information. This has your
16 address on here, this ███████████, correct?
17    A.    Yes, ma'am.
18    Q.    Is that what you would have put into the
19 computer?
20    A.    Yes, ma'am.
21    Q.    It has your cell phone. Is that your
22 home phone or cell phone?
23    A.    That's my cell.
24    Q.    Is that your e-mail?
25    A.    Yes, ma'am.

Page 41

1    Q.    That's your driver's license?
2    A.    Yes, ma'am.
3    Q.    Says have you been convicted of any
4 traffic or moving violations. You said, yes, correct?
5    A.    Yes, ma'am.
6    Q.    You put down a DUI in Davidson County,
7 and that is the one that resulted in the wreck,
8 correct?
9    A.    Yes, ma'am.
10    Q.    Where were you when the wreck occurred?
11    A.    I believe headed near the airport, so
12 that strip of highway I believe near the airport.
13    Q.    I-40 you mean?
14    A.    Yeah.
15    Q.    You were on I-40 going to the airport
16 when you were pulled over for DUI when you had the
17 wreck?
18    A.    I don't believe I was going to the
19 airport but going that direction, going back home where
20 I lived at the time.
21    Q.    Were you picked up by Tennessee Highway
22 Patrol?
23    A.    I do not believe so, but I cannot answer
24 that. It was Metro police department.
25    Q.    Was anybody hurt in the vehicle that you

Page 42

1 hit?
2       A.      Not that I can recall off the top of my
3 head.
4       Q.      How did you hit the other vehicle?
5       A.      I don't recall.
6       Q.      Do you recall if you ran into the back,
7 ran into the side, ran into the front of the other
8 vehicle?
9       A.      I don't recall.
10      Q.      Do you recall how many vehicles were
11 involved in the accident?
12      A.      If I am remembering my report right, it
13 was just myself and this other vehicle.
14      Q.      Did you have insurance when this
15 occurred?
16      A.      Yes, ma'am.
17      Q.      Did the claim go over your policy limits?
18      A.      I don't recall.
19      Q.      Did you have to hire a lawyer to help
20 you?
21      A.      I know I didn't have the money for a
22 lawyer.  Probably had a public defender.
23      Q.      Did anyone from Metro schools ask you any
24 questions about the 2006 DUI or the 2004 speeding with
25 marijuana possession?

Page 43

1       A.      I don't recall.  I don't.
2       Q.      Let's go down a little farther.
3 Convicted of a felony or misdemeanor in this state or
4 any other?  You said, yes.  You said 1999 misdemeanor,
5 possession of registered weapon.
6       A.      Yes.
7       Q.      Does that mean the weapon was registered
8 or wasn't registered?
9       A.      It says there registered, so I am going
10 with it means it was registered.
11      Q.      You wrote this, correct?
12      A.      Yes.
13      Q.      This is your application, correct?
14      A.      Yes.  I believe that's typing it directly
15 from the information as I was going through whatever my
16 record was at the time, so, yes.
17      Q.      Do you have any criminal charges filed
18 against you in any other state in the United States?
19      A.      I do not.
20      Q.      Do you realize that the DUI is also and
21 the marijuana possession are also criminal offenses?
22      A.      Yes.
23      Q.      Did anyone at Metro schools ask you any
24 questions about the misdemeanor possession of a
25 registered weapon?

Page 44

1       A.      I do not believe so.  I can't recall.
2       Q.      If anyone had asked you questions about
3 your criminal record, whether it be DUI, marijuana
4 possession, or misdemeanor possession of a registered
5 weapon, would you have been honest and told them?
6       A.      Absolutely.  If I had to do it, yes, I
7 would have absolutely told them.  I don't know if I did
8 or didn't or had the conversation, but I never hide my
9 background.
10      Q.      Do you recall -- I need specifics here.
11 Do you recall anybody at Metro schools asking you any
12 question about that saying what's going on with these
13 criminal charges against you?
14      A.      I do not recall.
15      Q.      I am going to ask you something else that
16 was on here.  It asked for your educational.  You put
17 down Tennessee State University.  Did anyone ask you
18 what year you got out of high school and why it took
19 you that extra time to get your bachelor's degree?
20      A.      I don't recall.  These conversations were
21 over two years ago.  I don't recall all the ins and
22 outs of what was particularly asked at the time to be
23 honest with you.
24      Q.      You see your GPA 2.5 out of 4?
25      A.      Yes.

Page 45

1       Q.      What does that correspond to at TSU?
2       A.      I would have to go back through and look
3 at that information.
4       Q.      You know that a four corresponds to an A,
5 doesn't it?
6       A.      I believe so, but I would need to go back
7 to TSU and get that information.
8       Q.      You know that a three corresponds to a B?
9       A.      I would have to have -- I don't want to
10 say yes and I'm not factually correct.  I would need to
11 go back to TSU to verify those metrics to look it up.
12      Q.      You are in education right now.  It seems
13 to me that you would know what a 4.0 is, but you are
14 telling me today under oath you don't?
15      A.      Before I make any statement, I would like
16 to have the information in front of me so I can make a
17 factual statement before I just say yes because I think
18 it could be.  I want to make certain it actually is.  I
19 haven't been in followup with TSU as of recently to
20 figure out their grading scale or what everything is
21 going on.  I would need to get that to make a factual
22 statement as I am under oath.
23      Q.      Are you aware most of the universities
24 use the same grading system where 4.0 is an A?
25      A.      Again, I am not involved in a lot of

Page 46

1 other higher institutions. So, again, I could say yes
2 to say yes, but I want to be factual just to make
3 certain I am factual for my own invocation and giving
4 correct information while I'm under oath.
5      Q.    What was your grade point average when at
6 TSU?
7      A.    I would have to go back through and look
8 up all the cumulative and make certain, but, as you see
9 right there, I put 2.5, so that must have been the
10 information as I received it and put it into my report.
11     Q.    Do you know what 2.5 corresponds to?
12     A.    Again, as I said earlier, I can't speak
13 to that right now, but I am sure -- seems like you are
14 going to tell me or provide insight.
15          MR. FOX:  Object to the form.
16 BY MS. STEINER:
17     Q.    Do you recall ever telling anybody that
18 you had a Ph.D.?
19     A.    Say that again.
20     Q.    Do you recall ever telling anybody that
21 you had a Ph.D.?
22     A.    Never, because I do not have a Ph.D.
23     Q.    Did you ever tell anybody you had a
24 master's?
25     A.    A bachelor's.

Page 47

1      Q.    Master's degree?
2      A.    No, ma'am, because I do not have a
3 master's degree.
4      Q.    Have you ever been fired from a job?
5      A.    Not that I can recall.
6      Q.    Have you ever been suspended or put on
7 probation at a job?
8      A.    Not that I can recall.
9      Q.    When you first got out of TSU, where did
10 you work?
11     A.    I mean there are several jobs that I had
12 -- RPS.  I worked at Ruby Tuesday for a while.  I
13 worked at Carrabba's at some point in time.  I worked
14 during that time some for Harold Ford, Jr.  I worked at
15 some point under his campaign.  I worked for the
16 Tennessee democratic party at points in time right out
17 of TSU.
18     Q.    What did you do for Ruby Tuesday?
19     A.    I worked in the kitchen and then worked
20 as a server.
21     Q.    Was that after you got out of TSU?
22     A.    If I recall it was in the middle of,
23 maybe a little bit after.
24     Q.    When did you work for Carrabba's?
25     A.    Probably around the same time, maybe a

Page 48

1 little later.  I would have to go back in and think
2 about it.
3      Q.    What did you do for Carrabba's?
4      A.    I was a server.
5      Q.    Then after you left -- how long did you
6 work for Carrabba's?
7      A.    I don't recall.  Couple of years maybe.
8      Q.    Would that get you through -- assuming
9 you got out of TSU in 2006, does that get you through
10 about 2008?
11     A.    I left TSU in 2005.  At the same time I
12 was interning with Harold Ford, Jr. working at the
13 state parties doing some stuff.  I can't recall all the
14 things that I was doing in between 2005 to 2008 with
15 some of the main jobs and other jobs I had.
16     Q.    You had multiple jobs?
17     A.    Yes, ma'am.
18     Q.    When you left Harold Ford, Jr.'s,
19 campaign, where did you go?
20     A.    I would have to look at all my resumes to
21 figure that out.  I can't recall off the top of my
22 head.
23     Q.    How did you come about being hired on at
24 Megan Barry's.
25     A.    Did you say how did I come about being

Page 49

1 hired?
2      Q.    Yes.
3      A.    Hired or fired?
4      Q.    Hired.
5      A.    Hired.  So coming from 2010, I was the
6 political director, as well as field director for
7 congressional campaign in South Carolina and had been
8 working on that one for about a year.  Prior to that I
9 had been working at the state democratic party off and
10 on some time working in different community factions.
11 Megan contacted me as I was working in Virginia at the
12 time on a campaign, would I be interested in coming
13 back and managing her re-election campaign at large.
14     Q.    Did you do that?
15     A.    I did.
16     Q.    When she got to be mayor, you were
17 brought on to her administration, correct?
18     A.    Yes, ma'am.  I was hired on to work for
19 her, yes, ma'am.
20     Q.    What was your position?
21     A.    My position under Megan she brought me in
22 to do equity and work force development and serve as a
23 labor liaison, do a lot of outreach within the
24 community and build structures around equity and
25 inclusion.

Page 50

1    Q.    Were you working with the union?
2    A.    At the time of working for Megan or
3 before?
4    Q.    When you were working for Megan Barry,
5 were you working with the union?
6    A.    No, ma'am.  At the time I was in the
7 mayor's office, I was working for Megan Barry, the
8 mayor, in the mayor's office.
9    Q.    Were you dealing with the mayor's office
10 contacting unions, though?
11   A.    Yes, ma'am.  I was a liaison to the
12 unions from the mayor's office.
13   Q.    Is that the main thing you did for Megan
14 Barry?
15   A.    That was one of several things I did for
16 Megan Barry.
17   Q.    What years did you work for Megan Barry?
18   A.    I worked for Megan Barry -- in the
19 mayor's office I worked for Megan Barry from 2015 to
20 the time of her resignation.
21   Q.    Which was what year?
22   A.    I think 2017, 2018, maybe beginning of
23 2018.
24   Q.    Then where did you go to work?
25   A.    I stayed working with Metro office under

Page 51

1 Mayor Briley.
2    Q.    How long did you stay there?
3    A.    Up until he did not win his election in
4 2019.
5    Q.    When did you leave the mayor's office
6 under Briley?
7    A.    October 2019 I believe.
8    Q.    Then is that when you went to work for
9 Bloomberg?
10   A.    About a month or so later, yes, ma'am.
11   Q.    Are you currently working any other job?
12   A.    Currently, no, right now.
13   Q.    Have you worked any other job while you
14 have been at Metro schools?
15   A.    No, ma'am.
16   Q.    Stop the share.  I want to show you
17 something else.  Can you see this document that I am
18 showing you right now?
19   A.    Yes, ma'am.
20   Q.    Do you recognize this guy?
21   A.    Yes, ma'am.
22   Q.    That's you?
23   A.    Yes, ma'am.
24   Q.    Is this your LinkedIn page?
25   A.    It looks to be.

Page 52

1    Q.    Did you put in the information that is on
2 your LinkedIn page?
3    A.    I did some at the time.  I had a branding
4 person working with me to help me get that up to par.
5    Q.    You made sure it was accurate, correct?
6    A.    Yes, ma'am.
7    Q.    Is your LinkedIn page accurate?
8    A.    I actually haven't been on LinkedIn as
9 much as I was at the beginning, so I would need to go
10 back in.  I am pretty sure not much has changed.
11   Q.    Do you see where it says experience,
12 Executive Officer for Diversity, Equity, and Inclusion
13 and says June 2020 through present, one year and ten
14 months; is that right?
15   A.    Yes, ma'am.
16   Q.    Then it says diversity -- diversity I
17 believe, equity and inclusion consultant, Blueprint
18 Solutions Group, LLC, from October 2019 through the
19 present, two years and six months.  Are you currently
20 working for Blueprint Solutions Group, LLC?
21   A.    Say the last part again.  You went out.
22   Q.    Are you currently working for Blueprint
23 Solutions Group, LLC?
24   A.    Blueprint Solutions Group, LLC, was an
25 entity I started myself.  It's not a sole

Page 53

1 proprietorship, but it's my consulting firm I started,
2 so it doesn't work for anybody, other than Ashford, but
3 because I have been working with the schools, I haven't
4 taken on any other clients outside of working for
5 public schools right now.
6    Q.    Does Blueprint Solutions Group still
7 exist?
8    A.    It does exist.  I was on a call last week
9 and this morning, last week or week before working out
10 some paperwork because they cannot find my entity, and
11 I needed to do that for tax record updates.  Yes, I am
12 still here.
13   Q.    Do you have any employees?
14   A.    I do not.
15   Q.    Do you have any contracts?
16   A.    I do not.
17   Q.    Have you made any income from October
18 2019 through the present date?
19   A.    I did.  That was one of the reasons I
20 wanted to get all my tax stuff.  There was a speaking
21 engagement I had with Educators Cooperative.  They
22 wanted to pay me for that.  I asked them to put it
23 under my LLC so as not to conflate anything or be on
24 unethical terms with the school district.  That was the
25 only thing I have done since then.

Page 54

1    Q.   I am going into this with you.  Only
2 income you have had with Blueprint Solutions Group,
3 LLC, from October 2019 to present date was a speaking
4 engagement?
5    A.   That is not correct.  After I finished
6 working with Bloomberg October 2019, until I worked
7 with the schools, I was paid under Blueprint Solutions
8 Group by Bloomberg.  The time that I came to work for
9 MNPS in June or July of 2020, I have not taken any
10 clients since then.  The one bit of any type of income
11 that I have had it has been in 2021 when I spoke at an
12 engagement with the Educators Cooperative and they paid
13 me for that speaking engagement.  Since I left
14 Bloomberg in 2020, that is the only thing I have done
15 under Blueprint Solutions Group.
16    Q.   Why did you ask the educators who paid
17 you to give a speech to pay you through Diversity,
18 Equity and Inclusion?
19    A.   Under my consulting firm?
20    Q.   Yes.
21    A.   So it would not conflate if there was
22 anything ethically wrong with taking that as a Metro
23 employee because it would have gone under Ashford
24 Hughes and I would have to report it.  I said, I have
25 an LLC; I'll do it under my business, and then I can do

Page 55

1 taxes and report it there.  You still have to report
2 these things with Metro government.
3    Q.   If you work for Metro government and give
4 a speech that you get funds for, you have to report
5 it to Metro government, correct?
6    A.   Yes.  As I know it, if you get any funds,
7 if you take any income in that is not directly coming
8 from your public entity, Metro Public Schools, you have
9 to file that in an upcoming document that we get as we
10 file taxes.  I can't think of the name of what the
11 document is, but it asks us all those things.
12    Q.   So then do you know who provides you with
13 this document?
14    A.   When I was in the mayor's office, we did
15 them every year around tax time, and ever since I have
16 been here at MNPS, this is a document I believe HR
17 sends to everybody.
18    Q.   It ask you have you earned any outside
19 income, correct?
20    A.   That's what I believe the document says,
21 yes, ma'am.
22    Q.   So if you have to file it and send it
23 back to Metro schools, is it on an annual basis?
24    A.   I received them twice since I have been
25 here, so I am going on a limb and say, yes, you receive

Page 56

1 that every time when taxes are to be filed if you are
2 doing anything that isn't MNPS salary related, that you
3 have to file it.  I believe I need to go back and read
4 the full document again, but I try to stay above and
5 make sure I am doing everything ethically correct.
6    Q.   So do you know why Metro school wants to
7 know whether or not you had outside income?
8    A.   I cannot speak to that.  I do not.  I
9 thought it was part of the ethics process.
10    Q.   Who did you give the speech to?
11    A.   It was to a group called the Educators
12 Cooperative.  They work with teachers giving them
13 particular trainings and get them in front of different
14 groups.  I think I was on a panel at the time.
15    Q.   How much did they pay you?
16    A.   I think it was a thousand dollars.
17    Q.   You had them pay your entity so it would
18 not be reported through this document system that HR
19 would send you at Metro schools, correct?
20    A.   I don't think that's the way I stated it.
21 I had them send it to my LLC, so then I could make
22 certain to report it when it was time to file the
23 report at the end of the year so as not to be in
24 violation of -- to be on the up and up about moneys
25 that I earned that were outside of MNPS.  So there was

Page 57

1 nothing ethically going on that I did not account for.
2    Q.   You filed a form with MNPS that says, I
3 own a company called Blueprint Solutions Group and they
4 got paid a thousand dollars?
5    A.   I would need to go back and look at the
6 form again, exactly what the form asks, how I filled it
7 out and all of those things.
8    Q.   Were you just doing your taxes right now?
9    A.   Yes, ma'am.
10    Q.   Did you claim a thousand dollars income
11 for Blueprint Solutions Group?
12    A.   I will be claiming that, yes, ma'am.
13    Q.   You haven't claimed it yet, you haven't
14 filed taxes yet?
15    A.   I have not.
16    Q.   Do you prepare your own taxes?
17    A.   No, ma'am.  I have a company that does it
18 for me.
19    Q.   What company does that?
20    A.   The young lady's name is -- I just had
21 it.  Her name is Taneka Givens (phonetic spelling); she
22 is out of Indiana.  I would have to find the name for
23 you here in a second.
24    Q.   If you can find that, let me know.  That
25 would be great.  Have you filed the form Metro schools

Page 58

1 wants you to file?

2      A.      I have not filed anything as of yet,
3 because I am still in the process of gathering and
4 getting all my paperwork prepared.

5      Q.      It's pretty simple; you only got a
6 thousand dollars, correct?

7      A.      Yes, ma'am.

8      Q.      Did you get a form from the group that
9 you gave the speech for?

10      A.      Yes, they sent me something earlier this
11 year.

12      Q.      Was it a W-9 form?

13      A.      I believe so.

14      Q.      They sent it to Blueprint Solutions
15 Group, LLC?

16      A.      Yes, ma'am.

17      Q.      The forms that you filed with Metro --
18 when are you supposed to file those by?

19      A.      I don't have that date in front of me
20 right now.

21      Q.      The income was received in 2021, correct?

22      A.      Yes, ma'am.

23      Q.      So then do you know whether or not they
24 sent you the form in 2021?

25      A.      If who sent me the form?

Page 59

1      Q.      Metro schools, HR sent you the form?

2      A.      Yes, I believe I have that in my
3 documents.

4      Q.      Do you know when in 2021 they sent it to
5 you?

6      A.      I do not.  I believe the same time I got
7 my W2 form, maybe around that time, but I cannot recall
8 off the top of my head.

9      Q.      So then as of today's date, April 11,
10 2022, you have not disclosed to Metro schools you got
11 this thousand dollars?

12      A.      I have not filed my paperwork for
13 anything as of right now.  That is correct.

14      Q.      From October 2019 through the date that
15 you got hired on at Metro, Blueprint Solutions made no
16 income, correct?

17      A.      Say the last part again.

18      Q.      On the date that you left the mayor's
19 office, October 2019, through the date you applied and
20 got hired by Metro schools, Blueprint Solutions Group
21 made no income, correct?

22      A.      That is false.  Earlier I said to you, as
23 I am on the record saying, when I began working for
24 Michael Bloomberg, I began working under a contract.  I
25 was clear saying I had a contract, and the contract was

Page 60

1 under Blueprint Solutions, LLC, up to the time
2 Bloomberg dissolved his campaign.  I believe that was
3 in late March.  I was paid until April or May, but,
4 again, I would need to go back through the contract and
5 look at all that, but Blueprint Solutions Group was how
6 I got paid as a contractor, as I said earlier, with
7 Michael Bloomberg campaign.

8      Q.      You are correct.  Anytime I say something
9 wrong you let me know.

10      A.      Okay.

11      Q.      Blueprint Solutions Group had no
12 employees except for you?

13      A.      That is correct.

14      Q.      Did Blueprint Solutions Group, LLC, file
15 its own income tax return?

16      A.      It was filed within my family income tax
17 information.

18      Q.      Did it have a separate return, an LLC
19 return?

20      A.      No, ma'am.

21      Q.      Who was your supervisor at Bloomberg?

22      A.      My supervisor at Bloomberg was Courtney
23 Wheeler.

24      Q.      Where was she located?

25      A.      She was located in Nashville.

Page 61

1      Q.      Who does she work for in Nashville?

2      A.      She has her own consulting firm.  I can't
3 remember the name.  I think she made changes in between
4 then.  I cannot speak to who she is with or the name of
5 her company as of right now.

6      MS. STEINER:  I'd like to mark your
7 LinkedIn profile as Exhibit No. 2.

8                (Exhibit No. 2 was marked.)

9      MR. FOX:  No objection.

10 BY MS. STEINER:

11      Q.      I would like to show you something else.

12      A.      Okay.

13      Q.      Do you see this document that's a record
14 check Nashville, Davidson County, Tennessee, Criminal
15 Court Clerk?

16      A.      Yes, ma'am.

17      Q.      Have you seen this document before today?

18      A.      I don't believe so.

19      Q.      That is you, Ashford Rolland Hughes,
20 correct?

21      A.      Yes, ma'am.

22      Q.      Date of birth December 8, 1978?

23      A.      Yes, ma'am.

24      Q.      This shows you were charged with
25 possession of casual exchange and convicted of that?

Page 62

1    A.    Having just seen this document today, I
2 would need to look at it and fully go through
3 everything it is to be factually correct in saying yes.
4    Q.    It also has the DUI May 25, 2004, and it
5 looks like you were convicted of reckless driving.  Do
6 you recall that?
7    A.    I believe so.
8    Q.    Then on May 25th of 2004, you were also
9 charged with implied consent.  Do you recall that?
10    A.    I believe those were connected with each
11 other, if I am not mistaken.  I would have to go back
12 and look at the document in my hand.  It's kind of hard
13 to see on screen, but I can see it.
14    Q.    Does that mean the police asked you to
15 blow into the DUI machine and you didn't want to do
16 that?  Is that what that is about?
17    A.    I can't speak to the legalities.  I would
18 need to go back and look at everything.  I don't recall
19 everything that took place at that time.
20    Q.    Do you see also you were charged with
21 driver's license suspended?  Can you tell me what
22 happened to your license then?
23    A.    I can't recall.  We're talking about 18
24 years ago.  I would need to -- I can't recall.
25    Q.    Here is the DUI I think you were

Page 63

1 convicted of in 2007, correct?
2    A.    Yes, ma'am.
3    Q.    Then I think the last thing here is
4 weapon, unlawful possession.  Do you know why they said
5 you unlawfully possessed it?
6    A.    I can't recall.  I don't know.  I am not
7 an officer to be able to stipulate that.  I don't
8 recall.
9    MS. STEINER:  Can we have this record
10 marked Exhibit 3 to your deposition?
11    MR. FOX:  No objection.
12    (Exhibit No. 3 was marked.)
13 BY MS. STEINER:
14    Q.    Mr. Hughes, when you applied did anyone
15 ask you anything about Blueprint Solutions and what you
16 did for Blueprint?
17    A.    Not that I recall.
18    Q.    Do you know my client, Jane Doe?
19    A.    I do not.
20    Q.    Have you ever had any dealings with Jane
21 Doe that you recall?
22    A.    I recall potentially reaching out as
23 introduction and to get insight into the office and
24 team she had managed.
25    Q.    Did Jane Doe help you?

Page 64

1    A.    Eventually she did get back in contact
2 with me.
3    Q.    Was she helpful?
4    A.    I believe she gave me the information
5 that she wanted to give me.
6    Q.    Are you implying she did not give you
7 some information?
8    A.    She just let me know it was a tough job
9 and it would take at least several years for me to be
10 able to do the job accurately.
11    Q.    Did she tell you who to contact if you
12 needed help?
13    A.    No, ma'am.
14    Q.    Did she list some of the employees that
15 worked there and what their strengths were?
16    A.    No, ma'am.
17    Q.    Did you have like a 40-minute
18 conversation with her where she explained her job to
19 you?
20    A.    I think it may have been 30 or 40 minutes
21 where she was giving me a little bit of insight, yes,
22 ma'am.
23    Q.    Who does School Choice now?  Who is the
24 main person handling that?
25    A.    As we talked about earlier, I supervise

Page 65

1 the team of three full-time employees and one part-time
2 employee.  I do that in partnership.
3    Q.    What else do you do for Metro schools?
4    A.    I serve as the Executive Officer for
5 Diversity, Equity, and Inclusion.  I work directly to
6 support some of the schools with going in and reading
7 to young boys and girls and anything else that I am
8 asked to do.
9    Q.    You said you support the schools by going
10 in to read.  You mean you personally go in and read to
11 them?
12    A.    Absolutely.
13    Q.    Anything else you do as Executive Officer
14 of Diversity, Equity, and Inclusion?
15    A.    I supervise two of our equity coaches we
16 have right now.  I make certain right now on the DE&I
17 that we have cultivated and developed an equity road
18 map.  We work with our educators to make certain we
19 provide planning and training for them on the pedagogy
20 of how to increase equity within schools.
21    I worked with various departments to make
22 certain that equity is living within their department.
23 I work closely with all of our chiefs looking at
24 different programmatic work that can have equity lenses
25 administered to them.

Page 66

1 I          go in and have at least two schools that
2 I regularly support, whether it's to come in and help
3 in classrooms, whether it's just to be there, to do
4 work there and help them connect with students, as well
5 as I support many other schools, as I said earlier, by
6 going in and reading, doing different type of
7 enrichment, particularly with some of the young men we
8 have in schools.
9          I work as a liaison, work with some of
10 our HVCUs in some of our faith communities and black
11 and brown communities to make sure they are aware of
12 things.  I do a plethora of things for Metro public
13 schools right now.
14     Q.    Let's talk about last week.  What was on
15 the calendar?
16     A.    Last week?  Is that what you said?
17     Q.    Yes.
18     A.    Last week -- I mean like every week we
19 make certain we are finalizing the lottery of placement
20 to make sure that every -- on the School Choice side
21 making certain every family has what they needed.
22 We're partnering with a department to make certain the
23 Promising Scholars program is run well and that we're
24 reaching out to families on that side of things to make
25 certain that everybody is registering for Promising

Page 67

1 Scholars and that they have all the information that is
2 needed to accurately get their kid into our summer
3 program.
4          On the equity side of things, was working
5 with various groups, various stakeholders internally
6 and externally focused on upcoming summer training for
7 teachers and educators in support of finalizing some
8 work with our partners on the equity road map and
9 looking at other partnerships we have going on to make
10 certain we have specific measures in place to show
11 growth and progress.
12     Q.    Who did you talk to to show growth and
13 progress last week?  Who did you talk to?
14     A.    I had my one on one meeting with Dr.
15 Battle last week.  We had my meeting -- several
16 meetings with leaders in the professional learning
17 spectrum and our chief of schools.  I meet with my
18 equity coaches in a formalized meeting every Tuesday
19 morning to map that out.
20          I met with our chief of schools.  We are
21 partnered with an entity working on the teaching job.
22 We met for three hours one day last week going over
23 that process.  I could continue on.  I would have to
24 look at my calendar.  That's on the equity side.
25          On the school option side, I meet with my

Page 68

1 team every Tuesday and Thursday.  We had meetings with
2 the Promising Scholars team and others that were part
3 of that process, several meetings with that throughout
4 the week to get families as our deadline is upcoming.
5     Q.    Is it a fair statement you don't pick
6 kids to go to Metro schools, that the families pick
7 you?
8     A.    Repeat that.  You went in and out.
9     Q.    You do not pick the kids who attend Metro
10 schools, their parents make the decision to allow their
11 kids to attend Metro schools?
12     A.    I believe that's an accurate statement.
13     Q.    That's not accurate?
14     A.    I said I believe that's an accurate
15 statement.
16     Q.    You do not?
17     A.    I do.  I do believe it's an accurate
18 statement.
19     Q.    So then with regard to Diversity, Equity
20 and Inclusion, with regard to the students, you can go
21 out and recruit minority students, correct?  It's not
22 like a private school?
23     A.    I am not certain what that has to do with
24 Diversity, Equity and Inclusion me going to pick the
25 students.

Page 69

1     Q.    Meaning the Diversity, Equity and
2 Inclusion isn't really something that concerns the
3 student so much as it does the employees?  Am I right
4 on that or wrong?
5     A.    I would say you are wrong on that.  DEI
6 work is not -- DEI work encompasses a lot, but it does
7 impact the student.
8     Q.    DEI work -- that's an acronym you use for
9 that, correct?
10     A.    That's instead of saying Diversity,
11 Equity and Inclusion every time, yes, DEI is the
12 acronym.
13     Q.    That's much easier.  You are not a
14 teacher, correct?
15     A.    That is correct.
16     Q.    You are not certificated?
17     A.    That is correct.
18     Q.    With regard to the students, what is it
19 that you are doing?
20     A.    So when it comes to -- you mean as far as
21 -- let me make sure I answer the question clearly.
22 What am I doing as far as Diversity, Equity and
23 Inclusion?
24     Q.    DEI.
25     A.    Couple of things.  One, I am not

Page 70

1 connected directly to the students in that space.  I am
2 not a direct advocate.  I am five steps away.  What I
3 do from the Diversity, Equity and Inclusion side is to
4 make certain I make the conditions by which every
5 student has what they need to be successful.  That
6 means not just looking at just outcomes but processes
7 we have in place to increase to make certain those
8 students with the most needs right now get what they
9 need.
10          When it comes to directly aligning with
11 students and getting teachers to align with students,
12 we are working in our work to make certain we have
13 frameworks in place to cultivate student voice in all
14 that we do, the same frameworks we work to cultivate
15 family voice so we have key partnerships between our
16 educators in the classroom and in the building directly
17 connected with our students so that students can feel
18 engaged with their identities or values.  I help to
19 create the conditions by which those things can take
20 place for our students and they can benefit from those
21 conditions.  They have agencies to tell what they need
22 to get to those conditions.
23      Q.   Was this in place before you took over?
24 Was any of this in place before you took over at Metro
25 schools?

Page 71

1      A.   I can't speak to that.  I have been
2 cultivating this from my knowledge in building systems
3 in previous organizations.  I cannot say everything I
4 am working toward right now or that the district is
5 working toward was in place before I got here as far as
6 Diversity, Equity and Inclusion.  I do not believe
7 there was an office situated here.
8      Q.   Did anyone recently ask for major funding
9 for your office, a little over a million dollars?
10      A.   Have I asked for major funding?
11      Q.   Has anybody asked for major funding for
12 your office?
13      A.   There are always multiple groups going
14 out.  We have several that are coming to speak this
15 week I believe that are always asking for more funding
16 to work on Diversity, Equity and Inclusion goals.
17      Q.   I heard that your department is asking
18 for almost 1.5 million in additional funding so you can
19 hire more staff for your department.  Am I right on
20 that?
21      A.   For my department we've asked or what I
22 made notice of as we went through a particular budget
23 process for us to get to where we might want to be
24 these are some things we will need going down the line.
25 I don't recall it being over a million dollars.  I

Page 72

1 would have to go back and look at that whatever the
2 costs for FTEs were.  It is a conversation that I
3 talked about, hey, this is what we could be to continue
4 to move the needle on our early equity journey.
5      Q.   Did anyone tell you that there is no
6 funds available for --
7      A.   I haven't gotten knee deep in the full
8 conversation about that.  Nobody has told me that I can
9 recall absolutely no or where we are going.
10      Q.   Who do you report to?
11      A.   I directly report to Hank Clay.
12      Q.   Who does Mr. Clay report to?
13      A.   I believe Hank reports directly to Dr.
14 Battle.
15      Q.   Your background in Diversity, Equity and
16 Inclusion, did you handle this at any point before you
17 went to Mayor Megan Barry's office?
18      A.   Yes.
19      Q.   Where?
20      A.   I mean my entire career has been in
21 Diversity, Equity and Inclusion.  It is just because of
22 recently that we have these names around it.  As I was
23 serving as political director for the Tennessee
24 democratic party, what I was working on was Diversity,
25 Equity and Inclusion.  As I was working as the first

Page 73

1 person to get hired on on a congressional race in South
2 Carolina as political director and the field director,
3 we were working on elements of Diversity, Equity and
4 Inclusion, and I can date it back to my time working
5 for the TNDP in my early years working with Harold
6 Ford, Jr. and others working on the concepts and
7 practices of the DE&I work.  Then I can equate it to
8 the work I was doing when I was working with my labor
9 union.  I was a political and labor organizer in
10 multiple states.
11      Q.   It didn't have anything to do with
12 schools, though, correct?
13      A.   You said those other jobs did not have
14 anything --
15      Q.   To do with schools?
16      A.   At the time I did not have any
17 interaction with Metro schools at the time outside of
18 the mayor's office when I worked with the education
19 liaison at the time.
20      Q.   When you worked on the Bloomberg campaign
21 and all these political campaigns, correct me if I am
22 wrong, but seems like to me that would be in terms of
23 trying to get minorities to come in to vote and join
24 the democratic party?  That's the goal, correct?
25      A.   That is incorrect.  I am going to push

Page 74

1 back on saying the word minorities. Minorities has a
2 negative connotation. What I was working on with
3 Harold Ford, Jr., and others was not just to come vote
4 or join the democratic party. One was how do we
5 engage, involve and empower our communities to know the
6 information and then to use the information to utilize
7 our voices to express what we need as a community and
8 not just with Harold Ford and some of the other places,
9 not every time that I worked with the democratic party
10 has it been on electoral policies only. Some have been
11 organizing and galvanizing the community to understand
12 what's available for them and how do we work together
13 to get what we need.
14      Q.    Harold Ford -- correct me if I am wrong
15 because I can't really remember -- did he not have some
16 scandal that caused him to leave office?
17      A.    Harold Ford, Jr.? I can't speak to that.
18 Harold Ford, Jr. left office because he did not win the
19 election for U.S. Senate.
20      Q.    Was there some allegation, though?
21      A.    Not that I recall for Harold Ford, Jr.
22      Q.    What happened to Harold Ford, Sr.?
23      A.    I am not familiar with his father. I
24 worked for Harold Ford, Jr. I know a little about his
25 father. His father was a congressman decades ago.

Page 75

1      Q.    I will show you something else. I am
2 getting almost to the end. Do you recall any cases
3 against you by a company called Cash something or
4 another, Cash One?
5      A.    Not that I can recall off the top of my
6 head.
7      Q.    Do you recall being sued in general
8 sessions for, like, a loan shark, a pawn company or
9 someplace you go to get cash?
10      A.    Not that I can recall.
11      Q.    I may have asked you this. Do you know
12 how long your interviews lasted?
13      A.    I cannot recall.
14      Q.    Did you know Dr. Battle before you went
15 to work for Metro schools?
16      A.    I did not know Dr. Battle, not in any
17 type of professional way. I didn't.
18      Q.    When you first interviewed for this
19 position, was it your understanding that it would have
20 anything at all to do with School Choice?
21      A.    I don't recall. Again, it was two years
22 ago. I can't recall.
23      Q.    Do you recall anyone telling you when you
24 were interviewing for the position that they were
25 eliminating the position of director of School Choice

Page 76

1 and you were going to have to take those job duties?
2      A.    That's very specific. No, I do not
3 remember anybody telling me that at all.
4      Q.    It's my understanding it actually came as
5 a bit of a surprise to you, correct?
6      A.    It depends on -- surprise, I am not sure
7 I can calculate that. I don't recall exactly how the
8 conversation went. If that's an added duty, I will
9 take it with stride, keep it moving and get the work
10 done.
11      Q.    It was an added duty for you, correct?
12      A.    Again, I will take it -- you know, I
13 don't think I -- the premise of the question was it an
14 added duty, I never -- the majority of my job,
15 particularly around DE&I encompasses a lot. There
16 isn't just one thing I do. I can't say I took it as a
17 surprise in that nature. DE&I work is not just one
18 specific thing you do and you are done with it. It
19 encompasses a lot. I don't think people understand.
20      Q.    Does it encompass things such as teaching
21 a class about how to make a slave? Is that something
22 your department would have been looking into and
23 concerned about?
24      A.    Let me make sure I heard the question.
25 Would my office be making an effort to have a lesson on

Page 77

1 how to become a slave?
2      Q.    No, no. The question is different. If
3 Metro schools was teaching a class called How to Make a
4 Slave, is that something that your department would
5 step in to oversee?
6      A.    I think it would be my department along
7 with the -- I think a new department was formed, civil
8 rights division, I believe our chief of academics would
9 all take into that to figure out what's going on
10 because nothing happens in a silo. Those are the two
11 departments that come off the top of my head that would
12 be in that type of conversation if that type of lesson
13 plan was going on.
14      Q.    Were you aware that Metro schools made
15 national news because of a lesson taught at Waverly
16 Belmont called How to Make a Slave?
17      A.    I do not remember that. If I have seen
18 it, I haven't kept it in my memory bank recollection to
19 bring it up. I do not.
20      Q.    Mr. Hughes, assuming that it took place
21 before you were actually hired on at Metro schools,
22 assuming it took place in January of the year you were
23 hired, do you think someone at Metro schools should
24 have told you there was an issue with regard to
25 diversity, DEI, because this lesson was taught called

Case 3:20-cv-01023   Document 149-8   Filed 07/21/22   Page 20 of 39 PageID #: 2675

Page 78

1 How to Make a Slave?

2          A.    I can't speak for what they should have
3 told me or what I believe they should have told me.  I
4 don't think I had that conversation.  I am not sure
5 what they should have, could have, would have would
6 actually look like.  I am not certain that -- I don't
7 believe it came up, but I am not sure how that would
8 come up.  I can't answer.  I can't give you a quality
9 answer for that question.

10         Q.    The question is a little different.  You
11 are executive director for DE&I at Metro schools?

12         A.    Correct.

13         Q.    If something like that occurred now, you
14 need to be made aware of it, correct?

15         A.    I would believe I would be one of several
16 people to be made aware of it.

17         Q.    If something like that happened that was
18 so bad it made national news several months before you
19 were hired on, should you have been told about it in
20 your opinion, not anybody else's, but in your opinion?
21 Should you have been told about it?

22         A.    I think I will be very clear outlining
23 what my opinion is.  You asked me under oath and I want
24 to speak to facts.  I cannot speak to facts what should
25 have been told or shouldn't have been.  I don't have a

Page 79

1 good answer for that question.  I can only deal with
2 the facts, not my opinion or what I think or hope to
3 believe.

4          Q.    Mr. Hughes, you have been very, very -- I
5 appreciate you being here today.  I know depositions
6 aren't the easiest thing, but I can ask you your
7 opinion.  You are the head of the department at Metro
8 schools.  What is your opinion?  Should this have been
9 brought to your attention when you stepped on at Metro
10 schools?

11         A.    When did you say this report came out?

12         Q.    Late January of 2020 and you were hired
13 on within a few months.

14         A.    Again, I can't speak to -- I don't know
15 much about the case what went on, was it the right time
16 or wasn't the right time.  I do know I came in at the
17 height of COVID and there was a lot going on at that
18 time.  So I don't know what was in the mind of others
19 at that time as well.  I can't speak to that.  I don't
20 believe having that conversation -- I'm not sure it
21 would have guided the work I am doing right now if I
22 had been informed of that or if I hadn't.

23         Q.    You were not informed of the Let's Make a
24 Slave lesson and you are not sure you even should have
25 been informed of it?

Page 80

1          A.    I do not believe I had that conversation
2 with anybody.  I know that's not a national story that
3 comes to my mind.  I know recently I've seen other
4 states that have gone through that, but I don't recall
5 Nashville, per se, during that time.

6          Q.    Let me make sure I understand what you
7 are saying for the record.  Don't let me cut you off.
8 Stop me if I do.  Very short on this.  You were not
9 made aware of that lesson, and as the executive officer
10 of DEI at Metro schools, you do not believe you should
11 have been made aware of that lesson, correct?

12         A.    Definitely not correct.  I did not say I
13 shouldn't have been.  I am telling you I did not have
14 that information.  I can't give you right now would
15 that have been important right them to say this is
16 something that needs to go -- and you are asking in my
17 interview process or when I am coming to be hired on?

18         Q.    When you took over the position of DEI
19 executive officer.  Okay?  All I am asking you is this
20 something you think you should have been told about?
21 Do you think as the executive officer of DEI you should
22 have been told that there was an issue with regard to a
23 student teacher teaching a class called Let's Make a
24 Slave?

25         A.    I would definitely again go back and make

Page 81

1 certain I would have all the context that you are
2 saying right now.  I don't want to say yes based off
3 what I feel or think -- let me understand what you are
4 really asking me in this question.  I am not trying to
5 be --

6          Q.    Let's go back and show you what was
7 taught and ask you should you have been made aware of
8 this.  Can you see this, what I put up here, the
9 writing I put on the board?  It says Jane Doe versus
10 Metropolitan Government of Nashville, Davidson County,
11 Tennessee and Dr. Adrian Battle.  You see that?

12         A.    I can.

13         Q.    This is my client's complaint she filed.
14 We put in the paragraphs from the lesson that was given
15 to the children at Waverly Belmont.  Read paragraph 4.
16 Tell me when you have the stuff on the screen read and
17 I will move down for you.

18         A.    Start from line 14 on down?

19         Q.    Yeah.  Read this.

20         A.    Okay.

21         Q.    I will go down.

22         A.    You went up a little quick.  Okay.

23         Q.    Were you familiar with this thing called
24 the Willie Lynch letter?

25         A.    I am familiar with that.

Page 82

1  Q.   Do you agree that this is -- what we put
2  in the complaint is dehumanized racial degradation?
3  Would you agree with that?
4  A.   The Willie Lynch letter or the narrative
5  here Let's Make a Slave?
6  Q.   The narrative.
7  A.   I mean it's tough.  Is this an excerpt
8  from the Willie Lynch letter?
9  Q.   Yes.
10  A.   You are telling me this was used as a
11  lesson plan?
12  Q.   Yes.  Mr. Hughes, my question to you is
13  this:  You are stepping in to this executive officer
14  position at Metro schools of DEI and this Willie Lynch
15  narrative was just taught to some children that were at
16  Waverly Belmont in late January 2020.  Would you have
17  wanted to know about this so you could have stopped
18  this from occurring?
19  A.   Would it have helped me coming in to know
20  some of the things that were taking place?  Would it
21  have been beneficial to say also this is going on?
22  Would it have been beneficial to know this was an
23  incident that had taken place in the schools?  Possibly
24  so, yes, it would have been helpful to say this leads
25  to some of the issues we've had with some lessons

Page 83

1  planned, but it wouldn't -- it would have been helpful
2  to know who else was in other areas to help me break
3  down what's actually going on.
4       A lot of things have a lot of context to
5  them.  Thank you for sharing it.  This is my first time
6  even reading this as part of a lawsuit to know what was
7  going on.  Waverly Belmont is elementary, so I am
8  thinking of the grades that were in there.  So it would
9  have been some insight for me to know what was going on
10  to say this is an incident we have, we're working to be
11  better as a school district.
12  Q.   So the first time you have even read what
13  was taught at Waverly Belmont is today in your
14  deposition?
15  A.   Yes.
16  Q.   Would you agree with me this was not
17  appropriate for those children?
18  A.   For that grade without any context, I
19  probably wouldn't recommend it for that grade if I am
20  in a mentorship organization or in school.
21  Q.   If you were to find out that a teacher
22  taught this class last week, would you have set up
23  something in your office to try to prevent it from
24  happening in the future?
25  A.   I think if I found it happening last

Page 84

1  week, absolutely.  We would be working with our other
2  departments to figure out, hey, what is taking place,
3  do our teachers have cultural competency to know when
4  and what to teach, how to teach it, what's responsible
5  and what's not responsible.  We would have a kind of
6  what we do for students that need intervention and
7  help.  We would try to work with the school to put
8  things in place to make certain the conditions are just
9  and equitable for all students and that we take into
10  consideration the teaching modules and understanding
11  social and emotional learning, all those things.
12  Q.   Did you know that Jane Doe's son was in
13  this class?
14  A.   I did not.  I do now.
15  Q.   Did you know her son suffers from
16  autistic?
17  A.   I do not.  I did not.
18  Q.   Did you know that Jane Doe's son -- did
19  you know that Jane Doe complained about this lesson and
20  said it was a violation of Title 6?
21  A.   I did not and do not.
22  Q.   Did you know that within weeks of her
23  complaint about that she lost her job as director of
24  School Choice?
25  A.   I did not and do not.

Page 85

1  Q.   Did anyone from Metro, not Metro legal,
2  but anyone from Metro contact you to find out exactly
3  how you came about to be hired as the executive officer
4  of DEI?
5  A.   Has anybody at Metro public schools asked
6  me how I came to be hired for this role?  Not that I
7  can recall.  I mean not how did you get this job or --
8  not that I recall, no.
9  Q.   Have you heard anyone at Metro -- you may
10  or may not, but have you heard anyone make comments
11  about how Jane Doe cannot be hired into any particular
12  position because she has a lawsuit against the
13  district?
14  A.   I have not heard that.  Personally I have
15  not heard that.
16  Q.   Do you oversee any of the -- do you make
17  recommendations to any of the principals, make
18  recommendations to any of the teachers about what to
19  teach in the classes?
20  A.   Do I make recommendations to the teachers
21  about what to teach in the class?
22  Q.   To the principals, to the teachers that
23  goes down through the line about what should be taught
24  in the classes?
25  A.   Not to that extent what to be taught, no,

Page 86

1 ma'am.

2      Q.    So if you are not recommending what's to
3 be taught, are you recommending what type emotional
4 services to provide or counseling services?

5      A.    Let me tell you what I do to get all the
6 disbelief and you don't have to ask me multiple
7 questions.  This is what I do provide for teachers in
8 this phase.  We work with teachers to make certain they
9 understand foundational core elements of what equity
10 looks like in school buildings and school rooms.  We
11 work with them to know that equity is not the goal.  It
12 is the vehicle by which we achieve our goals.  We work
13 with them to fully look and be reflective on their
14 practices, their pedagogical practices in efforts to
15 respect identity, respect the cultural wealth and
16 assets of students.  I work with our curriculum and
17 instruction team to make certain that with the social
18 studies team that we are using inclusive, diverse
19 lesson planning, that all of their coaches and
20 instructors go through DEI training, that they
21 understand how everything links with our road map and
22 how we are working to make certain that we -- as we
23 talk about every student knowing what that looks like,
24 how do we go about doing that, but I do not prescribe
25 to any building director the lesson plans as to which

Page 87

1 they can and cannot teach.

2      Q.    Mr. Hughes, what is your current salary?

3      A.    I want to say, if I am thinking right
4 now, 147.

5      Q.    Was it higher than that when you first
6 got started?

7      A.    No, ma'am.

8      Q.    It's always been 147?

9      A.    No.  I think it was a little bit lower
10 than that.

11           MS. STEINER: That is all the questions I
12 have.  I appreciate your patience.

13           MS. HARBISON: Dr. Hughes, I think I have
14 just a few questions.  Can we take a five minute break
15 before we get into --

16           THE WITNESS:  Yeah.  I want to correct
17 the record as well.  I am not a doctor.  I never said I
18 am a doctor.

19           MS. HARBISON: Sorry.  That's my bad.

20           (A break was taken.)

21 BY MS. STEINER:

22      Q.    One more question.  Mr. Hughes, do you
23 recognize this document I am showing you?

24      A.    Scroll up.  Yeah, probably looks to be a
25 resume.

Page 88

1      Q.    Do you know what year you would have
2 created this resume?

3      A.    Probably restructured around 2019 or
4 2020.

5      Q.    Does this show you were working for the
6 mayor's office in 2015 to 2018?

7      A.    To 2019.

8      Q.    Does this say 2015 to 2018?

9      A.    Yeah.  That looks to be a mistake, yeah.

10      Q.    Here up above it says office of the mayor
11 2015 to present?

12      A.    Okay.

13      Q.    Jobs for the mayor's office --

14      A.    No, no.  Yeah, there was a point in time
15 within the mayor's office that Mayor Briley appointed
16 me to the chief Diversity, Equity and Inclusion officer
17 title within itself again after we had gone through a
18 study partnership.

19      Q.    So that occurred in the Briley
20 administration?

21      A.    It did.

22      Q.    Did you have any discussions with Mayor
23 Cooper about staying with that administration?

24      A.    I did not.

25           MS. STEINER: Let's have your resume

Page 89

1 marked next numbered exhibit.

2           MR. FOX:  No objection.

3           (Exhibit No. 4 was marked.)

4                * * * * *

5                EXAMINATION

6 BY MS. HARBISON:

7      Q.    I have a few questions.  My name is Jesse
8 Harbison.  I represent Dr. Damon Cathey in this case.
9 Would you have had the option to stay with the mayor's
10 office if you had wanted to?

11      A.    I am going to answer that question best I
12 know it.  Probably not.  Probably not.

13      Q.    Why not?

14      A.    Two different mayors, different -- I
15 believe this mayor didn't believe in some of the work
16 we were doing and wanted to go his own direction.  I
17 believe, like many in the office, it was amicable to
18 keep moving forward in other opportunities.

19      Q.    Tell me more about what you mean by the
20 mayor not being aligned with some of your beliefs.  I
21 believe that's what you said.

22      A.    No, I think it was different.

23      Q.    Tell me what I got wrong.

24      A.    It came from two mayors really focused on
25 DE&I work, diversity, equity, how we are getting in the

Page 90

1 communities and I believe -- I am not fully certain
2 everything this mayor wanted to do, but I believe he
3 wanted to go his own direction, not just follow with
4 what the past two mayors had been working on
5 previously.
6       Q.    What direction was that?
7       A.    I don't fully know.  I haven't fully
8 vetted or gone all the way with the mayor to figure out
9 which direction he fully wanted to go.  It was obvious
10 that the DE&I space within my role wasn't -- or with a
11 lot of roles in the administration wasn't where he
12 wanted to go.  He wanted to come in and make his own
13 footing as mayor, not just follow up on the work we
14 began with Mayor Barry and Mayor Briley.
15      Q.    Why was that obvious to you?  What
16 happened that made that obvious to you?
17      A.    The election, going through the campaign.
18 It was definitely obvious that he was going to go in a
19 different direction than many of the staff that were
20 already in there.  For the most part, when a mayor
21 comes in, they bring in the people as they go through
22 their vetting process as they build up their team to
23 identify who they want to come into the office.  For
24 the most part they bring their own teams with them to
25 be in alignment with their vision.

Page 91

1       Q.    Did you know Freda Player-Peters before
2 you began working for MNPS?
3       A.    Yes.
4       Q.    How did you know her?
5       A.    I've known Freda in my time working with
6 the democratic party, working with the labor unions
7 throughout the years.
8       Q.    About how long have you known her?
9       A.    I have known Freda since about 2005,
10 2006.
11      Q.    Did you talk to her about coming to work
12 for MNPS?
13      A.    I don't fully recall.  I value Freda's
14 opinion, so I might have asked her thoughts about it,
15 but I don't fully recall a full vetted out
16 conversation.
17      Q.    She was on the school board when you
18 applied for the job that you currently hold, correct?
19      A.    I believe so.
20      Q.    Do you socialize with Freda
21 Player-Peters?
22      A.    I haven't socialized with anyone over the
23 last two years because of COVID.  In the past we have
24 been definitely friends and socialized and engaged in
25 organizing, so definitely so.

Page 92

1       Q.    You haven't engaged in any socialization
2 with anyone in two years?
3       A.    Not a lot, not outside of work and
4 mentorship organization.  It's definitely not been the
5 same as prior to COVID because I have two small
6 children.
7       Q.    You said something earlier about your LLC
8 and the person helping you with taxes -- tell me if I
9 am wrong about this -- something about you can't find
10 where the LLC is; is that correct?
11      A.    No.  My tax person's name is Taneka
12 Jackson (phonetic spelling).  As I was calling to get
13 my taxes uploaded, I know that I was in a crew where I
14 owed my filing fee for at least this past year and was
15 going through the process of taking care of that.  And
16 as I was talking with the state, they said they could
17 not find my control number.  I had to send paperwork
18 and information in to them.  I am waiting to hear back.
19      Q.    Where do you believe your LLC is
20 registered, in what state?
21      A.    Only state I am registered in is
22 Tennessee.
23      Q.    What paperwork did you send to the state
24 after you learned they could not find your control
25 number?

Page 93

1       A.    It was documentation from the secretary
2 of state's office that had my control number, that had
3 all my information, LLC, address, things of that
4 nature.
5       Q.    Are you familiar with the fact that the
6 board promulgates certain personnel policies for MNPS
7 employees?
8       A.    Not fully.  Some, but not fully.
9       Q.    So would it follow logically that you are
10 not familiar with conflict of interest policies
11 promulgated by the board for MNPS employees?
12      A.    I think I know it vaguely but not well
13 enough to sit here and spit it out to you verbatim or
14 in a good framework.
15            MS. HARBISON: Those are all my questions.
16 Thank you.
17                    * * * * *
18            FURTHER EXAMINATION
19 BY MS. STEINER:
20      Q.    Can I ask a couple more.  Mr. Hughes, for
21 your LLC do you have an EIN number?
22      A.    I do have an EIN number.
23      Q.    When did you get the EIN number?
24      A.    I got the EIN number 2019, end of 2019,
25 2020.

Page 94

```
 1      Q.    Did you say then your LLC was a limited
 2 liability company then?
 3      A.    I did.
 4      Q.    When you entered into the contract with
 5 Bloomberg, did you say it was an LLC?
 6      A.    I did.
 7      Q.    You have an EIN number, you had one for
 8 the entity ever since it's been created, correct?
 9      A.    That is correct.
10      Q.    So the income comes to the Blueprint
11 Solutions, as opposed to you personally, correct?
12      A.    The only income that has come to me since
13 ending with Bloomberg was a $1,000, what do you call
14 it, honorarium for being on a panel speaking with the
15 Educators Cooperative.
16            MS. STEINER:  That's it.  Thank you.
17            MR. FOX:  Nothing from me.
18            (DEPOSITION CONCLUDED.)
19
20
21
22
23
24
25
```

Page 95

```
 1           REPORTER'S CERTIFICATE
 2 STATE OF TENNESSEE )
 3 COUNTY OF DAVIDSON )
 4           I, Cristi G. Watson, Licensed Court Reporter in and
 5 for the State of Tennessee, do hereby certify that the
 6 foregoing proceedings were stenographically reported by me on
 7 the 11th day of April, 2022, and that the foregoing transcript
 8 constitutes a true and accurate record to the best of my
 9 ability.
10           I further certify that I am not related to nor an
11 employee of counsel or any of the parties to the action, nor
12 am I in any way financially interested in the outcome of this
13 case.
14           I further certify that I am duly licensed by the
15 Tennessee Board of Court Reporting as a Licensed Court
16 Reporter as evidenced by the LCR number and expiration date
17 following my name below.
18           IN WITNESS WHEREOF, I have hereunto set my official
19 hand on this 24th day of April, 2022.
20
21           Cristi G. Watson
             _____
22           CRISTI G. WATSON
23           Tennessee License No. 187
24
25
```

## Exhibits

**Exhibit 1** 29:11,18,22

**Exhibit 2** 61:7,8

**Exhibit 3** 63:10,12

**Exhibit 4** 89:3

## $

**$1,000** 94:13

**$100** 19:14

**$15** 19:18

**$20** 19:15

**$500** 19:14,17,22

## 1

**1** 29:11,18,22

**1.5** 71:18

**100** 21:16

**11** 59:9

**113** 6:18 40:16

**14** 81:18

**147** 87:4,8

**18** 62:23

**19** 36:5

**1978** 61:22

**1997** 30:7,11 31:25

**1998** 33:3

**1999** 43:4

## 2

**2** 61:7,8

**2.5** 44:24 46:9,11

**20** 36:5,22

**20-something** 32:5

**2000** 20:5

**2004** 42:24 62:4,8

**2005** 30:11 31:25 38:18 39:9 40:8
48:11,14 91:9

**2006** 38:18 39:9 40:8 42:24 48:9
91:10

**2007** 63:1

**2008** 48:10,14

**2010** 49:5

**2015** 50:19 88:6,8,11

**2017** 50:22

**2018** 8:22 50:22,23 88:6,8

**2019** 19:1 20:11 51:4,7 52:18 53:18
54:3,6 59:14,19 88:3,7 93:24

**2020** 17:25 28:9,13 52:13 54:9,14
79:12 82:16 88:4 93:25

**2021** 27:15 54:11 58:21,24 59:4

**2022** 59:10

**24** 40:11

**25** 62:4

**25th** 62:8

**27** 28:9,13,16

**28** 28:21,22

**2:40** 28:16

## 3

**3** 63:10,12

**30** 19:4 64:20

**37214** 6:21

## 4

**4** 44:24 81:15 89:3

**4.O** 45:13,24

**40** 19:4 64:20

**40-minute** 64:17

## 5

**5** 28:3

**5th** 27:15

## 6

**6** 84:20

## 8

**8** 61:22

## 9

**99** 33:5

## A

**absolutely** 25:24 26:2 44:6,7 65:12
72:9 84:1

**academics** 31:24 77:8

**accepted** 28:22,23

**accident** 42:11

**account** 57:1

**accurate** 52:5,7 68:12,13,14,17

**accurately** 64:10 67:2

**achieve** 86:12

**acronym** 69:8,12

**actively** 21:21

**ACTS** 12:13

**added** 76:8,11,14

**additional** 71:18

**address** 40:16 93:3

**administered** 65:25

**administration** 49:17 88:20,23 90:11

**administrative** 31:1

**Adrian** 81:11

**advocate** 70:2

**agencies** 70:21

**ages** 6:24,25

**agree** 82:1,3 83:16

**airport** 41:11,12,15,19

**alcohol** 39:11

**align** 70:11

**aligned** 89:20

**aligning** 70:10

**alignment** 90:25

**alive** 34:11

**allegation** 74:20

**amicable** 89:17

**Ann** 5:15

**annual** 55:23

**anyplace** 20:10

**Anytime** 5:17 60:8

**application** 10:18 26:1,4 27:16 29:7 43:13

**applications** 10:5,10

**applied** 9:6,7,9 24:21 26:17 28:4,6 59:19 63:14 91:18

**apply** 7:23 8:13,15 9:12,20 11:21 15:25 26:6 27:1

**applying** 10:15 17:6

**appointed** 88:15

**approximate** 18:15,17

**approximately** 28:18

**April** 16:9,10 59:9 60:3

**areas** 18:9 83:2

**argument** 33:10

**arrest** 37:9

**arrested** 37:7

**Ashford** 5:1,7 21:15 26:17 53:2 54:23 61:19

**asks** 55:11 57:6

**assess** 20:4

**assessment** 19:21,24

**assets** 86:16

**assuming** 48:8 77:20,22

**attempted** 14:2 33:12

**attend** 30:10 31:19 32:1 68:9,11

**attention** 79:9

**attorney** 5:16

**audio** 14:15 22:20

**autistic** 84:16

**average** 46:5

**aware** 5:23 21:16 45:23 66:11 77:14 78:14,16 80:9,11 81:7

**B**

**bachelor's** 44:19 46:25

**back** 6:7 10:19,21 15:23 18:17 19:5, 12 22:6 24:17 25:23 30:21 32:5 34:20 35:8,9 41:19 42:6 45:2,6,11 46:7 48:1 49:13 52:10 55:23 56:3 57:5 60:4 62:11,18 64:1 72:1 73:4 74:1 80:25 81:6 92:18

**background** 17:18 34:24 44:9 72:15

**backyard** 34:2,7

**bad** 78:18 87:19

**Bailey** 5:19

**bank** 77:18

**Barnes** 22:15 23:5,11,16,24 24:8,10, 13

**Barry** 50:4,7,14,16,17,18,19 90:14

**Barry's** 48:24 72:17

**based** 12:8,22 81:2

**basis** 10:9 55:23

**Battle** 67:15 72:14 75:14,16 81:11

**began** 59:23,24 90:14 91:2

**begin** 24:9

**beginning** 50:22 52:9

**beliefs** 89:20

**Belmont** 77:16 81:15 82:16 83:7,13

**beneficial** 82:21,22

**benefit** 14:7 70:20

**birth** 61:22

**bit** 31:21 47:23 54:10 64:21 76:5 87:9

**black** 18:6 66:10

**Bloomberg** 16:21 17:13,15 18:3,23, 24,25 19:23 20:9,19 51:9 54:6,8,14 59:24 60:2,7,21,22 73:20 94:5,13

**blow** 62:15

**Blueprint** 52:17,20,22,24 53:6 54:2,7, 15 57:3,11 58:14 59:15,20 60:1,5,11, 14 63:15,16 94:10

**board** 81:9 91:17 93:6,11

**bond** 40:7

**bonded** 40:11

**bottom** 26:13,21

**bought** 36:4

**boys** 6:25 65:7

**branding** 52:3

**break** 83:2 87:14,20

**Briley** 51:1,6 88:15,19 90:14

**bring** 77:19 90:21,24

**broken** 37:12,13,25

**brought** 49:17,21 79:9

**brown** 18:7 66:11

**budget** 71:22

**build** 49:24 90:22

**building** 70:16 71:2 86:25

**buildings** 86:10

**bunch** 6:5

**business** 54:25

**buy** 36:1

**C**

**calculate** 76:7

**calendar** 22:6 24:17 25:16 66:15 67:24

**caliber** 35:22

**call** 5:16 16:20,23 17:20,22 31:2 33:9 53:8 94:13

**called** 56:11 57:3 75:3 77:3,16,25 80:23 81:23

**calling** 92:12

**campaign** 47:15 48:19 49:7,12,13 60:2,7 73:20 90:17

**campaigns** 73:21

**candidate** 28:22

**care** 92:15

**career** 72:20

**Carolina** 49:7 73:2

**Carrabba's** 47:13,24 48:3,6

**carried** 34:12

**carry** 34:15

**carrying** 35:11

**Carter** 30:2

**case** 79:15 89:8

**cases** 75:2

**cash** 75:3,4,9

**casual** 61:25

**catch** 33:17

**Cathey** 5:21 89:8

**caused** 37:9 74:16

**cell** 40:21,22,23

**certificated** 69:16

**changed** 28:8,13 52:10

**charge** 10:16 11:11 38:1 39:13

**charged** 35:11 36:12,15,17,20 38:3 39:8,16,18,21 61:24 62:9,20

**charges** 38:7,9,12 43:17 44:13

**check** 61:14

**checking** 37:16

**chief** 15:6 22:9,10,14,16 67:17,20 77:8 88:16

**chiefs** 65:23

**child** 8:20 11:22 13:15,22,24 14:3,13

**children** 6:22 10:4 81:15 82:15 83:17 92:6

**choice** 10:8 11:11 14:10 15:4,8,9,12, 17,21,24 64:23 66:20 75:20,25 84:24

**choices** 11:20

**choose** 14:11

**chose** 14:11

**Chris** 22:15 23:5,11,16,24 24:8

**Christiansen** 6:16

**Circle** 6:19

**circles** 21:14,18

**circumstances** 38:15

**civil** 77:7

**claim** 42:17 57:10

**claimed** 57:13

**claiming** 57:12

**claims** 5:22

**class** 35:2 76:21 77:3 80:23 83:22 84:13 85:21

**classes** 85:19,24

**classroom** 70:16

**classrooms** 66:3

**Clay** 16:10 17:4,24 20:24 21:10,16,20, 23 22:1,19,23 23:2,13,20,25 24:5,11, 25 26:5 72:11,12

**clear** 6:10 59:25 78:22

**Clerk** 61:15

**client** 63:18

**client's** 81:13

**clients** 53:4 54:10

**closely** 65:23

**coaches** 65:15 67:18 86:19

**college** 11:7 12:7 30:8

**column** 27:23

**comfortable** 14:6

**comments** 85:10

**communication** 17:23

**communities** 18:7 66:10,11 74:5 90:1

**community** 12:3 49:10,24 74:7,11

**company** 57:3,17,19 61:5 75:3,8 94:2

**compared** 12:13 13:5

**competency** 84:3

**complained** 84:19

**complaint** 81:13 82:2 84:23

**computer** 40:19

**concepts** 73:6

**concerned** 76:23

**concerns** 69:2

**CONCLUDED** 94:18

**conditions** 70:4,19,21,22 84:8

**conflate** 53:23 54:21

**conflict** 93:10

**confused** 23:1

**congressional** 49:7 73:1

**congressman** 74:25

**connect** 66:4

**connected** 7:4 62:10 70:1,17

**connotation** 74:2

**consent** 62:9

**consideration** 28:8,14 84:10

**consultant** 52:17

**consulting** 53:1 54:19 61:2

**contact** 17:3 64:1,11 85:2

**contacted** 49:11

**contacting** 50:10

**context** 81:1 83:4,18

**continue** 67:23 72:3

**contract** 18:14,18 19:3,4,8,13 20:8, 17,23 59:24,25 60:4 94:4

**contractor** 60:6

**contracts** 53:15

**contractual** 18:21

**control** 92:17,24 93:2

**conversation** 44:8 64:18 72:2,8 76:8 77:12 78:4 79:20 80:1 91:16

**conversations** 44:20

**convicted** 41:3 43:3 61:25 62:5 63:1

**conviction** 37:4

**Cooper** 88:23

**Cooperative** 53:21 54:12 56:12 94:15

**core** 86:9

**correct** 8:22 9:7,16 12:19 13:16 16:24 21:5 23:24 26:19,23 34:13 35:12 40:16 41:4,8 43:11,13 45:10 46:4 49:17 52:5 54:5 55:5,19 56:5,19 58:6, 21 59:13,16,21 60:8,13 61:20 62:3 63:1 68:21 69:9,14,15,17 73:12,21,24

74:14 76:5,11 78:12,14 80:11,12
87:16 91:18 92:10 94:8,9,11

**corrected** 31:5

**correspond** 45:1

**correspondence** 28:7

**corresponds** 45:4,8 46:11

**costs** 72:2

**counseling** 86:4

**County** 38:10 41:6 61:14 81:10

**couple** 22:11,24 40:6 48:7 69:25
93:20

**courses** 30:12,20

**court** 6:9 29:12,17 61:15

**Courtney** 60:22

**COVID** 10:11 79:17 91:23 92:5

**create** 70:19

**created** 88:2 94:8

**Creek** 11:8,13

**crew** 92:13

**criminal** 36:13 38:9,12 43:17,21 44:3,
13 61:14

**criminally** 38:3

**cultivate** 70:13,14

**cultivated** 65:17

**cultivating** 18:6 71:2

**cultural** 84:3 86:15

**cumulative** 46:8

**current** 87:2

**curriculum** 86:16

**Curtis** 32:21 33:4,10

**cut** 80:7


---

**D**

**damage** 38:23

**Damon** 5:21 89:8

**date** 14:14 25:9,12,17 27:17 28:3,18
53:18 54:3 58:19 59:9,14,18,19 61:22
73:4

**dates** 27:24 29:8

**Davidson** 41:6 61:14 81:10

**day** 40:10 67:22

**DE&I** 18:6 65:16 73:7 76:15,17 78:11
89:25 90:10

**deadline** 68:4

**deal** 12:16 79:1

**dealing** 50:9

**dealings** 63:20

**death** 34:15

**decades** 31:10 37:14 74:25

**December** 61:22

**decide** 13:21

**decision** 8:1,3 10:24 11:10 12:17,22
68:10

**deep** 10:12 25:15 32:6 72:7

**defender** 42:22

**definitive** 31:22

**degradation** 82:2

**degree** 44:19 47:1,3

**dehumanized** 82:2

**DEI** 69:5,6,8,11,24 77:25 80:10,18,21
82:14 85:4 86:20

**democrat** 21:12

**democratic** 21:7,10,14,17,18,21
47:16 49:9 72:24 73:24 74:4,9 91:6

**department** 41:24 65:22 66:22
71:17,19,21 76:22 77:4,6,7 79:7

**departments** 65:21 77:11 84:2

**depends** 76:6

**deposition** 5:8 29:12,17 63:10 83:14
94:18

**depositions** 79:5

**desks** 9:24

**details** 24:19,20 27:24

**developed** 65:17

**development** 49:22

**died** 32:20

**dig** 10:12 25:15 32:6

**direct** 70:2

**direction** 41:19 89:16 90:3,6,9,19

**directly** 11:3 43:14 55:7 65:5 70:1,10,
16 72:11,13

**director** 49:6 72:23 73:2 75:25 78:11
84:23 86:25

**disbelief** 86:6

**disclosed** 59:10

**discrimination** 5:22

**discussions** 88:22

**dissolved** 60:2

**distortion** 14:15 22:20

**district** 53:24 71:4 83:11 85:13

**diverse** 86:18

**diversity** 15:2,6,13,15 16:1,2 26:18
52:12,16 54:17 65:5,14 68:19,24 69:1,
10,22 70:3 71:6,16 72:15,21,24 73:3
77:25 88:16 89:25

**division** 77:8

**doctor** 87:17,18

**document** 51:17 55:9,11,13,16,20
56:4,18 61:13,17 62:1,12 87:23

**documentation** 93:1

**documents** 59:3

**Doe** 5:16,17 8:17 63:18,21,25 81:9
84:19 85:11

**Doe's** 84:12,18

**dollars** 20:1 56:16 57:4,10 58:6 59:11
71:9,25

**drink** 38:20

**drinking** 38:18

**driver's** 41:1 62:21

**driving** 38:17 39:10 62:5

**drugs** 34:4

**DUI** 38:7,17,18 39:6,9,12,18 40:8
41:6,16 42:24 43:20 44:3 62:4,15,25

**DUIS** 38:13,16,17

**duly** 5:2

**duties** 76:1

**duty** 76:8,11,14

## E

**e-mail** 40:24

**earlier** 20:19 24:1,12 46:12 58:10 59:22 60:6 64:25 66:5 92:7

**early** 16:10 72:4 73:5

**earned** 55:18 56:25

**easier** 69:13

**easiest** 79:6

**education** 13:24 14:4 45:12 73:18

**educational** 44:16

**educators** 53:21 54:12,16 56:11 65:18 67:7 70:16 94:15

**effort** 76:25

**efforts** 86:14

**EIN** 93:21,22,23,24 94:7

**election** 51:3 74:19 90:17

**electoral** 74:10

**elementary** 7:3 83:7

**elements** 73:3 86:9

**eliminating** 75:25

**else's** 78:20

**emotional** 84:11 86:3

**empirically** 12:12

**employee** 54:23 65:2

**employees** 53:13 60:12 64:14 65:1 69:3 93:7,11

**empower** 74:5

**empty** 9:24,25 10:2

**encompass** 76:20

**encompasses** 69:6 76:15,19

**end** 22:25 24:16 29:15 56:23 75:2 93:24

**ending** 94:13

**engage** 74:5

**engaged** 70:18 91:24 92:1

**engagement** 53:21 54:4,12,13

**enrichment** 66:7

**entered** 94:4

**entire** 72:20

**entity** 52:25 53:10 55:8 56:17 67:21 94:8

**entry** 10:9

**equate** 73:7

**equitable** 84:9

**equity** 15:2,7,15 16:2 26:18 49:22,24 52:12,17 54:18 65:5,14,15,17,20,22, 24 67:4,8,18,24 68:19,24 69:1,11,22 70:3 71:6,16 72:4,15,21,25 73:3 86:9, 11 88:16 89:25

**escalated** 37:17

**ethically** 54:22 56:5 57:1

**ethics** 56:9

**Evans** 32:18 33:2,19

**events** 27:20,22,23,24

**Eventually** 64:1

**exact** 39:24

**EXAMINATION** 5:3 89:5 93:18

**excerpt** 82:7

**exchange** 61:25

**executive** 15:1,12 16:1 21:20 26:18 52:12 65:4,13 78:11 80:9,19,21 82:13 85:3

**exhibit** 29:11,16,18,22 61:7,8 63:10, 12 89:1,3

**exist** 53:7,8

**experience** 52:11

**explained** 64:18

**express** 74:7

**extended** 31:25

**extent** 85:25

**externally** 67:6

**extra** 44:19

## F

**faces** 23:18

**fact** 93:5

**factions** 49:10

**facts** 78:24 79:2

**factual** 10:13 45:17,21 46:2,3

**factually** 45:10 62:3

**fair** 9:12 68:5

**faith** 66:10

**fall** 15:23

**false** 25:24 59:22

**familiar** 74:23 81:23,25 93:5,10

**families** 10:8 11:20 14:21 66:24 68:4, 6

**family** 11:9 60:16 66:21 70:15

**farther** 43:2

**father** 74:23,25

**fee** 92:14

**feel** 12:9 70:17 81:3

**felony** 43:3

**field** 49:6 73:2

**figure** 13:9 14:7 45:20 48:21 77:9 84:2 90:8

**file** 55:9,10,22 56:3,22 58:1,18 60:14

**filed** 27:17 43:17 56:1 57:2,14,25 58:2,17 59:12 60:16 81:13

**filing** 92:14

**fill** 26:1

**filled** 26:3,4 27:1 57:6

**final** 24:15

**finalizing** 66:19 67:7

**find** 14:5 25:16 53:10 57:22,24 83:21 85:2 92:9,17,24

**finished** 54:5

**fired** 47:4 49:3

**firm** 53:1 54:19 61:2

**flag** 31:23

**fluke** 33:8,9

**flunk** 30:12,14

**flunked** 30:20,24 34:17 35:2

**focused** 67:6 89:24

**follow** 90:3,13 93:9

**followup** 45:19

**footing** 90:13

**force** 49:22

**Ford** 47:14 48:12,18 73:6 74:3,8,14,
17,18,21,22,24

**form** 46:15 57:2,6,25 58:8,12,24,25
59:1,7

**formalized** 67:18

**formed** 77:7

**forms** 58:17

**forward** 89:18

**found** 83:25

**foundational** 86:9

**FOX** 29:21 46:15 61:9 63:11 89:2
94:17

**framework** 93:14

**frameworks** 70:13,14

**Freda** 91:1,5,9,20

**Freda's** 91:13

**friend** 32:13,14,16 33:10,11,13,14,19

**friend's** 32:18,21 34:2

**friends** 13:20 21:4 40:6 91:24

**front** 9:10,15 11:3 25:19 27:2 31:13
32:4 39:13,25 42:7 45:16 56:13 58:19

**frozen** 5:25

**FTES** 72:2

**full** 5:5 14:9 18:14,17 31:22 56:4 72:7
91:15

**full-time** 18:19,20 65:1

**fully** 40:12 62:2 86:13 90:1,7,9 91:13,
15 93:8

**funding** 71:8,10,11,15,18

**funds** 55:4,6 72:6

**future** 83:24

━━━━━━━━ **G** ━━━━━━━━

**galvanizing** 74:11

**gang** 33:6

**gathering** 58:3

**gave** 58:9 64:4

**general** 11:15 75:7

**get all** 32:6 53:20 86:5

**girls** 65:7

**give** 9:22 10:12 13:13,24 14:3 18:2
19:20,24 20:3 24:19 54:17 55:3 56:10
64:5,6 78:8 80:14

**Givens** 57:21

**giving** 46:3 56:12 64:21

**glasses** 27:6,7

**goal** 73:24 86:11

**goals** 71:16 86:12

**good** 12:6 26:11 79:1 93:14

**government** 55:2,3,5 81:10

**GPA** 44:24

**grade** 8:21,23,25 12:18 46:5 83:18,19

**grades** 31:3 35:2 83:8

**grading** 45:20,24

**graduate** 30:5

**great** 57:25

**Griffin** 22:17 23:6,12,16,25 24:9,10,
13

**group** 24:10 52:18,20,23,24 53:6
54:2,8,15 56:11 57:3,11 58:8,15 59:20
60:5,11,14

**groups** 56:14 67:5 71:13

**growth** 67:11,12

**guess** 33:9 39:11

**guided** 79:21

**guilty** 36:25 37:21

**gun** 32:13,14,20 34:13,15,21 35:21,
22,24,25 36:2,3,13 37:1,17

**gunpoint** 33:21 34:1

**guns** 34:18,21 36:7

**guy** 51:20

━━━━━━━━ **H** ━━━━━━━━

**hand** 62:12

**handle** 72:16

**handling** 64:24

**Hank** 16:10 17:3 20:24 21:10,16,20,
23,25 22:18,22 23:1,13,20,25 24:4,25
72:11,13

**happened** 29:6 62:22 74:22 78:17
90:16

**happening** 83:24,25

**Harbison** 5:20 87:13,19 89:6,8 93:15

**hard** 62:12

**Harold** 47:14 48:12,18 73:5 74:3,8,14,
17,18,21,22,24

**hate** 17:21

**head** 8:7 11:25 12:15 16:19 22:5
23:22 24:3 25:15 30:15,25 42:3 48:22
59:8 75:6 77:11 79:7

**headed** 41:11

**hear** 5:17 6:1,2 92:18

**heard** 10:1 71:17 76:24 85:9,10,14,15

**height** 79:17

**helped** 82:19

**helpful** 64:3 82:24 83:1

**helping** 92:8

**hey** 12:25 72:3 84:2

**hide** 44:8

**high** 11:6 12:1 30:1,2,5 44:18

**higher** 46:1 87:5

**highway** 41:12,21

**Hillsboro** 11:14

**Hillwood** 11:14

**hire** 42:19 71:19

**hired** 15:12 21:19 48:23 49:1,3,4,5,18
59:15,20 73:1 77:21,23 78:19 79:12
80:17 85:3,6,11

**hit** 38:21 42:1,4

**Hmm** 23:3

**hold** 91:18

**home** 34:8 40:22 41:19

**homes** 34:3

**honest** 18:2 19:20,24 20:3 31:10 35:8 40:1 44:5,23

**honorarium** 94:14

**hope** 79:2

**hour** 19:14,15,17,18,22 20:2,5

**hourly** 19:7,9,10,11

**hours** 18:22 19:2,4 40:6,12 67:22

**household** 13:8

**HR** 22:9,14 55:16 56:18 59:1

**Hughes** 5:1,7,23 6:4,16 26:17 29:1,24 54:24 61:19 63:14 77:20 79:4 82:12 87:2,13,22 93:20

**Hull** 7:21

**hurt** 41:25

**HVCUS** 66:10

**I**

**I-40** 41:13,15

**idea** 10:18 19:15

**identified** 13:23

**identify** 14:3 90:23

**identifying** 13:18

**identities** 70:18

**identity** 86:15

**impact** 69:7

**implements** 9:18

**implied** 62:9

**implying** 64:6

**important** 80:15

**incident** 82:23 83:10

**incidents** 32:22

**included** 23:8

**includes** 34:24

**inclusion** 15:2,7,13,15 16:2 26:18 49:25 52:12,17 54:18 65:5,14 68:20, 24 69:2,11,23 70:3 71:6,16 72:16,21, 25 73:4 88:16

**inclusive** 86:18

**income** 53:17 54:2,10 55:7,19 56:7

57:10 58:21 59:16,21 60:15,16 94:10, 12

**incorrect** 73:25

**increase** 65:20 70:7

**Indiana** 57:22

**individuals** 22:12 23:9 24:4

**influence** 39:10,15

**information** 9:10,14 10:23 11:3,24 12:14 19:6 26:25 27:11 31:13,23 32:6 35:9,10 40:15 43:15 45:3,7,16 46:4,10 52:1 60:17 64:4,7 67:1 74:6 80:14 92:18 93:3

**informed** 79:22,23,25

**innovation** 22:10

**innovations** 22:16

**ins** 44:21

**insight** 46:14 63:23 64:21 83:9

**institutions** 46:1

**instruction** 86:17

**instructors** 86:20

**insurance** 42:14

**interaction** 73:17

**interest** 93:10

**interested** 16:7 17:6,10 49:12

**internally** 67:5

**interning** 48:12

**interruption** 5:24

**intervention** 84:6

**interview** 15:18,20,24,25 16:15 20:25 23:5,10,11,12,15,20,23 24:2,6,10,14 25:1,3,10,13,18 29:8 34:19 80:17

**interviewed** 23:2 24:22 25:22,24 75:18

**interviewing** 16:7 22:18,22 75:24

**interviews** 22:3,7,25 23:7,8 24:5,8,15 25:25 75:12

**introduction** 63:23

**invocation** 46:3

**involve** 74:5

**involved** 5:12 21:21 42:11 45:25

**issue** 77:24 80:22

**issues** 82:25

**J**

**Jackson** 7:21 92:12

**jail** 39:24 40:2,5,9

**James** 5:19 32:18 33:19

**Jane** 5:16,17 8:17 63:18,20,25 81:9 84:12,18,19 85:11

**January** 77:22 79:12 82:16

**Jesse** 5:20 89:7

**job** 15:1,3,6,17,21,25 16:3,6 18:10,19 22:4 24:22 26:17 27:1 28:18 47:4,7 51:11,13 64:8,10,18 67:21 76:1,14 84:23 85:7 91:18

**jobs** 47:11 48:15,16 73:13 88:13

**join** 73:23 74:4

**journey** 72:4

**Jr** 32:19 33:19 47:14 48:12 73:6 74:3, 17,18,21,24

**Jr.'s** 48:18

**July** 54:9

**June** 52:13 54:9

**K**

**key** 70:15

**kicked** 30:17,18,19

**kid** 67:2

**kids** 9:20 11:2,6 12:6 13:18 68:6,9,11

**killed** 32:13,14,23 33:2,4,10,11

**kind** 62:12 84:5

**kindergarten** 9:2,6

**kitchen** 47:19

**knee** 72:7

**knew** 16:11 21:5 34:10,11

**knowing** 86:23

**knowledge** 15:3 71:2

**Knox** 38:10

**Knoxville** 13:13 29:25 32:14,25
33:23,25 36:2

---

**L**

**labor** 49:23 73:8,9 91:6

**lady** 33:11

**lady's** 57:20

**language** 31:9

**large** 49:13

**lasted** 75:12

**late** 60:3 79:12 82:16

**lawsuit** 5:12 39:3 83:6 85:12

**lawyer** 42:19,22

**leaders** 67:16

**leadership** 18:6

**leading** 24:14

**leads** 82:24

**learned** 92:24

**learning** 14:10 67:16 84:11

**leave** 31:2,4,6 51:5 74:16

**Leffler** 5:20

**left** 48:5,11,18 54:13 59:18 74:18

**legal** 85:1

**legalities** 62:17

**lenses** 65:24

**lesson** 76:25 77:12,15,25 79:24 80:9,
11 81:14 82:11 84:19 86:19,25

**lessons** 82:25

**letter** 81:24 82:4,8

**liability** 94:2

**liaison** 49:23 50:11 66:9 73:19

**license** 37:16 41:1 62:21,22

**Lily** 5:20

**limb** 55:25

**limited** 94:1

**limits** 42:17

**Linkedin** 51:24 52:2,7,8 61:7

**links** 86:21

**list** 64:14

**listening** 29:2

**literally** 23:4

**live** 6:17,18 12:3 25:4

**lived** 41:20

**living** 65:22

**LLC** 52:18,20,23,24 53:23 54:3,25
56:21 58:15 60:1,14,18 92:7,10,19
93:3,21 94:1,5

**loan** 75:8

**located** 60:24,25

**logically** 93:9

**long** 6:6 17:24 20:13 48:5 51:2 75:12
91:8

**longer** 37:15

**looked** 13:11 40:1

**lost** 84:23

**lot** 9:12 18:7 24:18 28:3 45:25 49:23
69:6 76:15,19 79:17 83:4 90:11 92:3

**lottery** 7:7,9,23 8:13,16 66:19

**lower** 87:9

**Lynch** 81:24 82:4,8,14

---

**M**

**machine** 39:6 62:15

**made** 8:3 10:24 12:17,22 19:22 52:5
53:17 59:15,21 61:3 71:22 77:14
78:14,16,18 80:9,11 81:7 90:16

**main** 13:8 48:15 50:13 64:24

**major** 71:8,10,11

**majority** 76:14

**make** 6:9 8:1 10:1 15:5 45:15,16,18,
21 46:2,8 56:5,21 65:16,18,21 66:11,
19,20,22,24 67:9 68:10 69:21 70:4,7,
12 76:21,24 77:3,16 78:1 79:23 80:6,
23,25 82:5 84:8 85:10,16,17,20 86:8,
17,22 90:12

**makes** 11:10

**making** 66:21 76:25

**manage** 11:19 14:19

**managed** 63:24

**manager** 28:9

**manages** 7:10 9:17

**managing** 49:13

**map** 65:18 67:8,19 86:21

**March** 60:3

**marijuana** 38:8 39:12,14,16,19,22
42:25 43:21 44:3

**mark** 61:6

**marked** 29:11,16,22 61:8 63:10,12
89:1,3

**marking** 29:13,17

**married** 6:13

**master's** 46:24 47:1,3

**mayor** 49:16 50:8 51:1 72:17 88:10,
15,22 89:15,20 90:2,8,13,14,20

**mayor's** 50:7,8,9,12,19 51:5 55:14
59:18 73:18 88:6,13,15 89:9

**mayors** 89:14,24 90:4

**Mcgavock** 12:4,5

**Meaning** 69:1

**means** 5:18 28:11 43:10 70:6

**measures** 67:10

**meet** 67:17,25

**meeting** 16:9,15,16 17:25 67:14,15,
18

**meetings** 67:16 68:1,3

**Megan** 48:24 49:11,21 50:2,4,7,13,16,
17,18,19 72:17

**member** 21:9,11

**members** 21:7

**memory** 77:18

**men** 66:7

**mentorship** 83:20 92:4

**Meriwether** 5:19

**met** 17:1 21:13,17 67:20,22

**method** 25:5

**methodology** 14:9 24:24

**metrics** 45:11

**Metro** 5:23 7:4,12,15 8:9,11 11:13
14:13 20:11 21:19 23:11 26:13 27:12
34:18 35:1 36:24 37:3,6,8 41:24 42:23
43:23 44:11 50:25 51:14 54:22 55:2,3,
5,8,23 56:6,19 57:25 58:17 59:1,10,
15,20 65:3 66:12 68:6,9,11 70:24
73:17 75:15 77:3,14,21,23 78:11 79:7,
9 80:10 82:14 85:1,2,5,9

**Metropolitan** 81:10

**MG000183** 26:14

**MG000202** 26:22

**Michael** 16:21 17:13,14 18:3 20:19
59:24 60:7

**mid** 16:9

**mid-april** 17:25

**middle** 47:22

**millimeter** 35:20,21 36:8

**million** 71:9,18,25

**mind** 79:18 80:3

**minorities** 73:23 74:1

**minority** 68:21

**minute** 24:19 87:14

**minutes** 64:20

**misdemeanor** 43:3,4,24 44:4

**missing** 28:25 29:3,5

**mistake** 88:9

**mistaken** 62:11

**MNPS** 54:9 55:16 56:2,25 57:2 91:2,
12 93:6,11

**modules** 84:10

**money** 42:21

**moneys** 56:24

**montessori** 7:3,14,18,20 9:1,3,7,21,
25 10:2 11:5,23 13:12

**montessoris** 11:14

**month** 51:10

**months** 16:5 18:4 32:15 52:14,19
78:18 79:13

**morning** 53:9 67:19

**move** 72:4 81:17

**moved** 28:17

**moving** 27:7 41:4 76:9 89:18

**multiple** 24:13 25:25 34:23 48:16
71:13 73:10 86:6

**mutual** 21:4

**N**

**names** 23:18 72:22

**narrative** 82:4,6,15

**Nashville** 6:19 7:15 36:19 60:25 61:1,
14 80:5 81:10

**national** 18:5 77:15 78:18 80:2

**nature** 76:17 93:4

**necessarily** 11:18 32:8

**needed** 31:24 35:8 53:11 64:12 66:21
67:2

**needle** 72:4

**negative** 74:2

**nephew** 13:12

**news** 77:15 78:18

**Nineteen** 36:22

**nod** 6:9

**notice** 71:22

**November** 19:1

**number** 18:2 92:17,25 93:2,21,22,23,
24 94:7

**numbered** 26:22 89:1

**numbers** 10:18 11:1

**O**

**oath** 9:19 10:17 25:21 45:14,22 46:4
78:23

**Object** 46:15

**objection** 29:21 61:9 63:11 89:2

**obvious** 90:9,15,16,18

**occurred** 25:4 27:15 41:10 42:15
78:13 88:19

**occurring** 82:18

**October** 19:1 20:10 51:7 52:18 53:17
54:3,6 59:14,19

**offenses** 43:21

**offer** 28:17,23

**offered** 28:18

**office** 15:7 50:7,8,9,12,19,25 51:5
55:14 59:19 63:23 71:7,9,12 72:17
73:18 74:16,18 76:25 83:23 88:6,10,
13,15 89:10,17 90:23 93:2

**officer** 15:2,7,9,13 16:1 21:20 26:18
39:21 52:12 63:7 65:4,13 80:9,19,21
82:13 85:3 88:16

**onset** 15:18

**open** 16:4

**opening** 15:22 16:12

**opinion** 12:8 78:20,23 79:2,7,8 91:14

**opportunities** 89:18

**opposed** 12:18 94:11

**option** 12:16 67:25 89:9

**options** 7:11 9:18 10:8 13:11 14:19

**order** 31:24

**organization** 83:20 92:4

**organizations** 71:3

**organizer** 73:9

**organizing** 18:8 74:11 91:25

**outcomes** 70:6

**outlining** 78:22

**outreach** 49:23

**outs** 44:22

**oversee** 77:5 85:16

**owed** 92:14

**owned** 35:24

**P**

**p.m.** 28:16

**paid** 18:10,12 19:7,8 20:16 54:7,12,16
57:4 60:3,6

**panel** 23:15,19,23,25 24:22 56:14
94:14

**paperwork** 39:12 53:10 58:4 59:12
  92:17,23

**par** 52:4

**paragraph** 81:15

**paragraphs** 81:14

**parents** 9:9,20 10:15 13:19 14:8
  68:10

**part** 22:1 24:6 29:14 52:21 56:9 59:17
  68:2 83:6 90:20,24

**part-time** 18:19 65:1

**parties** 48:13

**partnered** 67:21

**partnering** 66:22

**partners** 67:8

**partnership** 65:2 88:18

**partnerships** 67:9 70:15

**party** 21:8,10,17,21 47:16 49:9 72:24
  73:24 74:4,9 91:6

**passed** 10:11

**past** 21:3 90:4 91:23 92:14

**patience** 87:12

**Patrol** 41:22

**pawn** 75:8

**pay** 53:22 54:17 56:15,17

**Pearl-cohn** 11:13

**pedagogical** 86:14

**pedagogy** 65:19

**people** 12:9 22:11 23:16,17 24:16
  34:8 76:19 78:16 90:21

**percent** 21:16

**period** 23:15 32:1

**person** 13:8 17:2 24:16 52:4 64:24
  73:1 92:8

**person's** 92:11

**personal** 40:15

**personally** 65:10 85:14 94:11

**personnel** 93:6

**Ph.d.** 46:18,21,22

**phase** 86:8

**phone** 16:19,23 17:20,22 40:21,22

**phonetic** 57:21 92:12

**phrased** 39:23

**pick** 68:5,6,9,24

**picked** 41:21

**Pippa** 5:18

**place** 14:13 16:16 24:18 37:14 62:19
  67:10 70:7,13,20,23,24 71:5 77:20,22
  82:20,23 84:2,8

**placement** 66:19

**places** 10:4 74:8

**plan** 77:13 82:11

**planned** 83:1

**planning** 65:19 86:19

**plans** 86:25

**Player-peters** 91:1,21

**plead** 36:25

**pled** 37:21

**plethora** 66:12

**point** 34:14 40:12 46:5 47:13,15
  72:16 88:14

**points** 47:16

**police** 37:6,8,11,13 41:24 62:14

**policies** 74:10 93:6,10

**policy** 42:17

**political** 18:7 21:4,18 49:6 72:23
  73:2,9,21

**politically** 21:5

**politics** 21:4

**position** 16:3,7 17:7 26:6 49:20,21
  75:19,24,25 80:18 82:14 85:12

**possessed** 63:5

**possession** 36:16 37:1,10,21 38:8,
  13 39:11,16,19 42:25 43:5,21,24 44:4
  61:25 63:4

**possibly** 19:22 27:13 82:23

**potentially** 63:22

**practices** 73:7 86:14

**pre-employment** 28:21

**pre-kindergarten** 9:4

**premise** 10:20,21 15:23 76:13

**prepare** 57:16

**prepared** 58:4

**preparing** 11:6 12:6

**prescribe** 86:24

**present** 52:13,19 53:18 54:3 88:11

**pretty** 52:10 58:5

**prevent** 83:23

**previous** 71:3

**previously** 90:5

**principals** 85:17,22

**prior** 49:8 92:5

**private** 8:9 68:22

**probation** 31:6,7,11,17,19 32:7,8
  35:3 47:7

**procedure** 14:12

**process** 7:1 8:16,17 9:18 10:7 12:24
  13:1,18,20 14:21,22,25 24:6 27:16
  28:8 56:9 58:3 67:23 68:3 71:23 80:17
  90:22 92:15

**processes** 70:6

**produced** 26:13

**professional** 22:1 67:16 75:17

**profile** 61:7

**program** 66:23 67:3

**programmatic** 65:24

**progress** 67:11,13

**Promising** 66:23,25 68:2

**promulgated** 93:11

**promulgates** 93:6

**proprietorship** 53:1

**provide** 11:1,20 46:14 65:19 86:4,7

**provided** 27:12

**public** 7:5,18,20 30:3,4 42:22 53:5
  55:8 66:12 85:5

**pulled** 37:12,25 41:16

**pulling** 27:4 37:15

**purchased** 35:25

**push** 10:19,21 25:23 73:25

**put** 8:1 12:18 13:15 27:6,7 31:1,4,5, 11,20 34:22,23 35:3 40:15,18 41:6 44:16 46:9,10 47:6 52:1 53:22 81:8,9, 14 82:1 84:7

---

**Q**

**quality** 78:8

**quantify** 7:16

**quarter** 31:14

**question** 7:13 8:24 11:16,18 12:8,16 13:3,25 19:25 21:15,22,23 27:10 34:9, 10,25 36:24 44:12 69:21 76:13,24 77:2 78:9,10 79:1 81:4 82:12 87:22 89:11

**questions** 6:5,6 17:17 26:16 29:13 34:16,19 35:1 42:24 43:24 44:2 86:7 87:11,14 89:7 93:15

**quick** 81:22

---

**R**

**race** 73:1

**racial** 82:2

**ran** 33:15 42:6,7

**rate** 19:9,10,11

**re-election** 49:13

**reaching** 63:22 66:24

**read** 56:3 65:10 81:15,16,19 83:12

**reading** 65:6 66:6 83:6

**ready** 27:5

**realize** 43:20

**realm** 22:2

**reasons** 53:19

**recall** 16:19,21 17:1,9,16 18:1 19:1,13 20:21 22:18,22 23:21 24:3,15 26:7 27:3,18,19 30:15,23,25 31:8,18 35:4, 17,18 36:6,22 37:5 38:2,14,25 39:2,7 42:2,5,6,9,10,18 43:1 44:1,10,11,14, 20,21 45:3 46:17,20 47:5,8,22 48:7, 13,21 59:7 62:6,9,18,23,24 63:6,8,17, 21,22 71:25 72:9 74:21 75:2,5,7,10, 13,21,22,23 76:7 80:4 85:7,8 91:13,15

**receive** 55:25

**received** 46:10 55:24 58:21

**recently** 45:19 71:8 72:22 80:3

**recite** 22:11

**reckless** 62:5

**recognize** 26:12 51:20 87:23

**recollection** 28:20 35:7 77:18

**recommend** 83:19

**recommendations** 85:17,18,20

**recommending** 86:2,3

**reconnect** 13:7

**record** 5:6 6:11 43:16 44:3 53:11 59:23 61:13 63:9 80:7 87:17

**recorded** 25:7

**records** 18:13 19:20 20:4,7,8 37:24 39:25

**recruit** 68:21

**recruiter** 28:7

**red** 31:23

**redacted** 5:18

**reflective** 86:13

**regard** 12:13 36:13 68:19,20 69:18 77:24 80:22

**registered** 35:14,16 36:10 39:5 43:5, 7,8,9,10,25 44:4 92:20,21

**registering** 66:25

**registration** 37:16

**regularly** 66:2

**related** 33:6 56:2

**remember** 16:17,25 17:22 19:16 23:7,18 25:8,11,14 31:12 36:11 39:20, 21,23 40:13 61:3 74:15 76:3 77:17

**remembering** 42:12

**repeat** 7:13 8:24 13:25 27:10 68:8

**rephrase** 6:7

**report** 42:12 46:10 54:24 55:1,4 56:22,23 72:10,11,12 79:11

**reported** 56:18

**reporter** 6:10 29:12,17

**reports** 72:13

**represent** 5:18,19,20,21 89:8

**represents** 5:21

**research** 13:21 14:20

**resignation** 50:20

**respect** 86:15

**responsible** 84:4,5

**restructured** 88:3

**resulted** 41:7

**resume** 34:23 87:25 88:2,25

**resumes** 34:23 48:20

**retake** 30:21

**retaliation** 5:22

**return** 60:15,18,19

**review** 28:9

**reviewed** 28:7

**rights** 77:8

**road** 16:20 65:17 67:8 86:21

**rob** 34:8

**robbed** 33:13,15,20 34:1

**robbers** 33:17

**robbery** 33:12

**role** 85:6 90:10

**roles** 90:11

**Rolland** 5:7 61:19

**rooms** 86:10

**RPS** 47:12

**Ruby** 47:12,18

**run** 7:9,23 8:13 9:16 15:3,7 66:23

**running** 8:17

---

**S**

**salary** 19:7,9 56:2 87:2

**sale** 36:2,3

**SATS** 12:13

**scale** 45:20

scandal 74:16

Scholars 66:23 67:1 68:2

school 7:2,3,5,11,17,24 8:15,23 9:7,
9,18 10:9,21,22 11:7,11,23 12:1,6,9,
10,15,19 13:5,12,16,22 14:5,14,19
15:4,8,9,12,17,21,24 30:1,2,3,4,6
31:20,21 44:18 53:24 56:6 64:23
66:20 67:25 68:22 75:20,25 83:11
84:7,24 86:10 91:17

schools 5:23 7:4,15,18 8:5,6,9,10,11
9:21,25 10:2,3,7,15 11:2,6,7,12,17,20
12:12,25 13:4,18,23 14:3,13 20:11
21:20 22:10,16 23:11 26:13 27:12
34:18 35:1 36:24 37:3 42:23 43:23
44:11 51:14 53:3,5 54:7 55:8,23 56:19
57:25 59:1,10,20 65:3,6,9,20 66:1,5,8,
13 67:17,20 68:6,10,11 70:25 73:12,
15,17 75:15 77:3,14,21,23 78:11 79:8,
10 80:10 82:14,23 83:20 85:5

Scope 23:8

scores 11:14,19

screen 26:8,9 62:13 81:16

screening 28:22

Scroll 87:24

searched 37:19

seat 37:17

seats 9:25

secretary 93:1

seeking 10:8

semester 31:15,16

semesters 30:17,19 31:17

Senate 74:19

send 10:24 13:22 55:22 56:19,21
92:17,23

sends 55:17

separate 32:22 60:18

serve 49:22 65:4

served 18:4

server 47:20 48:4

services 86:4

serving 72:23

sessions 75:8

set 83:22

share 26:8 51:16

sharing 83:5

shark 75:8

Sharon 22:17 23:5,12,16,24 24:9

short 80:8

show 27:5 51:16 61:11 67:10,12 75:1
81:6 88:5

showing 51:18 87:23

shows 36:3 61:24

side 27:21 42:7 66:20,24 67:4,24,25
70:3

silo 77:10

simple 58:5

sit 93:13

situated 71:7

slave 76:21 77:1,4,16 78:1 79:24
80:24 82:5

small 92:5

smelled 39:22

social 84:11 86:17

socialization 92:1

socialize 91:20

socialized 91:22,24

sole 52:25

solely 23:20 24:8 37:11

Solutions 52:18,20,23,24 53:6 54:2,
7,15 57:3,11 58:14 59:15,20 60:1,5,
11,14 63:15 94:11

someplace 75:9

son 10:24,25 12:18 14:7 84:12,15,18

sort 7:7 34:5 36:12

sound 27:16 28:17

sounds 24:7

South 49:7 73:1

southern 18:8

space 18:6 70:1 90:10

speak 11:9 12:9 17:24 21:10,25
24:23,24 25:2 37:11 46:12 56:8 61:4

62:17 71:1,14 74:17 78:2,24 79:14,19

speaking 21:14,15 53:20 54:3,13
94:14

specific 10:12 11:1 31:9 67:10 76:2,
18

specifically 15:24 16:22 24:19 39:20

specifics 44:10

spectrum 67:17

speculate 16:18 17:21 29:9

speech 54:17 55:4 56:10 58:9

speeding 42:24

spelling 57:21 92:12

spit 93:13

spoke 54:11

spoken 29:18

Sr 74:22

staff 71:19 90:19

stakeholders 67:5

stamp 27:19

stamped 27:18

stand 31:5

Stanford 7:3,6,12,14 8:4,12,20 9:1,3
10:7,20 12:18

start 18:23 81:18

started 18:25 24:8 52:25 53:1 87:6

starts 27:16

state 5:5 18:5,8 30:9 43:3,18 44:17
48:13 49:9 92:16,20,21,23

state's 93:2

stated 56:20

statement 9:12 45:15,17,22 68:5,12,
15,18

states 43:18 73:10 80:4

status 28:8,13

stay 40:4 51:2 56:4 89:9

stayed 50:25

staying 88:23

Steiner 5:4,15 6:3 29:23 46:16 61:6,
10 63:9,13 87:11,21 88:25 93:19

94:16

**step** 28:9,17 77:5

**stepped** 79:9

**stepping** 82:13

**steps** 70:2

**stipulate** 63:7

**stop** 6:8 27:8 51:16 80:8

**stopped** 82:17

**story** 80:2

**strengths** 64:15

**stride** 76:9

**strip** 41:12

**structures** 49:24

**stuck** 22:13

**student** 69:3,7 70:5,13 80:23 86:23

**students** 66:4 68:20,21,25 69:18 70:1,8,11,17,20 84:6,9 86:16

**studies** 86:18

**study** 88:18

**stuff** 48:13 53:20 81:16

**successful** 70:5

**sued** 75:7

**suffers** 84:15

**summer** 67:2,6

**supervise** 9:17 64:25 65:15

**supervised** 7:10

**supervising** 14:23

**supervisor** 60:21,22

**support** 65:6,9 66:2,5 67:7

**supposed** 58:18

**supposedly** 27:14

**surprise** 76:5,6,17

**suspended** 47:6 62:21

**sworn** 5:2

**system** 12:23 13:10,14,15 14:25 31:15 45:24 56:18

**systems** 71:2

**T**

**taillight** 37:13 38:1

**taking** 54:22 82:20 84:2 92:15

**talk** 25:3 66:14 67:12,13 86:23 91:11

**talked** 64:25 72:3

**talking** 62:23 92:16

**Taneka** 57:21 92:11

**taught** 77:15,25 81:7 82:15 83:13,22 85:23,25 86:3

**tax** 18:13 53:11,20 55:15 60:15,16 92:11

**taxes** 55:1,10 56:1 57:8,14,16 92:8,13

**teach** 84:4 85:19,21 87:1

**teacher** 69:14 80:23 83:21

**teachers** 56:12 67:7 70:11 84:3 85:18,20,22 86:7,8

**teaching** 67:21 76:20 77:3 80:23 84:10

**team** 7:10 9:17 11:19 14:20,23 18:5 20:9 63:24 65:1 68:1,2 86:17,18 90:22

**teams** 90:24

**technical** 5:24

**telephone** 25:4

**telling** 10:17 23:14 45:14 46:17,20 75:23 76:3 80:13 82:10

**ten** 52:13

**Tennessee** 6:19 30:9 41:21 44:17 47:16 61:14 72:23 81:11 92:22

**term** 15:14 17:22

**terms** 12:6 15:3 53:24 73:22

**testified** 5:2,10 24:25

**testimony** 24:2

**testing** 12:11

**theory** 37:14

**thing** 6:8 36:2,3 50:13 53:25 54:14 63:3 76:16,18 79:6 81:23

**things** 32:9,11 40:15 48:14 50:15 55:2,11 57:7 66:12,24 67:4 69:25 70:19 71:24 76:20 82:20 83:4 84:8,11 93:3

**thinking** 22:5 32:2 37:23 83:8 87:3

**thought** 10:25 13:13,24 14:6 56:9

**thoughts** 91:14

**thousand** 20:1 56:16 57:4,10 58:6 59:11

**Thursday** 68:1

**time** 8:14 13:19 14:1,23 15:10 16:20, 21 17:2,13,23 18:1 20:16,22 21:11 22:9,10,12 23:15 27:18,19 31:21 32:1, 9,12 33:15 34:14 36:23 39:8,17,18 40:1,4,12 41:20 43:16 44:19,22 47:13, 14,16,25 48:11 49:10,12 50:2,6,20 52:3 54:8 55:15 56:1,14,22 59:6,7 60:1 62:19 69:11 73:4,16,17,19 74:9 79:15,16,18,19 80:5 83:5,12 88:14 91:5

**timeline** 18:2

**title** 84:20 88:17

**TNDP** 73:5

**today** 6:5 9:19 10:17 14:14 25:21 29:12,17 34:11,17 45:14 61:17 62:1 79:5 83:13

**today's** 14:14 59:9

**told** 17:9 35:6 44:5,7 72:8 77:24 78:3, 19,21,25 80:20,22

**Tony** 32:21 33:4,10

**top** 8:7 11:25 12:15 16:17,19 22:5 23:22 24:3 25:14 26:11,17 28:17 30:15,25 42:2 48:21 59:8 75:5 77:11

**total** 39:1

**tough** 64:8 82:7

**town** 16:24

**track** 29:6

**traffic** 41:4

**training** 65:19 67:6 86:20

**trainings** 56:13

**transcripts** 30:16

**transitioning** 16:6

**trial** 6:11

**true** 13:23,25 14:2 25:21

**truthful** 20:14

**TSU** 30:10 31:2,7,14 32:1 34:17,18

35:1 37:6 45:1,7,11,19 46:6 47:9,17,
21 48:9,11

**Tuesday** 47:12,18 67:18 68:1

**turned** 24:9

**two-plus** 20:7

**type** 34:23 35:19 54:10 66:6 75:17
77:12 86:3

**typing** 43:14

---

U

**U.S.** 74:19

**uh-huh** 6:8

**undergrad** 30:11

**underneath** 37:17

**understand** 6:6 10:10 12:23,24
13:10,15 14:20,24 74:11 76:19 80:6
81:3 86:9,21

**understanding** 15:6 34:12 75:19
76:4 84:10

**unethical** 53:24

**union** 50:1,5 73:9

**unions** 50:10,12 91:6

**United** 43:18

**universities** 45:23

**University** 30:9 44:17

**unlawful** 63:4

**unlawfully** 63:5

**upcoming** 17:7 55:9 67:6 68:4

**updates** 53:11

**uploaded** 92:13

**utilize** 74:6

---

V

**vaguely** 93:12

**values** 70:18

**vehicle** 37:19 38:21,24 41:25 42:4,8,
13 86:12

**vehicles** 42:10

**verbatim** 39:25 93:13

**verify** 19:20 24:17 45:11

**versus** 11:13 81:9

**vetted** 90:8 91:15

**vetting** 90:22

**Victoria** 6:16

**violation** 36:13 56:24 84:20

**violations** 41:4

**violence** 32:13,15,20 34:5

**Virginia** 49:11

**vision** 90:25

**voice** 70:13,15

**voices** 74:7

**vote** 73:23 74:3

---

W

**W-9** 58:12

**W-I-N-D-W-O-0-D** 6:18

**W2** 59:7

**waiting** 92:18

**walk** 14:21

**wanted** 13:18,22 14:5 26:5 53:20,22
64:5 82:17 89:10,16 90:2,3,9,12

**Waverly** 77:15 81:15 82:16 83:7,13

**wealth** 86:15

**weapon** 35:11,19 36:16 37:10,22
43:5,7,25 44:5 63:4

**week** 18:22 19:2,4 53:8,9 66:14,16,18
67:13,15,22 68:4 71:15 83:22 84:1

**weeks** 84:22

**Wheeler** 60:23

**Whites** 11:7,13

**wife** 8:3,8 12:17,24 13:7 14:2

**wife's** 6:15

**Willie** 81:24 82:4,8,14

**win** 51:3 74:18

**Windwood** 6:18 40:16

**word** 74:1

**work** 18:5,22 20:10,11,15,18 21:19
47:10,24 48:6 49:18,22 50:17,24 51:8
53:2 54:8 55:3 56:12 61:1 65:5,18,23,
24 66:4,9 67:8 69:6,8 70:12,14 71:16
73:7,8 74:12 75:15 76:9,17 79:21 84:7
86:8,11,12,16 89:15,25 90:13 91:11
92:3

**worked** 20:22 47:12,13,14,15,19
50:18,19 51:13 54:6 64:15 65:21
73:18,20 74:9,24

**working** 16:20 17:5,10,11 18:23,25
19:2,5,23 48:12 49:8,9,10,11 50:1,2,4,
5,7,25 51:11 52:4,20,22 53:3,4,9 54:6
59:23,24 67:4,21 70:12 71:4,5 72:24,
25 73:3,4,5,6,8 74:2 83:10 84:1 86:22
88:5 90:4 91:2,5,6

**wreck** 38:19 41:7,10,17

**writing** 81:9

**wrong** 23:24 33:16 54:22 60:9 69:4,5
73:22 74:14 89:23 92:9

**wrote** 43:11

---

Y

**year** 7:1,22 30:5 33:2,4 44:18 49:8
50:21 52:13 55:15 56:23 58:11 77:22
88:1 92:14

**years** 20:7 21:3,17 30:10 31:11 32:3,5
44:21 48:7 50:17 52:19 62:24 64:9
73:5 75:21 91:7,23 92:2

**young** 6:25 33:11 57:20 65:7 66:7

---

Z

**zip** 6:20

**zoned** 11:23 12:1,19 13:6

**Zoom** 25:4,6