# DOE, et al.

## vs.

# METROPOLITAN GOV'T OF NASHVILLE, et al.

---

## DR. SHARON GRIFFIN

## May 20, 2022

---



Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

1    IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
             FOR THE MIDDLE DISTRICT
2                NASHVILLE DIVISION
_____
3    JANE DOE,
4                    Plaintiff,
5    Vs.                      Case No. 3:20-cv-01023
6    THE METROPOLITAN GOVERNMENT
     OF NASHVILLE AND DAVIDSON COUNTY,
7    TENNESSEE AND DR. ADRIENNE BATTLE,
8                    Defendants.
_____
9    DR. LILY MORENO LEFFLER,
10                   Plaintiff,
11   Vs.
12   THE METROPOLITAN GOVERNMENT
     OF NASHVILLE AND DAVIDSON COUNTY,
13   TENNESSEE AND DR. ADRIENNE BATTLE,
14                   Defendants.
_____
15   DR. JAMES BAILEY,
     DR. PIPPA MERIWETHER,
16   AND DR. DAMON CATHEY,
17                   Plaintiffs,
18   Vs.
19   THE METROPOLITAN GOVERNMENT
     OF NASHVILLE AND DAVIDSON COUNTY,
20   TENNESSEE AND DR. ADRIENNE BATTLE,
21                   Defendants.
_____
22
23        THE DEPOSITION OF DR. SHARON W. GRIFFIN
24                   May 20, 2022
25

---

1            APPEARANCES (All Via Zoom)
2
     For the Plaintiffs, Dr. James Bailey,
3    Dr. Lily Leffler, Dr. Pippa Meriwether,
     and Jane Doe:
4        MS. ANN BUNTIN STEINER
         Attorney at Law
5        Steiner & Steiner, LLC
         613 Woodland Street
6        Nashville, TN  37206
         (615)244-5063
7        asteiner@steinerandsteiner.com
8    For the Plaintiff, Dr. Damon Cathey:
         MS. JESSE FORD HARBISON
9        Attorney at Law
         Jesse Harbison Law, PLLC
10       P.O. Box 68251
         Nashville, TN  37206
11       (615)415-3285
         jesse@jesseharbisonlaw.com
12
     For all Defendants:
13       MS. KELLI WOODWARD
         Attorney at Law
14       Department of Law
         Metropolitan Courthouse, Suite 108
15       P.O. Box 196300
         Nashville, TN  37219
16       (615)862-6341
         kelli.woodward@nashville.gov
17
     Reported By:
18       MRS. ANNE COSSAR PERRY, CRR, RPR, LCR
         Certified in Tennessee and Arkansas
19       Appearing for Elite Reporting
         (870)295-1235
20       annereporter@gmail.com
21   Also Present:
         DR. JAMES BAILEY
22       DR. DAMON CATHEY
         DR. PIPPA MERIWETHER
23       MS. JANE DOE
24
25

---

1        The deposition of DR. SHARON W. GRIFFIN, taken
2    via Zoom on behalf of the Plaintiffs, pursuant to
3    Notice on May 20, 2022, beginning at approximately
4    9:13 a.m. with the witness appearing at 1661
5    International Drive, Suite 400, Memphis, Tennessee.
6        This deposition is taken in accordance with the
7    terms and provisions of the Federal Rules of Civil
8    Procedure.
9        The signature of the witness is waived.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1                    INDEX
2    WITNESS:                       PAGE NUMBER
3    DR. SHARON W. GRIFFIN
4    EXAMINATION
       By MS. STEINER --------------------------------6
5      By MS. HARBISON -----------------------------153
6    FURTHER EXAMINATION
       By MS. STEINER ------------------------------202
7
8
9                    EXHIBITS
10   EXHIBIT                        PAGE NUMBER
11   Exhibit 1 -- Amended Complaint  -----------------72
12   Exhibit 2 -- School Accountability Status ------94
13   Exhibit 3 -- Priority Schools w/colors  --------108
14   Exhibit 4 -- 5/4/20 letter to Bailey  ----------145
15   Exhibit 5 -- Bates Plaintiff 459-484  ----------171
16   Exhibit 6 -- 6/3/20 Spencer email  -------------184
17   Exhibit 7 -- Tennessee Code 49-1-602  ----------202
18
19
20
21
22
23
24
25

Case 3:20-cv-01023  Document 149-8  Filed 07/27/22  Page 2 of 74 PageID #: 2789
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com

PROCEEDINGS

1
2
3      THE REPORTER:  Good morning.  My name is
4  Anne Perry.  I am a Tennessee licensed reporter
5  working with Elite Reporting.  My LCR number is 283.
6      Today's date is May 20, 2022, and the time is
7  approximately 9:13 a.m. Central.
8      This is the deposition of Dr. Sharon Griffin in
9  the matter of Jane Doe vs. The Metropolitan Government
10  of Nashville and Davidson County, Tennessee and Dr.
11  Adrienne Battle; Dr. Lily Moreno Leffler vs. the same
12  defendants; Dr. James Bailey, Dr. Pippa Meriwether and
13  Dr. Damon Cathey vs. the same defendants.  The case
14  number is 3:20-cv-01023.
15      This deposition is being taken by
16  videoconference, and the oath will be administered by
17  me.  Any digital exhibits marked during this
18  deposition will be deemed as "original" for purposes
19  of said deposition, with the actual original document
20  retained by counsel introducing the exhibit for
21  purposes possibly needed for in-court hearing.
22      At this time, I'll ask counsel to identify
23  yourselves and state whom you represent.  If you have
24  any objections the procedures I've outlined,
25  please state so when you introduce yourself.

1      And we can start with the noticing attorney.
2      MS. STEINER:  Dr. Griffin -- or for the
3  record, my name is Ann Steiner, and I represent Jenai
4  Hayes, who is going under Jane Doe, Dr. James Bailey,
5  Dr. Pippa Meriwether, and Dr. Lily Leffler in this
6  cause of action.
7      MS. HARBISON:  My name is Jesse Harbison,
8  and I represent plaintiff Dr. Damon Cathey.
9      MS. WOODWARD:  My name is Kelly Woodward,
10  and I represent the Metropolitan Government.
11      (Witness sworn.)
12      MS. STEINER:  Just for the record, Kelly,
13  you also represent Dr. Adrienne Battle.  Correct?
14      MS. WOODWARD:  Yes, that's correct.
15      DR. SHARON W. GRIFFIN,
16  having been first duly sworn, was examined and
17  testified as follows:
18      EXAMINATION
19  BY MS. STEINER:
20  Q.  Okay.  Dr. Griffin, good morning.
21  A.  Good morning.
22  Q.  My name is Ann Steiner, and I represent four of
23  the plaintiffs in this lawsuit against Metropolitan
24  Government of Nashville and Davidson County, and my
25  clients assert that they were retaliated against

1  because they had engaged in various protected
2  activities, and they were either demoted or lost their
3  jobs at Metro.
4      And I am going to ask you a whole bunch of
5  questions today, and if you can't hear me at any point
6  in time, let me know.  Okay?  If I ask a question that
7  is confusing, which is something that I am apt to do,
8  stop and say, Could you please rephrase that.
9  A.  Uh-huh.
10  Q.  Also, if you would like to go back at any point
11  in time and change a response, you think of something
12  that maybe you should have said or said it wrong,
13  please let us know, and you are more than welcome to
14  do that, because this is -- this is our chance to
15  question you about this case.  Okay?  Is that okay?
16  A.  Uh-huh.  Yes, that's okay.
17  Q.  Now, the only thing I'm going to really stop you
18  is if I ask you a question and rather than saying yes
19  or no you do uh-huh.
20  A.  Got you.
21  Q.  Uh-uh.
22  A.  Got you.
23  Q.  Because I understand what you're saying, but
24  when we go to try this case on December 6th of 2022,
25  we will not be able to decipher what was said because

1  we're not videotaping this.  Okay?
2  A.  Yes.
3  Q.  Okay.  Now, Dr. Griffin, what is your home
4  address?
5  A.  My home address is ███████████████,
6  ████████████████, Memphis, Tennessee 38128.
7  Q.  Do you have any plans of moving in the near
8  future?
9  A.  Absolutely not, no.
10  Q.  Okay.  So we're going to -- and are you
11  currently employed?
12  A.  I am actually retired.  I retired officially
13  with 30.7 years in public education from the State of
14  Tennessee.  So I retired officially on January 7th,
15  2022.
16  Q.  Congratulations.
17  A.  Thank you.
18  Q.  And even though you retired, are you doing any
19  contract labor for any organizations or any groups?
20  A.  I am not.  I am a licensed real estate agent --
21  Q.  Oh, wow.
22  A.  -- affiliate broker for the State of Tennessee.
23  So I haven't -- I do have some other means to do that,
24  and I am also an adjunct professor at the University
25  of Memphis.  I have been there since 2014.

Case 3:20-cv-01023  Document 149-3  Filed 07/27/22  Page 3 of 74 PageID #: 2790
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                    5...8

1    I currently normally teach since we have been in
2 this COVID space just one hybrid class a semester, but
3 this summer, just due to some other things happening,
4 I will be able to teach two classes for the University
5 of Memphis, and I have been there as an adjunct since
6 2014.
7 Q.   And what department are you in?
8 A.   The department of leadership.  I work with
9 doctoral students as well as students receiving a
10 master's degree in educational leadership, whether it
11 be a teacher, a principal wanting to get a doctorate,
12 or someone who just wants to get certified.
13 Q.   Okay, good.  And what are the two classes that
14 you are teaching?
15 A.   I am teaching this summer school Business
16 Management, which is a class that deals with managing
17 school resources in the school setting, and I'm also
18 teaching Field Experience for those teachers or even
19 assistant principals who need to really experience
20 during a summer school setting what it's like to work
21 in a school.  They will have what's called field
22 experience, and I'll be their supervising lead
23 professor for that.
24 Q.   Okay.  And are these -- do you teach both of
25 those classes on location at Memphis State?

1 A.   Well, they are hybrid right now due to COVID,
2 and so we are not even sure yet if in person will be
3 allowed, but with the numbers going up here in our
4 city -- don't know what it's like in Nashville or
5 where you are, but the numbers are going up.  So we're
6 not sure how we're going to be able to -- may have to
7 do some things similar to what we're doing here, but
8 we have been in a hybrid state, some students going on
9 campus one or two days a week.
10     These are graduate students.  So we have done a
11 lot of Zoom.  We use Canvas for the platform at the
12 University.  We have a meeting -- school is not
13 expected to start until -- May 31st is the first day.
14 So we will finalize that on -- early next week on
15 exactly what it will look like.
16 Q.   Okay.  And do you also plan on teaching in the
17 fall semester?
18 A.   Well, I just don't know.  Again, I have only
19 been retired -- this is something I did anyway as a
20 full-time employee.  So I haven't taken on any new
21 responsibilities.  Again, I'm an affiliate broker for
22 the State.  So I just don't know.  I'm, you know,
23 going to just see what plays out.  To be really honest
24 and transparent here, I don't know, you know.  So I'm
25 doing what I would have done anyway had I still been

1 employed.
2 Q.   Okay.  And who is your supervisor at Memphis
3 State?
4 A.   The University of Memphis, my supervisor is
5 Ronald, R-O-N-A-L-D, Platt, P-L-A-T-T, Dr. Ronald
6 Platt.
7 Q.   And what -- the department that you teach in,
8 what building is it located in?
9 A.   It is Ball, B-A-L-L, Hall.  It's been so long
10 since we have been on campus.  Ball Hall.
11 Q.   Okay.  The real estate company that you work
12 for, which one is that?
13 A.   It is Harris, H-A-R-R-I-S, Harris Realty,
14 R-E-A-L-T-Y, Company.
15 Q.   And what location are you at?
16 A.   They have a location here in Memphis, and I can
17 give you that address.  I have my business card.
18 Q.   Can you?  Okay.
19 A.   I've got a business card.  I don't know if you
20 can see it.  I've got a business card here, and I'll
21 give you the address.
22 Q.   Thank you.
23 A.   The address is 8820 Trinity, T-R-I-N-I-T-Y,
24 Road, Suite 101, Cordova, Tennessee, which is still
25 Memphis, but it's like a little suburb, 38018.

1 Q.   Thank you.  And what's the number on that?
2 What's your phone number or the contact number?
3 A.   The office number is (901)372-8003.
4 Q.   Okay.  Good.  Thank you so much.  And good luck
5 with that.
6 A.   Oh, it's been a great -- it's a good little part
7 time, you know.
8 Q.   That's fun.
9    Okay.  Now, let me ask you a question about
10 this.  Did you -- when we asked to take your
11 deposition before, Metro told us that you were too ill
12 for a deposition.
13 A.   Well, in the fall -- so I actually was on FMLA
14 in October of 2021.  I had been having some cardiology
15 issues going on -- I have a cardiologist, and I have
16 been having some issues there, and I needed to have
17 some surgery.  I could not do that because, of course,
18 with the anesthesiologist, you have to, get a
19 clearance, and so part of me being able to get the
20 clearance was being monitored.  I wore actually a
21 heart monitor, and I needed to be monitored very
22 closely.
23    I needed to -- couldn't put the surgery off too
24 much longer, but it was in enough time that I, you
25 know, could take FMLA.  Did not actually have the

Case 3:20-cv-01023  Document 149-8  Filed 07/27/22  Page 4 of 74 PageID #: 2791
Elite-Brentwood Reporting Services  (615)595-0073                    9..12
www.EliteReportingServices.com

1  surgery until November because it took that long to
2  get my body regulated to actually be put to sleep.
3       So, yes, I was out, and I think I went out
4  October 6th or 7th.  So I mean -- and it's all
5  documented.  So you can pull that --
6  Q.   That's fine, that's fine --
7  A.   That's October 6th or 7th.
8  Q.   You don't really need to tell me about your
9  condition.  I was just curious.  By January/February,
10 though, had you recuperated?
11 A.   I am still recuperating, and I can say to you
12 that part of my decision to retire early was because I
13 needed to focus on my health.
14 Q.   Okay.
15 A.   I started very early.  As you can see, I am not
16 that old with 30.7 years.  So I started very early as
17 an educator.
18 Q.   Sure.
19 A.   And most of my work has been in turnaround, and
20 really that work is difficult lifting schools out of
21 priority status, you know, and just the strenuous
22 commitment physically and mentally that's required for
23 that work.  I knew it was going to be, you know, a lot
24 on my health.
25      And so because I am the person that I am and I

1  had the time where I could retire and advice from my
2  physicians as well, all of them, was that I needed to
3  take a rest.
4       And so I had the time, and so part of my
5  decision to retire in January was health driven.  So I
6  was experiencing and I am still experiencing some
7  health challenges.
8  Q.   Okay.  But it looks like you are doing pretty
9  good right now.  Is that fair to say?
10 A.   Oh, yeah, I mean, you know, I'm not going to
11 complain.  I'm above ground.  So I always look at that
12 in a positive way, in a positive light.  You know, I'm
13 still able to do the work that I was doing with the
14 University, but, again, the commitment that's required
15 for the day-to-day work that's needed in the
16 turnaround space of which I was responsible is -- I
17 want to give it 110 percent, and so that requires a
18 lot of physical work.
19      When I say "physical," even though we were in
20 the virtual space at the time that I was there for the
21 COVID time, you still needed to be on the ground doing
22 a lot of physical work.  So --
23 Q.   Okay.
24 A.   -- with that in mind, that kind of pushed my
25 decision toward retirement.

1  Q.   Okay.  Now, Dr. Griffin, I looked you up online,
2  and it looks like you've got your teaching degree.
3  A.   I do.
4  Q.   And you've got a master's, and then you've got a
5  Ph.D.  Is that correct?
6  A.   I've got an Ed.D instead of a Ph.D.  I was three
7  courses shy of a Ph.D., and I said, I'm not going back
8  to class.  I am through.  So, yes, I have an Ed.D.  So
9  my undergrad degree, I was certified in biology.  My
10 undergrad degree, I thought I wanted to be a neonatal
11 nurse.  So I got all of these sciences.  But then I
12 did work/study at a Boys & Girls Club, and I just
13 absolutely could not leave the kids.  So I got
14 certified to teach, and that's how I got into
15 education.
16      So my -- I got certified in biology.  I taught
17 physics.  I taught chemistry.  And then, of course, I
18 got certified to be a principal.  And I was a
19 principal -- assistant principal for five years, a
20 principal for five years, and then, of course, I've
21 been at the district level now for 22 years.
22 Q.   Okay.  Great.  Now, where did you get your
23 biology degree?
24 A.   LeMoyne-Owen.  It's our only HBCU here in the
25 City of Memphis.  It's called LeMoyne-Owen College

1  located at 807 Walker Avenue.
2  Q.   Where did you get your master's?
3  A.   University of Memphis, master's and doctorate.
4  Q.   And where did you almost get the Ed.D?
5  A.   I got an Ed.D.  Ed.D. is a doctorate.  Ph.D. is
6  a couple more classes of research.  They are
7  equivalent, except Ph.D. you did more research.
8  Q.   Okay.  Where did you get your doctorate?
9  A.   University of Memphis.
10 Q.   Okay.  And where did you -- is that where you
11 almost got your Ph.D., too?
12 A.   Well, yeah.  So Ph.D. and Ed.D. are equivalent.
13 Yeah, I could have taken three more classes, yes.
14 Ed.D. is what I hold.  I also have a superintendent
15 endorsement that I received in 2009.
16 Q.   Wonderful.
17      Now, remember, I don't know a whole lot about
18 education.
19 A.   Okay.
20 Q.   And so if I ask you a question that seems a
21 little bit off, just blame it on lack of knowledge on
22 my part.  Okay?
23 A.   Okay.  Okay.
24 Q.   Now, have you ever given a deposition before?
25 A.   I have.

Case 3:20-cv-01023 Document 149-8 Filed 07/27/22 Page 5 of 59 PageID #: 2792
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
13...16

1 Q. How many times?

2 A. Ooh, I mean, being at the district level, with

3 my previous, I was with Shelby County Schools. It was

4 Memphis City Schools merged into Shelby County Schools

5 in 2013, and being at the district level for so long,

6 ooh, I would say -- you want a number?

7 Q. Yeah, just approximate.

8 A. Four, five, maybe more, definitely four or five

9 times.

10 Q. Did you ever testify in any depositions

11 concerning Metropolitan Nashville Public Schools?

12 A. No, I did not, have not.

13 Q. Did you ever testify in any lawsuit concerning

14 Metro Nashville Public Schools?

15 A. No, I did not.

16 Q. Okay. Now, of the four or five times -- did you

17 ever testify in court at all?

18 A. No, it was always in a setting very similar to

19 this.

20 Q. Did any of those four or five times you

21 testified concern any sort of discrimination or

22 retaliation case?

23 A. No.

24 Q. Okay. Did you know -- are you familiar at all

25 with Title VII? Do you know what that is?

1 A. You'll have to draw my -- I don't know. I'm

2 going to say no because I've been away from the

3 work --

4 Q. Are you familiar with the discrimination laws

5 that says that -- the federal laws and state laws that

6 say you can't discriminate based on race, sex, age,

7 national original, et cetera?

8 A. Yes.

9 Q. And when you went to work for Metro Schools, did

10 they train you at all in those areas? Do you recall?

11 A. I want to say human resources when I started,

12 because there was a different human resources director

13 that I started with versus the one when I left.

14      I don't know if I had specific -- well, we had

15 so much online training, I want to say yes. I want to

16 say yes. I think that was one of the modules for

17 online training definitely.

18 Q. But do you recall how much of the online

19 training dealt with discrimination?

20 A. I do not recall how much of it dealt with

21 discrimination.

22 Q. Were you ever trained that someone who refuses

23 to engage in -- or who reports an illegal activity

24 cannot be retaliated against?

25 A. I would like to say yes, that was part of the

1 training, yes.

2 Q. Okay. Now, when did you start with Metro

3 Schools?

4 A. I started with Metro Schools July of 2019. The

5 1st of July, July 1.

6 Q. Of 2019?

7 A. Uh-huh, 2019, uh-huh.

8 Q. And when did you leave?

9 A. January 7th of 2022.

10 Q. Okay. Was there any particular reason why you

11 left on January 7th as opposed to something like

12 January 2nd or 3rd?

13 A. There was no particular reason why I left on

14 January 7th, but looking at the calendar -- of course,

15 you know, you have consultations from TCRS, which is

16 the Tennessee Consolidated Retirement System. I was

17 trying to make sure that, you know, it was in a time

18 frame that lined up with where my paperwork -- it

19 wouldn't be a gap in my paperwork and all of that,

20 and, of course, again, it just wasn't a specific date.

21 I was really getting advice from my physicians, and so

22 with that being said, you know ...

23 Q. Did anyone at Metro Schools, though, tell you

24 that you were better off retiring on January 7th as

25 opposed to --

1 A. No.

2 Q. -- like January 3rd or 2nd?

3 A. Oh, no, no, nobody at Metro, no, told me that,

4 no.

5 Q. Okay. Now, when you started to work in July of

6 2019, who was in charge of human resources?

7 A. It was -- what was his name?

8 Q. Was it Tony Majors?

9 A. Yes, Tony Majors. Dr. Tony Majors was

10 responsible for human resources when I was hired.

11 Q. And then did it become Dr. Chris Barnes?

12 A. Yes, Chris Barnes, that's correct, Chris Barnes.

13 Q. And when you retired, who was HR? Do you

14 recall?

15 A. Well, I left in October. Again, I was on

16 approved FMLA. Chris Barnes had just left the

17 district probably a couple of weeks or maybe a month

18 before I was FMLA, and interim -- for my

19 understanding, the interim/named HR person was our

20 former legal counsel, which was Melissa Roberge -- is

21 it Roberge?

22 Q. Yes, it is.

23 A. Melissa Roberge.

24 Q. Okay. Now, did anyone at all tell you that if

25 you retire on January 7th, because that is the first

Case 3:20-cv-01023 Document 149-8 Filed 07/27/22 Page 6 of 9 PageID #: 2793
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
17..20

1    day back, that you will receive pay, a credit on the
2    TCRS up through January 7th?
3    A.   No.
4    Q.   And that if you left before that date, you would
5    not?
6    A.   No.  My goal was I was hoping that my health
7    would get better, because even if you look at any of
8    my past histories of when I left Metro -- when I left
9    Shelby County Schools in 2018 to be with the State
10   from 2018 to 2019 and the commissioner hired me, I
11   always leave on June 30th.  And so in no way, shape,
12   form, or fashion was the 7th just a target date of any
13   kind for any reason.
14        I would have hoped and liked for it to have been
15   at a time, you know, when transitions normally occur.
16   In my history, I've never left the district before the
17   end of a fiscal year just simply because, you know, I
18   want to make sure that everything is in place.
19        So me leaving January 7th had nothing to do with
20   anything except advice from my own physician as well
21   as dialogue with my own family.
22   Q.   Let me ask you a question, and you may not know
23   this, okay, but if you had a worker who was going to
24   leave the system, and they said, I'm going to leave
25   the system, and it's going to be something like

1    December, I haven't spoken with her since.
2    Q.   Okay.  Now, chief of innovation, what did you
3    do?
4    A.   Oh, the chief of innovation was a role that was
5    responsible for supporting the high-priority or
6    high-need schools.  Priority schools were the schools
7    that had fallen into the bottom 5 percent of schools
8    across the state.
9         It's a designation that the State assigns based
10   on where your test scores fall, and so I was
11   responsible for all of the priority schools of
12   elementary, middle and high schools.
13        At that time, it was 23.  When I left, two
14   schools had closed.  So it was down to 21, and then,
15   of course, we merged a school.  So it was kind of like
16   in the middle between 20, 20.5 Jones Elementary
17   School.
18        I mean, I was responsible for supporting schools
19   first around the high-needs grant.  We had what was
20   called a SIG grant, a school improvement grant.  They
21   received additional dollars up to sometimes 1.5 to 1.7
22   million dollars to employ additional resources.
23        After we did an assessment of each school, it
24   was the responsibility of the principals/my team to
25   ensure that these resources were being used to close

1    January 2nd, and you knew that if they leave on the
2    2nd they weren't going to get credit for the full
3    semester but if they left on the 4th or the 5th, they
4    would, would you tell them that?
5    A.   Absolutely not.  In no way should we ever in
6    supervisor roles or even colleagues influence a person
7    to do anything that's not, you know, to benefit or
8    deny the system of what he or she has already made her
9    decision around.  Absolutely not.
10   Q.   Okay.  Now, what was your position at Metro?
11   A.   I was chief of innovation.  I was actually the
12   first chief of innovation that Metro Nashville schools
13   had.
14   Q.   Have you spoken with anyone about your subpoena
15   to come here for a deposition?
16   A.   Absolutely not, no.
17   Q.   Have you spoken with anyone about this lawsuit?
18   A.   I have not.  Had no idea of anything about the
19   lawsuit.
20   Q.   Okay.  When was the last time that you spoke
21   with Dr. Battle?
22   A.   Oh, I haven't spoke to Dr. Battle -- I left
23   in -- I spoke to Dr. Battle in December and shared
24   with her my prognosis of my medical condition, and
25   then when I finally made the decision to retire in

1    gaps for students quickly, because in priority
2    schools, there are huge gaps around academics, social
3    needs for kids.  You know, there could be discipline
4    issues.  You may need additional counselors,
5    additional special education teachers.
6         So based on those assessments per school, we
7    were able to ask the State through a grant for
8    additional funds so that each school that was
9    identified as priority could close those gaps quickly.
10        I was responsible for managing that grant as
11   well as making sure that teachers and principals were
12   able to get the resources that they needed should they
13   need additional resources.
14   Q.   Okay.  Well, let me ask you this then:  In terms
15   of supervisors, it sounds like what you are telling me
16   is you were more -- you dealt more with the funding
17   portion and making sure that the priority schools had
18   the proper funding?
19   A.   Well, it was funding, but it was also
20   supervising those that supported the principals.  So I
21   had executive directors.  Executive directors' roles
22   were -- they were assigned to support principals,
23   observe principals, talk to them, you know, see what
24   their challenges were, what their needs.  We did what
25   was called walk-throughs, inquiry cycles where we

Case 3:20-cv-01023  Document 149-8  Filed 07/27/22  Page 7 of 74 PageID #: 2794
Elite-Brentwood Reporting Services    (615) 595-0073
www.EliteReportingServices.com                          21..24

1  looked at the teaching and learning in the school as
2  well as creating a plan to address gaps that were
3  identified during those walk-throughs.
4      So I actually met every Monday and every Friday
5  with the executive directors because I wanted to make
6  sure they was in the schools on Tuesday, Wednesday,
7  and Thursday.  We could come back and see if what you
8  saw on Monday, when you observed Tuesday, Wednesday,
9  and Thursday, what you told me was happening, was
10  there any change on Fridays.  And if we didn't do it
11  every week, we would do it biweekly, and then, of
12  course, we had a day that was scheduled --
13  prescheduled with the principal, no pop quizzes, where
14  you would really, you know, evaluate it.
15      But we had scheduled times where we would go
16  into the school, do that walk-through, and actually
17  have the teachers and the principals debrief with us
18  around what those challenges or even successes that we
19  saw in the school were.
20      So I did deal with a lot of the funding, but I
21  also was responsible for supervising the executive
22  directors who directly supervised the principals.
23  Q.   Okay. And so then for someone like -- let me
24  ask you this:  How many priority schools did you have
25  at Metro in the 2019-2020 school year?  Do you know?

1  **A.   It was 23 priority schools.**
2  Q.   How many were high schools?
3  **A.   Two.  I had Maplewood High School and Whites**
4  **Creek High School.**
5  Q.   What about Pearl-Cohn?
6  **A.   Pearl-Cohn was not one of the schools that I was**
7  **responsible for supervising.**
8  Q.   Okay.  Was Pearl-Cohn a priority school?
9  **A.   Not when I was hired.  Pearl-Cohn in 2019 was**
10  **not identified as a priority school.**
11  Q.   Okay.
12  **A.   They were not under my supervision.**
13  Q.   Do you know whether or not Pearl-Cohn -- were
14  all the priority schools under your supervision?
15  **A.   From my understanding, any priority school that**
16  **had been on the list that the State identified --**
17  **remember now, the State has a designation where they**
18  **identify priority schools.  You could have been a**
19  **priority school that had just come off the list maybe**
20  **a year before, but if you were not receiving SIG**
21  **dollars, school improvement grant funds, when you were**
22  **entitled to receive school improvement grant funds,**
23  **then you received the support from our team.  Right?**
24  **Because we had people who were deployed to the school**
25  **as part of our SIG grant, and so our team never**

1  supported Pearl-Cohn during my tenure at Metro
2  Nashville Public Schools.
3  Q.   Did you know whether or not Pearl-Cohn had been
4  a priority school?
5  **A.   So let me just share a little bit about my**
6  **previous life.  For Memphis, I was the -- what was**
7  **called the iZone regional superintendent.  So part of**
8  **my role was responsibility with turning around and**
9  **supporting.  So there were 85 schools deemed to be on**
10  **the priority school list in 2012.**
11      **Out of those 85 schools, 69 of those schools was**
12  **in Memphis.  So I was familiar with the list of**
13  **schools who were in the bottom 5 percent.  That's what**
14  **we are calling priority schools.  Right?**
15  Q.   Uh-huh.
16  **A.   So I'm sure I knew that Pearl-Cohn was formerly**
17  **on the list, but part of me being in Metro Nashville**
18  **Public Schools was to employ and support schools that**
19  **were on the list so we can get them off.**
20      **That has been my track record.  That has been my**
21  **success story even as far as Washington, D.C.  I was**
22  **deemed a Leader to Learn From from Ed Week simply**
23  **because as a regional superintendent in Memphis I was**
24  **able to go in, identify challenges, identify**
25  **successes, support principals, teachers and leaders**

1  and, of course, close gaps.
2  Q.   Okay.
3  **A.   Saying that to say I'm sure I have heard or knew**
4  **that Pearl-Cohn was a school on the priority school**
5  **list, but it was not under my tenure or my supervision**
6  **at the time that I was hired to be the chief of**
7  **innovation.**
8  Q.   Okay.  So when you were hired as the chief of
9  innovation at Metro Schools, there were 23 schools
10  that reported to you?
11  **A.   Uh-huh.**
12  Q.   Two were high schools?
13  **A.   Uh-huh.**
14  Q.   Correct?
15  **A.   Uh-huh.**
16  Q.   And that was Maplewood and Whites Creek?
17  **A.   That is -- yes, I forgot you can't say "uh-huh."**
18  **Yes.  But I also was responsible for 30 charter**
19  **schools -- I do want to add that -- as well as five**
20  **MSAP schools -- no, four MSAP.  No, it was five MSAP**
21  **schools.**
22  Q.   What schools?
23  **A.   They are Magnet Student Assistant Program**
24  **schools.  They are also schools -- I had two of them**
25  **that was actually on the priority school list that was**

Case 3:20-cv-01023  Document 149-8  Filed 07/27/22  Page 8 of 74 PageID #: 2795
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                    25..28

1  receiving additional grant funds, and so those schools
2  received funds to close gaps as well based on
3  subgroups.  Normally they had a large subgroup that
4  did not, of course, make adequate progress.
5       MS. STEINER:  Is the court reporter able to
6  follow this, or are we going a little too fast?
7       THE WITNESS:  I'm going too fast.  I'll slow
8  up, sweetie.
9       She is just so kind over here.  Okay, I'm gonna
10  to slow up.
11       THE REPORTER:  Yeah, it's -- I'm hanging on
12  by the skin of my teeth.  So slowing down would be
13  great.
14       THE WITNESS:  I'll slow down, and I'll talk
15  slower.
16       THE REPORTER:  That's great.
17       THE WITNESS:  You know, I'm going to.  I
18  just can't help it.
19       THE REPORTER:  And I'm getting it, but, yes,
20  slowing down would be very helpful.  Thank you.
21  BY MS. STEINER:
22  Q.   Okay.  Dr. Griffin, just a question for you, for
23  the five magnet schools -- and this could be a really
24  dumb question -- I thought magnet schools meant that
25  that school is doing better?

1  A.   Well, for this particular -- MSAP, that was a
2  school where -- magnet schools may mean that in that
3  sense, but for this particular grant, it's called the
4  M-S-A-P, MSAP grant, and the whole purpose of the
5  grant is to employ additional resources into the
6  schools to attract -- that's where magnet comes
7  from -- to attract additional students to these
8  schools.
9       Normally, their enrollment may have been low.  A
10  particular subgroup may have experienced challenges,
11  and, of course, we want to expose students, of course,
12  in these schools to programs that they may not be
13  exposed to in other particular schools.
14       For example, there was a dance program at one of
15  the schools.  One of them was a STEM program, you
16  know, that normally would not have been in the school,
17  and so the magnet grant allowed for these schools to
18  have additional resources into schools where normally
19  it would not exist.
20  Q.   Okay.  So then it may be called a magnet grant,
21  but it wasn't necessarily --
22  A.   A magnet -- right, it's not a magnet school.  An
23  MSAP school is a school that receives the MSAP grant,
24  and we just call it magnet because we're trying to
25  within the five year -- the grant is for five years,

1  and what we are trying to do is attract students to
2  the schools to ensure that the program is sustainable.
3       So when you think about a grant, Ms. Steiner, I
4  want you to think about the whole purpose of a grant
5  is so that you can put in resources, close gaps, but
6  sustainability is the key, because grants don't last
7  forever.  They have a shelf life, and what you want to
8  do is still be able to continue the program when the
9  grants go away.  Right?
10       And so with the priority schools, what we were
11  trying to do is close gaps quickly, employ strategies
12  and close those gaps, and then when the grant ends,
13  hey, we've built up teachers.  We have closed gaps for
14  students.  We have even garnered additional resources
15  from the district that, instead of getting a grant,
16  you just anyway pay teachers more if they are working
17  with the neediest kids.
18  Q.   Now, you can tell you are a teacher.
19  A.   Oh, okay.
20  Q.   But let me just ask you this just to make sure
21  that I understand this.  You don't have to go into the
22  longer explanation.
23  A.   Okay.  Yes, ma'am.
24  Q.   So even though you said that you had five
25  magnet --

1  A.   We'll just say MSAP schools.
2  Q.   Yes, that doesn't mean like Hume-Fogg or --
3  A.   Oh, no, no, no, no, no.  These schools had huge
4  gaps.  Actually, two of them were priority schools.
5  Right?  I had two of them that were actually priority
6  schools.  They just received -- it was Rosebank
7  Elementary, and let me see.  What school was Ricky
8  Gibbs at?  He was at Warner Elementary.  Those were
9  two priority schools that also received MSAP funds.
10  So those MSAP funds allowed even additional funds to
11  be pumped into the school to close gaps.
12  Q.   Of the 23 schools, you had two that were high
13  schools.  How many did you have as middle schools?
14  A.   Middle schools was -- I think middle schools was
15  nine.  Let's see.  I want to say I had nine middle
16  schools.
17  Q.   Okay.  Just approximate.
18  A.   Around 9 middle schools and 11 or 12
19  elementaries.
20  Q.   Thank you.  So then the person who was
21  responsible for the principals, for supervising the
22  principals, would have been the executive director.
23  Correct?
24  A.   Yes, ma'am, the executive directors was
25  responsible.

Case 3:20-cv-01023  Document 142-9  Filed 07/27/22  Page 10 of 19 PageID #: 2796
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                    29..32

1   Q.   And for Whites Creek, that would have been
2   Renita Perry.  Correct?
3   A.   Yes, Renita Perry, uh-huh, for the 2019 -- yeah,
4   Renita Perry for 2019.
5   Q.   The whole time you were at Metro you were the
6   chief of innovation.  Correct?
7   A.   The entire time, uh-huh.
8   Q.   And was Renita Perry an executive director while
9   you were there?
10  A.   Yes.
11  Q.   The whole time?
12  A.   The whole time, yes, ma'am.
13  Q.   And do you know whether or not her schools
14  changed at all while you were there?
15  A.   You mean improved?
16  Q.   No, the schools you supervised.  Do you know
17  whether or not they changed at all?
18  A.   Yes, they have changed.  They changed
19  actually -- she was a supervisor for high school year
20  one, and then year two we had -- because we were in
21  COVID.  What is Shea's real name.  I forgot Shea --
22  Q.   Snorten?
23  A.   Snorten, yes, Snorten.
24  Q.   Okay.  And did Ms. Snorten -- when she took over
25  to be the executive director for the high schools, did

1   she perform basically the same type job duties as
2   Renita Perry?
3   A.   She did.  The role of the executive director for
4   priority schools didn't change.  Remember, we were
5   grant funded.  We had expectations from the Tennessee
6   Department of Ed, and so even though we changed -- you
7   know, the name of the supervisor changed, the
8   responsibilities did not change because the grant and
9   those of us who were supporting schools, we had
10  milestone visits and all of that during the course of
11  a year from the TDOE --
12        THE REPORTER:  From the what?  Excuse me.
13  A.   TDOE is Tennessee Department of Education.  All
14  of this funding came from TDOE.  So when you have
15  funding that comes from TDOE, then you have to make
16  sure that you're spending the money appropriately, and
17  so they have visits.
18        And so, you know, part of the role of an
19  executive director had to be clearly identified and
20  explained in that grant, and so it was not different
21  from what Executive Director Perry did.
22  BY MS. STEINER:
23  Q.   Okay.  Okay.  And so then just for the record,
24  the position of executive director that reported to
25  you from the time you got there until the time you

1   left stayed the same.  Correct?
2   A.   The roles and responsibilities of the job stayed
3   the same for priority schools because our job
4   descriptions were written by the -- were written in
5   alignment with the grant.  Right?
6   Q.   Okay.
7   A.   We even -- we did several things different from
8   the district, because, again, our responsibility was
9   to move schools quickly providing with -- with the
10  additional provided resources.  So I even had
11  additional staff versus what other people had that was
12  supporting schools.
13  Q.   Okay.  Now, let me -- I've got some questions
14  for you -- well, you had your executive directors
15  reporting to you.
16  A.   Uh-huh.
17  Q.   For the other schools, did those principals
18  report to executive directors who reported to the
19  associate superintendents?  Do you know?
20  A.   I think so, yes.
21  Q.   Did you know Dr. Pippa Meriwether?
22  A.   Yes, I did.
23  Q.   Do you know that she was an associate
24  superintendent?
25  A.   I did.

1   Q.   And did you see the way she performed her job
2   duties as an associate superintendent?
3   A.   Well, we were in same settings, absolutely, yes,
4   because, remember, the associate supes, and the
5   workload they had and what they did was a little bit
6   different from priority schools.  Right?  So their
7   schedule, even their inquiry cycle, which is our
8   walk-throughs where we go in and observe, we did them
9   every month versus they did schools on a cycle.  We
10  did schools every single month.  So it was a little
11  bit different.
12        We had some large meetings, principal meetings
13  and all of that, where we interacted, but the work
14  looked a little bit different as it relates to seeing
15  them often.
16  Q.   Okay.  And what was your opinion as you watched
17  Dr. Pippa Meriwether doing the job with regard to her
18  competence?
19  A.   I thought she was a great associate supe.
20  Q.   Did she seem to be dedicated to Metro Schools?
21  A.   Yes.
22  Q.   Did she seem to be intelligent in understanding
23  job duties?
24  A.   Yes.
25  Q.   Did you ever hear anyone put forth any complaint

Case 3:20-cv-01023  Document 149-8  Filed 03/27/23  Page 10 of 74 PageID #: 2797
Elite-Brentwood Reporting Service  (615) 595-0073
www.EliteReportingServices.com                                    33..36

1  about Dr. Pippa Meriwether?
2  **A.   I did not, no.**
3  Q.    Okay.  Did the executive directors that were in
4  the normal schools -- is that a fair statement?  Can I
5  call them normal schools?
6  **A.   Well, I wouldn't say "normal."  I would say**
7  **nonpriority.  I wouldn't say normal.**
8  Q.    Thank you.  For the executive directors that
9  worked in the nonpriority school settings, did those
10  job positions change at all while you were at Metro
11  Schools?
12  **A.   I'm not sure, because that was not my lane.  So**
13  **I'm not sure.  I did not work with those executive**
14  **directors, so I'm not sure.**
15  Q.    Did anyone ever tell you that those job
16  positions were going to change?
17  **A.   Well, when you say "job positions," you mean**
18  **role responsibilities or people moving around,**
19  **everybody had to reapply?  I'm not clear on the**
20  **question.**
21  Q.    Did anyone ever tell you that the
22  responsibilities for the executive directors for the
23  nonpriority schools were going to change at any point
24  when you were at Metro?
25  **A.   No, I don't remember that, no.**

1  Q.    Okay.  Did you know Dr. Lily Leffler?
2  **A.   I saw her.  I didn't know her personally.  I saw**
3  **her and knew that she was an executive director.**
4  Q.    Did you have any opinion about the way she
5  performed her job?
6  **A.   I did not see her as often.  Again, an executive**
7  **director, in my interaction, was very different than**
8  **an associate supe.  The associate supe was part of the**
9  **extended cabinet.  We were in meetings and all of**
10  **that.**
11  **Executive directors were more of a school**
12  **supervisor.  They supervised principals.  So I did not**
13  **see her as much as I would have seen or I did see the**
14  **associate supes.**
15  Q.    Did you ever have any contact with Dr. Leffler
16  where you thought she was rude or difficult to get
17  along with?
18  **A.   I did not.**
19  Q.    Did you hear of anybody else complaining that
20  Dr. Leffler was rude or difficult to get along with?
21  **A.   I did not.**
22  Q.    Did you hear of any complaints about
23  Dr. Leffler?
24  **A.   I did not, no.**
25  Q.    Okay.  Were you in any of the meetings that

1  Dr. Battle would have with the associate
2  superintendents for the nonpriority schools?
3  **A.   Yes, we would have meetings on -- I want to say**
4  **they may have been on Mondays, leadership team**
5  **meetings.  I was a part of the cabinet.  So they**
6  **weren't in our cabinet meetings, but we did have large**
7  **group meetings with the leadership teams.**
8  Q.    Did you know that Dr. Leffler was kin to an
9  ex-employee named Vanessa Garcia?
10  **A.   No, and I don't know Vanessa Garcia either.**
11  Q.    Did you know that Dr. Garcia had sued the
12  district for subjecting her to a sexually hostile work
13  environment and then retaliating against her by
14  eliminating her position?
15  **A.   No, ma'am.  Don't know.**
16  Q.    Did you know -- did you ever hear Dr. Battle
17  question anyone about Dr. Leffler's loyalty to the
18  school systems because of her connection to
19  Dr. Garcia?
20  **A.   I did not, no.**
21  Q.    Okay.  Did you know Dr. Damon Cathey?
22  **A.   I did.  I knew Dr. Cathey and still know, yes.**
23  Q.    Do you like Dr. Cathey?
24  **A.   I do.  I like Dr. Cathey.**
25  Q.    Did you think Dr. Cathey was very confident in

1  his job as an associate superintendent?
2  **A.   I did.  I got to see him as well.**
3  Q.    Did you think he was honest?
4  **A.   I did.  I had no reason to not think that.**
5  Q.    The same thing with Dr. Meriwether.  Did you
6  think she was honest?
7  **A.   I did.**
8  Q.    Okay.  And did you by any chance know that
9  Dr. Cathey had reported grade falsification by any
10  chance?
11  **A.   No, I did not, no.**
12  Q.    Is grade falsification illegal in Tennessee?
13  **A.   I think the word "falsification" would justify**
14  **that in any case, not just Tennessee, but falsifying**
15  **grades I would think is illegal, yes, in Tennessee.**
16  **I'm not a lawyer, but, yes.**
17  Q.    Did you by any chance know that Dr. Cathey had
18  recommended that a teacher -- I believe it was a
19  principal -- be fired for grade falsification?
20  **A.   I'm trying to think did I hear that or did I --**
21  **I may have -- I may have -- I don't know if I talked**
22  **to Dr. Cathey and that was -- I may have heard that a**
23  **principal -- of course, you know, me being new to the**
24  **district, I may have heard that someone was**
25  **recommended to be fired that wasn't.**

Case 3:20-cv-01023  Document 140-8  Filed 03/27/22  Page 11 of 74 PageID #: 2798
Elite Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
37..40

1   Q.   And do you know why that principal wasn't fired?
2   A.   I do not.  You know, I didn't come until 2019.
3   So from my understanding, that was all pre2019.
4   Q.   But it was your understanding that somebody had
5   had -- recommended that a principal be fired for grade
6   falsification?
7   A.   Uh-huh, yes.
8   Q.   Is that a yes?
9   A.   That's a yes, yes.
10   Q.   You are doing very good.
11   A.   I think that's a yes.
12   Q.   You're doing very good.
13       And did you think that a principal should be
14   fired if they are engaging in grade falsification?
15   A.   Well, as a former principal, I feel like ethics
16   and my moral compass should guide everything that we
17   do.  So I would hate to think that something was done
18   for a child that I would not want done for my own,
19   good or bad.  I don't want you to get an A you didn't
20   deserve.  I don't want you to get an F that you didn't
21   deserve.
22       So I think that as a principal, after fully
23   investigating, if the evidence suggests that something
24   was done that -- a consequence -- I'm not going to say
25   necessarily fired, but I think that a consequence

1   definitely should be had for any kind of injustice
2   that was done for a nonearned A and a nonearned F and
3   in between.
4   Q.   Do you have any knowledge about why the
5   principal was not disciplined for the grade
6   falsification?
7   A.   I do not.  So I don't have the contextual
8   narrative before I arrived of any of the -- you know,
9   what was happening.  So, no.
10   Q.   Okay.  It's my understanding that -- did you
11   know whether or not the school district went through
12   any sort of a reorganization in the 2020 -- spring of
13   2020 to the fall of 2020?
14   A.   Yes, it was communicated that a reorganization
15   was going to occur for the district.  As a matter of
16   fact, the executive directors that I have or had when
17   I left the district from the time of the
18   reorganization was actually hired during that
19   reorganization.
20       So not only did the executive directors for
21   nonpriority but we even looked at the whole cohort of
22   executive directors.  So my executive directors that I
23   had prior to the reorg also had to reinterview as part
24   of the reorg process.
25   Q.   Do you know why they had to reinterview?

1   A.   I think it was just a reorganization that was
2   taking place.  I've gone through so many.  So ...
3   Q.   Were you given any reason why an employee who
4   was doing their job was going to have to reinterview
5   for their job?
6   A.   Well, and I do think that as a person who has
7   done this work for a long time, if the district is
8   going into a different direction when new leadership
9   comes, it is their -- I mean, they can reorg at any
10   time.  We serve at the will of the superintendent.  If
11   that's a desire, then that's what -- that's part of
12   being the leader of the district or, you know, an
13   organization.
14       I have reorged, and I'm only saying that because
15   if you have to go into a different direction to do
16   what's best for kids, then that's what we have to do.
17   So I don't question when there's a reorganization,
18   especially if it's deemed necessary by the leader in
19   charge.
20   Q.   Were you given any reason for the
21   reorganization?
22   A.   I don't remember the reason for the
23   reorganization.  So, no.
24   Q.   Okay.  But it was your understanding there was
25   new leadership, and that would have been Dr. Battle.

1   Correct?
2   A.   Uh-huh.
3   Q.   Is that yes?
4   A.   That's a yes.  I'm sorry, I'm going to do
5   better.  That's a yes.
6   Q.   Okay.  And so the decision to do the
7   reorganization, was that a Dr. Battle decision?
8   A.   Well, it was communicated to us by the
9   superintendent.  So collectively I don't know if it
10   was made in isolation, but it was communicated to us
11   from the superintendent.
12   Q.   Okay.  Now, it's my understanding that you --
13   and correct me if I'm wrong, but you were one of the
14   interviewers for the executive director positions?
15   A.   Yes, because, remember, my three executive
16   directors -- actually, I lost an executive director
17   who retired.  So I was looking for additional people
18   to support priority schools anyway.  So, yes, I was a
19   part of that because I was even open to the idea that
20   a person I didn't have that sat as an executive
21   director or even applied that I didn't know was a fair
22   candidate for me to even select outside of the ones
23   that I had.
24   Q.   Who retired?
25   A.   Her name was Tracy.

Case 3:20-cv-01023  Document 149-8  Filed 03/27/23  Page 12 of 74 PageID #: 2799
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
41..44

1  Q.    McPherson?
2  A.    McPherson.  She retired.  So I had an opening
3  anyway.
4  Q.    Okay.  Now, do you know -- hang on a second.  Do
5  you know Susan Cochran?
6  A.    Susan Cochran?  I don't remember a Susan
7  Cochran.
8  Q.    Do you know Robin Shumate?
9  A.    Robin Shumate.  I don't know them well enough
10 for it to just jump off, but did she work in -- I'm
11 going to say no because if I can't recall like that, I
12 don't know.
13 Q.    Okay.  But Tracy McPherson, she had decided that
14 she was retiring at the end of the 2019-2020 school
15 year.  Is that right?
16 A.    Uh-huh, she was retiring.  She did retire.
17 Q.    And do you know what her age was approximately?
18 A.    Ooh, I don't know her age approximately, but she
19 had enough years to retire.  So ...
20 Q.    Okay.
21 A.    Her reason was retirement.  That's what -- I
22 mean, that's public knowledge.  That's what she
23 shared, retirement.
24 Q.    Good.  And did she let you know that timely?
25 Did she give timely notice that she didn't want to

1  come back the next year, that she was retiring?
2  A.    In enough time that she didn't even interview
3  for the position.  I knew -- she told us in enough
4  time that she didn't even interview for the reorg
5  position.  She didn't interview.  She retired.
6  Q.    Now, you were one of the interviewers, though.
7  Correct?
8  A.    Yes.
9  Q.    Okay.  And that was for the executive directors
10 for -- whether it be priority schools or nonpriority
11 schools.  Correct?
12 A.    Right.
13 Q.    Okay.  And so everyone that was an executive
14 director got to reinterview if they wanted the
15 position.  Correct?
16 A.    Yes.
17 Q.    Okay.  And were all of the ones who interviewed
18 for the executive director position -- were they all
19 competent?
20 A.    You said were they all -- you went out.  Say it
21 again.
22 Q.    Were they all competent to do that job?
23 A.    Every single person that interviewed?
24 Q.    Yes.  If you got an interview, were you
25 considered to be -- you had the credentials that you

1  do the executive director job?
2  A.    Well, HR did the screening.  So I can't share
3  with you a person's competency, but trusting HR and
4  those who -- of course, the HR chief was a former
5  principal and teacher.  We interview time, schedule,
6  and all of that based on HR.  They created the
7  schedule and everything.
8      My role was to push and ask -- I was able to ask
9  additional questions, because remember now, I was
10 looking for someone that could do the traditional role
11 of what an executive director does, but because we had
12 some additional responsibilities, of course, I asked a
13 few more additional questions based on, you know, the
14 interview process.
15 Q.    And so then HR picked the ones -- the candidates
16 that got to interview for the position.  Correct?
17 A.    They selected and scheduled.
18 Q.    And would that have been Lisa Spencer?
19 A.    I don't know if it was Lisa Spencer, but Lisa
20 was one of the persons in HR that was responsible for
21 the email communicated to us of the times and who was
22 going to be interviewed.  So as far as the selection
23 process, you know, that would have to go with HR, but
24 that was a person who communicated times and who would
25 be interviewed because it was all via Zoom.  It was

1  Zoom call.
2  Q.    Who else interviewed besides you?
3  A.    Oh, goodness.  Myself, Chris Barnes, I guess
4  Dr. Battle.  I don't remember who else.  I know the
5  three of us for sure.
6  Q.    Okay.  Did you at any point tell anybody, We
7  need more candidates for this interview because these
8  people aren't good enough?
9  A.    Absolutely not, no.
10 Q.    Did you feel like the ones that you interviewed
11 were qualified for the position?
12 A.    The ones that I interviewed?
13 Q.    Yes.
14 A.    When you say "qualified," we had a rubric.
15 Right.  So I can't remember specifically what each
16 person's score was on the rubric, but we did have a
17 rubric.  So I can't say all and make that general
18 statement.
19 Q.    Okay.
20 A.    But I was able to select three executive
21 directors based on observations.
22 Q.    Did you get to select yours before or after the
23 other executive directors for nonpriority schools were
24 picked?
25 A.    That, I don't know.  I don't know the timing of

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 16 of 75 PageID #: 2800
Elite Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
45..48

1  who selected when and how. I don't know.
2  Q. How did you select yours? Did you go in and
3  say, I want Renita Perry, I want this one, and I want
4  that one, or did you send an email?
5  A. Did not send an email. I want to say we had a
6  Zoom call, and, of course, we discussed -- I know I
7  talked with Chris Barnes. I discussed specific
8  qualities for candidates and what I know I did it for
9  each of the schools, you know, because by then I had
10  already been with the schools for a year.
11       And so, again, the way that I select and have
12  been trained and do it in the turnaround space is you
13  look at what the schools need and you look at the
14  skill set of the candidates and align that with who is
15  selected for the role, and that's what I did.
16  Q. Sure. Were you the decision maker, too? Did
17  you have input into the decision for the executive
18  directors to be picked for the nonpriority schools?
19  A. I did not.
20  Q. Who picked the executive directors for the
21  nonpriority schools?
22  A. I am not sure. I can't say for sure who picked
23  those, but I was allowed to select the priority
24  schools.
25  Q. So then you interviewed the candidates --

1  A. I did.
2  Q. -- for executive director, whether it be
3  priority or nonpriority schools, and you scored them.
4  Correct?
5  A. There was a rubric. Everything was electronic.
6  Q. Okay. Now, do you recall interviewing with Lily
7  Leffler?
8  A. I sat in all of them. So I'm saying yes, yes.
9  Q. Do you recall what you thought about Dr. Leffler
10  in terms of her qualifications?
11  A. I don't recall, no.
12  Q. Okay. Do you recall whether or not you thought
13  she was qualified?
14  A. I don't recall. I just don't recall.
15  Q. Do you recall -- would you agree that it's
16  important when you are scoring these candidates to
17  have the same interview scores for each candidate?
18  A. Okay, ask that question again now.
19  Q. Do you agree that it would be important to have
20  the same interview scores for each candidate, meaning
21  it would not be fair to have you interview one
22  candidate and then have Dr. Cathey interview the next
23  because you may score differently?
24  A. Oh, yes.
25  Q. Okay. And did you know that some of the

1  candidates were interviewed by different interviewers?
2  A. I did not, no.
3  Q. Would you agree that that could throw the
4  scoring of the candidates into not being consistent?
5  A. Well, I think, based on what you have heard me
6  say in this interview, that we bring a unique set of
7  experiences where what I interpret as a score could be
8  very different if someone else is scoring the same
9  candidate that's different from everybody else. So
10  with that being said, I think it's important to
11  consistently have, you know, scores.
12  Q. Okay. And would you agree that the scores would
13  not be validated? They are not valid scores if you
14  have different interviewers come in?
15  A. When you say "valid scores," you mean by
16  changing the scores are the scores invalid?
17  Q. By having different interviewers who may have
18  different methods of scoring, meaning one could be
19  harsher or one could be more lenient, would you agree
20  that that would invalidate the scores?
21  A. I don't know if I would say "invalidate," but I
22  would say that it brings a different perspective,
23  because I don't know that the scores alone is only the
24  qualifying factor. And so that's why I'm saying it
25  like that.

1  Q. Meaning were there some executive directors that
2  you felt like were going to get their jobs regardless
3  of their scores?
4  A. Oh, no, absolutely not. I did not, no.
5  Q. Did you know -- do you recall Dr. Lily Leffler's
6  interview where Dr. Chris Barnes was having trouble
7  with Zoom and he could not hear the questions? Do you
8  recall that?
9  A. I do not. That was ...
10  Q. Okay.
11  A. These interviews -- can you help me? These
12  interviews were like March or April of 2020?
13  Q. I think they were more akin to June of 2020.
14  A. Okay, June of 2020. I'm just trying to -- okay.
15  Q. Okay. Now, do you -- would you agree that if
16  Dr. Barnes could not connect by Zoom to hear the
17  questions and the answers, would you agree that he
18  should not be allowed to score a candidate?
19  A. Well, I agree that I think that you should --
20  the candidate should have a fair chance to be heard.
21  So you said would not be allowed to score?
22  Q. Yes, should not be allowed to score if they
23  can't hear the questions and they can't hear the
24  answers.
25  A. I would agree. I would agree.

1  Q.   Okay.  And did you know that the next day
2  Dr. Barnes had a discussion with Dr. Leffler, but he
3  didn't ask her any questions, all he did was talk to
4  her about the position with no questions asked?  Did
5  you know that?
6  **A.   No, I did not know that.**
7  Q.   Okay.  Did you know that when he did that he
8  scored her the lowest?
9  **A.   No.**
10  Q.   Okay.  Did you know that some of the scores were
11  missing?
12  **A.   No, I did not.**
13  Q.   Did you by any chance interview a gentleman
14  named Chad High?
15  **A.   Chad High, did I interview -- I cannot remember.**
16  **I cannot remember if I interviewed Chad High.  I know**
17  **Chad is an executive director.  I cannot remember if I**
18  **interviewed Chad High, no.**
19  Q.   Did you know that there was a first group of
20  interviews, and then people were informed that they
21  did not get the job, and then there was a second group
22  of interviews?
23  **A.   No.  HR is the one that informed us of every**
24  **single interview.  So I don't know the process prior**
25  **to that.  We were selected to be on the interview**

1  **panel based on the time and the candidates from HR.**
2  Q.   Do you know who told the individual candidates
3  they would not get the position?
4  **A.   I do not.**
5  Q.   Did you or anyone to your knowledge on the
6  interview panel say Lily Leffler is not going to get
7  this position that isn't her a denial letter?
8  **A.   No, I'm not aware of that.**
9  Q.   Did you form any opinion that Dr. Leffler should
10  not become an executive director?
11  **A.   No, did not.**
12  Q.   Do you have any idea who made the decision that
13  Dr. Leffler should not be an executive director?
14  **A.   No.**
15  Q.   Do you know where the decision was made?
16  **A.   Where it was made?**
17  Q.   What department it was made in.
18  **A.   Well, from my understanding, even before we**
19  **started the process, the interview process and the**
20  **scores was going to determine -- and I guess if we**
21  **needed additional conversations was going to determine**
22  **whether a person was identified as the person who got**
23  **the job because that's the process that I used to**
24  **select my executive directors.**
25  **   So I'm saying that to say no, we don't -- I**

1  **mean, the scores and other qualitative data, the**
2  **résumé and all of that, from my understanding was the**
3  **culminating decision.**
4  Q.   But do you know who made that decision?
5  **A.   Human resources, I would think -- no, let me say**
6  **no. I don't know, no.**
7  Q.   Did anyone ever contact you to say, Hey, Chad
8  High's scores are missing?
9  **A.   No, ma'am.**
10  Q.   How did you score him?
11  **A.   No, ma'am.**
12  Q.   Do you recall interviewing Chad High?
13  **A.   Well, I recall being in all of the executive**
14  **directors' interviews.  So I'm going to say yes.**
15  **Because I don't recall not being in any of the**
16  **interviews of the executive directors.**
17  Q.   When you scored them, did you score them on
18  paper or did you score them on the computer system?
19  **A.   It was a computer system, and we hit send and**
20  **sent it.**
21  Q.   Did you save the scores you gave the candidates
22  on your system?
23  **A.   No, I did not, no.**
24  Q.   Did anyone at any point in time tell you the
25  system has broken down, and the scores are

1  disappearing?
2  **A.   I didn't -- no, I didn't inquire about the**
3  **scores.**
4  Q.   If the scores -- if any scores ended up missing,
5  do you think you should have been made aware of that
6  request or that statement?
7  **A.   You said should I have been made aware of that?**
8  Q.   Yeah.
9  **A.   No, I think HR, you know --**
10  Q.   Okay.
11  **A.   That's an HR issue.**
12  Q.   Okay.  Do you think Dr. Leffler could have been
13  an executive -- do you think she could have performed
14  the executive director role in the school of
15  innovation?
16  **A.   So what I did -- and the way that we selected**
17  **executive directors was based on the experience in a**
18  **innovation school.  So I don't think Dr. Leffler had**
19  **any experience in an innovation or priority school**
20  **before.  So based on that, she was not selected from**
21  **me as a recommendation because I was looking for**
22  **someone specifically with -- if not prior experience,**
23  **at least someone who had worked with students.**
24  Q.   Did you think Dr. Leffler could have competently
25  performed the job as an executive director in a

1  nonpriority school?
2  **A.  I can't -- I scored Dr. Leffler and sent those**
3  **scores, but I can't recall exactly what her scores**
4  **were.  So I don't want to -- I can't recall her**
5  **scores, but I clearly scored her.**
6  Q.   Okay.  I assume that everyone that scored
7  Dr. Leffler scored her pretty well -- and I will pull
8  those scores up when we break.  Okay?
9  **A.   Okay.**
10  Q.   Except for Dr. Barnes, would you agree she
11  should have been qualified for an executive director
12  in a nonpriority school?
13  **A.   I think qualifications matter on if everybody**
14  **else's scores -- how they were, you know.  Candidates**
15  **are selected based on looking at all of the scores and**
16  **seeing who was the candidate potentially aligned with**
17  **the needs of these particular schools, because if it**
18  **was a pretty well score and one person scored --**
19  **somebody else could have hit all excellent, or**
20  **somebody else could have hit exceptional/superior.**
21  Q.   We'll talk about those scores in just a second.
22  I'll go through that after we break.
23  **A.   Okay.**
24  Q.   Now --
25  **A.   We was trying to see if we went out.  It was**

1  **such a long silence.  All right.**
2  Q.   We have been going pretty fast.
3  **A.   We'll slow down.**
4  Q.   Does the evaluations of the executive director,
5  how they perform in their position -- is that taken
6  into consideration or was it taken into consideration
7  when you are deciding who to pick for these executive
8  director positions in the -- I believe it was June of
9  2020?  Did prior experience count?
10  **A.   Prior experience or evaluation scores?  Which**
11  **one?**
12  Q.   Both.  Prior experience in the position and
13  evaluation scores in the position.
14  **A.   I really looked at prior experience.  I did not**
15  **review evaluation scores, because, again, I was**
16  **wanting to listen and hear strategies and experience**
17  **around what we wanted for priority schools, knowing**
18  **specifically what that was.  So I did not look at**
19  **evaluations before making my recommendation.**
20  Q.   Okay.  Do you know why Chad High was chosen as
21  an executive director?
22  **A.   I do not.**
23  Q.   Do you know why Chad High was called in to
24  interview for that position after other individuals
25  had been told they were not going to be executive

1  directors?
2  **A.   No.**
3  Q.   Did you -- were you told that Metro Schools was
4  calling in other candidates to interview?
5  **A.   No.**
6  Q.   Okay.  Were you aware that the executive
7  director positions increased in number from 2019-2020
8  to the 2020-2021 school year?
9  **A.   Was it 15?**
10  Q.   Yes.
11  **A.   Okay.  I have three.  So 12 -- no, I'm just --**
12  **again, I had only been on the ground for a year, and**
13  **Metro school went through a tornado and then COVID.**
14  **So I don't remember the number that we had even in**
15  **2019.**
16  Q.   Can you give me any reason why Lily Leffler was
17  not chosen as an executive director?
18  **A.   I cannot, no.**
19  Q.   Okay.  Now, did you -- were you one of the
20  interviewers for the diversity and equity position --
21  **A.   I was.**
22  Q.   -- that Ashford Hughes got?
23  **A.   I was.**
24  Q.   Who were the other interviewers for that
25  position?

1  **A.   It was myself, it was Hank Clay, and it was -- I**
2  **don't remember the third person to be honest, but I**
3  **know it was myself and Hank Clay.**
4  Q.   Did you know the position requested a master's
5  degree?
6  **A.   So let me say this:  All of the candidates that**
7  **are selected and from my experience as an experienced**
8  **school leader is screened by HR.  So as a person on**
9  **the interview panel, it is my hope that everybody has**
10  **been screened based on what their qualifications are.**
11  **That is my experience with candidates.**
12  **I did not select the candidates.  I just sat on**
13  **the panel.  It was scheduled, and the names were**
14  **already, you know, identified.  So whatever the role**
15  **required, I looked at the job description, the**
16  **questions and all of that, but I would assume that if**
17  **HR selected candidates through the screening process**
18  **that they met the minimum requirements.  That has been**
19  **my experience, and it's what I have done as a school**
20  **leader and candidates.**
21  Q.   Now, hang on a second.  Do you think somebody
22  that has a criminal background should be hired for
23  Metro Schools?
24  **A.   When you say "criminal background," you mean**
25  **convicted?**

1  Q.   Yes, convicted of a crime.

2  A.   A crime with children?

3  Q.   A crime in general.

4  A.   Well, it could be a crime they did that was, you

5  know -- knowing with the constituents I have served in

6  the past, I wouldn't say a criminal background just

7  automatically cancels you out of a role. So, you

8  know, I would want to get clarity and unpack that some

9  before I said absolutely not.

10  Q.   Would you want to know if a candidate you are

11  interviewing has been convicted of DUI?

12  A.   No, I would not want to know that.

13  Q.   Would you want to know if the candidate you are

14  interviewing has been convicted of unlawful possession

15  of a weapon?

16  A.   Yes, I would want to know that since we are

17  working with children and buildings and staff, yes.

18  Q.   Would you want to know if the person was

19  convicted of -- let me see -- violating the implied

20  consent law?

21  A.   The what kind of law?

22  Q.   Implied consent, meaning that when you're picked

23  up from driving under the influence, you do not -- you

24  will not consent to being -- the breathalyzer test?

25  A.   No, that's -- no.

1  Q.   Okay. What about if they had been convicted of

2  possession or casual exchange?

3  A.   What is that? I'm sorry, but my law background

4  is not as extensive. What is that?

5  Q.   Possession or casual exchange of drugs. Would

6  you want to know that?

7  A.   I would want to know that, drugs, definitely. I

8  would want to know that.

9  Q.   Okay. And is that because someone that's

10  convicted -- supposing they are convicted of

11  possession of a weapon unregistered and possession

12  of -- casual possession or exchange of drugs and they

13  also have a DUI, put all three of those together, is

14  that something that you should be made aware of?

15  A.   Again, I'm going to say if that has -- I mean, I

16  think people should be given second chances and third

17  and all of that. So if it has nothing to do with the

18  job at hand directly, which is why I said what I said

19  about the drugs and the weapon, because you can't go

20  in a school ground with drugs or weapon, you know, but

21  when you put the DUI with it, it kind of skews me a

22  little bit because you may not be -- you are not

23  driving kids around.

24      Now a bus driver, yes, but if you are not

25  driving kids around, I don't think that, but the

1  weapon and the drugs is very serious because all of

2  those could play a role, you know, in interacting with

3  our kids and what happens.

4      So the DUI, if you are not driving, but when you

5  put them all three together -- you know, the two

6  definitely, but all three together, I don't know if I

7  would say I have to know that, but if it affects your

8  job description, absolutely.

9  Q.   How many people did you interview if you recall

10  for the job of executive officer of diversity equity

11  and inclusion --

12  A.   How many did we interview?

13  A.   Uh-huh, yes.

14  A.   I can't remember.

15  Q.   Do you recall interviewing Jenai Hayes?

16  A.   Uh-huh, I do.

17  Q.   I'm going to refer to her as Jane Doe throughout

18  this matter. Okay?

19  A.   Jane Doe, okay.

20  Q.   Do you recall what you thought about Jane Doe as

21  you interviewed her, meaning did you think she was

22  competent?

23  A.   Yes, uh-huh.

24  Q.   Okay. Did you think she was intelligent?

25  A.   I did.

1  Q.   In fact, would you agree she is very

2  intelligent?

3  A.   Yes, I have had some -- because, you know, I got

4  the opportunity to speak with her being in the Choice

5  Program upstairs even. Then in iZone or innovation

6  chief, I was able to interact with her some.

7  Q.   Did you know that she had a background in

8  diversity, equity and inclusion?

9  A.   I did. I remember reading her résumé.

10  Q.   And did you think it was an impressive résumé?

11  A.   I did.

12  Q.   Did you tell anyone for any reason that you

13  didn't want Jane Doe in that position?

14  A.   Absolutely not, did not.

15  Q.   Did you think she would have been a competent

16  executive officer of diversity, equity and inclusion?

17  A.   Based on the interview?

18  Q.   Yes.

19  A.   Yes.

20  Q.   Okay. Did you tell anyone that you thought they

21  should hire Ashford Hughes instead of Jane Doe?

22  A.   No, based on the scores -- this is the way the

23  HR process worked. Everything was electronic. You

24  could add notes in if you so desired, and then, of

25  course, those notes went to the decision-making, which

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 17 of 74 PageID #: 2804
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
61..64

1  is always the superintendent.  So it wasn't a mere
2  matter of I want this person over that person.  It's
3  you score, you send your scores, and then a
4  decision is made.
5  Q.   So you actually scored Jane Doe?
6  A.   Yes.  We actually -- we scored candidates.
7  Q.   And best you can -- did you -- is it correct --
8  based on your testimony today, it seems like you
9  probably scored Jane Doe pretty high, didn't you?
10 A.   Based on the rubric, I don't want to say whether
11 I scored them high or low because I want to be exact
12 in that sense.  So you would have to pull the
13 documents.
14 Q.   Okay.  And so you had a rubric that you used for
15 the job position of executive officer of diversity,
16 equity and inclusion.  Correct?
17 A.   Right.
18 Q.   And you scored Jane Doe after you interviewed
19 her.  Correct?
20 A.   Uh-huh, yes.
21 Q.   And you sent the score back to whoever got the
22 score.  Correct?
23 A.   HR.  We always sent them back to HR.
24 Q.   Now, in this lawsuit, Metro Schools says that
25 there are no scores for that interview.

1  A.   Okay.
2  Q.   Okay?  Did anyone at all question you about
3  whether or not your scores have ended up missing for
4  that job position?
5  A.   No.
6  Q.   When you knew -- I believe you said you knew
7  Jane Doe when she was director of school choice.  Is
8  that correct?
9  A.   Uh-huh, yes.
10 Q.   And did you think she did a very competent job
11 as the director of school choice?
12 A.   Well, I didn't have a lot of interactions with
13 the school choice team, but the times that I spoke
14 with her, I got what I needed.
15 Q.   Okay.  Did you know she developed the program
16 for school choice?
17 A.   I did not know that, no.
18 Q.   Did anyone -- after you scored them, did you
19 have any discussions with Hank Clay about -- do you
20 know whether or not he was another scorer?
21 A.   Do I know if Hank Clay was one of the scorers?
22 Q.   Yes.
23 A.   Yes, that's who I remember, myself and Hank, and
24 it was someone else.  I can't remember the third
25 person.  So I don't want to say it without knowing for

1  sure.  It was myself and Hank for sure.
2  Q.   Did you receive an electronic evaluation for
3  director of equity and inclusion for Jane Doe?
4  A.   I did not, no.
5  Q.   Okay.  Do you recall if Chris Barnes was also
6  present in any of those interviews?
7  A.   I'm sure Chris was.  I cannot -- he may be the
8  third person in the interview.
9  Q.   Okay.
10 A.   But I can't -- I can't recall.
11 Q.   So it was your understanding that you, Hank
12 Clay -- what should we call this -- that you and Hank
13 Clay, possibly Barnes, interviewed for the position,
14 scored for the position, and the decision was made by
15 somebody else?
16 A.   Based on the qualitative and quantitative data
17 that we submitted in the interview.
18 Q.   Meaning the decision of who to hire is not made
19 by you or Hank Clay.  Correct?
20 A.   Correct.  I only hire executive directors, and
21 we make recommendations for principals for priority
22 schools.  That's it.
23 Q.   Okay.  And that's recommendations for hiring at
24 priority schools?
25 A.   Principals.  Recommendation for hiring priority

1  school principals, then, of course, recommendations
2  for executive directors, and then it's approved via
3  the superintendent.
4  Q.   Okay.  Now, did you know -- did you have any
5  knowledge about this lesson that was taught at Waverly
6  Belmont called Let's Make a Slave?
7  A.   Only at the board meeting.  I was made aware of
8  it at the board meeting.  That's not one of -- Waverly
9  Belmont was not a priority school, and so I was only
10 made aware of that issue because there were several
11 parents who came to the board meeting and actually was
12 upset about it, and so then, of course, I got a little
13 bit of the -- a little bit more of the story.
14 Q.   Did you know that that lesson made both local
15 and, I believe, national news?
16 A.   Yes.
17 Q.   Okay.  And it was very bad press for Metro
18 Schools.  Correct?
19 A.   I don't know about bad press, but it was made
20 very public.
21 Q.   Okay.  And did you have any discussions with
22 anyone at Metro Schools in the hierarchy about the bad
23 press that they got from that lesson?
24 A.   I did not, no.
25 Q.   Did you have any knowledge about who -- how the

Case 3:20-cv-01023 Document 149-8 Filed 03/27/23 Page 18 of 74 PageID #: 2805
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com
65..68

1  press got ahold of that lesson?
2  **A.  I did not, no.**
3  Q.   Did you know that Jane Doe's son who has autism
4  was the child involved in that lesson?
5  **A.  I did not, no.**
6  Q.   Did you know that Jane Doe reported that lesson
7  and complained about it being discriminatory?
8  **A.  No, I did not know that, no.**
9  Q.   From what you know about that lesson, would you
10  agree that it was discriminatory?
11  **A.   I can't remember exactly what the issue -- can**
12  **you summarize what it was and then I can tell you my**
13  **opinion?  I can't remember -- I can't remember what**
14  **was the exact issue, but I know it was -- it brought a**
15  **lot of attention to the board definitely, but I just**
16  **can't remember the exact issue.**
17  Q.   Is it a fair statement the board was quite upset
18  that this lesson was taught in Davidson County
19  Schools?
20  **A.   I don't know if the board was upset, because**
21  **during public comments board members don't talk back**
22  **to the public.  So I'm not sure of their reaction to**
23  **what happened, but I can tell you that it was made**
24  **very public on the board floor because several parents**
25  **came to share their opinion about it.**

1  Q.   Okay.  And the opinions were negative.  Correct?
2  **A.   Most of them, yes.**
3  Q.   Okay.  Now, let me -- I'm going to show you
4  something real quick.  Let me pull it up.  Hang on.
5  I'm getting there.  Share the screen.
6     Okay.  Can you see the screen?  Can you see this
7  thing that is called First Amended Complaint?
8  **A.   First Amended Complaint.  I can.**
9  Q.   I'm going to go down -- and this is in the Jane
10  Doe case for Metropolitan Government of Nashville and
11  Davidson County, Tennessee and Dr. Adrienne Battle.
12  Can you see that at the top of the page?
13  **A.   Put the cursor where you want me to read.  Jane**
14  **Doe -- I can see that, uh-huh, yes, I can see that,**
15  **yes.**
16  Q.   Jane Doe versus the Metropolitan Government of
17  Nashville and Davidson County, Tennessee and
18  Dr. Adrienne Battle.  Can you see that?
19  **A.   I can.**
20  Q.   Okay.  Now, and do you see down at the very
21  bottom of the page it's got the case number?
22  **A.   Uh-huh.**
23  Q.   3:20-cv-01023.
24  **A.   I see that.**
25  Q.   I'm going down to where -- the language in there

1  "Let's Make a Slave" language.  I want you to read
2  Paragraph 14.  And take your time reading it.
3  **A.   Okay.  (Reading inaudibly.)  Oh, wow.**
4  Q.   When you are down to the very bottom of the
5  page, let me know, and I will scroll up to the top of
6  the next page.  Okay?
7  **A.   Can you make it bigger on your screen for me,**
8  **Ms. Steiner?  Just a little bigger.  I've got these 50**
9  **plus year old eyes here.  Ooh, that's smaller.**
10  Q.   No, I'll do it.  Don't worry.  I'm getting
11  there.  There you go.
12  **A.   Okay, that's much better.  Thank you.**
13  **Can you scroll down or up so I can see the rest?**
14  **Oh, Jesus.  Okay.  Is that it?**
15  Q.   Okay.
16  **A.   That's enough.**
17  Q.   Did you get to Paragraph 15?
18  **A.   Oh, wow.  Okay.  Yes.  Um.**
19  Q.   Okay.  Now, Dr. Griffin, would you agree that
20  that is a racially discriminatory lesson?
21  **A.   I would.**
22  Q.   Okay.  And do you think that that is a lesson
23  that should be given to, I believe, a fourth grader
24  with autism?
25  **A.   No.**

1  Q.   Okay.  Could we have this Amended Complaint for
2  Jane Doe marked Exhibit Number 1 to your deposition
3  today.
4     (Exhibit 1 was marked.)
5  Q.   Now, did you know that Jane Doe was the one who
6  complained about this lesson being given to her son?
7  **A.   I did not know, no.**
8  Q.   Okay.  Would you agree that if she had
9  complained about this lesson that that would be
10  something that should be protected activity that Metro
11  Schools cannot retaliate against her for doing?
12  **A.   Oh, I agree, yes, with that.**
13  Q.   Do you know why within weeks of her complaint of
14  this lesson she lost her job, her job was eliminated?
15  **A.   No, I had no idea, no.**
16  Q.   Did you know that she applied -- did you think
17  that Jane Doe appeared to be competent for doing many
18  jobs at Metro Schools?
19  **A.   When you say "many jobs" --**
20  Q.   What I mean is this:  Did you know that Jane
21  Doe -- after she was told her position was being
22  eliminated, did you know she applied for 20, 25, 30
23  different jobs at Metro Schools and wasn't hired for a
24  single one?
25  **A.   I did not, no.**

Case 3:20-cv-01023  Document 149-8  Filed 03/27/23  Page 19 of 74 PageID #: 2806
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com
69..72

1   Q.   Would you agree that after -- from what you knew
2   of Jane Doe and what you saw of her in her interview
3   that she should have been qualified for many jobs at
4   Metro Schools?
5   **A.   Well, I can't answer that, because I don't know**
6   **the qualifications for the jobs she applied.**
7   Q.   Okay.  Did you know that HR had made a statement
8   to one of the HR people that Jane Doe had filed a
9   lawsuit against the district?
10  **A.   No, I didn't know about -- no.**
11  Q.   Okay.  Did you know Dr. James Bailey?
12  **A.   I did, uh-huh, Dr. James Bailey, yes.**
13  Q.   Okay.  And his direct supervisor was Renita
14  Perry.  Correct?
15  **A.   Uh-huh, yes, as executive director of priority**
16  **schools, yes.**
17  Q.   So the person at Metro Schools who would have
18  the most knowledge about his job performance and how
19  he did his job would have been Dr. Perry.  Correct?
20  **A.   Yes.**
21  Q.   Okay.  Now -- and did you know that Dr. Perry
22  thought highly of Dr. Bailey?
23  **A.   Yes.**
24  Q.   Okay.  And did she express that to you?
25  **A.   She did.  You know, of course, we talked every**

1   **Monday and Friday about schools, observations, looking**
2   **at data, all of that.**
3   Q.   Did you know that she felt like Dr. Bailey had a
4   special connection to the Whites Creek community?
5   **A.   Yes.**
6   Q.   Okay.  And did she express that to you?
7   **A.   Yes.**
8   Q.   Is that important to have that special
9   connection to the community?
10  **A.   It is.**
11  Q.   Okay.  Now, did you know Dr. Bailey was teacher
12  of the year?
13  **A.   For -- teacher of the year?**
14  Q.   Teacher of the year -- principal of the year --
15  excuse me -- principal of the year for the 2018-2019
16  school year for the Middle District area of Tennessee?
17  **A.   '18, '19, '20, I may have read that.  I think I**
18  **may have read that in an article, yes.  I'll say yes**
19  **to that, because I normally try to, yes.**
20  Q.   And I think he was awarded that award in
21  2019-2020 school year.  Correct?
22  **A.   Okay.**
23  Q.   Is that --
24  **A.   Yes, I'm aware of that.**
25  Q.   And were you proud of him for getting that

1   award?
2   **A.   Yes, always proud of a principal getting the**
3   **needed recognition they deserve.**
4   Q.   Well, did anyone at all tell you that award
5   doesn't count because it's not given by Metro Schools?
6   **A.   Doesn't count toward what?**
7   Q.   Anything.  It's a worthless award --
8   **A.   No.**
9   Q.   -- because Metro didn't award it?
10  **A.   That was never told to me, no.**
11  Q.   Do you know whether or not Metro Schools did
12  anything special for Dr. Bailey as a result of that
13  award, for instance, announcing it?
14  **A.   I don't know that they did anything, no.  I know**
15  **we announced it within our SOI office.  Schools of**
16  **Innovation is what we called it, SOI.  It's SOI for**
17  **short.**
18      **So, like I said, any kind of recognition --**
19  **there is such a stigma associated with priority**
20  **schools we're also always excited any time our**
21  **principals, schools leaders or teachers or students**
22  **even get any kind of attention.  So we recognize it in**
23  **the SOI.  I'm not sure if Metro did.**
24  Q.   Not even the principals in the nonpriority
25  schools get that award.  That's a rare award to

1   receive.  Correct?
2   **A.   I'm not sure if it's rare now.  I don't know**
3   **about that.**
4   Q.   Do you know if anyone else in Metro Schools got
5   principal of the year other than Dr. Bailey?
6   **A.   I don't.**
7   Q.   Okay.
8   **A.   Again, I started with Metro in 2019.  So some of**
9   **the precontextual narratives -- I don't know all of**
10  **them.**
11  Q.   Okay.  Now, did you get along well with
12  Dr. Bailey?
13  **A.   I did, uh-huh.**
14  Q.   Did you like him?
15  **A.   I did like Dr. Bailey, yes.**
16  Q.   Did you think he had a pretty good personality
17  to be principal?
18  **A.   Did I?  Absolutely.**
19  Q.   Would you agree he had the type personality that
20  is basically needed for a principal's position?
21  **A.   Yes, uh-huh.**
22  Q.   Okay.  And did he seem to get along well with
23  his peers, his supervisor, Dr. Perry, and with you?
24  **A.   He did, yes.**
25  Q.   Okay.  And did you give him any evaluation while

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 20 of 74 PageID #: 2807
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
73..76

1 he was there?
2 A.  No, I don't evaluate principals.  That's
3 strictly the executive director's role.  My goal is to
4 ensure and work directly with the State, and the State
5 looks at data of our schools.  I discuss that with the
6 executive director, so the executive director knows
7 what type of professional development plan or any type
8 of supports the school and principal may need.
9      So my role is to ensure, number one, that the
10 State does not take any of our schools, and, number
11 two, how can we support principals and school leaders
12 so that we can get them the necessary resources so
13 that that doesn't happen.
14 Q.  Okay.  Did you know that Dr. Bailey as principal
15 of Whites Creek had to discipline Dr. Adrienne
16 Battle's brother, Coach Battle?
17 A.  I did not know that, no.
18 Q.  Did you know that before you got there that
19 Dr. Battle's brother, who was Coach Battle, had beat
20 up a parent at the end of a basketball game?  Did you
21 know that?
22 A.  No, I did not know that, no.
23 Q.  Did you know that Coach Battle had also
24 mishandled funds for a --
25 A.  No.

1 Q.  -- fundraiser?
2 A.  No, I did not know that.
3 Q.  Did you know that Dr. Bailey was the person who
4 had to recommend that he be nonrenewed by the school
5 system, Coach Battle be nonrenewed?
6 A.  I did not, no.
7 Q.  Is it the principal who is responsible for
8 making the recommendations for nonrenewal of the
9 coaches and teachers who report to them?
10 A.  That's one of the evaluation responsibilities.
11 Q.  Okay.  And so then whoever evaluates the person
12 is the one who is responsible for making the decision
13 about nonrenewals.  Correct?
14 A.  You can make the recommendation.  That doesn't
15 mean that's what's going to happen.  The principal can
16 make the recommendation.
17 Q.  Okay.  And do you know whether or not Dr. Bailey
18 then -- would you agree then that Dr. Bailey was the
19 person making -- who was responsible for making the
20 recommendation for the nonrenewal of Coach Battle if
21 he coached at Whites Creek?
22 A.  Yes, the principal makes the recommendation, and
23 it goes to HR, human resources when I say "HR," human
24 resources.
25 Q.  Did you know whether or not Dr. Bailey had to

1 testify in a lawsuit -- in an administrative
2 hearing -- excuse me -- against Dr. Bailey -- Coach
3 Battle?
4 A.  No, I did not know that.
5 Q.  Did you know whether or not Dr. Pippa Meriwether
6 approved of all of Dr. Bailey's decisions with regard
7 to Coach Battle, meaning the nonrenewal, eventually
8 the nonrenewal?
9 A.  No, I did not know of any of that.
10 Q.  Would you agree that if Dr. Bailey's
11 superintendent was Dr. Pippa Meriwether or associate
12 superintendent was Dr. Pippa Meriwether that she would
13 be responsible for approving any decision he made
14 about Coach Battle and how he should be disciplined?
15 A.  Right.  That was -- as a person new to the
16 district, that was my understanding, that even if a
17 recommendation for a nonrenewal went to HR that it did
18 not go there without the approval of the associate
19 supe, because there have been times when, you know, a
20 nonrenewal did not go any further because the
21 principal didn't have appropriate documentation.
22 Right?
23      So it is my understanding that when
24 recommendations are made to HR as a part of the Metro
25 team, it went through associate supe.  From my

1 executive directors, it came through me and then went
2 up to HR.
3 Q.  Okay.  So then if you do have a principal or a
4 teacher who is going to be nonrenewed --
5 A.  Uh-huh.
6 Q.  -- is it your understanding that you have to
7 have the appropriate documentation in the file?
8 Correct?
9 A.  It -- right, you have to have evidence,
10 findings, documentation, slash, of whatever the charge
11 is, you know, or the person did not meet.
12 Q.  Okay.  And unless you have that documentation,
13 you cannot approve a nonrenewal of that person.
14 Correct?
15 A.  Well -- and I'm not going to say -- the type of
16 documentation is important, and so unless it's
17 something really egregious, you know, it's not the
18 amount of documentation.  That helps, but it's really
19 the type of documentation, documentation but with
20 support.
21      So you can't just say you didn't do this right,
22 but it's how did I create a plan of support and then
23 you didn't get better.  That's when we start talking
24 about nonrenewal.  We know we can't fire our way to
25 effectiveness.  So it's documentation.

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 21 of 74 PageID #: 2808
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com
77..80

1   This is what you did not do appropriately. This
2 is what I'm expecting you to do next. If you don't,
3 then we move nonrenewal unless it's something
4 egregious, you know, physical harm of students and all
5 of that, and then with support -- I always share if
6 you don't have support, then, no, it doesn't
7 automatically go to a firing unless it's super
8 egregious, and we have talked illegal, and it has to
9 be done. So it's documentation with a plan of
10 support.
11   Q.   And documentation, does that include the
12 performance improvement plan?
13   A.   It could, yes, it could. Most times it does.
14 I'm saying it could because, you know, sometimes it's
15 not always a school improvement plan. In an iZone
16 school, it actually could be the support of the team.
17 I have someone in every school every day that's
18 documented. Right? So it could also be those types
19 of supports as well. So, yes.
20   Q.   Okay. And is it a fair statement that
21 Dr. Bailey did not do anything egregious to justify a
22 nonrenewal while you were there?
23   A.   Well, because I did not see it, I cannot answer
24 that. So when you say nonegregious, you are talking
25 about to the person, or are you talking about to --

1   Q.   Did Dr. Bailey do anything that you considered
2 egregious that would justify a nonrenewal?
3   A.   Now, in an SOI school, I think we have to talk
4 about the role the school leadership plays before we
5 talk about egregious, because somebody losing their
6 job is very different from -- because we were talking
7 about an incident that occurred where a person was
8 nonrenewed. So now you are talking about school
9 leadership -- I'm trying to be clear on -- are you now
10 on Dr. Bailey not being renewed, or are you still
11 talking about Battle? I want to be clear here.
12   Q.   I'm asking you a question. You said that if
13 someone is nonrenewed, they need to have the proper
14 documentation in the file. Correct?
15   A.   That is correct, yes, uh-huh, yes.
16   Q.   Does that include principals such as
17 Dr. Bailey --
18   A.   It does.
19   Q.   -- needed to have the proper documentation in
20 the file?
21   A.   It does include principals, yes.
22   Q.   And you said that the only time that you may get
23 rid of them when you don't have the documentation is
24 if they have done something egregious, and I assume
25 that may be something like passing out drugs to the

1 students or something that would justify an immediate
2 termination.
3   A.   Right, it could, right, and also we have to
4 remember that principal roles are approved through the
5 superintendent. They report directly to the
6 superintendent.
7   So principals are hired or recommended to the
8 superintendent. That's the person who has the stamp
9 of approval on who is hired, and once you present
10 data, that is a person who also makes a recommendation
11 on who is going to be not in the role.
12   Q.   Did you ever recommend that Dr. Bailey be
13 nonrenewed?
14   A.   Well, I think with principals it's not just not
15 nonrenewed because it wasn't not renewed, but, again,
16 the person who works directly with the State and
17 looking at data, the decision to not bring Dr. Bailey
18 back as a principal was strictly made on the data and
19 the improvement of the school.
20   When I looked at the data -- let me go back.
21   When I was hired as the chief of innovation, my
22 first role and has always been my first assignment is
23 to look at all of the data. You become a priority
24 school based on data. If your school -- if you're in
25 the bottom 5 percent, what that says to us is

1 95 percent of the school is not being successful.
2   So looking at the data and looking at what had
3 happened at Whites Creek, all of the schools were
4 ranked. Whites Creek was last on the list out of all
5 of the schools. So that made me really look at, okay,
6 wait a minute, hold up, I don't want the State to come
7 and take this school.
8   Looking at the data of Whites Creek, Whites
9 Creek had not made gains in any of the areas for the
10 last three years, last three years. Whites Creek,
11 beautiful building, a school with a rich historical
12 narrative. Almost every single politician, people I
13 was meeting around the city was a Whites Creek alum.
14 I'm like, Absolutely not. The State is not going to
15 get this school. We've got to make some decisions,
16 and we've got to do something differently here or the
17 school {sic} is going to take this particular school.
18   Now, my role -- and you can go back and read my
19 story. I've had to exit nine principals in five
20 years. Four of the five, I hired myself. Because if
21 we don't close gaps -- the goal is for districts to
22 keep their schools, districts to support their own
23 schools. We don't need the State or anybody else
24 coming in to tell us how to do this work. We know how
25 to do it. But if we don't put an intervention in

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 22 of 74 PageID #: 2809
E-Lite Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com
81..84

1  place, then the State looks at it as we didn't try to
2  fix our ills, and then they take schools.
3      So Whites Creek was definitely a school that was
4  on the list to potentially be taken by the State, and
5  the only way -- and you can go back and read the whole
6  piece around priority schools. The only way schools
7  are not taken, you have to show different leadership.
8  Whites Creek had just hit -- I mean Maplewood in its
9  data -- the principal there was in her first year.
10 The data at Maplewood was also concerning, but the
11 principal was in the first year.
12     Looking at Whites Creek, the principal had been
13 there more than the three years. All of the data was
14 attached to that particular principal at that
15 particular school, and so if you don't make a decision
16 among leadership, then you risk losing a school and
17 all of -- everything else, the rich historical context
18 of that school, because if you go back and look at the
19 State, the State don't come in and run schools. They
20 partner with charters who come in and run the schools,
21 and so we could not risk that.
22     I was very open and honest and transparent, as I
23 am with you now, with the school and every school that
24 didn't have a new leader at the school that these are
25 potential schools where you are going to lose people.

1  And the school that had the longest running leadership
2  with the lowest data, ranked last in Metro, was Whites
3  Creek. It was --
4  Q.   Have you gotten rid of any other principals
5  since you have been at Metro?
6  A.   No, I was only there for 30 months.
7  Q.   Hold on. So the only principal that was gotten
8  rid of when you were at Metro was Dr. James Bailey.
9  Correct?
10 A.   Correct, correct, but we had conversations about
11 two more schools, but those principals left by choice.
12 We had conversations about --
13 Q.   Now --
14 A.   -- two more schools.
15 Q.   Now, do you recall calling Pippa Meriwether and
16 having a call with her after Dr. James Bailey was told
17 he had been removed from Whites Creek where you told
18 her, You know what he is going to say about this?
19 A.   No, I don't.
20 Q.   Do you recall that?
21 A.   I don't recall that, no.
22 Q.   Do you recall telling Dr. Pippa Meriwether, No,
23 Dr. Bailey is going to try to relate this back to the
24 fight with Coach Battle's brother?
25 A.   I didn't know about a fight with Coach Battle's

1  brother. So I don't know anything about that, no.
2  Q.   Okay. Did you talk at all to Dr. -- to the
3  executive director over Dr. Bailey, Renita Perry, to
4  ask her if she thought Dr. Bailey should be removed?
5  A.   Yes, I do recall talking to her, but I also
6  recall being very honest and transparent about the
7  data at the school. And I will say this: When I went
8  to the school, the culture and climate at the school
9  was wonderful, but the State does not base takeover on
10 the culture and climate of the school. It's based on
11 results.
12 Q.   Do you recall going into Whites Creek with
13 Renita Perry and sitting down with Dr. Bailey and
14 talking to him about how his school was doing?
15 A.   I do not, no.
16 Q.   Do you recall telling him sometime in the winter
17 of the 2019-2020 school year, the only time I believe
18 that you actually sat down with him, that his school
19 was doing fine and keep doing what he is doing? Do
20 you recall saying that?
21 A.   I don't recall saying that, but I do know that
22 most conversations that I have with principals --
23 again, looking over the data, you still have
24 day-to-day strategies to try to still close gaps. We
25 don't give up, period. So --

1  Q.   If Dr. Bailey were to testify that you came into
2  his school and sat down and told him he was doing a
3  fine job and to keep on doing what he is, would
4  you dispute that?
5  A.   I would not dispute that simply because what I
6  observed and what I held the ED accountable for,
7  Dr. Bailey was executing on that, but, again, when you
8  looked at the data over the three years, when
9  Dr. Bailey was exited, he was exited prior to the data
10 even coming out for the year that we personally
11 supported him; however, he received support for three
12 years prior to me being on the ground.
13     So the State doesn't care who was leading the
14 work. You've got the money, you got the funding, you
15 were supposed to move the needle. We receive grants
16 and funding to close gaps. If that doesn't happen,
17 decisions have to be made.
18 Q.   How long was Whites Creek on the priority school
19 list?
20 A.   How long?
21 Q.   Yes.
22 A.   It was over three years because the data went
23 back three years. So I don't have the data in front
24 of me. I've retired. So I don't have those files in
25 front of me, but it's documented.

1 Q. And if he had not been on the priority list for
2 three years, would you have nonrenewed him, meaning if
3 he had been only been on the priority list for two
4 years or one year?
5 A. Well, the State -- the State -- let me go back
6 to what I said at the beginning.
7 You are potentially at risk of losing your
8 school if you have received funding, you've been on
9 the list for three or more years and the improvement
10 is not evident. Then the State comes in and says, You
11 couldn't fix it; let us fix it.
12 So if you had been on the list one year or two
13 years, you are not a prime candidate for State
14 takeover. You are a prime candidate if you have been
15 on the list three or more years.
16 Q. Okay. Now, hang on a second.
17 A. Okay.
18 Q. Is it fair that there were no -- the priority
19 status schools did not change for the 2019-2020 school
20 year?
21 A. You said the priority status didn't change?
22 Q. Yes, because there was no testing -- there was
23 no testing done of there school.
24 A. Yes, because of COVID.
25 Q. Yes.

1 A. And we also had a tornado or something happened
2 that year as well. No, the State held us -- they held
3 us harmless that year.
4 Q. Okay. So if you were on the priority list for
5 the 2019-2020 school year, that did not count against
6 you, did it?
7 A. It didn't count with you getting off or on.
8 Q. Okay. And so then if you had a school that was
9 priority in the 2019-2020 school year, that, if they
10 had been priority at the very end -- strike that.
11 If you had a school that was priority in the
12 2018-2019 school year, the priority status, number of
13 years it was priority stayed the same for the
14 2019-2020 school year. Correct?
15 A. I think that's correct, yes, but remember now,
16 the year that the recommendation was made, we was
17 going on the three years prior to even '19-20. '19-20
18 data wasn't even in yet. So the score --
19 Q. For the schools that was three or more years
20 priority at the end of the 2018-2019 school year, is
21 it correct that the State did not take over those
22 schools in the 2019-2020 school year?
23 A. The State didn't take any schools, period, in
24 the whole state.
25 Q. Okay.

1 A. So remember now, it's not just being priority.
2 It's priority -- they look at the success and the
3 gains of students. The whole premise for giving
4 additional funding is to employ strategies to close
5 gaps.
6 If you look at the data and the gaps are not
7 closing, the State is saying, We're giving money,
8 strategies. You all are not doing what you said you
9 were going to do in the grants. Therefore, we're
10 going to come and do it. So it's not just being
11 priority school. It's with closing gaps.
12 Q. Did anyone in the State of Tennessee tell you
13 they were taking over Whites Creek?
14 A. No, nobody told me that.
15 Q. Now, I want to show you something that was
16 produced by Metro in this case.
17 A. Okay.
18 Q. We asked -- hang on.
19 A. I need to cancel my appointment.
20 Q. Let me show you this chart. We asked Metro to
21 provide us with a list of the schools that were on
22 priority status.
23 A. Uh-huh.
24 Q. And we asked them to -- let me find this. Hang
25 on.

1 A. Okay. Yes, ma'am.
2 Q. Let me find my Zoom here. It appears to have
3 disappeared.
4 Okay. There you are. Let me share this screen
5 with you.
6 A. Okay.
7 Q. Can you see this Excel spreadsheet?
8 A. I can, yeah. Make it just a little bigger for
9 me if you can, if you can.
10 Q. Make it bigger?
11 A. Uh-huh, if you can, just a little bit.
12 MS. HARBISON: At the bottom right-hand
13 corner, press the plus button.
14 BY MS. STEINER:
15 Q. Now, to begin with, let me go back to the very
16 bottom of the page so we can see if -- it doesn't have
17 a Bates stamp number on it. Let's go to the top of
18 the page. Can you see that, where it says the school
19 and it's got a list of the schools?
20 A. (Nods head.)
21 Q. And it says how long it has been priority?
22 A. Uh-huh.
23 Q. Okay. Can you -- we're going to go down, and do
24 you see how some say priority from 2018?
25 A. Uh-huh.

Case 3:20-cv-01023 Document 140-8 Filed 03/27/22 Page 24 of 74 PageID #: 2811
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com
89..92

1  Q.  Okay.  And do you see where it's got -- let me
2  find Whites Creek.  Do you see Whites Creek?
3  A.  I don't.  I'm looking for it.  Oh, right here,
4  Whites Creek.
5  Q.  Whites Creek High School, and it says it has
6  been priority from 2018.
7  A.  Uh-huh.
8  Q.  Okay.  If Whites Creek High School has been
9  priority from 2018, would you agree that it's not --
10  it was not in the three- to four-year priority status
11  to get rid of the principal?
12  A.  Well, the three-year priority status -- the
13  three years prior to that would have been '18, '17 and
14  '16.  Right?  So when it has from '18, I think they
15  are getting the information saying they have been
16  priority from '18.  Nobody on the list has anything
17  prior to -- I don't see a '17 anywhere on the list.  I
18  was trying to see if I saw it.
19      So I don't think it's going to be a '17
20  anywhere.  They are telling you they are still
21  priority from '18.  They are still priority from '18.
22  Q.  Let me show you another document.  Okay?  We're
23  going to mark this one Exhibit Number 3.
24      Okay.  Excuse me, I believe it's Exhibit
25  Number 2.

1      (Exhibit 2 was marked.)
2  Q.  And here is the one I really wanted to show you
3  last time.  I think I messed up.
4  A.  Okay.
5  Q.  Let me show you this one.
6      Okay.  Can you see this Excel spreadsheet that's
7  got yellow on here?
8  A.  I can.
9  Q.  Okay.  Does this list ones that have been
10  priority from 2014?
11  A.  I see '13 -- yeah, I see -- I think I see a few
12  '13s up there, yeah.
13  Q.  And if you scroll down here, you see quite a few
14  there that say they have been priority from 2014, and
15  then priority is improving.
16  A.  Uh-huh.
17  Q.  Okay.  Do you see that?
18  A.  Uh-huh.
19  Q.  Okay.  Napier, priority from 2014.  Correct?
20  A.  Uh-huh.
21  Q.  Okay.  And then you've got quite a few that have
22  been priority from 2014.  Correct?
23  A.  Uh-huh.
24  Q.  Do you see Whites Creek?
25  A.  Uh-huh.

1  Q.  Okay.  And do you see where that says it's been
2  priority from 2018?
3  A.  Uh-huh, but priority --
4  Q.  Uh-huh.  You see that, priority from 2018?
5  A.  Uh-huh.  What is in this block right here?  I
6  can't see it right there.  J -- what's in J?
7  Q.  What's what?
8  A.  What's in J, cell J?  I just see priority, but I
9  don't see a year.  J under Whites Creek.
10  Q.  2018, new priority calculations.
11  A.  Uh-huh, still priority, uh-huh.
12  Q.  That means in 2018 that Whites Creek, based on
13  the information given to me by Metro Schools, became
14  priority in 2018.  Correct?
15  A.  Not based on the data and the recommendation
16  that I made, and I don't have that data.
17  Q.  Based on what Metro Schools gave me --
18  A.  Okay.
19  Q.  -- it was priority beginning in 2018.
20  A.  Gotcha.  Well, that's not based on the data that
21  I have and had actually from the State, because I even
22  actually have the gaps that were calculated, actually
23  gave -- I actually provided that to the superintendent
24  as well.
25  Q.  Okay.

1  A.  So that it wouldn't be any kind of -- again,
2  this is based on facts and data.  So I clearly have
3  the data that shows where the school was actually --
4  it's ranked last in the district.  It was a potential
5  for State takeover.
6      I did nothing different based on the
7  recommendation that I've done over the last 18 years
8  of working with turnaround schools, wasn't the first
9  principal that I have recommended.  I did nine in
10  Shelby County Schools, and I hired five -- four or
11  five of the nine that was recommended that could not
12  close the gaps because we didn't want to lose the
13  schools.
14  Q.  Dr. Griffin, did you at any point in time tell
15  Dr. Bailey, I'm going to -- you run the risk of
16  getting nonrenewed and losing your job at Metro
17  Schools or getting removed from your job at Metro
18  Schools because of the priority status of your school?
19  A.  I did not.  That wasn't my role to have a
20  conversation -- I didn't have the conversations.  One
21  thing I did not do and have never done is I don't have
22  conversations with principals about their jobs.
23  That's what the executive director does.  So HR --
24  it's an HR --
25  Q.  Did you know that Renita Perry never had a

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 25 of 74  PageID #: 2812
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
93..96

1  conversation with Dr. Bailey to tell him that he
2  was -- stood the risk of losing his job at Metro
3  Schools --
4  **A.   Well --**
5  Q.   -- because of the status of the school?
6  **A.   No, no, because HR can also have that**
7  **conversation as well.  That's what I was saying to**
8  **you.  It's HR --**
9  Q.   Did you know nobody had that conversation with
10 James Bailey?
11 **A.   Nobody had the conversation that he was at risk**
12 **of losing his job?**
13 Q.   Yes.  Nobody told Dr. Bailey that.  The only
14 thing he heard was that he was doing a great job from
15 you.
16 **A.   Right.  The risk of losing his job was not --**
17 **the risk of losing his job was based on the years**
18 **being there and the school didn't improve after**
19 **receiving school improvement grant funds.  So the**
20 **'19-20 data wouldn't have impacted yea or nay.**
21 **Had we known they were not going to count the**
22 **data, had we known it was going to be whatever that**
23 **the State didn't do -- but the decision was made on**
24 **past performance.  That's how districts are taken and**
25 **schools are taken by the State.  It's on past**

1  performance.
2  **He was a principal that had been there for a**
3  **number of years, and all of the data, good or bad, was**
4  **connected to the leadership.  So the data -- the**
5  **decision was based on '18, '17, '16.**
6  Q.   Okay.  So then no part of his job performance
7  for the 2019 to 2020 school year entered into the
8  decision to remove him as principal for Whites -- from
9  Whites Creek.  Correct?
10 **A.   You said no part of his job?**
11 Q.   Yes, the decision was based on the 2018-2019
12 school year.
13 **A.   It wasn't based on one year.  It was based on a**
14 **collective -- a collective performance.  Right?  So --**
15 Q.   Ending in the 2019 school year.  Correct?
16 **A.   Ending in the 2019 school year?  Is that what's**
17 **your question?**
18 Q.   Yes.
19 **A.   The decision was made based on the data and the**
20 **potential for the district to lose Whites Creek to the**
21 **State.  The data, because we did not have any in**
22 **'19-20, we observed -- and I visited the school.  Like**
23 **I said, the school was very -- culture and**
24 **climate-wise, band and all, culture and climate-wise**
25 **was great, but results matter.  The results and the**

1  **data that was tied to Whites Creek was unacceptable.**
2  **It was not -- it was what the State -- an ingredient**
3  **for a State takeover.**
4  Q.   Ms. Griffin, I'm going to ask you a couple of
5  questions here, and I would like yes/no answers.
6  Okay?  There was no State scoring for the 2019-2020
7  school year at Whites Creek.  Correct?
8  **A.   No, there was no score.  Yes, no scoring, yes,**
9  **no scoring.**
10 Q.   Okay.  And so those scores did not enter into
11 any decision to remove Dr. Bailey from Whites Creek.
12 Correct?
13 **A.   Correct, but principals aren't removed for one**
14 **year of data, not in my recommendation.**
15 Q.   Now, he was -- Dr. Bailey was removed based on
16 the data that had occurred up to the previous year,
17 meaning 2018-2019 or 2017-2018 or 2016-2017 school
18 years.  Correct?
19 **A.   The decision was made based on the years of**
20 **leadership from the current sitting principal for lack**
21 **of success at the school.  Whatever those years**
22 **were -- because I don't have it in front of me.  So I**
23 **don't want to call years.**
24 **I like to be factual, which I have provided the**
25 **documentation to the district.  It was based on the**

1  **data, nothing to do with the principal's personality,**
2  **the culture.  It was based on the data and the**
3  **school's lack of progression even though millions of**
4  **dollars was pumped into the school.  So, I mean,**
5  **that's just a fact.**
6  Q.   Dr. Griffin, my question is a little bit more
7  specific, because I think this is what you are trying
8  to say.  I just want to make sure it's here on the
9  record.  Okay?
10 The documentation that you used to justify
11 nonrenewing Dr. Bailey was documentation that had
12 accumulated before the 2019-2020 school year because
13 there were no scores in the 2019-2020 school year.
14 Correct?
15 **A.   Yes, because the State uses previous -- they**
16 **wasn't going to use '19-20 to take the school.**
17 Q.   Now, let me stop -- let me ask you a question.
18 You said you provided documentation to support your
19 decisions --
20 **A.   Yes, I did.**
21 Q.   And who did you send it to?
22 **A.   Dr. Battle, because --**
23 Q.   And did you send it by email?
24 **A.   I may have given it to her in a one on one.  We**
25 **met weekly.  Every week we met.**

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 26 of 74 PageID #: 2813    97..100
**Elite-Brentwood Reporting Services**   (615) 595-0073
**www.EliteReportingServices.com**

1  Q.   So you may not have any documentation to support
2  this.  You may have just told her orally?
3  A.   No, I provided a one pager.
4  Q.   And what did that one pager state on it?
5  A.   It documented the data to support what I had
6  observed and seen as it relates to the data.
7  Q.   And when did you provide this to Dr. Battle?
8  A.   It was during a one on one -- I'm not sure of
9  the date when Dr. Bailey found out, because it was
10 HR -- again, HR, I think, contacted him.  So it had to
11 have been maybe in May maybe, late April, May.
12 Q.   Would you agree that -- so you had a one on one
13 with Dr. Battle about coach -- Dr. Bailey.  Is that
14 correct?
15 A.   About all schools.  We checked in weekly.  When
16 we talked about the schools --
17 Q.   Were you aware of a nonrenewal list that was
18 kept at Metro Schools that would list the principals
19 and the teachers who were in danger of being
20 nonrenewed?
21 A.   No, I did not get that.
22 Q.   Did you know that one such list was kept at
23 Metro Schools up until the 2019-20 school year?
24 A.   Did not, no.
25 Q.   Did you know Dr. Bailey was never on that list?

1  A.   I don't know about a list.  So I don't know that
2  he was on it.  I did not see a list.
3  Q.   Did you know Dr. Battle had made statements to
4  the staff that her brother was fired because of Pippa
5  Meriwether, Dr. Bailey, --
6  A.   No.
7  Q.   -- Shawn Joseph, and Sara Portillo?
8  A.   No.
9  Q.   Did you know that HR had been told that
10 Dr. Bailey feared retaliation from Dr. Battle?
11 A.   No.
12 Q.   If someone who reports to you ultimately had
13 reported to HR that they were petrified their job was
14 going to be lost because Dr. Battle had taken over
15 Metro Schools, should that have been brought to your
16 attention?
17 A.   At least to the executive director, because,
18 again, I did not support principals directly.  My role
19 was to supervise the executive director.  So I would
20 think the executive director had that been brought
21 would have shared that with me.
22 Q.   Did anyone to your knowledge put in place any
23 safeguards to protect Dr. Bailey from retaliation?
24 A.   I didn't know he was any threat.  So that's a
25 no.  I didn't know there was a threat.  I don't know

1  anything about this that happened.  So, no.
2  Q.   Did anyone ask you at any point in time while
3  you were at Metro Schools why exactly of all of the
4  principals there did you remove the one who had
5  renewed Dr. Battles' brother?
6  A.   No.
7  Q.   Would you agree that it is illegal to nonrenew
8  Dr. Bailey because he had to report both the illegal
9  beating up of a parent, the misuse of funds, and he
10 had to discipline Coach Battle?
11 A.   You said would I agree that it's --
12 Q.   Illegal.
13 A.   Oh, yes, it's illegal to use that to retal --
14 yes, I would agree that.
15 Q.   Did you know that after Dr. Bailey was
16 nonrenewed that Coach Battle requested to be brought
17 back at Metro Schools?
18 A.   No, I did not know that, no.
19 Q.   Did you have any conversations at all -- what
20 did Adrienne Battle state to you when you were having
21 the conversations about coach -- Dr. Bailey?
22 A.   The conversation about Dr. Bailey and his data?
23 Q.   About nonrenewing him.  Let me stop a second.
24      What exactly happened to Dr. Bailey?  Why is he
25 no longer at Metro Schools?

1  A.   Well, I'm going to share with you what I shared
2  with the conversation -- I'm going to go back to your
3  first question with Dr. Battle.
4      It was my role and part of my job description to
5  ensure that Metro Nashville Schools maintains full
6  control of all of their schools.  We lose no schools
7  to the State, something I'm very proud of as a
8  superintendent, a regional superintendent.  The State
9  has never taken a school under my leadership.
10     With that being said, I watched not only Whites
11 Creek but there are a couple other schools that I
12 brought to the table that in the '20-21 school year
13 was going to have the same potential consequences.
14 However, some of those principals or leaders are no
15 longer at the schools.
16     So the conversation was never about a person.
17 The conversation was about our students and the
18 remaining in full control under Metro, not the State,
19 not even talking about the leader.  We're going to
20 lose this school.  This is the data.  This is what the
21 data says.  In my experience and what has happened
22 over the years is we're going to lose this school if
23 we don't do something quickly.
24     So it was never about a person.  Now, I was
25 never told about retaliation.  I don't know anything

Case 3:20-cv-01023  Document 149-8  Filed 05/27/22  Page 27 of 74  PageID #: 2814
Elite Brentwood Reporting Services (615) 595-0073   101..104
www.EliteReportingServices.com

1  about that. I kept the focus on the data, the schools
2  and what I know to be real and true that the State has
3  done and will do if no action is taken by a district
4  and students are still not performing or the school is
5  not being successful as it relates to the benchmark of
6  what the State has identified. So it wasn't about the
7  a person. It was about the students and the success
8  of the school.
9  Q. Dr. Griffin, what happened to Dr. Bailey at
10 Metro Schools? What happened to his job?
11 **A. Dr. Bailey -- Dr. Bailey was from my**
12 **understanding -- and the HR decision was made based on**
13 **the recommendation that the data from the years of**
14 **leadership from the principal was not favorable, and**
15 **the gaps were not closing. The school was at risk of**
16 **potential takeover.**
17 **Principals are the lead coaches at their**
18 **schools. The same thing that would happen to a coach**
19 **of a major team that people are pumping money into and**
20 **you are not successful is the same thing that will**
21 **happen to any of us if we're not successful in our**
22 **jobs, especially the SOI. I don't know about Metro**
23 **and any other place. I'm talking about schools of**
24 **innovation.**
25 Q. Let me try again. Let me try this question

1  again. Okay? What happened to Dr. Bailey's job at
2  Metro Schools? Why is he no longer there?
3  **A. He is no longer there because under his**
4  **leadership the school and the gaps did not close, and**
5  **the school --**
6  Q. Was Dr. Bailey --
7  **A. And the school was at risk of State takeover.**
8  Q. My question is -- I hate stopping you here, but
9  you are off on a tangent here. Was Dr. Bailey fired?
10 **A. Well, when you are fired, I think you don't have**
11 **an opportunity to have a job. Dr. Bailey had the**
12 **opportunity to apply for other roles within the**
13 **district. So I will not say fired, no.**
14 Q. Okay. And if he did not apply for other jobs,
15 was he fired?
16 **A. That's a choice. You not applying for another**
17 **job is not fired. That's not fired.**
18 Q. So if Dr. Bailey did not apply for any other
19 jobs come June 30th, he did not have a job at Metro
20 Schools. Correct?
21 **A. If he did not apply. That was a self-selected**
22 **removal, though. If you did not apply, then you can't**
23 **say I don't have a job if you did not apply.**
24 Q. So that's the same thing as somebody that
25 doesn't work for Metro Schools. They have the right

1  to apply at Metro Schools. Correct?
2  **A. They do.**
3  Q. Okay. And if they don't apply, then that's just
4  their fault. They just didn't apply.
5  **A. You made a conscious choice -- I ain't going to**
6  **say your fault. You made a choice, because I hate to**
7  **say fault. You made a conscious choice not to apply**
8  **for a job, and what comes with that is you don't have**
9  **a job.**
10 Q. Okay. Did you know -- I can't think of the name
11 right now. Dr. Bailey was not transferred. Correct?
12 **A. Transferred?**
13 Q. Yes.
14 **A. No, not that I know of. Remember, my role, I**
15 **can't hire anybody. I can't fire anybody. All I can**
16 **do is make a recommendation to both. If someone**
17 **chooses to be transferred, that's HR. As a chief of**
18 **innovation, I can't hire or fire. Not a principal. I**
19 **can only make a recommendation.**
20 Q. Okay. Did you recommend that Dr. Bailey be
21 transferred into any other position?
22 **A. I cannot -- no, I did not.**
23 Q. Okay. Now, did you know that Dr. Battle
24 testified that she made the decision to nonrenew
25 Dr. Bailey based on performance? Did you know that?

1  **A. I don't -- how would I have known that?**
2  Q. Well, was that a true statement that Dr. Battle
3  nonrenewed Dr. Bailey based on job performance?
4  **A. Well, I would say yes to that because if you**
5  **look at the performance over the years under the**
6  **leadership of the principal, then that's what the**
7  **decision was made on. I don't know anything about the**
8  **person.**
9  **Again, the performance of the school under the**
10 **leadership of the principal is the recommendation that**
11 **was made.**
12 Q. Okay. This priority school list that we've got
13 up on the board, can we mark that Exhibit Number 3 for
14 the court reporter.
15 **A. Okay.**
16        (Exhibit 3 was marked.)
17        MS. HARBISON: When you get to a stopping
18 point, can we take a quick break?
19        MS. STEINER: Yes, we can.
20 BY MS. STEINER:
21 Q. Dr. Griffin, were you hired by Dr. Battle?
22 **A. I was hired by Dr. Battle.**
23        MS. STEINER: That's all. You want to take
24 a break?
25        THE REPORTER: The witness was wanting to

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 28 of 74 PageID #: 2815
Elite Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com
105..108

1  take a break, too.
2      MS. STEINER:  We'll take about a ten-minute
3  break.
4          (Short break.)
5  BY MS. STEINER:
6  Q.  Now, are you ready?
7  A.  (Indicating thumbs up.)
8  Q.  Dr. Griffin, did you talk at all to Brook Fox?
9  A.  To who?
10  Q.  Brook Fox.
11  A.  No, I don't know who that is.
12  Q.  Okay.  Now, before you got to Metro Schools, did
13  you know whether or not a Ms. Coons handled the
14  priority schools?
15  A.  She did, and I did, uh-huh.  Lisa Coons handled
16  priority schools, that's correct.
17  Q.  And she was the associate superintendent.  Is
18  that correct?
19  A.  Now, I'm not sure of her role, but she supported
20  the priority schools, very similar to what I'm doing.
21  So I don't know what her title was.
22  Q.  Okay.  And tell me again the year that you got
23  at Metro Schools.
24  A.  I came July 1, 2019.
25  Q.  Okay.  And so for the 2018 to 2019 school year,

1  Ms. Coons had the priority schools reporting to her?
2  A.  I don't know.  I don't know if it was only
3  during that finite time, but I do know during all of
4  the previous grants that I had to review, she was the
5  person supporting them the year prior to me arriving.
6  So I don't know how long she was there.
7  Q.  And for the 2017-2018 school year, did you know
8  whether or not Ms. Coons was there, too?
9  A.  I don't, uh-uh.
10  Q.  Now, if Pippa Meriwether -- she was an associate
11  superintendent.  Correct?
12  A.  Yes.
13  Q.  Okay.  If Pippa Meriwether were to testify that
14  for the 2017-2018 school year Ms. Coons handled
15  priority schools, would you differ?
16  A.  I cannot agree or -- I mean, I don't know.  So I
17  mean, Pippa has extensive historical knowledge of
18  Metro.  So I can't say that.
19  Q.  Would you agree that Dr. Meriwether did not
20  handle priority schools?
21  A.  For '17-18 or '18-19?
22  Q.  Either one of those two years.  She does not
23  have priority schools reporting to her.  She never
24  did.
25  A.  I don't know that.  '18-19, all of the

1  signatures that I observed was a Dr. Lisa, L-I-S-A,
2  Coons, C-O-O-N-S.
3  Q.  And did you see anything for the 2017-2018
4  school year, any documentation?
5  A.  I don't know -- recall seeing signatures or any
6  documentation.
7  Q.  Okay.  And would that be -- for the 2018-2019
8  documents that you observed that had Ms. Coons'
9  signature on there, would that be the scores for the
10  school?
11  A.  We don't sign off on scores.  All State
12  reporting and testing comes directly from the State.
13  So we don't sign off on scores.  That directly comes
14  from TDOE, Tennessee Department of Ed.
15  Q.  So what were the documents that you were seeing
16  that Ms. Coons had signed off on?
17  A.  When we submit grants, we have to have our
18  signature along with the director of schools'
19  signature submitted to the State saying that the
20  information submitted has been properly reviewed and
21  we're all aware of what's inside of the documents.
22  Q.  Okay.  Now, if Dr. Pippa Meri -- do you know
23  whether Dr. Pippa Meri was the associate
24  superintendent over Whites Creek for the 2017-2018
25  school year?

1  A.  Did you say did I know that?
2  Q.  Yes.
3  A.  I want to say Executive Director Perry because,
4  of course, we keep data based on evaluations, and
5  Executive Director Perry may have shared that she
6  supported the school or did the evaluation.
7  Q.  For the 2017-2018 school year?
8  A.  I think so.  I'm not -- yeah, I think so.
9  Q.  Okay.  And did you know that Dr. Meriwether did
10  not handle priority schools for the 2017-2018 school
11  year?
12  A.  I did not know -- like I said, I know '18-19,
13  because that's what I reviewed and was responsible for
14  ensuring that we executed for '19-20 for the grant
15  year.  So I'm not -- no, I'm not aware of that --
16  Q.  Are you telling me that you do not know which
17  schools were priority for the 2017-2018 school year?
18  A.  I know the schools.  You asked me who was the
19  person that supported them.  From my understanding,
20  there was a lot of movement, you know, with the change
21  of the superintendent and all of that prior to me
22  getting there.  I know the data.  The State reports
23  the data.  That's public knowledge.  You can go
24  online, get the data and not even be a part of Metro.
25      But when you say a person responsible, I am not

Case 3:20-cv-01023-Document 149-8 Filed 03/27/22 Page 29 of 74 PageID #: 2816  109..112
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  clear on who supported '17-18.  I know that Lisa Coons
2  signed documents for '18 because I had to go back and
3  ensure that everything was implemented that was said
4  to be implemented from the '18 school year in '19.  So
5  I know the data.  I don't know who supported it.
6  Q.   Okay.  Did you know that Dr. Pippa Meriwether
7  was associate superintendent over Whites Creek for the
8  2017 to 2018 school year and that it was not a
9  priority school?
10 A.   No.
11 Q.   If Dr. Meriwether testifies she was the
12 associate superintendent in charge of Whites Creek
13 from the 2017 to 2018 school year and it was not a
14 priority school, would you differ from that?  Would
15 you contest that?
16 A.   I would have to say I don't know that for sure.
17 So my answer would be I don't know for sure who
18 supported Whites Creek --
19 Q.   Does the State of Tennessee keep track of the
20 schools that are priority and not priority and list
21 them online?
22 A.   They do keep track of the schools that are
23 priority.
24 Q.   Well, let's pull up the 2017-2018 school year,
25 and I want to discuss this with you, and I think

1  Ms. Harbison has this.  She is going to share it with
2  us.
3  A.   Okay.
4        MS. STEINER:  What do I need to do here?
5        MS. HARBISON:  Ann, if you could just make
6  me the host or share host with me, I can share my
7  screen.
8        Ann, I think I shared my screen if y'all can see
9  it.
10       MS. STEINER:  Yes.
11       MS. HARBISON:  And I'm going to scroll to
12 the top, and you just let me know where you want me to
13 go and I will.
14       MS. STEINER:  Okay.  Can you go to the 2017
15 school year?  That's which schools were the priority
16 schools for that year.
17       MS. HARBISON:  Yes.  So when you click on
18 each drop-down menu, you have to look at each
19 drop-down menu individually.  So I'll go through each
20 one.
21       So these are the reward schools, and it's by
22 county, just I'm pointing to Davidson County, and,
23 Dr. Griffin, you just let me know when you're ready
24 for me to keep scrolling.
25 A.   Uh-huh, I'm ready.

1  BY MS. STEINER:
2  Q.   And, Dr. Griffin, do you see these schools that
3  are listed in Davidson County?
4  A.   Uh-huh.
5  Q.   Are these the -- what were these --
6  A.   Reward.  You can look at the far right column.
7  It tells you.
8  Q.   Okay.
9        MS. STEINER:  And, Ms. Harbison, could you
10 go to the priority schools?
11       MS. HARBISON:  Yes.  So this is priority
12 exit for the record is what I'm clicking on.
13       THE WITNESS:  Uh-huh.
14 BY MS. STEINER:
15 Q.   And what does that mean, Dr. Griffin, "priority
16 exit"?
17 A.   They exited receiving support as a priority
18 school.  You can make double-digit gains in one year
19 or be in the 15th percentile.  Enough double-digit
20 gains can mean -- priority exit means you are no
21 longer on the priority school list or eligible for
22 those school improvement grant dollars, or you can be
23 in the 15th percentile, which is great as long as you
24 can sustain that.
25       Remember, priority is bottom 5 percent.  So if

1  you move to the 15th percentile, they consider that as
2  improvement.
3        MS. HARBISON:  For the record, I'm clicking
4  on priority improving.
5  BY MS. STEINER:
6  Q.   And, Dr. Griffin, priority improving, that shows
7  two schools in Davidson County.  Correct?
8  A.   Uh-huh, yeah, Inglewood, uh-huh.
9        MS. STEINER:  And then is there another
10 list?
11       MS. HARBISON:  There is focus exit and focus
12 improving if you would like for me to click on either
13 of those.
14       MS. STEINER:  Yes.
15       THE WITNESS:  I don't see none in Davidson.
16 BY MS. STEINER:
17 Q.   You can also click on focus improving, and is it
18 fair that in focus improving and focus exiting Whites
19 Creek is not listed?
20 A.   I don't see it.
21       MS. HARBISON:  And that is the only data for
22 2017 provided on the TDOE, Tennessee Department of
23 Education, website.
24       THE WITNESS:  Uh-huh.
25       MS. STEINER:  Okay.

Case 3:20-cv-01023  Document 149-8  Filed 03/27/23  Page 30 of 74 PageID #: 2817     113..116
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com

BY MS. STEINER:

Q.   So, Dr. Griffin, would you agree that the Tennessee Department of Education website does not show Whites Creek as a priority school for the year?

A.   **Where are the priority schools?  I didn't see you click on priority schools.  I see priority exit. I don't see a list of the priority schools.  I see who exited.  I see reward.  I see priority and who is on there that improved.**

**Focus means one of the subgroups and gaps are closing.  If you exit focus improving means those subgroups are improving.  Where is the priority school list for 2017?**

MS. HARBISON:  So can we go off the record just for a second?

MS. STEINER:  Yes.

(Off the record.)

BY MS. STEINER:

Q.   Dr. Griffin?

A.   **Yes, ma'am.**

Q.   Back on the record.

Dr. Griffin, did you know why -- can you tell me the exact data Whites Creek went on priority status?

A.   **Without the records in front of me, I cannot.**

Q.   Okay.

A.   **I have since retired.  I don't have that in front of me.**

Q.   And if -- I think I have asked you this.  I'm going to ask you this one more time and then move on to a different subject.  If Dr. Meriwether were to testify that she was the associate superintendent over Whites Creek for the 2017 to 2018 school year and it was not in priority status, would you have any reason to differ from that?

A.   **I don't know, like I said.**

Q.   Okay.

A.   **They -- when I came in 2019, they were part of our supported priority schools in looking at the data.**

Q.   And you did not know how long they had been a priority school before you got there.  Correct?

A.   **Without the data in front of me.  You have to have been a priority -- if you are receiving school improvement grant dollars, you are a priority school. They don't give funding if you haven't been dinged or identified as a priority school.  We provide --**

Q.   Dr. Griffin, you have no idea how long they were on priority status before you got there.  Correct?

A.   **Without the data in front of me.  Now, I'm not going to let you say I don't have no idea, because I am retired, got this subpoena or whatever last week.**

**So without my data in front of me, I don't want to say I didn't have an idea, because the first thing I do is look at who and what I'm going to support and what would that support look like.**

Q.   Now, did you know that Whites Creek did not have any math teachers except for one for the 2017 to 2018 school year?

A.   **I wasn't here in '17-18, but even if there is no math teacher in the school, as the school leader, it is my responsibility to ensure students are taught. If someone on your leadership team, if someone is a librarian, a counselor, a math endorsement, we have to do everything we can as school leaders to ensure that our students are taught by a certified math teacher, and if that is the case, I should be making noise at every board member -- I mean board meeting that I don't have one.  I was a principal.  I did it.**

Q.   Did you know that Whites Creek only had one math teacher and had five vacancies for the 20 -- in math for the 2017-2018 school year?

A.   **I did not know that.**

Q.   Would you agree that it is hard for children to pass their scores -- pass the testing if they don't have a math teacher?

A.   **I do.  Any teacher, not just math, yes.**

Q.   Did you know that many of the kids at Whites Creek didn't even know how to use computers and the testing was done by computers?

A.   **Uh-huh, that's a common issue in priority schools.  That's a common challenge.**

Q.   Did you know -- did you know -- let me show you this.  I'm going to share a screen with you now again. I want to show you something.  Let me see if I can get it here.

Okay.  Can you see this document that's got the yellow, it's got red on here, it's got -- says, School Accountability Status?  Can you see that?

A.   **Yes, I can see it.**

Q.   Do you see where it has the schools that I believe are the schools that are in priority status from about 2012 through the present date at Metro Schools?

A.   **Yeah, I can see that.**

Q.   And I want you to know that this is a document that was provided by the defendant to the plaintiffs in this case.

A.   **Okay.**

Q.   Okay.  I want to ask you about this.  Do you see Antioch Middle School?  Right here it says it's

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 31 of 74 PageID #: 2818    117..120
Elite Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com

1  priority?
2  **A.  I do.**
3  Q.  Do you know when Antioch became priority?
4  **A.  I don't know without my data in front of me.**
5  Q.  Do you see where this list indicates that it
6  became priority in 2018?
7  **A.  '18, I see it on there.**
8  Q.  And do you see some of these schools -- it says
9  it's priority from 2012, like Bailey Middle School,
10  Brick Church Middle School, Buena Vista Elementary
11  Middle School?
12  **A.  Uh-huh.**
13  Q.  I assume that's what ES stands for.  Correct?
14  **A.  ES, elementary, yes, looking at this document.**
15  Q.  Was it your knowledge that these schools,
16  Gra-Mar Middle School, were priority from 2012?
17  **A.  I'm sure I looked at the lists in my documents**
18  **to see how long they have been in priority, but,**
19  **again, the school being on priority and the person**
20  **leading the school that took it into priority is also**
21  **a discussion and what the State uses as a deciding**
22  **factor, even though a school may have been on the**
23  **priority list for ten years, from 2012 to 2022, which**
24  **is highly unlikely without some kind of intervention,**
25  **you also look at the number of years even if the**

1  **school is not priority.**
2  **If the school goes into priority in 2018 and**
3  **I've been the principal there since 2014, I took it**
4  **into priority.  And so the State looks at what has**
5  **happened to the school that there is a school leader**
6  **and the school has gone into priority.**
7  **So we're not just talking about schools being in**
8  **priority.  We're talking about how long has a leader**
9  **been at a school that's in priority and was a leader**
10  **there when a school went into priority, or are they**
11  **still there while the school is in priority.**
12  **So I think you really have to understand and**
13  **know how the data is calculated and the role that the**
14  **State plays with ensuring that every student gets the**
15  **necessary support with a school leader that can**
16  **provide that according to the data.  I'm not saying**
17  **that a school leader can't, but if the data reflects**
18  **that you have been there, then --**
19  Q.  All of these schools that were in priority when
20  you were there, you were the --
21  **A.  Chief of innovation for 2018-19, yes.**
22  Q.  Were you the chief of innovation over Antioch
23  Middle School?
24  **A.  Antioch Middle School, yes.**
25  Q.  Okay.  And let's look at Antioch Middle School.

1  From this list, do you see Antioch that's on Line 6?
2  **A.  I can -- can you make it a little bigger for me,**
3  **Ms. Steiner, a little bit bigger?  I can see it, but**
4  **it's awfully small from the way we're looking.**
5  **Okay, that's better.  Line 6.  I see just --**
6  Q.  Do you see Whites Creek?  And do you see where
7  Whites Creek here on this list, too, is listed as
8  going into priority under Line I, which means --
9  **A.  What year?**
10  Q.  2018.
11  **A.  2018.  But let me say to you what I said to you**
12  **previously.  A school being in priority, yes, what**
13  **we're talking about, but when the school went into**
14  **priority, was the same principal there.  The State**
15  **looks at the school is in priority, how long has the**
16  **principal been there?  Did the school go into priority**
17  **while the principal was there, or, I mean, I think we**
18  **can't just say Whites Creek didn't become a priority**
19  **until 2018.  How long was the principal there when it**
20  **went into priority?  All of that is taken into**
21  **account.**
22  Q.  Dr. Griffin, the same procedure follows whether
23  it's middle school, grade school, elementary
24  school, --
25  **A.  It does.**

1  Q.  -- or high school?
2  **A.  It does.**
3  Q.  So look at Antioch Middle.  Antioch, it's on
4  Line 6.  You see that?
5  **A.  Uh-huh.**
6  Q.  Okay.  Let's scroll across here.  Do you see
7  Line 6?  It became priority at the same time as Whites
8  Creek in 2018.  Do you see that?
9  **A.  Yes, I do.**
10  Q.  Okay.  And it's priority from 2018 and 2019.
11  2020, no test administered.  Let's look at the
12  principal.
13  **A.  Okay.**
14  Q.  Cecelia Conley, 2015.
15  **A.  Okay.**
16  Q.  Correct?  Cecelia Conley, 2016.
17  **A.  Uh-huh.**
18  Q.  Cecelia Conley, 2017.  Cecelia Conley, 2018.
19  **A.  Uh-huh.**
20  Q.  And Cecelia Conley, 2019.  Do you see that?
21  **A.  Uh-huh.**
22  Q.  Okay.  And did you see she is not there in 2020?
23  **A.  I do see that on your chart.  I do.**
24  Q.  Okay.  And so she was on -- she was principal of
25  a priority school for three years.  Correct?

Case 3:20-cv-01023  Document 140-8  Filed 03/27/23  Page 32 of 74 PageID #: 2819    121..124
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com

1  A.  According to this chart.  Now, she was principal
2  for me one year, 2019.
3  Q.  Okay.  Same thing, Dr. Bailey was principal for
4  you for one year, 2019.  Correct?
5  A.  Correct.  So I'm trying to hear your connection
6  here.
7  Q.  So what happened to Ms. Conley in the 2020 year?
8  Did she lose her job, too?
9  A.  I'm not sure -- oh, she became an executive
10  director.
11  Q.  She was promoted?
12  A.  I don't know if you call it a promotion, because
13  I didn't hire her or promote her, but --
14  Q.  So she became an executive director, and you
15  don't know whether or not that was a promotion?
16  A.  Well, that was -- she was no longer a building
17  principal.  She became an executive director.
18  Q.  And is that lower or higher than principal
19  position?
20  A.  It's a principal supervisor.
21  Q.  Okay.  So it's a higher position, isn't it?
22  A.  Uh-huh.  It's a higher -- it's a principal
23  supervisor.
24  Q.  Okay.  And who made the decision -- you were on
25  the scoring for those interviews.  Can you tell me who

1  made the decision to promote Cecelia Conley from being
2  a principal of a priority school to being an executive
3  director?
4  A.  Well, the process for all executive directors
5  was to interview.  Those of us who interviewed scored
6  and we hit send to the HR team.  So those people
7  selected was decided after the scores were calculated.
8  So I was not in the room to select anybody except my
9  three people that I was responsible for.
10  Q.  Can you tell me whether or not you went to
11  Cecelia Conley and told her she was losing her job at
12  Metro Schools because she's in a priority school role?
13  A.  I did not.
14  Q.  Do you know whether or not Chris Barnes did
15  that?
16  A.  I don't know.
17  Q.  Can you tell me any reason why Ms. Conley was
18  told -- was not told she was losing her job because
19  she was a principal of a priority school for over
20  three years?
21  A.  Again, being a principal at a priority school
22  for over three years does not cause you to lose your
23  job.  When you look at the data, being a principal at
24  a school has to do with the success or the closing of
25  gaps of student achievement.

1  If students are not being successful and you are
2  not closing gaps, then you are a potential candidate
3  to lose your job for State takeover.
4  Whites Creek was -- as we originally I thought
5  we was talking about -- was ranked last in the entire
6  district.  You can look at the rankings.  Principal
7  had been there over three years --
8  Q.  Wasn't Antioch -- had Antioch Middle School been
9  a priority school for over three years?
10  A.  I don't have the data in front of me, but even
11  if they were not a priority school for three years, if
12  the principal has been there three or more years, you
13  are a potential candidate for State takeover if you
14  have been there three or more years.
15  Q.  Okay.  Assuming that this document that Metro
16  see us is accurate, can you see where Antioch Middle
17  School was priority 2018, 2019 --
18  A.  Uh-huh.
19  Q.  Okay.  Is it because that it was only priority
20  for the 2018-2019 school year that Ms. Conley was not
21  let go?
22  A.  But your length of time as a priority school is
23  not the only factor.  Has the school made gains?  Has
24  the school been successful?  Are gaps being closed?
25  Yes, if a principal has been at a school three

1  or more years and it was priority one year, then you
2  have a risk of being reassigned, let go, whatever is
3  deemed as a decision for no longer being the principal
4  at the school.  It's up to you to apply for whatever
5  it is that you want to apply for.
6  I'm saying that to say -- I want to make it
7  clear and on the record -- being a priority school
8  does not mean you are going to lose your job for three
9  years.  Being at a priority school and the school is
10  not making gains, the school is not being successful,
11  the school's ranking is last in the district, all of
12  these factors are things that the State is looking at
13  when they make a decision on if they take a school or
14  not.  It's not just because it's been there for three
15  or more years.
16  Q.  So now, Dr. Griffin, let me correct you then.
17  It seems like to me earlier you testified that you
18  look to see whether or not a school had been priority
19  for more than three years, and it sounds like now
20  you're saying it doesn't matter.  You may be priority
21  less than three years.  Is that what you are saying?
22  A.  What I'm saying to you is any school that
23  started with me on 2019-20, I was a chief of
24  innovation, which means I was responsible for
25  supporting any school that was in priority status.

Case 3:20-cv-01023 Document 149-8 Filed 03/27/23 Page 33 of 74 PageID #: 2820
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com
125..128

1    So I know for a fact without -- I've been
2 retired since January 7.  I don't have documents in
3 front of me.  I don't even have access to an old email
4 when I was at MNPS.
5    So starting July 1 of 2019, every school that I
6 supported was in priority status.  So I know July 1 of
7 2019, because I had support -- I was supporting the
8 school.  Whatever -- I don't know what they were in
9 '17-18, but I supported them in 2019.
10    What I'm saying to you is if a school is in
11 priority status, if a school's principal has been at
12 the school three or more years and the school is
13 regressing, you are at risk of not being the principal
14 at that school.  That's just a fact.  You are at risk.
15    And I'd rather for Metro to do an intervention
16 than the State to take the school because when the
17 State takes the school, they have a right to make it a
18 charter school or whatever else they deem, and those
19 are resources that are pulled from the district.
20 Q.   Okay.
21 A.   So let me be clear on that.
22 Q.   Dr. Griffin, excuse me.  Sometimes your image is
23 freezing up.  So I don't know when you stop speaking
24 and when you haven't.  So just kind of -- if I
25 interrupt you, let me know, and I apologize for that.

1    Okay.  Now, earlier you testified that the State
2 will take you over if you are in priority status more
3 than three years and you have the same principal.
4 Correct?
5 A.   Without the school being successful.  If you
6 have been the principal at a school for three or more
7 years and you are not closing gaps, you can't -- you
8 are at risk.  I'm not going to say they are going to
9 take the school, but you are at risk.
10 Q.   Dr. Griffin, Dr. Griffin, okay, you testified
11 that you need to be in priority status for more than
12 three years -- it's one of the factors -- more than
13 three years with the same principal, correct, before
14 the State will take you over?
15 A.   Let me say this to you.
16 Q.   Is that not true?
17 A.   Okay.  So let me say this.  If you are --
18 Q.   Is that true, Dr. Griffin, or is that not true?
19 A.   The truth is if you have been the principal at
20 that school -- because the State is going to look at
21 is the school being successful with this school
22 leader.  If the school is not being successful with
23 the school leader, you are not -- you are at risk of
24 the school being taken over and the principal has been
25 there for three years.

1    So it's not just priority status.  It's also if
2 the principal has been there and not being successful.
3 Q.   Dr. Griffin, Dr. Griffin, --
4 A.   Yes.
5 Q.   -- my question to you is very simple.
6 A.   Okay.
7 Q.   Very simple.  And I would like a yes/no
8 response.
9 A.   It doesn't require a yes/no response.
10 Q.   This does.
11 A.   Okay.  Well, let me hear your question.
12 Q.   Earlier you testified under oath that the State
13 looks at whether or not a school has been in priority
14 status for three or more years --
15 A.   Okay.
16 Q.   -- with the same principal.
17 A.   Okay.
18 Q.   Is that true?
19 A.   Okay.  Let me explain to you --
20 Q.   Is that true?
21 A.   Even if a school -- let me explain to you --
22    (Simultaneous discussion.)
23    THE REPORTER:  I can't get both of y'all
24 talking at the same time, and it's hanging up for some
25 reason, so y'all are going to have to just wait.

1    THE WITNESS:  Okay.
2    THE REPORTER:  Sorry.
3    Okay, go.
4 A.   Okay, let me explain to you how data -- because,
5 see, you can't just look at this chart and think you
6 understand data.
7    When you look at data at a school, if a school
8 is in priority status, one year -- let me just start
9 with one year, and then we'll go on to three.  If they
10 are in priority status for one year, one year, but the
11 principal has been at that school three, four, five
12 years, and they just made it on the list 2018 and you
13 have been there since 2014, then what the State looks
14 at is what has this principal been doing, done, what
15 supports have been put in place, and they still move
16 to priority status.
17    So if you have been at a school and your school
18 goes into priority status, whether they was priority
19 or not for three years, then you are at risk of State
20 takeover.  You have been at the school more than three
21 years.  That's the magic number here, three.  Data is
22 run every three years at the State, and that's how
23 they make decisions, every three years.
24    Now, being at priority status for three years
25 with the same principal and no improvement, yeah, you

Case 3:20-cv-01023   Document 149-8   Filed 03/27/22   Page 34 of 74 PageID #: 2821   129..132
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com

1  are at risk of State takeover.
2  BY MS. STEINER:
3  Q.  Now --
4  A.  Without my list in front of me -- I don't have a
5  list in front of me.  I'm retired.  I retired happily
6  January 7th.  So I don't have a list in front of me.
7  So I'm looking at your data, and I'm telling you what
8  I know and what I lived for the last 15 years is if a
9  school moves in priority status and you've been a
10  principal there five years, whether they are on there
11  one year or not, you are the principal that moved them
12  into priority status, and the State looks at that as a
13  deciding factor.  Yes, they do.  Who's the principal?
14  How long the principal been there?
15        (Simultaneous discussion.)
16  BY MS. STEINER:
17  Q.  Let's look at some of these other schools.
18  A.  Okay.  We can look at them.
19  Q.  Let's look at Brick Church Middle School.
20  A.  Brick Church has already been taken over by the
21  State.  That's why.  They've been taken over already
22  by the State.  That's a State school.  Brick Church is
23  a State school.
24  Q.  Hang on a second.  Let's look at --
25  A.  Neely's Bend taken over by the State.  So the

1  State will take schools.
2  Q.  Okay.  So Neely's Bend was taken over, and what
3  else has been taken over?
4  A.  Brick Church.
5  Q.  Okay.
6        THE REPORTER:  Are you going to make this an
7  exhibit?  Are you going to make this an exhibit?
8        MS. STEINER:  Yes.
9        THE REPORTER:  Okay, thank you, because all
10  these names, I don't know them.
11  BY MS. STEINER:
12  Q.  Let me ask you this.  Okay.  Do you see
13  McKissack?
14  A.  McKissack, uh-huh.
15  Q.  Line 8.  Has that been taken over by the State?
16  A.  It has not.  And McKissack was a school in
17  conversation.
18  Q.  Based on this list, it's been priority since
19  2018.  Correct?  Do you see that?
20  A.  I do see that, uh-huh.
21  Q.  And do you see where Darren Kennedy was the
22  principal in 2015?
23  A.  At what school?  Okay.
24  Q.  McKissack.
25  A.  I do see that.

1  Q.  Do you know who Darren Kennedy is by any chance?
2  A.  I don't.
3  Q.  Do you see in 2016, 2017, 2018 Thomas Chappelle
4  was the principal?
5  A.  Uh-huh.
6  Q.  Okay.  And it went into, by this chart, priority
7  status --
8        (Zoom malfunction.)
9  Q.  It went into priority status in 2018, McKissack,
10  correct, from this chart?  And Thomas Chappelle
11  continued to be the principal through the end of the
12  2020 school year.  He was there a year after
13  Dr. Bailey.  Correct?
14  A.  Uh-huh.
15  Q.  Is that a yes?  When you say "uh-huh" --
16  A.  I'm looking at -- yes, I'm looking at your
17  chart, and he was there.
18  Q.  And Thomas Chappelle was not removed as
19  principal from McKissack.  Correct?  In fact, you let
20  him stay there, didn't you?
21  A.  I don't let principals stay, because I can't
22  hire or release a principal.  So letting him stay
23  there is not the question.  Looking at the rankings,
24  looking at the rankings of schools, is also a factor.
25        Whites Creek High School was ranked last in the

1  entire district.  So being a person that worked at the
2  State with priority schools even prior to coming to
3  Metro, that is a factor that is looked at.  So you
4  can't just say being a priority school or a
5  principal -- all of the rankings, all of that matters
6  when you're talking about taking over a school.  All
7  of that matters.
8        So you can't come in and say that's one -- it's
9  not -- this is a complex process that involves
10  qualitative as well as quantitative data.
11  Q.  Do you know whether or not any of these other
12  principals engaged in any sort of actions that --
13  (Zoom malfunction) -- Dr. Bailey in getting rid of
14  Coach Battle?
15  A.  You are going out, Ms. Steiner.  You are going
16  to have to ask your question again.  Your connection.
17  Q.  Do you know whether or not any of these other
18  principals at any of the schools listed here engaged
19  in any activity that had anything to do with Coach
20  Battle losing his job?
21        (Zoom malfunction.)
22        (Off the record.)
23  BY MS. STEINER:
24  Q.  Who was the principal at Brick Church when you
25  left Metro Schools?

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 35 of 74 PageID #: 2822
Elite-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com    133..136

1  A.  Brick Church is an achievement school district
2  school.  I didn't have them.  The State had already
3  taken them over.  We don't support State takeover
4  schools.  That's strictly the State.
5  Q.  Okay.  So then does it look like these schools
6  that are in red, are these the schools that the State
7  has taken over?
8  A.  I'm not going to say schools that the State have
9  taken over, but I will tell you that an intervention
10  has been done in Metro's level so that they wouldn't
11  lose them to the State.
12  Like I'm looking at -- if you go back over to
13  the left, scroll over to the names of schools instead
14  of principals, scroll back over to the left all the
15  way over.  I can tell you interventions were made at
16  these particular schools, because Robert Lilliard
17  closed.  Let me see what other one.  That school
18  closed, was in priority status.
19  I can't see the names of the schools.  Move over
20  just a little bit.  I can tell you that Joelton Middle
21  School closed.  The Cohn Learning Center closed since
22  I was there.  Looking at the data, Gra-Mar Middle
23  School closed -- well, it actually merged with another
24  school -- but closed as part of them not being able
25  to -- Buena Vista closed.

1  So even since I have been on the ground, there
2  is an intervention that happened at the schools to try
3  to ensure that Metro retains and keeps schools that
4  have been on the list for a number of years.
5  Q.  What's going on with Whites Creek when you left
6  there?
7  A.  In January?
8  Q.  Yes.
9  A.  There was a new principal hired at Whites Creek
10  in '20.
11  Q.  And how did he do?
12  A.  How did he do?  I need more.
13  Q.  At Whites Creek.
14  A.  How did he do the first year?  I mean, I need
15  more from you.
16  Q.  Yeah, how did he do the first year at Whites
17  Creek?
18  A.  He did -- I mean, as far as it relates to
19  performance, according to his executive director and
20  my visits at the school, it was a great first year.
21  Q.  Did you know Sonia Stewart by any chance?
22  A.  I did not know her personally because she wasn't
23  in the role as a principal when I came to Metro.  So I
24  did not know her personally.
25  Q.  Okay.  Did you know that she was the principal

1  at -- where was this; hang on a second -- at
2  Pearl-Cohn?
3  A.  I did know she was principal at Pearl-Cohn.  I
4  actually had a conversation with her, and we talked
5  about some turnaround work, and she told me she was
6  the former principal at Pearl-Cohn.
7  Q.  And did you know that had been a priority
8  school?
9  A.  Yes, from our conversation, yes.  I'm sure I saw
10  a list of all the schools, but from our conversation,
11  definitely, she was Pearl-Cohn.
12  Q.  And did you know it had been priority since
13  2014?
14  A.  I don't have my data in front of me.  So I
15  didn't know how long it had been priority.
16  Q.  And did you know that Sonia Stewart became an
17  executive officer?
18  A.  I would not have known that.  Was that prior to?
19  I know she was in HR my year.  She worked in HR.  I
20  met her in HR.  So I'm not sure about the role prior
21  to that.
22  Q.  Okay.  Do you know Sonya Brooks who was Gra-Mar?
23  A.  Sonya Brooks I met as the principal of Maplewood
24  High School.  That's when I met her.
25  Q.  Did you know she was at Gra-Mar, a priority

1  school, before she became the principal at Maplewood?
2  A.  Yes, the executive director, Renita Perry, I
3  think, Professional Development supported that school.
4  Q.  And do you see Gra-Mar on this list that had
5  been priority since 2012?
6  A.  I do see that.
7  Q.  Okay.  And do you see -- but it was your
8  understanding that Ms. Brooks, Sonya Brooks, was
9  promoted from principal of Gra-Mar, which was a
10  priority school, to principal of Maplewood?
11  A.  Now, in the sense of promotion, I don't know if
12  I would use from middle to high school as a major
13  promotion other than the number of students I think
14  you get paid differently.  So it was still a school
15  leader role.
16  Q.  Okay.
17  A.  And, again, she was selected prior to me coming.
18  She was already the principal.  When I got here
19  July 1, 2019, she was the principal, already selected.
20  Q.  Okay.  Now, since you have been at Metro
21  Schools, has the State taken over any school?
22  A.  They haven't taken over any schools, not even in
23  the state, period.  They've actually been in some
24  transition themselves.
25  Q.  And when you say they've been in transition

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 36 of 74 PageID #: 2823
Elite-Brentwood Reporting Services * (615) 595-0073
www.EliteReportingServices.com                    137..140

1  themselves, what do you mean?
2  A.   Consistent leadership.  I actually worked at the
3  State for a year prior to coming to Metro Nashville
4  Public Schools, and so there has been a lot of
5  transition at the State with people even being able to
6  track appropriate data and make sure and ensure that
7  consistent messages happen.
8      So no -- and then, of course, with the COVID,
9  with the pandemic, you know, things around the
10  priority status have changed.  I know there has been
11  some governor types of mandates and things happening
12  as it relates to priority schools, and now they even
13  said where the achievement school district will no
14  longer exist after June 30th, at least for direct run
15  schools.
16  Q.   So does that mean that there is going to be less
17  priority schools?
18  A.   Oh, no, the problem and issues -- that's just
19  the name that happened in the priority space will
20  continue.  We need the resources, necessary resources,
21  to ensure that we can put those resources in front of
22  kids and make sure our teachers receive and school
23  leaders receive the appropriate support.  So the -- go
24  ahead.
25  Q.   Will the chance of a school taking over -- the

1  State taking over a school because it's a priority
2  status, have those decreased?
3  A.   I'm not sure what your question is asking.  Are
4  you asking has the number of schools that the State is
5  taking over -- is it less than when they first
6  started?
7  Q.   With all the changes going on at the State, is
8  there less likelihood now that the State will take
9  over a school?
10  A.   I would not say that, because the State writes
11  the rules, and they change them as they see fit.  So
12  if they so desire to change it just like they did in
13  any other case, then they will -- I don't have faith
14  that they won't, absolutely not.
15  Q.   Is Whites Creek -- was Whites Creek in priority
16  status in 2021?
17  A.   I haven't seen -- I don't know if they are in
18  priority status now.  The State is actually rewriting
19  how they will calculate, since there was no data.
20  Remember there was no data in 2020.  So the State is
21  looking at -- usually there is a three-year cycle of
22  data, and they look at how the school has performed or
23  not for the past three years.  That's the magic
24  number, three.
25      Since we did not have any data in 2020, the

1  State has to now rethink how would that support be
2  provided, how would they continue to ensure that
3  school improvement grant funds and dollars can get to
4  the schools identified because those resources are
5  deployed based on your status.
6      And so right now, things are kind of -- they had
7  an ASD superintendent position posted.  Now they are
8  saying they are not hiring.  So they don't even have
9  anybody leading the priority work right now because
10  it's just in limbo right now.
11      And so with that being said, hopefully the
12  school improvement grant process will continue because
13  our schools need them.  They need the funding to
14  support the schools.  So right now, being away from
15  the work, I'm not sure where it is right now.
16  Q.   But the departments at the State that oversees
17  priority schools is in limbo right now?
18  A.   They are in limbo.  Absolutely they are.  They
19  are in limbo.
20  Q.   Now --
21  A.   They don't even have a priority school leader.
22  Q.   And has it been in this limbo since COVID hit?
23  A.   Well, actually, the job posting has gone up two
24  or three times since COVID.  They had some candidates
25  identified for the role, and then they all of a sudden

1  said they are going in a different direction.  They no
2  longer are going to be filling this position.  So --
3  Q.   Let's try this again.  Has the State Department
4  been in limbo since COVID hit in 2020?
5  A.   I would say yes, in my personal opinion, yes.
6  Q.   Okay.  And that's the year 2019-2020 when there
7  was no data.  Correct?
8  A.   That's the year where we did not test due to
9  COVID across the entire state.
10  Q.   Okay.  Can we break for just about five minutes?
11  And, Dr. Griffin, I think that's going to be -- I'm
12  getting close to the end, you'll be happy to hear.
13      Is that the okay with the court reporter?
14      THE REPORTER:  Sure.
15          (Short break.)
16  BY MS. STEINER:
17  Q.   Dr. Griffin?
18  A.   Yes, ma'am.
19  Q.   Do you believe that you need to be honest with
20  the principals who work under you as to the reason why
21  they have been removed from their job?
22  A.   Do I need to be honest with them?
23  Q.   Yes, as to the reason why.
24  A.   Absolutely.  Honesty and transparency is one of
25  my core values and virtues, yes.

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 37 of 74 PageID #: 2824
Elite Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com        141..144

1  Q.   Meaning that if you remove someone because they
2  are in a danger of being taken over by the State, you
3  would tell the principal that, You are being removed
4  because the school is in danger of being taken over by
5  the State.  Correct?
6  A.   Correct.
7  Q.   Okay.  Now, I want to show you this exhibit
8  here.
9       THE REPORTER:  Excuse me, the last one that
10  you had up, were we marking that one as Number 3 or --
11       MS. STEINER:  3.  This will be 4.
12       (Exhibit 4 was marked.)
13  BY MS. STEINER:
14  Q.   Can you see this, Dr. Griffin?
15  A.   Uh-huh, I do.
16  Q.   Did you tell Dr. Battle -- did you discuss with
17  Dr. Battle the reason why James Bailey was losing his
18  job -- (Zoom malfunction.)
19  A.   Well, I can't talk to the superintendent about
20  somebody losing a job.  I talked about the data and my
21  thoughts around what was going to happen next.  So my
22  recommendation was if we don't make a change and
23  intervene quickly, we are at risk of losing his
24  school.
25       So I didn't tell the superintendent how to make

1  a decision.  What I said was we're at risk of losing
2  this school due to the data and the ranking and what
3  has happened at Whites Creek for the last three years.
4  Q.   Okay.  And let's -- let me show you this letter.
5  It's dated May 4th, 2020, and it is to Dr. Bailey from
6  Dr. Battle.  Do you see that?
7  A.   I do.
8  Q.   Okay.  Can you read the first paragraph?
9  A.   Uh-huh.  (Witness complies.)
10  Q.   Okay.  Did Dr. Bailey lose his job at Whites
11  Creek because of the district's reorganization?
12  A.   I don't know why he lost his job, but I can tell
13  you the recommendation that I made was due to the data
14  at the school, my experience with the State having
15  worked for the State, the ranking of the school, we're
16  at risk of losing this school to the State.
17       So as to why he lost the job, I can't tell you
18  why.  I can tell you my recommendation and what I
19  provided.
20  Q.   Would you agree that this letter does not have
21  your reasons that you testified to today under oath in
22  it?
23  A.   I could say a budget impact is losing the
24  school.  You don't get the funding, and the BEP does
25  not go to Metro Nashville if you lose the school.  So

1  budget impact could be actually justified under losing
2  the school because there's a tremendous budget impact
3  that happens when you lose a school to the State.
4  Q.   What's the tremendous budget impact?
5  A.   All of the BEP dollars follow the kids.  So when
6  the State authorizes, whether it's a charter or a
7  direct run, all of that funding goes directly to
8  whoever they authorize to run that school.
9  Q.   And is it the same amount that the school would
10  have gotten if it had not been taken over?
11  A.   Well, the BEP formally is the same, but in my
12  experience, as you look at charter management
13  organizations and their philanthropic relationships
14  across the state, there is normally more money
15  funneled in because they also qualify now for the SIG
16  dollars.
17       So it's the same amount of money as it relates
18  to BEP, but there is almost aways an additional fiscal
19  realignment based on their relationships with
20  philanthropic partners.
21  Q.   So then if it's not taken over by the State,
22  Metro Schools ends up with more money?
23  A.   No, Metro Schools doesn't end up with more
24  money, but they keep what they have and can continue
25  the intervention.  Our main goal is to fix and

1  sustain -- because our kids are not broken.  We want
2  to fix the systems or whatever has caused the gaps to
3  exist.  Nothing wrong with the kids.  We've seen that.
4  Q.   Dr. Griffin, this letter to Dr. Bailey does not
5  mention anything about becoming -- that it's a
6  priority school and that it hasn't risen out of that
7  status and that the State is going to take it over,
8  does it?
9  A.   It does not, but budget impact is a direct
10  result.
11  Q.   Did you at any point tell Dr. Bailey, You are
12  being removed because you are in a priority school and
13  there is a danger the State is going to take over?
14  Did you tell Dr. Bailey?
15  A.   That wasn't my role to do.  That wasn't my role.
16  Q.   Do you know of anybody that told Dr. Bailey
17  that?
18  A.   I don't know of anyone that told him.  I
19  communicated it to my supervisor.
20  Q.   Okay.  Now, if you were in a conversation where
21  that was not told to Dr. Bailey, would you have had a
22  job duty for correcting it to make sure that
23  Dr. Bailey understood why he was losing his job at
24  Whites Creek?
25  A.   Well, that's HR's responsibility.  So, no, I

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 38 of 74 PageID #: 2825
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
145..148

1  don't hire. I don't fire. It is not my role or
2  responsibility. That's an HR responsibility. So
3  absolutely not. That's not my role.
4  Q.   So if HR leaves out in their discussion with
5  Dr. Bailey that he is losing his job because it's a
6  priority school and the State is going to take it over
7  and you are sitting there and you hear HR leave all
8  that out, would you at any point say, Wait a minute, I
9  think this man needs to know why he is being removed?
10 A.   Well, the budget impact in this letter clearly,
11 to me, could be that same conversation, I'm sure,
12 prior to that. I was not in a conversation with HR
13 outside of him receiving --I don't even know. I don't
14 know if this letter was mailed. I don't know if this
15 letter was given in person. I don't know how he even
16 received the letter. So, you know, not being my
17 responsibility --
18 Q.   So you were not in any conversations?
19 A.   Yes, I was in a conversation. Actually, we was
20 on a Zoom call, myself and Dr. Bailey along with the
21 HR representative.
22 Q.   Okay. And did you know it was taped?
23 A.   I don't know if it was taped or not. I don't
24 know. I don't remember, like in this conversation,
25 being told that it was taped. So if it was taped, it

1  was against my approval.
2  Q.   Did you recall -- do you recall that nowhere in
3  that conversation did it come up that the State was
4  going to take over Whites Creek?
5  A.   I don't recall, no, I don't.
6  Q.   Do you recall whether or not the term "priority
7  school" was not even mentioned in that phone call?
8  A.   I don't recall. No, I don't recall.
9  Q.   Okay. Do you think the term "priority school"
10 should have been mentioned when the discussion was had
11 with Dr. Bailey?
12 A.   Well, I think that the justification for removal
13 of a principal in my experience -- as I did in this
14 same case -- and you can check the record -- was to
15 prevent the intervention of State takeover, and the
16 tenure of this leader at this school while the school
17 is in priority is clearly -- is clearly cause for some
18 type of action to take place.
19      The State is going to come -- has the potential
20 to come after this school. The data said it. The
21 ranking said it. The school was ranked last in the
22 entire district. The principal had been there over
23 three years, and so knowing what I know about the
24 State, being a 28-year veteran, 29-year veteran at the
25 time, my role and my responsibility is to protect the

1  district, to protect our kids and ensure I communicate
2  this, because I don't want a district to lose kids.
3       I've never lost a school on my watch, and I want
4  to make sure we are providing the best stable and
5  sustainable intervention for our kids if that's what's
6  needed.
7       So if there is anything that needs to be done
8  and we can do it on the front end versus a State
9  takeover -- because we saw their intervention fail,
10 so, of course, I did not want to see that happen.
11      So all I'm saying to you, Ms. Steiner, is, like
12 I'm saying it to you over and over and over, it was
13 clearly communicated over, over and over.
14 Q.   Okay. Now, Dr. Griffin, Ms. Conley, who was
15 principal of a priority school, do you have any
16 knowledge of whether or not she made any decision or
17 testified against Coach Battle?
18 A.   Coach Battle, the superintendent's brother?
19 Q.   Yes, Adrienne Battle's brother.
20 A.   No, I don't know anything about that situation
21 at all. No, I do not.
22 Q.   Okay. And if you did know about that situation,
23 would you have gone in and talked to anyone at HR
24 about possible retaliation in terms of removing James
25 Bailey as principal of Whites Creek just a week after

1  Adrienne Battle takes over as director of school, and
2  Dr. Bailey is the only one who recommended -- (Zoom
3  malfunction) -- had the ability to recommended that
4  the coach -- who had the ability to recommend that
5  Coach Battle be removed? You can't hear me?
6  A.   (Indicating.)
7  Q.   Okay. Let's stop the share. Can you hear me
8  now?
9  A.   Better, yes. We can hear you better.
10      Can you ask your question again, please? Can
11 you ask your question? We couldn't hear the question.
12 Q.   Be patient for just a second and I will.
13 A.   Oh.
14 Q.   Did any of the principals who reported to you
15 engage in any activity that you thought was protected
16 under federal or state law?
17 A.   Did they engage in any activities that was
18 protected?
19 Q.   Yes.
20 A.   You mean illegal activity or --
21 Q.   No, I mean like maybe they claim that they are
22 being retaliated against because they reported the
23 coach beating up a parent or the coach
24 misappropriating funds or they reported racial
25 discrimination in the school system? Did you know of

Case 3:20-cv-01023 Document 149-8 Filed 03/27/23 Page 39 of 74 PageID #: 2826
Elite-Brentwood Reporting (615) 595-0073
www.EliteReportingServices.com    149..152

1  anyone that reported to you who had engaged in any
2  protected activity?
3  **A.   We think we heard most of what you said, anyone**
4  **engaged in any reported activity.  No, that was**
5  **retaliated against, no.**
6  Q.   Okay.  When you talked to Dr. Battle about James
7  Bailey, did she make any comment -- was anyone else
8  present in that conversation?
9  **A.   We had one on ones every week.  So I always**
10 **updated her about school.  So it was just the two of**
11 **us in that conversation.**
12 Q.   And other than Dr. Bailey, there has been no
13 other principal or assistant principal you removed for
14 job performance?
15 **A.   No.**
16       MS. STEINER:  Okay.  That's all.
17       **THE WITNESS:  That's the end?**
18       MS. HARBISON:  Almost.  No, no, don't get up
19 quite yet, Dr. Griffin.  Do you need a break?
20       **THE WITNESS:  No, uh-uh, I want to keep**
21 **going.**
22             EXAMINATION
23 BY MS. HARBISON:
24 Q.   Okay.  Dr. Griffin, my name is Jesse Harbison,
25 and I represent Dr. Damon Cathey in this case, who I

1  think you said that you know.  Correct?
2  **A.   Yes.**
3  Q.   Was that a yes?
4  **A.   Yes.**
5  Q.   Okay.  And if at any point I'm freezing up, you
6  just raise your hand.  Okay?
7  **A.   Okay.**
8  Q.   Because it's really important that you hear my
9  questions and understand them.  Okay?  So we will
10 figure this out.  I don't know if y'all -- maybe the
11 court reporter needs to move their computer or
12 something, but we will figure it out.
13      I have just a few questions for you.  I promise.
14 I'm going to share my screen with you.
15      Dr. Griffin, can you see my screen?
16 **A.   (Indicating thumbs up.)**
17 Q.   That was a yes.  Correct?
18 **A.   Yes.**
19 Q.   Okay.  I'm going to show you some documents now.
20 I think we have established earlier that you were on
21 the interview panel or you were supposed to be on the
22 interview panel for the executive director interviews
23 in Spring 2020.  Correct?
24 **A.   Yes.**
25 Q.   Okay.  I'm going to show you some calendar

1  invitations or what I believe are calendar
2  invitations.  Okay?
3  **A.   Okay.**
4  Q.   So this first one, take a look at this, and
5  after you have had a chance to review it, let me know
6  if you have seen this document before.
7  **A.   I mean, I see my name.**
8  Q.   Let me ask it this way:  To me, this appears to
9  be a calendar invite for June 4th, 2020 for Executive
10 Director - Schools Interview.  That's the subject.  Do
11 you see that?
12 **A.   I do.  I do see that.**
13 Q.   Okay.  And do you see that you are one of the
14 required attendees?
15 **A.   I do, yes.**
16 Q.   And do you see that Chad High is also a required
17 attendee?
18 **A.   Okay, I do.**
19 Q.   Okay.  And are all the other required attendees
20 individuals that were involved in the hiring process
21 for the executive director job in 2020?
22 **A.   Yes, I guess, yeah.**
23 Q.   Okay.
24 **A.   What I remember, yes.**
25 Q.   Okay.  So does this appear to be a calendar

1  invite for Chad High's interview for the executive
2  director job based on that information?
3  **A.   Well, I don't know it's a calendar invite,**
4  **because my calendar invites didn't look like this.  It**
5  **was -- you know, it was an invite like yes or no.  I**
6  **don't remember -- like this person has already**
7  **accepted it.  So my invites didn't look like -- it**
8  **says, Meeting status accepted.**
9       **So whoever this is at the top, I guess, Stark,**
10 **had already accepted it.  So that's accepted.  I don't**
11 **know what the original --**
12 Q.   Do you know who Kenneth Stark is?
13 **A.   I do.  I remember Ken.**
14 Q.   You know Ken Stark?
15 **A.   I remember Ken.**
16 Q.   Okay.  And this has a subject, a location, a
17 start time, and an end time.  Correct?
18 **A.   Uh-huh, it does.**
19 Q.   Does it appear to be anything other than a
20 calendar event for an event that is to take place
21 called Executive Director - Schools Interview?
22 **A.   It appears to be, yes.**
23 Q.   For Chad High.  Correct?
24 **A.   Well, the person -- I see his name on there.  So**
25 **I would think yes.**

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 40 of 74 PageID #: 2827
Elite-Brentwood Reporting (615) 595-0073
www.EliteReportingServices.com
153..156

1   Q.   Are any of the other individuals that are
2   required attendees individuals that applied for the
3   job of executive director in 2020 that you remember?
4   **A.   Not that I remember, no.**
5   Q.   Okay.  So does that help you to refresh your
6   recollection about what this document might be?
7   **A.   Well, it would help me more -- do you have one**
8   **accepted from me?  Since you've got one from Ken, do**
9   **you have one accepted from me?  Because I don't want**
10  **to say yes to that question.  I want to be as factual**
11  **as possible under oath here, so I would like to see an**
12  **accepted from me.  I don't see -- I see from him, but,**
13  **you know, I don't know -- I just want to be --**
14  Q.   Okay.  Dr. Griffin, let me ask it a different
15  way.  Okay?  I'm not asking if this was a calendar
16  invite that was accepted from you.
17  **A.   Okay.**
18  Q.   I'm asking does this appear to be a calendar
19  invite that you were invited to for an Executive
20  Director - Schools Interview?
21  **A.   It looks like a Microsoft Teams meeting for an**
22  **executive director interview, yes.  The answer is yes.**
23  Q.   For Chad High.  Correct?
24  **A.   Chad High is on there, yes.**
25  Q.   Okay.  And that the interview was on, it appears

1   based on this, June 4th, 2020 at 8:15 a.m.  Correct?
2   **A.   That's what it looks like.  That's what I --**
3   **yes.**
4   Q.   We've got a couple of these to go through.  So
5   let's just try to do this as quickly as we can.  Okay?
6   **A.   Okay.**
7   Q.   So I'm going to go to the next -- do you see at
8   the bottom it says Microsoft Teams?
9   **A.   I do.**
10  Q.   Okay.
11  **A.   Yes.**
12  Q.   Let's go to the next one.  Okay?  I'm going to
13  try to run through these as quickly as I can.  So if
14  you can just listen to the question, answer the
15  question that's asked.  Okay?
16      Does this appear to be a calendar event for an
17  Executive Director - Schools Interview for May 20th,
18  2020, Dr. Griffin?
19  **A.   Yes.**
20  Q.   Okay.  And under required attendees, is Carl
21  Carter one of the individuals who interviewed for the
22  job?
23  **A.   Yes, Carl Carter interviewed for executive**
24  **director job, yes.**
25  Q.   Okay.  So does this appear to be a calendar

1   event for Carl Carter's interview for executive
2   director --
3   **A.   It does.  It does appear to be a calendar event.**
4   Q.   May 20th -- on May 20th, 2020.  Correct?
5   **A.   Yes.**
6   Q.   Okay.  Let's move on to the next one.  Same
7   question, does this appear to be a calendar event for
8   Renita Perry for May 20, 2020 for the Executive
9   Director - Schools Interview?
10  **A.   Yes, Renita Perry.**
11  Q.   Great.  Okay.  Next page, does this appear to be
12  a calendar invite for the Executive Director - Schools
13  Interview for Robin Shumate for May 20th, 2020?
14  **A.   Yes.**
15  Q.   Great.  Next page.  Is this a calendar invite
16  for the executive -- or calendar event for the
17  Executive Director - Schools Interview for Schunn
18  Turner for May 20th, 2020?
19  **A.   Yes, appears to be.**
20  Q.   Next page, is this a calendar event for
21  Executive Director - Schools Interview for David
22  Kovach for May 20th, 2020?
23  **A.   Yes, seems to be, David Kovach.**
24  Q.   Next page, is this a Schools Interview calendar
25  event for the executive director position for Sonia

1   Stewart for May 20, 2020?
2   **A.   Yes.**
3   Q.   Okay.  Next page, is this a calendar event for
4   Executive Director - Schools Interview for Craig
5   Hammond for May 21st, 2020?
6   **A.   It appears to be, yes.**
7   Q.   I'll do this going forward, and for the ones
8   that we've already gone over, you are a required
9   attendee, correct, on this calendar event?
10  **A.   Organizer, required attendees, I see my name,**
11  **yes.**
12  Q.   Okay.  Great.  Next page, and this is -- and I
13  will go back and identify these for the record as
14  well.  This is marked Plaintiff 467.  Is this a
15  calendar event for May 21st, 2020 for the Executive
16  Director - Schools Interview for -- well, this one
17  doesn't have a list of attendees.  So we can skip this
18  one.
19      The next page is Plaintiff 468.  Is this an
20  Executive Director - School MNPS Interview calendar
21  event for May 21st, 2020?
22  **A.   May 21st, required attendees, see my name, yes,**
23  **yes, I see my -- yes.**
24  Q.   Okay.  Are you a required attendee of this
25  event?

Case 3:20-cv-01023  Document 140-8  Filed 03/27/22  Page 41 of 74 PageID #: 2828
Elite Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com      157..160

1  A.  Yes, I see that, yes.
2  Q.  Okay.  This says the last required attendee is
3  FEversonTuggle@outlook.com.  Is that Felicia Everson
4  Tuggle to your knowledge?
5  A.  Yes.
6  Q.  Okay.  And that page is marked Plaintiff 468 for
7  the record.
8      Next page, I'm going to ask you a question about
9  this email.  This will sort of help break it up a
10  little bit.
11  A.  Okay.
12  Q.  Do you see this next document?  It is Bates
13  stamped.  Okay, Dr. Griffin, when lawyers use the word
14  "Bates stamp," it's just a number at the bottom of the
15  page.  Okay?  So for the record, this is Bates stamped
16  Plaintiff 469.  Do you see that?
17  A.  I do.
18  Q.  Okay.  Take a second and look at this document,
19  and after you have had a chance to look at it, let me
20  know that you have had a chance to review it.
21  A.  Okay.
22      Uh-huh, I see it.
23  Q.  Okay.  Have you seen this document before?
24  A.  I'm retired.  That was in 2020.  I can't -- I
25  mean, it's got my email on it.  So I'm sure I saw it.

1  I don't -- I mean, for all honesty, I can't -- I had
2  had surgery.  So I don't know.  I mean, I'm sure I
3  did.
4  Q.  Well, let me ask you a question about that.
5  When you say you had "head surgery," did that affect
6  your memory?
7  A.  Oh, no, uh-uh.  I can remember, but I'm retired.
8  So does that affect my memory?  I haven't been looking
9  at emails since June 7th from Metro.  So I just want
10  to make sure, you know, as I'm looking at this, you
11  know, I'm doing my due diligence to under oath tell
12  exactly what I remember and what I don't, as we
13  should.
14  Q.  When you say you had "head surgery" though, was
15  it brain surgery?
16  A.  It's confidential.  I'm not going to disclose my
17  medical records.  I'm just saying that to say this was
18  a year ago.  Okay?  And -- two years ago actually,
19  2020.
20      So I'm looking at this -- when you say have you
21  seen this before, it's an email.  You know, I checked
22  my emails every day when I was at Metro.  So, you
23  know, I want to be real clear and say yes, I have seen
24  it.  My name is on it.
25  Q.  I just want to make sure I'm understanding.  I'm

1  not trying to be insensitive at all.  When I asked you
2  if you remembered this, you said you had "head
3  surgery."
4  A.  Uh-huh.
5  Q.  So I just want to make sure that -- I'm
6  wondering why you brought that up when I asked you if
7  you remembered this.
8  A.  Well, I brought that up because it's been two
9  years ago.  It's been two years ago.  You said have I
10  seen this?  Do I remember it?  I'm saying to you, as I
11  started this whole conversation off, I was out because
12  of a health-related condition.  I was on FMLA since
13  October.  I had surgery.  Right?
14      And so when you say specifically word for word
15  on an email, that's very different from me recalling
16  work that I lived.  I lived turnaround work for the
17  last 15 years.  Right?  But you telling me that I see
18  a document, have received this document, my name is on
19  the email, and, again, I'm sure I've seen the
20  document, you know, but unlike turnaround work that
21  I've done for years and years and years that I lived,
22  this document was June 3rd, 2020.  So I'm sure I have
23  seen it, but I'm just letting you know that it's been
24  two years.  For somebody who didn't have surgery, I'm
25  sure they might say, I don't know about -- two years

1  ago?
2      So I'm just saying to you when you framed it,
3  you have seen this actual document, you know, you are
4  the first person that is showing me ten documents in a
5  row and saying did I see it, does it look like a
6  calendar invite?  I've just been seeing data, you
7  know, that I can clearly recall, because, like I say,
8  I lived the work.  I didn't just do the work.  I lived
9  it.
10  Q.  Let me make sure I understand what you said, and
11  then we can move on, because I really don't want to
12  get into this that's not relevant.
13      Did you say you had surgery or you had head
14  surgery?  Did you just say you had surgery?
15  A.  I had surgery.  I had.  I had surgery.  I had
16  surgery in October.  In October, I had surgery.
17  Q.  Okay.  I misheard you, but for the record, I just
18  to make sure that we're clear, you brought that up
19  when I asked if you recalled this, but your surgery
20  did not affect your memory.  Correct?
21  A.  No.
22  Q.  And then we can move on.
23  A.  It did not.  But when you talk about a two-year
24  memory going back to two years ago, if I ask you
25  something June 3rd two years ago -- you know, I'm on

Case 3:20-cv-01023 Document 149-8 Filed 03/27/23 Page 42 of 74 PageID #: 2829
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
161..164

1 the email. I just want to make a record. I want it
2 to be documented that, you know, for the record, this
3 was two years ago. You're saying did I specifically
4 see this email. I'm on the email. So I'm sure I saw
5 it, you know --
6 Q. Okay. It will take -- so what you can do,
7 Dr. Griffin, I think, to help us move it along just a
8 little bit is you are perfectly welcome to -- if I
9 say, Do you recall seeing this email, you can say, I
10 don't remember. That's --
11 **A. Okay.**
12 Q. Yeah. But is your email on here as a
13 recipient --
14 **A. My name is, and I want to be real clear. There**
15 **is two Sharon Griffins in Metro Nashville Public**
16 **Schools, and I had to make it clear sometimes that if**
17 **they did not put a 2 in my email address -- it's two**
18 **Sharon Griffins.**
19 **So I'm going to say my name is on this email,**
20 **but I don't remember seeing it specifically. It's not**
21 **an email that I would have etched in my brain to**
22 **remember, but, I mean ...**
23 Q. Who is the other Sharon Griffin?
24 **A. I don't know the other Sharon Griffin. It's**
25 **two, though. You'll have to get that from Metro.**

1 Q. Okay.
2 **A. I just know I had a 2 in my email, and if you**
3 **left the 2 out, it went to that other person.**
4 Q. Okay.
5 **A. I can tell you that.**
6 Q. This is from Lisa Spencer. Correct?
7 **A. Uh-huh.**
8 Q. On June 3rd, 2020. Correct?
9 **A. Correct.**
10 Q. Okay. And this is Chad High's résumé. Correct?
11 **A. I can't see the link. I see the attachment says**
12 **that's what it is, but what's actually attached, I**
13 **can't see. I see a link.**
14 Q. And are the other recipients of this email the
15 individuals who were on the interview panel for the
16 executive director interviews?
17 **A. Yes.**
18 Q. Just for the record, the subject says, For High
19 interview. Correct?
20 **A. It does. I can see that, yes, ma'am.**
21 Q. And the attachment says, Chad High résumé?
22 Correct?
23 **A. It does.**
24 Q. Okay. Let's move on.
25 Is this next page, which is Bates stamped

1 Plaintiff 470 -- is this a calendar event for
2 Executive Director - Schools Interview for Steve Ball
3 for May 1st, 2020?
4 **A. Yes.**
5 Q. And are you a required attendee?
6 **A. Uh-huh, my name is on there.**
7 Q. Okay. The next page which is Bates stamped
8 Plaintiff 471, is this an Executive Director - Schools
9 Interview calendar event for James Witty for May 21st,
10 2020?
11 **A. Yes, I see that.**
12 Q. And are you a required attendee?
13 **A. I see my name.**
14 Q. Okay. Under required attendees?
15 **A. Yes.**
16 Q. Okay. Next page, Plaintiff 472, is this an
17 Executive Director - Schools Interview event for
18 May 21st, 2020? This one is also for James Witty. So
19 we can move on to the next page.
20 Plaintiff 473, is this a calendar event for
21 Executive Director - Schools Interview for May 22nd,
22 2020 for Brenda Diaz?
23 **A. Brenda Diaz, yes.**
24 Q. Are you a required attendee?
25 **A. Yes, my name is on that.**

1 Q. Okay. Next page, Bates labeled Plaintiff 474,
2 is this a calendar invite for Executive Director -
3 Schools Interview for May 22nd, 2020, for Barbara, who
4 I think goes by Michelle, Maultsby-Springer?
5 **A. Yes.**
6 Q. And are you a required --
7 **A. Yep.**
8 Q. Okay. Next page -- and we're getting close to
9 the end. Okay? Is this an Executive Director -
10 Schools Interview calendar event for May 22nd, 2020
11 for Lily Leffler?
12 **A. Yes. And I see my name on there.**
13 Q. Are you a required attendee?
14 **A. Yes, I see my name on there.**
15 Q. All right. So based on this, then
16 Dr. Leffler -- you would have interviewed Dr. Leffler
17 most likely on May 22nd, 2020. Correct?
18 **A. Yes.**
19 Q. Okay. Next page, which is Bates stamped
20 Plaintiff 476, is this an Executive Director - Schools
21 Interview calendar invite for May 22nd, 2020 for Karen
22 DeSouza Gallman?
23 **A. Yes.**
24 Q. Okay. And are you a required attendee?
25 **A. Yes.**

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 43 of 74 PageID #: 2830
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com    165..168

1   Q.   Okay.  Next page, which is Bates stamped
2   Plaintiff -- is this an invite for Executive Director
3   - Schools Interview for Chaerea Snorten -- 477, Bates
4   477 -- is this an Executive Director - Schools
5   Interview calendar invite for Chaerea Snorten --
6   **A.   Yes, looks to be.**
7   Q.   -- for May 26, 2020?
8   **A.   Yes.**
9      MS. HARBISON:  And for the court reporter,
10   that first name is spelled C-H-A-E-R-E-A.  Last name
11   is spelled S-N-O-R-T-E-N.
12      THE REPORTER:  Thank you.
13   BY MS. HARBISON:
14   Q.   Are you a required attendee?
15   **A.   Yes.**
16   Q.   Okay.  Next page, Plaintiff 478, is this an
17   Executive Director - Schools Interview calendar event
18   for May 26th, 2020 for Lendozia Edwards?
19   **A.   Yes.**
20   Q.   Are you a required attendee?
21   **A.   Required attendee, yes.**
22   Q.   Next page, Plaintiff 479, is this an Executive
23   Director - Schools Interview calendar event for
24   May 26th, 2020 for Pippa Meriwether?
25   **A.   Yes, I see Pippa's name, yes.**

1   Q.   Are you a required attendee?
2   **A.   Yes.**
3   Q.   Okay.  So based on this, would you most likely
4   have interviewed Dr. Meriwether on May 26th?
5   **A.   May 26th, yes.**
6   Q.   Okay.  Next page, which is Plaintiff 480 -- we
7   only have a few of these left, I promise -- is this a
8   calendar invite for Executive Director - Schools
9   Interview for May 26, 2020 for Celia Conley?
10   **A.   Yes.**
11   Q.   Okay.  And are you a required attendee?
12   **A.   Yes.**
13   Q.   Okay.  Next page, which is Plaintiff 481, is
14   this an Executive Director - Schools Interview
15   calendar event for Marie Feagins for May 27th, 2020?
16   **A.   Yes.**
17   Q.   And are you a required attendee?
18   **A.   Yes, on here.**
19   Q.   Okay.  Next page, which is Bates labeled
20   Plaintiff 482, is this an Executive Director - Schools
21   Interview calendar invite for May 27th, 2020 for
22   Martin McGreal?
23   **A.   Yes.**
24   Q.   Are you a required attendee?
25   **A.   Yes.**

1   Q.   Okay.  Next, and second to last, is this an
2   executive director calendar event for Executive
3   Director - Schools Interview -- let me start that
4   over.
5      Is this a calendar event for Executive Director
6   - Schools Interview for May 27th, 2020 for Dr. Ron
7   Woodard?
8   **A.   Dr. Ron Woodard?  Yes, I see that, yes.**
9   Q.   Okay.  Are you a required attendee?
10   **A.   Yes.**
11   Q.   Okay.  And then last page, is this an Executive
12   Director - Schools Interview calendar invite for
13   May 29th, 2020 for Shawn Lawrence?
14   **A.   Yes, I see that.  Shawn Lawrence.**
15   Q.   And are you a required attendee?
16   **A.   Yes, I see my name.**
17   Q.   Okay.  And that's Plaintiff 484.
18      So I'm going to offer this as a collective
19   exhibit, Plaintiff 459 through Plaintiff 484.  I'm not
20   sure what number we're on.
21      I'm going to stop my screen for a second.
22      (Exhibit 5 was marked.)
23   BY MS. HARBISON:
24   Q.   So based on the documents that we just reviewed,
25   Dr. Griffin, it looks like -- and I can show them to

1   you again -- that most of the interviews took place
2   during the last couple of weeks of May of 2020.
3   Correct?
4   **A.   Yes.**
5   Q.   Okay.
6   **A.   Starting with May 20th, yeah.**
7   Q.   Starting with May 20th?
8   **A.   Uh-huh, yeah.**
9   Q.   And Chad High was interviewed on June 4th.
10   Correct?
11   **A.   I don't know his date.  Let me see.  Is that**
12   **what your date said?**
13   Q.   I'll share my screen again.
14   **A.   Yeah.  Let me see.  I didn't put that date.  Let**
15   **me see. chad High.**
16   Q.   It's okay.  I'll show you my screen.
17   **A.   Oh, okay, I see it now.  I'll put that down.**
18   **Okay.**
19   Q.   So based on this, it appears that Chad High was
20   interviewed on June 4th.  Correct?
21   **A.   Looking at this calendar invite, it says,**
22   **Schools Interview, yeah.**
23   Q.   Do you have any reason to doubt that that's
24   accurate?
25   **A.   At this point, no.**

Case 3:20-cv-01023-Document 149-8 Filed 03/27/22 Page 44 of 74 PageID #: 2831
Elite Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
169..172

1 Q. Okay. Based on the calendar invites that we
2 just went through for the Executive Director - Schools
3 Interview, did Metro have a -- prior to June 4th,
4 2020, did Metro have a pool of applicants that was
5 qualified from which Metro could have hired the
6 executive directors for the 2020/2021 -- and for the
7 record, I'm saying 2020 slash 2021.
8 **A. Gotcha.**
9 Q. So prior to June 4th when Chad High was
10 interviewed, was there a qualified pool of applicants
11 for those positions in your opinion?
12 **A. I mean, I've not -- I wasn't privy to a pool of**
13 **applicants per se by HR -- that's an HR question --**
14 **because I never got a list of a qualified pool of**
15 **applicants that was on like a list or something when**
16 **you say "pool."**
17 Q. So that's not what -- I'm asking something
18 that's a little different.
19     I'm asking in your opinion as one of the
20 individuals who sat on the interview panel prior to
21 June 4th, 2020, in your opinion, was there a qualified
22 pool of applicants from which Metro could have chosen
23 the executive directors for the 2020/2021 school year?
24 **A. Okay, in my opinion as an experienced school**
25 **leader, applicants are chosen to support schools based**

1 **on the needs of the schools. So I can't tell you if**
2 **there is a qualified need if you were looking for**
3 **someone to support a school of which a candidate**
4 **didn't exhibit any of those qualities.**
5     **So for me, I'm looking for a specific candidate**
6 **with qualities to address the needs at hand, because**
7 **I've got to have somebody that's going to be able to**
8 **support what the challenges are.**
9     **So in my experience, I can only answer you based**
10 **on I'm looking for somebody that aligns with the need**
11 **of a particular school where I need support. So I**
12 **don't know what schools -- that's why I was allowed to**
13 **be able to select candidates that fit the needs of**
14 **what my three tiers needed.**
15 Q. You weren't just interviewing -- you were
16 interviewing for all of the -- you were on the
17 interview panel for all the executive director
18 positions. Right?
19 **A. Correct.**
20 Q. I just want to make sure that I understand. Are
21 you saying that you were not qualified to determine
22 whether or not someone was qualified for the other
23 executive director positions?
24 **A. I was overqualified to say that, but I was**
25 **sitting to look at everyone to be sure that our**

1 **neediest and most vulnerable schools, that I got a**
2 **selection to look at all of the viable candidates**
3 **before selecting someone to lead the schools.**
4     **So when I say viable for the schools, I don't**
5 **know all 180 plus schools that Metro Nashville has.**
6 **So the need for the schools was being considered as**
7 **executive directors was selected. And that's the way**
8 **I selected mine.**
9     **So by me not having interaction with all 180**
10 **schools, I'm not able to share with you what the needs**
11 **were for those specific schools and did the candidates**
12 **have the skill set to make an impact at those schools,**
13 **because in my experience -- you asked for my**
14 **opinion -- that's how I select leaders and I select**
15 **people to support schools based on the needs of the**
16 **schools and the skill set of the candidate.**
17 Q. So you were not aware of what the needs were for
18 the executive director positions for nonpriority
19 schools. Correct?
20 **A. I know the basic needs of what schools need in**
21 **the executive directors' roles. I was an executive**
22 **director. So I'm very familiar with the role.**
23     **However, in the selection process of who went**
24 **where, I was only at Metro Nashville Public Schools**
25 **for a year. I was able to read and understand and**

1 **visit schools to know what was happening in my own**
2 **schools.**
3     **However, I did not select -- when you say do I**
4 **have qualified candidates or pools, there were people**
5 **who worked with schools who knew more about their**
6 **needs than I did being on the ground for a year and**
7 **only working with a subset of schools.**
8     **So I am more than overqualified to be able to**
9 **determine who is a viable candidate, but first talking**
10 **about the needs of a school is where the challenge**
11 **comes in.**
12 Q. Okay. So prior to June 4th, 2020, was there a
13 pool of viable candidates, to use your word, for the
14 executive director positions for the 2020/2021 school
15 year based on your professional opinion and
16 experience?
17 **A. I would not know if there was a viable**
18 **candidate. That was not shared with me if there was a**
19 **pool of viable candidates, because I wasn't looking**
20 **for -- I mean, for any additional candidates outside**
21 **of what my recommendations was. So to answer your**
22 **question, I don't know if there was a pool.**
23 Q. Help me understand this, Dr. Griffin. You were
24 on the interview panel.
25 **A. I was.**

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 45 of 74 PageID #: 2832    173...176
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  Q.   But you don't know whether the individuals you
2  interviewed had the basic qualifications --
3  A.   Oh, you said basic.  They had the basic -- yes,
4  every person, I'm sure, based on the résumé that was
5  selected -- you know, there is a process when you look
6  at candidates.  You first look at this is who we are
7  looking at, do they fit the need on paper?  That's the
8  first look.  Do they fit the need on paper?
9      Then in an interview, did they answer the
10 questions, whatever, whatever we were going to use.
11 Based on the questions, does their experience align?
12 Now, what's the need of the school?  Does this
13 person's quality skill set/experience align up with
14 what you need for this particular school?
15     So it could have been a school with a high ESL
16 population, needed someone who had some experience
17 working with ESL students.  I was looking for people
18 who had experience with working with students in a
19 nontraditional setting.
20     So when you say "basic," yes, basic qualities
21 got people interviews.  I'm sure we didn't have
22 anybody that didn't fit the basic -- when you say
23 "basic qualities," this interview process was
24 strenuous.
25     We did it all online.  It was right when the

1  pandemic started.  So I'm sure we did not waste any
2  time interviewing anybody who remotely would not have
3  been considered a viable candidate.  I can say that.
4  Q.   So, Dr. Griffin, prior to June 4th, 2020, what
5  was your impression of -- your overall impression of
6  the pool of candidates that you interviewed for
7  executive director?  So I'm not talking about every
8  single person that applied.  I'm talking about the
9  individuals that you participated in the interview
10 pool, what was your overall impression of those
11 candidates prior to June 4th, 2020?
12 A.   My overall impression was the -- based on if
13 they were going to elementary, middle, or high.  So I
14 mean, I think that's a question that you have to be
15 more specific around, because these principals, or
16 these executive directors, former principals, would
17 have been supporting tiers of schools, elementary,
18 middle, and high.  So that's a loaded question that
19 can't be answered with a, hey, they were all great,
20 no.
21     If my need is that I need someone with an
22 experience working with students who have experienced
23 trauma, students who are not reading on grade level,
24 students who may not have a lot of support as it
25 relates to parental support, how are you going to

1  offer after-school programs and closing those gaps,
2  you can't just say, I have a whole bunch of shoes that
3  is a Size 9 and I wear a Size 7.  So that is not what
4  this is.
5      You have to get what fits the need.  If I wear a
6  7, I need a 7.  A whole bunch of 10s, 9s, won't help
7  me.  So it's the same thing with school leadership and
8  principals.  A whole bunch of people don't fit the
9  need at hand.  We're trying to close gap, change lives
10 for kids.
11     I can't just pull a person because I interviewed
12 25 if the need calls for something else.  So I can't
13 legally and ethically tell you that there was a pool
14 of viable candidates when the need may have called for
15 something different.
16 Q.   Okay.  But were you not on the panel?
17 A.   The panel for who?
18 Q.   Yes or no.
19 A.   For who?
20 Q.   For the executive director.
21 A.   Oh, I was on the panel.  You went out.  So I
22 couldn't hear you.  I was on the panel for the
23 executive director.
24 Q.   That was -- we're getting long in the day.  So
25 let's just focus on the question that's being asked.

1      To the best of your knowledge, were there
2  different questions that were asked to different
3  applicants based on whether that applicant was maybe
4  going to be considered to be slotted into an
5  elementary, middle, or high school?
6  A.   No.  The questions -- and, again, when many of
7  the executive directors had the opportunity to talk
8  about potentially what the résumé may not have shown,
9  their experience per se, some of them, as I remember,
10 alluded to the fact of, Hey, my experience has been in
11 elementary.  I love elementary.  Hey, but I would be
12 willing to do middle slash high or whatever the need
13 was.
14     So some candidates even shared with us their
15 desire or expertise.  So questions weren't per se
16 different, but candidates did have the opportunity to
17 talk about their skill set and where they thought
18 would be the best fit.
19 Q.   All the candidates were asked the same questions
20 to the best of your recollection?
21 A.   Uh-huh, the questions were on -- we had to score
22 them.  So the questions were based on what was already
23 on a prepopulated sheet, and we submitted send after
24 the interviews.
25 Q.   Okay.  So this would be a yes or no answer.  All

1  the candidates were asked the -- scored on the same
2  questions for the interviews that you sat in on.
3  Correct?
4  **A.   Absolutely, yes.**
5  Q.   Okay.  And I'm going to try this one more time.
6  Based on the interviews that you sat in on, was it
7  your opinion that prior to June 4th, 2020, Metro
8  needed additional candidates because there were not
9  candidates -- there were not enough candidates that
10  would be good fit for the executive director positions
11  for the 2020/2021 school year in your opinion?
12  **A.   My answer has not changed from our original**
13  **conversation.  In my opinion and in my experience, you**
14  **can't just say you've got a pool of people that don't**
15  **fit what the need is, and so if after reviewing the**
16  **applicants there was a need to find a fit, I'm going**
17  **to say Metro has every right to go and get a fit for**
18  **the schools that are needed.**
19  **    I -- whether they did that or not, that's a**
20  **different question, but what I'm saying to you, in my**
21  **experience, one thing that has happened in this world**
22  **of education is we have to make sure that people have**
23  **a skill set.  Kids get one shot at this.  They get one**
24  **shot.  So we have to make sure that we have the right**
25  **people in front of them every single day.  That's part**

1  **of making sure that we're doing our due diligence.**
2  **You have to have the right person in front of kids**
3  **every day.  So my answer is the same as it was five**
4  **minutes ago.**
5  Q.   Okay.  So for all those individuals that we just
6  walked through whose interviews were scheduled prior
7  to June 4th, 2020, you don't know whether they were
8  going to be a good candidate for one of the available
9  executive director positions.  Is that what you're
10  saying?
11  **A.   I don't know if they were going to fit the need.**
12  **That's what I'm saying.**
13  Q.   As one of the members of the interview panel?
14  **A.   As one of the members of the interview panel, I**
15  **don't know that every candidate interview was going to**
16  **fit the need for every school, and I can only tell you**
17  **in my opinion, because that's what I look for.**
18  Q.   Okay.  In your opinion, did they fit the need?
19  **A.   Who?**
20  Q.   All those individuals that we just talked about.
21  **A.   I selected three executive directors.  So I**
22  **think that question is I was able to select three**
23  **executive directors.**
24  Q.   Okay.  I'm going to show you another document.
25  Can you see my screen, Dr. Griffin?

1  **A.   I can.**
2  Q.   Okay.  Take a look at this document and let me
3  know once you have had a chance to review it, please.
4  **A.   Okay.  I have read that.**
5  Q.   Okay.  Have you seen this document before?
6  **A.   This document was two years ago, June 3rd.  So I**
7  **can't say that I have seen it, but my name is on the**
8  **email.**
9  Q.   Okay.  And the email address, it's
10  sharon.griffin2@mnps.org.  Correct?
11  **A.   I think that's it.  I'm retired.  So I don't**
12  **remember if that was it exactly, but HR can tell you.**
13  Q.   What I'm asking is on this email, is that the
14  email address that's listed?
15  **A.   Oh, yeah.  I didn't see that.  I see it now.**
16  **Yes.**
17  Q.   Okay.  This is an email from Lisa Spencer to you
18  and others on June 3rd, 2020.  Correct?
19  **A.   June 3rd, 2020, 5:03, yes, I see that.**
20  Q.   Okay.  And in the email, she says they are
21  adding another interview to the group, Chad High, who
22  was the current principal at Granbery.  Correct?
23  **A.   That's what that says.  I see that.**
24  Q.   Do you know why Chad High was added --
25  **A.   I don't.**

1  Q.   -- to the (Zoom malfunction)?
2  **A.   I don't.**
3  Q.   You do not know why --
4  **A.   I do not know why, no.**
5       (Exhibit 6 was marked.)
6  Q.   Did you know that Dr. Barnes did not interview
7  Chad High?
8  **A.   I don't know that, no.**
9  Q.   Okay.  Did you know that several of the
10  individuals who participated or who interviewed for
11  the executive director role had actually served as
12  executive directors in the past?
13  **A.   I am aware during my one year those who**
14  **served -- a few of them who served as an ED, yes.**
15  Q.   Okay.  Would prior experience as an executive
16  director inform your opinion about whether that
17  individual was qualified to serve as an executive
18  director again?
19  **A.   I think prior experience is one thing.  Were**
20  **principals successful during that experience is**
21  **another.**
22  Q.   Okay.  Do you know that there were several
23  individuals who scored very highly on the panel
24  interview who were not hired?
25  **A.   I don't -- again, our send button goes to the HR**

Case 3:20-cv-01023  Document 149-8  Filed 03/27/23  Page 47 of 74 PageID #: 2834
Elite-Brentwood Reporting Services * (615) 595-0073
www.EliteReportingServices.com                    181..184

1  department.  Scores are not shared with me.  I don't
2  even know what everybody's score was.
3  Q.    Okay.  Did you ever have any conversations with
4  Dr. Battle after your participation in the panel
5  interview about the executive directors or the
6  interview process for the executive directors and who
7  was going to be hired and who was not going to be
8  hired?
9  A.    I did not.
10  Q.    Did you know that Dr. Battle meets privately
11  with school board members?
12  A.    I'm trying to see.  When you say meet
13  "privately," you mean individually, meet individually?
14  Q.    I mean outside of school board meetings.
15  A.    Yes, that's a regular practice of
16  superintendents.  You just can't meet with two or more
17  because you'll have to have the media there, but as a
18  chief in a former district, that's a regular practice.
19  Q.    It's a regular practice for superintendents in
20  other districts to meet privately with school board
21  members --
22  A.    Absolutely, that's their one employee.  They
23  have one employee.  Absolutely, that's a regular
24  practice.  Two or more and you need the media there.
25  So it's quite often that superintendents meet with one

1  board member, because, of course, you will have to
2  call the media if you've got two or more.
3  Q.    What other districts are you aware of where --
4  well, let me ask it this way:  What other districts
5  where you have worked is that a practice in?
6  A.    I worked with Memphis City Schools.  I was with
7  Memphis City Schools for 20 -- let's see, they merged
8  in 2012.  I started out as a biology, physics, and
9  chemistry teacher in 1991-92 school year.  So in
10  2012 -- that would be how many years later?  So I did
11  it for Memphis City, Shelby County, and, of course,
12  I'm now with Metro.
13  Q.    Or you were.
14  A.    So this is my third district.  Metro was my
15  third district.
16  Q.    Okay.  So in Memphis City Schools, the
17  superintendent met privately with school board
18  members?
19  A.    And Shelby County, Memphis City and Shelby
20  County.
21  Q.    I'm going to ask one at a time -- about one at a
22  time.
23  A.    Okay.
24  Q.    So let me ask it again.  So in Memphis City
25  Schools, the superintendent met privately with school

1  board members?
2  A.    Yes.
3  Q.    Do you know if they gave school board members
4  presentations during those meetings?
5  A.    I don't know about presentations, but being
6  their one employee, I'm sure there was questions about
7  job description, roles, clarity around something, hey,
8  let me be clear, because we all know that constituents
9  call board members all the time, and if they are well
10  informed, then they can talk their constituent up or
11  down based on potentially something that is not true
12  that unfortunately has snowballed into something
13  that's really not as critical and crucial as the
14  caller could think.
15       So it's important that our board members are
16  well informed, and sometimes not being an educator and
17  being a board member, it's a challenge.  And so I saw
18  it beneficial even sometimes when my former districts
19  met with board members to help give them clarity
20  around what was happening in the educational world
21  because if you are not an educator, you can read and
22  misinterpret, and, therefore, there could be
23  misinformation out there.
24  Q.    Okay.  Do you know if the superintendent at
25  Memphis City Schools ever presented the same

1  PowerPoint to each school board member in private
2  meetings with individual school board members
3  regarding board business and then placed that board
4  business on a consent agenda for it to be voted on
5  without discussion at the school board meeting?
6  A.    No, I don't know what happened in those private
7  meetings.  I wasn't in there.  But I am aware that
8  they occurred.
9  Q.    Okay.  Same question for Shelby County.
10  A.    I'm not aware of that happening, because I
11  wasn't there.
12  Q.    Did you ever attend any of Dr. Battle's private
13  meetings with school board members?
14  A.    No.
15  Q.    Okay.  I want to go back and try to dig in just
16  a little bit to the priority school issue.
17       There is a statute that establishes when a
18  school becomes a priority school.  Correct?
19  A.    Uh-huh.
20  Q.    Okay.  And that statute sets out the criteria
21  for whether a school is going to be priority or not.
22  Correct?
23  A.    Yes.
24  Q.    Okay?
25  A.    That's what it was.  I don't know if that's

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 49 of 74 PageID #: 2835    185..188
Elite Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com

1  what's going to continue.
2  Q.   Okay.  Did anyone -- did anyone at State tell
3  you that Whites Creek was going to be taken over?
4  Just yes --
5  A.   No.
6  Q.   I'm going to show you one -- just one other
7  document, and then I think I'll be done.
8      I'm going to share my screen with you.  Dr.
9  Griffin, can you see my screen?
10 A.   I can.
11 Q.   Okay.  And this is the 2021 School
12 Accountability Report on the Department of Education
13 website.  Correct?
14 A.   I guess it is, yeah.  I'm looking at it.
15 Q.   Okay.  The web address is TN.gov --
16 A.   Uh-huh, that's correct.
17 Q.   Begins -- (Zoom malfunction) -- .gov.  Is that
18 correct?
19 A.   Yes, that's it.
20 Q.   So to the best of your knowledge, this is a
21 Tennessee official website.  Correct?
22 A.   Yes.
23 Q.   Okay.  And so for 2021, at the bottom of this
24 web page, it has designations including priority
25 schools.  Correct?

1  A.   Uh-huh.
2  Q.   Okay.  So if I click on priority school, which
3  I'm doing now --
4  A.   Uh-huh.
5  Q.   -- it gives a list of priority schools.
6  Correct?
7  A.   From what I'm looking at, yes.
8  Q.   And does this show that Whites Creek High is on
9  that list?
10 A.   Yes.
11 Q.   For 2021.  Correct?
12 A.   Uh-huh, yes.
13 Q.   And then I'm going to go back and show you the
14 same document for 2014.  So this is the Tennessee
15 Department of Education 2014 School Accountability --
16 A.   Uh-huh.
17 Q.   -- documentation.  Correct?
18 A.   Yes.
19 Q.   Okay.  And then same thing, this has a list of
20 designations including priority schools.
21 A.   Uh-huh.
22 Q.   Correct?
23 A.   Yes.
24 Q.   Now, this 2015 priority schools, do you know if
25 priority schools were designated in 2014?

1  A.   I don't know.  I don't see 2014 on there, but --
2  Q.   Just based on your knowledge.
3  A.   We had data in 2014.  I was a regional
4  superintendent from 2012 to 2017, and we had data.  So
5  I'm not sure why the priority school data is not on
6  there.
7  Q.   Okay.  So this says -- and this is just what's
8  on the Tennessee Department of Education website for
9  2014.
10 A.   Right.
11 Q.   When you click on this drop-down menu for
12 priority schools, underneath that, it says, Approved
13 by the Board of Education on August 26, 2014.
14 Correct?
15 A.   Okay.
16 Q.   Do you see that?
17 A.   I do.
18 Q.   Okay.  And then it goes by county.  So it begins
19 with Davidson County and then goes into all the other
20 counties.  Do you see that?
21 A.   Uh-huh, I do.
22 Q.   So this is going to -- I'm going to put the
23 screen over the list of Davidson County schools, and
24 just take a look at that and let me know when you have
25 had a chance to look at the Davidson County schools.

1  A.   I see it.  I've looked at it.
2  Q.   Is Whites Creek on there?
3  A.   I don't see Whites Creek.  It looks to be
4  alphabetized.  I don't see Whites Creek.
5  Q.   Let's look at this same document for 2015.  So
6  this is the 2015 School Accountability List from the
7  Tennessee Department of Education website.
8  A.   Uh-huh.
9  Q.   Again, scrolling to the bottom, there's a
10 drop-down menu for priority schools, and I'm going to
11 click on that.  And same thing, it goes by county.  So
12 I'm going to hover over the Davidson County list, and
13 just let me know when you have had a chance to look at
14 that.
15 A.   Uh-huh, I see it.
16 Q.   Okay.  Is Whites Creek on there?
17 A.   I don't see Whites Creek.
18 Q.   Okay.  When we were looking earlier at the 2017
19 data, there was no priority school list for 2017 on
20 the State's website.  Correct?
21 A.   Okay.  I don't know.  I mean, you'll have to go
22 back to it.  I can't -- I mean, I don't have my own
23 data in front of me and ...
24 Q.   Well, this is the State's data.  Correct?
25 A.   Right.

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 49 of 74 PageID #: 2836
Elite Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
189..192

1  Q.   And we were looking at this earlier, the 2017
2  school accountability data.  Do you remember that?
3  A.   I do.
4  Q.   Okay.  And when we scroll to the bottom, there
5  is no priority school list on the State's website.
6  Correct?
7  A.   Right, and I'm not sure why.
8  Q.   Do you know why that --
9  A.   At this -- I don't know.
10  Q.   No, I'm generally asking if you know why there
11  is no list.
12  A.   No.
13  Q.   Okay.  Okay.
14  A.   Can I ask you a question, and can I ask a
15  question based on what you just asked for clarity?
16  Q.   Yeah.
17  A.   What does your record show where Dr. James
18  Bailey was the principal at Whites Creek and for how
19  long since we're looking at priority school data?  How
20  long was he the principal?
21  Q.   I'll let Ms. Steiner decide if she wants to ask
22  you about that.
23  A.   Okay, because I have a comment.
24  Q.   Okay.  Those were all the questions I've got.
25  Thank you.

1  A.   Thank you.
2       MS. HARBISON:  And actually, can we take a
3  five-minute break?
4       MS. STEINER:  Yes.
5       Dr. Griffin, I've just got one or two, and
6  that's it.  I promise.
7       THE WITNESS:  Okay.
8            (Short break.)
9       MS. HARBISON:  I actually have a few more
10  questions.  We can go back on the record.
11  BY MS. HARBISON:
12  Q.   Are you ready, Dr. Griffin?
13  A.   Yes, yes.
14  Q.   Okay.  What is the difference between Dr. Conley
15  and Dr. Bailey?  Why was Dr. Conley promoted and
16  Dr. Bailey was removed from his position?
17  A.   I can't answer that, because I did not promote
18  Dr. Conley.  I can tell you that the recommendation
19  was made based on the data and my experience, which is
20  why the recommendation and an intervention -- which an
21  intervention does include replacing school leadership
22  as what we can share with a state when we write grants
23  so that they will not try any other type of
24  intervention.
25       So I don't know why we are talking about

1  Dr. Conley or what this has to do with it, but the
2  data that I observed, I looked at -- again, I asked
3  you how long Dr. Bailey had been there, because even
4  if a school was on the list the finite period of time
5  that you are trying to document, if the principal was
6  there putting in place strategies and a school went
7  into priority status, the State still looks at the
8  principal who has been there for three or more years
9  and the State moved into priority status.
10       So I don't know about Dr. Conley, don't even
11  know why the question -- I mean, maybe it's something
12  that you all need to tell me.  I don't know why the
13  question about Dr. Conley is coming up, but --
14  Q.   Well, let me say this is our chance to ask you
15  questions about things that you may know.  Okay?
16  A.   Oh, okay.
17  Q.   So regardless of whether you don't know why
18  we're asking it, we're still allowed to ask it.  Okay?
19  A.   Okay.
20  Q.   So with that being said, just to make sure I
21  understand your question, you don't know the
22  difference between the two of them, why Dr. Conley was
23  promoted and why Dr. Bailey was removed, even though
24  they were both on priority level?
25  A.   I know the recommendation I made for -- the

1  recommendation that I communicated and have several
2  times in this deposition is that the data that Whites
3  Creek had, being the lowest-ranked school in the
4  district as well as having data for the last three
5  years that was not favorable, clearly made them a
6  candidate for State takeover.  That's what was
7  communicated about the intervention needing to happen
8  immediately.
9  Q.   The criteria for whether the State is allowed to
10  take over is set forth in the statute.  Correct?
11  A.   Well, it could be because there have been times,
12  Memphis -- when I was with Memphis, Memphis lost the
13  ASD had 30 schools, 30 schools.
14       In 2012, when over 1800 schools in the state at
15  that time when the data for three years -- remember
16  now, you are talking about priority schools, but data
17  is run every three years.  So it's very clear that a
18  school could be on the list in '15 and appear on the
19  list in '18, because the data from three years is
20  showing that that school was on a steady decline.
21       In 2012 when the original list was run of
22  schools to even be on a list, there were 85 schools.
23  Sixty-nine was in Memphis.  The State came and took 30
24  schools from Memphis.  Thirty schools was taken.
25       At that time, I was hired to lead the Innovation

Case 3:20-cv-01023  Document 149-8  Filed 03/27/22  Page 50 of 74 PageID #: 2837
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com                                    193..196

1  Zone of which not another school was taken, and even
2  the schools that we had, we said, No, State, let us
3  run our own schools.  Let us have what's called the
4  iZone and create our own.
5     Our schools made double-digit gains,
6  outperformed the State, which is why I'm saying we
7  don't want schools going to the State.  The State
8  didn't even do what they were supposed to do with the
9  30 they got, the two that they got out of Nashville.
10 They got two schools form Nashville, but they took 30
11 from Memphis.
12    So when I talk about schools being taken, it's
13 very real.  It can happen.  It happened.  I saw it
14 happen.  I lived it, and I did not want it to happen
15 to Metro Nashville Public Schools.
16    So I'm just telling you now, when you talk
17 about -- with Dr. Conley or whatever else had
18 happened, I don't know, but I'm telling you the
19 recommendation for an intervention and replacing the
20 principal is an intervention to keep the State out of
21 your backyard.
22 Q.   The State gets its authority to take schools
23 over from the statute, correct, from statutory
24 authority.  Correct?
25 A.   Well, there is a statute that talks about

1  priority schools.  You'll have to -- I'll have to
2  yield to the attorney on what the statute exactly
3  does, but I'm telling you how the statute worked and
4  what I was a part of the work.  And it was three years
5  of data.  If the principal had been there -- actually,
6  I mean if you go and read all of the information
7  around on the iZone -- I can't even ever remember
8  keeping a principal in my experience as a leader for
9  six years.  I didn't even keep a principal -- if the
10 State took over one year or was talking about taking
11 over one year looking at if the principal had been
12 there two or more years, I didn't keep them.
13    So that is regular practice in turnaround work.
14 This is not something that I just made up.  I don't
15 know -- I didn't know anything about the historical
16 context that you provided that happened.  I'm looking
17 strictly at the data and doing my job.
18 Q.   Why was Celia Conley's school not at risk of
19 being taken over by the State?
20 A.   Because there is not only just being on the list
21 three years.  There is not only just being at the
22 school three or more years.  It also is a ranking
23 process.
24    As a high school that -- and no other high
25 school in Metro Nashville Public Schools from my

1  understanding had ever been taken over.  Whites
2  Creek's rich narrative, it was a flagship school in
3  the community, it was prime target for the State to
4  take based on the ranking.  Whites Creek was also
5  ranked last out of 188 schools based on data in the
6  whole district, the entire district.  You can get that
7  information from REA, Research & Assessment.
8  Q.   Is that a State agency?
9  A.   No, that's a Metro agency.  They rank all the
10 schools.
11 Q.   Okay.  And that's not an outside agency; it is a
12 department within Metro?
13 A.   It's a department within Metro that provides the
14 data, breaks it down.  That's all they do is data.  I
15 mean, that's a big chunk of their work, data.
16 Q.   Where was Antioch Middle ranked?
17 A.   I don't know.  I'm retired, and I don't have
18 that data in front of me.  Had I not been, I would
19 have all of that.  So you would have to get the
20 ranking from them.  I know about Whites Creek because
21 I used it in the narrative to explain the rationale.
22 Take the person out of it.  I'm talking about data and
23 numbers.
24 Q.   Who was ranked second to last?
25 A.   I can't remember that either.

1  Q.   Was that individual removed from their school?
2  A.   I'm not sure if that individual was removed.  My
3  recommendation was to ensure that we keep a school
4  within Metro Nashville Public Schools.  So I don't
5  know if that individual was removed, because I can't
6  even remember who the second school was.
7  Q.   Okay.  Do you recall that the 2017 TNReady
8  scores were not to be used for -- to identify a school
9  as a priority school or assign them to the achievement
10 school district?  Do you recall that?
11 A.   I don't recall.  I would have to look at some
12 notes that I have.  I don't recall.
13 Q.   Let me share my screen.  Can you see my screen,
14 Dr. Griffin?
15 A.   I can.
16 Q.   Okay.  This is Tennessee Code Annotated
17 49-1-602.  Correct?
18 A.   I see that on the screen.
19 Q.   Okay.  I understand that you are not a lawyer,
20 but in your capacity as someone that has worked with
21 priority schools in the past, are you -- did you have
22 an occasion to become familiar with this statute?
23 A.   Uh-huh, yes.
24 Q.   Okay.  Is this the statute that sets forth the
25 criteria for whether a school is a priority school or

Case 3:20-cv-01023  Document 149-8  Filed 03/27/23  Page 51 of 74 PageID #: 2838    197..200
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1   not?
2   A.   I cannot answer that question without
3   confirmation from a lawyer.
4   Q.   Okay.  I'm going to scroll down and show you A4.
5   A.   Uh-huh.
6   Q.   And I'll highlight it for you so you can see.
7   A.   Okay.
8   Q.   Can you read that for me and let me know when
9   you have had a chance to read it?
10   A.   Okay, I see that.
11   Q.   Does that help refresh your recollection about
12   what a TNReady assessment would be used for the
13   2017-2018 school year?
14   A.   I do see that.
15   Q.   So based on that refreshed recollection, do you
16   recall whether or not the TNReady scores for 2017-2018
17   could be used to identify a priority school?
18   A.   According to this, it says they shall not be
19   used to identify a school as a priority school or to
20   assign a school to the achievement school district.
21   Q.   Okay.  And then going down to Subsection B --
22   A.   Okay.
23   Q.   -- is this what defines -- and specifically
24   Subsection 2 here that I have my mouse over -- is this
25   the part of the statute that defines when a school is

1   A.   I did not.
2   Q.   Okay.  Did Dr. Battle pick who was chosen for
3   that position?
4   A.   I'm not sure who picked that.  Our role when you
5   serve on the interview panel is to submit the
6   responses from the interview.
7   Q.   Okay.  And you served on the interview panel
8   along with Hank Clay.  Correct?
9   A.   I did.
10       MS. STEINER:  Okay.  That's all.
11       AND FURTHER DEPONENT SAITH NOT.
12       (Signature is waived.)
13   (Deposition concluded at 2:47 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

1   a priority school for the purposes of state law?
2   A.   Uh-huh, based on what I'm reading.
3       MS. HARBISON:  Okay.  I'm going to make this
4   the next numbered exhibit, please.
5       Those are all my questions.  Thank you,
6   Dr. Griffin.
7       THE WITNESS:  Thank you.
8       (Exhibit 7 was marked.)
9       MS. HARBISON:  Ms. Steiner may have one.
10       FURTHER EXAMINATION
11   BY MS. STEINER:
12   Q.   Dr. Griffin?
13   A.   Yes, ma'am.
14   Q.   Did anyone from the State contact you to say
15   they were planning on taking over Whites Creek?
16   A.   No, ma'am, and in my experience, they have never
17   contacted us to say they are taking over, the State.
18   They just show up yesterday to say they are taking
19   them tomorrow.
20   Q.   Now, when you scored for the interviews with
21   executive officer of director -- of equity and
22   inclusion and diversity -- executive officer of
23   diversity, equity and inclusion, I believe you
24   testified that you did not pick who got that job.
25   Correct?

1           REPORTER'S CERTIFICATE
2   STATE OF TENNESSEE:
3   COUNTY OF SHELBY:
4       I, ANNE COSSAR PERRY, LCR #283, do hereby
5   certify that the above transcript of proceedings was
6   reported by me and that the foregoing transcript, was
7   stenographically reported by me and constitutes a true
8   and correct transcript of said proceedings to the best
9   of my knowledge, skills, and ability.
10      I FURTHER CERTIFY that I am not related to any of
11   the parties named herein, nor their counsel, and have
12   no interest in the outcome or events of this action.
13      I FURTHER CERTIFY that I am duly licensed by the
14   Tennessee Board of Court Reporting as a Licensed Court
15   Reporter as evidenced by the LCR number and expiration
16   date following my name below.
17      I FURTHER CERTIFY that reading and signing of the
18   transcript was not requested and I reported the
19   deposition to the best of my ability via Zoom.
20      WITNESS MY SIGNATURE, this, the 5th day of
21   June, 2022.
22
23
24   _____
     ANNE COSSAR PERRY,
     LCR NO. 283
25   Commission Expires June 30, 2024

Case 3:20-cv-01023  Document 149-8  Filed 05/27/22  Page 52 of 74  PageID #: 2839   201..204
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com

## Exhibits

**Ex 01 - Sharon Griffin**
4:11 72:2,4

**Ex 02 - Sharon Griffin**
4:12 93:24,25 94:1

**Ex 03 - Sharon Griffin**
4:13 93:23 108:13,16

**Ex 04 - Sharon Griffin**
4:14 145:12

**Ex 05 - Sharon Griffin**
4:15 171:22

**Ex 06 - Sharon Griffin**
4:16 184:5

**Ex 07 - Sharon Griffin**
4:17 202:8

## -

**--I** 149:13

## 1

**1** 19:5 72:2,4 109:24
129:5,6 140:19

**1.5** 23:21

**1.7** 23:21

**101** 11:24

**10s** 179:6

**11** 32:18

**110** 14:17

**12** 32:18 59:11

**13** 94:11

**13s** 94:12

**14** 71:2

**15** 59:9 71:17 133:8
163:17 196:18

**15th** 115:19,23 116:1

**16** 93:14 98:5

**17** 93:13,17,19 98:5

**17-18** 110:21 113:1
119:8 129:9

**18** 74:17 93:13,14,16,21

**96:7** 98:5 113:2,4 121:7
196:19

**18-19** 110:21,25 112:12

**180** 175:5,9

**1800** 196:14

**188** 199:5

**19** 74:17 113:4

**19-20** 90:17 97:20 98:22
100:16 112:14

**1991-92** 186:9

**1st** 19:5 167:3

## 2

**2** 93:25 94:1 165:17
166:2,3 201:24

**20** 5:6 23:16 72:22 74:17
119:20 138:10 159:8
160:1 186:7

**20-21** 104:12

**20.5** 23:16

**2009** 16:15

**2012** 27:10 120:17 121:9,
16,23 140:5 186:8,10
191:4 196:14,21

**2013** 17:5

**2014** 8:25 9:6 94:10,14,
19,22 122:3 132:13
139:13 190:14,15,25
191:1,3,9,13

**2015** 124:14 134:22
190:24 192:5,6

**2016** 124:16 135:3

**2016-2017** 99:17

**2017** 113:8,13 114:14
116:22 117:13 118:7
119:6 124:18 135:3
191:4 192:18,19 193:1
200:7

**2017-2018** 99:17 110:7,
14 111:3,24 112:7,10,17
113:24 119:21 201:13,16

**2018** 21:9,10 92:24 93:6,
9 95:2,4,10,12,14,19
109:25 113:8,13 118:7
119:6 121:6 122:2

**123:**10,11,19 124:8,10,
18 127:17 132:12 134:19
135:3,9

**2018-19** 122:21

**2018-2019** 74:15 90:12,
20 98:11 99:17 111:7
127:20

**2019** 19:4,6,7 20:6 21:10
26:9 33:3,4 41:2 59:15
76:8 98:7,15,16 109:24,
25 118:12 124:10,20
125:2,4 127:17 129:5,7,9
140:19

**2019-20** 101:23 128:23

**2019-2020** 25:25 45:14
59:7 74:21 87:17 89:19
90:5,9,14,22 99:6
100:12,13 144:6

**2020** 42:12,13 52:12,13,
14 58:9 98:7 124:11,22
125:7 135:12 142:20,25
144:4 146:5 154:23
155:9,21 157:3 158:1,18
159:4,8,13,18,22 160:1,
5,15,21 161:24 162:19
163:22 166:8 167:3,10,
18,22 168:3,10,17,21
169:7,18,24 170:9,15,21
171:6,13 172:2 173:4,7,
21 176:12 178:4,11
181:7 182:7 183:18,19

**2020-2021** 59:8

**2020/2021** 173:6,23
176:14 181:11

**2021** 12:14 142:16 173:7
189:11,23 190:11

**2022** 5:6 7:24 8:15 19:9
121:23

**20th** 158:17 159:4,13,18,
22 172:6,7

**21** 23:14

**21st** 160:5,15,21,22
167:9,18

**22** 15:21

**22nd** 167:21 168:3,10,
17,21

**23** 23:13 26:1 28:9 32:12

**25** 72:22 179:12

**26** 169:7 170:9 191:13

**26th** 169:18,24 170:4,5

**27th** 170:15,21 171:6

**28-year** 150:24

**283** 5:5

**29-year** 150:24

**29th** 171:13

**2:47** 203:13

**2nd** 19:12 20:2 22:1,2

## 3

**3** 93:23 108:13,16
145:10,11

**30** 28:18 72:22 86:6
196:13,23 197:9,10

**30.7** 8:13 13:16

**30th** 21:11 106:19
141:14

**3199** 8:5

**31st** 10:13

**38018** 11:25

**38128** 8:6

**3:20-cv-01023** 5:14
70:23

**3rd** 19:12 20:2 163:22
164:25 166:8 183:6,18,
19

## 4

**4** 145:11,12

**459** 171:19

**467** 160:14

**468** 160:19 161:6

**469** 161:16

**470** 167:1

**471** 167:8

**472** 167:16

**473** 167:20

**474** 168:1

Case 3:20-cv-01023 Document 149-8 Filed 03/27/22 Page 53 of 74 PageID #: 2840
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
Index: Exhibits..474i1

**476** 168:20

**477** 169:3,4

**478** 169:16

**479** 169:22

**480** 170:6

**481** 170:13

**482** 170:20

**484** 171:17,19

**49-1-602** 200:17

**4th** 22:3 146:5 155:9
158:1 172:9,20 173:3,9,
21 176:12 178:4,11
181:7 182:7

---

**5**

**5** 23:7 27:13 83:25
115:25 171:22

**50** 71:8

**5:03** 183:19

**5th** 22:3

---

**6**

**6** 123:1,5 124:4,7 184:5

**69** 27:11

**6th** 7:24 13:4,7

---

**7**

**7** 129:2 179:3,6 202:8

**7th** 8:14 13:4,7 19:9,11,
14,24 20:25 21:2,12,19
133:6 162:9

---

**8**

**8** 134:15

**807** 16:1

**85** 27:9,11 196:22

**8820** 11:23

**8:15** 158:1

---

**9**

**9** 32:18 179:3

**901 372-8003** 12:3

**95** 84:1

**9:13** 5:7

**9s** 179:6

---

**A**

**a.m.** 5:7 158:1

**A4** 201:4

**ability** 152:3,4

**absolutely** 8:9 15:13
22:5,9,16 36:3 48:9 52:4
61:9 63:8 64:14 76:18
84:14 142:14 143:18
144:24 149:3 181:4
185:22,23

**academics** 24:2

**accepted** 156:7,8,10
157:8,9,12,16

**access** 129:3

**account** 123:21

**accountability** 120:13
189:12 190:15 192:6
193:2

**accountable** 88:6

**accumulated** 100:12

**accurate** 127:16 172:24

**achievement** 126:25
137:1 141:13 200:9
201:20

**action** 6:6 105:3 150:18

**actions** 136:12

**activities** 7:2 152:17

**activity** 18:23 72:10
136:19 152:15,20 153:2,
4

**actual** 5:19 164:3

**add** 28:19 64:24

**added** 183:24

---

**adding** 183:21

**additional** 23:21,22
24:4,5,8,13 29:1 30:5,7,
18 31:14 32:10 35:10,11
44:17 47:9,12,13 54:21
91:4 147:18 176:20
181:8

**address** 8:4,5 11:17,21,
23 25:2 165:17 174:6
183:9,14 189:15

**adequate** 29:4

**adjunct** 8:24 9:5

**administered** 5:16
124:11

**administrative** 79:1

**Adrienne** 5:11 6:13
70:11,18 77:15 103:20
151:19 152:1

**advice** 14:1 19:21 21:20

**affect** 162:5,8 164:20

**affects** 63:7

**affiliate** 8:22 10:21

**after-school** 179:1

**age** 18:6 45:17,18

**agency** 199:8,9,11

**agenda** 188:4

**agent** 8:20

**agree** 50:15,19 51:3,12,
19 52:15,17,19,25 57:10
64:1 69:10 71:19 72:8,12
73:1 76:19 78:18 79:10
93:9 101:12 103:7,11,14
110:16,19 117:2 119:23
146:20

**ahead** 141:24

**ahold** 69:1

**akin** 52:13

**align** 49:14 177:11,13

**aligned** 57:16

**alignment** 35:5

**aligns** 174:10

**allowed** 10:3 30:17
32:10 49:23 52:18,21,22
174:12 195:18 196:9

---

**alluded** 180:10

**alphabetized** 192:4

**alum** 84:13

**Amended** 70:7,8 72:1

**amount** 80:18 147:9,17

**anesthesiologist** 12:18

**Ann** 6:3,22 114:5,8

**Anne** 5:4

**Annotated** 200:16

**announced** 75:15

**announcing** 75:13

**answers** 52:17,24 99:5

**Antioch** 120:25 121:3
122:22,24,25 123:1
124:3 127:8,16 199:16

**apologize** 129:25

**appeared** 72:17

**appears** 92:2 155:8
156:22 157:25 159:19
160:6 172:19

**applicant** 180:3

**applicants** 173:4,10,13,
15,22,25 180:3 181:16

**applied** 44:21 72:16,22
73:6 157:2 178:8

**apply** 106:12,14,18,21,
22,23 107:1,3,4,7 128:4,
5

**applying** 106:16

**appointment** 91:19

**appropriately** 34:16
81:1

**approval** 79:18 83:9
150:1

**approve** 80:13

**approved** 20:16 68:2
79:6 83:4 191:12

**approving** 79:13

**approximate** 17:7 32:17

**approximately** 5:7
45:17,18

**April** 52:12 101:11

apt 7:7

area 74:16

areas 18:10 84:9

arrived 42:8

arriving 110:5

article 74:18

ASD 143:7 196:13

Ashford 59:22 64:21

assert 6:25

assessment 23:23
199:7 201:12

assessments 24:6

assign 200:9 201:20

assigned 24:22

assignment 83:22

assigns 23:9

assistant 9:19 15:19
28:23 153:13

associate 35:19,23
36:2,4,19 38:8,14 39:1
40:1 79:11,18,25 109:17
110:10 111:23 113:7,12
118:6

assume 57:6 60:16
82:24 121:13

Assuming 127:15

attached 85:14 166:12

attachment 166:11,21

attend 188:12

attendee 155:17 160:9,
24 161:2 167:5,12,24
168:13,24 169:14,20,21
170:1,11,17,24 171:9,15

attendees 155:14,19
157:2 158:20 160:10,17,
22 167:14

attention 69:15 75:22
102:16

attorney 6:1 198:2

attract 30:6,7 31:1

August 191:13

authority 197:22,24

authorize 147:8

authorizes 147:6

autism 69:3 71:24

automatically 61:7 81:7

Avenue 16:1

award 74:20 75:1,4,7,9,
13,25

awarded 74:20

aware 54:8 56:5,7 59:6
62:14 68:7,10 74:24
101:17 111:21 112:15
175:17 184:13 186:3
188:7,10

aways 147:18

---

## B

B-A-L-L 11:9

back 7:10 15:7 21:1 25:7
46:1 65:21,23 69:21
83:18,20 84:18 85:5,18
86:23 88:23 89:5 92:15
103:17 104:2 113:2
117:21 137:12,14 160:13
164:24 188:15 190:13
192:22 194:10

background 60:22,24
61:6 62:3 64:7

backyard 197:21

bad 41:19 68:17,19,22
98:3

Bailey 5:12 6:4 73:11,12,
22 74:3,11 75:12 76:5,
12,15 77:14 78:3,17,18,
25 79:2 81:21 82:1,10,17
83:12,17 86:8,16,23
87:3,4,13 88:1,7,9 96:15
97:1,10,13 99:11,15
100:11 101:9,13,25
102:5,10,23 103:8,15,21,
22,24 105:9,11 106:6,9,
11,18 107:11,20,25
108:3 121:9 125:3
135:13 136:13 145:17
146:5,10 148:4,11,14,16,
21,23 149:5,20 150:11
151:25 152:2 153:7,12
193:18 194:15,16 195:3,
23

Bailey's 79:6,10 106:1

Ball 11:9,10 167:2

band 98:24

Barbara 168:3

Barnes 20:11,12,16 48:3
49:7 52:6,16 53:2 57:10
67:5,13 126:14 184:6

base 87:9

based 18:6 23:9 24:6
29:2 47:6,13 48:21 51:5
54:1 56:17,20 57:15
60:10 64:17,22 65:8,10
67:16 83:24 87:10 95:12,
15,17,20 96:2,6 97:17
98:5,11,13,19 99:15,19,
25 100:2 105:12 107:25
108:3 112:4 134:18
143:5 147:19 156:2
158:1 168:15 170:3
171:24 172:19 173:1,25
174:9 175:15 176:15
177:4,11 178:12 180:3,
22 181:6 187:11 191:2
193:15 194:19 199:4,5
201:15 202:2

basic 175:20 177:2,3,20,
22,23

basically 34:1 76:20

basketball 77:20

Bates 92:17 161:12,14,
15 166:25 167:7 168:1,
19 169:1,3 170:19

Battle 5:11 6:13 22:21,
22,23 39:1,16 43:25 44:7
48:4 70:11,18 77:16,19,
23 78:5,20 79:3,7,14
82:11 100:22 101:7,13
102:3,10,14 103:10,16,
20 104:3 107:23 108:2,
21,22 136:14,20 145:16,
17 146:6 151:17,18
152:1,5 153:6 185:4,10
203:2

Battle's 77:16,19 86:24,
25 151:19 188:12

Battles' 103:5

beat 77:19

beating 103:9 152:23

beautiful 84:11

begin 92:15

beginning 89:6 95:19

begins 189:17 191:18

Belmont 68:6,9

benchmark 105:5

Bend 133:25 134:2

beneficial 187:18

benefit 22:7

BEP 146:24 147:5,11,18

big 199:15

bigger 71:7,8 92:8,10
123:2,3

biology 15:9,16,23
186:8

bit 16:21 27:5 36:5,11,14
62:22 68:13 92:11 100:6
123:3 137:20 161:10
165:8 188:16

biweekly 25:11

blame 16:21

block 95:5

board 68:7,8,11 69:15,
17,20,21,24 108:13
119:16 185:11,14,20
186:1,17 187:1,3,9,15,
17,19 188:1,2,3,5,13
191:13

body 13:2

bottom 23:7 27:13 70:21
71:4 83:25 92:12,16
115:25 158:8 161:14
189:23 192:9 193:4

Boys 15:12

brain 162:15 165:21

break 57:8,22 108:18,24
109:1,3,4 144:10,15
153:19 161:9 194:3,8

breaks 199:14

breathalyzer 61:24

Brenda 167:22,23

Brick 121:10 133:19,20,
22 134:4 136:24 137:1

**bring** 51:6 83:17

**brings** 51:22

**broken** 55:25 148:1

**broker** 8:22 10:21

**Brook** 109:8,10

**Brooks** 139:22,23 140:8

**brother** 77:16,19 86:24 87:1 102:4 103:5 151:18, 19

**brought** 69:14 102:15,20 103:16 104:12 163:6,8 164:18

**budget** 146:23 147:1,2,4 148:9 149:10

**Buena** 121:10 137:25

**building** 11:8 84:11 125:16

**buildings** 61:17

**built** 31:13

**bunch** 7:4 179:2,6,8

**bus** 62:24

**business** 9:15 11:17,19, 20 188:3,4

**button** 92:13 184:25

---

**C**

**C-H-A-E-R-E-A** 169:10

**C-O-O-N-S** 111:2

**cabinet** 38:9 39:5,6

**calculate** 142:19

**calculated** 95:22 122:13 126:7

**calculations** 95:10

**calendar** 19:14 154:25 155:1,9,25 156:3,4,20 157:15,18 158:16,25 159:3,7,12,15,16,20,24 160:3,9,15,20 164:6 167:1,9,20 168:2,10,21 169:5,17,23 170:8,15,21 171:2,5,12 172:21 173:1

**call** 30:24 37:5 48:1 49:6 67:12 86:16 99:23 125:12 149:20 150:7

186:2 187:9

**called** 9:21 15:25 23:20 24:25 27:7 30:3,20 58:23 68:6 70:7 75:16 156:21 179:14 197:3

**caller** 187:14

**calling** 27:14 59:4 86:15

**calls** 179:12

**campus** 10:9 11:10

**cancel** 91:19

**cancels** 61:7

**candidate** 44:22 50:17, 20,22 51:9 52:18,20 57:16 61:10,13 89:13,14 127:2,13 174:3,5 175:16 176:9,18 178:3 182:8,15 196:6

**candidates** 47:15 48:7 49:8,14,25 50:16 51:1,4 54:1,2 55:21 57:14 59:4 60:6,11,12,17 65:6 143:24 174:13 175:2,11 176:4,13,19,20 177:6 178:6,11 179:14 180:14, 16,19 181:1,8,9

**Canvas** 10:11

**capacity** 200:20

**card** 11:17,19,20

**cardiologist** 12:15

**cardiology** 12:14

**care** 88:13

**Carl** 158:20,23 159:1

**Carter** 158:21,23

**Carter's** 159:1

**case** 5:13 7:15,24 17:22 40:14 70:10,21 91:16 119:15 120:22 142:13 150:14 153:25

**casual** 62:2,5,12

**Cathey** 5:13 6:8 39:21, 22,23,24,25 40:9,17,22 50:22 153:25

**caused** 148:2

**Cecelia** 124:14,16,18,20 126:1,11

**Celia** 170:9 198:18

**cell** 95:8

**Center** 137:21

**Central** 5:7

**certified** 9:12 15:9,14, 16,18 119:14

**cetera** 18:7

**chad** 53:14,15,16,17,18 55:7,12 58:20,23 155:16 156:1,23 157:23,24 166:10,21 172:9,15,19 173:9 183:21,24 184:7

**Chaerea** 169:3,5

**challenge** 120:6 176:10 187:17

**challenges** 14:7 24:24 25:18 27:24 30:10 174:8

**chance** 7:14 40:8,10,17 52:20 53:13 135:1 138:21 141:25 155:5 161:19,20 183:3 191:25 192:13 195:14 201:9

**chances** 62:16

**change** 7:11 25:10 34:4, 8 37:10,16,23 89:19,21 112:20 142:11,12 145:22 179:9

**changed** 33:14,17,18 34:6,7 141:10 181:12

**changing** 51:16

**Chappelle** 135:3,10,18

**charge** 20:6 43:19 80:10 113:12

**chart** 91:20 124:23 125:1 132:5 135:6,10,17

**charter** 28:18 129:18 147:6,12

**charters** 85:20

**check** 150:14

**checked** 101:15 162:21

**chemistry** 15:17 186:9

**chief** 22:11,12 23:2,4 28:6,8 33:6 47:4 64:6 83:21 107:17 122:21,22 128:23 185:18

**child** 41:18 69:4

**children** 61:2,17 119:23

**choice** 64:4 66:7,11,13, 16 86:11 106:16 107:5,6, 7

**chooses** 107:17

**chosen** 58:20 59:17 173:22,25 203:2

**Chris** 20:11,12,16 48:3 49:7 52:6 67:5,7 126:14

**chunk** 199:15

**Church** 121:10 133:19, 20,22 134:4 136:24 137:1

**city** 10:4 15:25 17:4 84:13 186:6,7,11,16,19, 24 187:25

**claim** 152:21

**clarity** 61:8 187:7,19 193:15

**class** 9:2,16 15:8

**classes** 9:4,13,25 16:6, 13

**Clay** 60:1,3 66:19,21 67:12,13,19 203:8

**clear** 37:19 82:9,11 113:1 128:7 129:21 162:23 164:18 165:14,16 187:8 196:17

**clearance** 12:19,20

**click** 114:17 116:12,17 117:6 190:2 191:11 192:11

**clicking** 115:12 116:3

**clients** 6:25

**climate** 87:8,10

**climate-wise** 98:24

**close** 23:25 24:9 28:1 29:2 31:5,11,12 32:11 84:21 87:24 88:16 91:4 96:12 106:4 144:12 168:8 179:9

**closed** 23:14 31:13 127:24 137:17,18,21,23, 24,25

closely 12:22

closing 91:7,11 105:15
117:11 126:24 127:2
130:7 179:1

Club 15:12

coach 77:16,19,23 78:5,
20 79:2,7,14 86:24,25
101:13 103:10,16,21
105:18 136:14,19
151:17,18 152:4,5,23

coached 78:21

coaches 78:9 105:17

Cochran 45:5,6,7

Code 200:16

Cohn 137:21

cohort 42:21

colleagues 22:6

collective 98:14 171:18

collectively 44:9

College 15:25

column 115:6

comment 153:7 193:23

comments 69:21

commissioner 21:10

commitment 13:22
14:14

common 120:5,6

communicate 151:1

communicated 42:14
44:8,10 47:21,24 148:19
151:13 196:1,7

community 74:4,9
199:3

company 11:11,14

compass 41:16

competence 36:18

competency 47:3

competent 46:19,22
63:22 64:15 66:10 72:17

competently 56:24

complain 14:11

complained 69:7 72:6,9

complaining 38:19

complaint 36:25 70:7,8
72:1,13

complaints 38:22

complex 136:9

complies 146:9

computer 55:18,19
154:11

computers 120:3,4

concern 17:21

concluded 203:13

condition 13:9 22:24
163:12

confident 39:25

confidential 162:16

confirmation 201:3

confusing 7:7

Congratulations 8:16

Conley 124:14,16,18,20
125:7 126:1,11,17
127:20 151:14 170:9
194:14,15,18 195:1,10,
13,22 197:17

Conley's 198:18

connect 52:16

connected 98:4

connection 39:18 74:4,
9 125:5 136:16

conscious 107:5,7

consent 61:20,22,24
188:4

consequence 41:24,25

consequences 104:13

consideration 58:6

considered 46:25 82:1
175:6 178:3 180:4

consistent 51:4 141:2,7

consistently 51:11

Consolidated 19:16

constituent 187:10

constituents 61:5 187:8

consultations 19:15

contact 12:2 38:15 55:7
202:14

contacted 101:10
202:17

contest 113:15

context 85:17 198:16

contextual 42:7

continue 31:8 141:20
143:2,12 147:24 189:1

continued 135:11

contract 8:19

control 104:6,18

conversation 96:20
97:1,7,9,11 103:22
104:2,16,17 134:17
139:4,9,10 148:20
149:11,12,19,24 150:3
153:8,11 163:11 181:13

conversations 54:21
86:10,12 87:22 96:20,22
103:19,21 149:18 185:3

convicted 60:25 61:1,
11,14,19 62:1,10

Coons 109:13,15 110:1,
8,14 111:2,16 113:1

Coons' 111:8

Cordova 11:24

core 144:25

corner 92:13

correct 6:13,14 15:5
20:12 28:14 32:23 33:2,6
35:1 44:1,13 46:7,11,15
47:16 50:4 65:7,16,19,22
66:8 67:19,20 68:18 70:1
73:14,19 74:21 76:1
78:13 80:8,14 82:14,15
86:9,10 90:14,15,21
94:19,22 95:14 98:9,15
99:7,12,13,18 100:14
101:14 106:20 107:1,11
109:16,18 110:11 116:7
118:15,22 121:13
124:16,25 125:4,5
128:16 130:4,13 134:19
135:10,13,19 144:7

145:5,6 154:1,17,23
156:17,23 157:23 158:1
159:4 160:9 164:20
166:6,8,9,10,19,22
168:17 172:3,10,20
174:19 175:19 181:3
183:10,18,22 188:18,22
189:13,16,18,21,25
190:6,11,17,22 191:14
192:20,24 193:6 196:10
197:23,24 200:17 202:25
203:8

correcting 148:22

counsel 5:20,22 20:20

counselor 119:12

counselors 24:4

count 58:9 75:5,6 90:5,7
97:21

counties 191:20

county 5:10 6:24 17:3,4
21:9 69:18 70:11,17
96:10 114:22 115:3
116:7 186:11,19,20
188:9 191:18,19,23,25
192:11,12

couple 16:6 20:17 99:4
104:11 158:4 172:2

courses 15:7

court 17:17 29:5 108:14
144:13 154:11 169:9

COVID 9:2 10:1 14:21
33:21 59:13 89:24 141:8
143:22,24 144:4,9

Craig 160:4

create 80:22 197:4

created 47:6

creating 25:2

credentials 46:25

credit 21:1 22:2

Creek 26:4 28:16 33:1
74:4 77:15 78:21 84:3,4,
8,9,10,13 85:3,8,12 86:3,
17 87:12 88:18 91:13
93:2,4,5,8 94:24 95:9,12
98:9,20 99:1,7,11 104:11
111:24 113:7,12,18
116:19 117:4,23 118:7
119:5,19 120:3 123:6,7,

Case 3:20-cv-01023 Document 140-8 Filed 03/27/22 Page 57 of 74 PageID #: 2944
Elite Brentwood Reporting Services (615) 595-0073 . . .Creek
www.EliteReportingServices.com

18 124:8 127:4 135:25
138:5,9,13,17 142:15
146:3,11 148:24 150:4
151:25 189:3 190:8
192:2,3,4,16,17 193:18
196:3 199:4,20 202:15

**Creek's** 199:2

**crime** 61:1,2,3,4

**criminal** 60:22,24 61:6

**criteria** 188:20 196:9
200:25

**critical** 187:13

**crucial** 187:13

**culminating** 55:3

**culture** 87:8,10 98:23,24
100:2

**curious** 13:9

**current** 99:20 183:22

**cursor** 70:13

**cycle** 36:7,9 142:21

**cycles** 24:25

---

**D**

**D.C.** 27:21

**Damon** 5:13 6:8 39:21
153:25

**dance** 30:14

**danger** 101:19 145:2,4
148:13

**Darren** 134:21 135:1

**data** 55:1 67:16 74:2
77:5 83:10,17,18,20,23,
24 84:2,8 85:9,10,13
86:2 87:7,23 88:8,9,22,
23 90:18 91:6 95:15,16,
20 96:2,3 97:20,22 98:3,
4,19,21 99:1,14,16
100:1,2 101:5,6 103:22
104:20,21 105:1,13
112:4,22,23,24 113:5
116:21 118:13,16,23
119:1 121:4 122:13,16,
17 126:23 127:10 132:4,
6,7,21 133:7 136:10
137:22 139:14 141:6
142:19,20,22,25 144:7

145:20 146:2,13 150:20
164:6 191:3,4,5 192:19,
23,24 193:2,19 194:19
195:2 196:2,4,15,16,19
198:5,17 199:5,14,15,18,
22

**date** 5:6 19:20 21:4,12
101:9 117:23 120:17
172:11,12,14

**dated** 146:5

**David** 159:21,23

**Davidson** 5:10 6:24
69:18 70:11,17 114:22
115:3 116:7,15 191:19,
23,25 192:12

**day** 10:13 21:1 25:12
53:1 81:17 162:22
179:24 181:25 182:3

**day-to-day** 14:15 87:24

**days** 10:9

**deal** 25:20

**deals** 9:16

**dealt** 18:19,20 24:16

**debrief** 25:17

**December** 7:24 22:23
23:1

**decide** 193:21

**decided** 45:13 126:7

**deciding** 58:7 121:21
133:13

**decipher** 7:25

**decision** 13:12 14:5,25
22:9,25 44:6,7 49:16,17
54:12,15 55:3,4 65:4
67:14,18 78:12 79:13
83:17 85:15 97:23 98:5,
8,11,19 99:11,19 105:12
107:24 108:7 125:24
126:1 128:3,13 146:1
151:16

**decision-making** 64:25

**decisions** 79:6 84:15
88:17 100:19 132:23

**decline** 196:20

**decreased** 142:2

**dedicated** 36:20

**deem** 129:18

**deemed** 5:18 27:9,22
43:18 128:3

**defendant** 120:21

**defendants** 5:12,13

**defines** 201:23,25

**degree** 9:10 15:2,9,10,23
60:5

**demoted** 7:2

**denial** 54:7

**deny** 22:8

**department** 9:7,8 11:7
34:6,13 54:17 111:14
116:22 117:3 144:3
185:1 189:12 190:15
191:8 192:7 199:12,13

**departments** 143:16

**deployed** 26:24 143:5

**DEPONENT** 203:11

**deposition** 5:8,15,18,19
12:11,12 16:24 22:15
72:2 196:2 203:13

**depositions** 17:10

**description** 60:15 63:8
104:4 187:7

**descriptions** 35:4

**deserve** 41:20,21 75:3

**designated** 190:25

**designation** 23:9 26:17

**designations** 189:24
190:20

**desire** 43:11 142:12
180:15

**desired** 64:24

**Desouza** 168:22

**determine** 54:20,21
174:21 176:9

**developed** 66:15

**development** 77:7
140:3

**dialogue** 21:21

**Diaz** 167:22,23

**differ** 110:15 113:14
118:9

**difference** 194:14
195:22

**differently** 50:23 84:16
140:14

**difficult** 13:20 38:16,20

**dig** 188:15

**digital** 5:17

**diligence** 162:11 182:1

**dinged** 118:19

**direct** 73:13 141:14
147:7 148:9

**directer** 166:16

**direction** 43:8,15 144:1

**directly** 25:22 62:18
77:4 83:5,16 102:18
111:12,13 147:7

**director** 18:12 32:22
33:8,25 34:3,19,21,24
38:3,7 44:14,16,21
46:14,18 47:1,11 50:2
53:17 54:10,13 56:14,25
57:11 58:4,8,21 59:7,17
66:7,11 67:3 73:15 77:6
87:3 96:23 102:17,19,20
111:18 112:3,5 125:10,
14,17 126:3 138:19
140:2 152:1 154:22
155:10,21 156:2,21
157:3,20,22 158:17,24
159:2,9,12,17,21,25
160:4,16,20 167:2,8,17,
21 168:2,9,20 169:2,4,
17,23 170:8,14,20 171:2,
3,5,12 173:2 174:17,23
175:18,22 176:14 178:7
179:20,23 181:10 182:9
184:11,16,18 202:21

**director's** 77:3

**directors** 24:21 25:5,22
32:24 35:14,18 37:3,8,
14,22 38:11 42:16,20,22
44:16 46:9 48:21,23
49:18,20 52:1 54:24
55:16 56:17 59:1 67:20
68:2 80:1 126:4 173:6,23
175:7 178:16 180:7

182:21,23 184:12 185:5,
6

**directors'** 24:21 55:14
175:21

**disappeared** 92:3

**disappearing** 56:1

**discipline** 24:3 77:15
103:10

**disciplined** 42:5 79:14

**disclose** 162:16

**discriminate** 18:6

**discrimination** 17:21
18:4,19,21 152:25

**discriminatory** 69:7,10
71:20

**discuss** 77:5 113:25
145:16

**discussed** 49:6,7

**discussion** 53:2 121:21
131:22 133:15 149:4
150:10 188:5

**discussions** 66:19
68:21

**dispute** 88:4,5

**district** 15:21 17:2,5
20:17 21:16 31:15 35:8
39:12 40:24 42:11,15,17
43:7,12 73:9 74:16 79:16
96:4 98:20 99:25 105:3
106:13 127:6 128:11
129:19 136:1 137:1
141:13 150:22 151:1,2
185:18 186:14,15 196:4
199:6 200:10 201:20

**district's** 146:11

**districts** 84:21,22 97:24
185:20 186:3,4 187:18

**diversity** 59:20 63:10
64:8,16 65:15 202:22,23

**doctoral** 9:9

**doctorate** 9:11 16:3,5,8

**document** 5:19 93:22
120:11,20 121:14 127:15
155:6 157:6 161:12,18,
23 163:18,20,22 164:3
182:24 183:2,5,6 189:7

**documentation** 79:21
80:7,10,12,16,18,19,25
81:9,11 82:14,19,23
99:25 100:10,11,18
101:1 111:4,6 190:17

**documented** 13:5 81:18
88:25 101:5 165:2

**documents** 65:13
111:8,15,21 113:2
121:17 129:2 154:19
164:4 171:24

**Doe** 5:9 6:4 63:17,19,20
64:13,21 65:5,9,18 66:7
67:3 69:6 70:10,14,16
72:2,5,17,21 73:2,8

**Doe's** 69:3

**dollars** 23:21,22 26:21
100:4 115:22 118:18
143:3 147:5,16

**double-digit** 115:18,19
197:5

**doubt** 172:23

**draw** 18:1

**driven** 14:5

**driver** 62:24

**driving** 61:23 62:23,25
63:4

**drop-down** 114:18,19
191:11 192:10

**drugs** 62:5,7,12,19,20
63:1 82:25

**due** 9:3 10:1 144:8 146:2,
13 162:11 182:1

**DUI** 61:11 62:13,21 63:4

**duly** 6:16

**dumb** 29:24

**duties** 34:1 36:2,23

**duty** 148:22

---

**E**

**earlier** 128:17 130:1
131:12 154:20 192:18
193:1

**190:14 192:5 195:5**

**documentation** — *see left column continues*

**early** 10:14 13:12,15,16

**Ed** 27:22 34:6 88:6
111:14 184:14

**Ed.d** 15:6 16:4

**Ed.d.** 15:8 16:5,12,14

**education** 8:13 15:15
16:18 24:5 34:13 116:23
117:3 181:22 189:12
190:15 191:8,13 192:7

**educational** 9:10
187:20

**educator** 13:17 187:16,
21

**Edwards** 169:18

**effectiveness** 80:25

**egregious** 80:17 81:4,8,
21 82:2,5,24

**electronic** 50:5 64:23
67:2

**elementaries** 32:19

**elementary** 23:12,16
32:7,8 121:10,14 123:23
178:13,17 180:5,11

**eligible** 115:21

**eliminated** 72:14,22

**eliminating** 39:14

**Elite** 5:5

**else's** 57:14

**email** 47:21 49:4,5
100:23 129:3 161:9,25
162:21 163:15,19 165:1,
4,9,12,17,19,21 166:2,14
183:8,9,13,14,17,20

**emails** 162:9,22

**employ** 23:22 27:18 30:5
31:11 91:4

**employed** 8:11 11:1

**employee** 10:20 43:3
185:22,23 187:6

**end** 21:17 45:14 77:20
90:10,20 135:11 144:12
147:23 151:8 153:17
156:17 168:9

**ended** 56:4 66:3

**Ending** 98:15,16

**endorsement** 16:15
119:12

**ends** 31:12 147:22

**engage** 18:23 152:15,17

**engaged** 7:1 136:12,18
153:1,4

**engaging** 41:14

**enrollment** 30:9

**ensure** 23:25 31:2 77:4,9
104:5 113:3 119:10,14
138:3 141:6,21 143:2
151:1 200:3

**ensuring** 112:14 122:14

**enter** 99:10

**entered** 98:7

**entire** 33:7 127:5 136:1
144:9 150:22 199:6

**entitled** 26:22

**environment** 39:13

**equity** 59:20 63:10 64:8,
16 65:16 67:3 202:21,23

**equivalent** 16:7,12

**ES** 121:13,14

**ESL** 177:15,17

**established** 154:20

**establishes** 188:17

**estate** 8:20 11:11

**etched** 165:21

**ethically** 179:13

**ethics** 41:15

**evaluate** 25:14 77:2

**evaluates** 78:11

**evaluation** 58:10,13,15
67:2 76:25 78:10 112:6

**evaluations** 58:4,19
112:4

**event** 156:20 158:16
159:1,3,7,16,20,25
160:3,9,15,21,25 167:1,
9,17,20 168:10 169:17,
23 170:15 171:2,5

eventually 79:7

Everson 161:3

everybody's 185:2

evidence 41:23 80:9

evident 89:10

ex-employee 39:9

exact 65:11 69:14,16
117:23

EXAMINATION 6:18
153:22 202:10

examined 6:16

Excel 92:7 94:6

excellent 57:19

exceptional/superior
57:20

exchange 62:2,5,12

excited 75:20

excuse 34:12 74:15 79:2
93:24 129:22 145:9

executed 112:14

executing 88:7

executive 24:21 25:5,21
32:22,24 33:8,25 34:3,
19,21,24 35:14,18 37:3,
8,13,22 38:3,6,11 42:16,
20,22 44:14,15,16,20
46:9,13,18 47:1,11
48:20,23 49:17,20 50:2
52:1 53:17 54:10,13,24
55:13,16 56:13,14,17,25
57:11 58:4,7,21,25 59:6,
17 60:20 63:10 64:16
65:15 67:20 68:2 73:15
77:3,6 80:1 87:3 96:23
102:17,19,20 112:3,5
125:9,14,17 126:2,4
138:19 139:17 140:2
154:22 155:9,21 156:1,
21 157:3,19,22 158:17,
23 159:1,8,12,16,17,21,
25 160:4,15,20 166:16
167:2,8,17,21 168:2,9,20
169:2,4,17,22 170:8,14,
20 171:2,5,11 173:2,6,23
174:17,23 175:7,18,21
176:14 178:7,16 179:20,
23 180:7 181:10 182:9,
21,23 184:11,12,15,17

185:5,6 202:21,22

exhibit 5:20 72:2,4
93:23,24 94:1 108:13,16
134:7 145:7,12 171:19,
22 174:4 184:5 202:4,8

exhibits 5:17

exist 30:19 141:14 148:3

exit 84:19 115:12,16,20
116:11 117:6,11

exited 88:9 115:17 117:8

exiting 116:18

expectations 34:5

expected 10:13

expecting 81:2

experience 9:18,19,22
56:17,19,22 58:9,10,12,
14,16 60:7,11,19 104:21
146:14 147:12 150:13
174:9 175:13 176:16
177:11,16,18 178:22
180:9,10 181:13,21
184:15,19,20 194:19
198:8 202:16

experienced 30:10 60:7
173:24 178:22

experiences 51:7

experiencing 14:6

expertise 180:15

explain 131:19,21 132:4
199:21

explained 34:20

explanation 31:22

expose 30:11

exposed 30:13

express 73:24 74:6

extended 38:9

extensive 62:4 110:17

eyes 71:9

---

### F

fact 42:16 64:1 100:5
129:1,14 135:19 180:10

factor 51:24 121:22

127:23 133:13 135:24
136:3

factors 128:12 130:12

facts 96:2

factual 99:24 157:10

fail 151:9

fair 14:9 37:4 44:21
50:21 52:20 69:17 81:20
89:18 116:18

faith 142:13

fall 10:17 12:13 23:10
42:13

fallen 23:7

falsification 40:9,12,13,
19 41:6,14 42:6

falsifying 40:14

familiar 17:24 18:4
27:12 175:22 200:22

family 21:21

fashion 21:12

fast 29:6,7 58:2

fault 107:4,6,7

favorable 105:14 196:5

Feagins 170:15

feared 102:10

federal 18:5 152:16

feel 41:15 48:10

Felicia 161:3

felt 52:2 74:3

Feversontuggle@
outlook.com. 161:3

field 9:18,21

fight 86:24,25

figure 154:10,12

file 80:7 82:14,20

filed 73:8

files 88:24

filling 144:2

finalize 10:14

finally 22:25

find 91:24 92:2 93:2
181:16

findings 80:10

fine 13:6 87:19 88:3

finite 110:3 195:4

fire 80:24 107:15,18
149:1

fired 40:19,25 41:1,5,14,
25 102:4 106:9,10,13,15,
17

firing 81:7

fiscal 21:17 147:18

fit 142:11 174:13 177:7,8,
22 179:8 180:18 181:10,
15,16,17 182:11,16,18

fits 179:5

five-minute 194:3

fix 85:2 89:11 147:25
148:2

flagship 199:2

floor 69:24

FMLA 12:13,25 20:16,18
163:12

focus 13:13 105:1
116:11,17,18 117:10,11
179:25

follow 29:6 147:5

forever 31:7

forgot 28:17 33:21

form 21:12 54:9 197:10

formally 147:11

forward 160:7

found 101:9

four-year 93:10

fourth 71:23

Fox 109:8,10

frame 19:18

framed 164:2

freezing 129:23 154:5

Friday 25:4 74:1

Fridays 25:10

**front** 88:23,25 99:22
117:24 118:2,16,23
119:1 121:4 127:10
129:3 133:4,5,6 139:14
141:21 151:8 181:25
182:2 192:23 199:18

**full** 22:2 104:5,18

**full-time** 10:20

**fully** 41:22

**fun** 12:8

**funded** 34:5

**funding** 24:16,18,19
25:20 34:14,15 88:14,16
89:8 91:4 118:19 143:13
146:24 147:7

**fundraiser** 78:1

**funds** 24:8 26:21,22
29:1,2 32:9,10 77:24
97:19 103:9 143:3
152:24

**funneled** 147:15

**future** 8:8

---

### G

**gains** 84:9 91:3 115:18,
20 127:23 128:10 197:5

**Gallman** 168:22

**game** 77:20

**gap** 19:19 179:9

**gaps** 24:1,2,9 25:2 28:1
29:2 31:5,11,12,13 32:4,
11 84:21 87:24 88:16
91:5,6,11 95:22 96:12
105:15 106:4 117:10
126:25 127:2,24 130:7
148:2 179:1

**Garcia** 39:9,10,11,19

**garnered** 31:14

**gave** 55:21 95:17,23
127:16 187:3

**general** 48:17 61:3

**generally** 193:10

**gentleman** 53:13

**get along** 38:20 76:11,
22

**Gibbs** 32:8

**Girls** 15:12

**give** 11:17,21 14:17
45:25 59:16 76:25 87:25
118:19 187:19

**giving** 91:3,7

**goal** 21:6 77:3 84:21
147:25

**good** 5:3 6:20,21 9:13
12:4,6 14:9 41:10,12,19
45:24 48:8 76:16 98:3
181:10 182:8

**goodness** 48:3

**Gotcha** 95:20 173:8

**gov** 189:17

**Government** 5:9 6:10,
24 70:10,16

**governor** 141:11

**Gra-mar** 121:16 137:22
139:22,25 140:4,9

**grade** 40:9,12,19 41:5,14
42:5 123:23 178:23

**grader** 71:23

**grades** 40:15

**graduate** 10:10

**Granbery** 183:22

**grant** 23:19,20 24:7,10
26:21,22,25 29:1 30:3,4,
5,17,20,23,25 31:3,4,12,
15 34:5,8,20 35:5 97:19
112:14 115:22 118:18
143:3,12

**grants** 31:6,9 88:15 91:9
110:4 111:17 194:22

**great** 12:6 15:22 29:13,
16 36:19 97:14 98:25
115:23 138:20 159:11,15
160:12 178:19

**Griffin** 5:8 6:2,15,20 8:3
15:1 29:22 71:19 96:14
99:4 100:6 105:9 108:21
109:8 114:23 115:2,15
116:6 117:2,19,22
118:21 123:22 128:16
129:22 130:10,18 131:3
144:11,17 145:14 148:4
151:14 153:19,24 154:15

157:14 158:18 161:13
165:7,23,24 171:25
176:23 178:4 182:25
189:9 194:5,12 200:14
202:6,12

**Griffins** 165:15,18

**ground** 14:11,21 59:12
62:20 88:12 138:1 176:6

**group** 39:7 53:19,21
183:21

**groups** 8:19

**guess** 48:3 54:20 155:22
156:9 189:14

**guide** 41:16

---

### H

**H-A-R-R-I-S** 11:13

**Hall** 11:9,10

**Hammond** 160:5

**hand** 62:18 154:6 174:6
179:9

**handle** 110:20 112:10

**handled** 109:13,15
110:14

**hang** 45:4 60:21 70:4
89:16 91:18,24 133:24
139:1

**hanging** 29:11 131:24

**Hank** 60:1,3 66:19,21,23
67:1,11,12,19 203:8

**happen** 77:13 78:15
88:16 105:18,21 141:7
145:21 151:10 196:7
197:13,14

**happened** 69:23 84:3
90:1 103:1,24 104:21
105:9,10 106:1 122:5
125:7 138:2 141:19
146:3 181:21 188:6
197:13,18 198:16

**happening** 9:3 25:9
42:9 141:11 176:1
187:20 188:10

**happily** 133:5

**happy** 144:12

**Harbison** 6:7 92:12
108:17 114:1,5,11,17
115:9,11 116:3,11,21
117:14 153:18,23,24
169:9,13 171:23 194:2,9,
11 202:3,9

**hard** 119:23

**harm** 81:4

**harmless** 90:3

**Harris** 11:13

**harsher** 51:19

**hate** 41:17 106:8 107:6

**Hayes** 6:4 63:15

**HBCU** 15:24

**head** 92:20 162:5,14
163:2 164:13

**health** 13:13,24 14:5,7
21:6

**health-related** 163:12

**hear** 7:5 36:25 38:19,22
39:16 40:20 52:7,16,23
58:16 125:5 131:11
144:12 149:7 152:5,7,9,
11 154:8 179:22

**heard** 28:3 40:22,24 51:5
52:20 97:14 153:3

**hearing** 5:21 79:2

**heart** 12:21

**held** 88:6 90:2

**helpful** 29:20

**helps** 80:18

**hey** 31:13 55:7 178:19
180:10,11 187:7

**hierarchy** 68:22

**high** 23:12 26:2,3,4
28:12 32:12 33:19,25
53:14,15,16,18 55:12
58:20,23 65:9,11 93:5,8
124:1 135:25 139:24
140:12 155:16 156:23
157:23,24 166:18,21
172:9,15,19 173:9
177:15 178:13,18 180:5,
12 183:21,24 184:7
190:8 198:24

High's 55:8 156:1
166:10

high-need 23:6

high-needs 23:19

high-priority 23:5

higher 125:18,21,22

highlight 201:6

highly 73:22 121:24
184:23

hire 64:21 67:18,20
107:15,18 125:13 135:22
149:1

hired 20:10 21:10 26:9
28:6,8 42:18 60:22 72:23
83:7,9,21 84:20 96:10
108:21,22 138:9 173:5
184:24 185:7,8 196:25

hiring 67:23,25 143:8
155:20

historical 84:11 85:17
110:17 198:15

histories 21:8

history 21:16

hit 55:19 57:19,20 85:8
126:6 143:22 144:4

hold 16:14 84:6 86:7

home 8:3,5

honest 10:23 40:3,6 60:2
85:22 87:6 144:19,22

honesty 144:24 162:1

hope 60:9

hoped 21:14

hoping 21:6

host 114:6

hostile 39:12

hover 192:12

HR 20:13,19 47:2,3,4,6,
15,20,23 53:23 54:1
56:9,11 60:8,17 64:23
65:23 73:7,8 78:23
79:17,24 80:2 96:23,24
97:6,8 101:10 102:9,13
105:12 107:17 126:6
139:19,20 149:2,4,7,12,
21 151:23 173:13 183:12

184:25

HR's 148:25

huge 24:2 32:3

Hughes 59:22 64:21

human 18:11,12 20:6,10
55:5 78:23

Hume-fogg 32:2

hybrid 9:2 10:1,8

___

**I**

idea 22:18 44:19 54:12
72:15 118:21,24 119:2

identified 24:9 25:3
26:10,16 34:19 54:22
60:14 105:6 118:20
143:4,25

identify 5:22 26:18
27:24 160:13 200:8
201:17,19

ill 12:11

illegal 18:23 40:12,15
81:8 103:7,8,12,13
152:20

ills 85:2

image 129:22

immediately 196:8

impact 146:23 147:1,2,4
148:9 149:10 175:12

impacted 97:20

implemented 113:3,4

implied 61:19,22

important 50:16,19
51:10 74:8 80:16 154:8
187:15

impression 178:5,10,12

impressive 64:10

improve 97:18

improved 33:15 117:9

improvement 23:20
26:21,22 81:12,15 83:19
89:9 97:19 115:22 116:2
118:18 132:25 143:3,12

improving 94:15 116:4,

6,12,17,18 117:11,12

in-court 5:21

inaudibly 71:3

incident 82:7

include 81:11 82:16,21
194:21

including 189:24 190:20

inclusion 63:11 64:8,16
65:16 67:3 202:22,23

increased 59:7

indicating 109:7 152:6
154:16

individual 54:2 184:17
188:2 200:1,2,5

individually 114:19
185:13

individuals 58:24
155:20 157:1,2 158:21
166:15 173:20 177:1
178:9 182:5,20 184:10,
23

influence 22:6 61:23

inform 184:16

information 93:15 95:13
111:20 156:2 198:6
199:7

informed 53:20,23
187:10,16

Inglewood 116:8

ingredient 99:2

injustice 42:1

innovation 22:11,12
23:2,4 28:7,9 33:6 56:15,
18,19 64:5 75:16 83:21
105:24 107:18 122:21,22
128:24 196:25

input 49:17

inquire 56:2

inquiry 24:25 36:7

insensitive 163:1

inside 111:21

instance 75:13

intelligent 36:22 63:24
64:2

6,12,17,18 117:11,12

interact 64:6

interacted 36:13

interacting 63:2

interaction 38:7 175:9

interactions 66:12

interim 20:18

interim/named 20:19

interpret 51:7

interrupt 129:25

intervene 145:23

intervention 84:25
121:24 129:15 137:9
138:2 147:25 150:15
151:5,9 194:20,21,24
196:7 197:19,20

interventions 137:15

interview 46:2,4,5,24
47:5,14,16 48:7 50:20,
21,22 51:6 52:6 53:13,
15,24,25 54:6,19 58:24
59:4 60:9 63:9,12 64:17
65:25 67:8,17 73:2 126:5
154:21,22 155:10 156:1,
21 157:20,22,25 158:17
159:1,9,13,17,21,24
160:4,16,20 166:15,19
167:2,9,17,21 168:3,10,
21 169:3,5,17,23 170:9,
14,21 171:3,6,12 172:22
173:3,20 174:17 176:24
177:9,23 178:9 182:13,
14,15 183:21 184:6,24
185:5,6 203:5,6,7

interviewed 46:17,23
47:22,25 48:2,10,12
49:25 51:1 53:16,18
63:21 65:18 67:13 126:5
158:21,23 168:16 170:4
172:9,20 173:10 177:2
178:6 179:11 184:10

interviewers 44:14 46:6
50:17 51:1,14,17 59:20,
24

interviewing 50:6 55:12
61:11,14 63:15 174:15,
16 178:2

interviews 52:11,12
53:20,22 55:14,16 67:6
125:25 154:22 166:16

172:1 177:21 180:24
181:2,6 182:6 202:20

**introduce** 5:25

**introducing** 5:20

**invalid** 51:16

**invalidate** 51:20,21

**investigating** 41:23

**invitations** 155:1,2

**invite** 155:9 156:1,3,5
157:16,19 159:12,15
164:6 168:2,21 169:2,5
170:8,21 171:12 172:21

**invited** 157:19

**invites** 156:4,7 173:1

**involved** 69:4 155:20

**involves** 136:9

**isolation** 44:10

**issue** 56:11 68:10 69:11,
14,16 120:5 188:16

**issues** 12:15,16 24:4
141:18

**izone** 27:7 64:5 81:15
197:4 198:7

---

### J

**James** 5:12 6:4 73:11,12
86:8,16 97:10 145:17
151:24 153:6 167:9,18
193:17

**Jane** 5:9 6:4 63:17,19,20
64:13,21 65:5,9,18 66:7
67:3 69:3,6 70:9,13,16
72:2,5,17,20 73:2,8

**January** 8:14 14:5 19:9,
11,12,14,24 20:2,25
21:2,19 22:1 129:2 133:6
138:7

**January/february** 13:9

**Jenai** 6:3 63:15

**Jesse** 6:7 153:24

**Jesus** 71:14

**job** 34:1 35:2,3 36:1,17,
23 37:10,15,17 38:5 40:1
43:4,5 46:22 47:1 53:21

---

54:23 56:25 60:15 62:18
63:8,10 65:15 66:4,10
72:14 73:18,19 82:6 88:3
96:16,17 97:2,12,14,16,
17 98:6,10 102:13 104:4
105:10 106:1,11,17,19,
23 107:8,9 108:3 125:8
126:11,18,23 127:3
128:8 136:20 143:23
144:21 145:18,20
146:10,12,17 148:22,23
149:5 153:14 155:21
156:2 157:3 158:22,24
187:7 198:17 202:24

**jobs** 7:3 52:2 72:18,19,
23 73:3,6 96:22 105:22
106:14,19

**Joelton** 137:20

**Jones** 23:16

**Joseph** 102:7

**July** 19:4,5 20:5 109:24
129:5,6 140:19

**jump** 45:10

**June** 21:11 52:13,14
58:8 106:19 141:14
155:9 158:1 162:9
163:22 164:25 166:8
172:9,20 173:3,9,21
176:12 178:4,11 181:7
182:7 183:6,18,19

**justification** 150:12

**justified** 147:1

**justify** 40:13 81:21 82:2
83:1 100:10

---

### K

**Karen** 168:21

**keeping** 198:8

**Kelly** 6:9,12

**Ken** 156:13,14,15 157:8

**Kennedy** 134:21 135:1

**Kenneth** 156:12

**key** 31:6

**kids** 15:13 24:3 31:17
43:16 62:23,25 63:3
120:2 141:22 147:5
148:1,3 151:1,2,5 179:10

---

181:23 182:2

**kin** 39:8

**kind** 14:24 21:13 23:15
29:9 42:1 61:21 62:21
75:18,22 96:1 121:24
129:24 143:6

**knew** 13:23 22:1 27:16
28:3 38:3 39:22 46:3
66:6 73:1 176:5

**knowing** 58:17 61:5
66:25 150:23

**knowledge** 16:21 42:4
45:22 54:5 68:5,25 73:18
102:22 110:17 112:23
121:15 151:16 161:4
180:1 189:20 191:2

**Kovach** 159:22,23

---

### L

**L-A-M-M-E-R-M-U-I-R**
8:6

**L-I-S-A** 111:1

**labeled** 168:1 170:19

**labor** 8:19

**lack** 16:21 99:20 100:3

**Lammermuir** 8:5

**lane** 37:12

**language** 70:25 71:1

**large** 29:3 36:12 39:6

**late** 101:11

**law** 61:20,21 62:3 152:16
201:1

**Lawrence** 171:13,14

**laws** 18:4,5

**lawsuit** 6:23 17:13
22:17,19 65:24 73:9 79:1

**lawyer** 40:16 200:19
201:3

**lawyers** 161:13

**LCR** 5:5

**lead** 9:22 105:17 175:3
196:25

**leader** 27:22 43:12,18

---

60:8,20 85:24 104:19
119:9 122:5,8,9,15,17
130:22,23 140:15 143:21
150:16 173:25 198:8

**leaders** 27:25 75:21
77:11 104:14 119:13
141:23 175:14

**leadership** 9:8,10 39:4,7
43:8,25 82:4,9 85:7,16
86:1 98:4 99:20 104:9
105:14 106:4 108:6,10
119:11 141:2 179:7
194:21

**leading** 88:13 121:20
143:9

**Learn** 27:22

**learning** 25:1 137:21

**leave** 15:13 19:8 21:11,
24 22:1 149:7

**leaves** 149:4

**leaving** 21:19

**Leffler** 5:11 6:5 38:1,15,
20,23 39:8 50:7,9 53:2
54:6,9,13 56:12,18,24
57:2,7 59:16 168:11,16

**Leffler's** 39:17 52:5

**left** 18:13 19:11,13 20:15,
16 21:4,8,16 22:3,22
23:13 35:1 42:17 86:11
136:25 137:13,14 138:5
166:3 170:7

**legal** 20:20

**legally** 179:13

**Lemoyne-owen** 15:24,
25

**Lendozia** 169:18

**length** 127:22

**lenient** 51:19

**lesson** 68:5,14,23 69:1,
4,6,9,18 71:20,22 72:6,9,
14

**letter** 54:7 146:4,20
148:4 149:10,14,15,16

**letting** 135:22 163:23

**level** 15:21 17:2,5 137:10
178:23 195:24

---

Elite-Brentwood Reporting Services (615) 595-0073 levelill
www.EliteReportingServices.com

**librarian** 119:12

**licensed** 5:4 8:20

**life** 27:6 31:7

**lifting** 13:20

**light** 14:12

**likelihood** 142:8

**Lilliard** 137:16

**Lily** 5:11 6:5 38:1 50:6
52:5 54:6 59:16 168:11

**limbo** 143:10,17,18,19,
22 144:4

**lined** 19:18

**link** 166:11,13

**Lisa** 47:18,19 109:15
111:1 113:1 166:6
183:17

**list** 26:16,19 27:10,12,17,
19 28:5,25 84:4 85:4
88:19 89:1,3,9,12,15
90:4 91:21 92:19 93:16,
17 94:9 101:17,18,22,25
102:1,2 108:12 113:20
115:21 116:10 117:7,13
121:5,23 123:1,7 132:12
133:4,5,6 134:18 138:4
139:10 140:4 160:17
173:14,15 190:5,9,19
191:23 192:6,12,19
193:5,11 195:4 196:18,
19,21,22 198:20

**listed** 115:3 116:19
123:7 136:18 183:14

**listen** 58:16 158:14

**lists** 121:17

**lived** 133:8 163:16,21
164:8 197:14

**lives** 179:9

**loaded** 178:18

**local** 68:14

**located** 11:8 16:1

**location** 9:25 11:15,16
156:16

**long** 11:9 13:1 17:5 43:7
58:1 88:18,20 92:21
110:6 115:23 118:14,21
121:18 122:8 123:15,19

133:14 139:15 179:24
193:19,20 195:3

**longer** 12:24 31:22
103:25 104:15 106:2,3
115:21 125:16 128:3
141:14 144:2

**longest** 86:1

**looked** 15:1 25:1 36:14
42:21 58:14 60:15 83:20
88:8 121:17 136:3 192:1
195:2

**lose** 85:25 96:12 98:20
104:6,20,22 125:8
126:22 127:3 128:8
137:11 146:10,25 147:3
151:2

**losing** 82:5 85:16 89:7
96:16 97:2,12,16,17
126:11,18 136:20
145:17,20,23 146:1,16,
23 147:1 148:23 149:5

**lost** 7:2 44:16 72:14
102:14 146:12,17 151:3
196:12

**lot** 10:11 13:23 14:18,22
16:17 25:20 66:12 69:15
112:20 141:4 178:24

**love** 180:11

**low** 30:9 65:11

**lower** 125:18

**lowest** 53:8 86:2

**lowest-ranked** 196:3

**loyalty** 39:17

**luck** 12:4

---

**M**

**M-S-A-P** 30:4

**made** 22:8,25 44:10
54:12,15,16,17 55:4
56:5,7 62:14 65:4 67:14,
18 68:7,10,14,19 69:23
73:7 79:13,24 83:18
84:5,9 88:17 90:16 95:16
97:23 98:19 99:19 102:3
105:12 107:5,6,7,24
108:7,11 125:24 126:1
127:23 132:12 137:15
146:13 151:16 194:19

195:25 196:5 197:5
198:14

**magic** 132:21 142:23

**magnet** 28:23 29:23,24
30:2,6,17,20,22,24 31:25

**mailed** 149:14

**main** 147:25

**maintains** 104:5

**major** 105:19 140:12

**Majors** 20:8,9

**make** 19:17 21:18 25:5
29:4 31:20 34:15 48:17
67:21 68:6 71:1,7 78:14,
16 84:15 85:15 92:8,10
100:8 107:16,19 114:5
115:18 123:2 128:6,13
129:17 132:23 134:6,7
141:6,22 145:22,25
148:22 151:4 153:7
162:10,25 163:5 164:10,
18 165:1,16 174:20
175:12 181:22,24 195:20
202:3

**maker** 49:16

**makes** 78:22 83:10

**making** 24:11,17 58:19
78:8,12,19 119:16
128:10 182:1

**malfunction** 135:8
136:13,21 145:18 152:3
184:1 189:17

**man** 149:9

**management** 9:16
147:12

**managing** 9:16 24:10

**mandates** 141:11

**Maplewood** 26:3 28:16
85:8,10 139:23 140:1,10

**March** 52:12

**Marie** 170:15

**mark** 93:23 108:13

**marked** 5:17 72:2,4 94:1
108:16 145:12 160:14
161:6 171:22 184:5
202:8

**marking** 145:10

**Martin** 170:22

**master's** 9:10 15:4 16:2,
3 60:4

**math** 119:6,9,12,15,19,
20,25 120:1

**matter** 5:9 42:15 57:13
63:18 65:2 98:25 128:20

**matters** 136:5,7

**Maultsby-springer**
168:4

**Mcgreal** 170:22

**Mckissack** 134:13,14,
16,24 135:9,19

**Mcpherson** 45:1,2,13

**meaning** 50:20 51:18
52:1 61:22 63:21 67:18
79:7 89:2 99:17 145:1

**means** 8:23 95:12
115:20 117:10,11 123:8
128:24

**meant** 29:24

**media** 185:17,24 186:2

**medical** 22:24 162:17

**meet** 80:11 185:12,13,
16,20,25

**meeting** 10:12 68:7,8,11
84:13 119:17 156:8
157:21 188:5

**meetings** 36:12 38:9,25
39:3,5,6,7 185:14 187:4
188:2,7,13

**meets** 185:10

**Melissa** 20:20,23

**member** 119:16 186:1
187:17 188:1

**members** 69:21 182:13,
14 185:11,21 186:18
187:1,3,9,15,19 188:2,13

**memory** 162:6,8 164:20,
24

**Memphis** 8:6,25 9:5,25
11:2,4,16,25 15:25 16:3,
9 17:4 27:6,12,23 186:6,
7,11,16,19,24 187:25

Case 3:20-cv-01023 Document 149-8 Filed 05/27/22 Page 64 of 74 PageID #: 2851
Elite-Brentwood Reporting Service (615) 595-0073 Williamson v. Memphis12
www.EliteReportingServices.com

196:12,23,24 197:11

**mentally** 13:22

**mention** 148:5

**mentioned** 150:7,10

**menu** 114:18,19 191:11
192:10

**mere** 65:1

**merged** 17:4 23:15
137:23 186:7

**Meri** 111:22

**Meriwether** 5:12 6:5
35:21 36:17 37:1 40:5
79:5,11,12 86:15,22
102:5 110:10,13,19
111:23 112:9 113:6,11
118:5 169:24 170:4

**messages** 141:7

**messed** 94:3

**met** 25:4 60:18 100:25
139:20,23,24 186:17,25
187:19

**methods** 51:18

**Metro** 7:3 12:11 17:14
18:9 19:2,4,23 20:3 21:8
22:10,12 25:25 27:1,17
28:9 33:5 36:20 37:10,24
59:3,13 60:23 65:24
68:17,22 72:10,18,23
73:4,17 75:5,9,11,23
76:4,8 79:24 86:2,5,8
91:16,20 95:13,17 96:16,
17 97:2 101:18,23
102:15 103:3,17,25
104:5,18 105:10,22
106:2,19,25 107:1
109:12,23 110:18 112:24
120:17 126:12 127:15
129:15 136:3,25 138:3,
23 140:20 141:3 146:25
147:22,23 162:9,22
165:15,25 173:3,4,5,22
175:5,24 181:7,17
186:12,14 197:15 198:25
199:9,12,13 200:4

**Metro's** 137:10

**Metropolitan** 5:9 6:10,
23 17:11 70:10,16

**Michelle** 168:4

**Microsoft** 157:21 158:8

**middle** 23:12,16 32:13,
14,15,18 74:16 120:25
121:9,10,11,16 122:23,
24,25 123:23 124:3
127:8,16 133:19 137:20,
22 140:12 178:13,18
180:5,12 199:16

**milestone** 34:10

**million** 23:22

**millions** 100:3

**mind** 14:24

**mine** 175:8

**minimum** 60:18

**minute** 84:6 149:8

**minutes** 144:10 182:4

**misappropriating**
152:24

**mishandled** 77:24

**misheard** 164:17

**misinformation** 187:23

**misinterpret** 187:22

**missing** 53:11 55:8 56:4
66:3

**misuse** 103:9

**MNPS** 129:4 160:20

**modules** 18:16

**Monday** 25:4,8 74:1

**Mondays** 39:4

**money** 34:16 88:14 91:7
105:19 147:14,17,22,24

**monitor** 12:21

**monitored** 12:20,21

**month** 20:17 36:9,10

**months** 86:6

**moral** 41:16

**Moreno** 5:11

**morning** 5:3 6:20,21

**mouse** 201:24

**move** 35:9 81:3 88:15
116:1 118:4 132:15
137:19 154:11 159:6

164:11,22 165:7 166:24
167:19

**moved** 133:11 195:9

**movement** 112:20

**moves** 133:9

**moving** 8:7 37:18

**MSAP** 28:20 30:1,4,23
32:1,9,10

---

## N

**named** 39:9 53:14

**names** 60:13 134:10
137:13,19

**Napier** 94:19

**narrative** 42:8 84:12
199:2,21

**narratives** 76:9

**Nashville** 5:10 6:24 10:4
17:11,14 22:12 27:2,17
70:10,17 104:5 141:3
146:25 165:15 175:5,24
197:9,10,15 198:25
200:4

**national** 18:7 68:15

**nay** 97:20

**necessarily** 30:21 41:25

**needed** 5:21 12:16,21,23
13:13 14:2,15,21 24:12
54:21 58:17 66:14 75:3
76:20 82:19 151:6
174:14 177:16 181:8,18

**neediest** 31:17 175:1

**needing** 196:7

**needle** 88:15

**Neely's** 133:25 134:2

**negative** 70:1

**neonatal** 15:10

**news** 68:15

**nods** 92:20

**noise** 119:16

**nonearned** 42:2

**nonegregious** 81:24

**nonpriority** 37:7,9,23
39:2 42:21 46:10 48:23
49:18,21 50:3 57:1,12
75:24 175:18

**nonrenew** 103:7 107:24

**nonrenewal** 78:8,20
79:7,8,17,20 80:13,24
81:3,22 82:2 101:17

**nonrenewals** 78:13

**nonrenewed** 78:4,5
80:4 82:8,13 83:13,15
89:2 96:16 101:20 103:5,
16 108:3

**nonrenewing** 100:11
103:23

**nontraditional** 177:19

**normal** 37:4,5,6,7

**notes** 64:24,25 200:12

**notice** 45:25

**noticing** 6:1

**November** 13:1

**number** 5:5,14 12:1,2,3
17:6 59:7,14 70:21 72:2
77:9,10 90:12 92:17
93:23,25 98:3 108:13
121:25 132:21 138:4
140:13 142:4,24 145:10
161:14 171:20

**numbered** 202:4

**numbers** 10:3,5 199:23

**nurse** 15:11

---

## O

**oath** 5:16 131:12 146:21
157:11 162:11

**objections** 5:24

**observations** 48:21
74:1

**observe** 24:23 36:8

**observed** 25:8 88:6
98:22 101:6 111:1,8
195:2

**occasion** 200:22

**occur** 21:15 42:15

Elite Brentwood Reporting Service, LLC - ph: 615.595.0073 occuri13
www.EliteReportingServices.com

**occurred** 82:7 99:16 188:8

**October** 12:14 13:4,7 20:15 163:13 164:16

**offer** 171:18 179:1

**office** 12:3 75:15

**officer** 63:10 64:16 65:15 139:17 202:21,22

**official** 189:21

**officially** 8:12,14

**online** 15:1 18:15,17,18 112:24 113:21 177:25

**ooh** 17:2,6 45:18 71:9

**open** 44:19 85:22

**opening** 45:2

**opinion** 36:16 38:4 54:9 69:13,25 144:5 173:11, 19,21,24 175:14 176:15 181:7,11,13 182:17,18 184:16

**opinions** 70:1

**opportunity** 64:4 106:11,12 180:7,16

**opposed** 19:11,25

**orally** 101:2

**organization** 43:13

**organizations** 8:19 147:13

**Organizer** 160:10

**original** 5:18,19 18:7 156:11 181:12 196:21

**originally** 127:4

**outlined** 5:24

**outperformed** 197:6

**overqualified** 174:24 176:8

**oversees** 143:16

---

**P**

---

**P-L-A-T-T** 11:5

**p.m.** 203:13

**pager** 101:3,4

**paid** 140:14

**pandemic** 141:9 178:1

**panel** 54:1,6 60:9,13 154:21,22 166:15 173:20 174:17 176:24 179:16, 17,21,22 182:13,14 184:23 185:4 203:5,7

**paper** 55:18 177:7,8

**paperwork** 19:18,19

**paragraph** 71:2,17 146:8

**parent** 77:20 103:9 152:23

**parental** 178:25

**parents** 68:11 69:24

**part** 12:6,19 13:12 14:4 16:22 18:25 26:25 27:7, 17 34:18 38:8 39:5 42:23 43:11 44:19 79:24 98:6, 10 104:4 112:24 118:12 137:24 181:25 198:4 201:25

**participated** 178:9 184:10

**participation** 185:4

**partner** 85:20

**partners** 147:20

**pass** 119:24

**passing** 82:25

**past** 21:8 61:6 97:24,25 142:23 184:12 200:21

**patient** 152:12

**pay** 21:1 31:16

**Pearl-cohn** 26:5,6,8,9, 13 27:1,3,16 28:4 139:2, 3,6,11

**peers** 76:23

**people** 26:24 35:11 37:18 44:17 48:8 53:20 62:16 63:9 73:8 84:12 85:25 105:19 126:6,9 141:5 175:15 176:4 177:17,21 179:8 181:14, 22,25

**percent** 14:17 23:7 27:13 83:25 84:1 115:25

**percentile** 115:19,23 116:1

**perfectly** 165:8

**perform** 34:1 58:5

**performance** 73:18 81:12 97:24 98:1,6,14 107:25 108:3,5,9 138:19 153:14

**performed** 36:1 38:5 56:13,25 142:22

**performing** 105:4

**period** 87:25 90:23 140:23 195:4

**Perry** 5:4 33:2,3,4,8 34:2,21 49:3 73:14,19,21 76:23 87:3,13 96:25 112:3,5 140:2 159:8,10

**person** 10:2 13:25 20:19 22:6 32:20 43:6 44:20 46:23 47:24 54:22 57:18 60:2,8 61:18 65:2 66:25 67:8 73:17 78:3,11,19 79:15 80:11,13 81:25 82:7 83:8,10,16 104:16, 24 105:7 108:8 110:5 112:19,25 121:19 136:1 149:15 156:6,24 164:4 166:3 177:4 178:8 179:11 182:2 199:22

**person's** 47:3 48:16 177:13

**personal** 144:5

**personality** 76:16,19 100:1

**personally** 38:2 88:10 138:22,24

**persons** 47:20

**perspective** 51:22

**petrified** 102:13

**Ph.d.** 15:5,6,7 16:5,7,11, 12

**philanthropic** 147:13, 20

**phone** 12:2 150:7

**physical** 14:18,19,22 81:4

**physically** 13:22

**physician** 21:20

**physicians** 14:2 19:21

**physics** 15:17 186:8

**pick** 58:7 202:24 203:2

**picked** 47:15 48:24 49:18,20,22 61:22 203:4

**piece** 85:6

**Pippa** 5:12 6:5 35:21 36:17 37:1 79:5,11,12 86:15,22 102:4 110:10, 13,17 111:22,23 113:6 169:24

**Pippa's** 169:25

**place** 21:18 43:2 85:1 102:22 105:23 132:15 150:18 156:20 172:1 195:6

**plaintiff** 6:8 160:14,19 161:6,16 167:1,8,16,20 168:1,20 169:2,16,22 170:6,13,20 171:17,19

**plaintiffs** 6:23 120:21

**plan** 10:16 25:2 77:7 80:22 81:9,12,15

**planning** 202:15

**plans** 8:7

**platform** 10:11

**Platt** 11:5,6

**play** 63:2

**plays** 10:23 82:4 122:14

**point** 7:5,10 37:23 48:6 55:24 96:14 103:2 108:18 148:11 149:8 154:5 172:25

**pointing** 114:22

**politician** 84:12

**pool** 173:4,10,12,14,16, 22 176:13,19,22 178:6, 10 179:13 181:14

**pools** 176:4

**pop** 25:13

Elite Brenwood Reporting Services, Inc. Habecker condstr.. popi14
www.EliteReportingServices.com

population 177:16

Portillo 102:7

portion 24:17

position 22:10 34:24 39:14 46:3,5,15,18 47:16 48:11 53:4 54:3,7 58:5, 12,13,24 59:20,25 60:4 64:13 65:15 66:4 67:13, 14 72:21 76:20 107:21 125:19,21 143:7 144:2 159:25 194:16 203:3

positions 37:10,16,17 44:14 58:8 59:7 173:11 174:18,23 175:18 176:14 181:10 182:9

positive 14:12

possession 61:14 62:2, 5,11,12

possibly 5:21 67:13

posted 143:7

posting 143:23

potential 85:25 96:4 98:20 104:13 105:16 127:2,13 150:19

potentially 57:16 85:4 89:7 180:8 187:11

Powerpoint 188:1

practice 185:15,18,19, 24 186:5 198:13

pre2019 41:3

precontextual 76:9

premise 91:3

prepopulated 180:23

prescheduled 25:13

present 67:6 83:9 120:17 153:8

presentations 187:4,5

presented 187:25

press 68:17,19,23 69:1 92:13

pretty 14:8 57:7,18 58:2 65:9 76:16

prevent 150:15

previous 17:3 27:6

99:16 100:15 110:4

previously 123:12

prime 89:13,14 199:3

principal 9:11 15:18,19, 20 25:13 36:12 40:19,23 41:1,5,13,15,22 42:5 47:5 74:14,15 75:2 76:5, 17 77:8,14 78:7,15,22 79:21 80:3 83:4,18 85:9, 11,12,14 86:7 93:11 96:9 98:2,8 99:20 105:14 107:18 108:6,10 119:17 122:3 123:14,16,17,19 124:12,24 125:1,3,17,18, 20,22 126:2,19,21,23 127:6,12,25 128:3 129:11,13 130:3,6,13,19, 24 131:2,16 132:11,14, 25 133:10,11,13,14 134:22 135:4,11,19,22 136:5,24 138:9,23,25 139:3,6,23 140:1,9,10, 18,19 145:3 150:13,22 151:15,25 153:13 183:22 193:18,20 195:5,8 197:20 198:5,8,9,11

principal's 76:20 100:1

principals 9:19 24:11, 20,22,23 25:17,22 27:25 32:21,22 35:17 38:12 67:21,25 68:1 75:21,24 77:2,11 82:16,21 83:7,14 84:19 86:4,11 87:22 96:22 99:13 101:18 102:18 103:4 104:14 105:17 135:21 136:12,18 137:14 144:20 152:14 178:15,16 179:8 184:20

principals/my 23:24

prior 42:23 53:24 56:22 58:9,10,12,14 88:9,12 90:17 93:13,17 110:5 112:21 136:2 139:18,20 140:17 141:3 149:12 173:3,9,20 176:12 178:4, 11 181:7 182:6 184:15, 19

priority 13:21 23:6,11 24:1,9,17 25:24 26:1,8, 10,14,15,18,19 27:4,10, 14 28:4,25 31:10 32:4,5, 9 34:4 35:3 36:6 44:18 46:10 49:23 50:3 56:19

58:17 67:21,24,25 68:9 73:15 75:19 83:23 85:6 88:18 89:1,3,18,21 90:4, 9,10,11,12,13,20 91:1,2, 11,22 92:21,24 93:6,9, 10,12,16,21 94:10,14,15, 19,22 95:2,3,4,8,10,11, 14,19 96:18 108:12 109:14,16,20 110:1,15, 20,23 112:10,17 113:9, 14,20,23 114:15 115:10, 11,15,17,20,21,25 116:4, 6 117:4,5,6,7,8,12,23 118:8,13,15,17,18,20,22 120:5,16 121:1,3,6,9,16, 18,19,20,23 122:1,2,4,6, 8,9,10,11,19 123:8,12, 14,15,16,18,20 124:7,10, 25 126:2,12,19,21 127:9, 11,17,19,22 128:1,7,9, 18,20,25 129:6,11 130:2, 11 131:1,13 132:8,10,16, 18,24 133:9,12 134:18 135:6,9 136:2,4 137:18 139:7,12,15,25 140:5,10 141:10,12,17,19 142:1, 15,18 143:9,17,21 148:6, 12 149:6 150:6,9,17 151:15 188:16,18,21 189:24 190:2,5,20,24,25 191:5,12 192:10,19 193:5,19 195:7,9,24 196:16 198:1 200:9,21, 25 201:17,19 202:1

private 188:1,6,12

privately 185:10,13,20 186:17,25

privy 173:12

problem 141:18

procedure 123:22

procedures 5:24

PROCEEDINGS 5:1

process 42:24 47:14,23 53:24 54:19,23 60:17 64:23 126:4 136:9 143:12 155:20 175:23 177:5,23 185:6 198:23

produced 91:16

professional 77:7 140:3 176:15

professor 8:24 9:23

prognosis 22:24

program 28:23 30:14,15 31:2,8 64:5 66:15

programs 30:12 179:1

progress 29:4

progression 100:3

promise 154:13 170:7 194:6

promote 125:13 126:1 194:17

promoted 125:11 140:9 194:15 195:23

promotion 125:12,15 140:11,13

proper 24:18 82:13,19

properly 111:20

protect 102:23 150:25 151:1

protected 7:1 72:10 152:15,18 153:2

proud 74:25 75:2 104:7

provide 91:21 101:7 118:20 122:16

provided 35:10 95:23 99:24 100:18 101:3 116:22 120:21 143:2 146:19 198:16

providing 35:9 151:4

public 8:13 17:11,14 27:2,18 45:22 68:20 69:21,22,24 112:23 141:4 165:15 175:24 197:15 198:25 200:4

pull 13:5 57:7 65:12 70:4 113:24 179:11

pulled 129:19

pumped 32:11 100:4

pumping 105:19

purpose 30:4 31:4

purposes 5:18,21 202:1

push 47:8

pushed 14:24

put 12:23 13:2 31:5 36:25 62:13,21 63:5

70:13 84:25 102:22
132:15 141:21 165:17
172:14,17 191:22

**putting** 195:6

---

# Q

**qualifications** 50:10
57:13 60:10 73:6 177:2

**qualified** 48:11,14 50:13
57:11 73:3 173:5,10,14,
21 174:2,21,22 176:4
184:17

**qualify** 147:15

**qualifying** 51:24

**qualitative** 55:1 67:16
136:10

**qualities** 49:8 174:4,6
177:20,23

**quality** 177:13

**quantitative** 67:16
136:10

**question** 7:6,15,18 12:9
16:20 21:22 29:22,24
37:20 39:17 43:17 50:18
66:2 82:12 98:17 100:6,
17 104:3 105:25 106:8
131:5,11 135:23 136:16
142:3 152:10,11 157:10
158:14,15 159:7 161:8
162:4 173:13 176:22
178:14,18 179:25 181:20
182:22 188:9 193:14,15
195:11,13,21 201:2

**questions** 7:5 35:13
47:9,13 52:7,17,23 53:3,
4 60:16 99:5 154:9,13
177:10,11 180:2,6,15,19,
21,22 181:2 187:6
193:24 194:10 195:15
202:5

**quick** 70:4 108:18

**quickly** 24:1,9 31:11
35:9 104:23 145:23
158:5,13

**quizzes** 25:13

---

# R

**R-E-A-L-T-Y** 11:14

**R-O-N-A-L-D** 11:5

**race** 18:6

**racial** 152:24

**racially** 71:20

**raise** 154:6

**rank** 199:9

**ranked** 84:4 86:2 96:4
127:5 135:25 150:21
199:5,16,24

**ranking** 128:11 146:2,15
150:21 198:22 199:4,20

**rankings** 127:6 135:23,
24 136:5

**rare** 75:25 76:2

**rationale** 199:21

**REA** 199:7

**reaction** 69:22

**read** 70:13 71:1 74:17,18
84:18 85:5 146:8 175:25
183:4 187:21 198:6
201:8,9

**reading** 64:9 71:2,3
178:23 202:2

**ready** 109:6 114:23,25
194:12

**real** 8:20 11:11 33:21
70:4 105:2 162:23
165:14 197:13

**realignment** 147:19

**Realty** 11:13

**reapply** 37:19

**reason** 19:10,13 21:13
40:4 43:3,20,22 45:21
59:16 64:12 118:8
126:17 131:25 144:20,23
145:17 172:23

**reasons** 146:21

**reassigned** 128:2

**recall** 18:10,18,20 20:14
45:11 50:6,9,11,12,14,15
52:5,8 55:12,13,15 57:3,

4 63:9,15,20 67:5,10
86:15,20,21,22 87:5,6,
12,16,20,21 111:5 150:2,
5,6,8 164:7 165:9 200:7,
10,11,12 201:16

**recalled** 164:19

**recalling** 163:15

**receive** 21:1 26:22 67:2
76:1 88:15 141:22,23

**received** 16:15 23:21
26:23 29:2 32:6,9 88:11
89:8 149:16 163:18

**receives** 30:23

**receiving** 9:9 26:20 29:1
97:19 115:17 118:17
149:13

**recipient** 165:13

**recipients** 166:14

**recognition** 75:3,18

**recognize** 75:22

**recollection** 157:6
180:20 201:11,15

**recommend** 78:4 83:12
107:20 152:4

**recommendation**
56:21 58:19 67:25 78:14,
16,20,22 79:17 83:10
90:16 95:15 96:7 99:14
105:13 107:16,19 108:10
145:22 146:13,18
194:18,20 195:25 196:1
197:19 200:3

**recommendations**
67:21,23 68:1 78:8 79:24
176:21

**recommended** 40:18,
25 41:5 83:7 96:9,11
152:2,3

**record** 6:3,12 27:20
34:23 100:9 115:12
116:3 117:14,17,21
128:7 136:22 150:14
160:13 161:7,15 164:17
165:1,2 166:18 173:7
193:17 194:10

**records** 117:24 162:17

**recuperated** 13:10

**recuperating** 13:11

**red** 120:12 137:6

**refer** 63:17

**reflects** 122:17

**refresh** 157:5 201:11

**refreshed** 201:15

**refuses** 18:22

**regard** 36:17 79:6

**regional** 27:7,23 104:8
191:3

**regressing** 129:13

**regular** 185:15,18,19,23
198:13

**regulated** 13:2

**reinterview** 42:23,25
43:4 46:14

**relate** 86:23

**relates** 36:14 101:6
105:5 138:18 141:12
147:17 178:25

**relationships** 147:13,19

**release** 135:22

**relevant** 164:12

**remaining** 104:18

**remember** 16:17 26:17
34:4 36:4 37:25 43:22
44:15 45:6 47:9 48:4,15
53:15,16,17 59:14 60:2
63:14 64:9 66:23,24
69:11,13,16 83:4 90:15
91:1 107:14 115:25
142:20 149:24 155:24
156:6,13,15 157:3,4
162:7,12 163:10 165:10,
20,22 180:9 183:12
193:2 196:15 198:7
199:25 200:6

**remembered** 163:2,7

**remotely** 178:2

**removal** 106:22 150:12

**remove** 98:8 99:11
103:4 145:1

**removed** 86:17 87:4
96:17 99:13,15 135:18
144:21 145:3 148:12

Case 3:20-cv-01023 Document 140-8 Filed 03/27/22 Page 68 of 74 PageID #: 2855
Elite-Brentwood Reporting Service (615) 595-0073 removed116
www.EliteReportingServices.com

149:9 152:5 153:13 194:16 195:23 200:1,2,5

**removing** 151:24

**renewed** 82:10 83:15

**Renita** 33:2,3,4,8 34:2 49:3 73:13 87:3,13 96:25 140:2 159:8,10

**reorg** 42:23,24 43:9 46:4

**reorganization** 42:12, 14,18,19 43:1,17,21,23 44:7 146:11

**reorged** 43:14

**rephrase** 7:8

**replacing** 194:21 197:19

**report** 35:18 78:9 83:5 103:8 189:12

**reported** 28:10 34:24 35:18 40:9 69:6 102:13 152:14,22,24 153:1,4

**reporter** 5:3,4 29:5,11, 16,19 34:12 108:14,25 131:23 132:2 134:6,9 144:13,14 145:9 154:11 169:9,12

**reporting** 5:5 35:15 110:1,23 111:12

**reports** 18:23 102:12 112:22

**represent** 5:23 6:3,8,10, 13,22 153:25

**representative** 149:21

**request** 56:6

**requested** 60:4 103:16

**require** 131:9

**required** 13:22 14:14 60:15 155:14,16,19 157:2 158:20 160:8,10, 22,24 161:2 167:5,12,14, 24 168:6,13,24 169:14, 20,21 170:1,11,17,24 171:9,15

**requirements** 60:18

**requires** 14:17

**research** 16:6,7 199:7

**resources** 9:17 18:11,12

20:6,10 23:22,25 24:12, 13 30:5,18 31:5,14 35:10 55:5 77:12 78:23,24 129:19 141:20,21 143:4

**response** 7:11 131:8,9

**responses** 203:6

**responsibilities** 10:21 34:8 35:2 37:18,22 47:12 78:10

**responsibility** 23:24 27:8 35:8 119:10 148:25 149:2,17 150:25

**responsible** 14:16 20:10 23:5,11,18 24:10 25:21 26:7 28:18 32:21, 25 47:20 78:7,12,19 79:13 112:13,25 126:9 128:24

**rest** 14:3 71:13

**result** 75:12 148:10

**results** 87:11 98:25

**retained** 5:20

**retains** 138:3

**retal** 103:13

**retaliate** 72:11

**retaliated** 6:25 18:24 152:22 153:5

**retaliating** 39:13

**retaliation** 17:22 102:10, 23 104:25 151:24

**rethink** 143:1

**retire** 13:12 14:1,5 20:25 22:25 45:16,19

**retired** 8:12,14,18 10:19 20:13 44:17,24 45:2 46:5 88:24 118:1,25 129:2 133:5 161:24 162:7 183:11 199:17

**retirement** 14:25 19:16 45:21,23

**retiring** 19:24 45:14,16 46:1

**review** 58:15 110:4 155:5 161:20 183:3

**reviewed** 111:20 112:13 171:24

**reviewing** 181:15

**reward** 114:21 115:6 117:8

**rewriting** 142:18

**rich** 84:11 85:17 199:2

**Ricky** 32:7

**rid** 82:23 86:4,8 93:11 136:13

**right-hand** 92:12

**risen** 148:6

**risk** 85:16,21 89:7 96:15 97:2,11,16,17 105:15 106:7 128:2 129:13,14 130:8,9,23 132:19 133:1 145:23 146:1,16 198:18

**Road** 8:6 11:24

**Roberge** 20:20,21,23

**Robert** 137:16

**Robin** 45:8,9 159:13

**role** 23:4 27:8 34:3,18 37:18 47:8,10 49:15 56:14 60:14 61:7 63:2 77:3,9 82:4 83:11,22 84:18 96:19 102:18 104:4 107:14 109:19 122:13 126:12 138:23 139:20 140:15 143:25 148:15 149:1,3 150:25 175:22 184:11 203:4

**roles** 22:6 24:21 35:2 83:4 106:12 175:21 187:7

**Ron** 171:6,8

**Ronald** 11:5

**room** 126:8

**Rosebank** 32:6

**row** 164:5

**rubric** 48:14,16,17 50:5 65:10,14

**rude** 38:16,20

**rules** 142:11

**run** 85:19,20 96:15 132:22 141:14 147:7,8 158:13 196:17,21 197:3

**running** 86:1

**résumé** 55:2 64:9,10 166:10,21 177:4 180:8

---

**S**

**S-N-O-R-T-E-N** 169:11

**safeguards** 102:23

**SAITH** 203:11

**Sara** 102:7

**sat** 44:20 50:8 60:12 87:18 88:2 173:20 181:2, 6

**save** 55:21

**schedule** 36:7 47:5,7

**scheduled** 25:12,15 47:17 60:13 182:6

**school** 9:15,17,20,21 10:12 23:15,17,20,23 24:6,8 25:1,16,19,25 26:3,4,8,10,15,19,21,22, 24 27:4,10 28:4,25 29:25 30:2,16,22,23 32:7,11 33:19 37:9 38:11 39:18 42:11 45:14 56:14,18,19 57:1,12 59:8,13 60:8,19 62:20 66:7,11,13,16 68:1,9 74:16,21 77:8,11 78:4 81:15,16,17 82:3,4, 8 83:19,24 84:1,7,11,15, 17 85:3,15,16,18,23,24 86:1 87:7,8,10,14,17,18 88:2,18 89:8,19,23 90:5, 8,9,11,12,14,20,22 91:11 92:18 93:5,8 96:3,18 97:5,18,19 98:7,12,15, 16,22,23 99:7,17,21 100:4,12,13,16 101:23 104:9,12,20,22 105:4,8, 15 106:4,5,7 108:9,12 109:25 110:7,14 111:4, 10,25 112:6,7,10,17 113:4,8,9,13,14,24 114:15 115:18,21,22 117:4,12 118:7,15,17,18, 20 119:7,9,13,21 120:12, 25 121:9,10,11,16,19,20, 22 122:1,2,5,6,9,10,11, 15,17,23,24,25 123:12, 13,15,16,23,24 124:1,25 126:2,12,19,21,24 127:8, 9,11,17,20,22,23,24,25

128:4,7,9,10,13,18,22,25
129:5,8,10,12,14,16,17,
18 130:5,6,9,20,21,22,
23,24 131:13,21 132:7,
11,17,20 133:9,19,22,23
134:16,23 135:12,25
136:4,6 137:1,2,17,21,
23,24 138:20 139:8,24
140:1,3,10,12,14,21
141:13,22,25 142:1,9,22
143:3,12,21 145:4,24
146:2,14,15,16,24,25
147:2,3,8,9 148:6,12
149:6 150:7,9,16,20,21
151:3,15 152:1,25
153:10 160:20 173:23,24
174:3,11 176:10,14
177:12,14,15 179:7
180:5 181:11 182:16
185:11,14,20 186:9,17,
25 187:3 188:1,2,5,13,
16,18,21 189:11 190:2,
15 191:5 192:6,19 193:2,
5,19 194:21 195:4,6
196:3,18,20 197:1
198:18,22,24,25 199:2
200:1,3,6,8,9,10,25
201:13,17,19,20,25
202:1

**school's** 100:3 128:11
129:11

**schools** 13:20 17:3,4,11,
14 18:9 19:3,4,23 21:9
22:12 23:6,7,11,12,14,18
24:2,17 25:6,24 26:1,2,6,
14,18 27:2,9,11,13,14,18
28:9,12,19,20,21,22,24
29:1,23,24 30:2,6,8,12,
13,15,17,18 31:2,10
32:1,3,4,6,9,12,13,14,16,
18 33:13,16,25 34:4,9
35:3,9,12,17 36:6,9,10,
20 37:4,5,11,23 39:2
44:18 46:10,11 48:23
49:9,10,13,18,21,24 50:3
57:17 58:17 59:3 60:23
65:24 67:22,24 68:18,22
69:19 72:11,18,23 73:4,
16,17 74:1 75:5,11,15,
20,21,25 76:4 77:5,10
84:3,5,22,23 85:2,6,19,
20,25 86:11,14 89:19
90:19,22,23 91:21 92:19
95:13,17 96:8,10,13,17,
18 97:3,25 101:15,16,18,
23 102:15 103:3,17,25

**schools'** 111:18

**Schunn** 159:17

**sciences** 15:11

**score** 48:16 50:23 51:7
52:18,21,22 55:10,17,18
57:18 65:3,21,22 90:18
99:8 180:21 185:2

**scored** 50:3 53:8 55:17
57:2,5,6,7,18 65:5,6,9,
11,18 66:18 67:14 126:5
181:1 184:23 202:20

**scorer** 66:20

**scorers** 66:21

**scores** 23:10 50:20
51:11,12,13,15,16,20,23
52:3 53:10 54:20 55:1,8,
21,25 56:3,4,4 57:3,5,8,14,
15,21 58:10,13,15 64:22
65:3,25 66:3 99:10
100:13 111:9,11,13
119:24 126:7 185:1
200:8 201:16

**scoring** 50:16 51:4,8,18
99:6,8,9 125:25

**screen** 70:5,6 71:7 92:4
114:7,8 120:8 154:14,15
171:21 172:13,16 182:25
189:8,9 191:23 200:13,
18

**screened** 60:8,10

**screening** 47:2 60:17

**scroll** 71:5,13 94:13
114:11 124:6 137:13,14
193:4 201:4

**scrolling** 114:24 192:9

**select** 44:22 48:20,22
49:2,11,23 54:24 60:12
126:8 174:13 175:14
176:3 182:22

**selected** 47:17 49:1,15
53:25 56:16,20 57:15
60:7,17 126:7 140:17,19
175:7,8 177:5 182:21

**selecting** 175:3

**selection** 47:22 175:2,
23

**self-selected** 106:21

**semester** 9:2 10:17 22:3

**send** 49:4,5 55:19 65:3
100:21,23 126:6 180:23
184:25

**sense** 30:3 65:12 140:11

**serve** 43:10 184:17
203:5

**served** 61:5 184:11,14
203:7

**set** 49:14 51:6 175:12,16
180:17 181:23 196:10

**set/experience** 177:13

**sets** 188:20 200:24

**setting** 9:17,20 17:18
177:19

**settings** 36:3 37:9

**sex** 18:6

**sexually** 39:12

**shape** 21:11

**share** 27:5 47:2 69:25
70:5 81:5 92:4 104:1
114:1,6 120:8 152:7
154:14 172:13 175:10
189:8 194:22 200:13

**shared** 22:23 45:23
102:21 104:1 112:5
114:8 176:18 180:14
185:1

**Sharon** 5:8 6:15 165:15,
18,23,24

**sharon.griffin2@
mnps.org.** 183:10

**Shawn** 102:7 171:13,14

**Shea** 33:21

**Shea's** 33:21

**sheet** 180:23

**Shelby** 17:3,4 21:9 96:10
186:11,19 188:9

**shelf** 31:7

**shoes** 179:2

**short** 75:17 109:4 144:15
194:8

**shot** 181:23,24

**show** 70:3 85:7 91:15,20
93:22 94:2,5 117:4
120:7,9 145:7 146:4
154:19,25 171:25 172:16
182:24 189:6 190:8,13
193:17 201:4 202:18

**showing** 164:4 196:20

**shown** 180:8

**shows** 96:3 116:6

**Shumate** 45:8,9 159:13

**shy** 15:7

**sic** 84:17

**SIG** 23:20 26:20,25
147:15

**sign** 111:11,13

**signature** 111:9,18,19
203:12

**signatures** 111:1,5

**signed** 111:16 113:2

**silence** 58:1

**similar** 10:7 17:18 109:20

**simple** 131:5,7

**simply** 21:17 27:22 88:5

**simultaneous** 131:22 133:15

**single** 36:10 46:23 53:24 72:24 84:12 178:8 181:25

**sitting** 87:13 99:20 149:7 174:25

**situation** 151:20,22

**Sixty-nine** 196:23

**Size** 179:3

**skews** 62:21

**skill** 49:14 175:12,16 177:13 180:17 181:23

**skin** 29:12

**skip** 160:17

**slash** 80:10 173:7 180:12

**Slave** 68:6 71:1

**sleep** 13:2

**slotted** 180:4

**slow** 29:7,10,14 58:3

**slower** 29:15

**slowing** 29:12,20

**small** 123:4

**smaller** 71:9

**Snorten** 33:22,23,24 169:3,5

**snowballed** 187:12

**social** 24:2

**SOI** 75:15,16,23 82:3 105:22

**son** 69:3 72:6

**Sonia** 138:21 139:16 159:25

**Sonya** 139:22,23 140:8

**sort** 17:21 42:12 136:12 161:9

**sounds** 24:15 128:19

**space** 9:2 14:16,20 49:12 141:19

**speak** 64:4

**speaking** 129:23

**special** 24:5 74:4,8 75:12

**specific** 18:14 19:20 49:7 100:7 174:5 175:11 178:15

**specifically** 48:15 56:22 58:18 163:14 165:3,20 201:23

**spelled** 169:10,11

**Spencer** 47:18,19 166:6 183:17

**spending** 34:16

**spoke** 22:20,22,23 66:13

**spoken** 22:14,17 23:1

**spreadsheet** 92:7 94:6

**spring** 42:12 154:23

**stable** 151:4

**staff** 35:11 61:17 102:4

**stamp** 83:8 92:17 161:14

**stamped** 161:13,15 166:25 167:7 168:19 169:1

**stands** 121:13

**Stark** 156:9,12,14

**start** 6:1 10:13 19:2 80:23 132:8 156:17 171:3

**started** 13:15,16 18:11, 13 19:4 20:5 54:19 76:8 128:23 142:6 163:11 178:1 186:8

**starting** 129:5 172:6,7

**state** 5:23,25 8:13,22 9:25 10:8,22 11:3 18:5 21:9 23:8,9 24:7 26:16, 17 77:4,10 83:16 84:6, 14,23 85:1,4,19 87:9 88:13 89:5,10,13 90:2, 21,23,24 91:7,12 95:21 96:5 97:23,25 98:21

99:2,3,6 100:15 101:4 103:20 104:7,8,18 105:2, 6 106:7 111:11,12,19 112:22 113:19 121:21 122:4,14 123:14 127:3, 13 128:12 129:16,17 130:1,14,20 131:12 132:13,19,22 133:1,12, 21,22,23,25 134:1,15 136:2 137:2,3,4,6,8,11 140:21,23 141:3,5 142:1, 4,7,8,10,18,20 143:1,16 144:3,9 145:2,5 146:14, 15,16 147:3,6,14,21 148:7,13 149:6 150:3,15, 19,24 151:8 152:16 189:2 194:22 195:7,9 196:6,9,14,23 197:2,6,7, 20,22 198:10,19 199:3,8 202:1,14,17

**State's** 192:20,24 193:5

**statement** 37:4 48:18 56:6 69:17 73:7 81:20 108:2

**statements** 102:3

**status** 13:21 89:19,21 90:12 91:22 93:10,12 96:18 97:5 117:23 118:8, 22 120:13,16 128:25 129:6,11 130:2,11 131:1, 14 132:8,10,16,18,24 133:9,12 135:7,9 137:18 141:10 142:2,16,18 143:5 148:7 156:8 195:7, 9

**statute** 188:17,20 196:10 197:23,25 198:2,3 200:22,24 201:25

**statutory** 197:23

**stay** 135:20,21,22

**stayed** 35:1,2 90:13

**steady** 196:20

**Steiner** 6:2,3,12,19,22 29:5,21 31:3 34:22 71:8 92:14 108:19,20,23 109:2,5 114:4,10,14 115:1,9,14 116:5,9,14, 16,25 117:1,16,18 123:3 133:2,16 134:8,11 136:15,23 144:16 145:11,13 151:11 153:16 193:21 194:4 202:9,11

203:10

**STEM** 30:15

**Steve** 167:2

**Stewart** 138:21 139:16 160:1

**stigma** 75:19

**stood** 97:2

**stop** 7:8,17 100:17 103:23 129:23 152:7 171:21

**stopping** 106:8 108:17

**story** 27:21 68:13 84:19

**strategies** 31:11 58:16 87:24 91:4,8 195:6

**strenuous** 13:21 177:24

**strictly** 77:3 83:18 137:4 198:17

**strike** 90:10

**student** 28:23 122:14 126:25

**students** 9:9 10:8,10 24:1 30:7,11 31:1,14 56:23 75:21 81:4 83:1 91:3 104:17 105:4,7 119:10,14 127:1 140:13 177:17,18 178:22,23,24

**subgroup** 29:3 30:10

**subgroups** 29:3 117:10, 12

**subject** 118:5 155:10 156:16 166:18

**subjecting** 39:12

**submit** 111:17 203:5

**submitted** 67:17 111:19, 20 180:23

**subpoena** 22:14 118:25

**Subsection** 201:21,24

**subset** 176:7

**suburb** 11:25

**success** 27:21 91:2 99:21 105:7 126:24

**successes** 25:18 27:25

**successful** 84:1 105:5,

20,21 127:1,24 128:10
130:5,21,22 131:2
184:20

**sudden** 143:25

**sued** 39:11

**suggests** 41:23

**Suite** 11:24

**summarize** 69:12

**summer** 9:3,15,20

**supe** 36:19 38:8 79:19,
25

**super** 81:7

**superintendent** 16:14
27:7,23 35:24 36:2 40:1
43:10 44:9,11 65:1 68:3
79:11,12 83:5,6,8 95:23
104:8 109:17 110:11
111:24 112:21 113:7,12
118:6 143:7 145:19,25
186:17,25 187:24 191:4

**superintendent's**
151:18

**superintendents** 35:19
39:2 185:16,19,25

**supervise** 102:19

**supervised** 25:22 33:16
38:12

**supervising** 9:22 24:20
25:21 26:7 32:21

**supervision** 26:12,14
28:5

**supervisor** 11:2,4 22:6
33:19 34:7 38:12 73:13
76:23 125:20,23 148:19

**supervisors** 24:15

**supes** 36:4 38:14

**support** 24:22 26:23
27:18,25 44:18 77:11
80:20,22 81:5,6,10,16
84:22 88:11 100:18
101:1,5 102:18 115:17
119:3,4 122:15 129:7
137:3 141:23 143:1,14
173:25 174:3,8,11
175:15 178:24,25

**supported** 24:20 27:1
88:11 109:19 112:6,19

113:1,5,18 118:13 129:6,
9 140:3

**supporting** 23:5,18 27:9
34:9 35:12 110:5 128:25
129:7 178:17

**supports** 77:8 81:19
132:15

**supposed** 88:15 154:21
197:8

**supposing** 62:10

**surgery** 12:17,23 13:1
162:2,5,14,15 163:3,13,
24 164:13,14,15,16,19

**Susan** 45:5,6

**sustain** 115:24 148:1

**sustainability** 31:6

**sustainable** 31:2 151:5

**sweetie** 29:8

**sworn** 6:11,16

**system** 19:16 21:24,25
22:8 55:18,19,22,25 78:5
152:25

**systems** 39:18 148:2

---

**T**

**T-R-I-N-I-T-Y** 11:23

**table** 104:12

**takeover** 87:9 89:14
96:5 99:3 105:16 106:7
127:3,13 132:20 133:1
137:3 150:15 151:9
196:6

**takes** 129:17 152:1

**taking** 43:2 91:13 136:6
141:25 142:1,5 198:10
202:15,17,18

**talk** 24:23 29:14 53:3
57:21 69:21 82:3,5 87:2
109:8 145:19 164:23
180:7,17 187:10 197:12,
16

**talked** 40:21 49:7 73:25
81:8 101:16 139:4
145:20 151:23 153:6
182:20

**talking** 80:23 81:24,25
82:6,8,11 87:5,14 104:19
105:23 122:7,8 123:13
127:5 131:24 136:6
176:9 178:7,8 194:25
196:16 198:10 199:22

**talks** 197:25

**tangent** 106:9

**taped** 149:22,23,25

**target** 21:12 199:3

**taught** 15:16,17 68:5
69:18 119:10,14

**TCRS** 19:15 21:2

**TDOE** 34:11,13,14,15
111:14 116:22

**teach** 9:1,4,24 11:7
15:14

**teacher** 9:11 31:18
40:18 47:5 74:11,13,14
80:4 119:9,15,20,25
120:1 186:9

**teachers** 9:18 24:5,11
25:17 27:25 31:13,16
75:21 78:9 101:19 119:6
141:22

**teaching** 9:14,15,18
10:16 15:2 25:1

**team** 23:24 26:23,25
39:4 66:13 79:25 81:16
105:19 119:11 126:6

**teams** 39:7 157:21 158:8

**teeth** 29:12

**telling** 24:15 86:22 87:16
93:20 112:16 133:7
163:17 197:16,18 198:3

**tells** 115:7

**ten** 121:23 164:4

**ten-minute** 109:2

**Tennessee** 5:4,10 8:6,
14,22 11:24 19:16 34:5,
13 40:12,14,15 70:11,17
74:16 91:12 111:14
113:19 116:22 117:3
189:21 190:14 191:8
192:7 200:16

**tenure** 27:1 28:5 150:16

**term** 150:6,9

**termination** 83:2

**terms** 24:14 50:10
151:24

**test** 23:10 61:24 124:11
144:8

**testified** 6:17 17:21
107:24 128:17 130:1,10
131:12 146:21 151:17
202:24

**testifies** 113:11

**testify** 17:10,13,17 79:1
88:1 110:13 118:6

**testimony** 65:8

**testing** 89:22,23 111:12
119:24 120:4

**thing** 7:17 40:5 70:7
96:21 97:14 105:18,20
106:24 119:2 125:3
179:7 181:21 184:19
190:19 192:11

**things** 9:3 10:7 35:7
128:12 141:9,11 143:6
195:15

**Thirty** 196:24

**Thomas** 135:3,10,18

**thought** 15:10 29:24
36:19 38:16 50:9,12
63:20 64:20 73:22 87:4
127:4 152:15 180:17

**thoughts** 145:21

**threat** 102:24,25

**three-** 93:10

**three-year** 93:12 142:21

**throw** 51:3

**thumbs** 109:7 154:16

**Thursday** 25:7,9

**tied** 99:1

**tiers** 174:14 178:17

**time** 5:6,22 7:6,11 12:7,
24 14:1,4,20,21 19:17
21:15 22:20 23:13 28:6
33:5,7,11,12 34:25 42:17
43:7,10 46:2,4 47:5 54:1
55:24 71:2 75:20 82:22

Case 3:20-cv-01023 Document 140-8 Filed 05/27/22 Page 72 of 74 PageID #: 2969
Elite-Brentwood Reporting Services (615) 459-7575
www.EliteReportingServices.com

87:17 94:3 96:14 103:2
110:3 118:4 124:7
127:22 131:24 150:25
156:17 178:2 181:5
186:21,22 187:9 195:4
196:15,25

**timely** 45:24,25

**times** 17:1,9,16,20 25:15
47:21,24 66:13 79:19
81:13 143:24 196:2,11

**timing** 48:25

**title** 17:25 109:21

**TN.GOV** 189:15

**TNREADY** 200:7
201:12,16

**today** 7:5 65:8 72:3
146:21

**Today's** 5:6

**told** 12:11 20:3 25:9 46:3
54:2 58:25 59:3 72:21
75:10 86:16,17 88:2
91:14 97:13 101:2 102:9
104:25 126:11,18 139:5
148:16,18,21 149:25

**tomorrow** 202:19

**Tony** 20:8,9

**top** 70:12 71:5 92:17
114:12 156:9

**tornado** 59:13 90:1

**track** 27:20 113:19,22
141:6

**Tracy** 44:25 45:13

**traditional** 47:10

**train** 18:10

**trained** 18:22 49:12

**training** 18:15,17,19
19:1

**transferred** 107:11,12,
17,21

**transition** 140:24,25
141:5

**transitions** 21:15

**transparency** 144:24

**transparent** 10:24 85:22
87:6

**trauma** 178:23

**tremendous** 147:2,4

**Trinity** 11:23

**trouble** 52:6

**true** 105:2 108:2 130:16,
18 131:18,20 187:11

**trusting** 47:3

**truth** 130:19

**Tuesday** 25:6,8

**Tuggle** 161:4

**turnaround** 13:19 14:16
49:12 96:8 139:5 163:16,
20 198:13

**Turner** 159:18

**turning** 27:8

**two-year** 164:23

**type** 34:1 76:19 77:7
80:15,19 150:18 194:23

**types** 81:18 141:11

---

## U

**uh-huh** 7:9,16,19 19:7
27:15 28:11,13,15,17
33:3,7 35:16 41:7 44:2
45:16 63:13,16,23 65:20
66:9 70:14,22 73:12,15
76:13,21 80:5 82:15
91:23 92:11,22,25 93:7
94:16,18,20,23,25 95:3,
4,5,11 109:15 114:25
115:4,13 116:8,24 120:5
121:12 124:5,17,19,21
125:22 127:18 134:14,20
135:5,14,15 145:15
146:9 156:18 161:22
163:4 166:7 167:6 172:8
180:21 188:19 189:16
190:1,4,12,16,21 191:21
192:8,15 200:23 201:5
202:2

**uh-uh** 7:21 110:9 153:20
162:7

**ultimately** 102:12

**unacceptable** 99:1

**undergrad** 15:9,10

**underneath** 191:12

**understand** 7:23 31:21
122:12 132:6 154:9
164:10 174:20 175:25
176:23 195:21 200:19

**understanding** 20:19
26:15 36:22 41:3,4 42:10
43:24 44:12 54:18 55:2
67:11 79:16,23 80:6
105:12 112:19 140:8
162:25 199:1

**understood** 148:23

**unique** 51:6

**University** 8:24 9:4
10:12 11:4 14:14 16:3,9

**unlawful** 61:14

**unlike** 163:20

**unpack** 61:8

**unregistered** 62:11

**updated** 153:10

**upset** 68:12 69:17,20

**upstairs** 64:5

---

## V

**vacancies** 119:20

**valid** 51:13,15

**validated** 51:13

**values** 144:25

**Vanessa** 39:9,10

**versus** 18:13 35:11 36:9
70:16 151:8

**veteran** 150:24

**viable** 175:2,4 176:9,13,
17,19 178:3 179:14

**videoconference** 5:16

**VII** 17:25

**violating** 61:19

**virtual** 14:20

**virtues** 144:25

**visit** 176:1

**visited** 98:22

**visits** 34:10,17 138:20

**Vista** 121:10 137:25

**voted** 188:4

**vulnerable** 175:1

---

## W

**wait** 84:6 131:25 149:8

**waived** 203:12

**walk-through** 25:16

**walk-throughs** 24:25
25:3 36:8

**walked** 182:6

**Walker** 16:1

**wanted** 15:10 25:5 46:14
94:2

**wanting** 9:11 58:16
108:25

**Warner** 32:8

**Washington** 27:21

**waste** 178:1

**watch** 151:3

**watched** 36:16 104:10

**Waverly** 68:5,8

**weapon** 61:15 62:11,19,
20 63:1

**wear** 179:3,5

**web** 189:15,24

**website** 116:23 117:3
189:13,21 191:8 192:7,
20 193:5

**Wednesday** 25:6,8

**week** 10:9,14 25:11
27:22 100:25 118:25
151:25 153:9

**weekly** 100:25 101:15

**weeks** 20:17 72:13 172:2

**Whites** 26:3 28:16 33:1
74:4 77:15 78:21 84:3,4,
8,10,13 85:3,8,12 86:2,
17 87:12 88:18 91:13
93:2,4,5,8 94:24 95:9,12
98:8,9,20 99:1,7,11

104:10 111:24 113:7,12,
18 116:18 117:4,23
118:7 119:5,19 120:2
123:6,7,18 124:7 127:4
135:25 138:5,9,13,16
142:15 146:3,10 148:24
150:4 151:25 189:3
190:8 192:2,3,4,16,17
193:18 196:2 199:1,4,20
202:15

**winter** 87:16

**Witty** 167:9,18

**wonderful** 16:16 87:9

**wondering** 163:6

**Woodard** 171:7,8

**Woodward** 6:9,14

**word** 40:13 161:13
163:14 176:13

**wore** 12:20

**work** 9:8,20 11:11 13:19,
20,23 14:13,15,18,22
18:3,9 20:5 36:13 37:13
39:12 43:7 45:10 77:4
84:24 88:14 106:25
139:5 143:9,15 144:20
163:16,20 164:8 198:4,
13 199:15

**work/study** 15:12

**worked** 37:9 56:23 64:23
136:1 139:19 141:2
146:15 176:5 186:5,6
198:3 200:20

**worker** 21:23

**working** 5:5 31:16 61:17
96:8 176:7 177:17,18
178:22

**workload** 36:5

**works** 83:16

**world** 181:21 187:20

**worry** 71:10

**worthless** 75:7

**wow** 8:21 71:3,18

**write** 194:22

**writes** 142:10

**written** 35:4

**wrong** 7:12 44:13 148:3

<hr>

### Y

**y'all** 114:8 131:23,25
154:10

**yea** 97:20

**year** 21:17 25:25 26:20
30:25 33:19,20 34:11
45:15 46:1 49:10 59:8,12
71:9 74:12,13,14,15,16,
21 76:5 85:9,11 87:17
88:10 89:4,12,20 90:2,3,
5,9,12,14,16,20,22 95:9
98:7,12,13,15,16 99:7,
14,16 100:12,13 101:23
104:12 109:22,25 110:5,
7,14 111:4,25 112:7,11,
15,17 113:4,8,13,24
114:15,16 115:18 117:4
118:7 119:7,21 123:9
125:2,4,7 127:20 128:1
132:8,9,10 133:11
135:12 138:14,16,20
139:19 141:3 144:6,8
162:18 173:23 175:25
176:6,15 181:11 184:13
186:9 198:10,11 201:13

**years** 8:13 13:16 15:19,
20,21 30:25 45:19 84:10,
20 85:13 88:8,12,22,23
89:2,4,9,13,15 90:13,17,
19 93:13 96:7 97:17 98:3
99:18,19,21,23 104:22
105:13 108:5 110:22
121:23,25 124:25
126:20,22 127:7,9,11,12,
14 128:1,9,15,19,21
129:12 130:3,7,12,13,25
131:14 132:12,19,21,22,
23,24 133:8,10 138:4
142:23 146:3 150:23
162:18 163:9,17,21,24,
25 164:24,25 165:3
183:6 186:10 195:8
196:5,15,17,19 198:4,9,
12,21,22

**yellow** 94:7 120:12

**yes/no** 99:5 131:7,9

**yesterday** 202:18

**yield** 198:2

<hr>

### Z

**Zone** 197:1

**zoom** 10:11 47:25 48:1
49:6 52:7,16 92:2 135:8
136:13,21 145:18 149:20
152:2 184:1 189:17

Elite-Brentwood Reporting Services (615) 595-0073 .zoomi22
www.EliteReportingServices.com