1    IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
                    FOR THE MIDDLE DISTRICT
2                      NASHVILLE DIVISION
     _____
3    JANE DOE,                      )
                                    )
4         Plaintiff,                )
                                    )
5    v.                             )    No. 3:20-CV-01023
                                    )    Jury Demand
6    THE METROPOLITAN               )    Judge Trauger
     GOVERNMENT OF NASHVILLE AND    )    Magistrate Judge
7    DAVIDSON COUNTY, TENNESSEE     )    Holmes
     AND DR. ADRIENNE BATTLE        )    Lead Case
8                                   )
          Defendants.               )
9    _____)
     DR. LILY MORENO LEFFLER,       )
10                                  )
          Plaintiff,                )
11   v.                             )
                                    )
12   THE METROPOLITAN               )
     GOVERNMENT OF NASHVILLE AND    )
13   DAVIDSON COUNTY, TENNESSEE,    )
     AND DR. ADRIENNE BATTLE        )
14                                  )
          Defendants.               )
15   _____)
                                    )
16   DR. JAMES BAILEY,              )
     DR. PIPPA MERIWETHER, and      )
17   DR. DAMON CATHEY,              )
                                    )
18        Plaintiffs,               )
     v.                             )
19                                  )
     METROPOLITAN GOVERNMENT        )
20   OF NASHVILLE AND DAVIDSON      )
     COUNTY, TENNESSEE and          )
21   DR. ADRIENNE BATTLE,           )
                                    )
22        Defendants.               )

23   _____

24   The Deposition of:    BRIAN MELLS
                           April 13, 2022
25

1

2

3

4

5

6

7

_____

8              JANIE W. GARLAND
               Briggs & Associates
9      222 Second Avenue North, Suite 340M
              Nashville, Tennessee 37201
10                (615)714-5350

11 _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1            The deposition of Brian Mells was taken by
   counsel for the Plaintiffs, by notice, via remote
2  means, in Nashville, Tennessee, on April 13, 2022,
   pursuant to the provisions of the Federal Rules of
3  Civil Procedure.
            All formalities as to notice, caption,
4  certificate, reading and signing of the deposition
   are not waived.  All objections, except as to the
5  form of the questions, are reserved to the hearing.

6  _____

7  APPEARANCES:

8  For the Plaintiffs:

9     Dr. James Bailey
      Dr. Lily Leffler
10    Dr. Pippa Meriwether
      Jane Doe
11
                       Ann Buntin Steiner
12                     Attorney at Law
                       Steiner & Steiner, LLC
13                     613 Woodland Street
                       Nashville, TN 37206
14                     asteiner@steinerandsteiner.com

15 For the Plaintiff:

16    Dr. Damon Cathey

17
                       Jesse Ford Harbison
18                     Attorney at Law
                       Jesse Harbison Law, PLLC
19                     P.O. Box 68251
                       Nashville, TN 37206
20                     jesse@jesseharbisonlaw.com

21

22 For the Defendants:
                       J. Brooks Fox
23                     Department of Law
                       Metropolitan Courthouse, Suite 108
24                     P.O. Box 196300
                       Nashville, TN 37219
25                     brooks.fox@nashville.gov
```

1

INDEX

2    Examination by Ms. Steiner  . . . . . . . .  Page   5

3

4                        EXHIBITS

5    No. 1 Excel spreadsheet . . . . . . . . . .  Page 17

6    No. 2 2019-2020 evaluation  . . . . . . . .  Page 27

7    No. 3 2017-2018 evaluation  . . . . . . . .  Page 31

8    No. 4 2018-2019 evaluation  . . . . . . . .  Page 31

9    No. 5 2020-2021 evaluation  . . . . . . . .  Page 32

10   No. 6 Fall 2021 evaluation observation  . .  Page 39

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          BRIAN MELLS,

1  called as a witness and, having been first duly

2  sworn, was deposed as follows:

3  EXAMINATION BY MS. STEINER:

4       Q.   State your full name for the record?

5       A.   Brian Jeffrey Mells.

6       Q.   And, Mr. Mells, what is your home address?

7       A.   I can't hear you that well.  You have an

8  echo coming on.

9       Q.   Home address?  What is your home address?

10      A.   ███████  ███████  ████, Smyrna, Tennessee.

11      Q.   How do you spell that?

12           MR. FOX:  Ms. Steiner, it's a little hard

13 to hear you.  (Off-the-record discussion.)

14 BY MS. STEINER:

15      Q.   Dr. Mells, can you hear me?

16      A.   I can hear you.

17      Q.   Now, where do you live?

18      A.   ███████  ███████  ████, Smyrna, Tennessee.

19      Q.   How do you spell that?

20      A.   ██████████████.

21      Q.   Then ██████?

22      A.   Yes, ma'am.

23      Q.   Do you have any plans of moving in the

24 near future?

```
 1        A.    Yes, ma'am.

 2        Q.    Where are you moving to?

 3        A.    I don't know the address of our house.  It

 4   is being built.  I don't know the address.

 5        Q.    Where is it being built, what county?

 6        A.    Rutherford.

 7        Q.    Do you know the road it's own?

 8        A.    Repeat that.

 9        Q.    What road is it on?

10        A.    ███████   █████ .

11        Q.    And what part of Rutherford County is it

12   in?

13        A.    Murfreesboro.

14        Q.    Okay.  Are you married?

15        A.    Yes.

16        Q.    What is your wife's name?

17        A.    Rochelle Mells.

18        Q.    Where does she work?

19        A.    Fortis Institute.

20        Q.    Where?

21        A.    Fortis Institute.

22        Q.    How do you spell that?

23        A.    F-O-R-T-I-S.

24        Q.    Where is that located?

25        A.    Nashville.
```

1    Q.   Now, do you know when approximately you're

2    going to move into your new home?

3        A.   Approximately the end of the summer, but

4    it could be different.

5        Q.   We're going to try this case starting

6    December 6th, okay?  And we will probably be issuing

7    subpoenas in advance, okay?  And so then if we

8    can't -- Dr. Mells, can you hear me?  I can't hear

9    you.

10       A.   Yes, ma'am.

11       Q.   Now, if we needed to contact you, who is

12   your nearest relative that you would have?

13       A.   My wife.

14       Q.   And does she have any plans of leaving

15   Fortis Institute in the near future?

16       A.   Not in the near future.

17       Q.   What about by the end of the year?

18       A.   Not by the end of the year.

19       Q.   Okay.  Now, Dr. Mells, I'm Ann Steiner and

20   I represent four of the plaintiffs in this lawsuit.

21   I represent Dr. Pippa Meriwether, Dr. Lily Leffler,

22   (name spoken off record) who we're going to call

23   Jane Doe, okay, and Dr. James Bailey.  And Jesse

24   Harbison is here, too, and she represents Dr. Damon

25   Cathey.  We've all -- all the plaintiffs have sued

1    Metro schools for retaliation, okay?

2              Now, we're going to ask you a whole bunch

3    of questions today.  If you do not understand my

4    question or if you can't hear my question, let me

5    know immediately and we'll make sure that you

6    properly understand it, because I don't want to get

7    into trial and have you say, well, I couldn't hear

8    your question.  You need to let me know today, okay?

9         A.   Okay.

10        Q.   Now, have you ever given a deposition

11   before?

12        A.   Yes.

13        Q.   How many times?

14        A.   Once.

15        Q.   What type of case?

16        A.   Repeat that question.

17        Q.   What type of a case?

18        A.   I don't know what type of a case it was.

19        Q.   Why did you have to give a deposition?

20        A.   I was on staff at a school.

21        Q.   Was it a Metro school?

22        A.   Yes.

23        Q.   Do you recall what you were asked

24   questions about?

25        A.   Asked questions about a student.

```
1       Q.    And what about that student?

2       A.    Was any neglect found with that student.

3       Q.    Was it a federal claim?

4       A.    I don't know.

5       Q.    Okay.  Did you testify that there was

6  neglect with the student or there was not?

7       A.    There was not.

8       Q.    So there was not anything Metro schools

9  had done wrong with regard to that student that you

10 testified to, correct?

11      A.    Correct.

12      Q.    Do you recall what he testified?

13      A.    No.

14      Q.    Do you recall who opposing counsel was?

15      A.    I don't remember the name.

16      Q.    Was it a male or a female?

17      A.    Male.

18      Q.    Was it Gary Blackburn?

19      A.    No.

20      Q.    Was it Stephen Crofford?

21      A.    No.

22      Q.    Okay.  Do you recall who represented

23 Metro?

24      A.    I don't.

25      Q.    Do you recall the year of the testimony?
```

1      A.    No.

2      Q.    What school did it involve?

3      A.    Pearl Cohn.

4      Q.    What was your position at Pearl Cohn?

5      A.    Assistant principal.

6      Q.    Who was the principal?

7      A.    Sonia Stewart.

8      Q.    Now, have you ever accused Metro schools

9 of retaliation?

10     A.    No.

11     Q.    Have you ever accused Metro schools of any

12 form of discrimination, whether it be based on race,

13 sex, age, national origin against either you or

14 anyone else?

15     A.    No.

16     Q.    Have you ever been involved in any claim

17 or allegation against Dr. Battle's brother, Coach

18 Battle?

19     A.    No.

20     Q.    Are you related or do you have any sort of

21 an association with anyone else who has engaged in

22 some sort of protected activity based on their race,

23 sex, age or national origin?

24     A.    Could you repeat the question.

25     Q.    Do you have any association or connection,

1  for instance, best friend, relative who has accused

2  Metro schools of any sort of discrimination?

3       A.   No.

4       Q.   Okay.   Now it's my understanding that

5  yesterday you were named teacher of -- principal of

6  year; is that correct?

7       A.   It was on Monday evening.

8       Q.   Who picked you for that, was that Dr.

9  Battle?

10      A.   I don't know how the selection process is

11  completed for principal of year.

12      Q.   Do you know whether or not Dr. Battle has

13  the final say as to who is principal of the year?

14      A.   I don't know the selection process.

15      Q.   Did anyone tell you why you were picked as

16  principal of year?

17      A.   No.

18      Q.   Now, how did you come about interviewing

19  for principal of White's Creek?

20      A.   I was selected after I applied for the

21  position.

22      Q.   Did anyone request that you apply for the

23  position?

24      A.   No.

25      Q.   Who interviewed you?

1    A.    Who -- there was a lot of people on that
2    interview.  I don't know.  There were some teachers.
3    I don't know their exact names.  I can't remember
4    them.  There were some community partners.  There
5    were central office staff.  I had two interviews,
6    yeah.
7        Q.    Okay.  Do you know whether or not anyone
8    at Metro schools keeps track of who interviews you?
9        A.    I don't know.
10       Q.    Do you know whether or not you were
11   scored?
12       A.    I don't.
13       Q.    Now, I want to ask you a little bit about
14   your career.  Where did you go to college?
15       A.    University of Tennessee.
16       Q.    When did you graduate?
17       A.    2006.
18       Q.    Where are you from?
19       A.    Memphis, Tennessee.
20       Q.    Did you go to the public school system
21   there?
22       A.    Yes.
23       Q.    What year did you get out of high school?
24       A.    2002.
25       Q.    2002.  Okay.  So what was your degree from

1  UT?

2       A.    Bachelor's of science and mathematics.

3       Q.    And then where did you go?

4       A.    To college after that?

5       Q.    Yes.

6       A.    I went to Trevecca Nazarene.

7       Q.    What was your degree there?

8       A.    Master's in education leadership.

9       Q.    Do you have a PhD or any other further

10 education?

11      A.    Yes.

12      Q.    What?

13      A.    I have Ed.S in curriculum and instruction

14 and an Ed.D in curriculum and instruction.

15      Q.    When did you graduate from Trevecca and

16 get your master's?

17      A.    2000 -- I don't want to give you the wrong

18 date.

19      Q.    Can we break for just ten seconds?  Off

20 the record.

21            (Off-the-record discussion held.)

22 BY MS. STEINER:

23      Q.    Dr. Mells, where did you get your Ed.S?

24      A.    Carson-Newman University.

25      Q.    Is that in eastern Tennessee?

1     A.    Yes.

2     Q.    Was it -- did you go there to attend or

3 was it online?

4     A.    Online.

5     Q.    Okay.  When did you get your two degrees

6 from Carson-Newman?

7     A.    I don't want to quote you incorrectly.

8     Q.    Just about.  I'm not going to hold you to

9 it.

10     A.    Okay.  2016 and 2017 sounds like the right

11 dates.

12     Q.    Okay.  When did you start working for

13 Metro schools?

14     A.    January of 2007.

15     Q.    What was your position?

16     A.    Mathematics teacher.

17     Q.    What grade?

18     A.    Ninth grade.

19     Q.    What school?

20     A.    Hillwood High School.

21     Q.    How long did you stay at Hillwood?

22     A.    Six school years.

23     Q.    What was your last position at Hillwood?

24     A.    Mathematics teacher.

25     Q.    That was 2007 through 2013?

```
 1        A.    The school years end, so it was kind of --
 2   it was 2007 to 2012.  2007 was still in the middle
 3   of a school year.
 4        Q.    And so in 2012, where did you go?
 5        A.    Pearl Cohn.
 6        Q.    What was your position at Pearl Cohn?
 7        A.    Assistant principal.
 8        Q.    How long did you stay assistant principal
 9   at Pearl Cohn?
10        A.    Four years.
11        Q.    Then where do you go?
12        A.    Madison.
13        Q.    You went to Madison about 2016?
14        A.    Yes.
15        Q.    Now, when you were at Pearl Cohn, was that
16   a priority school?
17        A.    Yes.
18        Q.    Who was the principal?
19        A.    Sonia Stewart.
20        Q.    Sonia Stewart?
21        A.    Yes.
22        Q.    And who is the current principal at Pearl
23   Cohn?
24        A.    Miriam Harrington.
25        Q.    Is Pearl Cohn still a priority school?
```

1       A.   No, ma'am.

2       Q.   Pearl Cohn is no longer a priority school?

3       A.   That's correct.

4       Q.   Are you sure?

5       A.   Positive.

6       Q.   When did it come out of priority status?

7       A.   Don't quote me.  I don't know the exact

8 year.

9       Q.   I want to show you an Excel spreadsheet

10 that was given to me by Metro schools.  I'm going to

11 share this with you.  Can you see this?

12      A.   Yes.

13      Q.   Okay.  This is a list of the schools that

14 were priority schools at Metro.  If you go down here

15 to Pearl Cohn, it says it's been a priority school

16 from 2014; do you see that?

17      A.   Yes.

18      Q.   But you're telling me it is no longer a

19 priority school?

20      A.   Correct.

21      Q.   Because this does not show, I do not

22 believe -- this shows, it says it's been a priority

23 school from 2014 through the present date.  Are you

24 telling me that it's not?

25      A.   Correct.

```
 1        Q.    And what year did it come out of priority
 2   status?
 3        A.    I don't know the exact year.
 4        Q.    Okay.
 5              MS. STEINER:  Let's have the spreadsheet
 6   marked Exhibit number 1 just for identification
 7   purposes.
 8                        (WHEREUPON, the
 9                        previously-mentioned document was
10                        marked for identification as
11                        Exhibit Number 1.)
12   BY MS. STEINER:
13        Q.    Do you recognize this spreadsheet?
14              MR. FOX:  No objection.
15   BY MS. STEINER:
16        Q.    Do you recognize this spreadsheet, Dr.
17   Mells?
18        A.    No.  I haven't seen this spreadsheet
19   before.
20        Q.    Now, I'll ask you one question.  Do you
21   know if Maplewood is on the priority school list?
22        A.    Yes.
23        Q.    What high schools are currently on the
24   priority school list?
25        A.    Maplewood and White's Creek.
```

1      Q.    Is Madison Elementary where you were at,

2    was that on the priority school list when you were

3    there?

4      A.    I was not at Madison Elementary.

5      Q.    What school were you at?

6      A.    Madison Middle School.

7      Q.    Madison Middle School, was that on the

8    priority list?

9      A.    Yes.

10     Q.    Do you know if it's currently on the

11   priority list?

12     A.    Yes.

13     Q.    What does being on the priority list mean?

14     A.    Means that the school is the bottom

15   5 percent of the state.

16     Q.    Does that sometimes have a lot to do with

17   the schools that feed into the school that priority?

18     A.    It could.

19     Q.    Meaning right now, you're at White's Creek

20   and it's priority, correct?

21     A.    Correct.

22     Q.    And the schools that feed into White's

23   Creek, do those tend to be priority schools?

24     A.    Yes.

25     Q.    What are some of the schools that feed

1    into White's Creek?

2         A.    Haynes, Brick Church, I.T. Creswell.

3         Q.    And are those priority schools?

4         A.    Not all.

5         Q.    Which ones are priority?

6         A.    Haynes and Brick Church.

7         Q.    So the Creswell is not priority?

8         A.    Correct.

9         Q.    Which ones feed in the largest number of

10   students to White's Creek?

11        A.    Haynes is number one, and I don't want you

12   to quote me, so I can't tell you who is number two

13   between the other two.

14        Q.    Now, when you're getting these students

15   that are coming in from priority schools, as a

16   practical matter, does that mean they are a little

17   bit -- they are behind in terms of learning, those

18   students who are feeding into other schools like

19   Hillwood or Hillsboro?

20        A.    Could be.

21        Q.    So then when they feed into your school,

22   you've got a lot of catching up to do with those

23   students, correct?

24        A.    Yeah.

25        Q.    Now, Dr. Bailey has told me that some of

1   the kids who came to White's Creek when he was there

2   were actually coming out of the criminal justice

3   system; do you have that going on?

4        A.   Yes.

5        Q.   And would you agree that it's very

6   difficult to try to teach kids who have such a bad

7   start in life?

8        A.   I would disagree.

9        Q.   But it is more difficult than kids who are

10  feeding into the schools like Hillsboro, correct?

11       A.   I disagree.

12       Q.   Now, as a -- when you were at Madison

13  Middle School, it was priority, too, correct?

14       A.   Correct.

15       Q.   And it still is today, correct?

16       A.   Correct.

17       Q.   Do you know whether or not it's made any

18  improvements in its priority status?

19       A.   Yes.

20       Q.   How?

21       A.   What do you mean, how?

22       Q.   How can you tell it's improved?

23       A.   Based on the state data.

24       Q.   Now, for the state data that you've got

25  there, was there any testing done for the year 2020

1   in the spring?  Do you recall when COVID hit?

2        A.    No.  There was no testing.

3        Q.    No testing.  Okay.  So then was it

4   possible to tell whether or not a school was on

5   priority status or off priority status in the year

6   2020, the spring?

7        A.    Yes.

8        Q.    How?

9        A.    The state gives you a designation still.

10       Q.    So you still got designated, but what was

11  it based on?

12       A.    Previous years' data.

13       Q.    So if you were priority from the previous

14  year, you were priority for that year, correct?

15       A.    Correct.

16       Q.    So even if the kids may have learned more

17  and gotten out of priority status, because there was

18  no testing, you wouldn't know that, correct?

19       A.    Could you repeat that question?

20       Q.    For 2020, it's my understanding, based on

21  your testimony, that if a school was priority for

22  2019, into 2019, they stayed whatever designation

23  they had at the end of the 2020 because there was no

24  testing, correct?

25       A.    Correct.

```
 1        Q.   So if you were priority in 2019, you
 2   stayed priority for 2020, correct?
 3        A.   Correct.
 4        Q.   If you are non-priority for 2019, you
 5   stayed non-priority for 2020, correct?
 6        A.   Correct.
 7        Q.   Okay.  So what is your age?
 8        A.   37.
 9        Q.   What's your date of birth?
10        A.   May 21st.
11        Q.   What year?
12        A.   1984.
13        Q.   What math did you teach, what type of
14   math?
15        A.   All of them.
16        Q.   Algebra, geometry, advanced?
17        A.   Algebra, geometry, Algebra II,
18   foundations, bridge math.
19        Q.   Now, was it -- who was your executive --
20   who did you report to when you were at Madison
21   Middle?
22        A.   Which year?
23        Q.   The last year.  2020.  2019, 2020.
24        A.   Renita Perry.
25        Q.   Who would give you your evaluations?
```

1    A.    An executive director.

2    Q.    Ms. Perry?

3    A.    Correct.

4    Q.    Do you recall what your score was for the

5    2019, 2020 school year?

6    A.    No, I don't.

7    Q.    Can you look it up real quick?

8    A.    Do what?

9    Q.    Can you look it up on your computer really

10   quick to see what it was?

11   A.    It was listed as a partial year exemption,

12   P.Y.E.

13   Q.    What does that mean?

14   A.    I don't know the State language behind it,

15   I just know that it means I don't have any

16   evaluation scores for that year.

17   Q.    So for the year 2019, 2020, you had no

18   evaluation?

19   A.    It's called partial year exemption.

20   Q.    Did you ask for that?

21   A.    I think every educator in the state of

22   Tennessee had an option to do a partial year

23   exemption that year.

24   Q.    And would you do that because you could X

25   out that score?

1     A.   No.

2     Q.   Did you ask for the partial year

3 exemption?

4     A.   No.  We all were given the option.  I

5 don't remember the exact -- if you had the option

6 that year, I don't remember.  But I know it's a

7 partial year exemption for that year.

8     Q.   If you have an option, that indicates to

9 me you can choose whether you want to take it or you

10 don't want to take it; is that correct?

11    A.   Correct.

12    Q.   And you chose to take the partial year

13 exemption, correct?

14    A.   I'm not sure if it was a partial year

15 exemption.

16    Q.   And you can't recall whether or not you

17 took the partial year exemption?

18         MR. FOX:  Objection to the form.

19         THE WITNESS:  I don't know what you're

20 saying.

21         MR. FOX:  Mr. Mells, did you say

22 something?  Can't hear you.

23         THE WITNESS:  I don't know what you just

24 said.

25         MR. FOX:  I just said, objection to the

1  form, and Ms. Steiner might have a response.

2  BY MS. STEINER:

3      Q.   Dr. Mells, that's for the Court.  If

4  Mr. Fox makes an objection, you still need to

5  answer.  That's for the Court to look at later,

6  okay?

7      A.   Okay.

8      Q.   Could the court reporter read back my

9  question?

10          (Requested portion of record read.)

11          THE WITNESS:  I'm not sure if it was an

12  option or if we all got partial year exemption.

13  BY MS. STEINER:

14      Q.   So do you believe then that it is for the

15  2019, 2020 school year that all the principals

16  for -- throughout Metro were given a partial year

17  exemption, meaning they were not scored on their

18  performance?

19      A.   I don't know.

20      Q.   Is that what you mean, though, that if it

21  was given across the boards, then that nobody was

22  scored?

23      A.   Say that one more time.

24      Q.   What do you mean by a partial year

25  exemption given across the boards, what do you mean

1   by that?

2        A.    Because the tornadoes hit and then COVID

3   hit, we did not have a closeout evaluation.

4        Q.    So then there was no evaluations about the

5   performance of the principals, whether it be grade

6   school or high school for the spring of 2020,

7   correct?

8        A.    I did not have an evaluation for spring of

9   2020.

10        Q.    Now, did you have an evaluation for the

11   fall of 2019?

12        A.    Yes.

13        Q.    What was your score then?

14        A.    3.29.

15        Q.    What was the score for your school then?

16        A.    There was no score for the school that

17   year.  There was no testing.

18        Q.    So for the whole 2019, 2020 school year,

19   your school was not scored, correct?

20        A.    Correct.

21        Q.    And the school score, what is the range

22   typically on that?

23        A.    It varies, depending on what you're

24   speaking about.

25        Q.    The one that comes on the evaluation that

```
 1   you get, where it's got your score and it's got
 2   school score, what's the --
 3       A.   One to five.
 4       Q.   And is your score, as well, one through
 5   five?
 6       A.   Yes.
 7       Q.   And 3.29, how does that rank?
 8       A.   Just a little bit above expectations.
 9       Q.   That was for the fall of 2019?
10       A.   Correct.
11       Q.   Can we have that, could you provide that
12   to your attorney and we're going to mark that
13   Exhibit Number 2 to your deposition today.
14                     (WHEREUPON, the
15                     previously-mentioned document was
16                     marked as Exhibit Number 2.)
17            THE WITNESS:  Say that again?
18            MS. STEINER:  Could you provide your
19   evaluation to Brook Fox?  We're going to have that
20   marked Exhibit Number 2 to your deposition today,
21   okay?
22            MR. FOX:  Brian, is that something you can
23   e-mail pretty easily?
24            THE WITNESS:  I can figure it out.  I'm
25   sure I can.
```

1    MR. FOX:  E-mail to me and I can e-mail it

2  to opposing counsel and the court reporter, make

3  sure they have it as an exhibit.  That's Number 2?

4    MS. STEINER:  Yes.

5  BY MS. STEINER:

6    Q.  Now, Dr. Mells, the 3.29, does that

7  reflect your job performance as the principal at

8  Madison Middle?

9    A.  It's a portion.

10    Q.  Okay.  What else would be used to reflect

11  your job performance, other than your score?

12    A.  Student academic performance, teacher

13  panorama data.

14    Q.  Let's go back.  How did you score for the

15  2018, 2019 school year?

16    A.  Level four.

17    Q.  How did you score for the 2017, 2018

18  school year?

19    A.  Level two.

20    Q.  And for the 2017, 2018 school year, what

21  was your position?

22    A.  Madison Middle School principal.

23    Q.  What does a level two mean?

24    A.  Not meeting expectations.

25    Q.  Who was your executive director?

1    A.    Oh, boy.  Let me take myself back a

2    minute.  You say 2017, 2018?

3    Q.    Yes.

4    A.    That would be Latricia Gloster.

5    Q.    Now 2018, 2019, who was your executive

6    director?

7    A.    Tracy McPherson.

8    Q.    Did Ms. McPherson resign or retire from

9    Metro schools; do you know?

10    A.    I believe -- I don't want to be quoted.  I

11    don't know.

12    Q.    Okay.  Listen.  What is your knowledge

13    about whether or not Ms. McPherson, why she left

14    Metro schools?

15    A.    I don't know.  She never told me.  I don't

16    know.

17    Q.    Did you ever hear from anybody?

18    A.    No.

19    Q.    So you never heard any reason whatsoever,

20    under oath, about why Ms. McPherson is no longer at

21    Metro schools?

22    A.    Possibly retired, possibly resigned.

23    Don't know which one it was.

24    Q.    Now, when you said you were a level four

25    for 2018, 2019 school year, do you mean 4.00 was

1   your score?

2        A.    That was not my evaluation score, that was

3   the score that you're referring to, that includes

4   student data.

5        Q.    What was your score for 2018, 2019?

6        A.    4.05.

7        Q.    What was your evaluation score for the

8   2017, 2018?

9        A.    3.10.

10       Q.    You said two, what does that mean?

11  Earlier you said two; what is that?

12       A.    That includes student data.

13       Q.    What's an override on these scores?

14       A.    What scores are you talking about?

15       Q.    What can you override the score -- do you

16  have the ability to toss out the score?

17       A.    No.

18       Q.    Okay.

19       A.    I don't know what that means.

20       Q.    What is an LOE score?

21       A.    That's the score that includes student

22  data.

23       Q.    What was the -- could we have the 2017,

24  2018 evaluation for you that we've discussed marked

25  Exhibit Number 3, and the 2018, 2019 evaluation

1   marked Exhibit Number 4, if you could provide those

2   to Mr. Fox, Dr. Mells.  Is that okay?

3            MR. FOX:  No objection.

4                    (WHEREUPON, the

5                    previously-mentioned documents

6                    were marked as Exhibit Numbers 3

7                    and 4.)

8   BY MS. STEINER:

9        Q.    Now, Dr. Mells, what was your score for

10  the 2020, 2021 school year?

11       A.    Level two.

12       Q.    What was your personal score?

13       A.    3.35.

14       Q.    Who was your executive director?

15       A.    Dr. Chae Snorten.

16       Q.    And when you say level two, what was the

17  two score, what was that score?

18       A.    It was including student data.

19       Q.    What was it, was it 2.00?

20       A.    I gave you the evaluation score.

21       Q.    Evaluation score was what, because I'm a

22  little confused here.  What was the evaluation

23  score?

24       A.    3.35.

25       Q.    Is that your score?

1     A.    That's my score.

2     Q.    When you put the students in there, when

3 you add the student scores in, what's the score?

4     A.    The two.

5     Q.   2.00?

6     A.   Uh-huh.

7     Q.   Is that a yes?

8     A.   Yes.

9     Q.    That's the only thing I'm going to stop

10 you on, because I understood what you said because I

11 could see you nodding, but when the court reporter

12 is trying to type it up for the record, she can't

13 understand it.  We won't be able to understand it

14 later, so any time you do that, I'm going to stop

15 you and say, is that a yes or is that a no, for the

16 record, okay?

17     A.   Yes.

18     Q.   Now, let's have your 2020 through 2021

19 evaluation marked the next-numbered exhibit.

20          MR. FOX:  No objection.

21              (WHEREUPON, the

22              previously-mentioned document was

23              marked as Exhibit Number 5.)

24 BY MS. STEINER:

25     Q.   Can you tell me why the student scores

1  pulled it down to a two?

2      A.    This was virtual school.  We would have

3  students taking a test virtually and in-person,

4  bringing the students in.  It was that COVID year.

5      Q.    So then you had difficulty with the scores

6  because the kids were taking the testing remotely?

7      A.    You had students taking the tests

8  in-person who had never been in the building before,

9  because they had the option of being remote, and so

10  some students attended class, students didn't attend

11  class, so test scores did plummet -- they didn't

12  plummet, test scores did better than pass, but they

13  did not do as well.

14      Q.    That's because the kids were coming back

15  into the school?

16      A.    We were hybrid last year, so you had some

17  in the building, some not in building.

18      Q.    Did the kids do better when they were in

19  the building or when they were remote?

20      A.    On?

21      Q.    Testing?

22      A.    Not at White's Creek, but probably in

23  other schools, yes.

24      Q.    They did better testing remotely?

25      A.    Our test scores at White's Creek went up

1 the last school year compared to the time they were

2 tested.

3     Q.    So last time they were tested?

4     A.    The last year was what, 2020, 2021, so

5 2019, 2020.  Was it 2018, 2019; is that right?

6     Q.    Now --

7     A.    Yeah, 2018, 2019.

8     Q.    The 2.0, the 2.00, does that include your

9 evaluation score of 3. --

10    A.    You faded out.

11    Q.    Does the 2.00 take into contract your

12 score of 3.35?

13    A.    Yes.

14    Q.    And so then if you have your 3.35 in

15 there, you have to have -- you're the math major,

16 you have to have something to counteract that to

17 have the average be 2, correct?

18    A.    Correct.

19    Q.    What's counteracting your 3.35?

20    A.    I would have to go back in and look to

21 determine that.

22    Q.    It has something to do with the scores,

23 though, correct?

24    A.    Correct.

25    Q.    So then the scores would have to be, to

1    come out 2.00, the scores would have to be somewhere

2    around 1.65, correct?

3         A.    Not necessarily.

4         Q.    But that's the math results, correct?

5         A.    I don't know if it's 1.65 or not.  I can't

6    say correct.

7         Q.    But you had something that would have been

8    lower than 2 with regard to the scores to have the

9    average be 2, correct?

10        A.    Correct.

11        Q.    So you've got your 3.35 added into some

12   other figure that ends up being 2, correct?

13        A.    Correct.

14        Q.    And what is your understanding about why

15   Dr. Bailey was removed from White's Creek?

16        A.    I did not have any conversations about

17   that.

18        Q.    Were you at Metro schools, and I know you

19   were, when the issue arose about Dr. Battle's

20   brother, Coach Battle?

21        A.    Yes.

22        Q.    What do you recall about that?

23        A.    That was an incident between Dr. Battle's

24   brother and a parent.

25        Q.    What type of an incident?

```
1        A.    Alleged that there was physical

2   altercation.

3        Q.    And what is your belief about what you

4   heard?

5        A.    I don't have one.  I wasn't there.

6        Q.    Do you know Dr. Battle?  Do you personally

7   know her?

8        A.    I wouldn't say personally.  I know her as

9   director of schools.

10       Q.    Do you know Coach Battle?

11       A.    Say that one more time.

12       Q.    Coach Battle?

13       A.    Yes.  I know him as a coach.  He's a

14  coach.

15       Q.    How long have you known Coach Battle?

16       A.    Whenever he became the coach of White's

17  Creek, I don't know what year, but that's my first

18  time meeting him.

19       Q.    How did you meet him if you were at

20  Madison?  Did you go to --

21       A.    I was at Pearl Cohn when I met him.

22       Q.    Okay.  Did you get along well with Coach

23  Battle?

24       A.    Yeah.  We didn't have any interactions

25  outside of when I would have to work the games at
```

1    White's Creek.

2         Q.    Are you aware of the -- hang on one

3    second.  See if I can find this.  I am not still

4    sharing the screen, am I?  I'm going to -- when we

5    break, I'm going to pull this document out and I

6    want to ask you about something.

7              Were you aware that Coach Battle was

8    nonrenewed by Dr. Bailey at White's Creek?

9         A.    No.

10        Q.    No?

11        A.    No.

12        Q.    Did you see any of the disputes that arose

13   about Coach Battle and whether or not he should be

14   removed from White's Creek?

15        A.    The dispute?  Could you clarify what

16   disputes?

17        Q.    The Facebook posts or any of the issues

18   that arose at the school board meetings about Coach

19   Battle?

20        A.    No Facebook posts.

21        Q.    Okay.  Have you ever gone out to dinner or

22   lunch with Coach Battle?

23        A.    No.

24        Q.    Did you know that Coach Battle was trying

25   to be hired back at Metro schools?

1      A.   No.

2      Q.   Do you know where Coach Battle is now?

3      A.   I believe he's a basketball coach at a

4   private or charter school, private or charter, I

5   don't know which one.

6      Q.   When's the last time you saw Dr. Battle?

7      A.   Dr. Battle?

8      Q.   Coach Battle.

9      A.   I don't know.

10     Q.   Was it within the past month?

11     A.   No.

12     Q.   Past year?

13     A.   No, I don't think so.

14     Q.   Have you ever had any conversations with

15   Coach Battle -- with Dr. Battle about her brother?

16     A.   No.

17     Q.   Do you know what your evaluation score is

18   for this school year?

19     A.   No.  Well, I mean, for the first semester,

20   but we don't have it yet.

21     Q.   What was the score for your first

22   semester?

23     A.   4.07.

24     Q.   What was the school score?

25     A.   Students haven't been tested.

```
 1        Q.    Who is your executive director for this
 2   year?
 3        A.    Dr. Chaerea Snorten.
 4        Q.    I'd like that evaluation marked the
 5   next-numbered exhibit.
 6                        (WHEREUPON, the
 7                        previously-mentioned documents
 8                        were to be marked Late-filed
 9                        Exhibit Number 6.)
10        MR. FOX:  No objection.
11   BY MS. STEINER:
12        Q.    Dr. Mells, do you know how these students
13   have scored for the 2021, 2020 school year?
14        A.    Repeat that again.
15        Q.    Do you know how the students have scored
16   for the 2021, 2022 school year?
17        A.    Scored as compared to what?
18        Q.    How they have scored for this report card
19   type deal, the evaluation, do you know what their
20   scores are going to be?
21        A.    Yes.
22        Q.    What?
23        A.    That would be -- I would have to go find
24   that information for you.  I don't have that off the
25   top of my head.
```

1    Q.   Do you know approximately how they are

2  going to score?  Can you give me an approximate

3  amount?

4    A.   No, I can't.

5    Q.   Is it 2.0, is it 3.0, is it 1.0, do you

6  have any idea?

7    A.   It's not -- the scores don't come like

8  that.

9    Q.   Well, there's some score that you've been

10 telling me about that you got a 2.0 last year,

11 correct?  What is that score called?

12   A.   Let me see what was selected the last

13 school year.  School composite.

14   Q.   What is the school composite for this year

15 going to be?

16   A.   I don't know.

17   Q.   Is it true that you cannot figure that out

18 until you actually get the scores back from the

19 State?

20   A.   Correct.

21   Q.   So anything that you could give me today

22 would just be a guess, correct?

23   A.   Correct.

24   Q.   Now, do you think White's Creek will stay

25 a priority school?

1      A.    No.

2      Q.    Do you think you're getting out of

3   priority status?

4      A.    Possibly.

5      Q.    Who has told you that?  Who's told you

6   that, that you're going to get out of priority

7   status?

8      A.    No one.

9      Q.    The State lists priority schools, and

10  you're telling me that you believe White's Creek is

11  getting out of priority status?

12     A.    We have the potential to do that.

13     Q.    Now, do you know how long White's Creek

14  was in priority status?

15     A.    I don't know what year the list came out.

16     Q.    When you say that, what do you mean by

17  that, you don't know the year the list came out?

18  Was it possible that priority status did not exist

19  in previous years, is that what you're saying?

20     A.    The list comes out on a cycle.

21     Q.    How long has the designation priority

22  schools existed that you know of?

23     A.    I don't know.

24     Q.    Was it in existence the whole time you've

25  been at Metro schools?

1      A.    Yes.

2      Q.    So that would be from at least 2006, 2008

3    through the present date, correct?

4      A.    Correct.

5      Q.    Okay.  Now, is Robert Miller -- is that a

6    high school?

7      A.    No.

8      Q.    Do you know of any middle school

9    principals who lost their job because the school was

10   in priority status?

11     A.    I don't know, no.

12     Q.    Do you know of any high school principals

13   who lost their job because the school was in

14   priority status?

15     A.    I don't know.

16     Q.    Were you told by anybody that Dr. Bailey

17   lost his job for job performance?

18     A.    No.

19     Q.    Do you know why Dr. Bailey is no longer at

20   White's Creek?

21     A.    No.

22     Q.    Did you ever work with Dr. Bailey?

23     A.    We were colleagues.

24     Q.    Did you think that your -- did you think

25   Dr. Bailey was a good principal?

1      A.   I don't know.

2      Q.   Did you think he was professional?

3      A.   Say again.

4      Q.   Did you think he was professional?

5      A.   Did I think he was professional?

6      Q.   Yes.

7      A.   Yes.

8      Q.   Did you think he was honest?

9      A.   I don't know.

10     Q.   Okay.  If there is an issue with your job

11 performance -- are you tenured?

12     A.   Yes.

13     Q.   How long have you been tenured?

14     A.   I don't know.

15     Q.   Do you know whether or not Metro schools

16 has the legal ability to just nonrenew your contract

17 if you're tenured?

18     A.   I don't know.

19     Q.   Okay.  If there is an issue with your job

20 performance, do you know whether or not your

21 supervisor is supposed to address that issue with

22 you?

23     A.   Repeat the question.

24     Q.   If there is an issue with your job

25 performance, should your supervisor address that

1    with you, bring it to your attention?

2        A.    Should they, or do they?

3        Q.    Both.

4        A.    I didn't hear what you asked.

5        Q.    If there is an issue with your job

6    performance, you're not doing your job right, should

7    your supervisor bring that to your attention?

8        A.    Yes.

9        Q.    Okay.  Are you familiar with something

10   called a performance plan?

11       A.    Yes.

12       Q.    Is that -- have you ever been on one?

13       A.    No.

14       Q.    Do you know whether or not the supervisor

15   is responsible for putting you on a performance plan

16   if there are issues with your job performance?

17       A.    The supervisor is responsible.

18       Q.    Do you know if that's being done with the

19   hopes that whatever the problem is will correct

20   itself?

21       A.    I don't know.

22       Q.    Were you contacted by anyone about whether

23   or not Dr. Bailey could be transferred into any

24   school that you were principal of?

25       A.    No.

```
1        Q.    Okay.  Do you still have your teaching

2   license?

3        A.    Yes.

4        Q.    Do you have your administrators license?

5        A.    Yes.

6        Q.    So you have all the licenses still intact,

7   correct?

8        A.    Yes.

9        Q.    Were you aware that some of the principals

10  let their teaching license -- that don't need it

11  anymore so they don't keep that up?

12            MR. FOX:  Objection to the form.  (Court

13  reporter asks for clarification.)

14            THE WITNESS:  Aware of the license?  I was

15  not aware that principals let their license go.

16            MS. STEINER:  Let's take about five

17  minutes, is that okay?  I'm about ready to end,

18  okay?

19            (Brief break observed.)

20  BY MS. STEINER:

21       Q.    Ready?

22       A.    Yes.

23       Q.    Dr. Mells, when you were at -- and you

24  were at Madison Middle School before White's Creek,

25  correct?
```

1       A.    Correct.

2       Q.    When you were at Madison Middle or White's

3  Creek or Pearl Cohn, did anyone ever tell you that

4  they were going to nonrenew you for job performance?

5       A.    No.

6       Q.    Did anyone ever discuss with you your job

7  performance and counsel with you to tell you that

8  your job performance was not up to par?

9       A.    No.

10      Q.    Did anyone ever put you from Pearl Cohn

11 through White's Creek on a performance plan?

12      A.    No.

13      Q.    Do you know what a nonrenewal is?

14      A.    Yes.

15      Q.    What is a nonrenewal?

16      A.    It depends.  There's a nonrenewal meaning

17 that you will not be in your position for the

18 upcoming school year.

19      Q.    Does nonrenewal mean you've lost your job

20 at Metro schools?

21      A.    It means you have been displaced in your

22 current school.

23      Q.    Displaced?  Does that mean you've got a

24 job for next year?

25      A.    It depends on the nonrenewal.

1          MR. FOX:  Objection to the form.

2     BY MS. STEINER:

3          Q.    Explain to me the different types of

4     nonrenewals that you have?

5          A.    There is a nonrenewal for rehire;

6     nonrenewal, not eligible for rehire.

7          Q.    And those are the two you're aware of,

8     correct?

9          A.    Correct.

10         Q.    Okay.  And is the person told that they

11    are nonrenewed whether or not they are eligible or

12    not eligible for rehire?

13         A.    Yes.

14         Q.    Nonrenewal is not the same as a transfer,

15    correct?

16         A.    Correct.

17         Q.    Now, a second ago when you said -- when

18    you said that you anticipate that White's Creek, and

19    I may have gotten your words a little off on that,

20    you anticipate White's Creek would be renewed from

21    priority status, is that -- do you have some data to

22    support that, or is that your hope as an educator?

23         A.    My hope.

24         Q.    Gotcha.  Have you talked to anyone about

25    giving your deposition today, other than counsel?

1    A.    I had to tell my supervisor so she would

2  know I would be out of the building.

3    Q.    That would be Ms. Snorten -- Dr. Snorten?

4    A.    Yes.

5    Q.    And do you know of any high school

6  principals who have been nonrenewed for job

7  performance?

8    A.    I don't know.  Don't know.

9    Q.    Who is your assistant principal?

10    A.    Melissa Brooks.

11    Q.    How long has she been an assistant

12  principal?

13    A.    I'm sorry?

14    Q.    How long has she been an assistant

15  principal at White's Creek?

16    A.    Two years.

17    Q.    Who was the assistant principal before Ms.

18  Brooks?

19    A.    They were -- they were before me.

20  Jeremiah -- I can't think of Jeremiah's last name.

21  That was the only one that was here before Ms.

22  Brooks.

23    Q.    Was Madison Middle School priority?

24    A.    Yes.

25    Q.    That is all, Dr. Mells.

1    A.    Okay.

2         MS. HARBISON:  Nothing from me.

3         MR. FOX:  Nothing from Metro.  Thank you,

4    Dr. Mells.

5         FURTHER THIS DEPONENT SAITH NOT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                REPORTER'S CERTIFICATION

 2

 3   STATE OF TENNESSEE    )
     COUNTY OF DAVIDSON    )
 4

 5

 6        I, Janie W. Garland, LCR#111, licensed court

 7   reporter, in and for the State of Tennessee do hereby

 8   certify that the above deposition was reported by me

 9   via remote means and that the foregoing pages of the

10   transcript is a true and accurate record to the best

11   of my knowledge, skills, and ability.

12

13        I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17

18        I further certify that I am duly licensed by the

19   Tennessee Board of Court Reporting as a Licensed

20   Court Reporter as evidenced by the LCR number

21   following my name below.

22                          Janie W. Garland

23        _____

24             Janie W. Garland, LCR#111

25
```

## **E R R A T A   P A G E**

I, Brian Mells, having read the foregoing deposition, Pages 1 through 47, do hereby certify said testimony is a true and accurate transcript, with the following changes (if any):

PAGE        LINE                    SHOULD HAVE BEEN

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

\_\_\_\_\_        \_\_\_\_\_        _____

_____

Brian Mells

BY MS. STEINER: [12] 5/15 13/22
17/12 17/15 25/2 25/13 28/5 31/8
32/24 39/11 45/20 47/2
MR. FOX: [13] 5/13 17/14 24/18 24/21
24/25 27/22 28/1 31/3 32/20 39/10
45/12 47/1 49/3
MS. HARBISON: [1] 49/2
MS. STEINER: [4] 17/5 27/18 28/4
45/16
THE WITNESS: [6] 24/19 24/23 25/11
27/17 27/24 45/14

**0**

01023 [1] 1/5

**1**

1.0 [1] 40/5
1.65 [2] 35/2 35/5
108 [1] 3/23
111 [2] 50/6 50/24
13 [2] 1/24 3/2
17 [1] 4/5
196300 [1] 3/24
1984 [1] 22/12

**2**

2.0 [3] 34/8 40/5 40/10
2.00 [5] 31/19 32/5 34/8 34/11 35/1
2000 [1] 13/17
2002 [2] 12/24 12/25
2006 [2] 12/17 42/2
2007 [4] 14/14 14/25 15/2 15/2
2008 [1] 42/2
2012 [2] 15/2 15/4
2013 [1] 14/25
2014 [2] 16/16 16/23
2016 [2] 14/10 15/13
2017 [6] 14/10 28/17 28/20 29/2 30/8
30/23
2017-2018 [1] 4/7
2018 [13] 4/7 28/15 28/17 28/20 29/2
29/5 29/25 30/5 30/8 30/24 30/25 34/5
34/7
2018-2019 [1] 4/8
2019 [20] 4/8 21/22 21/22 22/1 22/4
22/23 23/5 23/17 25/15 26/11 26/18
27/9 28/15 29/5 29/25 30/5 30/25 34/5
34/5 34/7
2019-2020 [1] 4/6
2020 [20] 4/6 20/25 21/6 21/20 21/23
22/2 22/5 22/23 22/23 23/5 23/17
25/15 26/6 26/9 26/18 31/10 32/18
34/4 34/5 39/13
2020-2021 [1] 4/9
2021 [7] 4/9 4/10 31/10 32/18 34/4
39/13 39/16
2022 [3] 1/24 3/2 39/16
21st [1] 22/10
222 [1] 2/9
27 [1] 4/6

**3**

3.0 [1] 40/5
3.10 [1] 30/9
3.29 [3] 26/14 27/7 28/6
3.35 [6] 31/13 31/24 34/12 34/14 34/19
35/11
31 [2] 4/7 4/8
32 [1] 4/3

340M [1] 2/9
37 [1] 22/8
37201 [1] 2/9
37206 [2] 3/13 3/19
37219 [1] 3/24
39 [1] 4/10
3:20-CV-01023 [1] 1/5

**4**

4.00 [1] 29/25
4.05 [1] 30/6
4.07 [1] 38/23
4302 [2] 5/11 5/19
47 [1] 51/4

**5**

5 percent [1] 18/15
5350 [1] 2/10

**6**

613 [1] 3/13
615 [1] 2/10
68251 [1] 3/19
6th [1] 7/6

**7**

714-5350 [1] 2/10

**A**

ability [3] 30/16 43/16 50/11
able [1] 32/13
about [27] 7/17 8/24 8/25 9/1 11/18
12/13 14/8 15/13 26/4 26/24 29/13
29/20 30/14 35/14 35/16 35/19 35/22
36/3 37/6 37/13 37/18 38/15 40/10
44/22 45/16 45/17 47/24
above [2] 27/8 50/8
academic [1] 28/12
accurate [2] 50/10 51/5
accused [3] 10/8 10/11 11/1
across [2] 25/21 25/25
action [1] 50/15
activity [1] 10/22
actually [2] 20/2 40/18
add [1] 32/3
added [1] 35/11
address [7] 5/7 5/10 5/10 6/3 6/4 43/21
43/25
administrators [1] 45/4
ADRIENNE [3] 1/7 1/13 1/21
advance [1] 7/7
advanced [1] 22/16
after [2] 11/20 13/4
again [3] 27/17 39/14 43/3
against [2] 10/13 10/17
age [3] 10/13 10/23 22/7
ago [1] 47/17
agree [1] 20/5
Algebra [3] 42/16 22/17 22/17
all [11] 3/3 3/4 7/25 7/25 19/4 22/15
24/4 25/12 25/15 45/6 48/25
allegation [1] 10/17
Alleged [1] 36/1
along [1] 36/22
altercation [1] 36/2
am [5] 37/3 37/4 50/13 50/15 50/18
amount [1] 40/3
Ann [2] 3/11 7/19
answer [1] 25/5
anticipate [2] 47/18 47/20

any [27] 5/24 7/14 9/2 10/11 10/16
10/20 10/25 11/2 13/9 20/17 20/25
23/15 29/19 32/14 35/16 36/24 37/12
37/17 38/14 40/6 42/8 42/12 44/23
48/5 50/14 50/15 51/5
anybody [2] 29/17 42/16
anymore [1] 45/11
anyone [10] 10/14 10/21 11/15 11/22
12/7 44/22 46/3 46/6 46/10 47/24
anything [2] 9/8 40/21
APPEARANCES [1] 3/7
applied [1] 11/20
apply [1] 11/22
approximate [1] 40/2
approximately [3] 7/1 7/3 40/1
April [2] 1/24 3/2
are [28] 3/4 3/5 6/2 6/14 10/20 12/18
16/4 16/23 17/23 18/25 19/3 19/5
19/15 19/16 19/17 19/18 20/9 22/4
30/14 37/2 39/20 40/1 43/11 44/9
44/16 47/7 47/11 47/11
arose [3] 35/19 37/12 37/18
around [1] 35/2
as [24] 3/3 3/4 5/2 5/3 11/13 11/15
17/10 19/15 20/12 23/11 27/4 27/16
28/3 28/7 31/6 32/23 33/13 36/8 36/13
39/17 47/14 47/22 50/19 50/20
ask [6] 8/2 12/13 17/20 23/20 24/2 37/6
asked [1] 8/23 8/25 44/4
asks [1] 45/13
assistant [7] 10/5 15/7 15/8 48/9 48/11
48/14 48/17
Associates [1] 2/8
association [2] 10/21 10/25
asteiner [1] 3/14
attend [2] 14/2 33/10
attended [1] 33/10
attention [2] 44/1 44/7
attorney [3] 3/12 3/18 27/12
Avenue [1] 2/9
average [2] 34/17 35/9
aware [6] 37/2 37/7 45/9 45/14 45/15
47/7

**B**

Bachelor's [1] 13/2
back [7] 25/8 28/14 29/1 33/14 34/20
37/25 40/18
bad [1] 20/6
BAILEY [11] 1/16 3/9 7/23 19/25 35/15
37/8 42/16 42/19 42/22 42/25 44/23
based [5] 10/12 10/22 20/23 21/11
21/20
basketball [1] 38/3
BATTLE [23] 1/7 1/13 1/21 10/18 11/9
11/12 35/20 36/6 36/10 36/12 36/15
36/23 37/7 37/13 37/19 37/22 37/24
38/2 38/6 38/7 38/8 38/15 38/15
Battle's [3] 10/17 35/19 35/23
be [27] 7/4 7/6 10/12 18/23 19/20 26/5
28/10 29/4 29/10 32/13 34/17 34/25
35/1 35/9 37/13 37/25 39/8 39/20
39/23 40/15 40/22 42/2 44/23 46/17
47/20 48/2 48/3
became [1] 36/16
because [14] 8/6 16/21 21/17 21/23
23/24 26/2 31/21 32/10 32/10 33/6
33/9 33/14 42/9 42/13
been [16] 5/2 10/6 16/15 16/22 33/8
35/7 38/25 40/9 41/25 43/13 44/12

**B**

been... [5]  46/21 48/6 48/11 48/14 51/7
before [7]  8/11 17/19 33/8 45/24 48/17 48/19 48/21
behind [2]  19/17 23/14
being [6]  6/4 6/5 18/13 33/9 35/12 44/18
belief [1]  36/3
believe [5]  16/22 25/14 29/10 38/3 41/10
below [1]  50/21
best [2]  11/1 50/10
better [3]  33/12 33/18 33/24
between [2]  19/13 35/23
birth [1]  22/9
bit [3]  12/13 19/17 27/8
Blackburn [1]  9/18
board [2]  37/18 50/19
boards [2]  25/21 25/25
Both [1]  44/3
bottom [1]  18/14
Box [2]  3/19 3/24
boy [1]  29/1
break [3]  13/19 37/5 45/19
BRIAN [7]  1/24 3/1 5/1 5/6 27/22 51/4 51/22
Brick [2]  19/2 19/6
bridge [1]  22/18
Brief [1]  45/19
Briggs [1]  2/8
bring [2]  44/1 44/7
bringing [1]  33/4
Brook [1]  27/19
Brooks [4]  3/22 48/10 48/18 48/22
brooks.fox [1]  3/25
brother [4]  10/17 35/20 35/24 38/15
building [5]  33/8 33/17 33/17 33/19 48/2
built [2]  6/4 6/5
bunch [1]  8/2
Buntin [1]  3/11

**C**

call [1]  7/22
called [4]  5/2 23/19 40/11 44/10
came [3]  20/1 41/15 41/17
can [18]  5/16 5/17 7/8 13/19 16/11 20/22 23/7 23/9 24/9 27/11 27/22 27/24 27/25 28/1 30/15 32/25 37/3 40/2
can't [12]  5/8 7/8 7/8 8/4 12/3 19/12 24/16 24/22 32/12 35/5 40/4 48/20
cannot [1]  40/17
caption [1]  3/3
card [1]  39/18
career [1]  12/14
Carson [1]  13/24 14/6
Carson-Newman [2]  13/24 14/6
case [6]  1/7 7/5 8/15 8/17 8/18 50/16
catching [1]  19/22
CATHEY [3]  1/17 3/16 7/25
central [1]  12/5
certificate [1]  3/4
CERTIFICATION [1]  50/1
certify [4]  50/8 50/13 50/18 51/4
Chae [1]  31/15
Chaerea [1]  39/3
changes [1]  51/5
charter [2]  38/4 38/4
choose [1]  24/9

chose [1]  24/12
Church [2]  19/2 19/6
Civil [1]  3/3
claim [2]  9/3 10/16
clarification [1]  45/13
clarify [1]  37/15
class [2]  33/10 33/11
closeout [1]  26/3
coach [10]  10/17 35/20 36/10 36/12 36/13 36/14 36/15 36/16 36/22 37/7 37/13 37/18 37/22 37/24 38/2 38/3 38/8 38/15
Cohn [13]  10/3 10/4 15/5 15/6 15/9 15/15 15/23 15/25 16/2 16/15 16/21 46/3 46/10
colleagues [1]  42/23
college [2]  12/14 13/4
come [5]  11/18 16/6 17/1 35/1 40/7
comes [2]  25/25 41/20
coming [4]  5/9 19/15 20/2 33/14
community [1]  12/4
compared [2]  34/1 39/17
completed [1]  11/11
composite [2]  40/13 40/14
computer [1]  23/9
confused [1]  31/22
connection [1]  10/25
contact [1]  7/11
contacted [1]  44/22
contract [2]  34/11 43/16
conversations [2]  35/16 38/14
correct [57]
could [15]  7/4 10/24 18/18 19/20 21/19 23/24 25/8 27/11 27/18 30/23 31/1 32/11 37/15 40/21 44/23
couldn't [1]  8/7
counsel [6]  3/1 9/14 28/2 46/7 47/25 50/14
counteract [1]  34/16
counteracting [1]  34/19
county [6]  1/7 1/13 1/20 6/5 6/11 50/3
court [10]  1/1 25/3 25/5 25/8 28/2 32/11 45/12 50/6 50/19 50/20
Courthouse [1]  3/23
COVID [3]  21/1 26/2 33/4
Creek [24]  11/19 17/25 18/19 18/23 19/1 19/10 20/1 33/22 33/25 35/15 36/17 37/1 37/8 37/14 40/24 41/10 41/13 42/20 45/24 46/3 46/11 47/18 47/20 48/15
Creswell [2]  19/2 19/7
criminal [1]  20/2
Crofford [1]  9/20
current [2]  15/22 46/22
currently [2]  17/23 18/10
curriculum [2]  13/13 13/14
CV [1]  1/5
cycle [1]  41/20

**D**

DAMON [3]  1/17 3/16 7/24
data [9]  20/23 20/24 21/12 28/13 30/4 30/12 30/22 31/18 47/21
date [4]  13/18 16/23 22/9 42/3
dates [1]  14/11
DAVIDSON [4]  1/7 1/13 1/20 50/3
deal [1]  39/19
December [1]  7/6
December 6th [1]  7/6
Defendants [4]  1/8 1/14 1/22 3/22

degree [2]  12/25 13/7
degrees [1]  14/5
Demand [1]  1/5
Department [1]  3/23
depending [1]  26/23
depends [2]  46/16 46/25
DEPONENT [1]  49/5
deposed [1]  5/3
deposition [10]  1/24 3/1 3/4 8/10 8/19 27/13 27/20 47/25 50/8 51/4
designated [1]  21/10
designation [3]  21/9 21/22 41/21
determine [1]  34/21
did [55]
didn't [4]  33/10 33/11 36/24 44/4
different [2]  7/4 47/3
difficult [2]  20/6 20/9
difficulty [1]  33/5
dinner [1]  37/21
director [6]  23/1 28/25 29/6 31/14 36/9 39/1
disagree [2]  20/8 20/11
discrimination [2]  10/12 11/2
discuss [1]  46/6
discussed [1]  30/24
discussion [2]  5/14 13/21
displaced [2]  46/21 46/23
dispute [1]  37/15
disputes [2]  37/12 37/16
DISTRICT [2]  1/1 1/1
DIVISION [1]  1/2
do [78]
document [4]  17/9 27/15 32/22 37/5
documents [2]  31/5 39/7
DOE [3]  1/3 3/10 7/23
does [15]  6/18 7/14 16/21 18/13 18/16 19/16 23/13 27/7 28/6 28/23 30/10 34/8 34/11 46/19 46/23
doing [1]  44/6
don't [58]
done [2]  9/9 20/25 44/18
down [2]  16/14 33/1
DR [37]  1/7 1/9 1/13 1/16 1/16 1/17 1/21 3/9 3/9 3/10 3/16 5/16 7/8 7/19 7/21 7/21 7/24 10/17 11/8 11/12 13/23 17/16 25/3 28/6 31/2 31/9 35/19 35/23 36/6 38/6 38/7 38/15 39/12 42/22 45/23 48/25 49/4
Dr. [11]  7/23 19/25 31/15 35/15 37/8 39/3 42/16 42/19 42/25 44/23 48/3
Dr. Bailey [7]  19/25 35/15 37/8 42/16 42/19 42/25 44/23
Dr. Chae [1]  31/15
Dr. Chaerea [1]  39/3
Dr. James [1]  7/23
Dr. Snorten [1]  48/3
duly [2]  5/2 50/18

**E**

e-mail [3]  27/23 28/1 28/1
Earlier [1]  30/11
easily [1]  27/23
eastern [1]  13/25
echo [1]  5/9
Ed.D [1]  13/14
Ed.S [2]  13/13 13/23
education [2]  13/8 13/10
educator [2]  23/21 47/22
either [1]  10/13
Elementary [1]  18/1 18/4

**E**

eligible [3] 47/6 47/11 47/12
else [3] 10/14 10/21 28/10
employee [1] 50/14
end [6] 7/3 7/17 7/18 15/1 21/23 45/17
ends [1] 35/12
engaged [1] 10/21
evaluation [24] 4/6 4/7 4/8 4/9 4/10
23/16 23/18 26/3 26/8 26/10 26/25
27/19 30/2 30/7 30/24 30/25 31/20
31/21 31/22 32/19 34/9 38/17 39/4
39/19
evaluations [2] 22/25 26/4
even [1] 21/16
evening [1] 11/7
ever [12] 8/10 10/8 10/11 10/16 29/17
37/21 38/14 42/22 44/12 46/3 46/6
46/10
every [1] 23/21
evidenced [1] 50/20
exact [4] 12/3 16/7 17/3 24/5
Examination [2] 4/2 5/4
Excel [2] 4/5 16/9
except [1] 3/4
executive [6] 22/19 23/1 28/25 29/5
31/14 39/1
exemption [11] 23/11 23/19 23/23 24/3
24/7 24/13 24/15 24/17 25/12 25/17
25/25
exhibit [13] 17/6 17/11 27/13 27/16
27/20 28/3 30/25 31/1 31/6 32/19
32/23 39/5 39/9
EXHIBITS [1] 4/4
exist [1] 41/18
existed [1] 41/22
existence [1] 41/24
expectations [2] 27/8 28/24
Explain [1] 47/3

**F**

F-O-R-T-I-S [1] 6/23
Facebook [2] 37/17 37/20
faded [1] 34/10
fall [3] 4/10 26/11 27/9
familiar [1] 44/9
Farm [1] 6/10
federal [2] 3/2 9/3
feed [5] 18/17 18/22 18/25 19/9 19/21
feeding [2] 19/18 20/10
female [1] 9/16
figure [3] 27/24 35/12 40/17
filed [1] 39/8
final [1] 11/13
financially [1] 50/15
find [2] 37/3 39/23
first [4] 5/2 36/17 38/19 38/21
five [3] 27/3 27/5 45/16
following [2] 50/21 51/5
follows [1] 5/3
Ford [1] 3/17
foregoing [2] 50/9 51/4
form [6] 3/5 10/12 24/18 25/1 45/12
47/1
formalities [1] 3/3
Fortis [3] 6/19 6/21 7/15
found [1] 9/2
foundations [1] 22/18
four [4] 7/20 15/10 28/16 29/24
Fox [4] 3/22 25/4 27/19 31/2
friend [1] 11/1

**G**

full [1] 5/5
further [4] 13/9 49/5 50/13 50/18
future [3] 5/25 7/15 7/16

**G**

games [1] 36/25
GARLAND [3] 2/8 50/6 50/24
Gary [1] 9/18
gave [1] 31/20
geometry [2] 22/16 22/17
get [9] 8/6 12/23 13/16 13/23 14/5 27/1
36/22 40/18 41/6
getting [3] 19/14 41/2 41/11
give [5] 8/19 13/17 22/25 40/2 40/21
given [6] 8/10 16/10 24/4 25/16 25/21
25/25
gives [1] 21/9
giving [1] 47/25
Gloster [1] 29/4
go [12] 12/14 12/20 13/3 14/2 15/4
15/11 16/14 28/14 34/20 36/20 39/23
45/15
going [18] 7/2 7/5 7/22 8/2 14/8 16/10
20/3 27/12 27/19 32/9 32/14 37/4 37/5
39/20 40/2 40/15 41/6 46/4
gone [1] 37/21
good [1] 42/25
got [9] 19/22 20/24 21/10 25/12 27/1
27/1 35/11 40/10 46/23
Gotcha [1] 47/24
gotten [2] 21/17 47/19
GOVERNMENT [3] 1/6 1/12 1/19
grade [3] 14/17 14/18 26/5
graduate [2] 12/16 13/15
guess [1] 40/22

**H**

had [14] 9/9 12/5 21/23 23/17 23/22
24/5 33/5 33/7 33/8 33/9 33/16 35/7
38/14 48/1
hang [1] 37/2
Harbison [3] 3/17 3/18 7/24
hard [1] 5/13
Harrington [1] 15/24
has [10] 10/21 11/1 11/12 19/25 34/22
41/5 41/21 43/16 48/11 48/14
have [71]
haven't [1] 17/18 38/25
having [2] 5/2 51/4
Haynes [3] 19/2 19/6 19/11
he [8] 9/12 20/1 36/16 37/13 43/2 43/4
43/5 43/8
he's [2] 36/13 38/3
head [1] 39/25
hear [11] 5/8 5/14 5/16 5/17 7/8 7/8 8/4
8/7 24/22 29/17 44/4
heard [2] 29/19 36/4
hearing [1] 3/5
held [1] 13/21
her [3] 36/7 36/8 38/15
hereby [2] 50/7 51/4
here [4] 7/24 16/14 31/22 48/21
high [7] 12/23 14/20 17/23 26/6 42/6
42/12 48/5
Hillsboro [2] 19/19 20/10
Hillwood [4] 14/20 14/21 14/23 19/19
him [4] 36/13 36/18 36/19 36/21
hired [1] 37/25
his [1] 42/17
hit [3] 21/1 26/2 26/3

**H**

hold [1] 14/8
Holmes [1] 1/7
home [4] 5/7 5/10 5/10 7/2
honest [1] 43/8
hope [2] 47/22 47/23
hopes [1] 44/19
house [1] 6/3
how [26] 5/12 5/20 6/22 8/13 11/10
11/18 14/21 15/8 20/20 20/21 20/22
21/8 27/7 28/14 28/17 36/15 36/19
39/12 39/15 39/18 40/1 41/13 41/21
43/13 48/11 48/14
huh [1] 32/6
hybrid [1] 33/16

**I**

I'd [1] 39/4
I'll [1] 17/20
I'm [13] 7/19 14/8 16/10 24/14 25/11
27/24 31/21 32/9 32/14 37/4 37/5
45/17 48/13
I.T [1] 19/2
idea [1] 40/6
identification [2] 17/6 17/10
II [1] 22/17
immediately [1] 8/5
improved [1] 20/22
improvements [1] 20/18
incident [2] 35/23 35/25
include [1] 34/8
includes [3] 30/3 30/12 30/21
including [1] 31/18
incorrectly [1] 14/7
INDEX [1] 4/1
indicates [1] 24/8
information [1] 39/24
instance [1] 11/1
Institute [3] 6/19 6/21 7/15
instruction [2] 13/13 13/14
intact [1] 45/6
interactions [1] 36/24
interested [1] 50/15
interview [1] 12/2
interviewed [1] 11/25
interviewing [1] 11/18
interviews [2] 12/5 12/8
involve [1] 10/2
involved [1] 10/16
is [82]
issue [6] 35/19 43/10 43/19 43/21
43/24 44/5
issues [2] 37/17 44/16
issuing [1] 7/6
it [73]
it's [19] 5/13 6/7 11/4 16/15 16/22
16/24 18/10 18/20 20/5 20/17 20/22
21/20 23/19 24/6 27/1 27/1 28/9 35/5
40/7
its [1] 20/18
itself [1] 44/20

**J**

JAMES [3] 1/16 3/9 7/23
JANE [3] 1/3 3/10 7/23
JANIE [3] 2/8 50/6 50/24
January [1] 14/14
Jeffrey [1] 5/6
Jeremiah [1] 48/20
Jeremiah's [1] 48/20
jesse [4] 3/17 3/18 3/20 7/23

**J**

jesseharbisonlaw.com [1] 3/20
job [18] 28/7 28/11 42/9 42/13 42/17 42/17 43/10 43/19 43/24 44/5 44/6 44/16 46/4 46/6 46/8 46/19 46/24 48/6
Judge [2] 1/6 1/6
Jury [1] 1/5
just [9] 13/19 14/8 17/6 23/15 24/23 24/25 27/8 40/22 43/16
justice [1] 20/2

**K**

keep [1] 45/11
keeps [1] 12/8
kids [7] 20/1 20/6 20/9 21/16 33/6 33/14 33/18
kind [1] 15/1
know [76]
knowledge [2] 29/12 50/11
known [1] 36/15

**L**

language [1] 23/14
largest [1] 19/9
last [10] 14/23 22/23 33/16 34/1 34/3 34/4 38/6 40/10 40/12 48/20
Late [1] 39/8
Late-filed [1] 39/8
later [2] 25/5 32/14
Latricia [1] 29/4
Law [4] 3/12 3/18 3/18 3/23
lawsuit [1] 7/20
LCR [3] 50/6 50/20 50/24
Lead [1] 1/7
leadership [1] 13/8
learned [1] 21/16
learning [1] 19/17
least [1] 42/2
leaving [1] 7/14
LEFFLER [3] 1/9 3/9 7/21
left [1] 29/13
legal [1] 43/16
let [6] 8/4 8/8 29/1 40/12 45/10 45/15
let's [4] 17/5 28/14 32/18 45/16
level [6] 28/16 28/19 28/23 29/24 31/11 31/16
license [5] 45/2 45/4 45/10 45/14 45/15
licensed [3] 50/6 50/18 50/19
licenses [1] 45/6
life [1] 20/7
like [5] 14/10 19/18 20/10 39/4 40/7
LILY [3] 1/9 3/9 7/21
LINE [1] 51/7
list [10] 16/13 17/21 17/24 18/2 18/8 18/11 18/13 41/15 41/17 41/20
listed [1] 23/11
Listen [1] 29/12
lists [1] 41/9
little [6] 5/13 12/13 19/16 27/8 31/22 47/19
live [1] 5/18
LLC [1] 3/12
located [1] 6/24
LOE [1] 30/20
long [8] 14/21 15/8 36/15 41/13 41/21 43/13 48/11 48/14
longer [4] 16/2 16/18 29/20 42/19
look [4] 23/7 23/9 25/5 34/20
lost [4] 42/9 42/13 42/17 46/19
lot [2] 12/1 18/16 19/22

lower [1] 35/8
lunch [1] 37/22

**M**

ma'am [4] 5/23 6/1 7/10 16/1
made [1] 20/17
Madison [12] 12/15 15/13 18/1 18/4 18/6 18/7 20/12 22/20 28/8 28/22 36/20 45/24 46/2 48/23
Magistrate [1] 1/6
mail [3] 27/23 28/1 28/1
major [1] 34/15
make [2] 8/5 28/2
makes [1] 25/4
male [2] 9/16 9/17
many [1] 8/13
Maplewood [2] 17/21 17/25
mark [1] 27/12
marked [11] 17/6 17/10 27/16 27/20 30/24 31/1 31/6 32/19 32/23 39/4 39/8
married [1] 6/14
master's [2] 13/8 13/16
math [5] 22/13 22/14 22/18 34/15 35/4
mathematics [3] 13/2 14/16 14/24
matter [1] 19/16
may [3] 21/16 22/10 47/19
McPherson [4] 29/7 29/8 29/13 29/20
me [24] 5/16 7/8 8/4 8/8 16/7 16/10 16/18 16/24 19/12 19/25 24/9 28/1 29/1 29/15 32/25 40/2 40/10 40/12 40/21 41/10 47/3 48/19 49/2 50/8
mean [14] 18/13 19/16 20/21 23/13 25/20 25/24 25/25 28/23 29/25 30/10 38/19 41/16 46/19 46/23
meaning [3] 18/19 25/17 46/16
means [6] 3/2 18/14 23/15 30/19 46/21 50/9
meet [1] 36/19
meeting [2] 28/24 36/18
meetings [1] 37/18
Melissa [1] 48/10
MELLS [22] 1/24 3/1 5/1 5/6 5/7 5/16 6/17 7/8 7/19 13/23 17/17 24/21 25/3 28/6 31/2 31/9 39/12 45/23 48/25 49/4 51/4 51/22
Memphis [1] 12/19
mentioned [5] 17/9 27/15 31/5 32/22 39/7
MERIWETHER [3] 1/16 3/10 7/21
met [1] 36/21
Metro [21] 8/1 8/21 9/8 9/23 10/8 10/11 11/2 12/8 14/13 16/10 16/14 25/16 29/9 29/14 29/21 35/18 37/25 41/25 43/15 46/20 49/3
METROPOLITAN [4] 1/6 1/12 1/19 3/23
middle [12] 1/1 15/2 18/6 18/7 20/13 22/21 28/8 28/22 42/8 45/24 46/2 48/23
might [1] 25/1
Miller [1] 42/5
minute [1] 29/2
minutes [1] 45/17
Miriam [1] 15/24
Monday [1] 11/7
month [1] 38/10
more [4] 30/9 21/16 25/23 36/11
MORENO [1] 1/9
move [1] 7/2
moving [2] 5/24 6/2

Mr [2] 5/7 24/21
Mr. [2] 25/4 31/2
Mr. Fox [2] 25/4 31/2
Ms [7] 4/2 5/4 5/13 29/13 29/20 48/17 48/21
Ms. [4] 23/2 25/1 29/8 48/3
Ms. McPherson [1] 29/8
Ms. Perry [1] 23/2
Ms. Snorten [1] 48/3
Ms. Steiner [1] 25/1
Murfreesboro [1] 6/13
my [14] 7/13 8/3 8/4 11/4 21/20 25/8 30/2 32/1 36/17 39/25 47/23 48/1 50/11 50/21
myself [1] 29/1

**N**

name [6] 5/5 6/16 7/22 9/15 48/20 50/21
named [1] 11/5
names [1] 12/3
NASHVILLE [10] 1/2 1/6 1/12 1/20 2/9 3/2 3/13 3/19 3/24 6/25
nashville.gov [1] 3/25
national [2] 10/13 10/23
Nazarene [1] 13/6
near [3] 5/25 7/15 7/16
nearest [1] 7/12
necessarily [1] 35/3
need [3] 8/8 25/4 45/10
needed [1] 7/11
neglect [2] 9/2 9/6
never [3] 29/15 29/19 33/8
new [1] 7/2
Newman [2] 13/24 14/6
next [3] 32/19 39/5 46/24
next-numbered [2] 32/19 39/5
Ninth [1] 14/18
no [64]
nobody [1] 25/21
nodding [1] 32/11
non [2] 22/4 22/5
non-priority [2] 22/4 22/5
nonrenew [2] 43/16 46/4
nonrenewal [8] 46/13 46/15 46/16 46/19 46/25 47/5 47/6 47/14
nonrenewals [1] 47/4
nonrenewed [2] 37/8 47/11 48/6
North [1] 2/9
not [53]
Nothing [1] 49/2 49/3
notice [2] 3/1 3/3
now [30] 5/18 7/1 7/11 7/19 8/2 8/10 10/8 11/4 11/18 12/13 15/15 17/20 18/19 19/14 19/25 20/12 20/24 22/19 26/10 28/6 29/5 29/24 31/9 32/18 34/6 38/2 40/24 41/13 42/5 47/17
number [14] 17/6 17/11 19/9 19/11 19/12 27/13 27/16 27/20 28/3 30/25 31/1 32/23 39/9 50/20
numbered [2] 32/19 39/5
Numbers [1] 31/6

**O**

oath [1] 29/20
objection [9] 17/14 24/18 24/25 25/4 31/3 32/20 39/10 45/12 47/1
objections [1] 3/4
observation [1] 4/10
observed [1] 45/19

## O

off [7] 5/14 7/22 13/19 13/21 21/5 39/24 47/19
office [1] 12/5
Oh [1] 29/1
okay [39] 6/14 7/6 7/7 7/19 7/23 8/1 8/8 8/9 9/5 9/22 11/4 12/7 12/25 14/5 14/10 14/12 16/13 17/4 21/3 22/7 25/6 25/7 27/21 28/10 29/12 30/18 31/2 32/16 36/22 37/21 42/5 43/10 43/19 44/9 45/1 45/17 45/18 47/10 49/1
Once [1] 8/14
one [14] 17/20 19/11 25/23 26/25 27/3 27/4 29/23 36/5 36/11 37/2 38/5 41/8 44/12 48/21
ones [2] 19/5 19/9
online [2] 14/3 14/4
only [2] 32/9 48/21
opposing [2] 9/14 28/2
option [6] 23/22 24/4 24/5 24/8 25/12 33/9
origin [2] 10/13 10/23
other [7] 13/9 19/13 19/18 28/11 33/23 35/12 47/25
our [2] 6/3 33/25
out [20] 12/23 16/6 17/1 20/2 21/17 23/25 27/24 30/16 34/10 35/1 37/5 37/21 40/17 41/2 41/6 41/11 41/15 41/17 41/20 48/2
outcome [1] 50/16
outside [1] 36/25
override [2] 30/13 30/15
own [1] 6/7

## P

P.O [2] 3/19 3/24
P.Y.E [1] 23/12
Page [8] 4/2 4/5 4/6 4/7 4/8 4/9 4/10 51/7
pages [2] 50/9 51/4
panorama [1] 28/13
par [1] 46/8
parent [1] 35/24
part [1] 6/11
partial [11] 23/11 23/19 23/22 24/2 24/7 24/12 24/14 24/17 25/12 25/16 25/24
parties [1] 50/14
partners [1] 12/4
pass [1] 33/12
past [2] 38/10 38/12
Pearl [13] 10/3 10/4 15/5 15/6 15/9 15/15 15/22 15/25 16/2 16/15 36/21 46/3 46/10
Pembrook [1] 6/10
people [1] 12/1
percent [1] 18/15
performance [18] 25/18 26/5 28/7 28/11 28/12 42/17 43/11 43/20 43/25 44/6 44/10 44/15 44/16 46/4 46/7 46/8 46/11 48/7
Perry [2] 22/24 23/2
person [1] 33/3 33/8 47/10
personal [1] 31/12
personally [2] 36/6 36/8
PhD [1] 13/9
physical [1] 36/1
picked [2] 11/8 11/15
PIPPA [3] 1/16 3/10 7/21
Plaintiff [3] 1/4 1/10 3/15
plaintiffs [5] 1/18 3/1 3/8 7/20 7/25

## P (cont.)

plan [3] 44/10 44/15 46/11
plans [2] 5/24 7/14
PLLC [1] 3/18
plummet [2] 33/11 33/12
portion [2] 25/10 28/9
position [8] 10/4 11/21 11/23 14/15 14/23 15/6 28/21 46/17
Positive [1] 16/5
possible [2] 21/4 41/18
possibly [3] 29/22 29/22 41/4
posts [2] 37/17 37/20
potential [1] 41/12
practical [1] 19/16
present [2] 16/23 42/3
pretty [1] 27/23
previous [3] 21/12 21/13 41/19
previously [5] 17/9 27/15 31/5 32/22 39/7
previously-mentioned [5] 17/9 27/15 31/5 32/22 39/7
principal [19] 10/5 10/6 11/5 11/11 11/13 11/16 11/19 15/7 15/8 15/18 15/22 28/7 28/22 42/25 44/24 48/9 48/12 48/15 48/17
principals [7] 25/15 26/5 42/9 42/12 45/9 45/15 48/6
priority [46] 15/16 15/25 16/2 16/6 16/14 16/15 16/16 16/22 17/1 17/21 17/24 18/2 18/8 18/11 18/13 18/17 18/20 18/23 19/3 19/5 19/7 19/15 20/13 20/18 21/5 21/5 21/13 21/14 21/17 21/21 22/1 22/2 22/4 22/5 40/25 41/3 41/6 41/9 41/11 41/14 41/18 41/21 42/10 42/14 47/21 48/23
private [2] 38/4 38/4
probably [2] 7/6 33/22
problem [1] 44/19
Procedure [1] 3/3
process [2] 11/10 11/14
professional [3] 43/2 43/4 43/5
properly [1] 8/6
protected [1] 10/22
provide [3] 27/11 27/18 31/1
provisions [1] 3/2
public [1] 12/20
pull [1] 37/5
pulled [1] 33/1
purposes [1] 17/7
pursuant [1] 3/2
put [2] 32/2 46/10
putting [1] 44/15

## Q

question [9] 8/4 8/4 8/8 8/16 10/24 17/20 21/19 25/9 43/23
questions [4] 3/5 8/3 8/24 8/25
quick [2] 23/7 23/10
quote [3] 14/7 16/7 19/12
quoted [1] 29/10

## R

race [2] 10/12 10/22
range [1] 26/21
rank [1] 27/7
read [3] 25/8 25/10 51/4
reading [1] 3/4
ready [2] 45/17 45/21
real [1] 23/7
really [1] 23/9
reason [1] 29/19

## R (cont.)

recall [9] 8/23 9/12 9/14 9/22 9/25 21/1 23/4 24/16 35/22
recognize [2] 17/13 17/16
record [9] 5/5 5/14 7/22 13/20 13/21 25/10 32/12 32/16 50/10
referring [1] 30/3
reflect [2] 28/7 28/10
regard [2] 9/9 35/8
rehire [3] 47/5 47/6 47/12
related [2] 10/20 50/13
relative [2] 7/12 11/1
remember [4] 9/15 12/3 24/5 24/6
remote [4] 3/1 33/9 33/19 50/9
remotely [2] 33/6 33/24
removed [2] 35/15 37/14
renewed [1] 47/20
Renita [1] 22/24
repeat [6] 6/8 8/16 10/24 21/19 39/14 43/23
report [2] 22/20 39/18
reported [1] 50/8
reporter [6] 25/8 28/2 32/11 45/13 50/7 50/20
REPORTER'S [1] 49/6
Reporting [1] 50/19
represent [2] 7/20 7/21
represented [1] 9/22
represents [1] 7/24
request [1] 11/22
Requested [1] 25/10
reserved [1] 3/5
resign [1] 29/8
resigned [1] 29/22
response [1] 25/1
responsible [2] 44/15 44/17
results [1] 35/4
retaliation [2] 8/1 10/9
retire [1] 29/8
retired [1] 29/22
right [4] 14/10 18/19 34/5 44/6
road [1] 6/7 6/9
Robert [1] 42/5
Rochelle [1] 6/17
Rules [1] 3/2
Rutherford [2] 6/6 6/11

## S

said [9] 24/24 24/25 29/24 30/10 30/11 32/10 47/17 47/18 51/5
SAITH [1] 49/5
same [1] 47/14
saw [1] 38/6
say [13] 8/7 11/13 24/21 25/23 27/17 29/2 31/16 32/15 35/6 36/8 36/11 41/16 43/3
saying [1] 24/20 41/19
says [2] 16/15 16/22
school [68]
schools [31] 8/1 9/8 10/8 10/11 11/2 12/8 14/13 16/10 16/13 16/14 17/23 18/17 18/22 18/23 18/25 19/3 19/15 19/18 20/10 29/9 29/14 29/21 33/23 35/18 36/9 37/25 41/9 41/22 41/25 43/15 46/20
science [1] 13/2
score [39] 23/4 23/25 26/13 26/15 26/16 26/21 27/1 27/2 27/4 28/11 28/14 28/17 30/1 30/2 30/3 30/5 30/7 30/15 30/16 30/20 30/21 31/9 31/12 31/17 31/17 31/20 31/21 31/23 31/25

**S**

score... [10] 32/1 32/3 34/9 34/12 38/17 38/21 38/24 40/2 40/9 40/11
scored [8] 12/11 25/17 25/22 26/19 39/13 39/15 39/17 39/18
scores [16] 23/16 30/13 30/14 32/3 32/25 33/5 33/11 33/12 33/25 34/22 34/25 35/1 35/8 39/20 40/7 40/18
screen [1] 37/4
second [3] 2/9 37/3 47/17
seconds [1] 13/19
see [7] 16/11 16/16 23/10 32/11 37/3 37/12 40/12
seen [1] 17/18
selected [2] 11/20 40/12
selection [2] 11/10 11/14
semester [2] 38/19 38/22
sex [2] 10/13 10/23
share [1] 16/11
sharing [1] 37/4
she [9] 6/18 7/14 7/24 29/13 29/15 32/12 48/1 48/11 48/14
should [5] 37/13 43/25 44/2 44/6 51/7
show [2] 16/9 16/21
shows [1] 16/22
signing [1] 3/4
Six [1] 14/22
skills [1] 50/11
Smyrna [2] 5/11 5/19
Snorten [4] 31/15 39/3 48/3 48/3
so [35] 7/7 9/8 12/25 15/1 15/4 19/7 19/12 19/21 21/3 21/10 21/13 21/16 22/1 22/7 23/17 25/14 26/4 26/18 29/19 32/14 33/5 33/9 33/11 33/16 34/3 34/4 34/14 34/25 35/11 38/13 40/21 42/2 45/6 45/11 48/1
some [12] 10/22 12/2 12/4 18/25 19/25 33/10 33/16 33/17 35/11 40/9 45/9 47/21
something [7] 24/22 27/22 34/16 34/22 35/7 37/6 44/9
sometimes [1] 18/16
somewhere [1] 35/1
Sonia [3] 10/7 15/19 15/20
sorry [1] 48/13
sort [3] 10/20 10/22 11/2
sounds [1] 14/10
speaking [1] 26/24
spell [3] 5/12 5/20 6/22
spoken [1] 7/22
spreadsheet [6] 4/5 16/9 17/5 17/13 17/16 17/18
Spregan [2] 5/11 5/19
spring [4] 21/1 21/6 26/6 26/8
staff [2] 8/20 12/5
start [2] 14/12 20/7
starting [1] 7/5
state [11] 5/5 18/15 20/23 20/24 21/9 23/14 23/21 40/19 41/9 50/3 50/7
STATES [1] 1/1
status [14] 16/6 17/2 20/18 21/5 21/5 21/17 41/3 41/7 41/11 41/14 41/18 42/10 42/14 47/21
stay [3] 14/21 15/8 40/24
stayed [3] 21/22 22/2 22/5
Steiner [8] 3/11 3/12 3/12 4/2 5/4 5/13 7/19 25/1
steinerandsteiner.com [1] 3/14
Stephen [1] 9/20
Stewart [3] 10/7 15/19 15/20

still [9] 15/2 15/25 20/15 21/9 21/10 25/4 37/3 45/1 45/6
stop [2] 32/9 32/14
Street [1] 3/13
student [12] 8/25 9/1 9/2 9/6 9/9 28/12 30/4 30/12 30/21 31/18 32/3 32/25
students [13] 19/10 19/14 19/18 19/23 32/2 33/3 33/4 33/7 33/10 33/10 38/25 39/12 39/15
subpoenas [1] 7/7
such [1] 20/6
sued [1] 7/25
Suite [2] 2/9 3/23
summer [1] 7/3
supervisor [6] 43/21 43/25 44/7 44/14 44/17 48/1
support [1] 47/22
supposed [1] 43/21
sure [6] 8/5 16/4 24/14 25/11 27/25 28/3
sworn [1] 12/20 20/3
system [2] 12/20 20/3

**T**

take [6] 24/9 24/10 24/12 29/1 34/11 45/16
taken [1] 3/1
taking [3] 33/3 33/6 33/7
talked [1] 47/24
talking [1] 30/14
teach [2] 45/2 22/13
teacher [4] 11/5 14/16 14/24 28/12
teachers [1] 12/2
teaching [2] 45/1 45/10
tell [8] 11/15 19/12 20/22 21/4 32/25 46/3 46/7 48/1
telling [4] 16/18 16/24 40/10 41/10
ten [1] 13/19
tend [1] 18/23
TENNESSEE [15] 1/1 1/7 1/13 1/20 2/9 3/2 5/11 5/19 12/15 12/19 13/25 23/22 50/3 50/7 50/19
tenured [4] 43/11 43/13 43/17
terms [1] 19/17
test [4] 33/3 33/11 33/12 33/25
tested [3] 34/2 34/3 38/25
testified [2] 9/10 9/12
testify [1] 9/5
testimony [1] 9/25 21/21 51/5
testing [9] 20/25 21/2 21/3 21/18 21/24 26/17 33/6 33/21 33/24
tests [1] 33/7
than [5] 20/9 28/11 33/12 35/8 47/25
Thank [1] 49/3
that [168]
that's [11] 16/3 25/3 25/5 28/3 30/21 32/1 32/9 33/14 35/4 36/17 44/18
their [8] 10/22 12/3 25/17 39/19 42/9 42/13 45/10 45/15
them [2] 12/4 22/15
then [15] 5/22 7/7 13/3 15/11 19/21 22/13 33/9 33/14 35/3 36/7 44/13 26/15 33/5 34/14 34/25
there [31] 9/5 9/6 9/7 9/8 12/1 12/2 12/4 12/4 12/21 13/7 14/2 18/3 20/1 20/25 20/25 21/2 21/17 21/23 26/4 26/16 26/17 32/2 34/15 36/1 36/5 43/10 43/19 43/24 44/5 44/16 47/5
there's [2] 40/9 46/16
these [3] 19/14 30/13 39/12

they [25] 19/16 19/17 19/21 21/22 21/23 25/17 28/3 33/9 33/11 33/12 33/18 33/19 33/24 34/1 34/3 39/18 40/1 44/2 44/2 45/11 46/4 47/10 47/11 48/19 48/19
thing [1] 32/9
think [11] 23/21 38/13 40/24 41/2 42/24 42/24 43/2 43/4 43/5 43/8 48/20
this [19] 7/5 7/20 16/11 16/11 16/13 16/21 16/22 17/13 17/16 17/18 33/2 37/3 37/5 38/18 39/1 39/18 40/14 49/5 50/16
those [6] 18/23 19/3 19/17 19/22 31/1 47/7
though [2] 25/20 34/23
through [7] 14/25 16/23 27/4 32/18 42/3 46/11 51/4
throughout [1] 25/16
time [8] 25/23 32/14 34/1 34/3 36/11 36/18 38/6 41/24
times [1] 8/13
TN [3] 3/13 3/19 3/24
today [7] 8/3 8/8 20/15 27/13 27/20 40/21 47/25
told [6] 19/25 29/15 41/5 41/5 42/16 47/10
too [2] 7/24 20/13
took [1] 24/17
top [1] 39/25
tornadoes [1] 26/2
toss [1] 30/16
track [1] 12/8
Tracy [1] 29/7
transcript [2] 50/10 51/5
transfer [1] 47/14
transferred [1] 44/23
Trauger [1] 1/6
Trevecca [2] 13/6 13/15
trial [1] 8/7
true [5] 40/17 50/10 51/5
try [2] 7/5 20/6
trying [2] 32/12 37/24
two [15] 12/5 14/5 19/12 19/13 28/19 28/23 30/10 30/11 31/11 31/16 31/17 32/4 33/1 47/7 48/16
two degrees [1] 14/5
type [7] 8/15 8/17 8/18 22/13 32/12 35/25 39/19
types [1] 47/3
typically [1] 26/22

**U**

Uh [1] 32/6
Uh-huh [1] 32/6
under [1] 29/20
understand [4] 8/3 8/6 32/13 32/13
understanding [3] 11/4 21/20 35/14
understood [1] 32/10
UNITED [1] 1/1
University [2] 12/15 13/24
until [1] 40/18
up [8] 19/22 23/7 23/9 32/12 33/25 35/12 45/11 46/8
upcoming [1] 46/18
used [1] 28/10
UT [1] 13/1

**V**

varies [1] 26/23
very [1] 20/5

**V**

via [2]  3/1 50/9
virtual [1]  33/2
virtually [1]  33/3

**W**

waived [1]  3/4
want [10]  8/6 12/13 13/17 14/7 16/9
19/11 24/9 24/10 29/10 37/6
was [118]
wasn't [1]  36/5
way [3]  5/11 5/19 50/15
we [17]  7/6 7/7 7/11 13/19 24/4 25/12
26/3 27/11 30/23 32/13 33/2 33/16
36/24 37/4 38/20 41/12 42/23
we'll [1]  8/5
we're [5]  7/5 7/22 8/2 27/12 27/19
we've [2]  7/25 30/24
well [7]  5/8 8/7 27/4 33/13 36/22 38/19
40/9
went [3]  13/6 15/13 33/25
were [46]  8/23 11/5 11/15 12/2 12/4
12/5 12/10 15/15 16/14 18/1 18/2 18/5
20/2 20/12 21/13 21/14 22/1 22/20
24/4 25/16 25/17 29/24 31/6 33/6
33/14 33/16 33/18 33/19 34/1 34/3
35/18 35/19 36/19 37/7 39/8 42/16
42/23 44/22 44/24 45/9 45/23 45/24
46/2 46/4 48/19 48/19
what [92]
what's [5]  22/9 27/2 30/13 32/3 34/19
whatever [2]  21/22 44/19
whatsoever [1]  29/19
when [30]  7/1 12/16 13/15 14/5 14/12
15/15 16/6 18/2 19/14 19/21 20/1
20/12 21/1 22/20 29/24 31/16 32/2
32/2 32/11 33/18 33/19 35/19 36/21
36/25 37/4 41/16 45/23 46/2 47/17
47/17
When's [1]  38/6
Whenever [1]  36/16
where [15]  5/18 6/2 6/5 6/18 6/20 6/24
12/14 12/18 13/3 13/23 15/4 15/11
18/1 27/1 38/2
WHEREUPON [5]  17/8 27/14 31/4
32/21 39/6
whether [16]  10/12 11/12 12/7 12/10
20/17 21/4 24/9 24/16 26/5 29/13
37/13 43/15 43/20 44/14 44/22 47/11
which [5]  19/5 19/9 22/22 29/23 38/5
White's [24]  11/19 17/25 18/19 18/22
19/1 19/10 20/1 33/22 33/25 35/15
36/16 37/1 37/8 37/14 40/24 41/10
41/13 42/20 45/24 46/2 46/11 47/18
47/20 48/15
who [33]  7/11 7/22 9/14 9/22 10/6
10/21 11/1 11/8 11/13 11/25 12/1 12/8
15/18 15/22 19/12 19/18 20/1 20/6
20/9 22/19 22/20 22/25 28/25 29/5
31/14 33/8 39/1 41/5 42/9 42/13 48/6
48/9 48/17
Who's [1]  41/5
whole [3]  8/2 26/18 41/24
why [7]  8/19 11/15 29/13 29/20 32/25
35/14 42/19
wife [1]  7/13
wife's [1]  6/16
will [4]  7/6 40/24 44/19 46/17
within [1]  38/10
witness [1]  5/2

won't [1]  32/13
Woodland [1]  3/13
words [1]  47/19
work [3]  6/18 36/25 42/22
working [1]  14/12
would [21]  7/12 20/5 20/8 22/25 23/24
28/10 29/4 33/2 34/20 34/25 35/1 35/7
36/25 39/23 39/23 40/22 42/2 47/20
48/1 48/2 48/3
wouldn't [2]  21/18 36/8
wrong [2]  9/9 13/17

**Y**

yeah [4]  12/6 19/24 34/7 36/24
year [61]
years [5]  14/22 15/1 15/10 41/19 48/16
years' [1]  21/12
yes [49]  5/23 6/1 6/15 7/10 8/12 8/22
12/22 13/5 13/11 14/1 15/14 15/17
15/21 16/12 16/17 17/22 18/9 18/12
18/24 20/4 20/19 21/7 26/12 27/6 28/4
29/3 32/7 32/8 32/15 32/17 33/23
34/13 35/21 36/13 39/21 42/1 43/6
43/7 43/12 44/8 44/11 45/3 45/5 45/8
45/22 46/14 47/13 48/4 48/24
yesterday [1]  11/5
yet [1]  38/20
you [270]
you're [15]  7/1 16/18 18/19 19/14 24/9
26/23 30/3 34/15 41/2 41/6 41/10
41/19 43/17 44/6 47/7
you've [7]  19/22 20/24 35/11 40/9
41/24 46/19 46/23
your [83]