# DOE

## vs.

# THE METRO GOVERNMENT OF NASHVILLE, et al.

## CHRIS HENSON

## February 28, 2022



**Jenny Checuga, RPR, LCR**

Chattanooga (423)266-2332    Jackson (731)425-1222
Knoxville (865)329-9919    Nashville (615)595-0073    Memphis (901)522-4477
www.elitereportingservices.com

**Page 1 (left top)**

```
1    IN UNITED STATES DISTRICT COURT FOR TENNESSEE
            FOR THE MIDDLE DISTRICT
2              NASHVILLE DIVISION
     _____
3    JANE DOE,
4         Plaintiff,
     vs.                        Case No.
5                               3:20-cv-10023
     THE METROPOLITAN          JURY DEMAND (6)
6    GOVERNMENT OF NASHVILLE   Judge Trauger
     AND DAVIDSON COUNTY,      Magistrate Judge
7    TENNESSEE and DR.         Holmes
     ADRIENNE BATTLE.          Lead Case
8
          Defendants.
9    _____
10   DR. LILY MORENO LEFFLER,
11        Plaintiff,
     vs.
12
     THE METROPOLITAN
13   GOVERNMENT OF NASHVILLE
     AND DAVIDSON COUNTY,
14   TENNESSEE and DR.
     ADRIENNE BATTLE.
15
          Defendants.
16   _____
17   DR. JAMES BAILEY,
     DR. PIPPA MERIWETHER,
18   and DR. DAMON CATHEY,
19        Plaintiffs,
     vs.
20
     THE METROPOLITAN
21   GOVERNMENT OF NASHVILLE
     AND DAVIDSON COUNTY,
22   TENNESSEE and DR.
     ADRIENNE BATTLE.
23
          Defendants.
24   _____
25       Elite-Brentwood Reporting Services
            www.elitereportingservices.com
```

**Page 2 (left bottom)**

```
1
2
3
4
5    _____
6
7
8         Video Deposition of:
9         CHRIS HENSON
10        Taken on behalf of Plaintiffs
          February 28, 2022
11
          Commencing at 9:09 a.m. CST
12
13
     _____
14
15
16
17
18
19
20
21
     _____
22
23        Elite-Brentwood Reporting Services
          Www.elitereportingservices.com
          Jenny Checuga, LCR, RPR
24        Post Office Box 292382
          Nashville, Tennessee 37229
25        (615)595-0073
```

**Page 3 (right top)**

```
1         A P P E A R A N C E S
2
3
     For the Plaintiffs, Bailey, Leffler,
4    Meriwether and Jane Doe:
5        MS. ANN B. STEINER
         Attorney at Law
6        Steiner & Steiner
         613 Woodland Street
7        Nashville, TN  37206
         (615)244-5063
8        asteiner@steinerandsteiner.com
9
10
     For the Plaintiff, Cathey:
11
         MS. JESSE FORD HARBISON
12       Attorney at Law
         JESSIE HARBISON LAW, PLLC
13       P.O. Box 68251
         Nashville, TN  37206
14       (615)415-3285
         jesse@jesseharbisonlaw.com
15
16
17   For the Defendants:
18       MR. J. BROOKS FOX
         Attorney at Law
19       Department of Law
         Metropolitan Courthouse, Suite 108
20       P.O. Box 196300
         Nashville, TN  37219
21       (615)862-6050
         brooks.fox@nashville.gov
22
23
24   Also Present:
25       MR. JAMES LEJEUNE, Videographer
```

**Page 4 (right bottom)**

```
1              I N D E X
                                        Page
2    Examination
     By Ms. Steiner                        8
3
     Examination
4    By Ms. Harbison                     185
5    Further Examination
     By Ms. Steiner                      223
6
7
8
9            E X H I B I T S
10                                      Page
11   Exhibit No. 1                        71
         Focused Investments
12       FY2021-2022 Budget
         Presentation
13       Plaintiff 000063
14   Exhibit No. 2                        75
         2/11/20 E-mail from
15       Chris Henson
         Funding our Future
16       FY2020-2021 Budget
         Presentation
17       SchoolsEmails 0025587
18   Exhibit No. 3                        84
         FY2018-2019 Operating Budget
19
     Exhibit No. 4                        85
20       FY2020-2021 Operating Budget
         MG 000654
21
     Exhibit No. 5                        85
22       FY2020-2021 Operating Budget
         Final June 30, 2020
23       Mg 000694
24   Exhibit No. 6                        91
         1/15/16 Non-Renewal Letter
25       McGruder 000064
```

|  |  | Page |
| --- | --- | --- |
| Exhibit No. 7, for identification | Excel Vacancies Sheet | 116 |
| Exhibit No. 8 | 5/26/2020 Board Meeting Agenda MG 000167 | 141 |
| Exhibit No. 9 | 8/11/20 Board Meeting Agenda Plaintiff 000001 | 141 |
| Exhibit No. 10 | Pages from FY 2022 Operating Budget Book | 193 |
| Exhibit No. 11 | 4/2/20 E-mail from Chris Henson to Dr. Battle | 198 |
| Exhibit No. 12 | 4/22/20 Letter From Chris Henson with Native Attachment SchoolsEmails 0025346 | 204 |
| Exhibit No. 13 | 5/4/20 Bailey Termination Letter | 226 |
| Exhibit No. 14 | 5/4/20 Leffler Termination Letter | 231 |

---

1  S T I P U L A T I O N S

4    The video deposition of CHRISTOPHER
5  HENSON was taken by counsel for the Plaintiffs,
6  at the offices of Metro Legal Department, 222
7  Second Avenue N., Suite 600, Tennessee, on
8  February 28, 2022, by Notice for all purposes
9  under the Federal Rules of Civil Procedure.
10    All formalities as to caption, notice,
11  statement of appearance, et cetera, are waived.
12  All objections, except as to the form of the
13  questions, are reserved to the hearing, and
14  that said deposition may be read and used in
15  evidence in said cause of action in any trial
16  thereon or any proceeding herein.
17    It is agreed that JENNIFER CHECUGA, LCR,
18  RPR, and Court Reporter for the State of
19  Tennessee, may swear the witness, and that the
20  reading and signing of the completed deposition
21  by the witness were not discussed.

---

1    * * *
2    THE VIDEOGRAPHER:  We are now on the
3  record.  Today is Monday, the 28th of February,
4  2022, and the time indicated on the video
5  screen is 9:09 a.m.  This is the video
6  deposition of Chris Henson in the matter of
7  Jane Doe, et al. versus the Metropolitan
8  Government of Nashville, et al., Case Number
9  3:20-CV-01023, filed in the United States
10  District Court for Tennessee for the Middle
11  District, Nashville division.
12    The deposition is being held today at
13  Metro Legal Washington Square building located
14  at 222 Second Avenue North in Nashville,
15  Tennessee.  My name is James LeJeune, the
16  videographer.  The court reporter is Jenny
17  Checuga.  Both in association with
18  Elite-Brentwood Reporting Services.
19    Will the counsel please introduce
20  yourselves and state whom you represent.
21    MS. STEINER:  My name is Ann Steiner,
22  and I represent James Bailey, Pippa
23  Meriweather, Jane Doe and Lilly Lefler.
24    MS. HARBISON:  My name is Jesse
25  Harbison, and I represent Dr. Damon Cathey.

---

1    MR. FOX:  My name is Brook Fox, and I
2  represent the Defendants.
3    THE VIDEOGRAPHER:  Will Ms. Checuga
4  please swear in the witness.
5
6    * * *
7    CHRISTOPHER HENSON,
8  was called as a witness, and having first been
9  duly sworn, testified as follows:
10
11    EXAMINATION
12  QUESTIONS BY MS. STEINER:
13  Q.  Could you state your full name for the
14  record?
15  A.  Christopher Mason Henson.
16  Q.  And, Mr. Henson, I believe that -- how
17  many times have you had your deposition taken
18  in a matter related to Metro Schools?
19  A.  I'm not sure of the exact number, six or
20  seven.
21  Q.  Okay.  Now, I know one of those would
22  have been the Crawford case, correct?
23  A.  Correct.
24  Q.  Okay.  One would have been Dr. Garcia's
25  case, correct?

Case 3:20-cv-01023  Document 149-10  Filed 07/27/22  Page 6 of 81 PageID #: 2922
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
5..8

1  A.  Correct.
2  Q.  And one would have been this case?
3  A.  Correct.
4  Q.  Did you testify in Lily Leffler?
5  A.  Yes.
6  Q.  In a deposition?
7  A.  No.
8  Q.  Okay.  What were the other three cases or
9  four cases?
10  A.  I can't remember.
11  Q.  Did you testify in Lily Leffler?
12  A.  Yes.
13  Q.  Did any of the other depositions deal
14  with cases where there was a claim of
15  discrimination or retaliation?
16  A.  I don't think so, but I can't remember
17  what they were.
18  Q.  Okay.  Now, Lily Leffler, that was the
19  most recent testimony, correct?
20  A.  Correct.
21  Q.  And you testified in that just a couple
22  months ago?
23  A.  Correct.
24  Q.  Okay, and that was a
25  discrimination/retaliation case?

1  A.  Yes.
2  Q.  And the jury found that Metro had
3  discriminated and retaliated against Dr. Lily
4  Leffler?
5       MR. FOX:  Objection.
6  BY MS. STEINER:
7  Q.  Or was it retaliated; do you know?
8       MR. FOX:  Objection to form.
9       THE WITNESS: I don't.  I don't know
10  what the exact ruling was.
11  BY MS. STEINER:
12  Q.  Did you know that the ruling went against
13  Metro Schools?
14  A.  Yes.
15  Q.  Okay.  And I want to ask you about the
16  Plaintiffs here today.
17       Do you know Dr. Pippa Meriweather?
18  A.  Yes.
19  Q.  And how many years did you deal with her?
20  A.  Did I deal with her?
21  Q.  Did you work with her.
22  A.  Probably over 15 years.
23  Q.  Okay.  And did you form an opinion about
24  what type of an employee she was?
25  A.  Not necessarily.  She didn't report to me

1  or anything like that.
2  Q.  Okay.  Had you ever heard anything
3  negative about her job performance from anyone?
4  A.  No.
5  Q.  Okay.  And did you think that the job
6  that you saw her doing, that she did it
7  competently?
8  A.  Well, she didn't report to me, but I -- I
9  didn't see anything that would suggest
10  otherwise.
11  Q.  Did you think she was honest?
12  A.  As far as I knew, yes.
13  Q.  Did you know James Bailey?  And you may
14  not have, but he was the principal at Whites
15  Creek High School.
16  A.  I did.
17  Q.  Okay.  And did you form an opinion about
18  the way he was able to do his job as principal
19  of Whites Creek?
20  A.  No.
21  Q.  Okay.  Did you know he was voted
22  Principal of the Year in 2019/2020?
23  A.  I don't know if I knew that or not.
24  Q.  Okay.  Did you -- did you know that
25  there's an agency that would go in and look at

1  the principals and say, this one's principal of
2  the year?  Did you know that, an outside
3  agency?
4  A.  I didn't -- wasn't aware of an outside
5  agency.
6  Q.  Okay.  Did you hear anything bad about
7  Dr. Bailey's job performance in the year --
8  well, at all the whole time he was there?
9  A.  Not that I can remember.
10  Q.  Okay.  And did you know Lily Leffler?
11  A.  I did, yes.
12  Q.  Okay.  And how well did you know
13  Ms. Leffler?
14  A.  Just based on the fact that she was at
15  the district office is how I knew her.
16  Q.  And you're at the district office, too,
17  correct?
18  A.  Correct.
19  Q.  Is that central office?
20  A.  Correct.
21  Q.  Okay.  And did Ms. Leffler, to -- to your
22  knowledge, perform her job duties competently?
23  A.  As far as I knew, yes.
24  Q.  Did she seem to be honest?
25  A.  As -- as far as I knew, yes.

1 Q. And same thing with Dr. Bailey, did he
2 appear to be honest to you?
3 **A. I wouldn't know otherwise, yes.**
4 Q. Okay. Now, Jane Doe is the name that
5 we've used in this case, but that's Jenai
6 Hayes; did you know that?
7 **A. Yes.**
8 Q. Okay. And when -- in the '19 --
9 2019-2020 school year, she was the director of
10 school choice; did you know that?
11 **A. Yes.**
12 Q. Okay. And did you know -- did you have
13 any direct dealings with Ms. Hayes?
14 **A. Not really any direct dealings, no.**
15 Q. Okay. Did you hear any negative comments
16 about her job performance?
17 **A. No.**
18 Q. Okay. Did you believe Ms. Leffler was --
19 was honest?
20 **A. As far as I knew, yes.**
21 Q. Did you know -- for these four Plaintiffs
22 that I represent, did you know, in the years
23 leading into and also in 2019-2020, that they
24 had engaged in various protected activities?
25 **A. Various protected activities?**

1 Q. Uh-huh.
2 **A. I don't know --**
3 MR. FOX: Objection to form.
4 **THE WITNESS: -- what that means.**
5 BY MS. STEINER:
6 Q. Okay. Did you know that if someone makes
7 a complaint of discrimination, that they cannot
8 be retaliated against?
9 **A. Yes.**
10 MR. FOX: Objection to form.
11 BY MS. STEINER:
12 Q. Did you know that if someone exercises
13 their First Amendment rights to testify in
14 court or in an administrative hearing that
15 something occurred, that they cannot be
16 retaliated against for that testimony?
17 **A. Yes.**
18 Q. Did you know that if someone is
19 associated, and it's called associational
20 retaliation, to someone who has filed a charge
21 of discrimination or sued for discrimination,
22 that they cannot be retaliated against?
23 **A. Yes.**
24 Q. Okay. Did you know that if someone
25 exercises their rights under Title VI to

1 complain of a violation of Title VI, what they
2 believe's a violation of Title VI in the school
3 systems, that they cannot be retaliated
4 against?
5 **A. Yes.**
6 Q. Okay. Did you know that in -- did you
7 know in the spring of 2020, that -- I'm going
8 to call her Jane Doe, but I mean Jenai Hayes.
9 And if at any point you're not sure who I'm
10 talking about, just say, who's Jane Doe, and
11 I'll say Jenai Hayes.
12 Did you know that in the year 2020, that
13 Jenai Hayes was the person who complained, the
14 teacher who complained of the lesson that was
15 taught at Waverly Belmont called Let's Make a
16 Slave?
17 **A. I became aware of that, yes.**
18 Q. Okay. And did you know of that before
19 her position was eliminated?
20 **A. I don't remember the timing of when I**
21 **found out and when her position was eliminated.**
22 Q. Was it in the spring of 2020?
23 **A. I don't know.**
24 Q. Did you -- when -- when -- does -- does
25 Metro Schools keep track of the times that

1 something that's affecting Metro Schools makes
2 the press or the news?
3 **A. If so, our -- it would be our**
4 **communications department, but I don't know**
5 **what all they do.**
6 Q. And who runs the communication
7 department?
8 **A. Currently, Sean Braisted.**
9 Q. Okay. And do you recall in the -- I
10 believe it was January of 2020, when Metro
11 Schools made both local news and I believe
12 national news, too, based on this Let's Make a
13 Slave lesson that was taught at Waverly
14 Belmont? Did you know that?
15 **A. I didn't know those dates. I didn't know**
16 **the time period.**
17 Q. Did you hear about that? Did you turn on
18 the news? Did you hear it on the news? Did
19 you read about it in the papers?
20 **A. Probably both, probably on the news and**
21 **in the -- the media.**
22 Q. Okay. Did you think that it reflected
23 poorly on Metro Schools?
24 **A. It was not a positive story, yes.**
25 Q. Okay. Did you have discussions with

Case 3:20-cv-01023 Document 149-10 Filed 07/27/22 Page 5 of 81 PageID #: 2924
Elite-Brentwood Reporting Services (615)595-0073
www.EliteReportingServices.com
13..16

1  anyone at Metro Schools in the central office,
2  such as Dr. Battle or anyone else, about the
3  effect that story had on the perception of
4  Metro Schools?
5  **A.  No.**
6  Q.  Did you have any discussions with anyone
7  about any of those stories?
8  **A.  No.**
9  Q.  Okay.  But you did find out sometime that
10  that was Jenai Hayes who had complained?
11  **A.  Yes.**
12  Q.  Did you know her son was in that class?
13  **A.  I found out that he was, yes.**
14  Q.  And who told you?
15  **A.  I think it was in the media.**
16  Q.  That -- the name of her son?
17  **A.  Not the name of her son, but that it was**
18  **-- or her son was in that class.**
19  Q.  Did -- do you know how you found out that
20  Jenai Hayes or Jane Doe was the one who
21  complained?
22  **A.  I believe it was just in the -- either**
23  **the news media or print media.**
24  Q.  Okay.  So then, if the print media was in
25  January of 2020, you would have found out

1  sometime in January of 2020?
2        MR. FOX:  Objection to form.
3        **THE WITNESS:  I assume so.  I**
4  **don't -- I don't remember exactly when I found**
5  **out.**
6  BY MS. STEINER:
7  Q.  Okay.  Now, for Lily Leffler, did you
8  know that she was kin to Dr. Garcia?
9  **A.  I found out that she was, yes.**
10  Q.  Okay.  And you probably knew about that
11  back in 2018, 2017, when the Garcia case was
12  pending, correct?
13  **A.  Not sure if I found out in relation to**
14  **that case or another time.**
15  Q.  But is it true that you knew about that
16  relationship for years?
17  **A.  For years?**
18  Q.  Yes.
19  **A.  I would assume so, yes.**
20  Q.  Okay.  And it was common knowledge at
21  Metro Schools that Dr. Leffler was kin to Jenai
22  Hayes -- to Vanessa Garcia, correct?
23  **A.  I don't know about common knowledge, but**
24  **I assume others knew if I knew.**
25  Q.  Okay.  Now, for -- do you recall back --

1  do you recall a fight that took place at Whites
2  Creek High School where Dr. Battle's brother,
3  who was the coach, beat up a parent?
4  **A.  Didn't remember the coach beating up a**
5  **parent, but I knew that there was some kind of**
6  **altercation after -- I think maybe after a game**
7  **was over.**
8  Q.  And did you know that Coach Battle's
9  brother was involved with it?
10  **A.  Coach Battle?**
11        MR. FOX:  Objection -- objection to
12  form.
13  BY MS. STEINER:
14  Q.  Coach -- did you know that Adrienne
15  Battle's brother was the coach who was involved
16  with the fight?
17  **A.  I found out, yes, that he was her**
18  **brother.**
19  Q.  And how did you find that out?
20  **A.  I think, again, it was in the media.**
21  Q.  Okay.  And so then, during the time
22  period that the fight broke out and was
23  reported in the media, you knew that it
24  concerned Adrienne Battle's brother, correct?
25  **A.  I don't know if I knew it at that point**

1  in time, but I -- I did find out that, yes,
2  they were brother and sister.
3  Q.  Did you know that James Bailey was the
4  principal of Whites Creek High School?
5  **A.  Yes.**
6  Q.  Did you know that there was also an issue
7  that arose several months after the fight with
8  regard to the misuse or mishandling of funds by
9  Coach Bailey -- no, by Coach Battle?
10  **A.  I don't know that I was -- I don't know**
11  **that I was aware of that.**
12  Q.  Have you ever been made aware of the
13  misuse of funds allegation against Coach
14  Battle?
15  **A.  Not that I remember, but it could have**
16  **happened, I just don't remember.**
17  Q.  As you sit here today, is -- are my
18  questions about the mishandling of the
19  funds by Coach Battle the first time that
20  you've been made aware of that?
21  **A.  No, it seems like there was something**
22  **that -- that happened, I just don't remember**
23  **when or what happened.**
24  Q.  Okay.  Did you have any discussions with
25  Adrienne Battle about her brother and either

Case 3:20-cv-01023  Document 140-10  Filed 03/27/22  Page 6 of 81 PageID #: 2925
**Elite Brentwood Reporting Services**
**www.EliteReportingServices.com**
17..20

1 the fight, the allegation of the
2 misuse/mishandling of funds, or the
3 disciplinary action taken against him?
4 **A. No.**
5 Q. Okay. Did you know that Coach Battle's
6 contract was non-renewed, I believe at the end
7 of the year?
8 **A. I knew that he no longer was coach at**
9 **Whites Creek. I didn't know what had taken**
10 **place.**
11 Q. If you non-renew a contract, is it
12 possible to note on there that the person is
13 not eligible for rehire?
14 **A. I'm aware that sometimes that is the**
15 **practice of human resources, yes.**
16 Q. Okay. And sometimes someone can be
17 non-renewed and that's not put on there,
18 correct?
19 **A. As far as I know, yes.**
20 Q. Okay. Did you know that Coach Battle was
21 evidently put on his that he was not eligible
22 for rehire?
23 **A. I was not aware, no.**
24 Q. Okay. Did you know that a School Board
25 member contacted Chris Barnes to discuss with

1 him after Coach -- after James Bailey had lost
2 his job as principal, did you know that Chris
3 Barnes was contacted by a board member to see
4 whether or not they could remove the "not
5 eligible for rehire" for Coach Battle?
6 **A. No.**
7 Q. If you have a charter school, are the
8 charter schools, the hiring decisions there
9 made separate from Metro Schools or are they
10 connected?
11 **A. They're made separate.**
12 Q. Okay. And who makes those decisions for
13 the charter schools?
14 **A. As far as I know, it would be the -- the**
15 **leader of the school.**
16 Q. And does it have to be approved by Metro
17 Schools?
18 **A. No.**
19 Q. Is there a connection between the Metro
20 Charter Schools and the Metro Schools, central
21 office?
22 **A. Connection, what kind of --**
23 Q. Meaning do you use, like, the same HR,
24 the same services?
25 **A. Some charter schools do utilize some of**

1 **our human resources functions, employee**
2 **benefits, et cetera, but others do not. It's**
3 **up to the charter school whether or not they**
4 **want to do that.**
5 Q. Okay. Did you know that Coach Battle has
6 since been rehired by one of the charter
7 schools?
8 **A. No, I was not aware.**
9 Q. Okay. Did you know that James Bailey had
10 testified in an administrative hearing dealing
11 with the termination of Coach Battle?
12 **A. No.**
13 Q. Did you know that that type of an
14 activity's protected?
15 **A. No.**
16 MR. FOX: Objection to form.
17 **THE WITNESS: I was not involved in**
18 **that, so I wouldn't know.**
19 BY MS. STEINER:
20 Q. Did you know that Dr. Battle had stated
21 to some of the officials at Metro Schools that
22 she wasn't going to let anyone punk her
23 brother?
24 **A. No.**
25 Q. Do you know what that means, "punk her

1 brother"?
2 **A. Not necessarily.**
3 Q. What do you believe it means?
4 **A. I guess some kind of negative action**
5 **toward him.**
6 Q. Now, I want to ask you about just being
7 honest.
8 What's your current position?
9 **A. Chief financial officer.**
10 Q. Is it unusual for a board member to
11 contact Metro central office about changing the
12 designation of a non-renewal from "not eligible
13 for rehire" to "eligible for rehire"?
14 MR. FOX: Objection to the form.
15 **THE WITNESS: It -- it should be**
16 **unusual. I don't know that it is, but I would**
17 **say so, yes, but it -- I'm sure -- I'm sure**
18 **something like that has happened before.**
19 BY MS. STEINER:
20 Q. Do you think that's ethical?
21 **A. I wouldn't call -- I wouldn't term it**
22 **ethical. I think it's just not the best way to**
23 **do business.**
24 Q. If you knew that a board member had
25 contacted Chris Barnes about changing the

Case 3:20-cv-01023 Document 149-10 Filed 07/27/22 Page 7 of 81 PageID #: 2926
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                    21..24

1  designation so that Coach Battle could be hired
2  back at Metro Schools, would you have started
3  some sort of investigation to find out why this
4  occurred, what happened with this?
5  **A.   I would not have.**
6  Q.   Would you have reported it to central
7  office or human resources?
8  **A.   Well, I -- I would assume human resources**
9  **would already know if the School Board member**
10 **was contacting human resources.**
11 Q.   Do you think Chris Barnes should have
12 started some sort of an investigation to find
13 out why he was being contacted by a School
14 Board member?
15 **A.   No, I assume Chris Barnes would let**
16 **Dr. Battle know, because Dr. Battle reports to**
17 **the School Board.**
18 Q.   Now, do you not see how Dr. Battle may
19 have an interest in that fight?
20 **A.   I see there's a family connection, yes.**
21 Q.   Do you think Dr. Battle would have to
22 recuse herself from any issues with regard to
23 why Chris Barnes was being contacted by a
24 School Board member?
25     MR. FOX:  Objection, calls for a

1  legal analysis.
2     THE WITNESS:  I would assume Metro
3  **Legal would have been contacted to find out**
4  **what the best course of action would be.**
5  BY MS. STEINER:
6  Q.   And who would have contacted Metro Legal;
7  who would have had that responsibility?
8  **A.   Either Chris Barnes or Dr. Battle.**
9  Q.   Do you know whether or not that occurred?
10 **A.   I don't.**
11 Q.   Okay.  Now, what's your current job
12 title?
13 **A.   Chief financial officer.**
14 Q.   And as chief financial officer, who was
15 responsible for submitting the budgets to the
16 School Board for approval?
17 **A.   Dr. Battle.**
18 Q.   And what is your responsibility with
19 regard to the school budget?
20 **A.   Developing the budget, putting the**
21 **documents together based upon the decisions**
22 **that have been made regarding what's to be**
23 **proposed.**
24 Q.   Okay.  So then, who makes the decision
25 about -- the decisions -- when you say the

1  decisions that have been proposed, does that
2  mean any changes to the budget?
3  **A.   Yes.**
4  Q.   Okay.  And does that include elimination
5  or transfers of the workers?
6  **A.   Yes.  It's relating to positions, is part**
7  **of it.**
8  Q.   And do you have discussions with
9  Dr. Battle about -- who has the discussions,
10 besides -- and correct me if I'm wrong, I think
11 what you're telling me is you will have
12 discussions with Dr. Battle about positions to
13 be eliminated or employees to be transferred
14 with regard to the budget, correct?
15 **A.   Yeah, it would be a group discussion with**
16 **the cabinet, Dr. Battle's cabinet.  And then**
17 **ultimately, she would make the decision, and**
18 **then my team would put the documents together**
19 **based upon those decisions.**
20 Q.   And do you meet with the cabinet?
21 **A.   I'm a part of the cabinet, yes.**
22 Q.   Okay.  Who else is in the cabinet?
23 **A.   It would be all of the chiefs, plus there**
24 **are some other -- other individuals that are**
25 **part of it.**

1  Q.   Who were the chiefs?  In 2020, who were
2  the chiefs?
3  **A.   I was one, am one.  Dr. Barnes would be**
4  **one.  Hank Clay, Chief of Staff.  Michelle**
5  **Springer, Chief of Human Resources.  And I'm**
6  **trying to think at that time who else was**
7  **there.**
8  **I think David Williams, Dr. David**
9  **Williams probably would have been over**
10 **academics at that time on an interim basis.**
11 Q.   And is this the group that met to
12 determine what would be the changes to the
13 budget in 2020?
14 **A.   There were a series of meetings, yes.**
15 Q.   Okay.  Now, I want to ask you about
16 Michelle Springer.  Are you positive she was
17 chief of human resources then or --
18 **A.   She's not chief of human resources.**
19 Q.   Oh.
20 **A.   Chief of student services, I believe.**
21 Q.   And was she -- are you sure she was chief
22 of human services back then?
23 **A.   Now that I'm thinking about it, at the**
24 **timing, spring of 2020, I can't remember.**
25 Q.   Was she an associate superintendent then?

Case 3:20-cv-01023-Document 140-10 Filed 07/27/22 Page 8 of 81 PageID #: 2927
*Elite Brentwood Reporting Services*
www.EliteReportingServices.com
25..28

1  A.   Yes.
2  Q.   Okay.  And then she got promoted to be
3  the chief of -- what is it, services?
4  A.   Student support services, I believe is
5  her title.
6  Q.   Okay.  Is that right?
7  A.   I believe so.
8  Q.   Okay, and that was a promotion to that
9  position?
10 A.   That would have been a promotion, yes.
11 Q.   Okay.  Do you know if it came with an
12 increase in salary?
13 A.   Yes, it would have.
14 Q.   Okay.  And do you know if it was a
15 substantial increase, close to 50,000?
16 A.   Don't know what she was making in her
17 previous position.
18 Q.   Okay.  But that was a promotion in both
19 terms of salary and job duties, correct?
20 A.   Correct.
21 Q.   Okay.  Now, in the meetings that you had,
22 and I'm not going to hold you to this, but how
23 many meetings would you have had in the spring
24 of 2020 that dealt with the budget and what to
25 do?

1  A.   I don't know, because after the tornado
2  and after the pandemic began, we went virtual.
3  And so, I don't -- there were other meetings
4  that -- that were held that weren't necessarily
5  budget meetings where I would find out, this is
6  what we're going to do after the fact.
7       And so, I don't know how many meetings --
8  how many budget meetings we had.  It was just a
9  totally different way of working since we were
10 all remote.
11 Q.   Were the virtual meetings recorded?
12 A.   Not that I know of.
13 Q.   And in these meetings, this is where
14 the -- Dr. Battle and all the chiefs would
15 discuss what to do with regard to the budget,
16 correct?
17 A.   Yes.  They would be meetings regarding
18 what the budget proposal would be.  And things,
19 of course, kept changing with the pandemic,
20 if -- we received some guidance from the
21 mayor's office and Metro finance department
22 regarding budget reductions, and that all
23 started to come into play, as well.
24 Q.   How did you receive the guidance from
25 Metro Government; was it by e-mail; was it

1  by -- did they show up at the meeting?  Or how
2  was that -- how did that happen?
3  A.   No, it -- it was -- I don't remember if
4  it was e-mailed or if it was -- we were doing a
5  lot by telephone, if it was by telephone.  I
6  just don't remember.
7  Q.   And what did the mayor's -- that -- what
8  was the date of the tornado; do you remember?
9       If you don't, I can tell you.  I think it
10 was March 12th, 2020.
11 A.   I think it was actually earlier than
12 that.
13 Q.   Was it?
14 A.   March -- well, I mean -- it was early
15 March.
16 Q.   Okay.
17 A.   Because I know we had the tornado, we
18 were out of school for the tornado.  We came
19 back to school for a short amount of time, and
20 then all schools were shut down.
21 Q.   Okay.  And before the tornado struck,
22 was -- were you proceeding as if the budget
23 discussions would be normal discussions about
24 the budget, as usual?
25 A.   Yes.

1  Q.   Okay.  And so then, any proposed budget
2  that you would have done before early March
3  would have reflected what you wanted,
4  considering it's going to be just a normal
5  year, correct?
6  A.   Yeah, but we would not have had budget
7  documents actually put together at that time.
8  We would have had -- still be having
9  discussions.
10 Q.   Okay.  Let me show you this.
11      Okay.  Mr. Henson, can you see this
12 document that I've pulled up that says Document
13 Number 1, Draft January 27, 2020?
14 A.   Uh-huh.
15 Q.   Summary of changes to fiscal year 2020
16 through 2021, operating budget?
17 A.   Yes.
18 Q.   Okay.  Do you recognize this document?
19 A.   Not necessarily, but I think I know what
20 it is, yes.
21 Q.   Okay.  And is this something that your
22 department regularly would draft in January of
23 a budget -- each January, because the budget's
24 approved once a year, correct?
25 A.   Correct.

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 10 of 81 PageID #: 2928
Elite-Brentwood Reporting Services  (615) 595-0073        29..32
www.EliteReportingServices.com

1 Q. Okay. And does this document show that
2 -- what you're actually looking for with regard
3 to additions, does this show that the prior
4 budget's 922 million?
5 A. Yes.
6 Q. Okay. And does it show that you're
7 requesting about 30,000 to get it up to 951?
8 MR. FOX: Objection to the form.
9 THE WITNESS: This would not be a
10 budget proposal. This early in the process
11 would be where we are looking at what increases
12 are we already aware that we would have to have
13 in increased funding to be able to offer the
14 same level of service in the next year.
15 And so, these are what we typically
16 recall -- typically call our inflationary and
17 other required costs, our -- and we've since
18 started calling it our continuity of operations
19 budget.
20 So the -- this would have been an
21 early attempt to look at what those additional
22 costs would be, but it wouldn't reflect any
23 other changes that early in the process.
24 BY MS. STEINER:
25 Q. Okay. Now, is there any document that

1 you know of that reflects the other changes
2 that you thought were necessary to the budget?
3 A. The final document for sure.
4 Q. Okay. So does the final document have
5 anything in there that's not listed on this
6 document?
7 A. It would, yes. It would have --
8 Q. What --
9 A. -- other changes further down on the
10 page. This says total operating budget for
11 baseline and then proposed changes underneath
12 that that's blank, there would be other
13 changes.
14 Q. Okay. For the required additions, do you
15 know whether or not -- and the employee
16 compensation, do you know whether or not these
17 amounts were the same in the final budget?
18 A. I would have to look at the final budget.
19 These amounts that are in parentheses just
20 show, for instance, what a -- the cost of a
21 step increase would be on the salary schedule,
22 as well as what a 1 percent cost of living
23 adjustment would be for each of the two groups
24 of employees, it would just be there for
25 information at that point.

1 Q. Okay. Let me ask you just a couple
2 questions before we go off and start talking
3 about the budgets, okay?
4 In the meetings that you had, did you try
5 to attend all the meetings that were called by
6 Dr. Battle to discuss the budget and changes to
7 the budget?
8 A. Yes.
9 Q. Okay. And do you know whether or not you
10 did attend all those meetings?
11 A. I assume I did. I don't remember not --
12 not attending any.
13 Q. In those meetings, were you there to
14 discuss what the changes were going to be and
15 why they were going to be made?
16 A. Yes.
17 Q. Okay. And was it one of your job duties
18 to be informed of that information?
19 A. I should be informed, yes.
20 Q. Okay.
21 A. As I said, sometimes the discussions,
22 particularly regarding organizational chart, I
23 would find out afterward.
24 Q. Okay. Now, in that discussion, did
25 anyone make any statement about why the

1 associate superintendent positions were being
2 eliminated?
3 A. I'm sure there was. I don't remember
4 what it was, but I'm sure there was a
5 discussion regarding why the change was
6 necessary.
7 Q. Now, are you aware of sometimes -- and
8 I -- I don't know what the document's called,
9 but if there's going to be a change in
10 structure, Metro Government, whether it be
11 central office or some other part of Metro
12 Schools, would go in and develop a document to
13 justify why the change needs to be made?
14 A. Metro Government would do that?
15 Q. No, excuse me, Metro Schools.
16 A. We would try to indicate that in our
17 budget documents regarding, you know, what the
18 different changes are, but it would usually be
19 strictly budget related, not necessarily
20 philosophical.
21 Q. Okay. Are you aware of any -- if -- for
22 instance, if you eliminate a position,
23 typically you have paperwork to go along with
24 why it was eliminated, correct?
25 A. Typically, you would through human

Case 3:20-cv-01023 Document 140-10 Filed 07/27/22 Page 10 of 81 PageID #: 2929
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
33..36

1 resources and then should be reflected in the
2 budget, yes.
3 Q. And are you aware of any documentation --
4 because we've been provided with almost 98,000
5 documents in this case. And we've gone through
6 them, both of us have, and we can't find
7 anything that discusses why the associate
8 superintendent positions were eliminated. Are
9 you aware of any document?
10 A. I'm not aware of a document, and I wasn't
11 really involved in those discussions.
12 Q. Now, did anyone ever tell you why school
13 choice -- director of school choice was being
14 eliminated?
15 A. No.
16 Q. Did anyone tell you why the executive
17 directors' positions were being eliminated?
18 A. I don't think the executive director
19 positions were eliminated, I think they were
20 changed. But no, I was not told why.
21 Q. Do you -- were -- with regard to the
22 positions that were eliminated in the budget --
23 well, let me ask you this: Were you aware that
24 Dr. Bailey lost his job as principal of Whites
25 Creek?

1 A. Not until much after the fact.
2 Q. Do you know why?
3 A. Do I know why?
4 Q. He lost his job as principal of Whites
5 Creek?
6 A. No.
7 Q. Okay. Now, with regard to -- and we're
8 going to talk about this in more detail later,
9 I just want to ask you just in general. Were
10 you aware that there were five jobs, I believe,
11 that were eliminated in the budget, in central
12 office on the -- this first page of the final
13 budget, for a savings of 1 million?
14 A. I would have to review that budget.
15 Q. Okay. Let's look at that real quick, and
16 then we're going to compare it to the...
17 Can you see it?
18 A. Uh-huh.
19 Q. Did it pop up?
20 A. The cover page, yes.
21 Q. Good, good. I didn't think it would.
22 And this is the June 30th, 2020, fiscal
23 year operating budget that was adopted by the
24 School Board, correct?
25 A. Correct.

1 Q. And adopted by Metro Council, correct?
2 A. It was based on what Metro Council
3 approved.
4 Q. Okay.
5 A. Yes.
6 Q. Now, if you go to Document Number 1,
7 which is the second page of the budget, do you
8 see down here where it says, "Central office
9 reorganization, five jobs at savings of a
10 million"?
11 A. Yes.
12 Q. Okay. Did you make the decision to
13 eliminate those five jobs or were you told to
14 eliminate those five jobs?
15 A. I didn't make the decision to eliminate
16 those five jobs. I was told after the decision
17 had been made what the net result would be.
18 Q. Okay. And did you have any ability to
19 alter that to say, let's don't eliminate those
20 jobs, let's eliminate cost here or some other
21 place?
22 A. No. That wouldn't be my decision.
23 Q. Okay. Who told you to eliminate those
24 jobs?
25 A. I believe it was through the discussions

1 when I was notified of the reorganization and
2 what -- how many positions net would be
3 reduced.
4 Q. Who told you that?
5 A. I believe Hank Clay told me that.
6 Q. Did he tell you why?
7 A. No, I think he -- it was through a phone
8 call, and I think he just told me what the
9 different changes were -- were.
10 Q. Now, would you agree that with a budget
11 of -- the actual budget ended up being, looks
12 like, 933 million; do you see that?
13 A. Yes.
14 Q. Okay. Would you agree that a savings of
15 1 million equates to approximately 1 percent of
16 1 percent?
17 A. Yes.
18 Q. Okay. And as the chief --
19 A. Financial officer.
20 Q. Chief financial officer, is it a fair
21 statement that when you're dealing with a
22 budget that large, that if someone asked you to
23 find a million dollars in savings somewhere,
24 you typically can find it?
25 A. We -- we would definitely look for it,

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 11 of 81 PageID #: 2930
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
37..40

1  but I wasn't asked to do that.
2  Q.  Okay.  Now, I believe several years ago,
3  you made -- it's always -- I think this may
4  have always been your position, that before you
5  actually go in and eliminate positions, you're
6  going to look at nonemployee-related
7  eliminations to see if you can cut in certain
8  areas, such as contracted services or some
9  other area, before you actually start affecting
10 people; is that true?
11 **A.   Correct.  Typically, we would look at**
12 **non-personnel expenses.  Of course, this was**
13 **Dr. Battle's first budget.  And so this**
14 **reflected her reorganization.**
15 Q.  Did anyone ask you to look at
16 non-personnel-related reductions?
17 **A.   Yes.**
18 Q.  And did they ask you to do that before
19 the decision was made to eliminate these five
20 jobs?
21 **A.   I think it was in relation to what we**
22 **thought our final funding allocation was going**
23 **to be to try to -- to get to that number,**
24 **because we had to reduce by $15.2 million from**
25 **our continuity of operations budget.  So some**

1  of it was personnel, some of it was
2  non-personnel.
3  Q.  Who asked you to look at the
4  non-personnel and -- to see what reductions you
5  could make?
6  **A.   It probably would have been Dr. Battle**
7  **trying to make the budget balance with what our**
8  **funding allocation was going to be.**
9  Q.  When did she ask you to do that?
10 **A.   I don't know.  It -- it would have been**
11 **throughout the process, the budget process.**
12 Q.  Do you have any documentation from
13 Dr. Battle asking you to look at the
14 nonemployee cost?
15 **A.   No, it was -- it was more general in the**
16 **fact that we just had to make -- make our**
17 **budget balance with the funding allocation that**
18 **we were receiving.**
19 Q.  Did anyone come to you and say, we may
20 have to eliminate five jobs, do you have any
21 other items that you could eliminate before we
22 get to the five jobs?
23 **A.   I don't remember that being said that**
24 **way, no.**
25 Q.  Okay.  Now, do you know why the executive

1  directors -- do you know what happened to the
2  executive directors' positions?
3  **A.   Not really, I just was given basically**
4  **the net result.**
5  Q.  Do you know whether or not the executive
6  directors were told they had to reapply for
7  their jobs?
8  **A.   I don't know that I was aware of that.**
9  Q.  Did you know that they had to go in for
10 interviews that were anonymously calculated?
11 **A.   No.**
12 Q.  Have you ever heard of, at Metro Schools,
13 the employees having to go into interviews that
14 are anonymous?
15 **A.   I don't know what that --**
16      MR. FOX: Objection to form.
17      THE WITNESS: I don't know what
18 "anonymous interviews" even means.
19 BY MS. STEINER:
20 Q.  Okay.  Did you know that the executive
21 directors, people applying for those jobs, had
22 to go in for interviews where the people
23 interviewing them would score them anonymously?
24 **A.   I wasn't aware of that, no.**
25 Q.  Have you ever known that to exist or

1  happen at Metro Schools before?
2  **A.   I'm not in human resources, I don't know**
3  **what they've -- what they've done.**
4  Q.  Now, you were actually the interim
5  director, weren't you?
6  **A.   In 2015-16, yes.**
7  Q.  Okay.  In that time period, did you know
8  of any anonymous interviews that occurred where
9  the employees were scored and it was done
10 anonymously?
11 **A.   I don't know.**
12 Q.  Do you recall saying, I want this
13 position interviewed -- I want the candidates
14 to interview for this position and I want the
15 scoring to be anonymous?
16 **A.   I have not said that, no.**
17 Q.  Okay.  Do you know why the executive
18 directors had to reapply for their jobs?
19 **A.   I don't know why.  I assume that was**
20 **Dr. Battle's decision.**
21 Q.  Do you know why -- director of school
22 choice, why that position was eliminated?
23 **A.   No.**
24 Q.  Is that an important position?
25 **A.   Yes.**

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 13 of 82 PageID #: 2931    41..44
*Elite-Brentwood Reporting Services  (615) 595-0073*
www.EliteReportingServices.com

1  Q.   My understanding is it's one of the --
2  the most important in terms of diversity,
3  maintaining diversity at the school.
4       MR. FOX:  Objection to form.
5  BY MS. STEINER:
6  Q.   Is that correct?
7  A.   Well, it's obviously relating to our
8  school choice process where families can make
9  application to choose to go to a school that's
10 not their zoned school.
11 Q.   Do you know who made the decision to
12 eliminate that position?
13 A.   No.
14 Q.   Okay.  Now, besides accounting, do you
15 have a degree or did -- did you take courses in
16 statistics?
17 A.   As part of my accounting degree, a number
18 of years ago, yes.
19 Q.   Okay.  And I wanted to ask you a question
20 about something.  We're going to go back to
21 that.
22      When you said that you would find out
23 afterwards about changes to the organizational
24 structure, who told you that?
25 A.   In this case, I believe Hank Clay called

1  me and told me, you know, what the new
2  structure was going to be and who was going to
3  be in the positions.
4  Q.   And did he -- is there any sort of
5  written documentation of that, that you know
6  of?
7  A.   Not that I have, not that I know of.
8  Q.   When he told you who was going to be in
9  the positions, what did he tell you?
10 A.   I don't remember exactly.  That we were
11 no longer going to have associate
12 superintendents, I know, was part of it.
13 Q.   Did he tell you that Michelle Springer
14 was going to be promoted to be the -- what was
15 her position -- what's her current position?
16 A.   Chief of student support services.
17 Q.   Yeah, did she -- he tell you that?
18 A.   I think -- I think he did, yes.
19 Q.   Okay.  And did he also tell you that
20 Jenai Hayes was going to be transferred to a
21 teaching position?
22 A.   I -- I think that was part of the
23 discussion, I just don't remember all of the
24 details.
25 Q.   Okay.  And --

1       MR. FOX:  Ms. Steiner, are you going
2  to -- reminder that you -- I think you wanted
3  to use "Jane Doe" throughout the deposition.
4       MS. STEINER:  Okay.
5       MR. FOX:  Otherwise, it calls for a
6  lot of redaction later.
7  BY MS. STEINER:
8  Q.   So then, when he -- when Hank Clay called
9  you and told you, we're going to eliminate
10 these five positions, the new budget, we want
11 them eliminated, he told you that Ms. Springer
12 was actually going to get this promotion,
13 correct?
14 A.   I believe it was the same --
15 Q.   Okay.
16 A.   -- conversation.  There may have been
17 more -- more than one conversation.
18 Q.   And he also told you that Jane Doe's
19 position was being eliminated, as well?
20 A.   Yes, and it was in relation to the hiring
21 of a new position that would be over diversity,
22 equity, et cetera.
23 Q.   Okay, and did he tell you that Ashford
24 Hughes was the person who was going to get that
25 job?

1  A.   Yes.
2  Q.   Okay.  Now, let's go back to the budget
3  quickly.
4       Did you discuss the executive directors
5  and who was going to actually remain as an
6  executive director and who wasn't?
7  A.   Not sure if I got that level of detail.
8  I may have, I just can't remember.  And again,
9  I think it was more than one phone call.
10 Q.   Okay, but these phone calls all took
11 place in terms of what you're actually going to
12 put in the budget with regard to the
13 elimination of these five jobs, correct?
14 A.   Yeah, it was basically to let me know
15 what organizational changes were taking place
16 so that I could have the budget reflect that.
17 Q.   Okay.  And if the budget reflects that in
18 the May 19th budget, then you knew these
19 discussions would have taken place before May
20 19?
21 A.   Yeah, I would assume so, yes.
22 Q.   Okay.  Now, first I want to ask you
23 something about the -- this is the -- if you
24 could look at the June 30th, 2020, the
25 operating budget that was actually passed by

Case 3:20-cv-01023-JPM Document 149-4 Filed 07/27/22 Page 13 of 81 PageID #: 2932
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                    45..48

1  Metro.  Do you see down at the very bottom
2  where it says, "Proposed changes includes
3  personnel and non-personnel cost"?
4  **A.   Yes.**
5  Q.   Okay.  Almost every budget -- how -- how
6  long have you been chief financial officer, how
7  many years?
8  **A.   This is my 20th year.**
9  Q.   Okay.  Almost every year you've been
10 there, you've always had items that are taken
11 out of the budget from one year to the next,
12 correct?
13 **A.   I -- I would have to look, to be honest.**
14 **I don't know if every year we've had to make**
15 **any kind of reductions.**
16 Q.   Almost every year?
17 **A.   I would assume so, from -- from what the**
18 **initial ask was, yes.**
19 Q.   Okay.  Question's a little different, so
20 I don't think you quite -- do you see where it
21 says "proposed changes" and it's got the -- the
22 items that are coming out of the budget?
23 **A.   Yes.**
24 Q.   Every year, you do have items that do
25 come out of the budget, correct?

1  **A.   Again, I -- I would want to review those**
2  **budgets to be sure every year there was**
3  **something that was a reduction.  I just don't**
4  **remember.**
5  Q.   Well, do you know if -- let's look at
6  Number -- that came out of -- I think these
7  numbers on the -- the right-hand -- left-hand
8  side are the function or the department
9  numbers, correct?
10 **A.   Correct.**
11 Q.   Okay.  And how many employees are in
12 central office; do you know?
13 **A.   I don't.**
14 Q.   Do you know approximately?
15 **A.   200, 300.**
16 Q.   Okay.
17 **A.   I really don't.  Human resources probably**
18 **would have that.**
19 Q.   Where it says "IT operating's capital"
20 and it's got parentheses around the 820,000,
21 that means that that's coming out of the
22 budget; that's money you don't need that you
23 needed the prior year, correct?
24 **A.   That one means that it's coming out of**
25 **the operating budget and we will fund those**

1  items with our capital budget, which is a
2  separate budget.
3  Q.   Okay.  And so, would that have occurred
4  regardless of any sort of budget issues with
5  the 2019-2020 through 2020-21 school year?
6  **A.   No.  If we weren't having to reduce our**
7  **budget, we would not have done that.**
8  Q.   Okay.  What about waste disposal, would
9  that have occurred anyways, 249,000?
10 **A.   That one probably would have occurred,**
11 **yes.**
12 Q.   Maintenance operating capital from
13 Function 6300, 1.5 million, would that have
14 occurred anyways?
15 **A.   No.  That was similar to the IT where**
16 **expenses that we typically could pay, would pay**
17 **out of the operating budget, we were going to**
18 **be paying out of the capital budget, which is a**
19 **separate budget, as we tried to make this**
20 **budget balance.**
21 Q.   Okay.  So it's not that you were losing
22 the -- you -- it's not like you were not going
23 to pay these items, you were just paying it out
24 of a different account, the capital account,
25 correct?

1  **A.   Paying out of the capital account, which**
2  **means we couldn't do everything we were going**
3  **to do with the capital budget.**
4  Q.   Okay.  Now, school consolidations, do you
5  know if that was going to occur regardless?
6  **A.   I don't know that that -- I don't think**
7  **that that would have occurred regardless.  I**
8  **think that was accelerated by the -- the budget**
9  **reductions that had to be made.**
10 Q.   Okay.  When you say accelerated, were
11 there already talks in place about these school
12 consolidations?
13 **A.   There were discussions about the fact**
14 **that we had some underutilized schools.  Again,**
15 **I don't know that that would have been proposed**
16 **without having to reduce the budget like we had**
17 **to.**
18 Q.   Okay.  And do you see, "Various SBB,
19 exception hire savings"?
20 **A.   Yes.**
21 Q.   What is that?
22 **A.   We have what's called student-based**
23 **budgeting where we have a student-based**
24 **budgeting formula that provides funding**
25 **allocations to schools for them to determine**

Case 3:20-cv-01023  Document 180  Filed 07/27/22  Page 14 of 81 PageID #: 2933
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
49..52

1  how to -- to budget that money.
2      And we had typically held back some
3  funding for what are called exception hires
4  where schools could make specific requests to
5  hire positions that would be over and above
6  what their funding allocation would be.  And
7  so, we eliminated that exception hire amount so
8  that there were no exception hires allowed for
9  that particular year.
10  Q.   Okay.  And that's not filling unfilled
11  positions, that's just something -- an
12  exceptional hire in the schools, correct?
13  A.   Correct, that would be funding that would
14  be available for schools to make a case for an
15  exception hire.
16  Q.   Okay.  And do you know whether or not --
17  how -- how often that actually occurs, that
18  there's an exception hire?
19  A.   Prior to this year, it was -- it
20  happened.  I don't know that it was common, but
21  we did have schools that -- that requested
22  exception hires.
23  Q.   And -- so Metro Schools have set aside
24  about $3 million?
25  A.   We did, yes.

1  Q.   Okay.  And you decided, let's just don't
2  set that aside this year, correct?
3  A.   Correct, schools would not be able to
4  request an exception hire.
5  Q.   Okay.  And if they don't request an
6  exception hire, that $3 million is not --
7  doesn't get spent, correct?
8  A.   In prior years when we had it --
9  Q.   Yeah.
10  A.   -- in there?
11      Correct, but typically they would.
12  Q.   Okay.  And then, do you see the central
13  office and district provided services reduction
14  of 5 million?
15  A.   Yes.
16  Q.   Do you know whether or not that would
17  have come out regardless?
18  A.   No.  That was where we were combing every
19  function and line item in the budget for any
20  potential reductions that we could come up with
21  so that we could balance the budget with what
22  Metro Council approved.
23  Q.   And do you know when you came up with
24  this 5,157,000 that you could reduce out?
25  A.   It would have probably been after the

1  mayor made a budget recommendation to the
2  council at the end of April.  Once we knew what
3  the funding recommended amount was going to be,
4  then we would have -- we would have taken this
5  process to balance to what the mayor was
6  recommending.
7  Q.   Okay, so then it would have -- you would
8  have figured out that you could reduce out this
9  5,157,900 sometime -- you started looking at
10  the end of April, and would you have discovered
11  what you could reduced out by the May budget?
12  A.   We probably looked at it before then,
13  just because we knew what was -- we could tell
14  what was coming, what -- what was happening
15  with the economy with everything shut down.
16  And so, I'm -- I'm sure we started that process
17  before then, without knowing what the exact
18  amount needed to be.
19  Q.   Let me -- I want to show you another
20  document, and we're going to go back and forth
21  on these documents just a bit.
22      What does the word "aspirational budget"
23  mean to you?
24  A.   I think this probably came out of a
25  recommendation from the Chamber of Commerce

1  Education Report Card for the school district
2  to basically present an aspirational budget,
3  which means all of the things that we feel like
4  that were needed in the school district,
5  without necessarily looking at what funding
6  might be available.
7  Q.   And who prepares this -- this document
8  that I'm showing you?  Can you see it?
9  A.   Uh-huh.
10  Q.   Called Focus Investments?
11  A.   Yes.
12  Q.   Who prepares this?
13  A.   Sean Braisted in communications prepared
14  this presentation.
15  Q.   And where does he get the information
16  that he puts in this from?
17  A.   Different sources, Dr. Battle and others.
18  Q.   Does it come from Metro Schools?
19  A.   Yes.
20  Q.   Okay.  I mean, this is not a document
21  that's prepared by the Chamber of Commerce,
22  correct?
23  A.   Correct.
24  Q.   Okay.  But the term "aspirational budget"
25  means it's the budget that Metro Schools

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 15 of 81 PageID #: 2934
Elite-Brentwood Reporting Services  *  (615) 595-0073
www.EliteReportingServices.com                    53..56

1  prepares that shows if you can get everything
2  you wanted?
3  A.  That's the concept, yes.
4  Q.  Okay.  Now, let's go down here for just a
5  second.
6      Do you know when this document was
7  prepared?
8  A.  Is this the -- so this was '21-22?
9  Q.  Yes.
10 A.  It would have been prepared sometime in
11 the spring of '21.
12 Q.  And could it possibly have been prepared
13 in January of -- did you say '21?
14 A.  If it's for '21-22, which is, I think, on
15 the front page.
16 Q.  Okay.  It would have been prepared in
17 2021?
18 A.  If it's for the '21-22 fiscal year, which
19 begins July of '21, then it would have been
20 prepared in the spring of '21.
21 Q.  Okay.
22      Okay.  Did you see this where it says,
23 "Forced to abandon our aspirational budget
24 request"?
25 A.  Yes.

1  Q.  Okay.  So that means you actually did
2  have an aspirational budget request, correct?
3  A.  I don't think we ever had a budget
4  request.  We were -- we were having those
5  discussions in early part of the budget
6  process, in, I guess, 2020.
7      And then when the pandemic hit and we
8  knew that we were not going to be receiving
9  additional funding, then we no longer were
10 having those discussions.  But I don't -- we
11 never actually put together an aspirational
12 budget.
13 Q.  Let me go back to January 27, 2020.  Are
14 you telling me that this was not the
15 information -- these required additions, that
16 was not your aspirational budget?
17 A.  Correct.
18 Q.  What did -- did you at any point in time
19 create an aspirational budget?
20 A.  Not for this year, not for 2020-21.
21 Q.  Okay.  Would you agree that this
22 January 27th, 2020, document was prepared
23 before COVID and before the tornado?
24 A.  It was, but as I mentioned earlier, this
25 was just an attempt to show what our required

1  expenditures would be, continuity of operations
2  just moving forward from one year to the next.
3      The aspirational budget items probably
4  would have been down at the bottom of the
5  document under "proposed changes," which is
6  blank on this document.
7  Q.  Okay.  Now, was it necessary -- when you
8  say continuity, was it necessary to give raises
9  with the continuity budget?
10 A.  It wasn't necessary, and raises aren't
11 reflected on this document.
12 Q.  Okay.  So if we look at the January 27th,
13 2020 -- in fact, would raises be more -- more
14 akin to an aspirational budget?
15 A.  I think that would probably be up for
16 interpretation, because I know that the salary
17 step increases, many believe, are part of the
18 continuity of operations because it's an
19 obligation on the salary schedule that if an
20 employee moves from one step on the salary
21 schedule to another, they're going to receive
22 increased compensation based upon an additional
23 year of service.
24      And so, the salary step would be part of
25 the continuity of operations, but not

1  necessarily a cost of living adjustment in
2  addition.
3  Q.  Okay.  And that's a COLA, cost of living?
4  A.  Correct.  And --
5  Q.  Okay.
6  A.  -- this is reflecting what a 1 percent
7  COLA would cost, not a proposal for a 1 percent
8  COLA.
9  Q.  Okay, because the cost of living would be
10 more akin to an aspirational budget, correct?
11 A.  Well, yeah, it would be whatever
12 percentage is going to be proposed as a raise.
13 Q.  Okay.
14 A.  Across-the-board raise.
15 Q.  Okay.  Now, did Metro Schools get a COLA
16 raise in January of 2020?
17 A.  I don't remember.  I don't remember if it
18 was January of 2020.  I know there was a
19 mid-year increase that was provided and
20 promised by the previous mayor.
21 Q.  Okay.  And was that sometime in either
22 late fall or early 2020, before this budget
23 that we're talking about?
24 A.  Again, I don't remember which year that
25 was when that was given, but there was a

Case 3:20-cv-01023 Document 148-10 Filed 07/27/23 Page 16 of 81 PageID #: 2935   57..60
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  mid-year 3 percent raise given to teachers,
2  certificate employees. I'm drawing a blank as
3  to which January that was.
4  Q.   Do you know the amount of that raise?
5  A.   The dollar amount?
6  Q.   Yes.
7  A.   I assume it would be something similar to
8  multiplying this $4.4 million figure here for a
9  1 percent COLA by 3, and then divide by 2 since
10  it was half year.
11  Q.   Okay.  Now, what -- I've looked it up in
12  the newspapers, and it looks like what they're
13  saying is that the COLA was 7.5 million, the
14  cost; does that sound about right?
15  A.   I -- I think so, yes.
16  Q.   Okay.  And --
17  A.   And that would have been a half year
18  cost.
19  Q.   Half year cost.
20      And so then, you had the other half year
21  cost coming up later, correct?
22  A.   Yes.
23  Q.   Okay.  Now, this half year cost, do you
24  know how that was funded?
25  A.   It was funded by the school district's

1  fund balance at the direction of Metro Finance.
2  Q.   Did any come from savings by any other
3  governmental entity with regard to mortgage
4  payments it was making?
5  A.   Mortgage payments?
6  Q.   Yes, whether it was Metro Housing
7  Authority or Metro Development and Housing
8  Authority paying double on a mortgage and they
9  stopped paying double and that money was sent
10  to Metro Schools?
11  A.   I don't know the details of the MDHA.
12  Metro Finance just gives us whatever that
13  number is, and I don't know how they come up
14  with it.
15  Q.   Okay.  But it came out of the fund
16  balance?
17  A.   Yes.
18  Q.   Okay.  Now, does Metro have to approve
19  use of the fund balance by Metro Schools?
20  A.   Yes, Metro Schools and Metro Council.
21  Q.   And is that for all amounts that are
22  taken out of the fund balance or amounts that
23  go over a certain percentage or under a certain
24  percentage?
25  A.   Any change in the total funding

1  allocation that Metro Council would approve for
2  the school district, any change to that would
3  have to be approved by the School Board and
4  Metro Council.
5  Q.   Is the fund balance, is that in an
6  account that's held by Metro Schools?
7  A.   It's -- all the accounts are held by
8  Metro Government, but it's the fund balance
9  reserve amount that accumulates over time based
10  upon -- it's positive if revenues come in above
11  projections and/or expenditures come in below
12  projections.  Sometimes it's positive,
13  sometimes it's negative, depending upon the --
14  the projections.
15  Q.   Is this the fund balance for -- or is
16  there a fund balance that is primarily the fund
17  balance of Metro Schools?
18  A.   Yes.
19  Q.   Okay.  Meaning, if it's a fund balance,
20  it's not for all entities at Metro Government,
21  there's one specifically for the schools,
22  correct?
23  A.   Correct, correct.
24  Q.   Okay.  Do you have to keep a certain
25  amount in that balance?

1  A.   The -- Metro Council has a policy that
2  all funds would have a minimum of a 5 percent
3  fund balance, and the State Department of
4  Education has a strong recommendation for a
5  minimum 3 percent fund balance.
6  Q.   What does Metro Schools -- what do you
7  do; is it 5 percent or is it 3 percent?
8  A.   We -- we try to stay with the 5 percent
9  that is in Metro Council policy.
10  Q.   Five percent of what?
11  A.   Five percent of total operating expenses.
12  Q.   And did you do that for the years 2019
13  through the current date?
14  A.   I -- when we used the fund balance for
15  the mid-year pay raise, it reduced our fund
16  balance below 5 percent.
17  Q.   So any time that you take any amount of
18  money from the fund balance, it has to be
19  approved by the School Board and by Metro
20  Council?
21  A.   Correct.
22  Q.   Okay, that means even if you have, like,
23  a $150 million school fund balance and you want
24  to take a million from that, you have to get it
25  approved by the School Board and Metro Council?

Case 3:20-cv-01023 Document 148-10 Filed 07/27/22 Page 15 of 81 PageID #: 2936    61..64
Elite-Brentwood Reporting Services    (615) 595-0073
www.EliteReportingServices.com

1 A. Correct.
2 Q. Okay. Now, when these COLA raises came
3 in at 3 percent in 2020 to '21, half was paid
4 before the tornado?
5 A. I think -- yeah, I think it was January
6 of 2020 when that mid-year 3 percent raise
7 would have been given, so that would have been
8 before the tornado.
9 Q. And then sometime after this 2020-2021
10 school year starts, the -- was there another
11 COLA payment made?
12 A. I would have to go back and -- and look
13 at the budget. We would need funding for the
14 second half of that mid-year COLA. We would
15 need additional funding to fund what had
16 already been given.
17 Q. And did it match what had already been
18 given?
19 A. Did -- did what match?
20 Q. Was it the same, 3 percent, the same
21 amount?
22 A. Yeah, it was the same amount from January
23 that we had to have to fully fund for a full
24 year, that mid-year 3 percent raise.
25 Q. Okay. So in January, you had the 3

1 percent of about 7.5 million, and then you had
2 the same thing that was going to come in again
3 sometime in the school year 2020 through '21,
4 correct?
5 A. Yes, it would have been -- we would have
6 needed 15 million. Since we used fund balance
7 for the first half, that -- that fund balance
8 amount was no longer there. And so, for a full
9 year, we needed additional funding of 15
10 million to fund what had already been given as
11 a mid-year 3 percent raise before.
12 Q. Okay. So then, it came out of the fund
13 balance, but then you were asking Metro
14 Government to pay you back to put back in your
15 fund balance; is that correct?
16 A. Yes.
17 Q. 7.5 million?
18 A. And then -- 7.5 million, and then the
19 additional 7.5 million for the full year's
20 worth of funding for what had already been
21 given.
22 Q. Okay. Now -- so then, the fund balance
23 in the spring of 2020, do you know what it was,
24 approximately?
25 A. I don't. I -- I just remember that

1 the -- the mid-year raise reduced whatever that
2 fund balance amount was below 5 percent.
3 Q. Okay. But you knew you were going to get
4 it back because you were asking Metro
5 Government to pay you the funds to put back in
6 fund balance, correct?
7 A. We hoped we were going to get it back,
8 yes.
9 Q. Okay.
10 A. That was --
11 Q. Okay.
12 A. -- our understanding.
13 Q. Now, did anyone at any point in time ask
14 you, can we use the fund balance for these
15 $1 million worth of jobs that we're eliminating
16 in central office?
17 A. No. Again, use of the fund balance would
18 be something that would initially be
19 recommended by the mayor as part of our overall
20 funding and then approved by the Metro Council.
21 And there was no recommendation of the use of
22 our fund balance for anything like that,
23 because it was already so low.
24 Q. Okay, could you also recommend to use the
25 fund balance to -- could you, could your office

1 say, why don't we use the 7.5 million that
2 we're going to get paid back to go in our fund
3 balance to fund this 1 million?
4 A. No. The -- the funding sources are from
5 Metro Finance. We present an expenditure
6 budget to them, and then they determine how
7 they're going to fund it. And so, we don't --
8 we don't estimate how much funding we're going
9 to receive, including if any of it's going to
10 be fund balance. That's all handled by Metro
11 Finance.
12 Q. Okay. So then, did Metro Finance tell
13 you, we're going to pay you back the
14 7.5 million?
15 A. No, not necessarily, because everything
16 had gone chaotic with the pandemic. And so,
17 everyone was looking at major budget reductions
18 throughout the spring.
19 Q. So did Metro Schools tell the Metro
20 Government, we want you to pay us back the
21 7.5 million to go in the fund balance?
22 A. We told them that if we didn't receive
23 this, then that would require us to make
24 further cuts. So they understood that if they
25 didn't provide the additional funding, that we

Case 3:20-cv-01023 Document 140 Filed 07/27/22 Page 18 of 81 PageID #: 2937
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
65..68

1  would have to make further cuts to our budget.
2  Q.  Okay.  Now, did you tell them -- when you
3  received the 7.5 million for the COLA that came
4  out of fund balance, did you tell them then,
5  you're going to have to pay us this back or
6  we're going to have to make cuts to the budget?
7  A.  Yes, that was under -- understood, yes.
8  Q.  And did that occur before the tornado?
9  A.  No, it probably occurred during the
10  budget process, because that -- I mean, it was
11  just something that was understood that you
12  can't use your fund balance twice, so to speak,
13  because you've already used it.  So we would
14  have to have additional funding to be able to
15  continue what had already been provided as a
16  mid-year raise.
17  Q.  Did you see this document that's called
18  Focused Investments when it was presented?
19  A.  Yes.
20  Q.  Who was it presented to?
21  A.  I -- I know it was presented to the
22  School Board, and then it was presented to the
23  public for some community meetings.
24  Q.  And did you see this statement that says
25  they're "forced to abandon our aspirational

1  budget request"?
2  A.  Yes.
3  Q.  Okay.  And did you know when you saw that
4  that you had not made an aspirational budget
5  request?
6  A.  We knew that we had sort of abandoned all
7  of those aspirational budget discussions once
8  it became clear that the -- the funding
9  situation was going to be dire.
10  Q.  Okay.  Now, for these discussions, that's
11  something else, too, we have no paperwork on
12  that.  Can you recall any paperwork for this
13  aspirational budget?
14  A.  No, it was -- it was in the discussion
15  phase when -- before it was abandoned, so no.
16  Q.  Can you tell me anything that was in the
17  aspirational budget request that you didn't
18  get?
19  A.  No.  Again, this would have been
20  Dr. Battle's first budget.  And so, I don't
21  think that we ever, you know, put anything
22  together that would have been organized enough
23  to -- to put on paper.
24  Q.  Now, it says, "Metro Schools was required
25  to identify over 20 million in cuts to balance

1  the budget."  That's pretty standard when
2  you're balancing these budgets, though, isn't
3  it?
4  A.  No.
5  Q.  Okay.
6  A.  No, it's not standard.
7  Q.  Okay.
8      MS. STEINER:  I would like to mark --
9  BY MS. STEINER:
10  Q.  And -- and this whole document, this
11  appears to be the forced investments that was
12  presented by Metro Schools, correct?
13  A.  Correct.  And this would be for the
14  '21-22 year, as reflected on the first slide.
15  So this would not be for the year that we're
16  talking about, 2021.
17      MS. STEINER:  Let's have this marked
18  Exhibit Number 1.
19      MR. FOX:  No objection.
20      (WHEREUPON, a document was marked as
21  Exhibit Number 1.)
22  BY MS. STEINER:
23  Q.  And I want to show you one more document.
24      Do you recognize this called Funding Our
25  Future?

1  A.  You -- yes, this is for 2021, okay.
2  Q.  Okay.  And do you know when this would
3  have been prepared?
4  A.  It would have been sometime in the spring
5  of 2020.
6      MR. FOX:  Would this be a time to
7  take a break?  It's been over an hour.
8      MS. STEINER:  Yes, because this --
9  there's no -- yeah, let's take a break right
10  now.
11      MR. FOX:  Okay.
12      THE VIDEOGRAPHER:  We are off the
13  record at 10:24 a.m.
14      (Short break.)
15      THE VIDEOGRAPHER:  We are on the
16  record at 10:36 a.m.
17  BY MS. STEINER:
18  Q.  Mr. Henson, can you see this e-mail
19  that's on this document?
20  A.  No, there's nothing on the screen.
21  Q.  Hang on.  It's because I'm not sharing
22  this right, hang on one second.
23      Ah, now can you see it?
24  A.  It said that you're starting -- here it
25  comes.  Yes.

Case 3:20-cv-01023   Document 148-10   Filed 07/27/22   Page 19 of 81 PageID #: 2938      69..72
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com

1   Q.   Okay.  And is -- do you recognize this
2   e-mail that was from you and it went to Barry
3   Booker on February 11th, 2020?
4   A.   Let me read it.  (Witness viewing
5   document.)
6       Yes.
7   Q.   Okay.  And it looks like it's an e-mail
8   to you from Sean Braisted; is that right?
9   A.   Yes.
10  Q.   Okay.  That has the slide deck and the
11  presentation?
12  A.   Yes.
13  Q.   Okay.  And then the -- the document we
14  got that follows that is that Funding of Our
15  Future.  Was this the document that was
16  attached to this e-mail?
17  A.   I can't see the document.
18  Q.   Okay, here we go.
19      Can you see this?
20      MR. FOX:  Not yet.
21      MS. STEINER:  You can't see it?
22      THE WITNESS:  There.
23      MR. FOX:  Now it populated.
24      THE WITNESS:  Yes.
25

1   BY MS. STEINER:
2   Q.   Okay.  And so then, this Funding of Our
3   Future, fiscal year 2020 through 2021 budget
4   presentation was sent to you by Sean Braisted
5   on February 11th, 2020?
6   A.   Yes.
7   Q.   Okay.
8       MS. STEINER:  Could we have that
9   marked --
10  BY MS. STEINER:
11  Q.   Is this a true and accurate copy of
12  the -- the presentation that was sent to you on
13  that date?
14  A.   I don't have any way of knowing that.
15  Q.   Okay.  Does it appear to be the -- the
16  document that he sent to you on that day?
17  A.   It -- it appears to be, since it has the
18  2020-2021 budget, which is --
19  Q.   Okay.
20  A.   -- what he referenced since the e-mail
21  was from February of 2020.
22      MS. STEINER:  Could we have this
23  marked Exhibit Number 2 to your testimony
24  today.
25      MR. FOX:  No objection.

1       (WHEREUPON, a document was marked as
2   Exhibit Number 2.)
3   BY MS. STEINER:
4   Q.   Now, if you go down, it has a historic
5   overview; is that correct?
6   A.   It hasn't come up yet, but I think so.
7   I'll wait until it comes up.  There we go.
8       Yes, showing the initial budget request
9   and then what was actually approved.
10  Q.   Okay.  And it shows it for fiscal year
11  '16 through '17 through '19 through '20; is
12  that correct?
13  A.   Correct.
14  Q.   Okay.  And for each of these years, there
15  was -- there were deficits, correct?
16  A.   There were deficits from what the initial
17  request was to what was actually approved by
18  the Metro Council, yes.
19  Q.   Okay.  And for '18 through '19, it was a
20  40 million deficit, correct?
21  A.   Correct, a deficit from what was
22  requested.
23  Q.   Okay.  And would that be requested from
24  the aspirational budget?
25  A.   Well, we -- we weren't putting together

1   something called an aspirational budget at that
2   time, but it would have included additional
3   requests that, at that time, Dr. Joseph would
4   have been making.
5   Q.   And for '19 -- fiscal year '19 through
6   '20, the deficit was 48 million, correct?
7   A.   The -- yes, the difference between what
8   was requested and what was approved was 48
9   million.
10  Q.   Okay.  And the deficit for 2020 through
11  '21, do you know what that deficit was?
12  A.   No, because we changed the way that we
13  were putting the budget together.  This would
14  have included -- the -- these years on this
15  slide would have included any additional
16  requests that were being proposed.
17      And then in 2021, the plan was to present
18  the aspirational budget, which never
19  materialized, and so we ended up only
20  presenting the continuity of operations items
21  and then making the reductions that were needed
22  to meet the funding allocation approved by
23  Metro Council.  So it was a different way of
24  approaching the budget.
25  Q.   Okay.  Do you know what the aspirational

Case 3:20-cv-01023   Document 140-10   Filed 07/27/22   Page 20 of 81 PageID #: 2939
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                                      73..76

1  budget would have been in terms of dollars?
2  A.  No.  There was not really a way to add
3  all of those items up because if you do one
4  thing, then that would potentially change what
5  you're asking for in another part of the
6  aspirational request --
7  Q.  Okay.
8  A.  -- and so no.
9  Q.  Okay.  So then, is it correct that for
10  this budget, the aspirational -- the
11  calculation of what the aspirational budget
12  would have been was never done?
13  A.  For which year?
14  Q.  For 2020 through '21.
15  A.  Correct.
16  Q.  Okay.  And do you know what the deficit
17  was for the '21 -- '20-21 school year between
18  what Metro was asking for and what Metro
19  Schools was going to give?
20      MR. FOX:  And for the record, I think
21  we were saying "2021."  It should be written as
22  '20-21.
23      MS. STEINER:  Yes.
24      MR. FOX:  Right?
25      MS. STEINER:  Yes.

1      MR. FOX:  So it's not 2021 school
2  year.
3      MS. STEINER:  Let me just re-ask it,
4  okay?
5      MR. FOX:  Yeah, I just want to -- for
6  the record, I want to make sure that the 2021
7  is written correctly, '20-21.
8      MS. STEINER:  I'm going to rephrase
9  that question.
10  BY MS. STEINER:
11  Q.  Okay.  Do you know what the deficit was
12  between what Metro Schools was asking for for
13  the 2020 through '21 budget and what they
14  actually got?
15  A.  No, because there was never -- there was
16  never a budget put together similar to the
17  numbers that are here on this Slide 3, because
18  we were told that we needed to start looking at
19  budget reductions and budget cuts because
20  everything was shutting down due to the
21  pandemic.
22      So this process on these -- for these
23  years on this slide was never done for the
24  '20-21 fiscal year.
25  Q.  Did Metro Government ever tell you an

1  exact amount that they wanted you to cut from
2  your budget?
3  A.  I think they requested us to try to come
4  up with reductions of somewhere in the
5  $50 million range for the 2019-2020 fiscal
6  year, just for the spring.
7      And then we found out what the mayor's
8  recommended funding allocation was going to be
9  in late April of 2020, and we correspondingly
10  began putting the budget together based upon
11  that funding recommendation.
12  Q.  What was the mayor's funding
13  recommendation in late April 2020?
14  A.  I assume it was whatever the final budget
15  amount was.  I don't remember the council
16  changing it.
17  Q.  Okay, so it would have been somewhere
18  around 933 million?
19  A.  Yes, if that's the -- the total.
20  Q.  Okay.  And earlier when they said the 50
21  million, who said that?
22  A.  Metro Finance.
23  Q.  Who at Metro Finance?
24  A.  I believe it was the prior finance
25  director and -- I can't remember his name off

1  the top of my head -- and Talia Lomax, who was
2  over the budgeting process.
3      And the reason that it was requested was
4  due to the precipitous fall in sales tax
5  revenues because everything had shut down due
6  to the pandemic.
7  Q.  Who -- what was the name again?
8  A.  Talia Lomax.
9      But the previous finance director was
10  also, of course, involved and --
11  Q.  Who was that?
12  A.  I'm drawing a blank.
13      (An off-the-record discussion was
14  held.)
15      THE WITNESS:  Kevin Crumbo.
16  BY MS. STEINER:
17  Q.  Kevin who?
18  A.  Crumbo, C-R -- C-R-U-M-B-O.
19  Q.  Okay.  And did they -- when they
20  contacted you about this, was it by phone?
21  A.  I think it was by phone.  It may have
22  also been in writing.
23  Q.  And when they contacted you, did they
24  contact -- was anyone else on the phone call or
25  was anyone else on the letter?

Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
77..80
Case 3:20-cv-01023 Document 180-10 Filed 07/27/22 Page 21 of 81 PageID #: 2940

1 A.  It would have been to Dr. Battle, for
2 sure, and I would have been a part of it.
3 Q.  Okay.  And do you know the date when they
4 were saying 50 million?
5 A.  I don't.  It would have -- it would have
6 been after everything shut down due to the
7 pandemic, so it would have been sometime
8 probably in March.
9 Q.  So then, by late April, though,
10 you knew you were going to get what you
11 basically got in the final budget, correct?
12 A.  We -- we knew what the mayor's funding
13 recommendation was going to be, yes.
14 Q.  And how did you know that?
15 A.  Through his State of Metro Address and
16 his budget presentation to Metro Council.
17 Q.  Now, did anyone at any point claim that
18 the deficit was going to be a hundred million?
19 A.  I don't -- I don't remember that amount,
20 but again, I could be wrong.  I don't -- I
21 don't remember that.
22 Q.  Do you have a letter?  Did you actually
23 get an e-mail or a letter stating that the
24 deficit's going to be 50 million?
25 A.  I think so, but I can't remember.

1 Q.  Okay.  Now, do you see the next page that
2 says "cuts and savings to balance the budget"?
3 A.  Yes.
4 Q.  Okay, do you see it says "fiscal year '18
5 through '19 to the current"?
6 A.  Yes.
7 Q.  Okay.  Do you see contracted services at
8 5.7 million?
9 A.  Yes.
10 Q.  Okay.  Do you know whether or not the
11 majority of that 5.7 million was incurred in
12 the 2020 through '21 school year?
13 A.  No, these would have been cuts that would
14 have been made from fiscal year '18-19 through
15 '19-20.  So these would have been cuts that
16 would have already been made prior to the
17 2020-21 budget.
18 Q.  So that would have been before you
19 were told that you were going to have to cut it
20 again?
21 A.  Yes.  We had --
22 Q.  Okay.
23 A.  We had been cutting the budget for about
24 three years.
25 Q.  Okay.  And so then, if you pull up those

1 budgets, will you have 5.7 million in
2 contracted services coming out?
3 A.  Over time, yes.
4 Q.  From fiscal year '18-19 through '19-20?
5 A.  The fiscal year '18-19 budget and the
6 fiscal year '19-20 budget, so both of those
7 budgets, yes.
8 Q.  Okay.  Now, let me show you the '18-19
9 budget.  Can you see this?  Is it being shared?
10 A.  Yes.
11 Q.  Okay.  Does this look like a copy of the
12 June 19th, 2018, '18 through '19 budget?
13 A.  Yes.
14 Q.  Okay.  Can you see the contracted
15 services reduction in this budget?
16 A.  I -- I see down at the bottom where it
17 says various accounts reduction to contracts,
18 yes.
19 Q.  Is that what it is?  Okay.
20 A.  That's part of it.  That would have been
21 one year's worth.
22 Q.  Okay.
23         MS. STEINER:  Could we have -- I
24 think we've already marked Exhibit 2, haven't
25 we?

1         THE REPORTER:  (Nodding head.)
2         MS. STEINER:  Okay.
3         And just for the record, let's mark
4 the 2018 through 2019 budget, too.
5         MR. FOX:  As Exhibit 3?
6         MS. STEINER:  Yes, as Exhibit 3.
7         MR. FOX:  No objection.
8         (WHEREUPON, a document was marked as
9 Exhibit Number 3.)
10 BY MS. STEINER:
11 Q.  Now, I want to show you the May budget.
12     Mr. Henson, do you recognize this?  Is it
13 up yet?
14 A.  It's -- it's coming.
15 Q.  Do you see it?
16 A.  Yes.  It doesn't have a date on that
17 cover page.
18 Q.  Okay.  Yeah, there's the date; is that
19 correct?
20 A.  Oh, there it is.  Yes.
21 Q.  Okay.  It's May 19th, 2020, correct?
22 A.  Correct.
23 Q.  Okay.  And is this the budget that was
24 prepared by your document for presentation to
25 the School Board on May 19th, 2020?

Case 3:20-cv-01023 Document 140-10 Filed 07/27/22 Page 23 of 81 PageID #: 2941   81..84
Elite-Brentwood Reporting Services   (615) 595-0073
www.EliteReportingServices.com

1  A.   Yes.
2  Q.   Okay.
3       MS. STEINER:  Can we have this marked
4  Exhibit Number 4?
5       MR. FOX:  No objection.
6       (WHEREUPON, a document was marked as
7  Exhibit Number 4.)
8  BY MS. STEINER:
9  Q.   And then let me show you the final
10 budget.
11      Does this document appear to be the final
12 budget?
13 A.   June --
14 Q.   The June 30th?
15 A.   The June 30th date, yes, that would be
16 final.
17      MS. STEINER:  Okay.  Let's have that
18 marked Exhibit 5.
19      MR. FOX:  No objection.
20      (WHEREUPON, a document was marked as
21 Exhibit Number 5.)
22 BY MS. STEINER:
23 Q.   Okay.  Now, I want to take you back and
24 forth about these two budgets.  Do you see the
25 May 19th budget?

1  A.   I'm still seeing the June 30th budget.
2  Q.   Are you?
3  A.   It came up.  It just came up.
4  Q.   Do you see this May 19th budget?
5  A.   Yes.
6  Q.   Were you able to balance the budget with
7  this May 19th budget, the way it's written?
8  A.   Based upon the -- assuming this would be
9  based upon the mayor's recommended budget
10 amount.  And then once the council approved the
11 final budget, we came back and had the board
12 approve a final budget that matched the total
13 dollar amount that the council approved.
14 Q.   Okay.  Now, if a position is being
15 eliminated and you find that there's going to
16 be savings in the budget, do you have a duty
17 for telling Dr. Battle, hey, we've got savings
18 here that we didn't know we were going to have,
19 or does she have a duty for telling you that if
20 she finds there's savings there that she didn't
21 know that they were going to have where you
22 could use that money to fund the positions?
23 A.   Well, if there were a position that --
24 that was being eliminated, she would -- she
25 would approve that.  And if I didn't know about

1  it, she would make me aware so that it could be
2  included in the budget documents.
3  Q.   Okay.  But if you found out later that
4  you were going to have a savings in a
5  particular area that would actually more than
6  cover the cost of those jobs, does Metro
7  Schools have any -- does anybody at Metro
8  Schools have any responsibility for saying,
9  hey, we've eliminated five jobs at cost of a
10 million dollars, but we've got money over here?
11      MR. FOX:  Objection to form.
12 BY MS. STEINER:
13 Q.   That we didn't know we were going to have
14 and we can keep those jobs?
15 A.   Well, when I was given the -- the five
16 positions that are referenced here, that was
17 not something that was a part of the
18 discussion.  It was, this is how we're going to
19 be organized and this is the net change in
20 number of positions.  So that wasn't a part of
21 the conversation.
22 Q.   Did anyone tell you that the
23 reorganization took place for any reason other
24 than the budget?
25 A.   Not necessarily, except that Dr. Battle,

1  this being her first budget, wanted to organize
2  the district in a certain way.
3  Q.   Does Dr. Battle -- when you were interim
4  director of schools, did you have a job duty
5  for being honest in dealing with the School
6  Board?
7  A.   Sure.
8  Q.   Okay.  And are you the secretary of the
9  School Board, too?
10 A.   They've appointed me that, yes.
11 Q.   How long have you been secretary?
12 A.   Since I've been there.
13 Q.   Thirty years?
14 A.   This is my 20th year.
15 Q.   Twentieth year, okay.
16      So for 20 years, you've been the
17 secretary for the School Board, correct?
18 A.   It's a title with really not any
19 function, but yes.
20 Q.   Okay.  And as the secretary, do you have
21 a duty for being honest to the School Board?
22 A.   Regardless of whether I'm secretary, yes,
23 I would be honest with the School Board.
24 Q.   As chief operating officer, do you have a
25 duty for being honest with the School Board?

Case 3:20-cv-01023   Document 140-10   Filed 07/27/22   Page 23 of 81 PageID #: 2942
Elite-Brentwood Reporting Services   (615) 595-0073
www.EliteReportingServices.com        85..88

1  A.  Yes.
2  Q.  Okay.  When you were interim director,
3  did you have a duty for being honest to the
4  employees with regard to why they were losing
5  their jobs?
6  A.  Based upon working with -- through Metro
7  Legal on that, yes.
8  Q.  Okay.  And did Dr. Battle, as well, have
9  a job duty for being honest with the workers
10  for why they were losing their jobs?
11  A.  That -- I mean, that would be up to her
12  as far as what information to share.
13  Q.  Okay.  So then, can you think of any
14  situation where Dr. Battle could lie to a
15  worker for why they're losing their job?
16     MR. FOX:  Objection to form.
17     THE WITNESS:  No.  No.
18  BY MS. STEINER:
19  Q.  Okay.  And is an elimination of a
20  position different, both under the statutes and
21  under Metro policy, than a non-renewal?
22  A.  I would have to defer to human resources
23  and Metro Legal regarding that.
24     MR. FOX:  Objection to the form.
25

1  BY MS. STEINER:
2  Q.  Have you ever sent out letters to -- when
3  you were interim saying your job is being
4  non-renewed?
5  A.  Not that I can remember.
6  Q.  Okay.
7     Let me show you this.  Can you see this
8  document dated January 15th, 2016?
9  A.  Yes.
10  Q.  Okay.  And is this a letter to Dr. Lily
11  Leffler?
12  A.  Yes.
13  Q.  And is this from -- from you?
14  A.  Yes.
15  Q.  Okay.  And does this tell Dr. Lily
16  Leffler that her employment's being
17  non-renewed?
18  A.  Yes.
19  Q.  Okay.  So you actually have sent out
20  letters to employees telling them that their
21  contract's been non-renewed?
22  A.  This may be the only one, but yes,
23  obviously I sent this one.
24  Q.  Okay.
25     MS. STEINER:  Can we have this marked

1  Exhibit Number 6?
2     MR. FOX:  No objection.
3     (WHEREUPON, a document was marked as
4  Exhibit Number 6.)
5  BY MS. STEINER:
6  Q.  And in this letter, you actually put in
7  the code section under which she's being
8  non-renewed, correct?
9  A.  I'm sure that came from Metro Legal.  I
10  would not know the code section.
11  Q.  Did you know that there's a separate code
12  section for eliminations of positions?
13  A.  No.
14  Q.  Okay.  Did you know that the School Board
15  has to approve the elimination of a position?
16     MR. FOX:  Objection to the form.
17     THE WITNESS:  Not necessarily, no.
18  BY MS. STEINER:
19  Q.  Okay.  Has anyone from Metro Schools --
20  have you ever eliminated a position out of your
21  department?
22  A.  No.
23  Q.  And what's the title of your department?
24  A.  It's just all finance.
25  Q.  How many employees are in finance?

1  A.  I don't know.
2  Q.  How many -- you're the head of finance,
3  correct?
4  A.  Correct.
5  Q.  Approximately how many employees are in
6  finance?
7  A.  I don't know.  I have five direct
8  reports, but I don't know the total number.
9  Q.  Is it close to a hundred?  Is it close to
10  50?
11  A.  It would be less than 50.
12  Q.  Okay.  And your whole time there, you've
13  never non-renewed one of those employees?
14  A.  Correct.
15  Q.  Okay.
16     Now, I want to ask you a question about
17  this May 19th budget.  Can you see it?
18  A.  Yes.
19  Q.  Okay.  Do you see where it says
20  "certificated insurance, insurance trust
21  3.8 million"?
22  A.  Yes.
23  Q.  Okay.  If you had not had that cost,
24  would you agree that you could have deleted
25  this 1 million central office reorg at the

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 24 of 81 PageID #: 2943
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
89..92

1  bottom of the line?
2  **A.   Well, the reorganization was Dr. Battle's**
3  **decision.  So I don't know if that would have**
4  **come into play in her thinking or not.**
5  Q.   Okay.  If it was done due to the budget,
6  would you agree that if you found 3.8 million,
7  that then you would not have to go through the
8  elimination of these positions?
9  **A.   Well, we also could have done some of the**
10 **other things that are reductions in this --**
11 **instead of that.**
12 Q.   Okay.  Did you not state -- have you not
13 made statements before that when you are
14 eliminating items from the budget, that Metro
15 Schools always tries to eliminate the
16 non-personnel items first before you start
17 affecting salaries?
18 **A.   Yeah, I think we mentioned that**
19 **earlier --**
20 Q.   Okay.
21 **A.   -- that we look at non-personnel costs**
22 **first.  But in this case, it was Dr. Battle's**
23 **first budget and she was looking to reorganize**
24 **the school district.**
25 Q.   Uh-huh.

1       And can you tell me why she wanted to get
2  rid of the jobs of all five of these
3  Plaintiffs, all -- to affect the jobs of all
4  five of these Plaintiffs, all of whom had
5  engaged in protected activity?
6       MR. FOX:  Objection to the form.
7       **THE WITNESS:  No, I can't tell you**
8  **why.**
9  BY MS. STEINER:
10 Q.   Did you know that the -- of the people
11 affected, that it was a huge percentage of
12 these five?
13      MR. FOX:  Objection to the form.
14 BY MS. STEINER:
15 Q.   Meaning that it was a huge percentage of
16 the people who had engaged in protected
17 activity versus those who did not?
18 **A.   No.**
19 Q.   Do you know whether or not there's been
20 any investigation by Metro Schools to determine
21 whether or not Dr. Battle had some sort of axe
22 to grind with these employees who had engaged
23 in protected activity?
24 **A.   I'm not aware of anything like that.**
25 Q.   Okay.  Are there any -- so then, even if

1  there's money in the budget to cover these
2  jobs -- strike that.
3       Did anyone ask you to find funds anyplace
4  else in this budget to -- so that the
5  elimination of these positions would not be
6  necessary?
7  **A.   Not in those words, no.**
8  Q.   If they had asked you that, could you
9  have told them, you know, the certificated
10 insurance trust that we've got in here for
11 3.8 million, we're not going to have to pay it?
12 **A.   No, because the insurance increase was**
13 **based upon the actuarial study, and so that was**
14 **something that we had to do to keep the**
15 **insurance trust fund solvent.**
16 Q.   Were you aware that in the final
17 budget -- let's go to the final budget -- that
18 disappeared?
19 **A.   Yes.**
20 Q.   Okay.  And do you know -- and were you
21 aware that before the final budget was
22 submitted, you knew that you weren't going to
23 have that $3.8 million expense?
24 **A.   No.**
25 Q.   Okay, it's not in the final budget, is

1  it?
2  **A.   Correct.**
3  Q.   Okay, so you knew you weren't going to
4  have that expense, correct?
5  **A.   After the previous version was put**
6  **together, yes.**
7  Q.   Okay.  Did anyone in your department say,
8  hey, we've saved 3.8 million on insurance, you
9  do have, Dr. Battle, the ability to save these
10 1 million jobs [sic]?
11 **A.   No.  When we -- when it was determined**
12 **what our funding amount was going to be, i.e.**
13 **also our budget cuts needed to be, the**
14 **insurance trust met again after the fact and**
15 **made the decision to use some of their reserve**
16 **in the insurance trust fund for one year to put**
17 **the increase off for a year to help balance the**
18 **budget because we were having to make such**
19 **budget reductions.**
20 Q.   Would it have been possible to save these
21 jobs for at least one year by use of that
22 savings in insurance?
23 **A.   We would have had to make reductions**
24 **elsewhere --**
25 Q.   If you --

Case 3:20-cv-01023  Document 148-10  Filed 07/27/22  Page 25 of 81 PageID #: 2944
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
93..96

1    A.    -- if we didn't reduce those positions.
2    Q.    If you had 3.8 million in savings,
3    correct?
4    A.    Well, we had 3.8 million that was no
5    longer going to be an increase cost.
6    Q.    Okay.  If you had the 3.8 million that
7    was no longer going to be an increase cost in
8    this budget, gets down to zero, could you have
9    not used that 3.8 million that you've got
10   bucketed away to pay for the insurance to pay
11   for these 1 million in jobs?
12   A.    Their -- it's further down on the -- on
13   this list, but there were other items in
14   addition to that where those reductions would
15   have been more, and additional reductions would
16   have been required of a million dollars.
17   Q.    I don't know what you just said, could
18   you explain that?
19   A.    Sure.
20         This version does not contain the
21   additional 3.8 million cost from the insurance
22   trust; yet, we still have to make reductions of
23   approximately $15.2 million.  And so, we
24   have been required to find another million
25   dollars, an additional million dollars in

1    reductions if we would not have done that.
2    Q.    Okay.  And are you talking about this
3    COLA?
4    A.    No.
5    Q.    What are you talking about, the
6    15.2 million?
7    A.    It's in the bottom of the page.
8    Q.    Okay.
9    A.    Where it says "total proposed changes,
10   $15.2 million reduction."
11   Q.    Okay.
12   A.    It would have -- if we -- that includes
13   not including the 3.8 million for certificated
14   insurance.
15         And so, if we would not have done the
16   five positions with a million-dollar reduction,
17   we would have had to find a million-dollar
18   reduction somewhere else.
19   Q.    Okay.  Let's go to the May 19th budget.
20   Do you see the May 19th budget here?
21   A.    Yes.
22   Q.    Okay.  And do you see where the
23   3.8 million is listed in this May 19th budget?
24   A.    Yes.
25   Q.    Okay.  Do you see down at the very bottom

1    of the page, this budget balances, doesn't it?
2    A.    It balanced with the amount that we were
3    provided at that time.
4    Q.    Okay.  Now, do you see the -- the -- and
5    in this budget, you took out 1 million for the
6    central office reorg, correct?
7    A.    Correct.  That --
8    Q.    Okay.
9    A.    That was in there the whole time.
10   Q.    And if you had this 3.8 million in costs
11   that had been saved, you would not have had in
12   this June -- May budget to reduce the 1
13   million, correct?
14   A.    There were obviously other things that
15   occurred between this budget and the final
16   budget where I would have to compare them side
17   by side.
18   Q.    I'm -- I'm asking you about this May 19th
19   budget, okay?  Look in time back to May 19,
20   2020.  If you knew you were not going to have
21   this 3.8 million, would you agree, basic math,
22   that then you would not have had to remove the
23   five, 1 million in positions?
24   A.    If that were Dr. Battle's decision, yes.
25   Q.    Okay.  So financially, you would not have

1    had to remove these jobs, correct?
2    A.    Again, I would need to go back and look
3    at both -- both documents side by side to see
4    what else changed, because obviously there were
5    other changes that occurred.
6    Q.    Okay.
7         Did you have to increase the salary to
8    $15 an hour?
9    A.    Yes.  That was something that was
10   approved by Metro Council.
11   Q.    Did you have to do that?
12   A.    Yes.
13   Q.    Was that an aspirational item?
14   A.    It was something that was important to
15   Metro Council, as well as us, that was
16   incorporated into the final budget when they
17   approved it.
18   Q.    Okay.  Now...
19         Okay.  The $15-an-hour increase at the
20   cost of 3 million was not in the May budget,
21   was it?
22   A.    Correct.  It was included in the final
23   budget that the Metro Council approved in June.
24   Q.    And if that had not been in the
25   council -- the budget that was approved in

Case 3:20-cv-01023-Document 148-10 Filed 07/27/22 Page 26 of 81 PageID #: 2945    97..100
*Elite-Brentwood Reporting Services* (615) 595-0073
www.EliteReportingServices.com

1  June, would you not agree that you could have
2  funded these five positions at a cost of 1
3  million?
4  **A.   We could have or we could have reduced**
5  **the reductions in the other areas that were**
6  **cut.**
7  Q.   Okay.  Now, reducing out five jobs at the
8  cost savings of a million, in the big scheme of
9  things, that's only, like we said before, 1
10  percent of 1 percent, correct?
11  **A.   Correct.**
12  Q.   Okay.  And in a budget that's this large,
13  had anyone asked you to find the reduction
14  someplace else, you could have?
15  **A.   We would have, yes.**
16  Q.   Okay.  Now, I want to ask you about
17  vacancies.
18      You put a hiring freeze on, did you not,
19  in the spring of 2020?
20  **A.   Yes.**
21  Q.   Okay.  And that meant if there was an
22  open position that was already funded through
23  the budget, it did not have to be -- it could
24  not be filled, correct?
25  **A.   There were lots of caveats to that,**

1  **because we filled all teaching positions, we**
2  **filled all open bus driver positions, so it**
3  **wasn't all positions.**
4  Q.   If a position's vacant, you still ask for
5  funding for it from Metro Schools, from -- from
6  Metro Council, correct?
7  **A.   Yes, and then --**
8  Q.   Okay.
9  **A.   -- as you said, we would have a reduction**
10  **for a proposed vacancy and turnover that would**
11  **occur during the year.**
12  Q.   And if a job is -- if a job is vacant,
13  you will receive funds for it even for the time
14  period that it's vacant, correct?
15  **A.   Correct.**
16  Q.   Okay.  And in this time period that it is
17  vacant, even if it's vacant half a year, for
18  instance, if it's an $80,000 salary, you
19  receive 80,000 even though you're not paying
20  that salary for half the year, correct?
21  **A.   Correct.**
22  Q.   Okay.  And -- let me show you this again.
23  I think this is the document.
24      Do you see this?  And I think we've
25  already marked this an exhibit.  It's the

1  document that's entitled Budget Presentation?
2  **A.   Yes.**
3  Q.   Okay.  And this was prepared before the
4  tornado, correct?  The information on it was
5  prepared before the tornado, correct?
6  **A.   It looks like it was prepared in**
7  **February, so yes.**
8  Q.   Okay.  And before COVID hit, correct?
9  **A.   Correct.**
10  Q.   Okay.  Before you knew you were going to
11  have reductions, correct?
12  **A.   Correct.**
13  Q.   Okay.  Let's go down to -- and you
14  approved this, correct?
15  **A.   I approved this?**
16  Q.   Yes, this document.
17  **A.   This was a document that the**
18  **communications department put together for**
19  **presentation from Dr. Battle.**
20  Q.   Okay.  But you -- you were there when it
21  was presented?
22  **A.   Yes.**
23  Q.   And as far as you were concerned, when it
24  was presented, it was accurate, correct?
25  **A.   Yes.**

1  Q.   Okay.  Because if it wasn't accurate, you
2  would have stood up and said, where are you
3  coming up with these figures, they're not
4  right?
5  **A.   I don't know if I'd have stood up.  I**
6  **would have asked about it, though.**
7      And this was, of course, before the
8  actual presentation was made.
9  Q.   Okay.  Now, do you see where it says the
10  baseline budget as of February 11, 2020, it's
11  got you at 950 million, correct?
12  **A.   Correct.  That meant that we had to have,**
13  **at that point in time, $950 million to not have**
14  **to make cuts to the budget.**
15  Q.   Okay.
16      Do you know who Mark North is?
17  **A.   Yes.**
18  Q.   Who is he?
19  **A.   He's currently our director of high**
20  **school athletics.**
21  Q.   Does he have any -- did he ever have
22  anything to do with the budget?
23  **A.   No.  He was our government liaison**
24  **position for a while.**
25  Q.   And did he -- same question:  Did he have

Case 3:20-cv-01023  Document 180-10  Filed 07/27/22  Page 27 of 81 PageID #: 2946
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                                    101..104

1  an obligation to be honest with Metro
2  Government with what he was telling the council
3  about the budget?
4  **A.  Yes.**
5  Q.   Okay.  And do you recognize -- let's see,
6  am I sharing a document yet?
7  **A.  Not yet.**
8  Q.   Okay.  I will.
9       Okay.  Do you see this document?
10 **A.  Yes.**
11 Q.   And it is an e-mail from Adrienne Battle
12 to Mark North?
13 **A.  And others, yes.**
14 Q.   Okay.  And it says, "Attached is the
15 updated document, thanks"?
16 **A.  Yes, and it's relating to a department**
17 **budget questionnaire.**
18 Q.   Okay.  And does Dr. Battle and Mark North
19 have an obligation for being honest with the
20 council about these questionnaires?
21 **A.  Yes.**
22 Q.   Okay.  It's dated May 5th, 2020?
23 **A.  Yes.**
24 Q.   Okay.  You are on the e-mail, too,
25 correct?

1  **A.  Correct.**
2  Q.   Okay.  And here's a questionnaire.  Do
3  you recall receiving this?  And have I skimmed
4  through it too fast?
5  **A.  I know that we've had this kind of**
6  **questionnaire in the past.**
7  Q.   Do you recall receiving this on May 5th
8  of 2020?
9  **A.  No, but I have no idea that I -- I have**
10 **no idea why I wouldn't.**
11 Q.   Okay.
12 **A.  I don't recall receiving it on that date.**
13 Q.   Okay.  Do you see Number 4 where it says,
14 "Regarding your department's departmental
15 savings, what's the amount of your department's
16 targeted savings for fiscal year 2020?"
17      And it says, "The School Board builds
18 targeted savings into its budget request,
19 including the 6.2 million targeted savings
20 suggested by the finance department for fiscal
21 year 2020."
22      Do you see that?
23 **A.  Yes.**
24 Q.   Okay.  "As a result of the spending
25 freeze and the fact that schools have been off

1  campus due to COVID, they're going to save
2  approximately 52 million by the end of fiscal
3  year 2020."  Is that a true statement?
4  **A.  That was the goal, was -- and I believe**
5  **the 50 million came from Metro Finance.  The**
6  **targeted savings has a specific definition for**
7  **Metro Government departments, not necessarily**
8  **the school district, and that's why it's in**
9  **quotes.**
10 **But the goal was to save $50 million by**
11 **the end of -- which would be June 30th of 2020,**
12 **for the '19-20 year once everything shut down**
13 **and sales tax revenue plummeted.**
14 Q.   Were those targeted savings that the
15 School Board wanted to make?
16 **A.  No, these were savings that, again, Metro**
17 **Finance and the mayor's office requested of us.**
18 **And so, we spent from mid March through the end**
19 **of the fiscal year trying to reduce as much as**
20 **we possibly could, and their goal for us was**
21 **this $52 million number.**
22 Q.   This says that the suggested number by
23 the finance department was 6.2 million.
24 **A.  That's the -- the, quote-unquote,**
25 **targeted savings.  And again, it's -- it's a**

1  **specific definition for Metro Government**
2  **departments.  And so, it's not necessarily the**
3  **amount of savings that we would have, and**
4  **that's why the 52 million is in this same**
5  **answer.**
6  Q.   Okay.  You confused me completely.
7       This sounds like to me that the School
8  Board had into its budget 6.2 targeted savings.
9       MR. FOX:  Objection.  I think you
10 miss --
11 BY MS. STEINER:
12 Q.   Where it was going to be money that was
13 saved.
14      MR. FOX:  You mean 6.2 million?
15 BY MS. STEINER:
16 Q.   6.2 million.  And that was the amount
17 that was suggested by the finance department
18 for fiscal year 2020?
19 **A.  Fiscal year 2020 would be '2019-20.**
20 Q.   Okay.  But it did have the 6.2 million
21 savings that it had made for 2019-2020,
22 correct?
23 **A.  Yes.  Again, it's semantics on the term**
24 **"targeted savings."  It's got a different**
25 **definition from Metro Finance than just regular**

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 29 of 82 PageID #: 2947
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
105..108

1  savings.
2  Q.  And so, what is the definition of
3  "targeted savings" that Metro uses?
4  **A.  They ask all of their departments to**
5  **target additional budget reductions as part of**
6  **their regular budget process.  And it doesn't**
7  **necessarily apply to the school district, it's**
8  **for regular Metro departments.**
9  Q.  Okay.  But you're telling Metro Council
10  that the School Board does, indeed, have
11  targeted savings?
12  **A.  What we're saying is, we do look for**
13  **savings in our budget request as we go through**
14  **our budget process.**
15  Q.  And you found 6.2 million?
16  **A.  It says, "Including the 6.2 million**
17  **targeted savings suggested by the finance**
18  **department."**
19  Q.  Okay.
20  **A.  And so, as part of the budget process,**
21  **Metro Finance indicates what targeted savings**
22  **amounts should be from Metro Government**
23  **departments, but again, that doesn't**
24  **necessarily apply to the school district.  And**
25  **so, we're basically telling them we do that as**

1  **part of our budget process.**
2  Q.  Whether it applies to you or doesn't
3  apply to you, you do it as part of your
4  process, correct?
5  **A.  Correct.**
6  Q.  Okay, and you did it for fiscal year 2020
7  and you had about 6.2 million saved?
8  **A.  Actually, we had more than that that was**
9  **saved in 2019-20.**
10  Q.  Okay, you had 52 million by the end of
11  2020?
12  **A.  Well, that was our goal.  This -- this**
13  **was not at the end of the fiscal year when this**
14  **came out.**
15  Q.  Okay.  That's what it looked like you
16  were going to save by the end of fiscal year
17  2020?
18  **A.  That was our goal, yes.**
19  Q.  Okay.  And so, Adrienne Battle knew that
20  by the end of -- she knew in May that by the
21  end of December, you're going to have 52
22  million in savings?
23        MR. FOX:  Objection to form.
24        **THE WITNESS:  Our fiscal year ends in**
25  **June.**

1  BY MS. STEINER:
2  Q.  She knew that by the end of June, then,
3  you were going to have 52 in savings?
4        MR. FOX:  Objection to the form.
5        **THE WITNESS:  She knew that was the**
6  **goal.**
7  BY MS. STEINER:
8  Q.  Okay.  And if this letter is dated May
9  5th, 2020, you've only got three weeks in May,
10  four weeks in June, so the goal was going to be
11  met in -- in seven weeks, correct?
12        MR. FOX:  Objection to the form.
13        **THE WITNESS:  The goal started when**
14  **the letter came from Metro Finance sometime in**
15  **March.**
16  BY MS. STEINER:
17  Q.  Okay.  But by the time you sent this
18  letter to Metro Council on May 5th of 2020, you
19  knew pretty well, because you weren't talking
20  about three years out, you were talking about
21  only seven weeks out, correct?
22  **A.  Uh-huh.**
23  Q.  So in terms of being accurate or not
24  accurate, you were pretty accurate that that's
25  how much you were going to save?

1  **A.  That was our estimation at that time.**
2  Q.  And is that how much you saved?
3  **A.  I don't remember the exact amount.**
4  Q.  Do you know approximately how much you
5  saved?
6  **A.  Not off the top of my head from 2020, no.**
7  Q.  Let's go down where it's talking about
8  full-time employees in your department.
9      "How many budgeted employees do you
10  have?"  And it says 9,051.9 in the operating
11  budget.
12      "How many unfilled FTE employees does
13  your department currently have?"  And it said
14  for the operating budget, over 200; is that
15  correct?
16  **A.  That's what it says.**
17  Q.  Okay.  Now, if you assume that each of
18  these employees -- how much does a bus driver
19  make?
20  **A.  I don't know the total position cost**
21  **because you would need to include insurance and**
22  **pension.**
23  Q.  Does -- when you have these unfilled
24  FTEs, does your department keep track of who
25  they are and how much money you're not having

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 29 of 81 PageID #: 2948
Elite-Brentwood Reporting Services  (615) 595-0073  *109...112*
www.EliteReportingServices.com

1  to spend because they're unfilled?
2  **A.   Human resources mainly does that.**
3  Q.   Okay.  And would that be Lisa Spencer?
4  **A.   She's in human resources, yes.**
5  Q.   Do you have -- if -- if this money,
6  though, that's not used in the budget for a
7  position, where does it go?
8  **A.   It goes to offset the sales tax revenue**
9  **reduction that was occurring at the same time.**
10 **It would be a part of that 52 million in**
11 **overall savings that was our goal.**
12 Q.   Okay, question's a little different.
13      Every year you've been there, you've got
14 unfilled FTE positions, correct?
15 **A.   As large as we are, yes, we'll have --**
16 Q.   Okay.
17 **A.   -- unfilled positions.**
18 Q.   And so, I'm not talking about sales tax
19 or anything else, okay?  What I want to know
20 is, when you have these unfilled positions,
21 supposing it's -- it's like Mo Carrasco, his
22 position went unfilled and I believe he was
23 making 185,000 a year.  If you have a position
24 like that that's unfilled where you've gotten
25 the funding from Metro Government to pay for

---

1  the position, where does the money go?  Does it
2  go in a particular account?
3  **A.   It goes to our fund balance, and our fund**
4  **balance is also affected by revenue.  And so,**
5  **that's why I mentioned sales tax, because it's**
6  **a combination of revenue and expenditures.**
7  Q.   At the end of -- does it go on a routine
8  basis to fund balance or is it a calculation
9  that's made at the end of the year?
10 **A.   It's usually just looked at at the end of**
11 **the year, but it takes place throughout the**
12 **year.**
13 Q.   And do you know how much money was
14 transferred to the fund balance at the end of
15 the 2019-2020 school year?
16 **A.   I do not.**
17 Q.   Now, have you ever requested to use the
18 fund balance for anything where Metro
19 Government has said no?
20 **A.   It's rare that we would request the use**
21 **of fund balance that didn't already come from**
22 **the Metro Council, so I don't remember -- I**
23 **don't remember that being the case.**
24 Q.   Would you agree that the money saved by
25 these vacancies -- let me show you this

---

1  document real quick.
2      Okay.  Can you see this Excel document?
3      MR. FOX:  No.
4      **THE WITNESS:  Not yet.**
5      **Yes.**
6  BY MS. STEINER:
7  Q.   Okay, good.
8      Okay.  Have you ever seen a document like
9  this before?
10 **A.   No.**
11 Q.   Okay.
12 **A.   Not that I remember.**
13 Q.   Assuming that this is the vacancies that
14 were sent to the employees at -- at Metro
15 Schools, do you see down here at the very
16 bottom where it's got -- it's got all the
17 departments numbered on the side.  Do you see
18 that, from about 1200 -- the function
19 department, 1200 --
20 **A.   Yes.**
21 Q.   -- all through, and it shows all the
22 positions that are unfilled at Metro Schools.
23 I'm going to ask you a question about this.
24      Do you see the number of unfilled
25 positions running somewhere around 1,000?

---

1  **A.   Yes.  I don't -- I don't know where this**
2  **came from, but I see that number.**
3  Q.   Okay.  Do you see the sum of the salaries
4  for that running somewhere around 65 million?
5  **A.   Yes.**
6  Q.   Okay.  Does that seem about accurate for
7  what the vacancies would have been for that
8  year?
9  **A.   I don't -- I don't know, and I don't know**
10 **when this was put together, but very well could**
11 **have been after the hiring freeze was**
12 **implemented.**
13 Q.   Okay.
14     MS. STEINER:  Can we have this Excel
15 document sheet marked the next-numbered
16 exhibit?
17     MR. FOX:  Problem is I don't think he
18 had ever seen it before.
19     MS. STEINER:  Well, for
20 identification purposes is fine.
21     MR. FOX:  Okay.
22     (WHEREUPON, a document was marked as
23 Exhibit Number 7, for identification.)
24 BY MS. STEINER:
25 Q.   And so then, when the hiring freeze was

1  put on Metro Schools, you did save a lot more
2  than what you would have thought you were going
3  to save and -- what was -- what you normally
4  would have saved in unfilled positions,
5  correct?
6  **A.  When the hiring freeze was implemented?**
7  Q.  Yes.
8  **A.  Yes, we would have saved more than we**
9  **typically would have.**
10  Q.  Okay.  We're back to the final budget.
11  Can you see that?
12  **A.  It's showing some e-mail exchange.**
13       MR. FOX:  Looks like your folder or
14  something.
15       MS. HARBISON:  Yeah, can you all look
16  away?
17       **THE WITNESS:  Sorry, didn't mean much**
18  **to me.**
19       MR. FOX:  Didn't mean anything, it's
20  just a folder.
21       MS. HARBISON:  Just in case.  You all
22  are okay now.
23  BY MS. STEINER:
24  Q.  Okay, hang on here.
25       Okay, am I sharing anything?

1       MR. FOX:  Yes.
2  BY MS. STEINER:
3  Q.  What is it?
4  **A.  It's the May 19th version.**
5  Q.  Thank you.
6       MR. FOX:  Some Border Collies.
7       MS. STEINER:  That's just one, he
8  moves fast.
9       MS. HARBISON:  Yeah, keep looking
10  away.
11  BY MS. STEINER:
12  Q.  Okay.  Now, can you see the final budget?
13  **A.  Yes.**
14  Q.  Okay.  May 19th and final budget.
15       For May 19th, in this budget, do you have
16  built-in fluff?  And I don't know what you
17  would call it, but built-in savings?
18  **A.  No.  The only savings really would**
19  **potentially be, as you said earlier, not having**
20  **a position filled the entire year.**
21       **But when we budget for positions, we**
22  **budget an average cost.  And so, if someone**
23  **comes in with family insurance coverage, that's**
24  **going to be a lot more than somebody coming in**
25  **with single insurance, for example.**

1       **So a budget's an estimate and it's --**
2  **it's our best estimate that we have, but we**
3  **don't have anything considered fluff.**
4  Q.  Do you ever overestimate the expenses?
5  **A.  Over --**
6  Q.  Overestimate?
7  **A.  What do you mean by overestimate?**
8  Q.  Put these figures a little higher than
9  what they are to make sure that you've got
10  everything covered?
11  **A.  No, because we want to be able to do**
12  **everything we can for the -- for the students,**
13  **so no.**
14  Q.  Now, for vacancies, you've only got
15  listed 3 million; is that correct?
16  **A.  That is correct.**
17  Q.  Okay.  And you saw Mr. North's statements
18  to the council that the vacancies were at least
19  200?
20  **A.  At -- at that point in time, during that**
21  **fiscal year after the hiring freeze was**
22  **implemented, yes.**
23  Q.  And I believe you testified just a second
24  ago that it was possible that the vacancies
25  could have saved up to, what was it, 58

1  million?
2  **A.  Well, no, the -- the vacancies by**
3  **themselves would not have been the only thing**
4  **that we would have been identifying as savings**
5  **during the -- during that last quarter of 2020.**
6  Q.  For this vacancy turnover rate, do you
7  know how many jobs are included in this 3
8  million figure that you've got there?
9  **A.  No.  This was a number that we had been**
10  **using for a few fiscal years.  And we also have**
11  **every year an increase to our charter school**
12  **transfer, which is a moving target.**
13       **And so, we intentionally did that a**
14  **little lower as far as a reduction goes because**
15  **we don't know when new employees come in, where**
16  **they're going to come in on the salary scale,**
17  **what kinds of insurance they're going to take.**
18  **Plus, that charter school transfer number that**
19  **we use in the budget can fluctuate.**
20  Q.  Okay, so the vacancy turnover rate is low
21  in this budget, correct?
22  **A.  Vacancy turnover rate?**
23  Q.  The vacancy turnover that you've got here
24  at the savings of 3 million is low?
25  **A.  Well, we don't know what it's going to**

Case 3:20-cv-01023  Document 142-10  Filed 07/27/22  Page 31 of 81 PageID #: 2950
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com     117..120

1  be.  This is for 2021, so we weren't -- we
2  weren't under a hiring freeze at that time.
3  Q.  Okay, so you don't know whether or not
4  it's going to be $10,000 or whether or not it's
5  going to be $50 million?
6  A.  Well, we don't think it's going to be
7  either of those numbers.
8  Q.  Okay.  So then, what do you think it's
9  going to be?
10 A.  We use our best estimate working with
11 human resources to put a number in the budget.
12 Q.  And I believe you just testified that
13 this $3 million figure that's used is on the
14 low end of that.
15 A.  It's on the low end compared to when we
16 were under a hiring freeze, yes.
17 Q.  Okay.  And when you were under a hiring
18 freeze, you knew you were under a hiring freeze
19 as of May 19th, 2020, didn't you?
20 A.  Yes, but this is for the 2021 fiscal
21 year.  We were not under a hiring freeze in
22 2021.  This -- the hiring freeze was in '19-20.
23 Q.  So then, for the vacancy turnover
24 rate for 2020 through '21, you only have 3
25 million in there for that, correct?

1  A.  For that one thing, yes.
2  Q.  Okay.  Now, what was it for that year?
3  A.  I don't know.
4  Q.  Can you figure it out?
5  A.  I don't know if I could or not.  Human
6  resources would have to do it.
7  Q.  Okay.
8       Did you know that Mr. Booker was able to
9  testify as to what he thought that figure was
10 and that it was much greater than the 3
11 million?
12 A.  No.
13 Q.  Did you read Mr. Booker's deposition?
14 A.  No.
15 Q.  Have you read any of the depositions
16 given in this case?
17 A.  No.
18 Q.  Mr. Booker is the -- the employee under
19 you, correct?  He's one under you?
20 A.  Yes, he's one of them, yes.
21 Q.  Okay.  So he's like second in charge of
22 the finance department, correct?
23 A.  Well, they're all on the same level.
24 Q.  Okay.  And he's an honest employee,
25 correct?

1  A.  Correct.
2  Q.  Okay.  Now, can you see this budget that
3  I've put up here that says Draft Number 1, and
4  it's got March 23rd, 2020?
5  A.  Yes.
6  Q.  Okay.  Was this created before or after
7  you knew that you were going to have to have a
8  reduction; do you know?
9  A.  We would not have known what our funding
10 allocation was going to be at that point.
11 Q.  Okay.  So would you have put everything
12 in this March 23rd, 2020, budget that you
13 thought you would need for the next year?
14 A.  No, this would only show what those items
15 that we had to have as a continuity of
16 operations budget.  And if we didn't receive
17 that amount, then we would have to make budget
18 reductions.
19 Q.  Okay.  The certificated step increase,
20 you got 5.4 million over there.  Why is that
21 not in a cost category?
22 A.  There was still discussion about, as far
23 as our continuity of operations, what all we
24 wanted to include in it.  And so, these were
25 only showing items that we would have -- at

1  that -- this point in time that we would have
2  to do moving forward to create a continuity of
3  operations budget.
4  Q.  So was the 5.4 million needed to do a
5  continuity --
6  A.  It was determined that --
7  Q.  -- budget?
8  A.  -- that needed to be a part of the
9  continuity of operations later.
10 Q.  Okay.  But as of March 23rd, 2020, it was
11 not?
12 A.  Yeah, this is just a draft document, so
13 yes.
14 Q.  Okay.  And the 1 percent cost of living
15 scheduled increase of 4.406 million, that was
16 also determined not to be a part of the
17 continuity of whatever -- what was it you said?
18 A.  Continuity of operations.
19 Q.  Yeah.
20 A.  The step increase -- step -- salary step
21 increase was a part of the final continuity of
22 operations budget, but the 1 percent cost of
23 living adjustment was not.
24      Again, this was just a draft document for
25 discussion.

Case 3:20-cv-00123-BJB-CHL Document 148-10 Filed 07/27/22 Page 33 of 81 PageID #: 2951
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
121...124

1  Q.   How did the cost of living go from 1 -- 1
2  percent to 3 percent?
3  **A.   Where's the 3 percent?**
4  Q.   In the final budget.  Let me show you.
5  **A.   Okay.**
6  **There's no -- there's no cost of living**
7  **adjustment in this final budget.**
8  Q.   Down at the very bottom, continuation of
9  fiscal year '20, mid-year three-year COLA?
10 **A.   That was the -- the previous year,**
11 **January 2020, 3 percent COLA where we used our**
12 **undesignated fund balance.**
13 Q.   Okay.
14 **A.   And that required an additional**
15 **$15 million in funding to sustain it.**
16 Q.   Okay.
17 **A.   So that was the previous fiscal year.**
18 Q.   Now, do you see the -- in the final
19 budget where it says, "Certificated salary step
20 increase contingent upon meeting council fund
21 balance requirements"?
22 **A.   Yes.**
23 Q.   Okay.  It's got the five -- what -- so
24 what was the council fund balance requirement?
25 **A.   I would have to go back and look at the**

1  **actual budget ordinance, but that was language**
2  **that was included in what the Metro Council**
3  **approved and it required verification from the**
4  **Metro Finance department.**
5  Q.   That the fund balance was a certain
6  amount?
7  **A.   That the fund balance was a certain**
8  **amount so that we could give this step**
9  **increase.**
10 Q.   Do you know what it was on June 30 of
11 2020?
12 **A.   I don't, I'd have to go back and look at**
13 **the final financial reports.**
14 Q.   Was it running over 10 million, 20
15 million?
16 **A.   It was well under the 5 percent that was**
17 **in Metro Council policy.**
18 Q.   And would that be 5 percent of 914
19 million or 5 percent of 948 million?
20 **A.   It would be 9 -- it would be 5 percent of**
21 **whatever our final approved operating budget**
22 **would be.**
23 Q.   And for this budget, would it be 933
24 million?
25 **A.   Yes, for the --**

1  Q.   Okay.
2  **A.   -- for the 2021 budget, yes.**
3  Q.   Okay.  And so, 10 percent of that would
4  be 93 million.  And so then, 5 percent would be
5  somewhere around 46, 47 million; is that
6  correct?
7  **A.   Yes.**
8  Q.   Okay.
9  **A.   Yes.**
10 Q.   Okay.  And you're saying it was under
11 that?
12 **A.   Yes.**
13 Q.   Okay.  Now, why was the certificated
14 salary step increase contingent upon meeting
15 the council fund balance requirements?
16 **A.   That was just how the Metro Council**
17 **approved it.**
18 Q.   Did it come from the fund?
19 **A.   Did what come --**
20 Q.   The certificated salary step increase,
21 did it come out of the fund balance?
22 **A.   No.  The council just wanted to make sure**
23 **that we had a fund balance that was appropriate**
24 **before we could give this certificated and**
25 **support salary step increase, because they were**

1  **both contingent.**
2  Q.   And they were both coming from funding
3  from Metro Government?
4  **A.   Yes.**
5  Q.   Okay.  Did you or anyone, to your
6  knowledge, ever tell Metro Government, we've
7  got these five jobs down here that we don't
8  really want to get rid of, will you give us an
9  extra million?
10 **A.   I did not.**
11 Q.   Okay.  Did Metro Council tell you at any
12 point in time $933,652,100 is it?
13 **A.   Yes, that was what was in the final**
14 **budget ordinance that was passed.**
15 Q.   Okay.  And in that final budget ordinance
16 that was passed, it had these five jobs being
17 eliminated, correct?
18 **A.   Well, they just approve a total bottom**
19 **line number, so they would approve the 933.6.**
20 Q.   Is that the amount that Metro Schools
21 asked for?
22 **A.   We didn't necessarily ask for anything.**
23 **It was based upon what the mayor recommended**
24 **and what the council approved.  This was the**
25 **year that we didn't really get to go through**

Case 3:20-cv-01023 Document 110-10 Filed 07/27/22 Page 33 of 81 PageID #: 2952
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
125..128

1  that process.
2  Q.   This amount was approved by the School
3  Board, though, correct?
4  A.   After the Metro Council approved the
5  budget, yes, once we knew what our final total
6  amount would be.
7  Q.   Okay.  Now, when did you know you were
8  going to get this property tax refund?
9  A.   I don't remember the date.  It comes to
10  us from Metro Finance, what that amount's going
11  to be every year, and it can go up or down.
12  Q.   Okay.  And in the May 19th budget,
13  there's nothing in there for that, is there?
14  A.   I don't remember, but I'd have to go
15  back and --
16  Q.   Here, this is May 19th --
17  A.   Oh.
18  Q.   -- I'm showing you right now.  Do you see
19  it in there?
20  A.   When you're switching back and forth --
21  Q.   Yeah, I know.
22  A.   -- I'm not sure which version --
23  Q.   Yeah.
24  A.   -- you have.  Is this --
25  Q.   This is May 19th.

1  A.   Okay, then we knew at that point.
2  Q.   2020, do you see that -- do you see the
3  Metro --
4        MR. FOX:  And, I'm sorry, could you
5  scroll back a little so we can see the May 19th
6  date?
7        THE WITNESS:  It's right up here.
8        MR. FOX:  Oh, okay.
9        MS. STEINER:  Yeah.
10        THE WITNESS:  So we knew at that
11  time -- we had received notification at that
12  time from Metro Finance of what that MDHA
13  transfer amount would be.
14  BY MS. STEINER:
15  Q.   Okay.  Now, as the secretary for the
16  School Board, what are your job duties?
17  A.   There really aren't any.  It's just a
18  position title in name.  My signature appears
19  on all the School Board minutes.
20  Q.   You were at all the School Board
21  meetings, correct?
22  A.   Most of them, almost all of them.
23  Q.   And when this budget was presented to the
24  School Board on May 2nd, 2020 -- was it
25  presented on May 2nd, 2020?

1  A.   This has a May 26th date on it.
2  Q.   May 26th, yeah.
3        Was it presented -- was the budget
4  presented to the School Board on May 26th,
5  2020?
6  A.   I'd --
7  Q.   On May 19th?
8  A.   I'd have to look at the agenda --
9  Q.   Okay.
10  A.   -- to see if it's on there.
11        I don't see it on there.  I see central
12  office reorganization on there.
13  Q.   Who types these notes?
14  A.   The board office, it's a combination of
15  two individuals.
16  Q.   Who are they?
17  A.   David Sevier and Cameo Bobo, B-O-B-O.
18  Q.   Okay.  Now, do you recognize this
19  agenda --
20  A.   No.
21  Q.   -- I'm showing you right now?
22  A.   I don't -- no.
23  Q.   Okay.  I'm going to ask you a question
24  about this.
25        Is that your signature?

1  A.   It's a copy of my signature, yes.
2  Q.   And would you have put this on here?
3  A.   No.
4  Q.   Who put it on there?
5  A.   It would have been the board office.
6  Q.   Did you give them permission to put your
7  signature on there?
8  A.   Yes.
9  Q.   Okay, and did you review it before you
10  gave them permission to put your signature on
11  there?
12  A.   Not for sure if I reviewed these minutes
13  or not.
14  Q.   Is it your typical policy to review the
15  minutes before you put your signature on there?
16  A.   Not -- no.  No.
17  Q.   So then, somebody in School Board's
18  office has the ability to put your signature on
19  these minutes without you even seeing it?
20  A.   Correct.
21  Q.   Okay.  How long have you all been doing
22  that?
23  A.   I don't know.
24  Q.   Were you at the May 26th, 2020, School
25  Board meeting?

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 34 of 81  PageID #: 2953
Elite-Brentwood Reporting Services    (615) 595-0073
www.EliteReportingServices.com                         129...132

1  A.   I assume so.  It's rare that I miss any
2  board meetings, so I assume so.
3  Q.   Now, let's go down to the very bottom of
4  this.
5      Okay.  Do you see this?  That is called
6  Central Office Reorg Plan, and it's Bates
7  stamped MG000181 at the bottom of the page.  Do
8  you see this page?
9  A.   Yes.
10 Q.   Do you know who typed this?
11 A.   I do not.
12 Q.   Do you know whether or not this was
13 presented to the School Board?
14 A.   I assume it was, since it was on the
15 agenda.
16 Q.   How would this be presented to the School
17 Board?
18 A.   Well, if you go back up to the agenda, I
19 need to look and see how it was included on the
20 agenda.
21     So it appears that it's under the consent
22 agenda, which wouldn't necessarily cause any
23 discussion to be held.  The board typically
24 would just -- when someone pulls something off
25 the consent agenda for discussion, the board

1  approves all consent agenda items -- consent
2  agenda items at the same time.
3  Q.   Who makes the decision about what goes on
4  the consent agenda and what doesn't?
5  A.   It would be a combination of the board
6  chair and the director of schools.
7  Q.   Do you know why the reorg plan was put on
8  the consent agenda?
9  A.   I don't.
10 Q.   So then, is it possible that -- how is
11 the central office reorganization plan even
12 sent where they know what's being eliminated or
13 what's not being eliminated?  How do they know
14 that?
15 A.   I assume Dr. Battle talked to each
16 individual School Board member individually.
17 Q.   Can you do that?
18 A.   Yeah.
19 Q.   So she would have contacted them outside
20 of the board meeting?
21 A.   Sure.  She meets with them one-on-one
22 individually every month.
23 Q.   And tells them, I want to eliminate these
24 positions?
25 A.   I don't know what she told them.

1  Q.   Okay.  Meaning, does she have the right
2  to say, I would like to eliminate these
3  positions from the central office, outside of
4  the School Board meeting?
5  A.   I would defer to Metro Legal on that.
6      MR. FOX:  Objection to the form.
7  BY MS. STEINER:
8  Q.   Do you recall any information about the
9  central office reorg plan being brought up in
10 the School Board meeting?
11 A.   I don't recall, no.
12 Q.   Does this mean that this was approved on
13 May 26th, 2020, or that it was just brought in
14 front of them?
15 A.   If the board approved this consent agenda
16 with that item on it, then they would have
17 approved it, yes.  And it would be reflected in
18 the minutes of the meeting.
19 Q.   And these are the minutes of the meeting,
20 correct?
21 A.   This is just the agenda, no.
22 Q.   The agenda, okay.
23     And then the minutes are at the next
24 meeting, correct?
25 A.   Sometimes it's more than one meeting

1  later.  It would be at a subsequent meeting.
2  Q.   So then, the central office reorg plan
3  was submitted to the board the same time that
4  they approved the minutes from April, the same
5  time that they recommended approval of Request
6  Number 2 for large scope projects at various
7  schools; is that correct?
8  A.   All of these items that are on the
9  consent agenda, I'm assuming, were approved at
10 this meeting; again, without going back to look
11 at the minutes of this meeting to see if
12 anything was pulled for discussion.
13 Q.   And by a consent agenda, that means
14 there's just one vote, yea or nay, on all of
15 these items at the same time?
16 A.   Correct.
17 Q.   Okay, there's not, like, you've got A
18 through F, there's not six different votes?
19 A.   Correct.
20 Q.   Okay.
21 A.   And the School Board member can request
22 an item to be pulled from the consent agenda
23 for discussion and separate vote.
24 Q.   Okay.  And would you agree that on this
25 consent agenda -- let's go back down here to --

1  was the central office reorg plan that's typed
2  here that's marked MG181, was that submitted to
3  the School Board?
4  **A.   I assume it was under -- as part of the**
5  **agenda, yes.**
6  Q.   Would it have been submitted with the
7  agenda, or could it have been submitted at a
8  different time?
9  **A.   I'm assuming it's typically with the**
10 **agenda.**
11 Q.   Do you have any idea why the type is
12 different than what's contained in the rest of
13 the agenda?
14 **A.   Whoever wrote this up just used a**
15 **different font, apparently.**
16 Q.   And do you have any idea who wrote this?
17 **A.   I don't.**
18 Q.   And in this vote where they voted on all
19 six of these items at the same time or seven of
20 these items at the same time, they also agreed
21 to eliminate all these positions at the same
22 time, correct?
23 **A.   It appears so, yes.**
24 Q.   Okay.  And it says that the positions are
25 being eliminated based on budget constraints,

1  does it not?
2  **A.   It does.**
3  Q.   Okay.  Did you read that in the budget
4  when it was being submitted in May of 2020?
5  Did you read that?
6  **A.   Did I read what?**
7  Q.   Where it says that they are requesting
8  board approval to eliminate the following
9  positions based on budget constraints?
10 **A.   I knew that that was part of -- yeah,**
11 **part of the numerous budget reductions that**
12 **were being made, yes.**
13 Q.   Did you raise your -- and was -- was
14 whoever prepared the central office reorg plan
15 and was Dr. Battle and you under an obligation
16 to be honest with the School Board that these
17 positions are being eliminated based on budget
18 constraints?
19 **A.   This would be a recommendation from**
20 **Dr. Battle, yes.**
21 Q.   Okay.  And would you agree that it does
22 not say "reorg"?
23 **A.   It says "central office reorganization**
24 **plan," yes.**
25 Q.   But it says that they're eliminated based

1  on budget constraints, correct?
2  **A.   Correct.  These would be part of that**
3  **15.2 million that we had to cut.**
4  Q.   Okay.  Did you raise your hand at any
5  point or tell anybody, if you want me to find
6  this 1 million, I can?
7  **A.   No.  Dr. Battle told me this was what**
8  **we're going to do.**
9  Q.   Okay.  And that was regardless of whether
10 or not you could fund it somewhere in the
11 budget, correct?
12 **A.   We didn't have that discussion.**
13 Q.   Okay.  So the actual decision to
14 eliminate these positions was made by
15 Dr. Battle as opposed to the School Board.  The
16 School Board just kind of rubber-stamped her
17 decision, correct?
18     MR. FOX:  Objection to the form.
19     **THE WITNESS:  She made a**
20 **recommendation that the School Board approved,**
21 **yes.**
22 BY MS. STEINER:
23 Q.   Without any discussion?
24 **A.   For this particular item, unless it were**
25 **pulled from the consent agenda, this would not**

1  **have been discussed.  But it very well could**
2  **have been discussed in some of our budget**
3  **meetings.**
4  Q.   Okay.  And it does not have the executive
5  director position on here, correct?
6  **A.   It's just got the ones that are listed**
7  **here.**
8  Q.   Okay.  Now, if a job is repurposed, do
9  you have any sort of policy or guidelines that
10 you use to determine when a job is actually
11 repurposed versus when a job is eliminated?
12 **A.   No, that would be more of a human**
13 **resources function than a finance function.**
14 Q.   Okay.  Let me show you this.
15    Do you see this document?
16 **A.   Yes.**
17 Q.   Okay.  And it looks like it's the
18 August 11th, 2020, School Board meeting?
19 **A.   Yes.**
20 Q.   Okay.  And do you see the central office
21 reorg plan --
22 **A.   Yes.**
23 Q.   -- down there at the bottom?
24 **A.   Yes.**
25 Q.   What -- what does this mean?  Why is this

Case 3:20-cv-01023-BJD-PDB   Document 149   Filed 07/27/22   Page 36 of 81 PageID #: 2955
E01023 - Brentwood Reporting Services (305) 595-0073
www.EliteReportingServices.com
137..140

1  in the August 1st...
2  **A.   These would be the minutes from the**
3  **May 26th meeting that the board approves as**
4  **part of the August board meeting.  And from**
5  **here, it looks like central office**
6  **reorganization plan was a part of the consent**
7  **agenda and approved, voted eight to nothing.**
8  Q.   Okay, and would that have been approved
9  on August 11th, 2020?
10  **A.   The meetings of -- the minutes of the**
11  **May 26th meeting would have been approved on**
12  **August 11th, yes.**
13  Q.   Okay.  But the actual approval took --
14  **A.   I'm sorry, I'm sorry.**
15  Q.   The actual approval took place when?
16  **A.   At the May 26th meeting.**
17  Q.   Okay.  Thank you.
18      MS. STEINER:  Okay, I'd like the
19  May 26th minutes marked the next-numbered
20  exhibit, and I think it's Number 8.  And then
21  Number 9 the August 1st, 2020, exhibit.
22      MR. FOX:  No objection.
23      (WHEREUPON, documents were marked as
24  Exhibit Number 8 and Exhibit Number 9.)
25

1  BY MS. STEINER:
2  Q.   So if you don't read -- you don't have to
3  read the minutes, but they can use your
4  signature on there.  So then, you would be the
5  secretary for the Board of Education, but
6  you're approving the minutes without reading
7  them, correct?
8  **A.   I scan them, but they're written by**
9  **other -- they're written by those that are in**
10  **the board office that I mentioned earlier, and**
11  **then also signed by the board chair.**
12  Q.   And the board has the ability to use your
13  signature on there regardless of whether or not
14  they get the approval from you, correct?
15  **A.   It's just understood that what they're**
16  **typing in is accurate.**
17  Q.   Okay.  Has anyone ever questioned you or
18  have you ever thought about whether or not you
19  may have some sort of conflict of interest if
20  you are actually the -- the chair of the
21  finance department bringing the -- presenting
22  the budget to the board?
23  **A.   No.**
24  Q.   Because you're asking the board for
25  approval of the budget, correct?

1  **A.   Dr. Battle is, technically.**
2  Q.   Okay, but you're the one typically who
3  presents it, correct?
4  **A.   She has been presenting it since she has**
5  **been director of schools.**
6  Q.   Okay.  Were you aware of a contract that
7  was called the Firefly contract?
8  **A.   No.**
9  Q.   Okay.  Do you recall signing that
10  contract?
11  **A.   Our signatures are electronic, and I do**
12  **sign all contracts, but I don't -- we have lots**
13  **of contracts, I don't remember that one.**
14  Q.   Okay.  When the heads of the department
15  are trying to determine how much money they
16  need for their department, their function each
17  year, do they have something called "Defending
18  Your Budget"?
19  **A.   Do they have something called "Defending**
20  **Your Budget"?**
21  Q.   "Defending Your Budget" where they appear
22  in front of Barry Booker and other individuals
23  to set forth what they're going to need in
24  their function?
25  **A.   There's a long process, yes, where**

1  **budgets are presented to the finance team up**
2  **the chain of command all the way up to the**
3  **chief, and then -- but ultimately, it's the**
4  **director of schools' responsibility to**
5  **determine what's going to be included.**
6  Q.   Okay.  Now, for school choice, were you
7  aware that Jane Doe was the director?
8  **A.   Yes.**
9  Q.   Okay.  And did she have a job duty for
10  preparing what she thought she was going to
11  need in her department for the next year?
12  **A.   In consultation with her supervisor, yes.**
13  Q.   Okay.  And then she would present that to
14  Barry Booker?
15  **A.   She would present that to her supervisor,**
16  **and then there would be discussions with the**
17  **finance team.  But again, the approval**
18  **ultimately would be Dr. Battle, the director of**
19  **schools.**
20  Q.   Who was Jenai Hayes's -- Jane Doe's
21  supervisor?  Was it Hank Clay?
22  **A.   Yes.**
23  Q.   Okay.
24  **A.   I believe it was.**
25  Q.   And do you recall a man whose last name

Case 3:20-cv-01023-JPM Document 140-10 Filed 07/27/22 Page 37 of 81 PageID #: 2956
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
141..144

1  is Knapp?
2  **A.   Kevin Knapp?**
3  Q.   Yes.
4  **A.   He works for Barry Booker.**
5  Q.   Okay.  Do you know whether or not --
6  if -- if Ms. Jane Doe was to testify that she
7  had to take her budget in front of Mr. Knapp
8  and he approved it, does that sound about
9  right?
10  **A.   He wouldn't approve it, he would just**
11  **take what was given and include it in whatever**
12  **was going to be presented to the director of**
13  **schools.  He --**
14  Q.   Okay.
15  **A.   He doesn't have the authority to approve**
16  **it.**
17  Q.   And does the director of schools, is she
18  the one that has the ability to remove items
19  from that budget?
20  **A.   She can.**
21  Q.   Does anyone else have that ability, other
22  than the director of schools?
23  **A.   Individual department heads can, but**
24  **again, ultimately it's going to flow up through**
25  **the director of schools.**

1  Q.   Okay.  Now, assuming that there's
2  something called a Firefly contract that was in
3  school choice where the cost was 185,000, I
4  believe, the first year, and then every year
5  thereafter 20,000, assuming that Ms. Doe said,
6  for the 2020-21 school year, we don't need this
7  in our budget because it's only 20,000 this
8  year as opposed to the 185 the year before,
9  assuming that she told Mr. Knapp that and
10  assuming that she saw Mr. Knapp put 20,000 in
11  the budget for that Firefly contract, who would
12  have had the ability to -- to move that back up
13  to 185?  Would that have been Mr. Clay and
14  Dr. Battle?
15       MR. FOX:  Objection to the form.
16       **THE WITNESS:  Could have been a**
17  **number of people, but I assume they would be**
18  **involved or in the discussion, especially with**
19  **Hank Clay.  I don't know how much Dr. Battle**
20  **would have been involved in a discussion like**
21  **that.**
22  BY MS. STEINER:
23  Q.   Did you know that that Firefly cost got
24  moved from 20,000 to 185?
25  **A.   No.**

1  Q.   Okay.
2       MR. FOX:  Objection to the form.
3  BY MS. STEINER:
4  Q.   Do you know whether or not -- has anyone
5  from Metro Schools questioned you at all about,
6  how did this expense go from 20,000 to 185?
7       MR. FOX:  Objection to the form.
8       **THE WITNESS:  No.**
9  BY MS. STEINER:
10  Q.   Okay.  Would you agree that an error of
11  that nature, if -- would have been enough to
12  basically -- that additional funding from 185
13  to 20, it'd be about 165,000, would have been
14  enough to pay for Ms. Doe's position?
15       MR. FOX:  Objection to the form.
16       **THE WITNESS:  If that would have been**
17  **how Dr. Battle wanted to organize.**
18       **But also, as you said, Hank Clay**
19  **could have made the decision, I don't want to**
20  **reduce this line item, for whatever reason.**
21  BY MS. STEINER:
22  Q.   Would you agree that if the cost they're
23  paying to Firefly is only 20,000, can you give
24  me any reason why increasing it back up to 185
25  would have been justified?

1       MR. FOX:  Objection to the form.
2       **THE WITNESS:  Hank Clay or others may**
3  **have had another -- something else in mind that**
4  **they wanted to spend that funding on, yes.**
5  BY MS. STEINER:
6  Q.   Okay, so even though -- and did you know
7  that that department was over-funded for the
8  2020 through '21 school year?
9  **A.   No.**
10  Q.   Did you know that the employees in that
11  department were told, find someplace to spend
12  this money?
13  **A.   No.**
14       MR. FOX:  Objection to the form.
15  BY MS. STEINER:
16  Q.   Have you ever known employees to be told,
17  find someplace to spend this money?
18  **A.   No.**
19  Q.   Is that something that's proper to have
20  occur at Metro Schools?
21  **A.   Only if what they're spending the money**
22  **on was needed.**
23  Q.   Have you ever heard of the employees
24  using this phrase, it's the Chris Henson
25  rainy -- rainy day fund?

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 39 of 82 PageID #: 2957
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
145..148

1  A.   Never.
2  Q.   Okay.  Do you have a rainy day fund at
3  Metro Schools?
4  A.   Typically our fund balance is called the
5  rainy day fund.
6  Q.   Okay.
7       MS. STEINER:  Why don't we break for
8  just a short period and everyone go grab a
9  sandwich and then come back, and don't order
10 from -- where was it?
11      MR. FOX:  We're off the record.
12      THE VIDEOGRAPHER:  We are off the
13 record at 12:06 p.m.
14      (Lunch break.)
15      THE VIDEOGRAPHER:  We are on the
16 record at 1:09 p.m.
17 BY MS. STEINER:
18 Q.   Mr. Henson?
19 A.   Yes.
20 Q.   Just a couple more questions about this
21 fund balance.
22      How do you ask Metro Finance for
23 permission to go into the fund balance?
24 A.   There's a formal request, it's called a
25 Supplemental Appropriation, that originates

1  with the Metro Finance department.  And there's
2  legislation drawn up by Metro Legal to make
3  that request of Metro Council, and it would
4  require it going through their education
5  committee, as well as their budget and finance
6  committee, before the full Metro Council would
7  consider it.  But it first has to be something
8  that is recommended by the finance director's
9  office in Metro Finance.
10 Q.   Besides the fund balance -- and what is
11 this fund -- is it called the -- it's not
12 called the operating account, right?
13 A.   Which one?
14 Q.   For the fund balance.
15 A.   It's the operating account fund
16 balance -- the operating fund fund balance,
17 yes.
18 Q.   Okay.
19 A.   Sometimes it's called fund balance
20 reserve.
21 Q.   Okay.  Do you have general purpose fund?
22 A.   That is the operating fund, yes.  The
23 general purpose fund and the operating fund are
24 the same thing.
25 Q.   Okay.  And what bank is it at?

1  A.   Metro Treasury handles all of that.  We
2  don't have a separate bank account for Metro
3  Government, it's all one account.
4  Q.   Okay.  And so, the operating fund, is
5  that what you pay the expenses out of?
6  A.   For the operating budget, yes.
7  Q.   Okay.  And so then, it's coming out of
8  the same fund, same account as the fund balance
9  is being held at?
10      I thought fund balance was the name of an
11 account that is separate, is it?
12 A.   No.  The fund balance is the fund balance
13 reserve for the General Purpose Operating Fund,
14 and that's what accumulates over time based
15 upon actuals to projections, both revenue and
16 expenditures.
17 Q.   So basically, then, there's one account
18 and it's called the operating fund account; and
19 if you don't spend the money in that, it's
20 called the reserve?
21 A.   At the end of the fiscal year, it would
22 go to the reserve account.  But, of course, as
23 I mentioned earlier, the fund balance reserve
24 is also heavily affected by revenues.  So it's
25 a combination of revenues and expenditures.

1  Q.   Okay.  So then, I know nothing about
2  this, so if it sounds dumb, be patient.
3  A.   That's okay.
4  Q.   You've got two accounts; one's the
5  general operating account.  And then at the end
6  of the year, whatever's left over gets turned
7  over into a reserve account?
8  A.   The reserve account is part of the
9  General Purpose Operating Fund.  It's just
10 what's called the fund balance, which is --
11 some people refer to it as a rainy day fund or
12 a reserve account.
13 Q.   But it's in the same -- as far as you're
14 concerned, it's in the same place, the same
15 account as the operating fund?
16 A.   It's -- it's in the same fund, yes.  It's
17 a part of the operating fund.
18 Q.   Okay.  For instance, if I had $20 in
19 savings account and I spent 5 -- if I had $20
20 in my checking account and I spent 5 on
21 groceries, would the 5 that's left over be
22 called the fund balance?
23 A.   The 15 that's left over?
24 Q.   Yeah, 15.
25 A.   Not necessarily, because it also is

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 39 of 81 PageID #: 2958
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
149...152

1  affected by revenues, whether revenues come in
2  according to projections.  So they're -- it's
3  both revenue and expenditure related.
4  Q.  Okay.  But at the end of the year and
5  you've got the amount that's going to go to the
6  fund balance, is it going to the same checking
7  account?
8  A.  It's not a checking account.  It's in
9  the -- when I talk about accounts, it's just in
10  the financial records.
11  Q.  Okay.
12  A.  It's in the same fund, not necessarily a
13  checking account or anything like that.
14  Q.  Okay.  So then, for the fund balance, do
15  you get a monthly account from anyone or a
16  weekly account or an hourly account or can you
17  access this on the computer to find out what
18  the balance is?
19  A.  It's typically only looked at the end of
20  the fiscal year because revenues come in.  So a
21  lot of -- particularly property tax revenue is
22  not actually due until February 28th, so you're
23  eight months into the fiscal year before
24  property tax revenue actually comes in.  So
25  it's typically only looked at at the end of the

1  fiscal year.
2  Q.  And does the different departments at
3  Metro have different fund balances; like fire
4  department has one that's separate from y'all?
5  A.  No, theirs would be part of what's called
6  the Metro General Government Fund.
7  Q.  Okay.
8  A.  So they -- all of the Metro departments
9  would be under the Metro General Government
10  Fund, and then we have a separate fund as
11  the -- as the school system.
12  Q.  Okay.
13  A.  We have more than one fund, actually, but
14  what we're talking about is the General Purpose
15  Operating Fund.
16  Q.  And the other funds, would that be like
17  the capital budget?
18  A.  Be the Capital Fund.  It would be the
19  Nutrition Services Fund, which is required to
20  be kept separately.  It would be the Federal
21  Programs and Grant Fund, which is required to
22  be kept separately, as well.
23  Q.  Can you go online and pull up the general
24  fund balance for Metro Schools?
25  A.  The fund balance can be seen in the --

1  after the fiscal year is closed and the
2  financial reports, financial statements are put
3  together by our external auditors.
4  Q.  Okay.  And to take anything out of that
5  fund balance, it has to -- you have to fill out
6  a formal request?
7  A.  First, it would be a -- of course, first,
8  it would be a formal request that would go to
9  the Metro Finance department.
10  And then for any finance-related
11  legislation to move forward to the council, it
12  requires the Metro Finance director to
13  recommend that.  And so, basically we'd have to
14  have permission from the Metro Finance
15  department before it could even go to the Metro
16  Council for consideration.
17  Q.  In the past five years, how often have
18  you made a request to take funds from the
19  general -- from the fund balance?
20  A.  In the last five years?
21  Q.  Yeah.
22  A.  I don't remember doing that at all.
23  Q.  Okay.  And -- so then, for the past five
24  years, have you had balances in the general
25  operating fund that have been transferred to

1  the fund balance?
2  A.  At the end of every fiscal year,
3  whatever's remaining goes to the fund balance.
4  It's in the same -- same fund.
5  Q.  Do you know how much, for the 2020
6  through '21 school year, was transferred to the
7  fund balance?
8  A.  I don't, but it would be in the audited
9  financial statements.
10  Q.  Do you know whether or not it was a
11  million or 50 million; can you give me an idea?
12  A.  Well, it would have been over a million,
13  but it was, I believe, under 5 percent.  And I
14  think we just looked at, you know, 5 percent on
15  900 million would be around 45 million.  So it
16  was -- it was less than that, but I just don't
17  remember the amount.
18  Q.  Meaning that it was less than 45 million
19  that actually got transferred over at the end
20  of the school year?
21  A.  Yeah.  And it's not -- it's not a
22  transfer, it's just the remainder after
23  everything has closed, revenue and
24  expenditures, it's what's left.
25  Q.  Okay.  So revenue and expenditures, what

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 40 of 81  PageID #: 2959
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                              153...156

1   was left after the end of the 2020 through '21
2   school year was somewhere around 45 million?
3   **A.   Oh, I was saying 45 million would equate**
4   **to about a 5 percent fund balance, but we were,**
5   **I believe, below that 5 percent fund balance**
6   **amount.  I just don't remember the amount.**
7   Q.   Okay.  And do you know, for the 2019-2020
8   school year, how much got transferred over to
9   the fund balance?
10  **A.   I don't remember without looking at the**
11  **financial statements.**
12  Q.   Okay.  If -- supposing -- supposing you
13  transferred 50 million 2019-2020 to the fund
14  balance and then 50 million 2020-2021 school
15  year to the fund balance, by my calculations,
16  that's a hundred thousand and -- a hundred
17  million in the fund balance; am I right or am I
18  missing something?
19  **A.   That would -- that would be the math, but**
20  **I know we didn't transfer that much for those**
21  **years because that was -- the '19-20 fiscal**
22  **year was the -- the year where revenues**
23  **plummeted because everything closed up and**
24  **sales tax revenue was not coming in according**
25  **to projections.**

1   Q.   Okay.  Now, property taxes came in
2   tremendous in the past year, right?
3   **A.   Not in relation to what was projected.**
4   Q.   What was projected?
5   **A.   Metro Finance projects those, and I don't**
6   **remember the amounts.**
7   Q.   Okay.  Do you recall whether or not you
8   had had a projection that the property taxes
9   would increase significantly when this -- in
10  the spring of 2020?
11  **A.   For the next fiscal year?**
12  Q.   Yes.
13  **A.   I knew that -- well, at some point, we**
14  **knew that the mayor was going to propose a**
15  **property tax rate increase, which, of course,**
16  **would relate -- would mean that we would be**
17  **receiving additional property tax revenue, but**
18  **the projection amounts were set by Metro**
19  **Finance, not by us.**
20  Q.   And were the amounts that you were going
21  to get somewhere around 200 million extra?
22  **A.   No.**
23  Q.   Okay.  Did -- the year before the
24  pandemic hit, for the year 2019 through 2020,
25  did you get 230 million from property taxes?

1   **A.   I'd have to look at the financial**
2   **statements, I don't know the amounts.**
3   Q.   If Mr. Booker testified under oath that
4   you did, would you have any reason to differ
5   from that?
6   **A.   I would have no reason unless he were**
7   **confusing property tax with local option sales**
8   **tax revenue.**
9   Q.   Okay.
10  **A.   I know sales tax revenue was around 200.**
11  Q.   Okay.  Now, do you live in Davidson
12  County, by any chance?
13  **A.   No.**
14  Q.   Okay.  Did you know that the property
15  taxes here went up for many a person by almost
16  40 percent?
17  **A.   Yeah, I think I read that the average was**
18  **37 percent.**
19  Q.   Okay.  And would you agree that that is a
20  significant increase in income coming into
21  Metro Government?
22  **A.   It -- yes, it would be for all of Metro**
23  **Government, yes.**
24  Q.   And did you know that Barry Booker
25  testified that Metro Schools got 430 -- the

1   projection was that they'd get 431 million from
2   the property taxes?
3   **A.   I -- again, I'd have to go back and look**
4   **at the budget ordinance.**
5   Q.   If he testified that that's what it was,
6   would you have any reason to differ?
7   **A.   I would want to confirm it.**
8   Q.   Okay.  Now, let's -- and do you recall
9   this whole issue about the State saying that
10  they wanted to know where Metro Government was
11  spending the funds that had been coming in from
12  the State because they had not provided any
13  sort of a -- any sort of statement as to where
14  they were spending the funding?  Do you recall
15  that happening in January of 2021?
16  **A.   No.  I knew that the State comptroller**
17  **had come and made a presentation to the Metro**
18  **Council, but it was mainly because the budget**
19  **was out of balance and not structured correctly**
20  **because they were using one-time funding for**
21  **recurring expenditures.**
22  Q.   Did you know, in the '19 through '20
23  school year, the sales tax that Metro Schools
24  got was somewhere around 250 million?
25  **A.   Not sure if that was the amount for**

Case 3:20-cv-01023  Document 180-10  Filed 07/27/22  Page 159 of 217 PageID #: 2960
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
157..160

1 '19-20. That's the amount that's budgeted, I
2 believe, for this year, which is '20 -- '21-22.
3 Q. Do you know that it ended up being about
4 244 million for 2020 through 2021?
5 A. I think I knew that. I think that's
6 close, yes, but I would want to confirm with
7 the audited financial statements.
8 Q. So the sales tax really did not fall off
9 that much, did it?
10 A. Well, that was after the pandemic. The
11 2021 fiscal year was after the pandemic.
12 Q. Sure, but it did not fall off very --
13 2020 through 2021 did not drop off
14 significantly from 2019 through 2020, correct?
15 A. Well, the -- the Metro Council allocates
16 how much of the local option sales tax is going
17 to be allocated to the school district. And
18 so, it's difficult to compare one year to the
19 next because it doesn't necessarily mean the
20 same percentage of the local option sales tax
21 is going to be allocated to the school district
22 year over year.
23 Q. I'm talking about the actual amounts you
24 get, not what the percentage is, but like 250
25 million versus 210 million. Is it true that

1 the actual amount that you got stayed basically
2 about the same throughout these years?
3 A. Again, I would have to look at it, I
4 can't remember.
5 Q. Okay. Hang on a second, I'm trying to
6 find that crazy Zoom --
7 MS. HARBISON: Right there at the
8 bottom.
9 MS. STEINER: There?
10 MS. HARBISON: Yeah.
11 MS. STEINER: Geez.
12 BY MS. STEINER:
13 Q. Okay. Do you see this screen? Am I
14 sharing this with you?
15 A. Yes.
16 Q. Okay. Is this an April 23rd, 2020,
17 e-mail that you sent to Kevin Knapp and Barry
18 Booker?
19 A. Yes.
20 Q. Okay. And does this -- can you tell me
21 what -- let me show you the presentation down
22 here. Can you tell me what this is?
23 A. It's some kind of presentation, but I
24 don't -- I don't know what it's relating to.
25 Q. Did you see this when you sent -- are you

1 the one that made these attachments?
2 A. No, I don't think so. I'd have to look
3 at the e-mail thread.
4 Q. It says the -- the e-mail is from you,
5 though.
6 A. Well, yeah, the e-mail, but it just says,
7 "Thanks, let's discuss at 2 o'clock."
8 Q. Does it have attachments on there?
9 A. Well, the -- it's got the name of the
10 attachments. I don't know if the attachments
11 were forwarded or if that was just on the
12 e-mail itself, but I -- I mean...
13 Q. Well, let's look at this, because this is
14 what they gave us in terms of e-mails.
15 A. Okay.
16 Q. Do you recall receive -- seeing this
17 chart that says COVID-19 Related Budget
18 Reductions?
19 A. Yes.
20 Q. Okay. Then it says 50 million projected
21 savings?
22 A. Yes, that was -- that was what Metro
23 Finance asked us to come up with, was $50
24 million in savings.
25 Q. And you found that in 19 million in

1 various non-personnel districtwide spending
2 reductions?
3 A. That was our estimate at the time.
4 Q. Okay, and that does not include firing or
5 eliminating positions, correct?
6 A. Well, this was in the 2019-20 fiscal
7 year, so it was before that -- that budget
8 presentation for 2020-21.
9 Q. Let's -- that's -- this is COVID related,
10 correct?
11 A. (Nodding head.)
12 Q. So this is sometime after March of 2020,
13 correct?
14 A. Correct, but this is referencing fiscal
15 year '19-20.
16 Q. It says that -- "to be achieved." Does
17 that mean in the future?
18 A. It means the rest of the fiscal year
19 since the e-mail was dated in April.
20 Q. Gotcha.
21 A. Fiscal year ends in June.
22 Q. Okay. So that means that from the date
23 that you know COVID is here, sometime in
24 February of 2020 through the end of the school
25 year, which would be June of -- June 30th, I

Case 3:20-cv-01023 Document 180-1 Filed 07/27/22 Page 43 of 81 PageID #: 2961   161..164
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  believe, of 2020, you were able to say we're
2  going to project 50 million in savings due to
3  19 million in various non-personnel
4  districtwide spending reductions, correct?
5  **A.  Correct.**
6  Q.    Okay.  And then 8.2 million in the
7  charter school transfer payments.  So the
8  charter school, actually what you were going to
9  owe them actually went down 8.2 million for the
10  last few months of 2020, correct, of that --
11  that fiscal year?
12  **A.    That was our projection based upon a**
13  **hundred million dollars less in sales tax**
14  **collections, which is what Metro Finance --**
15  Q.    Okay.
16  **A.    -- told us that they were projecting --**
17  Q.    Okay.
18  **A.    -- for '19-20.**
19  Q.    And so then, you also had an 8 million
20  reduction in the Metro Housing Authority
21  transfer payment.  What's that mean?
22  **A.    Metro Finance notified us that the amount**
23  **that they would be reducing our budget for the**
24  **MDHA transfer would be reduced by $8 million**
25  **from what they originally gave us that we**

1  **included in the -- in the 2019-20 budget.**
2  Q.    Okay, but that was the -- the 8 million
3  was going to be a part of this 50 million
4  savings?
5  **A.    That was our intent, yes.**
6  Q.    Okay.  Now, and nowhere in that
7  $50 million savings do you state that you're
8  going to have to eliminate positions, correct?
9  **A.    Correct.  This is for the 2019-20 fiscal**
10  **year.**
11  Q.    Okay.  And so then, for this Number 1,
12  the 19 million and various non-personnel
13  districtwide spending reductions, that would
14  have been 19 million that would have been
15  somewhere in the 2019-2020 approved budget,
16  correct?
17  **A.    Correct.**
18  Q.    Okay.  And then for the charter schools,
19  it sounds like to me you're going to have to --
20  you -- you can pay them 8.2 million less than
21  what you thought you were going to pay them?
22  **A.    Based on the assumption that sales tax**
23  **revenue would come in a hundred million dollars**
24  **below what Metro Finance projected, because the**
25  **calculation for charter schools is based upon**

1  **total state and local revenue per pupil.  And**
2  **if the local revenue were going to be a hundred**
3  **million dollar shortfall, then that means that**
4  **our payment to the charter schools, the per**
5  **pupil amount, is going to be less than what was**
6  **originally budgeted.**
7  Q.    How often is that calculated, how much
8  you owe the charter schools?
9  **A.    We calculate it -- well, we -- we**
10  **calculate it every month based upon the**
11  **enrollment in the charter schools every month,**
12  **and then we adjust -- typically, we make --**
13  **within state law, there are three times when we**
14  **can make adjustments:  October, February and**
15  **June.**
16  Q.    Okay.  So then, was this reflecting a
17  February adjustment?
18  **A.    I'm not sure if we took the whole**
19  **February adjustment or if we did some of it**
20  **also in June.**
21  Q.    And when you got rid of these 19 million
22  in various non-personnel districtwide spending
23  reductions, did those reductions -- did any of
24  those items come back in the 2020 through '21
25  budget?

1  **A.    They would be reflected on the 2020-21**
2  **budget, but most of them did not.  Most of**
3  **them -- a lot of them -- well, some of them**
4  **were one time because we weren't in school in**
5  **person.  And so, there were some savings**
6  **because we were doing a hundred percent virtual**
7  **education, so there were some savings related**
8  **to that.**
9  Q.    Okay.  And this 19 million, then, the
10  majority of that was not needed in the 2020
11  through '21 budget?
12  **A.    I wouldn't say it's not needed.  I would**
13  **say that I would need to look to see if we**
14  **added some of that back in the next year's**
15  **budget, but this was for this year, for the**
16  **'19-20 year.**
17  Q.    Do you recall whether or not you did have
18  to add some of that back, or do you recall
19  the -- how much of that, like, was 10 percent
20  added back, 20 percent added back, or was the
21  majority not added back?
22  **A.    I would say the majority was not added**
23  **back, because we were in budget-cutting mode**
24  **for 2020-21 where we reduced the budget by**
25  **15.2 million.**

Case 3:20-cv-01023  Document 140  Filed 07/27/22  Page 43 of 81 PageID #: 2962
*Elite-Brentwood Reporting Services*  (615) 595-0073  165..168
**www.EliteReportingServices.com**

1 Q. Okay. And so, the charter school, do you
2 know whether or not that ever rose back up
3 again?
4 A. It would have been totally based upon the
5 total state and local revenue per pupil amount.
6 So whatever that state and local revenue amount
7 that was included in the 2020-21 budget, that's
8 what we would have used for that calculation,
9 as well as the enrollment in both the school
10 district as well as in all of the charter
11 schools. So it's -- it's got multiple factors
12 to it.
13 Q. Let me show you the final budget again.
14 Let me show you the May budget.
15 A. Okay, the May budget was not the final
16 budget.
17 Q. I know. I want to show you the May 1st,
18 then we'll go back to the final one.
19 In this May budget, what is the charter
20 school amount? Is that it down at the very
21 bottom?
22 A. That's the increase, 6,565,000 was the
23 increase for the 2020-21 fiscal year based upon
24 that calculation as required by state law.
25 Q. Okay. And so, the increase in charter

1 schools, is that from what was budgeted for
2 charter schools for 2019 through 2020?
3 A. It was based upon what was budgeted, yes,
4 in the '19-20 budget.
5 Q. Okay. So then, if you take the '19-20
6 budget, meaning from 2019 through 2020, that
7 budget, you are asking for $6,565,100 more for
8 charter schools?
9 A. Yes, based on the calculation that's
10 required by state law.
11 Q. Okay. And in this e-mail, you saved
12 8.2 million over what you had paid the year
13 before. What -- what had been budgeted for
14 2019 through 2020, that was the projected
15 sales -- savings?
16 A. That was the projected savings from what
17 was originally budgeted in the '19-20 budget,
18 2019-20 budget.
19 Q. Okay. And so then, did -- and let me
20 show you the final budget, too.
21 Okay. Here is the final budget in June.
22 You see charter schools, you've got it in there
23 8,547,000?
24 A. Yes.
25 Q. Is that over what was actually budgeted

1 thereto for 2019 through 2020?
2 A. Yes.
3 Q. Okay. So let's pull up 2019 through 2020
4 and see what was budgeted there.
5 Now, do you see this? It's called the
6 April 9th, 2019 approved by Board of Education
7 operating budget?
8 A. Yes, but this would not be the final
9 budget.
10 Q. Okay. Do you know why the final budget
11 is not published online like this budget was?
12 A. I don't.
13 Q. Okay. Let's just go and just look at
14 what you've got here for charter schools.
15 Okay. Do you see the required additions?
16 A. Yes.
17 Q. Okay. And it went up $8,921,900?
18 A. Yes.
19 Q. For 2019 from the fiscal year 2018?
20 A. Yes.
21 Q. Okay. Do you know what the actual amount
22 is that is set aside for the charter schools?
23 If the increase is 8 million, almost 9 million,
24 what was the base that it was increasing by?
25 A. I don't know for this year. We have a

1 document in the budget that would show it, but
2 I don't know what it would be.
3 I know from this note, increase of
4 students, we've had years where a new charter
5 school would open; and therefore, it would
6 increase the transfer amount. Or charter
7 schools that are continuing to add an
8 additional grade, and then some years we don't
9 have as much growth in the charter sector. So
10 it's strictly based on that calculation that's
11 required by state law.
12 Q. What's that document called?
13 A. Which one?
14 Q. That you said shows what the base is.
15 A. It's a part of the budget documents. I
16 believe it's Document Number 7 or Document
17 Number 8. I can't remember.
18 Q. Is it in the final budget? Would it be
19 listed?
20 A. Yes.
21 Q. Where is -- is it on the back page?
22 A. Right there it is. You just passed it.
23 Right there.
24 Q. Okay, gotcha.
25 A. No, up one, please. Right there.

Case 3:20-cv-01023 Document 149 Filed 07/27/22 Page 45 of 81 PageID #: 2963 169..172
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    So it would show the -- what -- what --
2  our estimate would be that the charter amount
3  would be $146,540,300.  And there's the
4  increase of the current amount, and it shows
5  that increase of 8,547,400, which ties back to
6  that summary sheet.
7        MR. FOX:  Ann, can we site what page
8  number so that we'll know what page we're on?
9        MS. STEINER:  Yeah.
10 BY MS. STEINER:
11 Q.   Is this MG000703 that you're referring
12 to?
13 A.   Me?
14 Q.   Yes.
15 A.   Yes.
16 Q.   Okay.  And so, this is a formula where
17 you have to put down what amount was budgeted
18 and then you put it in some formula to figure
19 out what you've got to have in there for the
20 next year?
21 A.   Yes.
22 Q.   Okay.  And is there any place in that
23 budget for not meeting the budget; meaning if
24 it comes in lower than what you've got
25 budgeted?

1  Ms. Steiner.
2        MS. STEINER:  Which one?
3        MR. FOX:  Just that page, Page 703,
4  the top of it.
5        MS. STEINER:  Okay, hang on.
6        Okay, here we go.
7        THE WITNESS:  So this is for the
8  '20-21 fiscal year.  The slide that you
9  referenced that referenced the
10 eight-point-something million was for the
11 previous year, the 2019-20 fiscal year.  So
12 that -- these are two different fiscal years.
13 BY MS. STEINER:
14 Q.   Meaning that when you decided how much
15 you're going to need for the fiscal year 2020
16 through '21 and you're putting it in the
17 formula, did you use the base amount that was
18 asked for in the original 2019-2020 budget, or
19 did you use the amount that was actually spent
20 that would have been this 8.2 million less?
21 A.   We -- we would not have used the '19-20
22 number.  We would have recalculated it for the
23 2020-21 fiscal year based upon what the
24 estimated total state and local revenue and the
25 estimated school district enrollment and the

1  A.   Yes.
2  Q.   Okay.
3  A.   It's based upon actual numbers, and this
4  is strictly an estimate in the spring before
5  the fiscal year even begins.
6  Q.   And is this 146 million based on what was
7  actually spent and does this include the -- the
8  8.2 million in savings?
9  A.   The 8.2 million in savings would be for
10 the 2019-20 budget.  And was the budget that
11 you were just -- we're going several different
12 fiscal years, so I'm trying to keep up.  The
13 budget that you just shared was which year, the
14 same year?
15 Q.   Hang on.
16      '19 through '20.
17 A.   The budget that you just showed me was
18 '19-20?
19 Q.   Is it -- hang on a second.
20      The one I just showed you was the final
21 budget for 2021.
22 A.   Can I see the top of that page, please?
23 Q.   Yeah.
24 A.   Thanks, just the top of the page.
25      MR. FOX:  Top of the Page 703,

1  estimated charter school enrollment to
2  recalculate it.
3  Q.   Okay.  Now, Number 3, this 8 million
4  reduction in the MDHA transfer payment, is that
5  a payment that you're making to MDHA?
6  A.   It's a payment that Metro Finance takes
7  out of our operating budget, and I don't
8  necessarily know what they do with it.
9  Q.   Okay.  Do you know why it was reduced?
10 A.   I assume it was reduced to help with the
11 overall budget reductions that were being
12 required.  And so, Metro Finance, just like us,
13 were looking at anything that we could find
14 that would reduce how much we were going to
15 spend.
16 Q.   So this is less money Metro Schools was
17 going to have to give to Metro Government?
18 A.   Yes.
19 Q.   Okay.  And would you keep it in the --
20 the fund balance?
21 A.   It would be in the operating fund.  And
22 then ultimately, at the end -- after the fiscal
23 year's closed out, then whatever is remaining
24 would go to the fund balance.
25 Q.   Okay.  And Metro School has never taken

Case 3:20-cv-01023 Document 140-10 Filed 07/27/22 Page 45 of 81 PageID #: 2964
Elite-Brentwood Reporting Services · (615) 595-0073
www.EliteReportingServices.com          173..176

1  anything out of that fund balance without the
2  approval of Metro Finance?
3  **A.   Correct.**
4  Q.   And do you know what Metro Government --
5  are they limited at all in what they can use
6  the fund balance for, whether it be Metro
7  Schools or the fire department or the police
8  department?
9  **A.   It -- it would be whatever the Metro**
10 **Council approves.  So if the Metro Council**
11 **doesn't approve it, then it won't happen.**
12 Q.   Okay.  Now, are you the one that's in
13 charge of discipline in your department in
14 finance, if you have a problem with a worker?
15 **A.   I would work with human resources on**
16 **anything like that.**
17 Q.   Is it your understanding that if you have
18 a problem with someone, that you need to
19 confront the employee and tell them what
20 they're doing wrong -- wrong in the hopes that
21 they improve in the future?
22 **A.   Yes.**
23 Q.   Okay.  And is that what you've been
24 trained to do by Metro human resources?
25 **A.   Yes.**

1  Q.   Okay.  Do you keep a documentation of --
2  of any issue that you're having with a
3  particular employee so you can remember six
4  months down the road to see whether or not
5  they've improved or not?
6  **A.   I would, yes.**
7  Q.   And does Metro human resources tell you,
8  document everything related to job performance?
9  **A.   Yes.**
10 Q.   Okay.  And -- and do you also have the
11 ability, if the problem persists, to either
12 suspend the worker, write them up or to -- any
13 other type discipline?  Do you have the ability
14 to do that?
15 **A.   Working with Metro human resources -- or**
16 **MNPS human resources and employee relations,**
17 **yes.**
18 Q.   Okay.
19 Do you know whether or not there's any
20 particular policy at Metro for a reduction in
21 forces?
22 **A.   I think there's a policy and I think**
23 **there's a state law.**
24 Q.   And is the state law for eliminating
25 positions, that the School Board needs to be

1  able to eliminate them?
2       MR. FOX:  Objection to form.
3  BY MS. STEINER:
4  Q.   Is that what you're talking about?
5  **A.   I don't know enough about it to be able**
6  **to speak to it.  I just know there's something**
7  **in state law where they do reduction in force.**
8  Q.   Now, when you said earlier that it was
9  Dr. Battle's first year, actually it was more
10 akin to, like, her first month as the --
11 director of schools, because she was the
12 interim before that, correct?
13 **A.   Yeah.  I think she was the interim**
14 **starting in April of 2019, so she would have**
15 **been in that position for a year or so, but she**
16 **would not have been really involved in putting**
17 **together the 2019-20 budget.**
18 Q.   Okay.  And she became director of schools
19 sometime, when was it, like in March of 2020?
20 **A.   I believe so.  I believe it was right**
21 **after the tornado.**
22 Q.   Did anyone tell you or did you hear
23 anyone make any comments that Dr. Battle was
24 getting rid of the associate superintendent
25 positions because she wanted to work with

1  particular people?
2  **A.   No.**
3  Q.   Did Dr. Battle ever ask you any questions
4  about Lily Leffler and whether or not you
5  thought she was loyal to Metro Schools because
6  of her relative, Vanessa Garcia?
7  **A.   No.**
8  Q.   If she had asked you that, what would you
9  have told her?
10      MR. FOX:  Objection to the form.
11      **THE WITNESS:  I don't know what I**
12 **would have told her.**
13 BY MS. STEINER:
14 Q.   Hang on one second.
15      Okay.  Let me see if I can share this
16 with you.  And I'm almost at the end.
17      Okay, do you see this?
18 **A.   Yes.**
19 Q.   Okay.  Is it a News Channel 4 article
20 that says Metro Teacher Staff to Receive 3
21 Percent Cost of Living Raise on January 1st?
22 **A.   Yes.**
23 Q.   Okay.  Do you see where it says, "In
24 2020, the 7.5 million of funding required for
25 the adjustment will be sourced from excess MSPS

Case 3:20-cv-01023  Document 180-4  Filed 07/27/22  Page 46 of 81 PageID #: 2965  177..180
*Elite-Brentwood Reporting Services*  (615) 595-0073
www.EliteReportingServices.com

1  fund balance"?  Do you see that?
2  **A.   I see that that's written that way, yes.**
3  Q.   "Of which, 2.5 million will come from
4  MDHA," do you see that?
5  **A.   Yes.**
6  Q.   Okay.  So did the funding for this
7  7.5 million come from the fund balance?
8  **A.   Yes.  This was the January 1 mid-year 3**
9  **percent raise that we talked about earlier**
10 **that -- that I said was funded from our fund**
11 **balance.**
12 Q.   Okay, and 2.5 million came from MDHA; is
13 that true?
14 **A.   I'm not sure what that references.**
15 Q.   Let me -- let's see if this works.  Can
16 you hear it?
17 **A.   Uh-huh.**
18 Q.   Okay, hang on a second.
19      (WHEREUPON, a video was played.)
20      MS. STEINER:  Okay, let's stop that.
21 BY MS. STEINER:
22 Q.   Now, did you -- did you -- I want to ask
23 you a couple questions about it.  Did you hear
24 where they said that it was excess school funds
25 in the school savings?  Did they mean that that

1  money had been saved for -- during the period
2  of 2019 through 2020?
3  **A.   First of all, I'll say that not all of**
4  **the information that's shared by the news media**
5  **is accurate.**
6  Q.   Okay.  What was not accurate about that?
7  **A.   Well, the 7.5 million came from our fund**
8  **balance, which is also our reserve, but the**
9  **reporter said that it was coming from fund**
10 **balance but not the reserve.  Fund balance and**
11 **reserve are one and the same.**
12 Q.   Did you hear where she said that there
13 were savings in Metro Schools?
14 **A.   That's the way that -- that Metro Finance**
15 **and the mayor's office categorized our fund**
16 **balance, as savings, and it would be savings**
17 **over time.**
18 Q.   Okay.  The 5 million in savings, was that
19 referring to savings that had occurred in the
20 2019-2020 school year?
21 **A.   It would have occurred in many prior**
22 **fiscal years.  It's just the accumulation of**
23 **what our fund balance was.**
24 Q.   Okay.  Now, do you have the documentation
25 where -- that was request to go into the fund

1  balance to pay for these 3 percent cost of
2  living increase?
3  **A.   I'm sure it exists in the Metro Council**
4  **minutes, yes.**
5  Q.   But there's actually a form that Metro
6  Schools submitted --
7  **A.   There's --**
8  Q.   -- requesting this?
9  **A.   -- a form that -- that Metro Finance -- I**
10 **think in this case, they completed it because**
11 **it was Mayor Cooper's idea to fund it this way.**
12 **So I think they completed the form, and then**
13 **Metro Legal put together the legislation that**
14 **would go to the Metro Council for approval.**
15 Q.   Okay.  Was the maintenance of effort
16 lower for 2020-21 than it was for 2019-2020?
17 **A.   What do you mean by "maintenance of**
18 **effort"?**
19 Q.   Are you familiar with that term,
20 "maintenance of effort"?
21 **A.   I'm familiar with the law.**
22 Q.   Okay.  And is there a certain amount that
23 is budgeted for maintenance of effort?
24 **A.   It's not budgeted for maintenance of**
25 **effort.  The maintenance of effort law requires**

1  **funding bodies, which in our case would be the**
2  **Metro Council, to budget at least the same**
3  **amount of local revenue as they did in the**
4  **prior year so that they can't just reduce our**
5  **budgeted local funding from year to year.**
6      MS. STEINER:  Okay.  That is all from
7  me.  Thank you.
8      **THE WITNESS:  Thank you.**
9      (An off-the-record discussion was
10 held.)
11     MS. HARBISON:  And, Ann, can you make
12 me the host again?
13     MS. STEINER:  Yeah.
14     MS. HARBISON:  Thank you.
15     MS. STEINER:  Well, where is it?
16     MS. HARBISON:  We -- I mean, we can
17 take a quick break...
18     MS. STEINER:  Here we go.
19     MS. HARBISON:  Oh, you've got it?
20 Okay.
21     MS. STEINER:  Yeah.
22     MS. HARBISON:  Yeah.  If you click on
23 mine, yeah, and then make host.  Yeah.  Thank
24 you.
25

Case 3:20-cv-01023  Document 148-1  Filed 07/27/22  Page 48 of 82 PageID #: 2966
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
181..184

1                    EXAMINATION
2    QUESTIONS BY MS. HARBISON:
3    Q.   Okay.  Mr. Henson, are you good to
4    proceed or do you need a break?
5    **A.   I'm good if everyone else is.**
6    Q.   Okay.
7    **A.   Thank you for asking.**
8    Q.   My name is Jesse Harbison.  I represent
9    Dr. Damon Cathey in this case.
10       Do you know Dr. Cathey?
11   **A.   Yes.**
12   Q.   Okay.  How long have you known
13   Dr. Cathey?
14   **A.   I've known -- 15 years, maybe longer.**
15   Q.   You -- you've both worked at Metro for
16   some time, correct?
17   **A.   Yes.**
18   Q.   Does -- what is Dr. Cathey's reputation
19   at Metro, to the best of your knowledge?
20   **A.   Well, he obviously was thought of well**
21   **enough to become an associate superintendent.**
22   **When I first met him, he was, I think, a**
23   **principal, and then he went to work at another**
24   **organization for a while and then came back.**
25   **But, you know, my impression of Dr. Cathey is**

1    **positive.**
2    Q.   So to the best of your knowledge, he
3    performed his job duties competently while
4    employed by Metro?
5    **A.   Well, of course, I didn't supervise his**
6    **work, but from what I -- from what I knew, yes.**
7    Q.   Okay.  Did he have a reputation for being
8    honest?
9    **A.   As far as I knew, yes.**
10   Q.   Okay.  Are you aware of any disciplinary
11   actions against Dr. Cathey?
12   **A.   I'm not aware, but I don't know that I**
13   **would even know.**
14   Q.   Were you aware that Dr. Cathey
15   reported some grade falsifications at Stratford
16   High School?
17   **A.   Seems like there was something that was**
18   **discussed about some -- some grading issues,**
19   **but I can't remember the details.  I don't**
20   **remember which school or what was involved.**
21   **That's not my area.**
22   Q.   Do you remember who you discussed that
23   with?
24   **A.   No, I think it was during maybe a cabinet**
25   **meeting, but I really don't -- don't know.**

1    Q.   Were you aware that after Coach Battle
2    was involved in the fight, that Dr. -- that we
3    discussed earlier, that Dr. Cathey called
4    Dr. Battle to discuss how serious he thought
5    that incident was?
6    **A.   No.**
7    Q.   Okay.  Were you aware that Dr. Battle
8    asked Dr. Cathey if he thought that Lily
9    Leffler was loyal to Metro because her relative
10   had sued Metro?
11   **A.   No.**
12   Q.   Okay.  So you would not also be aware,
13   then, that Dr. Battle told -- stood up for
14   Dr. Leffler during those conversations?
15       MR. FOX:  Objection to form.
16       **THE WITNESS:  I was not aware.**
17   BY MS. HARBISON:
18   Q.   Okay.
19       I want to share my screen with you.  Let
20   me get to the right document first.
21       Let me know when you can see my screen.
22       MR. FOX:  We can see it.
23   BY MS. HARBISON:
24   Q.   Okay.  Are you familiar with this
25   document?

1    **A.   I think so.  It looks like the**
2    **presentation that the mayor would make or the**
3    **finance director would make to Metro Council.**
4    Q.   Okay.
5    **A.   I think.**
6    Q.   And this is dated -- it's called the
7    Metropolitan Government of Nashville and
8    Davidson County Fiscal Year 2022 Operating
9    Budget, correct?
10   **A.   Correct.**
11   Q.   And it looks to be dated July 2021,
12   correct?
13   **A.   That's the date on here, which the**
14   **presentation of the council would have been**
15   **earlier than that, so that's why I'm not real**
16   **sure.**
17   Q.   Okay.  I'm going to show you a couple of
18   pages on here.  And I will zoom in so you can
19   see.
20   **A.   Okay.**
21   Q.   So this section, and we're on Page 27 of
22   this PDF, if you can see at the bottom, it's
23   labeled A10, but it's Page 27 of 716 pages.
24   **A.   Okay.**
25   Q.   And we're looking at a section that is --

Case 3:20-cv-01023   Document 148-4   Filed 07/27/22   Page 49 of 82 PageID #: 2967
Elite-Brentwood Reporting Services   (615) 595-0073
www.EliteReportingServices.com                        185..188

1  the heading is labeled Property Reappraisal; do
2  you see that?
3  A.  Yes.
4  Q.  Okay.  And do you see below that, there's
5  an orange box that says Property Taxes above
6  it?
7  A.  Yes.
8  Q.  Okay.  And it looks like in there,
9  property tax budget for fiscal year '21 was --
10 is that 1.4 billion or 1 --
11 A.  (Nodding head.)
12 Q.  Okay.
13 A.  That's what it -- that's what it looks
14 like.
15 Q.  And would that sound right to you,
16 1.4 billion?
17 A.  I assume so.
18 Q.  Okay.  And -- but -- and then for fiscal
19 year 2022, assuming that the line above that is
20 1.4 billion, it's 1.5 billion, correct?
21 A.  Correct.
22 Q.  And it shows a change, an increase of
23 four point -- 47.8 million, correct?
24 A.  Correct.
25 Q.  And do you see over to the side where it

1  says, "Fiscal year 2022's projected increase is
2  a combination of better than anticipated
3  projected collections during fiscal year 2021
4  and the continued boon of new construction
5  throughout the city," correct?
6  A.  Correct.
7  Q.  Okay.  So based on this, it looks like
8  they collected more on property taxes than they
9  anticipated, correct?
10 A.  Are these actual figures or comparing
11 budget to budget?
12 Q.  Well, if you read above that orange
13 line -- or that orange box that we're looking
14 at, it says, "The assessor's office conducts a
15 property reappraisal every four years under
16 Tennessee state law, with fiscal year 2022
17 serving as the most recent.  The reappraisal
18 estimates the value of all property in Davidson
19 County.  This performed periodically adjusts
20 recorded property assessments to generally
21 reflect market value."
22 And then if you read the last sentence,
23 it says, "Due to this appreciation, fiscal year
24 2020's rate would decrease considerably,
25 falling to 3.288."

1  So it looks like to me where the text
2  next to the orange box, it says that it's a
3  better than anticipated projected collection,
4  that that would be an actual number, correct,
5  because it's a collection?
6  A.  I'm not sure.  I think what it's saying
7  is fiscal year '22's projected increase is a
8  combination of better than anticipated
9  projected collections during '21 and the
10 continued boon.
11 I would want to -- to me, I know that
12 the -- part of the projecting is based upon
13 what was actually received, as far as setting
14 the tax rate.  And since this was a reappraisal
15 year, that becomes very complex, because I
16 think it said up above you -- you can't -- you
17 can't have additional property tax revenue just
18 because you go through a reappraisal.  It must
19 be revenue neutral.  That's in the top line.
20 Q.  But this says here that it's -- the
21 projected increase is a combination of better
22 than anticipated projected collections during
23 fiscal year '21, correct?
24 A.  Correct, which went in -- I think went
25 into play as far as what the new rate would be.

1  Q.  Okay, but this is discussing collections.
2  A.  Right.
3  Q.  Okay.  So that would have been what they
4  actually collected, correct?
5  A.  You know --
6  Q.  How do you know if it's going to be a
7  better collection if the collection hasn't
8  happened yet?
9  A.  Right, but I -- I'm just not familiar
10 with this document.
11 Q.  Okay.
12 A.  But -- I'm not -- I'm not sure.
13 Q.  Okay.  And then I'm going to show you
14 another part of this that's on Page 29.  Do you
15 see where -- and -- and for the record, this is
16 marked as A12, but it's Page 29 of the PDF.
17 Do you see at the top, there's a heading
18 that says Local Option Sales Tax?
19 A.  Yes.
20 Q.  Okay.  And do you see the text next to
21 that orange box, and it says, "At the onset of
22 the pandemic, the general consensus among
23 economists apparent to us pointed them to a
24 prolonged recovery, one marred with concerns
25 over virus containment and vaccine development.

Case 3:20-cv-01023 Document 110-1 Filed 07/27/22 Page 49 of 81 PageID #: 2968
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com
189...192

1  Many factors contributed to a quicker than
2  expected recovery; chief among them, record
3  federal stimulus, vaccine deployment and
4  consumption shifts.  Fiscal year 2022's budget
5  assumes continued source stability rather than
6  the run of impressive pre-pandemic growth."
7       Do you see that?
8  **A.   Yes.**
9  Q.   Okay.  And do you see that it's showing a
10 positive change of a hundred -- of
11 $102.5 million for fiscal year 2022 over 2021?
12 **A.   For fiscal year 2022's budget, yes.**
13 Q.   Okay.  And that for fiscal year '21, it
14 shows 3.52 -- or, excuse me, 352.1 million in
15 local option sales tax, correct?
16 **A.   Correct.**
17      MS. HARBISON:  Okay, I'm going to
18 make that the next-numbered exhibit, just --
19 and what I'm going to do is just the cover page
20 and then these two pages.
21      (WHEREUPON, a document was marked as
22 Exhibit Number 10.)
23 BY MS. HARBISON:
24 Q.   So Metro -- part of Metro's funding is
25 from the local options sales tax, correct?

1  **A.   Correct.**
2  Q.   And from the property tax, correct?
3  **A.   Correct.**
4  Q.   Okay.  I'm going to share my screen with
5  you again.
6       All right, let me know when you can see
7  that.
8  **A.   I can.**
9  Q.   Okay.  This appears to be an e-mail from
10 you to Dr. Battle, correct?
11 **A.   Correct.**
12 Q.   Have you seen this e-mail before?  And
13 let me know if you want me to scroll through so
14 you can review it.
15 **A.   If you could.**
16 Q.   Yeah.
17 **A.   I don't know what e-mails might have been**
18 **before or after this -- this is referring to a**
19 **memo.**
20 Q.   Hmm, so this is it.
21 **A.   Okay.**
22 Q.   Yeah, there's nothing before or after.
23 **A.   Okay.**
24 Q.   And let me know -- why don't you just
25 take a second and read that, and let me know

1  when you've had a chance to read it and then
2  I'll scroll on, and then you can tell me if you
3  remember it or not.
4  **A.   (Witness viewing document.)**
5       **Okay.**
6  Q.   Okay.  Do you need to keep reading it to
7  decide if you remember it?
8  **A.   If you're -- well, if you're ask -- are**
9  **you going to ask me about specific parts of it?**
10 Q.   I am.  Why don't you just keep reading
11 it?
12 **A.   Okay.  (Witness viewing document.)**
13      **Okay.  (Witness viewing document.)**
14      **Okay.**
15 Q.   And that's the end, correct?
16 **A.   Correct.**
17 Q.   Do you remember sending this e-mail?
18 **A.   I remember the e-mail being constructed**
19 **and then my name being the one that would send**
20 **it, yes.**
21 Q.   Okay.  Who constructed it?
22 **A.   I think it was a joint effort involving**
23 **communications, et cetera.  This was going to**
24 **be placed in our newsletter that goes out to**
25 **all employees.  And so, there were several that**

1  reviewed it and worked on it.
2  Q.   And do you know if it was sent out to
3  employees?
4  **A.   Pretty sure it was.**
5  Q.   Okay.  Do you see on the second page of
6  this PDF, under -- do you see the heading that
7  says Fiscal Year 2020-21?
8  **A.   Yes.**
9  Q.   Okay.  And do you see where it says,
10 "Mayor John Cooper called in his State of Metro
11 Address for a significant increase in the
12 property tax next year.  This will help
13 alleviate some of the revenue shortfalls
14 associated with the COVID shutdown, but we do
15 not yet know how it will directly impact Metro
16 Nashville Public Schools"?  Do you see where it
17 says that?
18 **A.   Yes.**
19 Q.   Okay.  And this e-mail was sent on
20 April 2nd, 2020, correct?
21 **A.   Yes.**
22 Q.   Okay.  So you knew about the proposed
23 property tax increase at least as early as that
24 date, correct?
25 **A.   Yeah, I think the mayor had made that**

Case 3:20-cv-01023  Document 180-10  Filed 07/27/22  Page 50 of 81 PageID #: 2969
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
193...196

1  public -- I'm sure he would have made that
2  public before this would have been sent;
3  otherwise, I would not have included it.
4  Q.   Did you know about it before it became
5  public?
6  A.   I don't know if I did or not.
7  Q.   Who do you normally interface with in the
8  mayor's office; is that Talia or someone else?
9  A.   Talia's in the finance department.
10  Q.   Okay.
11  A.   And she probably would have been the one
12  that I would have interfaced with most at this
13  time.
14  Q.   Okay.  Do you -- is it unusual for you to
15  receive information, such as a proposed
16  property tax increase, before the public might
17  receive it?
18  A.   Yeah, probably would be unusual for me to
19  receive it.
20  Q.   So you don't remember whether or not you
21  knew about this before this e-mail was sent,
22  correct?
23  A.   Well, I think I would have known before
24  this e-mail was sent because I -- I wouldn't
25  have put it in -- in the letter.

1       Obviously, we -- we knew that that was
2  something that had been put out into the
3  public.  I just don't remember the timing.
4  Q.   Well, let me ask it this way:  Did you
5  know about it before the State of Metro Address
6  referenced in this e-mail?
7  A.   I don't know when the State of Metro
8  Address -- was it before or after this; do you
9  know?
10  Q.   I don't.
11  A.   Typically -- well, I -- I don't.
12  Q.   Okay.
13  A.   I don't.
14  Q.   Okay.
15       MS. HARBISON:  I'm going make this
16  the next-numbered exhibit, please.
17       (WHEREUPON, a document was marked as
18  Exhibit Number 11.)
19       MR. FOX:  No objection.
20
21  BY MS. HARBISON:
22  Q.   And let me just make sure that I
23  understand your answer to my last question.
24       You do not remember if you knew about the
25  property tax increase before the Metro --

1  before the mayor's State of Metro Address?
2  A.   And -- and I could be wrong, but I think
3  the mayor publicly announced the proposed
4  property tax increase before his State of Metro
5  Address.
6  Q.   Okay.  Do you remember if you knew about
7  it before he publicly announced it?
8  A.   I don't -- I don't know if I did or not.
9  It may have been --
10  Q.   Okay.
11  A.   -- something that was shared with -- with
12  someone on our team and shared with me, but I
13  don't remember the timing of it.
14  Q.   Okay.  I'm going to show you another
15  document.
16       Let me know when you can see my screen.
17  A.   I can.
18  Q.   Okay.  This appears to be an e-mail from
19  you to Talia Lomax.  Is her last name Lomax
20  O'dneal?
21  A.   Do you know?
22  Q.   It's what you know.
23  A.   I just say Lomax.
24  Q.   Okay.  Is it okay with you if, for the
25  purposes of this deposition, I refer to her as

1  Talia Lomax?
2  A.   Yes.
3  Q.   And we can agree that when I say Talia
4  Lomax, I'm referring to someone who may also be
5  known as Talia Lomax O'dneal?
6  A.   Yes.
7  Q.   Okay.  This e-mail was sent, it appears,
8  on April 22nd, 2020, correct?
9  A.   Correct.
10  Q.   Okay.  And in this e-mail, you -- well,
11  you also sent it to Rose Wood.  Who is that?
12  A.   She's in the Metro Finance department.
13  Q.   Okay.  And it looks like you CC'd Hank
14  Clay, Barry Booker, Brian Hull, Kevin Knapp and
15  Dr. Battle, correct?
16  A.   Correct.
17  Q.   Okay.  And do you see where you said,
18  "Thanks for sharing.  This document appears to
19  meet the TDOE maintenance for effort
20  requirement for total budgeted local revenues"?
21  A.   Yes.
22  Q.   Okay, what is the TDOE maintenance of
23  effort -- effort requirement?  I know we
24  touched on that a little bit earlier.
25  A.   Sure.  The TDOE maintenance of effort

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 51 of 81 PageID #: 2970
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com                    197..200

1 requirement is that your -- your funding body,
2 which for us would be the Metro Council, the
3 funding body must budget at least the same
4 amount of local revenue next year as they
5 budgeted in the current year, which means that
6 they can't just arbitrarily decide to reduce
7 the amount of budgeted local revenue.
8 Q. Okay.
9 A. And that's the maintenance of effort
10 requirement that's in state law, that the
11 Tennessee Department of Education will check
12 every school district's budget to make sure
13 it's meeting that requirement.
14 Q. Okay. And it looks -- well, let me ask
15 this: Do you recall sending this e-mail?
16 A. I do now.
17 Q. Okay. And it looks to be that you're
18 responding to a document that Talia sent,
19 correct?
20 A. Correct.
21 Q. Okay. And I'm going to pull this up, but
22 do you see where, in the e-mail that she sent,
23 it -- the subject is "draft document for
24 discussion"?
25 A. Yes.

1 Q. Okay. And then the way that Metro
2 produced these e-mails to us, there were a lot
3 of PDFs, but then if there was an attachment
4 sometimes it was produced natively the way that
5 it says on here, so I'm going to pull up the
6 document that corresponds with this page, okay,
7 but it was produced in its native format.
8 A. Okay.
9 Q. Okay.
10 Okay, can you see my screen?
11 A. Yes.
12 Q. And I can probably make that a little
13 bigger if that would help you.
14 A. That would.
15 Q. Okay. Can you see the title of the
16 document?
17 A. Yes.
18 Q. And do you see that it's titled Schools
19 E-mails 0025347?
20 A. Yes.
21 Q. Okay. So this would have been the
22 attachment that Talia sent you in that e-mail
23 that we were just looking at, correct?
24 A. Correct.
25 Q. Okay. So this is the e-mail that you

1 were saying shows a satisfaction of the
2 maintenance of effort requirements, correct?
3 A. Correct.
4 Q. Okay. So it looks like the property tax
5 budgeted for 2020 to 2021 was somewhere in the
6 range of $420.2 million, correct?
7 A. Correct.
8 Q. And this also shows that in the amended
9 budget, that would have been somewhere around
10 $326.8 million, correct?
11 A. For the prior year, correct.
12 Q. Okay. So in the last column that shows
13 2021 budget versus 2020 budget, it's an
14 increase of about $93.4 million?
15 A. For that line item, yes.
16 Q. Okay. And then for the local option
17 sales tax for the 2020-2021 year, it's
18 somewhere around 176 million, correct?
19 A. Correct.
20 Q. And then the prior budgeted year is
21 somewhere around 261.1 million, correct?
22 A. Correct.
23 Q. And so, in the last column that's
24 comparing the 2021 budget versus the 2020
25 budget, that shows a decrease of around 85

1 million, correct?
2 A. Correct.
3 Q. So the estimated property tax change was
4 actually greater than the de- -- estimated
5 decrease for the sales tax, correct?
6 A. Correct.
7 Q. Okay.
8 MS. HARBISON: I'm going to make that
9 e-mail and the Excel spreadsheet the
10 next-numbered exhibit.
11 MR. FOX: What number is that?
12 THE REPORTER: 12.
13 MS. HARBISON: Okay.
14 (WHEREUPON, a document was marked as
15 Exhibit Number 12.)
16 BY MS. HARBISON:
17 Q. I have a question, also. I'm going to
18 share my screen with you again.
19 Can you see my screen?
20 A. Yes.
21 Q. Okay. Earlier, when we were talking
22 about the final budget -- and I can pull that
23 up and -- and show it to you if it would help
24 refresh your recollection. There's a line item
25 for IT moving operating expenses to capital

Case 3:20-cv-01023-Document-180-Or-Filed-07/27/22-Page-52-of-81-PageID #: 2971    201..204
Elite-Brentwood Reporting Services    (615) 595-0073
www.EliteReportingServices.com

1   expenses.  I think sometimes people say op X to
2   cap X; is that right?
3   **A.    Yes.**
4   Q.    Okay.  I'm an English girl, not a finance
5   girl, so you'll have to bear with me.
6         And then there was another line item, I
7   think, for maintenance, grounds maintenance,
8   same thing, moving some expenditures from
9   capital expenses to operating expenses?
10  **A.    It wasn't grounds maintenance, it was**
11  **just maintenance.**
12  Q.   Maintenance, okay.
13        Explain that to me like I'm five, okay?
14  What does that mean?
15  **A.    Just the concept?**
16  Q.   Yes.
17  **A.    So we've got several different funds.**
18  **The first would be the largest, the General**
19  **Purpose Operating Fund.  And that's typically**
20  **for more of your day-to-day types of activities**
21  **that -- that occur.**
22        **We also have a Capital Fund where the**
23  **Metro Council, at the mayor's recommendation,**
24  **will approve a capital funding amount for**
25  **schools as well as other departments.  And it's**

1   **mainly for larger types of purchases, larger**
2   **equipment types of purchases and things of that**
3   **nature.**
4         **There's not a fast and true definition of**
5   **what would go into the General Purpose**
6   **Operating Fund and what would go into the**
7   **Capital Fund.  And so, what I asked both the IT**
8   **department as well as the maintenance**
9   **department to do would be to go through and**
10  **identify anything that could be considered a**
11  **capital expenditure, so it would be a larger**
12  **dollar type item, even if it had been budgeted**
13  **in the operating budget in the past, as part of**
14  **our budget reduction exercise so that we could**
15  **move some of those expenses over to the capital**
16  **budget, fund them there, realizing that**
17  **whatever was already going to be spent on the**
18  **capital budget won't be able to do everything**
19  **because some of it's going to be for these**
20  **items that previously had been funded in the**
21  **operating budget.**
22        **And that was all an exercise to get down**
23  **to -- to make the budget reductions to get down**
24  **to the amount that the Metro Council approved.**
25  Q.    Okay.  So I'm going to show you -- scroll

1   down in this e-mail a little bit and show you
2   the first e-mail in this thread, okay?
3   **A.    Okay.**
4   Q.    This is from Kevin -- is it Knapp?
5   **A.    Yes.**
6   Q.    And I think we established earlier he's
7   an accountant for MNPS, correct?
8   **A.    Correct.**
9   Q.    Okay.  And he sent it to Kenneth Stark,
10  Lance Lott, Doug Renfro, Michael Lee, David
11  Proffitt and Louis Burnett, correct?
12  **A.    Correct.**
13  Q.    And you're CC'd on this e-mail, correct?
14  **A.    Correct.**
15  Q.    Did you tell Kevin to send this e-mail?
16  **A.    I don't know if I told him to send it.**
17  **We discussed it, and I don't know that I told**
18  **him to send this e-mail exactly, but it was a**
19  **way to -- for us to get to what can be --**
20  **what's a possibility to -- to move over to the**
21  **capital budget that had previously been funded**
22  **in the operating budget.**
23  Q.    Who is Michael Lee?
24  **A.    He's over transportation.**
25  Q.    Okay.  There was no line item in the

1   final budget moving transportation -- moving
2   anything for transportation from operating
3   expenses to capital expenses, correct?
4   **A.    Correct.**
5   Q.    Why not?
6   **A.    They didn't really have the type of**
7   **expenses that would qualify for capital.**
8   **School buses are already purchased out of the**
9   **capital budget.  And so, a lot of what they**
10  **have would be either staff or would be just**
11  **maintenance and repairs on school buses that**
12  **wouldn't rise to the level of being a**
13  **capital-type expenditure.**
14  Q.    Did you have a conversation with Michael
15  Lee about that?
16  **A.    I probably had a conversation with Ken**
17  **Stark, who Michael Lee reports to, about that.**
18  Q.    Okay.  And did you do anything to ensure
19  that Michael Lee did everything he could to
20  determine if anything could be moved from the
21  operating expenses to the capital expenses?
22  **A.    Yeah, I -- our team reviewed the**
23  **expenditures to date and historical for the**
24  **transportation department to see if there was**
25  **anything out there, and they didn't come up**

Case 3:20-cv-01023  Document 140-1  Filed 07/27/22  Page 53 of 81  PageID #: 2972
*Elite-Brentwood Reporting Services* (615)595-0073   205...208
*www.EliteReportingServices.com*

1 with anything.
2 Q. Okay. And who was your team?
3 A. Would be Barry and Kevin working with Ken
4 and Michael and maybe somebody -- somebody else
5 in the transportation department.
6 Q. And would that have been documented
7 anywhere?
8 A. Probably not.
9 Q. Okay. Who is Doug Renfro?
10 A. He's over IT.
11 Q. Okay. Does -- is he also over learning
12 technology and library services?
13 A. Yes.
14 And -- and my mistake, Lance Lott was
15 over IT.
16 Q. Okay.
17 A. Doug was over instructional technology.
18 We ended up consolidating the two to make one
19 IT department. That's the reason I said Doug
20 was over IT. But Lance and Doug were both over
21 IT, but just different parts of the IT
22 function.
23 Q. Okay. And you said Doug's title --
24 sorry, tell me that again. It was over
25 instructional --

1 A. I think it was what -- what you said.
2 Q. Learning technology and library services?
3 A. Yes, he was the director of that.
4 Q. Okay. There was no line item in the
5 final budget showing any operating expenses
6 moved to capital expenses for library -- or for
7 learning technology and library services,
8 correct?
9 A. Correct.
10 Q. Okay. What did you do to ensure that
11 Doug -- if anything, that Doug Renfro combed
12 through the budget for his department to
13 determine if anything could be moved from
14 operating expenses to capital expenses?
15 A. It -- it was the same thing we did with
16 transportation. It was scanning through
17 expenditures.
18 His department is -- was fairly small and
19 mainly made up of staff members, so there
20 wasn't a lot of non-personnel items to even
21 review.
22 Q. Okay. Same question as for the
23 transportation services department, would that
24 be documented anywhere, that review?
25 A. Probably not. It probably was just going

1 through the expenditures and having the
2 discussions but not necessarily documenting it.
3 Q. Okay. So you said at this time Lance was
4 over IT. We've talked about Doug. We've
5 talked about Michael Lee.
6 David Proffitt was over facilities
7 maintenance and construction, correct?
8 A. Correct.
9 Q. And then, who is Louis Burnett?
10 A. He's over maintenance. He reports to
11 David Proffitt.
12 Q. Okay. Tell me if I'm getting this wrong,
13 okay? You said that you heard, I think from
14 Hank Clay, that those five positions were going
15 to be -- needed to be accounted for in the
16 budget, correct?
17 A. I heard from him regarding what some of
18 the different changes were going to be as far
19 as positions and who was going to be in those
20 positions, et cetera.
21 And then eventually, after that, we
22 needed to put that into the budget, so I'm sure
23 there was discussion regarding what -- what the
24 net effect of that would be to the budget.
25 Q. Okay. I think earlier -- and I will show

1 this to you.
2 Earlier, we were looking at this budget,
3 which is dated -- and let me zoom in here a
4 little bit -- March 23rd, 2020? Have we looked
5 at this today?
6 A. I'm not sure. This would have been a
7 very early draft.
8 Q. Sure.
9 And it's titled Fiscal Year 2020-2021
10 Operating Budget Draft Number 1, right?
11 A. Uh-huh.
12 Q. And this is Bates labeled MG574 through
13 613. And at the top, it says Draft March 23rd,
14 2020, correct?
15 A. Correct.
16 Q. So in here, I don't see any -- these are
17 employee compensation and required additions.
18 And then, there's nothing for total proposed
19 changes, correct?
20 A. Correct. This was still looking at what
21 we had to have to move forward next year at the
22 same level of service without any --
23 Q. Okay.
24 A. -- additions or reductions otherwise.
25 Q. If there -- if you had known about those

Case 3:20-cv-01023-Document 148-10 Filed 07/27/22 Page 54 of 81 PageID #: 2973 209...212
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  five positions, would it have been accounted --
2  as of this date, as of March 23rd, 2020, would
3  it have been accounted for in this budget?
4  **A.   It depends on where we would -- would**
5  **have been during the discussion.  If we were**
6  **only looking to determine, you know, what do we**
7  **have to have as a baseline amount, continuity**
8  **of operations to move forward, if that was the**
9  **purpose of putting this together, then it would**
10  **not have.**
11  **     But if it -- if it were looking at, you**
12  **know, different scenarios -- which I don't**
13  **think I was aware of that change on March 23rd,**
14  **so I'm assuming that I did not know about that**
15  **at this point.**
16  Q.   Okay.
17  **A.   Because I think that was later on.**
18  Q.   Okay.  Do you know when you did learn
19  about that?
20  **A.   No, it -- I don't.  It would have been, I**
21  **think, later in the summer.  I just don't know.**
22  Q.   Is it fair to say that if that change is
23  reflected in the May 19th budget, that you
24  found out about it sometime between March 23rd
25  and May 19th?

1  **A.   Yeah.  Yes.**
2  Q.   Okay.  Earlier, you said that the -- that
3  that central office reorganization -- which is
4  what it's called, that's what I'm going to call
5  it, that's what it's called in the board
6  documents -- was -- could have been discussed
7  in a budget and finance meeting, correct?
8  **A.   The board's budget and finance meeting.**
9  Q.   Yeah.  So tell me about that.  Is the
10  board's budget and finance committee, is that a
11  subcommittee or is it -- are all the members of
12  the Board of Education also members -- also
13  part of the board -- budget and finance
14  committee?
15  **A.   It -- it's a committee of the whole, so**
16  **it's -- it's all board members, but they have a**
17  **chair.  It's separate from the board chair.**
18  Q.   Okay.
19  **A.   It's the chair of the budget and finance**
20  **committee.**
21  Q.   Do you remember who the chair was during
22  this time?  And this time I'm referring to is
23  spring semester 2020.
24  **A.   I think it was Gini Pupo-Walker, but I'm**
25  **not positive.**

1  Q.   Okay.  Do you normally attend the budget
2  and finance committee meetings, referring to
3  the budget and finance committee of the Board
4  of Education, not the council as a whole?  Do
5  you normally attend those meetings?
6  **A.   Yes.**
7  Q.   Okay.  Are those held at a typical time?
8  Like, for example, do they try to meet, you
9  know, X number of weeks before the full Board
10  of Education meeting or the regular Board of
11  Education meeting?
12  **A.   Yeah, typically they are held before the**
13  **actual board meeting itself, which begins at**
14  **5 o'clock.  So they may have a 3 o'clock or**
15  **3:30 or a 4 o'clock budget and finance**
16  **committee meeting before a scheduled School**
17  **Board meeting since board members already have**
18  **that on their calendar.**
19  **     And -- and they'll have two, three or**
20  **four, depending on the -- the committee chair's**
21  **preference, meetings throughout the spring**
22  **until they actually approve a budget**
23  **proposal --**
24  Q.   Okay.
25  **A.   -- prior to the mayor making his funding**

1  allocation to the council.
2  Q.   Are minutes kept for those meetings?
3  **A.   No.**
4  Q.   Okay.  Do you know why not?
5  **A.   I don't.  I don't know that they keep**
6  **minutes for any of their committee meetings.**
7  Q.   Okay.
8  **A.   Some of them are televised.**
9  Q.   Yes.
10  So if they were televised, then they
11  would be, to the best of your knowledge, on the
12  Metro Nashville Network YouTube channel?
13  **A.   Yes.**
14  Q.   Okay.  Does it sound right to you that
15  there was a budget meeting on May -- on
16  April 30th, 2020?
17  **A.   If that were a Tuesday, probably.**
18  Q.   Okay.
19  **A.   But it wouldn't be on a board meeting**
20  **date because they meet the second and fourth**
21  **Tuesdays of the month.**
22  Q.   Okay.  The second and fourth Tuesdays of
23  the month, okay.
24  **A.   Yes.**
25  **     Now, they could have scheduled something**

Case 3:20-cv-01023  Document 180-10  Filed 07/27/22  Page 55 of 81 PageID #: 2974
*Elite-Brentwood Reporting Services  (615) 595-0073*
*www.EliteReportingServices.com*
213...216

1  that was on an off Tuesday, I just don't
2  remember the dates.
3  Q.   Okay.  Do you know if any -- well, let me
4  say it to you this way:  On the Metro Nashville
5  Network YouTube, it shows that there was a
6  meeting on April 30th, 2020, of the budget and
7  finance committee of the Board of Education.
8  A.   Okay.
9  Q.   And it shows that there was another
10 meeting of the same body on May 14th, 2020.
11      Do you recall attending any other budget
12 and finance committee meetings at the Board of
13 Education in the spring of 2020, other than on
14 those two dates?
15 A.   I -- I don't remember how many they had
16 that particular year.
17 Q.   Would you have gotten a calendar
18 invitation for those?
19 A.   Yes.
20 Q.   Okay.  And would you still have your
21 calendar invitations for those?
22 A.   I assume so.
23 Q.   Okay.  Could you look for those, if you
24 were asked?
25 A.   I would have someone help me look for

1  those.
2  Q.   Okay.  Do you know when Juneteenth became
3  a paid holiday for Metro public school employees, Metro
4  Nashville public school employees?
5  A.   I think this coming year is the first
6  year.
7  Q.   Okay.  So in June of 2021, it was not a
8  paid holiday?
9  A.   Correct.
10 Q.   Okay.  Do you know how much that cost?
11 A.   Since it only affects 12-month employees,
12 we don't have to hire substitutes, so it's
13 really cost neutral.
14 Q.   Okay.
15 A.   People have an extra holiday.
16 Q.   Okay.  Do you recall seeing somewhere
17 that to make Veterans Day a paid holiday, it
18 was going to be around $2 million?
19 A.   Yes.
20 Q.   Okay.  Did you perform that calculation?
21 A.   No.  Human resources performed that.
22 Q.   Okay.  And did you also ask them to
23 perform a calculation for the cost of
24 Juneteenth?
25 A.   No.  Juneteenth had not been proposed at

1  that time.
2  Q.   Okay.
3      Who puts the money in the Capital Fund?
4  How does that work?
5  A.   Who puts the money in there?
6  Q.   Yeah, how does that work?
7  A.   It's really more of a question for Metro
8  Finance.
9  Q.   Okay.  Do you go through the same budget
10 process for the Capital Fund as you do for the
11 operating fund?
12 A.   No, it's a different process and on a
13 different timeline.  There is debt involved,
14 issuance of bond debt to fund the capital
15 budget.  And so, it's something that's very
16 heavily driven by Metro Finance and Metro
17 Treasury regarding the -- the bonding
18 capabilities or capacities of Metro Government.
19      And the -- the mayor proposes a capital
20 spending plan to the Metro Council, but there's
21 no -- there's no timing of it as far as it has
22 to go a certain time of year.
23 Q.   Like with the operating budget where it
24 has to be approved by --
25 A.   June 30th.

1  Q.   -- June 30th.
2      Is it like what you were describing
3  earlier with the operating fund, where there is
4  an actual fund that's shared by multiple
5  departments that you can draw from?
6  A.   Well, there's a fund that is set up for
7  the -- the Capital Fund.  And it's for the
8  items that the Metro Council approves in the
9  capital spending plan.
10     And so, expenditures are coded to that
11 Capital Fund as opposed to being coded to the
12 operating fund when capital dollars are used.
13 Q.   Did you ask anyone other than Mr. Stark,
14 Mr. Lott -- well, let me ask it this way.
15     Do you know if anyone in your department
16 asked anyone other than Mr. Stark, Mr. Lott,
17 Mr. Renfro, Mr. Lee, Mr. Proffitt or
18 Mr. Burnett to look for expenses that could be
19 capitalized instead of taken from the operating
20 fund?
21 A.   No.  Based upon what the capital budget
22 was intended to fund, those would be the only
23 individuals that had a capital account that had
24 capital funds to begin with.
25 Q.   Okay.  Does the -- does the Capital Fund

Case 3:20-cv-01023 Document 140-10 Filed 07/27/22 Page 56 of 81 PageID #: 2975
Elite-Brentwood Reporting Services   (615) 595-0073
www.EliteReportingServices.com
217...220

1  come from the Metro Government?
2  **A.   It does.  It comes from the issuance of**
3  **debt that the -- that the Metro Government**
4  **issues.**
5  Q.   And when do they go through that process?
6  You said it's not at a typical time?
7  **A.   It just -- it just depends on when the**
8  **mayor wants to propose a capital spending plan.**
9  Q.   Is it yearly?
10  **A.   It can be.  There have been years when we**
11  **have not received any capital funding.  We --**
12  **there have been years where we received capital**
13  **spending plan two times within a fiscal year.**
14  **So it's not necessarily bound by -- by any time**
15  **regulation.**
16  Q.   In 2019-2020, did you receive any capital
17  funding?
18  **A.   I think so, but I'd have to -- again, I'd**
19  **want to go back and verify.**
20  Q.   In 2020-2021, did you receive any capital
21  funding?
22  **A.   I'm sure we did, yes.**
23  Q.   Why do you say you're sure you did,
24  because --
25  **A.   Because it's more recent.**

1  Q.   Okay.  And Metro was doing pretty well
2  during that year, to the best of your
3  knowledge?
4  **A.   Yes.**
5  Q.   Okay.  Are -- have you received any --
6  well, for 2021-2022, have you or will you
7  receive any capital funds from Metro?
8  **A.   We have.**
9  Q.   Okay.  How much?
10  **A.   I don't remember off the top of my head.**
11  Q.   Is -- and is that available
12  publicly?
13  **A.   Yes.**
14  **It's for specific projects.  A lot of**
15  **them are new schools, school renovations,**
16  **school buses, big projects.**
17  Q.   Okay.  Did you ever tell Dr. Battle that
18  certain positions were going to have to be
19  eliminated or changed due to the budget?
20  **A.   I don't think so.**
21  Q.   Did Dr. Battle ever ask you if the budget
22  required the elimination of positions or
23  repurposing of positions?
24  **A.   She knew what the amounts that we needed**
25  **to come up with to make our balance -- budget**

1  **balance, but we didn't talk specifics as far as**
2  **positions.**
3  Q.   Okay.  So she never asked you if that was
4  required by the budget, correct?
5  **A.   Correct.**
6  MS. HARBISON:  I don't have any
7  further questions.
8  MS. STEINER:  I'm sorry.
9  MR. FOX:  None for me.
10  MS. STEINER:  Can I ask a question?
11  MR. FOX:  Sure, yeah.  Off the
12  record.
13  MS. STEINER:  No, no, no, on the
14  record.
15  MR. FOX:  On record.
16
17  FURTHER EXAMINATION
18  QUESTIONS BY MS. STEINER:
19  Q.   Okay.  If a position -- let me get out of
20  here real quick.
21  Okay, when you were the interim director,
22  and I believe you testified to this earlier, if
23  you were eliminating a position, you were
24  honest with what you told the employee about
25  why it was being eliminated, weren't you?

1  **A.   Yes.**
2  Q.   Okay.  And --
3  **A.   Dr. McGruder's the only one that I can**
4  **remember eliminating when I was the interim**
5  **director of schools.**
6  Q.   Okay.  And you non -- you didn't
7  eliminate her position, you just non-renewed
8  her contract, correct?
9  **A.   That's correct.  Yeah, I believe, yeah.**
10  Q.   Okay.  Now, I want to show you this one
11  first.
12  MS. HARBISON:  Let me make you host
13  again.  There we go.
14  BY MS. STEINER:
15  Q.   Can you see this?
16  **A.   Yes, now I can.**
17  Q.   Okay.  Now, do you see in this letter
18  where -- to James Bailey, it's dated May 4th,
19  2020, it's from Dr. Adrienne Battle?
20  **A.   Okay, this is the first time I've seen**
21  **this one.**
22  Q.   Sure.  I don't think you have seen this
23  before, I just want to ask you a question about
24  it.
25  **A.   (Witness viewing document.)**

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 15 of 18 PageID #: 2976
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
221..224

1      Okay.
2  Q.   Okay.  Now, same as the other questions I
3  asked you earlier, was Dr. Battle under a duty
4  to be honest with Mr. Bailey about why he was
5  being removed as the principal at Whites Creek?
6  **A.   I can't speak for Dr. Battle.**
7  Q.   Well, do you think she was, as the
8  director of schools?
9  **A.   Do I think she was?**
10 Q.   Under a duty to be honest with the
11 workers who worked for Metro Schools?
12 **A.   I would -- I would assume so.**
13 Q.   Okay.  And you were when you were the
14 interim, correct?
15 **A.   Correct.**
16 Q.   Okay.  And do you see where this says
17 that he has lost his job due to the district's
18 reorganization and budget impact?
19 **A.   Yes.**
20 Q.   Did anyone at any point in time tell you
21 that we're going to remove Dr. Bailey from
22 Whites Creek because of the budget?
23 **A.   No.**
24 Q.   Do you know whether or not the budget --
25 whether or not the principal's position at

1  Whites Creek continued?
2  **A.   I'm sure it did, yes.**
3  Q.   Okay.  And would you agree that this
4  letter to Dr. Bailey is -- is not true?
5  **A.   Well, there would -- there would need to**
6  **continue to have a principal at Whites Creek**
7  **High School, so that really wouldn't have a**
8  **budgetary impact.**
9  Q.   Okay.  So this letter -- the reason given
10 for the -- the removal of James Bailey as set
11 forth by Dr. Battle in this letter, would you
12 agree, is just not true?
13 **A.   I would -- I would -- I would agree that**
14 **the removal of Dr. Bailey as principal of**
15 **Whites Creek High School would not have a**
16 **budgetary impact.**
17 Q.   Okay.
18     MS. STEINER:  Can we have this marked
19 the next-numbered exhibit?
20     (WHEREUPON, a document was marked as
21 Exhibit Number 13.)
22 BY MS. STEINER:
23 Q.   Now, got one -- just a couple more I want
24 to show you, then I will be through.
25     Okay.  Now, can you see this?

1  **A.   Not yet.**
2  Q.   Is it coming up yet?
3  **A.   (Shaking head.)**
4      MS. HARBISON:  Maybe stop the screen
5  share and start again.  If you click that red
6  button.
7      MS. STEINER:  That there?
8      MS. HARBISON:  Yeah, that says stop.
9  Yeah, then just start it -- just share it
10 again.  I think you maybe closed the document.
11     MS. STEINER:  Yeah, I did.
12 BY MS. STEINER:
13 Q.   Okay, can you see it?
14 **A.   No.**
15 Q.   Okay.  Hang on.  We'll get it up there.
16     Okay, now can you see it?
17 **A.   I'm probably seeing stuff I shouldn't**
18 **see.**
19 Q.   Yeah, that's fine.  You're seeing other
20 stuff?
21     MS. HARBISON:  No, no.  Just stop
22 your share.  Is the document open?
23     MS. STEINER:  There it is.
24     MS. HARBISON:  Okay, so click screen
25 share, share your screen again.  We'll get

1  there.
2      Okay, now hover over -- scroll
3  down -- yeah, that's the one.
4      MS. STEINER:  I think that's it.
5      MS. HARBISON:  Yeah.
6  BY MS. STEINER:
7  Q.   Okay, now do you see it?
8      MR. FOX:  There's a letter.  Can you
9  zoom in?
10     MS. STEINER:  Yeah.
11 BY MS. STEINER:
12 Q.   Can you see it?
13     MR. FOX:  A letter to Lilly Lefler?
14     MS. STEINER:  Yes.  May 4th, 2020,
15 letter to Lily Leffler.
16     MR. FOX:  Zoom in a little bit more,
17 please.  Little more.  Okay.
18 BY MS. STEINER:
19 Q.   Okay.  Same thing with this letter
20 that's -- that goes to Lily Leffler, same date,
21 May 4th, 2020.  Do you see where
22 Dr. Battle tells her that, "Due to district
23 reorganization and budget impact, your position
24 as executive director with Metro Schools will
25 be eliminated"?  Do you see that?

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 59 of 82 PageID #: 2977
Elite-Brentwood Reporting Services  (615) 595-0073   225..228
www.EliteReportingServices.com

1  A.  Yes.
2  Q.  Okay.  Is it true that the executive
3  director position was not eliminated?
4  A.  Well, we still have executive directors.
5  Q.  Okay.  And do you deal with the executive
6  directors?
7  A.  Just very little.  They -- they deal
8  mainly with individual schools and school
9  principals.
10  Q.  Okay.  And would you agree that this
11  letter is -- is false because her position was
12  not eliminated?
13  A.  Well, I -- I don't know exactly what she
14  was doing as an executive director compared to
15  what the current executive directors are doing,
16  so I assume that was part of the district
17  reorganization wording in the letter.
18  Q.  Okay, but would you agree that her
19  position -- that the executive -- there's no
20  executive director position eliminated in the
21  central office reorg that was presented to the
22  board, correct?
23  A.  I'm not sure what executive director of
24  schools support does or did in comparison to
25  the current executive directors that we have.

1  I don't know if there's a difference between
2  what she was doing and what the current
3  executive directors are doing.
4  Q.  Regardless of whether or not there may be
5  a difference or not a difference, would you
6  agree that this executive director position was
7  not eliminated?
8  MR. FOX:  Objection to form.
9  THE WITNESS:  I'm not sure -- of
10  those five positions that were mentioned, I'm
11  not sure.  It becomes complicated because with
12  a reorganization, it's -- I'm always just
13  looking for the net impact.  And so, I don't
14  know as far as all the -- the different pieces
15  to get to that net impact would be.  I just
16  knew that we were reducing five positions.
17  BY MS. STEINER:
18  Q.  Okay.  Would you agree that the budget
19  did not require the elimination of her
20  executive director position?
21  MR. FOX:  Objection to the form.
22  THE WITNESS:  Well, we did reduce
23  five positions, which had a budgetary impact,
24  but I just don't know how -- how this plays
25  into those five positions.

1  BY MS. STEINER:
2  Q.  Okay.  Assuming it was not a part of
3  those five positions, would you agree that it
4  would not have an impact on any budget?
5  MR. FOX:  Objection to the form.
6  THE WITNESS:  If it were not a part
7  of the five positions, then I'm assuming it
8  would not.
9  BY MS. STEINER:
10  Q.  Okay.  And this letter would be incorrect
11  that was sent to Lily Leffler, correct?
12  MR. FOX:  Objection to the form.
13  THE WITNESS:  Again, it -- I'm
14  referring to the district reorganization part
15  of the letter.  I don't know -- I don't know
16  that part of it.
17  (WHEREUPON, a document was marked as
18  Exhibit Number 14.)
19  BY MS. STEINER:
20  Q.  Okay.
21  MS. STEINER:  Okay, that's all.
22  MR. FOX:  Thank you.
23  THE VIDEOGRAPHER:  This concludes
24  today's deposition.  The time is 2:50 p.m.
25  THE REPORTER:  Ms. Steiner, did you

1  want to order this?
2  MS. STEINER:  Yes.
3  THE REPORTER:  Ms. Harbison, did you
4  still want a copy?
5  MS. HARBISON:  Yes, please.
6  THE REPORTER:  Mr. Fox, did you want
7  a copy?
8  MR. FOX:  Yes, please.
9  FURTHER DEPONENT SAITH NOT
10  (At 2:50 p.m. CST)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 3:20-cv-01023-JPM  Document 140-10  Filed 07/27/22  Page 59 of 81  PageID #: 2978
Elite-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com
229..232

```
                                                    Page 233
 1                  REPORTER'S CERTIFICATE
 2
 3   STATE OF TENNESSEE
 4   COUNTY OF SUMNER
 5        I, JENNY CHECUGA, Licensed Court Reporter,
 6   with offices in Nashville, Tennessee, and Registered
 7   Professional Reporter, hereby certify that I reported
 8   the foregoing deposition of CHRISTOPHER HENSON by
 9   machine shorthand to the best of my skills and
10   abilities, and thereafter the same was reduced to
11   typewritten form by me.
12        I further certify that I am not related to
13   any of the parties named herein, nor their counsel,
14   and have no interest, financial or otherwise, in the
15   outcome of the proceedings.
16        I further certify that in order for this
     document to be considered a true and correct copy, it
17   must bear my original signature and that any
     unauthorized reproduction in whole or in part and/or
18   transfer of this document is not authorized, will not
     be considered authentic, and will be in violation of
19   Tennessee Code Annotated 39-14-104, Theft of
     Services.
20
21
22                               _
          JENNY CHECUGA, LCR, RPR
23        Elite-Brentwood Reporting Services
          Licensed Court Reporter (TN)
24        Notary Public State of Tennessee
25        My Notary Commission Expires:  5/22/2023
          LCR #690 - Expires:  6/30/2022
```

STATE OF TENNESSEE NOTARY PUBLIC SUMNER COUNTY

Case 3:20-cv-01023  Document 140-10  Filed 07/27/22  Page 60 of 81  PageID #: 2979
Elite-Brentwood Reporting Services     (615) 595-0073
www.EliteReportingServices.com                           233

## Exhibits

**Ex 01 - Chris Henson**
4:11 71:18,21

**Ex 02 - Chris Henson**
4:14 74:23 75:2 83:24

**Ex 03 - Chris Henson**
4:18 84:5,6,9

**Ex 04 - Chris Henson**
4:19 85:4,7

**Ex 05 - Chris Henson**
4:21 85:18,21

**Ex 06 - Chris Henson**
4:24 91:1,4

**Ex 08 - Chris Henson**
5:3 141:24

**Ex 09 - Chris Henson**
5:6 141:24

**Ex 10 - Chris Henson**
5:8 193:22

**Ex 12 - Chris Henson**
5:12 204:15

**Ex 13 - Chris Henson**
5:15 226:21

**Ex 14 - Chris Henson**
5:17 231:18

## $

**$1** 67:15

**$10,000** 121:4

**$102.5** 193:11

**$146,540,300** 173:3

**$15** 100:8 125:15

**$15-an-hour** 100:19

**$15.2** 41:24 97:23 98:10

**$150** 64:23

**$2** 218:18

**$20** 152:18,19

**$3** 53:24 54:6 121:13

**$3.8** 95:23

**$326.8** 203:10

**$4.4** 61:8

**$420.2** 203:6

**$50** 79:5 107:10 121:5
163:23 166:7

**$52** 107:21

**$6,565,100** 170:7

**$8** 165:24

**$8,921,900** 171:17

**$80,000** 102:18

**$93.4** 203:14

**$933,652,100** 128:12

**$950** 104:13

## 0

**0025347** 202:19

## 1

**1** 32:13 34:22 38:13 39:6
40:15,16 60:6,7 61:9
68:3 71:18,21 92:25
96:10 97:11 99:5,12,23
101:2,9,10 123:3 124:14,
22 125:1 139:6 166:11
181:8 189:10 212:10

**1,000** 115:25

**1.4** 189:10,16,20

**1.5** 51:13 189:20

**10** 126:14 127:3 168:19
193:22

**10:24** 72:13

**10:36** 72:16

**11** 104:10 198:18

**11th** 73:3 74:5 140:18
141:9,12

**12** 204:12,15

**12-month** 218:11

**1200** 115:18,19

**12:06** 149:13

**12th** 31:10

**13** 226:21

**14** 231:18

**146** 174:6

**14th** 217:10

**15** 10:22 66:6,9 152:23,
24 185:14

**15.2** 98:6 139:3 168:25

**15th** 90:8

**16** 75:11

**165,000** 147:13

**17** 75:11

**176** 203:18

**18** 75:19 82:4 83:12

**18-19** 82:14 83:4,5,8

**185** 146:8,13,24 147:6,
12,24

**185,000** 113:23 146:3

**19** 13:8 48:20 75:11,19
76:5 82:5 83:12 99:19
160:22 163:25 165:3
166:12,14 167:21 168:9
174:16

**19-20** 82:15 83:4,6
107:12 121:22 157:21
161:1 164:15 165:18
168:16 170:4,5,17
174:18 175:21

**19th** 48:18 83:12 84:21,
25 85:25 86:4,7 92:17
98:19,20,23 99:18 118:4,
14,15 121:19 129:12,16,
25 130:5 131:7 213:23,
25

**1:09** 149:16

**1st** 141:1,21 169:17
180:21

## 2

**2** 61:9 74:23 75:2 83:24
136:6 163:7

**2.5** 181:3,12

**20** 70:25 75:11 76:6
88:16 125:9 126:14
147:13 160:22 161:2
168:20 174:16

**20,000** 146:5,7,10,24
147:6,23

**20-21** 77:17,22 78:7,24
175:8

**200** 50:15 112:14 119:19
158:21 159:10

**2015-16** 44:6

**2016** 90:8

**2017** 18:11

**2018** 18:11 83:12 84:4
171:19

**2019** 64:12 84:4 158:24
161:14 170:2,6,14 171:1,
3,6,19 179:14 182:2

**2019-20** 108:19 110:9
164:6 166:1,9 170:18
174:10 175:11 179:17

**2019-2020** 13:9,23 51:5
79:5 108:21 114:15
157:7,13 166:15 175:18
182:20 183:16 221:16

**2019/2020** 11:22

**2020** 15:7,12,22 16:10
17:25 18:1 28:1,13,24
29:24 31:10 32:13,15
38:22 48:24 58:6,13,22
59:13 60:16,18,22 65:3,6
66:3,23 72:5 73:3 74:3,5,
21 76:10 77:14 78:13
79:9,13 82:12 84:21,25
99:20 101:19 104:10
105:22 106:8,16,21
107:3,11 108:18,19
110:6,11,17 111:9,18
112:6 120:5 121:19,24
123:4,12 124:10 125:11
126:11 130:2,24,25
131:5 132:24 135:13
138:4 140:18 141:9,21
148:8 156:5 157:1
158:10,24 161:4,13,14
162:16 164:12,24 165:1,
10 167:24 168:10 170:2,
6,14 171:1,3 175:15
179:19 180:24 182:2
196:20 200:8 203:5,13,
24 212:4,14 213:2
214:23 216:16 217:6,10,
13 224:19 228:14,21

**2020's** 190:24

**2020-2021** 65:9 74:18 157:14 203:17 212:9 221:20

**2020-21** 51:5 58:20 82:17 146:6 164:8 168:1, 24 169:7,23 175:23 183:16 196:7

**2021** 32:16 57:17 71:16 72:1 74:3 76:17 77:21 78:1,6 121:1,20,22 127:2 160:15 161:4,11,13 174:21 188:11 190:3 193:11 203:5,13,24 218:7

**2021-2022** 222:6

**2022** 7:4 188:8 189:19 190:16 193:11

**2022's** 190:1 193:4,12

**20th** 49:8 88:14

**21** 57:11,13,19,20 65:3 66:3 76:11 77:14,17 78:13 82:12 121:24 148:8 156:6 157:1 167:24 168:11 175:16 189:9 191:9,23 193:13

**21-22** 57:8,14,18 71:14 161:2

**210** 161:25

**22's** 191:7

**222** 7:14

**22nd** 200:8

**230** 158:25

**23rd** 123:4,12 124:10 162:16 212:4,13 213:2, 13,24

**244** 161:4

**249,000** 51:9

**250** 160:24 161:24

**261.1** 203:21

**26th** 131:1,2,4 132:24 135:13 141:3,11,16,19

**27** 32:13 58:13 188:21,23

**27th** 58:22 59:12

**28th** 7:3 153:22

**29** 192:14,16

**2:50** 231:24 232:10

**2nd** 130:24,25 196:20

---

### 3

**3** 61:1,9 64:5,7 65:3,6,20, 24,25 66:11 78:17 84:5, 6,9 100:20 119:15 120:7, 24 121:24 122:10 125:2, 3,11 176:3 180:20 181:8 183:1 215:14

**3.288** 190:25

**3.52** 193:14

**3.8** 92:21 93:6 95:11 96:8 97:2,4,6,9,21 98:13,23 99:10,21

**30** 126:10

**30,000** 33:7

**300** 50:15

**30th** 38:22 48:24 85:14, 15 86:1 107:11 164:25 216:16 217:6 219:25 220:1

**352.1** 193:14

**37** 159:18

**3:20-CV-01023** 7:9

**3:30** 215:15

---

### 4

**4** 85:4,7 106:13 180:19 215:15

**4.406** 124:15

**40** 75:20 159:16

**430** 159:25

**431** 160:1

**45** 156:15,18 157:2,3

**46** 127:5

**47** 127:5

**47.8** 189:23

**48** 76:6,8

**4th** 224:18 228:14,21

---

### 5

**5** 54:14 64:2,7,8,16 67:2 85:18,21 126:16,18,19, 20 127:4 152:19,20,21 156:13,14 157:4,5 182:18 215:14

**5,157,000** 54:24

**5,157,900** 55:9

**5.4** 123:20 124:4

**5.7** 82:8,11 83:1

**50** 79:20 81:4,24 92:10, 11 107:5 156:11 157:13, 14 163:20 165:2 166:3

**50,000** 29:15

**52** 107:2 108:4 110:10,21 111:3 113:10

**58** 119:25

**5th** 105:22 106:7 111:9, 18

---

### 6

**6** 91:1,4

**6,565,000** 169:22

**6.2** 106:19 107:23 108:8, 14,16,20 109:15,16 110:7

**613** 212:13

**6300** 51:13

**65** 116:4

---

### 7

**7** 116:23 172:16

**7.5** 61:13 66:1,17,18,19 68:1,14,21 69:3 180:24 181:7 182:7

**703** 174:25 175:3

**716** 188:23

---

### 8

**8** 141:20,24 165:19 166:2 171:23 172:17 176:3

**8,547,000** 170:23

**8,547,400** 173:5

**8.2** 165:6,9 166:20 170:12 174:8,9 175:20

**80,000** 102:19

**820,000** 50:20

**85** 203:25

---

### 9

**9** 126:20 141:21,24 171:23

**9,051.9** 112:10

**900** 156:15

**914** 126:18

**922** 33:4

**93** 127:4

**933** 40:12 79:18 126:23

**933.6** 128:19

**948** 126:19

**950** 104:11

**951** 33:7

**98,000** 37:4

**9:09** 7:5

**9th** 171:6

---

### A

**a.m.** 7:5 72:13,16

**A10** 188:23

**A12** 192:16

**abandon** 57:23 69:25

**abandoned** 70:6,15

**ability** 39:18 96:9 132:18 142:12 145:18,21 146:12 178:11,13

**academics** 28:10

**accelerated** 52:8,10

**access** 153:17

**account** 51:24 52:1 63:6 114:2 150:12,15 151:2,3, 8,11,17,18,22 152:5,7,8,

12,15,19,20 153:7,8,13, 15,16 220:23

**accountant** 207:7

**accounted** 211:15 213:1,3

**accounting** 45:14,17

**accounts** 63:7 83:17 152:4 153:9

**accumulates** 63:9 151:14

**accumulation** 182:22

**accurate** 74:11 103:24 104:1 111:23,24 116:6 142:16 182:5,6

**achieved** 164:16

**Across-the-board** 60:14

**action** 21:3 24:4 26:4

**actions** 186:11

**activities** 13:24,25 205:20

**activity** 94:5,17,23

**activity's** 23:14

**actual** 40:11 104:8 126:1 139:13 141:13,15 161:23 162:1 171:21 174:3 190:10 191:4 215:13 220:4

**actuals** 151:15

**actuarial** 95:13

**add** 77:2 168:18 172:7

**added** 168:14,20,21,22

**addition** 60:2 97:14

**additional** 33:21 58:9 59:22 65:15 66:9,19 68:25 69:14 76:2,15 97:15,21,25 109:5 125:14 147:12 158:17 172:8 191:17

**additions** 33:3 34:14 58:15 171:15 212:17,24

**Address** 81:15 196:11 198:5,8 199:1,5

**adjust** 167:12

**adjustment** 34:23 60:1 124:23 125:7 167:17,19 180:25

**adjustments** 167:14

**adjusts** 190:19

**administrative** 14:14 23:10

**adopted** 38:23 39:1

**Adrienne** 19:14,24 20:25 105:11 110:19 224:19

**affect** 94:3

**affected** 44:11 114:4 151:24 153:1

**affecting** 16:1 41:9 93:17

**affects** 218:11

**afterward** 35:23

**agency** 11:25 12:3,5

**agenda** 131:8,19 133:15, 18,20,22,25 134:1,2,4,8 135:15,21,22 136:9,13, 22,25 137:5,7,10,13 139:25 141:7

**agree** 40:10,14 58:21 92:24 93:6 99:21 101:1 114:24 136:24 138:21 147:10,22 159:19 200:3 226:3,12,13 229:10,18 230:6,18 231:3

**agreed** 137:20

**akin** 59:14 60:10 179:10

**allegation** 20:13 21:1

**alleviate** 196:13

**allocated** 161:17,21

**allocates** 161:15

**allocation** 41:22 42:8,17 53:6 63:1 76:22 79:8 123:10 216:1

**allocations** 52:25

**allowed** 53:8

**alter** 39:19

**altercation** 19:6

**amended** 203:8

**Amendment** 14:13

**amount** 31:19 53:7 55:3, 18 61:4,5 63:9,25 64:17 65:21,22 66:8 67:2 79:1, 15 81:19 86:10,13 96:12 99:2 106:15 108:3,16 112:3 123:17 126:6,8 128:20 129:2,6 130:13 153:5 156:17 157:6 160:25 161:1 162:1 165:22 167:5 169:5,6,20 171:21 172:6 173:2,4,17 175:17,19 183:22 184:3 201:4,7 205:24 206:24 213:7

**amount's** 129:10

**amounts** 34:17,19 62:21,22 109:22 158:6, 18,20 159:2 161:23 222:24

**analysis** 26:1

**and/or** 63:11

**Ann** 7:21 173:7 184:11

**announced** 199:3,7

**anonymous** 43:14,18 44:8,15

**anonymously** 43:10,23 44:10

**anticipated** 190:2,9 191:3,8,22

**anyplace** 95:3

**apparent** 192:23

**apparently** 137:15

**appears** 71:11 74:17 130:18 133:21 137:23 194:9 199:18 200:7,18

**application** 45:9

**applies** 110:2

**apply** 109:7,24 110:3

**applying** 43:21

**appointed** 88:10

**appreciation** 190:23

**approaching** 76:24

**Appropriation** 149:25

**approval** 26:16 136:5

138:8 141:13,15 142:14, 25 144:17 177:2 183:14

**approve** 62:18 63:1 86:12,25 91:15 128:18, 19 145:10,15 177:11 205:24 215:22

**approved** 22:16 32:24 39:3 54:22 63:3 64:19,25 67:20 75:9,17 76:8,22 86:10,13 100:10,17,23, 25 103:14,15 126:3,21 127:17 128:24 129:2,4 135:12,15,17 136:4,9 139:20 141:7,8,11 145:8 166:15 171:6 206:24 219:24

**approves** 134:1 141:3 177:10 220:8

**approving** 142:6

**approximately** 40:15 50:14 66:24 92:5 97:23 107:2 112:4

**April** 55:2,10 79:9,13 81:9 136:4 162:16 164:19 171:6 179:14 196:20 200:8 216:16 217:6

**arbitrarily** 201:6

**area** 41:9 87:5 186:21

**areas** 41:8 101:5

**arose** 20:7

**article** 180:19

**Ashford** 47:23

**aspirational** 55:22 56:2, 24 57:23 58:2,11,16,19 59:3,14 60:10 69:25 70:4,7,13,17 75:24 76:1, 18,25 77:6,10,11 100:13

**assessments** 190:20

**assessor's** 190:14

**associate** 28:25 36:1 37:7 46:11 179:24 185:21

**association** 7:17

**associational** 14:19

**assume** 18:3,19,24 25:8, 15 26:2 35:11 44:19

48:21 49:17 61:7 79:14
112:17 133:1,2,14
134:15 137:4 146:17
176:10 189:17 217:22
225:12 229:16

**assumes** 193:5

**assuming** 86:8 115:13
136:9 137:9 146:1,5,9,10
189:19 213:14 231:2,7

**assumption** 166:22

**athletics** 104:20

**attached** 73:16 105:14

**attachment** 202:3,22

**attachments** 163:1,8,10

**attempt** 33:21 58:25

**attend** 35:5,10 215:1,5

**attending** 35:12 217:11

**audited** 156:8 161:7

**auditors** 155:3

**August** 140:18 141:1,4,
9,12,21

**authority** 62:7,8 145:15
165:20

**Avenue** 7:14

**average** 118:22 159:17

**aware** 12:4 15:17 20:11,
12,20 21:14,23 23:8
33:12 36:7,21 37:3,9,10,
23 38:10 43:8,24 87:1
94:24 95:16,21 143:6
144:7 186:10,12,14
187:1,7,12,16 213:13

**axe** 94:21

---

**B**

**B-O-B-O** 131:17

**back** 18:11,25 25:2 28:22
31:19 45:20 48:2 53:2
55:20 58:13 65:12 66:14
67:4,5,7 68:2,13,20 69:5
85:23 86:11 99:19 100:2
117:10 125:25 126:12
129:15,20 130:5 133:18
136:10,25 146:12 147:24
149:9 160:3 167:24
168:14,18,20,21,23

169:2,18 172:21 173:5
185:24 221:19

**bad** 12:6

**Bailey** 7:22 11:13 13:1
20:3,9 22:1 23:9 37:24
224:18 225:4,21 226:4,
10,14

**Bailey's** 12:7

**balance** 42:7,17 51:20
54:21 55:5 62:1,16,19,22
63:5,8,15,16,17,19,25
64:3,5,14,16,18,23 66:6,
7,13,15,22 67:2,6,14,17,
22,25 68:3,10,21 69:4,12
70:25 82:2 86:6 96:17
114:3,4,8,14,18,21
125:12,21,24 126:5,7
127:15,21,23 149:4,21,
23 150:10,14,16,19
151:8,10,12,23 152:10,
22 153:6,14,18 154:24,
25 155:5,19 156:1,3,7
157:4,5,9,14,15,17
160:19 176:20,24 177:1,
6 181:1,7,11 182:8,10,
16,23 183:1 222:25
223:1

**balanced** 99:2

**balances** 99:1 154:3
155:24

**balancing** 71:2

**bank** 150:25 151:2

**Barnes** 21:25 22:3 24:25
25:11,15,23 26:8 28:3

**Barry** 73:2 143:22
144:14 145:4 159:24
162:17 200:14 209:3

**base** 171:24 172:14
175:17

**based** 12:14 16:12 26:21
27:19 39:2 59:22 63:9
79:10 86:8,9 89:6 95:13
128:23 137:25 138:9,17,
25 151:14 165:12
166:22,25 167:10 169:4,
23 170:3,9 172:10 174:3,
6 175:23 190:7 191:12
220:21

**baseline** 34:11 104:10
213:7

**basic** 99:21

**basically** 43:3 48:14
56:2 81:11 109:25
147:12 151:17 155:13
162:1

**basis** 28:10 114:8

**Bates** 133:6 212:12

**Battle** 17:2 19:10 20:9,
14,19,25 21:20 22:5
23:5,11,20 25:1,16,18,21
26:8,17 27:9,12 30:14
35:6 42:6,13 56:17 81:1
86:17 87:25 88:3 89:8,14
94:21 96:9 103:19
105:11,18 110:19 134:15
138:15,20 139:7,15
143:1 144:18 146:14,19
147:17 179:23 180:3
187:1,4,7,13 194:10
200:15 222:17,21 224:19
225:3,6 226:11 228:22

**Battle's** 19:2,8,15,24
21:5 27:16 41:13 44:20
70:20 93:2,22 99:24
179:9

**bear** 205:5

**beat** 19:3

**beating** 19:4

**began** 30:2 79:10

**begin** 220:24

**begins** 57:19 174:5
215:13

**believe's** 15:2

**Belmont** 15:15 16:14

**benefits** 23:2

**big** 101:8 222:16

**bigger** 202:13

**billion** 189:10,16,20

**bit** 55:21 200:24 207:1
212:4 228:16

**blank** 34:12 59:6 61:2
80:12

**board** 21:24 22:3 24:10,
24 25:9,14,17,24 26:16
38:24 63:3 64:19,25
69:22 84:25 86:11 88:6,
9,17,21,23,25 91:14

106:17 107:15 108:8
109:10 129:3 130:16,19,
20,24 131:4,14 132:5,25
133:2,13,17,23,25 134:5,
16,20 135:4,10,15 136:3,
21 137:3 138:8,16
139:15,16,20 140:18
141:3,4 142:5,10,11,12,
22,24 171:6 178:25
214:5,12,13,16,17 215:3,
9,10,13,17 216:19 217:7,
12 229:22

**board's** 132:17 214:8,10

**Bobo** 131:17

**bodies** 184:1

**body** 201:1,3 217:10

**bond** 219:14

**bonding** 219:17

**Booker** 73:3 122:8,15
143:22 144:14 145:4
159:3,24 162:18 200:14

**Booker's** 122:13

**boon** 190:4 191:10

**Border** 118:6

**bottom** 49:1 59:4 83:16
93:1 98:7,25 115:16
125:8 128:18 133:3,7
140:23 162:8 169:21
188:22

**bound** 221:14

**box** 189:5 190:13 191:2
192:14

**Braisted** 16:8 56:13 73:8
74:4

**break** 72:7,9,14 149:7,14
184:17 185:4

**Brian** 200:14

**bringing** 142:21

**broke** 19:22

**Brook** 8:1

**brother** 19:2,9,15,18,24
20:2,25 23:23 24:1

**brought** 135:9,13

**bucketed** 97:10

**budget** 26:19,20 27:2,14

28:13 29:24 30:5,8,15,
18,22 31:22,24 32:1,6,
16,23 33:10,19 34:2,10,
17,18 35:6,7 36:17,19
37:2,22 38:11,13,14,23
39:7 40:10,11,22 41:13,
25 42:7,11,17 47:10
48:2,12,16,17,18,25
49:5,11,22,25 50:22,25
51:1,2,4,7,17,18,19,20
52:3,8,16 53:1 54:19,21
55:1,11,22 56:2,24,25
57:23 58:2,3,5,12,16,19
59:3,9,14 60:10,22 65:13
68:6,17 69:1,6,10 70:1,4,
7,13,17,20 71:1 74:3,18
75:8,24 76:1,13,18,24
77:1,10,11 78:13,16,19
79:2,10,14 81:11,16
82:2,17,23 83:5,6,9,12,
15 84:4,11,23 85:10,12,
25 86:1,4,6,7,9,11,12,16
87:2,24 88:1 92:17 93:5,
14,23 95:1,4,17,21,25
96:13,18,19 97:8 98:19,
20,23 99:1,5,12,15,16,19
100:16,20,23,25 101:12,
23 103:1 104:10,14,22
105:3,17 106:18 108:8
109:5,6,13,14,20 110:1
112:11,14 113:6 117:10
118:12,14,15,21,22
120:19,21 121:11 123:2,
12,16,17 124:3,7,22
125:4,7,19 126:1,21,23
127:2 128:14,15 129:5,
12 130:23 131:3 137:25
138:3,9,11,17 139:1,11
140:2 142:22,25 143:18,
20,21 145:7,19 146:7,11
150:5 151:6 154:17
160:4,18 163:17 164:7
165:23 166:1,15 167:25
168:2,11,15,24 169:7,13,
14,15,16,19 170:4,6,7,
17,18,20,21 171:7,9,10,
11 172:1,15,18 173:23
174:10,13,17,21 175:18
176:7,11 179:17 184:2
188:9 189:9 190:11
193:4,12 201:3,12 203:9,
13,24,25 204:22 206:13,
14,16,18,21,23 207:21,
22 208:1,9 210:5,12
211:16,22,24 212:2,10
213:3,23 214:7,8,10,13,
19 215:1,3,15,22 216:15

217:6,11 219:9,15,23
220:21 222:19,21,25
223:4 225:18,22,24
228:23 230:18 231:4

**budget's** 32:23 33:4
119:1

**budget-cutting** 168:23

**budgetary** 226:8,16
230:23

**budgeted** 112:9 161:1
167:6 170:1,3,13,17,25
171:4 173:17,25 183:23,
24 184:5 200:20 201:5,7
203:5,20 206:12

**budgeting** 52:23,24
80:2

**budgets** 26:15 35:3 50:2
71:2 83:1,7 85:24 144:1

**building** 7:13

**builds** 106:17

**built-in** 118:16,17

**Burnett** 207:11 211:9
220:18

**bus** 102:2 112:18

**buses** 208:8,11 222:16

**business** 24:23

**button** 227:6

---

## C

**C-R** 80:18

**C-R-U-M-B-O** 80:18

**cabinet** 27:16,20,21,22
186:24

**calculate** 167:9,10

**calculated** 43:10 167:7

**calculation** 77:11 114:8
166:25 169:8,24 170:9
172:10 218:20,23

**calculations** 157:15

**calendar** 215:18 217:17,
21

**call** 15:8 24:21 33:16
40:8 48:9 80:24 118:17
214:4

**called** 8:8 14:19 15:15
35:5 36:8 45:25 47:8
52:22 53:3 56:10 69:17
71:24 76:1 133:5 143:7,
17,19 146:2 149:4,24
150:11,12,19 151:18,20
152:10,22 154:5 171:5
172:12 187:3 188:6
196:10 214:4,5

**calling** 33:18

**calls** 25:25 47:5 48:10

**Cameo** 131:17

**campus** 107:1

**candidates** 44:13

**cap** 205:2

**capabilities** 219:18

**capacities** 219:18

**capital** 50:19 51:1,12,18,
24 52:1,3 154:17,18
204:25 205:9,22,24
206:7,11,15,18 207:21
208:3,7,9,21 210:6,14
219:3,10,14,19 220:7,9,
11,12,21,23,24,25 221:8,
11,12,16,20 222:7

**capital-type** 208:13

**capitalized** 220:19

**Card** 56:1

**Carrasco** 113:21

**case** 7:8 8:22,25 9:2,25
13:5 18:11,14 37:5 45:25
53:14 93:22 114:23
117:21 122:16 183:10
184:1 185:9

**cases** 9:8,9,14

**categorized** 182:15

**category** 123:21

**Cathey** 7:25 185:9,10,
13,25 186:11,14 187:3,8

**Cathey's** 185:18

**caveats** 101:25

**CC'D** 200:13 207:13

**central** 12:19 17:1 22:20
24:11 25:6 36:11 38:11
39:8 50:12 54:12 67:16
92:25 99:6 131:11 133:6

134:11 135:3,9 136:2
137:1 138:14,23 140:20
141:5 214:3 229:21

**certificate** 61:2

**certificated** 92:20 95:9
98:13 123:19 125:19
127:13,20,24

**cetera** 23:2 47:22 195:23
211:20

**chain** 144:2

**chair** 134:6 142:11,20
214:17,19,21

**chair's** 215:20

**Chamber** 55:25 56:21

**chance** 159:12 195:1

**change** 36:5,9,13 62:25
63:2 77:4 87:19 189:22
193:10 204:3 213:13,22

**changed** 37:20 76:12
100:4 222:19

**changing** 24:11,25
30:19 79:16

**channel** 180:19 216:12

**chaotic** 68:16

**charge** 14:20 122:21
177:13

**chart** 35:22 163:17

**charter** 22:7,8,13,20,25
23:3,6 120:11,18 165:7,8
166:18,25 167:4,8,11
169:1,10,19,25 170:2,8,
22 171:14,22 172:4,6,9
173:2 176:1

**check** 201:11

**checking** 152:20 153:6,
8,13

**Checuga** 7:17 8:3

**chief** 24:9 26:13,14 28:4,
5,17,18,20,21 29:3
40:18,20 46:16 49:6
88:24 144:3 193:2

**chiefs** 27:23 28:1,2
30:14

**choice** 13:10 37:13
44:22 45:8 144:6 146:3

Elite-Brentwood Reporting Services (615)595-0073 budget - choice5
www.EliteReportingServices.com

choose 45:9

Chris 7:6 21:25 22:2
24:25 25:11,15,23 26:8
148:24

Christopher 8:7,15

city 190:5

claim 9:14 81:17

class 17:12,18

Clay 28:4 40:5 45:25
47:8 144:21 146:13,19
147:18 148:2 200:14
211:14

clear 70:8

click 184:22 227:5,24

close 29:15 92:9 161:6

closed 155:1 156:23
157:23 176:23 227:10

coach 19:3,4,8,10,14,15
20:9,13,19 21:5,8,20
22:1,5 23:5,11 25:1
187:1

code 91:7,10,11

coded 220:10,11

COLA 60:3,7,8,15 61:9,
13 65:2,11,14 69:3 98:3
125:9,11

collected 190:8 192:4

collection 191:3,5 192:7

collections 165:14
190:3 191:9,22 192:1

Collies 118:6

column 203:12,23

combed 210:11

combination 114:6
131:14 134:5 151:25
190:2 191:8,21

combing 54:18

command 144:2

comments 13:15 179:23

Commerce 55:25 56:21

committee 150:5,6
214:10,14,15,20 215:2,3,
16,20 216:6 217:7,12

common 18:20,23 53:20

communication 16:6

communications 16:4
56:13 103:18 195:23

community 69:23

compare 38:16 99:16
161:18

compared 121:15
229:14

comparing 190:10
203:24

comparison 229:24

compensation 34:16
59:22 212:17

competently 11:7 12:22
186:3

complain 15:1

complained 15:13,14
17:10,21

complaint 14:7

completed 183:10,12

completely 108:6

complex 191:15

complicated 230:11

comptroller 160:16

computer 153:17

concept 57:3 205:15

concerned 19:24
103:23 152:14

concerns 192:24

concludes 231:23

conducts 190:14

confirm 160:7 161:6

conflict 142:19

confront 177:19

confused 108:6

confusing 159:7

connected 22:10

connection 22:19,22
25:20

consensus 192:22

consent 133:21,25
134:1,4,8 135:15 136:9,
13,22,25 139:25 141:6

considerably 190:24

consideration 155:16

considered 119:3
206:10

consolidating 209:18

consolidations 52:4,12

constraints 137:25
138:9,18 139:1

constructed 195:18,21

construction 190:4
211:7

consultation 144:12

consumption 193:4

contact 24:11 80:24

contacted 21:25 22:3
24:25 25:13,23 26:3,6
80:20,23 134:19

contacting 25:10

contained 137:12

containment 192:25

contingent 125:20
127:14 128:1

continuation 125:8

continue 69:15 226:6

continued 190:4 191:10
193:5 226:1

continuing 172:7

continuity 33:18 41:25
59:1,8,9,18,25 76:20
123:15,23 124:2,5,9,17,
18,21 213:7

contract 21:6,11 143:6,
7,10 146:2,11 224:8

contract's 90:21

contracted 41:8 82:7
83:2,14

contracts 83:17 143:12,
13

contributed 193:1

conversation 47:16,17

87:21 208:14,16

conversations 187:14

Cooper 196:10

Cooper's 183:11

copy 74:11 83:11 132:1
232:4,7

correct 8:22,23,25 9:1,3,
19,20,23 12:17,18,20
18:12,22 19:24 21:18
27:10,14 29:19,20 30:16
32:5,24,25 36:24 38:24,
25 39:1 41:11 45:6 47:13
48:13 49:12,25 50:9,10,
23 51:25 53:12,13 54:2,
3,7,11 56:22,23 58:2,17
60:4,10 61:21 63:22,23
64:21 65:1 66:4,15 67:6
71:12,13 75:5,12,13,15,
20,21 76:6 77:9,15 81:11
84:19,21,22 88:17 91:8
92:3,4,14 96:2,4 97:3
99:6,7,13 100:1,22
101:10,11,24 102:6,14,
15,20,21 103:4,5,8,9,11,
12,14,24 104:11,12
105:25 106:1 108:22
110:4,5 111:11,21
112:15 113:14 117:5
119:15,16 120:21 121:25
122:19,22,25 123:1
127:6 128:17 129:3
130:21 132:20 135:20,24
136:7,16,19 137:22
139:1,2,11,17 140:5
142:7,14,25 143:3
161:14 164:5,10,13,14
165:4,5,10 166:8,9,16,17
177:3 179:12 185:16
188:9,10,12 189:20,21,
23,24 190:5,6,9 191:4,
23,24 192:4 193:15,16,
25 194:1,2,3,10,11
195:15,16 196:20,24
197:22 200:8,9,15,16
201:19,20 202:23,24
203:2,3,6,7,10,11,18,19,
21,22 204:1,2,5,6 207:7,
8,11,12,13,14 208:3,4
210:8,9 211:7,8,16
212:14,15,19,20 214:7
218:9 223:4,5 224:8,9
225:14,15 229:22 231:11

correctly 78:7 160:19

correspondingly 79:9

corresponds 202:6

cost 34:20,22 39:20
42:14 49:3 60:1,3,7,9
61:14,18,19,21,23 87:6,9
92:23 97:5,7,21 100:20
101:2,8 112:20 118:22
123:21 124:14,22 125:1,
6 146:3,23 147:22
180:21 183:1 218:10,13,
23

costs 33:17,22 93:21
99:10

council 39:1,2 54:22
55:2 62:20 63:1,4 64:1,9,
20,25 67:20 75:18 76:23
79:15 81:16 86:10,13
100:10,15,23,25 102:6
105:2,20 109:9 111:18
114:22 119:18 125:20,24
126:2,17 127:15,16,22
128:11,24 129:4 150:3,6
155:11,16 160:18 161:15
177:10 183:3,14 184:2
188:3,14 201:2 205:23
206:24 215:4 216:1
219:20 220:8

counsel 7:19

County 159:12 188:8
190:19

couple 9:21 35:1 149:20
181:23 188:17 226:23

courses 45:15

court 7:10,16 14:14

cover 38:20 84:17 87:6
95:1 193:19

coverage 118:23

covered 119:10

COVID 58:23 103:8
107:1 164:9,23 196:14

COVID-19 163:17

Crawford 8:22

crazy 162:6

create 58:19 124:2

created 123:6

Creek 11:15,19 19:2 20:4
21:9 37:25 38:5 225:5,22

226:1,6,15

Crumbo 80:15,18

CST 232:10

current 24:8 26:11 46:15
64:13 82:5 173:4 201:5
229:15,25 230:2

cut 41:7 79:1 82:19 101:6
139:3

cuts 68:24 69:1,6 70:25
78:19 82:2,13,15 96:13
104:14

cutting 82:23

---

## D

Damon 7:25 185:9

date 31:8 64:13 74:13
81:3 84:16,18 85:15
106:12 129:9 130:6
131:1 164:22 188:13
196:24 208:23 213:2
216:20 228:20

dated 90:8 105:22 111:8
164:19 188:6,11 212:3
224:18

dates 16:15 217:2,14

David 28:8 131:17
207:10 211:6,11

Davidson 159:11 188:8
190:18

day 74:16 148:25 149:2,5
152:11 218:17

day-to-day 205:20

de- 204:4

deal 9:13 10:19,20 229:5,
7

dealing 23:10 40:21 88:5

dealings 13:13,14

dealt 29:24

debt 219:13,14 221:3

December 110:21

decide 195:7 201:6

decided 54:1 175:14

decision 26:24 27:17
39:12,15,16,22 41:19

44:20 45:11 93:3 96:15
99:24 134:3 139:13,17
147:19

decisions 22:8,12
26:21,25 27:1,19

deck 73:10

decrease 190:24 203:25
204:5

Defendants 8:2

Defending 143:17,19,21

defer 89:22 135:5

deficit 75:20,21 76:6,10,
11 77:16 78:11 81:18

deficit's 81:24

deficits 75:15,16

definition 107:6 108:1,
25 109:2 206:4

degree 45:15,17

deleted 92:24

department 16:4,7
30:21 32:22 50:8 64:3
91:21,23 96:7 103:18
105:16 106:20 107:23
108:17 109:18 112:8,13,
24 115:19 122:22 126:4
142:21 143:14,16 144:11
145:23 148:7,11 150:1
154:4 155:9,15 177:7,8,
13 197:9 200:12 201:11
206:8,9 208:24 209:5,19
210:12,18,23 220:15

department's 106:14,15

departmental 106:14

departments 107:7
108:2 109:4,8,23 115:17
154:2,8 205:25 220:5

depending 63:13
215:20

depends 213:4 221:7

deployment 193:3

DEPONENT 232:9

deposition 7:6,12 8:17
9:6 47:3 122:13 199:25
231:24

depositions 9:13
122:15

describing 220:2

designation 24:12 25:1

detail 38:8 48:7

details 46:24 62:11
186:19

determine 28:12 52:25
68:6 94:20 140:10
143:15 144:5 208:20
210:13 213:6

determined 96:11
124:6,16

develop 36:12

Developing 26:20

development 62:7
192:25

differ 159:4 160:6

difference 76:7 230:1,5

difficult 161:18

dire 70:9

direct 13:13,14 92:7

direction 62:1

directly 196:15

director 13:9 37:13,18
44:5,21 48:6 79:25 80:9
88:4 89:2 104:19 134:6
140:5 143:5 144:4,7,18
145:12,17,22,25 155:12
179:11,18 188:3 210:3
223:21 224:5 225:8
228:24 229:3,14,20,23
230:6,20

director's 150:8

directors 43:1,6,21
44:18 48:4 229:4,6,15,25
230:3

directors' 37:17 43:2

disappeared 95:18

disciplinary 21:3
186:10

discipline 177:13
178:13

discovered 55:10

discriminated 10:3

discrimination 9:15

Elite-Brentwood Reporting Services    Wilson vs. Metro-Police re:discrimination7
www.EliteReportingServices.com

14:7,21

**discrimination/
retaliation** 9:25

**discuss** 21:25 30:15
35:6,14 48:4 163:7 187:4

**discussed** 140:1,2
186:18,22 187:3 207:17
214:6

**discusses** 37:7

**discussing** 192:1

**discussion** 27:15 35:24
36:5 46:23 70:14 80:13
87:18 123:22 124:25
133:23,25 136:12,23
139:12,23 146:18,20
184:9 201:24 211:23
213:5

**discussions** 16:25 17:6
20:24 27:8,9,12 31:23
32:9 35:21 37:11 39:25
48:19 52:13 58:5,10
70:7,10 144:16 211:2

**disposal** 51:8

**district** 7:10,11 12:15,16
54:13 56:1,4 63:2 88:2
93:24 107:8 109:7,24
161:17,21 169:10 175:25
228:22 229:16 231:14

**district's** 61:25 201:12
225:17

**districtwide** 164:1
165:4 166:13 167:22

**diversity** 45:2,3 47:21

**divide** 61:9

**division** 7:11

**document** 32:12,18
33:1,25 34:3,4,6 36:12
37:9,10 39:6 55:20 56:7,
20 57:6 58:22 59:5,6,11
69:17 71:10,20,23 72:19
73:5,13,15,17 74:16 75:1
84:8,24 85:6,11,20 90:8
91:3 102:23 103:1,16,17
105:6,9,15 115:1,2,8
116:15,22 124:12,24
140:15 172:1,12,16
178:8 187:20,25 192:10
193:21 195:4,12,13
198:17 199:15 200:18

201:18,23 202:6,16
204:14 224:25 226:20
227:10,22 231:17

**document's** 36:8

**documentation** 37:3
42:12 46:5 178:1 182:24

**documented** 209:6
210:24

**documenting** 211:2

**documents** 26:21 27:18
32:7 36:17 37:5 55:21
87:2 100:3 141:23
172:15 214:6

**Doe** 7:7,23 13:4 15:8,10
17:20 47:3 144:7 145:6
146:5

**Doe's** 47:18 144:20
147:14

**dollar** 61:5 86:13 167:3
206:12

**dollars** 40:23 77:1 87:10
97:16,25 165:13 166:23
220:12

**double** 62:8,9

**Doug** 207:10 209:9,17,
19,20 210:11 211:4

**Doug's** 209:23

**draft** 32:13,22 123:3
124:12,24 201:23 212:7,
10,13

**draw** 220:5

**drawing** 61:2 80:12

**drawn** 150:2

**driven** 219:16

**driver** 102:1 112:18

**drop** 161:13

**due** 78:20 80:4,5 81:6
93:5 107:1 153:22 165:2
190:23 222:19 225:17
228:22

**duly** 8:9

**dumb** 152:2

**duties** 12:22 29:19 35:17
130:16 186:3

**duty** 86:16,19 88:4,21,25
89:3,9 144:9 225:3,10

---

## E

**e-mail** 30:25 72:18 73:2,
7,16 74:20 81:23 105:11,
24 117:12 162:17 163:3,
4,6,12 164:19 170:11
194:9,12 195:17,18
196:19 197:21,24 198:6
199:18 200:7,10 201:15,
22 202:22,25 204:9
207:1,2,13,15,18

**e-mailed** 31:4

**e-mails** 163:14 194:17
202:2,19

**earlier** 31:11 58:24 79:20
93:19 118:19 142:10
151:23 179:8 181:9
187:3 188:15 200:24
204:21 207:6 211:25
212:2 214:2 220:3
223:22 225:3

**early** 31:14 32:2 33:10,
21,23 58:5 60:22 196:23
212:7

**economists** 192:23

**economy** 55:15

**education** 56:1 64:4
142:5 150:4 168:7 171:6
201:11 214:12 215:4,10,
11 217:7,13

**effect** 17:3 211:24

**effort** 183:15,18,20,23,
25 195:22 200:19,23,25
201:9 203:2

**eight-point-something**
175:10

**electronic** 143:11

**eligible** 21:13,21 22:5
24:12,13

**eliminate** 36:22 39:13,
14,15,19,20,23 41:5,19
42:20,21 45:12 47:9
93:15 134:23 135:2
137:21 138:8 139:14
166:8 179:1 224:7

**eliminated** 15:19,21

**eliminating** 67:15 93:14
164:5 178:24 223:23
224:4

**elimination** 27:4 48:13
89:19 91:15 93:8 95:5
222:22 230:19

**eliminations** 41:7 91:12

**Elite-brentwood** 7:18

**employed** 186:4

**employee** 10:24 23:1
34:15 59:20 122:18,24
177:19 178:3,16 212:17
223:24

**employees** 27:13 34:24
43:13 44:9 50:11 61:2
89:4 90:20 91:25 92:5,13
94:22 112:8,9,12,18
115:14 120:15 148:10,
16,23 195:25 196:3
218:3,4,11

**employment's** 90:16

**end** 21:6 55:2,10 107:2,
11,18 110:10,13,16,20,
21 111:2 114:7,9,10,14
121:14,15 151:21 152:5
153:4,19,25 156:2,19
157:1 164:24 176:22
180:16 195:15

**ended** 40:11 76:19 161:3
209:18

**ends** 110:24 164:21

**engaged** 13:24 94:5,16,
22

**English** 205:4

**enrollment** 167:11
169:9 175:25 176:1

**ensure** 208:18 210:10

**entire** 118:20

**entities** 63:20

27:13 36:2,24 37:8,14,
17,19,22 38:11 44:22
47:11,19 53:7 86:15,24
87:9 91:20 128:17
134:12,13 137:25
138:17,25 140:11 222:19
223:25 228:25 229:3,12,
20 230:7

entitled 103:1

entity 62:3

equate 157:3

equates 40:15

equipment 206:2

equity 47:22

error 147:10

established 207:6

estimate 68:8 119:1,2
121:10 164:3 173:2
174:4

estimated 175:24,25
176:1 204:3,4

estimates 190:18

estimation 112:1

et al 7:7,8

ethical 24:20,22

eventually 211:21

evidently 21:21

exact 8:19 10:10 55:17
79:1 112:3

EXAMINATION 8:11
185:1 223:17

Excel 115:2 116:14
204:9

exception 52:19 53:3,7,
8,15,18,22 54:4,6

exceptional 53:12

excess 180:25 181:24

exchange 117:12

excuse 36:15 193:14

executive 37:16,18
42:25 43:2,5,20 44:17
48:4,6 140:4 228:24
229:2,4,5,14,15,19,20,
23,25 230:3,6,20

exercise 206:14,22

exercises 14:12,25

exhibit 71:18,21 74:23
75:2 83:24 84:5,6,9 85:4,
7,18,21 91:1,4 102:25
116:16,23 141:20,21,24
193:18,22 198:16,18

204:10,15 226:19,21
231:18

exist 43:25

exists 183:3

expected 193:2

expenditure 68:5 153:3
206:11 208:13

expenditures 59:1
63:11 114:6 151:16,25
156:24,25 160:21 205:8
208:23 210:17 211:1
220:10

expense 95:23 96:4
147:6

expenses 41:12 51:16
64:11 119:4 151:5
204:25 205:1,9 206:15
208:3,7,21 210:5,6,14
220:18

explain 97:18 205:13

external 155:3

extra 128:9 158:21
218:15

_____

**F**

facilities 211:6

fact 12:14 30:6 38:1
42:16 52:13 59:13 96:14
106:25

factors 169:11 193:1

fair 40:20 213:22

fairly 210:18

fall 60:22 80:4 161:8,12

falling 190:25

false 229:11

falsifications 186:15

familiar 183:19,21
187:24 192:9

families 45:8

family 25:20 118:23

fast 106:4 118:8 206:4

February 7:3 73:3 74:5,
21 103:7 104:10 153:22
164:24 167:14,17,19

federal 154:20 193:3

feel 56:3

fight 19:1,16,22 20:7
21:1 25:19 187:2

figure 61:8 120:8 121:13
122:4,9 173:18

figured 55:8

figures 104:3 119:8
190:10

filed 7:9 14:20

fill 155:5

filled 101:24 102:1,2
118:20

filling 53:10

final 34:3,4,17,18 38:12
41:22 79:14 81:11 85:9,
11,16 86:11,12 95:16,17,
21,25 99:15 100:16,22
117:10 118:12,14 124:21
125:4,7,18 126:13,21
128:13,15 129:5 169:13,
15,18 170:20,21 171:8,
10 172:18 174:20 204:22
208:1 210:5

finance 30:21 62:1,12
68:5,11,12 79:22,23,24
80:9 91:24,25 92:2,6
106:20 107:5,17,23
108:17,25 109:17,21
111:14 122:22 126:4
129:10 130:12 140:13
142:21 144:1,17 149:22
150:1,5,8,9 155:9,12,14
158:5,19 163:23 165:14,
22 166:24 176:6,12
177:2,14 182:14 183:9
188:3 197:9 200:12
205:4 214:7,8,10,13,19
215:2,3,15 217:7,12
219:8,16

finance-related 155:10

financial 24:9 26:13,14
40:19,20 49:6 126:13
153:10 155:2 156:9
157:11 159:1 161:7

financially 99:25

find 17:9 19:19 20:1
25:3,12 26:3 30:5 35:23
37:6 40:23,24 45:22

86:15 95:3 97:24 98:17
101:13 139:5 148:11,17
153:17 162:6 176:13

finds 86:20

fine 116:20 227:19

fire 154:3 177:7

Firefly 143:7 146:2,11,23
147:23

firing 164:4

fiscal 32:15 38:22 57:18
74:3 75:10 76:5 78:24
79:5 82:4,14 83:4,5,6
106:16,20 107:2,19
108:18,19 110:6,13,16,
24 119:21 120:10 121:20
125:9,17 151:21 153:20,
23 154:1 155:1 156:2
157:21 158:11 161:11
164:6,14,18,21 165:11
166:9 169:23 171:19
174:5,12 175:8,11,12,15,
23 176:22 182:22 188:8
189:9,18 190:2,3,16,23
191:7,23 193:4,11,12,13
196:7 212:9 221:13

flow 145:24

fluctuate 120:19

fluff 118:16 119:3

Focus 56:10

Focused 69:18

folder 117:13,20

font 137:15

force 179:7

forced 57:23 69:25
71:11

forces 178:21

form 10:8,23 11:17 14:3,
10 18:2 19:12 23:16
24:14 33:8 43:16 45:4
87:11 89:16,24 91:16
94:6,13 110:23 111:4,12
135:6 139:18 146:15
147:2,7,15 148:1,14
179:2 180:10 183:5,9,12
187:15 230:8,21 231:5,
12

formal 149:24 155:6,8

Case 3:20-cv-01023-BJD-PDB Document 140-10 Filed 07/27/22 Page 69 of 81 PageID #: 2988
Elite-Brentwood Reporting Services · (615)595-0073 · and legal formali9
www.EliteReportingServices.com

**format** 202:7

**formula** 52:24 173:16,18 175:17

**forward** 59:2 124:2 155:11 212:21 213:8

**forwarded** 163:11

**found** 10:2 15:21 17:13, 19,25 18:4,9,13 19:17 79:7 87:3 93:6 109:15 163:25 213:24

**fourth** 216:20,22

**Fox** 8:1 10:5,8 14:3,10 18:2 19:11 23:16 24:14 25:25 33:8 43:16 45:4 47:1,5 71:19 72:6,11 73:20,23 74:25 77:20,24 78:1,5 84:5,7 85:5,19 87:11 89:16,24 91:2,16 94:6,13 108:9,14 110:23 111:4,12 115:3 116:17, 21 117:13,19 118:1,6 130:4,8 135:6 139:18 141:22 146:15 147:2,7, 15 148:1,14 149:11 173:7 174:25 175:3 179:2 180:10 187:15,22 198:19 204:11 223:9,11, 15 228:8,13,16 230:8,21 231:5,12,22 232:6,8

**freeze** 101:18 106:25 116:11,25 117:6 119:21 121:2,16,18,21,22

**front** 57:15 135:14 143:22 145:7

**FTE** 112:12 113:14

**FTES** 112:24

**full** 8:13 65:23 66:8,19 150:6 215:9

**full-time** 112:8

**fully** 65:23

**function** 50:8 51:13 54:19 88:19 115:18 140:13 143:16,24 209:22

**functions** 23:1

**fund** 50:25 62:1,15,19,22 63:5,8,15,16,19 64:3,5, 14,15,18,23 65:15,23 66:6,7,10,12,15,22 67:2, 6,14,17,22,25 68:2,3,7,

10,21 69:4,12 86:22 95:15 96:16 114:3,8,14, 18,21 125:12,20,24 126:5,7 127:15,18,21,23 139:10 148:25 149:2,4,5, 21,23 150:10,11,14,15, 16,19,21,22,23 151:4,8, 10,12,13,18,23 152:9,10, 11,15,16,17,22 153:6,12, 14 154:3,6,10,13,15,18, 19,21,24,25 155:5,19,25 156:1,3,4,7 157:4,5,9,13, 15,17 176:20,21,24 177:1,6 181:1,7,10 182:7,9,10,15,23,25 183:11 205:19,22 206:6, 7,16 219:3,10,11,14 220:3,4,6,7,11,12,20,22, 25

**funded** 61:24,25 101:2, 22 181:10 206:20 207:21

**funding** 33:13 41:22 42:8,17 52:24 53:3,6,13 55:3 56:5 58:9 62:25 65:13,15 66:9,20 67:20 68:4,8,25 69:14 70:8 71:24 73:14 74:2 76:22 79:8,11,12 81:12 96:12 102:5 113:25 123:9 125:15 128:2 147:12 148:4 160:14,20 180:24 181:6 184:1,5 193:24 201:1,3 205:24 215:25 221:11,17,21

**funds** 20:8,13,19 21:2 64:2 67:5 95:3 102:13 154:16 155:18 160:11 181:24 205:17 220:24 222:7

**future** 71:25 73:15 74:3 164:17 177:21

---

### G

**game** 19:6

**Garcia** 18:8,11,22 180:6

**Garcia's** 8:24

**gave** 132:10 163:14 165:25

**Geez** 162:11

**general** 38:9 42:15 150:21,23 151:13 152:5,

9 154:6,9,14,23 155:19, 24 192:22 205:18 206:5

**generally** 190:20

**Gini** 214:24

**girl** 205:4,5

**give** 59:8 77:19 126:8 127:24 128:8 132:6 147:23 156:11 176:17

**goal** 107:4,10,20 110:12, 18 111:6,10,13 113:11

**good** 38:21 115:7 185:3, 5

**gotcha** 164:20 172:24

**government** 7:8 30:25 36:10,14 63:8,20 66:14 67:5 68:20 78:25 104:23 105:2 107:7 108:1 109:22 113:25 114:19 128:3,6 151:3 154:6,9 159:21,23 160:10 176:17 177:4 188:7 219:18 221:1,3

**governmental** 62:3

**grab** 149:8

**grade** 172:8 186:15

**grading** 186:18

**Grant** 154:21

**greater** 122:10 204:4

**grind** 94:22

**groceries** 152:21

**grounds** 205:7,10

**group** 27:15 28:11

**groups** 34:23

**growth** 172:9 193:6

**guess** 24:4 58:6

**guidance** 30:20,24

**guidelines** 140:9

---

### H

**half** 61:10,17,19,20,23 65:3,14 66:7 102:17,20

**hand** 139:4

9 154:6,9,14,23 155:19, 24 192:22 205:18 206:5

**handled** 68:10

**handles** 151:1

**hang** 72:21,22 117:24 162:5 174:15,19 175:5 180:14 181:18 227:15

**Hank** 28:4 40:5 45:25 47:8 144:21 146:19 147:18 148:2 200:13 211:14

**happen** 31:2 44:1 177:11

**happened** 20:16,22,23 24:18 25:4 43:1 53:20 192:8

**happening** 55:14 160:15

**Harbison** 7:24,25 117:15,21 118:9 162:7, 10 184:11,14,16,19,22 185:2,8 187:17,23 193:17,23 198:15,21 204:8,13,16 223:6 224:12 227:4,8,21,24 228:5 232:3,5

**Hayes** 13:6,13 15:8,11, 13 17:10,20 18:22 46:20

**Hayes's** 144:20

**head** 80:1 84:1 92:2 112:6 164:11 189:11 222:10 227:3

**heading** 189:1 192:17 196:6

**heads** 143:14 145:23

**hear** 12:6 13:15 16:17,18 179:22 181:16,23 182:12

**heard** 11:2 43:12 148:23 211:13,17

**hearing** 14:14 23:10

**heavily** 151:24 219:16

**held** 7:12 30:4 53:2 63:6, 7 80:14 133:23 151:9 184:10 215:7,12

**Henson** 7:6 8:7,15,16 32:11 72:18 84:12 148:24 149:18 185:3

**hey** 86:17 87:9 96:8

**high** 11:15 19:2 20:4 104:19 186:16 226:7,15

**higher** 119:8

**hire** 52:19 53:5,7,12,15, 18 54:4,6 218:12

**hired** 25:1

**hires** 53:3,8,22

**hiring** 22:8 47:20 101:18 116:11,25 117:6 119:21 121:2,16,17,18,21,22

**historic** 75:4

**historical** 208:23

**hit** 58:7 103:8 158:24

**Hmm** 194:20

**hold** 29:22

**holiday** 218:3,8,15,17

**honest** 11:11 12:24 13:2, 19 24:7 49:13 88:5,21, 23,25 89:3,9 105:1,19 122:24 138:16 186:8 223:24 225:4,10

**hoped** 67:7

**hopes** 177:20

**host** 184:12,23 224:12

**hour** 72:7 100:8

**hourly** 153:16

**Housing** 62:6,7 165:20

**hover** 228:2

**HR** 22:23

**huge** 94:11,15

**Hughes** 47:24

**Hull** 200:14

**human** 21:15 23:1 25:7, 8,10 28:5,17,18,22 36:25 44:2 50:17 89:22 113:2,4 121:11 122:5 140:12 177:15,24 178:7,15,16 218:21

**hundred** 81:18 92:9 157:16 165:13 166:23 167:2 168:6 193:10

---

### I

**i.e.** 96:12

**idea** 106:9,10 137:11,16 156:11 183:11

**identification** 116:20,23

**identify** 70:25 206:10

**identifying** 120:4

**impact** 196:15 225:18 226:8,16 228:23 230:13, 15,23 231:4

**implemented** 116:12 117:6 119:22

**important** 44:24 45:2 100:14

**impression** 185:25

**impressive** 193:6

**improve** 177:21

**improved** 178:5

**incident** 187:5

**include** 27:4 112:21 123:24 145:11 164:4 174:7

**included** 76:2,14,15 87:2 100:22 120:7 126:2 133:19 144:5 166:1 169:7 197:3

**includes** 49:2 98:12

**including** 68:9 98:13 106:19 109:16

**income** 159:20

**incorporated** 100:16

**incorrect** 231:10

**increase** 29:12,15 34:21 60:19 95:12 96:17 97:5,7 100:7,19 120:11 123:19 124:15,20,21 125:20 126:9 127:14,20,25 158:9,15 159:20 169:22, 23,25 171:23 172:3,6 173:4,5 183:2 189:22 190:1 191:7,21 196:11, 23 197:16 198:25 199:4 203:14

**increased** 33:13 59:22

**increases** 33:11 59:17

**increasing** 147:24 171:24

**incurred** 82:11

**individual** 134:16 145:23 229:8

**individually** 134:16,22

**individuals** 27:24 131:15 143:22 220:23

**inflationary** 33:16

**information** 34:25 35:18 56:15 58:15 89:12 103:4 135:8 182:4 197:15

**informed** 35:18,19

**initial** 49:18 75:8,16

**initially** 67:18

**instance** 34:20 36:22 102:18 152:18

**instructional** 209:17,25

**insurance** 92:20 95:10, 12,15 96:8,14,16,22 97:10,21 98:14 112:21 118:23,25 120:17

**intended** 220:22

**intent** 166:5

**intentionally** 120:13

**interest** 25:19 142:19

**interface** 197:7

**interfaced** 197:12

**interim** 28:10 44:4 88:3 89:2 90:3 179:12,13 223:21 224:4 225:14

**interpretation** 59:16

**interview** 44:14

**interviewed** 44:13

**interviewing** 43:23

**interviews** 43:10,13,18, 22 44:8

**introduce** 7:19

**investigation** 25:3,12 94:20

**investments** 56:10 69:18 71:11

**invitation** 217:18

**invitations** 217:21

**involved** 19:9,15 23:17 37:11 80:10 146:18,20 179:16 186:20 187:2 219:13

**involving** 195:22

**issuance** 219:14 221:2

**issue** 20:6 160:9 178:2

**issues** 25:22 51:4 186:18 221:4

**item** 54:19 100:13 135:16 136:22 139:24 147:20 203:15 204:24 205:6 206:12 207:25 210:4

**items** 42:21 49:10,22,24 51:1,23 59:3 76:20 77:3 93:14,16 97:13 123:14, 25 134:1,2 136:8,15 137:19,20 145:18 167:24 206:20 210:20 220:8

---

### J

**James** 7:15,22 11:13 20:3 22:1 23:9 224:18 226:10

**Jane** 7:7,23 13:4 15:8,10 17:20 47:3,18 144:7,20 145:6

**January** 16:10 17:25 18:1 32:13,22,23 57:13 58:13,22 59:12 60:16,18 61:3 65:5,22,25 90:8 125:11 160:15 180:21 181:8

**Jenai** 13:5 15:8,11,13 17:10,20 18:21 46:20 144:20

**Jenny** 7:16

**Jesse** 7:24 185:8

**job** 11:3,5,18 12:7,22 13:16 22:2 26:11 29:19 35:17 37:24 38:4 47:25 88:4 89:9,15 90:3 102:12 130:16 140:8,10,11 144:9 178:8 186:3 225:17

**Elite-Brentwood Reporting Services** (615) 595-0073 high..jobill
www.EliteReportingServices.com

**jobs** 38:10 39:9,13,14, 16,20,24 41:20 42:20,22 43:7,21 44:18 48:13 67:15 87:6,9,14 89:5,10 94:2,3 95:2 96:10,21 97:11 100:1 101:7 120:7 128:7,16

**John** 196:10

**joint** 195:22

**Joseph** 76:3

**July** 57:19 188:11

**June** 38:22 48:24 83:12 85:13,14,15 86:1 99:12 100:23 101:1 107:11 110:25 111:2,10 126:10 164:21,25 167:15,20 170:21 218:7 219:25 220:1

**Juneteenth** 218:2,24,25

**jury** 10:2

**justified** 147:25

**justify** 36:13

---

**K**

**Ken** 208:16 209:3

**Kenneth** 207:9

**Kevin** 80:15,17 145:2 162:17 200:14 207:4,15 209:3

**kin** 18:8,21

**kind** 19:5 22:22 24:4 49:15 106:5 139:16 162:23

**kinds** 120:17

**Knapp** 145:1,2,7 146:9, 10 162:17 200:14 207:4

**knew** 11:12,23 12:15,23, 25 13:20 18:10,15,24 19:5,23,25 21:8 24:24 48:18 55:2,13 58:8 67:3 70:6 81:10,12 95:22 96:3 99:20 103:10 110:19,20 111:2,5,19 121:18 123:7 129:5 130:1,10 138:10 158:13,14 160:16 161:5 186:6,9 196:22 197:21 198:1,24 199:6 222:24

230:16

**knowing** 55:17 74:14

**knowledge** 12:22 18:20, 23 128:6 185:19 186:2 216:11 222:3

---

**L**

**labeled** 188:23 189:1 212:12

**Lance** 207:10 209:14,20 211:3

**language** 126:1

**large** 40:22 101:12 113:15 136:6

**larger** 206:1,11

**largest** 205:18

**late** 60:22 79:9,13 81:9

**law** 167:13 169:24 170:10 172:11 178:23,24 179:7 183:21,25 190:16 201:10

**leader** 22:15

**leading** 13:23

**learn** 213:18

**learning** 209:11 210:2,7

**Lee** 207:10,23 208:15,17, 19 211:5 220:17

**Leffler** 9:4,11,18 10:4 12:10,13,21 13:18 18:7, 21 90:11,16 180:4 187:9, 14 228:15,20 231:11

**Lefler** 7:23 228:13

**left** 152:6,21,23 156:24 157:1

**left-hand** 50:7

**legal** 7:13 26:1,3,6 89:7, 23 91:9 135:5 150:2 183:13

**legislation** 150:2 155:11 183:13

**Lejeune** 7:15

**lesson** 15:14 16:13

**letter** 80:25 81:22,23 90:10 91:6 111:8,14,18

197:25 224:17 226:4,9, 11 228:8,13,15,19 229:11,17 231:10,15

**letters** 90:2,20

**level** 33:14 48:7 122:23 208:12 212:22

**liaison** 104:23

**library** 209:12 210:2,6,7

**lie** 89:14

**Lilly** 7:23 228:13

**Lily** 9:4,11,18 10:3 12:10 18:7 90:10,15 180:4 187:8 228:15,20 231:11

**limited** 177:5

**Lisa** 113:3

**list** 97:13

**listed** 34:5 98:23 119:15 140:6 172:19

**live** 159:11

**living** 34:22 60:1,3,9 124:14,23 125:1,6 180:21 183:2

**local** 16:11 159:7 161:16, 20 167:1,2 169:5,6 175:24 184:3,5 192:18 193:15,25 200:20 201:4, 7 203:16

**located** 7:13

**Lomax** 80:1,8 199:19,23 200:1,4,5

**long** 49:6 88:11 132:21 143:25 185:12

**longer** 21:8 46:11 58:9 66:8 97:5,7 185:14

**looked** 55:12 61:11 110:15 114:10 153:19,25 156:14 212:4

**losing** 51:21 89:4,10,15

**lost** 22:1 37:24 38:4 225:17

**lot** 31:5 47:6 117:1 118:24 153:21 168:3 202:2 208:9 210:20 222:14

**lots** 101:25 143:12

**Lott** 207:10 209:14 220:14,16

**Louis** 207:11 211:9

**low** 67:23 120:20,24 121:14,15

**lower** 120:14 173:24 183:16

**loyal** 180:5 187:9

**lunch** 149:14

---

**M**

**made** 16:11 20:12,20 22:9,11 26:22 35:15 36:13 39:17 41:3,19 45:11 52:9 55:1 65:11 70:4 82:14,16 93:13 96:15 104:8 108:21 114:9 138:12 139:14,19 147:19 155:18 160:17 163:1 196:25 197:1 210:19

**maintaining** 45:3

**maintenance** 51:12 183:15,17,20,23,24,25 200:19,22,25 201:9 203:2 205:7,10,11,12 206:8 208:11 211:7,10

**major** 68:17

**majority** 82:11 168:10, 21,22

**make** 15:15 16:12 27:17 35:25 39:12,15 42:5,7,16 45:8 49:14 51:19 53:4,14 68:23 69:1,6 78:6 87:1 96:18,23 97:22 104:14 107:15 112:19 119:9 123:17 127:22 150:2 167:12,14 179:23 184:11,23 188:2,3 193:18 198:15,22 201:12 202:12 204:8 206:3 209:18 218:17 222:25 224:12

**makes** 14:6 16:1 22:12 26:24 134:3

**making** 29:16 62:4 76:4, 21 113:23 176:5 215:25

**man** 144:25

Elite-Brentwood Reporting Services · (615) 595-0073 · jobs..man12
www.EliteReportingServices.com

**March** 31:10,14,15 32:2 81:8 107:18 111:15 123:4,12 124:10 164:12 179:19 212:4,13 213:2, 13,24

**mark** 71:8 84:3 104:16 105:12,18

**marked** 71:17,20 74:9, 23 75:1 83:24 84:8 85:3, 6,18,20 90:25 91:3 102:25 116:15,22 137:2 141:19,23 192:16 193:21 198:17 204:14 226:18,20 231:17

**market** 190:21

**marred** 192:24

**Mason** 8:15

**match** 65:17,19

**matched** 86:12

**materialized** 76:19

**math** 99:21 157:19

**matter** 7:6 8:18

**mayor** 55:1,5 60:20 67:19 128:23 158:14 183:11 188:2 196:10,25 199:3 215:25 219:19 221:8

**mayor's** 30:21 31:7 79:7,12 81:12 86:9 107:17 182:15 197:8 199:1 205:23

**Mcgruder's** 224:3

**MDHA** 62:11 130:12 165:24 176:4,5 181:4,12

**meaning** 22:23 63:19 94:15 135:1 156:18 170:6 173:23 175:14

**means** 14:4 23:25 24:3 43:18 50:21,24 52:2 56:3,25 58:1 64:22 136:13 164:18,22 167:3 201:5

**meant** 101:21 104:12

**media** 16:21 17:15,23,24 19:20,23 182:4

**meet** 27:20 76:22 200:19 215:8 216:20

**meeting** 31:1 125:20 127:14 132:25 134:20 135:4,10,18,19,24,25 136:1,10,11 140:18 141:3,4,11,16 173:23 186:25 201:13 214:7,8 215:10,11,13,16,17 216:15,19 217:6,10

**meetings** 28:14 29:21, 23 30:3,5,7,8,11,13,17 35:4,5,10,13 69:23 130:21 133:2 140:3 141:10 215:2,5,21 216:2, 6 217:12

**meets** 134:21

**member** 21:25 22:3 24:10,24 25:9,14,24 134:16 136:21

**members** 210:19 214:11,12,16 215:17

**memo** 194:19

**mentioned** 58:24 93:18 114:5 142:10 151:23 230:10

**Meriweather** 7:23 10:17

**met** 28:11 96:14 111:11 185:22

**Metro** 7:13 8:18 10:2,13 15:25 16:1,10,23 17:1,4 18:21 22:9,16,19,20 23:21 24:11 25:2 26:2,6 30:21,25 36:10,11,14,15 39:1,2 43:12 44:1 49:1 53:23 54:22 56:18,25 60:15 62:1,6,7,10,12,18, 19,20 63:1,4,6,8,17,20 64:1,6,9,19,25 66:13 67:4,20 68:5,10,12,19 70:24 71:12 75:18 76:23 77:18 78:12,25 79:22,23 81:15,16 87:6,7 89:6,21, 23 91:9,19 93:14 94:20 100:10,15,23 102:5,6 105:1 107:5,7,16 108:1, 25 109:3,8,9,21,22 111:14,18 113:25 114:18,22 115:14,22 117:1 126:2,4,17 127:16 128:3,6,11,20 129:4,10 130:3,12 135:5 147:5 148:20 149:3,22 150:1,2, 3,6,9 151:1,2 154:3,6,8, 9,24 155:9,12,14,15

158:5,18 159:21,22,25 160:10,17,23 161:15 163:22 165:14,20,22 166:24 176:6,12,16,17, 25 177:2,4,6,9,10,24 178:7,15,20 180:5,20 182:13,14 183:3,5,9,13, 14 184:2 185:15,19 186:4 187:9,10 188:3 193:24 196:10,15 198:5, 7,25 199:1,4 200:12 201:2 202:1 205:23 206:24 216:12 217:4 218:3 219:7,16,18,20 220:8 221:1,3 222:1,7 225:11 228:24

**Metro's** 193:24

**Metropolitan** 7:7 188:7

**MG000181** 133:7

**MG000703** 173:11

**MG181** 137:2

**MG574** 212:12

**Michael** 207:10,23 208:14,17,19 209:4 211:5

**Michelle** 28:4,16 46:13

**mid** 107:18

**mid-year** 60:19 61:1 64:15 65:6,14,24 66:11 67:1 69:16 125:9 181:8

**Middle** 7:10

**million** 33:4 38:13 39:10 40:12,15,23 41:24 51:13 53:24 54:6,14 61:8,13 64:23,24 66:1,6,10,17, 18,19 67:15 68:1,3,14,21 69:3 70:25 75:20 76:6,9 79:5,18,21 81:4,18,24 82:8,11 83:1 87:10 92:21,25 93:6 95:11,23 96:8,10 97:2,4,6,9,11,16, 21,23,24,25 98:6,10,13, 23 99:5,10,13,21,23 100:20 101:3,8 104:11, 13 106:19 107:2,5,10,21, 23 108:4,14,16,20 109:15,16 110:7,10,22 113:10 116:4 119:15 120:1,8,24 121:5,13,25 122:11 123:20 124:4,15 125:15 126:14,15,19,24

127:4,5 128:9 139:3,6 156:11,12,15,18 157:2,3, 13,14,17 158:21,25 160:1,24 161:4,25 163:20,24,25 165:2,3,6, 9,13,19,24 166:2,3,7,12, 14,20,23 167:3,21 168:9, 25 170:12 171:23 174:6, 8,9 175:10,20 176:3 180:24 181:3,7,12 182:7, 18 189:23 193:11,14 203:6,10,14,18,21 204:1 218:18

**million-dollar** 98:16,17

**mind** 148:3

**mine** 184:23

**minimum** 64:2,5

**minutes** 130:19 132:12, 15,19 135:18,19,23 136:4,11 141:2,10,19 142:3,6 183:4 216:2,6

**mishandling** 20:8,18

**missing** 157:18

**mistake** 209:14

**misuse** 20:8,13

**misuse/mishandling** 21:2

**MNPS** 178:16 207:7

**Mo** 113:21

**mode** 168:23

**Monday** 7:3

**money** 50:22 53:1 62:9 64:18 86:22 87:10 95:1 108:12 112:25 113:5 114:1,13,24 143:15 148:12,17,21 151:19 176:16 182:1 219:3,5

**month** 134:22 167:10,11 179:10 216:21,23

**monthly** 153:15

**months** 9:22 20:7 153:23 165:10 178:4

**mortgage** 62:3,5,8

**move** 146:12 155:11 206:15 207:20 212:21 213:8

**moved** 146:24 208:20
210:6,13

**moves** 59:20 118:8

**moving** 59:2 120:12
124:2 204:25 205:8
208:1

**MSPS** 180:25

**multiple** 169:11 220:4

**multiplying** 61:8

---

## N

**Nashville** 7:8,11,14
188:7 196:16 216:12
217:4 218:4

**national** 16:12

**native** 202:7

**natively** 202:4

**nature** 147:11 206:3

**nay** 136:14

**necessarily** 10:25 24:2
30:4 32:19 36:19 56:5
60:1 68:15 87:25 91:17
107:7 108:2 109:7,24
128:22 133:22 152:25
153:12 161:19 176:8
211:2 221:14

**needed** 50:23 55:18 56:4
66:6,9 76:21 78:18 96:13
124:4,8 148:22 168:10,
12 211:15,22 222:24

**negative** 11:3 13:15
24:4 63:13

**net** 39:17 40:2 43:4 87:19
211:24 230:13,15

**Network** 216:12 217:5

**neutral** 191:19 218:13

**news** 16:2,11,12,18,20
17:23 180:19 182:4

**newsletter** 195:24

**newspapers** 61:12

**next-numbered** 116:15
141:19 193:18 198:16
204:10 226:19

**nodding** 84:1 164:11
189:11

**non-personnel** 41:12
42:2,4 49:3 93:16,21
164:1 165:3 166:12
167:22 210:20

**non-personnel-related**
41:16

**non-renew** 21:11

**non-renewal** 24:12
89:21

**non-renewed** 21:6,17
90:4,17,21 91:8 92:13
224:7

**nonemployee** 42:14

**nonemployee-related**
41:6

**normal** 31:23 32:4

**North** 7:14 104:16
105:12,18

**North's** 119:17

**note** 21:12 172:3

**notes** 131:13

**notification** 130:11

**notified** 40:1 165:22

**number** 7:8 8:19 32:13
39:6 41:23 45:17 50:6
62:13 71:18,21 74:23
75:2 84:9 85:4,7,21
87:20 91:1,4 92:8 106:13
107:21,22 115:24 116:2,
23 120:9,18 121:11
123:3 128:19 136:6
141:20,21,24 146:17
166:11 172:16,17 173:8
175:22 176:3 191:4
193:22 198:18 204:11,15
212:10 215:9 226:21
231:18

**numbered** 115:17

**numbers** 50:7,9 78:17
121:7 174:3

**numerous** 138:11

**Nutrition** 154:19

---

## O

**O'DNEAL** 199:20 200:5

**oath** 159:3

**objection** 10:5,8 14:3,10
18:2 19:11 23:16 24:14
25:25 33:8 43:16 45:4
71:19 74:25 84:7 85:5,19
87:11 89:16,24 91:2,16
94:6,13 108:9 110:23
111:4,12 135:6 139:18
141:22 146:15 147:2,7,
15 148:1,14 179:2
180:10 187:15 198:19
230:8,21 231:5,12

**obligation** 59:19 105:1,
19 138:15

**occur** 52:5 69:8 102:11
148:20 205:21

**occurred** 14:15 25:4
26:9 44:8 51:3,9,10,14
52:7 69:9 99:15 100:5
182:19,21

**occurring** 113:9

**occurs** 53:17

**October** 167:14

**off-the-record** 80:13
184:9

**offer** 33:13

**office** 12:15,16,19 17:1
22:21 24:11 25:7 30:21
36:11 38:12 39:8 50:12
54:13 67:16,25 92:25
99:6 107:17 131:12,14
132:5,18 133:6 134:11
135:3,9 136:2 137:1
138:14,23 140:20 141:5
142:10 150:9 182:15
190:14 197:8 214:3
229:21

**officer** 24:9 26:13,14
40:19,20 49:6 88:24

**officials** 23:21

**offset** 113:8

**one's** 12:1 152:4

**one-on-one** 134:21

**one-time** 160:20

**online** 154:23 171:11

**onset** 192:21

**op** 205:1

**open** 101:22 102:2 172:5
227:22

**operating** 32:16 34:10
38:23 48:25 50:25 51:12,
17 64:11 88:24 112:10,
14 126:21 150:12,15,16,
22,23 151:4,6,13,18
152:5,9,15,17 154:15
155:25 171:7 176:7,21
188:8 204:25 205:9,19
206:6,13,21 207:22
208:2,21 210:5,14
212:10 219:11,23 220:3,
12,19

**operating's** 50:19

**operations** 33:18 41:25
59:1,18,25 76:20 123:16,
23 124:3,9,18,22 213:8

**opinion** 10:23 11:17

**opposed** 139:15 146:8
220:11

**option** 159:7 161:16,20
192:18 193:15 203:16

**options** 193:25

**orange** 189:5 190:12,13
191:2 192:21

**order** 149:9 232:1

**ordinance** 126:1 128:14,
15 160:4

**organization** 185:24

**organizational** 35:22
45:23 48:15

**organize** 88:1 147:17

**organized** 70:22 87:19

**original** 175:18

**originally** 165:25 167:6
170:17

**originates** 149:25

**over-funded** 148:7

**overestimate** 119:4,6,7

**overview** 75:5

**owe** 165:9 167:8

---

## P

**p.m.** 149:13,16 231:24

Case 3:20-cv-01023-Document 109-1 Filed 07/27/22 Page 74 of 81 PageID #: 2983
*Elite-Brentwood Reporting Services (615) 595-0073 p.m..i14*
*www.EliteReportingServices.com*

232:10

**pages** 188:18,23 193:20

**paid** 65:3 68:2 170:12
218:3,8,17

**pandemic** 30:2,19 58:7
68:16 78:21 80:6 81:7
158:24 161:10,11 192:22

**paper** 70:23

**papers** 16:19

**paperwork** 36:23 70:11,
12

**parent** 19:3,5

**parentheses** 34:19
50:20

**part** 27:6,21,25 36:11
45:17 46:12,22 58:5
59:17,24 67:19 77:5 81:2
83:20 87:17,20 109:5,20
110:1,3 113:10 124:8,16,
21 137:4 138:10,11
139:2 141:4,6 152:8,17
154:5 166:3 172:15
191:12 192:14 193:24
206:13 214:13 229:16
231:2,6,14,16

**parts** 195:9 209:21

**passed** 48:25 128:14,16
172:22

**past** 106:6 155:17,23
158:2 206:13

**patient** 152:2

**pay** 51:16,23 64:15 66:14
67:5 68:13,20 69:5 95:11
97:10 113:25 147:14
151:5 166:20,21 183:1

**paying** 51:18,23 52:1
62:8,9 102:19 147:23

**payment** 65:11 165:21
167:4 176:4,5,6

**payments** 62:4,5 165:7

**PDF** 188:22 192:16 196:6

**PDFS** 202:3

**pending** 18:12

**pension** 112:22

**people** 41:10 43:21,22
94:10,16 146:17 152:11

180:1 205:1 218:15

**percent** 34:22 40:15,16
60:6,7 61:1,9 64:2,5,7,8,
10,11,16 65:3,6,20,24
66:1,11 67:2 101:10
124:14,22 125:2,3,11
126:16,18,19,20 127:3,4
156:13,14 157:4,5
159:16,18 168:6,19,20
180:21 181:9 183:1

**percentage** 60:12
62:23,24 94:11,15
161:20,24

**perception** 17:3

**perform** 12:22 218:20,23

**performance** 11:3 12:7
13:16 178:8

**performed** 186:3 190:19
218:21

**period** 16:16 19:22 44:7
102:14,16 149:8 182:1

**periodically** 190:19

**permission** 132:6,10
149:23 155:14

**persists** 178:11

**person** 15:13 21:12
47:24 159:15 168:5

**personnel** 42:1 49:3

**phase** 70:15

**philosophical** 36:20

**phone** 40:7 48:9,10
80:20,21,24

**phrase** 148:24

**pieces** 230:14

**Pippa** 7:22 10:17

**place** 19:1 21:10 39:21
48:11,15,19 52:11 87:23
114:11 141:15 152:14
173:22

**Plaintiffs** 10:16 13:21
94:3,4

**plan** 76:17 133:6 134:7,
11 135:9 136:2 137:1
138:14,24 140:21 141:6
219:20 220:9 221:8,13

**play** 30:23 93:4 191:25

**played** 181:19

**plays** 230:24

**plummeted** 107:13
157:23

**point** 15:9 19:25 34:25
58:18 67:13 81:17
104:13 119:20 123:10
124:1 128:12 130:1
139:5 158:13 189:23
213:15 225:20

**pointed** 192:23

**police** 177:7

**policy** 64:1,9 89:21
126:17 132:14 140:9
178:20,22

**poorly** 16:23

**pop** 38:19

**populated** 73:23

**position** 15:19,21 24:8
29:9,17 36:22 41:4
44:13,14,22,24 45:12
46:15,21 47:19,21 86:14,
23 89:20 91:15,20
101:22 104:24 112:20
113:7,22,23 114:1
118:20 130:18 140:5
147:14 179:15 223:19,23
224:7 225:25 228:23
229:3,11,19,20 230:6,20

**position's** 102:4

**positions** 27:6,12 36:1
37:8,17,19,22 40:2 41:5
43:2 46:3,9 47:10 53:5,
11 86:22 87:16,20 91:12
93:8 95:5 97:1 98:16
99:23 101:2 102:1,2,3
113:14,17,20 115:22,25
117:4 118:21 134:24
135:3 137:21,24 138:9,
17 139:14 164:5 166:8
178:25 179:25 211:14,
19,20 213:1 222:18,22,
23 223:2 230:10,16,23,
25 231:3,7

**positive** 16:24 28:16
63:10,12 186:1 193:10
214:25

**possibility** 207:20

**possibly** 57:12 107:20

**potential** 54:20

**potentially** 77:4 118:19

**practice** 21:15

**pre-pandemic** 193:6

**precipitous** 80:4

**preference** 215:21

**prepared** 56:13,21 57:7,
10,12,16,20 58:22 72:3
84:24 103:3,5,6 138:14

**prepares** 56:7,12 57:1

**preparing** 144:10

**present** 56:2 68:5 76:17
144:13,15

**presentation** 56:14
73:11 74:4,12 81:16
84:24 103:1,19 104:8
160:17 162:21,23 164:8
188:2,14

**presented** 69:18,20,21,
22 71:12 103:21,24
130:23,25 131:3,4
133:13,16 144:1 145:12
229:21

**presenting** 76:20
142:21 143:4

**presents** 143:3

**press** 16:2

**pretty** 71:1 111:19,24
196:4 222:1

**previous** 29:17 60:20
80:9 96:5 125:10,17
175:11

**previously** 206:20
207:21

**primarily** 63:16

**principal** 11:14,18,22
12:1 20:4 22:2 37:24
38:4 185:23 225:5 226:6,
14

**principal's** 225:25

**principals** 12:1 229:9

**print** 17:23,24

**prior** 33:3 50:23 53:19
54:8 79:24 82:16 182:21

184:4 203:11,20 215:25

**problem** 116:17 177:14, 18 178:11

**proceed** 185:4

**proceeding** 31:22

**process** 33:10,23 42:11 45:8 55:5,16 58:6 69:10 78:22 80:2 109:6,14,20 110:1,4 129:1 143:25 219:10,12 221:5

**produced** 202:2,4,7

**Proffitt** 207:11 211:6,11 220:17

**Programs** 154:21

**project** 165:2

**projected** 158:3,4 163:20 166:24 170:14,16 190:1,3 191:3,7,9,21,22

**projecting** 165:16 191:12

**projection** 158:8,18 160:1 165:12

**projections** 63:11,12,14 151:15 153:2 157:25

**projects** 136:6 158:5 222:14,16

**prolonged** 192:24

**promised** 60:20

**promoted** 29:2 46:14

**promotion** 29:8,10,18 47:12

**proper** 148:19

**property** 129:8 153:21, 24 158:1,8,15,17,25 159:7,14 160:2 189:1,5,9 190:8,15,18,20 191:17 194:2 196:12,23 197:16 198:25 199:4 203:4 204:3

**proposal** 30:18 33:10 60:7 215:23

**propose** 158:14 221:8

**proposed** 26:23 27:1 32:1 34:11 49:2,21 52:15 59:5 60:12 76:16 98:9 102:10 196:22 197:15

199:3 212:18 218:25

**proposes** 219:19

**protected** 13:24,25 23:14 94:5,16,23

**provide** 68:25

**provided** 37:4 54:13 60:19 69:15 99:3 160:12

**public** 69:23 196:16 197:1,2,5,16 198:3 218:4

**publicly** 199:3,7 222:12

**published** 171:11

**pull** 82:25 154:23 171:3 201:21 202:5 204:22

**pulled** 32:12 136:12,22 139:25

**pulls** 133:24

**punk** 23:22,25

**pupil** 167:1,5 169:5

**Pupo-walker** 214:24

**purchased** 208:8

**purchases** 206:1,2

**purpose** 150:21,23 151:13 152:9 154:14 205:19 206:5 213:9

**purposes** 116:20 199:25

**put** 21:17,21 27:18 32:7 48:12 58:11 66:14 67:5 70:21,23 78:16 91:6 96:5,16 101:18 103:18 116:10 117:1 119:8 121:11 123:3,11 132:2,4, 6,10,15,18 134:7 146:10 155:2 173:17,18 183:13 197:25 198:2 211:22

**puts** 56:16 219:3,5

**putting** 26:20 75:25 76:13 79:10 175:16 179:16 213:9

---

## Q

**qualify** 208:7

**quarter** 120:5

**question** 45:19 78:9 92:16 104:25 115:23

131:23 198:23 204:17 210:22 219:7 223:10 224:23

**question's** 49:19 113:12

**questioned** 142:17 147:5

**questionnaire** 105:17 106:2,6

**questionnaires** 105:20

**questions** 8:12 20:18 35:2 149:20 180:3 181:23 185:2 223:7,18 225:2

**quick** 38:15 115:1 184:17 223:20

**quicker** 193:1

**quickly** 48:3

**quote-unquote** 107:24

**quotes** 107:9

---

## R

**rainy** 148:25 149:2,5 152:11

**raise** 60:12,14,16 61:1,4 64:15 65:6,24 66:11 67:1 69:16 138:13 139:4 180:21 181:9

**raises** 59:8,10,13 65:2

**range** 79:5 203:6

**rare** 114:20 133:1

**rate** 120:6,20,22 121:24 158:15 190:24 191:14,25

**re-ask** 78:3

**read** 16:19 73:4 122:13, 15 138:3,5,6 142:2,3 159:17 190:12,22 194:25 195:1

**reading** 142:6 195:6,10

**real** 38:15 115:1 188:15 223:20

**realizing** 206:16

**reapply** 43:6 44:18

**reappraisal** 189:1 190:15,17 191:14,18

**reason** 80:3 87:23 147:20,24 159:4,6 160:6 209:19 226:9

**recalculate** 176:2

**recalculated** 175:22

**recall** 16:9 18:25 19:1 33:16 44:12 70:12 106:3, 7,12 135:8,11 143:9 144:25 158:7 160:8,14 163:16 168:17,18 201:15 217:11 218:16

**receive** 30:24 59:21 68:9,22 102:13,19 123:16 163:16 180:20 197:15,17,19 221:16,20 222:7

**received** 30:20 69:3 130:11 191:13 221:11,12 222:5

**receiving** 42:18 58:8 106:3,7,12 158:17

**recent** 9:19 190:17 221:25

**recognize** 32:18 71:24 73:1 84:12 105:5 131:18

**recollection** 204:24

**recommend** 67:24 155:13

**recommendation** 55:1, 25 64:4 67:21 79:11,13 81:13 138:19 139:20 205:23

**recommended** 55:3 67:19 79:8 86:9 128:23 136:5 150:8

**recommending** 55:6

**record** 7:3 8:14 72:13,16 77:20 78:6 84:3 149:11, 13,16 192:15 193:2 223:12,14,15

**recorded** 30:11 190:20

**records** 153:10

**recovery** 192:24 193:2

**recurring** 160:21

**recuse** 25:22

**red** 227:5

Case 3:20-cv-01023-Document 140-1 · Filed 07/27/22 · Page 76 of 81 PageID #: 2005
*Elite-Brentwood Reporting Services (615) 595-0073*
www.EliteReportingServices.com

redaction 47:6

reduce 41:24 51:6 52:16
54:24 55:8 97:1 99:12
107:19 147:20 176:14
184:4 201:6 230:22

reduced 40:3 55:11
64:15 67:1 101:4 165:24
168:24 176:9,10

reducing 101:7 165:23
230:16

reduction 50:3 54:13
83:15,17 98:10,16,18
101:13 102:9 113:9
120:14 123:8 165:20
176:4 178:20 179:7
206:14

reductions 30:22 41:16
42:4 49:15 52:9 54:20
68:17 76:21 78:19 79:4
93:10 96:19,23 97:14,15,
22 98:1 101:5 103:11
109:5 123:18 138:11
163:18 164:2 165:4
166:13 167:23 176:11
206:23 212:24

refer 152:11 199:25

referenced 74:20 87:16
175:9 198:6

references 181:14

referencing 164:14

referring 173:11 182:19
194:18 200:4 214:22
215:2 231:14

reflect 33:22 48:16
190:21

reflected 16:22 32:3
37:1 41:14 59:11 71:14
135:17 168:1 213:23

reflecting 60:6 167:16

reflects 34:1 48:17

refresh 204:24

refund 129:8

regard 20:8 25:22 26:19
27:14 30:15 33:2 37:21
38:7 48:12 62:3 89:4

regular 108:25 109:6,8
215:10

regularly 32:22

regulation 221:15

rehire 21:13,22 22:5
24:13

rehired 23:6

relate 158:16

related 8:18 36:19 153:3
163:17 164:9 168:7
178:8

relating 27:6 45:7
105:16 162:24

relation 18:13 41:21
47:20 158:3

relations 178:16

relationship 18:16

relative 180:6 187:9

remain 48:5

remainder 156:22

remaining 156:3 176:23

remember 9:10,16 12:9
15:20 18:4 19:4 20:15,
16,22 28:24 31:6,8
35:11 36:3 42:23 46:10,
23 48:8 50:4 60:17,24
66:25 79:15,25 81:19,21,
25 90:5 112:3 114:22,23
115:12 129:9,14 143:13
155:22 156:17 157:6,10
158:6 162:4 172:17
178:3 186:19,20,22
195:3,7,17,18 197:20
198:3,24 199:6,13
214:21 217:2,15 222:10
224:4

reminder 47:2

remote 30:10

removal 226:10,14

remove 22:4 99:22
100:1 145:18 225:21

removed 225:5

Renfro 207:10 209:9
210:11 220:17

renovations 222:15

reorg 92:25 99:6 133:6
134:7 135:9 136:2 137:1
138:14,22 140:21 229:21

reorganization 39:9
40:1 41:14 87:23 93:2
131:12 134:11 138:23
141:6 214:3 225:18
228:23 229:17 230:12
231:14

reorganize 93:23

repairs 208:11

rephrase 78:8

report 10:25 11:8 56:1

reported 19:23 25:6
186:15

reporter 7:16 84:1 182:9
204:12 231:25 232:3,6

Reporting 7:18

reports 25:16 92:8
126:13 155:2 208:17
211:10

represent 7:20,22,25
8:2 13:22 185:8

repurposed 140:8,11

repurposing 222:23

reputation 185:18 186:7

request 54:4,5 57:24
58:2,4 70:1,5,17 75:8,17
77:6 106:18 109:13
114:20 136:5,21 149:24
150:3 155:6,8,18 182:25

requested 53:21 75:22,
23 76:8 79:3 80:3 107:17
114:17

requesting 33:7 138:7
183:8

requests 53:4 76:3,16

require 68:23 150:4
230:19

required 33:17 34:14
58:15,25 70:24 97:16,24
125:14 126:3 154:19,21
169:24 170:10 171:15
172:11 176:12 180:24
212:17 222:22 223:4

requirement 125:24
200:20,23 201:1,10,13

requirements 125:21
127:15 203:2

requires 155:12 183:25

reserve 63:9 96:15
150:20 151:13,20,22,23
152:7,8,12 182:8,10,11

resources 21:15 23:1
25:7,8,10 28:5,17,18
37:1 44:2 50:17 89:22
113:2,4 121:11 122:6
140:13 177:15,24 178:7,
15,16 218:21

responding 201:18

responsibility 26:7,18
87:8 144:4

responsible 26:15

rest 137:12 164:18

result 39:17 43:4 106:24

retaliated 10:3,7 14:8,
16,22 15:3

retaliation 9:15 14:20

revenue 107:13 113:8
114:4,6 151:15 153:3,21,
24 156:23,25 157:24
158:17 159:8,10 166:23
167:1,2 169:5,6 175:24
184:3 191:17,19 196:13
201:4,7

revenues 63:10 80:5
151:24,25 153:1,20
157:22 200:20

review 38:14 50:1 132:9,
14 194:14 210:21,24

reviewed 132:12 196:1
208:22

rid 94:2 128:8 167:21
179:24

right-hand 50:7

rights 14:13,25

rise 208:12

road 178:4

rose 169:2 200:11

routine 114:7

rubber-stamped
139:16

ruling 10:10,12

run 193:6

Case 3:20-cv-01023 Document 149-10 Filed 07/27/22 Page 77 of 81 PageID #: 2986

running 115:25 116:4
126:14

runs 16:6

---

**S**

SAITH 232:9

salaries 93:17 116:3

salary 29:12,19 34:21
59:16,19,20,24 100:7
102:18,20 120:16 124:20
125:19 127:14,20,25

sales 80:4 107:13 113:8,
18 114:5 157:24 159:7,
10 160:23 161:8,16,20
165:13 166:22 170:15
192:18 193:15,25 203:17
204:5

sandwich 149:9

satisfaction 203:1

save 96:9,20 107:1,10
110:16 111:25 117:1,3

saved 96:8 99:11 108:13
110:7,9 112:2,5 114:24
117:4,8 119:25 170:11
182:1

savings 38:13 39:9
40:14,23 52:19 62:2 82:2
86:16,17,20 87:4 96:22
97:2 101:8 106:15,16,18,
19 107:6,14,16,25 108:3,
8,21,24 109:1,3,11,13,
17,21 110:22 111:3
113:11 118:17,18 120:4,
24 152:19 163:21,24
165:2 166:4,7 168:5,7
170:15,16 174:8,9
181:25 182:13,16,18,19

SBB 52:18

scale 120:16

scan 142:8

scanning 210:16

scenarios 213:12

schedule 34:21 59:19,
21

scheduled 124:15
215:16 216:25

scheme 101:8

school 11:15 13:9,10
15:2 19:2 20:4 21:24
22:7,15 23:3 25:9,13,17,
24 26:16,19 31:18,19
37:12,13 38:24 44:21
45:3,8,9,10 51:5 52:4,11
56:1,4 61:25 63:2,3
64:19,23,25 65:10 66:3
69:22 77:17 78:1 82:12
84:25 88:5,9,17,21,23,25
91:14 93:24 104:20
106:17 107:8,15 108:7
109:7,10,24 114:15
120:11,18 129:2 130:16,
19,20,24 131:4 132:17,
24 133:13,16 134:16
135:4,10 136:21 137:3
138:16 139:15,16,20
140:18 144:6 146:3,6
148:8 154:11 156:6,20
157:2,8,14 160:23
161:17,21 164:24 165:7,
8 168:4 169:1,9,20 172:5
175:25 176:1,25 178:25
181:24,25 182:20
186:16,20 201:12 208:8,
11 215:16 218:4 222:15,
16 226:7,15 229:8

schools 8:18 10:13
15:25 16:1,11,23 17:1,4
18:21 22:8,9,13,17,20,25
23:7,21 25:2 31:20
36:12,15 43:12 44:1
52:14,25 53:4,12,14,21,
23 54:3 56:18,25 60:15
62:10,19,20 63:6,17,21
64:6 68:19 70:24 71:12
77:19 78:12 87:7,8 88:4
91:19 93:15 94:20 102:5
106:25 115:15,22 117:1
128:20 134:6 136:7
143:5 144:19 145:13,17,
22,25 147:5 148:20
149:3 154:24 159:25
160:23 166:18,25 167:4,
8,11 169:11 170:1,2,8,22
171:14,22 172:7 176:16
177:7 179:11,18 180:5
182:13 183:6 196:16
202:18 205:25 222:15
224:5 225:8,11 228:24
229:8,24

schools' 144:4

scope 136:6

score 43:23

scored 44:9

scoring 44:15

screen 7:5 72:20 162:13
187:19,21 194:4 199:16
202:10 204:18,19 227:4,
24,25

scroll 130:5 194:13
195:2 206:25 228:2

Sean 16:8 56:13 73:8
74:4

secretary 88:8,11,17,20,
22 130:15 142:5

section 91:7,10,12
188:21,25

sector 172:9

semantics 108:23

semester 214:23

send 195:19 207:15,16,
18

sending 195:17 201:15

sentence 190:22

separate 22:9,11 51:2,
19 91:11 136:23 151:2,
11 154:4,10 214:17

separately 154:20,22

series 28:14

service 33:14 59:23
212:22

services 7:18 22:24
28:20,22 29:3,4 41:8
46:16 54:13 82:7 83:2,15
154:19 209:12 210:2,7,
23

serving 190:17

set 53:23 54:2 143:23
158:18 171:22 220:6
226:10

setting 191:13

Sevier 131:17

shaking 227:3

share 89:12 180:15
187:19 194:4 204:18
227:5,9,22,25

shared 83:9 174:13
182:4 199:11,12 220:4

sharing 72:21 105:6
117:25 162:14 200:18

sheet 116:15 173:6

shifts 193:4

short 31:19 72:14 149:8

shortfall 167:3

shortfalls 196:13

show 31:1 32:10 33:1,3,
6 34:20 55:19 58:25
71:23 83:8 84:11 85:9
90:7 102:22 114:25
123:14 125:4 140:14
162:21 169:13,14,17
170:20 172:1 173:1
188:17 192:13 199:14
204:23 206:25 207:1
211:25 224:10 226:24

showed 174:17,20

showing 56:8 75:8
117:12 123:25 129:18
131:21 193:9 210:5

shows 57:1 75:10
115:21 172:14 173:4
189:22 193:14 203:1,8,
12,25 217:5,9

shut 31:20 55:15 80:5
81:6 107:12

shutdown 196:14

shutting 78:20

sic 96:10

side 50:8 99:16,17 100:3
115:17 189:25

sign 143:12

signature 130:18 131:25
132:1,7,10,15,18 142:4,
13

signatures 143:11

signed 142:11

significant 159:20
196:11

significantly 158:9
161:14

signing 143:9

Elite-Brentwood Reporting Services · (615) 595-0073 · signing18
www.EliteReportingServices.com

similar 51:15 61:7 78:16

single 118:25

sister 20:2

sit 20:17

site 173:7

situation 70:9 89:14

skimmed 106:3

Slave 15:16 16:13

slide 71:14 73:10 76:15
78:17,23 175:8

small 210:18

solvent 95:15

someplace 101:14
148:11,17

son 17:12,16,17,18

sort 25:3,12 46:4 51:4
70:6 94:21 140:9 142:19
160:13

sound 61:14 145:8
189:15 216:14

sounds 108:7 152:2
166:19

source 193:5

sourced 180:25

sources 56:17 68:4

speak 69:12 179:6 225:6

specific 53:4 107:6
108:1 195:9 222:14

specifically 63:21

specifics 223:1

Spencer 113:3

spend 113:1 148:4,11,17
151:19 176:15

spending 106:24 148:21
160:11,14 164:1 165:4
166:13 167:22 219:20
220:9 221:8,13

spent 54:7 107:18
152:19,20 174:7 175:19
206:17

spreadsheet 204:9

spring 15:7,22 28:24
29:23 57:11,20 66:23

68:18 72:4 79:6 101:19
158:10 174:4 214:23
215:21 217:13

Springer 28:5,16 46:13
47:11

Square 7:13

stability 193:5

staff 28:4 180:20 208:10
210:19

stamped 133:7

standard 71:1,6

Stark 207:9 208:17
220:13,16

start 35:2 41:9 78:18
93:16 227:5,9

started 25:2,12 30:23
33:18 55:9,16 111:13

starting 72:24 179:14

starts 65:10

state 7:20 8:13 64:3
81:15 93:12 160:9,12,16
166:7 167:1,13 169:5,6,
24 170:10 172:11 175:24
178:23,24 179:7 190:16
196:10 198:5,7 199:1,4
201:10

stated 23:20

statement 35:25 40:21
69:24 107:3 160:13

statements 93:13
119:17 155:2 156:9
157:11 159:2 161:7

States 7:9

stating 81:23

statistics 45:16

statutes 89:20

stay 64:8

stayed 162:1

Steiner 7:21 8:12 10:6,
11 14:5,11 18:6 19:13
23:19 24:19 26:5 33:24
43:19 45:5 47:1,4,7 71:8,
9,17,22 72:8,17 73:21
74:1,8,10,22 75:3 77:23,
25 78:3,8,10 80:16 83:23
84:2,6,10 85:3,8,17,22

87:12 89:18 90:1,25
91:5,18 94:9,14 108:11,
15 111:1,7,16 115:6
116:14,19,24 117:23
118:2,7,11 130:9,14
135:7 139:22 141:18
142:1 146:22 147:3,9,21
148:5,15 149:7,17 162:9,
11,12 173:9,10 175:1,2,
5,13 179:3 180:13
181:20,21 184:6,13,15,
18,21 223:8,10,13,18
224:14 226:18,22 227:7,
11,12,23 228:4,6,10,11,
14,18 230:17 231:1,9,19,
21,25 232:2

step 34:21 59:17,20,24
123:19 124:20 125:19
126:8 127:14,20,25

stimulus 193:3

stood 104:2,5 187:13

stop 181:20 227:4,8,21

stopped 62:9

stories 17:7

story 16:24 17:3

Stratford 186:15

strictly 36:19 172:10
174:4

strike 95:2

strong 64:4

struck 31:21

structure 36:10 45:24
46:2

structured 160:19

student 28:20 29:4
46:16

student-based 52:22,
23

students 119:12 172:4

study 95:13

stuff 227:17,20

subcommittee 214:11

subject 201:23

submitted 95:22 136:3
137:2,6,7 138:4 183:6

submitting 26:15

subsequent 136:1

substantial 29:15

substitutes 218:12

sued 14:21 187:10

suggest 11:9

suggested 106:20
107:22 108:17 109:17

sum 116:3

summary 32:15 173:6

summer 213:21

superintendent 28:25
36:1 37:8 179:24 185:21

superintendents 46:12

supervise 186:5

supervisor 144:12,15,
21

Supplemental 149:25

support 29:4 46:16
127:25 229:24

supposing 113:21
157:12

suspend 178:12

sustain 125:15

swear 8:4

switching 129:20

sworn 8:9

system 154:11

systems 15:3

---

T

takes 114:11 176:6

taking 48:15

Talia 80:1,8 197:8 199:19
200:1,3,5 201:18 202:22

Talia's 197:9

talk 38:8 153:9 223:1

talked 134:15 181:9
211:4,5

talking 15:10 35:2 60:23

*Elite-Brentwood Reporting Services* • *(615) 595-0073 similar - talking119*
*www.EliteReportingServices.com*

71:16 98:2,5 111:19,20 112:7 113:18 154:14 161:23 179:4 204:21

**talks** 52:11

**target** 109:5 120:12

**targeted** 106:16,18,19 107:6,14,25 108:8,24 109:3,11,17,21

**taught** 15:15 16:13

**tax** 80:4 107:13 113:8,18 114:5 129:8 153:21,24 157:24 158:15,17 159:7, 8,10 160:23 161:8,16,20 165:13 166:22 189:9 191:14,17 192:18 193:15,25 194:2 196:12, 23 197:16 198:25 199:4 203:4,17 204:3,5

**taxes** 158:1,8,25 159:15 160:2 189:5 190:8

**TDOE** 200:19,22,25

**teacher** 15:14 180:20

**teachers** 61:1

**teaching** 46:21 102:1

**team** 27:18 144:1,17 199:12 208:22 209:2

**technically** 143:1

**technology** 209:12,17 210:2,7

**telephone** 31:5

**televised** 216:8,10

**telling** 27:11 58:14 86:17,19 90:20 105:2 109:9,25

**tells** 134:23 228:22

**Tennessee** 7:10,15 190:16 201:11

**term** 24:21 56:24 108:23 183:19

**termination** 23:11

**terms** 29:19 45:2 48:11 77:1 111:23 163:14

**testified** 8:9 9:21 23:10 119:23 121:12 159:3,25 160:5 223:22

**testify** 9:4,11 14:13 122:19 145:6

**testimony** 9:19 14:16 74:23

**text** 191:1 192:20

**thereto** 171:1

**thing** 13:1 66:2 77:4 120:3 122:1 150:24 205:8 210:15 228:19

**things** 30:18 56:3 93:10 99:14 101:9 206:2

**thinking** 28:23 93:4

**Thirty** 88:13

**thought** 34:2 41:22 117:2 122:9 123:13 142:18 144:10 151:10 166:21 180:5 185:20 187:4,8

**thousand** 157:16

**thread** 163:3 207:2

**three-year** 125:9

**ties** 173:5

**time** 7:4 12:8 16:16 18:14 19:21 20:1,19 28:6,10 31:19 32:7 44:7 58:18 63:9 64:17 67:13 72:6 76:2,3 83:3 92:12 99:3,9,19 102:13,16 104:13 111:17 112:1 113:9 119:20 121:2 124:1 128:12 130:11,12 134:2 136:3,5,15 137:8, 19,20,22 151:14 164:3 168:4 182:17 185:16 197:13 211:3 214:22 215:7 219:1,22 221:6,14 224:20 225:20 231:24

**timeline** 219:13

**times** 8:17 15:25 167:13 221:13

**timing** 15:20 28:24 198:3 199:13 219:21

**title** 14:25 15:1,2 26:12 29:5 88:18 91:23 130:18 202:15 209:23

**titled** 202:18 212:9

**today** 7:3,12 10:16 20:17

74:24 212:5

**today's** 231:24

**told** 17:14 37:20 39:13, 16,23 40:4,5,8 43:6 45:24 46:1,8 47:9,11,18 68:22 78:18 82:19 95:9 134:25 139:7 146:9 148:11,16 165:16 180:9, 12 187:13 207:16,17 223:24

**top** 80:1 112:6 174:22, 24,25 175:4 191:19 192:17 212:13 222:10

**tornado** 30:1 31:8,17,18, 21 58:23 65:4,8 69:8 103:4,5 179:21

**total** 34:10 62:25 64:11 79:19 86:12 92:8 98:9 112:20 128:18 129:5 167:1 169:5 175:24 200:20 212:18

**totally** 30:9 169:4

**touched** 200:24

**track** 15:25 112:24

**trained** 177:24

**transfer** 120:12,18 130:13 156:22 157:20 165:7,21,24 172:6 176:4

**transferred** 27:13 46:20 114:14 155:25 156:6,19 157:8,13

**transfers** 27:5

**transportation** 207:24 208:1,2,24 209:5 210:16, 23

**Treasury** 151:1 219:17

**tremendous** 158:2

**true** 18:15 41:10 74:11 107:3 161:25 181:13 206:4 226:4,12 229:2

**trust** 92:20 95:10,15 96:14,16 97:22

**Tuesday** 216:17 217:1

**Tuesdays** 216:21,22

**turn** 16:17

**turned** 152:6

**turnover** 102:10 120:6, 20,22,23 121:23

**Twentieth** 88:15

**type** 10:24 23:13 137:11 178:13 206:12 208:6

**typed** 133:10 137:1

**types** 131:13 205:20 206:1,2

**typical** 132:14 215:7 221:6

**typically** 33:15,16 36:23, 25 40:24 41:11 51:16 53:2 54:11 117:9 133:23 137:9 143:2 149:4 153:19,25 167:12 198:11 205:19 215:12

**typing** 142:16

---

**U**

**Uh-huh** 14:1 32:14 38:18 56:9 93:25 111:22 181:17 212:11

**ultimately** 27:17 144:3, 18 145:24 176:22

**underneath** 34:11

**understand** 198:23

**understanding** 45:1 67:12 177:17

**understood** 68:24 69:7, 11 142:15

**underutilized** 52:14

**undesignated** 125:12

**unfilled** 53:10 112:12,23 113:1,14,17,20,22,24 115:22,24 117:4

**United** 7:9

**unusual** 24:10,16 197:14,18

**updated** 105:15

**usual** 31:24

**utilize** 22:25

Elite-Brentwood Reporting Services · (615)595-0073
www.EliteReportingServices.com

## V

**vacancies** 101:17 114:25 115:13 116:7 119:14,18,24 120:2

**vacancy** 102:10 120:6, 20,22,23 121:23

**vacant** 102:4,12,14,17

**vaccine** 192:25 193:3

**Vanessa** 18:22 180:6

**verification** 126:3

**verify** 221:19

**version** 96:5 97:20 118:4 129:22

**versus** 7:7 94:17 140:11 161:25 203:13,24

**Veterans** 218:17

**VI** 14:25 15:1,2

**video** 7:4,5 181:19

**viewing** 73:4 195:4,12, 13 224:25

**violation** 15:1,2

**virtual** 30:2,11 168:6

**virus** 192:25

**vote** 136:14,23 137:18

**voted** 11:21 137:18 141:7

**votes** 136:18

## W

**wait** 75:7

**wanted** 32:3 45:19 47:2 57:2 79:1 88:1 94:1 107:15 123:24 127:22 147:17 148:4 160:10 179:25

**Washington** 7:13

**waste** 51:8

**Waverly** 15:15 16:13

**weekly** 153:16

**weeks** 111:9,10,11,21 215:9

**whatever's** 152:6 156:3

**Whites** 11:14,19 19:1 20:4 21:9 37:24 38:4 225:5,22 226:1,6,15

**Williams** 28:8,9

**Wood** 200:11

**word** 55:22

**wording** 229:17

**words** 95:7

**work** 10:21 177:15 179:25 185:23 186:6 219:4,6

**worked** 185:15 196:1 225:11

**worker** 89:15 177:14 178:12

**workers** 27:5 89:9 225:11

**working** 30:9 89:6 121:10 178:15 209:3

**works** 145:4 181:15

**worth** 66:20 67:15 83:21

**write** 178:12

**writing** 80:22

**written** 46:5 77:21 78:7 86:7 142:8,9 181:2

**wrong** 27:10 81:20 177:20 199:2 211:12

**wrote** 137:14,16

## Y

**y'all** 154:4

**yea** 136:14

**year** 11:22 12:2,7 13:9 15:12 21:7 32:5,15,24 33:14 38:23 49:8,9,11, 14,16,24 50:2,23 51:5 53:9,19 54:2 57:18 58:20 59:2,23 60:24 61:10,17, 19,20,23 65:10,24 66:3,9 71:14,15 74:3 75:10 76:5 77:13,17 78:2,24 79:6 82:4,12,14 83:4,5,6 88:14,15 96:16,17,21 102:11,17,20 106:16,21

107:3,12,19 108:18,19 110:6,13,16,24 113:13, 23 114:9,11,12,15 116:8 118:20 119:21 120:11 121:21 122:2 123:13 125:9,10,17 128:25 129:11 143:17 144:11 146:4,6,8 148:8 151:21 152:6 153:4,20,23 154:1 155:1 156:2,6,20 157:2, 8,15,22 158:2,11,23,24 160:23 161:2,11,18,22 164:7,15,18,21,25 165:11 166:10 168:15,16 169:23 170:12 171:19,25 173:20 174:5,13,14 175:8,11,15,23 179:9,15 182:20 184:4,5 188:8 189:9,19 190:1,3,16,23 191:7,15,23 193:4,11,12, 13 196:7,12 201:4,5 203:11,17,20 212:9,21 217:16 218:5,6 219:22 221:13 222:2

**year's** 66:19 83:21 168:14 176:23

**yearly** 221:9

**years** 10:19,22 13:22 18:16,17 41:2 45:18 49:7 54:8 64:12 75:14 76:14 78:23 82:24 88:13,16 111:20 120:10 155:17, 20,24 157:21 162:2 172:4,8 174:12 175:12 182:22 185:14 190:15 221:10,12

**Youtube** 216:12 217:5

## Z

**zoned** 45:10

**zoom** 162:6 188:18 212:3 228:9,16

Elite-Brentwood Reporting Services (615)595-0073.zoomi21
www.EliteReportingServices.com