1   IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
              FOR THE MIDDLE DISTRICT
2                 NASHVILLE DIVISION
    _____
3   JANE DOE,                        )
                                     )
4         Plaintiff,                 )
                                     )
5   v.                               )   No. 3:20-CV-01023
                                     )   Jury Demand
6   THE METROPOLITAN                 )   Judge Trauger
    GOVERNMENT OF NASHVILLE AND      )   Magistrate Judge
7   DAVIDSON COUNTY, TENNESSEE       )   Holmes
    AND DR. ADRIENNE BATTLE          )   Lead Case
8                                    )
          Defendants.                )
9   _____)
    DR. LILY MORENO LEFFLER,         )
10                                   )
          Plaintiff,                 )
11  v.                               )
                                     )
12  THE METROPOLITAN                 )
    GOVERNMENT OF NASHVILLE AND      )
13  DAVIDSON COUNTY, TENNESSEE,      )
    AND DR. ADRIENNE BATTLE          )
14                                   )
          Defendants.                )
15  _____)
                                     )
16  DR. JAMES BAILEY,                )
    DR. PIPPA MERIWETHER, and        )
17  DR. DAMON CATHEY,                )
                                     )
18        Plaintiffs,                )
    v.                               )
19                                   )
    METROPOLITAN GOVERNMENT          )
20  OF NASHVILLE AND DAVIDSON        )
    COUNTY, TENNESSEE and            )
21  DR. ADRIENNE BATTLE,             )
                                     )
22        Defendants.                )

23  _____

24  The Deposition of:    RENITA PERRY
                          April 12, 2022
25

1

2

3

4

5

6

7 _____

8                    JANIE W. GARLAND
                   Briggs & Associates
9      222 Second Avenue North, Suite 340M
               Nashville, Tennessee 37201
10                  (615)714-5350

11 _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              The deposition of Renita Perry was taken by
        counsel for the Plaintiffs, by notice, via remote
 2      means, in Nashville, Tennessee, on April 12, 2022,
        pursuant to the provisions of the Federal Rules of
 3      Civil Procedure.
                    All formalities as to notice, caption,
 4      certificate, reading and signing of the deposition
        are not waived.  All objections, except as to the
 5      form of the questions, are reserved to the hearing.

 6      _____

 7      APPEARANCES:

 8      For the Plaintiffs:

 9         Dr. James Bailey
           Dr. Lily Leffler
10         Dr. Pippa Meriwether
           Jane Doe
11
                              Ann Buntin Steiner
12                            Attorney at Law
                              Steiner & Steiner, LLC
13                            613 Woodland Street
                              Nashville, TN 37206
14                            asteiner@steinerandsteiner.com

15      For the Plaintiff:

16         Dr. Damon Cathey

17
                              Jesse Ford Harbison
18                            Attorney at Law
                              Jesse Harbison Law, PLLC
19                            P.O. Box 68251
                              Nashville, TN 37206
20                            jesse@jesseharbisonlaw.com

21

22      For the Defendants:
                              J. Brooks Fox
23                            Department of Law
                              Metropolitan Courthouse, Suite 108
24                            P.O. Box 196300
                              Nashville, TN 37219
25                            brooks.fox@nashville.gov
```

1

<u>INDEX</u>

2 Examination by Ms. Steiner  . . . . . . . .  Page    5

3

4

<u>EXHIBITS</u>

5

6 No. 1 Letter 5/6/20 . . . . . . . . . . . .  Page 60

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RENITA PERRY,

1

2  called as a witness and, having been first duly

3  sworn, was deposed as follows:

4  <u>EXAMINATION BY MS. STEINER</u>:

5     Q.   Would you please state your name for the

6  record?

7     A.   Renita Forbes Perry.

8     Q.   That's F-O-R-B-E-S?

9     A.   Yes.

10     Q.   Ms. Perry, what is your home address?

11     A.   ████ ████ ████ ████, Nashville,

12  Tennessee 37221.

13     Q.   Ms. Perry, it's my understanding that you

14  currently work for Metro Nashville Public Schools;

15  is that correct?  Did you hear me?

16     A.   Yes.

17     Q.   What is your position?

18     A.   Executive officer of innovation.

19     Q.   How long have you had that position?

20     A.   So I'm in the interim.  I've had it since

21  January 2022.

22     Q.   Who had that job before you?

23     A.   Thank you.  Say it again.  I couldn't hear

24  you.

25     Q.   Who had that job before you?

```
 1       A.   Oh.   This was -- so our chief of
 2   innovation retired.
 3       Q.   And who was that?
 4       A.   Dr. Sharon Griffin.
 5       Q.   And do you keep up with Dr. Griffin?
 6       A.   Not as much as I should.
 7       Q.   Do you know her phone number, her cell
 8   number?
 9       A.   Yes.
10       Q.   What is it?
11       A.   I don't have my cell phone.
12       Q.   When we break --
13       A.   Yes -- hold on.  I have it.  I'm sorry.
14       Q.   What is her cell number?
15       A.   ███████████████.
16       Q.   Is that her personal cell?
17       A.   I assume so.  That's the only number I
18   have for her.
19       Q.   Thank you.  When was the last time you
20   talked to Dr. Griffin?
21       A.   In January right when she announced that
22   she was retiring.
23       Q.   And how is she doing?
24       A.   You know, at that time, she was still very
25   sick.
```

     1       Q.     What was wrong; do you know?

     2       A.     I have no idea.

     3       Q.     Do you know if it was cancer or if it was

     4    --

     5       A.     I didn't ask.

     6       Q.     How do you know she is very sick?

     7       A.     She said she was very sick and she wasn't

     8    doing well, so I didn't pry.

     9       Q.     But she did not take medical leave, she

    10    retired from Metro schools?

    11       A.     She was on FMLA.

    12       Q.     Do you know if she is still on FMLA?

    13       A.     She retired.

    14       Q.     Did she take FMLA and then retire, or do

    15    you know?

    16       A.     I don't know.

    17       Q.     The last time she was at Metro schools was

    18    in the fall of 2021, correct?

    19       A.     Yes.

    20       Q.     Okay.  And then she announced her

    21    retirement, I assume, sometime in the fall, correct?

    22       A.     No.

    23       Q.     When did she announce it?

    24       A.     January 2022.

    25       Q.     And have you talked to Dr. Griffin at all

1    about this case?

2         A.    No.

3         Q.    My name is Ann Steiner, and I represent

4    four of the plaintiffs who have sued for

5    retaliation.  I represent (name spoken off record),

6    who we are going to call Jane Doe.  Is that okay

7    with you?

8         A.    Yes.

9         Q.    So any time I say Jane Doe, you'll know

10   I'm talking about (name spoken off record), correct?

11        A.    Yes.

12        Q.    Do you know who Jane Doe is?

13        A.    I know that she was in a position, but

14   other than that, I don't know her.

15        Q.    I also represent Dr. Pippa Meriwether.

16        A.    Okay.

17        Q.    Dr. Lily Leffler and Dr. James Bailey.

18   And Jesse Harbison is here today, too, and she

19   represents Dr. Damon Cathey.

20        A.    Okay.

21        Q.    We're going to ask you a whole bunch of

22   questions, and if you could answer them to the best

23   of your ability, and you can go back and explain, if

24   you want to add something later, feel free to do so,

25   if you need to take a break, feel free to do so.

1    A.    Okay.

2    Q.    Remember, I'm not an educator, so I can

3  ask some confusing questions, and if I do, stop me

4  and say I don't understand your question and I'll

5  try to rephrase it.  But remember I don't understand

6  this field, so I'm going to be asking you some basic

7  questions.

8    A.    Okay.

9    Q.    If you could explain them to the best of

10  your ability to somebody that does not understand

11  your field, that would be great, okay?

12        Now, the only thing I'm really going to

13  stop you on is -- and I'll stop everybody, not just

14  you, it's going to be everybody, and I may not have

15  to, but sometimes when it's a yes or no response and

16  you nod or shake your head, I know exactly what you

17  mean and everybody else does, but the court reporter

18  cannot take that down, okay?

19    A.    Yes.

20    Q.    So I'll stop you then and I'll say, do you

21  mean a yes or do you mean no, and I'm not trying to

22  be rude, I just want to make the record clear, okay?

23    A.    Yes.

24    Q.    Now, have you ever given a deposition

25  before?

1     A.    No.

2     Q.    Have you ever been involved in a lawsuit

3 before?

4     A.    No.

5     Q.    Did you apply for the position of

6 executive officer of innovation?

7     A.    No, because Dr. Griffin retired and so

8 they needed a replacement to complete the year.

9     Q.    And so are you the interim executive

10 officer?

11     A.    Interim, yes.  But prior to that position,

12 I was the executive director of schools.

13     Q.    Is that position, executive officer of

14 innovation, is that going to be an open position for

15 the next school year?

16     A.    We don't know, because we do not know the

17 structure that the district is going in.

18     Q.    Who took over your position as executive

19 director?

20     A.    I am still in that role.

21     Q.    Okay.  So you're an executive director and

22 executive officer of innovation?

23     A.    Yes.

24     Q.    Did you get an increase in pay?

25     A.    Yes.

1      Q.    What is your current pay?

2      A.    155,000.

3      Q.    What was your pay when you were the

4  executive director last fall?

5      A.    121,000.

6      Q.    Now, from 2019, 2020 school year through

7  the 2020, '21 school year, did you get any increase

8  in pay?

9      A.    No.

10      Q.    Did you get that 3 percent cost of living

11  increase?

12      A.    I'm not sure.

13      Q.    Did you get any cost of living increases

14  that you know of?

15      A.    I'm not sure.

16      Q.    So you could have gotten them, you just

17  didn't pay that much attention, correct?

18      A.    Exactly.  It wasn't probably enough to

19  make me go, wow.  No, I didn't pay any attention.

20      Q.    Tell me a little bit about yourself.

21  Where are you from?

22      A.    Jackson, Tennessee.

23      Q.    Okay.  Where did you go to college?

24      A.    Union University.

25      Q.    In Jackson?

1     A.   Yes.

2     Q.   What was your major?

3     A.   Education and English as a second major.

4     Q.   And did you have any other degrees?

5     A.   Yes.

6     Q.   What?

7     A.   University of Memphis, master's of policy

8 and studies, education specialist, curriculum and

9 instruction, and I'm currently pursuing my

10 doctorate.

11    Q.   Where are you getting your doctorate from?

12    A.   Union University.

13    Q.   Is that online?

14    A.   I'm riding currently.

15    Q.   Is your family still down in Jackson?

16    A.   Yes.

17    Q.   Okay.  So when you were riding here, I

18 assume that you actually go down to Jackson to meet

19 with your professors?

20    A.   Either online, on the phone, in-person,

21 yes.

22    Q.   When did you get your degree from Union

23 University, undergraduate degree?  When did you get

24 your undergraduate degree?

25    A.   2002.

```
 1        Q.    And when did you get your master's from
 2   Memphis?  Memphis State, correct?
 3        A.    University of Memphis.
 4        Q.    University of Memphis.
 5        A.    2007.
 6        Q.    University of Memphis, did it go by
 7   another name?
 8        A.    Memphis State.
 9        Q.    Okay.  And when do you think you will
10   obtain your PhD?
11        A.    This summer.
12        Q.    Congratulations.
13        A.    Thank you.
14        Q.    Now, tell me about your work experience
15   when you graduated from Union, where did you go?
16        A.    I was a teacher in Memphis.  I was -- got
17   into leadership program, and I did a residency for a
18   year, and then I was an assistant principal, and
19   then I was a principal.
20        Q.    In Memphis?
21        A.    In Memphis and in Houston, Texas.
22        Q.    Where did you work in Houston, Texas?
23        A.    At a middle school.
24        Q.    What was it called?
25        A.    Crispus Attucks Middle School.
```

```
 1        Q.    Public school?

 2        A.    Yes.

 3        Q.    And you were the principal?

 4        A.    Yes.

 5        Q.    What years?

 6        A.    2015 to 2018.

 7        Q.    Before you got to Memphis, you were the

 8   principal down in Memphis in the Memphis school

 9   system, correct?

10        A.    I was principal there.  I took -- yes.

11        Q.    That's a public school system?

12        A.    Yes.

13        Q.    Okay.  Now, and then you left Texas, where

14   did you go?

15        A.    Came to Nashville.

16        Q.    Where did you go work here?

17        A.    I was a coordinator of instructional

18   support within the schools of innovation office.

19        Q.    And that's the department you're executive

20   officer over now, correct?

21        A.    Yes, ma'am.

22        Q.    And how long did you have that job?

23        A.    One year.

24        Q.    Then what did you do?

25        A.    I became the executive director.
```

1     Q.    What was your title as executive director?

2     A.    Executive director.

3     Q.    What schools were you executive director

4  over?

5     A.    Nine middle and high schools.

6     Q.    You had White's Creek, correct?

7     A.    Yes.

8     Q.    And are you currently the executive

9  director over those nine middle and high schools?

10    A.    No.

11    Q.    What are you doing now?

12    A.    I have nine elementary that I directly

13 supervise, and then as the executive officer of

14 innovation, I oversee the entire schools of

15 innovation and magnet schools.

16    Q.    Does magnet schools, does that include

17 Stanford?

18    A.    No.

19    Q.    What is Stanford?

20    A.    I don't know.

21    Q.    Have you heard of Stanford grade school?

22    A.    No, ma'am.

23    Q.    It's a Montessori school.

24    A.    I don't know.

25    Q.    Does Metro schools have Montessori

1    schools?

2         A.    Yes.

3         Q.    Do you know if those are difficult to get

4    into?

5         A.    I don't know.

6         Q.    Now, in the year -- you became an

7    executive director in the fall of 2019, correct?

8         A.    Yes.

9         Q.    Okay.  And in the fall of 2020, you stayed

10   an executive director correct?

11        A.    Yes.

12        Q.    And what schools were you over in the

13   school year 2020 through 2021?

14        A.    That would be last year, correct?

15        Q.    Yes.

16        A.    Nine elementary schools.

17        Q.    Do you know who took over White's Creek in

18   that year?

19        A.    Yes.

20        Q.    Who?

21        A.    Dr. Brian Mells.

22        Q.    No.  As executive director.

23        A.    Oh, yes.  Dr. Chae Snorten.

24        Q.    Was she an executive director for the

25   2019, 2020 school year?

1      A.   Yes.

2      Q.   So then do you know where she was in the

3  2019, 2020 school year?

4      A.   No.

5      Q.   Okay.  When you were an executive director

6  in the 2019, 2020 school year, did you go into the

7  schools?

8      A.   Yes.

9      Q.   And did you try to go into the schools in

10  the 2019 school year as much as you could?

11      A.   2019, 2020 school year, yes, up until we

12  were out for COVID.

13      Q.   COVID changed a lot, didn't it?

14      A.   Yes.

15      Q.   Now, was Tracy McPherson an executive

16  director in the 2019, 2020 school year?

17      A.   So I have to think about the years.  Yes.

18  Yes, she was.

19      Q.   Do you know what happened to her for the

20  2020, 2021 school year, did she retire?

21      A.   I'm not sure.

22      Q.   Do you know what happened, was Susan

23  Cochran an executive director in the 2019, 2020

24  school year?

25      A.   Yes.

1    Q.   Do you know what happened to Ms. Cochran

2  for 2020, 2021 school year?

3    A.   I'm not sure.

4    Q.   Did you hear that either one of these two,

5  Ms. McPherson or Ms. Cochran retired?

6    A.   I don't want to misspeak.  I just don't

7  remember.

8    Q.   Did you know Robin Shumate?

9    A.   Yes.

10    Q.   Do you have any idea why she was not an

11  executive director 2020 through 2021 school year?

12    A.   No.

13    Q.   In the system when you're referring to the

14  school years, such as 2019, 2020, or 2020, 2021, how

15  did you refer to them, because that's a handful to

16  have to go through all the years.  How do you do it

17  in the system?

18    A.   People do it a variety of ways.  Some

19  people do fiscal year, some people do 2019-2020,

20  2020-2021, '21-'22.

21    Q.   Okay.  Now, did your job duties change as

22  an executive director from 2019, 2020 to the 2020,

23  2021 school year, other than having different

24  schools that you were the executive director of?

25    A.   So, yes.  Hello?

1    Q.   Yes.  How?

2    A.   I'm sorry.  So I work in the schools of

3  innovation and the schools of innovation schools are

4  very different from schools outside of the schools

5  of innovation.  Our schools -- so the executive

6  director in schools of innovation does a bit more

7  than the regular executive directors.  It can.  We

8  have a lot more pressure.

9    Q.   So then if you had stayed on as the

10 executive director over the nine middle and high

11 schools that you had, would your job have stayed

12 about the same?

13   A.   Staying within the schools of innovation?

14   Q.   No.  In the 2019, 2020 school year, it's

15 my understanding that you were the executive

16 director over nine high schools and elementary

17 schools, correct?

18   A.   No.

19   Q.   What was it?

20   A.   Nine middle and high, so seven middle, two

21 high schools.

22   Q.   And if you had stayed the executive

23 director over those seven middle and the two high

24 schools, would your job have changed?

25   A.   It would have increased in the amount of

1   work, so, yes.

2        Q.   How?

3        A.   So it would increase the number of

4   walk-throughs that we had done.  We increased the

5   number of how we interact with our principals.  We

6   have different requirements from the State that we

7   have to abide by, so our job does change.

8        Q.   What were the different requirements that

9   the State put on you?

10       A.   So for all intents and purposes, that was

11  the year that we -- that the State list comes out

12  which intensifies the work that we do.

13       Q.   So you're saying that in the 2020 through

14  2021 school year, the State gave you a list of --

15       A.   Go ahead.

16       Q.   You're shaking your head no, so I'm going

17  to stop.  Did the State give you any sort of a list

18  of what you were supposed to do for that year?

19       A.   So what we have is we have our plan, and

20  in that plan, there are things that we have to do.

21  So I don't have that plan in front of me, but that

22  plan, there are different things that we do that we

23  turn in to the State that are above and beyond what

24  the district offers or requires, so as part of the

25  executive director, we are responsible for

1   implementing that plan.

2       Q.   What were your job duties that the State

3   made you do that you did not have to do the year

4   before?

5       A.   So I would say the year before, it just

6   intensified.  So for example, the -- I also lead,

7   not just the principals, I also lead a small team, a

8   small team of instructional specialists.  I lead a

9   small team of also non-academic specialists.

10      Q.   You didn't lead that small team in 2019,

11  2020?

12      A.   So we had that team in 2019, 2020, it

13  increased in 2020, 2021.

14      Q.   Increased in terms of people?

15      A.   Yes.

16      Q.   So you hired additional specialists?

17      A.   We had additional positions.

18      Q.   And how many additional positions did you

19  have?

20      A.   I had two new ones.

21      Q.   Was that because you were in a school of

22  innovation or is that across the board to all

23  executive directors?

24      A.   Because I was in the schools of

25  innovation.

1      Q.   For the other executive directors, did

2 they have an increase in the number of specialists?

3      A.   They are not specialists.

4      Q.   Okay.  So for the plan that you had to do

5 that was additional with regard to this specialist

6 that the State required you to do, that was because

7 you were moved into the school of innovation,

8 correct?

9      A.   I've always been in the schools of

10 innovation.  Each year the plan changes.

11     Q.   Okay.  But you were an executive director

12 in 2019, 2020 for two high schools and seven middle

13 schools, correct?

14     A.   Yes.  They were --

15     Q.   Okay.  Schools of innovation?

16     A.   Yes.

17     Q.   So White's Creek was a school of

18 innovation?

19     A.   Yes.

20     Q.   Okay.  And now you're still in the schools

21 of innovation?

22     A.   Yes.

23     Q.   Okay.  How many executive directors in

24 2019, 2020 were in the schools of innovation?

25     A.   Three.

1          Q.    Who were they?

2          A.    Tracy McPherson, myself, Dr. Madeline

3    Gibbs.

4          Q.    Ms. Gibbs stayed an executive director,

5    correct?

6          A.    Yes.

7          Q.    Did she stay at the same location?

8          A.    Within the schools of innovation?

9          Q.    Yes.

10         A.    No.

11         Q.    Where did she go?

12         A.    She is an executive director of schools,

13   elementary.

14         Q.    What did she do in 2019, 2020?

15         A.    She was the executive director of

16   elementary and support within schools of innovation.

17         Q.    And she is currently still today within

18   the schools of innovation, correct?

19         A.    No.

20         Q.    She's out of schools of innovation now?

21         A.    Yes.

22         Q.    Who is taking her place in the schools of

23   innovation?

24         A.    Dr. Chae Snorten.

25         Q.    You took Ms. McPherson's place, correct?

1      A.    Yes.

2      Q.    Who took your place?

3      A.    Dr. Lendozia Edwards.

4      Q.    So is Dr. Edwards in the school of

5   innovation?

6      A.    Say that again.

7      Q.    Is Dr. Edwards in the school of

8   innovation?

9      A.    Is she in the schools of innovation?

10     Q.    Correct.

11     A.    Yes.

12     Q.    And she is over White's Creek, correct?

13     A.    No.

14     Q.    Who is over White's creek?

15     A.    Dr. Chae Snorten.

16     Q.    So you had three executive directors over

17  the schools of innovation in 2019 and 2020, correct?

18     A.    Yes.

19     Q.    And you have three current, correct?

20     A.    Yes.

21     Q.    And you were over White's Creek in 2019,

22  2020, and now you are not over White's Creek,

23  correct?

24     A.    Correct.

25     Q.    And currently now Ms. Edwards is over

1    White's Creek?

2         A.    No.

3         Q.    Who?

4         A.    Dr. Chae Snorten.

5         Q.    Snorten.  And so it's the executive

6    directors in the school of innovation that had to

7    have additional specialists, correct?

8         A.    Yes.

9         Q.    Okay.  Now, the executive directors who

10   were not over the school of innovation, did their

11   jobs continue as they had?  Did their jobs continue

12   in the 2020, 2021 school year, the same as they had

13   done in the 2019, 2020 school year?  Meaning from

14   2019 to 2020, that school year, but they did stay

15   the same in the 2020, 2021 school year?

16        A.    I don't know.

17        Q.    Did anyone tell you that those jobs were

18   changing?

19        A.    No.

20        Q.    Do you know Dr. Lily Leffler?

21        A.    Yes.

22        Q.    Were you aware that she was an executive

23   director?

24        A.    Yes.

25        Q.    Okay.  Did you get along well with Dr.

1  Leffler?

2       A.    Yes.

3       Q.    Did she ever cause you to complain about

4  her?

5       A.    Does what?

6       Q.    Did you ever complain about Dr. Leffler to

7  anybody?

8       A.    No.

9       Q.    Did anybody every complain to you that Dr.

10 Leffler is difficult to get along with?

11      A.    No.

12      Q.    Did the executive directors ever get --

13 you're sort of making a face I understand, everybody

14 here understands, but it sounds like you find that

15 allegation to be a little bit preposterous, correct?

16      A.    So if I may explain just a little bit.  I

17 just -- I just don't understand, but it's okay.  I

18 know that there may be a method to your madness, and

19 please don't take that the wrong way.  I just don't

20 think or operate like that, and for me within the

21 schools of innovation, I had very little

22 interactions with the other executive directors

23 unless I forged a relationship with them.

24      Q.    Did all the executive directors ever meet

25 together?

1      A.    Sometimes.

2      Q.    When you would meet together, was Dr.

3  Leffler there?

4      A.    Yes.

5      Q.    In those meetings, did you get along well

6  with her?

7      A.    Yes.

8      Q.    Did she seem to be knowledgeable to you?

9      A.    Yes.

10     Q.    Did she seem to be professional?

11     A.    Yes.

12     Q.    Did she seem to be honest?

13     A.    Yes.  As far as I could tell, yes.

14     Q.    Did you know that she had a relative --

15  when you came to Metro schools, did you know that

16  a -- that there was a person whose name was Moreno

17  Carrasco who worked for Metro schools?

18     A.    No.

19     Q.    Did you come in when Shawn Joseph was the

20  director of schools?

21     A.    Yes.

22     Q.    Okay.  Did you know that his -- one of his

23  high ranking officials name was Mo Carrasco?

24     A.    No.

25     Q.    Did you know there was an allegation out

1   there and lawsuits filed that Mo Carrasco had

2   sexually harassed some of the females in central

3   office?

4        A.   No.

5        Q.   Did you know that there were allegations

6   out there that Lily Leffler was kin to the person

7   who actually sued for retaliation --

8        A.   No.

9        Q.   -- in a sexually harassed environment?

10       A.   No.

11       Q.   Did you ever hear any comments asked of

12   the executive directors about whether or not Dr.

13   Leffler could be loyal to Metro schools as a result

14   of her relative's lawsuit against the schools?

15       A.   I never knew there was a lawsuit against

16   the school, so...

17       Q.   I want to ask you about Dr. Bailey.  You

18   were the executive director over Dr. Bailey for the

19   2019, 2020 school year, correct?

20       A.   Yes.

21       Q.   Before you got there, did you know that he

22   had had to discipline Dr. Battle's brother who was a

23   basketball coach under him?

24       A.   Before I got there, no.

25       Q.   Did you know that Dr. Bailey had

1    nonrenewed Coach Battle, who was Dr. Battle's

2    brother, for beating up a parent at the end of a

3    basketball game?

4         A.   No, not before I got there.

5         Q.   After you got there, did you find out

6    about that?

7         A.   Dr. Bailey told me about it.

8         Q.   What did Dr. Bailey tell you?

9         A.   He just told me that there was an incident

10   and that he had to discipline the coach.

11        Q.   Did he tell you it was Dr. Battle's

12   brother?

13        A.   I don't recall.

14        Q.   Did he tell you that Dr. Battle began to

15   act very differently towards him?

16        A.   No.

17        Q.   Did anyone at Metro schools tell you that

18   there had been complaints made through the hierarchy

19   at Metro schools that Dr. Battle was out to get Dr.

20   Bailey?

21        A.   No.

22        Q.   Because of his discipline of her brother?

23        A.   No.

24        Q.   So did anyone at Metro schools make any

25   comment to you at any point in time that there is an

1  issue here, that there's been a complaint made that

2  Dr. Battle was out to get Dr. Bailey, so, you, as

3  executive director need to let Metro schools aware

4  of anything that you think could be retaliatory?

5      A.   No.

6      Q.   Can you tell me of any protection that

7  Metro schools told you to put in place for Dr.

8  Bailey to protect him from Dr. Battle's retaliation?

9      A.   I don't understand the question.

10     Q.   Okay.  Meaning that --

11          MR. FOX:  Objection to the form.

12 BY MS. STEINER:

13     Q.   Assuming that there were complaints made

14 through the hierarchy at Metro schools that Dr.

15 Battle has basically said that she's out to get Dr.

16 Bailey because of his treatment of her brother,

17 assuming that those type allegations got as high as

18 Director Shawn Joseph, did anyone, when you came in

19 as executive director, tell you we need to put some

20 precautions, some safety measures in place to make

21 sure that there is no retaliation against Dr.

22 Bailey?

23          MR. FOX:  Objection to the form.

24 BY MS. STEINER:

25     Q.   Do you know of anything like that that

1  happened?

2      A.    I have never heard any of what you have

3  stated ever.

4      Q.    Has anyone since -- you're aware that Dr.

5  Bailey is no longer at Metro schools?

6      A.    Yes.

7      Q.    Are you aware that he sued them for

8  retaliation?

9      A.    I received the deposition.

10      Q.    Has anyone from Metro schools questioned

11  you to find out whether or not you thought Dr.

12  Bailey was retaliated against Dr. Battle?

13      A.    No.

14      Q.    Has anyone investigated that?  Okay.  As

15  an executive director, if there are complaints of

16  retaliation, should they be investigated?

17      A.    Say that again.

18      Q.    As an executive director, do you know that

19  if there is a complaint of retaliation that occurs,

20  should that be invested?

21      A.    Yes.

22      Q.    Okay.  You are not aware of any

23  investigations of any of Dr. Bailey's complaints of

24  retaliation, correct?

25      A.    Not to my knowledge.

1     Q.   Okay.

2     A.   Not that I can recall.

3     MR. FOX:  Objection to the form.

4 BY MS. STEINER:

5     Q.   Now, Metro schools, this is kind of a -- I

6 just want to get your opinion on this.  It may

7 seem -- what are the kids scored on, is it like zero

8 through four, what's the GPA, is it like a 4.0, does

9 it equate to an A like it did back in my time?

10    A.   I don't have it in front of me.

11    Q.   Do you know what the grading system is?

12    A.   Well, it's on the board policy on the

13 website.

14    Q.   What is it?

15    A.   It should be on Metro -- the Metro

16 Nashville Public Schools page.

17    Q.   Isn't it just the typical 4.0?

18    A.   I'm not sure.  I don't have it right here

19 in front of me.

20    Q.   Look at -- can you go higher than a 4.0?

21    A.   I don't know.  I mean, there is some

22 schools that have -- I know in Houston, it's on a

23 five-point scale.  You know, I think you hear

24 students all the time that have a 4.3.  It's a

25 weighted GPA, so...

1      Q.   Okay.  So you don't know what the GPA

2  system is at Metro schools currently?

3      A.   I do know, I just don't have it right here

4  in front of me.  I want to be correct when I --

5      Q.   Can you look it up real quick and tell me?

6          MR. FOX:  Can we take a quick break,

7  five-minute break and let her.

8          MS. STEINER:  Okay.

9          (Brief break observed.)

10  BY MS. STEINER:

11      Q.   Everyone ready?  Ms. Perry?

12      A.   Yes, ma'am.

13          MS. STEINER:  For the court reporter and

14  for Brook and Jesse, everyone, it looks like Dr.

15  James Bailey has joined us today.  Dr. Bailey, are

16  you there?

17          DR. BAILEY:  Yes, I'm here.

18          MS. STEINER:  Can we see your video?

19  Okay.  There you are.  Morning.

20          DR. BAILEY:  Good morning.

21  BY MS. STEINER:

22      Q.   Okay.  Ready to go?

23      A.   Yes.

24          MR. FOX:  We're ready.

25  BY MS. STEINER:

1    Q.   Ms. Perry?

2    A.   Yes.

3    Q.   Did you find the grading system?

4    A.   Yes.

5    Q.   What is it?

6    A.   So on the GPA, unweighted goes to a 4.0.

7   Weighted with honors goes to a 4.5.  Weighted with

8   Cambridge Industries certification, et cetera, goes

9   to a 5.0.

10   Q.   So it's possible to actually have a 5.0

11  graduating from Metro schools?

12   A.   Yes.

13   Q.   Okay.  If someone says their GPA is 2.5,

14  what does that correspond to you?

15   A.   It depends on if it's a weighted honors or

16  if it's an unweighted.

17   Q.   Tell me each one, if it's 2.5.

18   A.   2.5 essentially is a C.

19   Q.   A C.  Is that pretty standard that

20  knowledge that a 2.5 is a C?

21   A.   I would say that it's in the board policy.

22   Q.   Is that pretty much standard across the

23  board with regard to -- back 20 years ago, were

24  these weighted scores used as much as they are

25  today?

1    A.    Twenty years ago, I was an elementary

2    principal, so my -- well 20 years ago, I was

3    teaching in elementary school.

4    Q.    Do you know whether or not these weighted

5    scores were used as much back then?

6    A.    I do not know.

7    Q.    Okay.  Do you know Ashford Hughes, by any

8    chance?

9    A.    I know that he is our -- he's over

10   diversity, equity and inclusion.

11   Q.    Has he had any dealings with you as the

12   executive officer of schools of innovation?

13   A.    No, very limited.

14   Q.    Has he come into any of your schools

15   throughout the time he has been there?

16   A.    Yes.  In middle schools, he has.

17   Q.    How often would he come to middle school?

18   A.    I don't know how often.  As I'm not the

19   executive director of middle schools.

20   Q.    How many times do you know that he

21   actually came into one of the schools that reports

22   to you?

23   A.    I don't know.

24   Q.    Now, do you know Pippa Meriwether?

25   A.    Yes.

1      Q.    And when you were the executive director

2   in the 2019, 2020 school year, who did you report

3   to?

4      A.    Who did I report to?

5      Q.    Yes.

6      A.    Dr. Sharon Griffin.

7      Q.    And in the 2020 through 2021 school year,

8   who did you report to?

9      A.    Dr. Sharon Griffin.

10     Q.    So your reporting structure did not change

11  at all, correct?

12     A.    No.

13     Q.    Do you have any knowledge of Dr. Pippa

14  Meriwether's job performance?

15     A.    No.

16     Q.    Do you have any knowledge of Dr. Damon

17  Cathey's job performance?

18     A.    No.

19     Q.    Did you hear any complaints about either

20  Dr. Meriwether or Dr. Cathey?

21     A.    No.

22     Q.    Did you know that Dr. Bailey reported to

23  Dr. Meriwether before you got to Metro schools?

24     A.    No.

25     Q.    What is your current age?

1     A.    48.

2     Q.    What is your date of birth?

3     A.    July 1, 1973.

4     Q.    Now, when you applied for the executive

5 director position in the 2020 through 2021 school

6 year -- let me ask you this.  Were you told that you

7 were going to have to reapply for your position?

8     A.    Yes.

9     Q.    Do you know why you had to reapply for

10 your position?

11     A.    I -- no.

12     Q.    Did you know that Dr. Lily Leffler was not

13 hired back on as an executive director?

14     A.    Not until after everyone was notified.

15     Q.    When everyone was notified, did you see

16 that some new people were added in as executive

17 directors?

18     A.    At that time, we didn't know who they

19 were.

20     Q.    Was there any discussion about why Dr.

21 Leffler was not hired back on as an executive

22 director?

23     A.    No.

24     Q.    When you applied, did you have to fill out

25 an application?

1    A.    Yes.

2    Q.    Did you have to go in for an interview?

3    A.    Yes.

4    Q.    Who did you interview with?

5    A.    A panel.

6    Q.    Who was on your panel?

7    A.    I don't remember.

8    Q.    Was Lisa Spencer on your panel?

9    A.    I honestly don't remember.

10   Q.    Was Chris Barnes on your panel?

11   A.    Yes, he was.  I know he was.

12   Q.    Do you recall anyone else that was on the

13   panel?

14   A.    Gosh.  I don't remember.

15   Q.    After you interviewed, what happened?

16   A.    Nothing.  I continued doing my job.

17   Q.    Did you have -- when you were interviewed

18   by the panel, did you have to go to any other

19   interviews that you remember?

20   A.    Yes.

21   Q.    What?

22   A.    One more.

23   Q.    What was that?

24   A.    It was an interview with Dr. Battle and

25   Dr. Barnes.

1      Q.   How long did that last?

2      A.   Gosh.  Maybe 45 minutes to an hour.

3      Q.   What did they ask you?

4      A.   I don't remember.

5      Q.   Did any of them keep notes?

6      A.   I don't know.

7      Q.   Did you know that some of the scores --

8  did you know you were scored in the first panel

9  interview?

10     A.   No.

11     Q.   Have you heard that some of the scores are

12  missing?

13     A.   No.  I didn't know we were scored.  I know

14  that sounds bad.  You know, when you're on the other

15  side of the interview, you assume, you make

16  assumptions, but, no, I don't know for sure.  I'm

17  just answering the questions trying to put my best

18  foot forward.

19     Q.   Have you ever made any complaint of

20  retaliation against Metro schools --

21     A.   No.

22     Q.   -- race, sex, age, national origin, have

23  you ever done anything like that?

24     A.   No.

25     Q.   Have you ever complained that they were

1   doing something that you thought was illegal?

2      A.   No.

3      Q.   Did you ever engage in any sort of

4   complaint that you thought you would be protected

5   from retaliation under the law?

6      A.   I've never engaged in any complaint.

7      Q.   Okay.  Now, if somebody under you, as a

8   school principal, complained of retaliation or

9   discrimination when you were there as executive

10   director, would you be made aware of that?  Should

11   you be made aware of that?

12      A.   I would hope so.

13      Q.   Do you know of any principal under you who

14   complained of discrimination or retaliation?

15      A.   I'm not aware.

16      Q.   Do you know Chad High?

17      A.   Yes.

18      Q.   How did you know him?

19      A.   He is an executive director.

20      Q.   Did you know him before he became an

21   executive director?

22      A.   No.

23      Q.   Did he report to you in the reporting

24   structure?

25      A.   No.

1    Q.   Now, when you became an executive director

2  of Metro schools, were you trained in what you

3  should do as an executive director with regard to

4  policies like how to assist the principals?

5    A.   So can you say that again?

6    Q.   When you came on as an executive director

7  in the 2019, 2020 school year, did anyone at Metro

8  schools train you ahead of time about how to do your

9  job as executive director?

10   A.   Yes.

11   Q.   Who?

12   A.   Lisa Coons.

13   Q.   Lisa who?

14   A.   Dr. Lisa Coons.

15   Q.   How do you spell her last name?

16   A.   C-O-O-N-S.

17   Q.   Did she tell you about what to do if

18  you're having issues with regard to a principal and

19  his job performance?

20   A.   It wasn't that kind of training.  They

21  train you in being an executive director, these are

22  the things that you should do, this is how you

23  should coach, this is how you conduct problems of

24  practices.  It was that kind of training.

25   Q.   Was there something called an improvement

1  plan?

2       A.   Yes.

3       Q.   Does the improvement plan extend to

4  principals?

5       A.   Yes.

6       Q.   And when do you use an improvement plan?

7       A.   It is used at the discretion of whoever

8  the supervisor is.

9       Q.   Would you have been the supervisor that

10  could use an improvement plan with regard to a

11  principal?

12       A.   Would I be on a plan?

13       Q.   No.  Could you use, could you make the

14  decision to use --

15       A.   Yes.

16       Q.   -- an improvement plan for a principal?

17       A.   Yes.

18       Q.   Okay.  And why would you decide to use an

19  improvement plan for a principal?

20       A.   So I would use an improvement plan for a

21  principal if they were not showing satisfactory or

22  below progress over time.

23       Q.   Did you ever use that for any of the

24  principals who reported to you?

25       A.   No.

      1          Q.    And is an improvement plan implemented to
      2     try to show the principal areas that could be
      3     improved?
      4          A.    Yes.
      5          Q.    Is that being done in the hopes that
      6     improvement would occur and the principal would go
      7     on to be a good principal at Metro schools?
      8          A.    Yes.
      9          Q.    Now, are you aware of the -- were there
     10     any principals under you that you ever recommended
     11     to be fired?
     12          A.    That I recommended being fired?
     13          Q.    Yes.
     14          A.    No.  I've never recommended anyone.
     15          Q.    Have you ever recommended anyone be
     16     nonrenewed, their contract?
     17          A.    I have never recommended anyone to be
     18     nonrenewed.
     19          Q.    Meaning you never recommended Dr. James
     20     Bailey be nonrenewed, correct?
     21          A.    I did not.
     22          Q.    And you never put Dr. James Bailey on any
     23     sort of performance improvement plan, correct?
     24          A.    I did not.
     25          Q.    And you did not recommend that he be fired

1    from Metro schools, correct?

2         A.    I did not.

3         Q.    And you did not recommend that he be

4    transferred from Metro schools, correct?

5         A.    I did not.

6         Q.    Now, were you aware that in the year of --

7    in the 2019, 2020 school year, you were Dr.

8    Bailey's direct supervisor, correct?

9         A.    Yes.

10        Q.    And could you tell me some good thing

11   about Dr. Bailey as a principal?

12        A.    Yes.

13        Q.    What can you tell me?

14        A.    He was very coachable, he had begun to get

15   into classrooms and provide feedback to his

16   teachers, he established a sense of community at

17   White's Creek being White's Creek High School

18   graduate.

19        Q.    Did the community there like Dr. Bailey?

20        A.    Yes.

21        Q.    Did you like Dr. Bailey?

22        A.    Yes.

23        Q.    And is it true that he's actually a very

24   likable individual, correct?

25        A.    Yes.

1    Q.   And you said he was coachable, did that

2  mean that if you saw anything that you thought he

3  might be doing wrong, you knew you could step in and

4  tell him what to do and he would correct it,

5  correct?

6    A.   Yes.

7    Q.   He wanted to do what was right, correct?

8    A.   Yes.

9    Q.   Okay.  And did you consider him to be one

10 of the best principals that you oversaw in the 2019,

11 2020 school year?

12   A.   He was average.

13   Q.   He was what?

14   A.   Average.

15   Q.   Okay.  So he fit in with all the other

16 principals, correct?

17   A.   He fit right in the middle.

18   Q.   Okay.  Now, and were you the person who

19 was responsible for recommending if a principal be

20 put on an improvement plan?

21   A.   Yes.

22   Q.   Now, for the 2019, 2020 school year, it's

23 my understanding that there wasn't any testing done;

24 am I right?  When COVID hit?

25   A.   The COVID year, no.

1    Q.   And by that, and this is for the record,

2  do you mean, no, there was no testing?

3    A.   There was no testing during the COVID

4  year.

5    Q.   So then for the 2019, 2020 school year,

6  the kids actually did not even come to class in the

7  spring, correct, of 2020?

8    A.   They did not come during the fourth

9  quarter.

10    Q.   So there were no grades for that quarter,

11  correct?

12    A.   I don't recall.

13    Q.   If Dr. Bailey said that no grades were

14  given, would you dispute that?

15    A.   I'm not saying I dispute it.  I just don't

16  recall if grades were given for that semester or for

17  that quarter, because there was one quarter that was

18  left.

19    Q.   Do you recall passing the kids regardless

20  of what happened, no grades for the fourth quarter?

21    A.   I don't remember how we came to -- the

22  students that passed, I don't remember.  I just

23  don't.

24    Q.   Do you recall that there were not any

25  benchmark testing?

1    A.    We did --

2    Q.    Excuse me?

3    A.    We did a benchmark testing.  Not in the

4  fourth quarter, we did a benchmark testing in the --

5  right before we went out for COVID.

6    Q.    The benchmark is just to try to -- it's

7  like a practice test and then the real test comes

8  later, correct?

9    A.    Yes.

10    Q.    And some kids could do -- it's possible

11  for the child not to do well on benchmark and to do

12  real well on the actual test or vice versa, correct?

13    A.    Or they do -- it mirrors.  It is a

14  predictable tool that we use to predict.

15    Q.    It's not exact, correct?

16    A.    But there is a strong correlation.

17    Q.    Do you know what the correlation is, what

18  the State --

19    A.    I don't know.

20    Q.    Okay.  Now, do you recall going to White's

21  Creek with Sharon Griffin to meet with Dr. Bailey in

22  the winter of 2019, 2020 school year?

23    A.    I don't remember that far back.

24    Q.    Do you recall telling Dr. Bailey, do you

25  recall Dr. Griffin telling Dr. Bailey that White's

1   Creek had showed great improvements and to keep

2   doing what he was doing?

3       A.   You know, I saw great improvement.  I

4   could have said that.

5       Q.   So you did see great improvement in what

6   was going on at White's Creek?

7       A.   Yes.

8       Q.   Dr. Bailey was a great leader for the

9   students that were at White's Creek, correct?

10      A.   He was a good leader.

11      Q.   I think the kids related to Dr. Bailey,

12  correct?

13      A.   Yes, as far as I could tell they did.

14      Q.   And it's my understanding, too, that you

15  gave Dr. Bailey an evaluation for that year,

16  correct?

17      A.   Yes.

18      Q.   He did pretty good on his evaluation,

19  didn't he?

20      A.   Let me look it up.

21      Q.   That's the good thing about having

22  computers handy.

23      A.   And being web-based.

24      Q.   For the 2019, 2020 school year, what was

25  his numerical score?

1        A.    For what school year?

2        Q.    For the 2019, 2020 school year, what was

3    his score?

4        A.    So there was only one midyear evaluation

5    done, and it was a 3.2.

6        Q.    Was it a 3.29?

7        A.    Yes.

8        Q.    And could you tell me what the ranges for

9    those scores are?

10        A.    So it goes all the way up to a five.

11        Q.    And what is average?

12        A.    Three.

13        Q.    So he was above average, correct?

14        A.    He was average.  It was a 3.2.

15        Q.    And do you see his score for the 2018,

16    2019 school year?

17        A.    Yes.

18        Q.    What was that score?

19        A.    3.8.

20        Q.    Was it 3.81?

21        A.    Yes.

22        Q.    Is that a pretty good score?

23        A.    Yes.

24        Q.    Did anyone contact you to ask you your

25    opinion about whether or not Dr. Bailey should be

1    fired or nonrenewed?

2         A.    No.

3         Q.    If they had asked you, would you have told

4    them what you've told us today, that he was a good

5    performer?

6         A.    I wasn't involved in those conversation.

7         Q.    If they had asked you, would you have told

8    them what you've told us under oath today, that he

9    was a good performer?

10        A.    Yes.

11        Q.    Okay.  And would you have told them that

12   he was a good fit for White's Creek?

13        A.    Yes.

14        Q.    Now, did you know that -- are you familiar

15   with nonrenewing a teacher?

16        A.    Nonrenewing of a teacher?

17        Q.    Yes.

18        A.    Yes.

19        Q.    Are you familiar with nonrenewing a

20   principal?

21        A.    I've never had to nonrenew a principal.

22        Q.    Is the nonrenewal of a teacher, do you

23   know if it follows the same policy and procedure as

24   a nonrenewal of a principal?

25        A.    I don't know.

```
1      Q.   Can your contract be nonrenewed?

2      A.   Can my contract be nonrenewed?

3      Q.   Yes.

4      A.   I work at the will of the superintendent.

5      Q.   Can your contract be nonrenewed?

6      A.   Yes.

7      Q.   Are you tenured?

8      A.   Not in Metro.

9      Q.   Do you have any knowledge about whether or

10   not you can fire a tenured teacher?

11     A.   A tenured teacher?

12     Q.   Yes.

13     A.   There is a process.

14     Q.   Are you familiar with that process?

15     A.   Yes.

16     Q.   What, in your opinion, is that process?

17     A.   So the process is, first of all, that

18   the -- there is sufficient documentation that needs

19   to be administered or gathered, conversations,

20   coaching conversations, observations, it's a

21   documentation of that particular teacher's

22   performance over time, coaching and development, and

23   it has to go before the superintendent and then the

24   board.

25     Q.   And were you aware that Dr. Bailey was
```

1    tenured?

2         A.   I wasn't aware.  I would assume, but I

3    didn't know for sure.

4         Q.   And in the year 2019, 2020, you did not

5    have any documentation or coaching or observations

6    that would have justified terminating Dr. James

7    Bailey, correct?

8         A.   I did not have -- put him on a plan.  I

9    did not -- you know, we did coaching conversations.

10   The only thing that I would say is that, you know,

11   scores over time is a factor for any principal, even

12   for myself.  If scores are underperforming year

13   after year after year, again, as a principal,

14   executive director, we work at the will of the

15   superintendent, and we could -- if we are not

16   producing results for our children, then, you know,

17   we...

18        Q.   Okay.  Now, were you aware that there were

19   priority schools that had been priority schools a

20   lot longer than White's Creek?

21        A.   White's Creek, to my knowledge, was the

22   longest-running school in priority.

23        Q.   Let me go back.

24             MR. FOX:  We can't hear you.

25             MS. STEINER:  Hang on a second.

BY MS. STEINER:

    Q.   Were you aware that White's Creek had just become priority?

    A.   I don't --

        MR. FOX:  Objection to the form.

        THE WITNESS:  I don't think that is true. What I do know is that White's Creek was the lowest performing school.

BY MS. STEINER:

    Q.   Have you -- since you've been at Metro schools, do you know of any principal who's lost their job who was in a priority school?

    A.   Since I have been here?

    Q.   Yes.

    A.   No.  I need to retract that.  Yes.

    Q.   Who?

    A.   Dr. Robin Allen.

    Q.   What school was he at?

    A.   She.  She was at Haynes Middle School. And then one more.

    Q.   Who?

    A.   Dr. LarCulia Woods. (Court reporter asks for clarification.)

    Q.   What school was she at?

    A.   Gra-Mar.

1        Q.    How do you know, did you have any input

2    into the decision of getting rid of Ms. Woods or

3    Ms. Allen?

4        A.    So they both -- those schools merged with

5    other schools, so they technically lost their jobs.

6        Q.    Okay.  Those were the ones who -- it

7    wasn't -- the schools were eliminated, the schools

8    actually disappeared.

9        A.    The schools were eliminated.

10       Q.    So it had nothing to do with the school's

11   being priority, it was just that the schools

12   disappeared?

13       A.    Yes.

14       Q.    Okay.  Now, White's Creek, did you know

15   that from the information that Metro has given us,

16   it was priority from 2018?

17       A.    So that was the year that I got here.

18       Q.    Okay.  Were you aware that some of the

19   schools such as Pearl Cohn was priority from 2014?

20       A.    Pearl Cohn got out of priority 2018.

21       Q.    Were you aware that Neely's Bend was

22   priority from 2014?

23       A.    I wasn't here.

24       Q.    Were you aware that Napier had been

25   priority from 2014?

1          A.    So all of these schools, when I got here

2     in 2018, were not on the priority list.

3          Q.    How many did you have on the priority list

4     in 2018?

5          A.    2018, there were 21 schools.

6          Q.    How many high schools?

7          A.    Two.

8          Q.    Who were those?

9          A.    Maplewood and White's Creek.

10         Q.    How long had Maplewood been on the

11    priority list?

12         A.    That was my first year here.

13         Q.    Do you know if the principal at Maplewood

14    continued in their position?

15         A.    The principal.  When I first got here, is

16    not the same principal that was here when I first

17    got here.

18         Q.    Do you have any idea where that principal

19    is and why they left Maplewood?

20         A.    That principal -- there is one other

21    principal.  Now, you're recalling my memory.  So I

22    need to recant what I said.  There was one other

23    principal that lost their job, and that would be the

24    principal at Maplewood High School.

25         Q.    Who was that?

1     A.    Her name was Dr. Keely Webb.

2     Q.    And when did she lose her job?

3     A.    Ma'am?

4     Q.    When did she lose her job?

5     A.    It would have been -- I wasn't over high

6 schools, I was a coordinator that year.  It was the

7 2018, 2019 school year, because I was not her

8 supervisor.  (Court reporter asks for

9 clarification.)

10    Q.    Dr. Keely Webb.  Not Keely Webb.  Keely --

11 that's not her name.  Her name is Keely -- give me

12 just two seconds.  That is not her name.

13         MR. FOX:  Mason?

14         THE WITNESS:  Keely Jones-Mason.  That's

15 the problem you have when you work in different

16 districts and people have the same name.

17 BY MS. STEINER:

18    Q.    Did Ms. Mason move to an assistant

19 principal's position?

20    A.    I don't know.  I don't know that she was

21 moved or did she apply, I don't know.

22    Q.    She ended up in an assistant principal's

23 position, correct?

24    A.    Yes.

25    Q.    Okay.  Now, did anyone talk to you about

1  transferring Dr. Battle to a teaching position?

2      A.    No.

3      Q.    Did you know that Dr. Bailey did not have

4  a teaching license?  He only had an administrative

5  license; did you know that?

6      A.    No.

7      Q.    If you were the executive director over a

8  school, can they hire a teacher who only has an

9  administrative license?

10     A.    Can they hire a teacher who only hires --

11     Q.    Who only has his administration license,

12 does not have a teaching license?

13     A.    To do what role?

14     Q.    Be a teacher.

15     A.    If you are a teacher, you have to have a

16 certified license or be in a program.

17     Q.    What type of program?

18     A.    A teacher ED program.

19     Q.    And how do you get into a teacher ED

20 program?

21     A.    Enroll in a college program.

22     Q.    Does it have to be approved by Metro?

23     A.    Approval, no.  Approved by TDOE.

24 Tennessee Department of Education.  The licensing

25 goes through the Tennessee Department of Education.

1     Q.   Do most of the teachers that teach in

2 Metro schools have teaching licenses?

3     A.   They have teaching licenses or permits

4 or -- with permits, meaning they are enrolled in a

5 teacher ED program.

6     Q.   Were you aware that Dr. Bailey -- that

7 Chris Barnes said he could not hire Dr. Bailey as a

8 teacher because he didn't have a -- he could not

9 transfer Dr. Bailey into a teaching position because

10 he didn't have a teaching license?

11     A.   I was not aware of that.

12     Q.   What was your understanding of what

13 happened to Dr. Bailey?

14     A.   I -- my understanding is that he was no

15 longer going to be the principal at White's Creek

16 High School.

17     Q.   Why?

18     A.   I never asked why.  I never was told why.

19     Q.   What was your understanding about how he

20 was no longer at Metro schools?

21     A.   My understanding is data over time, that

22 the school was not performing in a rapid manner,

23 like the student outcomes were not performing at a

24 high rate.  The previous year, there was

25 zero percent of students who were mastered on the

1    State standardized test.

2         Q.   Let me ask you that.  Who told you that,

3    and when did they tell you what?  Who told you?

4         A.   I knew that, that the school was

5    zero percent when I took on the school at the

6    beginning of the year.

7         Q.   Who told you that that had anything to do

8    with Dr. Bailey losing his job?

9         A.   No one did.

10        Q.   Have you talked to Dr. Battle about what

11   happened to Dr. Bailey?

12        A.   No.

13        Q.   Okay.  Do you miss having Dr. Bailey there

14   as principal?

15        A.   I want to do what is right for the school.

16        Q.   Do you miss Dr. Bailey?

17        A.   Dr. Bailey was a good principal.

18             MR. FOX:  Objection to the form.

19             THE WITNESS:  Thank you.

20   BY MS. STEINER:

21        Q.   Now, did anyone from Metro schools make

22   any statements to you about nonrenewing Dr. Bailey's

23   contract?

24        A.   No.

25        Q.   Did anyone at Metro schools make any

1  comment to you about transferring Dr. Bailey?

2     A.   No.

3     Q.   I'd like to show you something.

4          MS. STEINER:  May I share, Jesse?

5  BY MS. STEINER:

6     Q.   Okay.  Do you see this letter that's dated

7  May 6, 2020?

8     A.   Uh-huh.  Yes.

9     Q.   Okay.  Do you remember typing this?  Did

10  you type this or did you dictate it out?

11     A.   I typed it.

12     Q.   Did you?  Do you recall typing this letter

13  to Dr. Bailey?

14     A.   Yes.

15     Q.   Is everything in it true?  Tell me if you

16  want me to move up or down.

17     A.   Go up.  I mean, down.  I'm sorry.  Yes.

18     Q.   Can we have this marked as Exhibit Number

19  1 to your deposition today.

20               (WHEREUPON, the

21               previously-mentioned document was

22               marked as Exhibit Number 1.)

23          MR. FOX:  No objection.

24          THE WITNESS:  The only -- I see a mistake,

25  though.  I only -- I supervised him for the 2019,

1  2020 school year.  2018, 2019 school year, I was the

2  coordinator of instructional support.

3  BY MS. STEINER:

4      Q.   As a coordinator, were you still over

5  White's Creek?

6      A.   No.  I was not over White's Creek.

7  Coordinator means I provide professional development

8  and professional learning.

9      Q.   Okay.

10          MS. STEINER:  Can we go off the record

11  about ten minutes; is that okay?  Let me ask you two

12  more questions before we go off the record.

13  BY MS. STEINER:

14      Q.   Are you certified?

15      A.   Yes.

16      Q.   And are you tenured?

17      A.   Not in Nashville.

18      Q.   Okay.

19          MS. STEINER:  Let's go off the record for

20  just about ten minutes and then we'll be back, okay?

21  Thank you.

22          MR. FOX:  Okay.  Taking a break.

23          (Brief break observed.)

24  BY MS. STEINER:

25      Q.   Ms. Perry, you were Dr. Bailey's direct

1  supervisor for the 2019, 2020 school year, correct?

2      A.   Yes.

3      Q.   And for that school year, the kids did not

4  have to -- they did not, they were not capable of

5  undergoing their normal testing for achievement,

6  correct?

7      A.   Yes.

8      Q.   And did Dr. Griffin have any discussions

9  with you about whether or not she knew or she did

10 not know that Dr. Bailey was being nonrenewed?

11     A.   Sorry, could you repeat that?

12     Q.   Did Dr. Griffin have any discussions with

13 you about whether or not she knew or she did not

14 know that Dr. Bailey was being nonrenewed?

15     A.   Dr. Griffin had no discussions with me.

16     Q.   And if you could not do testings for the

17 schools that year, if Dr. Bailey tells me, that

18 means you really don't have an exact idea where the

19 kids were going to be and whether or not the school

20 was going to be priority for that year, would you

21 agree with that?

22     A.   We have our testing that we get throughout

23 the year, the benchmark data that would have given

24 us a clear predictor of where the kids were by the

25 end of the year.

1    Q.   Do you recall going to principal of the

2  year award with Dr. Bailey in Murfreesboro?

3    A.   Yes.

4    Q.   And could you explain to me what that was?

5    A.   He told me that he was principal of the

6  year, that he did not know how he got it and asked

7  me if I would go with him, and I said yes.

8    Q.   And who gave him that award?

9    A.   It was the Middle Tennessee Principal's

10  Association.  I -- yes.  It was -- yes.

11    Q.   Did you go with him to get that award?

12    A.   I went with him.

13    Q.   Was that for the 2019, 2020 school year?

14    A.   No.  It would have been for -- I don't

15  know what school year it was for, because he

16  received it 2019, so it would have been based off of

17  previous work.

18    Q.   Was that an honor?

19    A.   It's always an honor when you're principal

20  of the year.

21    Q.   Was it principal of the year for the

22  middle portion of Tennessee or for the whole state?

23    A.   It was for -- I know the conference was

24  for middle Tennessee.

25    Q.   And how many counties are in middle

1    Tennessee; do you know?

2         A.    I don't know.

3         Q.    Do you know if that included like

4    Williamson, Rutherford, Davidson, Cheatham,

5    Montgomery?

6         A.    I would assume so.

7         Q.    And where was it held?

8         A.    Where?

9         Q.    Do you know where you went?

10        A.    Went to Murfreesboro.

11        Q.    Where in Murfreesboro?

12        A.    It was at a hotel, I think.

13        Q.    Like --

14        A.    In a hotel, yes.

15        Q.    And did you stand up and say anything?

16        A.    Yes.

17        Q.    Did you tell them what a great principal

18    he was?

19        A.    I told them -- yes.  I was proud of him

20    for being honored as principal of the year.

21        Q.    That is it.  Thank you very much, Ms.

22    Perry.

23        A.    Okay.

24             MS. HARBISON:  Nothing from me.

25             MR. FOX:  No questions from Metro.

1                    MS. STEINER:  Thank you.

2                 FURTHER THIS DEPONENT SAITH NOT

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    REPORTER'S CERTIFICATION

2

3    STATE OF TENNESSEE      )
     COUNTY OF DAVIDSON       )
4

5

6         I, Janie W. Garland, LCR#111, licensed court

7    reporter, in and for the State of Tennessee do hereby

8    certify that the above deposition was reported by me

9    via remote means and that the foregoing pages of the

10   transcript is a true and accurate record to the best

11   of my knowledge, skills, and ability.

12

13        I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17

18        I further certify that I am duly licensed by the

19   Tennessee Board of Court Reporting as a Licensed

20   Court Reporter as evidenced by the LCR number

21   following my name below.

22                          Janie W. Garland

23                          _____

24                          Janie W. Garland, LCR#111

25
```

1

2                    **E R R A T A   P A G E**

3

4           I, Renita Perry, having read the foregoing
    deposition, Pages 1 through 65, do hereby certify
5   said testimony is a true and accurate transcript,
    with the following changes (if any):

6

7   PAGE    LINE           SHOULD HAVE BEEN

8   _____   _____      _____

9   _____   _____      _____

10  _____   _____      _____

11  _____   _____      _____

12  _____   _____      _____

13  _____   _____      _____

14  _____   _____      _____

15  _____   _____      _____

16  _____   _____      _____

17  _____   _____      _____

18  _____   _____      _____

19  _____   _____      _____

20

21                     _____

22                            Renita Perry

23

24

25

BY MS. STEINER: [14]  30/12 30/24
32/4 33/10 33/21 33/25 53/1 53/9
56/17 59/20 60/5 61/3 61/13 61/24
DR. BAILEY: [2]  33/17 33/20
MR. FOX: [12]  30/11 30/23 32/3 33/6
33/24 52/24 53/5 56/13 59/18 60/23
61/22 64/25
MS. HARBISON: [1]  64/24
MS. STEINER: [8]  33/8 33/13 33/18
52/25 60/4 61/10 61/19 65/1
THE WITNESS: [4]  53/6 56/14 59/19
60/24

'

'21 [2]  11/7 18/20
'21-'22 [1]  18/20
'22 [1]  18/20

0

01023 [1]  1/5

1

108 [1]  3/23
111 [2]  66/6 66/24
12 [2]  1/24 3/2
121,000 [1]  11/5
155,000 [1]  11/2
196300 [1]  3/24
1973 [1]  37/3

2

2.5 [4]  34/13 34/17 34/18 34/20
20 [3]  4/6 34/23 35/2
2002 [1]  12/25
2007 [1]  13/5
2014 [3]  54/19 54/22 54/25
2015 [1]  14/6
2018 [9]  14/6 49/15 54/16 54/20 55/2
55/4 55/5 56/7 61/1
2019 [39]  11/6 16/7 16/25 17/3 17/6
17/10 17/11 17/16 17/23 18/14 18/22
19/14 21/10 21/12 22/12 22/24 23/14
24/17 24/21 25/13 25/14 28/19 36/2
41/7 44/7 45/10 45/22 46/5 47/22
48/24 49/2 49/16 52/4 56/7 60/25 61/1
62/1 63/13 63/16
2019-2020 [1]  18/19
2020 [50]  11/6 11/7 16/9 16/13 16/25
17/3 17/6 17/11 17/16 17/20 17/23
18/2 18/11 18/14 18/14 18/19 18/22
18/22 19/14 20/13 21/11 21/12 21/13
22/12 22/24 23/14 24/17 24/22 25/12
25/13 25/14 25/15 28/19 36/2 36/7
37/5 41/7 44/7 45/11 45/22 46/5 46/7
47/22 48/24 49/2 52/4 60/7 61/1 62/1
63/13
2020-2021 [1]  18/20
2021 [14]  7/18 16/13 17/20 18/2 18/11
18/14 18/20 18/23 20/14 21/13 25/12
25/15 36/7 37/5
2022 [4]  1/24 3/2 5/21 7/24
21 [1]  55/5
222 [1]  2/9

3

3 percent [1]  11/10
3.2 [2]  49/5 49/14
3.29 [1]  49/6
3.8 [1]  49/10

3.81 [1]  49/20
3119 [1]  5/11
340M [1]  2/9
37201 [1]  2/9
37206 [2]  3/13 3/19
37219 [1]  3/24
37221 [1]  5/12
3:20-CV-01023 [1]  1/5

4

4.0 [4]  32/8 32/17 32/20 34/6
4.3 [1]  32/24
4.5 [1]  34/7
45 [1]  39/2
48 [1]  37/1
481-7955 [1]  6/15

5

5.0 [2]  34/9 34/10
5/6/20 [1]  4/6
5350 [1]  2/10

6

60 [1]  4/6
613 [1]  3/13
615 [1]  2/10
65 [1]  67/4
68251 [1]  3/19

7

714-5350 [1]  2/10
7955 [1]  6/15

9

901 [1]  6/15

A

abide [1]  20/7
ability [3]  8/23 9/10 66/11
about [29]  3/4 3/5 8/6 10/9 11/21 12/11
12/19 12/23 26/3 26/6 28/12 28/17 29/6 29/7
36/19 37/20 41/8 41/17 44/11 48/21
49/25 51/9 56/25 58/19 59/10 59/22
60/1 61/11 61/20 62/9 62/13
above [3]  20/23 49/13 66/8
academic [1]  21/9
accurate [2]  66/10 67/5
achievement [1]  62/5
across [2]  21/22 34/22
act [1]  29/15
action [1]  66/15
actual [1]  47/12
actually [7]  12/18 28/7 34/10 35/21
44/23 46/6 54/8
add [1]  8/24
added [1]  37/16
additional [5]  21/16 21/17 21/18 22/5
25/7
address [1]  5/10
administered [1]  51/19
administration [1]  57/11
administrative [2]  57/4 57/9
ADRIENNE [3]  1/7 1/13 1/21
after [29]  29/5 37/14 38/15 52/13 52/13
again [5]  5/23 24/6 31/17 41/5 52/13
against [5]  28/14 28/15 30/21 31/12
39/20
age [2]  36/25 39/22
ago [3]  34/23 35/1 35/2
agree [1]  62/21

ahead [2]  20/15 41/8
all [13]  3/3 3/4 7/25 18/16 20/10 21/22
26/24 32/24 36/11 45/15 49/10 51/17
55/1
allegation [2]  26/15 27/25
allegations [2]  28/5 30/17
Allen [2]  53/17 54/3
along [3]  25/25 26/10 27/5
also [4]  8/15 21/6 21/7 21/9
always [2]  22/9 63/19
am [5]  10/20 45/24 66/13 66/15 66/18
amount [1]  19/25
Ann [2]  3/11 8/3
announce [1]  7/23
announced [2]  6/21 7/20
another [1]  13/7
answer [1]  8/22
answering [1]  39/17
any [45]  8/9 11/7 11/13 11/19 12/4
18/10 20/17 28/11 29/24 29/25 30/6
31/2 31/22 31/23 35/7 35/11 35/14
36/13 36/16 36/19 37/20 38/18 39/5
39/19 40/3 40/6 40/13 42/23 43/10
43/22 45/23 46/24 51/9 52/5 52/11
53/11 54/1 55/18 59/22 59/25 62/8
62/12 66/14 66/15 67/5
anybody [2]  26/7 26/9
anyone [16]  25/17 29/17 29/24 30/18
31/4 31/10 31/14 38/12 41/7 43/14
43/15 43/17 49/24 56/25 59/21 59/25
anything [6]  30/4 30/25 39/23 45/2 59/7
64/15
APPEARANCES [1]  3/7
application [1]  37/25
applied [2]  37/4 37/24
apply [2]  10/5 56/21
Approval [1]  57/23
approved [2]  57/22 57/23
April [2]  1/24 3/2
are [38]  3/4 3/5 8/6 10/9 11/21 12/11
15/8 15/11 16/3 19/3 20/20 20/22
20/23 20/25 22/3 24/22 31/7 31/15
31/22 32/7 33/15 33/19 34/24 39/11
41/21 43/9 49/9 50/14 50/19 51/7
51/14 52/12 52/15 57/15 58/4 61/14
61/16 63/25
areas [1]  43/2
as [55]  3/3 3/4 5/2 5/3 6/6 6/6 10/18
12/3 15/1 15/13 16/22 17/10 17/10
18/14 18/21 19/9 20/24 25/11 25/12
27/13 27/13 28/13 30/2 30/17 30/17
30/19 31/14 31/18 34/24 34/24 35/5
35/11 35/18 37/13 37/16 37/21 40/7
40/9 41/3 41/6 41/9 44/11 48/13 48/13
50/23 52/13 54/19 58/7 59/14 60/18
60/22 61/4 64/20 66/19 66/20
Ashford [1]  35/7
ask [9]  7/5 8/21 9/3 28/17 37/6 39/3
49/24 59/2 61/11
asked [5]  28/11 50/3 50/7 58/18 63/6
asking [1]  9/6
asks [2]  53/22 56/8
assist [1]  41/4
assistant [3]  13/18 56/18 56/22
Associates [1]  2/8
Association [1]  63/10
assume [6]  6/17 7/21 12/18 39/15 52/2
64/6
assuming [2]  30/13 30/17
assumptions [1]  39/16

## A

asteiner [1] 3/14
attention [2] 11/17 11/19
Attorney [2] 3/12 3/18
Attucks [1] 13/25
Avenue [1] 2/9
average [5] 45/12 45/14 49/11 49/13 49/14
award [3] 63/2 63/8 63/11
aware [19] 25/22 30/3 31/4 31/7 31/22 40/10 40/11 40/15 43/9 44/6 51/25 52/2 52/18 53/2 54/18 54/21 54/24 58/6 58/11

## B

back [9] 8/23 32/9 34/23 35/5 37/13 37/21 47/23 52/23 61/20
bad [1] 39/14
BAILEY [49] 1/16 3/9 8/17 28/17 28/18 28/25 29/7 29/8 29/20 30/2 30/8 30/16 30/22 31/5 31/12 33/15 33/15 36/22 43/20 43/22 44/11 44/19 44/21 46/13 47/21 47/24 47/25 48/8 48/11 48/15 49/25 51/25 52/7 57/3 58/6 58/7 58/9 58/13 59/8 59/11 59/13 59/16 59/17 60/1 60/13 62/10 62/14 62/17 63/2
Bailey's [4] 31/23 44/8 59/22 61/25
Barnes [3] 38/10 38/25 58/7
based [2] 48/23 63/16
basic [1] 9/6
basically [1] 30/15
basketball [2] 28/23 29/3
BATTLE [12] 1/7 1/13 1/21 29/1 29/14 29/19 30/2 30/15 31/12 38/24 57/1 59/10
Battle's [4] 28/22 29/1 29/11 30/8
be [45] 9/6 9/11 9/14 9/22 10/14 16/14 26/15 26/18 27/8 27/10 27/12 28/13 30/4 31/16 31/20 32/15 33/4 40/4 40/10 40/11 42/12 43/2 43/7 43/11 43/15 43/17 43/20 43/25 44/3 45/3 45/9 45/19 49/25 51/1 51/2 51/5 51/19 55/23 57/14 57/16 57/22 58/15 61/20 62/19 62/20
beating [1] 29/2
became [4] 14/25 16/6 40/20 41/1
because [13] 10/7 10/16 18/15 21/21 21/24 22/6 29/22 30/16 46/17 56/7 58/8 58/9 63/15
become [1] 53/3
been [16] 5/2 10/2 22/9 29/18 30/1 35/15 42/9 52/19 53/10 53/13 54/24 55/10 56/5 63/14 63/16 67/7
before [15] 5/22 5/25 9/25 10/3 14/7 21/4 21/5 28/21 28/24 29/4 36/23 40/20 47/5 51/23 61/12
began [1] 29/14
beginning [1] 59/6
begun [1] 44/14
being [9] 41/21 43/5 43/12 44/17 48/23 54/11 62/10 62/14 64/20
below [2] 42/22 66/21
benchmark [6] 46/25 47/3 47/4 47/6 47/11 62/23
Bend [1] 54/21
best [5] 8/22 9/9 39/17 45/10 66/10
beyond [1] 20/23
birth [1] 37/2
bit [4] 11/20 19/6 26/15 26/16
board [6] 21/22 32/12 34/21 34/23

51/24 66/19
both [1] 54/4
Box [2] 3/19 3/24
break [7] 6/12 8/25 33/6 33/7 33/9 61/22 61/23
Brian [1] 16/21
Brief [2] 33/9 61/23
Briggs [1] 2/8
Brook [1] 33/14
Brooks [1] 3/22
brooks.fox [1] 3/25
brother [5] 28/22 29/2 29/12 29/22 30/16
bunch [1] 8/21
Buntin [1] 3/11

## C

C-O-O-N-S [1] 41/16
call [1] 8/6
called [3] 5/2 13/24 41/25
Cambridge [1] 34/8
came [6] 14/15 27/15 30/18 35/21 41/6 46/21
can [19] 8/23 9/2 19/7 30/6 32/2 32/20 33/5 33/6 33/18 41/5 44/13 51/1 51/2 51/5 51/10 57/8 57/10 60/18 61/10
can't [1] 52/24
cancer [1] 7/3
cannot [1] 9/18
capable [1] 62/4
caption [1] 3/3
Carrasco [3] 27/17 27/23 28/1
case [3] 1/7 8/1 66/16
CATHEY [4] 1/17 3/16 8/19 36/20
Cathey's [1] 36/17
cause [1] 26/3
cell [4] 6/7 6/11 6/14 6/16
central [1] 28/2
certificate [1] 3/4
certification [2] 34/8 66/1
certified [2] 57/16 61/14
certify [4] 66/8 66/13 66/18 67/4
cetera [1] 34/8
Chad [1] 40/16
Chae [4] 16/23 23/24 24/15 25/4
chance [1] 35/8
change [3] 18/21 20/7 36/10
changed [2] 17/13 19/24
changes [2] 22/10 67/5
changing [1] 3/3
Cheatham [1] 64/4
chief [1] 6/1
child [1] 47/11
children [1] 52/16
Chris [2] 38/10 58/7
Civil [1] 3/3
clarification [2] 53/23 56/9
class [1] 46/6
classrooms [1] 44/15
clear [2] 9/22 62/24
coach [4] 28/23 29/1 29/10 41/23
coachable [2] 44/14 45/1
coaching [4] 51/20 51/22 52/5 52/9
Cochran [3] 17/23 18/1 18/5
Cohn [2] 54/19 54/20
college [2] 11/23 57/21
come [5] 27/19 35/14 35/17 46/6 46/8
comes [2] 20/11 47/7
comment [2] 29/25 60/1
comments [1] 28/11

community [2] 44/16 44/19
complain [2] 26/3 26/6 26/9
complained [3] 39/25 40/8 40/14
complaint [5] 30/1 31/19 39/19 40/4 40/6
complaints [5] 29/18 30/13 31/15 31/23 36/19
complete [1] 10/8
computers [1] 48/22
conduct [1] 41/23
conference [1] 63/23
confusing [1] 9/3
Congratulations [1] 13/12
consider [1] 45/9
contact [1] 49/24
continue [2] 25/11 25/11
continued [2] 38/16 55/14
contract [5] 43/16 51/1 51/2 51/5 59/23
conversation [1] 50/6
conversations [3] 51/19 51/20 52/9
Coons [2] 41/12 41/14
coordinator [1] 14/17 56/6 61/2 61/4 61/7
correct [53] 5/15 7/18 7/21 8/10 11/17 13/2 14/9 14/20 15/6 16/7 16/10 16/14 19/17 22/8 22/13 23/5 23/18 23/25 24/10 24/12 24/17 24/19 24/23 24/24 25/7 26/15 28/19 31/24 33/4 36/11 43/20 43/23 44/1 44/4 44/8 44/24 45/4 45/5 45/7 45/16 46/7 46/11 47/8 47/12 47/15 48/9 48/12 48/16 49/13 52/7 56/23 62/1 62/6
correlation [2] 47/16 47/17
correspond [1] 34/14
cost [2] 11/10 11/13
could [23] 8/22 9/9 11/16 17/10 27/13 28/13 30/4 42/10 42/13 42/13 43/2 44/10 45/3 47/10 48/4 48/13 49/8 52/15 58/7 58/8 62/11 62/16 63/4
couldn't [1] 5/23
counsel [2] 3/1 66/14
counties [1] 63/25
COUNTY [4] 1/7 1/13 1/20 66/3
court [8] 1/1 9/17 33/13 53/22 56/8 66/6 66/19 66/20
Courthouse [1] 3/23
COVID [6] 17/12 17/13 45/24 45/25 46/3 47/5
creek [24] 15/6 16/17 22/17 24/12 24/14 24/21 24/22 25/1 44/17 44/17 47/21 48/1 48/6 48/9 50/12 52/20 52/21 53/2 53/7 54/14 55/9 58/15 61/5 61/6
Crispus [1] 13/25
current [3] 11/1 24/19 36/25
currently [7] 5/14 12/9 12/14 15/8 23/17 24/25 33/2
curriculum [1] 12/8
CV [1] 1/5

## D

DAMON [4] 1/17 3/16 8/19 36/16
data [2] 58/21 62/23
date [1] 37/2
dated [1] 60/6
DAVIDSON [5] 1/7 1/13 1/20 64/4 66/3
dealings [1] 35/11
decide [1] 42/18
decision [2] 42/14 54/2
Defendants [4] 1/8 1/14 1/22 3/22

## D

degree [3]  12/22 12/23 12/24
degrees [1]  12/4
Demand [1]  1/5
department [4]  3/23 14/19 57/24 57/25
depends [1]  34/15
DEPONENT [1]  65/2
deposed [1]  5/3
deposition [8]  1/24 3/1 3/4 9/24 31/9
 60/19 66/8 67/4
development [2]  51/22 61/7
dictate [1]  60/10
did [145]
didn't [12]  7/5 7/8 11/17 11/19 17/13
 21/10 37/18 39/13 48/19 52/3 58/8
 58/10
different [6]  18/23 19/4 20/6 20/8 20/22
 56/15
differently [1]  29/15
difficult [2]  16/3 26/10
direct [2]  44/8 61/25
directly [1]  15/12
director [51]  10/12 10/19 10/21 11/4
 14/25 15/1 15/2 15/3 15/9 16/7 16/10
 16/22 16/24 17/5 17/16 17/23 18/11
 18/22 18/24 19/6 19/10 19/16 19/23
 20/25 22/11 23/4 23/12 23/15 25/23
 27/20 28/18 30/3 30/18 30/19 31/15
 31/18 35/19 36/1 37/5 37/13 37/22
 40/10 40/19 40/21 41/1 41/3 41/6 41/9
 41/21 52/14 57/7
directors [12]  19/7 21/23 22/1 22/23
 24/16 25/6 25/9 26/12 26/22 26/24
 28/12 37/17
disappeared [2]  54/8 54/12
discipline [3]  28/22 29/10 29/22
discretion [1]  42/7
discrimination [2]  40/9 40/14
discussion [1]  37/20
discussions [3]  62/8 62/12 62/15
dispute [2]  46/14 46/15
district [4]  1/1 1/1 10/17 20/24
districts [1]  56/16
diversity [1]  35/10
DIVISION [1]  1/2
do [98]
doctorate [2]  12/10 12/11
document [1]  60/21
documentation [3]  51/18 51/21 52/5
DOE [5]  1/3 3/10 8/6 8/9 8/12
does [13]  9/10 9/17 15/16 15/16 15/25
 19/6 20/7 26/5 32/8 34/14 42/3 57/12
 57/22
doing [8]  6/23 7/8 15/11 38/16 40/1
 45/3 48/2 48/2
don't [47]  6/11 7/16 8/14 9/4 9/5 10/16
 15/20 15/24 16/5 18/6 18/6 20/21
 25/16 26/17 26/19 26/19 29/13 30/9
 32/10 32/18 32/21 33/1 33/3 35/18
 35/23 38/7 38/9 38/14 39/4 39/6 39/16
 46/12 46/15 46/21 46/22 46/23 47/19
 47/23 50/25 53/4 53/6 56/20 56/20
 56/21 62/18 63/14 64/2
done [6]  20/4 25/13 39/23 43/5 45/23
 49/5
down [6]  9/18 12/15 12/18 14/8 60/16
 60/17
DR [102]
Dr. [14]  16/21 16/23 23/2 23/24 24/3
 24/4 24/7 24/15 25/4 38/25 41/14
Dr. Barnes [1]  38/25
Dr. Brian [1]  16/21
Dr. Chae [4]  16/23 23/24 24/15 25/4
Dr. Edwards [2]  24/4 24/7
Dr. Keely [1]  56/1
Dr. LarCulia [1]  53/22
Dr. Lendozia [1]  24/3
Dr. Lisa [1]  41/14
Dr. Madeline [1]  23/2
Dr. Robin [1]  53/17
Drive [1]  5/11
duly [2]  5/2 66/18
during [2]  46/3 46/8
duties [2]  18/21 21/2

## E

each [22]  22/10 34/17
ED [3]  57/18 57/19 58/5
education [4]  12/3 12/8 57/24 57/25
educator [1]  9/2
Edwards [4]  24/3 24/4 24/7 24/25
either [3]  12/20 18/4 36/19
elementary [7]  15/12 16/16 19/16 23/13
 23/16 35/1 35/3
eliminated [2]  54/7 54/9
else [2]  9/17 38/12
employee [1]  66/14
end [2]  29/2 62/25
ended [1]  56/22
engage [1]  40/3
engaged [1]  40/6
English [1]  12/3
enough [1]  11/18
Enroll [1]  57/21
enrolled [1]  58/4
entire [1]  15/14
environment [1]  28/9
equate [1]  32/9
equity [1]  35/10
essentially [1]  34/18
established [1]  44/16
et [1]  34/8
evaluation [3]  48/15 48/18 49/4
even [2]  46/6 52/11
ever [15]  9/24 10/2 26/3 26/6 26/12
 26/24 28/11 31/3 39/19 39/23 39/25
 40/3 42/23 43/10 43/15
every [1]  26/9
everybody [2]  9/13 9/14 9/17 26/13
everyone [4]  33/11 33/14 37/14 37/15
everything [1]  60/15
evidenced [1]  66/20
exact [2]  47/15 62/18
exactly [2]  9/16 11/18
Examination [1]  4/2 5/4
example [1]  21/6
except [1]  3/4
Excuse [1]  47/2
executive [69]
Exhibit [2]  60/18 60/22
EXHIBITS [1]  4/4
experience [1]  13/14
explain [4]  8/23 9/9 26/16 63/4
extend [1]  42/3

## F

F-O-R-B-E-S [1]  5/8
face [1]  26/13
factor [1]  52/11

## fall

fall [5]  7/18 7/21 11/4 16/7 16/9
familiar [3]  50/14 50/19 51/14
family [1]  12/15
far [3]  27/13 47/23 48/13
Federal [1]  3/2
feedback [1]  44/15
feel [2]  8/24 8/25
females [1]  28/2
field [2]  9/6 9/11
filed [1]  28/1
fill [1]  37/24
financially [1]  66/15
find [4]  26/14 29/5 31/11 34/3
fire [1]  51/10
fired [4]  43/11 43/12 43/25 50/1
first [6]  5/2 39/8 51/17 55/12 55/15
 55/16
fiscal [1]  18/19
fit [3]  45/15 45/17 50/12
five [3]  32/23 33/7 49/10
five-minute [1]  33/7
five-point [1]  32/23
FMLA [3]  7/11 7/12 7/14
following [2]  66/21 67/5
follows [2]  5/3 50/23
foot [1]  39/18
Forbes [1]  5/7
Ford [1]  3/17
foregoing [2]  66/9 67/4
forged [1]  26/23
form [6]  3/5 30/11 30/23 32/3 53/5
 59/18
formalities [1]  3/3
forward [1]  39/18
four [2]  8/4 32/8
fourth [3]  46/8 46/20 47/4
Fox [1]  3/22
free [2]  8/24 8/25
front [4]  20/21 32/10 32/19 33/4
further [3]  65/2 66/13 66/18

## G

game [1]  29/3
GARLAND [3]  2/8 66/6 66/24
gathered [1]  51/19
gave [3]  20/14 48/15 63/8
get [20]  10/24 11/7 11/10 11/13 12/22
 12/23 13/1 16/3 25/25 26/10 26/12
 27/5 29/19 30/2 30/15 32/6 44/14
 57/19 62/22 63/11
getting [2]  12/11 54/2
Gibbs [2]  23/3 23/4
give [2]  20/17 56/11
given [5]  9/24 46/14 46/16 54/15 62/23
go [26]  8/23 11/19 11/23 12/18 13/6
 13/15 14/14 14/16 17/6 17/9 18/16
 20/15 23/11 32/20 33/22 38/22 38/18
 43/6 51/23 52/23 60/17 61/10 61/12
 61/19 63/7 63/11
goes [3]  34/6 34/7 34/8 49/10 57/25
going [15]  8/6 8/21 9/6 9/12 9/14 10/14
 10/17 20/16 37/7 47/20 48/6 58/15
 62/19 62/20 63/1
good [11]  33/20 43/7 44/10 48/10
 48/18 48/21 49/22 50/4 50/9 50/12
 59/17
Gosh [2]  38/14 39/2
got [14]  13/16 14/7 28/21 28/24 29/4
 29/5 30/17 36/23 54/17 54/20 55/1
 55/15 55/17 63/6

**G**

gotten [1] 11/16
GOVERNMENT [3] 1/6 1/12 1/19
GPA [5] 32/8 32/25 33/1 34/6 34/13
Gra [1] 53/25
Gra-Mar [1] 53/25
grade [1] 15/21
grades [4] 46/10 46/13 46/16 46/20
grading [2] 32/11 34/3
graduate [1] 44/18
graduated [1] 13/15
graduating [1] 34/11
great [6] 9/11 48/1 48/3 48/5 48/8
64/17
Griffin [12] 6/4 6/5 6/20 7/25 10/7 36/6
36/9 47/21 47/25 62/8 62/12 62/15

**H**

had [40] 5/19 5/20 5/22 5/25 15/6 19/9
19/11 19/22 20/4 21/12 21/17 21/20
22/4 24/16 25/6 25/11 25/12 26/21
27/14 28/1 28/22 28/22 28/25 29/10
29/18 35/11 37/9 44/14 48/1 50/3 50/7
50/21 52/19 53/2 54/10 54/24 55/10
57/4 59/7 62/15
handful [1] 18/15
handy [1] 48/22
Hang [1] 52/25
happened [8] 17/19 17/22 18/1 31/1
38/15 46/20 58/13 59/11
harassed [2] 28/2 28/9
Harbison [3] 3/17 3/18 8/18
Harpeth [1] 5/11
has [13] 30/15 31/4 31/10 31/14 33/15
35/11 35/14 35/15 35/16 51/23 54/15
57/8 57/11
have [92]
having [6] 5/2 18/23 41/18 48/21 59/13
67/4
Haynes [1] 53/19
he [54] 28/21 29/9 29/10 29/11 29/14
31/7 35/9 35/11 35/14 35/15 35/16
35/17 35/20 38/11 38/17 40/8 40/20
40/23 43/25 44/3 44/14 44/14 44/16
45/1 45/2 45/4 45/7 45/12 45/13 45/15
45/17 48/2 48/10 48/18 48/19 49/13
49/14 50/4 50/8 50/12 53/18 57/4 58/7
58/8 58/8 58/10 58/14 58/19 63/5 63/5
63/6 63/6 63/15 64/18
he's [2] 35/9 44/23
head [2] 9/16 20/16
hear [7] 5/15 5/23 18/4 28/11 32/23
36/19 52/24
heard [3] 15/21 31/2 39/11
hearing [1] 3/5
held [1] 64/7
Hello [1] 18/25
her [23] 6/7 6/7 6/14 6/16 6/18 7/20
8/14 17/19 23/22 26/4 27/6 28/14
29/22 30/16 33/7 41/15 56/1 56/2 56/4
56/7 56/11 56/11 56/12
here [16] 8/18 12/17 14/16 26/14 30/1
32/18 33/3 33/17 53/13 54/17 54/23
55/1 55/12 55/15 55/16 55/17
hereby [1] 66/7 67/4
hierarchy [2] 29/18 30/14
high [17] 15/5 15/9 19/16 19/16 19/20
19/21 19/23 22/12 27/23 30/17 40/16
44/17 55/6 55/24 56/5 58/16 58/24
higher [1] 32/20

**him** [14] 28/23 29/15 30/8 40/18 40/20
45/4 45/9 52/8 60/25 63/7 63/8 63/11
63/12 64/19
hire [3] 57/8 57/10 58/7
hired [3] 21/16 37/13 37/21
hires [1] 57/10
his [12] 27/22 27/22 29/22 30/16 41/19
44/15 48/18 48/25 49/3 49/15 57/11
59/8
hit [1] 45/24
hold [1] 6/13
Holmes [1] 1/7
home [1] 5/10
honest [1] 27/12
honestly [1] 38/9
honor [2] 63/18 63/19
honored [1] 64/20
honors [2] 34/7 34/15
hope [1] 40/12
hopes [1] 43/5
hotel [2] 64/12 64/14
hour [1] 39/2
Houston [3] 13/21 13/22 32/22
how [30] 5/19 6/23 7/6 14/22 18/14
18/16 19/1 20/2 20/5 21/18 22/23
35/17 35/18 35/20 39/1 40/18 41/4
41/8 41/15 41/22 41/23 46/21 54/1
55/3 55/6 55/10 57/19 58/19 63/6
63/25
Hughes [1] 35/7
huh [1] 60/8

**I**

I'd [1] 60/3
I'll [4] 9/4 9/13 9/20 9/20
I'm [22] 5/20 6/13 8/10 9/2 9/6 9/12
9/21 11/12 11/15 12/9 12/14 17/21
18/3 19/2 20/16 32/18 33/17 35/18
39/16 40/15 46/15 60/17
I've [5] 5/20 22/9 40/6 43/14 50/21
idea [4] 7/2 18/10 55/18 62/18
illegal [1] 40/1
implemented [1] 43/1
implementing [1] 21/1
improved [1] 43/3
improvement [13] 41/25 42/3 42/6
42/10 42/16 42/19 42/20 43/1 43/6
43/23 45/20 48/3 48/5
improvements [1] 48/1
incident [1] 15/16
include [1] 15/16
included [1] 64/3
inclusion [1] 35/10
increase [5] 10/24 11/7 11/11 20/3 22/2
increased [4] 19/25 20/4 21/13 21/14
increases [1] 11/13
INDEX [1] 4/1
individual [1] 44/24
Industries [1] 34/8
information [1] 54/15
innovation [34] 5/18 6/2 10/6 10/14
10/22 14/18 15/14 15/15 19/3 19/3
19/5 19/6 19/13 21/22 21/25 22/7
22/12 22/15 22/18 22/21 22/24 23/8
23/16 23/18 23/20 23/23 24/5 24/8
24/9 24/17 25/6 25/10 26/21 35/12
input [1] 54/1
instruction [1] 12/9
instructional [3] 14/17 21/8 61/2
intensified [1] 21/6

**intensifies** [1] 20/12
intents [1] 20/10
interact [1] 20/5
interactions [1] 26/22
interested [1] 66/15
interim [3] 5/20 10/9 10/11
interview [5] 38/2 38/4 38/24 39/9
39/15
interviewed [2] 38/15 38/17
interviews [1] 38/19
invested [1] 31/20
investigated [2] 31/14 31/16
investigations [1] 31/23
involved [2] 10/2 50/6
is [90]
Isn't [1] 32/17
issue [1] 30/1
issues [1] 41/18
it [77]
it's [22] 5/13 9/14 9/15 15/23 19/14
25/5 26/17 32/12 32/22 32/24 34/10
34/15 34/16 34/17 34/21 45/22 47/6
47/10 47/15 48/14 51/20 63/19

**J**

Jackson [4] 11/22 11/25 12/15 12/18
JAMES [7] 1/16 3/9 8/17 33/15 43/19
43/22 52/6
JANE [5] 1/3 3/10 8/6 8/9 8/12
JANIE [3] 2/8 66/6 66/24
January [3] 5/21 6/21 7/24
January 2022 [1] 7/24
jesse [6] 3/17 3/18 3/20 8/18 33/14
60/4
jesseharbisonlaw.com [1] 3/20
job [18] 5/22 5/25 14/22 18/21 19/11
19/24 20/7 21/2 36/14 36/17 38/16
41/9 41/19 53/12 55/23 56/2 56/4 59/8
jobs [4] 25/11 25/11 25/17 54/5
joined [1] 33/15
Jones [1] 56/14
Jones-Mason [1] 56/14
Joseph [2] 27/19 30/18
Judge [2] 1/6 1/6
July [1] 37/3
July 1 [1] 37/3
Jury [1] 1/5
just [22] 9/13 9/22 11/16 18/6 21/5 21/7
26/16 26/17 26/17 26/19 29/9 32/6
32/17 33/3 39/17 46/15 46/22 47/6
53/2 54/11 56/12 61/20
justified [1] 52/6

**K**

Keely [6] 56/1 56/10 56/10 56/10 56/11
56/14
keep [3] 6/5 39/5 48/1
kids [8] 32/7 46/6 46/19 47/10 48/11
62/3 62/19 62/24
kin [1] 28/6
kind [3] 32/5 41/20 41/24
knew [5] 28/15 45/3 59/4 62/9 62/13
know [97]
knowledge [7] 31/25 34/20 36/13 36/16
51/9 52/21 66/11
knowledgeable [1] 27/8

**L**

LarCulia [1] 53/22
last [6] 6/19 7/1 11/4 16/14 39/1 41/15

**L**

later [2]  8/24 47/8
law [5]  3/12 3/18 3/18 3/23 40/5
lawsuit [3]  10/2 28/14 28/15
lawsuits [1]  28/1
LCR [3]  66/6 66/20 66/24
lead [5]  1/7 21/6 21/7 21/8 21/10
leader [2]  48/8 48/10
leadership [1]  13/17
learning [1]  61/8
leave [1]  7/9
LEFFLER [12]  1/9 3/9 8/17 25/20 26/1 26/6 26/10 27/3 28/6 28/13 37/12 37/21
left [3]  14/13 46/18 55/19
Lendozia [1]  24/3
let [7]  30/3 33/7 37/6 48/20 52/23 59/2 61/11
Let's [1]  61/19
letter [3]  4/6 60/6 60/12
license [7]  57/4 57/5 57/9 57/11 57/12 57/16 58/10
licensed [3]  66/6 66/18 66/19
licenses [2]  58/2 58/3
licensing [1]  57/24
likable [1]  44/24
like [16]  26/14 26/20 30/25 32/7 32/8 32/9 33/14 39/23 41/4 44/19 44/21 47/7 58/23 60/3 64/3 64/13
LILY [6]  1/9 3/9 8/17 25/20 28/6 37/12
limited [1]  35/13
LINE [1]  67/7
Lisa [4]  38/8 41/12 41/13 41/14
list [6]  20/11 20/14 20/17 55/2 55/3 55/11
little [4]  11/20 26/15 26/16 26/21
living [2]  11/10 11/13
LLC [1]  3/12
location [1]  23/7
long [4]  5/19 14/22 39/1 55/10
longer [4]  31/5 52/20 58/15 58/20
longest [1]  52/22
longest-running [1]  52/22
look [3]  32/20 33/5 48/20
looks [1]  33/14
lose [2]  56/2 56/4
losing [1]  59/8
lost [3]  53/11 54/5 55/23
lot [3]  17/13 19/8 52/20
lowest [1]  53/7
loyal [1]  28/13

**M**

ma'am [4]  14/21 15/22 33/12 56/3
made [7]  21/3 29/18 30/1 30/13 39/19 40/10 40/11
Madeline [1]  23/2
madness [1]  26/18
Magistrate [1]  1/6
magnet [2]  15/15 15/16
major [2]  12/2 12/3
make [8]  9/22 11/19 29/24 30/20 39/15 42/13 59/21 59/25
making [1]  26/13
manner [1]  58/22
many [6]  21/18 22/23 35/20 55/3 55/6 63/25
Maplewood [5]  55/9 55/10 55/13 55/19 55/24
Mar [1]  53/25

marked [2]  60/18 60/22
Mason [3]  56/13 56/14 56/18
master's [2]  12/7 13/1
mastered [1]  58/25
may [6]  9/14 26/16 26/18 32/6 60/4 60/7
Maybe [1]  39/2
McPherson [3]  17/15 18/5 23/2
McPherson's [1]  23/25
me [34]  5/15 9/3 11/19 11/20 13/14 20/21 26/20 29/7 29/9 30/6 32/10 33/9 33/4 33/5 34/17 37/6 44/10 44/13 47/2 48/20 49/8 52/23 56/11 59/2 60/15 60/16 61/11 62/15 62/17 63/4 63/5 63/7 64/24 66/8
mean [7]  9/17 9/21 9/21 32/21 45/2 46/2 60/17
meaning [4]  25/13 30/10 43/19 58/4
means [4]  3/2 61/7 62/18 66/9
measures [1]  30/20
medical [1]  7/9
meet [4]  12/18 26/24 27/2 47/21
meetings [1]  27/5
Mells [1]  16/21
memory [1]  55/21
Memphis [13]  12/7 13/2 13/2 13/3 13/4 13/6 13/8 13/16 13/20 13/21 14/7 14/8 14/8
mentioned [1]  60/21
merged [1]  54/4
MERIWETHER [6]  1/16 3/10 8/15 35/24 36/20 36/23
Meriwether's [1]  36/14
method [1]  26/18
Metro [36]  5/14 7/10 7/17 15/25 27/15 27/17 28/13 29/17 29/19 29/24 30/3 30/7 30/14 31/5 31/10 32/5 32/15 32/15 33/2 34/11 36/23 39/20 41/2 41/7 43/7 44/1 44/4 51/8 53/10 54/15 57/22 58/2 58/20 59/21 59/25 64/25
METROPOLITAN [4]  1/6 1/12 1/19 3/23
middle [19]  1/1 13/23 13/25 15/5 15/9 19/10 19/20 19/20 19/23 22/12 35/16 35/17 35/19 45/17 53/19 63/9 63/22 63/24 63/25
midyear [1]  49/4
might [1]  45/3
minute [1]  33/7
minutes [3]  39/2 61/11 61/20
mirrors [1]  47/13
miss [2]  59/13 59/16
missing [1]  39/12
misspeak [1]  18/6
mistake [1]  60/24
Mo [2]  27/23 28/1
Montessori [2]  15/23 15/25
Montgomery [1]  64/5
more [5]  19/6 19/8 38/22 53/20 61/12
MORENO [2]  1/9 27/16
morning [2]  33/19 33/20
most [1]  58/1
move [2]  56/18 60/16
moved [2]  27/7 56/21
Ms [13]  4/2 5/4 5/10 5/13 18/5 18/5 24/25 33/11 34/1 54/2 56/18 61/25 64/21
Ms. [4]  18/1 23/4 23/25 54/3
Ms. Allen [1]  54/3
Ms. Cochran [1]  18/1

Ms. Gibbs [1]  23/4
Ms. McPherson's [1]  23/25
much [7]  6/6 11/17 17/10 34/22 34/24 35/5 64/21
Murfreesboro [3]  63/2 64/10 64/11
my [20]  5/13 6/11 8/3 12/9 19/15 31/25 32/9 35/2 38/16 39/17 45/23 48/14 51/2 52/21 55/12 55/21 55/24 58/21 66/11 66/21
myself [2]  23/2 52/12

**N**

name [14]  5/5 8/3 8/5 8/10 13/7 27/16 27/23 41/15 56/1 56/11 56/11 56/12 56/16 66/21
Napier [1]  54/24
NASHVILLE [14]  1/2 1/6 1/12 1/20 2/9 3/2 3/13 3/19 3/24 5/11 5/14 14/15 32/16 61/17
nashville.gov [1]  3/25
national [1]  39/22
need [5]  8/25 30/3 30/19 53/15 55/22
needed [1]  10/8
needs [1]  51/18
Neely's [1]  54/21
never [10]  28/15 31/2 40/6 43/14 43/17 43/19 43/22 50/21 58/18 58/18
new [2]  21/20 37/16
next [1]  10/15
nine [7]  15/5 15/9 15/12 16/16 19/10 19/16 19/20
no [84]
nod [1]  9/16
non [1]  21/9
non-academic [1]  21/9
nonrenew [1]  50/21
nonrenewal [2]  50/22 50/24
nonrenewed [10]  29/1 43/16 43/18 43/20 50/1 51/1 51/2 51/5 62/10 62/14
nonrenewing [4]  50/15 50/16 50/19 59/22
normal [1]  62/5
North [1]  2/9
not [82]
notes [1]  39/5
nothing [3]  38/16 54/10 64/24
notice [2]  3/1 3/3
notified [2]  37/14 37/15
now [31]  9/12 9/24 11/6 13/14 14/13 14/20 15/11 16/6 17/15 18/21 22/20 23/20 24/22 24/25 25/9 32/5 35/24 37/4 40/7 41/1 43/9 44/6 45/18 45/22 47/20 50/14 52/18 54/14 55/21 56/25 59/21
number [10]  6/7 6/8 6/14 6/17 20/3 20/5 22/2 60/18 60/22 66/20
numerical [1]  48/25

**O**

oath [1]  50/8
objection [6]  30/11 30/23 32/3 53/5 59/18 60/23
objections [1]  3/4
observations [2]  51/20 52/5
observed [2]  33/9 61/23
obtain [1]  13/10
occur [1]  43/6
occurs [1]  31/19
off [6]  8/5 61/10 61/12 61/19 63/16

**O**

offers [1]  20/24
office [2]  14/18 28/3
officer [8]  5/18 10/6 10/10 10/13 10/22
14/20 15/13 35/12
officials [1]  27/23
often [2]  35/17 35/18
Oh [2]  6/1 16/23
okay [57]  7/20 8/6 8/16 8/20 9/1 9/8
9/11 9/18 9/22 10/21 11/23 12/17 13/9
14/13 16/9 17/5 18/21 22/4 22/11
22/15 22/20 23/9 25/9 25/25 26/17
27/22 30/10 31/14 31/22 32/1 33/1
33/8 33/19 33/22 34/13 35/7 40/7
42/18 45/9 45/15 45/18 47/20 50/11
52/18 54/6 54/14 54/18 56/25 59/13
60/6 60/9 61/9 61/11 61/18 61/20
61/22 64/23
one [13]  14/23 18/4 27/22 34/17 35/21
38/22 45/9 46/17 49/4 53/20 55/20
55/22 59/9
ones [2]  21/20 54/6
online [2]  12/13 12/20
only [10]  6/17 19/12 49/4 52/10 57/4
57/8 57/10 57/11 60/24 60/25
open [1]  10/14
operate [1]  26/20
opinion [3]  32/6 49/25 51/16
origin [1]  39/22
other [11]  8/14 12/4 18/23 22/1 26/22
38/18 39/14 45/15 54/5 55/20 55/22
our [8]  6/1 19/5 20/5 20/7 20/19 35/9
52/16 62/22
out [14]  17/12 20/11 23/20 27/25 28/6
29/5 29/19 30/2 30/15 31/11 37/24
47/5 54/20 60/10
outcome [1]  66/16
outcomes [1]  58/23
outside [1]  19/4
over [26]  10/18 14/20 15/4 15/9 16/12
16/17 19/10 19/16 19/23 24/12 24/14
24/16 24/21 24/22 24/25 25/10 28/18
35/9 42/22 51/22 52/11 56/5 57/7
58/21 61/4 61/6
oversaw [1]  45/10
oversee [1]  15/14

**P**

P.O [2]  3/19 3/24
page [4]  4/2 4/6 32/16 67/7
pages [2]  66/9 67/4
panel [7]  38/5 38/6 38/8 38/10 38/13
38/18 39/8
parent [1]  29/2
part [1]  20/24
particular [1]  51/21
parties [1]  66/14
passed [1]  46/22
passing [1]  46/19
pay [6]  10/24 11/1 11/3 11/8 11/17
11/19
Pearl [2]  54/19 54/20
people [6]  18/18 18/19 18/19 21/14
37/16 56/16
percent [3]  11/10 58/25 59/5
performance [5]  36/14 36/17 41/19
43/23 51/22
performer [2]  50/5 50/9
performing [3]  53/8 58/22 58/23
permits [2]  58/3 58/4

**PERRY [12]**  1/24 3/1 5/1 5/7 5/10 5/13
33/11 34/1 61/25 64/22 67/4 67/22
person [4]  12/20 27/16 28/6 45/18
personal [1]  6/16
PhD [1]  13/10
phone [3]  6/7 6/11 12/20
PIPPA [5]  1/16 3/10 8/15 35/24 36/13
place [5]  23/22 23/25 24/2 30/7 30/20
Plaintiff [3]  1/4 1/10 3/15
plaintiffs [4]  1/18 3/1 3/8 8/4
plan [19]  20/19 20/20 20/21 20/22 21/1
22/4 22/10 42/1 42/3 42/6 42/10 42/12
42/16 42/19 42/20 43/1 43/23 45/20
52/8
please [2]  5/5 26/19
PLLC [1]  3/18
point [2]  29/25 32/23
policies [1]  41/4
policy [4]  12/7 32/12 34/21 50/23
portion [1]  63/22
position [16]  5/17 5/19 8/13 10/5 10/11
10/13 10/14 10/18 37/5 37/7 37/10
55/14 56/19 56/23 57/1 58/9
positions [2]  21/7 21/18
possible [2]  34/10 47/10
practice [1]  47/7
practices [1]  41/24
precautions [1]  30/20
predict [1]  47/14
predictable [1]  47/14
predicter [1]  62/24
preposterous [1]  26/15
pressure [1]  19/8
pretty [4]  34/19 34/22 48/18 49/22
previous [2]  58/24 63/17
previously [1]  60/21
previously-mentioned [1]  60/21
principal [41]  13/18 13/19 14/3 14/8
14/10 35/2 40/8 40/13 41/18 42/11
42/16 42/19 42/21 43/2 43/6 43/7
44/11 45/19 50/20 50/21 50/24 52/11
52/13 53/11 55/13 55/15 55/16 55/18
55/20 55/21 55/23 58/18 58/15 59/14
59/17 63/1 63/5 63/19 63/21 64/17
64/20
principal's [3]  56/19 56/22 63/9
principals [8]  20/5 21/7 41/4 42/4 42/24
43/10 45/10 45/16
prior [1]  10/11
priority [15]  52/19 52/19 52/22 53/3
53/12 54/11 54/16 54/19 54/20 54/22
54/25 55/2 55/3 55/11 62/20
probably [1]  11/18
problem [1]  56/15
problems [1]  41/23
procedure [2]  3/3 50/23
process [4]  51/13 51/14 51/16 51/17
producing [1]  52/16
professional [3]  27/10 61/7 61/8
professors [1]  12/19
program [7]  13/17 57/16 57/17 57/18
57/20 57/21 58/5
progress [1]  42/22
protect [1]  30/8
protected [1]  40/4
protection [1]  30/6
proud [1]  64/19
provide [2]  44/15 61/7
provisions [1]  3/2
pry [1]  7/8

public [4]  5/14 14/1 14/11 32/16
purposes [1]  20/10
pursuant [1]  3/2
pursuing [1]  12/9
put [7]  20/9 30/7 30/19 39/17 43/22
45/20 52/8

**Q**

quarter [6]  46/9 46/10 46/17 46/17
46/20 47/4
question [2]  9/4 30/9
questioned [1]  31/10
questions [7]  3/5 8/22 9/3 9/7 39/17
61/12 64/25
quick [2]  33/5 33/6

**R**

race [1]  39/22
ranges [1]  49/8
ranking [1]  27/23
rapid [1]  58/22
rate [1]  58/24
read [1]  67/4
reading [1]  3/4
ready [3]  33/11 33/22 33/24
real [3]  33/5 47/7 47/12
really [2]  9/12 62/18
reapply [2]  37/7 37/9
recall [12]  29/13 32/2 38/12 46/12
46/16 46/19 46/24 47/20 47/24 47/25
60/12 63/1
recalling [1]  55/21
recant [1]  55/22
received [2]  31/9 63/16
recommend [2]  43/25 44/3
recommended [6]  43/10 43/12 43/14
43/15 43/17 43/19
recommending [1]  45/19
record [9]  5/6 8/5 8/10 9/22 46/1 61/10
61/12 61/19 66/10
refer [1]  18/15
referring [1]  18/13
regard [5]  22/5 34/23 41/3 41/18 42/10
regardless [1]  46/19
regular [1]  19/7
related [2]  48/11 66/13
relationship [1]  26/23
relative [1]  27/14
relative's [1]  28/14
remember [12]  9/2 9/5 18/7 38/7 38/9
38/14 38/19 39/4 46/21 46/22 47/23
60/9
remote [2]  3/1 66/9
RENITA [6]  1/24 3/1 5/1 5/7 67/4 67/22
repeat [1]  62/11
rephrase [1]  9/5
replacement [1]  10/8
report [4]  36/2 36/4 36/8 40/23
reported [3]  36/22 42/24 66/8
reporter [6]  9/17 33/13 53/22 56/8 66/7
66/20
REPORTER'S [1]  65/3
reporting [3]  36/10 40/23 66/19
reports [1]  35/21
represent [3]  8/3 8/5 8/15
represents [1]  8/19
required [1]  22/6
requirements [2]  20/6 20/8
requires [1]  20/24
reserved [1]  3/5

R

residency [1] 13/17
response [1] 9/15
responsible [2] 20/25 45/19
result [1] 28/13
results [1] 52/16
retaliated [1] 18/2
retaliation [12] 8/5 28/7 30/8 30/21 31/8
31/16 31/19 31/24 39/20 40/5 40/8
40/14
retaliatory [1] 30/4
retire [2] 7/14 17/20
retired [5] 6/2 7/10 7/13 10/7 18/5
retirement [1] 7/21
retiring [1] 6/22
retract [1] 53/15
rid [1] 54/2
riding [2] 12/14 12/17
right [8] 6/21 32/18 33/3 45/7 45/17
45/24 47/5 59/15
Robin [2] 18/8 53/17
role [2] 10/20 57/13
rude [1] 9/22
Rules [1] 3/2
running [1] 52/22
Rutherford [1] 64/4

S

safety [1] 30/20
said [9] 7/7 30/15 45/1 46/13 48/4
55/22 58/7 63/7 67/5
SAITH [1] 65/2
same [7] 19/12 23/7 25/12 25/15 50/23
55/16 56/16
satisfactory [1] 42/21
saw [2] 45/2 48/3
say [11] 5/23 8/9 9/4 9/20 21/5 24/6
31/17 34/21 41/5 52/10 64/15
saying [2] 21/13 46/15
says [1] 34/13
scale [1] 32/23
school [76]
school's [1] 54/10
schools [96]
score [5] 48/25 49/3 49/15 49/18 49/22
scored [3] 32/7 39/8 39/13
scores [7] 34/24 35/5 39/7 39/11 49/9
52/11 52/12
second [3] 2/9 12/3 52/25
seconds [1] 56/12
see [6] 33/18 37/15 48/5 49/15 60/6
60/24
seem [4] 27/8 27/10 27/12 32/7
semester [1] 46/16
sense [1] 44/16
seven [3] 19/20 19/23 22/12
sex [1] 39/22
sexually [2] 28/2 28/9
shake [1] 9/16
shaking [1] 20/16
share [1] 60/4
Sharon [4] 6/4 36/6 36/9 47/21
Shawn [2] 27/19 30/18
she [51] 6/21 6/22 6/23 6/24 7/6 7/7
7/7 7/7 7/9 7/9 7/11 7/13 7/14
7/17 7/20 7/23 8/13 8/18 16/24 17/2
17/18 17/20 18/10 23/7 23/11 23/12
23/14 23/15 23/17 24/9 24/12 25/22
26/3 27/8 27/10 27/12 27/14 41/17
53/19 53/19 53/24 56/2 56/4 56/20

56/21 56/22 62/9 62/9 62/13 62/13
she's [2] 23/20 30/15
should [10] 6/6 31/16 31/20 32/15
40/10 41/3 41/22 41/23 49/25 67/7
show [2] 43/2 60/3
showed [1] 48/1
showing [1] 42/21
Shumate [1] 18/8
sick [3] 6/25 7/6 7/7
side [1] 39/15
signing [1] 3/4
since [4] 5/20 31/4 53/10 53/13
skills [1] 66/11
small [4] 21/7 21/8 21/9 21/10
Snorten [5] 16/23 23/24 24/15 25/4
25/5
so [69]
some [14] 9/3 9/6 18/18 18/19 28/2
30/19 30/20 32/21 37/16 39/7 39/11
44/10 47/10 54/18
somebody [2] 9/10 40/7
someone [1] 34/13
something [4] 8/24 40/1 41/25 60/3
sometime [1] 7/21
sometimes [2] 9/15 27/1
sorry [4] 6/13 19/2 60/17 62/11
sort [4] 20/17 26/13 40/3 43/23
sounds [1] 26/14 39/14
specialist [2] 12/8 22/5
specialists [6] 21/8 21/9 21/16 22/2
22/3 25/7
spell [1] 41/15
Spencer [1] 38/8
spoken [2] 8/5 8/10
spring [1] 46/7
Springs [1] 5/11
stand [1] 64/15
standard [2] 34/19 34/22
standardized [1] 59/1
Stanford [3] 15/17 15/19 15/21
state [16] 5/5 13/2 13/8 20/6 20/9
20/11 20/14 20/17 20/23 21/2 22/6
47/18 59/1 63/22 66/3 66/7
stated [1] 31/3
statements [1] 59/22
STATES [1] 1/1
stay [2] 23/7 25/14
stayed [5] 16/9 19/9 19/11 19/22 23/4
Staying [1] 19/13
Steiner [3] 3/11 3/12 3/12 4/2 5/4 8/3
steinerandsteiner.com [1] 3/14
step [1] 45/3
still [7] 6/24 7/12 10/20 12/15 22/20
23/17 61/4
stop [5] 9/3 9/13 9/13 9/20 20/17
Street [1] 3/13
strong [1] 47/16
structure [3] 10/17 36/10 40/24
student [1] 58/23
students [4] 32/24 46/22 48/9 58/25
studies [1] 12/8
such [2] 18/14 54/19
sued [3] 8/4 28/7 31/7
sufficient [1] 51/18
Suite [2] 2/9 3/23
summer [1] 13/11
superintendent [7] 51/4 51/23 52/15
supervise [1] 15/13
supervised [1] 60/25
supervisor [5] 42/8 42/9 44/8 56/8 62/1

support [3] 14/18 23/16 61/2
supposed [2] 20/18
sure [8] 11/12 11/15 17/21 18/3 30/21
32/18 39/16 52/3
Susan [1] 17/22
sworn [1] 5/3
system [7] 14/9 14/11 18/13 18/17
32/11 33/2 34/3

T

take [6] 7/9 7/14 8/25 9/18 26/19 33/6
taken [1] 3/1
taking [2] 23/22 61/22
talk [1] 56/25
talked [3] 6/20 7/25 59/10
talking [1] 8/10
TDOE [1] 57/23
teach [1] 58/1
teacher [14] 13/16 50/15 50/16 50/22
51/10 51/11 57/8 57/10 57/14 57/15
57/18 57/19 58/5 58/8
teacher's [1] 51/21
teachers [2] 44/16 58/1
teaching [8] 35/3 57/1 57/4 57/12 58/2
58/3 58/9 58/10
team [5] 21/7 21/8 21/9 21/10 21/12
technically [1] 54/5
tell [21] 11/20 13/14 25/17 27/13 29/8
29/11 29/14 29/17 30/6 30/19 33/5
34/17 41/17 44/10 44/13 45/4 48/13
49/8 59/3 60/15 64/17
telling [2] 47/24 47/25
tells [1] 62/17
ten [2] 61/11 61/20
TENNESSEE [17] 1/1 1/7 1/13 1/20
2/9 3/2 5/12 11/22 57/24 57/25 63/9
63/22 63/24 64/1 66/3 66/7 66/19
tenured [5] 51/7 51/10 51/11 52/1
61/16
terminating [1] 52/6
terms [1] 21/14
test [4] 47/7 47/7 47/12 59/1
testimony [1] 67/5
testing [8] 45/23 46/2 46/3 46/25 47/3
47/4 62/5 62/22
testings [1] 62/16
Texas [3] 13/21 13/22 14/13
than [5] 8/14 18/23 19/7 32/20 52/20
Thank [7] 5/23 6/19 13/13 59/19 61/21
64/21 65/1
that [249]
that's [9] 5/8 6/17 14/11 14/19 18/15
48/21 56/11 56/14 60/6
their [9] 25/10 25/11 34/13 43/16 53/12
54/5 55/14 55/23 62/5
them [12] 8/22 9/9 11/16 18/15 26/23
31/7 39/5 50/4 50/8 50/11 64/17 64/19
then [17] 7/14 7/20 9/20 13/18 13/19
14/13 14/24 15/13 17/2 19/9 35/5 46/5
47/7 51/23 52/16 53/20 61/20
there [47] 14/10 20/20 20/22 26/18
27/3 27/16 27/25 28/1 28/5 28/6 28/15
28/21 28/24 29/4 29/5 29/9 29/18
29/25 33/16 33/19 35/15 37/20 40/9 41/25
43/9 44/19 45/23 46/2 46/3 46/10
46/17 46/24 47/16 48/24 51/13 51/18
52/18 55/5 55/20 55/22 58/24 59/13
there's [1] 30/4
these [5] 18/4 34/24 35/4 41/21 55/1

## T

they [30]   10/8 22/2 22/3 22/14 23/1
25/11 25/12 25/14 31/16 34/24 37/18
39/3 39/25 41/20 42/21 46/8 47/13
48/13 50/3 50/7 54/4 54/5 55/19 57/8
57/10 58/3 58/4 59/3 62/4 62/4
thing [4]   9/12 44/10 48/21 52/10
things [3]   20/20 20/22 41/22
think [8]   13/9 17/17 26/20 30/4 32/23
48/11 53/6 64/12
this [18]   6/1 8/1 9/6 13/11 22/5 32/5
32/6 37/6 41/22 41/23 46/1 60/6 60/9
60/10 60/12 60/18 65/2 66/16
those [11]   15/9 16/3 19/23 25/17 27/5
30/17 49/9 50/6 54/4 54/6 55/8
though [1]   60/25
thought [4]   31/11 40/1 40/4 45/2
three [4]   22/25 24/16 24/19 49/12
through [12]   11/6 16/13 18/11 18/16
20/13 29/18 30/14 32/8 36/7 37/5
57/25 67/4
throughout [2]   35/15 62/22
throughs [1]   20/4
time [14]   6/19 6/24 7/17 8/9 29/25 32/9
32/24 35/15 37/18 41/8 42/22 51/22
52/11 58/21
times [1]   35/20
title [1]   15/1
TN [3]   3/13 3/19 3/24
today [7]   8/18 23/17 33/15 34/25 50/4
50/8 60/19
together [2]   26/25 27/2
told [15]   29/7 29/9 30/7 37/6 50/3 50/4
50/7 50/8 50/11 58/18 59/2 59/3 59/7
63/5 64/19
too [2]   8/18 48/14
took [6]   10/18 14/10 16/17 23/25 24/2
59/5
tool [1]   47/14
towards [1]   29/15
Tracy [2]   17/15 23/2
train [2]   41/8 41/21
trained [1]   41/2
training [2]   41/20 41/24
transcript [2]   66/10 67/5
transfer [1]   58/9
transferred [1]   44/4
transferring [2]   57/1 60/1
Trauger [1]   1/6
treatment [1]   30/16
true [5]   44/23 53/6 60/15 66/10 67/5
try [4]   9/5 17/9 43/2 47/6
trying [2]   9/21 39/17
turn [1]   20/23
Twenty [1]   35/1
two [8]   18/4 19/20 19/23 21/20 22/12
55/7 56/12 61/11
type [3]   30/17 57/17 60/10
typed [1]   60/11
typical [1]   32/17
typing [2]   60/9 60/12

## U

Uh [1]   60/8
Uh-huh [1]   60/8
under [6]   28/23 40/5 40/7 40/13 43/10
50/8
undergoing [1]   62/5
undergraduate [2]   12/23 12/24
underperforming [1]   52/12

understand [6]   9/4 9/5 9/10 26/13
26/17 30/9
understanding [8]   5/13 19/15 45/23
48/14 58/12 58/14 58/19 58/21
understands [1]   26/14
Union [4]   11/24 12/12 12/22 13/15
UNITED [1]   1/1
University [7]   11/24 12/7 12/12 12/23
13/3 13/4 13/6
unless [1]   26/23
until [2]   17/11 37/14
unweighted [2]   34/6 34/16
up [10]   6/5 17/11 29/2 33/5 48/20
49/10 56/22 60/16 60/17 64/5
us [5]   33/15 50/4 50/8 54/15 62/24
use [8]   42/6 42/10 42/13 42/14 42/18
42/20 42/23 47/14
used [3]   34/24 35/5 42/7

## V

variety [1]   18/18
versa [1]   47/12
very [10]   6/24 7/6 7/7 19/4 26/21 29/15
35/13 44/14 44/23 64/21
via [2]   3/1 66/9
vice [1]   47/12
video [1]   33/18

## W

waived [1]   3/4
walk [1]   20/4
walk-throughs [1]   20/4
want [8]   8/24 9/22 18/6 28/17 32/6 33/4
59/15 60/16
wanted [1]   45/7
was [153]
wasn't [9]   7/7 11/18 41/20 45/23 50/6
52/2 54/7 54/23 56/5
way [3]   26/19 49/10 66/15
ways [1]   18/18
we [43]   6/12 8/6 10/16 10/16 17/11
19/7 20/4 20/4 20/5 20/5 20/6 20/11
20/12 20/19 20/19 20/20 20/22 20/22
20/25 21/12 21/17 30/19 33/6 33/18
37/18 39/13 46/21 47/1 47/3 47/4 47/5
47/14 52/9 52/14 52/15 52/15 52/17
52/24 60/18 61/10 61/12 62/22 62/22
we'll [1]   61/20
We're [2]   8/21 33/24
web [1]   48/23
web-based [1]   48/23
Webb [3]   56/1 56/10 56/10
website [1]   32/13
weighted [6]   32/25 34/7 34/7 34/15
34/24 35/4
well [7]   7/8 25/25 27/5 32/12 35/2
47/11 47/12
went [4]   47/5 63/12 64/9 64/10
were [71]
what [78]
what's [1]   32/8
when [39]   6/16 6/19 6/21 7/23 9/15
11/3 12/17 12/22 12/23 13/1 13/9
13/15 17/5 18/13 27/2 37/15 27/19
30/18 33/4 36/1 37/4 37/15 37/24
38/17 39/14 40/9 41/1 41/6 42/6 45/24
55/1 55/15 55/16 56/2 56/4 56/15 59/3
59/5 63/19
where [16]   11/21 11/23 12/11 13/15
13/22 14/13 14/16 17/2 23/11 55/18

62/18 62/24 64/7 64/8 64/9 64/11
WHEREUPON [1]   60/20
whether [8]   28/12 31/11 35/4 49/25
51/9 62/9 62/13 62/19
which [1]   20/12
White's [24]   15/6 16/17 22/17 24/12
24/14 24/21 24/22 25/1 44/17 44/17
47/20 47/25 48/6 48/9 50/12 52/20
52/21 53/2 53/7 54/14 55/9 58/15 61/5
61/6
who [44]   5/22 5/25 6/3 8/4 8/6 8/12
10/18 16/17 16/20 23/1 23/22 24/2
24/14 25/3 25/9 27/17 28/7 28/22 29/1
36/2 36/4 36/8 37/18 38/4 38/6 40/3
41/11 41/13 42/24 45/18 53/12 53/16
53/21 54/6 55/8 55/25 57/8 57/10
57/11 58/25 59/2 59/3 59/7 63/8
who's [1]   53/11
whoever [1]   42/7
whole [2]   8/21 63/22
whose [1]   27/16
why [8]   18/10 37/9 37/20 42/18 55/19
58/17 58/18 58/18
will [1]   13/9 51/4 52/14
Williamson [1]   64/4
winter [1]   47/22
within [6]   14/18 19/13 23/8 23/16 23/17
26/20
witness [1]   5/2
Woodland [1]   3/13
Woods [2]   53/22 54/2
work [11]   5/14 13/14 13/22 14/16 19/2
20/1 20/12 51/4 52/14 56/15 63/17
worked [1]   27/17
would [36]   5/5 9/11 16/14 19/11 19/24
19/25 20/3 21/5 27/2 34/21 35/17 40/4
40/10 40/12 42/9 42/12 42/18 42/20
43/6 43/6 45/4 46/14 50/3 50/7 50/11
52/2 52/6 52/10 55/23 56/5 62/20
62/23 63/7 63/14 63/16 64/6
wow [1]   11/19
wrong [3]   7/1 26/19 45/3

## Y

year [76]
years [7]   14/5 17/17 18/14 18/16 34/23
35/1 35/2
yes [131]
you [367]
you'll [1]   8/9
you're [12]   10/21 14/19 18/13 20/13
20/16 22/20 26/13 31/4 39/14 41/18
55/21 63/19
you've [5]   50/4 50/8 53/10
your [47]   5/5 5/10 5/17 8/23 9/4 9/10
9/11 9/16 10/18 11/1 11/3 12/2 12/11
12/15 12/19 12/22 12/24 13/1 13/10
13/14 15/1 18/21 19/11 19/24 20/16
21/2 24/2 26/18 32/6 33/18 35/14
36/10 36/25 37/2 37/7 37/10 38/6 38/8
38/10 41/8 49/24 51/1 51/5 51/16
58/12 58/19 60/19
yourself [1]   11/20

## Z

zero [3]   32/7 58/25 59/5
zero percent [2]   58/25 59/5