1   IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE

2                  FOR THE MIDDLE DISTRICT
                      NASHVILLE DIVISION
3   _____
    JANE DOE,                           )
4                                       )
            Plaintiff,                  )
5                                       )
    v.                                  )   No. 3:20-CV-01023
6                                       )   Jury Demand
    THE METROPOLITAN                    )   Judge Trauger
7   GOVERNMENT OF NASHVILLE AND         )   Magistrate Judge
    DAVIDSON COUNTY, TENNESSEE          )   Holmes
8   AND DR. ADRIENNE BATTLE             )   Lead Case
                                        )
9           Defendants.                 )
    _____)
10  DR. LILY MORENO LEFFLER,            )
                                        )
11          Plaintiff,                  )
    v.                                  )
12                                      )
    THE METROPOLITAN                    )
13  GOVERNMENT OF NASHVILLE AND         )
    DAVIDSON COUNTY, TENNESSEE,         )
14  AND DR. ADRIENNE BATTLE             )
                                        )
15          Defendants.                 )
    _____)
16                                      )
    DR. JAMES BAILEY,                   )
17  DR. PIPPA MERIWETHER, and           )
    DR. DAMON CATHEY,                   )
18                                      )
            Plaintiffs,                 )
19  v.                                  )
                                        )
20  METROPOLITAN GOVERNMENT             )
    OF NASHVILLE AND DAVIDSON           )
21  COUNTY, TENNESSEE and               )
    DR. ADRIENNE BATTLE,                )
22                                      )
            Defendants.                 )
23  _____

24  The Deposition of:   MICHELLE MAULTSBY-SPRINGER
                         May 24, 2022
25

```
1
2
3
4
5
6
7   _____
8                    JANIE W. GARLAND
                     Briggs & Associates
9         222 Second Avenue North, Suite 340M
                 Nashville, Tennessee 37201
10                   (615)714-5350
11  _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          The deposition of Michelle
   Maultsby-Springer was taken by counsel for the
 2 Plaintiffs, by notice, in Nashville, Tennessee, on
   May 24, 2022, via remote means, pursuant to the
 3 provisions of the Federal Rules of Civil Procedure.
           All formalities as to notice, caption,
 4 certificate, reading and signing of the deposition
   are not waived.  All objections, except as to the
 5 form of the questions, are reserved to the hearing.

 6 _____

 7 APPEARANCES:

 8 For the Plaintiffs:

 9    Dr. James Bailey
      Dr. Lily Leffler
10    Dr. Pippa Meriwether
      Jane Doe
11
                      Ann Buntin Steiner
12                    Attorney at Law
                      Steiner & Steiner, LLC
13                    613 Woodland Street
                      Nashville, TN 37206
14                    asteiner@steinerandsteiner.com

15 For the Plaintiff:

16    Dr. Damon Cathey

17
                      Jesse Ford Harbison
18                    Attorney at Law
                      Jesse Harbison Law, PLLC
19                    P.O. Box 68251
                      Nashville, TN 37206
20                    jesse@jesseharbisonlaw.com

21

22 For the Defendants:
                      J. Brooks Fox
23                    Department of Law
                      Metropolitan Courthouse, Suite 108
24                    P.O. Box 196300
                      Nashville, TN 37219
25                    brooks.fox@nashville.gov
```

1
INDEX

2   Examination by Ms. Steiner  . . . . . . . .   Page  5

3   Examination by Ms. Harbison . . . . . . . .   Page 113

4

5                          EXHIBITS

6   No. 1 Howard Jones complaint  . . . . . . .   Page  31

7   No. 2 Sherman Swindall complaint  . . . . .   Page  38

8   No. 3 Excel spreadsheet-Priority school list Page  85

9   No. 4 School matrix . . . . . . . . . . . .   Page  88

10  No. 5 Excel – Success rates and percentiles   Page  98

11  No. 6 E-mail invitations for Microsoft
          Teams Meetings  . . . . . . . . . . .   Page 121

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>MICHELLE MAULTSBY-SPRINGER</u>,

called as a witness and, having been first duly

sworn, was deposed as follows:

<u>EXAMINATION BY MS. STEINER</u>:

    Q.   Okay.  Ms. Springer, Could you state your

full name for the record?

    A.   Yes.  I am Barbara Michelle

Maultsby-Springer.

    Q.   Ms. Springer, have you ever given a

deposition before?

    A.   No, I have not.

    Q.   Have you ever testified before?

    A.   No, I have not.

    Q.   Have you been a party to a lawsuit before?

    A.   Yes, I have.

    Q.   What type of a case and what -- were you

the plaintiff or defendant?

    A.   Perhaps I'm not -- I was named as being

part of a Metro Nashville Public Schools lawsuit.

    Q.   And who was the plaintiff?

    A.   Plaintiff was Mr. Howard Jones.  You know,

in the role that I'm in, I might be named at any

given time, but that's the one that I can recall.

    Q.   Okay.  And did you stay a party defendant

in that case, or were you let out; do you know?

1    A.   Can you describe what you mean by "let

2  out?"

3    Q.   Did the judge -- was there any sort of a

4  motion filed to dismiss you from the lawsuit that

5  may have been granted or denied?

6    A.   Not to my knowledge.

7    Q.   Do you know what happened to that lawsuit?

8    A.   I do not have any updates regarding that

9  lawsuit.

10     MR. FOX:  Let me object.  I think it calls

11  for a legal analysis.  I think the witness might be

12  not understanding what it means to be a party to a

13  lawsuit versus just a witness.  Part of the lawsuit.

14  BY MS. STEINER:

15    Q.   Ms. Springer --

16    A.   Well, then, no, ma'am.  The answer is no.

17  My apology for the confusion.

18    Q.   Okay.  Because that surprised me.  I

19  wasn't sure that you had been a party to anything,

20  but when Mr. Jones -- or is Dr. Jones?

21    A.   Mr. Jones, I believe.

22    Q.   Okay.  He was an assistant principal; is

23  that correct?

24    A.   Yes.

25    Q.   At which school?

1          A.    At John F. Kennedy Middle School.

2          Q.    What was -- when he was the assistant

3     principal, what was your job title?

4          A.    My role was the executive director.

5          Q.    And did you have any input in the decision

6     to terminate or to -- what happened to Mr. Jones,

7     was he terminated or was he demoted?

8          A.    Neither, to my knowledge.

9          Q.    Was there any plan to demote him or to

10    terminate him?

11         A.    Not to my knowledge, no.

12         Q.    Then why did he sue the district?

13         A.    I am uncertain about the details of why he

14    sued the district.

15         Q.    Did you know -- who was the principal of

16    J.F. Kennedy?

17         A.    At the time was Sam Braden.

18         Q.    And did Howard Jones have any complaint

19    about Sam Braden?

20         A.    I don't want to speak for Mr. Jones, so I

21    can't speak on behalf of Mr. Jones.

22         Q.    Dr. Springer, I want you to speak on

23    behalf of yourself.  Do you know of any complaints

24    that Mr. Jones brought against Mr. Braden?

25         A.    Now, complaints that he brought against

1   Mr. Braden?

2        Q.   Yes.

3        A.   Yes.  In that, I believe that at the end

4   of year, there was a decision made by Mr. Braden

5   to -- for Mr. Jones to not return back to that

6   school, from my recollection.  And --

7        Q.   Did he nonrenew -- go on.

8        A.   Go ahead.  I interrupted you.

9        Q.   You can do that.  Was there something else

10  you wanted to add?

11       A.   No, not at this time.

12       Q.   And so then you were the executive

13  director over Sam Braden, who was the principal over

14  Howard Jones, correct?

15       A.   Correct.

16       Q.   Okay.  And when you said Sam Braden did

17  not want Howard Jones to return to J.F. Kennedy

18  school, did he nonrenew Howard Jones?

19       A.   Not to my knowledge.  It's not nonrenewed.

20       Q.   He was not nonrenewed, correct?

21       A.   Not to my knowledge.  Not to my knowledge.

22  I -- nonrenewing generally means that you are no

23  longer an assistant principal and to my knowledge,

24  he still remains an assistant principal at Metro

25  Nashville Public Schools.  He just did not return

1  back to J.F. Kennedy Middle School.

2       Q.   Do you know whether or not he was removed

3  from his assistant principal position and told he

4  was doing to be transferred to a lower level

5  position at another school?

6       A.   No, not no my knowledge.  In fact, to my

7  knowledge, he is currently an assistant principal at

8  a high school, and so that's a lateral move.

9       Q.   Do you know whether or not HR had to look

10  into multiple schools to find a position in a school

11  that would accept Howard Jones as an assistant

12  principal?

13       A.   No, ma'am.  I am not aware of that

14  process.

15       Q.   Okay.  Now, tell me everything that you

16  are aware of with regard to the Howard Jones

17  lawsuit.

18       A.   I'll repeat what I said earlier.  There

19  was concern for Mr. Jones regarding him not

20  returning back to John F. Kennedy to be the

21  assistant principal.  That's what I know about that

22  situation.  I also know that -- that Mr. Jones

23  clearly was not -- did not desire that outcome, from

24  my knowledge, and based upon the fact that he then

25  later, you know, went on to seek litigation.

1      Q.   Okay.  Now, if a complaint of sexual

2  harassment is filed against a principal, should that

3  be brought to the attention of the executive

4  director over that principal?

5      A.   Yes.

6      Q.   Okay.  And should the results of any

7  investigation concerning sexual harassment be

8  brought to the attention of the executive director?

9      A.   Yes.

10      Q.   Okay.  Were you made aware of any sexual

11  harassment investigations concerning Sam Braden?

12      A.   Yes.

13      Q.   Okay.  How many people complained about

14  Sam Braden sexually harassing them?

15      A.   To my knowledge, two.

16      Q.   Who were they?

17      A.   You're asking me to say their names and I

18  can't recall.  One being the -- one being the -- I

19  believe he served as the campus supervisor, and I

20  cannot recall his name off the top of my head.  And

21  then there was another teacher, who I believe was a

22  science teacher.

23      Q.   Do you recall what they said that Sam

24  Braden had done?

25      A.   One individual, the campus supervisor,

made claims that Mr. Braden made advances towards

him in a sexual nature, and the other, science

teacher, was about the way that he put his arm

around her at a faculty meeting, is what I remember.

Q.    Okay.  And that's it?

A.    Yes.

Q.    Okay.  And so for the first individual,

what was his specific complaint about Sam Braden?

A.    That he made sexual advances towards him.

Q.    What type of sexual advances?

A.    Verbal sexual advances.

Q.    Do you recall what was said or how it

occurred?

A.    I believe one incident, you know, was

perhaps a gentleman was in the principal's office

and he made sexual advances towards him.  And then

the other, like I said, happened during a faculty

meeting.

Q.    Okay.  We're going to show you a copy of

the complaint, and I want to ask you whether or not

the -- you recall the allegations in this complaint.

And Ms. Harbison is going to share the screen with

you, okay?

A.    Thank you.

Q.    Okay.  Ms. Springer, is that -- can I call

1    you Dr. Springer; is that okay?

2         A.    Certainly.  Thank you.

3         Q.    Or should it be Maultsby-Springer?

4         A.    Springer is fine.

5         Q.    Dr. Springer, do you recognize this

6    document that we're showing you on the screen?

7         A.    I believe that I have viewed it.

8         Q.    Is this the complaint that Howard Jones

9    filed against Metro Schools?

10        A.    Appears that is what this document is.

11        Q.    Let's go through this.  We're going to

12   scroll down and go through the allegations just

13   briefly.  Could you -- do you see this where it says

14   Howard Jones is vice principal at Stratford and

15   former vice principal at JFK Middle School; see

16   that?

17        A.    Yes.

18        Q.    Is that true?

19        A.    Correct.

20        Q.    And then let's go down.  Paragraph two

21   says, Defendant Metro Schools is a governmental

22   entity subdivision, State of Tennessee, okay.  Is

23   that true; do you know?

24        A.    True.

25        Q.    Go down to paragraph three, please.  Okay.

1    Let's go to allegations of fact.  Okay.  Paragraph

2    five where it says, Howard Jones has been an

3    employee of Metro Government and Metro Schools for

4    some 20 years.  He's been a pastor for three decades

5    and is devoted to instilling integrity in his pupils

6    by conducting himself in the highest of moral,

7    ethical standards; do you see that?

8        A.    I do.

9        Q.    Is that true?

10       A.    This appears to be what Mr. Jones is

11   stating.  Which piece are you asking me is accurate?

12       Q.    Paragraph five, do you see anything in

13   paragraph five that is not accurate?

14       A.    I am not certain about the number of years

15   he has served.  I am aware that he has been an

16   employee of Metro Schools, and I am aware that he

17   has served as a pastor.

18       Q.    Okay.  Do you see in paragraph six it

19   says, at the time of the conduct complained of

20   herein, he was a vice principal at JFK Middle and

21   executive principal was Dr. Sam Braden; is that

22   correct?

23       A.    Correct.

24       Q.    And then you see paragraph seven says,

25   Braden had for at least four years engaged in overt

sexual harassment of both men and women teachers.
This behavior included lewd and suggestive comments
and explicit demands for sex.

       Now, when you were executive director, was
that brought to your attention that there was an
allegation of that?

A.   Yes.

Q.   Do you see in the summer of 2017, Braden
encounters Mr. Sherman Swindall, who was delivering
a TV to Braden's home for Aaron Rents, and with no
application or background check of any kind, Braden
offered Swindle the position of head football coach
and Swindall accepted the job; is that true?

A.  I'm not certain regarding the hiring
details and how that transpired.  I do know that
Mr. Sherman Swindall, which was his name I could not
recall at the time, was employed with Metro Schools
at John F. Kennedy Middle.

Q.  And did Mr. Swindall make complaints of
sexual harassment against Mr. Sam Braden?  Dr.
Springer, did you hear me?  Dr. Springer, did you
freeze up?  Hello?

       MR. FOX:  I think her image is frozen.

       MS. HARBISON:  Looks frozen on my end,
too.

```
 1                  (Off-the-record discussion held.)

 2   BY MS. STEINER:

 3        Q.   Dr. Springer, can you see the complaint?

 4        A.   I can.

 5        Q.   Good.  Let's go down past paragraph seven,

 6   Dr. Springer.

 7                  (Requested portion of record read.)

 8                  THE WITNESS:  The answer is yes.

 9   BY MS. STEINER:

10        Q.   Do you see here where Braden -- where Mr.

11   Jones states that Braden, after hiring Swindall

12   immediately began to demand sexual favors from

13   Swindall, including demands for oral sex and that

14   Swindall rejected Braden's advances; do you see

15   that?

16        A.   I do.

17        Q.   Did you know that that occurred when you

18   were the executive director?

19        A.   I was made aware of it, yes.

20        Q.   Do you see where it says, paragraph nine,

21   Mr. Jones reported this conduct to human resources

22   where it was assigned to Scott Lindsey and that

23   Lindsey placed Braden on administrative leave?

24   Okay.  And do you see where it says that Sharon

25   Pertiller took the letter, tore it in pieces and
```

1  said we're not going to suspend Sam Braden; do you
2  see that?
3      A.   I do see that listed in this document.
4      Q.   Do you know whether or not any
5  investigation was done with regard to that?
6      A.   There was an investigation that was done
7  in regards to this allegation.
8      Q.   Let me ask you a question.  Let me stop
9  you a second.  Were you aware that -- were you
10  involved in any meeting with Dr. Battle about the
11  Sam Braden situation?
12      A.   Not to my recollection.  You're asking if
13  I had been in a meeting with Dr. Braden, Dr. Battle
14  and myself, is that what you're asking?
15      Q.   No.  Dr. Battle.  Were you discussing this
16  situation of sexual harassment about Sam Braden?
17      A.   Her being my supervisor, I am imagining
18  that I had to certainly, you know, make her aware of
19  the allegation.
20      Q.   And did you know that Sam Braden was Dr.
21  Battle's teacher when she was in school?
22      A.   I'm not aware.
23      Q.   Did you know -- did you hear Dr. Battle
24  make any statements that she was not going to
25  discipline Sam Braden because he was her teacher

1   when she was in school?

2      A.   No.  I am not aware of that at all, and if

3   that was said, that would be outside and out of

4   alignment of common practice.

5      Q.   That would be a violation of policy,

6   correct?

7      A.   Correct.  When allegations are made, they

8   have to be investigated.

9      Q.   Do you see here where it says Braden

10   retaliated?  Paragraph ten.  Let me ask you this, do

11   you know whether or not the complaints against Sam

12   Braden were investigated when first brought to HR?

13      A.   To my knowledge, yes.  When they were

14   brought to my attention, they certainly were

15   investigated.

16      Q.   Was Braden left in his position?

17      A.   Based upon what I can recall, Mr. Braden

18   was -- ultimately resigned from his position.

19      Q.   Was he left in his position when the --

20   because you see paragraph ten, it says Braden

21   retaliated, he threatened Swindall with termination

22   and told him he would make it impossible for him to

23   get hired with Metro again?  Braden was still in his

24   position for a bit after allegations were raised,

25   correct?

1      A.   I am not an HR expert.  What I will say

2  is, I believe there is due process in that with an

3  investigation, there's a determination by HR to

4  either place an administrator on leave or not.  And

5  I'm thinking back to the case, I can recall that

6  Mr. Braden was ultimately then placed on leave is

7  what I do recall, and then ultimately resigned.

8      Q.   Okay.  So my question to you is different.

9  As the executive director of Sam Braden, was there

10 any time after the complaint was brought to HR and

11 to your attention that Braden was allowed to return

12 to his job as principal?

13     A.   I believe that he may have returned for a

14 few days.  I can't recall the number of days at all,

15 but then shortly after that, placed on leave and

16 ultimately resigned.

17     Q.   Who made the decision to allow Braden to

18 return to his job?

19     A.   Those decisions are made by human

20 resources.

21     Q.   It's my understanding human resources

22 recommends that and the administration either

23 accepts or denies the recommendation, correct?

24     A.   I believe that HR writes letters for

25 leave, termination, et cetera.  That is the process

1   that I know and am aware of.

2       Q.   Does the administration have to approve

3   HR's recommendation?

4       A.   Can you clarify what you mean by

5   administration?  Do you mean human resources?

6       Q.   No, I mean when HR makes a

7   recommendation -- and let me ask you this.  Is it

8   true that HR only makes recommendations, doesn't

9   actually make the decision?

10      A.   To be quite honest with you, during that

11  time, what I can recall, that's an HR process and HR

12  would make the ultimate decision in, you know,

13  concert with whatever evidence that they have before

14  them, as the expert.

15      Q.   Did Dr. Battle have any input into any of

16  these decisions concerning Braden?

17      A.   Based upon common practice and practice,

18  we will consult and move at the direction of HR in

19  these decisions.  Certainly, you know, there will be

20  conversation about any evidence or information

21  concerning the allegations, but, ultimately, to my

22  knowledge, this is an HR process.

23      Q.   Okay.  Now, do you see where it says that

24  Braden, paragraph ten, attempted to involve the

25  school bookkeeper and front desk clerk in abusive

behavior asking them to state falsely Mr. Swindall

was chronically late for work, and then he began to

threaten these women with being written out of the

budget.  Did you know that was going on under you in

a school that you were the executive director for?

A.   I believe in the HR process, there were

interviews that were conducted, and this is part of

the information that was gathered from the

investigation, so I was made aware through the

investigative process.

Q.   So you were aware then that Mr. Howard --

what's his name?  Could you go up just about three

paragraphs, please?  Howard Jones.  Go back to where

you were.  Thank you.

Were you -- so you were aware that

Howard -- that Howard Jones had made the allegation

that Braden had threatened Swindall with

termination, and that he would never be able to get

hired with Metro again, and that he also threatened

the bookkeeper and front desk clerk, that they

needed to falsify records that Swindall was

chronically late for work.  You knew of those

allegations, correct?

A.   Yes, through the investigative process, I

was made aware of those allegations.

1      Q.   Okay.  Now, if you go down to paragraph

2    11, please.  And did you know that Howard Jones had

3    given a statement to HR that documented what we've

4    gone through about the sexual harassment of

5    Swindall, and that Braden threatened two employees

6    to falsify -- one to falsify records and threatened

7    them with their job if they did not do that?  Did

8    you know that Howard Jones gave a statement to HR

9    about that?

10     A.   My apologies, you kind of went in and out.

11   Can you repeat that, please?

12     Q.   Did you know that Howard Jones had given a

13   statement to HR documenting everything that's in

14   this complaint about the sexual harassment of

15   Swindall and that Braden had wanted two employees to

16   falsify records so he could retaliate against

17   Swindall, and he threatened the employees that if

18   they didn't falsify records, their jobs would be

19   written out of the budget; did you know that?

20          MR. FOX:  Objection to form.

21          THE WITNESS:  I heard all the way up until

22   that end.

23   BY MS. STEINER:

24     Q.   Did you know that Howard Jones had given a

25   statement to HR that documented the sexual

1   harassment of Swindall by Sam Braden?

2       A.   Yes.  Given that this is all included in

3   the investigative process, yes, I would have been

4   made aware.

5       Q.   Did you know that Howard Jones had also

6   told HR that Sam Braden had threatened two other

7   employees, that they needed to falsify records so he

8   could fire Swindall, and if they didn't falsify the

9   records, they were going to lose their jobs; did you

10  know that?

11      A.   Yes, I found out through the investigative

12  process.

13      Q.   Okay.  Did you know that in paragraph 12

14  that Sam Braden's secretary complained to Howard

15  Jones that Braden had ordered her to write a

16  statement accusing Swindall of chronic tardiness and

17  that that statement was false, but that she wrote

18  the letter for Braden but said it was per his

19  instructions, and then she told plaintiff that

20  Braden was firing her; did you know that?

21      A.   I recall this being part of the

22  investigative information that was submitted, yes.

23      Q.   Did you know that Howard Jones reported

24  that to HR?

25      A.   I believe he did report this to HR through

1     the investigative process.

2        Q.   Okay. And then did you know that Howard

3     Jones got a letter telling him he was terminated?

4        A.   No, I am not aware of a letter that was

5     submitted that indicated that Mr. Jones was

6     terminated.

7        Q.   Did you know that Mr. Jones had made an

8     allegation in his complaint that he got a letter

9     telling him he was terminated?

10        A.   I do not recall a letter that would

11     indicate that he was terminated, given that he was

12     not being terminated and is now still an assistant

13     principal with Metro Schools.

14        Q.   Do you see in paragraph 13 where Howard

15     Jones states that he complained to Sharon Pertiller

16     and to you, and that he was told -- if we can move

17     down just a bit on paragraph 13. He was told that

18     Sam Braden could fire whoever he pleased; do you

19     recall that occurring?

20        A.   I do not.

21        Q.   Okay. Well, then Howard Jones says he

22     filed charges with the EEOC about his termination;

23     do you recall that occurring?

24        A.   I recall him submitting a formal

25     complaint, but this is certainly -- I was not part

```
 1    of the conversation with Mr. Jones or Ms. Pertiller
 2    together in which that comment was made, so I am --
 3    about him being fired and that the principal can
 4    fire who he would like to fire, I was not a part of
 5    that conversation at all.  So I am aware that
 6    Mr. Jones did file a formal complaint.
 7         Q.   And so you were his executive director,
 8    correct?
 9         A.   Correct.
10         Q.   And you had --
11         A.   At John F. Kennedy, yes.
12         Q.   -- and you had a job duty for knowing who
13    was fired and who was not fired and for the reason
14    they were fired for the employees under you,
15    correct?
16              MR. FOX:  Objection.  I'm not sure that
17    last answer was stated corrected.  I think you both
18    were talking on top of each other.
19              MS. STEINER:  Could the court reporter
20    read back the question to make sure we got it.
21              (Requested portion of record read.)
22    BY MS. STEINER:
23         Q.   Dr. Springer, you were Howard Jones'
24    executive director when he was at J.F. Kennedy,
25    correct?
```

1      A.    I was the executive director of John F.

2   Kennedy, yes.

3      Q.    And you had a job duty for knowing who

4   were the employees in the schools that reported to

5   you and whether or not anyone, especially an

6   associate principal had been fired for any reason,

7   correct?

8      A.    Correct.

9      Q.    Okay.  And did -- so then you had a job

10  duty for knowing that Howard Jones had been fired,

11  correct?

12     A.    Mr. Jones was not fired.  He is an

13  assistant principal at Stratford High School.

14     Q.    Dr. Springer, you have a job duty for

15  knowing beforehand if a letter was going to be sent

16  to Howard Jones firing him, correct?

17     A.    For individuals that were being

18  nonrenewed, terminated, et cetera, typically that we

19  are made aware of these types of changes.

20     Q.    Is a nonrenewal a termination?

21     A.    No.

22     Q.    When is a nonrenewal not a termination?

23     A.    Nonrenewal?  I am not an HR expert, but as

24  I recall, being a nonrenewal, not eligible for

25  rehire is the terminology, there is a difference.

1    Q.    Okay.  So then if someone is nonrenewed,
2    typically they are not eligible for rehire, correct?
3    A.    That is not correct.
4    Q.    Okay.  If someone is nonrenewed, are they
5    either then eligible for rehire or not eligible for
6    rehire?
7    A.    Some staff members are eligible for rehire
8    and some are not.
9    Q.    Okay.  So then if someone is nonrenewed,
10   if they want to work for Metro Schools, they have to
11   go in and apply like someone from -- who is not even
12   in the school system, correct?
13   A.    I think -- again, this is HR.
14   Q.    Excuse me?
15   A.    I thought someone was speaking.
16   Q.    I'm coughing.  I'm sorry.
17   A.    Okay.  No, an HR process and, again, I am
18   not the HR guru, what I will say is, though, that is
19   an HR -- that is an HR process.
20   Q.    Have you ever recommended someone not be
21   nonrenewed?
22   A.    As a principal in my tenure, I am certain
23   that I have.
24   Q.    Okay.  And when you say someone is to be
25   nonrenewed, you mean you don't want them any more in

1    the school system, correct, unless they apply for a

2    job?

3         A.   That means that that individual would not

4    return back to that school.

5         Q.   Nonrenewal is not a transfer, correct?

6         A.   Nonrenewal can be a transfer.  That can

7    ultimately be one of the outcomes.

8              MS. HARBISON:  Ann, can we break?

9              MS. STEINER:  Can I ask one question

10   before we break?

11             MS. HARBISON:  Yeah.

12   BY MS. STEINER:

13        Q.   Ms. Springer?

14        A.   Yes.

15        Q.   Could you please stop muting your mic?

16        A.   Certainly.

17        Q.   You're not talking or texting with anyone

18   in this deposition, are you?

19        A.   Oh, no, ma'am.  I am simply just

20   accustomed to using Zoom, and when you're not

21   speaking, you typically mute your mic so that you

22   aren't, you know -- that's a typical practice, so I

23   will maintain my mic.

24        Q.   Thank you.

25             MS. STEINER:  We're going to take a break

1    for just about five minutes.

2              (Brief break observed.)

3    BY MS. STEINER:

4         Q.    Dr. Springer, a nonrenewal is not the same

5    as a transfer, correct?

6         A.    Nonrenewal is not the same as a transfer.

7    A nonrenewal means you can -- you will not be coming

8    back to the current school.  You can apply -- you

9    know, go through the process of going to another

10   school.  So to answer your question, I guess that's

11   a yes.  They are two different things, but could end

12   up being similar, the same thing.

13        Q.    But applying -- having to apply for a job

14   is not the same thing as a transfer, correct?

15        A.    I imagine in most cases, that is correct.

16        Q.    Now, was it determined that Braden had

17   sexually harassed Swindall?

18        A.    I believe there was enough evidence to

19   warrant a response, so, yes, there was evidence that

20   was presented that Dr. Sam Braden did harass the

21   other -- the individuals that were -- made the

22   claims.

23        Q.    Besides -- and that's sexually harassed,

24   correct?

25        A.    That was the nature of the allegation,

1    yes.

2          Q.    And the other individuals, there were

3    women who also claimed they had been sexually

4    harassed by Braden, correct?

5          A.    It was the science teacher I referred to

6    earlier, yes.

7          Q.    Okay.  And then there were teachers who

8    also alleged they were retaliated against for

9    reporting the harassment, such as Howard Jones,

10   correct?

11         A.    Yes.  Mr. Jones did state that he was

12   being retaliated, he felt he was being retaliated

13   against.

14         Q.    And he wasn't the only one, Mr. Swindall

15   and the two women also felt they were being

16   retaliated against, correct?

17         A.    That is, from my knowledge, I know for

18   Mr. Swindall, that was part of his allegation, as

19   well.

20         Q.    And did Metro Schools determine that there

21   was retaliation going on?

22         A.    I do not have the HR response right in

23   front of me, but -- so I don't have the HR response

24   right in front of me.  I do know that there was

25   evidence that you submitted that would suggest that

1    that indeed took place.

2         Q.   Okay.  And when you were the executive

3    director, who was your supervisor?

4         A.   My supervisor was Dr. Adrienne Battle.

5         Q.   Okay.  What was her position?

6         A.   At the time, her position was -- I believe

7    they referred to as community superintendent.

8         Q.   Were you told or instructed by anyone at

9    Metro that retaliation was illegal with regard to

10   the Sam Braden matter?

11        A.   Yes.

12        Q.   Who told you?

13        A.   Retaliation -- HR, human resources, you

14   know, has stated, you know, throughout my service in

15   Metro Schools and in this regard, that retaliation

16   is unacceptable and inappropriate.

17        Q.   When Sam Braden was put back into Metro

18   Schools after the complaints of retaliation and

19   sexual harassment were filed, were there any

20   protections put in place to protect the workers

21   under him for retaliation -- from retaliation?

22        A.   I can recall a conversation regarding --

23   you know, as we would with anyone, that it will not

24   be -- retaliation isn't tolerated, and that there

25   should not be any discussion regarding this matter

1  with anyone in the school.

2      Q.   Was there any protections put in place to

3  stop Sam Braden from retaliating?

4      A.   As a professional, when your immediate

5  supervisor and others in the human resources

6  department make it very clear and clarifies

7  expectations, that retaliation is not acceptable.

8  That is certainly a safeguard that is put in place,

9  not only in this case, but any case in Metro

10 Schools.  And that there should not be any

11 communication regarding this matter at all.

12          MS. STEINER:  Okay.  Now, could we have

13 that complaint marked Exhibit Number 1, and then I

14 want to show you another complaint.

15                      (WHEREUPON, the

16                      previously-mentioned document was

17                      marked as Exhibit Number 1.)

18 BY MS. STEINER:

19     Q.   Do you recognize this complaint,

20 Ms. Springer?  It's got Sherman Swindall, Sonji

21 Collins, Marcus Kinnon and Scott Lindsey?

22     A.   Yes.

23     Q.   Do these individuals all claim they were

24 retaliated against?

25     A.   Mr. Swindall, Sonji Collins, which is who

1    I was referring to.  I believe she was a science

2    teacher.  I'm not certain about Mr. Mark Kinnon and

3    his allegation of the retaliation.  Perhaps so, but

4    if you scroll down, we can confirm one way or the

5    other.  And Scott Lindsey, I believe he is part of

6    the -- at the time, serviced in human resources, so

7    I am not certain what his allegation was.

8         Q.   Were you aware that Scott Lindsey claimed

9    that he found discrimination and filed the sexual

10   conduct and that he claims he lost his job as a

11   result of that?

12        A.   I recall that being, just based upon this

13   information, I can recall that being part of a

14   discussion or information.

15        Q.   Could we go down to the first few

16   paragraphs really quick.  Keep going.  We have

17   confirmed that Swindall did complain of retaliation,

18   correct?

19        A.   Correct.

20        Q.   And you knew of that when the complaints

21   were made, correct?

22        A.   Correct.

23        Q.   Okay.  Keep going down.  Ms. Collins, I

24   believe she is the lady that you testified about

25   earlier, and she claimed that he was making sexual

1  advances towards her, correct?

2      A.    Correct.

3      Q.    Keep going down.  Okay.  Do you see

4  paragraph 33, 34 of this complaint that I'm showing

5  you right now that sets forth the specific

6  complaints Collins had made about Braden, that he

7  actually threatened to grab her in front of a bunch

8  of people?

9      A.    Yes.  Yes.

10     Q.    And he actually said on May 23, 2017,

11  don't make me grab you out here and kiss you; do you

12  see that?

13     A.    Yes.

14     Q.    Do you know of those allegations when they

15  were made?

16     A.    Yes, when they were made.

17     Q.    Do you see in paragraph 35 it says, in

18  retaliation for rebuffing Braden's sexual advances,

19  he began spreading false rumors about her to other

20  teachers.  Could you scroll down just a bit?  Okay.

21          And he said that Ms. Collins wanted his

22  body and that he and Collins had engaged in touching

23  and kissing, all of which was false; do you see

24  that?

25     A.    I do.

1    Q.   Okay.  Did you know of these allegations

2    when they occurred?

3    A.   When I was made aware of.  Not certain

4    exactly when they occurred, if they occurred that

5    year, a multitude of years, when I was made aware of

6    it, that is when -- that is when I found out, yes.

7    Q.   Can we go down to paragraph 39?  Do you

8    see where then she claims that he began to reprimand

9    her with false reprimands and calling a uniformed

10   police officer into the meetings to intimidate her.

11   Did you know of those allegations when they

12   occurred?

13   A.   When I was made aware of, yes.

14   Q.   And that's when you were the executive

15   director over JFK, correct?

16   A.   In terms of a timeline when exactly this

17   incident occurred, specifically, I would need to

18   know the date of that specific incident.  I was the

19   executive director over JFK when this information

20   was shared in a formal manner.

21   Q.   Could you go on down.  You know that Ms

22   Collins claimed that Braden retaliated against her,

23   correct?

24   A.   Correct.

25   Q.   Go down to the next group.  Go down to

1  Marcus Kinnon.  Do you see where Mr. Kinnon said he

2  transferred to JFK?

3       A.   I do.

4       Q.   Do you know that Kinnon claimed that

5  Braden told him he was eye candy and that he could

6  do to him whatever he wanted to do?

7       A.   When I was -- when this was brought to my

8  attention, yes.

9       Q.   Go down.  Do you see, too, where -- keep

10 going down.  Do you see, too, where Kinnon claims

11 that Braden began to scrutinize his work when he

12 rejected his sexual advances and that he made

13 working conditions intolerable; do you see that?

14      A.   I do see that.

15      Q.   Did you know what when you were the

16 executive director over JFK?

17      A.   No.  When I became aware of it is when I

18 found out about it.

19      Q.   And you were the executive director,

20 correct?

21      A.   Yes.

22      Q.   Go down a bit.  Do you see why it says

23 that Swindall -- that Braden began spreading false

24 rumors that Mr. Kinnon's partner was a pedophile;

25 did you know that allegation?

1      A.   The only way I was made aware of this

2   allegation is through the investigative process, and

3   so -- and litigation process -- and/or litigation

4   process.

5      Q.   Keep going down a bit.  Okay.  Do you see

6   where it says Kinnon had to transfer because of

7   mental stress he was suffering?

8      A.   I do see that in this complaint.

9      Q.   Keep going down a bit.  And did you also

10  know that Scott Lindsey had claimed that he had been

11  retaliated against and terminated by Metro as a

12  result of his actions in the Braden matter?

13     A.   Only through, you know, reading documents

14  as a part of this litigation process, like that's

15  when I was made aware.  I was not intricately

16  involved in that aspect at all.

17     Q.   Let me ask you a question about this.

18  Would you not agree that the allegations against Sam

19  Braden are egregious?

20     A.   The allegations against Sam Braden are

21  egregious.

22     Q.   Okay.  And once you read about this, it's

23  hard to forget about these five allegations,

24  correct?

25     A.   You know, as with any situation, in terms

1  of like specificity and dates and times and things,

2  those pieces may not come automatically back to the

3  forefront, but I have a knowledge, which you have

4  asked me about if I am aware of these allegation.

5      Q.   And you were, correct?

6      A.   I am, correct.

7      Q.   And I assume that they're allegations that

8  you, as well have difficulty to forget?

9      A.   Can you define difficult to forget?  I am

10 very much aware of the case against Mr. Sam Braden.

11     Q.   Okay.  So then when I first asked you

12 about this in the very beginning of your deposition,

13 would you agree that your response really wasn't

14 accurate?

15     A.   Tell me more.

16     Q.   Do you recall your response when I first

17 asked you about this and you vaguely remembered it?

18     A.   I don't remember using the word vaguely.

19 Can you please tell me more?

20     Q.   Do you recall at the very beginning of

21 this deposition when I asked you about the Sam

22 Braden matter, and you really did not volunteer much

23 information; would you agree to that?

24     A.   I answered your questions.  Yes, I believe

25 that I've answered the questions regarding the

1    incident.  In the beginning, I think I was unclear

2    about what you were asking regarding if I was

3    involved in a litigation case, I was a bit confused.

4         Q.   Now, let's have this complaint marked

5    Exhibit Number 2 to your deposition today.

6                        (WHEREUPON, the

7                        previously-mentioned document was

8                        marked as Exhibit Number 2.)

9    BY MS. STEINER:

10        Q.   Ms. Springer --

11        A.   Yes, ma'am.

12        Q.   -- would you agree that while Sam Braden,

13   after the complaints were made, while Sam Braden was

14   allowed to go back into his job for a certain amount

15   of time, that the individuals who complained,

16   whether it be Swindall, whether it be Howard Jones,

17   whether it be the other individuals that were

18   involved in Exhibit Number 2, that if you complained

19   or reported the complaints, you were either demoted

20   or lost your job, but if you were the harasser, you

21   kept your job for a short period of time?

22        A.   Are you asking if I agree with that

23   statement?

24        Q.   Yes.

25        A.   No.  No.  That is not exactly how I would

surmise what you're saying, I would say that like

Mr. Jones, for instance, he did not, you know, lose

his job. You know, he is still an assistant

principal with Metro Schools, you know, so I do not

agree with what you're sharing.

Q. Okay. So if that is not true, if he

actually received notice that he was being

terminated, then would you agree with what I'm

saying?

A. If he agreed -- can you restate that,

please?

Q. If Howard Jones was actually told he was

fired, would you agree then that the individuals who

reported, either the harassment of themselves or

harassment of others, were either demoted or fired

while Sam Braden kept his job for a short period of

time?

A. No. Because to my knowledge, Mr. Jones

was not demoted or fired, so, no, I would not say

that. What I will say is that -- that -- no, I

would not say that, no, ma'am.

Q. Would you agree that Scott Lindsey lost

his job after filing retaliation?

A. I am not certain about the intricate

details of the Scott Lindsey case.

1    Q.   Okay.  Would you agree --

2    A.   I don't know if he was fired or not.

3    Q.   Would you agree that the other individuals

4 named in this complaint, the second complaint,

5 were -- lost their jobs when they complained of the

6 harassment?

7    A.   Based on what you've shared, Mr. -- no, to

8 that question.  For an example, Mr. Kinnon, I

9 believe mentioned he transferred to another job or

10 another school, so, no, that statement would not be

11 accurate based on what you shared earlier.

12   Q.   When this investigation was going on, you

13 received notice of it because you were the executive

14 director, correct?

15   A.   That is correct.

16   Q.   And Dr. Battle received notice because she

17 was the associate superintendent; is that correct?

18   A.   I believe at the time, the title was

19 community superintendent.

20   Q.   And she would have received notice of what

21 was going on with this investigation, correct?

22   A.   Received updates along the way, is that

23 what you're asking?

24   Q.   Yes.

25   A.   Common practice would be that she received

1   updates along with way, yes.

2       Q.   And did you hear Dr. Battle make any

3   statements that she did not believe the allegations

4   because she knew Sam Braden?

5       A.   No.  I do not recall that statement being

6   made.

7       Q.   Now --

8       A.   Let me be clear.  The statement was never

9   made to me.

10      Q.   Do you know Dr. Leffler?

11      A.   Yes.

12      Q.   Okay.  And my understanding is that you

13  were promoted to be an associate superintendent; is

14  that correct?

15      A.   I was -- I served in that role as interim,

16  yes.  It was associate superintendent.

17      Q.   Were you ever a community superintendent?

18      A.   I believe when Dr. Battle shifted to

19  become the interim superintendent or director of

20  schools, I'm trying to remember if it was called

21  community superintendent or associate superintendent

22  at the time, I can't recall, but, yes, I served as

23  interim superintendent during the time she took on

24  the role in the spring.

25      Q.   When did you become an associate

1   superintendent?

2        A.    When she became the interim director of

3   schools.

4        Q.    And when was that?

5        A.    That was back in spring 20 -- it was when

6   the tornadoes hit, so spring of 2019.

7        Q.    Now, the tornadoes hit in the spring of

8   2020.

9        A.    Pardon.  Sorry, 2020.  My apologies.

10       Q.    Okay.  And what was your position before

11  you became an associate superintendent?

12       A.    Executive director.

13       Q.    Okay.  So then you had only been an

14  associate superintendent for a few months before

15  those positions were eliminated, correct?

16       A.    No.  I was the interim superintendent for

17  that spring and then that following school year.

18       Q.    Okay.  So then you became the associate

19  superintendent sometime in the spring of 2019?

20       A.    Yes.

21       Q.    Then the tornado struck in spring of 2020,

22  correct?

23       A.    And then the pandemic hit, yes.

24       Q.    Now, did Dr. Lily Leffler report to you

25  when you were an associate or community

1    superintendent?

2        A.    No.

3        Q.    Were you promoted to that -- is that

4    position, community superintendent, was that

5    considered a promotion?

6        A.    It was.

7        Q.    Okay.  And what was your pay as community

8    superintendent?

9        A.    Let's see.  I feel like it might have been

10   140, something around in there.  I don't know if I

11   am totally accurate.

12       Q.    What is your current pay?

13       A.    Current pay as chief of student support

14   services is $185,000.

15       Q.    Okay.  Who -- and did Dr. Battle appoint

16   you as a community superintendent?

17       A.    As director of schools, I remained in that

18   role.  She was director of schools, and I remained

19   in that role after serving as interim.

20       Q.    Who promoted you to be the interim

21   superintendent?

22       A.    The director of schools.

23       Q.    Dr. Battle?

24       A.    Yes.

25       Q.    Okay.  And what is your current position?

1     A.   Chief of student support services at Metro

2  Nashville Public School.

3     Q.   When did you get this job?

4     A.   I was hired in this position, oh, fall --

5  this is running together, fall of 2020, that's when

6  we -- yes, fall of 2020.

7     Q.   And now you currently make 185,000?

8     A.   Yes.

9     Q.   Okay.  When you were promoted to be the

10  chief of student support services, that was

11  considered a promotion, correct?

12     A.   Yes.

13     Q.   Okay.  And you got an increase in pay when

14  you went from associate superintendent to chief of

15  student services, correct?

16     A.   That would be accurate.

17     Q.   And it's my understanding that you were

18  actually appointed to that position by Dr. Battle;

19  is that correct?

20     A.   No.  Actually how it went, it was an

21  interview process, and I was selected as the final

22  candidate in serving in the role.

23     Q.   And what was the date of your interview?

24     A.   The date of my interview, 2020, and it

25  was -- had to have been May 2020.

```
 1        Q.    And can you pull up -- do you have access

 2   to your calendar?

 3        A.    Certainly.  If you want me to have access,

 4   if that's allowed?

 5        Q.    I would like for you to pull up the exact

 6   date of your interview.

 7        A.    Certainly.

 8        Q.    Thank you.

 9        A.    Give me one moment.  I have it.  It was in

10   May.  May 20, 2020.  I should remember that.

11        Q.    And who did you interview with?

12        A.    Human resources and director of schools.

13        Q.    Who in human resources did you interview

14   with?

15        A.    At the time, Chief Christopher Barnes.

16        Q.    Do you know if anyone else interviewed for

17   that position?

18        A.    I am not certain at all.

19        Q.    Did you know that HR was told when

20   questioned about that, that you were appointed to

21   that position?

22        A.    You know, that was one of the most intense

23   interviews that I've ever had.  I was -- I don't

24   know what you mean by appointed, but I do know that

25   I went through an interview process, I was selected
```

1   as a final candidate, and now I serve in that role.

2   That is what I know about the process, and that is

3   typically common practice.  So I am not certain who

4   else applied, and I certainly wasn't appointed in

5   the manner in which I'm thinking about it, because I

6   engaged in an interview process that was quite

7   robust and intense.

8       Q.   Did you personally think Sam Braden

9   retaliated against the employees at Metro?

10      A.   Given the preponderance of evidence that

11  was submitted, there is reason to believe that there

12  was inappropriate action that took place regarding

13  this case.  I was not there when any of these

14  specific incidents took place, so I did not witness

15  them personally.

16      Q.   Do you believe that Sam Braden retaliated

17  against the employees when they complained of the

18  harassment?

19      A.   I would -- I would say that, you know,

20  based upon, you know -- that would be determined

21  based upon evidence, it would be determined based

22  upon timeline, did this occur after the allegations

23  were submitted.  I don't know that Dr. Braden had,

24  you know -- he shortly resigned after that, and so I

25  don't know, you know, that he had time to retaliate,

1    and so, again, I do believe that there was a

2    preponderance of the evidence that some

3    inappropriate action did occur on behalf of the

4    principal.

5        Q.   Did anyone at Metro ask you whether or not

6    you set back as Sam Braden retaliated against these

7    employees and let him do it?

8        A.   No.  Because -- no.

9        Q.   Now --

10        A.   Common practice is that when you receive a

11    complaint that you turn it over to human resources,

12    who will then -- and do the investigation, so, no, I

13    followed process that I knew at the time up under

14    that leadership.

15        Q.   Did you know -- I believe you testified

16    that you knew Dr. Lily Leffler; is that correct?

17        A.   Yes.

18        Q.   Did she ever report to you?

19        A.   No.

20        Q.   Did you ever --

21        A.   I served at the middle school, so she was

22    elementary.  I did work alongside Dr. Leffler for a

23    time as executive director.

24        Q.   Did you ever make any complaints about Dr.

25    Leffler?

     A.   I have never made a formal complaint about
Dr. Leffler.

     Q.   Did you ever make any informal complaints
about Dr. Leffler?

     A.   I do not recall making any informal
complaint against Dr. Leffler.

     Q.   Did you ever make any statements that were
derogatory of Dr. Leffler?

     A.   Dr. Leffler and I had a working, collegial
professional relationship.  We spent quite a bit of
time together as executive directors and worked
alongside one another, so, no, not that I can
recall.

     Q.   Did you like Dr. Leffler?

     A.   Dr. Leffler was a kind employee -- not
employee, excuse me, colleague.  And, you know, we
did work alongside one another, so, absolutely, I
had nothing against Dr. Lily Leffler.

     Q.   Did you think she was professional?

     A.   In my interactions with Dr. Leffler and
her interactions with others, I don't have any
reason to believe she is not.

     Q.   If any complaints were brought about Dr.
Leffler, should they have been taken to Dr. Cathey's
attention, who was her direct supervisor?

```
 1       A.    Was that her direct supervisor?  It
 2  depends on -- I don't know.  It would depend on
 3  who's -- I mean, those are different factors that
 4  would need to be brought into it, who is submitting
 5  this complaint, are we talking about parent, a
 6  student, a staff member, all the things would matter
 7  in this case.
 8       Q.    Do you recall informing anyone that you
 9  did not want Sam Braden disciplined?
10       A.    No.  That's -- that was not my role.
11       Q.    Okay.
12       A.    That's a human resources role.
13       Q.    Dr. Leffler, did you ever make any
14  statements to anybody that she has the inability to
15  get along with others?
16       A.    I -- you are asking for specificity, and
17  if -- I'm just thinking back to our interaction, you
18  ask me if I said it.  Not to my knowledge.  If I can
19  think back, it's not readily coming to the forefront
20  of my brain.
21       Q.    Okay.  Meaning you got along well with
22  her, correct?
23       A.    Meaning we were colleagues, and I can get
24  along well with most everyone, because we are
25  professional and we have work to do on behalf of
```

1   80,000 students, so there's not much that's going to

2   get in the way of us working together.

3       Q.   Did you or anyone to your knowledge tell

4   Dr. Battle that you were having issues getting along

5   with Dr. Leffler because she was difficult?

6       A.   Now, as we were engaged in work, since you

7   asked it this way, we were engaged in work and

8   engaging and trying to implement common practices

9   across, there were times when there were, not only

10  Dr. Leffler but others, who seemed to -- I want to

11  use the right word here, seemed to -- derail is a

12  strong word, but sometimes would just -- it would,

13  you know, seem to be lack of cooperation in some

14  areas.  I want to use the right word.  So, you know,

15  we're implementing things across a hundred and

16  something schools, we need full cooperation, full

17  collaboration, strong expectation, and there are

18  instances where there were executive directors that

19  did make that difficult at times.  And Dr. Leffler,

20  you know, was a new initiative, and so most

21  certainly there were certainly some hiccups along

22  the way, some difficulties along the way.

23      Q.   Hiccups?

24      A.   Difficulties.

25      Q.   Okay.  Now --

1        A.   Difficulties, not difficulties that we

2   could not overcome, but difficulties certainly that

3   we had to work through and not -- you know, you're

4   thinking about standardizing practice and ensuring

5   that schools have a -- you know, the support they

6   need, you know, leaves little room for that.

7        Q.   Who were the other executive directors --

8        A.   All right.  I --

9        Q.   -- that you had difficulty with?

10       A.   I didn't have difficulty with them.  I

11  think that what was being asked of them may have

12  been a bit difficult for them.  You're asking me to

13  name individuals.  Let's see.  I mean, if I were

14  to -- let me zoom out and I can give some text.  At

15  the time, we were implementing a pretty -- it was a

16  heavy lift, as we would call it in education.  It

17  required a different way of engaging with our

18  schools and our school teams around analyzing data,

19  around observing practices that are happening in the

20  school, and thinking about outcomes for kids, and it

21  required a very strategic step-by-step-by-step

22  process, and it was critical that that process was

23  executed in a streamlined fashion.  And so when you

24  think about doing that across, I don't know how many

25  executive directors at the time, maybe 14, 12,

1    somewhere along there, more than a dozen or so, it

2    can get difficult to ensure that there isn't

3    variation in the way it was executed.

4           So we were in a mix of a pretty big lift

5    at the time, and I'd say that there were several

6    executive directors that may have struggled with

7    that execution.

8       Q.   Okay.  Dr. Springer, I'm going to ask you

9    this question again.  I think it's very simple and

10   it doesn't require a 20-minute response, okay?  Who

11   were the other executive directors --

12          MR. FOX:  Objection to the form.

13   BY MS. STEINER:

14      Q.   -- that you had difficulty with?

15      A.   Okay.  I'm going to name you the executive

16   directors that struggled at some point from my

17   vantage point of executing what we were required to

18   do at the time with what the schools needed, and so,

19   you know, there were times where Dr. Leffler may

20   have struggled.

21          The reason why I'm pausing is because I'm

22   thinking about all of them and why that required a

23   20-minute response.  It does require some thought,

24   because at some point everyone struggled with this

25   new initiative that was being put into place, and

1    so -- but I do recall Dr. Leffler being one of them.

2    We had to work through some things.

3            I mean, virtually every last one of them,

4    to some degree, had a struggle with this

5    implementation.

6        Q.    Okay.  When did Dr. Leffler report to you?

7        A.    Dr. Leffler never, as a middle school

8    community -- I'm trying to think back, I don't

9    recall Dr. Leffler reporting to me.  I had two

10   executive directors that reported to me and they

11   were focused only on middle schools.

12       Q.    Did you report to Dr. Cathey or to the

13   associate superintendent, over Lily Leffler, any

14   issue with Dr. Leffler?

15       A.    I can imagine Dr. Cathey and the other

16   superintendents, we all talked about concerns

17   regarding -- or the need, difficulties regarding

18   implementation of the current practice that we were

19   working to implement.

20       Q.    Okay.  We're going to try this again.  Did

21   you report to Dr. Cathey or to Dr. Leffler's

22   associate superintendent any problems you had with

23   her job performance?

24       A.    I'm having a hard time responding.  I'm

25   not certain what you're asking, because I did not

1    evaluate Dr. Lily Leffler at any time, so I --

2        Q.    The question is different.  Did you report

3    to Dr. Cathey that you were having issues with Dr.

4    Leffler's job performance?  Yes or no?

5        A.    I believe that in any instance, I could

6    have.  Let me be clear, not job performance, because

7    that would assume that I am her supervisor and that

8    I would be observing her and giving her specific

9    feedback.  In general, there was certainly feedback

10   that I would have given every last one of the

11   executive directors for sure.  And I could have said

12   that to Dr. Damon Cathey or any of the associate

13   superintendents at the time, given our role.

14       Q.    Would you agree that her supervisor would

15   have more knowledge about her job performance than

16   you?

17       A.    Referring to the day-to-day execution, her

18   direct supervisor would know more, but as a

19   colleague and as someone who had to work alongside

20   and know the difficulties that come along with, I

21   certainly also would be somewhat knowledgeable of

22   the struggle with implementation, et cetera.

23       Q.    Did you keep any notes about Dr. Leffler's

24   struggle with implementation?

25       A.    That generally would not have been my

1    practice, because I didn't directly supervise her at

2    the time.

3        Q.   So there's no notes, correct?

4        A.   Not to my knowledge, no.

5        Q.   Can you tell me any specifics about her

6    struggle with implementation, and by that, I mean

7    what date did it occur and how did it occur?

8        A.   Yeah.  So when we implement -- the way our

9    job was at the time, it would be, you know, multiple

10    opportunities to collaborate as a total team, so

11    community superintendents -- excuse me, associate

12    superintendents and the executive directors, and so

13    I would see difficulty with our team when we would

14    work to collaborate around the specific initiative,

15    and there would be pushback, there would be a lack

16    of what seemed to be buy-in with the different

17    initiatives that we were planning to and agreed to

18    implement, so that is what I can recall in terms of

19    performance or --

20        Q.   So it sounds like to me what you're saying

21    is that when you would have these team meetings,

22    that Dr. Leffler may question some of the

23    implementation, correct?

24        A.   No.  I think it's healthy to question and

25    to, you know, probe and to engage in some critical

1   feedback and conversation, so, no, I'm talking

2   implementation, you know, with fidelity, I'm talking

3   there is a level of, you know, questioning and

4   critical feedback, as I was saying, and then there's

5   time so, okay, so what are we going to do about it,

6   are we going to shift or are we going to implement,

7   are we going to not implement it, so there is always

8   going to be that level of discussion amongst a group

9   like that.

10      Q.   What --

11      A.   At the end of the day, we need to be ready

12  to execute.

13      Q.   What specifically did Dr. Leffler say?

14      A.   About?  Can you --

15      Q.   About the implementation that caused you

16  to think there was a struggle, and what

17  implementation?

18      A.   Implementation of any initiatives.  So,

19  you know, we had a multitude of initiatives.  The

20  one specific one we were working on was the inquiry

21  cycle, and, you know, many of the executive

22  directors talked about it being, you know,

23  laborious, like it just required us to work

24  differently.  It required that our calendar be --

25  you know, that's all we did.

Q.   I'm going to stop you, because I want to

know, what did Lily Leffler do, what did she state,

what did she do with regard to the implementation of

the fidelity system that caused you to think she was

having a struggle?

A.   I think that -- you know, it's difficult

to put into words and to summarize.  If you are

implementing a system, you know, everyone is trained

on a system, one would imagine that it is time to

implement, and we don't have to keep going back to

try to get buy-ins and try to figure out if we're

going to implement or -- you know, the system is

what it is, you know.  We tailored it to meet our

needs, as always, worked collaboratively, but there

has to be some cooperation buy-in, and we don't need

to keep returning back to, you know, why do we need

to do this or -- you know, there's always a concern

about it.

Q.   I hate to interrupt you.  I hate to

interrupt you, Dr. Springer, but I'm afraid you're

off on a half-hour explanation.  What I want to know

is, what specifically did Lily Leffler do or say to

cause you to think she had a problem with this?

MR. FOX:  Objection.  Let the witness

finish her answer.  She was trying to explain the

1  situation.

2          MS. STEINER:  She hasn't even mentioned

3  Dr. Leffler.  She was off and running on a totally

4  different tangent.

5          MR. FOX:  I think she was trying to

6  explain.  I'll let her, in her words, but I think

7  she was trying to explain the question is not so

8  simple.

9  BY MS. STEINER:

10      Q.   Dr. Springer, what did Lily Leffler say to

11  you or to anyone else that made you think she was

12  having difficulty with this implementation, what did

13  she say?

14      A.   I mean, I agree; Brook, it isn't that

15  simple.

16      Q.   Can you recall anything she said today

17  that you can tell me that came out of Dr. Leffler's

18  mouth or actions she did that made you think she had

19  problems with implementation?

20      A.   Yeah.  You're asking for specific quotes.

21  I don't have quotes for you today.

22      Q.   Okay.  Now --

23      A.   But what I will say is that, again, just

24  to summarize what I was trying to get at earlier, we

25  can't keep, you know, coming back to why we're

having to implement and what we're having to do and

keep explaining as to why this is critical, and so

--

Q. Did you tell Dr. Cathey that you were

having this problem with Dr. Leffler?

A. I think Dr. Cathey and I probably engaged

in conversation about, not only probably Dr.

Leffler, but maybe others, as well. I'm certain of

it.

Q. Did you --

A. We were charged -- we were charged with

ensuring that our teams executed upon this

initiative.

Q. Did you --

A. And so I am certain we came together and

we talked about in strong words, we need a little

more coaching, feedback where it's -- you know, what

adjustments do we need to make, so I am certain we

had plenty of conversations around just the

implementation in general, and specifically our

team.

Q. Okay. What I want to know is, did you --

and this is my question, okay? I don't want general

answers. I don't want a 20-minute exposé about what

you do down there. What I want to know is this, did

1    you ever, at any point in time, sit down with Dr.

2    Cathey to say, I've got a problem with Lily

3    Leffler's implementation?

4            MR. FOX:  Objection to form.

5    BY MS. STEINER:

6        Q.   Did you?

7            THE WITNESS:  I thought you said

8    something, Mr. Brook.

9            MR. FOX:  I said objection to form.

10   BY MS. STEINER:

11       Q.   Do you want me to repeat the question?

12       A.   If you don't mind.

13       Q.   Did you ever, at any point in time, this

14   is a yes/no question, sit down and tell Dr. Cathey

15   that you had a problem with Dr. Leffler's

16   implementation?

17       A.   I do not -- I have not sat down with Dr.

18   Cathey alone, to my recollection, to have a

19   conversation about someone he supervises on a

20   regular basis.

21       Q.   Did you sit down with him with other

22   people to have a conversation about Dr. Leffler?

23       A.   Are you talking about the other community

24   superintendents, associate superintendents?

25       Q.   Did you -- listen here, this is my

1  question.  Did you, at any point in time,

2  communicate to Dr. Cathey --

3       A.   Yes.

4       Q.   -- that you were having a problem with Dr.

5  Leffler?

6       A.   That is certainly possible that I have had

7  a conversation with Dr. Cathey and any other

8  associate superintendent regarding our team.  It was

9  our team.  And we worked together, and I would have

10  collaborated with them, had conversations about any

11  of our team members, to include Dr. Leffler.

12       Q.   You're under oath, Dr. Springer.

13       A.   That is correct.  I'm trying to get at

14  your question, I promise.

15       Q.   May 24, 2022, can you specifically recall

16  a conversation with Dr. Cathey where you told him

17  you were having problems where Dr. Leffler?

18            MR. FOX:  Objection to form.

19            THE WITNESS:  Can you all confirm, when I

20  hear objection to the form, does that mean something

21  else is supposed to happen?  I just don't want to --

22            MR. FOX:  It means that opposing, Ms.

23  Steiner, is supposed to rephrase her question --

24            THE WITNESS:  Oh.

25            MR. FOX:  -- or she can just keep

1  marshaling on and stand on the question she's

2  already asked, and if so, you need to answer it.

3          THE WITNESS:  Got it.  Thank you.

4          MR. FOX:  So sounds like Ms. Steiner is

5  standing on the question she's already asked.  She's

6  not going to rephrase it.

7          (Requested portion of record read.)

8          THE WITNESS:  I do not recall a time where

9  Dr. Cathey and I sat down to have a specific

10 conversation regarding Dr. Lily Leffler at length or

11 in isolation.

12 BY MS. STEINER:

13     Q.   Okay.  Now, do you recall any

14 conversations where Dr. Battle was present where she

15 questioned the loyalty of Dr. Leffler?

16     A.   I don't -- I don't recall that at all.

17     Q.   Did you know Dr. Leffler had a relative

18 who had sued the district for sexual harassment,

19 hostile work environment and then losing her job

20 after she complained?

21     A.   I -- if you confirm for me a name, in my

22 mind, yes, I am aware that she had a family member

23 to work in the district and that she brought forth

24 claims regarding -- I'm not certain what specific

25 claims, but I am not certain regarding like losing

1    her job and all of the things, so to answer your

2    question, you asked me if I was aware of Dr. Leffler

3    having a family member to work in the district, I am

4    aware.

5         Q.   Okay.  Are you aware of Vanessa Garcia,

6    Dr. Garcia?

7         A.   Yes.  I just didn't want to assume.

8         Q.   Sure.  And did you know Dr. Garcia had

9    sued the district for hostile work environment and

10   based on sexual harassment?

11        A.   Yes.  Based upon, you know, news outlets,

12   et cetera.

13        Q.   Did you also know that she claimed she was

14   retaliated against and her position was eliminated

15   shortly after she complained?

16        A.   I'm not certain about those specific

17   details.

18        Q.   But you knew that Dr. Lily Leffler was a

19   family member of Dr. Garcia, correct?

20        A.   Yes.  She shared that a time or two, yes.

21        Q.   Did you ever hear anybody question Lily

22   Leffler's job performance or loyalty to the school

23   system because of her relationship to her relative

24   Dr. Garcia?

25        A.   That is not -- no.

1    Q.   Did you know that it is illegal to

2    question -- to retaliate against somebody because

3    they are related to someone who has a claim against

4    the district for a violation of Title VII?

5    A.   Absolutely, yes.

6    Q.   Would you agree that it is illegal for

7    someone to question Dr. Lily Leffler's loyalty to

8    the district, Metro Schools, because of her

9    association with her relative Dr. Garcia?

10         MR. FOX:   Objection to the form.

11   BY MS. STEINER:

12   Q.   Want me to repeat it?

13   A.   Yes.

14   Q.   Would you agree that it is illegal for

15   someone to question Dr. Lily Leffler's loyalty to

16   the school district based on her relationship to Dr.

17   Garcia?

18   A.   You did say it's illegal, correct?

19   Q.   I'm asking you.  Would you agree that it's

20   illegal for someone to question Dr. Leffler's

21   loyalty to the system and job performance because of

22   her relationship to someone who had filed a Title

23   VII complaint?

24   A.   Because of her relationship, absolutely.

25   Q.   Okay.  Now --

1          MR. FOX:  Sorry to interrupt.  Ann, if

2    you're about to move on to another topic, can we

3    take a break.  My battery on this computer is just

4    about gone.

5          MS. STEINER:  Sure.  No problem.  How long

6    do you need?

7          MR. FOX:  Just two minutes.

8          (Brief break observed.)

9    BY MS. STEINER:

10      Q.   Dr. Springer, did you tell Dr. Battle that

11   you were having issues with Dr. Leffler?

12      A.   I don't have any specific date, time,

13   quotes.  As my supervisor, I could have shared

14   progress regarding implementation for all of the

15   executive director team that we worked with, so I

16   don't have specific dates, times to share with you

17   today.

18      Q.   Okay.  So it sounds like when you say you

19   could have shared, it's just as likely that you may

20   not have shared, correct?

21      A.   No.  Okay.  Like the conversation before,

22   and I don't want to belabor the point, it isn't that

23   simple in a collaborative, collegial environment,

24   we're going to talk about implementation, we're

25   going to talk about what's going well, what do we

1   need to tweak, what's up next for us, what's our

2   next level of leadership as a team, and so I can

3   imagine that we've had conversations about the

4   multitude of staff.

5        Q.   Can you recall today any conversation you

6   had with Dr. Battle where you brought up Lily

7   Leffler and said that you were having issues?

8        A.   I don't have a date and a time.  I can

9   imagine, given some of the difficulties that

10  executive directors have experienced, then we most

11  certainly could have had a conversation about them

12  all, including Lily Leffler.

13       Q.   Okay.  Now, but you don't recall any

14  specific one where you only said, I'm having issues

15  with Leffler, I want to tell you this, correct?

16       A.   So much has occurred.  You're asking about

17  a specific date, time, place, not that I can

18  definitely recall in this moment.

19       Q.   Okay.  Now, when you were in charge of --

20  when you were the associate superintendent or the --

21  what was the other one called before you became a

22  association superintendent, what was that called?

23       A.   Executive director?  Executive director?

24       Q.   Yeah.  Either executive director, and then

25  you became the community superintendent?

```
 1        A.    The name changed -- no.  I think interim

 2   community superintendent, then the name changed to

 3   associate superintendent, if I can recall.

 4        Q.    Okay.  And you handled, was it middle

 5   schools?

 6        A.    Yes.

 7        Q.    Did some of those schools -- did you

 8   handle all of the middle schools?

 9        A.    In general, yes.  Yes.  All middle schools

10   except for schools of innovation.  They had their

11   own kind of leader in place.

12        Q.    Did some of your schools become schools of

13   innovation?

14        A.    Just thinking.  Tell me more.  Like are

15   you saying during the time they were under -- are

16   you saying did they end up getting added to a list

17   of -- can you restate your question?

18        Q.    When you were either the associate

19   superintendent or the community superintendent, did

20   some of the schools that reported to you, some of

21   the middle schools, did they become priority schools

22   at any point in time?

23        A.    Yes.

24        Q.    Which school was that?

25        A.    I believe that was Antioch Middle.
```

1      Q.   And who was the principal at Antioch

2    Middle?

3      A.   At the time, it was Dr. Celia Conley.

4      Q.   And do you know --

5      A.   I don't believe -- I don't believe Wright

6    Middle School was on that list.  It doesn't take

7    much to get on that list.  You close a school down

8    in another county, you're going to be added to a

9    list, so...

10     Q.   I understand that.

11     A.   Oh, sorry.

12     Q.   I just don't know the lingo.  What were

13   you saying?

14     A.   I was just saying with, you know, how the

15   process is, a school can -- you know, there are so

16   many slots, is what I'm trying to say, there are so

17   many slots of schools that end up on a priority

18   list, which is schools of innovation, and so, you

19   know, if a school closes down and that opens up

20   another spot, somebody has to be added, or except --

21   I'll just give you a quick example.  But really

22   neither here nor there, I would say Wright Middle

23   School, I think, ended up being added later on after

24   I, you know, shifted.

25     Q.   I guess what I'm saying is, I don't

1    understand your answer, because you said you closed

2    a school and someone else has to be added.  What do

3    you mean by that?

4         A.   I didn't close a school.  Like, for

5    example, if a school district closes a school in

6    another county, right, for the state, there are a

7    certain number of schools that will be added to the

8    priority list, bottom 5 percent, I believe, and so,

9    you know, if another school drops off of a list in

10   another county or -- right.  So it just opens up

11   slots.  I'm going back to my days as a principal

12   when I had to deal with something similar.

13        Q.   Okay.  I think I understand you.  So then

14   if you have, for instance, ten priority schools in

15   Memphis that drop off the list, then that opens up

16   ten slots for someone else to fall into the bottom

17   five, correct?

18        A.   That used to be how that worked when I was

19   principal.

20        Q.   Okay.

21        A.   And you mentioned -- yeah.  There are so

22   many different nuances, I can't even begin to give

23   you incidents, but that could be one scenario for

24   sure.

25        Q.   Okay.  And then just because a school then

1  falls into priority status doesn't necessarily mean

2  anything has changed at the school, it could just

3  mean that there is more openings for some to go into

4  that status, correct?

5      A.  Correct.  Or that there were changes, yes,

6  and/or there were changes to that school.

7      Q.  And if you are a school of innovation, is

8  that something that helps the school, does that mean

9  you're going to get additional funding from the

10  State?

11      A.  I believe schools of innovations get more

12  funding from the State.  I wasn't involved in -- you

13  know, I'm just not sure about the specifics of that.

14  Seems like to me the school would receive more

15  funding.

16      Q.  If there is a school of innovation and

17  someone falls into the priority list, does Metro

18  Schools, to your knowledge, draft a plan for how

19  that they can get off or out of the -- do they

20  create a plan that includes something called a

21  capacity review to get the school out of priority

22  status?

23      A.  I'm not certain if that was the name of

24  it.

25      Q.  Okay.  But do they do something that

1    creates a plan to get the school out of priority

2    status?

3         A.   Yes.

4         Q.   Okay.  And when they do that, do different

5    people from Metro go into the priority schools to

6    find out what's going wrong and how to get it turned

7    around?

8         A.   Yes.  Yes.  Within the district, external

9    might be involved.

10        Q.   So it's both internal and external,

11   correct?

12        A.   Can be.  I gave you a scenario where it

13   can be, yes.

14        Q.   Did you ever know a school to go priority

15   when there was not a plan created?

16        A.   I'm trying to understand the question.

17   Can you restate your question, please, ma'am?

18        Q.   Did you ever know of any situation where a

19   school may have become priority, become a priority

20   school, but yet there is a failure to implement a

21   plan?

22        A.   You're saying -- let me make sure I heard

23   this right.  You're saying a school becoming a

24   priority school because they didn't implement a

25   plan.

1    Q.   No.  I'm saying a school -- let me see, if
2    a school, because I don't quite understand this, if
3    a school is -- how does a school become priority?
4    A.   They utilize -- again, I am out of the
5    loop.  I'm not certain if this has changed at this
6    point for the specific details, but I believe it's
7    about achievement, I believe it's about growth, and
8    absolutely about academic performance from my
9    understanding.
10   Q.   And does the school have to be a lower
11   performer for three years before it's designated
12   priority?
13   A.   That was the formula.  I believe here
14   recently, that may have shifted.  It might be two
15   years, I'm not certain.
16   Q.   Was that the formula back in 2020 when you
17   were the associate superintendent?
18   A.   That sounds -- no.  You're asking if the
19   school has to be in priority status for three years
20   for what now?
21   Q.   No.  That's not my question.  It's my
22   understanding that a school has low grades for three
23   years before it's designated priority; is that right
24   or is that wrong?
25   A.   Yeah, I think so.  Yes.

1      Q.    You think that's right?

2      A.    I believe so.

3      Q.    And then when it's designated priority,

4  the school typically gets the designation in the

5  next school year, correct?

6      A.    Correct.

7      Q.    Okay.  And then the plan is implemented by

8  the internal, external individuals to try to get the

9  school back on track and out of priority, correct?

10      A.    Correct.

11      Q.    And it takes several years for the -- it

12  takes about a year to try to figure out the

13  implementation of the plan and then it takes several

14  years to turn the school around, correct?

15      A.    Research would say three to five years.

16      Q.    Three to five years?  Okay.  So then if a

17  school becomes priority for instance in the fall of

18  2019, based on your knowledge, it's going to be at

19  least three to five years from that before it would

20  be able to be turned around, correct?

21      A.    Yeah.  There's no way to tell how many

22  years.  Research says three to five, then less than

23  that.

24      Q.    But it could be also more than that,

25  correct?

1     A.    It could more, yes.

2     Q.    Do you know whether or not a timeline is

3 implemented where you're telling the school, we'd

4 like to be at this point by such and such date, and

5 this point by another date; do you know about that?

6     A.    Yeah.  Schools set yearly goals.  That's

7 accurate.

8     Q.    Okay.  Now, for the 2019, 2020 school

9 year, it's my understanding and correct me if I'm

10 wrong, but let's see if it's your understanding,

11 too, that the State said they weren't going to count

12 any of the scores that year towards priority status?

13     A.    You're talking about 2020?  From my

14 understanding, yes.

15     Q.    2019, 2020 school year.

16     A.    That sounds about right.

17     Q.    Okay.  That is the spring where COVID hit;

18 do you recall that?

19     A.    That's right, yes.

20     Q.    And Metro Schools shut down for that

21 spring, correct?

22     A.    Yes.

23     Q.    And do you recall the State telling Metro

24 Schools, and you being informed as an associate

25 superintendent, that none of the testing here is

1  going to count towards the priority schools this

2  year because we can't do testing?

3      A.   Right.  Can't do testing.

4      Q.   Okay.  And so then it would take an extra

5  year, not only through three to five years, but if

6  you had a school that became priority prior to

7  COVID, it would take probably an additional year to

8  get them out because you can't do the testing?

9      A.   Right.

10     Q.   Okay.  Have you ever had a school where --

11  that reported to you where the school didn't have

12  certain teachers like math teachers?  Do you

13  remember having trouble finding them?

14     A.   Yes.  Yes.  I mean, as a principal, as a

15  former teacher, absolutely.  There are times when

16  schools are not fully staffed.

17     Q.   Would you agree that it is hard to score

18  well, students to score well, for instance math, if

19  they don't have math teachers?

20     A.   I can't -- there are so many different

21  factors that are included in that, that I can't --

22  there's no definitive answer to that.

23     Q.   Okay.  Now, I want to talk to you just a

24  little bit about the two high schools that you said,

25  hang on a second, let me try to find something

1    really quick.

2            Did Brick Church report to you by any

3    chance?

4        A.   No.

5        Q.   Was that a yes or a no?

6        A.   My apologies.  No.

7        Q.   Okay.  Antioch did, correct?

8        A.   Yes.

9        Q.   And Antioch became priority, what year; do

10   you recall?  Was it about 2018?

11       A.   2018, 2019, around there, yes.

12       Q.   Okay.  And Celia Conley was the principal

13   when it became -- she'd been principal there from

14   2015 through the 2019, 2020 school year; is that

15   correct?

16       A.   I'm not certain when she began being the

17   principal there, but that sounds about right, based

18   upon what I think.

19       Q.   Okay.  And did anyone -- and Celia Conley,

20   do you know what happened to her in the end of the

21   2019, 2020 school year, why she left Antioch?

22       A.   I believe Celia -- I'm trying to remember

23   my dates.  Celia shifted into another role within

24   the district, as far as I can recall.

25       Q.   Okay.  Do you know if she was put in that

1  role or if she had to apply for that role?

2       A.   I'm not certain.

3       Q.   Do you know if --

4       A.   I can imagine, and it's common practice,

5  based on my own experience, there was an interview

6  process, but I don't know who all was interviewing,

7  because I just -- I didn't keep up with that, but

8  there is an interview process for these roles.

9       Q.   Was she transferred into the executive

10  director's role?

11       A.   You're using the word "transfer," and I

12  want to make sure I know what you're saying.  She,

13  from my understanding, left her school as a

14  principal and, you know, HR hired whatever now is

15  the executive director and has been in that role

16  since then.

17       Q.   Okay.  Hang on one second.  I'm sorry.

18  Now, did you discipline Ms. Conley in any manner

19  because her school was in priority status?

20       A.   Discipline?

21       Q.   Yes.  Did you write her up or counsel with

22  her because her school was in priority status?

23       A.   Unless there is -- you know, we are a

24  district that's about continuous improvement, we're

25  about -- you know, so...

1     Q.   Did you discipline Ms. Conley at all or

2  counsel with her because her school was in priority

3  status?  (Technical interruption.)

4     A.   I did not discipline as in formal

5  reprimand; counsel as in coaching and feedback which

6  is a regular part of the process, yes.

7     Q.   But you coach and have feedback for all

8  your principals, correct?

9     A.   Certainly.

10     Q.   Now, did you consider nonrenewing

11  Ms. Conley because the school was in priority

12  status?

13     A.   Yeah.  No.  That's really -- no.  No.  In

14  that, I think I mentioned earlier that, you know, is

15  there any progress, or, you know, sustainable

16  progress, so, no I did not.

17     Q.   Now, it's my understanding from my

18  clients, and correct me if I'm wrong on this, but

19  typically the principals at priority schools are not

20  disciplined for that and they typically, because --

21  is that true?  Have you ever heard of anyone being

22  nonrenewed because their school was in priority

23  status?

24     A.   Yeah.  I -- under my middle schools, that

25  is not a practice that has taken place.  It is a

1    practice that could happen in other instances, based

2    upon additional circumstances that might warrant

3    that.

4         Q.   Okay.  Now, let me ask you about this.

5    When the child is getting an education, would you

6    agree that their grade school education is just --

7    and middle school education, is just as important as

8    a high school education?

9         A.   Yes.

10        Q.   And would you agree that's because the

11   child has to have a good foundation that's set early

12   to build upon?

13        A.   Yes.

14        Q.   Okay.

15        A.   And in addition to -- in addition to

16   partnership with, you know, parents and community.

17   Like, it will take the whole village.

18        Q.   Sure.  So then if someone told you that

19   high schools were more important than grade schools,

20   would you not agree that the grade schools are just

21   as important?

22        A.   Yeah, I'd need to know like context to

23   that.  Can you tell me more about the context?  I

24   don't...

25        Q.   In terms of educating a child, would you

1    not agree that grade school education and middle

2    school education is just as important for setting

3    the basic tools they can use in high school?

4         A.   Elementary schools, middle schools are

5    critical, and so are high schools, yeah.

6         Q.   Now, I want to ask you about this Wright

7    Middle School, did you know that Wright actually did

8    go into priority status in 2018; do you recall that?

9         A.   Yes.  That's what I was getting at

10   earlier.

11        Q.   And for Wright Middle School, it looks

12   like there was someone named Erin Anderson that was

13   the principal?

14        A.   Yes.

15        Q.   Do you recall that?

16        A.   Yes.

17        Q.   And then it went to Sharada Deaton?

18        A.   Yes.

19        Q.   Do you know what happened to Erin

20   Anderson, why she left?

21        A.   I believe that Erin Anderson, she became

22   an executive director.  Yes.  She became an

23   executive director, and then from executive

24   director, she was principal at Oliver Middle School.

25        Q.   Okay.  So when she left Wright, she became

1  an executive director and then she became a

2  principal, correct?

3      A.   Yes, ma'am.

4      Q.   So that was a promotion, correct?

5      A.   From?

6      Q.   Principal at Wright to executive director?

7      A.   Yes.

8      Q.   Same thing for Ms. Conley, when she left

9  from principal at Antioch to be an executive

10  director, that was a promotion, too, correct?

11      A.   Yes.

12      Q.   Okay.  Now, I want to -- did anyone from

13  Metro tell you that you needed to nonrenew Sharada

14  Deaton when she was the principal at Wright?

15      A.   No.  There was not a discussion.  No one

16  informed me to do that.

17      Q.   If they had, would you have done that?

18      A.   I am at the direction of our human

19  resources department regarding staffing, and so, you

20  know, I would include human resources in that

21  conversation.  And a hypothetical question kind of

22  like that, I don't -- I don't know how to answer it.

23  I would confer with the human resources department.

24      Q.   Did you know of any reason -- did you

25  personally know of any reason why Sharada Deaton

1    should be nonrenewed?

2         A.    I don't personally know of a reason why.

3    Again, given, you know --

4         Q.    Okay.

5         A.    -- progress, et cetera, performance, et

6    cetera.

7         Q.    Okay.  I am going to share a screen with

8    you.  Can you see this screen that has a lot of red

9    on it?  It has the school listed.

10        A.    Can you make it just a tad bit --

11        Q.    How is that?  Is that better?

12        A.    No.  It actually went smaller on my

13   screen.

14        Q.    Hang on.  I can do this.  Okay.  Can you

15   see it now?

16        A.    Yes, I can.

17        Q.    Okay.  This is a list of the priority

18   schools that was given to us by Metro Schools, and I

19   want to know which one of these schools would have

20   reported to you before they went to priority status.

21   Do you see number six is Antioch?

22        A.    Uh-huh, yes.

23        Q.    I believe you've already told me that was

24   one of your schools, correct?

25        A.    Correct.

1      Q.    What about Bailey?

2      A.    No.

3      Q.    McKissack?

4      A.    No.

5      Q.    Bellshire?

6      A.    No.

7      Q.    Any other school listed on this list that

8    would have reported to you?

9      A.    I'm looking at the list.  Haynes.  Haynes.

10      Q.    Okay.  So we've got Antioch and we've got

11    Haynes, and it looks like if you go down further, do

12    you see Wright on there, too?

13      A.    I do see Wright, yes.

14      Q.    That could have been my issue.  I may not

15    have scrolled down enough for you.

16      A.    I didn't see it at first.  I could have

17    missed it.

18      Q.    Okay.  These schools reported to you,

19    correct?

20      A.    Correct.

21      Q.    Okay.  Now, for Haynes, I want to pull

22    this across.  For Haynes, do you see where they had

23    Conidra McGuire as principal, and then it switched

24    to Iris Olige, I believe.  Do you know what happened

25    to Ms. McGuire, why she left?

1      A.    That last name isn't familiar.  Canidra is

2    familiar, Henderson, at the time.  She left and went

3    to Memphis, I believe.

4      Q.    Okay.  Did you -- was she nonrenewed or

5    did she leave voluntarily?

6      A.    She left voluntarily from my

7    understanding.

8      Q.    Now, do you see Iris that's there, and it

9    looks like principal for 2017?  Do you know who that

10    is?

11      A.    I vaguely know who that is.  She wasn't

12    there when I was there, so I don't...

13      Q.    And then do you see Robin Allen was there

14    for two years?

15      A.    I do see that.

16      Q.    Do you know why Ms. Allen left?

17      A.    I don't.

18      Q.    Was she nonrenewed?

19      A.    I'm not certain.  I don't know why she

20    left.

21      Q.    If she had been nonrenewed, would that be

22    something that you would be aware of?

23      A.    Not if I wasn't serving that role at the

24    time.

25      Q.    Robin Allen, she was principal in 2019.

1    You were the community superintendent for that year,

2    correct?

3         A.    2019, yes, but that -- I did not appoint,

4    I did not -- she wasn't interim while I was there.

5         Q.    Okay.  We're going to have this list,

6    Excel spreadsheet marked Exhibit Number 3 to your

7    deposition.

8                        (WHEREUPON, the

9                        previously-mentioned document was

10                       marked as Exhibit Number 3.)

11   BY MS. STEINER:

12        Q.    Now, I want to show you one other

13   document.  Do you see this document that's on the

14   screen now, can you see it?

15        A.    It's small.

16        Q.    Do you want me to try and make it bigger?

17        A.    Please, if you don't mind.

18        Q.    I will.  Well, looks like my screen has

19   frozen up.  I will get out and go back in.

20        A.    No problem.

21        Q.    Can you see this now?

22        A.    I can.

23        Q.    Do you know what these numbers are, what

24   this is a chart of?

25        A.    No.  Can you explain, please?

1     Q.   Okay.  Are you familiar with these

2   rankings that they give schools, 3.3, 3.6, 5.1, 3,

3   for priority schools?

4     A.   That doesn't look familiar.  Can you share

5   please, what that is?  Is that the level of growth?

6     Q.   Let me put it to you like this.  Do you

7   see Wright Middle School, do you see where its

8   number in column G is a 2.2?

9     A.   I do see 2.2.

10     Q.   That says it was the 2016 and 2017

11   ranking?

12     A.   Uh-huh.

13     Q.   Do you know what that is by any chance?

14     A.   No.

15     Q.   Do you know whether or not Metro Schools

16   has the priority schools ranked in terms of how they

17   were doing?

18     A.   That's what you're saying.  Yes.  There's

19   a multitude of, I don't know, interworkings.  At

20   '16, '17, I was a principal in a school, so I don't

21   really know -- you know, that looks like it could

22   have been like where they fall in the priority

23   ranking that we were speaking of earlier in the

24   conversations.

25     Q.   Can you see for Antioch, it looks like its

1    ranking in '17, '18 was a 5.1?

2         A.   I do see that.

3         Q.   Then if you go down to Wright Middle

4    School, it looks it was a 2.2, and then the next

5    year it went down to 1.8; do you recall that?

6         A.   I see that.

7         Q.   Do you recall that occurring?

8         A.   Yes.  So that specific number -- so that

9    very well looks like, based upon this document that

10   you have, that is exactly what occurred.

11        Q.   Did any -- and the other school you had

12   was Haynes; is that correct?

13        A.   Uh-huh.

14        Q.   Can you see Haynes Middle School, the

15   numbers are 2.5 and 1.7?

16        A.   I do.

17        Q.   Did anyone from Metro talk to you about

18   any of the schools that you had that had gone to

19   priority about nonrenewing the teachers?

20        A.   Nonrenewing the teachers?

21        Q.   Uh-huh?

22        A.   As a whole?  Individual?  Can you be more

23   specific?

24        Q.   Any of these teachers, the one that was at

25   Antioch, the one that was at Haynes, or the one that

1    was at Wright.

2        A.    When you say "the one?"

3        Q.    Whoever the principal may have been.

4        A.    Oh, the principal.  You said teacher.

5    Okay.  Yes.  Certainly -- no.  In terms of a

6    conversation about nonrenewal, what the conversation

7    always is, is around continuous improvement, and so,

8    you know, we don't -- we not only utilize, you know,

9    one data point, we utilize multiple data points.

10    And as you can see, you know, again, it's just not

11    that simple, I can imagine.

12        Q.    Okay.  And that's multiple data points

13    created over multiple years, correct?

14        A.    And across multiple different areas, so,

15    yeah.

16        Q.    Okay.  And let me show you one more

17    document.  And I'm going to mark that Exhibit Number

18    4.

19                     (WHEREUPON, the

20                     previously-mentioned document was

21                     marked as Exhibit Number 4.)

22    BY MS. STEINER:

23        Q.    I'm getting towards the end.  Okay.  Can

24    you see this document?

25        A.    You'll have to make it larger, please.

1     Q.    Okay.  Can you see this document?

2     A.    I do.

3     Q.    Do you see where it says Haynes Middle

4 School, and it's got it at F is the percentile, the

5 current percentile, I believe, for Haynes Middle

6 school.  Do you see where it's got it at .2?

7     A.    .2.  Okay.  Yes.

8     Q.    And do you see where it says percentile

9 rank prior to that was 1.4; do you see that?

10     A.    Yes.

11     Q.    Did you consider that to be -- did you --

12 what do you think about those numbers?

13     A.    Here is what I think about these numbers.

14     Q.    Uh-huh.

15     A.    I mean, numbers, there are multiple

16 factors that go into success, right, so there are

17 success rates and percentiles, there's TVAAS, there

18 is on the ground observation and performance, and

19 there are times when schools have taken a dip for

20 whatever reason.  There are times when schools have

21 improved for whatever reason.  And there are

22 decisions that have to be made one way or the other,

23 so when I look at these scores, I'll want to preface

24 this by saying there are multiple modes of

25 performance and that's what I -- when I look at

1    these scores, and, you know these scores didn't get

2    like this overnight.  And the one year that I was in

3    that role or anyone in that role, it's the multiple

4    years, is what we would probably look for across,

5    you know, a multitude of data points.

6        Q.   Okay.  So then if you had a school that

7    went in priority status in the 2017, 2018 school

8    year and were told about that in the fall of 2018,

9    you're still looking at several years to get out of,

10   that correct?

11       A.   Perhaps.  I'm going to take -- you know,

12   there are particular situations where there are

13   instances where schools don't take that type of time

14   to get out of that status.  I've seen it as, you

15   know, quick as under a year, and the school still

16   was taken over or the school still was in priority

17   status but were making gains, right, and so there

18   are a multitude of ways that a school can make

19   gains.

20            There's a period of transformation that

21   must take place, and sometimes we have the right

22   leader in place, sometimes we don't, and sometimes

23   it just takes some time to make the necessary

24   adjustments and improvements.

25       Q.   Okay.  What is your relationship to Dr.

1    Battle?

2        A.   Dr. Battle, of course, goes without saying

3    that she is the director of schools, goes without

4    saying that we have a collegial, professional

5    working relationship, that we work closely together

6    on a multitude of initiatives.  You know, at the

7    point I met Dr. Battle, I was in -- and started

8    working very closely with her as an executive

9    director, you know, we began to align practices and

10   work as a team alongside some of our other executive

11   directors, so I would categorize our leadership as a

12   collegial, professional working relationship.

13       Q.   Do you consider her a friend?

14       A.   I consider her -- you know, I consider Dr.

15   Battle a -- you know, again, I don't dislike Dr.

16   Battle, you know, we get together as a cabinet team

17   on multiple occasions to build relationships, so,

18   yes.

19       Q.   Okay.  Yes, you do consider her a friend,

20   correct?

21       A.   So I -- everybody's definition of a friend

22   is different.  So if you have a definition of a

23   friend, we can talk through that, but what I will

24   say is that we have a professional, cordial,

25   collegial, friendly, professional working

1    relationship, and we work long hours together to

2    ensure the success of 80-something-thousand kids.

3        Q.    Do you go get lunch with her; yes or no?

4        A.    It's not as simple as that, I just had

5    lunch with her yesterday and --

6        Q.    Okay.  Do you go to dinner with her?  Do

7    you go to dinner with her?

8        A.    I just need to finish.  So yesterday I had

9    lunch with Dr. Battle and I also had lunch with the

10   entire cabinet.  Yes, I've had dinner with Dr.

11   Battle, and I've had dinner with the entire cabinet,

12   and we've had it as a team.  Lunch, breakfast, you

13   name it.

14       Q.    Were you aware of Dr. Battle meeting

15   school board members to discuss issues that's not

16   meeting with them one-on-one?

17       A.    You mean, like in a one-one-one meeting?

18       Q.    Yes.

19       A.    I believe that is her protocol, their

20   protocol where they connect on a regular basis

21   one-on-one.

22       Q.    And do you know whether or not they

23   discuss issues that are going to be brought up at

24   the school board meeting in the televised meetings?

25       A.    Now, I am not in the meetings with them,

1  so I don't even want to speak on what they could be

2  speaking about in their one-on-one. I can imagine,

3  for effectiveness and efficiency, that there would

4  be -- maybe they'd have questions, you know, need

5  some clarification during that time frame.

6        Q.   Do you know why she only meets with them

7  one-on-one, why she doesn't meet with two of them?

8        A.   Not certain. That sounds like that's a

9  reporting structure that's in place, similar to any

10  other reporting structure that's in our -- in our,

11  you know.

12       Q.   Now, going back to this chart, do you see

13  where Haynes Middle went from 1.4 to .2; do you know

14  why?

15       A.   Yeah. You know, there is always -- data

16  tells a story. And what I can recall at the time,

17  there were, you know, students who came in and they

18  were from various areas, I think they had a few

19  buses -- I'm just thinking about the makeup of the

20  school, buses, they had students who lived in the

21  neighborhood, so, you know, just a coming together

22  of students who may or may not typically live

23  together, which always requires a real strong kind

24  of, you know, culture, sense of belonging, et

25  cetera.

         1                    I would categorize Haynes as a school that
         2     certainly needed some improvement.  No school is
         3     perfect, and certainly needed to see some growth and
         4     achievement and culture-building in that school.
         5          Q.   Do some --
         6          A.   I remember dedicated, you know, teachers,
         7     staff.  Uh-huh.
         8          Q.   So do principals end up in schools that,
         9     because of the student population and the community
        10     around the school, have a more difficult time
        11     keeping the school out of priority status as opposed
        12     to Palmer School over in Belle Meade?
        13          A.   I'm not familiar with that school, but my
        14     estimation, and even what's going on now, like
        15     societal issues, ills that are happening, things
        16     that are concerning familial structure, community,
        17     et cetera, certainly impact outcomes in schools
        18     which is why we want to emphasize partnerships.  We
        19     want to emphasize approaching improving schools from
        20     a community-based, you know, approach.
        21                    And sometimes, you know, I'm just going to
        22     tell you, there are years in schools where you've
        23     worked as hard and done all you can do and you meet
        24     the mark, and there are some times when you don't,
        25     and that's just that.

1    Q.   And sometimes when you don't meet that

2    mark, it's not necessarily any fault of the

3    principal, correct?

4    A.   You know, it depends on -- this is a

5    situational situation, so I cannot generalize in

6    that way.  That's very difficult to do.  I can't

7    generalize that.  That's an individual scenario with

8    the school.  It depends on various different

9    factors.

10   Q.   Do you recall counseling with the

11   principal at Haynes Middle when it went from a 1.4

12   to a .2 about what had happened?

13   A.   We, you know, stay in constant

14   communication with administration in these roles

15   about continuous improvement.

16   Q.   If a school is not given a plan, would you

17   agree that it would be very difficult to get out of

18   priority status when there's no plan in place?

19   A.   When you say "no plan," can you please --

20   like, I don't know what that means.  What kind of

21   plan are we talking about?

22   Q.   Did we not talk --

23   A.   We have the school improvement plan in

24   place to improve --

25   Q.   Did we not talk just about an hour ago

1    about a plan being developed from internal and

2    external individuals that are then -- that's then

3    used in a priority school?

4         A.   I believe that we were referring to

5    supports.  We have internal supports and external

6    supports.  I believe you asked if they were coming

7    in supporting schools, so it would be an internal

8    lens sometimes -- I mean, all the time, and then

9    sometimes there's an external lens that comes along

10   with that.

11        Q.   So then do you know that priority schools

12   are -- the plans developed for priority schools?

13        A.   Every school should have a school

14   improvement plan, and it should be aligned to the

15   data that is before it.  So every school should have

16   a school improvement plan, that is correct.

17        Q.   If a school does not have a plan in place,

18   would you agree that they would have more difficulty

19   getting out of priority status?

20        A.   I just don't know of a school that doesn't

21   have a school improvement plan in place.  That's a

22   hypothetical scenario, so that's not --

23        Q.   If you --

24        A.   A school principal is -- a school

25   principal is really like -- you know, having been a

1    principal, like, right, you've got your plan.

2    Everybody has a yearly plan to execute.

3        Q.   Okay.  Is there any special plan that's

4    developed for priority schools?

5        A.   Yes.  There are additional conversations,

6    ATSI plans, there are additional layers to those

7    documents.

8        Q.   Okay.  Is it called an ATSI plan?

9        A.   That name changes so often, I don't know

10   what it's called at this point.

11       Q.   Okay.  Let's call it priority plan, okay,

12   for purposes of this deposition.  Can we agree to

13   that?  Dr. Springer?

14       A.   It's your decision.  If you decide to call

15   it that, yes, ma'am, I'll go with it.

16       Q.   Okay.  I'm trying to communicate with you,

17   because if it changes its name every year or so,

18   it's very difficult to get a straight answer about

19   it.  So I'm going to call it a priority plan, okay?

20       A.   Okay.

21       Q.   Okay.  Would you agree that it would be

22   difficult for a school to get out of priority status

23   if the school is not given a priority plan?

24       A.   See, that question is -- that's really not

25   how it works.  The school comes up with a

1   collaborative -- like it comes up with a plan, so

2   when you're saying "given a plan," I'm just not

3   certain what you mean by that, which is why I asked

4   the question about, is there a different plan we're

5   talking about?  Like what plan --

6       Q.   So what you're saying is that these

7   priority plans are written by the principal who has

8   the prior school?

9       A.   I'm saying, in collaboration with others

10   that support and serve the school.

11       Q.   And who are the others?

12       A.   It depends.

13       Q.   Okay.  Are they internal and external

14   people who come in to support the priority schools?

15       A.   That sometimes is the case.

16       Q.   Okay.  Do you know whether or not they

17   develop the plan for the principal to then

18   implement?

19       A.   Who is "they?"

20       Q.   These internal and external individuals

21   that you're referring to?

22       A.   My understanding is that this is a

23   collaborative process, so not following exactly what

24   you're saying.

25       Q.   Okay.  Never mind.  Let's have this chart

1    marked the next-numbered exhibit.

2                    (WHEREUPON, the

3                    previously-mentioned document was

4                    marked as Exhibit Number 5.)

5    BY MS. STEINER:

6        Q.    Did you know an individual named Jane Doe?

7        A.    Yes.

8        Q.    We're going to refer to her as Jane Doe in

9    this deposition, can we agree to do that?

10        A.    Yes, ma'am.

11        Q.    So do you know Jane Doe?

12        A.    I do.

13        Q.    Did you know that she complained that a

14    lesson plan given to her son was racial

15    discrimination because of the language contained

16    within the lesson plan; did you know that?

17        A.    I am aware of an incident involving a

18    lesson plan that you are describing.

19        Q.    Okay.  Was the lesson referred to as

20    "Let's Make a Slave"?

21        A.    That sounds about right.

22        Q.    And did you know that Jane Doe complained

23    about that lesson to the administration at Metro

24    Schools?

25        A.    No.

1      Q.    How did you know about the lesson plan?

2      A.    If I'm not mistaken, in this role, we'll

3  get litigation holds, and then, you know, things are

4  widely televised.  At the board meeting, there was

5  conversation regarding -- regarding a lesson plan,

6  so that's where I have been made aware.

7      Q.    Did you know that there was a litigation

8  hold placed on information related to Jane Doe's

9  complaints?

10     A.    I believe so, yes.

11     Q.    Do you know whether or not there was a

12 video of one of the lessons given?

13     A.    I'm aware of a video.

14     Q.    Okay.  Are you familiar with a school

15 called Stratford or Stanford, I believe?  Stanford?

16     A.    Stanford, yes.

17     Q.    Is that a -- what type of school is that?

18     A.    Stanford, assuming you're referring to, is

19 it a Montessori school, et cetera, it's a Montessori

20 school.

21     Q.    Is it more difficult to get in?

22     A.    I'm not sure.  It's a process.

23     Q.    Meaning you have to apply to get in that

24 school?

25     A.    Correct.

1      Q.    Would school choice decide whether or not

2  you get in that school or not?

3      A.    I'm sorry?

4      Q.    Would school choice, the department of

5  school choice make any decision about whether or not

6  you get in that school?

7      A.    From my understanding, yes.

8      Q.    Okay.  And if school choice does not put

9  you in that school, you don't get in that school,

10 correct?

11     A.    I'm not sure about the inner workings of

12 that department.

13     Q.    Is that a school that parents want their

14 kids to attend?

15     A.    I think there are a multitude of schools

16 that parents want their kids to attend, and I'm

17 certain Stanford is one of them.

18     Q.    And do you know whether or not each year

19 you have a waiting list of kids trying to get into

20 Stanford?

21     A.    As with all of our school choice schools,

22 that is certainly a possibility.

23     Q.    Do you know a Debbie Booker who was at

24 Cohn Learning Center?

25     A.    She was a principal at -- when Cohn was in

1   the southeast quadrant, I served as executive

2   director and then at principal meetings, I would

3   know Ms. Booker.

4        Q.   Do you know when -- was Cohn Learning

5   Center closed?

6        A.   You asked me, when was it closed?

7        Q.   Was it closed?

8        A.   When?

9        Q.   Was it closed?

10        A.   Oh, yes, ma'am.  Yes.  Yes, it was.

11        Q.   Okay.  Do you know whether or not Debbie

12   Booker was moved to be a principal then?

13        A.   From my understanding, I have lost track

14   of her trajectory.  I feel like she is a principal

15   now.

16        Q.   Do you know what school?

17        A.   I don't, not off the top of my head.

18        Q.   Did you have any discussions with Dr.

19   Battle about the Let's Make a Slave lesson, and who

20   complained about it?

21        A.   No.

22        Q.   Okay.  Do you know why the director of

23   school choice's position was eliminated?

24        A.   No.

25        Q.   Did you have any input into the decision

1  to eliminate jobs in the spring of 2022?

2      A.   Spring of 2022?

3      Q.   Spring of 2020.  Thank you.

4      A.   No.

5      Q.   Okay.  Did you have any discussions with

6  Dr. Battle about any problems with the budget in

7  spring of 2020?

8      A.   Let's see.  In the spring of 2020, I --

9  likely to -- it was pandemic.  No.  No.

10     Q.   Would you agree -- would you agree that if

11 you wanted to cut money from the budget, the best

12 person to go to talk to about that would be Chris

13 Henson or Barry Booker?

14     A.   Those are options.  When you say "cut

15 money, cut budget," are you talking about for

16 individual performance or schools.

17     Q.   Would you not agree that if you had to cut

18 some funds from the budget, that the first

19 individuals you should probably go to to ask about

20 that would be Chris Henson or Barry Booker?

21     A.   I think all of that whole entire team,

22 yes.

23     Q.   Now --

24     A.   That could be the course of action or...

25     Q.   Did you know Dr. Pippa Meriwether?

1     A.   I did.  I do.

2     Q.   And what type of an associate

3 superintendent did she make, was she competent?

4     A.   Confident seems to be subjective, and so

5 everybody has a different definition of confidence,

6 so if you could elaborate, please, that would be

7 helpful, to make sure I'm hitting the target.

8     Q.   Okay.  So if I use the term that's

9 commonly used, "competent," is a person competent,

10 you do not know what I'm asking you?

11     A.   I'm so sorry.  I thought you said

12 confident.

13     Q.   No.  Competent.

14     A.   Got it.  Working alongside Dr. Meriwether

15 at times was -- you know, we had a difference of

16 perspective in some instances, like how we might

17 have handled something, so, I mean, you know,

18 competent would -- I believe everyone has strengths

19 and I believe everyone has some growth, areas for

20 growth and...

21     Q.   Did you think Dr. Meriwether was

22 competent?

23     A.   So the reason why I'm hesitating is

24 because sometimes folks, you know, staff are

25 struggling in a role, and sometimes it's -- you

1  know, so it's skill, and then sometimes it's will,

2  right, the will to do or the want to do.  I think in

3  some instances in my interactions with Dr.

4  Meriwether, it was -- I couldn't hardly tell if it

5  was a skill deficit or a will deficit, right.  I

6  don't know if it was -- you know, sometimes things

7  would take a long time to get done as a team, which

8  should be really quick, and it took all day, you

9  know, just an extended amount of time.  And so I'm

10  struggling with the question, like...

11      Q.  Did you think Dr. Cathey was competent?

12      A.  There again, I couldn't tell if it was

13  skill or will.  There are times when we've had to

14  collaborate and we had to collaborate often, and

15  there would be many of days where we couldn't get to

16  an end goal for various reasons.

17      Q.  Did you think Dr. Schunn Turner was

18  competent?

19      A.  Similarly.  You know, I worked on a team

20  with all of them, and, you know, I don't know if it

21  was skill or will.  It was just sometimes difficult

22  to get anything accomplished working alongside the

23  team.

24      Q.  Did you know Dr. Turner had complained

25  about pay disparity for females?

1    A.    Can you repeat that, please.

2    Q.    Did you know that Dr. Turner had

3  complained about pay disparity for females?

4    A.    Via media outlets, yes.

5    Q.    Okay.    And did you know about those

6  complaints when you served as the associate

7  superintendent alongside Schunn Turner?

8    A.    I'm trying to make sure I'm getting my

9  years right.    Yes, I think at that point, you know,

10  that had already been shared via the media.

11    Q.    Did you know Dr. Cathey had complained

12  about falsification of grades?

13    A.    No.

14    Q.    Did you know that Dr. Cathey had refused

15  to say anything negative about Lily Leffler because

16  of her associations with her relative Dr. Garcia?

17    A.    Can you restate that?    I'm sorry.    I want

18  to make sure I'm following.

19    Q.    Did you know that Dr. Cathey refused to

20  say anything bad about Dr. Leffler?

21    A.    I don't know that he refused to, no.

22    Q.    Do you know of any statements Dr. Cathey

23  made that were negative about Dr. Leffler?

24    A.    Here, again, we had conversations about

25  all the team that we supported, so I don't have

1   specific quote, time, date that I had a conversation

2   with Damon Cathey regarding her performance.

3       Q.   Did you know that -- do you know an

4   individual named Dr. James Bailey?

5       A.   Yes.

6       Q.   Did you know Dr. Bailey was supervisor of

7   Coach Battle?

8       A.   No, I did not.

9       Q.   Did you know that Coach Battle was Dr.

10   Battle's brother?

11       A.   Coach Battle, I do know that Dr. Battle

12   had a brother who coached, and so, yes, I do know

13   that.

14       Q.   Did you know it was Coach Battle at

15   White's Creek?

16       A.   No.  I don't get in the dealings of who is

17   coaching where.  Given the role we're in, we don't

18   even have what kind of -- kind of -- I mean, we have

19   to stay focused.  I didn't know.

20       Q.   Did you know that Coach Battle had beat up

21   a parent after the end of the basketball game?

22       A.   I became aware that there was an incident

23   at some point, and I didn't know any details about

24   anybody getting beat up or any of the -- any of

25   intricate details.

1      Q.    When were you made aware of the incident?

2      A.    Oh, I don't -- well after -- maybe -- you

3  know what, it had to have been months afterwards,

4  and I don't know any specific time, date, any of

5  that.  Again, I just try to be very much -- you

6  know, if it's something that hits the news, I might

7  see it, other than that, it's hit or miss.

8      Q.    Dr. Springer, if you'd answer my

9  questions, stick to my questions, we'll get through

10  this a lot quicker.

11     A.    I am so sorry.

12           MR. FOX:  Objection to the form.

13  BY MS. STEINER:

14     Q.    Now, who told you about Coach Battle

15  beating up a parent?  Who told you?  Name a person.

16  Who told you?

17     A.    You know, I actually have to think through

18  that.  I think it was one of my colleagues.

19     Q.    Who?

20     A.    One of my colleagues, and I need to -- I

21  can't recall who.  You know, when we are talking --

22     Q.    That's a fine answer, if you can't recall.

23  Do you recall being told that Dr. Battle had misused

24  funds?

25     A.    No.  Can recall that either.

1    Q.    Did you know that James Bailey had had to

2    nonrenew Coach Battle?

3    A.    No.    I don't any of the intricate details.

4    Not to my knowledge.

5    Q.    Did you hear any statements made -- if you

6    heard Dr. Battle say, I'm not going to let anyone

7    punk my brother, do you think that's an

8    inappropriate statement to that?

9    A.    I have never heard her say that.

10    Q.    If you had heard that, would you think it

11    was appropriate, or would it give you concern?

12    A.    You know, I have never heard her speak in

13    those terms, so I would be concerned about like --

14    you know, yes.    I would be concerned, because I've

15    never heard her speak in those terms.

16    Q.    Would you be concerned if you heard anyone

17    in the administrative level use those words?

18    A.    Yes.    That's not something that we -- I

19    mean, you know, we're all passionate about our

20    families, but these are hypotheticals and I don't...

21    Q.    What does it mean to punk someone?

22    A.    Everybody has a different -- different --

23    a different kind of way that they're thinking about

24    that.    Could be a multitude of things.    Because

25    people are thinking -- when I hear you say that,

1   what comes to mind is maybe mistreat.  I'm not -- I
2   don't utilize that word, so I don't have anything
3   other than that.
4           Q.   Okay.  Do you know whether or not Dr.
5   Battle had anything to do with Dr. Joseph leaving
6   the school system?
7           A.   No.  Not to my knowledge.
8           Q.   No, you do not?  No?
9           A.   No, I do not, not to my knowledge.
10          Q.   Okay.  Did you have any discussions with
11  Dr. Battle about her brother at any point?
12          A.   No.
13          Q.   Okay.  Did you know her brother after --
14  did you know James Bailey's contract was nonrenewed?
15          A.   No.
16          Q.   Okay.  Have you engaged in any protected
17  activity, meaning filed a complaint of
18  discrimination of Title VI, Title VII or blow the
19  whistle on anything illegal?
20          A.   No.
21          Q.   Okay.  Do you know of any principal that
22  worked under you that filed a -- except for the
23  incident that we have talked about earlier today
24  involving Mr. Jones that occurred at JFK; do you
25  know of any principals that were under you who had

1    engaged in any protected activity?

2         A.    No.

3         Q.    Okay.

4         A.    No.

5         Q.    Were you on any interview panels for Dr.

6    Pippa Meriwether?

7         A.    I believe that I may have been.

8         Q.    Do you know what the job was for?

9         A.    Seems like it was for the executive

10   director role.

11        Q.    And did you interview for all the

12   executive directors or just for Dr. Meriwether?

13        A.    I would have to go back and find those

14   details.  I can't recall.  So much has happened

15   since then.

16        Q.    Do you know how you scored her?

17        A.    I don't, not specifically.

18        Q.    Did you interview a Mr. Chad High?

19        A.    I would have to go back and confirm with

20   you.

21        Q.    Did you interview Dr. Lily Leffler?

22        A.    I, again, would have to come back and

23   confirm with you on those.  I have sat in plenty of

24   interviews, so I would have to come back and -- FYI,

25   I do need to charge my computer, so I may have to

1  shift to my phone.

2      Q.   Hang on.  Just a couple of questions.

3  What's your age?

4      A.   My age?

5      Q.   I hate to ask that.  I just have to ask.

6      A.   Yes.  I am -- I had to think about it.  I

7  am 42.

8      Q.   42?  And what is your date of birth?

9      A.   8/27/1979.

10     Q.   Thank you.  Do you know Darren Kennedy?

11     A.   I do.

12     Q.   Okay.  Did you ever hear from anyone that

13  James Bailey had gone up to Adrienne Battle and told

14  her that rumors had him having an affair with Dr.

15  Battle?

16     A.   No.  I know nothing about it.

17     Q.   Do you recall whether or not there were

18  any rumors that Dr. Battle was having an affair with

19  Darren Kennedy?

20     A.   No.

21     Q.   Okay.

22     A.   I'm serious.  I have one percent left on

23  this phone.  May I transfer?

24     Q.   Yes.  I'm through with my questions, but

25  you can transfer.  And thank you for your patience.

1      A.    Thank you.

2         MS. HARBISON:  And I do have a few

3 questions, Dr. Springer, but I'll let you reconnect.

4 Do you need a minute to switch?

5         MS. STEINER:  And if I didn't already, I

6 want to make the charts the next exhibit.

7         MR. FOX:  No objection.

8 EXAMINATION BY MS. HARBISON:

9      Q.    Dr. Springer, are you connected?

10     A.    I am.

11     Q.    Dr. Springer, my name is Jesse Harbison.

12 I just have a couple of questions for you, okay?

13     A.    Sure.

14     Q.    Dr. Battle was promoted to interim

15 director in the spring of 2019.  I think we

16 established that earlier, correct?

17     A.    Correct.

18     Q.    And at that time, you were named interim,

19 either community superintendent or associate

20 superintendent to take her place, correct?

21     A.    That is correct.

22     Q.    Did you apply for that job?

23     A.    No.  As -- I was appointed to that

24 position.

25     Q.    Who appointed you or who made the decision

1    to appoint you; do you know?

2        A.    Well, human resources, we were in

3    communication.  So I assume Dr. Battle, being the

4    director of schools, certainly came from Dr. Battle.

5        Q.    Do you know why you were chosen to be

6    appointed as opposed to anyone else?

7        A.    I never asked.

8        Q.    You did not?

9        A.    I did not.

10       Q.    How long have you known Dr. Battle?

11       A.    During our time as principal, I was here

12   in principal meetings, and then we began to work

13   closer together as executive director, and then, you

14   know, just continued to be colleagues.

15       Q.    Okay.  So you have no idea why you were

16   chosen for that job instead of anyone else; is that

17   what you're saying?

18       A.    Well, that -- what I thought you were

19   asking was, do I know why anyone else wasn't

20   selected, I don't know that.

21       Q.    Do you know why you were selected?

22       A.    I can imagine that the individual in that

23   role needs someone who is aligned to the district

24   vision, who implements, who, you know, can serve as

25   a leader in the district and that would embody

1   similar core leadership values.

2       Q.   Are you aligned to the district vision?

3       A.   I believe that I am.  I believe that I am

4   in line with re-envisioning the support hub, central

5   office and the support school where we support

6   schools, and that's what we're here to do, and we

7   empower to put leaders at all levels and then we

8   help create the conditions for optimal learning and

9   that we embody -- I embody the desire to identify

10  and eliminate inequities, absolutely.

11      Q.   What core values are you referring to when

12  you refer to core values?

13      A.   I'm referring to those values as a leader

14  in our organization and specifically our core values

15  we've identified as a district.  (Court reporter

16  asks for clarification.)

17          MR. FOX:  Maybe, Dr. Springer, I think if

18  you'd slow down and speak a little louder, that

19  would help.

20  BY MS. HARBISON:

21      Q.   So you had these core values more so than

22  any other individual that might have been appointed,

23  is that what you're saying?

24      A.   I think that -- no, that's not what I'm

25  saying.  I hope there are others in the organization

1    that also embody these similar tenets and values as

2    a leader.

3         Q.   Okay.  How many years have you known Dr.

4    Battle?

5         A.   I became principal -- I'd say at least

6    20 -- over about ten years.

7         Q.   Okay.

8         A.   Over ten years.

9         Q.   Okay.  Would you say that you got along

10   with Dr. Battle better than the other associate

11   superintendents when you served as an associate

12   superintendent?

13        A.   Now, I did not serve alongside Dr. Battle

14   as an associate superintendent.

15        Q.   That's not what I'm asking.  I'm asking --

16        A.   Sorry.

17        Q.   -- when you were an associate

18   superintendent, did you get along better with Dr.

19   Battle than the other associate superintendents, in

20   your opinion?

21        A.   No, I think I stated this earlier, I can

22   get along with anyone, so I don't -- you know, there

23   wasn't an issue where we didn't get along.  I get

24   along with Dr. Battle, I get along with any of the

25   associate superintendents.

```
 1        Q.   Okay.  You interviewed for the executive
 2   director job, didn't you?
 3        A.   I did.  I interviewed for that role.
 4        Q.   But did you also testify earlier that you
 5   were on the panel for it?
 6        A.   No.
 7        Q.   I thought you said that you did
 8   interview -- you did participate in the interview
 9   for Dr. Pippa Meriwether for the executive director
10   job, did I mishear you?
11        A.   You did, and at that point, I had
12   already -- you know, at that time, I had already --
13   maybe I'm not understanding your question.  I
14   interviewed for executive director in 2016, sat on
15   panels, 2020, for executive director.  Is that what
16   you're saying?
17        Q.   Okay.  So you sat in on the interview
18   panel for the executive director in 2020, for the
19   executive director job in 2020, correct?
20        A.   Correct.
21        Q.   You did not interview for the executive
22   director job in 2020.  Is that what you're saying?
23        A.   No, I interviewed at some point for
24   executive director role, yes, I did.
25        Q.   Okay.  Hold on one second.  I just want to
```

1  make sure I'm very clear, because I'm getting

2  confused.  Did you testify earlier that you sat on

3  the interview panel for Dr. Meriwether's interview

4  for executive director?

5      A.   I did.

6      Q.   Okay.  I'm going to show you a document.

7  Give me one sec.

8      A.   Sure.

9      Q.   Are you able to see documents on your

10 computer?

11     A.   I can.

12     Q.   On your phone?

13     A.   Yes.

14     Q.   Okay.  Dr. Springer, can you --

15     A.   Ma'am, can you hold just one second so I

16 can let colleagues know I'm going to be delayed

17 here.

18     Q.   Sure.

19     A.   Thanks.

20          (Brief break observed.)

21 BY MR. FOX:

22     Q.   Okay.  Dr. Springer, are you there?

23     A.   Yes, I am.

24     Q.   Do you recall scoring Dr. Meriwether for

25 that interview?

1        A.    It's part of the process, yes, I'm sure I

2   did.

3        Q.    Okay.  I'm going to share my screen with

4   you again.

5        A.    All right.

6        Q.    Before I do that, let me ask one more

7   question.  Do you recall anything specific about how

8   you scored her for that interview?

9        A.    Not anything specific at this time, I

10  don't.  Can you hear me good?

11       Q.    Dr. Springer, can you see my screen?

12       A.    I can.

13       Q.    Okay.  This was a set of documents that

14  was produced in response to a public records request

15  made by one of the plaintiffs in this case, okay?

16       A.    Okay.

17       Q.    And it is -- I'll scroll up so you can see

18  it.  It's a set of Microsoft Teams meeting invites

19  that are each titled executive director-schools

20  interview, most of which are in the latter half of

21  May 2020.  So, for example, you can see here on the

22  screen, the subject is executive director-schools

23  interview.  The date is May 21.  The required

24  attendees include a list of individuals, and the

25  last individual is James Witty; do you see that?

1    A.   Yes.

2    Q.   Is James Witty an executive director

3  currently?

4    A.   He is an executive director.

5    Q.   Okay.  So you see in this list of meeting

6  invitations, the names of the required attendees

7  typically stay the same, Chris Barnes, Ken Stark,

8  David Williams, Sharon Griffin, Elisa Norris, and

9  then the last name changes, and that is the name of

10  the individual who was interviewing for the job.

11  Does that make sense to you?

12    A.   Yes.

13    Q.   Okay.  I'm going to show you this page,

14  which is marked plaintiffs 322 at the bottom.  This

15  is a Teams invitation for executive director-schools

16  interview for May 22, 2020, and you're the last

17  invitee or required attended on this invitation; do

18  you see that?

19    A.   Yes.

20    Q.   So you interviewed for the executive

21  director job in May of 2020, correct?

22    A.   Yes.  That's what I was trying to say

23  earlier.

24    Q.   Okay.  You testified earlier that you

25  interviewed for the chief of student support

1    services job on May 20, 2020, correct?

2         A.    From my recollection, yes.

3         Q.    So two days prior to this job, or to this

4    interview for executive director, correct?

5         A.    I believe so.

6         Q.    Do you recall when you learned that you

7    got the chief of student support services job?

8         A.    Yeah.  It had to -- I don't recall the

9    exact date, but it couldn't have been too much after

10   that.  I don't recall the exact date.

11        Q.    Okay.  But it would not have been before

12   May 22, 2020, because that was the day you

13   interviewed for the executive director job, correct?

14        A.    That sounds right.

15        Q.    Okay.  I'm going to make this page or this

16   group of pages with the interview invitations, so

17   plaintiff's 318 through -- hold, please, 332, the

18   next-numbered exhibit.

19                    (WHEREUPON, the

20                    previously-mentioned document was

21                    marked as Exhibit Number 6.)

22             MS. HARBISON:  And I don't have any

23   further questions.

24             FURTHER THIS DEPONENT SAITH NOT

25

```
 1              REPORTER'S CERTIFICATION

 2

 3   STATE OF TENNESSEE     )
     COUNTY OF DAVIDSON     )
 4

 5

 6        I, Janie W. Garland, LCR#111, licensed court

 7   reporter, in and for the State of Tennessee do hereby

 8   certify that the above deposition was reported by me

 9   via remote means and that the foregoing pages of the

10   transcript is a true and accurate record to the best

11   of my knowledge, skills, and ability.

12

13        I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17

18        I further certify that I am duly licensed by the

19   Tennessee Board of Court Reporting as a Licensed

20   Court Reporter as evidenced by the LCR number

21   following my name below.

22                            Janie W. Garland

23                     _____

24                     Janie W. Garland, LCR#111

25
```

# **E R R A T A   P A G E**

I, Michelle Maultsby Springer, having read the foregoing deposition, Pages 1 through 121, do hereby certify said testimony is a true and accurate transcript, with the following changes (if any):

PAGE      LINE                    SHOULD HAVE BEEN

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____    _____        _____

_____

Michelle Maultsby Springer

BY MR. FOX: [1] 118/21
BY MS. HARBISON: [1] 115/20
BY MS. STEINER: [20] 6/14 15/2 15/9 21/23 24/22 27/12 28/3 31/18 38/9 52/13 58/9 60/5 60/10 62/12 64/11 65/9 85/11 88/22 99/5 108/13
MR. FOX: [19] 6/10 14/23 21/20 24/16 52/12 57/24 58/5 60/4 60/9 61/18 61/22 61/25 62/4 64/10 65/1 65/7 108/12 113/7 115/17
MS. HARBISON: [5] 14/24 27/8 27/11 113/2 121/22
MS. STEINER: [7] 24/19 27/9 27/25 31/12 58/2 65/5 113/5
THE WITNESS: [7] 15/8 21/21 60/7 61/19 61/24 62/3 62/8

$

$185,000 [1] 43/14

'

'16 [1] 86/20
'17 [2] 86/20 87/1
'18 [1] 87/1

.

.2 [4] 89/6 89/7 93/13 95/12

0

01023 [1] 1/5

1

1.4 [3] 89/9 93/13 95/11
1.7 [1] 87/15
1.8 [1] 87/5
108 [1] 3/23
11 [1] 21/2
111 [2] 122/6 122/24
113 [1] 4/3
12 [2] 22/13 51/25
121 [2] 4/11 123/3
13 [2] 23/14 23/17
14 [1] 51/25
140 [1] 43/10
185,000 [1] 44/7
196300 [1] 3/24
1979 [1] 112/9

2

2.2 [3] 86/8 86/9 87/4
2.5 [1] 87/15
20 [5] 13/4 42/5 45/10 116/6 121/1
20-minute [3] 52/10 52/23 59/24
2015 [1] 76/14
2016 [2] 86/10 117/14
2017 [5] 14/8 33/10 84/9 86/10 90/7
2018 [5] 76/10 76/11 80/8 90/7 90/8
2019 [11] 42/6 42/19 73/18 74/8 74/15 76/11 76/14 76/21 84/25 85/3 113/15
2020 [26] 42/8 42/9 42/21 44/5 44/6 44/24 44/25 45/10 72/16 74/8 74/13 74/15 76/14 76/21 103/3 103/7 103/8 117/15 117/18 117/19 117/22 119/21 120/16 120/21 121/1 121/12
2022 [5] 1/24 3/2 61/15 103/1 103/2
21 [1] 119/23
22 [2] 120/16 121/12
222 [1] 2/9
23 [1] 33/10

24 [3] 1/24 3/2 61/15

3

3.3 [1] 86/2
3.6 [1] 86/2
31 [1] 4/6
318 [1] 121/17
322 [1] 120/14
33 [1] 33/4
332 [1] 121/17
34 [1] 33/4
340M [1] 2/9
35 [1] 33/17
37201 [1] 2/9
37206 [2] 3/13 3/19
37219 [1] 3/24
38 [1] 4/7
39 [1] 34/7
3:20-CV-01023 [1] 1/5

4

42 [2] 112/7 112/8

5

5 percent [1] 69/8
5.1 [2] 86/2 87/1
5350 [1] 2/10

6

613 [1] 3/13
615 [1] 2/10
68251 [1] 3/19

7

714-5350 [1] 2/10

8

8/27/1979 [1] 112/9
80,000 [1] 50/1
80-something-thousand [1] 92/2
85 [1] 4/8
88 [1] 4/9

9

98 [1] 4/10

A

Aaron [1] 14/10
ability [1] 122/11
able [3] 20/18 73/20 118/9
about [130]
above [1] 122/8
absolutely [6] 48/17 64/5 64/24 72/8 75/15 115/10
abusive [1] 19/25
academic [1] 72/8
accept [1] 9/11
acceptable [1] 31/7
accepted [1] 14/13
accepts [1] 18/23
access [2] 45/1 45/3
accomplished [1] 105/22
accurate [9] 13/11 13/13 37/14 40/11 43/11 44/16 74/7 122/10 123/4
accusing [1] 22/16
accustomed [1] 27/20
achievement [2] 72/7 94/4
across [6] 50/9 50/15 51/24 83/22 88/14 90/4
action [4] 46/12 47/3 103/24 122/15

actions [2] 36/12 58/18
activity [2] 110/17 111/1
actually [10] 19/9 33/7 33/10 39/7 39/12 44/18 44/20 80/7 82/12 108/17
add [1] 8/10
added [6] 67/16 68/8 68/20 68/23 69/2 69/7
addition [2] 79/15 79/15
additional [5] 70/9 75/7 79/2 97/5 97/6
adjustments [2] 59/18 90/24
administration [5] 18/22 19/2 19/5 95/14 99/23
administrative [2] 15/23 109/17
administrator [1] 18/4
ADRIENNE [5] 1/8 1/14 1/21 30/4 112/13
advances [9] 11/1 11/9 11/10 11/11 11/16 15/14 33/1 33/18 35/12
affair [2] 112/14 112/18
afraid [1] 57/20
after [17] 15/11 17/24 18/10 18/15 30/18 38/13 39/23 43/19 46/22 46/24 62/20 63/15 68/23 107/21 108/2 110/13 121/9
afterwards [1] 108/3
again [17] 17/23 20/19 26/13 26/17 47/1 52/9 53/20 58/23 72/4 82/3 88/10 91/15 105/12 106/24 108/5 111/22 119/4
against [24] 7/24 7/25 10/2 12/9 14/20 17/11 21/16 29/8 29/13 29/16 31/24 34/22 36/11 36/18 36/20 37/10 46/9 46/17 47/6 48/6 48/18 63/14 64/2 64/3
age [2] 112/3 112/4
ago [1] 95/25
agree [29] 36/18 37/13 37/23 38/12 38/22 39/5 39/8 39/13 39/22 40/1 40/3 54/14 54/14 64/6 64/14 64/19 75/17 79/6 79/10 79/20 80/1 95/17 96/18 97/12 97/21 99/9 103/10 103/10 103/17
agreed [2] 39/10 55/17
ahead [1] 8/8
align [1] 91/9
aligned [3] 96/14 114/23 115/2
alignment [1] 17/4
all [38] 3/3 3/4 17/2 18/14 21/21 22/2 24/5 31/11 31/23 33/23 36/16 45/18 49/6 51/8 52/22 53/16 56/25 61/19 62/16 63/1 65/14 66/12 67/8 67/9 77/6 78/1 78/7 94/23 96/8 101/21 103/21 105/8 105/20 106/25 109/19 111/11 115/7 119/5
allegation [12] 14/6 16/7 16/19 20/16 23/8 28/25 29/18 32/3 32/7 35/25 36/2 37/4
allegations [17] 11/21 12/12 13/1 17/7 17/24 19/21 20/23 20/25 33/14 34/1 34/11 36/18 36/20 36/23 37/7 41/3 46/22
alleged [1] 29/8
Allen [3] 84/13 84/16 84/25
allow [1] 18/17
allowed [3] 18/11 38/14 45/4
alone [1] 60/18
along [17] 40/22 41/1 49/15 49/21 49/24 50/4 50/21 50/22 52/1 54/20 96/9 116/9 116/18 116/22 116/23 116/24 116/24
alongside [9] 47/22 48/12 48/17 54/19

## A

alongside... [5] 91/10 104/14 105/22
106/7 116/13
already [7] 62/2 62/5 82/23 106/10
113/5 117/12 117/12
also [13] 9/22 20/19 22/5 29/3 29/8
29/15 36/9 54/21 63/13 73/24 92/9
116/1 117/4
always [6] 56/7 57/14 57/17 88/7 93/15
93/23
am [46] 5/7 7/13 9/13 13/14 13/15
13/16 16/17 17/2 18/1 19/1 23/4 24/2
24/5 25/23 26/17 26/22 27/19 32/7
37/4 37/6 37/9 39/24 43/11 45/18 46/3
54/7 59/15 59/18 62/22 62/25 63/3
72/4 81/18 82/7 92/25 99/17 108/11
112/6 112/7 113/10 115/3 115/3
118/23 122/13 122/15 122/18
amongst [1] 56/8
amount [2] 38/14 105/9
analysis [1] 6/11
analyzing [1] 51/18
Anderson [3] 80/12 80/20 80/21
Ann [3] 3/11 27/8 65/1
another [16] 9/5 10/21 28/9 31/14 40/9
40/10 48/12 48/17 65/2 68/8 68/20
69/6 69/9 69/10 74/5 76/23
answer [13] 6/16 15/8 24/17 28/10
57/25 62/2 63/1 69/1 75/22 81/22
97/18 108/8 108/22
answered [2] 37/24 37/25
answers [1] 59/24
Antioch [10] 67/25 68/1 76/7 76/9
76/21 81/9 82/21 83/10 86/25 87/25
any [94] 5/22 6/3 6/8 7/5 7/9 7/18 7/23
10/6 10/10 14/11 16/4 16/10 16/24
18/10 19/15 19/15 19/20 25/6 26/25
30/19 30/25 31/2 31/9 31/10 36/25
41/2 46/13 47/24 48/3 48/5 48/7 48/21
48/23 49/13 53/13 53/22 54/1 54/5
54/12 54/23 55/5 56/18 60/1 60/13
61/1 61/7 61/10 62/13 65/12 66/5
66/13 67/22 71/18 74/12 76/2 77/18
78/15 81/24 81/25 83/7 86/13 87/11
87/18 87/24 93/9 95/2 97/3 101/5
102/18 102/25 103/5 103/6 106/22
107/23 107/24 107/24 108/4 108/4
109/3 109/5 110/10 110/11 110/16
110/21 110/25 111/1 111/5 112/18
115/22 116/24 121/22 122/14 122/15
123/4
anybody [3] 49/14 63/21 107/24
anyone [22] 25/5 27/17 30/8 30/23 31/1
45/16 47/5 49/8 50/3 58/11 76/19
78/21 81/12 87/17 90/3 109/6 109/16
112/12 114/6 114/16 114/19 116/22
anything [12] 6/19 13/12 58/16 70/2
105/22 106/15 106/20 110/2 110/5
110/19 119/7 119/9
apologies [3] 21/10 42/9 76/6
apology [1] 6/17
APPEARANCES [1] 3/7
appears [2] 12/10 13/10
application [1] 14/11
applied [1] 46/4
apply [7] 26/11 27/1 28/8 28/13 77/1
100/23 113/22
applying [1] 28/13
appoint [3] 43/15 85/3 114/1
appointed [8] 44/18 45/20 45/24 46/4

113/23 113/25 114/6 115/22
approach [1] 94/20
approaching [1] 94/19
appropriate [1] 109/11
approve [1] 19/2
are [91] 3/4 3/5 8/22 9/16 13/11 17/7
18/19 25/19 26/2 26/4 26/7 26/8 27/18
28/11 36/19 36/20 38/22 49/3 49/5
49/16 49/24 50/17 51/19 56/5 56/6
56/6 56/7 57/7 60/23 63/5 64/3 67/14
67/15 68/15 68/16 69/6 69/21 70/7
75/15 75/16 75/20 75/21 77/23 78/19
79/20 80/4 80/5 85/23 86/1 87/15
89/15 89/16 89/19 89/20 89/21 89/24
90/12 90/12 90/18 92/23 94/15 94/16
94/22 94/24 95/21 96/2 96/12 97/5
97/6 98/7 98/11 98/13 99/18 100/3
100/14 101/15 103/14 103/15 104/24
105/13 108/21 109/20 109/25 113/9
115/2 115/11 115/25 118/9 118/22
119/19 119/20
are options [1] 103/14
areas [4] 50/14 88/14 93/18 104/19
aren't [1] 27/22
arm [1] 11/3
around [21] 11/4 43/10 51/18 51/19
55/14 59/19 71/7 73/14 73/20 76/11
88/7 94/10
as [103] 3/3 3/4 5/2 5/3 5/18 9/11
10/19 13/17 18/9 18/12 19/14 25/23
26/22 28/5 28/6 28/14 29/9 29/18 30/7
30/23 31/4 31/17 32/10 36/11 36/14
36/25 37/8 38/8 41/15 41/22 43/7
43/13 43/16 43/17 43/19 44/21 46/1
47/6 47/23 48/11 50/6 51/16 53/7
54/18 54/19 55/10 56/4 57/14 59/2
59/8 65/13 65/19 66/2 69/11 74/24
75/14 75/14 76/24 76/24 77/13 78/4
78/5 79/7 79/7 79/21 80/2 83/23 85/10
87/22 88/10 88/21 90/14 90/15 91/8
91/10 91/11 91/16 92/4 92/4 92/12
94/1 94/11 94/23 99/4 99/8 99/9
101/21 102/1 105/7 106/6 113/23
114/6 114/11 114/13 114/24 115/13
115/15 116/1 116/11 116/14 121/21
122/19 122/20
ask [15] 11/20 16/8 17/10 19/7 27/9
36/17 47/5 49/18 52/8 79/4 80/6
103/19 112/5 112/5 119/6
asked [13] 37/4 37/11 37/17 37/21 50/7
51/11 62/2 62/5 63/2 96/6 98/3 102/6
114/7
asking [19] 10/17 13/11 16/12 16/14
20/1 38/2 38/22 40/23 49/16 51/12
53/25 58/20 64/19 66/12 72/18 104/10
114/19 116/15 116/15
asks [1] 115/16
aspect [1] 36/16
assigned [1] 15/22
assistant [11] 6/22 7/2 8/23 8/24 9/3
9/7 9/11 9/21 23/12 25/13 39/3
associate [31] 25/6 40/17 41/13 41/16
41/21 41/25 42/11 42/14 42/18 42/25
44/14 53/13 53/22 54/12 55/11 60/24
61/8 66/20 67/3 67/18 72/17 74/24
104/2 106/6 113/19 116/10 116/11
116/14 116/19 116/22 116/25
Associates [1] 2/8
association [2] 64/9 66/22
associations [1] 106/16

assume [4] 37/7 54/7 63/7 114/3
assuming [1] 100/18
asteiner [1] 3/14
ATSI [2] 97/6 97/8
attempted [1] 19/24
attend [2] 101/14 101/16
attended [1] 120/17
attendees [2] 119/24 120/6
attention [7] 10/3 10/8 14/5 17/14
18/11 35/8 48/25
Attorney [2] 3/12 3/18
automatically [1] 37/2
Avenue [1] 2/9
aware [39] 9/13 9/16 10/10 13/15
13/16 15/19 16/9 16/18 16/22 17/2
19/1 20/9 20/11 20/15 20/25 22/4 23/4
24/5 25/19 32/8 34/3 34/5 34/13 35/17
36/1 36/15 37/4 37/10 62/22 63/2 63/4
63/5 84/22 92/14 99/17 100/6 100/13
107/22 108/1

## B

back [28] 8/5 9/1 9/20 18/5 20/13 24/20
27/4 28/8 30/17 37/2 38/14 42/5 47/6
49/17 49/19 53/8 57/10 57/16 58/25
69/11 72/16 73/9 85/19 93/12 111/13
111/19 111/22 111/24
background [1] 14/11
bad [1] 106/20
BAILEY [7] 1/16 3/9 83/1 107/4 107/6
109/1 112/13
Bailey's [1] 110/14
Barbara [1] 5/7
Barnes [2] 45/15 120/7
Barry [2] 103/13 103/20
based [18] 9/24 17/17 19/17 32/12 40/7
40/11 46/20 46/21 46/21 63/10 63/11
64/16 73/18 76/17 77/5 79/1 87/9
94/20
basic [1] 80/3
basis [2] 60/20 92/20
basketball [1] 107/21
battery [1] 65/3
BATTLE [53] 1/8 1/14 1/21 16/10 16/13
16/15 16/23 19/15 30/4 40/16 41/2
41/18 43/15 43/23 44/18 50/4 62/14
65/10 66/6 91/1 91/2 91/7 91/15 91/16
92/9 92/11 92/14 102/19 103/6 107/7
107/9 107/11 107/11 107/14 107/20
108/14 108/23 109/2 109/6 110/5
110/11 112/13 112/15 112/18 113/14
114/3 114/4 114/10 116/4 116/10
116/13 116/19 116/24
Battle's [2] 16/21 107/10
be [97] 5/22 6/11 6/12 9/4 9/20 10/3
10/7 12/3 13/10 17/3 17/5 17/8 19/10
19/19 20/18 21/18 25/15 26/20 26/24
27/6 27/7 28/7 30/24 30/25 31/10
38/16 38/16 38/17 40/10 40/25 41/8
41/13 43/20 44/9 44/16 46/20 46/21
49/4 50/13 54/6 54/8 54/21 55/9 55/15
55/15 55/16 56/8 56/11 56/24 57/15
68/8 68/20 69/6 69/7 69/18 69/23 71/9
71/12 71/13 72/10 72/14 72/19 73/18
73/20 73/20 73/24 74/4 81/9 82/1
84/21 84/22 87/22 89/11 89/22 92/23
92/1 93/4 95/17 96/7 96/14 97/21
102/12 103/12 103/20 103/24 104/4
104/6 105/8 105/15 108/5 109/13
109/14 109/16 109/24 114/5 114/14

**B**

be... [1] 118/16
beat [2] 107/20 107/24
beating [1] 108/15
became [15] 35/17 42/2 42/11 42/18
66/21 66/25 75/6 76/9 76/13 80/21
80/22 80/25 81/1 107/22 116/5
because [46] 6/18 16/25 17/20 36/6
39/18 40/13 40/16 41/4 46/5 47/8
49/24 50/5 52/21 52/24 53/25 54/6
55/1 57/1 63/23 64/2 64/8 64/21 64/24
69/1 69/25 71/24 72/2 75/2 75/8 77/7
77/19 77/22 78/2 78/11 78/20 78/22
79/10 94/9 97/17 99/15 104/24 106/15
109/14 109/24 118/1 121/12
become [7] 41/19 41/25 67/12 67/21
71/19 71/19 72/3
becomes [1] 73/17
becoming [1] 71/23
been [34] 5/2 5/14 6/5 6/19 13/2 13/4
13/15 16/13 22/3 25/6 25/10 29/3
36/10 42/13 43/9 44/25 48/24 51/12
54/25 76/13 77/15 83/14 84/21 86/22
88/3 96/25 100/6 106/10 108/3 111/7
115/22 121/9 121/11 123/6
before [16] 5/10 5/12 5/14 19/13 27/10
42/10 42/14 65/21 66/21 72/11 72/23
73/19 82/20 96/15 119/6 121/11
beforehand [1] 25/15
began [9] 15/12 20/2 33/19 34/8 35/11
35/23 76/16 91/9 114/12
begin [1] 69/22
beginning [3] 37/12 37/20 38/1
behalf [4] 7/21 7/23 47/3 49/25
behavior [2] 14/2 20/1
being [29] 5/18 10/18 10/18 16/17 20/3
22/21 23/12 24/3 25/17 25/24 28/12
29/12 29/12 29/15 32/12 32/13 39/7
41/5 51/11 52/25 53/1 56/22 68/23
74/24 76/16 78/21 96/1 108/23 114/3
belabor [1] 65/22
believe [53] 6/21 8/3 10/19 10/21 11/14
12/7 18/2 18/13 18/24 20/6 22/25
28/18 30/6 32/1 32/5 32/24 37/24 40/9
40/18 41/3 41/18 46/11 46/16 47/1
47/15 48/4 54/5 67/25 68/5 68/5 69/8
70/11 72/6 72/7 72/13 73/2 76/22
80/21 82/23 83/24 84/3 89/5 92/19
96/4 96/6 100/10 100/15 104/18
104/19 111/7 115/3 115/3 121/5
Belle [1] 94/12
Bellshire [1] 83/5
belonging [1] 93/24
below [1] 122/21
Besides [1] 28/23
best [2] 103/11 122/10
better [3] 82/11 116/10 116/18
big [1] 52/4
bigger [1] 85/16
birth [1] 112/8
bit [11] 17/24 23/17 33/20 35/22 36/5
36/9 38/3 48/10 51/12 75/24 82/10
blow [1] 110/18
board [4] 92/15 92/24 100/4 122/19
body [1] 33/22
Booker [5] 101/23 102/3 102/12 103/13
103/20
bookkeeper [2] 19/25 20/20
both [3] 14/1 24/17 71/10
bottom [1] 69/8 69/16 120/14

Box [2] 3/19 3/24
Braden [72] 7/17 7/19 7/24 8/1 8/4 8/13
8/16 10/11 10/14 10/24 11/1 11/8
13/21 13/25 14/8 14/11 14/20 15/10
15/11 15/23 16/1 16/11 16/13 16/16
16/20 16/25 17/9 17/12 17/16 17/17
17/20 17/23 18/6 18/9 18/11 18/17
19/16 19/24 20/17 21/5 21/15 22/1
22/6 22/15 22/18 22/20 23/18 28/16
28/20 29/4 30/10 30/17 31/3 33/6
34/22 35/5 35/11 35/23 36/12 36/19
36/20 37/10 37/22 38/12 38/13 39/16
41/4 46/8 46/16 46/23 47/6 49/9
Braden's [4] 14/10 15/14 22/14 33/18
brain [1] 49/20
break [7] 27/8 27/10 27/25 28/2 65/3
65/8 118/20
breakfast [1] 92/12
Brick [1] 76/2
Brief [3] 28/2 65/8 118/20
briefly [1] 12/13
Briggs [1] 2/8
Brook [2] 58/14 60/8
Brooks [1] 3/22
brooks.fox [1] 3/25
brother [5] 107/10 107/12 109/7 110/11
110/13
brought [14] 7/24 7/25 10/3 10/8 14/5
17/12 17/14 18/10 35/7 48/23 49/4
62/23 66/6 92/23
budget [6] 20/4 21/19 103/6 103/11
103/15 103/18
build [2] 79/12 91/17
building [1] 94/4
bunch [1] 33/7
Buntin [1] 3/11
buses [2] 93/19 93/20
buy [3] 55/16 57/11 57/15
buy-in [2] 55/16 57/15
buy-ins [1] 57/11

**C**

cabinet [3] 91/16 92/10 92/11
calendar [2] 45/2 56/24
call [5] 11/25 51/16 97/11 97/14 97/19
called [8] 5/2 41/20 66/21 66/22 70/20
97/8 97/10 100/15
calling [1] 34/9
calls [1] 6/10
came [4] 58/17 59/15 93/17 114/4
campus [2] 10/19 10/25
can [98] 5/23 6/1 8/9 11/25 15/3 15/4
17/17 18/5 19/4 19/11 21/11 23/16
24/3 27/6 27/6 27/8 27/9 28/7 28/8
30/22 32/4 32/13 34/7 37/9 37/19
39/10 45/1 48/12 49/18 49/23 51/14
52/2 53/15 55/5 55/18 56/14 58/16
58/17 61/15 61/19 61/25 65/2 66/2
66/5 66/8 66/17 67/3 67/17 68/15
70/19 71/12 71/13 71/17 76/24 77/4
79/23 80/3 82/8 82/10 82/14 82/14
82/16 85/14 85/21 85/22 85/25 86/4
86/25 87/14 87/22 88/10 88/11 88/23
89/1 90/18 91/23 93/23 94/22 94/23
95/19 97/12 99/9 106/1 106/17 108/25
112/25 114/22 114/24 116/21 118/11
118/14 118/15 118/16 119/10 119/11
119/12 119/17 119/21
can't [15] 7/21 10/18 18/14 41/22 58/25
69/22 75/2 75/3 75/8 75/20 75/21 95/6

108/21 108/22 111/14
candidate [72] 44/22 46/1
candy [1] 35/5
Canidra [1] 84/1
cannot [2] 10/20 95/5
capacity [1] 70/21
caption [1] 3/3
case [14] 1/8 5/16 5/25 18/5 31/9 31/9
37/10 38/3 39/25 46/13 49/7 98/15
119/15 122/16
cases [1] 28/15
categorize [2] 91/11 94/1
CATHEY [22] 1/17 3/16 53/12 53/15
53/21 54/3 54/12 59/4 59/6 60/2 60/14
60/18 61/2 61/7 61/16 62/9 105/11
106/11 106/14 106/19 106/22 107/2
Cathey's [1] 48/24
cause [1] 57/23
caused [2] 56/15 57/4
Celia [5] 68/3 76/12 76/19 76/22 76/23
Center [2] 101/24 102/5
central [1] 115/4
certain [28] 13/14 14/14 26/22 32/2
32/7 34/3 38/14 39/24 45/18 46/3
53/25 59/8 59/15 59/18 62/24 62/25
63/16 69/7 70/23 72/5 72/15 75/12
76/16 77/2 84/19 93/8 98/3 101/17
certainly [24] 12/2 16/18 17/14 19/19
23/25 27/16 31/8 45/3 45/7 46/4 50/21
50/21 51/2 54/9 54/21 61/6 66/11 78/9
88/5 94/2 94/3 94/17 101/22 114/4
certificate [1] 3/4
CERTIFICATION [1] 122/1
certify [4] 122/8 122/13 122/18 123/4
cetera [9] 18/25 25/18 54/22 63/12
82/5 82/6 93/25 94/17 100/19
Chad [1] 111/18
chance [2] 76/3 86/13
changed [4] 67/1 67/2 70/2 72/5
changes [7] 25/19 70/5 70/6 97/9 97/17
120/9 123/4
charge [2] 66/19 111/25
charged [2] 59/11 59/11
charges [1] 23/22
chart [3] 85/24 93/12 98/25
charts [1] 113/6
check [1] 14/11
chief [7] 43/13 44/1 44/10 44/14 45/15
120/25 121/7
child [3] 79/5 79/11 79/25
choice [5] 101/1 101/4 101/5 101/8
101/21
choice's [1] 102/23
chosen [2] 114/5 114/16
Chris [3] 103/12 103/20 120/7
Christopher [1] 45/15
chronic [1] 22/16
chronically [2] 20/2 20/22
Church [1] 76/2
circumstances [1] 79/2
Civil [1] 3/3
claim [2] 31/23 64/3
claimed [7] 29/3 32/8 32/25 34/22 35/4
36/10 63/13
claims [7] 11/1 28/22 32/10 34/8 35/10
62/24 62/25
clarification [2] 93/5 115/16
clarifies [1] 31/6
clarify [1] 19/4
clear [4] 31/6 41/8 54/6 118/1

## C

clearly [1] 9/23
clerk [2] 19/25 20/20
clients [1] 78/18
close [2] 68/7 69/4
closed [5] 69/1 102/5 102/6 102/7
 102/9
closely [2] 91/5 91/8
closer [1] 114/13
closes [2] 68/19 69/5
coach [9] 14/12 78/7 107/7 107/9
 107/11 107/14 107/20 108/14 109/2
coached [1] 107/12
coaching [3] 59/17 78/5 107/17
Cohn [3] 101/24 101/25 102/4
collaborate [4] 55/10 55/14 105/14
 105/14
collaborated [1] 61/10
collaboration [2] 50/17 98/9
collaborative [3] 65/23 98/1 98/23
collaboratively [1] 57/14
colleague [2] 48/16 54/19
colleagues [5] 49/23 108/18 108/20
 114/14 118/16
collegial [5] 48/9 65/23 91/4 91/12
 91/25
Collins [7] 31/21 31/25 32/23 33/6
 33/21 33/22 34/22
column [1] 86/8
come [5] 37/2 54/20 98/14 111/22
 111/24
comes [4] 96/9 97/25 98/1 110/1
coming [5] 28/7 49/19 58/25 93/21 96/6
comment [1] 24/2
comments [1] 14/2
common [7] 17/4 19/17 40/25 46/3
 47/10 50/8 77/4
commonly [1] 104/9
communicate [2] 61/2 97/16
communication [3] 31/11 95/14 114/3
community [20] 30/7 40/19 41/17 41/21
 42/25 43/4 43/7 43/16 53/8 55/11
 60/23 66/25 67/2 67/19 79/16 85/1
 94/9 94/16 94/20 113/19
community-based [1] 94/20
competent [8] 104/3 104/9 104/9
 104/13 104/18 104/22 105/11 105/18
complain [1] 32/17
complained [16] 10/13 13/19 22/14
 23/15 38/19 43/25 45/5 46/17 62/20
 63/15 99/13 99/22 102/20 105/24
 106/3 106/11
complaint [28] 4/6 4/7 7/18 10/1 11/8
 11/20 11/21 12/8 15/3 18/10 21/14
 23/8 23/25 24/6 31/13 31/14 31/19
 33/4 36/8 38/4 40/4 40/4 47/11 48/1
 48/6 49/5 64/23 110/17
complaints [14] 7/23 7/25 14/19 17/11
 30/18 32/20 33/6 38/13 38/19 47/24
 48/3 48/23 100/9 106/6
computer [3] 65/3 111/25 118/10
concern [3] 9/19 57/17 109/11
concerned [3] 109/13 109/14 109/16
concerning [5] 10/7 10/11 19/16 19/21
 94/16
concerns [1] 53/16
concert [1] 19/13
conditions [2] 35/13 115/8
conduct [3] 13/19 15/21 32/10
conducted [1] 20/7

conducting [1] 13/6
confer [1] 81/23
confidence [1] 104/5
confident [2] 104/4 104/12
confirm [5] 32/4 61/19 62/21 111/19
 111/23
confirmed [1] 32/17
confused [2] 38/3 118/2
confusion [1] 6/17
Conidra [1] 83/23
Conley [7] 68/3 76/12 76/19 77/18 78/1
 78/11 81/8
connect [1] 92/20
connected [1] 113/9
consider [6] 78/10 89/11 91/13 91/14
 91/14 91/19
considered [2] 43/5 44/11
constant [1] 95/13
consult [1] 19/18
contained [1] 99/15
context [2] 79/22 79/23
continued [1] 114/14
continuous [3] 77/24 88/7 95/15
contract [1] 110/14
conversation [19] 19/20 24/1 24/5
 30/22 56/1 59/7 60/19 60/22 61/7
 61/16 62/10 62/21 66/5 66/11 81/21
 88/6 88/6 100/5 107/1
conversations [7] 59/19 61/10 62/14
 66/3 86/24 97/5 106/24
cooperation [3] 50/13 50/16 57/15
copy [1] 11/19
cordial [1] 91/24
core [5] 115/1 115/11 115/12 115/14
 115/21
correct [107] 6/23 8/14 8/15 8/20 12/19
 13/22 13/23 17/6 17/7 17/25 18/23
 20/23 24/8 24/9 24/15 24/25 25/7 25/5
 25/11 25/16 26/2 26/3 26/12 27/1 27/5
 28/5 28/14 28/15 28/24 29/4 29/10
 29/16 32/18 32/19 32/21 32/22 33/1
 33/2 34/15 34/23 34/24 35/20 36/24
 37/5 37/6 40/14 40/15 40/17 40/21
 41/14 42/15 42/22 44/11 44/15 44/19
 47/16 49/22 55/3 55/23 61/13 63/19
 64/18 65/20 66/15 69/17 70/4 70/5
 71/11 73/5 73/6 73/9 73/10 73/14
 73/20 73/25 74/9 74/21 76/7 76/15
 78/8 78/18 81/2 81/4 81/10 82/24
 82/25 83/19 83/20 85/2 87/12 88/13
 90/10 91/20 95/3 96/16 100/25 101/10
 113/16 113/17 113/20 113/21 117/19
 117/20 120/21 121/1 121/4 121/13
corrected [1] 24/17
coughing [1] 26/16
could [33] 5/5 12/13 14/16 20/12 21/16
 22/8 23/18 24/19 27/15 28/11 31/12
 32/15 33/20 34/21 35/5 51/2 54/5
 54/11 65/13 65/19 66/11 69/23 70/2
 73/24 74/1 79/1 83/14 83/16 86/21
 93/1 103/24 104/6 109/24
couldn't [4] 105/4 105/12 105/15 121/9
counsel [5] 3/1 77/21 78/2 78/5 122/14
counseling [1] 95/10
count [2] 74/11 75/1
county [7] 1/7 1/13 1/21 68/8 69/6
 69/10 122/3
couple [2] 112/2 113/12
course [2] 91/2 103/24
court [6] 1/1 24/19 115/15 122/6

 122/19 122/20
Courthouse [1] 3/23
COVID [2] 74/17 75/7
create [2] 70/20 115/8
created [2] 71/15 88/13
creates [1] 71/1
Creek [1] 107/15
critical [5] 51/22 55/25 56/4 59/2 80/5
culture [2] 93/24 94/4
culture-building [1] 94/4
current [6] 28/8 43/12 43/13 43/25
 53/18 89/5
currently [3] 9/7 44/7 120/3
cut [4] 103/11 103/14 103/15 103/17
CV [1] 1/5
cycle [1] 56/21

## D

DAMON [4] 1/17 3/16 54/12 107/2
Darren [2] 112/10 112/19
data [7] 51/18 88/9 88/9 88/12 90/5
 93/15 96/15
date [16] 34/18 44/23 44/24 45/6 55/7
 65/12 66/8 66/17 74/4 74/5 107/1
 108/4 112/8 119/23 121/9 121/10
dates [3] 37/1 65/16 76/23
David [1] 120/8
DAVIDSON [4] 1/7 1/13 1/20 122/3
day [5] 54/17 54/17 56/11 105/8 121/12
days [5] 18/14 18/14 69/11 105/15
 121/3
deal [1] 69/12
dealings [1] 107/16
Deaton [3] 80/17 81/14 81/25
Debbie [2] 101/23 102/11
decades [1] 13/4
decide [2] 97/14 101/1
decision [9] 7/5 8/4 18/17 19/9 19/12
 97/14 101/5 102/25 113/25
decisions [4] 18/19 19/16 19/19 89/22
dedicated [1] 94/6
defendant [3] 5/17 5/24 12/21
Defendants [4] 1/9 1/15 1/22 3/22
deficit [2] 105/5 105/5
define [1] 37/9
definitely [1] 66/18
definition [3] 91/21 91/22 104/5
definitive [1] 75/22
degree [1] 53/4
delayed [1] 118/16
delivering [1] 14/9
demand [2] 1/6 15/12
demands [2] 14/3 15/13
demote [1] 7/9
demoted [4] 7/7 38/19 39/15 39/19
denied [1] 6/5
denies [1] 18/23
department [6] 3/23 31/6 81/19 81/23
 101/4 101/12
depend [1] 49/2
depends [4] 49/2 95/4 95/8 98/12
DEPONENT [1] 121/24
deposed [1] 5/3
deposition [13] 1/24 3/1 3/4 5/10 27/18
 37/12 37/21 38/5 85/7 97/12 99/9
 122/8 123/3
derail [1] 50/11
derogatory [1] 48/8
describe [1] 6/1
describing [1] 99/18

**D**

designated [3] 72/11 72/23 73/3
designation [1] 73/4
desire [2] 9/23 115/9
desk [2] 19/25 20/20
details [9] 7/13 14/15 39/25 63/17 72/6
 107/23 107/25 109/3 111/14
determination [1] 18/3
determine [1] 29/20
determined [3] 28/16 46/20 46/21
develop [1] 98/17
developed [3] 96/1 96/12 97/4
devoted [1] 13/5
did [193]
didn't [16] 21/18 22/8 51/10 55/1 63/7
 69/4 71/24 75/11 77/7 83/16 90/1
 107/19 107/23 113/5 116/23 117/2
difference [2] 25/25 104/15
different [18] 18/8 28/11 49/3 51/17
 54/2 55/16 58/4 69/22 71/4 75/20
 88/14 91/22 95/8 98/4 104/5 109/22
 109/22 109/23
differently [1] 56/24
difficult [13] 37/9 50/5 50/19 51/12 52/2
 57/6 94/10 95/6 95/17 97/18 97/22
 100/21 105/21
difficulties [8] 50/22 50/24 51/1 51/1
 51/2 53/17 54/20 66/9
difficulty [7] 37/8 51/9 51/10 52/14
 55/13 58/12 96/18
dinner [4] 92/6 92/7 92/10 92/11
dip [1] 89/19
direct [3] 48/25 49/1 54/18
direction [2] 19/18 81/18
directly [1] 55/1
director [61] 7/4 8/13 10/4 10/8 14/4
 15/18 18/9 20/5 24/7 24/24 25/1 30/3
 34/15 34/19 35/16 35/19 40/14 41/19
 42/2 42/12 43/17 43/18 43/22 45/12
 47/23 65/15 66/23 66/23 66/24 77/15
 80/22 80/23 80/24 81/1 81/6 81/10
 91/3 91/9 102/2 102/22 111/10 113/15
 114/4 114/13 117/2 117/9 117/14
 117/15 117/18 117/19 117/22 117/24
 118/4 119/19 119/22 120/2 120/4
 120/15 120/21 121/4 121/13
director's [1] 77/10
director-schools [3] 119/19 119/22
 120/15
directors [14] 48/11 50/18 51/7 51/25
 52/6 52/11 52/16 53/10 54/11 55/12
 56/22 66/10 91/11 111/12
discipline [5] 16/25 77/18 77/20 78/1
 78/4
disciplined [2] 49/9 78/20
discrimination [3] 32/9 99/15 110/18
discuss [2] 92/15 92/23
discussing [1] 16/15
discussion [5] 15/1 30/25 32/14 56/8
 81/15
discussions [3] 102/18 103/5 110/10
dislike [1] 91/15
dismiss [1] 6/4
disparity [2] 105/25 106/3
district [19] 1/1 1/2 7/12 7/14 62/18
 62/23 63/3 63/9 64/4 64/8 64/16 69/5
 71/8 76/24 77/24 114/23 114/25 115/2
 115/15
DIVISION [1] 1/2
do [207]

**document** [16] 12/6 12/10 16/3 31/16
 38/7 85/9 85/13 85/13 87/9 88/17
 88/20 88/24 89/1 99/3 118/6 121/20
documented [2] 21/3 21/25
documenting [1] 21/13
documents [4] 36/13 97/7 118/9 119/13
DOE [6] 1/3 3/10 99/6 99/8 99/11
 99/22
Doe's [1] 100/8
does [11] 19/2 52/23 61/20 70/8 70/17
 72/3 72/10 96/17 101/8 109/21 120/11
doesn't [7] 19/8 52/10 68/6 70/1 86/4
 93/7 96/20
doing [3] 9/4 51/24 86/17
don't [76] 7/20 26/25 29/23 33/11 37/18
 40/2 43/10 45/23 46/23 46/25 48/21
 49/2 51/24 53/8 57/10 57/15 58/21
 59/23 59/24 60/12 61/21 62/16 62/16
 65/15 65/16 65/22 66/8 66/13 68/5
 68/5 68/12 68/25 72/2 75/19 77/6
 79/24 81/22 81/22 82/2 84/12 84/17
 84/19 85/17 86/19 86/20 88/8 90/13
 90/22 91/15 93/1 94/24 95/1 95/20
 96/20 97/9 101/9 102/17 105/6 105/20
 106/21 106/25 107/16 107/17 108/2
 108/4 109/3 109/20 110/2 110/2
 111/17 114/20 116/22 119/10 121/8
 121/10 121/22
done [6] 10/24 16/5 16/6 81/17 94/23
 105/7
down [34] 12/12 12/20 12/25 15/5 21/1
 23/17 32/4 32/15 32/23 33/3 33/20
 34/7 34/21 34/25 34/25 35/9 35/10
 35/22 36/5 36/9 59/25 60/1 60/14
 60/17 60/21 62/9 68/7 68/19 74/20
 83/11 83/15 87/3 87/5 115/18
dozen [1] 52/1
DR [172]
Dr. [7] 6/20 16/13 46/23 68/3 97/13
 105/17 107/4
Dr. Braden [2] 16/13 46/23
Dr. Celia [1] 68/3
Dr. James [1] 107/4
Dr. Jones [1] 6/20
Dr. Schunn [1] 105/17
Dr. Springer [1] 97/13
draft [1] 70/18
drop [1] 69/15
drops [1] 69/9
due [1] 18/2
duly [2] 5/2 122/18
during [6] 11/17 19/10 41/23 67/15
 93/5 114/11
duty [4] 24/12 25/3 25/10 25/14

**E**

E-mail [1] 4/11
each [3] 24/18 101/18 119/19
earlier [15] 9/18 29/6 32/25 40/11
 58/24 78/14 80/10 86/23 110/23
 113/16 116/21 117/4 118/2 120/23
 120/24
early [1] 79/11
educating [1] 79/25
education [7] 51/16 79/5 79/6 79/7 79/8
 80/1 80/2
EEOC [1] 23/22
effectiveness [1] 93/3
efficiency [1] 93/3
egregious [2] 36/19 36/21

**either** [10] 18/4 18/22 26/5 38/19 39/14
 39/15 66/24 67/18 108/25 113/19
elaborate [1] 104/6
elementary [2] 47/22 80/4
eligible [5] 25/24 26/2 26/5 26/5 26/7
eliminate [2] 103/1 115/10
eliminated [3] 42/15 63/14 102/23
Elisa [1] 120/8
else [10] 8/9 45/16 46/4 58/11 61/21
 69/2 69/16 114/6 114/16 114/19
embody [4] 114/25 115/9 115/9 116/1
emphasize [2] 94/18 94/19
employed [1] 14/17
employee [5] 13/3 13/16 48/15 48/16
 122/14
employees [9] 21/5 21/15 21/17 22/7
 24/14 25/6 49/9 46/17 47/7
empower [1] 115/7
encounters [1] 14/9
end [12] 8/3 14/24 21/22 28/11 56/11
 67/16 68/17 76/20 88/23 94/8 105/16
 107/21
ended [1] 68/23
engage [1] 55/25
engaged [8] 13/25 33/22 46/6 50/6
 50/7 59/6 110/16 111/1
engaging [2] 50/8 51/17
enough [2] 28/18 83/15
ensure [2] 52/2 92/2
ensuring [2] 51/4 59/12
entire [3] 92/10 92/11 103/21
entity [1] 12/22
environment [3] 62/19 63/9 65/23
envisioning [1] 115/4
Erin [3] 80/12 80/19 80/21
especially [2] 25/5
established [1] 113/16
estimation [1] 94/14
et [9] 18/25 25/18 54/22 63/12 82/5
 82/5 93/24 94/17 100/19
ethical [1] 13/7
evaluate [1] 54/1
even [6] 26/11 58/2 69/22 93/1 94/14
 107/18
ever [19] 5/9 5/12 26/20 41/17 45/23
 47/18 47/20 47/24 48/3 48/7 49/13
 60/1 60/13 63/21 71/14 71/18 75/10
 78/21 112/12
every [5] 53/3 54/10 96/13 96/15 97/17
everybody [3] 97/2 104/5 109/22
everybody's [1] 91/21
everyone [5] 49/24 52/24 57/8 104/18
 104/19
everything [2] 9/15 21/13
evidence [8] 19/13 19/20 28/18 28/19
 29/25 46/10 46/21 47/2
evidenced [1] 122/20
exact [3] 45/5 121/9 121/10
exactly [5] 34/4 34/16 38/25 87/10
 98/23
Examination [4] 4/2 4/3 5/4 113/8
example [4] 40/8 68/21 69/5 119/21
Excel [3] 4/8 4/10 85/6
except [4] 3/4 67/10 68/20 110/22
excuse [3] 26/14 48/16 55/11
execute [2] 56/12 97/2
executed [3] 51/23 52/3 59/12
executing [1] 52/17
execution [2] 52/7 54/17
executive [67] 7/4 8/12 10/3 10/8 13/21

## E

executive... [62]  14/4 15/18 18/9 20/5 24/7 24/24 25/1 30/2 34/14 34/19 35/16 35/19 40/13 42/12 47/23 48/11 50/18 51/7 51/25 52/6 52/11 52/15 53/10 54/11 55/12 56/21 65/15 66/10 66/23 66/23 66/24 77/9 77/15 80/22 80/23 80/23 81/1 81/6 81/9 91/8 91/10 102/1 111/9 111/12 114/13 117/1 117/9 117/14 117/15 117/18 117/19 117/21 117/24 118/4 119/19 119/22 120/2 120/4 120/15 120/20 121/4 121/13

exhibit [14]  31/13 31/17 38/5 38/8 38/18 85/6 85/10 88/17 88/21 99/1 99/4 113/6 121/18 121/21

EXHIBITS [1]  4/5

expectation [1]  50/17

expectations [1]  31/7

experience [1]  77/5

experienced [1]  66/10

expert [3]  18/1 19/14 25/23

explain [4]  57/25 58/6 58/7 85/25

explaining [1]  59/2

explanation [1]  57/21

explicit [1]  14/3

exposé [1]  59/24

extended [1]  105/9

external [8]  71/8 71/10 73/8 96/2 96/5 96/9 98/13 98/20

extra [1]  75/4

eye [1]  35/5

## F

fact [3]  9/6 9/24 13/1

factors [4]  49/3 75/21 89/16 95/9

faculty [2]  11/4 11/17

failure [1]  71/20

fall [7]  44/4 44/5 44/6 69/16 73/17 86/22 90/8

falls [2]  70/1 70/17

false [5]  22/17 33/19 33/23 34/9 35/23

falsely [1]  20/1

falsification [1]  106/12

falsify [7]  20/21 21/6 21/6 21/16 21/18 22/7 22/8

familial [1]  94/16

familiar [6]  84/1 84/2 86/1 86/4 94/13 100/14

families [1]  109/20

family [2]  62/22 63/3 63/19

far [1]  76/24

fashion [1]  51/23

fault [1]  95/2

favors [1]  15/12

Federal [1]  3/3

feedback [7]  54/9 54/9 56/1 56/4 59/17 78/5 78/7

feel [2]  43/9 102/14

felt [2]  29/12 29/15

females [2]  105/25 106/3

few [5]  18/14 32/15 42/14 93/18 113/2

fidelity [1]  56/2 57/4

figure [2]  57/11 73/12

file [1]  24/6

filed [9]  6/4 10/2 12/9 23/22 30/19 32/9 64/22 110/17 110/22

filing [1]  39/23

final [2]  44/21 46/1

financially [1]  122/15

find [4]  9/10 71/6 75/25 111/13

finding [1]  75/13

fine [2]  12/4 108/22

finish [2]  57/25 92/8

fire [4]  22/8 23/18 24/4 24/4

fired [11]  24/3 24/13 24/13 24/14 25/6 25/10 25/12 39/14 39/15 39/19 40/2

firing [2]  22/20 25/16

first [8]  5/2 11/7 17/12 32/15 37/11 37/16 83/16 103/18

five [11]  13/2 13/12 13/13 28/1 36/23 69/17 73/15 73/16 73/19 73/22 75/5

focused [2]  53/11 107/19

folks [1]  104/24

followed [1]  47/13

following [5]  42/17 98/23 106/18 122/21 123/4

follows [1]  5/3

football [1]  14/12

Ford [1]  3/17

forefront [2]  37/3 49/19

foregoing [2]  122/9 123/3

forget [3]  36/23 37/8 37/9

form [9]  3/5 21/20 52/12 60/4 60/9 61/18 61/20 64/10 108/12

formal [5]  23/24 24/6 34/20 48/1 78/4

formalities [1]  3/3

former [2]  12/15 75/15

formula [2]  72/13 72/16

forth [2]  33/5 62/23

found [4]  22/11 32/9 34/6 35/18

foundation [1]  79/11

four [1]  13/25

Fox [1]  3/22

frame [1]  93/5

freeze [1]  14/22

friend [4]  91/13 91/19 91/21 91/23

friendly [1]  14/22

front [5]  19/25 20/20 29/23 29/24 33/7 65/19 90/1 90/9 90/14 91/16 92/3 95/17 97/18 97/22 100/3 100/21 100/23 101/2 101/6 101/9 101/19 105/7 105/15 105/22 107/16 108/9 116/18 116/22 116/23 116/23 116/24

frozen [3]  14/23 14/24 85/19

full [3]  5/6 50/16 50/16

fully [1]  75/16

funding [3]  70/9 70/12 70/15

funds [2]  103/18 108/24

further [5]  83/11 121/23 121/24 122/13 122/18

FYI [1]  111/24

## G

gains [2]  90/17 90/19

game [1]  107/21

Garcia [8]  63/5 63/6 63/8 63/19 63/24 64/9 64/17 106/16

GARLAND [3]  2/8 122/6 122/24

gathered [1]  20/8

gave [2]  21/8 71/12

general [4]  54/9 59/20 59/23 67/9

generalize [2]  95/5 95/7

generally [2]  8/22 54/25

gentleman [1]  11/15

get [45]  17/23 20/18 44/3 49/15 49/23 50/2 52/2 57/11 58/24 61/13 68/7 70/9 70/11 70/19 70/21 71/1 71/6 73/8 75/8 85/19 90/1 90/9 90/14 91/16 92/3 95/17 97/18 97/22 100/3 100/21 100/23 101/2 101/6 101/9 101/19 101/19 105/7 105/15 105/22 107/16 108/9 116/18 116/22 116/23 116/23 116/24

gets [1]  73/4

getting [9]  50/4 67/16 79/5 80/9 88/23

give [5]  45/9 51/14 68/21 69/22 86/2 109/11 118/7

given [19]  5/9 5/23 21/3 21/12 21/24 22/2 23/11 46/10 54/10 54/13 66/9 82/3 82/18 95/16 97/23 98/2 99/14 100/12 107/17

giving [1]  54/8

go [37]  8/7 8/8 12/11 12/12 12/20 12/25 13/1 15/5 20/12 20/13 21/1 26/11 28/9 32/15 34/7 34/21 34/25 34/25 35/9 35/22 38/14 70/3 71/5 71/14 80/8 83/11 85/19 87/3 89/16 92/3 92/6 92/7 97/15 103/12 103/19 111/13 111/19

goal [1]  105/16

goals [1]  74/6

goes [2]  91/2 91/3

going [58]  11/19 11/22 12/11 16/1 16/24 20/4 22/9 25/15 27/25 28/9 29/21 32/16 32/23 33/3 35/10 36/5 36/9 40/12 40/21 50/1 52/8 52/15 53/20 56/5 56/6 56/6 56/7 56/8 57/1 57/10 57/12 62/6 65/24 65/25 65/25 66/8 69/11 70/9 71/6 73/18 74/11 75/1 82/7 85/5 88/17 90/11 92/23 93/12 94/14 94/21 97/19 99/8 109/6 118/6 118/16 119/3 120/13 121/15

gone [4]  21/4 65/4 87/18 112/13

good [3]  15/5 79/11 119/10

got [16]  23/3 23/8 24/20 31/20 44/13 49/21 60/2 62/3 83/10 83/10 89/4 89/6 97/1 104/14 116/9 121/7

GOVERNMENT [4]  1/7 1/13 1/20 13/3

governmental [1]  12/21

grab [2]  33/7 33/11

grade [4]  79/6 79/19 79/20 80/1

grades [2]  72/22 106/12

granted [1]  6/5

Griffin [1]  120/8

ground [1]  89/18

group [3]  34/25 56/8 121/16

growth [5]  72/7 86/5 94/3 104/19 104/20

guess [2]  28/10 68/25

guru [1]  26/18

## H

had [107]  6/19 9/9 10/24 13/25 16/13 16/18 20/16 20/17 21/2 21/12 21/15 21/24 22/5 22/6 22/15 23/7 24/10 24/12 25/3 25/6 25/9 25/10 28/16 29/3 33/6 33/22 36/6 36/10 36/10 42/13 44/25 45/23 46/23 46/25 48/9 48/18 51/3 51/9 52/14 53/2 53/4 53/9 53/22 54/19 56/19 57/23 58/18 59/19 60/15 61/6 61/10 62/17 62/18 62/22 63/8 64/22 66/3 66/6 66/11 67/10 69/12 75/6 75/10 77/1 81/17 83/22 84/21 87/11 87/17 87/18 90/6 92/4 92/8 92/9 92/10 92/11 92/12 93/18 93/20 95/12 103/17 104/15 105/13 105/14 105/24 106/2 106/10 106/11 106/14 106/24 107/1 107/12 107/20 108/3 108/23 109/1 109/1 109/10 110/5 110/25 112/6 112/13 112/14 115/21 117/11 117/12 121/8

half [2]  57/21 119/20

half-hour [1]  57/21

handle [1]  67/8

**H**

handled [2]  67/4 104/17
hang [4]  75/25 77/17 82/14 112/2
happen [2]  61/21 79/1
happened [8]  6/7 7/6 11/17 76/20
80/19 83/24 95/12 111/14
happening [2]  51/19 94/15
harass [1]  28/20
harassed [3]  28/17 28/23 29/4
harasser [1]  38/20
harassing [1]  10/14
harassment [17]  10/2 10/7 10/11 14/1
14/20 16/16 21/4 21/14 22/1 29/9
30/19 39/14 39/15 40/6 46/18 62/18
63/10
Harbison [6]  3/17 3/18 4/3 11/22 113/8
113/11
hard [4]  36/23 53/24 75/17 94/23
hardly [1]  105/4
has [29]  13/2 13/15 13/15 13/17 30/14
49/14 57/15 64/3 66/16 68/20 69/2
70/2 72/5 72/19 72/22 77/15 78/25
79/11 82/8 82/9 85/18 86/16 97/2 98/7
104/5 104/18 104/19 109/22 111/14
hasn't [1]  58/2
hate [3]  57/19 57/19 112/5
have [142]
having [21]  5/2 28/13 50/4 53/24 54/3
57/5 58/12 59/1 59/1 59/5 61/4 61/17
63/3 65/11 66/7 66/14 75/13 96/25
112/14 112/18 123/3
Haynes [13]  83/9 83/9 83/11 83/21
83/22 87/12 87/14 87/25 89/3 89/5
93/13 94/1 95/11
he [85]  6/22 7/2 7/7 7/7 7/12 7/13 7/25
8/7 8/18 8/20 8/24 8/25 9/2 9/3 9/7
9/24 10/19 11/3 11/9 11/16 13/15
13/15 13/16 13/20 16/25 17/19 17/21
17/22 18/13 20/2 20/18 20/19 21/16
21/17 22/7 22/25 23/3 23/8 23/9 23/11
23/11 23/15 23/16 23/17 23/18 23/21
24/4 24/24 25/12 29/11 29/12 29/12
29/14 32/5 32/9 32/10 32/10 32/25
33/6 33/10 33/19 33/21 33/22 34/8
35/1 35/5 35/5 35/6 35/11 35/12 36/7
36/10 39/2 39/3 39/6 39/7 39/10 39/12
40/2 40/9 46/24 46/25 60/19 106/21
120/4
He's [1]  13/4
head [3]  10/20 14/12 102/17
healthy [1]  55/24
hear [9]  14/21 16/23 41/2 61/20 63/21
109/5 109/25 112/12 119/10
heard [9]  21/21 71/22 78/21 109/6
109/9 109/10 109/12 109/15 109/16
hearing [1]  3/5
heavy [1]  51/16
held [1]  15/1
Hello [1]  14/22
help [2]  115/8 115/19
helpful [1]  104/7
helps [1]  70/8
Henderson [1]  84/2
Henson [2]  103/13 103/20
her [74]  11/4 14/23 16/17 16/18 16/25
22/15 22/20 30/5 30/6 33/1 33/7 33/19
34/9 34/10 34/22 48/21 48/25 49/1
49/22 53/23 54/7 54/8 54/8 54/14
54/15 54/17 55/1 55/5 57/25 58/6 58/6
61/23 62/19 63/1 63/14 63/23 63/23

64/8 64/9 64/16 64/22 64/24 76/20
77/13 77/19 77/21 77/22 78/2 78/2
78/2 91/8 91/13 91/14 91/19 92/3 92/5
92/6 92/7 92/19 94/8 99/14 102/14
106/16 106/16 107/2 109/9 109/12
109/15 110/11 110/13 111/16 112/14
113/20 119/8
here [14]  15/10 17/9 33/11 50/11 60/25
68/22 72/13 74/25 89/13 106/24
114/11 115/6 118/17 119/21
hereby [2]  122/7 123/4
herein [1]  13/20
hesitating [1]  104/23
hiccups [2]  50/21 50/23
high [8]  9/8 25/13 75/24 79/8 79/19
80/3 80/5 111/18
highest [1]  13/6
him [20]  7/9 7/10 9/19 11/2 11/9 11/16
17/22 17/22 23/3 23/9 23/24 24/3
25/16 30/21 35/5 35/6 47/7 60/21
61/16 112/14
himself [1]  13/6
hired [4]  17/23 20/19 44/4 77/14
hiring [4]  14/14 15/11
his [29]  9/3 10/20 11/3 11/8 13/5 14/16
17/16 17/18 17/19 17/23 18/12 18/18
20/12 22/18 23/8 23/22 24/7 29/18
32/3 32/7 32/10 33/21 35/11 35/12
36/12 38/14 39/3 39/16 39/23
hit [5]  42/6 42/7 42/23 74/17 108/7
hits [1]  108/6
hitting [1]  104/7
hold [4]  100/8 117/25 118/15 121/17
holds [1]  100/3
Holmes [1]  1/7
home [1]  14/10
honest [1]  19/10
hope [1]  115/25
hostile [2]  62/19 63/9
hour [2]  57/21 95/25
hours [1]  92/1
how [24]  10/13 11/12 14/15 38/25
44/20 51/24 55/7 65/5 68/14 69/18
70/18 71/6 72/3 73/21 81/22 82/11
86/16 97/25 100/1 104/16 111/16
114/10 116/3 119/7
Howard [31]  4/6 5/21 7/18 8/14 8/17
8/18 9/11 9/16 12/8 12/14 13/2 20/11
20/13 20/16 20/16 21/2 21/8 21/12
21/24 22/5 22/14 22/23 23/2 23/14
23/21 24/23 25/10 25/16 29/9 38/16
39/12
HR [31]  9/9 17/12 18/1 18/3 18/10
18/24 19/6 19/8 19/11 19/11 19/18
19/22 20/6 21/3 21/8 21/13 21/25 22/6
22/24 22/25 25/23 26/13 26/17 26/18
26/19 26/19 29/22 29/23 30/13 45/19
77/14
HR's [1]  19/3
hub [1]  115/4
huh [6]  82/22 86/12 87/13 87/21 89/14
94/7
human [15]  15/21 18/19 18/21 19/5
30/13 31/5 32/6 45/12 45/13 47/11
49/12 81/18 81/20 81/23 114/2
hundred [1]  50/15
hypothetical [2]  81/21 96/22
hypotheticals [1]  109/20

**I**

I'd [3]  52/5 79/22 116/5
I'll [7]  9/18 58/6 68/21 89/23 97/15
113/3 119/17
I'm [90]  5/18 5/22 14/14 16/22 18/5
24/16 26/16 26/16 32/2 33/4 39/8
41/20 46/5 49/17 52/8 52/15 52/21
52/21 53/8 53/24 53/24 56/1 56/2 57/1
57/20 59/8 61/13 62/24 63/16 64/19
66/14 68/16 68/25 69/11 70/13 70/23
71/16 72/1 72/5 72/15 74/9 76/16
76/22 77/2 77/17 78/18 83/9 84/19
88/17 88/23 90/11 93/19 94/13 94/21
97/16 97/19 98/2 98/9 100/2 100/13
100/22 101/3 101/11 101/16 104/7
104/10 104/11 104/23 105/9 106/8
106/8 106/17 106/18 109/6 110/1
112/22 112/24 115/13 115/24 116/15
116/15 117/13 118/1 118/1 118/6
118/16 119/1 119/3 120/13 121/15
I've [7]  37/25 45/23 60/2 90/14 92/10
92/11 109/14
idea [1]  114/15
identified [1]  115/15
identify [1]  115/9
illegal [7]  30/9 64/1 64/6 64/14 64/18
64/20 110/19
ills [1]  94/15
image [1]  14/23
imagine [9]  28/15 53/15 57/9 66/3 66/9
77/4 88/11 93/2 114/22
imagining [1]  16/17
immediate [1]  31/4
immediately [1]  15/12
impact [1]  94/17
implement [12]  50/8 53/19 55/8 55/18
56/6 56/7 57/10 57/12 59/1 71/20
71/24 98/18
implementation [19]  53/5 53/18 54/22
54/24 55/6 55/23 56/2 56/15 56/17
56/18 57/3 58/12 58/19 59/20 60/3
60/16 65/14 65/24 73/13
implemented [2]  73/7 74/3
implementing [3]  50/15 51/15 57/8
implements [1]  114/24
important [4]  79/7 79/19 79/21 80/2
impossible [1]  17/22
improve [1]  95/24
improved [1]  89/21
improvement [8]  77/24 88/7 94/2 95/15
95/23 96/14 96/16 96/21
improvements [1]  90/24
improving [1]  94/19
inability [1]  49/14
inappropriate [4]  30/16 46/12 47/3
109/8
incident [8]  11/14 34/17 34/18 38/1
99/17 107/22 108/1 110/23
incidents [2]  46/14 69/23
include [3]  61/11 81/20 119/24
included [3]  14/2 22/2 75/21
includes [1]  70/20
including [2]  15/13 66/12
increase [1]  44/13
indeed [1]  30/1
INDEX [1]  4/1
indicate [1]  23/11
indicated [1]  23/5
individual [12]  10/25 11/7 27/3 87/22
95/7 99/6 103/16 107/4 114/22 115/22

**I**

individual... [2]  119/25 120/10
individuals [14]  25/17 28/21 29/2 31/23 38/15 38/17 39/13 40/3 51/13 73/8 96/2 98/20 103/19 119/24
inequities [1]  115/10
informal [2]  48/3 48/5
information [8]  19/20 20/8 22/22 32/13 32/14 34/19 37/23 100/8
informed [2]  74/24 81/16
informing [1]  49/8
initiative [4]  50/20 52/25 55/14 59/13
initiatives [4]  55/17 56/18 56/19 91/6
inner [1]  101/11
innovation [5]  67/10 67/13 68/18 70/7 70/16
innovations [1]  70/11
input [3]  7/5 19/15 102/25
inquiry [1]  56/20
ins [1]  57/11
instance [5]  39/2 54/5 69/14 73/17 75/18
instances [5]  50/18 79/1 90/13 104/16 105/3
instead [1]  114/16
instilling [1]  13/5
instructed [1]  30/8
instructions [1]  22/19
integrity [1]  13/5
intense [2]  45/22 46/7
interaction [1]  49/17
interactions [3]  48/20 48/21 105/3
interested [1]  122/15
interim [11]  41/15 41/19 41/23 42/2 42/16 43/19 43/20 67/1 85/4 113/14 113/18
internal [7]  71/10 73/8 96/1 96/5 96/7 98/13 98/20
interrupt [3]  57/19 57/20 65/1
interrupted [1]  8/8
interruption [1]  78/3
interview [27]  44/21 44/23 44/24 45/6 45/11 45/13 45/25 46/6 77/5 77/8 111/5 111/11 111/18 111/21 117/8 117/17 117/21 118/3 118/3 118/25 119/8 119/20 119/23 120/16 121/4 121/16
interviewed [8]  45/16 117/1 117/3 117/14 117/23 120/20 120/25 121/13
interviewing [2]  77/6 120/10
interviews [3]  20/7 45/23 111/24
interworkings [1]  86/19
intimidate [1]  34/10
intolerable [1]  35/13
intricate [3]  39/24 107/25 109/3
intricately [1]  36/15
investigated [3]  17/8 17/12 17/15
investigation [8]  10/7 16/5 16/6 18/3 20/9 40/12 40/21 47/12
investigations [1]  10/11
investigative [7]  20/10 20/24 22/3 22/11 22/22 23/1 36/2
invitation [2]  120/15 120/17
invitations [3]  4/11 120/6 121/16
invitee [1]  120/17
invites [1]  119/18
involve [1]  19/24
involved [6]  16/10 36/16 38/3 38/18 70/12 71/9
involving [2]  99/17 110/24

**Iris** [2]  83/24 84/8
is [227]
isn't [5]  30/24 52/2 58/14 65/22 84/1
isolation [1]  62/11
issue [3]  53/14 83/14 116/23
issues [8]  50/4 54/3 65/11 66/7 66/14 92/15 92/23 94/15
it [194]
it's [44]  8/19 18/21 31/20 36/22 44/17 49/19 52/9 55/24 57/6 59/17 64/18 64/19 65/19 71/10 72/6 72/7 72/11 72/21 72/23 73/3 73/18 74/9 74/10 77/4 78/17 85/15 88/10 89/4 89/6 90/3 92/4 95/2 97/10 97/14 97/18 100/19 100/22 104/25 105/1 105/1 108/6 108/7 119/1 119/18
its [3]  86/7 86/25 97/17

**J**

J.F [4]  7/16 8/17 9/1 24/24
JAMES [8]  1/16 3/9 107/4 109/1 110/14 112/13 119/25 120/2
JANE [7]  1/3 3/10 99/6 99/8 99/11 99/22 100/8
JANIE [3]  2/8 122/6 122/24
jesse [4]  3/17 3/18 3/20 113/11
jesseharbisonlaw.com [1]  3/20
JFK [7]  12/15 13/20 34/15 34/19 35/2 35/16 110/24
job [42]  7/3 14/13 18/12 18/18 21/7 24/12 25/3 25/9 25/14 27/2 28/13 32/10 38/14 38/20 38/21 39/3 39/16 39/23 40/9 44/3 53/23 54/4 54/6 54/15 55/9 62/19 63/1 63/22 64/21 111/8 113/22 114/16 117/2 117/10 117/19 117/22 120/10 120/21 121/1 121/3 121/7 121/13
jobs [4]  21/18 22/9 40/5 103/1
John [5]  7/1 9/20 14/18 24/11 25/1
Jones [50]  4/6 5/21 6/20 6/20 6/21 7/6 7/18 7/20 7/21 7/24 8/5 8/14 8/7 8/18 9/11 9/16 9/19 9/22 12/8 12/14 13/2 13/10 15/11 15/21 20/13 20/16 21/2 21/8 21/12 21/24 22/5 22/15 22/23 23/3 23/5 23/7 23/15 23/21 24/1 24/6 25/10 25/12 25/16 29/9 29/11 38/16 39/2 39/12 39/18 110/24
Jones' [1]  24/23
Joseph [1]  110/5
judge [3]  1/6 1/7 6/3
Jury [1]  1/6
just [56]  6/13 8/25 12/12 20/12 23/17 27/19 28/1 32/12 33/20 49/17 50/12 56/23 58/23 59/19 61/21 61/25 63/7 65/3 65/7 65/19 67/14 68/12 68/14 68/21 69/10 69/25 70/2 70/13 75/23 77/7 79/6 79/7 79/20 80/2 82/10 88/10 90/23 92/4 92/8 93/19 93/21 94/21 94/25 95/25 96/20 98/2 105/9 105/21 108/5 111/12 112/2 112/5 113/12 114/14 117/25 118/15

**K**

keep [13]  32/16 32/23 33/3 35/9 36/5 36/9 54/23 57/10 57/16 58/25 59/2 61/25 77/7
keeping [1]  94/11
Ken [1]  120/7
Kennedy [11]  7/1 7/16 8/17 9/1 9/20 14/18 24/11 24/24 25/2 112/10 112/19

**kept** [2]  38/21 39/16
kids [5]  51/20 92/2 101/14 101/16 101/19
kind [10]  14/11 21/10 48/15 67/11 81/21 93/23 95/20 107/18 107/18 109/23
Kinnon [8]  31/21 32/2 35/1 35/1 35/4 35/10 36/6 40/8
Kinnon's [1]  35/24
kiss [1]  33/11
kissing [1]  33/23
knew [6]  20/22 32/20 41/4 47/13 47/16 63/18
know [260]
knowing [4]  24/12 25/3 25/10 25/15
knowledge [26]  6/6 7/8 7/11 8/19 8/21 8/21 8/23 9/6 9/7 9/24 10/15 17/13 19/22 29/17 37/3 39/18 49/18 50/3 54/15 55/4 70/18 73/18 109/4 110/7 110/9 122/11
knowledgeable [1]  54/21
known [2]  114/10 116/3

**L**

laborious [1]  56/23
lack [2]  50/13 55/15
lady [1]  32/24
language [1]  99/15
larger [1]  88/25
last [7]  24/17 53/3 54/10 84/1 119/25 120/9 120/16
late [2]  20/2 20/22
later [2]  9/25 68/23
lateral [1]  9/8
latter [1]  119/20
Law [4]  3/12 3/18 3/18 3/23
lawsuit [8]  5/14 5/19 6/4 6/7 6/9 6/13 6/13 9/17
layers [1]  97/6
LCR [3]  122/6 122/20 122/24
Lead [1]  1/8
leader [5]  67/11 90/22 114/25 115/13 116/2
leaders [1]  115/7
leadership [4]  47/14 66/2 91/11 115/1
learned [1]  121/6
learning [3]  101/24 102/4 115/8
least [1]  13/25 73/19 116/5
leave [6]  15/23 18/4 18/6 18/15 18/25 84/5
leaves [1]  51/6
leaving [1]  110/5
LEFFLER [54]  1/10 3/9 41/10 42/24 47/16 47/22 47/25 48/2 48/4 48/6 48/8 48/9 48/14 48/15 48/18 48/20 48/24 49/13 50/5 50/10 50/19 52/19 53/1 53/6 53/7 53/9 53/13 53/14 54/1 55/22 56/13 57/2 57/22 58/3 58/10 59/5 59/8 60/22 61/5 61/11 61/17 62/10 62/15 62/17 63/2 63/18 65/11 66/7 66/12 66/15 106/15 106/20 106/23 111/21
Leffler's [10]  53/21 54/4 54/23 58/17 60/3 60/15 63/22 64/7 64/15 64/20
left [13]  17/16 17/19 76/21 77/13 80/20 80/25 81/8 83/25 84/2 84/6 84/16 84/20 112/22
legal [1]  6/11
length [1]  62/10
lens [2]  96/8 96/9
less [1]  73/22

## L

lesson [8]  99/14 99/16 99/18 99/19 99/23 100/1 100/5 102/19
lessons [1]  100/12
let [24]  5/25 6/1 6/10 16/8 16/8 17/10 19/7 36/17 41/8 47/7 51/14 54/6 57/24 58/6 71/22 72/1 75/25 79/4 86/6 88/16 109/6 113/3 118/16 119/6
let's [13]  12/11 12/20 13/1 15/5 38/4 43/9 51/13 74/10 97/11 98/25 99/20 102/19 103/8
letter [7]  15/25 22/18 23/3 23/4 23/8 23/10 25/15
letters [1]  18/24
level [6]  9/4 56/3 56/8 66/2 86/5 109/17
levels [1]  115/7
lewd [1]  14/2
licensed [3]  122/6 122/18 122/19
lift [2]  51/16 52/4
like [47]  11/17 24/4 26/11 36/14 37/1 39/1 43/9 45/5 48/14 55/20 56/9 56/23 62/4 62/25 65/18 65/21 67/14 69/4 70/14 74/4 75/12 79/17 79/22 80/12 81/22 83/11 84/9 85/18 86/6 86/21 86/22 86/25 87/9 90/2 92/17 93/8 94/14 95/20 96/25 97/1 98/1 98/5 102/14 104/16 105/10 109/13 111/9
likely [2]  65/19 103/9
LILY [20]  1/10 3/9 42/24 47/16 48/18 53/13 54/1 57/2 57/22 58/10 60/2 62/10 63/18 63/21 64/7 64/15 66/6 66/12 106/15 111/21
Lindsey [8]  15/22 15/23 31/21 32/5 32/8 36/10 39/22 39/25
line [2]  115/4 123/6
lingo [1]  68/12
list [17]  4/8 67/16 68/6 68/7 68/9 68/18 69/8 69/9 69/15 70/17 82/17 83/7 83/9 85/5 101/19 119/24 120/5
listed [3]  16/3 82/9 83/7
listen [1]  60/25
litigation [7]  9/25 36/3 36/3 36/14 38/3 100/3 100/7
little [4]  51/6 59/16 75/24 115/18
live [1]  93/22
lived [1]  93/20
LLC [1]  3/12
long [4]  65/5 92/1 105/7 114/10
longer [1]  8/23
look [5]  9/9 86/4 89/23 89/25 90/4
looking [2]  83/9 90/9
looks [9]  14/24 80/11 83/11 84/9 85/18 86/21 86/25 87/4 87/9
loop [1]  72/5
lose [2]  22/9 39/2
losing [2]  62/19 62/25
lost [5]  32/10 38/20 39/22 40/5 102/13
lot [2]  82/8 108/10
louder [1]  115/18
low [1]  72/22
lower [2]  9/4 72/10
loyalty [5]  62/15 63/22 64/7 64/15 64/21
lunch [5]  92/3 92/5 92/9 92/9 92/12

## M

ma'am [11]  6/16 9/13 27/19 38/11 39/21 71/17 81/3 97/15 99/10 102/10 118/15
made [41]  8/4 10/10 11/1 11/1 11/9 11/16 15/19 17/7 18/17 18/19 20/9 20/16 20/25 22/4 23/7 24/2 25/19 28/21 32/21 33/6 33/15 33/16 34/3 34/5 34/13 35/12 36/1 36/15 38/13 41/6 41/9 48/1 58/11 58/18 89/22 100/6 106/23 108/1 109/5 113/25 119/15
Magistrate [1]  1/7
mail [1]  4/11
maintain [1]  27/23
make [35]  14/19 16/18 16/24 17/22 19/9 19/12 24/20 31/6 33/11 41/2 44/7 47/24 48/3 48/7 49/13 50/19 59/18 71/22 77/12 82/10 85/16 88/25 90/18 90/23 99/20 101/5 102/19 104/3 104/7 106/8 106/18 113/6 118/1 120/11 121/15
makes [2]  19/6 19/8
makeup [1]  93/19
making [3]  32/25 48/5 90/17
manner [3]  34/20 46/5 77/18
many [10]  10/13 51/24 56/21 68/16 68/17 69/22 73/21 75/20 105/15 116/3
Marcus [2]  31/21 35/1
mark [4]  32/2 88/17 94/24 95/2
marked [11]  31/13 31/17 38/4 38/8 85/6 85/10 88/21 99/1 99/4 120/14 121/21
marshaling [1]  62/1
math [3]  75/12 75/18 75/19
matrix [1]  4/9
matter [6]  30/10 30/25 31/11 36/12 37/22 49/6
MAULTSBY [7]  1/24 3/1 5/1 5/8 12/3 123/3 123/21
MAULTSBY-SPRINGER [5]  1/24 3/1 5/1 5/8 12/3
may [30]  1/24 3/2 6/5 18/13 33/10 37/2 44/25 45/10 45/10 51/11 52/6 52/19 55/22 61/15 65/19 71/19 72/14 83/14 88/3 93/22 93/22 93/22 111/7 111/25 112/23 119/21 119/23 120/16 120/21 121/1 121/12
maybe [7]  51/25 59/8 93/4 108/2 110/1 115/17 117/13
McGuire [2]  83/23 83/25
McKissack [1]  83/3
me [56]  6/10 6/18 9/15 10/17 13/11 14/21 16/8 16/8 17/10 19/7 26/14 29/23 29/24 33/11 36/17 37/4 37/15 37/19 41/8 41/9 45/3 45/9 48/16 49/18 51/12 51/14 53/9 53/10 54/6 55/5 55/11 55/20 58/17 60/11 62/21 63/2 64/12 67/14 70/14 71/22 72/1 74/9 75/25 78/18 79/4 79/23 81/16 82/23 85/16 86/6 88/16 102/6 118/7 119/6 119/10 122/8
Meade [1]  94/12
mean [25]  6/1 19/4 19/5 19/6 26/25 45/24 49/3 51/13 53/3 55/6 58/14 61/20 69/3 70/1 70/3 70/8 75/14 89/15 92/17 96/8 98/3 104/17 107/18 109/19 109/21
meaning [4]  49/21 49/23 100/23 110/17
means [8]  3/2 6/12 8/22 27/3 28/7 61/22 95/20 122/9
media [2]  106/4 106/10
meet [4]  57/13 93/7 94/23 95/1
meeting [11]  11/4 11/18 16/10 16/13 92/14 92/16 92/17 92/24 100/4 119/18

meetings [7]  4/11 34/10 55/21 92/24 92/25 102/2 114/12
meets [1]  93/6
member [4]  49/6 62/22 63/3 63/19
members [3]  26/7 61/11 92/15
Memphis [2]  69/15 84/3
men [1]  14/1
mental [1]  36/7
mentioned [10]  31/16 38/7 40/9 58/2 69/21 78/14 85/9 88/20 99/3 121/20
MERIWETHER [10]  1/17 3/10 103/25 104/14 104/21 105/4 111/6 111/12 117/9 118/24
Meriwether's [1]  118/3
met [1]  91/7
Metro [32]  5/19 8/24 12/9 12/21 13/3 13/3 13/16 14/17 17/23 20/19 23/13 26/10 29/20 30/9 30/15 30/17 31/9 36/11 39/4 44/1 46/9 47/5 64/8 70/7 71/5 74/20 74/23 81/13 82/18 86/15 87/17 99/23
METROPOLITAN [4]  1/6 1/12 1/20 3/23
mic [3]  27/15 27/21 27/23
MICHELLE [6]  1/24 3/1 5/1 5/7 123/3 123/21
Microsoft [2]  4/11 119/18
middle [31]  1/2 7/1 9/1 12/15 13/20 14/18 47/21 53/7 53/11 67/4 67/8 67/9 67/21 67/25 68/2 68/6 68/22 78/24 79/7 80/1 80/4 80/7 80/11 80/24 86/7 87/3 87/14 89/3 89/5 93/13 95/11
might [9]  5/22 6/11 43/9 71/9 72/14 79/2 104/16 108/6 115/22
mind [5]  60/12 62/22 85/17 98/25 110/1
minute [4]  52/10 52/23 59/24 113/4
minutes [2]  28/1 65/7
mishear [1]  117/10
miss [1]  108/7
missed [1]  83/17
mistaken [1]  100/2
mistreat [1]  110/1
misused [1]  108/23
mix [1]  52/4
modes [1]  89/24
moment [2]  45/9 66/18
money [2]  103/11 103/15
Montessori [2]  100/19 100/19
months [2]  42/14 108/3
moral [1]  13/6
more [22]  26/25 37/15 37/19 52/1 54/15 54/18 59/17 67/14 70/3 70/11 70/14 73/24 74/1 79/19 79/23 87/22 88/16 94/10 96/18 100/21 115/21 119/6
MORENO [1]  1/10
most [6]  28/15 45/22 49/24 50/20 66/10 119/20
motion [1]  6/4
mouth [1]  58/18
move [4]  9/8 19/18 23/16 65/2
moved [1]  102/12
Mr [11]  7/24 8/1 8/4 11/1 15/10 15/21 23/7 35/1 35/24 40/7 111/18
Mr. [34]  5/21 6/20 6/21 7/6 7/20 7/21 7/24 8/5 9/19 9/22 13/10 14/9 14/16 14/19 14/20 17/17 18/6 20/1 20/11 23/5 24/1 24/6 25/12 29/11 29/14 29/18 31/25 32/2 37/10 39/2 39/18

**M**

Mr.... [3] 40/8 60/8 110/24
Mr. Braden [2] 17/17 18/6
Mr. Brook [1] 60/8
Mr. Howard [2] 5/21 20/11
Mr. Jones [18] 6/20 6/21 7/6 7/20 7/21 7/24 8/5 9/19 9/22 13/10 23/5 24/1 26/4 25/12 29/11 39/2 39/18 110/24
Mr. Kinnon [1] 40/8
Mr. Mark [1] 32/2
Mr. Sam [2] 14/20 37/10
Mr. Sherman [2] 14/9 14/16
Mr. Swindall [5] 14/19 20/1 29/14 29/18 31/25
Ms [13] 4/2 4/3 5/4 5/5 5/9 6/15 11/25 24/1 27/13 34/21 61/22 62/4 113/8
Ms. [12] 11/22 31/20 32/23 33/21 38/10 77/18 78/1 78/11 81/8 83/25 84/16 102/3
Ms. Allen [1] 84/16
Ms. Booker [1] 102/3
Ms. Collins [2] 32/23 33/21
Ms. Conley [4] 77/18 78/1 78/11 81/8
Ms. Harbison [1] 11/22
Ms. McGuire [1] 83/25
Ms. Springer [2] 31/20 38/10
much [8] 37/10 37/22 50/1 66/16 68/7 108/5 111/14 121/9
multiple [10] 9/10 55/9 88/9 88/12 88/13 88/14 89/15 89/24 90/3 91/17
multitude [9] 34/5 56/19 66/4 86/19 90/5 90/18 91/6 101/15 109/24
must [1] 90/21
mute [1] 27/21
muting [1] 27/15
my [90] 6/6 6/17 7/4 7/8 7/11 8/6 8/19 8/21 8/21 8/23 9/6 9/6 9/24 10/15 10/20 14/24 16/12 16/17 17/13 17/14 18/8 18/21 19/21 21/10 26/22 27/23 29/17 30/4 30/14 35/7 39/18 41/12 42/9 44/17 44/24 48/20 49/10 49/18 49/20 52/16 54/25 55/4 59/23 60/18 60/25 62/21 65/3 65/13 69/11 72/8 72/21 72/21 74/9 74/13 76/6 76/23 77/5 77/13 78/17 78/17 78/24 82/12 83/14 84/6 85/18 94/13 98/22 101/7 102/13 102/17 105/3 106/8 108/8 108/9 108/18 108/20 109/4 109/7 110/7 110/9 111/25 112/1 112/4 112/24 113/11 119/3 119/11 121/2 122/11 122/21
myself [1] 16/14

**N**

name [19] 5/6 10/20 14/16 20/12 51/13 52/15 62/21 67/1 67/2 70/23 84/1 92/13 97/9 97/17 108/15 113/11 120/9 120/9 122/21
named [7] 5/18 5/22 40/4 80/12 99/6 107/4 113/18
names [2] 10/17 120/6
NASHVILLE [12] 1/2 1/7 1/13 1/20 2/9 3/2 3/13 3/19 3/24 5/19 8/25 44/2
nashville.gov [1] 3/25
nature [2] 11/2 28/25
necessarily [2] 70/1 95/2
necessary [1] 90/23
need [19] 34/17 49/4 50/16 51/6 53/17 56/11 57/15 57/16 59/16 59/18 62/2 65/6 66/1 79/22 92/8 93/4 108/20

111/25 113/4
needed [6] 20/21 22/7 52/18 81/13 94/2 94/3
needs [2] 57/14 114/23
negative [2] 106/15 106/23
neighborhood [1] 93/21
neither [2] 7/8 68/22
never [9] 20/18 41/8 48/1 53/7 98/25 109/9 109/12 109/15 114/7
new [2] 50/20 52/25
news [2] 63/11 108/6
next [8] 34/25 66/1 66/2 73/5 87/4 99/1 113/6 121/18
next-numbered [1] 99/1 121/18
nine [1] 15/20
no [111] 1/5 4/6 4/7 4/9 4/10 4/11 5/11 5/13 6/16 6/16 7/11 8/11 8/22 9/6 9/6 9/13 14/10 16/15 17/2 19/6 23/4 25/21 26/17 27/19 35/17 38/25 38/25 39/18 39/19 39/20 39/21 40/7 40/10 41/5 42/16 43/2 44/20 47/8 47/8 47/12 47/19 48/12 49/10 54/4 55/3 55/4 55/24 56/1 60/14 63/25 65/5 65/21 67/1 72/1 72/18 72/21 72/21 75/22 76/4 76/5 76/6 78/13 78/13 78/13 78/16 81/15 81/15 82/12 83/2 83/4 83/6 85/20 85/25 86/14 88/5 92/3 94/2 95/18 95/19 99/25 102/21 102/24 103/4 103/9 103/9 104/13 106/13 106/21 107/8 107/16 108/25 109/3 110/7 110/8 110/8 110/9 110/12 110/15 110/20 111/2 111/4 112/16 112/20 113/7 113/23 114/15 115/24 116/21 117/6 117/23
none [1] 74/25
nonrenew [4] 8/7 8/18 81/13 109/2
nonrenewal [10] 25/20 25/22 25/23 25/24 27/5 27/6 28/4 28/6 28/7 88/6
nonrenewed [14] 8/19 8/20 25/18 26/1 26/4 26/9 26/21 26/25 78/22 82/1 84/4 84/18 84/21 110/14
nonrenewing [4] 8/22 78/10 87/19 87/20
Norris [1] 120/8
North [1] 2/9
not [208]
notes [2] 54/23 55/3
nothing [2] 48/18 112/16
notice [6] 3/2 3/3 39/7 40/13 40/16 40/20
now [47] 7/25 9/15 10/1 14/4 19/23 21/1 23/12 28/16 31/12 33/5 38/4 41/7 42/7 42/24 44/7 46/1 47/9 50/6 50/25 58/22 62/13 64/25 66/13 66/19 72/20 74/8 75/23 77/14 77/18 78/10 78/17 79/4 80/6 81/12 82/15 83/21 84/8 85/12 85/14 85/21 92/25 93/12 94/14 102/15 103/23 108/14 116/13
nuances [1] 69/22
number [18] 13/14 18/14 31/13 31/17 38/5 38/8 38/18 69/7 82/21 85/6 85/10 86/8 87/8 88/17 88/21 99/4 121/21 122/20
numbered [2] 99/1 121/18
numbers [5] 85/23 87/15 89/12 89/13 89/15

**O**

oath [1] 61/12
object [1] 6/10

objection [11] 21/20 24/16 52/12 57/24 60/4 60/9 61/18 61/20 64/10 108/12 113/7
objections [1] 3/4
observation [1] 89/18
observed [3] 28/2 65/8 118/20
observing [2] 51/19 54/8
occasions [1] 91/17
occur [4] 46/22 47/3 55/7 55/7
occurred [10] 11/13 15/17 34/2 34/4 34/4 34/12 34/17 66/16 87/10 110/24
occurring [3] 23/19 23/23 87/7
off [8] 10/20 15/1 57/21 58/3 69/9 69/15 70/19 102/17
offered [1] 14/12
office [1] 115/115/5
officer [1] 34/10
often [2] 97/9 105/14
oh [7] 27/19 44/4 61/24 68/11 88/4 102/10 108/2
okay [163]
Olige [1] 83/24
Oliver [1] 80/24
once [1] 36/22
one [57] 5/23 10/18 10/18 10/25 11/14 21/6 27/7 27/9 29/14 32/4 45/9 45/22 48/12 48/17 53/1 53/3 54/10 56/20 56/20 57/9 66/14 66/21 69/23 77/17 81/15 82/19 82/24 85/12 87/24 87/25 87/25 88/2 88/9 88/16 89/22 90/2 92/16 92/16 92/17 92/17 92/17 92/21 92/21 93/2 93/2 93/7 93/7 100/12 101/17 108/18 108/20 112/22 117/25 118/7 118/15 119/6 119/15
one-one-one [1] 92/17
only [13] 19/8 29/14 31/9 36/1 36/13 42/13 50/9 53/11 59/7 66/14 75/5 88/8 93/6
openings [1] 70/3
opens [3] 68/19 69/10 69/15
opinion [1] 116/20
opportunities [1] 55/10
opposed [2] 94/11 114/6
opposing [1] 61/22
optimal [1] 115/8
options [1] 103/14
oral [1] 15/13
ordered [1] 22/15
organization [2] 115/14 115/25
other [29] 11/2 11/17 22/6 24/18 28/21 29/2 32/5 33/19 38/17 40/3 51/7 52/11 53/15 60/21 60/23 61/7 66/21 79/1 83/7 85/12 87/11 89/22 91/10 93/10 108/7 110/3 115/22 116/10 116/19
others [9] 31/5 39/15 48/21 49/15 50/10 59/8 98/9 98/11 115/25
our [24] 49/17 51/17 51/18 54/13 55/8 55/13 56/24 57/13 59/12 59/20 61/8 61/9 61/11 66/1 81/18 91/10 91/11 93/10 93/10 101/21 109/19 114/11 115/14 115/14
out [28] 5/25 6/2 17/3 20/3 21/10 21/19 22/11 33/11 34/6 35/18 51/14 57/11 58/17 70/19 70/21 71/1 71/6 72/4 73/9 73/12 75/8 85/19 90/9 90/14 94/11 95/17 96/19 97/22
outcome [2] 9/23 122/16
outcomes [3] 27/7 51/20 94/17
outlets [2] 63/11 106/4
outside [1] 17/3

O

over [13]  8/13 8/13 10/4 34/15 34/19
35/16 47/11 53/13 88/13 90/16 94/12
116/6 116/8
overcome [1]  51/2
overnight [1]  90/2
overt [1]  13/25
own [2]  67/11 77/5

P

P.O [2]  3/19 3/24
page [11]  4/2 4/3 4/6 4/7 4/8 4/9 4/10
4/11 120/13 121/15 123/6
pages [3]  121/16 122/9 123/3
Palmer [1]  94/12
pandemic [2]  42/23 103/9
panel [3]  117/5 117/18 118/3
panels [2]  111/5 117/15
paragraph [19]  12/20 12/25 13/1 13/12
13/13 13/18 13/24 15/5 15/20 17/10
17/20 19/24 21/1 22/13 23/14 23/17
33/4 33/17 34/7
paragraphs [2]  20/13 32/16
Pardon [1]  42/9
parent [3]  49/5 107/21 108/15
parents [3]  79/16 101/13 101/16
part [12]  5/19 6/13 20/7 22/21 23/25
24/4 29/18 32/5 32/13 36/14 78/6
119/1
participate [1]  117/8
particular [1]  90/12
parties [1]  122/14
partner [1]  35/24
partnership [1]  79/16
partnerships [1]  94/18
party [4]  5/14 5/24 6/12 6/19
passionate [1]  109/19
past [1]  15/5
pastor [2]  13/4 13/17
patience [1]  112/25
pausing [1]  52/21
pay [6]  43/7 43/12 43/13 44/13 105/25
106/3
pedophile [1]  35/24
people [6]  10/13 33/8 60/22 71/5 98/14
109/25
per [1]  22/18
percent [2]  69/8 112/22
percentile [3]  89/4 89/5 89/8
percentiles [2]  4/10 89/17
perfect [1]  94/3
performance [13]  53/23 54/4 54/6
54/15 55/19 63/22 64/21 72/8 82/5
89/18 89/25 103/16 107/2
performer [1]  72/11
perhaps [4]  5/18 11/15 32/3 90/11
period [3]  38/21 39/16 90/20
person [3]  103/12 104/9 108/15
personally [4]  46/8 46/15 81/25 82/2
perspective [1]  104/16
Pertiller [3]  15/25 23/15 24/1
phone [4]  112/1 112/23 118/12
piece [1]  13/11
pieces [2]  15/25 37/2
PIPPA [5]  1/17 3/10 103/25 111/6
117/9
place [19]  18/4 30/1 30/20 31/2 31/8
46/12 46/14 52/25 66/17 67/11 78/25
90/21 90/22 93/9 95/18 95/24 96/17
96/21 113/20

placed [4]  15/23 18/6 18/15 100/8
plaintiff [7]  1/4 1/11 3/15 5/17 5/20 5/21
22/19
plaintiff's [1]  121/17
plaintiffs [5]  1/18 3/2 3/8 119/15 120/14
plan [36]  7/9 70/18 70/20 71/1 71/15
71/21 71/25 73/7 73/13 95/16 95/18
95/19 95/21 95/23 96/1 96/14 96/16
96/17 96/21 97/1 97/2 97/3 97/8 97/11
97/19 97/23 98/1 98/2 98/4 98/5 98/17
99/14 99/16 99/18 100/1 100/5
planning [1]  55/17
plans [3]  96/12 97/6 98/7
please [16]  12/25 20/13 21/2 21/11
27/15 37/19 39/11 71/17 85/17 85/25
86/5 88/25 95/19 104/6 106/1 121/17
pleased [1]  23/18
plenty [2]  59/19 111/23
PLLC [1]  3/18
point [19]  52/16 52/17 52/24 60/1 60/13
61/1 65/22 67/22 72/6 74/4 74/5 88/9
91/7 97/10 106/9 107/23 110/11
117/11 117/23
points [3]  88/9 88/12 90/5
police [1]  34/10
policy [1]  17/5
population [1]  94/9
portion [3]  15/7 24/21 62/7
position [20]  9/3 9/5 9/10 14/12 17/16
17/18 17/19 17/24 30/5 30/6 42/10
43/4 43/25 44/4 44/18 45/17 45/21
63/14 102/23 113/24
positions [1]  42/15
possibility [1]  101/22
possible [1]  61/6
practice [11]  17/4 19/17 19/17 27/22
40/25 46/3 47/10 51/4 53/18 55/1 77/4
78/25 79/1
practices [3]  50/8 51/19 91/9
preface [1]  89/23
preponderance [2]  46/10 47/2
present [1]  62/14
presented [1]  28/20
pretty [2]  51/15 52/4
previously [6]  31/16 38/7 85/9 88/20
99/3 121/20
previously-mentioned [6]  31/16 38/7
85/9 88/20 99/3 121/20
principal [59]  6/22 7/3 7/15 8/13 8/23
8/24 9/3 9/7 9/12 9/21 10/2 10/4 12/14
12/15 13/20 13/21 18/12 23/13 24/3
25/6 25/13 26/22 39/4 47/4 68/1 69/19
69/19 75/14 76/12 76/13 76/17 77/14
80/13 80/24 81/2 81/6 81/9 81/14
83/23 84/9 84/25 86/20 88/3 88/4 95/3
95/11 96/24 96/25 97/1 98/7 98/17
101/25 102/2 102/12 102/14 110/21
114/11 114/12 116/5
principal's [1]  11/15
principals [4]  78/8 78/19 94/8 110/25
prior [4]  75/6 89/9 98/8 121/3
priority [53]  4/8 67/21 68/17 69/8 69/14
70/1 70/17 70/21 71/1 71/5 71/14
71/19 71/19 71/24 72/17 72/23 75/6
72/23 73/3 73/9 73/17 74/12 75/1 75/6
76/9 77/19 77/22 78/2 78/11 78/19
78/22 80/8 82/17 82/20 86/3 86/16
86/22 87/19 90/7 90/16 94/11 95/18
96/3 96/11 96/12 96/19 97/4 97/11
97/19 97/22 97/23 98/7 98/14

probably [5]  59/6 59/7 75/7 90/4 103/19
probe [1]  55/25
problem [7]  57/23 59/5 60/2 60/15 61/4
65/5 85/20
problems [4]  53/22 58/19 61/17 103/6
Procedure [1]  3/3
process [32]  9/14 18/2 18/25 19/11
19/22 20/6 20/10 20/24 22/3 22/12
23/1 26/17 26/19 28/9 36/2 36/3 36/4
36/14 44/21 45/25 46/2 46/6 47/3
51/22 51/22 68/15 77/6 77/8 78/6
98/23 100/22 119/1
produced [1]  119/14
professional [8]  31/4 48/10 48/19 49/25
91/4 91/12 91/24 91/25
progress [4]  65/14 78/15 78/16 82/5
promise [1]  61/14
promoted [5]  41/13 43/3 43/20 44/9
113/14
promotion [4]  43/5 44/11 81/4 81/10
protect [1]  30/20
protected [1]  110/16 111/1
protections [2]  30/20 31/2
protocol [2]  92/19 92/20
provisions [1]  3/3
public [4]  5/19 8/25 44/2 119/14
pull [3]  45/1 45/5 83/21
punk [2]  109/7 109/21
pupils [1]  13/5
purposes [1]  97/12
pursuant [1]  3/2
pushback [1]  55/15
put [11]  11/3 30/17 30/20 31/2 31/8
52/25 57/7 76/25 86/6 101/8 115/7

Q

quadrant [1]  102/1
question [36]  16/8 18/8 24/20 27/9
28/10 36/17 40/8 52/9 54/2 55/22
55/24 58/7 59/23 60/11 60/14 61/1
61/14 61/23 62/1 62/5 63/2 63/21 64/2
64/7 64/15 64/20 67/17 71/16 71/17
72/21 81/21 97/24 98/4 105/10 117/13
119/7
questioned [2]  45/20 62/15
questioning [1]  56/3
questions [11]  3/5 37/24 37/25 93/4
108/9 108/9 112/2 112/24 113/3
113/12 121/23
quick [5]  32/16 68/21 76/1 90/15 105/8
quicker [1]  108/10
quite [4]  19/10 46/6 48/10 72/2
quote [1]  107/1
quotes [3]  58/20 58/21 65/13

R

racial [1]  99/14
raised [1]  17/24
rank [1]  89/9
ranked [1]  86/16
ranking [3]  86/11 86/23 87/1
rankings [1]  86/2
rates [2]  4/10 89/17
re [1]  115/4
re-envisioning [1]  115/4
read [6]  15/7 24/20 24/21 36/22 62/7
123/3
readily [1]  49/19
reading [2]  3/4 36/13
ready [1]  56/11

**R**

real [1] 93/23
really [10] 32/16 37/13 37/22 68/21
76/1 78/13 86/21 96/25 97/24 105/8
reason [11] 24/13 25/6 46/11 48/22
52/21 81/24 81/25 82/2 89/20 89/21
104/23
reasons [1] 105/16
rebuffing [1] 33/18
recall [61] 5/23 10/18 10/20 10/23
11/12 11/21 14/17 17/17 18/5 18/7
18/14 19/11 22/21 23/10 23/19 23/23
23/24 25/24 30/22 32/12 32/13 37/16
37/20 41/5 41/22 48/5 48/13 49/8 53/1
53/9 55/18 58/16 61/15 62/8 62/13
62/16 66/5 66/13 66/18 67/3 74/18
74/23 76/10 76/24 80/8 80/15 87/5
87/7 93/16 95/10 108/21 108/22
108/23 108/25 111/14 112/17 118/24
119/7 121/6 121/8 121/10
receive [2] 47/10 70/14
received [6] 39/7 40/13 40/16 40/20
40/22 40/25
recently [1] 72/14
recognize [2] 12/5 31/19
recollection [4] 8/6 16/12 60/18 121/2
recommendation [3] 18/23 19/3 19/7
recommendations [1] 19/8
recommended [1] 26/20
recommends [1] 18/22
reconnect [1] 113/3
record [6] 5/6 15/1 15/7 24/21 62/7
122/10
records [7] 20/21 21/6 21/16 21/18
22/7 22/9 119/14
red [1] 82/8
refer [2] 99/8 115/12
referred [3] 29/5 30/7 99/19
referring [7] 32/1 54/17 96/4 98/21
100/18 115/11 115/13
refused [3] 106/14 106/19 106/21
regard [5] 9/16 16/5 30/9 30/15 57/3
regarding [20] 6/8 9/19 14/14 30/22
30/25 31/11 37/25 38/2 46/12 53/17
53/17 61/8 62/10 62/24 62/25 65/14
81/19 100/5 100/5 107/2
regards [1] 16/7
regular [3] 60/20 78/6 92/20
rehire [5] 25/25 26/2 26/5 26/6 26/7
rejected [2] 15/14 35/12
related [3] 64/3 100/8 122/13
relationship [9] 48/10 63/23 64/16
64/22 64/24 90/25 91/5 91/12 92/1
relationships [1] 91/17
relative [4] 62/17 63/23 64/9 106/16
remained [1] 43/17 43/18
remains [1] 8/24
remember [7] 11/4 37/18 41/20 45/10
75/13 76/22 94/6
remembered [1] 37/17
remote [2] 3/2 122/9
removed [1] 9/2
Rents [1] 14/10
repeat [5] 9/18 21/11 60/11 64/12
106/1
rephrase [2] 61/23 62/6
report [8] 22/25 42/24 47/18 53/6 53/12
53/21 54/2 76/2
reported [12] 15/21 22/23 25/4 38/19
39/14 53/10 67/20 75/11 82/20 83/8

83/18 122/8
reporter [4] 24/19 115/15 122/7 122/20
REPORTER'S [1] 121/25
reporting [5] 29/9 53/9 93/9 93/10
122/19
reprimand [2] 34/8 78/5
reprimands [1] 34/9
request [1] 119/14
Requested [3] 15/7 24/21 62/7
require [2] 52/10 52/23
required [9] 51/17 51/21 52/17 52/22
56/23 56/24 119/23 120/6 120/17
requires [1] 93/23
Research [2] 73/15 73/22
reserved [3] 3/5
resigned [4] 17/18 18/7 18/16 46/24
resources [15] 15/21 18/20 18/21 19/5
30/13 31/5 32/6 45/12 45/13 47/11
49/12 81/19 81/20 81/23 114/2
responding [1] 53/24
response [8] 28/19 29/22 29/23 37/13
37/16 52/10 52/23 119/14
restate [4] 39/10 67/17 71/17 106/17
result [2] 32/11 36/12
results [1] 10/6
retaliate [3] 21/16 46/25 64/2
retaliated [13] 17/10 17/21 29/8 29/12
29/12 29/16 31/24 34/22 36/11 46/9
46/16 47/6 63/14
retaliating [1] 31/3
retaliation [13] 29/21 30/9 30/13 30/15
30/18 30/21 30/24 31/7 32/3
32/17 33/18 39/23
return [6] 8/5 8/17 8/25 18/11 18/18
27/4
returned [1] 18/13
returning [2] 9/20 57/16
review [1] 70/21
right [26] 29/22 29/24 33/5 50/11 50/14
51/8 69/6 69/10 71/23 72/23 73/1
74/16 74/19 75/3 75/9 76/17 89/16
90/17 90/21 97/1 99/21 105/2 105/5
106/9 119/5 121/14
Robin [2] 84/13 84/25
robust [1] 46/7
role [26] 5/22 7/4 41/15 41/24 43/18
43/19 44/22 46/1 49/10 49/12 54/13
76/23 77/1 77/1 77/10 77/15 84/23
90/3 90/3 100/2 104/25 107/17 111/10
114/23 117/3 117/24
roles [2] 77/8 95/14
room [1] 51/6
Rules [1] 3/3
rumors [4] 33/19 35/24 112/14 112/18
running [2] 44/5 58/3

**S**

safeguard [1] 31/8
said [25] 8/16 9/18 10/23 11/12 11/17
16/1 17/3 22/18 33/10 33/21 35/1
49/18 54/11 58/16 60/7 60/9 66/7
66/14 69/1 74/11 75/24 88/4 104/11
117/7 123/4
SAITH [1] 121/24
Sam [37] 7/17 7/19 8/13 8/16 10/11
10/14 10/23 11/8 13/21 14/20 16/1
16/11 16/16 16/20 16/25 17/11 18/9
22/1 22/6 22/14 23/18 28/20 30/10
30/17 31/3 36/18 36/20 37/10 37/21
38/12 38/13 39/16 41/4 46/8 46/16

47/6 49/9
Sam Braden [1] 28/20
same [6] 28/4 28/6 28/12 28/14 81/8
120/7
sat [6] 60/17 62/9 111/23 117/14
117/17 118/2
say [33] 10/17 18/1 26/18 26/24 39/1
39/19 39/20 39/21 46/19 52/5 56/13
57/22 58/10 58/13 58/23 60/2 64/18
65/18 68/16 68/22 73/15 88/2 91/24
95/19 103/14 106/15 106/20 109/6
109/9 109/25 116/5 116/9 120/22
saying [26] 39/1 39/9 55/20 56/4 67/15
67/16 68/13 68/14 68/25 71/22 71/23
72/1 77/12 86/18 89/24 91/4 98/2
98/6 98/9 98/24 114/17 115/23 115/25
117/16 117/22
says [18] 12/13 12/21 13/2 13/19 13/24
15/20 15/24 17/9 17/20 19/23 23/21
33/17 35/22 36/6 73/22 86/10 89/3
89/8
scenario [4] 69/23 71/12 95/7 96/22
school [152]
schools [91] 5/19 8/25 9/10 12/9 12/21
13/3 13/16 14/17 23/13 25/4 26/10
29/20 30/15 30/18 31/10 39/4 41/20
42/3 43/17 43/18 43/22 45/12 50/16
51/5 51/18 52/18 53/11 64/8 67/5 67/7
67/8 67/9 67/10 67/12 67/12 67/20
67/21 67/21 68/17 68/18 69/7 69/14
70/11 70/18 71/5 74/6 74/20 74/24
75/1 75/16 75/24 78/19 78/24 79/19
79/19 79/20 80/4 80/4 80/5 82/18
82/18 82/19 82/24 83/18 86/2 86/3
86/15 86/16 87/18 89/19 89/20 90/13
91/3 94/8 94/17 94/19 94/22 96/7
96/11 96/12 97/4 98/14 99/24 101/15
101/21 103/16 114/4 115/6 119/19
119/22 120/15
Schunn [2] 105/17 106/7
science [4] 10/22 11/2 29/5 32/1
score [2] 75/17 75/18
scored [2] 111/16 119/8
scores [4] 74/12 89/23 90/1 90/1
scoring [1] 118/24
Scott [7] 15/22 31/21 32/5 32/8 36/10
39/22 39/25
screen [10] 11/22 12/6 82/7 82/8 82/13
85/14 85/18 119/3 119/11 119/22
scroll [4] 12/12 32/4 33/20 119/17
scrolled [1] 83/15
scrutinize [1] 35/11
sec [1] 118/7
second [7] 2/9 16/9 40/4 75/25 77/17
117/25 118/15
secretary [1] 22/14
see [75] 12/13 12/15 13/7 13/12 13/18
13/24 14/8 15/3 15/10 15/14 15/20
15/24 16/2 16/3 16/19 17/9 17/20 19/23
23/14 33/3 33/12 33/17 33/23 34/8
35/1 35/9 35/10 35/13 35/14 35/22
36/5 36/8 43/9 51/13 55/13 72/1 74/10
82/8 82/15 82/21 83/12 83/13 83/16
83/22 84/8 84/13 84/15 85/13 85/14
85/21 86/7 86/7 86/9 86/25 87/2 87/6
87/14 88/10 88/24 89/1 89/3 89/6 89/8
89/9 93/12 94/3 97/24 103/8 108/7
118/9 119/11 119/17 119/21 119/25
120/5 120/18
seek [1] 9/25

**S**

seem [1]  50/13
seemed [3]  50/10 50/11 55/16
seems [3]  70/14 104/4 111/9
seen [1]  90/14
selected [4]  44/21 45/25 114/20 114/21
sense [2]  93/24 120/11
sent [2]  25/15
serious [1]  112/22
serve [4]  46/1 98/10 114/24 116/13
served [9]  10/19 13/15 13/17 41/15
  41/22 47/21 102/1 106/6 116/11
service [1]  30/14
serviced [1]  32/6
services [6]  43/14 44/1 44/10 44/15
  121/1 121/7
serving [3]  43/19 44/22 84/23
set [5]  47/6 74/6 79/11 119/13 119/18
sets [1]  33/5
setting [1]  80/2
seven [2]  13/24 15/5
several [4]  52/5 73/11 73/13 90/9
sex [2]  14/3 15/13
sexual [22]  10/1 10/7 10/10 11/2 11/9
  11/10 11/11 11/16 14/1 14/20 15/12
  16/16 21/4 21/14 21/25 30/19 32/9
  32/25 33/18 35/12 62/18 63/10
sexually [4]  10/14 28/17 28/23 29/3
Sharada [3]  80/17 81/13 81/25
share [5]  11/22 65/16 82/7 86/4 119/3
shared [8]  34/20 40/7 40/11 63/20
  65/13 65/19 65/20 106/10
sharing [1]  39/5
Sharon [3]  15/24 23/15 120/8
she [80]  16/21 16/24 17/1 22/17 22/19
  32/1 32/24 32/25 34/8 40/16 40/20
  40/25 41/3 41/4 41/23 42/2 43/18
  47/18 47/21 48/19 48/22 49/14 50/5
  57/2 57/3 57/4 57/23 57/25 58/2 58/3
  58/5 58/7 58/11 58/13 58/16 58/18
  58/18 61/25 62/14 62/20 62/22 62/23
  63/13 63/13 63/15 63/20 76/16 76/21
  76/25 77/1 77/9 77/12 80/20 80/21
  80/22 80/24 80/25 80/25 81/1 81/8
  81/14 83/25 84/2 84/4 84/5 84/6 84/11
  84/18 84/19 84/21 84/25 85/4 91/3
  93/6 93/7 99/13 101/25 102/14 104/3
  104/3
she'd [1]  76/13
she's [3]  62/1 62/5 62/5
Sherman [4]  4/7 14/9 14/16 31/20
shift [2]  56/6 112/1
shifted [4]  41/18 68/24 72/14 76/23
short [2]  38/21 39/16
shortly [3]  18/15 46/24 63/15
should [14]  10/2 10/6 12/3 30/25 31/10
  45/10 48/24 82/1 96/13 96/14 96/15
  103/19 105/8 123/6
show [6]  11/19 31/14 85/12 88/16
  118/6 120/13
showing [2]  12/6 33/4
shut [1]  74/20
signing [1]  3/4
similar [5]  28/12 69/12 93/9 115/1
  116/1
Similarly [1]  105/19
simple [6]  52/9 58/8 58/15 65/23 88/11
  92/4
simply [1]  27/19
since [3]  50/6 77/16 111/15

sit [3]  60/1 60/14 60/21
situation [7]  9/22 16/11 16/16 36/25
  58/1 71/18 95/5
situational [1]  95/5
situations [1]  90/12
six [2]  13/18 82/21
skill [4]  105/1 105/5 105/13 105/21
skills [1]  122/11
Slave [2]  99/20 102/19
slots [4]  68/16 68/17 69/11 69/16
slow [1]  115/18
small [1]  85/15
smaller [1]  82/12
so [155]
societal [1]  94/15
some [35]  13/4 26/7 26/8 47/2 50/13
  50/21 50/22 51/14 52/16 52/23 52/24
  53/2 53/4 55/22 55/25 57/15 66/9 67/7
  67/12 67/20 67/20 70/3 90/23 91/10
  93/5 94/2 94/3 94/5 94/24 103/18
  104/16 104/19 105/3 107/23 117/23
somebody [2]  64/2 68/20
someone [21]  26/1 26/4 26/9 26/11
  26/15 26/20 26/24 54/19 60/19 64/3
  64/7 64/15 64/20 64/22 69/2 69/16
  70/17 79/18 80/12 109/21 114/23
something [15]  8/9 43/10 50/16 60/8
  61/20 69/12 70/8 70/20 70/25 75/25
  84/22 92/2 104/17 108/6 109/18
sometime [1]  42/19
sometimes [14]  50/12 90/21 90/22
  90/22 94/21 95/1 96/8 96/9 98/15
  104/24 104/25 105/1 105/6 105/21
somewhat [1]  54/21
somewhere [1]  52/1
son [1]  99/14
Sonji [2]  31/20 31/25
sorry [10]  26/16 42/9 65/1 68/11 77/17
  101/3 104/11 106/17 108/11 116/16
sort [1]  6/3
sounds [9]  55/20 62/4 65/18 72/18
  74/16 76/17 93/8 99/21 121/14
southeast [1]  102/1
speak [7]  7/20 7/21 7/22 93/1 109/12
  109/15 115/18
speaking [4]  26/15 27/21 86/23 93/2
special [1]  97/3
specific [22]  11/8 33/5 34/18 46/14
  54/8 55/14 56/20 58/20 62/9 62/24
  63/16 65/12 65/16 66/14 66/17 72/6
  87/8 87/23 107/1 108/4 119/7 119/9
specifically [7]  34/17 56/13 57/22 59/20
  61/15 111/17 115/14
specificity [2]  37/1 49/16
specifics [2]  55/5 70/13
spent [1]  48/10
spot [1]  68/20
spreading [2]  33/19 35/23
spreadsheet [2]  4/8 85/6
spreadsheet-Priority [1]  4/8
spring [15]  41/24 42/5 42/6 42/7 42/17
  42/19 42/21 74/17 74/21 103/1 103/2
  103/3 103/7 103/8 113/15
SPRINGER [39]  1/24 3/1 5/1 5/5 5/8
  5/9 6/15 7/22 11/25 12/1 12/3 12/4
  12/5 14/21 14/21 15/3 15/6 24/23
  25/14 27/13 28/4 31/20 38/10 52/8
  57/20 58/10 61/12 65/10 97/13 108/8
  113/3 113/9 113/11 115/17 118/14
  118/22 119/11 123/3 123/21

staff [5]  26/7 49/6 66/4 94/7 104/24
staffed [1]  75/16
staffing [1]  81/19
stand [1]  62/1
standardizing [1]  51/4
standards [1]  13/7
standing [1]  62/5
Stanford [6]  100/15 100/15 100/16
  100/18 101/17 101/20
Stark [1]  120/7
started [1]  91/7
state [12]  5/5 12/22 20/1 29/11 57/2
  69/6 70/10 70/12 74/11 74/23 122/3
  122/7
stated [3]  24/17 30/14 116/21
statement [11]  21/3 21/8 21/13 21/25
  22/16 22/17 38/23 40/10 41/5 41/8
  109/8
statements [6]  16/24 41/3 48/7 49/14
  106/22 109/5
states [3]  1/1 15/11 23/15
stating [1]  13/11
status [20]  70/1 70/4 70/22 71/2 72/19
  74/12 77/19 77/22 78/3 78/12 78/23
  80/8 82/20 90/7 90/14 90/17 94/11
  95/18 96/19 97/22
stay [4]  5/24 95/13 107/19 120/7
Steiner [7]  3/11 3/12 3/12 4/2 5/4 61/23
  62/4
steinerandsteiner.com [1]  3/14
step [3]  51/21 51/21 51/21
stick [1]  108/9
still [7]  8/24 17/23 23/12 39/3 90/9
  90/15 90/16
stop [4]  16/8 27/15 31/3 57/1
story [1]  93/16
straight [1]  97/18
strategic [1]  51/21
Stratford [3]  12/14 25/13 100/15
streamlined [1]  51/23
Street [1]  3/13
strengths [1]  104/18
stress [1]  36/7
strong [4]  50/12 50/17 59/16 93/23
struck [1]  42/21
structure [3]  93/9 93/10 94/16
struggle [6]  53/4 54/22 54/24 55/6
  56/16 57/5
struggled [4]  52/6 52/16 52/20 52/24
struggling [2]  104/25 105/10
student [8]  43/13 44/1 44/10 44/15
  49/6 94/9 120/25 121/7
students [5]  50/1 75/18 93/17 93/20
  93/22
subdivision [1]  12/22
subject [1]  119/22
subjective [1]  104/4
submitted [5]  22/22 23/5 29/25 46/11
  46/23
submitting [2]  23/24 49/4
success [4]  4/10 89/16 89/17 92/2
such [3]  29/9 74/4 74/4
sue [1]  7/12
sued [3]  7/14 62/18 63/9
suffering [1]  36/7
suggest [1]  29/25
suggestive [1]  14/2
Suite [2]  2/9 3/23
summarize [2]  57/7 58/24
summer [1]  14/8

**S**

superintendent [41]  30/7 40/17 40/19 41/13 41/16 41/17 41/19 41/21 41/21 41/23 42/1 42/11 42/14 42/16 42/19 43/1 43/4 43/8 43/16 43/16 43/21 44/14 53/13 53/22 61/8 66/20 66/22 66/25 67/2 67/3 67/19 67/19 72/17 74/25 85/1 104/3 106/7 113/19 113/20 116/12 116/14 116/18
superintendents [9]  53/16 54/13 55/11 55/12 60/24 60/24 116/11 116/19 116/25
supervise [1]  55/1
supervises [1]  60/19
supervisor [13]  10/19 10/25 16/17 30/3 30/4 31/5 48/25 49/1 54/7 54/14 54/18 65/13 107/6
support [11]  43/13 44/1 44/10 51/5 98/10 98/14 115/4 115/5 115/5 120/25 121/7
supported [1]  106/25
supporting [1]  96/7
supports [3]  96/5 96/5 96/6
supposed [2]  61/21 61/23
sure [21]  6/19 24/16 24/20 54/11 63/8 65/5 69/24 70/13 71/22 77/12 79/18 100/22 101/11 104/7 106/8 106/18 113/13 118/1 118/8 118/18 119/1
surmise [1]  39/1
surprised [1]  6/18
suspend [1]  16/1
sustainable [1]  78/15
Swindall [26]  4/7 14/9 14/13 14/16 14/19 15/11 15/13 15/14 17/21 20/1 20/17 20/21 21/5 21/15 21/17 22/1 22/8 22/16 28/17 29/14 29/18 31/20 31/25 32/17 35/23 38/16
Swindle [1]  14/12
switch [1]  113/4
switched [1]  83/23
sworn [1]  5/3
system [9]  26/12 27/1 57/4 57/8 57/9 57/12 63/23 64/21 110/6

**T**

tad [1]  82/10
tailored [1]  57/13
take [11]  27/25 65/3 68/6 75/4 75/7 79/17 90/11 90/13 90/21 105/7 113/20
taken [5]  3/1 48/24 78/25 89/19 90/16
takes [4]  73/11 73/12 73/13 90/23
talk [8]  65/24 65/25 75/23 87/17 91/23 95/22 95/25 103/12
talked [4]  53/16 56/22 59/16 110/23
talking [11]  24/18 27/17 49/5 56/1 56/2 60/23 74/13 95/21 98/5 103/15 108/21
tangent [1]  58/4
tardiness [1]  22/16
target [1]  104/7
teacher [9]  10/21 10/22 11/3 16/21 16/25 29/5 32/2 75/15 88/4
teachers [10]  14/1 29/7 33/20 75/12 75/12 75/19 87/19 87/20 87/24 94/6
team [17]  55/10 55/13 55/21 59/21 61/8 61/9 61/11 65/15 66/2 91/10 91/16 92/12 103/21 105/7 105/19 105/23 106/25
teams [5]  4/11 51/18 59/12 119/18 120/15
Technical [1]  78/3

televised [2]  92/24 100/4
tell [17]  9/15 37/15 37/19 50/3 55/5 58/17 59/4 60/14 65/10 66/15 67/14 73/21 79/23 81/13 94/22 105/4 105/12
telling [4]  23/3 23/9 74/3 74/23
tells [1]  93/16
ten [7]  17/10 17/20 19/24 69/14 69/16 116/6 116/8
tenets [1]  116/1
TENNESSEE [10]  1/1 1/7 1/13 1/21 2/9 3/2 12/22 122/3 122/7 122/19
tenure [1]  26/22
term [1]  104/8
terminate [2]  7/6 7/10
terminated [9]  7/7 23/3 23/6 23/9 23/11 23/12 25/18 36/11 39/8
termination [6]  17/21 18/25 20/18 23/22 25/20 25/22
terminology [1]  25/25
terms [8]  34/16 36/25 55/18 79/25 86/16 88/5 109/13 109/15
testified [4]  5/12 32/24 47/15 120/24
testify [2]  117/4 118/2
testimony [1]  123/4
testing [4]  74/25 75/2 75/3 75/8
text [1]  51/14
texting [1]  27/17
than [10]  52/1 54/15 73/22 73/24 79/19 108/7 110/3 115/21 116/10 116/19
thank [10]  11/24 12/2 20/14 27/24 45/8 62/3 103/3 112/10 112/25 113/1
Thanks [1]  118/19
that [691]
that's [52]  5/23 9/8 9/21 11/5 19/11 21/13 27/22 28/10 28/23 34/14 36/14 44/5 45/4 49/10 49/12 50/1 56/25 72/21 73/1 74/6 74/19 77/24 78/13 79/10 79/11 80/9 84/8 85/13 86/18 88/12 89/25 92/15 93/8 93/9 93/10 94/25 95/6 95/7 96/2 96/21 96/22 97/3 97/24 100/6 104/8 108/22 109/7 109/18 115/6 115/24 116/15 120/22
their [12]  10/17 21/7 21/18 22/9 40/5 67/10 78/22 79/6 92/19 93/2 101/13 101/16
them [22]  10/14 19/14 20/1 21/7 26/25 46/15 51/10 51/11 51/12 52/22 53/1 53/3 61/10 66/11 75/8 75/13 92/16 92/25 93/6 93/7 101/17 105/20
themselves [1]  39/14
then [71]  6/16 7/12 8/12 9/24 10/21 11/16 12/20 13/24 18/6 18/7 18/15 20/2 20/11 22/19 23/2 23/21 25/9 26/1 26/5 26/9 29/7 31/13 34/8 37/11 39/8 39/13 42/13 42/17 42/18 42/21 42/23 47/12 56/4 62/19 66/10 66/24 67/2 69/13 69/15 69/25 69/25 73/3 73/7 73/13 73/16 73/22 75/4 77/16 79/18 80/17 80/23 81/1 83/23 84/13 87/3 87/4 90/6 96/2 96/2 96/8 96/11 98/17 100/3 102/2 102/12 105/1 111/15 114/12 114/13 115/7 120/9
there [104]  6/3 7/9 8/4 8/9 9/18 10/21 14/5 16/6 18/2 18/9 19/19 20/6 25/25 28/18 28/19 29/2 29/7 29/20 29/24 30/19 30/24 31/2 31/10 43/10 46/11 46/11 46/13 47/1 50/9 50/9 50/17 50/18 50/21 52/1 52/2 52/5 52/19 54/9 55/15 55/15 56/3 56/7 56/16 57/14 59/25 68/15 68/16 68/22 69/6 69/21

70/3 70/5 70/6 70/16 71/15 71/20 75/15 75/20 76/11 76/13 76/17 77/5 77/8 77/23 78/15 80/12 81/15 83/12 84/8 84/12 84/12 84/13 85/4 89/15 89/16 89/17 89/19 89/20 89/21 89/24 90/12 90/12 90/17 93/3 93/15 93/17 94/22 94/24 97/3 97/5 97/6 98/4 100/4 100/7 100/11 101/15 105/12 105/13 105/15 107/22 112/17 115/25 116/22 118/22
there's [12]  18/3 50/1 55/3 56/4 57/17 73/21 75/22 86/18 89/17 90/20 95/18 96/9
these [27]  19/16 19/19 20/3 25/19 31/23 34/1 36/23 37/4 46/13 47/6 55/21 77/8 82/19 83/18 85/23 86/1 87/24 89/13 89/23 90/1 90/1 95/14 98/6 98/20 109/20 115/21 116/1
they [67]  10/16 10/23 17/7 17/13 17/14 19/13 20/20 21/7 21/18 22/7 22/8 22/9 24/14 26/2 26/4 26/10 26/10 27/1 28/11 29/3 29/8 29/15 30/7 31/23 33/14 33/16 34/2 34/4 34/4 34/11 40/5 46/17 48/24 51/5 53/10 64/3 67/10 67/15 67/16 67/21 70/19 70/19 70/25 71/4 71/24 72/4 74/11 75/19 78/20 80/3 81/17 82/20 83/22 86/2 86/16 86/22 92/20 92/22 93/1 93/17 93/18 93/20 96/6 96/18 98/13 98/16 98/19
they'd [1]  93/4
they're [2]  37/7 109/23
thing [3]  28/12 28/14 81/8
things [10]  28/11 37/1 49/6 50/15 53/2 63/1 94/15 100/3 105/6 109/24
think [49]  6/10 6/11 14/23 24/17 26/13 38/1 46/8 48/19 49/19 51/11 51/24 52/9 53/8 55/24 56/16 57/4 57/6 57/23 58/5 58/6 58/11 58/18 59/6 67/1 68/23 69/13 72/25 73/1 76/18 78/14 89/12 89/13 93/18 101/15 103/21 104/21 105/2 105/11 105/17 106/9 108/17 108/18 109/7 109/10 112/6 113/15 115/17 115/24 116/21
thinking [10]  18/5 46/5 49/17 51/4 51/20 52/22 67/14 93/19 109/23 109/25
this [120]  8/11 11/21 12/5 12/8 12/10 12/11 12/13 13/10 14/2 15/21 16/3 16/7 16/15 17/10 19/7 19/22 20/7 21/14 22/2 22/21 22/25 23/25 26/13 27/18 30/15 30/25 31/9 31/11 31/19 32/12 33/4 34/16 34/19 35/7 36/1 36/8 36/14 36/17 36/22 37/12 37/17 37/21 38/4 40/4 40/12 40/21 44/3 44/4 44/5 46/13 46/22 49/5 49/7 50/7 52/9 52/24 53/4 53/20 57/17 57/23 58/12 59/2 59/5 59/12 59/23 59/25 60/13 60/25 65/3 66/15 66/18 71/23 72/2 72/5 72/5 74/4 74/5 75/1 78/18 79/4 80/6 82/8 82/14 82/17 83/7 83/22 85/5 85/13 85/21 85/24 86/6 87/9 88/24 89/1 89/24 90/2 93/12 95/4 97/10 97/12 98/22 98/25 99/9 100/2 108/10 112/23 116/21 119/9 119/13 119/15 120/5 120/13 120/14 120/17 121/3 121/3 121/15 121/15 121/24 122/16
those [20]  18/19 20/22 20/25 33/14 34/11 37/2 42/15 49/3 63/16 67/7 89/12 97/6 103/14 106/5 109/13 109/15 109/17 111/3 111/23 115/13

## T

though [1]  26/18
thought [6]  26/15 52/23 60/7 104/11
114/18 117/7
thousand [1]  92/2
threaten [1]  20/3
threatened [8]  17/21 20/17 20/19 21/5
21/6 21/17 22/6 33/7
three [11]  12/25 13/4 20/12 72/11
72/19 72/22 73/15 73/16 73/19 73/22
75/5
through [21]  12/11 12/12 20/9 20/24
21/4 22/11 22/25 28/9 36/2 36/13
45/25 51/3 53/2 75/5 76/14 91/23
108/9 108/17 112/24 121/17 123/3
throughout [1]  30/14
time [58]  5/23 7/17 8/11 13/19 14/17
18/10 19/11 30/6 32/6 38/15 38/21
39/17 40/18 41/22 41/23 45/15 46/25
47/13 47/23 48/11 51/15 51/25 52/5
52/18 53/24 54/1 54/13 55/2 55/9 56/5
57/9 60/1 60/13 61/1 62/8 63/20 65/12
66/8 66/17 67/15 67/22 68/3 84/2
84/24 90/13 90/23 93/5 93/16 94/10
96/8 105/7 105/9 107/1 108/4 113/18
114/11 117/12 119/9
timeline [3]  34/16 46/22 74/2
times [11]  37/1 50/9 50/19 52/19 65/16
75/15 89/19 89/20 94/24 104/15
105/13
title [6]  7/3 40/18 64/4 64/22 110/18
110/18
titled [1]  119/19
TN [3]  3/13 3/19 3/24
today [6]  38/5 58/16 58/21 65/17 66/5
110/23
together [12]  24/2 44/5 48/11 50/2
59/15 61/9 91/5 91/16 92/1 93/21
93/23 114/13
told [20]  9/3 17/22 22/6 22/19 23/16
23/17 30/8 30/12 35/5 39/12 45/19
61/16 79/18 82/23 90/8 108/14 108/15
108/16 108/23 112/13
tolerated [1]  30/24
too [7]  14/25 35/9 35/10 74/1 81/10
83/12 121/9
took [6]  15/25 30/1 41/23 46/12 46/14
105/8
tools [1]  80/3
top [3]  10/20 24/18 102/17
topic [1]  65/2
tore [1]  15/25
tornado [1]  42/21
tornadoes [2]  42/6 42/7
total [1]  55/10
totally [2]  43/11 58/3
touching [1]  33/22
towards [7]  11/1 11/9 11/16 33/1 74/12
75/1 88/23
track [2]  73/9 102/13
trained [1]  57/8
trajectory [1]  102/14
transcript [2]  122/10 123/4
transfer [9]  27/5 27/6 28/5 28/6 28/14
36/6 77/11 112/23 112/25
transferred [4]  9/4 35/2 40/9 77/9
transformation [1]  90/20
transpired [1]  14/15
Trauger [1]  1/6
trouble [1]  75/13

## U (left column continued)

true [10]  12/18 12/23 12/24 13/9 14/13
19/8 39/6 78/21 122/10 123/4
try [8]  53/20 57/11 57/11 73/8 73/12
75/25 85/16 108/5
trying [15]  41/20 50/8 53/8 57/25 58/5
58/7 58/24 61/13 68/16 71/16 76/22
97/16 101/19 106/8 120/22
turn [2]  47/11 73/14
turned [2]  71/6 73/20
Turner [4]  105/17 105/24 106/2 106/7
TV [1]  14/10
TVAAS [1]  89/17
tweak [1]  66/1
two [15]  10/15 12/20 21/5 21/15 22/6
28/11 29/15 53/9 63/20 65/7 72/14
75/24 84/14 93/7 121/3
type [5]  5/16 11/10 90/13 100/17 104/2
types [1]  25/19
typical [1]  27/22
typically [9]  25/18 26/2 27/21 46/3 73/4
78/19 78/20 93/22 120/7

## U

Uh [6]  82/22 86/12 87/13 87/21 89/14
94/7
Uh-huh [6]  82/22 86/12 87/13 87/21
89/14 94/7
ultimate [1]  19/12
ultimately [6]  17/18 18/6 18/7 18/16
19/21 27/7
unacceptable [1]  30/16
uncertain [1]  7/13
unclear [1]  38/1
under [10]  20/4 24/14 30/21 47/13
61/12 67/15 78/24 90/15 110/22
110/25
understand [5]  68/10 69/1 69/13 71/16
72/2
understanding [16]  6/12 18/21 41/12
44/17 72/9 72/22 74/9 74/10 74/14
77/13 78/17 84/7 98/22 101/7 102/13
117/13
uniformed [1]  34/9
UNITED [1]  1/1
unless [2]  27/11 77/23
until [1]  21/21
up [27]  14/22 20/12 21/21 28/12 45/1
45/5 47/13 66/1 66/6 67/16 68/17
68/19 68/23 69/10 69/15 77/7 77/21
85/19 92/23 94/8 97/25 98/1 107/20
107/24 108/15 112/13 119/17
updates [3]  6/8 40/22 41/1
upon [13]  9/24 17/17 19/17 32/12
46/20 46/21 46/22 59/12 63/11 76/18
79/2 79/12 87/9
us [4]  50/2 56/23 66/1 82/18
use [5]  50/5 50/14 80/3 104/8 109/17
used [3]  69/18 96/3 104/9
using [3]  27/20 37/18 77/11
utilize [4]  72/4 88/8 88/9 110/2

## V

vaguely [3]  37/17 37/18 84/11
values [7]  115/1 115/11 115/12 115/13
115/14 115/21 116/1
Vanessa [1]  63/5
vantage [1]  52/17
variation [1]  52/3
various [3]  93/18 95/8 105/16
Verbal [1]  11/11

versus [1]  6/13
very [19]  31/6 37/10 37/12 37/20 51/21
52/9 87/9 91/8 95/6 95/17 97/18 108/5
118/1
VI [1]  110/18
via [4]  3/2 106/4 106/10 122/9
vice [5]  12/14 12/15 13/20
video [2]  100/12 100/13
viewed [1]  12/7
VII [3]  64/4 64/23 110/18
village [1]  79/17
violation [2]  17/5 64/4
virtually [1]  53/3
vision [2]  114/24 115/2
voluntarily [2]  84/5 84/6
volunteer [1]  37/22

## W

waiting [1]  101/19
waived [1]  3/4
want [41]  7/20 7/22 8/17 11/20 26/10
26/25 31/14 45/3 49/9 50/10 50/14
57/1 57/21 59/22 59/23 59/24 59/25
60/11 61/21 63/7 64/12 65/22 66/15
75/23 77/12 80/6 81/12 82/19 83/21
85/12 85/16 89/23 93/1 94/18 94/19
101/13 101/16 105/2 106/17 113/6
117/25
wanted [5]  8/10 21/15 33/21 35/6
103/11
warrant [2]  28/19 79/2
was [304]
wasn't [10]  6/19 29/14 37/13 46/4
70/12 84/11 84/23 85/4 114/19 116/23
way [18]  11/3 21/21 32/4 36/1 40/22
41/1 50/2 50/7 50/22 50/22 51/17 52/3
55/8 73/21 89/22 95/6 109/23 122/15
ways [1]  90/18
we [105]  19/18 23/16 24/20 25/18 27/8
27/10 30/23 31/12 32/4 32/15 32/16
34/7 44/6 48/10 48/16 49/5 49/23
49/24 49/25 50/6 50/7 50/16 51/1 51/3
51/15 51/16 52/4 52/17 53/2 53/16
53/18 55/8 55/13 55/17 56/5 56/6 56/6
56/7 56/11 56/19 56/20 56/25 57/10
57/13 57/15 57/16 58/24 59/11 59/11
59/15 59/16 59/18 59/18 59/18 61/9
65/2 65/15 65/25 66/10 75/2 77/23
86/23 88/8 88/8 88/9 90/4 90/21 90/22
91/4 91/5 91/9 91/16 91/23 91/24 92/1
94/18 94/18 95/13 95/21 95/22 95/23
95/25 96/4 96/5 97/12 99/9 104/15
104/16 105/14 105/15 106/24 106/25
107/17 107/18 108/21 109/18 110/23
113/15 114/2 114/12 115/5 115/6
115/7 115/9 116/23
we'd [1]  74/3
we'll [2]  100/2 108/9
we're [19]  11/19 12/6 12/11 16/1 27/25
50/15 53/20 57/11 58/25 59/1 65/24
65/24 77/24 85/5 98/4 99/8 107/17
109/19 115/6
we've [7]  21/3 66/3 83/10 83/10 92/12
105/13 115/15
well [15]  6/16 23/21 29/19 37/8 49/21
49/24 59/8 65/25 75/18 75/18 85/18
87/9 108/2 114/2 114/18
went [13]  9/25 21/10 44/14 44/20 45/25
80/17 82/12 82/20 84/2 87/5 90/7
93/13 95/11

# W

were [125]
weren't [1]  74/11
what [131]
what's [7]  20/12 65/25 66/1 66/1 71/6
94/14 112/3
whatever [5]  19/13 35/6 77/14 89/20
89/21
when [109]  6/20 7/2 8/16 14/4 15/17
16/21 17/1 17/7 17/12 17/13 17/19
19/6 24/24 25/22 26/24 27/20 30/2
30/17 31/4 32/20 33/14 33/16 34/2
34/3 34/4 34/5 34/6 34/6 34/11 34/13
34/14 34/16 34/19 35/7 35/7 35/11
35/15 35/17 35/17 36/15 37/11 37/16
37/21 40/5 40/12 41/18 41/25 42/2
42/4 42/5 42/25 44/3 44/5 44/9 44/13
45/19 46/13 46/17 47/10 50/9 51/23
53/6 55/8 55/13 55/21 61/19 65/18
66/19 66/20 67/18 69/12 69/18 71/4
71/15 72/16 73/3 75/15 76/13 76/16
79/5 80/25 81/8 81/14 84/12 88/2
89/19 89/20 89/23 89/25 94/24 95/1
95/11 95/18 95/19 98/2 101/25 102/4
102/6 102/8 103/14 105/13 106/6
108/1 108/21 109/25 115/11 116/11
116/17 121/6
where [48]  12/13 13/2 15/10 15/10
15/20 15/22 15/24 17/9 19/23 20/13
23/14 34/8 35/1 35/9 35/10 36/6 50/18
52/19 59/17 61/16 61/17 62/8 62/14
62/14 66/6 66/14 71/12 71/18 74/3
74/17 75/10 75/11 83/22 86/7 86/22
89/3 89/6 89/8 90/12 92/3 92/20
93/13 94/22 100/6 105/15 107/17
115/5 116/23
WHEREUPON [6]  31/15 38/6 85/8
88/19 99/2 121/19
whether [21]  9/2 9/9 11/20 16/4 17/11
25/5 38/16 38/16 38/17 47/5 74/2
86/15 92/22 98/16 100/11 101/1 101/5
101/18 102/11 110/4 112/17
which [18]  6/25 13/11 14/16 24/2 31/25
33/23 37/3 46/5 67/24 68/18 78/5
82/19 93/23 94/18 98/3 105/7 119/20
120/14
while [4]  38/12 38/13 39/16 85/4
whistle [1]  110/19
White's [1]  107/15
who [61]  5/20 7/15 8/13 10/16 10/21
14/9 18/17 24/4 24/12 24/13 25/3
26/11 29/3 29/7 30/3 30/12 31/25
38/15 39/13 43/15 43/20 45/11 45/13
46/3 47/12 48/25 49/4 50/10 51/7
52/10 54/19 62/18 64/3 64/22 68/1
77/6 84/9 84/11 93/17 93/20 93/22
98/7 98/11 98/14 98/19 101/23 102/19
107/12 107/16 108/14 108/15 108/16
108/19 108/21 110/25 113/25 113/25
114/23 114/24 114/24 120/10
who's [1]  49/3
whoever [2]  23/18 88/3
whole [3]  79/17 87/22 103/21
why [26]  7/12 7/13 35/22 52/21 52/22
57/16 58/25 59/2 76/21 80/20 81/25
82/2 83/25 84/16 84/19 93/6 93/7
93/14 94/18 98/3 102/22 104/23 114/5
114/15 114/19 114/21
widely [1]  100/4
will [20]  18/1 19/18 19/19 26/18 27/23

28/7 30/23 39/20 47/12 58/23 69/7
79/17 85/18 85/19 91/23 105/1 105/2
105/5 105/13 105/21
Williams [1]  120/8
within [3]  71/8 76/23 99/16
without [2]  91/2 91/3
witness [5]  5/2 6/11 6/13 46/14 57/24
Witty [2]  119/25 120/2
women [4]  14/1 20/3 29/3 29/15
Woodland [1]  3/13
word [6]  37/18 50/11 50/12 50/14
77/11 110/2
words [4]  57/7 58/6 59/16 109/17
work [22]  20/2 20/22 26/10 35/11 47/22
48/17 49/25 50/6 50/7 51/3 53/2 54/19
55/14 56/23 62/19 62/23 63/3 63/9
91/5 91/10 92/1 114/12
worked [8]  48/11 57/14 61/9 65/15
69/18 94/23 105/19 110/22
workers [1]  30/20
working [11]  35/13 48/9 50/2 53/19
56/20 91/5 91/8 91/12 91/25 104/14
105/22
workings [1]  101/11
works [1]  97/25
would [115]  9/11 17/3 17/5 17/22 19/12
20/18 21/18 22/3 23/10 24/4 27/3
29/25 30/23 34/17 36/18 37/13 37/23
38/12 38/25 39/1 39/8 39/13 39/19
39/21 39/22 40/1 40/3 40/10 40/20
40/25 44/16 45/5 46/19 46/19 46/20
46/21 49/2 49/4 49/6 50/12 50/12
51/16 54/7 54/8 54/10 54/14 54/14
54/18 54/21 54/25 55/9 55/13 55/13
55/15 55/15 55/21 57/9 61/9 64/6
64/14 64/19 68/22 70/14 73/15 73/19
75/4 75/7 75/17 79/5 79/10 79/20
79/25 81/17 81/20 81/23 82/19 83/8
84/21 84/22 90/4 91/11 93/3 94/1
95/16 95/17 96/7 96/18 96/18 97/21
97/21 101/1 101/4 102/2 103/10
103/10 103/12 103/17 103/20 104/6
104/18 105/7 105/15 109/10 109/11
109/13 109/14 109/16 111/13 111/19
111/22 111/24 114/25 115/19 116/9
121/11
Wright [13]  68/5 68/22 80/6 80/7 80/11
80/25 81/6 81/14 83/12 83/13 86/7
87/3 88/1
write [2]  22/15 77/21
writes [1]  18/24
written [3]  20/3 21/19 98/7
wrong [4]  71/6 72/24 74/10 78/18
wrote [1]  22/17

# Y

yeah [15]  27/11 55/8 58/20 66/24 69/21
72/25 73/21 74/6 78/13 78/24 79/22
80/5 88/15 93/15 121/8
year [21]  8/4 34/5 42/17 73/5 73/12
74/9 74/12 74/15 75/2 75/5 75/7 76/9
76/14 76/21 85/1 87/5 90/2 90/8 90/15
97/17 101/18
yearly [2]  74/6 97/2
years [24]  13/4 13/14 13/25 34/5 72/11
72/15 72/19 72/23 73/11 73/14 73/15
73/16 73/19 73/22 75/5 84/14 88/13
90/4 90/9 94/22 106/9 116/3 116/6
116/8
yes [135]

yes/no [1]  60/14
yesterday [2]  92/5 92/8
yet [1]  71/20
you [770]
you'd [2]  108/8 115/18
You'll [1]  88/25
you're [38]  10/17 16/12 16/14 27/17
27/20 39/1 39/5 40/23 51/3 51/12
53/25 55/20 57/20 58/20 61/12 65/2
66/16 68/8 70/9 71/22 71/23 72/18
74/3 74/13 77/11 77/12 86/18 90/9
98/2 98/6 98/21 98/24 100/18 114/17
115/23 117/16 117/22 120/16
you've [4]  40/7 82/23 94/22 97/1
your [46]  5/5 7/3 14/5 18/11 27/15
27/21 28/10 33/8 33/14 37/12 37/13
37/16 37/24 38/5 38/20 38/21 42/10
43/7 43/12 43/25 44/23 45/2 45/6 50/3
61/14 63/1 67/12 67/17 69/1 70/18
71/17 73/18 74/10 78/8 82/24 85/6
90/25 97/1 97/14 112/3 112/8 112/25
116/20 117/13 118/9 118/12
yourself [1]  7/23

# Z

zoom [2]  27/20 51/14