IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
FOR THE MIDDLE DISTRICT
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENAI HAYES, | ) | No. 3:20-cv-01023 LEAD CASE |
| | ) | |
| DR. LILY MORENO LEFFLER, | ) | Judge Trauger |
| | ) | (CONSOLIDATED) |
| and | ) | |
| | ) | |
| DR. JAMES BAILEY, | ) | |
| DR. PIPPA MERIWETHER, and | ) | |
| DR. DAMON CATHEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE and | ) | |
| DR. ADRIENNE BATTLE, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOSHUA FURNIER
[28 U.S.C. § 1746]

I, Joshua Furnier, hereby declare under the penalties of perjury, the following:

1. I am over the age of 18 and competent to testify to the matters stated herein, which are based on my own personal knowledge.

2. I am a paralegal with the Department of Law of the Metropolitan Government.

3. As part of my duties as a paralegal, I requested the link for the budget hearing of MNPS in front of the Metro Council on 05/21/2020 from the Metro Nashville Network. Metro Nashville Network is a division of Metro's IT Department that records and uploads meetings of the Metro Council and other boards and commissions of the Metro Government.

6. A true and accurate recording of the meeting was sent to me and was uploaded at the following link: https://youtu.be/BfzrsVfXAYw. The MNPS portion begins at approximately 44:45. A copy of the recording is also being manually filed.

_____
Joshua Furnier

7-27-22
Date

## Certificate of Service

      I hereby certify that a true and accurate copy of the forgoing has been served via CM/ECF to: Ann Buntin Steiner, Steiner & Steiner, LLC, 613 Woodland Street, Nashville, TN 37206, and Jesse Ford Harbison, Jesse Ford Harbison Law, PLLC, 1109 N. 6th Street, Nashville, TN 37207 on July 27, 2022

*/s/ J. Brooks Fox*
J. Brooks Fox