IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
FOR THE MIDDLE DISTRICT, NASHVILLE DIVISION

| | | |
|---|---|---|
| JENAI HAYES, | ) | Case No. 3:20-cv-01023 (**LEAD CASE**) |
| | ) | |
| DR. LILY MORENO LEFFLER, | ) | (CONSOLIDATED) |
| | ) | |
| and | ) | JURY DEMAND (6) |
| | ) | |
| DR. JAMES BAILEY, | ) | Judge Trauger |
| DR. PIPPA MERIWETHER, and | ) | |
| DR. DAMON CATHEY, | ) | Magistrate Judge Holmes |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE METROPOLITAN | ) | |
| GOVERNMENT OF NASHVILLE AND | ) | |
| DAVIDSON COUNTY, TENNESSEE | ) | |
| and DR. ADRIENNE BATTLE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Jenai Hayes, Dr. Lily Leffler, Dr. James Bailey, Dr. Pippa Meriwether, and Dr. Damon Cathey respectfully request an extension until Monday, August 29, 2022 to file a response to the two Motions for Summary Judgment filed by Defendants, the Metropolitan Government of Nashville and Davidson County (Dkt. No 155), and Dr. Adrienne Battle (Dkt. No. 156). As grounds for this Motion, Plaintiffs state as follows:

1. On July 27, 2022, Metro filed a Motion for Summary Judgment. Metro's Memorandum of Law in support of its Motion for Summary Judgment was 55 pages long.

2. On July 27, 2022, Dr. Battle filed a Motion for Summary Judgment. Dr. Battle's Memorandum of Law in support of her Motion for Summary Judgment was 21 pages long.

3. This is a consolidated case with five Plaintiffs. Plaintiffs each allege multiple causes