# IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
## FOR THE MIDDLE DISTRICT
## NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| JENAI HAYES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 3:20-cv-01023** |
| | ) | **JURY DEMAND (6)** |
| THE METROPOLITAN | ) | **Judge Trauger** |
| GOVERNMENT OF NASHVILLE AND | ) | **Magistrate Judge Holmes** |
| DAVIDSON COUNTY, TENNESSEE | ) | **Lead Case** |
| and DR. ADRIENNE BATTLE | ) | |
| | ) | |
| Defendants. | ) | |

---

| | |
|---|---|
| DR. LILY MORENO LEFFLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE METROPOLITAN | ) |
| GOVERNMENT OF NASHVILLE AND | ) |
| DAVIDSON COUNTY, TENNESSEE, | ) |
| AND DR. ADRIENNE BATTLE | ) |
| | ) |
| Defendants. | ) |

---

| | |
|---|---|
| DR. JAMES BAILEY, | ) |
| DR. PIPPA MERIWETHER, and | ) |
| DR. DAMON CATHEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE AND DAVIDSON | ) |
| COUNTY, TENNESSEE and | ) |
| DR. ADRIENNE BATTLE, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS THROUGH 12:40 A.M.

Plaintiffs uploaded many of their exhibits to file and the ECF system on August 29, 2020, and ECF would not take any of the exhibits. Plaintiffs then realized that three of the exhibits were causing the upload issue. When attempting to resend without those three, the internet service went down about 11:26 p.m. Plaintiffs were eventually able to upload some of the remaining exhibits using a much slower internet connection (via a cell phone's wireless network). Plaintiffs were then able to get all the exhibits filed by 12:40 a.m, on the morning of August 30, 3030, except for two spreadsheets which could not be uploaded; Plaintiffs have filed a separate motion to file those Exhibits manually

Pursuant to L.R. 7, Plaintiffs have not had an opportunity to discuss this motion with opposing counsel due to the time.

Respectfully Submitted,

/s/Ann Buntin Steiner

Ann Buntin Steiner, BPR No. 11697
STEINER & STEINER, LLC
613 Woodland Street
Nashville, TN 37206
(615) 244-5063
asteiner@steinerandsteiner.com

*Attorney for Plaintiffs, Dr. James Bailey, Dr. Pippa Meriwether, Jenai Hayes & Dr. Lily Leffler*

/s/ Jesse Ford Harbison

Jesse Ford Harbison, BPR No. 032105 JESSE HARBISON LAW, PLLC
1109 N. 6th Street
Nashville, TN 37207
(615) 415-3285
jesse@jesseharbisonlaw.com

*Attorney for Plaintiff, Dr. Damon Cathey*