## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: February 05, 2024

Ms. Lynda M. Hill  
Middle District of Tennessee at Nashville  
801 Broadway  
Suite 800 U.S. Courthouse  
Nashville, TN 37203

Re: Case No. 23-5027/23-5075, *Jenai Hayes, et al v. Metro Govt of Nashville, et al*  
Originating Case Nos. : 3:20-cv-01023 : 3:21-cv-00038 : 3:21-cv-00122

Dear Ms. Hill,

Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Mackenzie A. Collett  
                 For Robin Baker

cc: Mr. J. Brooks Fox  
   Mr. Jesse F. Harbison  
   Ms. Anne Bennett Hunter  
   Mr. Benjamin Andrew Puckett  
   Ms. Ann Buntin Steiner

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-5027/23-5075

_____

Filed: February 05, 2024

JENAI HAYES

      Plaintiff - Appellant 23-5027

DR. LILY MORENO LEFFLER, Consolidated Plaintiff 3:21-cv-00038;
DR. JAMES BAILEY, Consolidated Plaintiffs 3:21-cv-00122
DR. PIPPA MERIWETHER, Consolidated Plaintiffs 3:21-cv-00122
DR. DAMON CATHEY, Consolidated Plaintiffs 3:21-cv-00122

      Plaintiffs - Appellants 23-5075

v.

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TN; DR. ANDRIENNE BATTLE

      Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 12/13/2023 the mandate for this case hereby issues today.

COSTS: None