IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JENAI HAYES, ) | |
| DR. LILY MORENO LEFFLER, ) | |
| ) | |
| and ) | |
| ) | |
| DR. JAMES BAILEY, ) | No. 3:20-cv-01023 (<u>LEAD CASE</u>) |
| DR. PIPPA MERIWEATHER, and ) | |
| DR. DAMON CATHEY, ) | (CONSOLIDATED) |
| ) | |
|     Plaintiffs, ) | Judge Trauger |
| ) | |
| v. ) | Magistrate Judge Holmes |
| ) | |
| METROPOLITAN GOVERNMENT ) | JURY DEMAND (6) |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY, TENNESSEE, ) | |
| ) | |
|     Defendant. ) | |

**PLAINTIFFS' EXHIBIT LIST**

    Pursuant to Rule 26(a)(3) and this Court's Order Setting Case for Trial [D.E. 247], Plaintiffs hereby give notice that they may use the following documents or things as exhibits at trial:

| | <u>Title:</u> | <u>Bates Number:</u> |
|---|---|---|
| 1 | January 2020 District Organizational Chart | MG_001057 |
| 2 | July 2020 District Organizational Chart | MG_001058 |
| 3 | July 2020 District Organizational Chart | Plaintiffs_000320 |
| 4 | March 2021 District Organizational Chart | N/A |
| 5 | Dept. of School Support Chart | Plaintiffs_000368 |
| 6 | Meriwether CV | MG_002792–793 |

| 7 | Cathey Resume | Plaintiffs_000420–424 |
|---|---|---|
| 8 | Jenai Hayes Resume | MG_006825–827 |
| 9 | Hayes Termination Letter | MG_001059 |
| 10 | Cathey Termination Letter | Plaintiffs_000446 |
| 11 | Bailey Termination Letter | Plaintiffs_000119 |
| 12 | Meriwether Termination Letter | Plaintiffs_000372 |
| 13 | Leffler Termination Letter | Plaintiffs_000086 |
| 14 | Chris Barnes | (Audio File) |
| 15 | James Bailey HR Conversation | (Audio File) |
| 16 | Meriwether Barnes Termination | (Audio File) |
| 17 | Lisa Spencer 1 | (Audio File) |
| 18 | Lisa Spencer 2 | (Audio File) |
| 19 | Tammy | (Audio File) |
| 20 | 5/19/20 School Board Agenda | N/A |
| 21 | 5/26/20 School Board Agenda | MG_000167–182 |
| 22 | Central Office Reorganizational Plan | MG_000181 |
| 23 | 6/10/20 Reorganization Announcement | SchoolsEmails_0073546–548 |
| 24 | 8/11/20 School Board Agenda | Plaintiffs_000001–52 |
| 25 | 5/8/17 Cathey Promotion Letter | N/A |
| 26 | Cathey Experience and Pay | SchoolsEmails_0005803 |
| 27 | Carlton Battle Hearing Transcript | MG_003046–462 |
| 28 | Carlton Battle Hearing Exhibits | MG_008657–723 |
| 29 | Carlton Battle Investigation File | MG_003758–856 |

| 30 | Principal List | SchoolsEmails_0013715–720 |
|----|----------------|---------------------------|
| 31 | Graduation Rates (2018 -2019) | Plaintiffs_001439-440 |
| 32 | Staff Record James Bailey | N/A |
| 33 | 4/3/20 Principals and Exec. Directors - Interim and Vacancies | SchoolsEmails_0068172–177 |
| 34 | February 2020 Office of Innovation Updates | SchoolsEmails_0007686–687 |
| 35 | 6/11/20 Keri Barlett and Sean Braisted Email Press Release Info | SchoolsEmails_0080585–592 |
| 36 | 7/23/19 Email from Pinkston to Battle asking for weekly updates | SchoolsEmails_0001745–756 |
| 37 | Lisa Coons texts | N/A |
| 38 | 5/6/20 Renita Perry Recommendation Letter for Dr. Bailey | Plaintiffs_000121 |
| 39 | 2/2/20 Meeting for Principal Discussion | SchoolsEmails_0005291–292 |
| 40 | 5/4/20 Battle Letter to Bailey | SchoolsEmails_0012849 |
| 41 | 6/18/20 email interview re: rescheduling at McGavock | SchoolsEmails_0011978–979 |
| 42 | 6/16/20 Email from Perry to Spencer | SchoolsEmails_0011517 |
| 43 | 6/14/20 Emails re: Bailey McGavock Interview | SchoolsEmails_0012010 |
| 44 | 6/15/20 Emails re: Bailey McGavock Interview | SchoolsEmails_0014122 |
| 45 | 6/15/20 McGavock Principal Schedule | SchoolsEmails_0012978 |
| 46 | 6/23/20 Bailey response to Lisa Spencer interview | SchoolsEmails_0012846 |
| 47 | 6/19/20 Lisa Spencer response to Bailey re: interview | SchoolsEmails_0012846 |
| 48 | Bailey Formal Complaint | Plaintiffs_000174–176 |
| 49 | Spreadsheet re: Schools | (Excel Doc) |

| 50 | Schools of Innovation Tiering | N/A |
|----|-------------------------------|-----|
| 51 | MNPS Priority Schools 2012-2021 | MG_006820 |
| 52 | Priority School List | MG_006821 |
| 53 | 7/30/19 School Accountability Status List | (Excel Spreadsheet) |
| 54 | Priority Schools | (Excel Spreadsheet) |
| 55 | School Accountability Status List | N/A |
| 56 | Clusters Reimagined | SchoolsEmails_00086814 |
| 57 | Priority School Since 2012 | N/A |
| 58 | List of Schools | SchoolsEmails_0086412 |
| 59 | June 30 Budget (whole) | MG_000694–731 |
| 60 | May 19 Budget (whole) | MG_000654–693 |
| 61 | MNPS Vacancies by Function 6 - 2020 | (Excel Spreadsheet) |
| 62 | 2/11/22 Board Presentation | SchoolsEmails_0025587–613 |
| 63 | 4/19/19 Budget | Plaintiffs_000642–689 |
| 64 | 2/17/20 Budget | SchoolsEmails_0003664–693 |
| 65 | 3/23/20 Budget | MG_000574–613 |
| 66 | 4/28/20 Budget | MG_000614–653 |
| 67 | 5/19/20 Budget | MG_000654–667 |
| 68 | 6/30/20 Budget | MG_000694–707 |
| 69 | 6/19/20 Vacancies | SchoolsEmails_0006432 |
| 70 | Vacancies by Function Email | Plaintiffs_001306–310 |
| 71 | Hank Clay Email RE Reductions | SchoolsEmails_0001614 |
| 72 | 1/25/21 Penny Schwinn Budget Letter | Plaintiffs_000113–115 |

| 73 | FY 21-22 Focused Investments Budget Presentation | Plaintiffs_000063–093 |
|----|---|---|
| 74 | 2/13/20 Inside MNPS Budget Newsletter | SchoolsEmails_0086840–846 |
| 75 | 6/17/20 Press Statement about Budget email | SchoolsEmails_0002146–147 |
| 76 | Positions and Budgeted Salary Amounts Chart | MG_001350 |
| 77 | ESSER Funds | SchoolsEmails_0000615–667 |
| 78 | ESSER Chart | (Excel Spreadsheet) |
| 79 | 5/5/20 Mark North Questionnaire | SchoolsEmails_0001942–946 |
| 80 | 5/5/20 Mark North Email | SchoolsEmails_0001501–504 |
| 81 | 11/6/21 Metro's Responses to First ROGs | N/A |
| 82 | 10/22/21 Metro's Response to Plaintiff Leffler's First ROGs (1) | N/A |
| 83 | 11/24/21 Metro's Response to Plaintiff Leffler's First ROGs | N/A |
| 84 | 11/24/21 Metro's First Supplemental Responses to Leffler's First ROGs | N/A |
| 85 | 11/24/21 Battle's Response to Bailey, Meriwether and Cathey's First ROGs | N/A |
| 86 | 11/24/21 Bailey v. Metro - Metro's Responses to First ROGs | N/A |
| 87 | EEOC Position Statement – Leffler | N/A |
| 88 | EEOC Position Statement – Hayes | N/A |
| 89 | EEOC Position Statement – Cathey | MG_008311–314 |
| 90 | EEOC Position Statement – Bailey | N/A |
| 91 | Hayes Evaluations (2018 – 2019) | MG_000024–029 |
| 92 | Bailey Evaluations (2012 – 2020) | N/A |

| 93 | Meriwether Evaluation (2014 – 2015) | MG_002800–804 |
|-----|-----|-----|
| 94 | Meriwether Evaluation (2017 – 2018) | MG_002778-783 |
| 95 | Meriwether Evaluation – Instructional Supervisor Evaluation Rubric | MG_002762–777 |
| 96 | Leffler Evaluation | Plaintiffs_000344–359 |
| 97 | Leffler Evaluation – Instructional Supervisor Evaluation Rubric | MG_005153–167 |
| 98 | Cathey Evaluations (2017 – 2018) | Plaintiffs_000434–440 |
| 99 | Cathey Evaluation – Instructional Supervisor Evaluation Rubric | MG_002321–336 |
| 100 | 12/18/20 Damon Cathey Video | (Video File) |
| 101 | 6/10/20 Offer Letters | Plaintiffs_000644–660 |
| 102 | 6/10/20 Executive Directors (2020 – 2021) | Plaintiffs_00293–296 |
| 103 | 6/5/20 Blog post | SchoolsEmails_0081780 |
| 104 | Shawn Lawrence Resume | MG_001956–958 |
| 105 | Chad High Resume | MG_001928 |
| 106 | Michelle Maultsby-Springer Resume | MG_001973–974 |
| 107 | ED Names and DOB | (Excel Spreadsheet) |
| 108 | 19-20 to 20-21 List of ED | N/A |
| 109 | MNPS Information September 21/2020 Leffler #2 | N/A |
| 110 | ED Names, Salary, and Ages | MG_001351 |
| 111 | Interview Chart | N/A |
| 112 | Scores for ED | (Excel Spreadsheet) |
| 113 | Executive Director of Schools Interview Scores | (Excel Spreadsheet) |

| 114 | 5/19/20 James Witty Emails | SchoolsEmails_0069436–437 |
|-----|---------------------------|---------------------------|
| 115 | 6/24/20 Leffler Text re: Call with David Williams | Plaintiffs_000578–579 |
| 116 | 5/21/20 Gibbs and Barnes Interview Email | N/A |
| 117 | Chart from ED texts | SchoolsEmail_0068165–166 |
| 118 | 8/13/20 Williams / Cathey Text Messages | N/A |
| 119 | Tweet Re-org 1 | N/A |
| 120 | 5/27/20 Text to Interview Chad High | N/A |
| 121 | 6/3/20 Email Re: Chad High Interview | SchoolsEmails_0013303 |
| 122 | 5 Dates of ED Interviews | (Excel Spreadsheet) |
| 123 | Executive Director 2020 Candidate List | MG_001478 |
| 124 | 5/19/20 Emails RE: Interviews + Calendar Appointments | Plaintiffs_000457–484 |
| 125 | Executive Director Candidates | MG_001479 |
| 126 | 5/18/20 Pippa Meriwether ED Interview Invitation | SchoolsEmails_0005853 |
| 127 | 5/18/20 Damon Cathey ED Interview Invitation | SchoolsEmails_0005096 |
| 128 | 6/1/20 Emails between Felicia Everson-Tuggle and Lisa Spencer | SchoolsEmails_0013286–288 |
| 129 | 6/18/20 Read Receipt - Email Re:  Records Request | Plaintiffs_000494 |
| 130 | 7/27/20 Records Request Emails | Plaintiffs_000486–493 |
| 131 | 7/17/20 Barnes/Reid Email | SchoolsEmails_0069116–124 |
| 132 | Lovgren Expert Report | (D.E. 190-12) |
| 133 | Robin Lovgren Curriculum Vitae | N/A |
| 134 | Smith Expert Report | (D.E. 191-4) |
| 135 | TCRS Information Sheet | N/A |

| 136 | Reorg Summary | Plaintiffs_000717–719 |
|-----|---------------|----------------------|
| 137 | Baum Updated Expert Report – Bailey | N/A |
| 138 | Baum Updated Expert Report – Cathey | N/A |
| 139 | Baum Updated Expert Report – Doe (Hayes) | N/A |
| 140 | Baum Updated Expert Report – Leffler | N/A |
| 141 | Baum Updated Expert Report – Meriweather | N/A |
| 142 | Vital Statistics Males 2018 | N/A |
| 143 | Vital Statistics Males 2019 | N/A |
| 144 | Vital Statistics Males 2020 | N/A |
| 145 | Vital Statistics Females 2018 | N/A |
| 146 | Vital Statistics Females 2019 | N/A |
| 147 | Vital Statistics Females 2020 | N/A |
| 148 | Bailey 2019 W-2 | Plaintiffs_000849 |
| 149 | Bailey 2020 W-2 Metro | Plaintiffs_000850 |
| 150 | Bailey 2020 W-2 | Plaintiffs_000851 |
| 151 | Bailey 2022 W-2 | Plaintiffs_000852 |
| 152 | Bailey 2024 W-2 | Plaintiffs_001287 |
| 153 | Cathey 2022 W-2 | Plaintiffs_000910 |
| 154 | Cathey 2023 W-2 | Plaintiffs_000909 |
| 155 | Cathey 2024 W-2 | Plaintiffs_001283 |
| 156 | Hayes 2021 W-2 | Plaintiffs_000871 |
| 157 | Hayes 2022 W-2 | Plaintiffs_000872 |
| 158 | Hayes 2023 W-2 | Plaintiffs_000873 |

| 159 | Leffler 1099-NEC 2024 | Plaintiffs_001286 |
|---|---|---|
| 160 | Leffler 2024 W-2 Metro | Plaintiffs_001285 |
| 161 | Leffler 2024 W-2 TSU | Plaintiffs_001284 |
| 162 | Meriwether W-2 2024 Metro | Plaintiffs_001299 |
| 163 | Meriwether 2024 W-2 Belmont | Plaintiffs_001301 |
| 164 | Meriwether 1099-R 2024 | Plaintiffs_001300 |
| 165 | Willie Lynch Assignment | Plaintiffs_000274–279 |
| 166 | Willie Lynch Letter | N/A |
| 167 | 8/8/19 FERPA Permission Form | N/A |
| 168 | 2/4/20 Texts with Susan Blankenship | N/A |
| 169 | 2/7/20 A. Herman Reprimand Letter | MG_000986 |
| 170 | 2/8/20 Emails Between Hayes and Cochrane | Plaintiffs_000705–711 |
| 171 | 2/11/20 Jenai Hayes HR Emails | N/A |
| 172 | 2/12/20 Critical Mention Emails (Whole) | SchoolsEmails_0026966–706 |
| 173 | 2/17/20 Critical Mention Excerpts | SchoolsEmails_0026671–700 |
| 174 | 4/4/20 Email from Hayes to Blankenship re "Lets make a Slave" Assignment | Plaintiffs_000723–724 |
| 175 | 5/7/20 Email from Ryan Latimer to Chris Barnes | SchoolsEmails_0069408 |
| 176 | 6/20/20 Text to Antionette Williams | N/A |
| 177 | 10/10/20 text from Pertiller to Hayes 1/2 | N/A |
| 178 | 10/10/20 text from Pertiller to Hayes 2/2 | Plaintiffs_000575 |
| 179 | CNN Article: "Student-teacher in Tennessee dismissed over Black History Month assignment on slavery | N/A |

Case 3:20-cv-01023   Document 294   Filed 07/09/25   Page 9 of 13 PageID #: 7199

| | | |
|---|---|---|
| 180 | NBC News Article: "A Nashville student-teacher was dismissed over a lesson on slavery the school says was not age appropriate." | N/A |
| 181 | WKRN Article: "Parents demand answers over 4th grade "LET'S MAKE A SLAVE" assignment" | N/A |
| 182 | 5/18/20 Tammy Lee Email re: Firefly | N/A |
| 183 | Firefly Contract – Final | Plaintiffs_00215–224 |
| 184 | Firefly Attachment C Cost | Plaintiffs_000225–227 |
| 185 | 5/8/17 MNPS new promotion letter to Meriwether | MG_002886 |
| 186 | 6/21/20 Meriwether Formal Complaint of hostile work environment and retaliation | N/A |
| 187 | 7/1/2020 Letter from Meriwether to Metro | SchoolsEmails_0006342–345 |
| 188 | 7/1/2020 Email from Meriwether to David Sevier Concern letter | SchoolsEmails_0000361–377 |
| 189 | 7/15/2020 Christopher Barnes response to "Concern" letter | SchoolsEmails_00690–076 |
| 190 | 7/1/2020 Email from Meriwether to Mary Zander forwarded to Christopher Barnes | SchoolsEmails_0067862 |
| 191 | 2015 MNPS Employee Support Handbook | N/A |
| 192 | Guidance for Non-Renewal (2020 – 2021) | N/A |
| 193 | Disciplinary Policy | N/A |
| 194 | Board Policy Recruitment | MG_001053 |
| 195 | Assignment Transfer Policy | MG_001055 |
| 196 | Annual Operating Budget (D.E. 192-9) | N/A |
| 197 | *Swindall v. Braden* – Complaint | N/A |
| 198 | *McGruder v. Metro Nashville* – Verdict Form | N/A |

| | | |
|---|---|---|
| 199 | *McGruder v. Metro Nashville* – Judgment | N/A |
| 200 | *Jones v. Metro Nashville* – Complaint | N/A |
| 201 | *Garcia v. Metro Nashville* – Amended Complaint | N/A |
| 202 | *Garcia v. Metro Nashville* – Stipulation of Dismissal | N/A |

Respectfully submitted,

/s/ *Ann Buntin Steiner by JFH w/ permission*

**STEINER & STEINER, LLC**
Ann Buntin Steiner (BPR No. 11697)
613 Woodland Street
Nashville, TN 37206
(615) 244-5063
asteiner@steinerandsteiner.com

/s/ *Brian Christopher Winfrey by JFH w/ permission*

**THE WINFREY FIRM**
Brian Christopher Winfrey (BPR No. 25766)
613 Woodland Street
Nashville, TN 37206
(615) 601-1276
brian@thewinfreyfirm.com

/s/ *Jesse Ford Harbison*

**JESSE HARBISON LAW, PLC**
Jesse Ford Harbison (BPR No. 32015)
613 Woodland Street
Nashville, TN 37206
(629) 201-7284
jesse@jesseharbisonlaw.com

/s/ *Anne Bennett Hunter by JFH w/ permission*

**HUNTER LAW FIRM, PLC**
Anne Bennett Hunter (BPR No. 22407)
5115 Maryland Way, Suite 125
Brentwood, TN 37027
(615) 592-2977
anne@hunteremploymentlaw.com

/s/ *William J. Harbison II by JFH w/ permission*

**SHERRARD, ROE, VOIGHT & HARBISON, PLC**
William J. Harbison II (BPR No. 33330)
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200
jharbison@srvhlaw.com

*Attorneys for Plaintiffs*

12

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows: J. Brooks Fox, Benjamin A. Puckett, and Melissa Roberge, Department of Law, Metropolitan Courthouse, Suite 108, P.O. Box 196300, Nashville, Tennessee 37219. Parties may access this filing through the Court's electronic filing system.

/s/ *Jesse Ford Harbison*

Jesse Ford Harbison