IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENAI HAYES, | ) | No. 3:20-cv-01023 LEAD CASE |
| DR. LILY MORENO LEFFLER, | ) | Judge Trauger |
| | ) | (CONSOLIDATED) |
| and | ) | |
| DR. JAMES BAILEY, | ) | |
| DR. PIPPA MERIWETHER, and | ) | |
| DR. DAMON CATHEY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and DR. ADRIENNE BATTLE, | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE

On July 11, 2025, the Parties participated in a private mediation with Bob Boston. They were able to reach an agreement. But because the remaining Defendant, Metro Nashville, is a public entity the agreement is subject to school board approval. Metro Nashville intends to present the settlement for approval at the next school board meeting on July 22, 2025. To allow the Parties time to execute the written settlement agreements, and secure the necessary approvals, the Parties request to continue the pre-trial conference set for July 14, 2025, and the trial set for July 22, 2025. The Parties anticipate filing a joint stipulation of dismissal by August 22, 2025.

Respectfully submitted:

**STEINER & STEINER, LLC**

/s/*Ann Steiner w/ permission MSR*
Ann Buntin Steiner, BPR No. 11697
613 Woodland Street
Nashville, TN 37206
(615) 244-5063
asteiner@steinerandsteiner.com

**THE WINFREY FIRM**

**/s/** *Brian Winfrey w/ permission MSR*
Brian Christopher Winfrey, BPR No. 025766
613 Woodland Street
Nashville, TN 37206
(615) 601-1276
brian@thewinfreyfirm.com

**JESSE HARBISON LAW, PLLC**

/s/ *Jesse Harbison w/ permission MSR*
Jesse Ford Harbison, BPR No. 032105
613 Woodland Street
Nashville, TN 37206
(629) 201-7284
jesse@jesseharbisonlaw.com

**HUNTER LAW FIRM, PLC**

/s/ *Anne Hunter w/ permission MSR*
Anne Bennett Hunter, BPR No. 022407
5115 Maryland Way, Suite 125
Brentwood, TN 37027
(615) 592-2977
anne@hunteremploymentlaw.com

**SHERRARD, ROE, VOIGHT, & HARBISON, PLC**

/s/ *William J. Harbison w/ permission MSR*
William J. Harbison II, BPR No. 033330
1600 West End Avenue, Suite 1750
Nashville, TN 37203
(615) 742-4200
jharbison@srvhlaw.com

*Counsel for Plaintiffs*


*/s/Melissa Roberge*
J. Brooks Fox (BPR #16096)
Melissa Roberge (BPR #26230)
Benjamin A. Puckett (BPR #40042)
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375

*Counsel for Metro Nashville*