REQUEST GRANTED in all respects.
[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENAI HAYES, | ) | No. 3:20-cv-01023 LEAD CASE |
| DR. LILY MORENO LEFFLER, | ) | Judge Trauger |
| | ) | (CONSOLIDATED) |
| and | ) | |
| DR. JAMES BAILEY, DR. PIPPA MERIWETHER, and DR. DAMON CATHEY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and DR. ADRIENNE BATTLE, | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE

On July 11, 2025, the Parties participated in a private mediation with Bob Boston. They were able to reach an agreement. But because the remaining Defendant, Metro Nashville, is a public entity the agreement is subject to school board approval. Metro Nashville intends to present the settlement for approval at the next school board meeting on July 22, 2025. To allow the Parties time to execute the written settlement agreements, and secure the necessary approvals, the Parties request to continue the pre-trial conference set for July 14, 2025, and the trial set for July 22, 2025. The Parties anticipate filing a joint stipulation of dismissal by August 22, 2025.